# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 04-114 (RBW) | MAGIS. NO: |
|---|---|---|

SEALED

V.

HERNÁN GIRALDO-SERNA, et, al.

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**

Hernán Giraldo-Serna
a/k/a El Viejo; El Patron; Don Hernán

**FILED MAY 1 5 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:    PDID:

WARRANT ISSUED ON THE BASIS OF: **INDICTMENT**

DISTRICT OF ARREST:

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:959, 960 and 963; 21:959 and 960; 18:2; 21:853 and 970

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED: June 4, 2004 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: JUN 04 2004 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/4/04 | NAME AND TITLE OF ARRESTING OFFICER Dusty Sharp, Jeffrey | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE: Yes  No X  Executed 5/15/08 | | OCDETF CASE: Yes  No X |

870053