# ADDENDUM

# TABLE OF CONTENTS

Documents

| | |
|---|---|
| Exhibit 5 | Full English Translation of Movants' Exhibit 5: Investigative Report No. 0117 UDH-DIH (July 7, 2003) |
| Exhibit 6 | Full English Translation of Movants' Exhibit 6: Colombian Statement of Charges Against Hernan Giraldo Serna by Colombian Human Rights Unit Prosecutors |
| Exhibit 7 | Full English Translation of Movants' Exhibit 7: Colombian Criminal Conviction of Hernan Giraldo-Serna |
| Exhibit 8 | Full English Translation of Movants' Exhibit 8: Declaration of Witness Carmelo Sierra-Urbina (Sept. 25, 2003) in Colombian Criminal Case |
| Exhibit 9 | Full English Translation of Movants' Exhibit 9: Declaration of Witness Julio Nelson de la Cruz Barros (July 4, 2003) in Colombian Criminal Case |
| Exhibit 14 | Full English Translation of Movants' Exhibit 14: Declaration of Witness Alberto Segundo Manjarres-Charris (August 21, 2003) in Colombian Criminal Case |

# Exhibit 5

[Handwritten] *148 184* ~~183~~

22

[Emblem]
Office of the Prosecutor General of the Nation

Santa Marta, July 7, 2003-07
REPORT No. [Handwritten] *0117* UDH-DIH

Mr.:
CARLOS CAMARGO HERNANDEZ
Specialized Prosecutor 1
Human Rights Unit
International Humanitarian Law
Santa Marta

SUBJECT: FILE:    1391 M.T. No. 127 and 101 S.I.A/C.T.I/S.M

This report is issued in accordance with Article 319 of the current Criminal Procedure and contains the following:

## OBJECTIVE OF THE MISSION

(...) To carry out the following investigative procedures in the city of Santa Marta and township of Calabazo:

a) Locate Mr. ALBERTO UTRIA ROSADO and his wife MARIA ESTHER MENDEZ JAIMES, as well as locate his current partner, who shall be questioned regarding the events in which Mr. JULIO E. ENRIQUEZ SANTA MARIA was a victim, which took place on February 6, 2001. Determine whether they are willing to testify regarding the events under investigation.

b) Obtain a new color photographic reproduction of the photograph of ACOSTA ANGEL LEONIDAS, filed at SIJIN in Santa Marta. Likewise, go to the Anti-narcotics Police Directorate, Northern Zone Command of the Second Airborne Company, in this city to speak with Lieutenant EDINSON ARMANDO RUBIANO BELTRAN and ask him if on the day that ACOSTA ANGEL LEONIDAS was captured, they took video footage in which the aforementioned individual is seen. This footage would be needed for the photographic album. Furthermore, ask him if in said video there is footage of the items that were seized,

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Handwritten] 149 23 ~~184~~ 185

[Emblem]
Office of the Prosecutor General of the Nation

CONTINUATION OF REPORT No. [Handwritten] *0117* UDH-DIH Page 02

mainly the TOYOTA TRUCK vehicle, license plate ZIO-210, and determine if an expert carried out a technical analysis and obtain the results.

c. (...) Question individuals who were in Calabazo on February 6, 2001, meeting with JULIO E. ENRIQUEZ SANTAMARIA on the same day of his forced disappearance (...)

PERFORMED PROCEDURES

Upon issuance of the work order, the following was carried out in accordance with the paragraphs set forth in the official letter:

PARAGRAPH A: By telephone, using customer number 4142220, at the location where SAI de TELECOM operates in the township of Calabazo, we contacted ALBERTO UTRIA ROSADO, who stated that his partner goes by the name of MIRIAM not MARIA. They were both requested to appear before this investigative unit.

As a result, on July 6, ALBERTO UTRIA ROSADO, identified with citizen ID number 12552375 issued in Santa Marta and his partner MIRIAM ESTHER MENDEZ JAIMES, identified with citizen ID number 39.049.574 issued in Santa Marta, appeared before this unit. Both gave sworn testimony and affirmed that they do not know who took JULIO ENRIQUEZ SANTAMARIA. Neither of these individuals was at the location from which the victim was taken on the day the events took place.

However, the deponents allege that they knew SANTAMARIA, given that they rented out part of the house where he would meet with Calabazo personnel and they learned of his disappearance when they heard comments made at a store in the township of Calabazo.

Moreover, UTRIA ROSADO stated that the only partner he has is MIRIAM ESTHER MENDEZ.

PARAGRAPH B: Official letter No. 217 CTI.SM-SIA was sent to the SIJIN DEMAG Coordinator of Crime Photography in order for the coordinator to supply,

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Handwritten] *150 24 ~~185~~-186*

[Emblem]
Office of the Prosecutor General of the Nation

CONTINUATION OF REPORT No. [Handwritten] *0117* UDH-DIH Page 03

via the use of negatives, 4 copies of the photograph found in LEONIDAS ACOSTA ANGEL's profile.

It is worth mentioning that we are waiting for the reply to the previous official letter.

Afterwards, we went to the Anti-narcotics Unit, Northern Zone [Command] of the Second Airborne Company of the city of Santa Marta, where official letter No. 225 C.T.I.SM.-SIA was delivered.

In response to the foregoing, Captain GUSTAVO FRANCO GOMEZ, acting as the head of the Regional Judicial Police Unit, issued official letter No. 0812 POJUD-ZONOR, which states the following: (…) "this unit does not have a film record of ACOSTA ANGEL LEONIDAS, who was captured on October 24, 2001, for the alleged crime of illegal possession of arms. However, three digital photographs that were taken of this person on the day the crime was committed are hereby submitted on a disk" (…)

Furthermore, it was reported that there is no record from a technical expert regarding the vehicle with license plates ZIO-210.

PARAGRAPH C: In order to carry out this request, subpoenas were sent to the township of Calabazo to the individual mentioned in this paragraph, by means of ALBERTO UTRIA ROSADO and his permanent partner MIRIAM ESTHER.

On July 7, 2003, the following individuals appeared before this investigative unit and gave sworn testimony. The individuals are as follows:

JULIO NELSON DE LA CRUZ BARROS, identified with citizen ID number 85.444.422 issued in Ariguani Magdalena.

RAMON JOSE RODELO DE ARCO, identified with citizen ID number 9.105.207 issued in Carmen de Bolivar.

LUIS GREGORIO IBARRA JIMENEZ, identified with citizen ID number 12.526.076 issued in Santa Marta.

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Handwritten] *151 25* ~~*186*~~ *187*

[Emblem]
Office of the Prosecutor General of the Nation

CONTINUATION OF REPORT No. [Handwritten] *0117* UDH-DIH Page 04

ISIDORO PACHECO, identified with citizen ID number 12.530.999 issued in Santa Marta.

JOSE MIGUEL FERRER FRIAS, identified with citizen ID number 12.536.983 issued in Santa Marta.

Some of the aforementioned individuals, in addition to their sworn testimony, stated that on the day JULIO ENRIQUEZ SANTAMARIA was taken, they were in the rear of the living room of the house that JULIO had rented from ALBERTO UTRIA ROSADO and his wife MIRIAM MENDEZ; it was approximately 8:30 in the morning and moments before the meeting began, a subject leaned into the doorway of the house and called for JULIO. JULIO went to talk with the person who had called him. After JULIO ENRIQUEZ had been gone for quite some time, those gathered for the meeting decided to go outside and see what had happened to JULIO. The people on the street informed them that several subjects had put him in a car and had taken him to an unknown location; they gave no descriptions of the characteristics of the vehicle or the people who were inside.

Furthermore, the deponents stated that JULIO ENRIQUEZ on prior occasions had held two meetings with them at the Calabazo school, where they discussed his project called MADRE TIERRA [Mother Earth], which assisted farmers by way of the government, whether by giving them land, cultivating cacao, or reforesting streams and river basins.

It is worth mentioning that on July 8, 2003, PEDRO ANTONIO ARIAS DE ARCO, IDENTIFIED WITH CITIZEN ID NUMBER 12.547.193 ISSUED IN SAN JUAN NEPUMUCENO, appeared before this investigative unit. He was questioned on the events under investigation and he stated that in fact he was present at the meeting held by JULIO on February 6, 2001, when a subject leaned into the doorway of the place where they were meeting, called JULIO, and upon his delayed return, everyone went out to see what had happened. They were informed by the people on the street that JULIO had been taken in a car in an unknown direction. His whereabouts and the individuals who took him are unknown to date.

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Handwritten] *152 26* ~~*187*~~ *188*

[Emblem]
Office of the Prosecutor General of the Nation

CONTINUATION OF REPORT No. [Handwritten] *0117* UDH-DIH Page 05

In an effort to obtain more information and according to information provided by an unidentified human source from the region of Calabazo, we learned that JOSE MIGUEL FERRER FRIAS, who has been managing the property known as PICACHO for many years, was one of the people who had problems with JULIO ENRIQUEZ SANTAMARIA. The problem began when SANTAMARIA arrived one day at the aforementioned farm with his family and upon taking a tour of the land, was surprised to find there were MARIJUANA crops on the property. He became enraged and ripped out the plants with his own hands and burned them. [Vertical line drawn on right margin. Handwritten letter P]

This same source states that a few days ago Judicial Police agents from DIJIN Bogota, who were given a work mission in these proceedings, carried out a judicial inspection to take photographs and video of the property belonging to JULIO ENRIQUEZ SANTAMARIA.

The same source stated that the Judicial Police agents, after arriving in the township of Calabazo, were led by FERRER FRIAS to a different property, not PICACHO. The reason being that there were illegal crops on the real EL PICACHO farm – a coca leaf plantation. FERRER appeared to have given part of the land to each of his sons, all of whom have been farming the coca plantation together with their father, according to the source's statement. Likewise, information was received that stated in order to plant illegal crops in the Calabazo region and surrounding townships, direct authorization is needed from the head of the self-defense groups that operate in the region. [Vertical line drawn on right margin. Handwritten letter P]

## ANALYSIS AND SUGGESTIONS

Given the situation, we can infer that the individuals who took JULIO ENRIQUEZ SANTAMARIA appear to be alleged members of the self-defense forces headed by HERNAN GIRALDO SERNA and the second-in-command at the time, the person known as PACHO MUZO. These people have complete control over the region.

Now, our analysis shows that according to the information given by the unidentified human source, MIGUEL FERRER FRIAS, identified with citizen identification card, has a marked interest in not revealing the plot of land called PICACHO, given that it appears the subject took the DIJIN Bogota Judicial Police agents

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Handwritten] *153 27 ~~188~~ 189*

[Emblem]
Office of the Prosecutor General of the Nation

CONTINUATION OF REPORT No. [Handwritten] *0117* UDH-DIH Page 06

to a different property, thereby obstructing the judicial proceedings.

Furthermore, it is worth mentioning that the same source stated that previously and without JULIO's authorization, FERRER was planting illegal crops on the property called PICACHO.

The aforementioned information led us to the following hypothesis: the self-defense groups of the region were informed of JULIO ENRIQUEZ SANTAMARIA's attitude when he found illegal crops planted without his authorization on the property called PICACHO, as well as the meetings he organized during which he launched the project called "Madre Tierra" [Mother Earth], which consisted of providing aid by way of the government to farmers in the region, by giving them land, planting cacao, and reforesting basins and rivers. It appears this led to unease and lack of trust from the illegal groups operating the area, which decided to make him disappear.

Afterward, we respectfully suggested to the prosecutor, if viable and deemed appropriate, that the following procedures be ordered: [Handwritten letter P in right margin]

The entry and search of the property known as PICACHO, which is demarcated with property number 0003000030154000, located in the township of Calabazo — Magdalena, owned by JULIO ENRIQUEZ SANTAMARIA, in order to corroborate the information obtained regarding JOSE MIGUEL FERRER FRIAS and his sons having illegal crops (coca leaf) on that property. [Vertical line drawn in right margin]

In addition, ordering the entry and search of the place of residence of FERRER FRIAS, which is under construction and unfinished, located approximately 200 meters from the Troncal del Caribe road. The entrance is located between the house rented to JULIO ENRIQUEZ and the Billares Calabazo billiards parlor, bordering a school on the right side. The objective is to find proof that he was a collaborator and/or member of illegal groups operating in the area of Calabazo and its surroundings. [Vertical line drawn in right margin]

The testimony of JULIO ENRIQUEZ SANTAMARIA's family members and his brother-in-law is requested so that they may make known the possible differences JULIO ENRIQUEZ and JOSE FERRER had.

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Handwritten] *154 28 ~~189-190~~*

[Emblem]

Office of the Prosecutor General of the Nation

CONTINUATION OF REPORT No. [Handwritten] *0117* UDH-DIH Page 07

## ATTACHMENTS

Official letter number 217 C.T.I.SM-SIA sent to the Coordinator of Crime Photography at SIJIN DEMAG.
Official letter No. 225 C.T.I.SM.-SIA sent to the head of the Anti-narcotics Judicial Police Unit.
Official letter number 0812 POJUD-ZONOR, 0812 POJUD-ZONOR from the head of the Regional Unit of the Judicial Police and a disk containing three digital photographs.

Sworn statements given by the following people:

JULIO NELSON DE LA CRUZ BARROS, identified with citizen ID number 85.444.422 issued in Ariguani Magdalena.
RAMON JOSE RODELO DE ARCO, identified with citizen ID number 9.105.207 issued in Carmen de Bolivar.
LUIS GREGORIO IBARRA JIMENEZ, identified with citizen ID number 12.526.076 issued in Santa Marta.
ISIDORO PACHECO, identified with citizen ID number 12.530.999 issued in Santa Marta.
JOSE MIGUEL FERRER FRIAS, identified with citizen ID number 12.536.983 issued in Santa Marta.
ALBERTO UTRIA ROSADO, identified with citizen ID number 12552375 issued in Santa Marta and his partner MIRIAM ESTHER MENDEZ JAIMES, identified with citizen ID number 39.049.574 issued in Santa Marta.

Under the aforementioned terms this report is issued for your knowledge and legal purposes.

Sincerely,

[Illegible signature]                                  [Illegible signature]

JAIME NORIEGA SANCHEZ                    FRANCISCO MAZO ZAPATA

Judicial Investigator UDH-DIH              Head of the Information and Analysis Section

The coordinator of the Human Rights Unit undersigns. IN WITNESS THEREOF: The public servants who signed above are active members of the Office of the Prosecutor General of the Nation and ratify under oath.

[Illegible signature]

MARGARITA BULA TRUJILLO

Coordinator UDH-DIH

CERTIFICATION

The undersigned Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33, assigned to the National Unit for Human Rights and International Humanitarian Law headquartered in the city of Barranquilla, hereby certifies that all front pages are mechanically-reproduced copies of those pages included in the criminal investigation filed under Case No. 1391 and therefore are TRUE AND COMPLETE COPIES of the originals from which they were taken.

I issue this certification under oath and under these terms. I SO ATTEST.

Barranquilla, August 3, 2009

[Illegible signature]

MIGUEL EDUARDO FERNANDEZ MASSI
Assistant to Prosecutor III of the Office of the Specialized Prosecutor 33
Assigned to the National Unit for Human Rights and International Humanitarian Law, Barranquilla

[Stamp]
J.A.R.
LAW FIRM
Sept. 2, 2009
[Illegible]
CORRESPONDENCE
RECEIVED

[Emblem]
Office of the Prosecutor General of the Nation

THE HEAD OF THE PERSONNEL OFFICE

HEREBY CERTIFIES

That Mr. MIGUEL EDUARDO FERNANDEZ MASSI, identified with citizen ID number 72.205.525, has worked at this institution since July 11, 1996.

That he currently holds the position of Assistant to Prosccutor III assigned to the Barranquilla District Prosecutors' Office.

Issued in Bogota, D.C., on the twenty-second (22) day of the month of October 2009.

[Illegible signature]

XIMENA LONDOÑO JARAMILLO

Head of the Personnel Office

---

Prepared by: Diana Zárate González

Reviewed by: KQN

[Illegible]

PERSONNEL OFFICE

DIAGONAL 22B (Avda. Luis Carlos Galan) No. 52-01 BLOQUE C PISO 1 BOGOTA, D.C.

SWITCHBOARD 5702000 EXT 2328 FAX 2356

[Emblem]
Office of the Prosecutor General of the Nation

|  |  |
|---|---|
| [Emblem] | REPUBLIC OF COLOMBIA |
| Liberty and Order | MINISTRY OF FOREIGN AFFAIRS |

# APOSTILLE

(Hague Convention of 5 October 1961)

Country: REPUBLIC OF COLOMBIA

This public document

has been signed by: LONDOÑO JARAMILLO XIMENA

acting in the capacity of: HEAD OF THE PERSONNEL OFFICE

bears the seal/stamp of: OFFICE OF THE PROSECUTOR GENERAL OF THE NATION

CERTIFIED

at BOGOTA, D.C.

10/29/2009

APOSTILLE

The Ministry of Foreign Affairs of Colombia

under number: **AJKZD91058777**

---

Officially Signed by:

| | |
|---|---|
| Ministry of Foreign Affairs of Colombia | [Illegible signature] |
| GUSTAVO ADOLFO PUENTES GARCIA | Signature: |

Reason: DOCUMENT AUTHENTICITY

Location: Bogota - Colombia

---

Name of the holder of document: JULIO E. ENRIQUEZ SANTAMARIA

Type of document: CERTIFICATION

Number of pages: 8

9102987157725830

---

The authenticity of this apostille may be verified by accessing the e-Register found on the following web site:

www.cancilleria.gov.co/apostilla