## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Criminal No. 04-114-1 (RBW)** |
| v. | ) | <u>UNDER SEAL</u> |
| | ) | |
| HERNAN GIRALDO-SERNA, | ) | |
| a/k/a "El Viejo," | ) | |
| a/k/a "El Patron," | ) | |
| a/k/a "Don Hernán," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>

The United States, through its attorneys, hereby moves to continue the defendant's sentencing hearing for the reasons stated below:

1.  On January 29, 2009, the defendant pleaded guilty to Count One of the Indictment in this case, charging conspiracy to import and to manufacture and distribute five kilograms or more of cocaine, intending and knowing that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959, 960 and 963. The defendant's plea of guilty was pursuant to a cooperation agreement with the United States, which provides for the possibility of a sentencing reduction depending on his cooperation, pursuant to Section 5K1.1 of the Sentencing Guidelines and/or 18 U.S.C. § 3553(e). Among other things, the agreement requires the defendant to be debriefed by the government, and to testify at trials and other hearings at the request of the government. In the plea agreement, the defendant also agreed that sentencing would be delayed at the request of the government.

2.  A sentencing hearing for this defendant is currently scheduled for Thursday, November 17, 2011, at 10:30 a.m.

1

3. Due to recent activity in a codefendant's case before this Court, the defendant remains a potential witness in that case. The codefendant's case is pending resolution of a motion previously filed by him that could result in the scheduling of a trial. Recently, the Court vacated the motions schedule as well as a December 19, 2011, hearing, previously set for the codefendant. Thus, the earliest the codefendant's motion could be resolved will be, most likely, early 2012. If a trial for the codefendant were to take place, it would be scheduled for sometime later in 2012, and the defendant would, most likely, be called as a witness to testify for the government during that trial.

4. The defendant has been incarcerated in the United States for approximately 41 months. The defendant has more time to serve, in accordance with his plea agreement, and would not be prejudiced by this continuance.

5. The government has consulted with defense counsel, Elita Amato, Esq. concerning the grounds for this motion. Defense counsel advised the government that she does not object to a continuance of the defendant's sentencing.

6. The government requests that the Court adjourn the scheduled sentencing hearing in this case and reschedule the sentencing hearing for a date approximately 120 days from the date of this motion.

Respectfully submitted this 18th day of October, 2011.

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice


Joshua P. Jones
Robert J. Raymond
Matthew R. Stiglitz
Trial Attorneys - Criminal Division
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W. - 8th Floor
Washington, D.C. 20005
(202) 353-3832


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent to defense counsel, Elita Amato, via email on this date, October 18, 2011.

Joshua P. Jones