IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 04CR114 (RBW) |
| ) | <u>FILED UNDER SEAL</u> |
| ) | |
| HERNAN GIRALDO-SERNA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING</u>

***COMES NOW,*** Hernan Giraldo-Serna, by and through undersigned counsel, and respectfully requests this Honorable Court continue his sentencing hearing currently scheduled for February 24, 2012, to a date and time amenable to the parties 90 days or thereafter from that date. The following is in support of said request:

On January 29, 2009, Mr. Giraldo-Serna plead guilty to Count One of the Second Superseding Indictment with conspiracy to manufacture and distribute 5 kilograms of more of cocaine intending and knowing that the cocaine would be unlawfully imported into the United States and aiding and abetting, in violation of 21 USC §§959, 960 and 963 and 18 USC § 2.

Prior to his formal entry of guilt, Mr. Giraldo-Serna began cooperating with the government and continued to do so after the guilty plea. Since setting the initial sentencing date, an associate of Mr. Giraldo-Serna contacted undersigned and expressed an interest in helping the government out on behalf of Mr. Giraldo-Serna. Undersigned relayed this information to the government and the government expressed an interest in the assistance of this associate, as they have already dealt with him in his own matter and consider his cooperation useful. This particular associate may now be unable to assist

2

however, other potential associates are prepared to provide assistance.

Additionally, Mr. Giraldo-Serna is prepared to testify and assist the government if necessary against defendant Rodrigo Tova Pupo, aka Jorge 40. Mr. Pupo's case has not been resolved as of yet. Further, Mr. Giraldo-Serna anticipates further cooperation meetings with government counsel.

Review of the pre-sentence report indicates that Mr. Giraldo-Serna's guidelines are 324-405 months. Therefore, he has great need to provide valuable information to the government for a reduction in sentence. Additionally, continuing the sentence will not cause him any additional jail time because it is anticipated that even with any reduction for cooperation he will be required to serve additional jail time.

Undersigned contacted government counsel, Robert Raymond, Esq., and Josh Jones, Esq., who informed undersigned that the government does not oppose this motion.

**WHEREFORE**, for these reasons and any others the court deems relevant, Mr. Giraldo-Serna, moves this court, grant this motion and continue the sentencing hearing currently scheduled for February 24, 2012, to a date in 90 days or thereafter, amenable to all parties.

Respectfully submitted,

/s/
_____
Elita C. Amato, Esq.
2009 N. Fourteenth St.,
Suite 708
Arlington, VA  22201
703-522-5900

**Attorney for Hernan Giraldo-Serna**

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion was e-mailed to government counsel Robert Raymond at Robert.Raymond@usdoj.gov, and Josh Jones at Josh.Jones@usdoj.gov on this 27th day of January 2012, thereby, providing service in this case.

                    /s/
Elita C. Amato