UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  V. )  ) HERNAN GIRALDO-SERNA, )  ) Defendant. ) | Crim. No. CR-04-114 (RBW)  (UNDER SEAL) |

### SEALED JOINT REQUEST TO CONTINUE SENTENCING HEARING

**COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of Elita Amato, counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the sentencing hearing presently scheduled for October 12, 2012 at 10:00 a.m.

Defendant Giraldo-Serna continues to cooperate with the United States and with the government of Colombia. Defendant is a potential witness in the case of *United States v. Rodrigo Tovar-Pupo,* presently pending before the District Court. Tovar- Pupo is attempting to withdraw his guilty plea, and his motion to do so is pending.

The government has recently met with Tovar-Pupo and his attorneys in an effort to resolve the plea issue raised by Tovar-Pupo. Both before and since the meeting with Tovar-Pupo, the government has several times talked at length with Tovar-Pupo's attorneys. While the plea issue has not been resolved, the government can report that the sides are progressing towards a resolution. For these reasons, and in the interests of justice, the parties would ask the District

Court to postpone the presently scheduled sentencing hearing. The parties would request that the Court set the sentencing hearing in January or February 2013.

Further, the parties would request that the Court seal this motion and the order accompanying this motion. The defendant is continuing to assist the United States, and he and his family could be endangered if his assistance to the United States was publicly known.

**WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

Respectfully submitted,

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Elita Amato on October 4, 2012 via electronic mail and/or fax.

_____-s-_____
Paul Laymon
Trial Attorney, DOJ