UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. CR-04-114-1 (RBW) |
| ) | (UNDER SEAL) |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

**SEALED JOINT REQUEST TO CONTINUE SENTENCING HEARING**

   **COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of Elita Amato, counsel for defendant Giraldo-Serna, and moves the District Court to continue the sentencing hearing presently scheduled for January 28, 2013, at 10:30 a.m.

   Defendant continues to cooperate with the United States and with the government of Colombia. Defendant is a potential witness in the case of *United States v. Rodrigo Tovar-Pupo,* presently pending before the District Court. Tovar-Pupo is attempting to withdraw his guilty plea, and his motion to do so is pending. The *Tovar-Pupo* case is now set for a status conference on February 21, 2013, with an understanding that if the matter is not resolved by February 21, the District Court will set a date soon thereafter for argument, or a possible hearing, on the motion to withdraw the plea.

   For these reasons, and in the interests of justice, the parties ask the District Court to postpone the presently scheduled sentencing hearing. The parties would request that the Court set the sentencing hearing in April, 2013.

1

Further, the parties would request that the Court seal this motion and the order accompanying this motion. The defendant is continuing to assist the United States, and he and his family could be endangered if his assistance to the United States was publicly known.

**WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

                                                   Respectfully submitted,

                                              _____/s/_____
                                              Paul W. Laymon
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division, Department of Justice
                                              (202) 514-1286
                                              paul.laymon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Elita Amato on January 18, 2013, via electronic mail.

                                              _____/s/_____
                                              Paul Laymon
                                              Trial Attorney, DOJ