UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | Crim. No. CR-04-114 (RBW) |
| ) | (UNDER SEAL) |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

### SEALED JOINT REQUEST TO CONTINUE SENTENCING HEARING

**COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of Elita Amato, counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the hearing scheduled for April 25, 2013 at 10:30 a.m.

This case has been continued several times because defendant Giraldo-Serna was a potential witness in the case of *United States v. Rodrigo Tovar-Pupo,* and could have testified in that case had the case gone to trial. *Tovar-Pupo* has now been resolved. However, the parties need more time to prepare for defendant's sentencing, particularly to assess his assistance over the past few years. That assessment will depend in part on information to be provided in the near future from the government of Colombia. In addition, counsel for defendant Giraldo-Serna is involved in a lengthy trial.

For these reasons, and in the interests of justice, the parties would ask the District Court to postpone the presently scheduled sentencing hearing. The parties would request that the Court set the sentencing hearing in September 2013.

Further, the parties would request that the Court seal this motion and the order accompanying this motion.  The defendant is continuing to assist the United States, and he and his family could be endangered if his assistance to the United States was publicly known.

**WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

Respectfully submitted,

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Elita Amato on April 18, 2013 via electronic mail and/or fax.

_____-s-_____
Paul Laymon
Trial Attorney, DOJ