IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 04CR114 (RBW) |
| ) | <u>FILED UNDER SEAL</u> |
| ) | |
| HERNAN GIRALDO-SERNA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING</u>

***COMES NOW,*** Hernan Giraldo-Serna, by and through undersigned counsel, and respectfully requests this Honorable Court continue his sentencing hearing currently scheduled for September 6, 2013, to a date and time amenable to the parties with a suggested date of November 4, 2013.  The following is in support of said request:

On January 29, 2009, Mr. Giraldo-Serna plead guilty to Count One of the Second Superseding Indictment with conspiracy to manufacture and distribute 5 kilograms of more of cocaine intending and knowing that the cocaine would be unlawfully imported into the United States and aiding and abetting, in violation of 21 USC §§959, 960 and 963 and 18 USC § 2.

Prior to his formal entry of guilt, Mr. Giraldo-Serna began cooperating with the United States Government and had also been cooperating with Colombia officials through the Justice of Peace program.  So as to better inform the court of Mr. Girald-Serna's full cooperation both to our government as well as to the Colombian government, Mr. Giraldo-Serna now moves for this continuance.

Although government counsel, Paul Laymon, Esq., has received a preliminary assessment from the Colombian government as to Mr. Giraldo-Serna's cooperation, he

awaits their further and final evaluation.  Additionally, as government counsel in this case has changed a couple of times throughout the duration of this case, undersigned will need meaningful time to speak with current counsel for the government, Mr. Laymon and review her file regarding the meetings and cooperation provided by Giraldo-Serna so that a determination by counsel can be made regarding the scope of cooperation provided by Giraldo-Serna.

Undersigned spoke with Mr. Laymon regarding the reasons for the continuance and he informed undersigned that the government does not oppose this motion and is in agreement with an extension.  Both parties are available for a continued date of November 4, 2013, or a date thereafter amenable to the parties and the Court.

**WHEREFORE**, for these reasons and any others the court deems relevant, Mr. Giraldo-Serna, moves this court, grant this motion and continue the sentencing hearing currently scheduled for September 6, 2013, to a date thereafter, amenable to all parties, with a suggested date of November 4, 2013.

Respectfully submitted,

/s/
_____
Elita C. Amato, Esq.
1600 Wilson Blvd., Suite 205
Arlington, VA  22209
703-522-5900

**Attorney for Hernan Giraldo-Serna**

## CERTIFICATE OF SERVICE

I hereby certify that this Motion was e-mailed to government counsel Paul Laymon at Paul.Laymon@usdoj.gov on this this day of 30th day of August, thereby, providing service in this case.

/s/
_____
Elita C. Amato