UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. CR-04-114 (RBW) |
| ) | (UNDER SEAL) |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

**SEALED JOINT REQUEST TO CONTINUE SENTENCING HEARING**

    **COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of Elita Amato, counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the hearing scheduled for November 7, 2013 at 9 a.m.

    Pending in this case is a petition from three Colombian citizens seeking relief under the Crime Victim's Relief Act (CVRA). The petitioners seek to be present at the sentencing hearing and to be heard on the matter of sentencing. This petition will need to be resolved before the sentencing hearing can begin. The government will be filing a limited motion to unseal to give the petitioners notice of the sentencing hearing, at which point it is anticipated that petitioners will further pursue relief under the CVRA. In addition, government counsel has been advised that the defendant has hired new counsel, and that new counsel is awaiting approval of the Department of the Treasury (concerning attorney fees) before making an appearance in the case.

    For these reasons, and in the interests of justice, the parties would ask the District Court to postpone the presently scheduled sentencing hearing.

Further, the parties would request that the Court seal this motion and the order accompanying this motion.  **WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

Respectfully submitted,

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Elita Amato on October 27, 2013 via electronic mail and/or fax.

_____-s-_____
Paul Laymon
Trial Attorney, DOJ