UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA            )<br>                                                              )<br>            V.                                              )<br>                                                              )<br>HERNAN  GIRALDO-SERNA,         )<br>                                                              )<br>            Defendant.                              ) | Crim. No. CR-04-114 (RBW)<br>       (UNDER SEAL) |

### SEALED JOINT REQUEST TO CONTINUE SENTENCING HEARING

**COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of defense counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the hearing scheduled for January 31, 2014.

Still pending in this case is a petition from three Colombian citizens seeking relief under the Crime Victim's Relief Act (CVRA). The petitioners seek to be present at the sentencing hearing and to be heard on the matter of sentencing. This petition will need to be resolved before the sentencing hearing can begin. In addition, defendant has hired new counsel, Robert Feitel, and new counsel will need additional time to prepare for the hearing. Further, the defendant is a possible witness in the matter involving Rodrigo Tovar-Pupo, who has moved once again to withdraw his guilty plea.

For these reasons, and in the interests of justice, the parties would ask the District Court to postpone the presently scheduled sentencing hearing.

Further, the parties would request that the Court seal this motion and the order

accompanying this motion.  **WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

                                            Respectfully submitted,

                                            _____-s-_____
                                            Paul W. Laymon
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division, Department of Justice
                                            (202) 514-1286
                                            paul.laymon@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was provided to defense counsel Robert Feitel and Elita Amato on January 23, 2014 via electronic mail and/or fax.

                                            _____-s-_____
                                            Paul Laymon
                                            Trial Attorney, DOJ