UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. CR-04-114 (RBW) |
| ) | (UNDER SEAL) |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

### SEALED REQUEST TO CONTINUE SENTENCING HEARING

**COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of defense counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the hearing scheduled for April 11, 2014.

Still pending in this case is a petition from three Colombian citizens seeking relief under the Crime Victim's Relief Act (CVRA). The petitioners seek to be present at the sentencing hearing and to be heard on the matter of sentencing. This petition will need to be resolved before the sentencing hearing can begin. In addition, the defendant is a possible witness in the matter involving Rodrigo Tovar-Pupo, which will not be decided for several more weeks.

For these reasons, and in the interests of justice, the parties would ask the District Court to postpone the presently scheduled sentencing hearing.

Further, the parties would request that the Court seal this motion and the order accompanying this motion. **WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

1

Respectfully submitted,

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Robert Feitel on April 9, 2014 via electronic mail and/or fax.

_____-s-_____
Paul Laymon
Trial Attorney, DOJ