UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Cr. No. 04 CR. 114 (RBW) |
| | : | **UNDER SEAL** |
| V. | : | |
| HERNAN GIRLADO-SERNA | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and the Government shall take notice that the undersigned will be representing defendant Hernan Giraldo-Serna in this matter:

 Robert A. Feitel, Esquire
 Law Office of Robert Feitel
 1712 N Street, N.W.
 Washington, D.C. 20036
 D.C. Bar No. 366673
 202-450-6133 (office)
 202-255-6637 (cellular)
 rf@rfeitellaw.com

Respectfully submitted

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1712 N Street, N.W.
Washington, D.C. 20009
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, via email to Department of Justice Trial Attorney Paul Laymon at the Narcotic and Dangerous Drug Section, and to predecessor counsel, Elita Amato, this 11th day of April, 2014.

Robert Feitel