UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. CR-04-114 (RBW) |
| | ) | (UNDER SEAL) |
| HERNAN GIRALDO-SERNA, | ) | |
| | ) | |
| Defendant. | ) | |

**SEALED REQUEST TO CONTINUE SENTENCING HEARING**

**COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of defense counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the hearing scheduled for September 12, 2014 at 11 a.m.

The defendant is a possible witness in the trial or sentencing involving Rodrigo Tovar-Pupo, which is still unresolved, though set for a final hearing on October 17, 2014.

For this reason, and in the interests of justice, the parties would ask the District Court to postpone the presently scheduled sentencing hearing. The parties would ask that the sentencing be rescheduled for a time in November 2014, after the next Tovar-Pupo hearing,

Further, the parties would request that the Court seal this motion and the order accompanying this motion.

**WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

Respectfully submitted,

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Robert Feitel on September 4, 2014 via electronic mail and/or fax.

_____-s-_____
Paul Laymon
Trial Attorney, DOJ