UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. CR-04-114 (RBW) |
| | ) | (UNDER SEAL) |
| HERNAN GIRALDO-SERNA, | ) | |
| | ) | |
| Defendant. | ) | |

## SEALED MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the United States of America, by and through the undersigned attorney, with the agreement and consent of defense counsel for defendant Hernan Giraldo-Serna, and moves the District Court to continue the hearing scheduled for November 21, 2014.

The defendant is a possible witness in the trial or sentencing of a co-conspirator, Rodrigo Tovar-Pupo, whose case is still unresolved, though moving forward towards a resolution. For this reason, and in the interests of justice, the parties would ask the District Court to postpone the presently scheduled sentencing hearing. The parties would ask that the sentencing hearing be rescheduled for a date after the Tovar-Pupo case has been finally resolved.

Further, for reasons previously submitted and known to the court, the parties would request that the District Court seal this motion and the order accompanying this motion.

**WHEREFORE**, for the foregoing reasons, the parties respectfully ask the District Court to grant this motion.

Respectfully submitted,

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel Robert Feitel on November 18, 2014 via electronic mail and/or fax.

_____-s-_____
Paul Laymon
Trial Attorney, DOJ