UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Cr. No. 04 CR. 114 (RBW) |
| | : | **UNDER SEAL** |
| V. | : | |
| HERNAN GIRLADO-SERNA | : | |
| Defendant. | : | |

## DEFENDANT'S NOTICE OF CASE STATUS

In advance of the status hearing currently scheduled for January 23, 2015, undersigned counsel submits this Notice to advise the Court of the status of several pending matters.

Defendant Hernan Giraldo-Serna is currently scheduled for sentencing on February 27, 2015. The defendant remains in cooperation with the United States and met with Narcotic and Dangerous Drug Section prosecutor Paul Laymon and an agent from the Drug Enforcement Administration the last week of September 2014.

Undersigned counsel and Mr. Laymon have met several times in the last few months to discuss the status of the case and prepare for sentencing. At this point in the proceedings, the defendant remains a potential witness against his co-defendant Rodrigo Tovar-Pupo. The defendant is also continuing his long term participation in the Justice and Peace process in Colombia, which is a Government sponsored program of reconciliation between members of self defense groups and the citizens of that nation.

During the last week of December 2014, as the result of an inquiry from the Court, undersigned counsel spoke with the prosecution about the status of the motion to participate in these proceedings filed on behalf of the family of Julio Enriquez (an ex FARC rebel) under the

1

Crime Victim Rights' Act. The undersigned has since obtained and reviewed the relevant pleadings and discussed this matter with his client. Undersigned counsel has also contacted Mr. Serna's Colombian lawyers in order to obtain additional relevant information and/or materials about this matter.

On or about January 15, 2015, counsel for the Government and the defense contacted the law firm that entered an appearance before this Court on behalf of the alleged victims to determine if they still wished to participate in this matter. On January 18, 2015, Leo Cunningham, Esquire of the law firm of Wilson, Sonsini, Goodrich and Rosati advised the Government in an email (subsequently forwarded by the prosecutor to undersigned) that his law firm still represented the putative victims and wished to pursue their claim under the Crime Victims' Rights Act. The

Although the Government submitted an opposition to the motion filed on behalf of the alleged victims, no pleading has ever been filed by the defense concerning to this issue. After reviewing relevant caselaw and considering the matter, the defense does not believe that the family of Mr. Henriquez is a "crime victim" as that term is defined in 18 United States Code 3771(e). The defense would like the opportunity to submit a pleading setting forth the arguments in support of this position at greater length.

The entire case against Mr. Giraldo remains under seal, including the Superseding Indictment as well as all documents relating to his Plea Agreement. Attached hereto as Exhibit A is a copy of the limited public docket in this case. The defense believes that the case should remain under seal, except for pleadings directly related to the motion filed by the putative

victims to participate in this case. Counsel will be prepared to address this matter further at the next status or thereafter if the Court should have any questions concerning this issue.

                Respectfully submitted

                _____
                Robert Feitel, Esquire
                Law Office of Robert Feitel
                1712 N Street, N.W.
                Washington, D.C.  20009
                D.C. Bar No. 366673
                202-450-6133 (office)
                202-255-6637 (cellular)
                RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, via email to Department of Justice Trial Attorney Paul Laymon at the Narcotic and Dangerous Drug Section, and to predecessor counsel, Elita Amato, this 21th day of January, 2015.

_____
Robert Feitel