**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>v. )<br>)<br>GIRALDO-SERNA )<br>)<br>Defendant )<br>)<br>Zulma Natazha Chacín de Henríquez, Nadiezhda )<br>Natazha Henríquez Chacín, and Bela Henríquez )<br>Chacín: )<br>)<br>Movants. )<br>)<br>) | CASE NO.:  1:04-cr-00114-1 RBW<br><br>UNDER SEAL |

**DECLARATION OF ROXANNA M. ALTHOLZ IN SUPPORT OF MOVANTS' CVRA SUBMISSION IN CONNECTION WITH STATUS CONFERENCE SCHEDULED FOR FEBRUARY 18, 2015 AT 10:30 AM**

I, ROXANNA M. ALTHOLZ, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am Acting Director and Assistant Clinical Professor of the International Human Rights Clinic at University of California, Berkeley School of Law.  I represent Movants Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín and Bela Henríquez Chacín, and have moved for admission *pro hac vice* in this matter.

2. I respectfully submit this declaration in support of the CVRA Submission in Connection with Status Conference Scheduled for February 18, 2015 at 10:30 a.m.

3. Attached herewith as Exhibit 1 is a true and correct copy of an email from Mr. Paul Laymon, U.S. Dep't of Justice, to Mr. Leo P. Cunningham, Wilson Sonsini Goodrich & Rosati, dated January 27, 2015.

4. Attached herewith as Exhibit 2 is a true and correct copy of what I believe to be a declassified and redacted biography of Defendant Hernan Giraldo-Serna by the United States Department of Justice, Drug Enforcement Administration.  This document was obtained by National Security Archive, a non-profit organization, through a FOIA request and redacted as part of the government review process. I obtained this document from National Security Archive.

5. Attached herewith as Exhibit 3 is a true and correct copy of an email from Mr. Paul Joseph, U.S. Dep't of Justice, to Mr. Leo P. Cunningham, Wilson Sonsini Goodrich & Rosati, dated May 27, 2010.

6. Attached herewith as Exhibit 4 is a true and correct copy of an email from Mr. Paul Joseph, U.S. Dep't of Justice, to Mr. Leo P. Cunningham, Wilson Sonsini Goodrich & Rosati, dated October 20, 2009.

Executed on February 13, 2015                      Roxanna M. Altholz