# EXHIBIT 1
# (CONFIDENTIAL – FILED UNDER SEAL)

**Sent:** Tuesday, January 27, 2015 3:46 PM
**To:** Laymon, Paul
**Cc:** Robert Feitel
**Subject:** Re: Giraldo-Serna

Thank you.

Leo Cunningham
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd.
Palo Alto, CA 94304
650.320.4573


On Jan 27, 2015, at 3:34 PM, Laymon, Paul <Paul.Laymon@usdoj.gov> wrote:

> Leo:
>
>     The District Court has authorized me to inform you that the defendant Hernan Giraldo Serna has a
> sentencing hearing coming up in the near future.  The court set a status conference/hearing on the
> CVRA issues for Feb 18, 2015 at 10:30 am.  The court stated it would like you to file any additional  CVRA
> pleadings, if you desire to do so, by February 13, 2015.
>
>     The judge in the matter is still United States District Court Judge Reggie Walton.
>
> Best regards.
>
> Paul
>
> Paul Laymon
> Trial Attorney
> Narcotic and Dangerous Drug Section
> DOJ

> **From:** Cunningham, Leo [mailto:LCunningham@wsgr.com]
> **Sent:** Tuesday, January 20, 2015 2:18 PM
> **To:** Laymon, Paul
> **Cc:** Love, Stacy
> **Subject:** Giraldo-Serna
>
> Paul,
> I tried to call your office but got your message inviting an email.
>
> Since the docket is not available to me, I wanted to check with you to
> confirm that there has not been any activity by the court regarding my

clients since we filed our opposition to the government's response to the Court's OSC in August, 2010.  Can you please let me know?

Thanks.

Leo

Leo Cunningham
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd. |  Palo Alto, CA 94304
DD: 650.320.4573 | Fax: 650.493.6811

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.