# EXHIBIT 2
# (CONFIDENTIAL – FILED UNDER SEAL)



12

LAW ENFORCEMENT SENSITIVE

U.S. Department of Justice
Drug Enforcement Administration



# Organized Crime Drug Enforcement Task Force
# OCDETF








LAW ENFORCEMENT SENSITIVE





# Table of Contents


v Executive Summary

Latin America/Caribbean

9 Hernan GIRALDO-Serna

Mexico/Central America







# Hernan GIRALDO-Serna





Hernan GIRALDO-Serna

**Hernan GIRALDO-Serna** is a leader of the AUC who operates in the Magdalena Department of northern Colombia. **GIRALDO-Serna** and the AUC are major sources of cocaine transported from Colombia to the United States. **GIRALDO-Serna** and the AUC are also involved in the exchange of drugs for illegal weapons and firearms. By using threats, intimidation, murder, and corruption, **GIRALDO-Serna** and the AUC have been successful in controlling and operating in a large area of northern Colombia for decades. **GIRALDO-Serna** imposes a fee on other drug trafficking organizations, which allows them to transport cocaine from the territory that he controls to other locations for further distribution.

The **GIRALDO-Serna** organization has been identified as conspiring with international drug traffickers capable of coordinating the production, transportation and shipment of multi-ton quantities of cocaine. The geographical scope of this organization extends from South America with direct links to the Caribbean, the United States, and Europe. Source information indicates that since about 1988, **GIRALDO-Serna** has been responsible for annually coordinating and providing security for multiton shipments of cocaine transported from the North Coast of Colombia to several Caribbean islands and Mexico, at least part of which is destined for the United States.

The **GIRALDO-Serna** drug trafficking organization and the AUC have been linked to [redacted] northern Colombian coast, in particular, the areas controlled by the AUC in Santa Marta. In December 2002, [redacted] GIRALDO-Serna [redacted] were arrested in Colombia and five search warrants of their associated residences and businesses were executed. Evidence seized in this investigation linked these associates directly to the **Hernan GIRALDO-Serna** organization. [redacted] direct evidence indicate that they coordinated over 30 cocaine smuggling trips from the North Coast of Colombian between 1999 and 2002. It is estimated that over 50 tons of cocaine were moved during these smuggling trips. These cocaine shipments, [redacted] were destined for the

| | |
|---|---|
| **Aliases:** | Don Hernan, Pluma Blanca |
| **DOB:** | October 16, 1948 |
| **Alt. DOBs:** | 1930 |
| | 1950 |
| **POB:** | Colombia |
| **Nationality:** | Colombian |
| **Citizenship:** | Colombia |
| **Height:** | 5 feet 7 inches |
| **Weight:** | 130 pounds |
| **Hair Color:** | Gray |
| **Eye Color:** | Brown |







[redacted] 7E 7C

United States. On September 12, 2003, [redacted] 7C

On July 6, 2004 [redacted] the brother of 7C **Hernan GIRALDO-Serna,** [redacted]

**Judicial Status:** GIRALDO-Serna was indicted on March 5, 2004 (sealed) in the District of Columbia for violations of 18 USC 841, 7C 959. **GIRALDO-Serna's** brother [redacted] 7C [redacted] and six other members of the organizations were also indicted. **GIRALDO-Serna** is wanted in Colombia on eight separate charges, ranging from aggravated homicide and kidnapping to criminal influence and paramilitary membership.



Hernan GIRALDO-Serna





53




# Hernan GIRALDO-Serna

DEA: ZU-00-0024
NDIC: X0558C

b6

NDIC Document Exploitation support to the
DEA Cartagena Resident Office



54










## TABLE OF CONTENTS


BACKGROUND ....3

OBJECTIVES ....4

SCOPE ....4

*NDIC Participants* ....5

ANALYST NOTE ....5

FINDINGS ....6

IDENTIFY ASSETS AND BANK ACCOUNTS ....7
IDENTIFY ASSOCIATES AND RELATED INFORMATION ....7
IDENTIFY TELEPHONE NUMBERS ....8
ADDITIONAL FINDINGS AND MAPS ....9

BIOGRAPHICAL REPORT .... Tab 1
EVENTS REPORT .... Tab 2
TELEPHONE REPORT .... Tab 3
FINANCIAL REPORT .... Tab 4
ADDRESS REPORT .... Tab 5
VEHICLE REPORT .... Tab 6
WEAPON REPORT .... Tab 7
INVENTORY .... Tab 8




55




## ANALYSIS OF DOCUMENTS SEIZED

### Background

This investigation focuses on the illegal activities of Hernan GIRALDO-Serna. GIRALDO allegedly heads a faction of the paramilitary organization known as the Autodefensas Unidas de Colombia (AUC), operating in the Magdalena Department of northern Colombia. This investigation was initiated in January 2001 and is being worked by the DEA Cartagena Resident Office (CRO) in conjunction with the US DOJ Narcotics and Dangerous Drugs (NDDS) section and the Colombian National Police (CNP).

The AUC has been previously identified as having conspired with drug traffickers and is capable of coordinating the production, transportation and the shipment of multi-ton quantities of cocaine. The AUC has been classified by the U.S. Department of State as a "top-ten" terrorist group.









## Objectives

The Document Exploitation team's objective was to compile and analyze the documents seized during the investigation in accordance with the Priority Intelligence Requirements (PIRs) set forth by the case agent.

**The PIRs for the mission were:**

1. Identify assets and bank accounts.
2. Identify any associates and any related information.
3. Identify telephone numbers outside of Colombia, espcially in the U.S.
4. Summarize and analyze various types of Reports of Investigations provided by the Case Agent.

## Scope

Between March 24-28, 2003, an analytical team composed of 19 persons participated in the CRO Document exploitation project. The team reviewed, documented and analyzed approximately 4 boxes of documents.

During the course of the mission, the following quantities of records were entered into the database:

| | |
|---|---|
| **Biographical** | 370 |
| **Events** | 242 |
| **Addresses** | 64 |
| **Financial** | 30 |
| **Phone** | 1457 |
| **Vehicle** | 18 |




NDIC Participants

Document Exploitation Team



b6

## Analyst Note

A general listing of evidence examined by NDIC Intelligence Analysts can be found in the Inventory Report Section. Important and detailed information can be found in the Significant Findings and specialized report sections of this Intelligence Support Report. The specialized reports found in this document include: Biographical, Events, Phone, Financial, Address, and Vehicle.













## FINDINGS

*Contained within this section is information that the DocEx team found that addresses a Priority Intelligence Requirement (PIR) or stands out as possibly significant to the overall case. This is only a small portion of the information contained within the DocEx report and is only meant to highlight certain information of interest.*

### *INCLUSION OF REPORTS OF INVESTIGATION*

Found within this associated RAID Database and the RAID Database hardcopy report is information from Reports of Investigation, (ROI) provided by the DEA Case Agent, S/A [redacted] This information was included in the Database in a summary form, with pertinent dates, persons, and events entered. Information from a large number of telephone line sheets was also entered in the database. This telephone information was translated into English and then was entered into the RAID system to serve as a pointer system for the line sheets. Details or the actual transcripts of the call can be found by consulting the phone reports. The reports are referenced by evidence numbers in the RAID report to provide quick access to the more detailed hardcopy reports.








### *IDENTIFY ASSETS AND BANK ACCOUNT NUMBERS*

Contained within this report are 30 individual financial reports. The majority of the accounts identified did not show account activity. The few accounts that did have account activity were relatively low dollar amounts.

### *IDENTIFY ASSOCIATES AND RELATED INFORMATION*

Contained within this report are 370 individual biographical reports. These reports contain any and all information that was found during the examination and analysis of all seized evidence. These biographical reports are found in the Biographical section (Tab 1) and are organized in alphabetical order.

**Selected Details**

[redacted] 1C

[redacted] 1C

[redacted] 1C 1C





## *IDENTIFY TELEPHONE NUMBERS OUTSIDE OF COLOMBIA, ESPECIALLY IN THE U.S.*

Contained within this report are 1457 individual telephone reports. The following numbers were identified from the RAID database as being in areas of interest to the Case Agent. This is a partial listing meant to highlight the types of data that are found within the RAID report. Please reference the RAID report for additional details.

**South Florida** **Other Areas**

[redacted] 7c

7c

7c

**Possible Satellite Phone numbers**

[redacted] 7c

[redacted] 7c

10