# EXHIBIT 3
# (CONFIDENTIAL – FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Joseph, Paul <Paul.Joseph2@usdoj.gov> |
| **Sent:** | Thursday, May 27, 2010 1:28 PM |
| **To:** | Cunningham, Leo |
| **Cc:** | Mulholland, Lee-Anne; raltholz@law.berkeley.edu |
| **Subject:** | RE: Case No. 1:04-cr-00114-RBW |

Hello Leo,

Sorry for not emailing you directly with a copy of our motion.  We had drafted the motion soon after receiving the Court's Order to Show Cause, but were delayed in filing it due to the incorrect docketing of the Order.  I certainly did not intend for you to receive delayed notice.  I will send notice of future filings to you by email.

I do not know why, or even if, the docket is sealed.  I believe the Court is simply attempting to determine how to properly re-docket the mis-filed motion and resulting order.  I will need to follow the Court's instructions regarding who should be notified of any rulings in this matter.

Paul Joseph, Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
Phone: (202) 514-9644
Mobile: (202) 431-9668
Fax: (202) 514-7478
Paul.Joseph2@usdoj.gov

**From:** Cunningham, Leo [mailto:LCunningham@wsgr.com]
**Sent:** Thursday, May 27, 2010 3:36 PM
**To:** Joseph, Paul
**Cc:** Mulholland, Lee-Anne; raltholz@law.berkeley.edu
**Subject:** RE: Case No. 1:04-cr-00114-RBW

Paul,

Thank you for this.  The copy you mailed via the US postal service to my DC colleague arrived there yesterday, a fact we learned after receipt of your email.
Given that you know who is actually working on this matter, why didn't you email your motion to us?
Would you please inform us of the Court's ruling on your request for additional time as soon as you receive it?
And can you tell me why the docket is sealed?

Leo

**From:** Joseph, Paul [mailto:Paul.Joseph2@usdoj.gov]
**Sent:** Wednesday, May 26, 2010 3:09 PM
**To:** Cunningham, Leo
**Cc:** Mulholland, Lee-Anne; raltholz@law.berkeley.edu
**Subject:** RE: Case No. 1:04-cr-00114-RBW-15

1

Hello Mr. Cunningham,

Attached please find a copy of the motion, along with an attachment, that we filed in this matter last week.  A copy of the motion was also mailed to your co-counsel Joshua A. Holzer, who had submitted the CVRA motion dated April 16, 2010, to the Court.

Paul Joseph, Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
Phone: (202) 514-9644
Mobile: (202) 431-9668
Fax: (202) 514-7478
Paul.Joseph2@usdoj.gov

**From:** Montoya, Laura [mailto:lmontoya@wsgr.com]
**Sent:** Wednesday, May 26, 2010 4:58 PM
**To:** Joseph, Paul; Stiglitz, Matthew
**Cc:** Cunningham, Leo; Mulholland, Lee-Anne; 'Roxanna Altholz (raltholz@law.berkeley.edu)'
**Subject:** Case No. 1:04-cr-00114-RBW-15

Dear Mr. Joseph and Mr. Stiglitz,

Please see the attached letter on behalf of Leo Cunningham.


Regards,

Laura Montoya
Legal Secretary to Ron Shulman, Leo Cunningham, and Lee-Anne Mulholland
650/461-5343, RW 2-2-G   lmontoya@wsgr.com
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road, Palo Alto, CA  94304-1050
WSGR  Ph:  650/493-9300  Fax:  650/565-5100

```
This email and any attachments thereto may contain private, confidential, and privileged
material for the sole use of the intended recipient.  Any review, copying, or
distribution of this email (or any attachments thereto) by others is strictly
prohibited.  If you are not the intended recipient, please contact the sender immediately
and permanently delete the original and any copies of this email and any attachments
thereto.
```