# EXHIBIT 4
# (CONFIDENTIAL – FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Joseph, Paul <Paul.Joseph2@usdoj.gov> |
| **Sent:** | Tuesday, October 20, 2009 2:40 PM |
| **To:** | Cunningham, Leo |
| **Subject:** | RE: CVRA Letter Re Serna Prosecution |

Leo, although I can not discuss the specifics of the ongoing case, I can tell you that any issues related to possible plea or sentencing matters in this case will not move forward until we can discuss the matter.  I will be in touch as soon as possible.

Paul Joseph, Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
Phone: (202) 514-9644
Mobile: (202) 431-9668
Fax: (202) 514-7478
Paul.Joseph2@usdoj.gov

---

**From:** Cunningham, Leo [mailto:LCunningham@wsgr.com]
**Sent:** Tuesday, October 20, 2009 5:10 PM
**To:** Joseph, Paul
**Subject:** RE: CVRA Letter Re Serna Prosecution

Paul,

I am not blaming you for last week's weather but am sorry we couldn't get together.
I look forward to talking to you as soon as you are able.

I do have a concern: You may know that the docket in the case is sealed (and I don't know why) so we do not know what is going on.  I am hoping, however, that while we are waiting to talk, nothing is happening in the case (e.g. plea, sentencing, etc.) at which victims would have the right to be heard.  Can you put my mind at ease that while we are waiting, nothing is happening in the case that might be prejudicial to victims' rights?

Leo

---

**From:** Joseph, Paul [mailto:Paul.Joseph2@usdoj.gov]
**Sent:** Tuesday, October 20, 2009 1:25 PM
**To:** Cunningham, Leo
**Subject:** CVRA Letter Re Serna Prosecution

Mr. Cunningham,

Thank you for your voicemail message at the end of last week.  I was hoping to free up time to meet with you last Friday, but several emergencies arose in court on an unrelated matter.  We are having a hearing in that case this Friday, after which I will have more time to discuss with you issues related to the Serna prosecution.  As I mentioned before, I am not one of the prosecutors on the Giraldo-Serna case, however, our office wants to ensure that all rights entitled to victims per the CVRA and other statutes are fully respected.

Sorry you had such poor weather in DC for parent's weekend!

Paul Joseph, Trial Attorney
U.S. Department of Justice
Narcotic & Dangerous Drug Section
1400 New York Avenue, NW, Room 11418
Washington, DC 20005
Office: (202) 514-9644
Mobile:(202) 431-9668
Fax:    (202) 514-7478
Paul.Joseph2@usdoj.gov

This email and any attachments thereto may contain private, confidential, and privileged
material for the sole use of the intended recipient.  Any review, copying, or
distribution of
this email (or any attachments thereto) by others is strictly prohibited.  If you are not
the
intended recipient, please contact the sender immediately and permanently delete the
original
and any copies of this email and any attachments thereto.