IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v<br><br>GIRALDO-SERNA,<br><br>           Defendant,<br><br>Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henriquez Chacin, and Bela Henriquez Chacin,<br><br>           Movants | CASE NO   1 04-cr-114-1 (RBW)<br><br>UNDER SEAL[1] |

**MOVANTS' NOTICE OF FILING REGARDING ORDERS OF FEBRUARY 20 AND FEBRUARY 24**

---

[1] Movants object to filing this notice under seal and request that it be unsealed forthwith because there is no interest to protect in sealing it, and to the extent there were, any such interest could most likely be protected by a limited redaction  *See* Movants' CVRA Submission in Connection With Status Conference Scheduled For February 18, 2015 at 6-9  Maintaining an entire docket under seal is unconstitutional  *See, e g , United States v Ochoa-Vasquez*, 428 F 3d 1015, 1022-23 (11th Cir 2005) "Complete closure of the judicial record is proper only in the absence of alternatives that would provide adequate protection " *Dhiab v Obama*, No  CV 05-1457 (GK), 2014 WL 4954458, at *4 (D D C  Oct  3, 2014)

## NOTICE OF FILING

*A FEBRUARY 20, 2015 ORDER*

Pursuant to the February 20, 2015 Order of the Honorable Reggie B Walton, the Movants, Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín, hereby submit to the Court courtesy copies of all submissions that the Court should consider in resolving Movants' Motion to Enforce Rights Under the Crime Victims' Rights Act ("CVRA") in the above-captioned matter The submissions are as follows

### SUSBTANTIVE CVRA FILINGS

| Date | Filer | Document | Docket No. (where known) | Tab |
|---|---|---|---|---|
| 4/26/2010 | Movants | Motion to Enforce Rights Under the Crime Victims' Rights Act by Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín | 213 | 1 |
| 4/26/2010 | Movants | Declaration of Joshua A Holzer in Support of Motion to Enforce Rights Under the Crime Victims' Rights Act by Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín and accompanying exhibits | Filed herewith | 2 |
| 4/26/2010 | Court | Show Cause Order | 188 | 3 |
| 6/18/2010 | United States | Response of the United States To Order to Show Cause in Connection with Motion to Enforce Rights Under the Crime Victims' Rights Act | 200 | 4 |
| 6/18/2010 | United States | Addendum to Response of the United States To Order to Show Cause in Connection with Motion to Enforce Rights Under the Crime Victims' Rights Act | 200-1 | 5 |
| 6/21/2010 | Court | Order conferring movant status | 202 | 6 |
| 7/22/2010 | Court | Order reissuing Order conferring movant status | | 7 |

| Date | Filer | Document | Docket No. (where known) | Tab |
|---|---|---|---|---|
| 8/5/2010 | Movants | Movants Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín Opposition Memorandum in Support of Motion to Enforce Rights under the Crime Victims' Rights Act | 212 | 8 |
| 8/5/2010 | Movants | Declaration of Joshua A Holzer in Support of Movants Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín Opposition Memorandum in Support of Motion to Enforce Rights under the Crime Victims' Rights Act and accompanying exhibits | 212 | 9 |
| 2/13/2015 | Movants | Movants' CVRA Submission in Connection with Status Conference Scheduled for February 18, 2015 at 10 30 AM | | 10 |
| 2/13/2015 | Movants | Declaration of Roxanna M Altholz in Support of Movants' CVRA Submission in Connection with Status Conference Scheduled for February 18, 2015 at 10 30 AM and accompanying exhibits | | 11 |
| 2/13/2015 | Defendant | Defendant's Opposition to Motion to Intervene Under Crime Victims' Rights Act (redacted by defense counsel) | | 12 |
| 3/2/2015 | Movants | Movant's Further CVRA Submission in Response to Defendant's Opposition to Motion to Intervene Under Crime Victims' Rights Act | | 13 |
| 3/2/2015 | Movants | Supplemental Declaration of Roxanna M Altholz in Support of Movant's Further CVRA Submission in Response to Defendant's Opposition to Motion to Intervene Under Crime Victims' Rights Act | | 14 |
| 3/2/2015 | United States | Response to CVRA Submission in Connection with Status Conference | | 15 |

The Clerk's Office has confirmed that it has scanned and docketed the aforementioned documents in this matter, except with respect to the Declaration and exhibits accompanying Movants' Motion to Enforce Rights under the CVRA Accordingly, the Declaration and exhibits accompanying Movants' Motion to Enforce Rights under the CVRA are filed herewith The

courtesy copies are being submitted to the Chambers of Judge Walton (electronic and hard copies) as well as served on counsel for the Defendant and counsel for the U S Government (electronic copies)

In addition to the substantive submissions, Movants' have filed several procedural motions that the Movants believe have not been ruled on and, as such, Movants submit courtesy copies of those submissions as well and request that they be ruled on by Judge Walton

## RELATED PROCEDURAL MOTIONS

| Date | Filer | Document | Docket No. (where known) | Tab |
|---|---|---|---|---|
| 2/12/2015 | Movants | Motion for Withdrawal of Nema Milaninia as Counsel | | 16 |
| 2/12/2015 | Movants | Notice of Appearance of Melissa B Mannino | | 17 |
| 2/12/2015 | Movants | Motion for Admission *Pro Hac Vice* for Leo P Cunningham | | 18 |
| 2/12/2015 | Movants | Motion for Admission *Pro Hac Vice* for Roxanna M Altholz | | 19 |

### B  FEBRUARY 24, 2015 ORDER

Further, pursuant to the February 24, 2015 Order of the Honorable Reggie B Walton, the Movants hereby submit to the Court a copy of the requested transcripts from the district court hearing and the Second Circuit oral argument in *United States v Murillo-Bejarano*

| Document | Docket No. (where known) | Tab |
|---|---|---|
| Transcript, United States v Murillo-Berjarano (sic) (S D N Y Mar 4, 2009) | Filed herewith | 20 |
| Transcript, United States v Murillo-Bejarano (2d Cir Apr 21, 2009) | Filed herewith | 21 |

Copies of the transcripts are attached hereto and filed herewith

Dated  March 17, 2015

*[signature]*
MELISSA B MANNINO
D C Bar No 446154
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1700 K Street, NW, 5th Floor
Washington, D C 20006-3817
Telephone  (202) 973-8856
Facsimile  (202) 973-8899
mmannino@wsgr com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON March 17, 2015, a true and correct copy of the Notice of Filing was filed via hand delivery to the Clerk's office and to all counsel of record as follows

Robert Feitel
FEITEL LAW FIRM
1712 N Street, NW
Suite 401
Washington, D C  20036
rf@rfeitellaw com
ELECTRONIC COPY ONLY - VIA FEDEX

Paul Laymon, Trial Attorney
U S DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
145 N Street, NE  2nd Floor, East Wing
Washington, D C  20530
Paul Laymon@usdoj gov
ELECTRONIC COPY ONLY – VIA FEDEX

*Katrina Lake*
Katrina Lake