UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 11 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal Action No. 04-114-1 (RBW)
)
HERNAN GIRALDO-SERNA, )
)
Defendant. )
_____)

## ORDER

In accordance with the Court's oral rulings rendered at the continued hearing on the Motion to Enforce Rights Under the Crime Victims' Rights Act by Zulma Natazha Chacin de Henríquez, Nadiezhda Natazha Henríquez Chacin and Bela Henríquez Chacin, held on this same date, it is hereby

**ORDERED** that the case docket for defendant Hernan Giraldo-Serna be **UNSEALED**. It is further

**ORDERED** that all submissions on the case docket for defendant Hernan Giraldo-Serna, except for the defendant's Plea Agreement, and the Statement of Facts in support thereof, be **UNSEALED** until further consideration of the sealing issue by the Court. It is further

**ORDERED** that the defendant shall review the Plea Agreement, and the Statement of Facts in support thereof, and determine whether they should remain under seal before May 13, 2015. It is further

**ORDERED** that to the extent the defendant determines that his Plea Agreement, and the Statement of Facts in support thereof, should remain under seal, the defendant shall **SHOW CAUSE** ex parte why these documents should remain under seal on or before May 13, 2015. It is further

**ORDERED** that the movants, the defendant, and the government shall appear for a further hearing on May 29, 2015, at 10:00 a.m.[1]

**SO ORDERED** this 8th day of May, 2015.

Reggie B. Walton
United States District Judge

---

[1] At this hearing, the parties shall also be prepared to discuss their positions regarding the Application of the Reporters Committee for Freedom of the Press, CBS Broadcasting, Inc., Sergio Gomez, Daniel Pacheco, and Univision to Unseal Court Records in Criminal Matters Nos. 1:04-CR-114-RBW-1 and 1:04-CR-114-RBW-9, In re The Reporters Comm. for Freedom of the Press, et al., No. 15-mc-411 (D.D.C. Apr 3, 2015), ECF No. 1.