UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CRIMINAL NO. 04-114-1 (RBW) |
| | : | |
| HERNAN GIRALDO-SERNA | : | |
| Defendant | : | |

## ORDER

Having considered the government's unopposed motion to seal the accompanying plea agreement and statement of facts, as well as all other pleadings, proceedings, records and files in this case pertaining to this defendant, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

## FINDINGS OF FACT

Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in an ongoing criminal prosecution, and in other potential investigations.

The general public is not aware that the defendant has agreed to cooperate with the United States in this ongoing prosecution or in other investigations.

The defendant's cooperation includes the possibility of covert activities which due to the nature of the investigation pose a substantial risk to the personal safety of the defendant, undercover agents and other law enforcement officials.

The public docketing at this time of any notice that the government has filed a motion to seal the pleadings related to his guilty plea, records, proceedings and files and to delay entry on



the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the ongoing criminal prosecution and any other investigations, and place the personal safety of parties involved in any investigation, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, and this Court's findings of fact, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case as they pertain to this defendant, and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this hereby,

ORDERED that this Order, and the attached government motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further,

ORDERED that all proceedings and all pleadings, records and files in this case pertaining to this defendant shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further,

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further,

ORDERED that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter

shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, or to comply with its discovery, Giglio and Brady obligations in any pending criminal case in which the defendant herein may be called as a witness.

It is further,

ORDERED, that notwithstanding other provisions of this order, absent good cause shown after notice to the parties herein and an opportunity for a hearing, this matter shall be unsealed at a time to be determined by the court.

Date: January 28, 2009

_____
Honorable Reggie B. Walton
United States District Judge
District of the District of Columbia

cc:   Matthew Stiglitz, Trial Attorney
      U.S. Department of Justice
      Narcotic and Dangerous Drug Section
      1400 New York Ave., N.W., 8th Floor
      Washington, D.C. 20530
      202-305-3646

      Elita Amato, Esq.
      2009 N. Fourteenth Street, Suite 708
      Arlington, VA 22201