1                 **IN THE UNITED STATES DISTRICT COURT**

2                    **FOR THE DISTRICT OF COLUMBIA**

3    UNITED STATES OF AMERICA      .
                         Plaintiff,    .
4    vs.                           .   Docket No. CR 04-114-1
                                   .
5    HERNAN GIRALDO SERNA          .   Washington, D.C.
                                   .   January 29, 2009
6                    Defendant.    .
     . . . . . . . . . . . . . . . .x   11:10 a.m.
7

8                    TRANSCRIPT OF PLEA HEARING

9          BEFORE THE HONORABLE JUDGE REGGIE B. WALTON

10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:   Matthew Stiglitz, AUSA
                          Robert Raymond, AUSA
13                        U.S. DEPARTMENT OF JUSTICE
                          1400 New York Avenue, NW
14                        Washington, DC 20530

15   For the Defendant:   Elita Amato, Attorney-at-Law
                          LAW OFFICES OF ELITA C. AMATO
16                        1600 Wilson Boulevard, Suite 205
                          Arlington, VA 22209

17

18   ALSO APPEARING:

19     Teresa Salazar,
       Federally Certified Interpreter
20
     Court Reporter:   Cathryn J. Jones, RPR
21                     Official Court Reporter
                       Room 6521, U.S. District Court
22                     333 Constitution Avenue, N.W.
                       Washington, D.C. 20001
23

24   Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
25

1                    P R O C E E D I N G S

2           THE DEPUTY CLERK:  Criminal Action No. 04-114-1,

3  United States of America versus Hernan Giraldo-Sernan.  Matt

4  Stiglitz and Rob Raymond on behalf of the government.  Elita

5  Amato on behalf of the defendant.

6           MR. STIGLITZ:  Good morning.

7           THE COURT:  Good morning.  Okay, I understand this

8  case will be resolved by way of a guilty plea; is that

9  right?

10          MS. AMATO:  Yes, that's correct, your Honor.

11          THE COURT:  He can come on up.  He can probably,

12  may be more comfortable if he has that down.

13          Ms. Amato, I assume you have reviewed with your

14  client the government's plea agreement, you also have

15  reviewed with him the Statement of Facts, also the elements

16  of the offense he's pleading guilty to, the penalties he's

17  liable for in reference to his guilty plea and also

18  explained to him all the various rights he's waiving by

19  entering the plea of guilty?

20          MS. AMATO:  Yes, Your Honor, I have done that.

21  And the government provided a plea agreement and Statement

22  of Facts both in Spanish and English, so we reviewed the

23  Spanish document word for word.

24          THE COURT:  And you're confident he understands

25  all of that?

1            MS. AMATO:  I hope so, Your Honor.  He certainly

2   was when we reviewed it.

3            THE COURT:  Sir, would you please state your name.

4            [Brief pause.]

5            THE COURT:  Ask him if he can hear now?  Can you

6   hear her?

7            MS. AMATO:  He's not hearing.

8            [Brief pause.]

9   BY THE COURT:

10  Q    Sir again, would you please state your name.

11  A    Hernan Giraldo-Serna.

12  Q    Okay.  You can place him under oath.

13           Thereupon,

14                  HERNAN GIRALDO-SERNA

15  having been first duly sworn by the Deputy Clerk, was

16  examined and testified, as follows:

17           THE DEFENDANT:  I so swear.

18  BY THE COURT:

19  Q    Now sir, you should understand that now that you've

20  been placed under oath that anything that you say to me in

21  response to the questions I'm going to ask you could be used

22  against you in a case where you were charged with perjury,

23  which is making a statement, a false statement under oath or

24  for making a false statement.  Do you understand?

25  A    Yes, I do understand that, sir.

1    Q    Understanding that, do you want to answer my questions?

2    Understanding that you could be prosecuted, and what you say

3    could be used against you in a prosecution for perjury or

4    for making a false statement regarding what you say here

5    today, do you want to answer my questions?

6    A    I do want to go ahead.

7    Q    How old are you, sir?

8    A    Sixty years old, and I will be going on 61.

9    Q    And how far did you go in school?

10   A    Third grade of elementary school.

11   Q    And are you able to read and write in Spanish?

12   A    Yes, Your Honor.

13   Q    And the plea agreement, the documents related to this

14   case were those reduced to Spanish for you?

15   A    [No response.]

16   Q    The documents that were shown to you about this case

17   were they given to you in Spanish?

18   A    [No response.]

19   Q    Let me ask you again; the documents that relate to this

20   case and you pleading guilty were those given to you in

21   Spanish?

22   A    Yes, Your Honor.

23   Q    And were you able to understand those documents?

24   A    Yes, Your Honor.

25   Q    And were they explained to you by your lawyer?

1   A    Yes, she did explain them.

2   Q    Now have you ever been treated for any type of mental

3   illness or emotional disturbance?

4   A    No, Your Honor.

5   Q    Have you recently had any alcohol, any type of drugs,

6   narcotics or medication that's currently affecting your

7   ability to understand what's going on here today?

8   A    No, I have not had any drugs.

9   Q    Or medication or alcohol?

10  A    I've been taking medication for a problem I have with

11  my shoulder.  I had an operation.

12  Q    When did you last take that medication?

13  A    This morning before I left the jail.

14  Q    Is it affecting your ability to understand what's going

15  on here today?

16  A    No, it doesn't affect my ability, Your Honor.

17  Q    Okay.  One of the documents I have in reference to you

18  pleading guilty is this plea agreement.  It is a 14-page

19  document.  And on the last 14th page, I see what appears to

20  be your signature.  Did you sign this document?

21  A    Yes, Your Honor.

22  Q    And did you review it with your lawyer before you

23  signed it?

24  A    Yes, Your Honor.

25  Q    And do you feel you understand it?

1   A    Yes, Your Honor.

2   Q    Okay.  I'm going to review it with you to make sure we

3   have the same understanding.  As I understand, sir, you will

4   plead guilty today to what is called Count one of the

5   superseding indictment.  And that count charges you with the

6   offense of conspiracy to manufacture and distribute

7   five kilograms or more of cocaine, which is a Schedule II

8   controlled substance, intending and knowing that the cocaine

9   would be unlawfully imported into the United States.

10           Is that what you're going to plead guilty to?

11  A    Yes, Your Honor.

12  Q    Now in reference to your plea of guilty, I understand

13  that you appreciate that you can receive -- well, you must

14  receive a sentence of at least ten years in prison and you

15  could be sentenced all the way up to life imprisonment.  At

16  least that's what the law permits.  Do you understand that?

17  A    Yes, Your Honor.

18  Q    However, before you were brought to the United States

19  as an agreement that resulted in you being brought here it

20  was agreed that the government, the United States

21  government, would not request that you receive a life

22  sentence.  So even though the statute says or the law says

23  you can receive a life sentence there's been an agreement by

24  the United States government that they would not request

25  that you receive a life sentence.

1              Do you understand that?

2    A    Yes, Your Honor.

3    Q    Also, I could require that you pay a fine in the amount

4    of up to $4 million dollars.  Do you understand that?  You

5    understand that?

6    A    Yes, I do understand that.

7    Q    And also I must require that you pay $100 to the court

8    as what is called a special assessment.  Do you understand

9    that?

10   A    Yes, Your Honor.

11   Q    Understanding all of that about the penalties that

12   apply in this case, do you still want to enter a plea of

13   guilty?

14   A    Yes, I do plead guilty, Your Honor.

15   Q    And you understand that I cannot place you on

16   supervision in the community as probation, which means that

17   before you would have to serve a prison sentence you would

18   be out in the community under supervision?  I can't do that.

19   Do you understand that?

20   A    Yes, I do understand that, Your Honor.

21   Q    And any prison sentence I give you, you have to do at

22   least 85 percent of that sentence.  Do you understand that?

23   A    Yes, Your Honor.

24   Q    I also understand that you appreciate or you are

25   admitting that you are accountable for more than

1   150 kilograms of cocaine as far as what you're charged with

2   in this case.  And you're admitting that you're accountable

3   for at least that amount of cocaine; is that right?

4   A    Yes, Your Honor.

5   Q    And you should understand that by admitting that that

6   has an impact on what your guideline sentence will be under

7   the United States sentencing guidelines, because the more

8   drugs you admit that you're accountable for the higher your

9   guideline sentence is going to be.  Do you understand that?

10  A    Yes, Your Honor.

11  Q    And because you are admitting to this large amount of

12  cocaine the offense level or base offense level that would

13  apply under the United States sentencing guidelines is 38.

14  Do you understand that?

15  A    Yes, Your Honor.

16  Q    And I understand that you are agreeing that it's

17  appropriate to increase that 38 base offense level by four

18  points because you were either an organizer or a leader in

19  the criminal activity that you're pleading guilty to; is

20  that right?

21  A    Yes, Your Honor.

22  Q    Also you're agreeing that an additional one point can

23  be added to that 38 score because the quantity of drugs in

24  this case was extraordinary, which means it was well above

25  ten times the minimum amount required for you to receive

1   that 38 base offense level.  Do you understand that?

2   A    Yes, Your Honor.

3   Q    I also understand that you're agreeing that an

4   additional two points can be added to that 38 score because

5   in reference to your involvement with this crime you

6   possessed a firearm.

7   A    Yes, Your Honor.

8   Q    Now you should understand that these are only things

9   that you have agreed with the government about, but I'm not

10  bound to accept those agreements.  Do you understand that?

11  A    Yes, Your Honor.

12  Q    Now in reference to what sentence I would impose in

13  this case there are a number of things I have to take into

14  account in deciding what the appropriate sentence is.

15  Obviously, I have to take into account the statute, the law

16  that says what the punishment should be.  And here as I said

17  the law says that you must receive at least a sentence of

18  ten years.

19          In addition, I have to take into account the

20  United States sentencing guidelines.  Those guidelines

21  primarily consists of two factors; one, the nature of the

22  crime that you're pleading guilty to and what your role was

23  in that crime.  And I also have to take into account any

24  prior criminal record that you have.  Those two factors,

25  among others, are considered in deciding what the

1    appropriate sentence is.  However, those guidelines are not

2    mandatory, and therefore, I'm not required to follow those

3    guidelines although I have to consider them.

4            And the guidelines are calculated in months.

5    There will be a low number that the guidelines say I should

6    not go below, and there will be a high number of months that

7    the guidelines say I should not go above.  But because I'm

8    not required to follow those guidelines, I can if I think

9    it's appropriate, go below the guidelines and I also could

10   go above the guidelines.

11           Do you understand that?

12   A    Yes, Your Honor.

13   Q    Also I have to take into account factors I'm required

14   to consider under the United States code.  Those factors

15   include the nature of the crime that you're pleading guilty

16   to, to what extent you need to be punished for what you did,

17   to what extent society needs to be protected from you based

18   upon what you did.

19           I also have to consider to what extent I need to

20   send a message to you and other people that you shouldn't do

21   this type of crime, and if you do you're going to be

22   punished.  I also have to take into account what sentences

23   are given to other people who are similarly situated like

24   you who have engaged in the same type of behavior.  And I

25   have to consider what is an appropriate sentence that is

1    sufficient to satisfy what the United States code says I

2    should do in this case.

3              And I also have to consider to what extent things

4    could be done in your life that may cause you not to engage

5    in this type of behavior again.  Do you understand that?

6    A    Yes, Your Honor.

7    Q    Understanding all of that, do you still want to enter a

8    plea of guilty?

9    A    I plead guilty.

10   Q    Now you understand that the prosecutors, the United

11   States government, they are not making any promise to you

12   about what sentence you will receive?  Do you understand

13   that?

14   A    I do understand that.

15   Q    And do you understand that once you receive a sentence

16   that you're not going to be able to withdraw your guilty

17   plea and back away from this agreement because you don't

18   like your sentence.  Do you understand that?

19   A    Yes, I do understand that, Your Honor.

20   Q    Now as somebody who's charged with a crime, and you're

21   pleading guilty you can make certain requests of me to

22   reduce that 38 score that I said applies in this case.

23   However, I understand that you're agreeing that the only

24   reduction in that score that you will request is a three

25   point reduction based upon you having admitted your

1   responsibility in this case; is that right?

2   A    Yes, Your Honor.

3   Q    Now the government is agreeing that they will make a

4   request of me to give you those three points based upon you

5   having accepted responsibility for your conduct, if you

6   provide complete and truthful testimony and provide a

7   truthful rendition to the probation department of what you

8   did and also to the court about what you did.

9          Do you understand that?

10  A    Yes, I do understand, Your Honor.

11  Q    However, even though the government may make a request

12  that I give you those three points I'm not required to do

13  that, so I could refuse to give you those three points.  Do

14  you understand that?

15  A    Yes, I do, Your Honor.

16  Q    And understanding that, do you still want to plead

17  guilty?

18  A    Yes, I do want to go ahead and plead guilty, Your

19  Honor.

20  Q    Now as I understand you are entering into a cooperation

21  agreement with the government, which means that you'll

22  provide them cooperation about criminal activity; is that

23  right?

24  A    Yes, Your Honor.

25  Q    And I assume you're providing them that cooperation

1  because you're hoping that you will get a lighter sentence

2  or a reduced sentence because of that cooperation; is that

3  right?

4  A    Yes, Your Honor.

5  Q    Now the cooperation part of this agreement requires

6  that you cooperate truthfully, completely and forthrightly

7  with the United States Department of Justice, and with other

8  federal, state, local and law enforcement authorities and

9  government entities in which the United States Department of

10 Justice concludes you can provide cooperation to them; is

11 that right?

12 A    Yes, Your Honor.

13 Q    And you also should understand that in providing this

14 cooperation if you falsely implicate an innocent person in

15 the commission of a crime, or if you exaggerate the

16 involvement of any person in the commission of a crime in

17 order to appear to be cooperative, or if you falsely

18 minimize the involvement of any person in the commission of

19 a crime in order to protect that person that that will be a

20 violation of this plea agreement.

21        Do you understand that?

22 A    Yes, I do understand, Your Honor.

23 Q    And if you violate this agreement in any way either by

24 committing a new crime or not providing truthful

25 information, or doing anything else that's a violation of

1 this agreement then the government could walk away from all

2 the promises they've made to you regarding this plea

3 agreement.  Do you understand that?

4 A Yes, I do understand, Your Honor.

5 Q However, you would still be stuck with this

6 agreement -- even though the United States government can

7 walk away from all their promises because you violated the

8 agreement you would still be stuck with the agreement.  Do

9 you understand that?

10 A Yes, I do understand.

11 Q And understanding that, do you still want to plead

12 guilty?

13 A I do plead guilty, Your Honor.

14 Q And if you violate the agreement in any way other than

15 committing a new crime the government would only have to

16 show that you violated that crime by what is called a

17 preponderance of the evidence, which means they only have to

18 show that it's more likely than not that you did violate the

19 crime.  And if they make that showing then I would have to

20 conclude that you did violate the agreement.  Do you

21 understand that?

22 A Yes, I do understand, Your Honor.

23 Q However, if you committed a new crime and that was the

24 basis for the government saying that you violated the

25 agreement they would have to show by what is called probable

1   cause, and it's more probable than not that you did commit

2   the new crime.  And if they made that showing then I would

3   have to conclude that you violated the agreement.  Do you

4   understand that?

5   A    Yes, I do understand.

6   Q    And understanding what showing the United States

7   government has to make to show that you violated the

8   agreement, do you still want to enter a plea of guilty?

9   A    I do plead guilty, Your Honor.

10  Q    Now I understand that you have voluntarily participated

11  in the Justice and Peace Act in Colombia with the Colombian

12  government since 2006; is that right?

13  A    Yes, Your Honor.

14  Q    And the government has agreed that at the time of your

15  sentencing they will tell me about what cooperation you

16  provided to the Colombian government.  Do you understand

17  that?

18  A    Yes, Your Honor.

19  Q    However, that cooperation that you provided to the

20  Colombian government that will not be considered by the

21  United States government in deciding whether you provided

22  substantial cooperation to them unless that information was

23  also helpful to the United States government in reference to

24  criminal activity they're investigating.  Do you understand

25  that?

1   A     Yes, I do understand.

2   Q     Also you have an obligation to promptly identify and to

3   facilitate the delivery to the United States government or

4   the Colombian government all evidence of crime, all

5   contraband and proceeds of crime and all assets traceable to

6   such proceeds of crime.  Do you understand that?

7   A     Yes, I do understand, Your Honor.

8   Q     You also have an obligation to promptly submit to the

9   United States government a full and complete accounting of

10  all of your assets, financial and otherwise, whether those

11  assets are held in your name or in the name of some third

12  party for your benefit.

13            Do you understand that?

14  A     Yes, I do understand that.

15  Q     Now the United States government recognizes that some

16  of your assets have already been forfeited to the Colombian

17  government as reparations under the Justice and Peace Act.

18  And the government is agreeing that they will bring to my

19  attention at the time of sentencing the total assets that

20  have been forfeited to the Colombian government.  Do you

21  understand that?

22  A     Yes, I understand that, Your Honor.

23  Q     Now as a part of your cooperation you will be required

24  to be interviewed by law enforcement officials and

25  prosecutors.  And as part of those interviews you do have a

1    right to have your lawyer present.  However, you can waive

2    or give up your right to have your lawyer present and talk

3    to them by yourself.  However, if during the course of the

4    interview you decide that you want to talk to your lawyer

5    all you have to do is tell them that you want to see your

6    lawyer and they have to stop questioning you until you have

7    had a chance to talk to your lawyer.

8                   Do you understand that?

9    A     Yes, I do understand, Your Honor.

10   Q     Now as a part of your cooperation you may be required

11   to provide full and truthful testimony before any grand

12   juries, at any trials or other court proceedings either in

13   the United States or in some foreign proceedings in which it

14   is determined that your testimony is, in fact, needed by the

15   United States Department of Justice.  Do you understand

16   that?

17   A     I do understand that, Your Honor.

18   Q     And you should understand that your obligation to

19   provide cooperation is what is called a continuing

20   obligation, which means that you have an obligation to

21   continue to provide cooperation to the United States

22   government after you're sentenced and until such time as the

23   Drug Enforcement Administration or the Department of Justice

24   concludes that your cooperation is finished.

25                   Do you understand that?

1  A    Yes, I do understand, Your Honor.

2  Q    And if you do provide cooperation after you're

3  sentenced that could be considered by the United States

4  government in deciding whether they would request after

5  you're sentenced that you receive a reduced sentence.  Do

6  you understand that?

7  A    Yes, Your Honor.

8  Q    Just like other parts of your plea agreement if you

9  don't provide cooperation to the government as required that

10  would be considered a breach or a violation of the

11  agreement.  And as I said, if you do violate the agreement

12  then the government can walk away from all its promises

13  they've made to you, but you'll still be stuck with this

14  agreement.  Do you understand that?

15  A    Yes, I do understand that, Your Honor.

16  Q    Now as you've acknowledged you're providing cooperation

17  with the hope that that will result in you receiving a

18  lighter sentence, a reduced sentence.  Whether you have

19  provided sufficient cooperation to qualify for you to

20  receive a reduced sentence is depended upon the government's

21  determination, the United States government's decision.  Do

22  you understand that?

23  A    Yes, I do understand, Your Honor.

24  Q    And you have to provide what is considered substantial

25  cooperation.  And the determination of whether you have

1   provided substantial cooperation is not made by these two

2   prosecutors here.  It's made by another part of the Justice

3   Department called the departure committee.  That committee

4   would listen to what these lawyers say, and that committee

5   has to make its own independent decision as to whether you

6   provided substantial cooperation to the United States

7   government.

8              Do you understand that?

9   A    Yes, I do understand that, Your Honor.

10  Q    And if that committee regardless of what these

11  prosecutors decides that you did not provide substantial

12  cooperation then these prosecutors cannot request of me to

13  give you a reduced sentence based upon your cooperation.  Do

14  you understand that?

15  A    I do understand that.

16  Q    And do you understand I have no right to second guess

17  that determination about whether you have provided that

18  substantial cooperation.  Do you understand that?

19  A    I do understand that.

20  Q    And if the government does not request that I give you

21  a reduced sentence based upon you having provided

22  substantial cooperation then I could not give you a sentence

23  below the bottom part of the guidelines based upon your

24  cooperation, and I could not give you a sentence below the

25  ten-year mandatory sentence required by law.  Do you

1   understand that?

2   A    I do understand that, Your Honor.

3   Q    And if that occurs that would not be a basis for you to

4   withdraw your guilty plea.  Do you understand that?

5   A    I do understand that.

6   Q    Now if there are any threats that are made either to

7   your family or you in reference to your assistance that

8   you're providing to the government then information about

9   that would be provided to the Drug Enforcement

10  Administration for the United States or any other

11  investigative agencies and they would have to investigate

12  what should be done in reference to that.  Do you understand

13  that?

14  A    I do understand, Your Honor.

15  Q    ***You also should understand that under the United

16  States sentencing guidelines that any information or

17  statements that you've provided to the United States

18  government that indicates your involvement in criminal

19  activity those statements can be used against you in

20  reference to your sentencing in this case.  Do you

21  understand that?

22  A    I do understand that, Your Honor.

23  Q    Now you also should understand that if you are

24  ultimately a witness in this case, or other people are

25  witnesses in reference to this case or any other criminal

1    proceeding and statements or information that you've

2    provided is different from what you would say as a witness

3    or what other witnesses would say, then that information you

4    provided could be used either against you or against other

5    witnesses to show what those witnesses or you are saying is

6    not truthful.

7              Do you understand that?

8    A    I do understand that, Your Honor.

9    Q    Also you should understand that any information or

10   statements that you've provided to the United States

11   government could be used against you if you are later

12   prosecuted for perjury, false statements or obstruction of

13   justice.  Do you understand that?

14   A    Yes, I do understand, your Honor.

15   Q    And that information and statements that you provided

16   could be used against you in any type of case brought

17   against you based upon things that you did between now and

18   when you are sentenced.  Do you understand that?

19   A    I do understand that, Your Honor.

20   Q    And also even after you're sentenced if you are still

21   providing cooperation to the government and you've made

22   statements those statements could also be used against you.

23   Do you understand that?

24   A    I do understand that, Your Honor.

25   Q    And you also should understand as I say you cannot

1    withdraw your guilty plea for any reason.  And if you do

2    attempt to withdraw your guilty plea that also would be

3    considered a breach or a violation of this agreement.  Do

4    you understand that?

5    A     I do understand that, Your Honor.

6    Q     Now the government is keeping its right to speak about

7    what sentence you should receive.  They're keeping their

8    right to speak to the probation department who will make a

9    recommendation about what sentence you should receive, and

10   they're also keeping their right to make statements to me

11   about the sentence you should receive.  Do you understand

12   that?

13   A     I do understand that, your Honor.

14   Q     And the only promise that they have made to you about

15   what they can or cannot say at your sentencing is that they

16   have agreed they will not request that you receive a life

17   sentence.  Do you understand that?

18              THE INTERPRETER:  Your Honor, the interpreter

19   request repetition of the last statement.

20   BY THE COURT:

21   Q     You should understand that the only promise that the

22   government has made to you in reference to your sentence and

23   what they will say or not say about your sentence is that

24   they will not ask that you receive a life sentence.  Do you

25   understand that?

1    A     Yes, I do understand that, Your Honor.

2    Q     Also in reference to most crimes that people can be

3    charged with in the United States there is what is called a

4    statute of limitations.  And that means that after a crime

5    has been committed the government has an obligation to

6    prosecute that crime, to charge somebody with a crime within

7    a certain amount of time.  If they don't charge the person

8    within that amount of time then the person can argue that

9    it's too late for them to be prosecuted.  And if they can

10   show that then the case would have to be dismissed.  Do you

11   understand that?

12   A     Yes, I do understand that, Your Honor.

13   Q     I understand you're waiving or giving up that right to

14   the extent at this time that you signed this plea agreement

15   in this case.  If the statute of limitations regarding a

16   crime that you could have been charged with had not expired

17   at the time you signed this agreement, if at some later time

18   the government had a right to charge you with a crime based

19   upon you having violated this agreement even though at that

20   later time, the time for prosecuting you had expired,

21   because it had not expired when you signed this agreement

22   they would be able to charge you with that offense and you

23   would not be able to argue that it's too late.  Do you

24   understand that?

25   A     I do understand that, Your Honor.

1    Q    Understanding that, do you still want to plead guilty?

2    A    Yes, I do plead guilty.

3    Q    Now you should understand that this agreement that

4    you're pleading guilty to is only binding on the Narcotics

5    and Dangerous Drugs Section of the Criminal Division of the

6    United States Department of Justice.  It's not binding on

7    any other federal, state or foreign authorities.  Do you

8    understand that?

9    A    Yes, I understand that, Your Honor.

10   Q    Now normally when somebody has been convicted or pled

11   guilty to a crime they have a right to be sentenced within a

12   certain amount of time.  They have a speedy right to be

13   sentenced.  I understand that because you're going to be

14   providing cooperation to the government that you're waiving

15   or giving up that right so that you can provide cooperation

16   to the government; is that right?

17   A    Yes, Your Honor.

18   Q    I also understand that you appreciate that the

19   government is going to request that I keep you locked up

20   today pending your sentencing and that you will not object

21   to that; is that right?

22   A    Yes, I do understand, Your Honor.

23   Q    Also I understand that you appreciate that any

24   information that you provide to the government as

25   cooperation that that information cannot be revealing

1   information that's protected by what is called the

2   attorney/client privilege regarding your codefendants.  So

3   you can't if you've acquired information about your

4   codefendants, and that information is private between those

5   codefendants and their attorneys you can't reveal such

6   information to the government.  Do you understand that?

7   A    Yes, I do understand that, Your Honor.

8            THE COURT:  One moment.

9            [Brief pause.]

10  BY THE COURT:

11  Q    Sir, I also understand that you are agreeing to

12  voluntarily forfeit either to the United States government

13  or the Colombian government all property that can be

14  forfeited under the United States laws because that property

15  was either acquired as a result of your criminal activity or

16  as traceable to proceeds or assets that you acquired as a

17  result of your criminal activity.  Do you understand that?

18  A    Yes, I do understand.

19  Q    I also understand that you will sign a consent order

20  for the forfeiture of any such property; is that right?

21  A    Yes, your Honor.

22  Q    I also understand that in reference to any such

23  property that you have agreed not to file any type of claim

24  or to assist others regarding any claims they may file in

25  reference to those forfeited properties in any type of

1    administrative proceeding or judicial proceeding; is that

2    right?

3    A    Yes, Your Honor.

4    Q    And I also understand that if some third party does

5    file a claim, and if that third party doesn't have a

6    legitimate interest in the property that you are agreeing

7    that you will assist the government of the United States and

8    Colombia regarding those claims filed regarding those

9    forfeited properties; is that right?

10   A    Yes, Your Honor.

11   Q    Also in reference to a forfeiture proceeding that's in

12   court in the United States you do have a right to a jury

13   trial, but I understand you're going to waive or give up

14   your right to a jury trial.  And you're also going to waive

15   or give up any other constitutional or legal rights you

16   would have in reference to those forfeiture proceedings; is

17   that right?

18   A    That's so, Your Honor.

19   Q    Now generally a person who has been convicted of a

20   crime or pled guilty to a crime has certain rights to appeal

21   their sentence to a higher court.  And that means they take

22   the position that there is some problem with the sentence

23   that they received or the manner in which that sentence was

24   imposed, and therefore, they can go to the higher court and

25   ask that any errors in the sentence or the manner in which

1    the sentence was imposed be corrected.  Do you understand

2    that?

3    A    Yes, Your Honor.

4    Q    I understand that other than keeping the right to

5    challenge any sentence I would give you, that is above what

6    the law permits me to give you, or giving you a sentence

7    above what the top end of the United States sentencing

8    guidelines are, that besides those two rights of appeal that

9    you're otherwise giving up all of your rights to appeal your

10   sentence or the manner in which your sentence was imposed.

11   Is that right?

12   A    That is so, Your Honor.

13   Q    However, the government is keeping their right to

14   appeal.  They do have a limited right to appeal a person's

15   sentence, but if the government exercises its right to

16   appeal your sentence then all of your rights to appeal would

17   be given back to you.  Do you understand that?

18   A    I do understand, Your Honor.

19   Q    Now as I understand what I've been reviewing with you

20   this is the only agreement that you have with the

21   government; is that right?

22   A    That is so, Your Honor.

23   Q    Now understanding everything that I've said to you

24   about this plea agreement and all the various things that

25   you're going to go giving up, and all the promises that have

1    been made and so forth, do you still want to enter a plea of

2    guilty?

3    A    Yes, I do plead guilty, Your Honor.

4    Q    Now in order for the government to prove you guilty

5    beyond a reasonable doubt of the offense that you're

6    pleading guilty to, the government would have to show the

7    following things; they would have to show that two or more

8    persons, obviously you being one of them, directly or

9    indirectly reached an agreement to accomplish one of the

10   illegal objectives of the conspiracy or the agreement.  Do

11   you understand that?

12   A    Yes, your Honor.

13             THE COURT:  One moment.

14   BY THE COURT:

15   Q    And the illegal objectives of the agreement or

16   conspiracy in this case was to manufacture or distribute

17   cocaine outside of the United States with the intent that

18   that cocaine would be brought into the United States.  Do

19   you understand that?

20   A    Yes, I do understand that, Your Honor.

21   Q    And also the government would have to show beyond a

22   reasonable doubt that you knew of the unlawful purpose of

23   the agreement; that is, to manufacture and distribute drugs

24   with the intent of having those drugs brought into the

25   United States.  Do you understand that?

1    A    I do understand that, Your Honor.

2    Q    And they also would have to show that you agreed to

3    enter into that agreement willfully.  That means that you

4    intended to become a part of this agreement knowing the

5    unlawful purpose of it.  Do you understand that?

6    A    I do understand that, Your Honor.

7    Q    And they also would have to show that the amount of

8    cocaine involved weighed at least five kilograms or more.

9    Do you understand that?

10   A    I do understand that.

11   Q    Now sir, I have this document which is entitled

12   Statement of Facts.  It is a six-page document.  It sets

13   forth what the government is saying you did in this case.

14   And on the fifth page of the document I see again what

15   appears to be your signature.  Did you sign this document,

16   sir?

17   A    [No response.]

18   Q    Let me say it again.  I have before me this document

19   entitled Statement of Facts, and it sets forth what the

20   government is saying you did that results in you pleading

21   guilty -- he can't hear?

22        [Brief pause.]

23   BY THE COURT:

24   Q    Okay.  Again, I have what is called this document

25   called Statement of Facts, and it sets forth what the

1  government said you did in this case.  It's a six-page

2  document, and on the fifth page of the document I see what

3  appears again to be your signature.  Did you sign this

4  document?

5  A    Yes.

6  Q    And did you sign this document because it fairly and

7  accurately indicates what you did in this case?

8  A    Yes, Your Honor.

9  Q    Okay.  You and your lawyer can have a seat for a

10  minute.  I'm going to ask the government to just summarize

11  what you did.  Listen to what he says because once he

12  finishes I'll ask you to indicate whether you agree.

13       MR. STIGLITZ:  Your Honor, if the parties were to

14  go to trial in this manner the government would expect the

15  evidence would show the following; beginning in 2000, the

16  United States Drug Enforcement Administration conducted an

17  investigation of the Self-Defense forces of the Campesinos

18  of Magdalena and Guajira, otherwise known as the ACMG, which

19  was led by the defendant, Hernan Giraldo-Serna, otherwise

20  known as "El Viejo," "El Patron," and "Don Hernan," and

21  operated along the northern Caribbean coast of Colombia.

22       By March of 2002, the ACMG merged with a group

23  within the United Self-Defense of Colombia which went by the

24  acronym AUC led by Rodrigo Tovar Pupo otherwise known as

25  "Jorge 40".  This group became known as the Bloque Tayrona

1   or the Tayrona Resistance Front and was led by both the

2   defendant, Hernan Giraldo-Serna and Tovar Pupo.

3          The AUC was a federation of right-wing

4   paramilitary groups such as ACMG or the Bloque Tayrona that

5   was initially formed to undertake responsibility for

6   protecting Colombian citizens from left-wing guerilla

7   paramilitary organizations dedicated to the overthrow of the

8   Colombian government.

9          The areas controlled by the ACMG, and later the

10  AUC Bloque Tayrona, the same areas used by individuals

11  involved in the growing, processing, manufacturing and

12  transportation of cocaine.  These individuals would

13  manufacture cocaine in, or transport cocaine through areas

14  controlled by the AUC.  This cocaine would eventually be

15  transported to beaches on the north coast of Colombia.  In

16  large part, the AUC's Bloque Tayrona funded its

17  anti-guerilla operations through taxes imported by, imposed

18  by the defendant on cocaine manufacturers and traffickers

19  operating in its region.  These were known as war taxes.

20         Once the cocaine was transported from ACMG/Bloque

21  Tayrona-controlled cocaine manufacturing laboratories to the

22  northern coast of Colombia, it would be placed in to

23  so-called go-fast boats or lanchas rapidas.  The go-fast

24  boats were designed to hold 2,000-pounds or approximately

25  1,000 kilograms or more of cocaine at a time.

1          Moreover, each of the go-fast boats was typically

2     outfitted with two to four high performance outboard

3     engines, enabling it to travel long distances at relatively

4     high speed, even when fully loaded with cocaine.   The

5     go-fast boats would leave loading points along the northern

6     coast of Colombia for destinations in the Caribbean, Central

7     America and Mexico.   The cocaine was then received by other

8     drug trafficking organizations in those regions and later

9     shipped to the United States and elsewhere.

10          By 1998, the defendant, Hernan Giraldo-Serna, had

11     been the leader of the ACMG for several years, and conducted

12     the organization's operations from several compounds in the

13     Sierra Nevada mountains outside of the coastal town of Santa

14     Marta.   Between 1998 and 2005, the defendant was in command

15     of between 500 and 2,000 paramilitaries and had a personal

16     security detail of approximately 200 men.   In addition to

17     the support of his own armed security detail, the defendant

18     frequently carried firearms, including pistols and rifles

19     during organizational-related activities.

20          The defendant, assisted by his brother,

21     codefendant Jesus Giraldo-Serna, organized and led members

22     of the organization involved in drug trafficking operations

23     who were tasked with the collection of war taxes throughout

24     the ACMG/Bloque Tayrona area of control.   The organization

25     members who oversaw taxed numerous shipments of cocaine and

1    cocaine manufactured in ACMG Bloque Tayrona sanctioned

2    cocaine manufacture laboratories under the direction of the

3    defendant included codefendants, Alvaro Padilla-Redondo,

4    Martin Peneranda-Osario, Freddy Castillo-Carillo, Edwing

5    Gomez-Luna and Huber Gomez Luna.

6              Between 1998 and 2005, these individuals collected

7    war taxes from drug traffickers, such as Jose Miranda-Ortiz

8    and Carlos Humberto Meneses-Sepulveda, who utilized the

9    coastal areas to launch numerous drug shipments on go-fast

10   boats that were ultimately destined for the United States.

11   Taxes due on these cocaine loads which averaged between

12   1,000 and 1500 kilograms of cocaine each, ranged in amounts

13   from an average of 50 million Colombian pesos, approximately

14   $25,000 per boatload in 1998, increasing at the direction of

15   the leaders of the ACMG Bloque Tayrona each year by an

16   average of 25 million Colombian pesos.

17             At the time the loads were launched the

18   appropriate tax would be paid by the trafficker to the

19   defendant's subordinates in cash, either in Colombian pesos,

20   U.S. dollars or a combination of both.  All of these taxes

21   were in turn initially paid to defendant, Hernan

22   Giraldo-Serna, either personally or through a

23   representative, including codefendants Jairo Antonio

24   Musso-Torres and Nodier Giraldo-Giraldo.

25             After the merger of the Northern Bloc with the

1    ACMG, the taxes were paid directly to codefendant

2    Giraldo-Giraldo designated as the finance commander in

3    approximately 2002, or to one of his representatives.  In

4    exchange for these taxes the ACMG Bloque Tayrona ensured

5    that the traffickers were not molested by  left-wing

6    paramilitary groups or other criminal elements, and would

7    keep a lookout for law enforcement presence in the area.

8         As part of the security, the defendant or other

9    organization members at the defendant's direction, would

10   coordinate and make arrangements with the urban commanders

11   in his area, including Walter Torres and codefendant Eduardo

12   Enrique Vengoechea-Mola, to ensure that ACMG or AUC troops

13   would be present in the area to provide additional perimeter

14   security during the actual loading of the cocaine into the

15   go-fast boats, to perform surveillance on Colombian law

16   enforcement authorities and rival drug trafficking groups,

17   and to monitor and relay communications within various units

18   of the ACMG/Bloque Tayrona.

19        In summary, in the course of the defendant's

20   activities leading the organization, including those

21   activities with other members of the ACMG/Bloque Tayrona,

22   the defendant came to learn the following; that large

23   quantities of cocaine amounting to more than 1500 kilograms,

24   either transited through or were manufactured in the

25   ACMG/Bloque Tayrona's area of control and were subject to

1    taxation; that in exchange for receipt of the taxes, the

2    laboratories where the cocaine was manufactured were allowed

3    to operate, and cocaine that was transiting through the area

4    was allowed to pass.

5              And that both activities were provided protection

6    from insurgent groups, other criminals, and to a certain

7    extent drug-controlled efforts by the Colombian government.

8    That cocaine from these laboratories, as well as the cocaine

9    that transited through the area eventually ended up at the

10   coast, where it was loaded into go-fast boats beginning the

11   process leading to its ultimate designation in the United

12   States.

13             Your Honor, this is just a summary of some of the

14   evidence that would have been provided or produced had the

15   parties gone to trial in this matter.

16   BY THE COURT:

17   Q    Very well.  He can come back up.  Sir, did you hear

18   what the prosecutor just said?

19   A    Yes, Your Honor.

20   Q    And do you agree with what he indicated?

21   A    Yes, I do agree with that, Your Honor.

22   Q    Now sir, I don't know if you are a citizen of the

23   United States; although, I assume that you're not.  And you

24   should understand that by entering a plea of guilty that

25   once you finish your sentence you would have to be deported

1    back to Colombia or returned to Colombia.  Do you understand

2    that?

3    A    I do understand that Your, Honor.

4    Q    Also if at some future point you wanted to try and

5    become a United States citizen because you pled guilty to

6    this offense the government could use your conviction to try

7    and stop you from becoming a citizen.  Do you understand

8    that?

9    A    I do understand that.

10   Q    Understanding those two consequences of you pleading

11   guilty, do you still want to enter a plea of guilty?

12   A    Yes, Your Honor, I do plead guilty.

13   Q    Now sir, you should understand that you have the

14   absolute right to enter a plea of not guilty in this case.

15   By pleading not guilty you would be forcing the government

16   to take this case to trial.  During the trial the government

17   would have the burden of proving that you're guilty beyond a

18   reasonable doubt, and you also would have the right to have

19   the help or the assistance of a lawyer during your trial.

20   Do you understand that?

21   A    I do understand that.

22   Q    Do you understand that by entering a plea of guilty

23   that you're giving up all of those rights?

24   A    I do plead guilty.  Yes, I understand.

25   Q    You also should understand that if you wanted to go to

1   trial in this case that you would have what is called the

2   right to a speedy trial.  That means that the government has

3   an obligation to bring your case to trial within a

4   reasonable period of time after you got arrested.  Now if

5   the government didn't do that your lawyer could file papers

6   with the court asking that this case be dismissed because

7   you had not been given your right to a speedy trial.  Do you

8   understand that?

9   A    I do understand that, Your Honor.

10  Q    And do you understand that by entering a plea of guilty

11  that you're also giving up that right?

12  A    Yes, I do understand.

13  Q    You also should understand that if you wanted to go to

14  trial in this case that you would have either the right to a

15  trial before a judge, which means the evidence would be

16  presented to me and I would have to decide whether the

17  government had proven that you were guilty beyond a

18  reasonable doubt.  Or you would have the right to a trial

19  before a jury, which means that 12 people selected from the

20  community would hear the case, and all 12 of those people

21  would have to be convinced by the government beyond a

22  reasonable doubt before you could be convicted of this crime

23  you're pleading guilty to.

24          Do you understand that?

25  A    I do understand that, Your Honor.

1   Q    And do you understand that by entering a plea of guilty

2   that you're giving up both your right to a trial before a

3   judge and your right to a trial before a jury?

4   A    Yes, I do understand, Your Honor.

5   Q    I have this document entitled Waiver of Trial by Jury,

6   and again, it appears that you did sign this; is that right?

7   A    That's true.

8   Q    You also should understand that if you wanted to go to

9   trial in this case that during the trial the government

10  would have to bring into court those people who are supposed

11  to know something about this case.  Each of those

12  individuals would have to take an oath to testify

13  truthfully.  They would have to testify with you present in

14  the courtroom.  And after the government's lawyer finished

15  questioning those witnesses, your lawyer with your help,

16  would then have the right to cross-examine or question each

17  of those witnesses.

18          Do you understand that?

19  A    I do understand that, Your Honor.

20  Q    And do you understand that by entering a plea of guilty

21  that you're also giving up those rights?

22  A    I do understand, Your Honor.

23  Q    You also should understand that if you wanted to go to

24  trial in this case that during the trial, you yourself would

25  have the right to bring into court people to testify for

1    you.  Do you understand that?

2    A    Yes, I do understand.

3    Q    And if those people were not willing to come into court

4    on their own, you would have the right to have me force them

5    to appear.  Do you understand that?

6    A    I do understand that, your Honor.

7    Q    Also during the trial, you yourself would have the

8    absolute right to testify in your own defense.  Do you

9    understand that?

10   A    I do understand that, Your Honor.

11   Q    And do you understand that by entering a plea of guilty

12   that you're also giving up all of those rights?

13   A    I do understand.

14   Q    You also should understand that if you wanted to go to

15   trial in a case during the trial you would have what is

16   called the right or the privilege against

17   self-incrimination.  That means that if you did not want to

18   testify during your trial and tell your side of the story no

19   one could force you to do so.  You can sit there during the

20   entire trial and say nothing.  And if you decided not to

21   testify during your trial I could not say to myself as the

22   judge, and the jury could not say to itself as the jury that

23   merely because you were not testifying and telling your side

24   of the story must be some indication that you're guilty.

25            Do you understand that?

1    A    Yes, I do understand.

2    Q    Do you understand that by entering a plea of guilty

3    you're also giving up that right?

4    A    I do understand, Your Honor.

5    Q    Finally, you should understand that by entering a plea

6    of guilty you're giving up most of your rights to an appeal.

7    As I told you before, the right to an appeal is the right to

8    take your case to a higher court if you felt that you had

9    not been treated fairly in this court, or some mistake was

10   made during your proceedings in this court; that higher

11   court would review what took place in this court.  And if

12   that higher court agreed with your position that higher

13   court would then wipe out or reverse your conviction and

14   send the case back to this court for a new trial or for

15   other court proceedings.

16         Do you understand that?

17   A    I do understand that, Your Honor.

18   Q    Now as I said you do give up most of your rights to an

19   appeal by pleading guilty, but there are two rights of

20   appeal that you keep even though you are pleading guilty.

21   Number one, you always keep the right to go to the higher

22   court and to say to that higher court that I did not have

23   the authority, the power or the jurisdiction to have you

24   plead guilty before me.

25         However, if you were above the age of 17 when this

1   crime was committed, and if any part of this crime took

2   place in the United States, if both of those things are

3   true, then I do have the authority, the power, or the

4   jurisdiction to have you plead guilty before me.  But even

5   though you are pleading guilty you still can go to the

6   higher court and say to that court that I did not have the

7   authority, the power or the jurisdiction to have you plead

8   guilty before me.

9          Do you understand that if?

10  A    I do understand, your Honor.

11  Q    The only other right of appeal you keep once you plead

12  guilty is the right to go to the higher court and say to

13  that court that I gave you an illegal sentence.  Do you

14  understand that?

15  A    I do understand that, Your Honor.

16  Q    Now understanding that those will be the only two

17  rights of appeal that you're going to keep once you plead

18  guilty, and that you're going to be giving up all the other

19  rights that I just talked to you about by pleading guilty,

20  do you still want to enter a plea of guilty?

21  A    Yes, I do plead guilty, Your Honor.

22  Q    Now has anybody promised or suggested to you that

23  merely because you were pleading guilty necessarily meant

24  that I was going to give you a lighter sentence?

25  A    I have no knowledge of that, Your Honor.

1    Q    Has anybody threatened, forced or coerced you to enter

2    this plea of guilty?

3    A    In no way, Your Honor.

4    Q    Whose decision is this to plead guilty, yours or your

5    lawyer's?

6    A    It is mine.

7    Q    And have you had an opportunity to fully discuss this

8    case with your lawyer?

9    A    I spoke to her personal at the jail where I am held.

10   Q    Do you need any more time to talk with her before you

11   plead guilty?

12   A    No, I plead guilty.

13   Q    And are you totally satisfied with the legal

14   representations she has provided to you?

15   A    Yes, I am satisfied, Your Honor.

16   Q    Do you have any complaints you'd like to make about her

17   representation at this time?

18   A    None, your Honor.

19   Q    And are you entering this plea of guilty because you

20   are guilty?

21   A    I am guilty, and when we were being brought over here

22   the federal agents told us by simply hearing, listening to

23   people talk about it we were guilty and we did carry out

24   some charges where we were.

25   Q    Did you do more than just listen to people?

1  A    Yes, I was the commander of the Resistance Front

2  Tayrona.

3  Q    And you were, and you did do the things that the

4  prosecutor said that you did regarding the drug trafficking

5  activity?

6  A    Yes, we did charge those taxes to the drug traffickers,

7  Your Honor.

8  Q    Very well.  Now besides the fact that you're guilty are

9  you pleading guilty for any other reason?

10 A    No.

11 Q    And knowing what you know about the government's case,

12 do you think they could prove you guilty if this case went

13 to trial?

14 A    Well, I do not feel that I am in a situation that I

15 should go to trial, and that's why I did away, eliminated

16 the services of my previous attorney because he wanted me to

17 go to trial and I wanted to plead guilty from the beginning.

18 Q    And you don't want to go to trial why, because you are

19 guilty?

20 A    I am guilty.

21 Q    And do you think it's in your best interest to enter a

22 plead guilty?

23 A    I don't have a great deal of knowledge about it, but I

24 think it's the truth.  It's the truth and not a lie.

25 Q    Let me just ask sir, as to the charge of conspiracy to

1   manufacture and to distribute five kilograms or more of

2   cocaine, intending and knowing that that cocaine would be

3   unlawfully imported into the United States, how do you plead

4   guilty or not guilty?

5   A     I plead guilty for allowing the existence of

6   laboratories in the area where we found ourselves.

7   Q     And you knew that that cocaine was being produced in

8   those laboratories was going to be sent to the United

9   States?

10  A     We knew that it was going to different parts of the

11  world not exactly, not precisely the United States.

12  Q     Well, that's what you're pleading guilty to.  You had

13  no idea it was going to come into the United States?

14  A     [No response.]

15  Q     Sir, did you have any idea it was going to come into

16  the United States?

17  A     Yes, some of it was going to the United States, some of

18  it was going to Jamaica, perhaps it was a transshipment

19  point and others was going to other parts of the world.

20          THE COURT:  Very well.  I will accept the plea of

21  guilty concluding that the defendant fully understands his

22  various rights and with knowledge of the rights he's

23  forfeiting that he is knowingly and intelligently entering a

24  plea of guilty to this crime as charged.

25          How does the government want to proceed at this

1    point?  Do you want to set a status date, a sentencing date

2    or what?

3              MR. STIGLITZ:  Your Honor, I would ask that the

4    court set a status date approximately 90 days out.

5              THE COURT:  May 1st at 12 o'clock; is that good?

6              MS. AMATO:  It is for me, Your Honor.

7              MR. STIGLITZ:  Yes.

8              THE COURT:  Very well.  Defendant will have to be

9    held without bond pending the next hearing.  Thank you.

10             MS. AMATO:  Thank you, your Honor.

11             MR. STIGLITZ:  Thank you, your Honor.

12             [Thereupon, the proceedings adjourned at 12:30

13             p.m.]

14

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE

2              I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Colombia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7              I further certify that the foregoing 45 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10             In witness whereof, I have hereto subscribed my

11   name, this the 22nd day of June, 2015.

12

13

                              /s/_____
14                            Cathryn J. Jones, RPR
                              Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**$**

**$100** [1] 7/7
**$25,000** [1] 33/14
**$4** [1] 7/4
**$4 million** [1] 7/4

**.**

**.x** [1] 1/6

**/**

**/s** [1] 46/13

**0**

**04-114-1** [2] 1/4 2/2

**1**

**1,000** [2] 31/25 33/12
**11:10** [1] 1/6
**12** [2] 37/19 37/20
**12 o'clock** [1] 45/5
**12:30** [1] 45/12
**14-page** [1] 5/18
**1400** [1] 1/13
**14th** [1] 5/19
**150 kilograms** [1] 8/1
**1500 kilograms** [2] 33/12 34/23
**1600** [1] 1/16
**17** [1] 40/25
**1998** [4] 32/10 32/14 33/6 33/14
**1st** [1] 45/5

**2**

**2,000** [1] 32/15
**2,000-pounds** [1] 31/24
**200** [1] 32/16
**2000** [1] 30/15
**20001** [1] 1/22
**2002** [2] 30/22 34/3
**2005** [2] 32/14 33/6
**2006** [1] 15/12
**2009** [1] 1/5
**2015** [1] 46/11
**205** [1] 1/16
**20530** [1] 1/14
**22209** [1] 1/16
**22nd** [1] 46/11
**25 million** [1] 33/16
**29** [1] 1/5

**3**

**333** [1] 1/22
**38** [6] 8/13 8/17 8/23 9/1 9/4 11/22

**4**

**40** [1] 30/25
**45** [1] 46/7

**5**

**50 million** [1] 33/13
**500** [1] 32/15

**6**

**61** [1] 4/8
**6521** [1] 1/21

**8**

**85 percent** [1] 7/22

**9**

**90** [1] 45/4

**A**

**a.m** [1] 1/6
**ability** [3] 5/7 5/14 5/16

**able** [5] 4/11 4/23 11/16 23/22 23/23
**about** [22] 4/16 7/16 9/9 11/12 11/18 11/20 12/22 15/16 19/17 20/8 22/6 22/9 22/11 22/14 22/23 25/3 27/24 38/11 41/19 42/16 42/23 43/11 43/23
**above** [7] 8/24 10/7 10/10 27/5 27/7 40/25 46/6
**absolute** [2] 36/14 39/8
**accept** [2] 9/10 44/20
**accepted** [1] 12/5
**accomplish** [1] 28/9
**account** [6] 9/14 9/15 9/19 9/23 10/13 10/22
**accountable** [3] 7/25 8/2 8/8
**accounting** [1] 16/9
**accurately** [1] 30/7
**acknowledged** [1] 18/16
**ACMG** [15] 30/18 30/22 31/4 31/9 31/20 32/11 32/24 33/1 33/15 34/1 34/4 34/12 34/18 34/21 34/25
**ACMG/Bloque** [5] 31/20 32/24 34/18 34/21 34/25
**acquired** [3] 25/3 25/15 25/16
**acronym** [1] 30/24
**Act** [2] 15/11 16/17
**Action** [1] 2/2
**activities** [4] 32/19 34/20 34/21 35/5
**activity** [7] 8/19 12/22 15/24 20/19 25/15 25/17 43/5
**actual** [1] 34/14
**added** [2] 8/23 9/4
**addition** [2] 9/19 32/16
**additional** [3] 8/22 9/4 34/13
**adduced** [1] 46/5
**adjourned** [1] 45/12
**Administration** [3] 17/23 20/10 30/16
**administrative** [1] 26/1
**admit** [1] 8/8
**admitted** [1] 11/25
**admitting** [4] 7/25 8/2 8/5 8/11
**affect** [1] 5/16
**affecting** [2] 5/6 5/14
**after** [8] 17/22 18/2 18/4 21/20 23/4 33/25 37/4 38/14
**again** [5] 3/10 4/19 11/5 29/14 29/18 29/24 30/3 38/6
**against** [10] 22/4 23/20 19 21/4 21/11 21/16 21/17 21/22 39/16
**age** [1] 40/25
**agencies** [1] 20/11
**agents** [1] 42/22
**agree** [3] 30/12 35/20 35/21
**agreed** [7] 6/20 9/9 15/14 22/16 25/23 29/2 40/12
**agreeing** [8] 8/16 8/22 9/3 11/23 12/3 16/18 25/11 26/6
**agreement** [39] 2/14 2/21 4/13 5/18 6/19 6/23 11/17 12/21 13/5 13/20 13/23 14/1 14/3 14/6 14/8 14/8 14/14 14/20 14/25 15/3 15/8 18/8 18/11 18/11 18/14 22/3 23/14 23/17 23/19 23/21 24/3 27/20 27/24 28/9 28/10 28/15 28/23 29/3 29/4
**agreements** [1] 9/10
**ahead** [2] 4/6 12/18
**aided** [1] 1/24
**alcohol** [2] 5/5 5/9
**all** [23] 2/18 2/25 6/15 7/11 11/7 14/1 14/7 16/4 16/4 16/5 16/10 17/5 18/12 25/13 27/9 27/16 27/24 27/25 33/20 36/23 37/20 39/12 41/18
**allowed** [1] 35/2 35/4
**allowing** [1] 44/5
**along** [2] 30/21 32/5
**already** [1] 16/16
**also** [52]

**although** [2] 10/3 35/23
**Alvare** [1] 33/5
**always** [1] 40/21
**am** [5] 42/9 42/15 42/21 43/14 43/20
**Amato** [4] 1/15 1/15 2/5 2/13
**AMERICA** [3] 1/3 2/3 32/7
**among** [1] 9/25
**amount** [8] 7/3 8/3 8/11 8/25 23/7 23/8 24/12 29/7
**amounting** [1] 34/23
**amounts** [1] 33/12
**another** [1] 19/2
**answer** [2] 4/1 4/5
**anti** [1] 31/17
**anti-guerilla** [1] 31/17
**Antonio** [1] 33/23
**any** [35] 5/2 5/5 5/5 5/8 7/21 9/23 11/1 13/16 13/18 13/23 14/14 17/11 17/12 20/6 20/10 20/16 20/25 21/9 21/16 22/1 24/7 24/23 25/20 25/22 25/24 25/24 25/25 26/15 26/25 27/5 41/1 42/10 42/16 43/9 44/15
**anybody** [2] 41/22 42/1
**anything** [2] 3/20 13/25
**appeal** [13] 26/20 27/8 27/9 27/14 27/14 27/16 27/16 40/6 40/7 40/19 40/20 41/11 41/17
**appear** [2] 13/17 39/5
**APPEARANCES** [1] 1/11
**APPEARING** [1] 1/18
**appears** [4] 5/19 29/15 30/3 38/6
**applies** [1] 11/22
**apply** [2] 7/12 8/13
**appreciate** [4] 6/13 7/24 24/18 24/23
**appropriate** [6] 8/17 9/14 10/1 10/9 10/25 33/18
**approximately** [5] 31/24 32/16 33/13 34/3 45/4
**are** [38] 4/7 4/11 7/24 7/25 8/11 8/16 9/8 9/13 9/25 10/1 10/4 10/23 10/23 11/11 12/20 16/11 20/6 20/6 20/23 20/24 21/5 21/11 21/18 21/20 25/11 26/6 27/8 35/22 38/10 40/19 40/20 41/2 41/5 42/13 42/19 42/20 43/8 43/18
**area** [8] 32/24 34/7 34/11 34/13 34/25 35/3 35/9 44/6
**areas** [4] 31/9 31/10 31/13 33/9
**argue** [2] 23/8 23/23
**Arlington** [1] 1/16
**armed** [1] 32/17
**arrangements** [1] 34/10
**arrested** [1] 37/4
**as** [44] 3/16 6/3 6/19 7/8 7/16 8/1 8/1 9/16 11/20 12/20 16/17 16/23 16/25 17/10 17/22 18/9 18/11 18/16 19/5 21/2 21/25 24/24 25/15 25/16 25/16 27/19 30/18 30/20 30/24 30/25 31/4 31/9 33/7 34/2 34/8 35/8 35/8 39/21 39/22 40/7 40/18 43/25 44/24 46/8
**ask** [9] 3/5 3/21 4/19 22/24 26/25 30/10 30/12 43/25 45/3
**asking** [1] 37/6
**assessment** [1] 7/8
**assets** [6] 16/5 16/10 16/11 16/16 16/19 25/16
**assist** [2] 25/24 26/7
**assistance** [2] 20/7 36/19
**assisted** [1] 32/20
**assume** [3] 2/13 12/25 35/23
**attempt** [1] 22/2
**attention** [1] 16/19
**attorney** [3] 1/15 25/2 43/16
**Attorney-at-Law** [1] 1/15
**attorney/client** [1] 25/2
**attorneys** [1] 25/5

## A

**AUC [5]** 30/24 31/3 31/10 31/14 34/12
**AUC's [1]** 31/16
**AUSA [2]** 1/12 1/12
**authorities [3]** 13/8 24/7 34/16
**authority [3]** 40/23 41/3 41/7
**Avenue [2]** 1/13 1/22
**average [2]** 33/13 33/16
**averaged [1]** 33/11
**away [5]** 11/17 14/1 14/7 18/12 43/15

## B

**back [5]** 11/17 27/17 35/17 36/1 40/14
**base [3]** 8/12 8/17 9/1
**based [8]** 10/17 11/25 12/4 19/13 19/21 19/23 21/17 23/18
**basis [2]** 14/24 20/3
**be [73]**
**beaches [1]** 31/15
**became [1]** 30/25
**because [22]** 8/7 8/11 8/18 8/23 9/4 10/7 11/17 13/1 13/2 14/7 23/21 24/13 25/14 30/6 30/11 36/5 37/6 39/23 41/23 42/19 43/16 43/18
**become [1]** 29/4 36/5
**becoming [1]** 36/7
**been [17]** 3/15 3/20 5/2 5/10 6/23 16/16 16/20 23/5 23/16 24/10 26/19 27/19 28/1 32/11 35/14 37/7 40/9
**before [17]** 1/9 5/13 5/22 6/18 7/17 17/11 29/18 37/15 37/19 37/22 38/2 38/3 40/7 40/24 41/4 41/8 42/10
**beginning [3]** 30/15 35/10 43/17
**behalf [1]** 2/4 2/5
**behavior [2]** 10/24 11/5
**being [4]** 6/19 28/8 42/21 44/7
**below [4]** 10/6 10/9 19/23 19/24
**benefit [1]** 16/12
**besides [2]** 27/8 43/8
**best [1]** 43/21
**between [6]** 21/7 25/4 32/14 32/15 33/6 33/11
**beyond [5]** 28/5 28/21 36/17 37/17 37/21
**binding [2]** 24/4 24/6
**Bloc [1]** 33/25
**Bloque [12]** 30/25 31/4 31/10 31/16 31/20 32/24 33/1 33/15 34/4 34/18 34/21 34/25
**boatload [1]** 33/14
**boats [7]** 31/23 31/24 32/1 32/5 33/10 34/15 35/10
**bond [1]** 45/9
**both [6]** 2/22 31/1 33/20 35/5 38/2 41/2
**bottom [1]** 19/23
**Boulevard [1]** 1/16
**bound [1]** 9/10
**breach [2]** 18/10 22/3
**Brief [4]** 3/4 3/8 25/9 29/22
**bring [4]** 16/18 37/3 38/10 38/25
**brother [1]** 32/20
**brought [6]** 6/18 6/19 21/16 28/18 28/24 42/21
**burden [1]** 36/17

## C

**calculated [1]** 10/4
**called [13]** 6/4 7/8 14/16 14/25 17/19 19/3 23/3 25/1 29/24 29/25 31/23 37/1 39/16
**came [1]** 34/22
**Campesinos [1]** 30/17
**can [27]** 2/11 2/11 3/5 3/5 3/12 6/13 6/23 8/22 9/4 10/8 11/21 13/10 14/6

17/1 18/12 20/19 22/15 23/2 23/8 23/9 24/15 25/13 26/25 30/9 35/17 39/18 41/5
**can't [4]** 7/18 25/3 25/5 29/21
**cannot [5]** 7/15 19/12 21/25 22/15 24/25
**Caribbean [2]** 30/21 32/6
**Carillo [1]** 33/4
**Carlos [1]** 33/8
**carried [2]** 32/18
**carry [1]** 42/23
**case [39]** 2/8 3/22 4/14 4/16 4/20 7/12 8/2 8/24 9/13 11/2 11/22 12/1 20/9 20/24 20/25 21/16 23/10 23/15 28/16 29/13 30/1 30/7 36/14 36/16 37/1 37/3 37/6 37/14 37/20 38/9 38/11 38/24 39/15 40/8 40/14 42/8 43/11 43/12 46/6
**cash [1]** 33/19
**Castillo [1]** 33/4
**Castillo-Carillo [1]** 33/4
**Cathryn [3]** 1/20 46/2 46/14
**cause [2]** 11/4 15/1
**Central [1]** 32/6
**certain [5]** 11/21 23/7 24/12 26/20 35/6
**certainly [1]** 3/1
**CERTIFICATE [1]** 46/1
**Certified [1]** 1/19
**certify [2]** 46/4 46/7
**challenge [1]** 27/5
**chance [1]** 17/7
**charge [6]** 23/6 23/7 23/18 23/22 43/6 43/25
**charged [6]** 3/22 8/1 11/20 23/3 23/16 44/24
**charges [2]** 6/5 42/24
**citizen [3]** 35/22 36/5 36/7
**citizens [1]** 31/6
**claim [2]** 25/23 26/5
**claims [2]** 25/24 26/8
**Clerk [1]** 3/15
**client [2]** 2/14 25/2
**coast [5]** 30/21 31/15 31/22 32/6 35/10
**coastal [2]** 32/13 33/9
**cocaine [32]** 6/7 6/8 8/1 8/3 8/12 28/17 28/18 29/8 31/12 31/13 31/13 31/14 31/18 31/20 31/21 31/25 32/4 32/7 32/25 33/1 33/2 33/11 33/12 34/14 34/23 35/2 35/3 35/8 35/8 44/2 44/2 44/7
**code [2]** 10/14 11/1
**codefendant [3]** 32/21 34/1 34/11
**codefendants [5]** 25/2 25/4 25/5 33/3 33/23
**coerced [1]** 42/1
**collected [1]** 33/6
**collection [1]** 32/23
**Colombia [10]** 15/11 26/8 30/21 30/23 31/15 31/22 32/6 36/1 36/1 46/4
**Colombian [14]** 15/11 15/16 15/20 16/4 16/16 16/20 25/13 31/6 31/8 33/13 33/16 33/19 34/15 35/7
**COLUMBIA [1]** 1/2
**combination [1]** 33/20
**come [5]** 2/11 35/17 39/3 44/13 44/15
**comfortable [1]** 2/12
**command [1]** 32/14
**commander [2]** 34/2 43/1
**commanders [1]** 34/10
**commission [3]** 13/15 13/16 13/18
**commit [1]** 15/1
**committed [3]** 14/23 23/5 41/1
**committee [4]** 19/3 19/4 19/10 19/10
**committing [2]** 13/24 14/15
**communications [1]** 34/17
**community [3]** 7/16 7/18 37/20
**complaints [1]** 42/16

**complete [2]** 12/6 16/9
**completely [1]** 3/6
**completes [1]** 32/12
**computer [1]** 1/24
**computer-aided [1]** 1/24
**conclude [2]** 14/20 15/3
**concludes [2]** 13/10 17/24
**concluding [1]** 44/21
**conduct [1]** 12/5
**conducted [2]** 30/16 32/11
**confident [1]** 2/24
**consent [1]** 25/19
**consequences [1]** 36/10
**consider [5]** 10/3 10/14 10/19 10/25 11/3
**considered [6]** 9/25 15/20 18/3 18/10 18/24 22/3
**consists [1]** 9/21
**conspiracy [4]** 6/6 28/10 28/16 43/25
**constitute [1]** 46/8
**Constitution [1]** 1/22
**constitutional [1]** 26/15
**continue [1]** 17/21
**continuing [1]** 17/19
**contraband [1]** 16/5
**control [2]** 32/24 34/25
**controlled [5]** 6/8 31/9 31/14 31/21 35/7
**convicted [3]** 24/10 26/19 37/22
**conviction [2]** 36/6 40/13
**convinced [1]** 37/21
**cooperate [1]** 13/6
**cooperation [31]** 12/20 12/22 12/25 13/2 13/5 13/10 13/14 15/15 15/19 15/22 16/23 17/10 17/19 17/21 17/24 18/2 18/9 18/16 18/19 18/25 19/1 19/6 19/12 19/13 19/19 19/22 19/24 21/21 24/14 24/15 24/25
**cooperative [1]** 13/17
**coordinate [1]** 34/10
**correct [1]** 2/10
**corrected [1]** 27/1
**could [24]** 3/21 4/2 4/3 6/15 7/3 10/9 11/4 12/13 14/1 18/3 19/22 19/24 21/4 21/11 21/16 21/22 23/6 36/6 37/5 37/22 39/19 39/21 39/22 43/12
**count [2]** 6/4 6/5
**course [2]** 17/3 34/19
**court [33]** 1/1 1/20 1/21 1/21 7/7 12/8 17/12 26/12 26/21 26/24 37/6 38/10 38/25 39/3 40/8 40/9 40/10 40/11 40/11 40/12 40/13 40/14 40/15 40/22 40/22 41/6 41/6 41/12 41/13 45/4 46/2 46/3 46/14
**courtroom [1]** 38/14
**CR [1]** 1/4
**crime [30]** 9/5 9/22 9/23 10/15 10/21 11/20 13/5 13/16 13/19 13/24 14/15 14/16 14/19 14/23 15/2 16/14 16/5 16/6 23/4 23/6 23/6 23/16 23/18 24/1 26/20 26/20 37/22 41/1 41/1 44/24
**crimes [1]** 23/2
**criminal [11]** 2/2 8/19 9/24 12/22 15/24 20/18 20/25 24/5 25/15 25/17 34/6
**criminals [1]** 35/6
**cross [1]** 38/16
**cross-examine [1]** 38/16
**currently [1]** 5/6

## D

**D.C [2]** 1/5 1/22
**Dangerous [2]** 24/5
**date [3]** 45/1 45/1 45/4
**day [1]** 46/11
**days [1]** 45/4
**DC [1]** 1/14

## D

deal [1]  43/23
decide [2]  17/4 37/16
decided [1]  39/20
decides [1]  19/11
deciding [4]  9/14 9/25 15/21 18/4
decision [3]  18/21 19/5 42/4
dedicated [1]  31/7
defendant [16]  1/6 1/15 2/5 30/19 31/2
  31/18 32/10 32/14 32/17 32/20 33/3
  33/21 34/8 34/22 44/21 45/8
defendant's [3]  33/19 34/9 34/19
defense [3]  30/17 30/23 39/8
delivery [1]  16/3
department [9]  1/13 12/7 13/7 13/9
  17/15 17/23 19/3 22/8 24/6
departure [1]  19/3
depended [1]  18/20
deported [1]  35/25
Deputy [1]  3/15
designated [1]  34/2
designation [1]  35/11
designed [1]  31/24
destinations [1]  32/6
destined [1]  33/10
detail [2]  32/16 32/17
determination [3]  18/21 18/25 19/17
determined [1]  17/14
did [34]  4/9 5/1 5/12 5/20 5/22 10/16
  10/18 12/8 12/8 14/18 14/20 15/1 19/11
  21/17 29/13 29/15 29/20 30/1 30/3 30/6
  30/7 30/11 35/17 38/6 39/17 40/22 41/6
  42/23 42/25 43/3 43/4 43/6 43/15 44/15
didn't [1]  37/5
different [2]  21/2 44/10
direction [3]  33/2 33/14 34/9
directly [2]  28/8 34/1
discuss [1]  42/7
dismissed [2]  23/10 37/6
distances [1]  32/3
distribute [4]  6/6 28/16 28/23 44/1
DISTRICT [6]  1/1 1/2 1/10 1/21 46/3
  46/3
disturbance [1]  5/3
Division [1]  24/5
do [194]
Docket [1]  1/4
document [14]  2/23 5/19 5/20 29/11
  29/12 29/14 29/15 29/18 29/24 30/2
  30/2 30/4 30/6 38/5
documents [5]  4/13 4/16 4/19 4/23 5/17
does [3]  19/20 26/4 44/25
doesn't [2]  5/16 26/5
doing [1]  13/25
dollars [2]  7/4 33/20
Don [1]  30/20
don't [6]  11/17 18/9 23/7 35/22 43/18
  43/23
done [2]  2/20 11/4 20/12
doubt [5]  28/5 28/22 36/18 37/18 37/22
down [1]  2/12
drug [11]  17/23 20/9 30/16 32/8 32/22
  33/7 33/9 34/16 35/7 43/4 43/6
drug-controlled [1]  35/7
drugs [7]  5/5 5/8 8/8 8/23 24/5 28/23
  28/24
due [1]  33/11
duly [1]  3/15
during [13]  17/3 32/19 34/14 36/16
  36/19 38/9 38/24 39/7 39/15 39/18
  39/19 39/21 40/10

## E

each [5]  32/1 33/12 33/15 38/11 38/16

Eduardo [1]  34/11
Edwing [1]  33/4
efforts [1]  35/7
either [11]  8/18 13/23 17/12 20/6 21/4
  25/12 25/15 33/19 33/22 34/24 37/14
El [2]  30/20 30/20
elementary [1]  4/10
elements [2]  2/15 34/6
eliminated [1]  43/15
Elita [3]  1/15 1/15 2/4
else [1]  13/25
elsewhere [1]  32/9
emotional [1]  5/3
enabling [1]  32/3
end [1]  27/7
ended [1]  35/9
enforcement [7]  13/8 16/24 17/23 20/9
  30/16 34/7 34/16
engage [1]  11/4
engaged [1]  10/24
engines [1]  32/3
English [1]  2/22
Enrique [1]  32/12
ensure [1]  34/12
ensured [1]  34/4
enter [10]  7/12 11/7 15/8 28/1 29/3
  36/11 36/14 41/20 42/1 43/21
entering [12]  2/19 12/20 35/24 36/22
  37/10 38/1 38/20 39/11 40/2 40/5 42/19
  44/23
entire [1]  39/20
entities [1]  13/9
entitled [3]  29/11 29/19 38/5
errors [1]  26/25
even [8]  6/22 12/11 14/6 21/20 23/19
  32/4 40/20 41/4
eventually [1]  31/14 35/9
ever [1]  5/2
everything [1]  27/23
evidence [5]  14/17 16/4 30/15 35/14
  37/15
exactly [1]  44/11
exaggerate [1]  13/15
examine [1]  38/16
examined [1]  3/16
exchange [2]  34/4 35/1
exercises [1]  27/15
existence [1]  44/5
expect [1]  30/14
expired [3]  23/16 23/20 23/21
explain [1]  5/1
explained [2]  2/18 4/25
extent [6]  10/16 10/17 10/19 11/3 23/14
  35/7
extraordinary [1]  8/24

## F

facilitate [1]  16/3
fact [2]  17/14 43/8
factors [4]  9/21 9/24 10/13 10/14
Facts [5]  2/15 2/22 29/12 29/19 29/25
fairly [2]  30/6 40/9
false [4]  3/23 3/24 4/4 21/12
falsely [2]  13/14 13/17
family [1]  20/7
far [2]  4/9 8/1
fast [7]  31/23 31/23 32/1 32/5 33/9
  34/15 35/10
federal [3]  13/8 24/7 42/22
Federally [1]  1/19
federation [1]  31/3
feel [2]  5/25 43/14
felt [1]  40/8
fifth [2]  29/14 30/2
file [4]  25/23 25/24 26/5 37/5

filed [1]  26/8
Finally [1]  40/6
finance [1]  34/2
financial [1]  16/10
fine [1]  7/3
finish [1]  35/25
finished [2]  17/24 38/14
finishes [1]  30/12
firearm [1]  9/6
firearms [1]  32/18
first [1]  3/15
five [5]  6/7 29/8 44/1
five kilograms [3]  6/7 29/8 44/1
follow [2]  10/2 10/8
following [3]  28/7 30/15 34/22
follows [1]  3/16
force [2]  39/4 39/19
forced [1]  42/1
forces [1]  30/17
forcing [1]  36/15
foregoing [1]  46/7
foreign [2]  17/13 24/7
forfeit [1]  25/12
forfeited [5]  16/16 16/20 25/14 25/25
  26/9
forfeiting [1]  44/23
forfeiture [3]  25/20 26/11 26/16
formed [1]  31/5
forth [4]  28/1 29/13 29/19 29/25
forthrightly [1]  13/6
found [1]  44/6
four [2]  8/17 32/2
Freddy [1]  33/4
frequently [1]  32/18
Front [2]  31/1 43/1
full [2]  16/9 17/11
fully [3]  32/4 42/7 44/21
funded [1]  31/16
further [1]  46/7
future [1]  36/4

## G

gave [1]  41/13
generally [1]  26/19
get [1]  13/1
GIRALDO [13]  1/5 2/3 3/11 3/14 30/19
  31/2 32/10 32/21 33/22 33/24 33/24
  34/2 34/2
Giraldo-Giraldo [2]  33/24 34/2
Giraldo-Serna [7]  3/11 3/14 30/19 31/2
  32/10 32/21 33/22
Giraldo-Sernan [1]  2/3
give [15]  7/21 12/4 12/12 12/13 17/2
  19/13 19/20 19/22 19/24 26/13 26/15
  27/5 27/6 40/18 41/24
given [5]  4/17 4/20 10/23 27/17 37/7
giving [13]  23/13 24/15 27/6 27/9 27/25
  36/23 37/11 38/2 38/21 39/12 40/3 40/6
  41/18
go [28]  4/6 4/9 10/6 10/7 10/9 10/10
  12/18 26/24 27/25 30/14 31/23 31/23
  32/1 32/5 33/9 34/15 35/10 36/25 37/13
  38/8 38/23 39/14 40/21 41/5 41/12
  43/15 43/17 43/18
go-fast [7]  31/23 31/23 32/1 32/5 33/9
  34/15 35/10
going [25]  3/21 4/8 5/7 5/14 6/2 6/10 8/9
  10/21 11/16 24/13 24/19 26/13 26/14
  27/25 30/10 41/17 41/18 41/24 44/8
  44/10 44/13 44/15 44/17 44/18 44/19
Gomez [2]  33/5 33/5
Gomez-Luna [1]  33/5
gone [1]  35/15
good [3]  2/6 2/7 45/5
got [1]  37/4

## G

government [74]
government's [5]  2/14 18/20 18/21 38/14 43/11
grade [1]  4/10
grand [1]  17/11
great [1]  43/23
group [2]  30/22 30/25
groups [4]  31/4 34/6 34/16 35/6
growing [1]  31/11
Guajira [1]  30/18
guerilla [2]  31/6 31/17
guess [1]  19/16
guideline [2]  8/6 8/9
guidelines [15]  8/7 8/13 9/20 9/20 10/1 10/3 10/4 10/5 10/7 10/8 10/9 10/10 19/23 20/16 27/8
guilty [89]

## H

had [17]  5/5 5/8 5/11 17/7 23/16 23/18 23/20 23/21 32/10 32/15 35/14 37/7 37/17 40/8 42/7 44/12 46/5
has [5]  2/12 8/6 15/7 15/14 19/5 22/22 23/5 23/5 24/10 26/19 26/20 37/2 41/22 42/1 42/14
have [103]
having [6]  3/15 11/25 12/5 19/21 23/19 28/24
he [13]  2/11 2/11 2/12 2/24 3/1 3/5 29/21 30/11 30/11 35/17 35/20 43/16 44/23
he's [5]  2/16 2/16 2/18 3/7 44/22
hear [5]  3/5 3/6 29/21 35/17 37/20
hearing [4]  1/8 3/7 42/22 45/9
held [3]  16/11 42/9 45/9
help [2]  36/19 38/15
helpful [1]  15/23
her [4]  3/6 42/9 42/10 42/16
here [7]  4/4 5/7 5/15 6/19 9/16 19/2 42/21
hereby [1]  46/4
hereto [1]  46/10
HERNAN [7]  1/5 2/3 3/11 3/14 30/19 30/20 31/2 32/10 33/21
high [3]  10/6 32/2 32/4
higher [11]  8/8 26/21 26/24 40/8 40/10 40/12 40/12 40/21 40/22 41/6 41/12
him [4]  2/15 2/18 3/5 3/12
his [6]  2/17 32/17 32/20 34/3 34/11 44/21
hold [1]  31/24
Honor [109]
HONORABLE [1]  1/9
hope [2]  3/1 18/17
hoping [1]  13/1
how [4]  4/7 4/9 44/3 44/25
However [11]  6/18 10/1 11/23 12/11 14/5 14/23 15/19 17/1 17/3 27/13 40/25
Huber [1]  33/5
Humberto [1]  33/8

## I

I'll [1]  30/12
I'm [8]  3/21 6/2 9/9 10/2 10/7 10/13 12/12 30/10
I've [3]  5/10 27/19 27/23
idea [2]  44/13 44/15
identify [1]  16/2
II [1]  6/7
illegal [3]  28/10 28/15 41/13
illness [1]  5/3
impact [1]  8/6
implicate [1]  13/14

## imported [3]  6/9 31/17 44/3

impose [1]  9/13
imposed [4]  26/24 27/1 27/10 31/17
imprisonment [1]  6/15
include [1]  10/15
included [1]  33/3
including [4]  32/18 33/23 34/11 34/20
increase [1]  8/17
increasing [1]  33/14
incrimination [1]  39/17
independent [1]  19/5
indicate [1]  30/12
indicated [1]  35/20
indicates [2]  20/18 30/7
indication [1]  39/24
indictment [1]  6/5
indirectly [1]  28/9
individuals [4]  31/10 31/12 33/6 38/12
information [14]  13/25 15/22 20/8 20/16 21/1 21/3 21/9 21/15 24/24 24/25 25/1 25/3 25/4 25/6
initially [2]  31/5 33/21
innocent [1]  13/14
insurgent [1]  35/6
intelligently [1]  44/23
intended [1]  29/4
intending [2]  6/8 44/2
intent [2]  28/17 28/24
interest [2]  26/6 43/21
interpreter [1]  1/19 22/18
interview [1]  17/4
interviewed [1]  16/25
interviews [1]  16/25
investigate [1]  20/11
investigating [1]  15/24
investigation [1]  30/17
investigative [1]  20/11
involved [3]  29/8 31/11 32/22
involvement [4]  9/5 13/16 13/18 20/18
is [78]
it [33]  3/2 5/14 5/16 5/18 5/22 5/23 5/25 6/2 6/19 8/24 17/13 23/21 29/5 29/12 29/12 29/18 29/19 29/25 30/6 31/22 32/3 35/10 38/6 42/6 42/23 43/23 44/10 44/13 44/15 44/17 44/18 44/18 45/6
it's [12]  8/16 10/9 14/18 15/1 19/2 23/9 23/23 24/6 30/1 43/21 43/24 43/24
its [7]  18/12 19/5 22/6 27/15 31/16 31/19 35/11
itself [1]  39/22

## J

jail [2]  5/13 42/9
Jairo [1]  33/23
Jamaica [1]  44/18
January [1]  1/5
Jesus [1]  32/21
Jones [3]  1/20 46/2 46/14
Jorge [1]  30/25
Jose [1]  33/7
judge [5]  1/9 1/10 37/15 38/3 39/22
judicial [1]  26/1
June [1]  46/11
juries [1]  17/12
jurisdiction [3]  40/23 41/4 41/7
jury [7]  26/12 26/14 37/19 38/3 38/5 39/22 39/22
just [7]  18/8 30/10 35/13 35/18 41/19 42/25 43/25
justice [10]  1/13 13/7 13/10 15/11 16/17 17/15 17/23 19/2 21/13 24/6

## K

keep [6]  24/19 34/7 40/20 40/21 41/11 41/17

## imported (continued)

kilograms [7]  6/7 8/1 29/8 31/25 33/12 34/25 44/1
knew [3]  28/22 44/7 44/10
know [3]  35/22 38/11 43/11
knowing [4]  6/8 29/4 43/11 44/2
knowingly [1]  44/23
knowledge [3]  41/25 43/23 44/22
known [5]  30/18 30/20 30/24 30/25 31/19

## L

laboratories [6]  31/21 33/2 35/2 35/8 44/6 44/8
lanchas [1]  31/23
large [3]  8/11 31/16 34/22
last [3]  5/12 5/19 22/19
late [2]  23/9 23/23
later [5]  21/11 23/17 23/20 31/9 32/8
launch [1]  33/9
launched [1]  33/17
law [12]  1/15 1/15 6/16 6/22 9/15 9/17 13/8 16/24 19/25 27/6 34/7 34/15
laws [1]  25/14
lawyer [13]  4/25 5/22 17/1 17/2 17/4 17/6 17/7 30/9 36/19 37/5 38/14 38/15 42/8
lawyer's [1]  42/5
lawyers [1]  19/4
leader [2]  8/18 32/11
leaders [1]  33/15
leading [2]  34/20 35/11
learn [1]  34/22
least [6]  6/14 6/16 7/22 8/3 9/17 29/8
leave [1]  32/5
led [4]  30/19 30/24 31/1 32/21
left [3]  5/13 31/6 34/5
left-wing [2]  31/6 34/5
legal [2]  26/15 42/13
legitimate [1]  26/6
Let [3]  4/19 29/18 43/25
level [4]  8/12 8/12 8/17 9/1
liable [1]  2/17
lie [1]  43/24
life [6]  6/15 6/21 6/23 6/25 11/4 22/16 22/24
lighter [1]  13/1
like [4]  10/23 11/18 18/8 42/16
likely [1]  14/18
limitations [2]  23/4 23/15
limited [1]  27/14
listen [3]  19/4 30/11 42/25
listening [1]  42/22
loaded [2]  32/4 35/10
loading [2]  32/5 34/14
loads [2]  33/11 33/17
local [1]  13/8
locked [1]  24/19
long [1]  32/3
lookout [1]  34/7
low [1]  10/5
Luna [2]  33/5 33/5

## M

machine [1]  1/24 46/4 46/9
made [11]  14/2 15/2 18/13 19/1 19/2 20/6 21/21 22/14 22/22 28/1 40/10
Magdalena [1]  30/18
make [11]  6/2 11/21 12/3 12/11 14/19 15/7 19/5 22/8 22/10 34/10 42/16
making [4]  3/23 3/24 4/4 11/11
mandatory [1]  10/2 19/25
manner [4]  26/23 26/25 27/10 30/14
manufacture [6]  6/6 28/16 28/23 31/13 33/2 44/1

# M

manufactured [3] 33/1 34/24 35/2
manufacturers [1] 31/18
manufacturing [2] 33/11 31/21
March [1] 30/22
March of [1] 30/22
Marta [1] 32/14
Martin [1] 33/4
Matt [1] 2/3
matter [1] 35/15
Matthew [1] 1/12
may [6] 2/12 11/4 12/11 17/10 25/24 45/5
May 1st [1] 45/5
me [18] 3/20 4/19 11/21 12/4 15/15 19/12 22/10 27/6 29/18 29/18 37/16 39/4 40/24 41/4 41/8 43/16 43/25 45/6
means [12] 7/16 8/24 12/21 14/17 17/20 23/4 26/21 29/3 37/2 37/15 37/19 39/17
meant [1] 41/23
medication [4] 5/6 5/9 5/10 5/12
members [4] 32/21 32/25 34/9 34/21
men [1] 32/16
Meneses [1] 33/8
Meneses-Sepulveda [1] 33/8
mental [1] 5/2
merely [2] 39/23 41/23
merged [1] 30/22
merger [1] 33/25
message [1] 10/20
Mexico [1] 32/7
million [3] 7/4 33/13 33/16
mine [1] 42/6
minimize [1] 13/18
minimum [1] 8/25
minute [1] 30/10
Miranda [1] 33/7
Miranda-Ortiz [1] 33/7
mistake [1] 40/9
Mola [1] 34/12
molested [1] 34/5
moment [2] 25/8 28/13
monitor [1] 34/17
months [2] 10/4 10/6
more [13] 2/12 6/7 7/25 8/7 14/18 15/1 28/7 29/8 31/25 34/23 42/10 42/25 44/1
Moreover [1] 32/1
morning [3] 2/6 2/7 5/13
most [3] 23/2 40/6 40/18
mountains [1] 32/13
Ms [1] 2/13
Musso [1] 33/24
Musso-Torres [1] 33/24
must [4] 6/13 7/7 9/17 39/24
my [8] 4/1 4/5 5/11 5/16 16/18 43/16 46/9 46/10
myself [1] 39/21

# N

N.W [1] 1/22
name [5] 3/3 3/10 16/11 16/11 46/11
narcotics [2] 5/6 24/4
nature [2] 9/21 10/15
necessarily [1] 41/23
need [3] 10/16 10/19 42/10
needed [1] 17/14
needs [1] 10/17
Nevada [1] 32/13
new [6] 1/13 13/24 14/15 14/23 15/2 40/14
next [1] 45/9
no [16] 1/4 2/2 4/15 4/18 5/4 5/8 5/16 19/16 29/17 39/18 41/25 42/3 42/12 43/10 44/13 44/14

Nodier [1] 33/24
None [1] 42/18
normally [1] 24/10
north [1] 31/15
northern [4] 30/21 31/22 32/5 33/25
not [53]
notes [1] 46/9
nothing [1] 39/20
now [35] 3/5 3/19 3/19 5/2 6/12 9/8 9/12 11/10 11/20 12/3 12/20 13/5 15/10 16/15 16/23 17/10 18/16 20/6 20/23 21/17 22/6 24/3 24/10 26/19 27/19 27/23 28/4 29/11 35/22 36/13 37/4 40/18 41/16 41/22 43/8
number [4] 9/13 10/5 10/6 40/21
numerous [2] 32/25 33/9
NW [1] 1/13

# O

o'clock [1] 45/5
oath [4] 3/12 3/20 3/23 38/12
object [1] 24/20
objectives [2] 28/10 28/15
obligation [7] 16/2 16/8 17/18 17/20 17/20 23/5 37/3
obstruction [1] 21/12
obviously [2] 9/15 28/8
occurs [1] 20/3
offense [9] 2/16 6/6 8/12 8/12 8/17 9/1 23/22 28/5 36/6
OFFICES [1] 1/15
official [4] 1/21 46/2 46/8 46/14
officials [1] 16/24
Okay [6] 2/7 3/12 5/17 6/2 29/24 30/9
old [2] 4/7 4/8
once [6] 11/15 30/11 31/20 35/25 41/11 41/17
one [11] 5/17 6/4 8/22 9/21 25/8 28/8 28/9 28/13 34/3 39/19 40/21
only [10] 9/8 11/23 14/15 14/17 22/14 22/21 24/4 27/20 41/11 41/16
operate [1] 35/3
operated [1] 30/21
operating [1] 31/19
operation [1] 5/11
operations [3] 31/17 32/12 32/22
opportunity [1] 42/7
order [4] 13/17 13/19 25/19 28/4
organization [4] 32/22 32/24 34/9 34/20
organization's [1] 32/12
organizational [1] 32/12
organizational-related [1] 32/19
organizations [2] 31/7 32/8
organized [1] 32/21
organizer [1] 8/18
Ortiz [1] 33/7
Osario [1] 33/4
other [24] 10/20 10/23 13/7 14/14 17/12 18/8 20/10 20/24 20/25 21/3 21/4 24/7 26/15 27/4 32/7 34/6 34/8 34/21 35/6 40/15 41/11 41/18 43/9 44/19
others [3] 8/23 40/22 44/19
otherwise [5] 16/10 27/9 30/18 30/19 30/24
ourselves [1] 44/6
out [4] 7/18 40/13 42/23 45/4
outboard [1] 32/2
outfitted [1] 32/2
outside [2] 28/17 32/13
over [1] 42/21
oversaw [1] 32/25
overthrow [1] 31/7
own [4] 19/5 32/17 39/4 39/8

# P

p.m [1] 45/13

Padilla [1] 33/3
Padilla-Redondo [1] 33/3
page [6] 5/18 5/19 29/12 29/14 30/1 30/2
pages [1] 46/7
paid [2] 33/18 33/21 34/1
papers [1] 37/5
paramilitaries [1] 32/15
paramilitary [3] 31/4 31/7 34/6
part [10] 13/5 16/23 16/25 17/10 19/2 19/23 29/4 31/16 34/8 41/1
participated [1] 15/10
parties [2] 30/13 35/15
parts [3] 18/8 44/10 44/19
party [3] 16/12 26/4 26/5
pass [1] 35/4
Patron [1] 30/20
pause [4] 3/4 3/8 25/9 29/22
pay [2] 7/3 7/7
Peace [2] 15/11 16/17
penalties [2] 2/16 7/11
pending [2] 24/20 45/9
Peneranda [1] 33/4
Peneranda-Osario [1] 33/4
people [11] 10/20 10/23 20/24 23/2 37/19 37/20 38/10 38/25 39/3 42/23 42/25
per [1] 33/14
percent [1] 7/22
perform [1] 34/15
performance [1] 32/2
perhaps [1] 44/18
perimeter [1] 34/13
period [1] 37/4
perjury [3] 3/22 4/3 21/12
permits [2] 6/16 27/6
person [7] 13/14 13/16 13/18 13/19 23/7 23/8 26/19
person's [1] 27/14
personal [2] 32/15 42/9
personally [1] 33/22
persons [1] 28/8
pesos [2] 33/13 33/16 33/19
pistols [1] 32/18
place [4] 3/12 7/15 40/11 41/2
placed [1] 3/20 31/22
Plaintiff [1] 1/3
plea [37] 1/8 2/8 2/14 2/17 2/19 2/21 4/13 5/18 6/12 7/12 11/8 11/17 13/20 14/2 15/8 18/8 20/4 22/1 22/2 23/14 27/24 28/1 35/24 36/11 36/14 36/22 37/10 38/1 38/20 39/11 40/2 40/5 41/20 42/2 42/19 44/20 44/24
plead [27] 6/4 6/10 7/14 11/9 12/16 12/18 14/11 14/13 15/9 24/1 24/2 28/3 36/12 36/24 40/24 41/4 41/7 41/11 41/17 41/21 42/4 42/11 42/12 43/17 43/22 44/3 44/5
pleading [20] 2/16 4/20 5/18 8/19 9/22 10/15 11/21 24/4 28/6 29/20 36/10 36/15 37/23 40/19 40/20 41/5 41/19 41/23 43/9 44/12
please [2] 3/3 3/10
pled [2] 24/10 26/20 36/5
point [5] 8/22 11/25 36/4 44/19 45/1
points [6] 8/18 9/4 12/4 12/12 12/13 32/5
position [2] 26/22 40/12
possessed [1] 9/6
pounds [1] 31/24
power [3] 40/23 41/3 41/7
precisely [1] 44/11
preponderance [1] 14/17
presence [1] 34/7
present [4] 17/1 17/2 34/13 38/13

## P

presented [1] 37/18
previous [1] 43/16
primarily [1] 9/21
prior [1] 9/24
prison [3] 6/14 7/17 7/21
private [1] 25/4
privilege [2] 25/2 39/16
probable [2] 14/25 15/1
probably [1] 2/11
probation [3] 7/16 12/7 22/8
problem [2] 5/10 26/22
proceed [1] 44/25
proceeding [4] 21/1 26/1 26/1 26/11
proceedings [9] 1/24 17/12 17/13 26/16 40/10 40/15 45/12 46/5 46/8
proceeds [3] 16/5 16/6 25/16
process [1] 35/11
processing [1] 31/11
produced [3] 1/24 35/14 44/7
promise [3] 11/11 22/14 22/21
promised [1] 41/22
promises [4] 14/2 14/7 18/12 27/25
promptly [2] 16/2 16/8
properties [2] 25/25 26/9
property [5] 25/13 25/14 25/20 25/23 26/6
prosecute [1] 23/6
prosecuted [3] 4/2 21/12 23/9
prosecuting [1] 23/20
prosecution [1] 4/3
prosecutor [2] 35/18 43/4
prosecutors [5] 11/10 16/25 19/2 19/11 19/12
protect [1] 13/19
protected [2] 10/17 25/1
protecting [1] 31/6
protection [1] 35/5
prove [2] 28/4 43/12
proven [1] 37/17
provide [14] 12/6 12/6 12/22 13/10 17/11 17/19 17/21 18/2 18/9 18/24 19/11 24/15 24/24 34/13
provided [18] 2/21 15/16 15/19 15/21 18/19 19/1 19/6 19/17 19/21 20/9 20/17 21/2 21/4 21/10 21/15 35/5 35/14 42/14
providing [7] 12/25 13/13 13/24 18/16 20/8 21/21 24/14
proving [1] 36/17
punished [2] 10/16 10/22
punishment [1] 9/16
Pupo [2] 30/24 31/2
purpose [2] 28/22 29/5

## Q

qualify [1] 18/19
quantities [1] 34/23
quantity [1] 8/23
question [1] 38/16
questioning [2] 17/6 38/15
questions [3] 3/21 4/1 4/5

## R

ranged [1] 33/12
rapidas [1] 31/23
Raymond [2] 1/12 2/4
reached [1] 28/9
read [1] 4/11
reason [2] 22/1 43/9
reasonable [6] 28/5 28/22 36/18 37/4 37/18 37/22
receipt [1] 35/1
receive [16] 6/13 6/14 6/21 6/23 6/25 8/25 9/17 11/12 11/15 18/5 18/20 22/7

22/9 22/11 22/16 22/24
received [2] 26/23 32/7
receiving [1] 13/17
recently [1] 5/5
recognizes [1] 16/15
recommendation [1] 22/9
record [1] 9/24
recorded [1] 1/24
Redondo [1] 33/3
reduce [1] 11/22
reduced [7] 4/14 13/2 18/5 18/18 18/20 19/13 19/21
reduction [1] 11/24 11/25
reference [16] 2/17 5/17 6/12 9/5 9/12 15/23 20/7 20/12 20/20 20/25 22/22 23/2 25/22 25/25 26/11 26/16
refuse [1] 12/13
regarding [8] 4/4 14/2 23/15 25/2 25/24 26/8 26/8 43/4
regardless [1] 19/10
REGGIE [1] 1/9
region [1] 31/19
regions [1] 32/8
relate [1] 4/19
related [2] 4/13 32/19
relatively [1] 32/3
relay [1] 34/17
rendition [1] 12/7
reparations [1] 16/17
repetition [1] 22/19
reported [1] 46/4
Reporter [4] 1/20 1/21 46/2 46/14
representation [1] 42/17
representations [1] 42/14
representative [1] 33/23
representatives [1] 34/3
request [11] 6/21 6/24 11/24 12/4 12/11 18/4 19/12 19/20 22/16 22/19 24/19
requests [1] 11/21
require [1] 32/11 7/7
required [9] 8/25 10/2 10/8 10/13 12/12 16/23 17/10 18/9 19/25
requires [1] 13/5
Resistance [2] 31/1 43/1
resolved [1] 2/8
response [5] 3/21 4/15 4/18 29/17 44/14
responsibility [2] 12/1 12/5 31/5
result [3] 18/17 25/15 25/17
resulted [1] 7/17
results [1] 29/20
returned [1] 24/25
reveal [1] 25/5
revealing [1] 24/25
reverse [1] 40/13
review [3] 5/22 6/2 40/11
reviewed [4] 2/13 2/15 2/22 3/2
reviewing [1] 27/19
rifles [1] 32/18
right [55]
right-wing [1] 31/3
rights [16] 2/18 26/15 26/20 27/8 27/9 27/16 36/23 38/21 39/12 40/6 40/18 40/19 41/17 41/19 44/22 44/22
rival [1] 34/16
Rob [1] 2/4
Robert [1] 1/12
Rodrigo [1] 30/24
role [1] 9/22
Room [1] 1/21
RPR [2] 1/20 46/14

## S

said [9] 9/16 11/22 18/11 27/23 30/1 35/18 40/18 43/4 46/8
Salazar [1] 1/19

same [2] 6/3 10/24 31/10
sanctioned [1] 23/4
Santa [1] 32/13
satisfied [2] 42/13 42/15
satisfy [1] 11/1
say [19] 3/20 4/2 4/4 10/5 10/7 19/4 21/2 21/3 21/25 22/15 22/23 22/23 29/18 39/20 39/21 39/22 40/22 41/6 41/12
saying [4] 14/24 21/5 29/13 29/20
says [6] 6/22 6/22 9/16 9/17 11/1 30/11
Schedule [1] 6/7
school [2] 4/9 4/10
score [4] 8/23 9/4 11/22 11/24
seat [1] 30/9
second [1] 19/16
Section [1] 24/5
security [4] 32/16 32/17 34/8 34/14
see [4] 5/19 17/5 29/14 30/2
selected [1] 37/19
self [3] 30/17 30/23 39/17
Self-Defense [2] 30/17 30/23
self-incrimination [1] 39/17
send [2] 10/20 40/14
sent [1] 44/8
sentence [49]
sentenced [8] 6/15 17/22 18/3 18/5 21/18 21/20 24/11 24/13
sentences [1] 10/22
sentencing [11] 8/7 8/13 9/20 15/15 16/19 20/16 20/20 22/15 24/20 27/7 45/1
Sepulveda [1] 33/8
SERNA [8] 1/5 3/11 3/14 30/19 31/2 32/10 32/21 33/22
Sernan [1] 2/3
serve [1] 7/17
services [1] 43/16
set [2] 45/1 45/4
sets [3] 29/12 29/19 29/25
several [2] 32/11 32/12
she [2] 5/1 42/14
shipments [2] 32/25 33/9
shipped [1] 32/9
shorthand [3] 1/24 46/5 46/9
should [28] 3/19 8/5 9/8 9/16 10/5 10/7 11/2 13/13 17/18 20/12 20/15 20/23 21/9 21/25 22/7 22/9 22/11 22/21 24/3 35/24 36/13 36/25 37/13 38/8 38/23 39/14 40/5 43/15
shoulder [1] 5/11
shouldn't [1] 10/20
show [12] 14/16 14/18 14/25 15/7 21/5 23/10 28/6 28/7 28/21 29/2 29/7 30/15
showing [3] 14/19 15/2 15/6
shown [1] 4/16
side [2] 39/18 39/23
Sierra [1] 32/13
sign [6] 5/20 25/19 29/15 30/3 30/6 38/6
signature [3] 5/20 29/15 30/3
signed [4] 5/23 23/14 23/17 23/21
similarly [1] 10/23
simply [1] 42/22
since [1] 15/12
sir [14] 3/3 3/10 3/19 3/25 4/7 6/3 25/11 29/11 29/16 35/17 35/22 36/13 43/25 44/15
sit [1] 39/19
situated [1] 10/23
situation [1] 43/14
six [2] 29/12 30/1
six-page [2] 29/12 30/1
Sixty [1] 4/8
so [10] 2/22 3/1 3/17 6/22 12/13 24/15 25/2 26/18 27/12 27/22 28/1 31/23 39/19

## S

so-called [1] 31/23
society [1] 10/17
some [13] 16/11 16/15 17/13 23/17 26/4 26/22 35/13 36/4 39/24 40/9 42/24 44/17 44/17
somebody [1] 22/6 22/8
something [1] 38/11
Spanish [6] 2/22 2/23 4/11 4/14 4/17 4/21
speak [2] 22/6 22/8
special [1] 7/8
speed [1] 32/4
speedy [3] 24/12 37/2 37/7
spoke [1] 42/9
state [4] 3/3 3/10 13/8 24/7
statement [10] 2/15 2/21 3/23 3/23 3/24 4/4 22/19 29/12 29/19 29/25
statements [9] 20/17 20/19 21/1 21/10 21/12 21/15 21/22 21/22 22/10
STATES [57]
status [4] 45/1 45/4
statute [4] 6/22 9/15 23/4 23/15
Stiglitz [1] 1/12 2/4
still [14] 7/12 11/7 12/16 14/5 14/8 14/11 15/8 18/13 21/20 24/1 28/1 36/11 41/5 41/20
stop [2] 17/6 36/7
story [2] 39/18 39/24
stuck [3] 14/5 14/8 18/13
subject [1] 34/25
submit [1] 16/8
subordinates [1] 33/19
subscribed [1] 46/10
substance [1] 6/8
substantial [7] 15/22 18/24 19/1 19/6 19/11 19/18 19/22
such [7] 16/6 17/22 25/5 25/20 25/22 31/4 33/7
sufficient [2] 11/1 18/19
suggested [1] 41/22
Suite [1] 1/16
summarize [1] 30/10
summary [2] 34/19 35/13
superseding [1] 6/5
supervision [2] 7/16 17/18
support [1] 32/17
supposed [1] 38/10
sure [1] 6/2
surveillance [1] 34/15
swear [1] 3/17
sworn [1] 3/15

## T

take [11] 5/12 9/13 9/15 9/19 9/23 10/13 10/22 26/21 36/16 38/12 40/8
taking [1] 5/10
talk [5] 17/2 17/4 17/7 42/10 42/23
talked [1] 41/19
tasked [1] 32/23
tax [1] 33/18
taxation [1] 35/1
taxed [1] 32/25
taxes [10] 31/17 31/19 32/23 33/7 33/11 33/20 34/1 34/4 35/1 43/6
Tayrona [13] 30/25 31/1 31/4 31/10 31/16 31/21 32/24 33/1 33/15 34/4 34/18 34/21 43/2
Tayrona's [1] 34/25
Tayrona-controlled [1] 31/21
tell [3] 15/15 17/5 39/18
telling [1] 39/23
ten [4] 6/14 8/25 9/18 19/25
ten-year [1] 19/25

Teresa [1] 1/19
testified [1] 3/16
testify [6] 38/12 38/13 38/25 39/8 39/18 39/21
testifying [1] 39/23
testimony [4] 12/6 17/11 17/14 46/5
than [7] 7/25 14/14 14/18 15/1 27/4 34/23 42/25
Thank [3] 45/9 45/10 45/11
that [434]
that's [10] 2/10 5/6 6/16 13/25 25/1 26/11 26/18 38/7 43/15 44/12
their [7] 14/7 22/7 22/10 25/5 26/21 27/13 39/4
them [11] 5/1 10/3 12/22 12/25 13/10 15/22 17/3 17/5 23/9 28/8 39/4
then [15] 14/1 14/19 15/2 18/12 19/12 19/22 20/8 21/3 23/8 23/10 27/16 32/7 38/16 40/13 41/3
there [8] 9/13 10/5 10/6 20/6 23/3 26/22 39/19 40/19
there's [1] 6/23
therefore [2] 10/2 26/24
Thereupon [2] 3/13 45/12
these [12] 9/8 19/1 19/4 19/10 19/12 31/12 31/19 33/6 33/11 33/20 34/4 35/8
they [35] 4/17 4/25 6/24 11/11 12/3 14/17 14/19 14/25 15/2 15/15 16/18 17/6 18/4 20/11 22/14 22/15 22/15 22/16 22/23 22/24 23/7 23/9 23/22 24/11 24/12 25/24 26/21 26/23 26/24 27/14 28/7 29/2 29/7 38/13 43/12
they're [3] 15/24 22/7 22/10
they've [2] 14/2 18/13
things [8] 9/8 9/13 11/3 21/17 27/24 28/7 41/2 43/3
think [4] 10/8 43/12 43/21 43/24
third [4] 4/10 16/11 26/4 26/5
this [83]
those [41] 4/14 4/20 4/23 9/10 9/20 9/24 10/1 10/2 10/8 10/14 12/4 12/12 12/13 16/10 16/25 20/19 21/5 21/22 25/4 25/25 26/8 26/8 26/16 27/8 28/24 32/8 34/20 36/10 36/23 37/20 38/10 38/11 38/15 38/17 38/21 39/3 39/12 41/2 41/16 43/6 44/8
though [6] 6/22 12/11 14/6 23/19 40/20 41/5
threatened [1] 42/1
threats [1] 20/6
three [4] 11/24 12/4 12/12 12/13
through [6] 31/13 31/17 33/22 34/24 35/3 35/9
throughout [1] 32/23
time [16] 15/14 16/19 17/22 23/7 23/8 23/14 23/17 23/17 23/20 23/20 24/12 31/25 33/17 37/4 42/10 42/17
times [1] 8/25
today [5] 4/5 5/7 5/15 6/4 24/20
told [2] 40/7 42/22
too [2] 23/9 23/23
took [2] 40/11 41/1
top [1] 27/7
Torres [2] 33/24 34/11
total [1] 16/19
totally [1] 42/13
Tovar [2] 30/24 31/2
town [1] 32/13
traceable [2] 16/5 25/16
trafficker [1] 33/18
traffickers [4] 31/18 33/7 34/5 43/6
trafficking [4] 32/8 32/22 34/16 43/4
transcribed [1] 46/9
transcript [3] 1/8 1/24 46/8
transcription [1] 1/24

transited [2] 34/24 35/9
transiting [1] 36/3
transport [1] 31/13
transportation [1] 31/12
transported [2] 31/15 31/20
transshipment [1] 44/18
travel [1] 32/3
treated [1] 5/2 40/9
trial [32] 26/13 26/14 30/14 35/15 36/16 36/16 36/19 37/1 37/2 37/3 37/7 37/14 37/15 37/18 38/2 38/3 38/5 38/9 38/9 38/24 38/24 39/7 39/15 39/15 39/18 39/20 39/21 40/14 43/13 43/15 43/17 43/18
trials [1] 17/12
troops [1] 34/12
true [2] 38/7 41/3
truth [2] 43/24 43/24
truthful [5] 12/6 12/7 13/24 17/11 21/6
truthfully [1] 13/6 38/13
try [2] 36/4 36/6
turn [1] 33/21
two [10] 9/4 9/21 9/24 19/1 27/8 28/7 32/2 36/10 40/19 41/16
type [8] 5/2 5/5 10/21 10/24 11/5 21/16 25/23 25/25
typically [1] 32/1

## U

U.S [3] 1/13 1/21 33/20
ultimate [1] 35/11
ultimately [2] 20/24 33/10
under [11] 3/12 3/20 3/23 7/18 8/6 8/13 10/14 16/17 20/15 25/14 33/2
understand [191]
understanding [12] 4/1 4/2 6/3 7/11 11/7 12/16 14/11 15/6 24/1 27/23 36/10 41/16
understands [2] 2/24 44/21
undertake [1] 31/5
UNITED [58]
units [1] 34/17
unlawful [2] 28/22 29/5
unlawfully [2] 6/9 44/3
unless [1] 15/22
until [2] 17/6 17/22
up [22] 2/11 6/15 7/4 17/2 23/13 24/15 24/19 26/13 26/15 27/9 27/25 35/9 35/17 36/23 37/11 38/2 38/21 39/12 40/3 40/6 40/18 41/18
upon [9] 10/18 11/25 12/4 18/20 19/13 19/21 19/23 21/17 23/19
urban [1] 34/10
us [1] 42/22
use [1] 36/6
used [8] 3/21 4/3 20/19 21/4 21/11 21/16 21/22 31/10
utilized [1] 33/8

## V

VA [1] 1/16
various [4] 2/18 27/24 34/17 44/22
Vengoechea [1] 34/12
Vengoechea-Mola [1] 34/12
versus [1] 2/3
Very [4] 35/17 43/8 44/20 45/8
Viejo [1] 30/20
violate [5] 13/23 14/14 14/18 14/20 18/11
violated [6] 14/7 14/16 14/24 15/3 15/7 23/19
violation [4] 13/20 13/25 18/10 22/3
voluntarily [2] 15/10 25/12

## W

waive [3] 17/1 26/13 26/14

## W

**Waiver [1]** 38/5
**waiving [3]** 2/18 23/13 24/14
**walk [3]** 14/1 14/7 18/12
**Walter [1]** 34/11
**WALTON [1]** 1/9
**want [19]** 4/1 4/5 4/6 7/12 11/7 12/16 12/18 14/11 15/8 17/4 17/5 24/1 28/1 36/11 39/17 41/20 43/18 44/25 45/1
**wanted [8]** 36/4 36/25 37/13 38/8 38/23 39/14 43/16 43/17
**war [3]** 31/19 32/23 33/7
**was [38]** 3/2 3/15 6/20 8/24 8/24 9/22 14/23 15/22 25/15 26/23 27/1 27/10 28/16 30/19 31/1 31/3 31/5 31/20 32/1 32/7 32/14 35/2 35/3 35/4 35/10 40/9 41/1 41/24 43/1 44/7 44/8 44/10 44/13 44/15 44/17 44/18 44/18 44/19
**Washington [3]** 1/5 1/14 1/22
**way [5]** 2/8 6/15 13/23 14/14 42/3
**we [10]** 2/22 3/2 6/2 42/21 42/23 42/23 42/24 43/6 44/6 44/10
**weighed [1]** 29/8
**well [9]** 6/13 8/24 35/8 35/17 43/8 43/14 44/12 44/20 45/8
**went [2]** 30/23 43/12
**were [31]** 3/22 4/14 4/16 4/17 4/20 4/23 4/25 6/18 8/18 30/13 31/19 31/24 32/23 33/10 33/17 33/21 34/1 34/5 34/24 34/25 35/2 35/5 37/17 39/3 39/23 40/25 41/23 42/21 42/23 42/24 43/3
**what [64]**
**what's [2]** 5/7 5/14
**when [8]** 3/2 5/12 21/18 23/21 24/10 32/4 40/25 42/21
**where [6]** 3/22 35/2 35/10 42/9 42/24 44/6
**whereof [1]** 46/10
**whether [9]** 15/21 16/10 18/4 18/18 18/25 19/5 19/17 30/12 37/16
**which [18]** 3/23 6/7 7/16 8/24 12/21 13/9 14/17 17/13 17/20 26/23 26/25 27/10 29/11 30/18 30/23 33/11 37/15 37/19
**who [8]** 10/23 10/24 22/8 26/19 32/23 32/25 33/8 38/10
**who's [1]** 11/20
**Whose [1]** 42/4
**why [2]** 43/15 43/18
**will [26]** 2/8 4/8 6/3 8/6 10/5 10/6 11/12 11/24 12/3 13/1 13/19 15/15 15/20 16/18 16/23 18/17 22/8 22/16 22/23 22/24 24/20 25/19 26/7 41/16 44/20 45/8
**willfully [1]** 29/3
**willing [1]** 39/3
**Wilson [1]** 1/16
**wing [3]** 31/3 31/6 34/5
**wipe [1]** 40/13
**withdraw [4]** 11/16 20/4 22/1 22/2
**within [6]** 23/6 23/8 24/11 30/23 34/17 37/3
**without [1]** 45/9
**witness [3]** 20/24 21/2 46/10
**witnesses [6]** 20/25 21/3 21/5 21/5 38/15 38/17
**word [2]** 2/23 2/23
**world [2]** 44/11 44/19
**would [70]**
**write [1]** 4/11

## Y

**year [2]** 19/25 33/15
**years [4]** 4/8 6/14 9/18 32/11
**Yes [84]**

**York [1]** 1/13
**you [418]**
**you'd [1]** 42/16
**you'll [2]** 12/21 18/13
**you're [47]**
**you're going [1]** 27/25
**you've [7]** 3/19 18/16 20/17 21/1 21/10 21/21 25/3
**your [194]**
**yours [1]** 42/4
**yourself [3]** 17/3 38/24 39/7