UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Cr. No. 04 CR. 114 (RBW) |
| | : | |
| V. | : | |
| HERNAN GIRLADO-SERNA | : | |
| Defendant. | : | |

**DEFENDANT HERNAN GIRADLO'S OPPOSITION TO
"MOVANTS" MOTION FOR A CONTINUANCE OF CERTAIN DATES**

Defendant Hernan Giraldo submits this opposition to Docket Entry 519, captioned

"Movants Motion For Continuance Of Certain Dates Relating To Sentencing." This pleading,

filed by counsel for the putative (now failed) interveners, requests additional time in which to file

their sentencing submission.[1]  They request until November 6, 2015 – past the date of defendant

Hernan Giraldo's current sentencing date, although their pleading notes that "Movants have no

objection to a continuance of the sentencing hearing."

For all the reasons set forth herein, this Court should deny the motion.

The Movants proffer two reasons in support of the request. First, they suggest that the

additional time is necessary because they may need to "adjust" their sentencing submission in

light of any decision by the Court of Appeals with respect to their pending Mandamus Petition.

Even in the exceedingly unlikely event that the Court of Appeals should conclude that this Court

committed an "abuse of discretion" in denying the CVRA motion, the only additional right that

Movants would be granted would be the opportunity to "be heard" at the sentencing. It is thus

---

[1] The Court indicated in its Memorandum Opinion of August 7, 2015 denying the Crime Victims Rights Act (CVRA) petition that the Movants would be permitted to submit written materials to the Court in connection with the defendant's sentencing. At a status conference on August 20, 2015, the Court ordered any pleading to be submitted by October 2, 2015.

impossible to see how additional time would be needed to "adjust" the Movants written submission as the result of the Court of Appeals' pending decision.

The Movants also ask for additional time because they "hope" to obtain additional criminal records from Colombia pertaining to the defendant. Defense counsel is not aware of any other such matters, but the Movants would remain free to search for any such documents even if the sentencing submission were filed in accordance with the current scheduling Order.

The Movants have already submitted voluminous pleadings with this Court. The defense needs to review the new submission and possibly conduct additional investigation in order to respond. The reasons for the additional time proffered by the Movants do no justify the request for additional time and the motion should be denied.

Respectfully submitted

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1712 N Street, N.W.
Washington, D.C.  20009
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was sent, via email to Department of Justice Trial Attorney Paul Laymon at the Narcotic and Dangerous Drug Section and to Leo Cunningham, counsel for the failed Movants, via the Electronic Filing System, this 1st day of October, 2015.


*Robert Feitel*

_____
Robert Feitel