IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>         v.<br><br>GIRALDO-SERNA<br><br>                    Defendant<br><br>Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín:<br><br>                    Movants. | CASE NO.: 1:04-cr-00114-1 RBW |

**DECLARATION OF ROXANNA M. ALTHOLZ IN SUPPORT OF MOVANTS'
SENTENCING SUBMISSION**

I, ROXANNA M. ALTHOLZ, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.	I am Acting Director and Assistant Clinical Professor of the International Human Rights Law Clinic at University of California, Berkeley School of Law.  I represent Movants Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín, and have moved for admission *pro hac vice* in this matter.

2.	I respectfully submit this declaration in support of Movants' Sentencing Submission.

3.	Attached herewith as Exhibit 1 is a true and correct copy of Escrito para el Desarrollo de Audiencia Concentrada de Formulación y Aceptación de Cargos.

4.	Attached herewith as Exhibit 2 is a true and correct copy of a letter from Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, Bela Henríquez Chacín, and Julio Henríquez Chacín to Honorable Reggie B. Walton, United States District Court for the District of Columbia, dated September 2015.

5.	Attached herewith as Exhibit 3 is a true and correct copy of International Narcotics Control Strategy Report, U.S. Department of State, dated March 2006.

6.	Attached herewith as Exhibit 4 is a true and correct copy of International Narcotics Control Strategy Report, U.S. Department of State, dated March 2007.

7.	Attached herewith as Exhibit 5 is a true and correct copy of Press Release, Drug Enforcement Administration, Colombian Terrorists Arrested in Cocaine-for-Weapons Deal, dated November 6, 2002.

8.	Attached herewith as Exhibit 6 is a true and correct copy of Alias 'Verrugita' Asegurado Por Crimines de Agentes de CTI, Fiscalía General de la Nación, dated February 23,

2010, *available at* http://www.fiscalia.gov.co/colombia/noticias/alias-verrugita-asegurado-por-crimenes-de-agentes-del-cti/.

9. Attached herewith as Exhibit 7 is an excerpt from a true and correct copy of Colombia's Killer Networks, Human Rights Watch, dated November 1996, *available at* http://www.hrw.org/reports/1996/killer5.htm.

10. Attached herewith as Exhibit 8 is a true and correct copy of Report No. 2/94, Inter-American Commission on Human Rights, dated February 1, 1994, *available at* https://www.cidh.oas.org/annualrep/93eng/Colombia.10912.htm.

11. Attached herewith as Exhibit 9 is a true and correct copy of Ley 975 de 2005, Diario Oficial No. 45.980, dated July 2005, *available at* http://www.fiscalia.gov.co:8080/Documentos/Normativa/LEY_975_250705.htm.

12. Attached herewith as Exhibit 10 is a true and correct copy of Designations Pursuant to the Foreign Narcotics Kingpin Designation Act, U.S. Department of the Treasury, dated August 27, 2015, *available at* http://www.treasury.gov/resource-center/sanctions/Programs/Documents/narco_designations_kingpin.pdf.

13. Attached herewith as Exhibit 11 is a true and correct copy of Recent OFAC Actions, U.S. Department of the Treasury, dated February 2004, *available at* http://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20040218.aspx.

Executed on October 2, 2015            Roxanna M. Altholz