# Exhibit 1(a)



# ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA DE FORMULACIÓN Y ACEPTACIÓN PARCIAL DE CARGOS
# UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ

## 1. Código único del caso:

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 6 | 8 | 0 | 0 | 0 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 6 | 8 | 1 | 4 | 3 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 6 | 8 | 1 | 8 | 6 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 6 | 8 | 0 | 2 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 6 | 8 | 1 | 4 | 4 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 6 | 8 | 1 | 8 | 9 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 7 | 8 | 2 | 9 | 6 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 8 | 8 | 3 | 2 | 7 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 1 | 0 | 8 | 4 | 3 | 7 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 7 | 8 | 3 | 0 | 0 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

| 1 | 1 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 2 | 5 | 3 | 2 | 0 | 0 | 7 | 8 | 2 | 8 | 2 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dpto. | | Municipio | | Entidad | | Unidad Receptora | | | | | | Año | | | | Consecutivo | | | | |

De conformidad a lo normado en los artículo 18 y 21 de la Ley 1592 de 2012, que modificó los artículos 18 y 19 de la ley 975 de 2005, y en armonía con lo establecido en el artículo 336 de la Ley 906 de 2004, presenta la Fiscalía Novena de la Unidad Nacional de Fiscalías para la Justicia y la Paz de Colombia, el presente escrito par**a desarrollo de la audiencia concentrada de formulación y aceptación de cargos** dentro del proceso de justicia transicional que se adelanta dentro del radicado de la referencia. A efecto de lo cual, en primer lugar se referirá a los conceptos que nutren esta diligencia dentro de la nueva metodología investigativa con que se abordan los fenómenos de macrocriminalidad y macrovictimización originados por el conflicto armado interno:

1. **Marco conceptual.** Los patrones de macro-criminalidad y de macro victimización, fueron construidos en desarrollo del plan de investigación, y la aplicación de los criterios de priorización, determinados por la Unidad Nacional de Fiscalías para la Justicia y la Paz de la Fiscalía General de la Nación (FGN).

   Es así que la jefatura de la Unidad a través del Memorando 033 del 21 de agosto de 2013 estableció el marco conceptual para la identificación de patrones de macrocriminalidad, prácticas y modus operandi, en el marco de las investigaciones de la Unidad de Fiscalía para la Justicia y la Paz, adoptando los criterios de priorización de situaciones y casos, concebido dentro del nuevo sistema de investigación penal y de gestión, implementado al interior de la FGN, cuyo objetivo es develar la existencia de patrones de macro-criminalidad y de victimización masiva, que en el caso particular se atribuyen a los desmovilizados "Bloque Resistencia Tayrona de las Autodefensas Unidas de Colombia", y el compromiso de responsabilidad que en ellos tiene en el marco del proceso de justicia transicional, HERNAN GIRALDO SERNA, conocido con los Alias del Patrón, Taladro, Viejo, Señor de la Sierra, como comandante que fuera de esta estructura ilegal armada, y los demás ex comandantes que en su condición de máximos responsables comparecen a esta audiencia.

2. **Marco normativo**. El marco normativo que rige esta audiencia concentrada de formulación y aceptación de cargos, viene establecido por los siguientes lineamientos:

## 2.1. **Constitucional.**

2.1.1 Acto legislativo 01 del 31 de julio de 2012

- El fundamento constitucional se encuentra en el Acto Legislativo 01 del 31 de julio de 2012, que introdujo el artículo 66 transitorio a la Carta Política, referente a los mecanismos de justicia transicional, que en su cuarto inciso establece:

*Tanto los criterios de priorización como los de selección son inherentes a los instrumentos de justicia transicional. El Fiscal General de la Nación determinará criterios de priorización para el ejercicio de la acción penal,* permitiendo centrar los esfuerzos de investigación penal en los máximos responsables de aquellos delitos que adquieren la connotación de crímenes de guerra y de lesa humanidad.

### 2.2. **Legal**

La Ley 975 de 2005, modificada por la ley 1592 de 2012 y la Ley 1448 de 2011, materializan el respeto a los derechos y garantías de las víctimas a la verdad, a la justicia y a la reparación, como también los derechos y deberes de los ex integrantes de los GAOAML en procura de lograr la reinserción a la vida civil, en el marco del proceso de justicia transicional.

Esta normatividad permite la adopción de criterios de priorización de casos para el ejercicio de la acción penal, los cuales tienen un carácter vinculante, en la investigación y juzgamiento, orientados a esclarecer la existencia de patrones de macro-criminalidad en el accionar de GAOML, así como develar los contextos, las causas y los motivos, concentrando para ello los esfuerzos investigativos en los máximos responsables, adoptando un "Plan Integral de Investigación Priorizada".

- *Artículo 13. La Ley 975 de 2005 tendrá un nuevo artículo 16A del siguiente tenor:*
  *Artículo 16A. Criterios de priorización de casos. Con el fin de garantizar los derechos de las víctimas, el Fiscal General de la Nación determinará los criterios de priorización para el ejercicio de la acción penal que tendrán carácter vinculante y serán de público conocimiento.*
  *Los criterios de priorización estarán dirigidos a esclarecer el patrón de macrocriminalidad en el accionar de los grupos armados organizados al margen de la ley y a develar los contextos, las causas y los motivos del mismo, concentrando los esfuerzos de investigación en los máximos responsables. Para estos efectos, la Fiscalía General de la Nación adoptará mediante resolución el "Plan Integral de Investigación Priorizada".*

- Artículo 18. Modifíquese el artículo 18 de la Ley 975 de 2005, el cual quedará así:
  **Artículo 18. *Formulación de imputación.*** El fiscal delegado para el caso solicitará a magistrado que ejerza las funciones de control de garantías la programación de un audiencia preliminar para formulación de imputación, cuando de los elementos materiales probatorios, evidencia física, información legalmente obtenida, o de la

versión libre pueda inferirse razonablemente que el desmovilizado es autor o partícipe de **uno o varios delitos que se investigan dentro del patrón de macrocriminalidad en el accionar del grupo armado organizado al margen de la ley que se pretenda esclarecer.**

En esta audiencia, el fiscal hará la imputación fáctica de los cargos investigados y solicitará al magistrado disponer la detención preventiva del imputado en el centro de reclusión que corresponda, según lo dispuesto en la presente ley. Igualmente, solicitará la adopción de las medidas cautelares sobre los bienes para efectos de la contribución a la reparación integral de las víctimas.

…

Parágrafo. Cuando los hechos por los que se impute al postulado **hagan parte de un patrón de macrocriminalidad** que ya haya sido esclarecido por alguna sentencia de justicia y paz de conformidad con los criterios de priorización, y siempre que ya se hayan identificado las afectaciones causadas a las víctimas por tal patrón de macrocriminalidad en la respectiva sentencia, el postulado podrá aceptar su responsabilidad por las conductas imputadas y solicitar la terminación anticipada del proceso.

### 2.3.    Jurisprudencial

2.3.1. La jurisprudencia del orden nacional.  Hace viable la judicialización en el marco del proceso transicional de los máximos responsables, así como la necesidad de efectuar una ponderación entre diferentes principios y valores como la paz, la reconciliación y los derechos de las víctimas a la verdad, la justicia y la reparación y garantías de no repetición; también  permiten adoptar mecanismos de selección y de priorización para alcanzar una paz estable y duradera.

2.3.1.1. Sentencia C-370 de 2006

"4.9.4. En reiterada jurisprudencia la Corte Constitucional ha señalado que el derecho de las víctimas de delitos a conocer la verdad de lo ocurrido y el derecho de la sociedad a esclarecer procesos de macrocriminalidad que afectan de manera masiva y sistemática los derechos humanos de la población, son derechos constitucionales (en particular, ver la sentencia C-228 de 2002). Como se mencionó en un aparte anterior de esta providencia, tales derechos se desprenden del derecho de acceso a la administración de justicia (art. 29 y 229 C.N.), del derecho a no ser objeto de tratos crueles inhumanos o degradantes (art. 12), así como de la obligación estatal de respeto y garantía plena de los derechos, el debido proceso y el derecho a un recurso judicial efectivo, consagrados en los artículos 1, 8 y 25 de la Convención Interamericana sobre Derechos Humanos[119]. Como bien se sabe, estos derechos no pueden ser suspendidos en estados de excepción y, en consecuencia, integran el bloque de constitucionalidad en sentido estricto. A este respecto, no sobra recordar que la Corte Interamericana de Derechos Humanos, intérprete autorizada de las disposiciones citadas, ha señalado

reiteradamente el alcance del derecho a la verdad. Así, por ejemplo, en la Sentencia del 22 de noviembre de 2000 (Reparaciones), dijo esa Corporación:

"6.2.2.1.7.12. Se pregunta la Corte si las normas demandadas destinadas a permitir la reincorporación a la vida civil de personas que han cometido graves delitos, constituyen mecanismos procesales adecuados para satisfacer el derecho de las víctimas de violaciones a los derechos humanos, - a quienes se impone una limitación de su derecho a la justicia -, a que (1) el delito cometido contra ellas sea reconocido por el Estado e investigado en un tiempo razonable; (2) se conozca a los responsables del mismo; y (3) se establezcan las causas y las circunstancias de modo, tiempo y lugar en las cuales se cometió. Adicionalmente, se pregunta la Corporación si dichos mecanismos legales servirán adecuadamente a la reconstrucción del fenómeno macrocriminal y a la investigación de los delitos, incluidos los que la humanidad entera ha considerado de la mayor gravedad."

"6.2.2.1.7.14. Para la Corte, la ley demandada no establece claramente los mecanismos judiciales necesarios y suficientes para que se pueda esclarecerse el fenómeno macrocriminal que se afronta. Tampoco establece mecanismos judiciales que aseguren la revelación de la verdad sobre los delitos concretos cometidos por los integrantes de los grupos específicos que se desmovilicen. En efecto, las personas que se acogerán a los beneficios de la ley, tienen la única obligación de aceptar los delitos que el Estado esté en capacidad de imputarles. Esto es importante para satisfacer los derechos afectados y reconstruir la historia de lo sucedido, pero es completamente insuficiente para garantizar el contenido constitucional mínimo del derecho a la verdad".

2.3.1.2   Sala Penal Corte Suprema de Justica, Sentencia Segunda  instancia, 31 de julio del 2009, postulado WILSON SALAZAR CARRASCAL, Rad. 31539

Dijo la Corte Suprema: *"En el marco de la regulación normativa de la Ley 975 de 2005, las actividades delictivas objeto de atribución responden a fenómenos propios de la criminalidad organizada, cuya ejecución y consumación se dinamiza en el contexto de la concertación interna de cada bloque o frente. Bajo este presupuesto, la construcción de la verdad histórica debe tener como punto de partida el esclarecimiento de los motivos por los cuales se conformó la organización ilegal, las cadenas de mando, el modelo delictivo del grupo, la estructura de poder, las órdenes impartidas, los planes criminales trazados, las acciones delictivas que sus integrantes hicieron efectivas para el logro sistemático de sus objetivos, las razones de la victimización y la constatación de los daños individual y colectivamente causados, con miras a establecer tanto la responsabilidad del grupo armado ilegal como la del desmovilizado(…) Emerge de lo anterior, que los objetivos de política criminal dispuestos en la Ley de Justicia y Paz atienden a violaciones masivas y sistemáticas de derechos humanos, cuyo juzgamiento*

*y fallo se centran en la vinculación al grupo armado ilegal (concierto para delinquir) y no, como se ha insistido, en conductas punibles individualmente causadas porque, entonces, su investigación y juzgamiento sería de competencia de la justicia ordinaria(...)Bajo ese entendido no se discute que, a diferencia de lo que ocurre en los procesos ordinarios, los fallos que se profieran al amparo de la Ley de Justicia y Paz tienen una carga argumentativa mayor en lo que corresponde al examen de los fenómenos de macro-criminalidad y de violaciones sistemáticas y generalizadas de derechos humanos, atendiendo además al marco internacional. Por consiguiente, el funcionario judicial debe no solo analizar el caso concreto sino contextualizarlo dentro del conflicto, identificando los patrones de violencia y los demás actores seguramente de rango superior que también son responsables(...) a) La sentencia que dentro de un proceso de justicia y paz se profiera debe identificar la actuación del desmovilizado al interior del grupo armado y del frente al que pertenecía, sus actividades, la estructura de poder interna, el modelo delictivo de ese grupo, las órdenes impartidas y los planes criminales trazados, para contextualizar los delitos por los que se condena dentro del ataque generalizado y sistemático a la población civil, tal como se precisará al momento de analizar la normativa aplicable a esta materia"*

2.3.1.3.   Corte Suprema de Justicia, sala de casación penal. M.P. Sigifredo Espinosa Pérez. 21 de septiembre de 2009.  "Al efecto, no puede pasarse por alto que en versiones rendidas por varios de los jefes paramilitares (particularmente Salvatore Mancuso y el alias "El Iguano"), se ha afirmado que los grupos por ellos comandados cometieron tal multiplicidad de   crímenes, que su investigación y juzgamiento, de hacerse individual, demandaría años e incluso, acorde con la capacidad logística de nuestra justicia, podría conducir a la impunidad".

2.3.1.4.   Sala Penal Corte Suprema de Justicia, sentencia segunda instancia, 6 de Diciembre  del 2012, postulado ARAMIS MACHADO ORTIZ, Rad. 37048: ***"Necesidad de aplicar criterios de priorización.** No puede pasar por alto la Sala la grave situación que avista, al contrastar que el presente proceso solamente se surtió respecto de un desmovilizado, ARAMIS MACHADO ORTIZ, que los delitos por los que se acusó y condenó fueron concierto para delinquir, tráfico de armas y fuga de presos, que el dispendioso tramite incluyó varias apelaciones además de la sentencia; mientras hay un evidente clamor de justicia por las 67.000 víctimas de las atrocidades cometidas por las autodefensas, principalmente homicidios, desplazamiento, desaparición forzada, reclutamiento, extorsión, secuestro y masacres, del que permanece una estela de dolor en el territorio nacional,  hechos por los cuales a enero de 2011 la fiscalía había iniciado 2.600 versiones libres, concluido 1.342 y en curso 1.258, donde se enunciaron mas de 52 mil hechos de los 150 mil documentados, como lo confirma el informe de la MAPOEA del año pasado(...) Por más que se trate de buscar un asidero a este escenario no se va a encontrar por la incoherencia que representa (...)Es imperioso y exigible de los Fiscales de la Unidad de Justicia y Paz que den cumplimiento inmediato a los objetivos y  fines consagrados en Ley  975 de 2005,*

Case 1:04-cr-00114-RBW   Document 521-2   Filed 10/02/15   Page 8 of 346

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 7

*aplicando criterios de **priorización,** figura mencionada por la Corte Constitucional en su sentencia C-370 de 2006: "**El contenido mínimo del derecho de las víctimas a la verdad protege, en primer lugar, el derecho a que los delitos más graves sean investigados**. Esto implica que **tales delitos deben ser investigados** y que el Estado es responsable por acción o por omisión si no hay una investigación seria acorde con la normativa nacional e internacional. Una de las formas de violación de este derecho es la inexistencia de medidas que sancionen el fraude a la justicia o sistemas de incentivos que no tomen seriamente en cuenta estos factores ni promuevan seria y decididamente la consecución de la verdad."*

2.3.1.5.  Sala Penal Corte Suprema de Justicia, Sentencia egunda instancia, 12 de diciembre  del 2012, postulado FREDY RENDON HERRERA, Rad. 38222

*" La Sala aprovecha la oportunidad para saludar como buenas prácticas judiciales estos esfuerzos de sentencias concentradas por delitos y exhorta a que se sigan atendiendo de esta manera los procesos, como una perspectiva integral  sistemática y coherente de abordaje por vía judicial del acontecer delictual que se somete a su consideración;  lo cual va haciendo más ágil el procedimiento en la medida en que se van profiriendo sentencias, como la apelada, en las que se realiza la contextualización por bloques, - el "Élmer Cárdenas" en el asunto de la referencia-, la cual ya no es necesario que se  repita en otros fallos o procesos, convirtiéndose en referentes obligados de todas las demás providencias en que se juzgan los punibles cometidos por dicho frente, providencias que habrán de ser más expeditas en tanto ya no se requiere repetir la mencionada exposición del contexto, siendo suficiente solo una por bloque y por frente, para no incurrir en repeticiones innecesarias y superfluas, que en todo caso, retrasan el avance del conocimiento de los hechos delictivos y la imposición de su condigna pena."*

*2.3.1.6.*  Corte Suprema de Justicia, sala de casación penal. M.P. José Luis Barceló Camacho. 29 de Mayo de 2013. Por ello, la estrategia de investigación de los crímenes de sistema incorporó un cambio sustancial, al consagrar que la verdad ya no se busca desde la perspectiva de los hechos individuales de cada perpetrador, con esquemas de investigación tradicionales, sino sobre los <u>contextos, las causas y los motivos de los patrones de macro-criminalidad en el accionar de los grupos a los que pertenecieron.</u>

Así, la citada Ley 1592, en aras de materializar el principio de celeridad y alcanzar los fines de la justicia transicional, consagró importantes cambios, entre los que cabe citar la aplicación de criterios de priorización de casos dirigidos a establecer los patrones de macro-criminalidad y develar los contextos, así como la supresión de una de las audiencias preliminares, quedando solamente la de formulación de imputación y la concentrada de formulación y aceptación de cargos, con el respectivo control formal y material de dicha aceptación, sin que para esto último se

requiera de providencia interlocutoria que así lo reconozca. A lo anterior habrá de seguir inmediatamente, dentro de la misma audiencia concentrada, la celebración del incidente para la identificación de las afectaciones causadas a las víctimas (artículo 23).

2.3.1.7. *Fallo de la Corte Constitucional del 28 de agosto de 2013, que declaró la constitucionalidad del marco jurídico para la paz*, Acto Legislativo 01 del 2012. El juicio de exequibilidad que hizo la Corte Constitucional mediante sentencia del 28 de agosto de 2013, al Acto Legislativo 01 de 2012 posibilitó una estrategia de investigación y juzgamiento diferente a la tradicionalmente utilizada, agrupando las graves violaciones de derechos en "macroprocesos" y dejando de lado abordar el juzgamiento "caso por caso".

Los elementos de justicia transicional introducidos por el Marco jurídico para la Paz (Acto Legislativo 01 del 2012) no son incompatibles con el respeto, la protección y la garantía de los derechos de la sociedad y de las víctimas. Además, este instrumento jurídico no representa una sustitución de la Constitución o de alguno de sus ejes fundamentales.

Así lo sentenció la Corte Constitucional, al declarar exequible el inciso 4° del artículo 1° de dicha reforma a la Carta Política, con la que se busca facilitar la terminación del conflicto armado interno.

Para el alto tribunal, es legítimo adoptar medidas de justicia transicional, como los mecanismos de selección y priorización previstos en la norma demandada, con el fin de alcanzar una paz estable y duradera.

A su juicio, es posible "modificar la estrategia de juzgamiento 'caso por caso', tradicionalmente utilizada por la justicia ordinaria, y, en su lugar, acudir a un sistema que permite agrupar las graves violaciones de derechos en ´macroprocesos', e imputarlas a sus máximos responsables. Esto, a su vez, permite cumplir de forma más eficiente con el deber de proteger los derechos de las víctimas del conflicto".

…

Además, de esta manera, se contribuye eficazmente a desvertebrar macroestructuras de criminalidad y revelar patrones de violaciones masivas de derechos humanos, asegurando, en últimas, la no repetición, explicó.

De tal manera que en el contexto de la justicia transicional se puede predicar la idoneidad de los criterios de priorización sin afectación alguna de derechos fundamentales.

## 2.4. Marco Internacional

El criterio de priorización de casos, se ajusta a los estándares internacionales de protección de los derechos humanos y del DIH, y también se ha inspirado en el funcionamiento de los Tribunales Penales Internacionales, aclarando que la

naturaleza y razón de ser de éstos, implica un proceso de selección de casos, no de priorización que es el que asume la FGN en el proceso reglado por las leyes 975 de 2005 y 1592 de 2012. La técnica judicial de priorización de casos se ajusta a los estándares internacionales de protección de los derechos humanos y del DIH, y también se inspira en el funcionamiento de los Tribunales Penales Internacionales, aclarando que la naturaleza y razón de ser de éstos implica un proceso de selección de casos, no de priorización que es el que asume la FGN en el proceso reglado por la ley 975 de 2005 y la modificación introducida por la 1592 de 2012.

De manera alguna la priorización, equivale a una selección o extinción de la acción penal en relación con los casos no priorizados o a una renuncia al deber de investigar y sancionar las conductas delictivas, pues la FGN continuará con la investigación de los casos, dentro de los patrones develados, y aquellos que corresponda develar.

Las jurisdicciones internacionales han aplicado criterios de priorización en los casos sometidos a su jurisdicción, cuya adopción deviene de la interpretación de sus mismos estatutos:

El artículo 1 del Estatuto de la Corte Especial para Sierra Leona establece la posibilidad de investigar únicamente a las personas que tienen "La mayor responsabilidad" en la comisión de los delitos bajo su jurisdicción.

La Corte extraordinaria de Camboya, contempla el ejercicio de la jurisdicción sobre "altos funcionarios de la Kampuchea Democrática y aquellos con mayor responsabilidad por los crímenes cometidos entre 1975 y 1979, en su artículo 2.

El artículo 1 del Estatuto del Tribunal Penal Internacional para la antigua Yugoslavia extiende la jurisdicción del tribunal a las "personas responsables de violaciones graves de derecho internacional humanitario.

La jurisdicción de la Corte Penal Internacional. El artículo 17 del estatuto de roma, establece unos límites a la admisibilidad de casos ante la Corte de tal manera que únicamente activa su jurisdicción cuando el estado no quiera o no pueda investigar y sancionar a las personas que hayan cometido delitos bajo su jurisdicción, de la misma manera el artículo 1 dispone el ejercicio de la jurisdicción "sobre personas respecto de los crímenes más graves de trascendencia internacional, igualmente el artículo 5, en cuanto a los crímenes de competencia de la corte establece que la competencia se limitará a los crímenes más graves de trascendencia para la comunidad internacional en su conjunto, veamos que la competencia se centra en los crímenes más graves y de trascendencia internacional.

Es claro en consecuencia que las jurisdicciones penales internacionales incorporan dentro de sus propios términos de referencia una priorización de los casos que pueden ser sometidos a su jurisdicción, se trata de las personas más responsables por la comisión de los delitos más graves, compatible con los procesos de justicia transicional en las jurisdicciones domesticas donde existe una exoneración parcial de responsabilidad, se trata de una regulación jurídica que no es muy distinta a los instrumentos de derecho internacional de los derechos humanos  ya que nada

impide una priorización de casos por parte de la justicia doméstica, siempre y cuando no se trate de exoneraciones de responsabilidad general y absoluta.

### 2.4.1. Derechos Humanos
- Convención Americana de Derechos Humanos
- Pacto Internacional de Derechos Civiles y Políticos
- Corte Interamericana de Derechos Humanos

### 2.4.2. Derecho Internacional Humanitario
- Cuatro Convenios de Ginebra y sus Protocolos Adicionales de 1977

### 2.4.3. Tribunales Penales Internacionales
- Estatuto de la Corte Especial para Sierra Leona
- Estatuto del Tribunal Penal Internacional para la antigua Yugoslavia
- Estatuto de Roma de la Corte Penal Internacional

## 2.5. Directiva interna Fiscalía General de la Nación sobre priorización

La directa  001 del 4 de octubre de 2.012, emitida por el señor Fiscal  general de la Nación adoptó criterios de priorización de situaciones y casos, creando  un nuevo sistema de investigación penal y de gestión al interior de la Fiscalía general de la Nación.

Para su implementación  estableció conceptos y fines en los siguientes aspectos:

### 2.5.1 Conceptos:

- **Análisis Criminal.**  Estudio sistemático e interdisciplinario del delito y de los factores problemáticos que alteran la convivencia social e interesan a la investigación penal, para apoyar la función constitucional asignada al Fiscal General de la Nación y propender por la garantía de los derechos fundamentales de las victimas  a la verdad, la justicia, la reparación y la no repetición.

-  **Caso ilustrativo  del Plan criminal.**  Situación fáctica  representativa de los patrones  de conductas delictivas característicos de determinada organización criminal.  A  partir de la priorización del caso ilustrativo se deberá  construir el respectivo contexto, acumular las actuaciones a cargo de la Fiscalía General de la Nación que evidencien la existencia de la organización criminal y la ejecución de las conductas ilícitas que le puedan ser  atribuidas a sus presuntos miembros, se trate o no de la misma clase de delitos; y emplear los esquemas de imputación penal que resulten legalmente idóneo  para investigar, y acusar a los presuntos máximos responsables, colaboradores y financieros.

- **Contexto**. Marco de referencia contentivo  de aspectos esenciales  acerca de elementos de orden geográfico político económico histórico y social en el cual se han perpetrado delitos por parte de grupos criminales. La creación del contexto persigue conocer la verdad de lo  sucedido, evitar su repetición; establecer la estructura de la organización delictiva, determinar el grado de responsabilidad de los integrantes del grupo y sus colaboradores;  unificar actuaciones al interior de la

Fiscalía con el fin de lograr esclarecer patrones de conducta, cadena de mando fáctica y de iure y emplear esquemas de doble imputación penal.

**2.5.2 Fines:**

**- Conocimiento del Contexto del conflicto armado**. Para la construcción de los escenarios delictivos en todas sus dimensiones, es necesario abordar procesos de justicia transicional.

- **Legitimidad y eficacia en la administración de justicia**. La racionalización de los recursos de la Fiscalia General de la Nación permite que se administren justicia con eficacia y transparencia hacía la ciudadanía, lo que a su vez posibilita reducir la impunidad.
- **Atender las exigencias de la sociedad civil**. Los representantes de los distintos sectores de la sociedad plantearon la necesidad de estudiar la criminalidad en su contexto para sí desarticular de manera mas efectiva a los grupos que vulneran gravemente los derechos humanos y que atentan contra sus defensores y defensoras.

De acuerdo con las directrices allí contenidas se adoptan los siguientes criterios de priorización:

- **CRITERIO SUBJETIVO.** Tiene dos dimensiones:
- Atiende la calidad de la víctima, dentro del cual se debe atender "si pertenecen a determinado grupo étnico; si fueron seleccionadas por su género o minoría de edad; por defender los derechos de una comunidad; si fue por despojarla de sus tierras; o contra servidores públicos; periodistas; sindicalistas; el número de víctimas; Se impone el enfoque diferencial que conlleva a la determinación de los casos que han afectado a las personas mas vulnerables por
- Desde los autores o perpetradores, se enfoca en la persecución de los que tienen un nivel mas alto de responsabilidad, lo que como lo señala la Directiva "incrementa el alcance simbólico y real de las providencias judiciales, lo cual permite un mayor índice de justicia para las víctimas." Pero además, lo que no es menos importante, esta persecución de los máximos responsables "permite entender de mejor manera el funcionamiento de la organización criminal, y de esa manea procurar su desestructuración", en el cual ingresarían los mandos medios que dominaban la estructura criminal.

- **CRITERIO OBJETIVO.** Priorización de delitos por la gravedad de la conducta criminal y su representatividad. En el examen de la conducta para determinar su gravedad se debe considerar "el grado de afectación de los derechos fundamentales de las víctimas, la comunidad, o el bien jurídico; la modalidad de ejecución, con el consiguiente impacto en la comunidad y su potencialidad para revelar los patrones delictivos; por la representatividad se debe revelar lo que fueron las dinámicas de la comisión de los crímenes en un ámbito territorial y temporal, y dentro de estas variables, aquellos cuya gravedad o naturaleza resultan mas reprochables dentro del análisis contextual de la degradación del conflicto, de tal manera que tendrá como finalidades: "ilustrar dicha barbarie para evitar su repetición" y la reconstrucción de la verdad .

- **CRITERIO COMPLEMENTARIO.**   Región de ocurrencia; factibilidad, y viabilidad del caso;  y sometimiento del caso a la justicia internacional

3. 6. **Resoluciones y memorandos internos de la Fiscalía General de la Nación**

La jefatura Unidad Nacional de Fiscalías para la Justicia y la Paz, adoptó las medidas administrativas de rigor para la implementación y desarrollo del mandato legal y constitucional, y a la Directiva  emitida por el Señor Fiscal General de la Nación, conformando grupos de trabajo de "asuntos especiales" encargados de asumir "casos priorizados" hasta su culminación, equipos compuestos por Fiscales Delegados ante Tribunal Superior de Distrito y su respectivo personal de apoyo.

**2.6.1.** Dentro de las medida administrativas  adoptadas por la unidad se  destacan, la Resolución 044, y el memorando 033 del 21 de agosto de 2.013, suscrito por el doctor JUAN PABLO HINESTROSA VELEZ, Jefe de la unidad, en el que se establece el marco conceptual para la identificación de patrones de macrocriminalidad, practicas y modus operandi, en el marco de las investigaciones de la Unidad Nacional para la Justicia y La Paz.

**2.6.2. Plan de acción**

Para dar cumplimiento a la Directiva 01 de octubre 4 de 2012 y el artículo 13 de la Ley 1592 de 2012, la Unidad Nacional de Fiscalías para la Justicia y la Paz diseñó el plan de acción de casos  a  priorizar para el año 2013, por medio del cual se adoptaron criterios de priorización y se acogió un modelo de gestión y de investigación penal que permite develar la existencia de patrones de macro-criminalidad y victimización masiva en investigaciones adelantadas contra 16 postulados con calidad de miembros representantes de los GAOML y máximos responsables, entre los cuales figura HERNAN GIRALDO SERNA, como miembro representante del desmovilizado Bloque de Autodefensas Resistencia Tayrona, a quienes en el marco del proceso transicional se les responsabiliza de la comisión de crímenes de sistema, representados en delitos de lesa humanidad y de guerra.
Se ilustrará así, la labor adelantada a través del nuevo sistema de investigación penal que permitió la recolección, procesamiento y análisis de la información que contribuyó a la construcción de variables generales y específicas que develaron la existencia de patrones de macro-criminalidad de desaparición forzada, violencia basada en género, desplazamiento forzado y reclutamiento ilícito, atribuidos al denominado BLOQUE RESISTENCIA TAYRONA de las AUC" en las regiones del país  donde tuvo injerencia y durante el tiempo de permanencia en las mismas.

2.6.2.1.  **Postulado priorizado HERNAN GIRALDO SERNA alias "El Patrón." "Taladro".**

De acuerdo  a la Directiva 01 del 4 de octubre de 2012 y demás normatividad relacionada, se priorizó al postulado a la Ley 975 de 2005, HERNAN GIRADO SERNA,  alias el Patrón quien ostentó la condición de miembro representante, máximo responsable y comandante del desmovilizado "Bloque Resistencia

Tayrona, de las AUC" a quien se le atribuirá la responsabilidad de acuerdo a los fenómenos de macro-criminalidad antes indicados; para lo cual, se ilustrará a través de una línea de tiempo aspectos importantes que deben destacarse de este postulado por su doble condición en esta estructura de las "Autodefensas Unidas de Colombia".

Así mismo se tiene que junto a HERNAN GIRALDO SERNA, figuran diez integrantes de estas estructuras, cuales son JOSE DEL CARMEN GELVES ALBARRACIN, NODIER GIRALDO GIRALDO, NORBERTO QUIROGA POVEDA, JOSE DANIEL MORA LOPEZ, ADAN ROJAS MENDOZA, DANIEL GIRALDO CONTRERAS, AFRANIO MANUEL REYES MARTINEZ, CARMEN RINCON, EDUARDO VENGOECHEA MOLA, EDGAR OCHOA BALLESTEROS, que fueron incorporados al trámite investigativo, por su condición de ex - comandantes medios y/o autores materiales de los crímenes y patrones antes referidos perpetrados por el Bloque, constitutivos ellos, de crímenes de guerra y de lesa humanidad que serán objeto de formulación de cargos, conforme el siguiente esquema:



3. **Existencia del "Bloque Resistencia Tayrona de las autodefensas unidas de Colombia"**

   **3.1. Antecedentes del GAOAML.**

**3.1.1. Contexto Regional. Santa Marta - Sierra Nevada de Santa Marta - Guajira**

3.1.1.1. Aspectos geográficos relevantes. La mayor parte de la subregión se caracteriza por ser un macizo montañoso, aislado de la cordillera de los Andes y con

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 14

apariencia de una pirámide de base triangular, que se levanta al nordeste de Colombia, y alcanza una altitud de 5.775 metros.

Se encuentra ubicada a orillas del mar Caribe, entre el delta exterior del río Magdalena al occidente y la Serranía de Perijá al oriente. Del río Magdalena la separa la Zona Bananera y la Ciénaga Grande de Santa Marta, y del Perijá, los valles formados por los ríos Cesar y Ranchería. Su extensión estricta es de 17.000 kilómetros cuadrados, pero si se lleva a la delimitación natural de sus vertientes hidrográficas su área se amplía a 21.158 kilómetros cuadrados (2.115.800 hectáreas), similar al tamaño de El Salvador (21.040 km2) y un poco menor que Suiza (39.550 km2) o Costa Rica (51.000 km2).

El flanco norte bordea el Mar Caribe desde las tierras planas y áridas del sur de la península Guajira, hasta los alrededores de Santa Marta, en la desembocadura del río Manzanares; el flanco occidental limita con el mar Caribe, la Ciénaga Grande de Santa Marta y la planicie aluvial del río Magdalena, desde la desembocadura del río Manzanares hasta la población de Bosconia. Finalmente, el flanco oriental está enmarcado por los valles de los ríos Cesar al sur y Ranchería al norte, entre Bosconia y la población de Cuestecitas.

Como figura de ordenamiento territorial está comprendida por tres departamentos: Magdalena  con los municipios de Santa Marta, Ciénaga, Zona Bananera, Algarrobo, Concordia, Fundación, Aracataca Pueblo Viejo, Sitionuevo, Salamina, Remolino, Pivijay, El Piñón, Cerro de San Antonio, y El Retén; El Cesar con los municipios de Valledupar,  El Copey, Pueblo Bello, y Bosconia;  y el departamento de la Guajira con los municipios de Riohacha, San Juan del Cesar, Fonseca, Barrancas, Distracción, Dibulla y Hatonuevo.

Como complemento de la anterior división político-administrativa se incluyen los territorios establecidos por ley de los grupos étnicos ancestrales, ubicándose para la subregión en el macizo montañoso de la Sierra los resguardos Arhuaco, Kogui, Wiwa y Kankuamo. Algunos autores reportan además los resguardos Chimilas de San Ángel, y Mayabangloma

La Sierra Nevada de Gonawuindua, "Majestuosa con sus picos elevados, con una gran variedad de climas, y con una gran riqueza natural en fauna, flora, y fuentes hídricas, condensa lo que desde la cosmovisión de los pueblos indígenas, asentados de manera milenaria en este territorio, han denominado "el corazón del mundo",  que se corresponde con la madre tierra, con sus pies en el Océano Atlántico y el Mar Caribe, y con su culminación en las nieves perpetuas de la Sierra. Allí descansan y permanecen los espíritus de los ancestros indígenas" (Leonor Zarabata, Líder indígena Arhuaca, cita de Cuando la Madre Tierra Llora, Crisis en derechos humanos y humanitarios en la Sierra Nevada de Santa Marta, 2003 – 2008. Pag. 288 Fundación Cultural Democrática).

El conflicto guarda una significativa relación con la geo – posición, del macizo montañoso, pues se encuentra interrelacionada con tres departamentos, y con otros sistemas montañosos conexos, donde los actores armados han establecido corredores estratégicos para buscar imponer control social y militar en la zona. Dos de los departamentos que la conforman, Cesar y Guajira, están ubicados en zonas

Case 1:04-cr-00114-RBW   Document 521-2   Filed 10/02/15   Page 16 of 346

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 15

fronterizas, por lo que traspasan las fronteras hacia Venezuela; mientras que el Magdalena sirve de puente que la conecta con la región Caribe, a lo que se suman las desembocaduras de los ríos al Mar Caribe. También se interconecta con otro sistema montañoso que es la Serranía del Perijá, que también se une con Venezuela y otras regiones importantes como el Sur de Bolívar y el Norte de Santander.

## 3.1.1.2. Colonización de la Sierra Nevada

El área de la subregión Sierra Nevada de Santa Marta representa no solo el territorio de origen, o ancestral de diversas etnias que se fundamentan en los códigos representados en su territorio ancestral como base fundamental para su supervivencia como cultura, sino que también incluye a: los pescadores con una cultura anfibia propia, los campesinos, las comunidades afrocaribeñas y los ciudadanos urbanos de diferentes procedencias, que hacen de esta región la cuna del mestizaje y de la expresión máxima de la diversidad cultural. Es así que en el territorio de la Sierra Nevada se distinguen tres grupos étnicos culturales: indígena, colono cachaco y costeño. Sin embargo en el marco de la población asentada específicamente a nivel de la Sierra y dadas su diversas actividades socioeconómicas se ha determinado una clasificación de paisajes culturales en siete categorías: indígenas, campesino cafetero, campesino zona baja, campesino zona media, ganadero, empresarial, urbano-rural.

La Sierra estuvo habitada en épocas precolombinas por diversas etnias bajo el nombre de cultura Tayrona, actualmente la pueblan grupos indígenas pertenecientes a los pueblos Kogui, Wiwa (Arzaria), Arhuaco, Kankwamo y un grupo de indígenas Wayúu provenientes de la parte alta de la Guajira.  En su colonización se produjo una primera oleada de guajiros, hacia la década de los setenta del siglo XIX, y buena parte del siglo XX transcurre bajo la influencia de los dibulleros, que establecieron relaciones de compadrazgos con los indígenas Kogui.

La primera ola de colonización de personas provenientes del interior, "colonización cachaca" de la Sierra Nevada de Santa Marta se dio a finales de los años cuarenta y principios de los cincuenta, durante la época que se conoció como "La Violencia", en donde la guerra bipartidista generó la migración de muchas personas de los departamentos de Tolima, Caldas, Santánderes, Antioquia y Boyacá, estas personas se asentaron principalmente en el costado occidental de la Sierra en jurisdicción del municipio de Ciénaga en los corregimientos de San Pedro de la Sierra y Palmor así mismo en Santa Marta en los corregimientos de Minca y Bonda. La segunda ola de "colonización cachaca" de la Sierra Nevada de Santa Marta se dio a finales de los años sesenta e inicios de los setenta, especialmente impulsada por la finalización de la construcción de la Carretera Troncal del Caribe en 1969, que permitió comunicar a los Departamentos del Magdalena y La Guajira, además de la "bonanza marimbera", en las décadas de los años sesenta y setenta del siglo XX, esta vez los "colonos" se fueron estableciendo en las partes altas entre las cuencas de los ríos Guachaca y Buritaca. Es un período en el cual la violencia se agudiza también contra los indígenas, pues ante los notorios beneficios económicos que acarrea el cultivo de la marimba, llegan nuevos colonos, despojando a la población indígena de las pocas tierras que aun quedaban bajo su control.

Se presentó en la Sierra Nevada de Santa Marta una segunda oleada de colonización de personas provenientes del interior del país lo que se conoció como la segunda "colonización cachaca" [1] estas personas estaban especialmente motivadas por la cantidad de dinero que trajo consigo la bonanza marimbera, además de la guaquería a los sitios sagrados de las culturas indígenas que habitan la Sierra Nevada, los guaquero inclusive entre 1965 y 1975 logran organizar la "Asociación de Guaqueros Colombianos", con más de mil miembros con carnet, amparados por una personería jurídica, a pesar de ejercer una actividad ilegal, la búsqueda del oro precolombino los hace mover de un lugar a otro, penetrar al corazón de la Sierra, desmontar y establecerse como colonos. [2]

### 3.1.1.3.   Bonanza Marimbera

Aunque en diferentes documentos y estudios se discrepa acerca de la fecha en que se dio inicio y finalizó este fenómeno social y económico, con el análisis del grupo de policía judicial sobre algunos de estos documentos, se han podido establecer las siguientes circunstancias: la marihuana es un cultivo ancestral en la Sierra Nevada de Santa Marta, su comercialización y explotación masiva se vio influenciada entre 1961 y 1981, por diversos factores, entre ellos, los extranjeros que llegaron a esta región de la Sierra, y se fueron volviendo adictos a la marihuana que se producía allí y nombraron a sus dos variedades como la "Colombian Gold o Punto rojo" y "Santa Marta Golden;" es así como se convierten en los primeros transportadores al detal de este alucinógeno, llevando la marihuana colombiana a los Estados Unidos. Es preciso recordar que para esta misma época en Estados Unidos estaba en auge el movimiento "hippie" y los movimientos pacifistas que protestaban contra la guerra de Vietnam que trajeron grandes cambios sociales y culturales en esa nación, toda esta combinación de factores generaron una gran demanda del alucinógeno que a la postre generaría el periodo que se conoció como "la bonanza marimbera", estando ubicadas sus picos de producción más altos entre 1965 y 1978, en que inicia su decaimiento, hasta el año 1985 cuando ya prácticamente es sustituido este cultivo ilícito de la marihuana por el de la mata de coca, plantaciones que se extendieron de manera masiva en la Sierra durante las décadas del ochenta y noventa.

El foco principal de producción de marihuana, se ubicó en la costa norte de Colombia especialmente en los Departamentos de La Guajira, Cesar y Magdalena que para la época estaban pasando por la crisis en los cultivos de algodón, iniciando con plantaciones de marihuana en la Sierra Nevada de Santa Marta y luego extendiéndose a las zonas algodoneras de estos departamentos; a pesar que la distribución al detal inició con los miembros de los "cuerpos de paz", el gran auge de este negocio ilícito se daría a través de los contactos entre los contrabandistas guajiros, que negociaban con artículos como cigarrillos, whisky y electrodomésticos, con los traficantes y compradores de marihuana norteamericanos, tal y como se relata en obras literarias como "La Noche de las luciérnagas" del escritor JOSE CERVANTES ANGULO y "La Mala Hierba" de la autoría de JUAN GOSSAIN, estableciendo rutas marítimas de tráfico de marihuana a través de las islas del caribe.

---

[2] Plazas, Clemencia. "Forma y función del oro Tairona".Biblioteca Luis Ángel Arango Banco de la República.

Se establecieron entonces varios clanes de familias como las claras dominantes del negocio del tráfico de marihuana en la costa norte de Colombia, las pugnas por los negocios ilícitos y las diferencias personales entre los miembros de estas familias que pretendían demostrar poderío sobre las otras generaron una violencia sin precedentes en la región, tornándose usuales los homicidios en la Sierra Nevada de Santa Marta en poblaciones del pie de monte como Dibulla, Mingueo, Palomino en La Guajira y los caseríos que conforman el corregimiento de Guachaca y el casco urbano del municipio de Santa Marta.

Durante esta época de finales de los años setenta y principios de los ochenta, al igual que Los Guajiros, los colonos venidos del interior del país denominados en la región genéricamente como "Cachacos", conformaron sus propios grupos delincuenciales que buscaban protegerse entre sí, fortalecerse en las negociaciones de marihuana con la gente de la región, y evitar ser asaltados o asesinados por delincuentes comunes y otros grupos "marimberos", estos grupos eran conocido como "combos" la mayoría de ellos hacían presencia en la Sierra Nevada de Santa Marta y estaban conformados por colonos del interior del país.

Fue en medio de este panorama cuando HERNAN GIRALDO SERNA llega a la ciudad de Santa Marta en 1969, a su llegada, estuvo trabajando inicialmente como recolector de café en varias zonas de la Sierra Nevada de Santa Marta entre ellas en Minca, San Pedro de la Sierra y Siberia[3], para luego trabajar en la finca Santa Fe en el sector de Río Piedras corregimiento de Bonda, de propiedad del señor EUCLIDES COLINA PERTUZ, después compró en sociedad con RAMON BERNAL, HORACIO BELTRAN y LUIS AURELIO BERMUDEZ, la finca La Estrella ubicada en la vereda Quebrada El Sol del corregimiento de Guachaca, además tenía cultivos de marihuana, actividad ilícita que era ejercida por la mayoría de campesinos de la región que habían llegado de varias partes del país a la costa norte donde para la época se vivía "La Bonanza Marimbera"[4]; se tiene información que indica que HERNAN GIRALDO para esta época también compró varios animales de carga entre ellos mulas y caballos que le permitían transportar la marihuana que era cultivada por los campesinos de la región que conforman lo que hoy día es el corregimiento de Guachaca y llevar mercancías a otros lugares de la Sierra Nevada especialmente a las partes bajas y las playas del litoral caribe donde se negociaba este producto ilícito con los compradores de marihuana entre los cuales estaban para esa época MIRO BARBOSA, CERAFIN RODRIGUEZ, JORGE QUIMBAYO, GERARDO MARTINEZ, ABRAHAM BENJUMEA, MARIO CUELLO y ORLANDO CUELLO estas personas eran intermediarios que realizaban las "compras" de marihuana para sus jefes entre los cuales estaban RAFAEL EBRATH CONHEN, LOS NASSER y VICTOR ZUÑIGA[5]; de esta manera HERNAN GIRALDO se fue convirtiendo en un avezado conocedor de la Sierra Nevada de Santa Marta y fue adquiriendo liderazgo entre los colonos que habitaban la región para esa época.

Durante el primer lustro de la década del setenta HERNAN GIRALDO ánima a varios de sus paisanos para que se radiquen en la ciudad de Santa Marta y al igual que él

---

[3] Entrevista Ramón Quintero, noviembre 21 del 2010 Unidad de Fiscalías para la Justicia y la Paz.

[4] Betancourt, Darío y Martha L. García. Contrabandista, marimberos y mafiosos. Historia de la mafia colombiana (1965 – 1992). TM Editores. Colombia. 1994.

[5] Información aportada por el Postulado HERNAN GIRALDO SERNA en diligencia de entrevista rendida el día 18 de Noviembre de 2010 en la Cárcel de NORTHERN NECK REGIONAL JAIL  WARSAW (VA) – ESTADOS UNIDOS

"colonicen" las tierras baldías de la Sierra Nevada de Santa Marta entre las cuencas de los ríos Guachaca y Buritaca, sobre todo las partes altas donde solo habitaban comunidades indígenas, las cuales se fueron desplazando por la presencia de los colonos, es así como llegan a esta región varios familiares de GIRALDO SERNA entre ellos sus hermanos **JOSE FREDY**, **CESAR TULIO** y **JESUS ANTONIO GIRALDO SERNA** quienes empiezan trabajando con él en la finca La Estrella.

### 3.1.1.4.   Vinculación de HERNAN GIRALDO con el grupo de los CHAMIZOS

En 1977 es asesinado **JOSE FREDY GIRALDO SERNA**, en el mercado público de Santa Marta, a manos de integrantes de un grupo de delincuencia común que asaltaban a los campesinos provenientes de la Sierra Nevada de Santa Marta quienes bajaban hasta el mercado a comercializar sus productos agrícolas y proveerse de otros víveres y herramientas para llevar a sus fincas, este hecho motiva a **HERNAN GIRALDO SERNA** y a otros colonos como **ANDRES OCHOA** y **JUAN DE DIOS VELEZ** alias **APARATO** para buscar respaldo en un grupo de personas del interior del país, que se estaban organizando en el casco urbano de Santa Marta para ejercer actividades de la  mal llamada "limpieza social"[6] especialmente en el área del mercado público,  que estaban liderados por **GERARDO MARTINEZ** alias **DRACULA**[7] que era un marimbero quien también había llegado del interior del país de la población de El Águila (Valle) dueño para esa época del Restaurante Punta Betín, esta persona fue quien respaldó a HERNAN GIRALDO y lo puso en contacto con el señor **OCTAVIO SANCHEZ** alias **ZARPAZO** quien para esa época era miembro activo de la Policía Nacional en el grupo de investigación conocido como **F-2**, pero a su vez estaba al servicio de MARTINEZ. De este grupo inicialmente hacían parte los señores **MANUEL MORENO** alias **CHAMIZO** y **DARIO RESTREPO** alias **MANO E MICA** que era dueño de una colmena en el mercado de Santa Marta y también naturales del Águila (Valle); además recibían colaboración de **BERNARDO GOMEZ** que era Agente activo de la Policía para esa época, ya estas personas eran conocidas en el sector del Mercado Público de Santa Marta como **"LOS CHAMIZOS"**[8]- El primer objetivo de GIRALDO al  entrar en contacto con este grupo delincuencial,  fue "exterminar" a las personas  señaladas de cometer hurtos, resultado de lo cual, fueron asesinados seis hombres,  que presuntamente habrían participado en la muerte de su hermano **JOSE FREDDY GIRALDO SERNA**,  siendo esta la primera acción delictiva múltiple que se tiene registrada cometida por los miembros de esta organización ilegal. Los hechos antes mencionados sucedieron el  día 29 de Junio de 1977 en la ciudad de Santa Marta, en el Bar "El Codo" ubicado en el sector de la Calle 30 entrada al barrio El Pando, en el cual fueron asesinados entre otros **FRANKLIN GUSTAVO CASTIBLANCO TETE** [9] más conocido como **MEDIO PUEBLO** y  **RAFAEL ALFONSO FIGUEROA CABÁS** conocido como **PERRENQUE**,  y el joven a quien apodaban **JUAN CENTELLA,** que residían en el barrio El Cundí, cerca al mercado público, en la ciudad de Santa Marta;  en estos hechos según lo relatado por integrantes de las familias de las

---

[6] Con este término de "limpieza social" se ha conocido las actividades ilegales que ejercen particulares y algunos agentes del Estado en contra de personas que son señaladas de delincuentes, prostitutas, homosexuales, gamines o cualquier estigma que les permita justificar sus acciones violentas que casi siempre terminan en homicidios o lesiones físicas graves.

[7] http://www.semana.com/wf_ImprimirArticulo.aspx?IdArt=92461

[8] Esta fue la primera denominación con que se conoció el grupo de "justicia privada" que antecede al surgimiento de las autodefensas campesinas del Mamey o de la  Vertiente Nororiental de la Sierra Nevada de Santa Marta; este nombre hacía referencia al apodo de MANUEL MORENO quien era uno de los líderes más reconocidos de este grupo.

[9] Libros de Instrucción Criminal, radicado número 590, iniciado el 4 de julio de 1977,  en averiguación de responsables; mediante oficio número 1136 de fecha 16 de agosto de 1.978, fue remitido al Juzgado Superior

víctimas, los perpetradores contaron con la colaboración y participación de miembros de la fuerza pública.

### 3.1.1.5    Consolidación de HERNAN GIRALDO SERNA como líder en la región

Para el año de 1979[10] se crea la  junta de acción comunal de la parte alta de la sierra nevada en la vereda de Machete Pelao la cual estaba conformada entre otros por ANDRES OCHOA (fallecido) quien era el presidente y OTONIEL CASTRO quien fungía como Tesorero, entre quienes se presentó una discusión que termino con la muerte de OTONIEL  y heridas en la espalda a  ANDRES OCHOA, que generaron parálisis permanentes de los miembros inferiores, tras este suceso se genera una mayor intervención de HERNAN GIRALDO SERNA, en las juntas de Acción Comunal, apoyado por los hermanos OCHOA (Andrés y Noe,), con lo que, al paisanaje que este tenía con los colonos de la Sierra,  se suman las relaciones que tenía con las autoridades en Santa Marta,  y el fortalecimiento del grupo de seguridad privada por la alianza con los Chamizos.

### 3.2.    GENESIS Y EVOLUCION DEL GAOAML

#### 3.2.1. Llegada de la guerrilla a la región

Luego de la Séptima Conferencia de las Fuerzas Armadas Revolucionarias de Colombia FARC -EP, se ordena por parte del Estado Mayor, comenzar una tarea de despliegue con el propósito de ubicar un Frente en la Sierra Nevada de Santa Marta y otro en la Serranía de Perijá atendiendo su objetivo de cimentar la guerrilla en la Costa Caribe, para su expansión. Para mediados del mes de Julio de 1982, la comisión guerrillera, que estaba al mando de **JAIRO QUINTERO**,  inicia la penetración por la región de Pueblo Bello corregimiento de Valledupar (Cesar), de allí pasaron a Nuevo Colón y luego a la cabecera del Rio Tucurinca en el Magdalena.

En el mes de agosto de 1982, con el propósito de contrarrestar los primero focos de guerrilla, el ejercito inicia en la Sierra Nevada de Santa Marta, un operativo militar con el fin de ubicarlos,  por lo que se reagruparon en Ciénaga-Magdalena, luego decidieron viajar al  sector de  los Cocos en corregimiento de Guachaca, en donde laboran en la actividad de  oficios diarios; luego de dos meses de estar en el sitio se trasladan a una finca que había comprado la guerrilla, la cual estaba ubicada en el sector de Don Diego, y a los cuatro meses de estar en el sitio se movieron para la región de **La Tagua**, en las cabeceras del río Guachaca.

En marzo de 1983, en la región de la Tagua, cerca al rio Guachaca,  se acondiciona el primer campamento para la guerrilla del Frente 19, en la Sierra Nevada de Santa Marta,  en el cual habían 30  guerrilleros, el Comandante era alias  Alfredo; posteriormente se instalan otros campamentos, y empiezan a desplegarse  las comisiones  hacia la vertiente nor-oriental de la Sierra Nevada de Santa Marta,  para esto se ayudaron de algunos moradores de la región, que se identificaban con su ideología política. Las <u>Fuerzas Armadas Revolucionarias de</u>

---

[10]  Tomado de la entrevista rendida por el señor JOSE JOAQUIN YEPES SERRANO (12 ABRIL DEL 2010 Riohacha La Guajira)

<u>Colombia</u> FARC, logran el establecimiento del **BLOQUE CARIBE DE LAS FARC-EP,** y empiezan a difundir su ideología social y política, y a exigir aportes y contribuciones a los campesinos.

En la región del Mamey, los subversivos, propusieron utilizar el colegio de la Aguacatera para instruir a los niños de la región, solicitaron el 10% a los finqueros para el sostenimiento del grupo subversivo, y el aporte de un hombre de cada familia. En la región se distinguían tres lideres: JESUS MARTINEZ, RAFAEL EBRATT COHEN, y HERNAN GIRALDO; por la presión de la guerrilla JESUS MARTINEZ se va de la región, mientras que HERNAN GIRALDO decide quedarse y convoca a RAFAEL EBRATT a que le hagan frente a la guerrilla. En Machete Pelao, la guerrilla comandada por alias El Paisa, citó a una reunión a los campesinos, donde les comunica sus planteamientos, a lo que HERNAN GIRALDO se opone, por lo que es declarado objetivo militar.

### 3.2.2. Conformación Autodefensas Campesinas de la vereda del Mamey

Bajo tal contexto, y con el comienzo de los atentados contra la vida de GIRALDO SERNA, el grupo, que venía siendo conocido con el nombre de los CHAMIZOS, hace su transición de la mal denominada "justicia privada" a grupo de AUTODEFENSAS CAMPESINAS. El primer atentado se produce en el año de 1983[11] en el mercado público de Santa Marta, en momentos en que GIRALDO SERNA estaba reunido en un establecimiento comercial consumiendo bebidas alcohólicas con algunos de sus amigos y empleados, les fue arrojada una granada de fragmentación la cual dejo como resultado tres (3) heridos.

El segundo atentado lo sufre en 1984, en jurisdicción del corregimiento de Guachaca, en momentos en que se desplazaba por el camino que va de la troncal del Caribe y la vereda El mamey, en dicha oportunidad fue colocada una carga de explosivos en el camino a la llegada a la vereda La Aguacatera, al paso del automotor en que se desplazaba HERNAN GIRALDO SERNA, resultó herido **JUAN DE DIOS VELEZ** (mas conocido en el grupo, como Alias Aparato).

El tercer atentado sufrido por GIRALDO SERNA por parte de la guerrilla, sucedió el 25 de noviembre 1986, en la vereda el Mamey jurisdicción del corregimiento de Guachaca, cuando HERNAN GIRALDO se encontraba saliendo en un camión de la Vereda el Mamey, el vehículo sufre una avería mecánica, y mientras se adelantaba el arreglo del mismo, fueron atacados con disparos de fusil, resultando muertas tres personas, mientras que Giraldo Serna salió ileso.

Luego de estos atentados HERNAN GIRALDO consigue más armas en el mercado ilegal, e invita a los campesinos a formar un grupo armado para hacerle oposición, y expulsar a la guerrilla del sector, lo cual genera el primer desplazamiento forzado de la región nororiental de la sierra nevada de Santa Marta, debido a que emite una directriz, según la cual quien no forme parte del grupo está en contra, y no puede habitar en el sector [12], lo que genera el destierro y muerte de familias que se tildaron de ser simpatizantes de la guerrilla.

---

[11] Versión libre Hernán Giraldo serna , junio 5 del 2007 Unidad de Fiscalías para la Justicia y la Paz de Colombia
[12] Tomado de la entrevista rendida por el señor JOSE JOAQUIN YEPES SERRANO (12 ABRIL DEL 2010 Riohacha La Guajira)

3.3.   **Alianzas con otros grupos y operaciones conjuntas**

3.3.1. **Masacre en las fincas Honduras y La Negra.** En versión libre rendida por HERNAN GIRALDO SERNA, el día 23 de noviembre de 2007, al ser interrogado sobre su participación en la Masacre de las Fincas Honduras y La Negra en el Urabá, manifestó que para el año 1.987, él y ADAN ROJAS,  sostuvieron una reunión  con FIDEL CASTAÑO, en el Rodadero de Santa Marta, en la que este último, les solicitó que le entregaran unos muchachos de su grupo, para entrenarlos,  y que después se los devolvía; es así que cada uno envía 10 hombres a FIDEL CASTAÑO, pero manifiesta GIRALDO que ninguno regresó, salvo uno de  nombre CESAR RODRIGUEZ, porque llegó a Santa Marta, privado de la libertad, a terminar de pagar una condena. Entre los capturados por esos hechos estuvo EUCLIDES BARRETO ZULETA, que dice GIRALDO fue el que los vinculó.

En la versión del día 20 de febrero de 2008, ante una pregunta de la sala de víctimas, se volvió a abordar el tema de la reunión con FIDEL CASTAÑO y su relación con la masacre de     y la Negra, procediendo el postulado a leer los nombres  de los combatientes prestados a CASTAÑO, que fueron enviados al Urabá, porque FIDEL CASTAÑO dijo que los entrenaba y les pagaba sueldo, como solidaridad a la lucha antisubversiva.

Los hechos ocurrieron el 4 de marzo de 1.988, en el  corregimiento de Currulao, jurisdicción del municipio de Turbo, departamento de Antioquia, en la zona del Golfo de Urabá, cuando a la Finca Honduras, que tenía 120 hectáreas sembradas de plátano, y 60 dedicadas a la ganadería, una de las mas prósperas de la zona, llegaron 20 hombres armados vestidos de civil, y dieron muerte a 17 obreros, que fueron llamando por su nombre de una lista que llevaban.  Después se dirigieron a la Finca La Negra, cercana a la Honduras, y dieron muerte a otros tres, para un total de 20 trabajadores asesinados.

El día 17 de junio de 1991, el Juzgado 103 de la jurisdicción de orden público de Bogotá, profirió sentencia condenatoria, entre otros, contra RICARDO RAYO, MARIO ZULUAGA ESPITIA, VICTOR HUGO MARTINEZ BARRAGAN y MARIO USUGA, por el homicidio con fines terroristas, en concurso con terrorismo; HERNAN GIRALDO SERNA, junto con LUIS ALFREDO RUBIO ROJAS, ex alcalde de la población de Puerto Boyacá, HENRY PEREZ JIMENEZ, MARCELO DE JESUS PEREZ, GONZALO PEREZ, FIDEL ANTONIO CASTAÑO GIL, ADAN ROJAS OSPINA, y REINEL ROJAS, a 20 años de prisión por el delito de concierto para delinquir agravado, la cual fue confirmada por el Tribunal de Orden Público.

Los trabajadores de la finca Honduras asesinados, todos miembros activos del Sindicato de Trabajadores Agrarios de Antioquia, SINTAGRO, eran: 1. PEDRO MIGUEL GONZALEZ MARTINEZ: de 20 años de edad; 2. JOSE BIENVENIDO GONZALEZ MARTINEZ: de 20 años de edad; 3. JOSE MESA SANCHEZ: casado; 4. JOSE JOAQUIN MENDOZA: de 30 años de edad; 5. IVAN DARIO MOLINA: de 30 años de edad; 6. RODRIGO GUZMAN ESPITIA: de 35 años de edad; 7. MANUEL ESPITIA COGOLLO: de 44 años de edad; 8. ENRIQUE GUIZAO GIRALDO: de 47 años de edad; 9. RITO MARTINEZ REYES: de 28 años de edad; 10. SANTIAGO ORTIZ CAUDO: de 40 años de edad; 11. NESTOR MARIÑO

GALVEZ: de 45 años de edad; 12. JOSE INDOVEL PINEDA: de 29 años de edad; 13. NATANIEL ROJAS RESTREPO: de 48 años de edad; 14. OMAR OCHOA; 15. GUILLERMO LEON VALENCIA; 16. MANUEL DURANGO, y 17. JOSE FRANCISCO BLANCO. Los trabajadores asesinados en la finca La Negra eran: 1.JULIAN CARRILLO; 2.ALIRIO ROJAS, y 3.ADEL MENESES PINEDA. Total: 20 trabajadores asesinados.

3.3.2. **Alianzas con otros Grupos en la Guajira.** En el año 1.988 GIRALDO SERNA y su grupo Ilegal, que mantienen un dominio sobre el sector comprendido entre la ciudad de Santa Marta y la troncal del Caribe hasta la vereda de Marquetalia hace alianzas con otros grupos delincuenciales que operan en los corregimientos de Palomino y Mingueo como son LOS LINDO REDONDO y LOS CAPORO, respectivamente; a estos grupos se les suministró armas y prendas de uso privativo de las fuerzas armadas y de la Policía Nacional para que pudieran perpetrar los actos delictivos[13] y se les asignó remuneración.

3.3.3. **Creación de la empresa de Vigilancia y Seguridad privada - CONSERVAR.**

Otro hito de esta Organización se encuentra, cuando el gobierno Nacional con el Decreto Ley 2453 de 1993 Art 24 y el Decreto Ley 356 de 1994 Art 2, creo las empresas de Vigilancia y Seguridad Privada y expide el estatuto de vigilancia y seguridad privada, de lo cual se valen varios grupos ilegales de autodefensas a nivel nacional para intentar legalizar su accionar delincuencial, entre estos estuvieron los CHAMIZOS, quienes registran en la cámara de comercio de Santa Marta la empresa de vigilancia y seguridad privada denominada CONSERVAR LTDA, bajo el Nit. 819000378-1, de fecha 3 de noviembre de 1.995, con lo que esta organización logró estructurarse bajo la fachada de una empresa de vigilancia, prestando servicios de seguridad en el sector del mercado público de Santa Marta, en barrios y en otros gremios del comercio de la ciudad como transportadores, hoteleros y comerciantes en general, llevando de forma paralela sus actividades delincuenciales como sicariato, extorsiones y narcotráfico amparados en esta fachada. Esta cooperativa estaba presidida por el señor GAUDENCIO URIEL MORA SÁNCHEZ, C.C No.16.258.443, alias SARGENTO MORA y como socios OSCAR ARMANDO ESTOR TOVAR y RAFAEL ENRIQUE LABRADOR VILLA, con sede inicial en la carrera 16 a No 10-69, teniendo posteriormente los domicilios calle 11 No 12 a -28 y Carrera 13 No 11-60 de la ciudad de Santa Marta.

En 1998 el accionar de la Justicia Colombiana logró desmantelar la cooperativa de seguridad CONSERVAR, y los miembros de ésta que no son capturados, pasan nuevamente a su rol activo de miembros de las Autodefensas.

3.4. **AUTO DEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA (ACMG).**

3.4.1. En el año 1996 se consolida la expansión del grupo al departamento de la Guajira, municipios de Riohacha, y Dibulla, territorio en el que ya habían efectuado alianzas

---

[13] Proceso Radicado 5719 Folio 39 al 44 Declaración Jurada rendida por FREDDY LINDO REDONDO, 21 DE OCTUBRE DE 1993

con los grupos locales, que finalmente terminaron absorbidos por las autodefensas de GIRALDO, adoptan entonces la denominación de **AUTO DEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA,** con las siglas **ACMG,**

### 3.4.2 Transito de Auto defensas a Paramilitarismo

### 3.4.2.1. Apoyo para la creación del Frente Zona Bananera

En entrevista rendida por EDGAR ARIEL CORDOBA TRUJILLO, (A) VIRGILIO, el día 12 de Enero del 2010, relató que estando en Valledupar, el 12 de abril de 1.997, fueron a la Sierra Nevada y se entrevistaron con Hernán Giraldo Serna porque Mancuso quería instalar un grupo en la Zona Bananera, hablaron y GIRALDO aportó siete (7) fusiles con sus respectivos combatientes, se acabó la reunión y antes de irse MANCUSO le dijo a GIRALDO que él era el comandante que iba para la zona bananera y lo presento como alias VIRGILIO. El 23 de abril de 1997 le entregaron veinticuatro combatientes incluidos los siete de los GIRALDO, el segundo al mando era alias AUGUSTO de nombre TOMAS GREGORIO FREILE GUILLEN

### 3.4.2.2 Vinculación al servicio militar de jóvenes de la región. El grupo de HERNAN GIRALDO SERNA, dejó de ser un grupo de Autodefensas netamente campesinas, y pasó a tener un grupo entrenado militarmente y con poder para atacar a los grupos subversivos que todavía se movían por la Sierra Nevada, para lo cual en asocio de GAUDENCIO URIEL MORA o EL SARGENTO, miembros del Comando del Ejercito Nacional del Batallón Córdoba con sede en Santa Marta y miembros del naciente FRENTE ZONA BANANERA, idearon una estrategia que consistió en enviar a prestar servicio militar, en el año 1.997, a mas de treinta (30) jóvenes de la región, los cuales luego de jurar bandera fueron unidos en una contraguerrilla que se denomino DARDO 1, la cual fue enviada bajo el mando del Capitán ACOSTA y cuatro suboficiales al área rural del municipio de Fundación, lugar desde el cual se realizaron patrullajes en conjunto con los Paramilitares bajo el mando de Alias 57 o VIRGILIO (EDGAR ARIEL CORDOBA TRUJILLO) y recibieron instrucción de parte de este mismo jefe paramilitar; una vez culmino el tiempo del servicio militar obligatorio, en el mes de agosto de 1.998, estos jóvenes regresaron a sus lugares de origen, y en noviembre de 1.998, se le da a las ACMG, una estructura mas militar.

Al efecto, HERNAN GIRALDO SERNA sostuvo una reunión en Quebrada del Sol con LUIS FELIPE QUIROGA, a quien le dio la responsabilidad de organizar militarmente el grupo de Paramilitares, que contaría inicialmente con los jóvenes que habían regresado de prestar el servicio militar obligatorio, y los habitantes del sector que venían formando parte de las Autodefensas del Mamey o de la vertiente nororiental de la sierra nevada, quedando estructurado el grupo con HERNAN GIRALDO SERNA como comandante general, LUIS FELIPE QUIROGA POVEDA como Comandante Militar y NORBERTO QUIROGA POVEDA como segundo comandante militar, recibiendo en Quebrada del Sol de parte de GIRALDO SERNA el primer uniforme que tuvo la organización ilegal

En esta nueva fase de paramilitarismo se destacan las siguientes acciones:

**3.4.2.3.** Las **Amenazas a los funcionarios del C.T. I.** investigadores FABIO COLEY CORONADO y JORGE LUIS DE LA ROSA, a quienes en comunicado del 2 de julio de 1.999, el GAOAML declaró objetivo militar por las investigaciones judiciales que venían haciendo en contra de los miembros del grupo, y que contribuyeron al desmantelamiento de la CONSERVAR, y captura de sus miembros.

**3.4.2.4.** **Guerra con el grupo de los Rojas.** El día 24 de Septiembre de 1999, se produce el homicidio de EMERITO RUEDA RIOS, amigo cercano de HERNAN GIRALDO SERNA, a manos de hombres del grupo de LOS ROJAS, en hechos que se dice apuntaban a un secuestro, pero los ROJAS han manifestado, que se trató, del hurto de una camioneta; lo cierto es que fue interceptada la camioneta donde se desplazaba Emerito Rueda, ganadero de la región, que venía de su finca, en compañía de su medio hermano Andreino Isaza Ríos, presentándose un cruce de disparos muriendo en el lugar EMERITO RUEDA, y el Cabo de la Pava, quedando herido Andreino; el cuerpo del sub Oficial de la Policía, Cabo De La Pava fue enterrado en Girocasaca por el grupo de los Rojas, pero el GAULA de la Policía exigió su entrega, por lo que fue desenterrado el cuerpo, y abandonado en los predios del SENA agropecuario de Santa Marta donde fue recogido por la Policía y reportado como muerto en actos propios del servicio, expidiéndose la resolución No. 003889 de 27 de Septiembre de 1999.

Este hecho coyuntural sumado a otras circunstancias, dio lugar a que HERNAN GIRALDO, enviara emisarios suyos a hablar con CARLOS CASTAÑO en Montería para solicitar su autorización para atacar al grupo de Autodefensas denominado LOS ROJAS, a lo cual CASTAÑO indico que él sacaría a los ROJAS del sector, pero GIRALDO SERNA manifestó que no, que él mismo los expulsaría[14]; al regreso de la reunión, LOS CASTAÑO envían un instructor para preparar el grupo de las ACMG en estrategia de guerra y apoya a GIRALDO SERNA enviándole dos comandantes con experiencia en combate, que a su vez habían llegado de esa región, como fueron RAMIRO BEJARANO MUÑOZ conocido con el Alias de TOLIMA y GIOVANNY NAVARRO MUÑOZ conocido como MONO E LECHE[15]; siendo así como se desató la guerra al grupo de los ROJAS para los primeros días de febrero del año 2000, en que GIRALDO SERNA le ordenó a sus comandantes TOLIMA, FERCHO, BETO QUIROGA, MONO LECHE y WALTER TORRES, que se hiciera una incursión al corregimiento de Bonda, donde los ROJAS tenían su base. El ataque fue coordinado por RAMIRO BEJARANO (A) TOLIMA.

Como resultado de los combates se produce la muerte de tres integrantes de LOS ROJAS, y resultaron heridos RIGOBERTO ROJAS MENDOZA y su padre ADAN ROJAS OSPINO, quienes posteriormente fueron capturados, el primero, el 6 de febrero del 2000 en el peaje de Tasajera, y el segundo, el 23 de febrero del mismo año en la ciudad de Barranquilla. ADAN ROJAS y su hijo RIGOBERTO, pierden el territorio, y una parte del Grupo pasa a establecerse

---

[14] Versión libre rendida por Daniel Giraldo contreras, el día del 2011 ante la Fiscalía 9 de Justicia y paz Barranquilla
[15] Versión libre rendida por Luis Edwin Quiroga Poveda el de Mayo del 2011 ante la Fiscalía 9 de Justicia y Paz de Barranquilla

en Santa Marta, donde prosiguieron con su actividad ilícita, pero ya en calidad de grupo urbano; mientras que otros integrantes se entregaron al grupo de los GIRALDO como fue el caso de EDUARDO VENGOHECHEA MOLA (A) EL FLACO, y ELISEO BELTRAN CADENA, (A) EL GORDO.

El denominado GRUPO DE LOS ROJAS, fue una estructura que de manera paralela a la de GIRALDO surgió en el corregimiento de Palmor, en el municipio de Ciénaga (Magdalena), con la denominación de Autodefensas de Palmor (ADP), y que adquirieron un gran poder en la zona en la década de los ochenta, al mando de Adán Rojas Ospina, alias "Turpial", "El Recuerdo", "El Engaño", "Polizonte" "Cero Siete" o "Carrancho", Este grupo cuyo centro de operaciones fue establecido en los departamentos del Magdalena, Cesar y Guajira, tuvo como gestor a Adán Rojas Ospina nacido el 18 de Mayo de 1945, en Santa Elena Tolima. Por la violencia generada en la región hacia el año 1950, por alias **Tiro Fijo**, y **Charro Negro** tuvo que presenciar la muerte de su padre por orden de éstos, lo que lo obligó a desplazarse hacia el pueblo de Chaparral y posteriormente a Planadas Tolima; a la edad de 10 años, Adán Rojas Ospina, alimentado por el odio y sed de venganza por el asesinato de su padre, decide ingresar a los grupos de delincuencia de la época en cabeza de alias "Mariachi" y alias "Peligro" integrantes del grupo "Los Macetos" que operaban en el departamento del Tolima enfrentados a alias Tiro Fijo, allí permaneció por 6 años. En el año **1970** se desplaza junto con su esposa Gertrudis y sus hijos **Rigoberto** de cinco años y Diana de cuatro, hacia el departamento del Magdalena, en donde se encontraba su progenitora, junto con sus demás hijos, que se habían desplazado a raíz de la muerte de su esposo y padre, asentándose, en la vereda la Bodega, sitio Quebrada del Medio, municipio Zona Bananera, en una finca que compró, la que mas tarde fue adquirida por Adán Rojas Ospina, y que finalmente vendió y se trasladó al sector de Mocoa, Sierra Nevada, corregimiento de Palmor, municipio de Ciénaga, donde adquiere en arrendamiento una finca en la que vivía con su familia; allí nace su tercer hijo **Adán Rojas Mendoza** en el año 1971.

Hacia el año 1.982, empieza a hacer presencia en la región, el Frente 19 del grupo guerrillero de la FARC, exigiendo cuotas, llamadas "vacunas", a los propietarios de finca y ganaderos, para poder desarrollar sus actividades, así como la entrega de los hijos para el grupo alzado en armas, los que eran adoctrinados por los guerrilleros en charlas que hacían a grupos de jóvenes de la región que integraban la JUCO o juventudes comunistas.

Al negarse Adán Rojas Ospina a las exigencias de la guerrilla, se ve obligado a vender la finca de Mocoa, compra una casa en Palmor donde instala una tienda, se dedica al transporte con una recua de mulas a comercializar al trueque con los indígenas, de productos agrícolas por víveres de su tienda, luego compra un vehículo campero con el que se transporta de Palmor a Ciénaga, y entra a ser miembro de la defensa civil, adquiere un revolver Smith & Wesson 32L para su defensa personal; luego vende la propiedad de Palmor y toma en arrendamiento un inmueble en San José de Kennedy; allí sufre un atentado al ser apuñalado por un amigo de nombre TOÑO ALBERNIA a quien él también hirió de un disparo, que le causó la muerte. ADAN ROJAS OSPINA,

fue capturado, y permaneció detenido por ocho meses en Santa Marta. Vende la finca de Palmor y se traslada a Santa Marta con sus hijos.

Con préstamo de la Caja Agraria, vuelve a comprar varias parcelas en Mocoa, conformando una finca de 1200 hectáreas, recibiendo como los demás vecinos las exigencias de vacunas de parte de la guerrilla y por esas extorsiones, se convirtieron en informantes y guías del ejército, en especial su hermano Camilo Rojas Ospina, siendo señalados por la guerrilla como objetivos militares. Adán Rojas y los demás vecinos se organizan para hacerle frente por las armas a dichos grupos insurgentes. Hacia los años 1980 a 1985, empezó a adquirir armas en forma legal con ayuda de miembros del ejercito, llegando a ser victima su familia de una incursión guerrillera, donde fueron asesinados dos sobrinos de 2 y 5 años de edad, lo que origina el comienzo de una guerra abierta y sin cuartel, llegando Adán Rojas a organizar un ejercito privado de autodefensas de aproximadamente 30 hombres, todos miembros de su familia y la de los vecinos, adquiere mas armamento, 20 fusiles R-15, Escopetas, Pistolas Revólveres, Granadas, de las que se proveían de manera ilegal en Santa Marta, las quitaban a la Guerrilla o les mandaba el ejercito, siendo esta la primera estructura militar, bajo el mando de su único comandante, **ADÁN ROJAS OSPINA** quien tenia el conocimiento de la guerra, aprendida durante su permanencia en el Tolima bajo el mando de **"Mariachi " y "Peligro"**.

A medida que trascurría el tiempo, el grupo de los Rojas fue creciendo en armamento y hombres, que no recibían sueldo, sino ayudas esporádicas en especie o dinero en sumas de hasta Doscientos mil pesos todo conforme a la productividad de la finca de Mocoa y del apoyo de sus familiares. ADÁN ROJAS OSPINA, empezó a contactar algunos amigos comunes como Camilo Dávila y José Gregorio Dávila, en busca de ayuda para la guerra; éstos lo relacionan con otros que tenían una escuela de autodefensas en el Magdalena Medio, y mas concretamente en Puerto Boyacá en la finca "Casa loma", por lo que Adán Rojas Ospina como comandante del grupo a mediados de **1986** envía por 4 meses a su hijo Rigoberto Rojas Mendoza, para la escuela de autodefensas del Magdalena medio, como castigo para que supiera lo duro que era la guerra. Rigoberto Rojas Mendoza, junto con su primo Reinaldo Rojas Valencia alias "Sergio", y otros amigos , entre los que estaban alias "Cesar" y alias "Nicanor", pertenecientes al grupo de **HERNÁN GIRALDO,** para la época, su amigo por mas de 17 años, se fueron a realizar curso de entrenamiento, tácticas y estrategias militares de contraguerrilla y manejo de armamento en la escuela "EL 50", finca "Casa Loma" de propiedad de Rodríguez Gacha, a donde llegan financiados por Camilo Dávila y José Gregorio Dávila, amigos de ROJAS OSPINA. En la finca "Casa Loma" les hacen una evaluación para establecer perfiles, escogen a RIGOBERTO para curso de comandante, por sus características y actitud, allí le asignan la Chapa de "JHON y el código 278", se les dan a conocer los estatutos de las AUC, y firman un compromiso de permanecer en ellas durante 25 años combatiendo la guerrilla, sin posibilidad de retirarse o pedir la baja; luego los pasan a la escuela "El 50", donde conocen y quedan bajo las orientaciones de Carlos Castaño, Fidel Castaño, Yair Klein, Gonzalo Pérez, alias "Beto", Henry Pérez, Pablo Guarín, entre otros, quienes le

brindaban orientación política y los instruyen en tácticas y estrategias contra guerrilleras.

En las prácticas de lo aprendido, Rigoberto era llevado como segundo al mando; a cada uno de los miembros, le entregaban a personas que retenían como supuestos simpatizantes de la guerrilla, violadores, personas que hubiesen entrado a la región sin permiso, no eran conocidos o cuatreros, según ellos, para que los asesinaran y evaluar de esta forma la actitud de cada uno de los "alumnos" frente al homicidio y posterior descuartizamiento de los cuerpos, que luego arrojaban al río Magdalena, habiéndose repetido esta práctica en cerca de ocho persona en Puerto Boyacá y Puerto Berrio. En diciembre de 1986 pasan al departamento de Córdoba a las fincas DOBLE CERO y luego a HARAWAY, donde se entrevistan con Carlos y Fidel Castaño alias "Rambo", sin saber quien era este último asignan a RIGOBERTO a su seguridad; de allí pasaron a la Finca LAS TANGAS en Valencia Córdoba de propiedad de Fidel Castaño; en ese momento cuando Fidel se desplazaba a su finca Haraway fue atacado por la guerrilla para secuestrarlo, por lo que Rigoberto y sus hombres fueron en su apoyo, dando de baja a dos guerrilleras y capturando a dos guerrilleros a quienes torturaron y posteriormente fueron asesinados, descuartizados y arrojados al río Sinú, y una vez establecieron que el mismo administrador de la finca los Campanos de Fidel había sido el determinador para el secuestro, procedieron a retenerlo torturarlo y luego asesinarlo, descuartizarlo y arrojarlo a las aguas del río Sinú, estas practicas originaron que la guerrilla los apodara "Los Macetos", "Mochacabezas" o "Tangueros".

A raíz de los hechos anteriormente narrados, Rigoberto fue capturado pero con la influencia de Fidel Castaño, fue liberado a cambio de lo cual entregó al comandante del Batallón Colombia, las armas quitadas a la guerrilla, y la suma de cuatro millones de pesos. El desempeño de Rigoberto ROJAS en ese hecho, le valió el reconocimiento de los comandantes, para ser nombrado como jefe de seguridad de las fincas Haraway y El Campano.

Ya para finales del 1987, Adán Rojas Ospina, al regreso de su hijo Rigoberto Rojas Mendoza alias "Escorpión" "Rigo" o "Jhon" lo designa como segundo comandante y jefe militar del grupo. Con el personal bajo su mando, Rigoberto empieza a replicar los conocimientos y practicas de la guerra que había aprendido en puerto Boyacá y practicado en Montería bajo el mando de Vicente Castaño, generando mayor operatividad, criminalidad y barbarie, imponiéndose en la región, con el apoyo de los demás finqueros, ganaderos y vecinos, ya con recursos económicos, armas y personal para la guerra, e información de la ubicación de senderos de movilidad de la guerrilla, o de presuntos colaboradores, y simpatizantes de esta, haciendo patrullajes, vigilancia, desplazamientos en forma libre. Se establece una estructura militar que dominaba la región, y cuyas exigencias y órdenes tenían que cumplirse so pena de que las personas fueran asesinadas u obligadas a desplazarse.

A finales de 1989 ADÁN ROJAS MENDOZA termina el bachillerato e ingresa al grupo comandado por su padre, su primer homicidio fue en la persona de ADOLFO LEON CAMPO MIRANDA en Taganga, de quien sospechaban que quería atentar contra su padre.

A finales de 1990, ante la presencia militar fueron obligados a salir de la zona y se refugian en la ciudad de Santa Marta, habiendo sido apoyados por el sargento Nicolás Antonio Sierra Palacio alias "Sandoval", del ejercito, para el traslado a Palmor del armamento, como también les colaboró con víveres, armamento y municiones, en la movilización para hacer unas operaciones en la Zona Bananera., Aracataca, Fundación Copey, Valledupar donde ejecutan muertes selectivas acompañando a Adán Rojas Ospina, Adán Rojas Mendoza y demás miembros del grupo; estuvieron igualmente realizando homicidios selectivos en Aguachica, Pailitas, y Loma Colorada.

En 1996 fue capturado ADÁN ROJAS OSPINA sindicado de los delitos de concierto y porte de armas por cuenta de una de las Fiscalías delegadas ante el Tribunal de Bogotá, por la masacre del Urabá Antioqueño, fue recluido en la cárcel Modelo de Barranquilla y posteriormente trasladado a la Cárcel Rodrigo Bastidas de Santa Marta, de donde se fuga con la ayuda de sus hijos; durante su ausencia asume el mando del grupo su Hijo Rigoberto Rojas, nombrando como segundo al mando a su hermano ADÁN ROJAS MENDOZA y tercero a OMAR SEPULVEDA alias El Flaco, comandante Urbano a alias El Cali o Caleño.

Para el año 1997, hacen presencia en la región de Fundación, Aracataca, Zona Bananera las Autodefensas Campesinas de Córdoba y Urabá (ACCU), al mando de 5.7 y Augusto, quienes presionaron al grupo de los Rojas para que formaran parte de sus estructuras, habiéndose negado en ese momento a pesar de la intermediación de Salvatore Mancuso, por lo que prefirieron dejar el sector, además por la desavenencias con los comandantes de las ACCU, por lo que RIGOBERTO ROJAS decide ubicar su base militar y de mando en la finca La Campiña, hoy llamada El Rayo, ubicada en Girocasaca región de Bonda; desde donde planean y continúan con homicidios selectivos en la zona Bananera, tomando las prevenciones del caso para no enfrentarse al grupo del Bloque Norte.

Ya para finales del año 97 y hasta el 2000, el grupo o clan de los Rojas como también se les conocía, hizo presencia en Santa Marta, Minca, El Campano, Bonda, EL Curval, Matadero Viravira, Girocasaca y Ciénaga, donde se asesinaban en forma sistemática y generalizada a personas que calificaban de presuntos colaboradores, o informantes de la guerrilla, a quienes siendo trabajadores pertenecían a los sindicatos de base, o eran miembros de la Unión Patriótica UP, partido que señalaban como brazo político de la guerrilla de las FARC y por ello tomaron la determinación de asesinarlos, declarándolos objetivos militar, tomando las directrices de las estructuras superiores de las AUC (Autodefensas Unidas de Colombia), a quienes le colaboraban con operaciones de guerra; durante esta época se presentan masacres en diferentes regiones del Magdalena, Cesar, y Guajira ejecutadas por el grupo de los Rojas, directamente o en apoyo a otros frentes de las AUC. En la zona

también hacia presencia el grupo de HERNAN GIRALDO, con el que de común acuerdo se dividieron la región de la sierra nevada, una parte la dominaba HERNAN GIRALDO desde Santa Marta a Palomino, y otra el grupo de los Rojas desde Santa Marta hasta río Ariguaní (Cesar). Los Rojas y Giraldo en principio mantuvieron una gran amistad hasta el punto que coordinaron operaciones conjuntas para cometer ilícitos conforme a sus actividades, fue la época de florecimiento de grandes capitales lo que le ayudó igualmente a los grupos de autodefensa a ejercer mayor poderío militar, con mejores armas, incrementar su pie de fuerza y pagar mejores bonificaciones a los miembros del grupo, pagar informantes, escalar en las amistades y posición social al relacionarse con personas de la política, de la industria, del comercio, ganaderos empresarios entre otros.

El 16 de septiembre de 1999 Rigoberto y su grupo liberan a su padre ADÁN ROJAS OSPINA de la cárcel Rodrigo de Bastidas de Santa Marta junto con alías el flaco Vengoechea, Eliseo Beltrán, alias El Gordo, alias Bejuco del grupo de Hernán Giraldo y La Leona, de Jorge 40, llevando a ROJAS OSPINA y demás prófugos para Girocasaca y Palmarito donde se refugian, y luego retornan a sus respectivos grupos.

Como ya se relatara, después del conflicto con GIRALDO, en el mes de febrero del 2000, vuelven a ser capturados ADAN ROJAS OSPINO, y RIGOBERTO ROJAS MENDOZA, con lo que se presenta una desintegración y desplazamiento de los miembros del grupo de los Rojas, unos se pasaron al grupo de Hernán Giraldo, mientras que los miembros de la familia ROJAS, salen hacia El Tolima, entre ellos, Adán Rojas Mendoza y José Gregorio Rojas Mendoza.

3.4.2. **Incursión de la Guerrilla en Quebrada del Sol.** Se presenta para el 20 de febrero del año 2000 una incursión de la guerrilla del Frente 19 de las FARC a la vereda de Quebrada del Sol corregimiento de Guachaca, la cual tiene como objetivo dar muerte a GIRALDO SERNA, en esta incursión los subversivos en su paso para llegar hasta las veredas de quebrada del sol y el Mamey lugares donde permanece GIRALDO SERNA asesinan a pobladores, y se producen bajas de los dos bandos.

En estos enfrentamientos las Autodefensas de HERNAN GIRALDO SERNA fueron apoyadas por miembros del Ejercito Nacional[16], el cual realizo bombardeos en las zonas por las cuales iba ingresando la guerrilla, así mismos miembros de la Policía Antinarcóticos que llegaron hasta el |lugar suministraron municiones y granadas a los miembros de las Autodefensas para repeler la incursión guerrillera. Versión 25 de abril de 2011, Luis Felipe Quiroga Poveda.

## 3.5.    FRENTE RESISTENCIA TAYRONA

**3.5.1. Guerra con los Castaño.** De manera tangencial, se tiene que desde mediados de la década de los noventa, **CARLOS CASTAÑO GIL**, había puesto en práctica su idea de crear unas autodefensas unidas a nivel nacional, por lo cual invita en repetidas ocasiones a **GIRALDO SERNA** a unirse, a lo que **GIRALDO SERNA** manifiesta su negativa. La

---

[16] Versión Libre rendida ante la Fiscalía Novena de Justicia y Paz el   de   del     por  LUIS EDGAR MEDINA FLORES y en la Versión libre  por DANIEL EDUARDO GIRALDO CONTRERAS ante el mismo despacho el día

intención fue de unificar y cohesionar las autodefensas bajo el liderazgo mayoritario de las ACCU de CARLOS CASTAÑO, por lo que en el mes de noviembre 1.994, tiene lugar la Primera Cumbre Nacional del Movimiento de Autodefensas de Urabá y Córdoba en Cimitarra, bajo orientación de Fidel Castaño. Esta reunión agrupó varios comandantes de grupos regionales con el fin de construir un movimiento unificado, una "Coordinadora Nacional de Autodefensas.

HERNAN GIRALDO se mantuvo aparte de este proyecto de unificar las autodefensas, lo que se sumó a otros problemas que surgen entre **JAIRO MUSSO TORES, (a) PACHO MUSSO,** segundo comandante general para la época de HERNAN GIRALDO y los **CASTAÑO,** por el manejo de cargamentos de narcóticos que venían del grupo de Los CASTAÑOS para ser enviados a través de las rutas de narcotráfico que manejaban las ACMG, y de las cuales el encargado era JAIRO MUSSO, en razón a que los envíos de droga de los CASTAÑO comienzan a ser reportados de manera continua como retenidos por la guardia costera, desaparecidos en altamar o como hurtados, lo que genero desconfianza entre los CASTAÑO quienes averiguan que esto al parecer es mentira.

Pero el detonante, fueron los hechos ocurridos el día 9 de octubre del 2001, en que miembros de la policía nacional antinarcóticos adelantaban labores de inteligencia con el fin de ubicar para dar captura a JAIRO ANTONIO MUSSO TORRES conocido con el alias de "PACHO MUSSO", y éste fue alertado de la presencia de los agentes por miembros de la organización que prestaban sus servicios como radio chipas en el sector del hotel Mendihuaca Caribean Resort; por lo que alias PACHO MUSSO envió un grupo de paramilitares conformado por personas de su seguridad y patrulleros, al mando de OMAR MARTIN OCHOA BALLESTEROS alias EL VIEJO, que terminan dando muerte a los tres agentes de la policía antinarcóticos, y a tres civiles que se encontraban en el Restaurante El Pechiche, ubicado sobre la troncal del caribe, al frente del citado Complejo turístico.


Los CASTAÑO, le piden a GIRALDO SERNA, la entrega de MUSSO TORRES para que responda por esto ante las autoridades colombianas y por medio de un comunicado de la cúpula de las Autodefensas manifiestan que MUSSO TORRES nunca ha sido miembros de las AUC, GIRALDO SERNA, se niega a entregarlo, con la frase de que "Un padre no entrega sus hijos" Esto se torna en el motivo para que CARLOS CASTAÑO decida atacar a Las ACMG, enviando de distintas partes de la costa norte miembros de grupos de autodefensas como Héroes de los Montes de María, ACCU de Fundación, del Elmer Cárdenas y por supuesto del Bloque Norte, los cuales llegaron por la Guajira (entrando por Mingueo, Palomino y perico Aguao) y el Magdalena (por Fundación), con más de trescientos hombres, y material de guerra, contando con la ayuda de Adán y José Gregorio Rojas quienes conocían la región, para el ingreso a la zona, y la identidad y ubicación de los miembros de las **ACMG.**

El apoyo de los Rojas se logra, porque después que salen de la región, ADÁN ROJAS MENDOZA y JOSÉ GREGORIO ROJAS MENDOZA, hacen contacto con su primo HUBER ROJAS VALENCIA alias "la Vaca", quien era de la Seguridad de VICENTE CASTAÑO, y de otra parte ADAN ROJAS OSPINA, alias Carrancho, en la cárcel Modelo de Bogotá se contacta con MIGUEL ARROYAVE para buscar una reunión con la cúpula del Bloque Norte y explicar las circunstancias de la guerra con HERNÁN GIRALDO. Aclarada la situación con la Cúpula del Bloque Norte contando además con la ayuda de

"DON BERNA", como quiera que GIRALDO había rehusado acogerse a las directivas de CASTAÑO, y con la coyuntura que éste no había querido entregar a JAIRO MUSSO TORRES autor de la muerte de los Agentes de antinarcóticos adscritos a la DEA, decide CASTAÑO para el año 2001 apoyarse con los ROJAS, enviando a ADÁN ROJAS MENDOZA alias "El Negro" a donde JORGE 40, para que juntos combatieran a GIRALDO, el cual enterado, convoca a Alias Felipe coordinador del Bloque Norte y a ADÁN ROJAS MENDOZA, a una reunión con alias Quemaíto, jefe de sicarios y hombre de confianza de HERNÁN GIRALDO en la ferretería Gómez Hermanos localizada en el mercado público de Santa Marta, con el fin de llegar a un acuerdo y evitar un enfrentamiento, los convocados no asisten, y envían sus representantes, en lo que se determinó era una emboscada tendida por Giraldo al bloque Norte como retaliación por la decisión de atacarlo, y en efecto, murieron los delegados del Bloque Norte. Con este hecho, se produce la declaratoria de guerra contra Hernán Giraldo y su Grupo, en la que Carlos Castaño envía hombres y material de guerra para someter a Giraldo con ayuda de Adán y José Gregorio Rojas quienes conocían la región.

En la ciudad se libró una especie de guerra fría, encontrándose dentro de las acciones delictivas de mayor impacto, el homicidio del Juez Especializado JAVIER ALFREDO COTES LAURENS el día 3 de diciembre de 2001, a las siete de la mañana, en la urbanización Santa Helena en la Calle 17 No. 25- 14 cerca a la cárcel en la ciudad de Santa Marta, cometido por JESUS ELI BAYONA ROPERO, fallecido, por orden de JAIRO MUSSO TORRES, alias Pacho Musso a la red urbana de las ACMG, emitiendo HERNAN GIRALDO un comunicado en que se atribuía el hecho al Grupo de LOS ROJAS, que a su turno negaron tener participación en este hecho.

El día anterior, 2 de diciembre de 2001, se había producido el homicidio de JOSE EDILBERTO GUZMAN alias Quemaíto, financiero de las ACMG de GIRALDO, asesinado con sus dos menores hijos, por cuenta del Bloque Norte.

Esta guerra, trajo como primera consecuencia de gran impacto social y económico para la región, el desplazamiento de miles de campesinos de las veredas de la Sierra Nevada, para la troncal del Caribe, durante los meses de enero y febrero 2002, ya que como estrategia para evitar el acceso de los miembros de las Autodefensas de los **CASTAÑO** a la región, **GIRALDO SERNA** ordenó a los presidentes de las Juntas de Acción comunal convocar a todos los residentes del sector a instalarse en la troncal del Caribe a la altura de las veredas de Calabazo corregimiento de Guachaca Magdalena y en el corregimiento de Rio Ancho municipio de Dibulla, La Guajira; así como para lograr la atención del gobierno nacional para que enviara tropas del Ejercito que impidieran el ingreso del grupo de los CASTAÑO a la región.

3.5.2. **Creación del Frente Resistencia Tayrona.** Luego de intensos combates, se da paso a las conversaciones para poner fin al conflicto, la reunión para los acuerdos, se produjo, luego de tres días de espera a que llegara JORGE 40 a la zona, la que finalmente se realizó el 24 de febrero del 2002 en la vereda Los Cocos, en la cual el Comandante de Bloque Norte, que acudió a la reunión con el rostro cubierto, indicó a GIRALDO SERNA las consecuencias de la derrota en esta confrontación, entre las cuales estaban la fusión de las ACMG con el Bloque Norte, pasando a ser un frente de dicha estructura denominado **FRENTE RESISTENCIA TAYRONA**, en el que el comandante político seria GIRALDO SERNA, el comandante militar EDGAR ARIEL CORDOBA TRUJILLO hasta entonces

conocido con el Alias de VIRGILIO, y pasaría a ser SAMUEL RODRIGUEZ, (que venía de Bloque Norte); como comandante Urbano en Santa Marta queda Adán Rojas Mendoza, y como segundo, su hermano  José Gregorio Rojas; la mitad de la tropa de GIRALDO SERNA seria repartida en los diferentes frentes de Bloque Norte y se crearía el Frente Contrainsurgencia Wayuu  que  estaría bajo el mando de RAMIRO BEJARANO MUÑOZ Alias (TOLIMA) y JOVANNY NAVARRO ORDOÑEZ alías MONO E LECHE para controlar la parte de la guajira; así mismo cambia la estructura   del Grupo, el número de integrantes se duplica, y su capacidad bélica y de comunicaciones se incrementa.

Después de la fusión, el recién creado FRENTE RESISTENCIA TAYRONA, recibe la orden de emprender una campaña de posicionamiento en el sector de la parte media y alta de la Sierra Nevada en el municipio de Ciénaga, teniendo en cuenta que esta parte siempre había sido corredor estratégico de los diferentes grupos guerrilleros que hacían presencia en la troncal del Magdalena Medio, a la atura de los municipios de Cienaga, Aracataca y fundación, para lo cual  se comienza un desplazamiento de tropa desde las veredas de la parte alta de Guachaca, las cuales llegan en primer lugar, hasta la vereda de la Tagua donde las esperan tropas que estaban allí acantonadas y se dirigen al campano para salir a la vereda Nueva Granada del Corregimiento de Siberia, donde instalaron bases en Siberia, Chimborazo y Parranda seca.   Se inicia una ofensiva contra los pobladores, registrándose como la primera víctima civil de esta etapa JAIR LOPEZ MAYA, ocurrida el 30 de mayo de 2002, en la vereda Nueva Granada de Siberia.

En el año 2003 sigue la ofensiva de expansión llegando hasta sectores como la Unión, la Secreta y la Reserva, quedando como único lugar por tomar el corregimiento de San Pedro de la Sierra, al cual logra llegar luego de combates con miembros del 19 frente de las FARC y del Frente FRANCISCO JAVIER CASTAÑO del ELN, en diciembre del 2003, donde se posicionaron hasta la fecha de la desmovilización.

## 3.6.   BLOQUE RESISTENCIA TAYRONA

Para el año del 2005 cuando ya se adelantan las conversaciones de paz entre el gobierno y los grupos de autodefensas, se decide independizar al Frente Resistencia Tayrona, del Bloque Norte, quedando como **BLOQUE RESISTENCIA TAYRONA**, el cual tuvo su accionar delictivo hasta el día 3 de febrero del 2006, día de la desmovilización en los sectores comprendidos entre El rio Palomino en el municipio de Dibulla en el departamento de la Guajira, hasta el sector conocido como puente Córdoba en la troncal del Caribe entre EL Rodadero y Ciénaga; el sector de los corregimientos de San Pedro de la Sierra y Siberia con sus respectivas veredas  y todas las veredas de la parte media y alta de la sierra nevada de Santa Marta, correspondientes a los corregimientos de Minca, Bonda y Guachaca.

## 4.   Georeferenciación

Como ya se dijo, el  desmovilizado Bloque Resistencia Tayrona tuvo su origen aproximadamente en el año 1976, en la sierra nevada de Santa Marta, zona norte

de Colombia, con jurisdicción en los departamentos de Cesar, Magdalena y la Guajira. A la Sierra Nevada llegaron muchos colonos huyendo de la violencia en otras zonas del país, por lo que las cuatro etnias ancestrales que habitan la sierra nevada, Kogui, Wiwuas, Arhuacos y Kankuamos, los hermanos mayores como se les conoce, han estado sometidos a diversas dinámicas, no solo por los actores del conflicto sino por la invasión y explotación económica de sus territorios, lo que los ha mantenido en una resistencia pacifica y callada, y a veces ignorada, por seguir realizando su misión de cuidar de la madre tierra del Universo, a través de los conocimientos ancestrales legados a los mamos.

En este contexto, es que nace el Grupo Armado Ilegal Auto defensas del Mamey en la Vereda de Quebrada del sol, desde donde extendió su control a las veredas de Machete Pelao, El Mamey, El Encanto, El Diablo, Casa e Tabla, La Aguacatera, La Y, Río de Piedra, El Boquerón, Cañaveral, Mendihuaca, San Tropel, Los Cocos, La Revuelta, El Trompo, El Trompito, El Orinoco, Buritaca, Perico Aguao, Brisas del Caribe, Don Diego, Los Linderos y Marquetalia, los Achotes, Honduras, todas, del Corregimiento de Guachaca, Municipio de Santa Marta. Por la fusión con los **CHAMIZOS**, su accionar comprendía la ciudad de Santa Marta y sus corregimientos y veredas cercanas como Gaira, EL Rodadero, Taganga.

Para el año de 1985 hizo presencia en los corregimientos de Bonda con sus veredas como Masinga, El Curval, Girocasaca, Vira Vira y Las Tinajas; también en el corregimiento de Minca y sus veredas, Nuevo Horizonte, El Campano, La Tagua, Los Moros, Cerro Kennedy y San Lorenzo.

Para el año de 1996, con incursiones previas, se expande a la Guajira haciendo presencia en Dibulla y los corregimientos de Palomino, Mingueo y Río Ancho; en las veredas de San Salvador, Río Negro, Campano Viejo, Campana Nueva, La punta de los Remedios, Casa Japón, Casa Aluminio, El Mamey, Las Flores, Pénjamo y Puente Bomba.

Luego de la fusión con el Bloque norte, en el mes de marzo del año 2002, y ya como **FRENTE RESISTENCIA TAYRONA,** si bien, por un lado, pierde su dominio sobre la Guajira donde se crea el **FRENTE CONTRAINSURGENCIA WAYUU**, perteneciente al Bloque Norte, por otro, extiende su campo de acción en la Sierra Nevada de Santa Marta, llegando a los corregimientos de Ciénaga, como son San Pedro de La Sierra y Siberia y las veredas de El Mico, San Javier, Palmichal, Guáimaro, Parranda Seca, Lourdes, La Unión, La Secreta y La Zeta.

## 5. Estructuras.

EL Bloque Resistencia Tayrona durante el tiempo de su actividad ilícita ha tenido distintas estructuras, las cuales se han modificado de acuerdo a su expansión, tanto en número de miembros, como en radio de acción, comienza con una estructura sencilla bajo la denominación AUTODEFENSAS DE LA VERTIENTE NORIENTAL DE LA SIERRA NEVADA DE SANTA MARTA, pero que fueron conocidas como AUTODEFENSAS CAMPESINAS DEL MAMEY, por el lugar donde se originaron, conformada por un Comandante general que era **HERNAN GIRALDO SERNA**, como integrantes JUAN DE DIOS VELEZ alias Aparato, DARIO RESTREPO Alias Mono e Mica, JORGE GOMEZ Alias Amarillo, ALVARO PADILLA REDONDO Alias El Gordo, OCTAVIO SANCHEZ FRANCISCO OSPINA,

Alias VICTOR, HERNANDO GOMEZ, OSCAR NAZARETH ECHAVARRIA, ALBERTO PEREZ Y HENRY Alias EL Gringo, ANDRES OCHOA. El comandante urbano era GERANDO MARTINEZ Alias Drácula y el Comandante de la Troncal del Caribe era CESAR TULIO GIRALDO SERNA y como urbano de este sector EDGAR MARIN JARAMILLO, JUVAL BELTRAN LUQUE en la parte urbana y un grupo de aproximadamente ciento cincuenta (150) hombres, los cuales realizaban actividades agrícolas y comerciales, y cuando tenían conocimiento de la presencia de la guerrilla o de personas extrañas se reunían para realizar patrullajes o para defenderse; parte de estos hombres permanecían en la Finca "El Filo", en el sector de la Estrella, prestando seguridad a **HERNAN GIRALDO.**

Con la unión con el grupo delincuencial que operaba en el mercado público de Santa Marta, conocido como Los Chamizos, se establece el primer grupo urbano en la citada ciudad, la cual esta conformada entre otros por MANUEL MORENO, HUBER, FREDY CONOCIDO COMO "EL PODRIDO", y WILLIAN MORENO CARDONA; GUSTAVO ISAZA QUICENO, JAVIER ECHAVARRIA ECHAVARRIA conocido como "coge perro", HERNAN DE JESUS GALLEGO CANO conocido con el alias de "CHICHIMOCO", HUGO QUINTERO LOZANO alias "el Calvo, GRATINIANO CIFIENTES BERNAL alias FUJIMORY, GERARDO GELVEZ CASTRO alias DIOMEDEZ, GILDARDO TORRES LOPEZ conocido EL GUACA, RODRIGO TORRES LOPEZ conocido como GASOLINA, FLAMINIO RATIVA ZAMORA alias Remiendo, HERNANDO DIAZ alias Verano, ANCIZAR ALVAREZ DUQUE, NICOLAS TORRES LOPEZ y GAUDENCIO URIEL MORA conocido como el Sargento Mora, RICARDO y JUVAL BELTRAN LUQUE, ALVARO VESGA GOMEZ alias TINAJO, ANTONIO VESGA RODRIGUEZ conocido como TOÑO VESGA, LEONIDAS ACOSTA ANGEL alias TROILO, EVANGELISTA AHUMADA MEDINA conocido como COCACOLITA, VICTOR TORRES PADILLA ALVARO PADILLA REDONDO alias EL GORDO quien era jefe de este grupo, entre otros.

Luego de recibir entrenamiento por parte de otros grupos ilegales de Autodefensas, bajo el mando de los hermanos CASTAÑO en el departamento de Córdoba y de haber enviado a prestar servicio militar a algunos de los miembros del Grupo, éste comienza a organizarse de manera similar a la estructura militar, creando una distribución en compañías (formadas por cuatro o más grupos), grupos (conformado por una o dos escuadras), y escuadras (conformadas por ocho hombres y dos comandos) en la zona rural; y en las ciudades, y pueblos vecinos, estructuras urbanas las cuales variaban en número de integrantes de acuerdo a su lugar de ubicación, en la ciudad de Santa Marta esta estructura estaba bajo el mando de un comandante el cual le reportaba directamente a HERNAN GIRALDO y la ciudad la tenían divida en cinco sectores (Mercado Publico, 11 de noviembre, Nacho vives, La 10, La Bolivariana y Gaira) en los cuales el número de integrantes variaba; además contaban con grupos de comunicaciones, logística y suministros, conformados por miembros de las urbanas de cada corregimiento y vereda de las zonas de influencia del grupo.

El nivel de mando del Grupo Ilegal se divide de acuerdo a las tareas que tienen a cargo, así, para la desmovilización: Comandante general HERNAN GIRALDO SERNA, comandante militar EDGAR CORDOBA TRUJILLO conocido como VIRGILIO o 57; comandante político JOSE GELVEZ ALBARRACIN conocido como EL CANOSO; y comandante financiero NODIER GIRALDO GIRALDO.

Case 1:04-cr-00114-RBW   Document 521-2   Filed 10/02/15   Page 36 of 346

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 35

## 6. Financiación

La fuente de financiación del Bloque, en el sector urbano giraba alrededor de las extorsiones a los comerciantes en general, principalmente a Comerciantes del Mercado, tenderos, y establecimientos comerciales, tales como almacenes, Droguerías, talleres, y demás.

En el sector del Mercado Publico el recaudo de las extorsiones lo lideraba **CARMEN RINCON**, Alias la Tetona, quien empezó a cobrar dineros a nombre del grupo de Autodefensas Campesinas del Magdalena,  por orden del Propio **HERNÁN GIRALDO**, quien una vez se acabaron las Convivir, mandó a citar a los Comerciantes a la Sierra Nevada de Santa Marta, en una Finca de un señor ALVARO PADILLA, reunión a la que acudieron mas de  mil  personas, según lo manifiesta en una de sus versiones la postulada CARMEN RINCON.

En dicha reunión su jefe máximo HERNAN GIRALDO,  hace  un discurso en tono persuasivo, argumentándoles que si querían él les quitaba la guerrilla de encima pero que necesitaba que le colaboraran, esa reunión fue una vez desmanteladas las Convivir,   por lo que ante la desaparición  de dicho ente,  es que GIRALDO decide hacer la reunión a la cual asistieron comerciantes y campesinos de la región, a las que les prometieron proporcionarles vigilantes que no eran de las convivir si no gente independiente de las autodefensas. En consecuencia HERNAN GIRALDO dispuso que Carmen Rincón y 30-30  lideraran el recaudo en el Sector de el Mercado público,   decidiendo que Carmen Rincón iba a ser la cabeza visible del recaudo  ya que era conocida por los comerciantes del Mercado y que ésta a su vez le entregara cuentas   al sujeto apodado QUEMAITO, de nombre JOSE EDILBERTO GUZMAN  y alias "EL INDIO" encargado del recaudo en el sector del Rodadero, específicamente a los Comerciantes de San Andresito, donde se extorsionaba local por local. Cabe destacar que previamente personal del grupo de HERNAN GIRALDO, por orden suya, realizó un censo liderado por ADRIANO SANCHEZ,   el cual consistía en llegar a cada uno de los comerciantes y preguntarles, con cuanto podían colaborar,   para determinar el monto de la cuota extorsiva. Acto seguido comenzó el recaudo, dentro del cual los graneros colaboraran también con víveres, los cuales iban  destinados a miembros del grupo armado que realizaban labores de patrullaje en la Sierra Nevada.  La recolección de víveres en aquella época era  realizada por CARMEN RINCON en el sector del mercado, estos víveres eran transportados en un vehículo conocido  "de la vía", de propiedad de MARTIN PEÑARANDA, quien pasó posteriormente a formar parte del grupo armado ilegal, que en esa época se denominaba "Autodefensas Campesinas del Magdalena", con centro de operación en el sector de Guachaca,  lugar donde se  organizó a los campesinos y se les concientizó de colaborar para sacar a la guerrilla de la región.

Inicialmente el recaudo de lo que entregaban los comerciantes, configuraba una colaboración, pero con el paso del tiempo se  convirtió en una obligación, ya que si el comerciante se negaba a aportar dinero o víveres, eran amenazados, obligándolos a salir del mercado público y en últimas eran asesinados.

En el sector del Mercado Público la tarifa del cobro de las extorsiones estaba tasada así: Puestos estacionarios 2 mil pesos mensuales, colmenas grandes 5 mil

pesos, negocios más grandes 50 mil pesos, a los camiones que transportadores verduras también se les cobraba. Para tener un control de los recaudos, después del Censo el propio HERNAN GIRALDO le dio un código a cada Comerciante que pagaba, el cual correspondía a la nomenclatura de la puerta del negocio, además fueron clasificados por la actividad desempeñada, como es el caso de Ferreterías y Almacenes similares, obligados a pagar la suma de 50 mil pesos, los puestos de verduras - frutas y demás, a los que se les exigía 20 mil pesos, todo lo cual era pagado mensualmente. Como contraprestación, el grupo armado ilegal ofrecía cuidar los negocios, para que no fueran objeto de hurtos, actividad de vigilancia que conllevaba la comisión de homicidios, a través de la mal llamada "limpieza social", la que consistía en asesinar personas señaladas de comisión de hurtos, indigentes y todo aquel considerado por el grupo armado ilegal como individuos que perjudicaban a los comerciantes y/o vendedores del mercado. Así mismo HERNAN GIRALDO, estableció que los recaudos a los establecimientos pequeños los realizara CARMEN RINCON y a los establecimientos grandes, alias QUEMAITO; extorsiones que continuaron siendo perpetradas aún después que se disolvieron las convivir, en el año 1998.

Dentro de la estructura del grupo al margen de la ley, QUEMAITO ocupaba el cargo de jefe de Sicarios en el casco urbano de la ciudad de Santa Marta, además era la persona que pedía cuentas de las vacunas y a quien le era informado si alguien se rehusaba a colaborar con la organización criminal, procediendo éste a hablar con esa persona, para advertirle que si no pagaba, tenía que irse del Mercado, y de no hacerlo corría el riesgo de ser asesinado. El sistema de amenazas y en algunos casos de homicidios sistemáticos, de quienes se negaban a pagar la extorsión, funcionó hasta el punto que todo aquel que tenía actividad comercial en el mercado público, terminó pagando extorsión, manteniéndose tal situación por espacio de varios años. Para ese entonces se denominaba "Autodefensas Campesinas del Magdalena y Guajira" se trenzó en una guerra con el "BLOQUE NORTE DE LAS AUTODEFENSAS", en el año 2002, generándose homicidios de jefes del "Bloque Bloque Resistencia Tayrona", entre los que se cuentan el de alias "QUEMAITO", quien fuera asesinado junto con sus 2 hijos menores de edad el 2 de diciembre de 2001. Posteriormente se produjo la fusión de éstos dos grupos ilegales, liderados por un lado por HERNAN GIRALDO SERNA y por el otro por CARLOS CASTAÑO, dándose en consecuencia origen al nacimiento del denominado "BLOQUE RESISTENCIA TAYRONA" al mando de Hernán Giraldo Serna, pasando las extorsiones del sector urbano a manos de WILSON GIRALDO, quien era el jefe de las finanzas del grupo.

Es de resaltar que CARMEN RINCON postulada hoy día a la ley de Justicia y Paz, en diligencia de versión entregó la lista de comerciantes que aportaban a la causa de la organización, la cual a su vez, le había facilitado NODIER GIRALDO, financiero del grupo.

En diligencia de versión libre la postulada Carmen Rincón, realizada en Barranquilla el 06 del mes de septiembre de 2007, aportó un listado en donde figuran unas Empresas contribuyentes y la cantidad de dinero entregada.

Igualmente se nutría a gran escala el grupo, con recursos provenientes del narcotráfico.

## 7. Redes de apoyo

El Bloque Resistencia Tayrona,  para consolidarse en la zona obtuvo el apoyo de algunas personas que se desempeñaban como integrantes de la fuerza pública, funcionarios públicos y políticos de la región, quienes en algunas oportunidades suministraban información, entregaron aportes o coordinaron algunas actividades que les permitieron a  los miembros del GAOML ejecutar acciones delictivas sistemáticas y generalizadas. Lo anterior permitió establecer  los patrones de interferencia e impedimento a derechos políticos y otras garantías ciudadanas.

## 8. Requisitos de Elegibilidad. Art. 10 Ley 975 de 2005

10.1.  Que el grupo armado organizado de que se trata se haya desmovilizado y desmantelado en cumplimiento de acuerdo con el Gobierno nacional.  HERNAN GIRALDO SERNA, se desmovilizó voluntariamente junto a 1166  ex integrantes del BLOQUE RESISTENCIA TAYRONA, como consecuencia de los diálogos con el Gobierno Nacional, en actos que se llevaron a cabo entre el 28 de Enero y el 3 de Febrero del año 2006, en la en la Vereda Quebrada del Sol, corregimiento de Guachaca, municipio de Santa Marta, en donde se presentaron 1167 entre hombres y mujeres incluido él,  que hicieron parte de este Grupo Ilegal.    **DESARME:** Con ocasión de la desmovilización, se hizo entrega del siguiente material de guerra que cuenta con su respectivo estudio: Se soporta con el informe sobre armas rendido por el equipo de Policía judicial.

| MATERIAL DE GUERRA ENTREGADO POR EL BLOQUE  RESISTENCIA TAYRIONA | |
|---|---|
| **ARMAS LARGAS** | |
| Fusiles | 367 |
| Escopetas | 118 |
| Subametralladoras | 17 |
| Carabinas | 10 |
| **SUBTOTAL ARMAS LARGAS** | 512 |
| **ARMAS CORTAS** | |
| Pistolas | 42 |
| Revólveres | 17 |
| **SUBTOTAL ARMAS CORTAS** | 59 |
| **ARMAS DE ACOMPAÑAMIENTO** | |
| Ametralladoras | 4 |
| Lanzagranadas | 14 |
| Tubos de lanzamiento | 7 |
| Lanza Cohetes | 1 |
| **SUBTOTAL ARMAS DE ACOMPAÑAMIENTO** | 26 |
| **SUBTOTAL ARMAS** | **597** |
| Granadas | 350 |
| Cohete PG7 | 4 |
| Municiones | 73.420 |

### 10.2. **BIENES ENTREGADOS Y RECURSOS AFECTADOS CON FINES DE REPARACION:**

**Bienes entregados en la desmovilización.** En el acto de la desmovilización se hizo entrega de siete (7) vehículos (a folio 4 del oficio ofi-08-00015478/auv12300 de fecha febrero 18 de 2008 emanado de la oficina del Alto comisionado para la Paz se hace entrega de siete vehículos, cuyas especificaciones obran por separado. Además HERNÁN GIRALDO SERNA, en su condición de ex comandante del Bloque Resistencia Tayrona, hizo entrega de un listado de obras realizadas en distintas veredas de la Sierra Nevada de Santa Marta.

En las versiones rendidas por los postulados que pertenecieran al Bloque Resistencia Tayrona, se han ofrecido bienes así:

El postulado HERNAN GIRALDO, Comandante del Bloque Resistencia Tayrona ofreció en su versión libre, con fines de reparación, la finca la CECILIA, ubicada en el corregimiento de Guachaca, la cual según las indagaciones de la Fiscalía Novena, se estableció que se encuentra en proceso de extinción de dominio dentro del proceso 1669 que cursa en la Fiscalía 21 de la Unidad de Extinción de Dominio y lavado de Activos, por lo cual por petición de esta Fiscalía, la casa pasó a disposición del fondo para reparación de victimas de Acción Social, para su administración, conforme los dispone al artículo 54 de la ley 975 de 2005

El postulado NODIER GIRALDO, Comandante Financiero del Bloque Resistencia Tayrona, en el curso de su versión libre, hizo entrega de un inmueble ubicado en el Conjunto Residencial Jacqueline, en la calle 14 número 29-104, Casa 11. La cual según las indagaciones de la Fiscalía Novena, se estableció que se encuentra en proceso de extinción de dominio dentro del proceso 1669 que cursa en la Fiscalía 21 de la Unidad de Extinción de Dominio y lavado de Activos, por lo cual por petición de esta Fiscalía, la casa pasó a disposición del fondo para reparación de victimas de Acción Social, para su administración, conforme los dispone al artículo 54 de la ley 975 de 2.005.

El postulado NORBERTO QUIROGA POVEDA, alias 55, quien fuera segundo Comandante Militar del Bloque Resistencia Tayrona, alias 55, ofreció en versión libre, una Cabaña ubicada en Buritaca; la Finca la Unión, ubicada en el Corregimiento de Guachaca; Finca la Mello, ubicada en Guachaca; Finca las Palmas, ubicada en San Salvador, Guajira; Finca las Tangas ubicada en Quebrada María; Finca los Pájaros, ubicada en Quebrada María; Clínica IPS TAYRONA, ubicada en Buritaca; Un Supermercado y una Bomba de Gasolina, ubicada en Buritaca; Una casa apartamento en Marquetalia.

Con relación a estos bienes ofrecidos por Norberto Quiroga Poveda, se realizó diligencia de audiencia preliminar de imposición de medida cautelar de embargo y secuestro el día 13 de abril de 2.011, ordenada por la magistrada de Control de Garantías de la ciudad de Barranquilla, previa solicitud de la fiscalía novena, sobre los siguientes Bienes Inmuebles, que fueron identificados.

1. Finca La Mello, ubicada en la vereda la Unión del Corregimiento de Guachaca, identificada con matricula inmobiliaria número 080 -15427. Esta pendiente su entrega a Acción Social.

2. Casa apartamento en Marquetalia, ubicada en la vereda Marquetalia del corregimiento de Guachaca, mejoras construidas sobre el predio identificado con matricula inmobiliaria número 080-726679. . Esta pendiente su entrega a Acción Social.

3. También se impuso medida cautelar de embargo y secuestro de la cabaña ubicada en Buritaca, la cual figura a nombre de NORBERTO QUIROGA POVEDA, identificada con la

matricula inmobiliaria No  080-73602 por seguimiento efectuado por la Fiscalia. Está pendiente su entrega a Acción Social.

En versión libre rendida por NORBERTO QUIROGA POVEDA, aceptó la responsabilidad en el desplazamiento forzado de los  herederos de la Finca Bella Vista ubicada en la vereda El Campano, del corregimiento de Minca, en la que se habían instalado unas bases militares, por lo que en audiencia preliminar se hizo la solicitud de restitución anticipada ante Magistrado de Control de garantías, la cual se llevó a cabo el día 9 de mayo de 2009, y una vez ordenada, el Despacho mediante comisión de la señor Magistrada, cumplió la entrega el día 27 de mayo del mismo año.

En versión libre rendida por NORBERTO QUIROGA POVEDA, confesó la falsedad en documento público para apoderarse de la finca  Las Vegas, de propiedad de la señora NEVIS STELLA ACEVEDO, haciendo sendos traspasos fraudulentos, los primeros de ellos a miembros del Grupo Armado Ilegal, siendo devueltas las tierras a su propietaria, pero manteniéndose la ilegalidad en los títulos que fueron inscritos, por lo que en audiencia preliminar del día 8 de Septiembre de 2.009, se solicitó de manera anticipada la cancelación de títulos obtenidos fraudulentamente, lo que así fue ordenado, por la Magistrada con Funciones de Control de garantías ZORAIDA ANYUL CHALELA ROMANO. .

El postulado MARTÍN PEÑARANDA OSORIO, (a) EL BURRO, en versión libre entregó la Finca   San Isidro, ubicada en Casa de Tabla, jurisdicción de Guachaca, cuyas especificaciones aportaremos. En virtud de ello esta Fiscalía solicitó ante el Magistrado con funciones de control de garantía, audiencia preliminar para imposición de medida cautelar de embargo y secuestro sobre el bien en  mención, la cual fue realizada el día 27 de octubre de 2009. Para tal  efecto se comisionó a esta Fiscalía,  cumpliéndose la entrega al Fondo de Reparación para Victimas de  Acción Social el día 18 de marzo de 2.010.

Por labores de investigación de la Fiscalía se logró ubicar una casa de habitación de propiedad de MARTIN PEÑARANDA OSORIO,  en la calle 29 número 19D-65, matricula inmobiliaria 080-81485, que también fue objeto de audiencia de medida cautelar de embargo y secuestro ante Magistrado de Control de Garantías el 27 de octubre de 2009. Para tal  efecto se comisionó a esta Fiscalía,  cumpliéndose la entrega al Fondo de Reparación para Victimas de  Acción Social el día 17 de marzo de 2.010.

Por labores de investigación de la Fiscalía se estableció que la casa de habitación ubicada en la calle 3 número 12-21 del Barrio Olaya Herrera de Santa Marta, había sido adquirida por HERNAN GIRALDO SERNA, y sucesivamente pasada primero a JESUS ANTONIO GIRALDO,  y ALBERTO GIRALDO GIRALDO,  hermano e hijo del postulado en su orden, Sobre el bien inmueble se obtuvo la medida cautelar de embargo y secuestro en audiencia preliminar del día 9 de Septiembre de 2009, y se dejó a disposición de Acción Social, Fondo para la Reparación

El  día 1º de julio del año 2.010,  se llevó a cabo audiencia preliminar de adopción de medida para la protección de victimas, en donde se ordenó por parte de la Magistrada con Funciones de Control de Garantías de la Sala de Justicia y Paz, doctora  ZORAIDA ANYUL CHALELA ROMANO, la Restitución directa como restablecimiento del derecho de las  Fincas San Carlos y la Paz, ubicadas en el corregimiento de San pedro de la Sierra, por solicitud que hiciera esta Fiscalía, en donde la honorable magistrada,  acogió en pleno la solicitud efectuada y ordenó la devolución o restitución anticipada de las mencionadas Fincas y al efecto comisionó a este despacho, para realizar la entrega material  de dichos bienes  a sus legítimos propietarios que hoy la reclaman, que corresponden  a varias familias campesinas asociadas a la cooperativa Coagrosac, quienes fueron  desplazados por miembros del Bloque Resistencia Tayrona, para el mes de agosto de 2.004, y los hechos delictivos fueron confesados por los postulados HERNAN GIRALDO SERNA,

Máximo comandante del Bloque, NORBERTO QUIROGA, POVEDA, segundo comandante militar y JOSE DANEL MORA LOPEZ, Comandante Militar del sector para la fecha de los hechos, quienes además de desplazar alrededor de unas doce familias, que se encontraba asentadas en las mencionadas fincas, se apropiaron de las tierras, y se las entregaron en administración a terceras personas, quienes como retribución le pagaban un porcentaje de las utilidades que percibían por la producción del Café. Estas terceras personas, que pertenecen al movimiento gnóstico, a pesar de que las autodefensas del Bloque  Resistencia Tayrona se desmovilizaron el día 3 de febrero de 2.006, se negaban do a entregar las tierras a sus legítimos propietarios.

En cumplimiento de la comisión conferida por la honorable Magistrada  Con funciones de Control de Garantías la Fiscalía  Novena,  procedió mediante diligencia del  día 1º y 2º  de septiembre de 2.010, a efectuar  la respectiva entrega de las  fincas SAN CARLOS Y LA PAZ a los legítimos  propietarios representado en el señor PEDRO ANTONIO PADILLA MONTERO.

El día 2 y 3 de diciembre de 2.010, se llevo a cabo audiencia preliminar ante la magistrada con funciones de control de garantías  de Barranquilla,  doctora ZORAIDA ANYUL CHALELA.  En donde se resolvió el incidente de nulidad presentado por los terceros que ocupaban la finca a través de su apoderado. La magistrada resolvió no acceder a las peticiones presentadas por lo cual el apoderado interpuso recurso de apelación, el que fue sustentado  en la misma y audiencia  del cual se dio traslado a las partes presentes en la audiencia. El recurso fue concedido  en el efecto suspensivo y enviado ante la honorable corte suprema de justicia para su decisión.   La sala penal de la honorable Corte Suprema de Justicia,  mediante providencia del 2 de febrero de 2.011, en el Proceso Segunda Instancia  Radicado 35582 Hernán Giraldo Serna- Norberto Quiroga Poveda - José Daniel Mora López. Magistrado Ponente JULIO ENRIQUE SOCHA SALAMANCA,  confirmó la decisión  emitida por la doctora ZORAIDA ANYUL CHALELA ROMANO, quedando de esta forma en firme la diligencia de entrega  efectuada por la Fiscalía Novena en la restitución  decretada.

**Bienes afectados con extinción de dominio.** Relación de los bienes afectados dentro del   proceso de radicación  número 1669 E, adelantado en la Fiscalía 21 de la Unidad Nacional de Extinción de dominio, y que por solicitud de este Despacho, fueron dejados a disposición de la Oficina de Acción Social – Fondo para la Reparación de las Victimas, de conformidad con lo dispuesto en el artículo 54 de la Ley 975 de 2005.

- BIENES INMUEBLES URBANOS.

1. Casa  Calle 9 No 3-41 de Santa Marta. Matricula In. No 080-55171.
2. Casa  Calle 9 No 3-47 de Santa Marta. Matricula In. No 080-55172.
3. Casa Calle 9 No 3-49 de Santa Marta. Matricula In. No 080-55173.
4. Casa  Calle 8 No 6-28  de Santa Marta. Matricula In. No 080-1883.
5. Casa  Cal 29L1 No 21B-75 manzana C Casa 26 Rosalía M No 080-52469.
6. Casa  Calle  15 No 3-46-348 de Santa Marta. Matricula In. No 080-58420.
7. Casa Calle  10B No 3-74 de Santa Marta. Matricula In. No 080-16826
8. Casa  Calle  10B No 3-60 de Santa Marta. Matricula In. No 080-16827
9. Casa Calle  10B No 3-18 de Santa Marta. Matricula In. No 080-567
10. Parq. Calle  9 No 3-25 de Santa Marta. Matricula In. No 080-63289.
11. Casa  Carrera 3 No 8-63  de Santa Marta. Matricula In. No 080-3085
12. Casa  Carrera 3 No 8-51  de Santa Marta. Matricula In. No 080-469
13. Casa  Calle 16 No 20-104  de Santa Marta. Matricula In. No 080-7378
14. Casa  Calle  10B No 3-42 de Santa Marta. Matricula In. No 080-16824

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 41

15. Casa Calle  10B No 3-86 de Santa Marta. Matricula In. No 080-42981
16. Casa  Calle  9  No 3-11 de Santa Marta. Matricula In. No 080-41728
17. Casa Carrera 6 No 17- 29 de Santa Marta. Matricula In. No 080-15047
18. Casa  Calle  17 No 6-14  de Santa Marta. Matricula In. No 080-15054
19. Casa  Calle  15 No 8-01 de Santa Marta. Matricula In. No 080-31384
20. Casa  Carrera 16B No 6-45  de Santa Marta. Matricula In. No 080-36810
21. Casa Calle  4 No 12-23 de Santa Marta. Matricula In. No 080-71243
22. Casa  Carrera 14  No 2-51 de Santa Marta. Matricula In. No 080-75675
23. Diagonal 33ª No 7-59 de Santa Marta. Matricula In. No 080-5665
24. Casa  Calle  22  No 17-26 de Santa Marta. Matricula In. No 080-4519
25. Apto Calle  12  No 18-122  de Santa Marta. Matricula In. No 080-49483
26. Parq. Calle  12  No 18-122 de Santa Marta. Matricula In. No 080-49140
27. Casa Carrera 10  No 10-47 de Santa Marta. Matricula In. No 080-34597
28. Casa Carrera 18ª No 7-43  de Santa Marta. Matricula In. No 080-1088
29. Casa  Calle  17  No 6-10 de Santa Marta. Matricula In. No 080-15055
30. Casa Cra 21D-3 # 29FBis-29 de Santa Marta. Matricula In. No 080-83099
31. Casa en la Cra 21D-3 N # 29Fbis-29  Santa Marta Mat.  In. No 080-83100
32. Bien inmueble Urbano Lote  Matricula In. No 080-59978
33. Casa ubicada calle 18 # 21-70  Matricula In. No 080-1304
34. Bien inmueble Urbano Lote de terreno Matricula In. No 080-73167
35. Bien inmueble Urbano Lote de terreno  Matricula In. No 080-79404
36. Bien Urbano Av. Lib. #29-90 Conjunto R.  Casa  11  M. In. No 080-67981
37. Casa en la calle 10ª No 3-36  Santa Marta    Matricula In. No 080-38330


## 3.3. BIENES  INMUEBLES RURALES.

1. Finca el Reposo vereda Bonda  matricula inmobiliaria No 080-62207
2. Finca en la  vereda Gaira  matricula inmobiliaria No  080-39623
3. Lote 2 Manzana E-11  vereda Gaira matricula inmobiliaria No 080-39729
4. Lote  8 manzana C-17 vereda Gaira matricula inmobiliaria No 080-39963
5. Lote 9 manzana C-17 vereda Gaira matricula inmobiliaria No 080-40043
6. Lote  2 manzana C-20 vereda Gaira matricula inmobiliaria No 080-40565
7. Finca el Refugio vereda Buriticá  matricula inmobiliaria No 080-19118
8. Finca la Fe  vereda Bonda  matricula inmobiliaria No 080-2278
9. Finca la Esperanza vereda Bonda  matricula inmobiliaria No 080-19660
10. Finca villa Rosa vereda Bonda  matricula inmobiliaria No 080-37636
11. Lote de terreno sin dirección matricula inmobiliaria No 080-74686
12. Lote de terreno el Manantial Vereda Gaira matricula inmobiliaria No 080-74261
13. Vereda Mamatoco matricula inmobiliaria No 080-25289
14. Finca el Vergel vereda  Bonda  matricula inmobiliaria No 080-81549
15. Finca la Fortuna  vereda Bonda  matricula inmobiliaria No 080-81548
16. Lote de terreno vereda  Bonda  matricula inmobiliaria No 080-64949
17. Finca la Isabel vereda Bonda  matricula inmobiliaria No 080-24740
18. Finca la Cecilia Vereda Guachaca  matricula inmobiliaria No 080-38310

## 3.4  ESTABECIMIENTOS  DE COMERCIOS.

1. Wisquería y café los Bambucos. Matricula Mercantil No 12796
2. Hotel y restaurante Manizales  Matricula Mercantil No 12795
3. Kiosco Avenida del Mar Matricula Mercantil No 22837
4. Parqueadero Manizales  Matricula Mercantil No 33723
5. Estación de servicios Buenos Aires  Matricula Mercantil No 77000
6. Estadero Unión Magdalena  Matricula Mercantil No 24528
7. Club y billar Manhattan. Matricula Mercantil No 22158

Case 1:04-cr-00114-RBW   Document 521-2   Filed 10/02/15   Page 43 of 346

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 42

8. Librería cristiana  Río de Agua viva. Matricula Mercantil No 76994
9. Crías de  aves de corral y Porcinos  Matricula Mercantil No 53600
10. Son caribeño Club  Matricula Mercantil No 70052
11. Pasarrela bar Club.  Matricula Mercantil No 77912
12. Lumicentro Internacional. Matricula Mercantil No 43775

## 3.5. SOCIEDADES

1. Inversiones Moreno García.  Nit.  819000-56-6 – Construcciones Normar LTDA Nit 81900056-3
2. José  Manuel Ureña Suárez. Sociedad RAPI-MERCAR el 30 % De las Acciones Nit. 800-226-062-1

## 3.6.   TITULOS VALORES

CDT Numero fijo 6896 por la suma de $ 318.202.747.  Titular JOSE MANUEL UREÑA SUAREZ.  Expedido por la corporación financiera colombiana S. A.

**10.3.** Que el grupo ponga a disposición del Instituto Colombiano de Bienestar Familiar la totalidad de los menores reclutados. Al respecto, obra certificación de Bienestar Familiar de que no se presentaron menores de edad a la desmovilización, y al efecto de las versiones rendidas en ese momento no se desprende la minoría de edad de ninguno de ellos, para ese momento, aunque pudieron haber ingresado a las filas, como tales, y al efecto se tiene un número de 142, que pudieron ingresar siendo menores, sobre lo cual se compulsaron las copias para la correspondiente investigación.  No obstante por confesión de HERNAN GIRALDO SERNA, y otros postulados, y las labores de policía judicial ejercidas, se estableció que los menores que hacían parte del grupo al momento de la desmovilización, fueron enviados a sus casas,  por instrucciones  de quienes se encontraban  dirigiendo  los  actos  de  desmovilización  sobre  lo  cual  también  se compulsaron las copias respectivas para la investigación por la jurisdicción ordinaria.

**10.4. CESACIÓN INTERFERENCIA AL LIBRE EJERCICIO DE LOS DERECHOS POLÍTICOS Y LIBERTADOS PÚBLICAS.** El GAOAML  estableció alianzas con la clase política de la región, a través de las cuales, mediante nocivas prácticas, perturbó el libre ejercicio de los derechos políticos y garantías ciudadanas, lo que dio lugar a un patrón de macrocriminalidad que será expuesto, pero una vez sometidos los desmovilizados, y empezado a confesar los delitos cometidos, dieron cuenta de estas alianzas, que conllevó a las pertinentes compulsas de copias, siendo HERNAN GIRALDO SERNA, entre los primeros postulados en develar el fenómeno de la parapolítica en este sector del país, produciéndose numerosas condenas contra dirigentes políticos y  mandatarios regionales, sobre lo que se cuenta con el informe de policía judicial correspondiente, que será objeto de exposición.

**10.5.**  Que el grupo no se haya organizado para el tráfico de estupefacientes o el enriquecimiento ilícito. En la génesis de la organización se estableció como su conformación obedece a la presencia de la guerrilla de las FARC en la región, las exigencias al campesinado, y la declaratoria  de objetivo militar que hace de HERNAN GIRALDO SERNA, por la oposición que les presenta a sus pretensiones. No obstante lso recursos provenientes del tráfico de estupefacientes estuvo entre las mayores fuentes de ingreso del GAOAML.

10.6. Que se liberen las personas secuestradas que se hallen en su poder.  Al momento de la desmovilización no se encontraban en poder del Grupo, personas secuestradas,  ya

que lo que se ha determinado es que   el secuestro fue un delito conexo a la extorsión y al homicidio; Pero como quiera que  con la modulación de  la Corte Constitucional, en su sentencia C 370 de 2006 este requisito incluye  la información sobre los cadáveres de las personas desaparecidas,  en informe detallado se dará cuenta de la actividad que en esta materia ha adelantado el Despacho Fiscal, la Sub Unidad de Exhumaciones de la Unidad Nacional para la Justicia y la Paz, y la contribución que a éste respecto han brindado las víctimas y los postulados a la ley 975 de 2005.

## 9. DAÑOS INDIVIDUALES Y COLECTIVOS CAUSADO POR EL GRUPO ARMADO ILEGAL.

De acuerdo a las labores de investigación efectuadas por el Grupo de Policía Judicial adscrito a la Fiscalía Novena de esta Unidad sobre los daños colectivos causados en los renglones económicos y sociales en el sector donde tuvo influencia el extinto **"BLOQUE RESISTENCIA TAYRONA**" se han logrado establecer los siguientes::

- **AGRICULTURA**.

- **CAFETEROS**:  Luego de la entrevista sostenida con el Director Ejecutivo del Comité Departamental de Cafeteros del Magdalena, doctor **EDGAR RAMIREZ PERDOMO**, se tiene  que el primer gran daño ocasionado al gremio de los cafeteros consistió en el asesinato de asociados y lideres cafeteros representantes de los agremiados en los Comités Municipales, Juntas de Acción Comunal y demás organizaciones campesinas…" "La presencia del grupo Resistencia Tayrona AUC en los Municipios de Santa Marta y Ciénaga desestimuló el sostenimiento y la renovación de los cultivos, produciendo una reducción en la producción promedio por hectárea hasta alrededor de 650 kilogramos de café pergamino seco, que ha empobrecido a los productores cafeteros. Así mismo durante estos años de violencia armada y narcotráfico se disminuyó a niveles cercanos a cero la inversión estatal Municipal y Departamental en la infraestructura vial, produciendo el deterioro de las vías terciarias con el efecto de aumentar los costos del transporte."

Como medio de reparación material a estas afectaciones se propone en la misma misiva que "…se requiera una inversión en recuperación de las vías terciarias calculado por el Área de Desarrollo Social de este Comité en $28.500.000.000 y se requiere invertir para este año $9.000.000.000 en créditos ($6.000.000 por hectárea) subsidiados para renovar 1.500 hectáreas de café tradicional y envejecido de las 13.000 hectáreas existentes actualmente."

Este gremio económico fue uno de los más afectados con la acción delictiva del Bloque Resistencia Tayrona de las AUC, teniendo en cuenta que esta agrupación ilegal empezó a incursionar hacia la región cafetera de los municipios de Santa Marta y  Ciénaga ubicados en los corregimientos de Minca y sus veredas circunvecinas y los Corregimientos de Siberia, San Pedro y Palmor con sus veredas, todas estas poblaciones ubicadas en la parte alta de la Sierra Nevada de Santa Marta, la arremetida del grupo ilegal a estas zonas empezó aproximadamente a mediados del año 2002 cuando se enfrentaron contra facciones armadas pertenecientes a el XIX Frente de las FARC y el Frente Francisco Javier Castaño del ELN, estos enfrentamientos produjeron desplazamiento de campesinos de sus fincas, abandonando los cultivos de café principalmente y sus pertenencias, además con la penetración paramilitar a estas zonas consolidadas a finales del año 2003 y el establecimiento de bases y campamentos, muchos campesinos fueron despojados de sus fincas tras el señalamiento de haber sido "colaboradores" de la guerrilla que se encontraba asentada en esas regiones, el asesinato y las desapariciones de

campesinos en la región se volvió frecuente a manos de los comandantes paramilitares que se establecieron en cada vereda, también se volvió rutinario el cobro de "vacunas" a los cultivadores donde a cada finca le fijaban una "cuota" dependiendo del área que tuviera y comercializadores del grano a quienes le cobraban $1.000 por bulto de café que sacaran de la región, estas extorsiones eran exigidas como "impuesto" por ejercer la actividad económica.

En el análisis de hechos individualmente cometidos por miembros del Bloque Resistencia Tayrona, encontramos las desapariciones y homicidios de cultivadores, recolectores y comercializadores de café como los casos de **JAIR ANTONIO LOPEZ MAYA**, **GILDARDO VALENCIA VALENCIA**, **DAVID BECERRA PAREDES**, **LUIS MIGUEL BECERRA PAREDES**, **FERNANDO ANTONIO MARTINEZ FUENTES**, **AMPARO MEDINA QUINCHIA**, **LUIS ALFONSO ROCHA SAENZ**, **GILBERTO TATIS QUIROZ**, **WILMER RODRIGUEZ HERNANDEZ**, **LUIS SEGUNDO RODRIGUEZ PEREZ**, **TULIA AVELINA HERNANDEZ**, **EDWIN ALEXANDER LÓPEZ VARGAS**, **LUIS ALBERTO PIZARRO** y **NORBERTO RAFAEL CHIQUILLO JULIO**, existen muchos más ejemplos del exterminio a que fueron sometidos los miembros de esta agremiación que sin razón lógica eran asesinados por señalamientos que se realizaban contra ellos sindicándolos de ser miembros o colaboradores de los grupos guerrilleros que dominaron estas regiones de la Sierra Nevada de Santa Marta desde mediados de la década de los 80`s hasta que salieron de esa región por las acciones de las autoridades y la incursión de las autodefensas en el año 2002 y 2003.

Varias de las victimas relacionadas fueron despojadas de sus tierras y sus cultivos que quedaron en manos de administradores impuestos por el grupo ilegal de autodefensas, algunos casos individuales demuestran esta situación como los esposos **ROCHA SAENZ**, quienes después de haberlos asesinados se apropiaron de su finca, la casa que tenían en la población de Siberia, un vehículo y una tienda, la mayoría de estas propiedades fueron ocupadas por miembros de las autodefensas entre ellos el Comandante **DILIO JOSE ROMERO CONTRERAS**, alias "**COCODRILO**"; de igual manera en la región de San Pedro de la Sierra despojaron a los miembros de la Cooperativa agropecuaria San Carlos de la propiedad de dos fincas conocidas como **SAN CARLOS** y **LA PAZ**, ubicadas en la vereda Camagual, esta acción fue ordenada por **JOSE DANIEL MORA LOPEZ**, alias "**CIENTO UNO**" o "**GUERRERO**", además entregaron la administración de estos predios a un grupo Gnóstico que se encuentra aún hoy día con la posesión de estas tierras y se niegan a regresarlas a sus verdaderos propietarios, también se produjo la desaparición de varios asociados de la cooperativa y el desplazamientos de otro tanto. Casos similares a estos ocurrieron en el Corregimiento de San Pedro de la Sierra con las fincas **LA DILIA**, **SAN ISIDRO**, **LA SEVILLANA**, **LA ISLA**, **EL PLATANAL** y otras más que el grupo de autodefensas les despojó a sus verdaderos propietarios.

Esta situación demuestra el panorama de violencia que se vivió en las poblaciones de San Pedro de la Sierra, Siberia y sus veredas en el Municipio de Ciénaga, situación similar que a la presentada en el corregimiento de Minca, Bonda y sus veredas en el municipio de Santa Marta, donde la mayor parte de sus pobladores se dedican al cultivo y comercialización de café, afiliados en gran proporción al Comité Departamental de Cafeteros del Magdalena, todos estos hechos se presentaron en el periodo comprendido entre el año 2002 y el finales del 2005 cuando el **BLOQUE RESISTENCIA TAYRONA** hacía presencia en estas poblaciones, la afectación colectiva sufrida por los pobladores de esta región y por el gremio cafetero es notoria e incuestionable, la falta de inversión social por parte de los entes territoriales fue una constante lo que se nota en la deficiente prestación de servicios públicos, donde la mayoría de las veredas cuentan con acueductos rudimentarios e

insuficientes como el caso de San Pedro y San Javier o peor aún no tiene acueducto como en el corregimiento de Siberia, similar situación se presenta con el fluido eléctrico que solo llega hasta algunas veredas, no existe un manejo adecuado de las basuras y residuos sólidos, ni tampoco una optima prestación de los servicios de salud y educación, las vías de acceso son destapadas y difícilmente transitadas por la falta de mantenimiento, toda esta situación refleja el abandono estatal que los pobladores y el gremio cafetero atribuyen como parte del daño sufrido por la acción de los grupos armados ilegales que durante décadas han incursionado en esta región, haciéndola inaccesible para los funcionarios estatales de las entidades encargadas de llevar a cabo las obras necesarias para mejorar sus condiciones de vida.

- **BANANEROS**: Con el propósito de indagar sobre los daños colectivos que pudieron haber sufrido los asociados de este gremio económico se ubicaron las asociaciones que agremian al mayor número de propietarios de fincas bananeras en las regiones donde hacia presencia el Bloque Resistencia Tayrona, de esta manera se visitó la oficina de la Asociación de Bananeros de Colombia **"AUGURA"**, y se entrevistó al doctor **ROBERTO HOYOS RUIZ** Presidente de esta asociación, también  se oficó a la doctora **MARGARITA PATRICIA DIAZ HAMBURGER**, Directora Ejecutiva de la Asociación de Bananeros del Magdalena **"ASBAMA"**,  con el propósito que se  informara sobre los daños colectivos que pudo haber sufrido la asociación y en general el gremio económico dedicado a la producción y comercialización de Banano en la región en que hacia presencia el Bloque Resistencia Tayrona, sin obtener respuesta alguna al respecto.

A pesar de la poca información obtenida de parte de las agremiaciones de bananeros, se indagó por los daños colectivos sufridos por este renglón económico, estableciéndose que una de las mayores afectaciones fueron las "vacunas" o extorsiones impuestas por el grupo paramilitar a los propietarios de las fincas bananeras del Corregimiento de Guachaca en el municipio de Santa Marta, así quedó registrado en la diligencia de versión libre de fecha 14 de junio de 2007 rendida por el postulado **NODIER GIRALDO GIRALDO** alias "**JOTA"** o "**CABEZÓN"**, quien se desempeñó como Comandante Financiero del Bloque Resistencia Tayrona desde el año 1998 hasta su desmovilización el 3 de febrero del año 2006, este postulado manifestó que entre los años 2002 y 2005, después de la fusión con el **BLOQUE NORTE** y por orden de **RODRIGO TOVAR PUPO** alias "**JORGE CUARENTA"** se empezaron a realizar cobros de "impuestos" a todos los gremios económicos que ejercían sus actividades en las zonas dominadas por el **BLOQUE RESISTENCIA TAYRONA**, las empresas bananeras relacionadas por el postulado como víctimas de estas extorsiones fueron **FRUTESA** en donde se entendían con el señor **AUGUSTO DUPLAT TROCONIS**, C.I. **LA SAMARIA** del grupo **DABBON** cuyo gerente es **MANUEL ZAPATA**, finca **CASUMA** de propiedad de **MAURICIO VIVES**, finca **PARAISO** de **ALVARO DANIES LACOUTURE**, C.I. **PROBAN** que tienen las fincas **LAS DIVAS 1,2,3,4,5** el administrador es **ALBERTO TOVAR**, estas fincas aportaron entre el año 2002 y 2005 $1.300.000.000 (mil trescientos millones de pesos).

Con esta confesión queda claro que el daño producido al gremio bananero fue considerable y costoso para los intereses económicos de sus asociados al igual que repercutió en el desestimulo de nuevos inversionistas en este negocio, además de las amenazas, desplazamientos, homicidios y desapariciones a que fueron sometidos los empleados y administradores de estas fincas, ejemplos de estos hechos tenemos los homicidios de **HOLMAN ENRIQUE ARIAS MENDOZA** empleado de la finca La Diva 3, **LUIS NORBERTO JIMENEZ MONTERO** trabajador de las bananeras, **JHONYS MANUEL PEÑALOZA MERCADO** empleado de la finca Cancún, estos casos fueron reiterativos en esta región donde

las personas por temor no denunciaban los crímenes cometidos por el grupo ilegal; de igual manera varias bananeras fueron tomadas por miembros de los grupos de autodefensas como "cementerios" clandestinos donde sepultaban a las personas que eran asesinadas en la región, tal es el caso de la Finca Hamburgo ubicada en la vereda Puerto Nuevo corregimiento de Guachaca donde se han realizado varias diligencias de exhumación por parte de los fiscales de la Unidad de Justicia y Paz, durante estas diligencias se logró recuperar los restos de **OCTAVIO AGAMEZ MALO** y **RACHID DIAZ PEREZ, ALBERTO HERRERA SERNA** y un **NN** de sexo masculino.

Todas las circunstancias referenciadas reflejan los daños producidos por el grupo ilegal de autodefensas **BLOQUE RESISTENCIA TAYRONA** contra el gremio Bananero que ejerce sus actividades económicas especialmente en el corregimiento de Guachaca, donde fueron sometidos a pagar extorsiones y a cumplir todas las exigencias del grupo ilegal.

- **MEDIO AMBIENTE Y PARQUES NATURALES**: Se solicitó información a los Administradores del Parque Nacional Natural Tayrona y Sierra Nevada de Santa Marta, doctores **GUSTAVO SANCHEZ HERRERA** y **GABRIEL TIRADO MUÑOZ**, sobre los daños colectivos que se hayan podido generar por las acciones de las autodefensas que delinquían en el área de Parques, el primero respondió que "…dentro del área que delimita el Parque Nacional Natural Tayrona no existen asentamientos indígenas, a pesar de que existe una zona de manejo definida como zona de recreación general exterior. La cual se puede definir que no ha sufrido alteración alguna, salvo algunos casos aislados de guaquería por personas no determinadas". El segundo dijo "…el Parque Nacional Natural Sierra Nevada de Santa Marta no ha adelantado análisis, estudios o investigaciones sobre la afectación que haya podido generar grupos armados ilegales a la población o al ambiente en el área protegida.."

En tanto la Corporación Autónoma Regional del Magdalena "**CORPAMAG",** respondió que no poseen información sobre daños que se hayan podido ocasionar al medio ambiente en los sectores de Minca, Bonda y Guachaca por el accionar delictivo del Bloque Resistencia Tayrona de las AUC, también afirman en su respuesta "(…) vale la pena señalar que se tuvo conocimiento que este tipo de grupos se atribuyeron responsabilidades del Estado sancionando o castigando personas que cometieran hechos delictivos contra los recursos naturales renovables en la región."

Sobre este tópico en las áreas donde hacia presencia el **BLOQUE RESISTENCIA TAYRONA** se ha podido conocer que en el año 2004 los cultivos de coca en la Sierra Nevada de Santa Marta ocupaban 706 hectáreas según lo consignado en el informe de la oficina contra la droga y el delito de las Naciones Unidas (ODC) "Colombia, censo de cultivos de coca", como ya se ha podido establecer gran parte de las fuentes de financiación de este grupo de autodefensas provenían del negocio del narcotráfico por tanto el incremento de los cultivos de coca que genera a su vez la deforestación de bosques en áreas pertenecientes a las reservas naturales fueron ocasionados por el accionar delictivo del Bloque Resistencia Tayrona en la Sierra Nevada de Santa Marta, de igual manera las aspersiones aéreas que durante un tiempo se realizaron en zonas del Parque Tayrona y Sierra Nevada como forma de combatir los cultivos ilícitos en estos lugares también generó un daño incalculable al ecosistema de esta región; además de los vertimientos indiscriminados de químicos utilizados para el procesamiento de alcaloides a los afluentes hídricos de esta región, produciendo la contaminación de las aguas y la muerte de animales y plantas adyacente a estos lugares.

Este panorama general muestra como el negocio ilegal del narcotráfico del cual se lucraba el Bloque Resistencia Tayrona de las AUC generó un daño ambiental incalculable en las zonas de reserva ecológica y forestal de la Sierra Nevada de Santa Marta, por la deforestación de amplias zonas de bosques para darle paso a los cultivos ilegales de coca por parte de campesinos que eran apoyados por el grupo ilegal, además la utilización indiscriminada y rudimentaria de químicos altamente contaminantes en el procesamiento de los alcaloides en los laboratorios rudimentarios que eran instalados en las estribaciones de la Sierra Nevada de Santa Marta; todo lo anterior generó sin lugar a dudas una afectación colectiva sobre el medio ambiente de esta región.

Además del daño ambiental producido en la región donde hacia presencia el Bloque resistencia Tayrona, también se han presentado homicidios contra funcionarios y colaboradores del Parque Nacional Natural Tayrona, tal y como lo señala el documento **"PANORAMA DE RIESGO EN LA TERRITORIAL COSTA ATLÁNTICA"** de la Unidad de Parques Nacionales Naturales, donde se manifiesta lo siguiente:

"La historia del PNN Tayrona respecto a riesgo público se remonta desde su creación, inicia con la problemática de la tenencia de la tierra, las cuales eran reclamadas por familias de poder económico, social y político de la ciudad de Santa Marta, quienes han procurado por todos los medios para regentar su propiedad y establecer desarrollos económicos contrarios a la misión y visión del Sistema de Parques Nacionales Naturales, continua con la guaquería en todo su territorio en especial en los sectores de Bahía Concha, Gayraca, Neguanje, Cinto y en especial el área arqueológica de Pueblito y Palmarito; en los años 72 y 73, la presión de Control y Protección del Tayrona cuyo objetivo en su prioridad era el control de la guaquería, para conservar el patrimonio cultural; presión que costó la vida de los guardabosques de Pueblito: el señor **CANO** y al señor **CHIMÁ** en el Mercado Público de Santa Marta, epicentro de la comercialización del producto de guaquería. Ya en esta época se inicia en el furor de la marihuana y sectores como Concha, Neguanje, Cinto y Arrecifes son utilizados como puertos para la salida a los mercados de EE. UU., experiencias adquiridas anteriormente con el contrabando de café.

Este período de la bonanza marimbera incrementa los procesos de colonización en los parques Tayrona y Sierra Nevada, estableciendo cultivos en el área de amortiguación de los sectores Cinto y Neguanje. Ocurriendo a mediados de las décadas 70 al 80 asesinatos a funcionarios como **JUAN ALTAMAR** en el puesto de Control y Vigilancia del Cedro y a mediados del 90 el asesinato del Jefe de Programa del PNN Tayrona Biólogo **HECTOR VARGAS** y heridos a dos operarios, de los cuales el señor **AMARIS** quedó discapacitado para toda su vida, sin obtener hasta la presente beneficio de indemnización. A mediados del año 1999 fue asesinado el contratista **ALEX BARBOSA** en el sector de Palangana"

Además de las victimas citadas en este documento también se tienen documentados los homicidios de **JORGE HUMBERTO HIGUERA OCAMPO** propietario del balneario Paraíso ubicado en las playas de Arrecife dentro de los límites del Parque Nacional Natural Tayrona; igualmente el homicidio de la Directora del Parque Tayrona **MARTHA LUCIA HERNANDEZ TURRIAGO** ocurrido el 29 de enero de 2004.

Estas situaciones generaron entre los empleados, funcionarios y trabajadores del Parque Tayrona una angustia y temor permanente por las acciones que el grupo ilegal cometía contra sus colegas y compañeros, reflejándose en la falta de control

ambiental e institucional en el área que corresponde al Parque Natural por temor a represalias.

- **TURISMO**: En cuanto a los daños colectivos que pudieren haber afectado el reglón del turismo en la ciudad de Santa Marta, por el accionar delictivo del **BLOQUE RESISTENCIA TAYRONA**, el doctor **OMAR HERNAN GARCIA SILVA** presidente de COTELCO en la ciudad de Santa Marta y Decano de la Facultad de Turismo de la Universidad del Magdalena, manifestó que este gremio se vio altamente perjudicado por las acciones del grupo de autodefensas, es así como el bloqueo que se produjo a principios del año 2002 por parte de los campesinos que se desplazaron desde las partes altas de la Sierra Nevada de Santa Marta y se instalaron en la carretera Troncal del Caribe impidiendo el paso de vehículos entre los Departamentos de Magdalena y la Guajira durante aproximadamente dos meses, terminó afectando la campaña de promoción turística que adelantó COTELCO y otras entidades del sector turístico en ciudades venezolanas para atraer a los turistas de ese país a visitar los atractivos turísticos de la ciudad de Santa Marta, esto generó la cancelación de las reservas hoteleras y los tours que se habían contratado para visitar la ciudad, las pérdidas económicas por esta acción no han sido calculadas pero seguramente se trata de valores millonarios los que se dejaron de percibir.

De igual manera los atentados terroristas perpetrados contra varios hoteles de la ciudad a finales del año 2002 también causaron un impacto negativo en el sector, debido a que la destrucción total del hotel **LUMAR** ocurrida el 20 de noviembre de 2002, varios petardos instalados en otras edificaciones y la Bomba contra el Hotel **SANTAMAR**, dieron al traste con las intenciones de recuperación que tenía el sector turístico después de la difícil situación que habían pasado a principio de año. Todas estas acciones unidas además con el cobro de extorsiones tal y como lo confesó el postulado **NODIER GIRALDO GIRALDO** quien se desempeñaba como Comandante financiero del grupo ilegal, en diligencia de versión libre de fecha 15 de junio de 2007.

Es notorio y demostrable que el sector turístico fue uno de los más golpeados por la acción delictiva del grupo de autodefensas, quienes con sus acciones impidieron el desarrollo de proyectos turísticos de gran envergadura y por el contrario generaron grandes pérdidas económicas a este sector económico.

Revelaciones de JOSE GELVES ALBARRACION en concesión del PNN TAYRONA.

**COMUNIDADES INDIGENAS**. Respecto a los daños colectivos que pudieron haber sufrido las comunidades indígenas que habitan la Sierra Nevada de Santa Marta, los señores investigadores visitaron las Oficinas de la Organización Indígena GONAWINDUA, que reúne a las comunidades indígenas KOGUI-MALAYO-ARHUACO, en donde se entrevistaron con el señor **JOSE DE LOS SANTOS SAUNA,** Cabildo Gobernador de dicha organización y con **JULIO MARINO BARRAGAN PARDO** funcionario también de dicha organización, quienes dieron a conocer los daños colectivos que sufrieron por parte de la acción de los grupos ilegales de autodefensas que han delinquido en el área del resguardo indígena, manifestando lo siguiente:

Sus tradiciones y costumbres se han conservado pese a las constantes intromisiones de los grupos ilegales armados al margen de la ley e inclusive las acciones perpetradas por los grupos de autodefensas ha desestabilizado grandemente la organización indígena sobre todo en sus proyectos de ampliación del resguardo y de recuperación de las tierras que tradicionalmente les pertenecen

y que en la actualidad son ocupadas por colonos que han venido apoyados por los grupos de autodefensas. En este tema del manejo y recuperación de las tierras indígenas las acciones del Bloque Resistencia Tayrona han afectado grandemente a las comunidades con el homicidio del indígena **ADALBERTO VILLAFAÑE** en el año 1997 se inició una labor de exterminio contra las personas que luchaban por llevar a cabo el proyecto de ampliación del resguardo, siguió con el homicidio del indigenista **GENTIL CRUZ PATIÑO** en el año 2004 quien laboraba para una ONG Francesa que adelantaba apoyo para la compra de tierras a los colonos y la entrega de las mismas a las comunidades indígenas, continuó con el homicidio del indígena **PEDRO PINTO ZARABATA** en el año 2005 en la vereda Quebrada Andrea corregimiento de Palomino en La Guajira este hecho se le atribuye a miembros del Frente Contrainsurgencia Wayüü del Bloque Norte de las AUC, sin embargo, marca el final del proyecto de ampliación del resguardo debido a que ha sido prácticamente imposible para la Organización Indígena recuperarse de esta perdida y menos aún conseguir otra persona que continúe con la labor que venía desempeñando el señor **PINTO ZARABATA**.

Otra de las afectaciones graves contra las costumbres, la cultura y la integridad de los nativos, fueron las amenazas que desde el año 2002 y hasta el 2005 fueron hechas contra los **MAMUS** y **CABILDOS** indígenas para que no se atrevieran a subir a la Sierra Nevada de Santa Marta so pena de ser asesinados por los grupos de autodefensas que ocupaban esta región, en particular se amenazó al Cabildo **ARREGOCES CONCHACALA** y en varias oportunidades hubo amenazas de bomba contra la sede de Gonawindua en Santa Marta, por estos hechos se interpusieron las respectivas denuncias, sin embargo, toda esta situación causó una alteración en las tradiciones y rituales de las comunidades indígenas por la ausencia de sus líderes en los lugares sagrados, unido a esto los proyectos que se iban a ejecutar en territorio indígena para mejorar sus condiciones de vida no se pudieron llevar a cabo.

De igual manera se presentaron desplazamientos por las incursiones armadas de los grupos ilegales en los asentamientos indígenas, tal y como sucedió a principios del año 2002 cuando se presentaron enfrentamientos entre las facciones paramilitares pertenecientes a la Autodefensas Campesinas del Magdalena y La Guajira ACMG y miembros del Bloque Norte de las AUC, por causa de estos combates se vieron obligados a desplazarse aproximadamente 180 indígenas que vivían en el asentamiento indígena Wiwa "El Encanto" quienes permanecieron por aproximadamente tres meses refugiados en la casa indígena de Santa Marta donde fueron atendidos por entidades humanitarias, este hecho causó un gran trauma en esta comunidad por cuando no era su habitad natural, además de las condiciones de hacinamiento a que se vieron sometidos.

Los grupos paramilitares impedían el ingreso de comida y medicamentos a las partes altas de la Sierra Nevada de Santa Marta desde el año 2002 y hasta el año 2005, lo que produjo la proliferación de enfermedades así como la falta de vacunación de los menores indígenas que habitaban la región, además de los padecimientos producidos por la falta de alimentos, estas circunstancias han afectado notablemente como colectivo a las indígenas que habitantes ancestrales de la Sierra Nevada de Santa Marta.

En el año 2004 en la Sierra Nevada de Santa Marta se perdió la mayor parte de la cosecha de café que producen los indígenas, debido a que los paramilitares impusieron el cobro de "vacunas" en  "peajes" que ejercían el control en la comercialización del café que era bajado a la ciudad de Santa Marta, es así como los indígenas perdieron aproximadamente 80.000 kilos de café pergamino, que es

su medio de subsistencia económico y que representa para ellos la independencia que como pueblo autosuficiente quieren tener.

Solo hasta el año 2005 se empezaron a normalizar las situaciones que venían afectando a los indígenas que habitan la Sierra Nevada de Santa Marta en la vertiente Norte, cuando una comisión integradas por los Mamus y Comisarios koguis y de la Junta Directiva del Resguardo Kogui-Malayo-Arhuaco y de la Organización Gonawindua Tayrona, convocaron una movilización humanitaria hasta la vereda Pueblo Viejo en la Sierra Nevada de Santa Marta, que contó con el apoyo y presencia de representantes de varias agencias del Sistema de la Naciones Unidas como ACNUR, OCHA, y ODC y representando al PNUD se delegó a ACNUR. También hubo representantes del Programa por la Paz y el Coordinador para la Sierra Nevada del Programa Presidencial de Derechos Humanos. También participaron delegados de la Defensoría del Pueblo del Magdalena, de la Guajira y del Cesar. Igualmente, participaron representantes de la Organización Wiwa Yugumaiun Bunkwanarrwa Tayrona y de la Organización Indígena Kankwama; de esta manera se empezó a ganar el espacio perdido por la acción de los grupos de autodefensas quienes habían desplazado la autoridad tradicional de los pueblos indígenas de la Sierra Nevada de Santa Marta.

En la obra titulada "**Los Derechos Humanos y los Derechos Fundamentales de los Pueblos Indígenas de la Sierra Nevada de Santa Marta**", la cual fue realizada por el Resguardo Arhuaco Sierra Nevada de Santa Marta jurisdicción del Departamento del Magdalena con el auspicio de la Gobernación del Magdalena, Ministerio del Interior y de Justicia y PNUD, el Capitulo 1 de este texto hace referencia al "**Efecto del Conflicto Armado en los Pueblos Indígenas**" las afectaciones generales que ha padecido la población indígena de la Sierra Nevada de Santa Marta por el accionar de los grupos armados ilegales, señalando los siguientes puntos que se transcriben de manera textual:

- "**Suplantación y desconocimiento de las autoridades indígenas**: La presencia de los grupos ilegales al interior de nuestros territorios y dentro de las comunidades ha tenido como principal consecuencia desconocer y suplantar a las autoridades tradicionales, los mamu y cabildos como representantes legales de los pueblos y de las organizaciones ante el Estado. En términos generales, esta consecuencia apunta hacia la pérdida de uno de los principales propósitos de las luchas de nuestras organizaciones y de nuestros pueblos, es decir, alcanzar la autonomía de nuestras autoridades en el control y ejercicio del poder en todo el territorio tradicional y al interior de nuestras comunidades (…)
- **Robo y expropiación de alimentos**: (…) esta situación ha llevado a que en muchas de nuestras comunidades se viva una crisis alimentaria, pues no solo los grupos armados que se encuentran en los alrededores de nuestras comunidades toman para sí nuestros productos, sino que aquellos que controlan la parte baja impiden la subida de alimentos, tanto lo que se logra adquirir en los centros urbanos adyacentes a la Sierra, como los que son donados por diversas instituciones. Incluso, aquellos alimentos que forman parte de los programas y ayudas a los centros escolares y a los puestos de salud, son decomisados bajo el argumento de que estos alimentos terminaran en manos del bando contrario. De esta manera, no solo la supervivencia cultural está en riesgo, sino también la supervivencia física de nuestras poblaciones.
- **Violación de nuestros sitios sagrados**: (…) por lo general son sitios ubicados en pequeñas colinas desde donde se puede tener una buena visibilidad sobre los alrededores, de ahí que sean usados con frecuencia por parte de los grupos armados para establecer sus campamentos con las terribles consecuencias espirituales que conlleva este comportamiento, pues las piedras sagradas son removidas o usadas como fogones, alrededor se hacen las necesidades

fisiológicas, es decir los sitios son violados en su totalidad. Igualmente, alrededor de nuestros asentamientos se han establecidos en varias ocasiones campamentos de los diversos grupos armados, lo mismo que de las fuerzas militares, poniendo en grave riesgo a nuestras poblaciones. (…) La perdida de estos objetos implica la pérdida del poder por parte de nuestras autoridades con las graves consecuencias que esto representa para el control de nuestras comunidades y de nuestra cultura.

- **Obstaculización de la prestación de servicios de salud**: El conflicto armado en la Sierra Nevada ha generado un grave problema en la prestación de los servicios de salud al interior de nuestras comunidades. Las primeras personas amenazadas por los diferentes grupos armados, han sido precisamente, los promotores y auxiliares de salud indígenas y los equipos médicos que periódicamente suben a cada asentamiento a prestar los servicios. Las IPS indígenas, encargadas de esta labor han sido las directamente afectadas, a parte de la misma población. Violando el derecho fundamental a la vida, una de las primeras acciones que hacen los grupos armados al llegar a nuestras comunidades es saquear los puestos de salud, dejando sin los implementos y las medicinas a la población.

- **Perturbación del orden cotidiano**: (…) la presencia de gente armada en las reuniones es causante de un fuerte temor para tratar con libertad los temas que solamente le conciernen a los indígenas. Esta perturbación del orden, también se evidencia en la obstaculización y la prohibición al libre desplazamiento de nuestra gente tanto al interior como hacia afuera del territorio, ante la suposición de que delatemos el accionar de uno u otros grupos ilegales armados que se han tomado nuestro territorio. Esta práctica lesiona fuertemente nuestra tarea como indígenas, pues una de nuestras misiones cotidianas consisten en trasladarnos a aquellos sitios sagrados a donde, por mandato del mamo, debemos realizar nuestras prácticas tradicionales espirituales.

- **Reclutamiento de jóvenes**: tal vez uno de los problemas que a futuro genere la presencia de la guerra dentro de nuestro, sea el reclutamiento en las filas de los grupos armados ilegales de algunos jóvenes, hombres y mujeres en sus filas. Usualmente los jóvenes que se han incorporado a los grupos armados son aquellos que han infringido la ley tradicional o algunas normas de convivencias en nuestras comunidades y desobedecen los mandatos de nuestras autoridades y para no cumplir la sanción a la que haya sido sometido huyen de nuestras comunidades y se enrolan en las filas de los grupos armados quienes los reciben.

-
  De esta manera estos grupos desconocen por completo nuestra autonomía y el ejercicio de la justicia propia entre nuestros miembros (…)"

10. **Individualización, identificación y postulación de los once ex integrantes del desmovilizado Bloque Resistencia Tayrona,** destinatarios de la formulación de cargos en la Audiencia Concentrada, imputados dentro de los patrones de macro-criminalidad en audiencia preliminar celebrada ante el Magistrado de control de garantías de Barranquilla, e igualmente afectados con medida de aseguramiento de detención preventiva :

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 52

**1. HERNAN GIRALDO SERNA – MIEMBRO REPRESENTANTE DEL GRUPO**



ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 53

## 2. JOSE DEL CARMEN GELVES ALBARRACIN – COMANDANTE POLITICO



**SINOPSIS PERTENENCIA AL GRUPO**

- NACIDO EL 10 DE JULIO DE 1964 EN SALENTO- QUINDIO
- 1985 A 1989: SUBOFICIAL DEL EJERCITO
- 2000 AL 2001: TRABAJA EN LA REGISTRADURIA NACIONAL DEL ESTADO CIVIL
- 2001: ALCALDIA DISTRITA – SECRETARIA DE HACIENDA
- INICIOS 2003: FUNCIONARIO DEL INSTITUTO DISTRITAL PARA LA FORMACION DEPORTIVA – REUNION CON HERNAN GIRALDO EN UNA FINCA DE LA VERADA LOS COCOS
- MARZO DE 2003 : NOMBRADO COMANDANTE POLITICO DEL  FRENTE RESISTENCIA TAYRONA
- 2005: COMANDANTE POLITICO DEL  BLOQUE RESISTENCIA TAYRONA

### 3. NODIER GIRALDO GIRALDO – COMANDANTE FINACIERO



TIEMPO DE PERMANENCIA DEL POSTULADO EN EL GAOML

NODIER GIRALDO GIRALDO
«CABEZON , J»
COMANDANTE FINANCIERO

Creación grupo 1982

AUTODEFENSAS CAMPESINAS DEL MAMEY

1995

1996

ACMG

MARZO DE 2002

FRT

JUL LIO DE 2005

BRT

Desmovilización 3-02-2006

#### SINOPSIS  PERTENENCIA AL GRUPO

- NACIDO EL 28 DE MAYO DE 1980
- 1996: INGRESO AL GRUPO SIENDO MENOR DE EDAD
- 1996: ENTREGA DE VIVERES PARA EL GRUPO Y DE INFORMACION PARA HERNANN GIRALDO
- 1998: VINCULACION A LA PARTE FINANCIERA DEL GRUPO
- OCTUBRE DE 2001: DETENIDO EN EL SECTOR DE BURITACA
- 2002: COMANDANTE  FINANCIERA FRENTE RESISTECIA TAYRONA
- 2005: COMANDANTE FINANCIERO BLOQUE RESISTENCIA TAYRONA
- 13 DE MAYO DE 2008: EXTRADITADO A LOS ESTADOS UNIDOS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 55

## 4. CARMEN RINCON – COMANDANTE FINANCIERA – ZONA MERCADO PUBLICO – SANTA MARTA



**SINOPSIS PERTENENCIA AL GRUPO**

- NACIDA EL 6 DE OCTUBRE DE 1956
- 1990: INGRESO AL GRUPO – PARTE FINANCIERA
- 1995: VINCULACION A LAS CONVIVIR – CONSERVAR
- 1998: CENSO DE COMERCIANTES.
- 1998: REUNION EN LA VEREDA EL MAMEY CON HERNAN GIRALDO Y LOS COMERCIANTE PARA EXIGENCIAS ECONOMICAS – MERCADO PUBLICO
- COMANDANTE FINANCIERA – VIGILANTES DEL MERCADO
- FINALES DE DICIEMBRE DE 2001: ENTREGA A WILSON GIRALDO DELA LIBRETA DEL CENSO
- MARZO DE 2002: ENCARGADA DE LOS ENFERMOS
- 8 DE ABRIL DE 2003: CAPTURADA POR CONCIERTO PARA DELINQUIR
- 12 DE DICIEMBRE DE 2003: FUGA DE LA CARCEL DEL BUEN PASTOR DE LA CIUDAD DE BARRANQUILLA.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 56

## 5. NORBERTO QUIROGA POVEDA – 2DO COMANDANTE MILITAR



### SINOPSIS  PERTENENCIA AL GRUPO

- NACIDO EL 27 DE JUNIO DE 1978 EN SANTA MARTA - MAGDALENA
- 1996 : INGRESO AL GRUPO SIENDO MENOR DE EDAD
- 1996 –  A JUNIO DE 1998 : PRESTA SERVICIO MILITAR
- JUNIO DE 1998: RETORNA AL GRUPO – COMANDANTE DE ESCUADRA – QUEBRADA DEL SOL Y MACHETE PELAO
- OCTUBRE 1999: CAPACITACION QUEBRADA DEL SOL – COMANDANTE NELSON
- ENERO DE 2000: QUEBRADA DEL SOL, MACHETE PELA, CASA E TABLA, QUEBRADA DEL PLATANO Y RIO MOLINO.
- JUNIO DE 2000: ENVIADO A LA GUAJIRA COMO SEGUNDO AL MANDO DE TOLIMA. MOVIL 38
- ENERO DE 2001: CAPACITACION EN LA ESCUELA DE COMANDOS «CORAZON», EN CRISTALES – ANTIOQUIA; LLEGA COMO INSTRUCCTOR
- SEPTIEMBRE DE 2001: COMANDANTE DEL GRUPO MOVIL 8 EN RIO PIEDRA – RELEVÓ A MONO E LECHE; INJERENCIA ENTRE CALABAZO Y EL RIO MINCA.
- MARZO 2002: COMANDANTE DE COTRA GUERRILLA, AL MANDO DE CAUCASIA – EL CAMPANO
- JUNIO DE 2002: EXPANSION A SIBERIA ( CIENAGA)
- SEPTIEMBRE DE 2003: REUNION CON VICENTE CASTAÑO, SALVATORE MANCUSO Y RODRIGO TOVA ( VEREDA COREA)
- DICIEMBRE DE 2003: EXPANSION A SAN PEDRO DE LA SIERRA ( CIENAGA).
- FEBRERO DE 2004: ASUME MANDO DE PALOMINO A RIO PIEDRA.
- JUNIO 2005: SEGUNDO COMANDANTE MILITAR DEL  BLOQUE RESISTENCIA TAYRONA
- 12 DE MARZO DE 2007: CAPTURADO EN MEDELLIN

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 57

### 6. DANIEL GIRALDO CONTRERAS – COMANDANTE DE ZONA - GUACHACA – SEGURIDAD DE HERNAN GIRALDO



SINOPSIS PERTENENCIA AL GRUPO

- NACIDO EL 10 DE MARZO DE 1982 EN SANTA MARTA - MAGDALENA
- 1 DE NOVIEMBRE DE 1 997 : INGRESO AL GRUPO SIENDO MENOR DE EDAD
- 1998: PATRULLAJE CON NORBERTO QUIROGA POVEDA – BASE LA ESTRELLA, COMPAÑÍA MOVIL
- OCTUBRE 1999: CAPACITACION QUEBRADA DEL SOL – COMANDANTE NELSON
- ENERO DE 2000: GUERRA CON LOS ROJAS, SEGUNDA ESCUADRA AL MANDO DE SANGRE E YUCA
- FEBRERO DE 2000: PATRULLERO COMPAÑÍA MOVIL 38, COMANDADTE TOLIMA SEGUNDO BETO QUIROGA
- ENERO DE 2001: CAPACITACION EN LA ESCUELADE COMANDOS «CORAZON», EN CRISTALES – ANTIOQUIA;
- MARZO 2001 : COMANDANTE DE ZONA Y SEGURIDAD DE HERNAN GIRALDO SERNA, VEREDAS, ORINOCO, BOQUERON, CALABAZO Y LIMITES CON EL ENCANTO.
- 2003: BASE QUEBRADA DEL SOL.
- 2004: COMANDANTE COMPAÑIA ALEJANDRINO ALVAREZ
- 2004: COMANDANTE BASE DON DIEGO
- JUNIO DE 2004: COMANDANTE DE ZONA

## 7. EDUARDO ENRIQUE VENGOECHEA MOLA – COMANDANTE PARTE BAJA TRONCAL CEL CARIBE – CUACHACA



SINOPSIS  PERTENENCIA AL GRUPO

- NACIDO EL 19 DE SEPTIEMBRE DE 1967 – SANTA MARTA
- 1996: RETIRO DE LA POLICIA NACION – GRUPO UNASE
- JUNIO DE 1996: INGRESO ACTIVO  AL GRUPO LOS ROJAS
- 1998: CAPTURA POR PORTE ILEGAL DE ARMA
- 16 DE SEPTIEMBRE DE 1999: SE FUGA DE LA CARCEL RODRIGO DE BASTIDAS EN SANTA MARTA – ADAN ROJAS, ELISE BELTRAN Y MARIO SILVA
- ENERO DE  2000: INGRESA A LAS ACMG DE HERNAN GIRALDO SERNA COMO PATRULLERO – ENTREGA 28 FUSILES AK 47 Y QUEDA BAJO EL MANDO DE JAIRO MUSSO
-  16 DE JUNIO DE 2003: ASUME COMO COMANDANTE MILITAR DE LA URBANA DE LA TRONCAL DEL CARIBE
- 25 DE NOVIEMBRE DE 2004: CAPTURA POR LA POLICIA
- 13 DE MAYO DE 2008: EXTRADITADO A LOS ESTADOS UNIDOS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 59

## 8. JOSE DANIEL MORA LOPEZ – COMANDANTE DE ZONA – SAN PEDRO DE LA SIERRA



TIEMPO DE PERMANENCIA DEL POSTULADO EN EL GAOML

JOSE DANIEL MORA L.
«66, GUERRERO»
COMANDANTE COMPAÑIA

Creación grupo 1982

AUTODEFENSAS CAMPESINAS DEL MAMEY

1995

ACMG

MARZO DE 2002
JUL. 2002

FRT

JULIO DE 2005

BRT

Desmovilización 3-02-2006

### SINOPSIS PERTENENCIA AL GRUPO

- NACIDO EL 15 DE SEPTIEMBRE DE 1973 EN TURBO - ANTIOQUIA
- JULIO DE 2000: INGRESO COMO PATRULLERO EN FRENTE HEROES DE LOS MONTES DE MARIA – BLOQUE NORTE AL MANDO DE LUIS ROBLES MENDOZA ALIAS AMURY
- NOVIEMBRE DE 2000: ES NOMBRADO COMANDANTE DE ESCUADRA EN FRENTE HEROES DE LOS MONTES DE MARIA – BLOQUE NORTE
- SEPTIEMBRE DE 2001: ENVIADO A REALIZAR CURSO EN LA ESCUELA DE LOS CRITALES EN MEDELLIN - ANTIOQUIA
- MARZO DE 2002: INGRESA AL FRENTE RESISTENCIA TAYRONA, COMO 2DO. COMANDANTE AL MANDO DE JUAN HIPOLITO MEJIA– ALIAS CAUCASIA
- DICIEMBRE DE DE 2003: NOMBRADO COMANDANTE DE COMPAÑIA EN LA VEREDA KENEDY – SAN PEDRO DE LA SIERRA.
- 12 DE MARZO DE 2007: CAPTURADO EN MEDELLIN

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 60

### 9. AFRANIO MANUEL REYES MARTINEZ – COMANDANTE DE LIMPIEZA – COMANDANTE ZONA – CHIMBORAZO



SINOPSIS PERTENENCIA AL GRUPO

- 11 DE ENERO DE 1978: NACE EN VALENCIA - CORDOBA
- 1998: TERMINA SERVICIO MILITAR – VIAJA A URABA – INGRESA A ESCUELA DE LAS AUC DE LA VERADA LA 35 – SAN PEDRO DE URABA
- INICIOS DE 1999: INGRESA AL BLOQUE METRO DE MEDELLIN, BAJO EL MANDO DE ALIAS DOBLE CERO
- NOVIEMBRE DE 2000: SE INCORPORA AL FRENTE HEROES DE LOS MONTES DE MARIA, BAJO EL MANDO DE LUIS ROBLES, ALIAS AMAURY
- FINALES DEL 2001: ENVIADO A COMBATIR AL GRUPO DE HERNAN GIRALDO
- 1 DE ENERO DE 2002: ASCENDIDO A SEGUNDO COMANDANTE DE ALIAS OMAR
- 28 DE FEBRERO DE 2002: ASCENDIDO A COMANDANTE MILITAR DEL AREA DE QUEBRADA DEL SOL Y MACHETE PELAO
- 2002: NOMBRADO COMANDANTE DE COMPAÑÍA EN EL SECTOR DE PARRANDA SECA – HEROES DE PARRANDA SECA
- 2003: «DESIGNADO COMANDANTE DE LIMPIEZA» - APLICACIÓN DEL REGIMEN INTERNO DEL GRUPO

- **Concierto para delinquir**

Además de los patrones y sus delitos conexos, al postulado   AFRANIO MANUEL FREYES MARTINEZ, se le formulará el cargo de concierto para delinquir agravado, que fuera imputado por primera vez en la pasada audiencia preliminar de formulación de imputación.

## 10. ADAN ROJAS MENDOZA – COMANDANTE URBANO FRENTE RESISTENCIA TAYRONA – SANTA MARTA



TIEMPO DE PERMANENCIA DEL POSTULADO EN EL GAOML

### SINOPSIS PERTENENCIA AL GRUPO

- NACIDO EL 26 DE SEPTIEMBRE DE 1971 EN CIENAGA - MAGDALENA
- FINALES DE 1989: TERMINA BACHILLERATO E INGRESA AL GRUPO COMANDADO POR SU PADRE
- 16 DE DICIEMBRE DE 1989: COMETE EL HOMICIDIO DE ADOLFO LEON CAMPO MIRANDA
- 1996: CAPTURA DE ADAN ROJAS OSPINA, ASUMEN EL MANDO RIGOBERTO ROJAS MENDOZA, ADAN ROJAS MENDOZA QUEDA COMO SEGUNDO AL MANDO
- 16 DE SEPTIEMBRE 1999: COLABORA EN LA FUGA DE ADAN ROJAS OSPINO
- 24 DE SEPTIEMBRE DE 1999: MUERTE DEL GANADERO HEMERITO RUEDA, ATRIBUIDA A RIGOBERTO Y ADAN ROJAS MENDOZA – CONFLICTO CON HERNAN GIRALDO SERA Y GRUPO
- 5 DE FEBRERO DEL 2000: ATAQUE EN GIROCASACA POR EL GRUPO DE HERNAN GIRALDO – RESULTAN HERIDOS RIGOBERTO Y ADAN ROJAS MENDOZA
- 6 DE FEBRERO DE 2000: CAPTURA DE RIGOBERTO ROJAS
- 23 DE FEBRERO DE 2000: CAPTURA DE ADAN ROJAS OSPINA – HUIDA DE ADAN ROJAS MENDOZA AL DEPARTAMENTO DEL TOLIMA
- 2001: REUNION DE ADAN ROJAS MENDOZA CON JORGE 40 – ATAQUE CONJUNTO AL GRUPO DE HERNAN GIRALDO
- 28 DE FEBRERO DE 2002: ACUERDO ENTRE BLOQUE NORTE Y ACMG DE HERNAN GIRALDO – SURGE EL FRENTE RESISTENCIA TAYRONA - ADAN ROJAS MENDOZA ASUME COMO COMANDANTE URBANO DE SANTA MARTA.
- FINALES DEL 2002; ADAN ROJAS MENDOZA TRASLADA OPERACIONES HASTA MINCA .
- MEDIADOS DEL 2003: ENTREGA EL MANDO DE LA URBANA DE SANTA MARTA A JORGE ORTIZ GARRIDO ALIAS EL MEDICO – DESIGNADO PARA OPERACIONES ESPECIALES DE JORGE 40 – ASESINATO DE CAMILO AARON Y ATENTADO DE EDUARDO DAVILA
- 2007: CAPTURADO EN IBAGUE

## 11. EDGAR ANTONIO OCHOA BALLESTEROS – URBANO – SANTA MARTA



TIEMPO DE PERMANENCIA DEL POSTULADO EN EL GAOML

EDGAR OCHOA BALLESTEROS
«MORROCOLLO»
URBANO SANTA MARTA

Creación grupo 1982

AUTODEFENSAS CAMPESINAS DEL MAMEY 1989

1995

ACMG

MARZO DE 2002

SEP. 2002

FRT

JULIO DE 2005

BRT

Desmovilización 3-02-2006

### SINOPSIS  PERTENENCIA AL GRUPO

- NACIDO EL 19 DE ENERO DE 1977 EN SANTA MARTA  - MAGDALENA
- 1 989 : INGRESO AL GRUPO SIENDO MENOR DE EDAD  - PRESTABA GUARDIA AL MANDO DE  ALIAS BLANQUILLO
- 1993: PRIMER HOMICIDIO – FAMILIA CASTRO CONTRERAS
- 1995: SE TRASLADA A SANTA MARTA CON ALIAS BLANQUILLO – INGRESA A LOS CHAMISOS – AL MANDO DE HERNANDO TOBON , ALIAS MARRANO NEGRO
- 1996: QUEDA BAJO ORDENES DE DIEGO BUENO RENDOS ALIAS PANQUEMAO
- AÑO 2000: URBANO DE SANTA MARTA (AGMG)Y MOVIL EN LA TRONCAL DEL CARIBE HASTA PALOMINO A ORDENES DE WALTER TORRES
- FINALES DE 2001 INICIO DE 2002: APOYA EN EL CONFLICTO CON BLOQUE NORTE – QUEDA COMO URBANO DE SANTA MARTA AL MANDO DE ADN ROJAS MENDOZA
- 3 DE SEPTIEMBRE DE 2002: CAPTURADO EN SANTA MARTA

## 11. Marco conceptual y metodológico de los patrones de macro-criminalidad identificados por el accionar del Bloque Resistencia Tayrona

En un marco analítico se definirán los conceptos de **patrón, práctica** y **modus operandi**, y la demostración de los fenómenos de macro criminalidad correspondientes al accionar del paramilitarismo en Colombia, conforme se desarrolló en el memorando 033 del 23 de agosto de 2013.

### a. Patrones

Para explicar este concepto se acudirá a la jurisprudencia de la Corte Interamericana de Derechos Humanos que si bien no ha precisado de manera expresa el concepto de **"patrón"**, sí ha establecido algunos elementos que lo conforman y constituyen insumo para su definición.

Así mismo desde la Jurisprudencia de la Corte Interamericana de Derechos Humanos se mencionarán las **prácticas** y **modus operandi** como elementos integrantes del patrón.

### b. Prácticas

Para explicar este concepto se acudirá a la doctrina y especialmente a la jurisprudencia de la COIDH, que la define en dos sentidos: una, constituida por tres elementos: **sistemático, generalizado y reiterado**; y otra como parte constitutiva del **patrón**.

### c. Modus operandi

Este concepto se explicará conforme a la jurisprudencia de la Corte IDH, que lo asimila como un elemento integrante de la práctica, cómo se ejerce la misma, y en la medida que dicha práctica sea sistemática y generalizada o reiterada constituirá un patrón.

### 6.4. Metodología para el análisis e interpretación de los datos:

Se explicará la metodología que permite la elaboración de hipótesis en virtud de las cuales se analiza la información recogida tras el proceso de investigación y verificación a cargo de la FGN, acudiendo para ello a los métodos deductivo e inductivo, a través de los cuales se verifica y explica la teoría elaborada respecto de la existencia de patrones de macro criminalidad.

## 12. Macro-victimización

Como una contribución en la labor de construcción de verdad se expondrá el resultado del análisis de la información recolectada en esta materia por parte de la FGN, y entregada para su análisis a expertos de la Universidad Externado de Colombia, cuyo resultado contribuirá al esclarecimiento de los patrones de macro criminalidad en el accionar de los GAOML, así como el contexto, las causas y

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 64

motivos del mismo y que deben ser incluidos en el fallo acorde a lo normado en el artículo 23 de la ley 1592 de 2012.

# PATRON DE MACRO - CRIMINALIDAD

# DESAPARICIÓN FORZADA

13. **Patrones de macro-criminalidad y formulación de cargos**

   a. **Desaparición forzada**

   i. **Marco normativo**

   Se mostrarán algunos antecedentes históricos y desarrollo normativo de este patrón, para lo cual se acudirá al marco jurídico internacional que devela esta conducta desde la perspectiva del Derecho Internacional de los Derechos Humanos (DIDH), del Derecho Internacional Humanitario (DIH) y del Derecho Penal Internacional (DPI).

   Se procederá igualmente a relacionar la normatividad constitucional, legal, reglamentaria y jurisprudencial sobre la desaparición forzada y por qué dicho patrón se erige como delito de lesa humanidad.

   ii. **Análisis general de variables**

   Se expondrá quiénes son los máximos responsables priorizados, e igualmente la agrupación y asociación de casos de desaparición forzada que le son atribuidos a los bloques de autodefensa que en el marco de la ley 975 de 2005 son objeto de judicialización.

   Se ilustrarán las diferentes variables que surgen como resultados de los análisis, destacando las estructuras, la distribución de ellas en los lugares y en el tiempo en que ocurren los hechos, distribución y número de víctimas afectadas, distribución por políticas y/o motivaciones, que llevaron a determinar las **prácticas criminales** y **modus operandi** en general aplicado en su ejecución.

   iii. **Análisis específico de variables**

   Se explicará que a partir del análisis del universo de hechos de desaparición forzada investigados, junto con los filtrados en el Sistema de Información de Justicia y Paz, Sijyp, atribuibles al Bloque Resistencia Tayrona, conforme a la georeferenciación en los departamentos de Magdalena y Guajira, entre los períodos comprendidos de 1.982 hasta febrero de 1996, que arrojaron los casos, probados a través de elementos materiales probatorios, información legalmente obtenida y la misma confesión de los postulados, que permite a la FGN establecer con probabilidad de verdad la responsabilidad que en aquellos tiene el postulado HERNAN GIRALDO SERNA como autor mediato por dominio de la voluntad en aparatos organizados de poder, para proceder a formularle cargos, lo mismo que a quienes fueran comandantes medios en su GAOAML.

### iv. Indicadores

A través de gráficos se explicarán las mediciones y porcentajes que resultaron del análisis y procesamiento de la información.

Para ilustrar y sustentar los resultados develados, se incluirán además relatos de víctimas como muestras representativas de los porcentajes indicados, así como versiones individuales y colectivas recibidas a postulados, donde se reconoce la existencia de las políticas y directrices que motivaron el desarrollo de estas **prácticas criminales** y **modus operandi** develados.

### v. Políticas criminales del desmovilizado BLOQUE RESISTENCIA TAYRONA

Se entrará a explicar las motivaciones que conllevaron a la ejecución de estos actos delictivos, como fue el señalar a las víctimas de tener algún vínculo con el grupo enemigo, y como consecuencia del control social, territorial y de recursos que ejercían bajo el mando de  HERNAN GIRALDO SERNA, en las regiones de injerencia o dominio como autoridades de facto – *según se autoproclamaban-*.

### vi. Prácticas criminales desarrolladas por el Bloque  Resistencia Tayrona.

Se explicarán las prácticas desarrolladas de manera sistemática y reiterada  por estas estructuras en la ejecución del propósito criminal, en las que se identificaron las inhumaciones en fosas clandestinas, inmersión de los cuerpos en los ríos, inhumaciones en fosas clandestinas con desmembramiento de cuerpos.

### vii. Modus operandi empleado por el Bloque  Resistencia Tayrona

Se explicarán los modus operandi que fueron adoptados por ambos bloques para la consumación de las prácticas, como la fuerza, el engaño, la amenaza e intimidación.

### viii. Listado de víctimas según práctica y modus operandi

Se procederá a identificar y cuantificar las víctimas incluidas en el **patrón** de macro criminalidad develado acorde a las **prácticas** y **modus operandi** que se le atribuye al desmovilizado Bloque Resistencia Tayrona de las AUC.

### ix. Exhumaciones

Se explicarán los protocolos adoptados por la Subunidad de Exhumaciones, el recurso humano y logístico de que se dispone,

resultados logrados, la implementación del tratamiento con enfoque diferencial hacia las víctimas, la presentación de videos relacionados con este tipo de diligencias.

## x. Formulación de cargos

Se procederá a formular los cargos agrupando y asociando casos por cada una de las prácticas probadas a través de elementos materiales comunes y adicionales que develan el patrón de macro-criminalidad de desaparición forzada con sus correspondientes concursos delictuales, la relación de víctimas, lugar y fecha de los hechos y a qué postulados se les formulan cargos de acuerdo a la responsabilidad legal que le corresponda, tratándose de hechos cometidos de manera sistemática y generalizada, durante y con ocasión del conflicto armado interno, y su notoria degradación,  sin que ninguno de ellos haya sido cometido en combate, y de tanta afectación en la población civil, que  están llamados a , quedar enmarcados en la categoría de crímenes de lesa humanidad.

## DESAPARICIÓN FORZADA Y DELITOS CONEXOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **PRIMERA POLITICA: VINCULO CON EL GRUPO ENEMIGO (ESTIGMATIZADO DE SER MIEMBRO DE LA GUERRILLA)  (INFORMANTE DE LA FUERZA PUBLICA ) (VINCULOS CON OTROS GRUPOS DE AUC EN CONFLICTO) –  PRIMERA PRACTICA :CUERPO INHMADO EN FOSA COMPLETO** | | | | | | | | |
| 1 VÍNCULO CON EL GRUPO ENEMIGO (GUERRILLA) - CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 1.DESAPARICIÓN FORZADA, HOMICIDIO EN EN PERSONA PROTEGIDA( HOMOGENEO-(EN CONCURSO HOMOGENEO SUCESIVO), TORTURA EN PERSON | 1. | LUIS ALBERTO LÓPEZ CAR.DONA | 26 DE ABRIL DE 2000 | VEREDA LOS LINDEROS CORREGIMIENTO DE GUACHACA SANTA MARTA MAGDALENA | 1.HERNAN GIRALDO  2.NORBERTO QUIROGA | 1.A.MEDIATO  2.A MEDIATO | Elemtos Probatorios de Materialidad del Hecho.  fotog  victimas directas fotog lugar de  hechos inf policia judl 26/04/08 reporte victimaindirectas  Elemntos    Probatorios |
| | | 2. | JOHNNY MANUEL PEÑALOZA MERCADO | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A PROTEGIDA- LEGALIDAD SIMULACIÓN DE INVESTIDUR | | | | | | | Sobre Responsabilidad de Los postulados.  confesion cristian ochoa confesión Hernan Giraldo |

SITUACION FACTICA: EL 26 DE ABRIL DE 2.000, APROXIMADAMENTE A LAS 11.30 DE LA NOCHE VARIOS HOMBRES FUERTEMENTE ARMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE SE MOVILIZABAN EN UNA CAMIONETA, LLEGARON HASTA EL LUGAR DE RESIDENCIA DE LOS SEÑORES JHONNY MANUEL PEÑALOZA MERCADO Y LUÍS ALBERTO LÓPEZ CARDONA, UBICADA EN LA VEREDA LOS LINDEROS DEL CORREGIMIENTO DE GUACHACA, QUIENES HACIENDOSE PASAR COMO MIEMBROS DEL C.T.I, HICIERON QUE LOS MORADORES LES ABRIERA LA PUERTA Y SACARON POR LA FUERZA A LUIS ALBERTO LOPEZ CARDONA Y SE LOS LLEVARON EN EL VEHÍCULO HASTA EL SECTOR CONOCIDO COMO SAN TROPEL, ALLÍ FUE INTERROGADO Y LUEGO DE SACARLE INFORMACIÓN, SE DEVOLVIERON A LA MISMA CASA Y PROCEDEN A SACAR AL SEÑOR JHONY PEÑALOZA, LEVANDOLO AL MISMO LUGAR Y ALLI LES OCASIONAN MUERTE Y SUS CUERPOS SEPULTADOS EN ESE SECTOR. DESDE ESA FECHA SUS FAMILIARES DESCONOCEN SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. EN CONCURSO HOMOGÉNEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. EN CONCURSO HOMOGÉNEO SUCESIVO.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:   TORTURA EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS.  SIMULACIÓN DE INVESTIDURA PREVISTO EN EL ARTICULO 163  DECRETO LEY 100 DE 1.980, SACIONADO CON PENA CON PENA DE ARRESTO, RECOGIDO POR EL ARTICULO  426 DE LA LEY 599 DE 2.000. | | | | | | | | |
| 2 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA ) CUERPO INHUMADO EN FOSA COMPLETO,  FUERZA | 2.DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA) | 3. | JOSE VICENTE MOGOLLON | AÑO 2000 | CORREGIMIENTO DE SIBERIA CIÉNAGA MAGDALENA | 1.HERNAN GIRALDO 2.NORBERTO QUIROGA | 1.A MEDIATO 2.A.MEDIATO | Sobre la materialidad del hecho. Informe de Policia Judicial |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 72

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Elementos Probatorios de Responsabilidad de los Postulados  Confesión Norber Quiroga  Confesión Hernan Giraldo |

SITUACION FACTICA: SE  TIENE DOCUMENTADO QUE JOSE VICENTE MOGOLLON, ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS DEL BLOQUE RESISTENCIA TAUYRONA, EN EL SECTOR DE LA VEREDA QUEBRADA DEL SOL DEL CORREGIMIENTO DE GUACHACA, DONDE TENIA EL RANGO DE  PATRULLERO Y ERA CONOCIDO CON EL  ALIAS DEL PANADERO Y PARA LA FECHA DEL AÑO 2.000, EL COMANDANTE MILITAR DE LA ZONA URBANA DE GUACHACA DE NOMBRE WALTER TORRES LOPEZ, DA LA ORDEN PARA QUE SE LE DE MUERTE PORQUE A ESTE LE HABIA LLEGADO LA NOTICIA DE QUE ERA INFILTRADO DE LA GUERRILLA Y EN CUMPLIMIENTO DE ESE MANDATO EL SUJETO CONOCIDO CON EL ALIAS DEL AMARILLO, LO RETIENE EN LA VEREDA QUEBRADA DEL SOL Y LO CONDUCE A LA VEREDA BURITACA DEL CORREGIMIENTO DE GUACHACA  EN DONDE LE OPCASIONAN LA MUERTE Y SU CUERPO SEPULTADO EN ESE SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION  FORZADA.  PREVISTO  EN  EL   LIBRO  SEGUNDO,  TITULO  III,  CAPITULO  PRIMERO   ARTÍCULO  165  DE  LA  LEY  599  DE  2.000,

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 73

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| 3 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 3.DESAPARICION FORZADA, HOMICIDIO  EN PERSONA PROTEGIDA | 4. | NOE PLATA SERRANO | MARZO DE 2005 | VEREDA CAMAGUAL CORREGIMIENTO SAN PEDRO DE LA SIERRA – CIÉNAGA MAGDALENA | 1.HERNAN GIRALDO  2.NORBERTO QUIROGA  3.JOSE D MORA  4.NODIER GIRALDO | 1.A.MEDIATO  2.A MEDIATO 3.A MEDIATO  4.A MEDIATO | Elementos Probatorios sobre el hecho  Fotografía víctima directa Fotog  finca la Argentina  Reporte victima indirectas  Elementos Probatorios sobre la responsabilidad |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 74

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Confesión Jose DI Mora

Confesión Hernan Giraldo |

| SITUACION FACTICA: PARA LA FECHA DEL MES DE MARZO DE 2005 EL SEÑOR NOE PLATA SERRANO SE ENCONTRABA TRABAJANDO COMO ADMINISTRADOR DE LA FINCA LA ARGENTINA DE PROPIEDAD DE LA SEÑORA EVELIA GOMEZ SERRANO EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, CUANDO TRES HOMBRES ARMADOS PERTENECIENTES A LAS AUTODENFENSLO SACARON POR LA FUERZA DE LA FINCA Y POSTERIORMENTE LE OCASIONARON LA MUERTE SEPULTANDO SU CUERPO EN EL SECTOR, AL SER ACUSADO DE SER MIEMBRO DE LA GUERRILLA. DESDE ESA FECHA SUS FAMILIARES NO SABEN DE SU PARADERO. |
|---|

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:

| 4 VÍNCULOS CON EL | 4.DESAP | 5. | PEDRO ANTONIO | 2 DE AGOST | VEREDA BAJO | 1.HERNAN | | Elentos probatorios |
|---|---|---|---|---|---|---|---|---|

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 75

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | ARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | SAN JUAN VARGAS | O DE 2.002 | CÓRDOBA CIÉNAGA MAGDALENA | GIRALDO 2. NORBERTO QUIROGA 3.JOSE D MORA 4.NODIER GIRALDO | 1.AMEDIATO 2.A MEDIATO 3.A MEDIATO 4.A MEDIATO | sobre el Hecho: Foto Vered Bajo Córdoba Partid baut víctima directa Report Victima indirectas Elementos Probatorios Sobre la responsabilidad Confesión Jose D Mora Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA:  EL DÍA 2 DE AGOSTO DE 2.002, A LA FINCA LA  LETICIA, UBICADA EN LA REGIÓN DEL BAJO CÓRDOBA, JURISDICCIÓN DEL MUNICIPIO DE CIÉNAGA MAGDALENA, PENETRÓ DE MANERA VIOLENTA UN GRUPO DE HOMBRES ARMADOS INTEGRANTES DE LAS AUTODEFENSAS QUE OPERABAN EN EL SECTOR, QUIENES PROCEDIERON A LLEVARSE POR LA FUERZA AL PROPIETARIO DE LA FINCA DE NOMBRE  PEDRO ANTONIO SAN JUAN VARGAS Y  DESDE ESA FECHA SUS FAMILIARES NO SUPIERON MÁS DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| 5 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 5. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, ( EN | 6. | ELI GUERRERO QUINTERO | 15 DE FEBRERO DE 2.003 | VEREDA LA QUIEBRA CIENAGA MAGDALENA | 1.HERNAN GIRALDO  2.NORBERTO QUIROGA  3.NODIER GIRALDO | 1.A.MEDIA TO  2.A.MEDIA TO  3.A | Elementos Probatorios Sobre el hecho:  Fotog víctimas Directas  Foto Correg Siberia lugar del hecho  Fotoc reg Civil nac ELI GUERRERO.  Fotocopia C.C. ELI GUERRERO |
| | | 7. | TERESA FLOREZ RODRIGUEZ | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | CONCURSO HOMOGENEO SUCESIVO | | | | | | MEDIATO | Reporte hechos Victimas Indirecta Elementos Probatorios de responsabilidad. Confesión Norberto Quiroga Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 15 DE FEBERERO DE 2.003, EL SEÑOR ELI GUERRERO QUINTERO, SALIO EN HORAS DE LA MAÑANA DE SU RESIDENCIA UBICADA EN LA VEREDA LA QUIEBRA DEL CORREGIMIENTO DE SIBERIA, HACIA LA CARRETERA, PARA ACOMPAÑAR A SU PAREJA MARIA TERESA FLOREZ, A COGER UN VEHÍCULO QUE LA CONDUCIRÍA AL MUNICPIO DE CIENAGA MAGDALENA Y DESPUES DE ELLO SE DIPONDRÍA A NEGOCIAR LA VENTA DE UN TERNERO A UN AMIGO DE LA REGION, PERO DESDE ESA FECHA SUS FAMILIARES NO SUPIERON MAS DE SU PARADERO ATRIBUYENDO LA DESAPARICION A LOS GRUPOS PARAMILITARES QUE OPERABAN EN LA REGIÓN, ESTABLECIENDOSE EFECTIVAMENTE QUE LA PAREJA DE ESPOSOS FUE INTERCEPTADA EN ESE SECTOR POR VARIOS HOMBRES ARMADOS, PERTENECIENTES A LAS AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA, QUIENES CUMPLIEDO ORDENES DEL COMANDANTE MILITAR DE LA ZONA DE NOMBRE NORBERTO QUIROGA POVEDA, ALIAS 55, LES DIERON MUERTE Y SUS CUERPOS SEPULTADOS EN EL SECTOR. SEÑALANDO QUE LOS MOVILES POR LOS CUALES SE LES CAUSO LA MUERTE, ES PORQUE OBTUVIERON INFORMACIÓN DE QUE ERAN MILICIANOS DE LA GUERRILLA, A QUIEN LE DABAN INFORMACIÓN DE SUS MOVIMIENTOS Y LES AVIZABAN CUANDO LOS PARAMILITARES

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LLEGABAN A LA ZONA, PERO SU FAMILIA SOSTIENEN QUE NO ERA CIERTO, EN CUANTO  ERAN UNAS PERSONAS MUY CORRECTAS Y TRABAJADORAS. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA. EN CONCURSO HOMOGÉNEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. EN CONCURSO HOMOGÉNEO SUCESIVO.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| 6 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 6 DESAPARICION FORZADA, HOMICIDIO EN PERSON | 8. | LUIS ALFONSO ROCHA SAENZ | 26 DE FEBREO DE 2.003 | CORREGIMIENTO DE SIBERIA CIENAGA MAGDALENA | 1.HERNAN GIRALDO<br><br>2.AFRANIO MANUEL<br><br>3.NORBERTO QUIROGA | 1.AMEDIATO<br><br>2.COAUTOR<br><br>3.A.MEDIATO | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 79

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A PROTEGI DA,( EN CONCUR SO HOMOG ENEO SUCESIV O) DESPLA ZAMIENT O FORZAD O DESTRU CCIONA APROPIA ION DE BIENES PROGEI DOS. . | 9. | AMPARO MEDINA GAITAN | | | 4.NODIER GIRALDO | 4.A MEDIATO | |

SITUACION FACTICA: EL DÍA 25 DE FEBRERO DE 2.003, UN GRUPO DE HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA, INGRESARON A LA  FINCA CONOCIDA CON EL NOMBRE DE "EL OTRO MUNDO", UBICADA EN EL CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIÉNAGA MAGDALENA,  DE PROPIEDAD DE LOS ESPOSOS LUIS ALFONSO ROCHA SAENZ Y AMPARO MEDINA GAITAN, Y  SE LLEVARON POR LA FUERZA  AL SEÑOR LUIS ALFONSO ROCHA Y AL DÍA SIGUIENTE SE PRESENTÓ  A LA FINCA UN MIEMBRO DE LAS AUTODEFENSAS Y LE MANIFESTÓ A LA SEÑORA  AMPARO QUE LO ACOMPAÑARA A EFECTO DE QUE LE LLEVARA ROPA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| A SU ESPOSO Y QUE LE ENTREGARA LAS LLAVES DEL VEHÍCULO EN EL CUAL SE FUERON Y DESDE ESA FECHA SUS FAMILIARES DESCONOCEN LA SUERTE DE SU PARADERO, CONOCIÉNDOSE QUE EL GRUPO ARMADO ILEGAL EJECUTO ESTA CONDUCTA CRIMINAL A TRAVÉS DE LOS SUJETOS CONOCIDOS CON EL ALIAS DE 8.1 DE NOMBRE AFRANIO REYES MARTINEZ Y ALIAS MONO CANARIO, PORQUE SEGÚN ELLOS EL SEÑOR LUIS ALFONSO ROCHA, ERA MILICIANO DE LA GUERRILLA Y LO SINDICABAN DE ESTAR INVOLUCRADO EN LA EXPLOSIÓN DE UNA MINA OCURRIDO EN EL SECTOR. COMO CONSECUENCIA DEL HECHOS LOS FAMILIARES DE LAS VICTIMAS DIRECTAS SE DESPLZARON DE LA ZONA. LOS POSTULADOS, EN CUMPLIMIENTO DE LOS COMPROMISOS ADQUIRIDO DENTRO DEL PROCESO DE JUSTICIA Y PAZ SUMINISTRARON LA INFORMACIÓN QUE PERMITIO LA UBICACIÓN DE LA FOSA Y LA EXHUAMCIÓN DE LOS RESTOS OSEOS POR PARTE DE LA FISCALIA DE LA SUB UNIDAD DE EXHUMACIONES, LOS CUALES UNA VEZ IDENTIFICADOS A TRAVES DE LOS COTEJOS GENETICOS FUERON ENTREGADOS A SUS FAMILIARES. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. EN CONCURSO HOMOGÉNEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. EN CONCURSO HOMOGÉNEO SUCESIVO. PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ARTICULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A DIEZ AÑOS. | | | | | | | | |
| 7 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 7 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLA | 10. | NAIM JOSE CARRASCAL RUSSO | 7 DE MARZO DE 2.003 | SANTA MARTA MAGDALENA | 1.HERNAN GIRALDO  2.JOSE GELVES CONDENADX HOM Y DESAP PERO NO SE CONDENO POR DESPLAZAMIENTO FORZADO  3.ADAN | 1.A MEDIATO  2.COAUTOR  COAUTOR | Elementos Probatorios sobre el hecho.  Reg civil Nac 660512 a nombre de Nain Carrascal Russo.  Registro civil de defunción numero 08168643 a nombre de Nain Jose Carrascal Ruso.  Certificado de entrega de restos humanos expedido por la unidad de fiscalías para la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | ZAMIENTO FORZADO | | | | | ROJAS M IMPUTADO<br><br>4.NODIER GIRALDO<br><br>5. NORBERRO QUIROGA | 3.A MEDIATO<br><br>4 A MEDIATO<br><br>5.A MEDIATO | justicia y la paz.<br><br>Recorte de prensa hoy diario del magdalena edición 29 marzo del 2000.<br><br>Recorte periódico el Heraldo abril 1 de 2004 – agosto 18 de 2004 – marzo 26 de 2009.<br><br>Reporte de hechos por las victimas indirectas<br><br>Elementos Probatorios de responsabilidad. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Confesión y aceptación de responsabilidad hecho por los postulados en versión libre de ADAN ROJAS, JOSE GELVES |

SITUACION FACTICA: EL DÍA 7 DE MARZO DEL 2003, EL SEÑOR NAIN JOSE CARRASCAL RUSSO, SALIÓ DE SU CASA A CUMPLIR UNA CITA QUE LE HABÍAN PUESTO EN EL EDIFICIO BAHÍA UBICADO EN EL BARRIO CENTRO DE LA CIUDAD DE SANTA MARTA, HASTA DONDE LLEGO Y DESPUÉS DE VARIOS MINUTOS FUE SACADO DE ESE LUGAR POR SUJETOS QUE SE MOVILIZABAN EN VARIOS VEHÍCULOS ENTRE ESTOS UNA CAMIONETA BLANCA  DONDE IBAN VARIOS FUNCIONARIOS ADSCRITOS AL DAS, QUIENES AL PARECER LO LLEVARON PRIMERAMENTE AL BATALLÓN CÓRDOVA, DONDE LE REVISARON EL CELULAR Y ENCONTRARON LLAMADAS DE UN SUPUESTO GUERRILLERO, CONOCIÉNDOSE TAMBIÉN QUE ENTRE LOS CAPTORES IBA EL COMANDANTE POLÍTICO DEL FRENTE RESISTENCIA TAYRONA DE NOMBRE JOSE DEL CARMEN GELVES ALBARRACIN, CONOCIDO CON EL ALIAS DEL CANOSO, QUIENES CONDUJERON  A NAIN JOSE,  HASTA EL SECTOR DE GIROCASACA DEL CORREGIMIENTO DE BONDA, DONDE EL COMANDANTE MILITAR URBANO DEL GRUPO ADAN ROJAS MENDOZA, TENÍA UNA BASE DE OPERACIONES, Y SE LO ENTREGARON BAJO LA ACUSACIÓN DE QUE ESTA PERSONA  SE ESTABA ENCARGANDO DE LIDERAR UNA INVASIÓN EN LA CIUDAD DE SANTA MARTA Y QUE ERA MIEMBRO DE LA GUERRILLA,  RAZÓN POR LA CUAL LE OCASIONARON LA MUERTE Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR, SUS FAMILIARES DESDE ESA FECHA NO  SUPIERON MÁS DE SU PARADERO Y ESTA ACCIÓN DELICTIVA CONLLEVÓ A QUE ALGUNOS MIEMBROS DE SU NÚCLEO FAMILIAR SE DESPLAZARAN DE LA CIUDAD ANTE LAS CONSTANTES AMENAZAS QUE LE HICIERON:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| 8 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 8 DESAPARICION FORZADA AGRAVADA, HOMICIDIO EN PERSON | 11. | DAGER ALBERTO TORRES BLANCO | 29 DE JUNIO DE 2.003 | CORREGIMIENTO SAN PEDRO DE LA SIERRA CIANAGA | 1.HERNAN GIRALDO  2.JOSE GELVES  3.NORBERTO QUIROGA 4.AFRANIO REYES | 1.A.MEDIATO   2.A MEDIATO | Elementos Probatorios sobre el hecho.  Fotografía víctimas dIrectas  Foto vereda  cuatro caminos  Part Baut  SAUL SILVA   Fotoc CC  SAUL |
| | | 12. | JAVIER ALBERTO TORRES BLANCO | | | | | |
| | | 13. | | | | | | |
| | | 14. | NELSON TORRES BLANCO | | | | | |
| | | 15. | SAUL SILVA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A PROTEGIDA, EN CONCURSO HOMOGENEO Y SUCESIVO, DESPLZAMIENTO FORZADO . | | BECERRA (60 AÑOS) | | | 5.NODIER GIRALDO | 3.A MEDIATO  4.COAUTOR-MATERIA  5. AMEDIATO | SILVA  Reg defunción SAUL SILVA  Acta entrega restos oseos  Reportes de Victimas  Elementos Probatorio de responsabilidad:  Confesion Norberto Quiroga  Confesión Afranio Reyes  Cobfesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: EL DÍA 29 DE JUNIO DE 2.003, EN HORAS DE LA TARDE UN GRUPO APROXIMADO DE 10 HOMBRES FUERTEMENTE ARMADOS, INGRESARON A LA FINCA  BUENOS AIRES, UBICADA EN LA VEREDA LA RESERVA DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA,  DE PROPIEDAD DEL SEÑOR LIBARDO TORRES A QUIEN SACARON  AMARRADO Y LO CONDUJERON  A LA PARTE ALTA DE LA CASA, EN TANTO OTROS HOMBRES DE LA ORGANIZACIÓN SE DISPERSARON DEL LUGAR EN BUSCA DE LOS HIJOS DEL SEÑOR QUE A ESA HORA SE ENCONTRABAN EJERCIENDO LAS LABORES PROPIAS DEL CAMPO,  Y SOLO HASTA CUANDO EL OTRO  GRUPO LES COMUNICÓ QUE YA HABÍAN APREHENDIDO A LOS JÓVENES DAGER, NELSON Y JAVIER TORRES BLANCO, SOLTARON AL PROPIETARIO DE LA FINCA   Y PROCEDIERON A  LLEVARSE POR LA FUERZA A LOS TRES HERMANOS, A QUIENES LES DIERON MUERTE  POSTERIORMENTE  EN UNA TROCHA UBICADA EN EL CORREGIMIENTO DE SIBERIA Y SUS CUERPOS FUERON DEJADOS EN ESE SECTOR, POR LO QUE SUS FAMILIARES INICIAN SU BÚSQUEDA Y A LOS TRES MESES DE LA OCURRENCIA DEL  HECHO, ES QUE SE ENTERAN QUE LOS HABÍAN ASESINADOS, PERO POR TEMOR NUNCA SE ACERCARON AL SITIO DONDE SE DECÍA QUE ESTABAN LOS CUERPOS, CUYOS RESTOS FUERON ENCONTRADOS DESPUES DE LA DESMOVILIZACION. SE CONOCIÓ DE IGUAL MANERA QUE ESE MISMO DÍA EN SU RECORRIDO CRIMINAL EL GRUPO ARMADO ILEGAL, TAMBIÉN INGRESÓ A LA FINCA LAS MERCEDES DE PROPIEDAD DEL SEÑOR SAUL  SILVA BECERRA,  Y SE LO LLEVARON POR LA FUERZA  JUNTO CON LOS HERMANOS TORRES BLANCO, Y EN EL MISMO QUE A ESTOS,  LE OCASIONAN LA MUERTE. COMO CONSECUENCIA DE LA  ACCIÓN DELICTIVA FAMILIARES DE LOS HERMANOS TORRES BLANCO SE DESPLAZAN DE LA ZONA POR TEMOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA. EN CONCURSO HOMOGÉNEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. EN CONCURSO HOMOGÉNEO SUCESIVO.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:  DESPLAZAMIENTO FORZADO  PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. ||||||||| 
| 9 VINCULOS CON EL GRUPO ENEMIGO (GUERRILLA),  CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 9. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS. | 16. | HECTOR ORLANDO TORRES | 21 DE ABRIL DE 2.003 | CORREGIMIENTO DE SIBERIA-CIENAGA MAGDALENA | 1.HERNAN GIRALDO  2.NORBERTO QUIROGA  3.JOSE GELVES  4  AFRANIO REYES | 1.A.MEDIATO  2.A.MEDIATO  3.A MEDIATO  4.A.MEDIATO | Elemntos  Probatorios sobre el hecho.  Fotografia    Victima Directa  Reportes victimas directas  Elemntos Probatorios de Responsabilidad.  Confesion Norberto |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 88

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Quiroga Confesión Afranio Reyes Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 21 DE ABRIL DE 2.003, UN GRUPO DE HOMBRES ARMADOS Y UNIFORMADOS  PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGION, SE PRESENTARON A LA FINCA EL CONSUELO UBICADA EN EL CORREGIMIENTO DE SIBERIA, EN DONDE A ESA HORA SU PROPIETARIO HECTOR ORLANDO TORRES, SE ENCONTRABA EJERCIENDO LAS LABORES PROPIAS DEL CAMPO, PROCEDIENDO LOS AGRESORES A LLEVARSELO POR LA FUERZA A UNA DE LAS BASES PARAMILITARES UBICADAS EN LA ZONA, DONDE LE OCASIONARON LA MUERTE Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR. LOS AGRESORES EN SU RETIRADA SE LLEVARON CONSIGO UNA MULA Y UN MOTOR ELECTRICO QUE LA VICTIMA TENIA EN SU FINCA. CONFORME A LAS CONFESIONES SUMINISTRADAS POR LOS POSTULADOS  SE CONOCIO QUE EL SEÑOR HECTOR ORLANDO TORRES, ERA YERNO DE UN MIEMBRO DE LA ORGANIZACIÓN CONOCIDO CON EL ALIAS DE 8.2,  QUIEN FUE EL ENCARGADO DE DAR LA INFORMACIÓN AL GRUPO, TILDANDOLO DE GUERRILLERO, ESTIMANDO EN SU VERSION EL POSTULADO AFRANIO MANUEL REYES MARTINEZ, ALIAS 8.1, QUIEN FUNGÍA EN ESA EPOCA COMO COMANDANTE DE ESA COMPAÑÍA, QUE SE TRATO DE UN ERROR MILITAR DEL GRUPO, YA QUE DESPUES DE HABER DADO LA ORDEN Y DE EJECUTARSE EL HECHO, SE ENTERÓ  QUE ENTRE EL SEÑOR HECTOR ORLANDO TORRES Y 8.2 EXISTIAN PROBLEMAS PERSONALES EN DONDE ESTE ULTIMO QUERÍA QUEDARSE CON LA FINCA, LO QUE OBLIGÓ IMPONERLE UN CASTIGO O UNA SANCIÓN DURANTE 6 MESES, CONSISTENTE EN BUSCAR LEÑA,

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 89

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| RECOGER AGUA Y PRESTAR GUARDIA | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESTRUCCION Y APROPIACIÓN DE BIENES PROTEGIDOS PREVISTO  EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 54 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A DIEZ AÑOS | | | | | | | | |
| 10 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 10 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 17. | BRAULIO EMILIO CANTILLO ESTRADA | 19 DE DICIEMBRE DE 2.003 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA – CIENAGA MAGDALENA | 1.HERNAN GIRALDO 2.JOSE GELVES 3.NORBERTO QUIROGA 4. JOSE D | 1.A.MEDIATO 2.A MEDIATO 3.A | Eelementos Probatorios sobre el hecho. 1.-Fotografía de la víctima 2.-Fotocopia de la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DESPLAZAMIENTO FORZADO. | | | | | MORA IMP<br><br>5. NODIER GIRALDO | MEDIATO<br><br>4.MEDIATO<br><br>5. AMEDIATO | Cédula de Ciudadanía de Braulio Cantillo<br><br>3.-Consulta Prometeo-plena identidad.<br><br>4.-Fotografía del campamento de la finca Bello Horizonte<br><br>5.-Fotocopia de proceso radicado con el No. 63704, adelantado una vez se realizó la exhumación por el Homicidio de la víctima.<br><br>6.-Acta de Exhumación N.N.- BRAULIO CANTILLO ESTRADA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 7.-Registro y certificado defunción. |
| | | | | | | | | 8. Reporte de Victimas Indirec. |
| | | | | | | | | 9. Confesión de Jose D Mora – |
| | | | | | | | | Norberto Quiroga y Hernan Giraldo. |

SITUACION FACTICA: EL DÍA 19 DE DICIEMBRE DE 2.003, EN HORAS DE LA NOCHE, VARIOS  HOMBRES ARMADOS QUE PORTABAN UNIFORMES PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN EL SECTOR,  BAJO EL MANDO DE JOSE DANIEL MORA LOPEZ, ALIAS GUERRRO, LLEGARON A LA FINCA BELLO HORIZONTE, UBICADA EN LA VEREDA EL MICO, DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DONDE EL SEÑOR BRAULIO CANTILLO ESTRADA, EJERCIA LA LABOR COMO  CAPATAZ, QUIENES LUEGO DE REUNIR A LOS TRABAJADORES PROCEDIERON LLEVARSELO  POR LA FUERZA BAJO LA ACUSACION DE SER MILICIANO DE LAS FARC, DESDE ESA FECHA SUS FAMILIARES NO SUPIERON MÁS DE SU PARADERO Y POR ESTE MOTIVO SU COMPAÑERA PERMANENTE  MARIA RODRIGUEZ CONTRERAS,  SE DESPLAZÓ DE LA ZONA CON SUS MENORES HIJOS.POSTERIORMENTE Y LUEGO DE INICIARSE EL PROCESO DE JUSTICIA Y PAZ LOS POSTULADO EN CUMPLIMIENTO DE UNOS DE LOS COMPROMISOS ADQUIRIDOS,  SUMINISTRARON LOS DATOS QUE PERMITIERON LA EXHUMACIÓN DE LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| RESTOS OSEOS, LOS CUALES FUERON IDENTIFICADOS PLENAMENTE MEDIANTE COTEJO DE PERFILES GENÉTICOS Y EN VIRTUD DE ELLO ENTREGADO A SUS FAMILIARES  EL 7 DE MAYO DE 2.010. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. EN CONCURSO HOMOGÉNEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. EN CONCURSO HOMOGÉNEO SUCESIVO.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:   DESPLAZAMIENTO FORZADO  PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| 11 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 11. DESAPARICION FORZADA, HOMICIDIO EN PERSONA | 18. | ABELARDO BLANDON VEGA | 1 DE FEBRERO DE 2.004 | CORREGIMIENTO SIBERIA SECTOR CHIMBORAZO-CIENAGA MAGDALENA | 1.HERNAN GIRALDO  2. NORBERTO QUIROGA 3.JOSE GELVES | 1.A.MEDIA TO  2.A MEDIATO  3.A | Elementos  Probatorios sobre el hecho:  Reporte        victimas indirectas |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 93

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 4. AFRANIO REYES | MEDIATO | |
| | | | | | | | 4.A MEDIATO | Elementos Probatorios de Responsabilidad |
| | | | | | | 5. NODIER GIRALDO | | |
| | | | | | | | 5 A MEDIATO | Confesion Afranio Reyes |
| | | | | | | | | Confesión Hernan Giraldo |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE PARA EL MES DE FEBRERO DEL AÑO 2004, EL SEÑOR ABELARDO BLANDO VEGA SALIO DEL MUNICIPIO DE CIENEGA  A TRABAJAR COMO RECOLECTOR DE CAFE EN LA VEREDA EL MICO, CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, Y DESDE ESA FECHA SUS FAMILIARES NO SUPIERON DE SU PARADERO, HASTA EL DIA 15 DE MAYO DEL MISMO AÑO,  CUANDO RECIBIERON INFORMACIÓN DE UN CAMPESINO DE LA ZONA QUE LES INFORMO QUE SU PARIENTE  LO HABIAN ASESINADO Y LO HABIAN SEPULTADO POR LA REGIÓN DE SIBERIA EN UN SITIO CONOCIDO COMO LAS ALBERCAS.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| 12 VINCULO CON EL GRUPO ENEMIGO (GUERRILLA) - CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 12 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA DESPLAZAMIENTO FORZADO – DAÑO EN BIEN AJENO | 19. | N.N. ELI CARLOS | 2 DE MAYO DE 2.000 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA – SANTA MARTA MAGDALENA | 1.HERNAN GIRALDO  2.NORBERTO QUIROGA | 1.A MEDIATO  2.A MEDIATO | Elementos Probatorios sobre la existencia del hecho.  Fotografia Lugar del Hecho  Reporte de la victima Indirecta  Elementos Probatorios de Responsabilidad  Confesión de Cristian Ochoa P  Confesión de Hernan |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Giraldo |

SITUACION FACTICA: EL DÍA 2 DE MAYO DE 2000, APROXIMADAMENTE A LAS NUEVE DE  LA NOCHE, UN GRUPO APROXIMADO DE 5 HOMBRES QUE PORTABAN ARMAS DE FUEGO, INTEGRANTES DE LAS AUTODEFENSAS, QUE SE MOVILIZABAN EN UNA CAMIONETA MARCA CHEVROLET CHEYENNE, DE COLOR  VERDE, ENTRE LOS QUE IBAN ALIAS CACHETE DE NOMBRE CRISTIAN OCHOA PINZON, ALIAS EL CALVO DE NOMBRE ALEJANDRINO ALVAREZ, ALIAS VENENO, ALIAS MELO, SE PRESENTARON A LA RESIDENCIA DEL SEÑOR CONOCIDO COMO ELIS CARLOS N.N, UBICADA EN LA TRONCAL DEL CARIBE A LA ALTURA DE LA VEREDA PUERTO NUEVO, DEL CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA, QUIENES PROCEDIERON A TOCAR LA PUERTA LLAMANDOLO POR SU NOMBRE Y EN VISTA DE QUE NO QUERÍA SALIR LOS SUJETOS PROCEDIERON A TUMBAR  LA PUERTA DE INGRESO A LA CASA Y EN SU INTERIOR LO INTIMIDAN CON LAS ARMAS DE FUEGO, LO SUBIERON A LA CAMIONETA Y LO CONDUCEN A LA FINCA SAN TROPEL UBICADA EN LA VEREDA MEDIHUACA, EN DONDE ALIAS EL CALVO LE OCASIONA LA MUERTE CON DISPAROS DE ARMA DE FUEGO, Y LOS SUJETOS CONOCIDOS COMO ALIAS MELO Y CUCHI LO SEPULTAN EN ESE MISMO SECTOR. DESDE ESA FECHA SU COMPAÑERA PERMANENTE DE NOMBRE MILSA CONTRERAS CASTRO, NO TUVO NOTICIAS DE SU PARADERO Y COMO CONSECUENCIA DEL HECHO, JUNTO CON  SUS  DOS HIJOS MENORES DE EDAD  SE DESPLAZARON POR TEMOR A CORRER LA MISMA SUERTE  DE SU COMPAÑERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDAPREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. DAÑO EN BIEN AJENO PREVISTO EN EL LIBRO SEGUNDO TITULO VII, CAPITULO OCTAVO ARTICULO 265 DE LA LEY 599 DE 2.000, SANCIONADOP COPN PENA DE 1 A 5 AÑOS DE PRISIÓN. | | | | | | | | |
| 13 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 13. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO | 20. | JAMES ARRIETA | 30 DE DICIEMBRE DE 2.003 | VEREDA CAMAGUAL-CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | 1.HERNAN GIRALDO 2.NORBERTO QUIROGA 3.JOSE GELVES 4.JOSE D MORA 5. NODIER GIRALDO | 1.A.MEDIATO 2.A MEDIATO 3 A MEDIATO 4.A MEDIATO 5.A | Elemnetos Probatoprios Sobre el hecho. Fotografia finca lugar del hecho. Informe de Policia Judocial. Elementos Probatoprios de |
| | | 21. | GILBERTO ARRIETA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | MEDIATO | responsabilidad |
| | | | | | | | | Confesion    Jjose    D Mora |
| | | | | | | | | Confesion HernanGiraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| SITUACION FACTICA; PARA LA FECHA DEL MES DE DICIEMBRE DE  2003, FUERON RETENIDOS EN LA FINCA LA DILIA   UBICADA EN EL CORREGIMIENTO DE SAN PÉDRO DE LA SIERRA LOS SEÑORES GILBERTO Y JAMES  ARRIETA, POR DOS SUJETOS ARMADOS PERTENCIENTES A LAS AUTODEFENSAS DEL BLOQUE RESISTENCIA TAYRONA, CONOCIDOS CON LOS ALIAS DE ARENA Y JERIGNA, QUIENES CUMPLIENDO ORDENES DE JOSE DANIEL MORA LOPEZ ALIAS GUERRRO O 101, QUIEN LOS  ACUSBA DE SER FINANCIERON DEL FRENTE 19 DE LAS FARC LOS SACARON POR LA FUERZA DE LA FINCA Y LOS CONDUJERON AL SECTOR DEL PLATANAL DONDE LES OCASIONARON LA MUERTE Y SUS CUERPOS SEPÚLTADO EN EL SECTOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA. EN CONCURSO HOMOGÉNEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA. EN CONCURSO HOMOGÉNEO SUCESIVO.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| 14 VÍNCULOS CON EL GRUPO ENEMIGO | | 22. | ROBERTO ENRIQUE | 3 DE FEBRER | | 1.HERNAN | 1.A.MEDIA | 1.-Fotocopias   Proceso |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 14. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | MERCADO BAZA | O DE 2.004 | VEREDA EL MICO CORREGIMIENTO SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | GIRALDO 2.NORBERTO QUIROGA 3.JOSE GELVES 4.JOSE MORA 5.NODIER GIRALDO | TO 2.A MEDIATO 3.A MEDIATO 4.A MEDIATO 5.A MEDIATO | Penal 2.-Noticia de prensa 3.-Consulta Ani de plena identidad 4.-Fotocopia de Cédula de Ciudadanía de la víctima 5.-Fotografía San Pedro de la Sierra- Vereda el Mico 6. Reporte de victimas indirectas Elemntos Probatoprios de Responsabilidad Confesión de Jose Daniel Mora Confesión Hernan |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Giraldo |

SITUACION FACTICA:   EL DÍA 3 DE FEBRERO DE 2.004, EL SEÑOR ROBERTO ENRIQUE MERCADO BASA,   SALIO   DE LA CIUDAD DE BARRANQUILLA DONDE RESIDÍA CON SU FAMILIA,  HACIA EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DEL MUNICIPIO DE CIENAGA MAGDALENA, DONDE ACOSTUMBRABA A VENDER MEDICINAS NATURALES Y CUANDO SE MOVILIZABA COMO PASAJERO EN UN VEHICULO AUTOMOTOR EN LA VIA QUE CONDUCE A LA  VEREDA DEL MICO,  FUE RETENIDO POR UN GRUPO DE HOMBRES ARMADOS PERTENCIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, QUIENES OBEDECIENDO ORDENES DE SU COMANDANTE DE ZONA JOSE DANIEL MORA LOPEZ, LO CONDUJERON AL SECTOR DEL CORREGIMIENTO DE SIBERIA Y SE LO ENTREGARON A OTRA COMPAÑÍA DE LAS AUTODEFENSAS QUE COMANDABA AMALIO JOSE ALIAN BLANCO, ALIAS "MARIO" O "DOBLE 1"  AMALIO, QUIEN SE ENCARGO DE VERIFICAR LA INFORMACIÓN QUE TENIAN,  SEGÚN LA CUAL EL SEÑOR ROBERTO ENRIQUE MERCADO BASA ERA MIEMBRO DE LAS FARC Y POSTERIORMENTE ESTE LE TRANSMITIÓ A LA ORDEN AL COMANDANTE DE ESCUADRA QUE APODABAN 200 QUIEN SE ENCARGO DE ASESINARLO Y SEPULTAR SU CUERPO EN ESE SECTOR. SUS FAMILIARES DESDE ESE DIA EN QUE SE COMUNICARON VIA TELEFONICA ANTES DE SU RETENCIÓN, NO SUPIERON MAS DE SU PARADERO. EL DÍA 3 DE OCTUBRE DE 2008 SE EFECTUÓ  DILIGENCIA DE EXHUMACIÓN  DE POSIBLES  RESTOS ÓSEOS DE LA VÍCTIMA,  EN LA FINCA BELLA VISTA, UBICADA EN EL MUNICIPIO DE CIÉNAGA, CORREGIMIENTO DE SAN PEDRO DE LA SIERRA Y SE ESTA A LA ESPERA DE SU IDENTIFICACIÓN.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO   ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 101

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| 15 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 15. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 23. | FERNANDO ANTONIO MARTINEZ FUENTES | 6 DE JUNIO DE 2.004 | CORREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | HERNAN GIRALDO   JOSE GELVES   NORBERTO QUIROGA   **NODIER GIRALDO**   **AFRANIO REYES** | AUTORES MEDIATO TODOS | Eelementos Probatorios del Hecho.  1.-Fotografía de la víctima  2.- Imagen del corregimiento de Siberia- Finca Buenavista  3.-Registro de nacimiento Victima Directa  4.- Denuncia presentada por la señora ROSIRIS MARTINEZ FUENTES  5.- Reportes de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | victimas indirectas.

6.- Informe de Policía Judicial.

Eelemntos Probatorios de responsabilidad.

Confesion de NORBERTO QUIROGA. |

SITUACION FACTICA: EL DÍA 6 DE JUNIO DE 2.004,  CUANDO EL SEÑOR FERNANDO ANTONIO MARTINEZ FUENTES, SE ENCONTRABA EN LA CASA DE LA FINCA BELLAVISTA UBICADA EN EL CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIÉNAGA MAGDALENA, DE PROPIEDAD DEL SEÑOR  NALDO CALA, LLEGARON VARIOS HOMBRES ARMADOS PERTENECIENTES AL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA, DENTRO DE LOS QUE SE ENCONTRABAN AFRANIO MANUEL REYES MARTINEZ, ALIAS 8.1 Y LUIS FERNANDO MEZA MATA, ALIAS MONO CANARIO, QUIENES LO SACARON POR LA FUERZA DE LA CASA Y SE LO LLEVARON A OTRO SECTOR EN DONDE LE OCASIONAN LA MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR. LOS MÓVILES ESGRIMIDOS POR LOS PARAMILITARES SE CONTRAEN A LOS SEÑALAMIENTOS QUE HACÍAN COMO INFORMANTE DE LA GUERRILLA, EN TANTO LOS FAMILIARES ADUCEN QUE FUE OBJETO DE UNA MALA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INFORMACIÓN. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: | | | | | | | | |
| DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA.  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| 16 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 16. DESAPA RICION FORZAD A AGRAVA DA, HOMICID IO EN PERSON A PROTEGI DA, DESPLA | 24. | JOSE LUIS MONTAÑO LUJAN (60AÑOS) | 24 DE JULIO DE 2.004 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | 1.HERNAN GIRALDO

2.JOSE GELVES | 1.A MEDIATO

2.A MEDIATO | Elementos Probatorios del hecho.

1.-Fotografía de la víctima
2.-Consulta prometeo- Plena identidad de la víctima. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | ZAMIENTO FORZADO | | | | | 3.NORBERTO QUIROGA | 3 A MEDIATO | 3.-Acta de inspección a cadáver que presuntamente corresponde a la víctima- finca el Pilón San Pedro de la Sierra |
| | | | | | | 4.JOSE D MORA | 4.A.MEDIATO | 4.-Plano topográfico diligencia de exhumación. |
| | | | | | | 5. NODIER GIRALDO | 5.A MEDIATO | 5.-Fotografia diligencia de exhumación de restos óseos que presuntamente corresponden a la víctima |
| | | | | | | 6.DANIEL GIRALDO | | |
| | | | | | | | 6. AMEDIATO | Elementos Probatorios de Responsabilidad |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6. Confesión de Jose D Mora 7. Confesión Norberto Quitoga 8. Confesión Hernan Giraldo Serna 9. reporte de victimas indirectas. |

SITUACION FACTICA. EL DÍA 23 DE JULIO DE 2.004,  A LA FINCA EL PILÓN, DE PROPIEDAD DEL SEÑOR ENRIQUE JARAMILLO,  UBICADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DEL MUNICIPIO DE CIÉNAGA MAGDALENA,  DONDE TRABAJABA EL SEÑOR JOSE LUIS MONTAÑO LUJAN,  SE PRESENTÓ UN GRUPO DE HOMBRE ARMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN EL SECTOR, EN DONDE ACAMPARON POR ESPACIO DE 15 DÍAS, TIEMPO DURANTE EL CUAL MANTUVIERON RETENIDO AL SEÑOR JOSE LUIS MONTAÑO LUJAN,  LUEGO DE CUAL PROCEDIERON A LLEVÁRSELO POR LA FUERZA Y DESDE ESA FECHA SUS FAMILIARES, QUIENES COMO CONSECUENCIA DEL HECHO DELICTIVO SE DESPLAZARON DE LA ZONA,  NO SABÍAN DE SU PARADERO,  HASTA CUANDO, LOS POSTULADOS JOSE DANIEL MORA LOPEZ Y NORBERTO QUIROGA POVEDA, CONFESARON SU PARTICIPACIÓN EN EL HECHO DELICTIVO, SEÑALANDO QUE LOS MÓVILES PARA ORDENAR LA EJECUCIÓN DE ESTA VÍCTIMA SE DIO POR LOS SEÑALAMIENTOS QUE PESABAN EN SU CONTRA COMO MILICIANO DE LAS FARC Y QUE EL HECHO FUE COMETIDO POR HOMBRES QUE SE ENCONTRABAN BAJO EL MANDO DE ALIAS ARENAS DE NOMBRE TOMAS ARTEAGA LEON,  QUIEN LES REPORTÓ EL HECHO CUANDO YA SE HABÍA EJECUTADO DESCONOCIENDO LAS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 106

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CIRCUNSTANCIAS EN QUE SE COMETIÓ. DICHOS POSTULADOS EN ACATAMIENTO DE LOS COMPROMISOS ADQUIRIDOS DENTRO DEL PROCESO DE JUSTICIA Y PAZ SUMINISTRARON LA INFORMACIÓN QUE PERMITIÓ LA UBICACIÓN DE LA FOSA,  EN DONDE LA FISCALIA 176 DE LA UNIDAD DE JUSTICIA Y PAZ EN DILIGENCIA PRACTICA EL DÍA 17 DE FEBRERO DE 2.008, EXHUMÓ LOS RESTOS ÓSEOS. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: | | | | | | | | |
| DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDAPREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS.  DAÑO EN BIEN AJENO PREVISTO EN EL LIBRO SEGUNDO TITULO VII, CAPITULO OCTAVO ARTICULO 265 DE LA LEY 599 DE 2.000, SANCIONADOP COPN PENA DE  1 A 5 AÑOS DE PRISIÓN. | | | | | | | | |
| 17 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 17. DESAPARICION FORZADA, HOMICIDIO EN | 25. | JOSE DEL ROSARIO LLERENA CONTRERAS | 10 DE AGOSTO DE 2.004 | CORREGIMIENTO GUACHACA- SANTA MARTA MAGDALENA | 1.HERNAN GIRALDO  2.JOSE GELVES | AUTORES MEDIATOS TODOS | Elementios Probatorios sobre el hecho.  Reportes de victimas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PERSONA PROTEGIDA, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | | 3.NORBERTO QUIROGA 4.DANIEL GIRALDO 5.NODIER GIRALDO | | Indirectas Elementos probatorios de responsabilidad. Confesión Eduardo Vengochea Confesión Hernan Giraldo Serrna |
| SITUACION ACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR JOSE DEL ROSARIO LLERENA CONTRERAS, QUIEN SE DEDICABA A EJERCER EL COMERCIO DE FRUTAS EN EL CORREGIMIENTO DE GUACHACHA, EL DIA 10 DE AGOSTO DE 2.004 SE DESPLAZÓ A LA CIUDAD DE SANTA MARTA PARA ABASTECER EL NEGOCIO Y  DESDE ESA FECHA  NO SE TENÍAN NOTICIAS DE SU PARADERO HASTA CUADO EL POSTULADO EDUARDO VENGOECHEA MOLA EN  VERSIÓN LIBRE CONFESÓ QUE ORDENO A EDER NAVARRO PARA QUE LE DIERA MUERTE EN CUANTO LE HABÍA LLEGADO LA INFORMACIÓN QUE ERA INFORMANTE DE LA GUERRILLA, PRECISAN LOS FAMILIARES QUE EN ESA FECHA   LOS PARAMILTARES   LLEGARON AL NEGOCIO Y SE APODERARON DE VARIOS ELECTRODOMESTICOS Y ELEMENTOS DE VALOR Y AVES DE CORRAL.. | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: <br><br>DESAPARICION  FORZADA.  PREVISTO  EN  EL   LIBRO  SEGUNDO,  TITULO  III,  CAPITULO  PRIMERO   ARTÍCULO  165  DE  LA  LEY  599  DE  2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESTRUCCION Y APROBACION DE BIENES PROTEGIDOS  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 120 AÑOS. | | | | | | | | |
| 18 VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 18. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA Y AMENAZAS | 26. | JORGE EMILIO CASTRO PABON | 15 DE OCTUBRE DE 2.004 | VEREDA PARRANDA SECA- CORREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | 1.HERNAN GIRALDO <br><br>2.JOSE GELVES <br><br>3.NORBERTO QUIROGA <br><br>4.AFRANIO | 1..MEDIATO <br><br>2.A MEDIATO <br><br>3.A.MEDIATO | Eelementos Probatorios del hecho. <br><br>Fotografía Victima Directa <br><br>Fotocopia C.C Victima Directa <br><br>Reportes victimas indirectas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PERSONALES | | | | | REYES<br><br>5.NODIER GIRALDO | 4.A MEDIATO<br><br>5.A.MEDIATO | Elementos Probatorios de responsabilidad<br><br>Confesión Afranio Reyes<br><br>Confesión Norberto Quiroga<br><br>Confesión Herna Giraldo |

SITUACION FACTICA: SEGÚN INFORMAN LOS FAMILIARES DEL SEÑOR,   JORGE EMILIO CASTRO PABON,  ESTE SALIO EL DÍA 15 DE OCTUBRE DE 2.004, A VENDER MERCANCIA EN EL SECTOR DE PARRANDA SECA, EN JURISDICCION  DEL CORREGIMIENTO DE SIBERIA, MUNICIPIO  DE CIENAGA MAGDALENA,   Y DESDE ESE DIA NO VOLVIERON A SABER DE SU PARADERO Y CUANDO COMENZARON A INDAGAR, A SU RESIDENCIA SE PRESENTARON DOS HOMBRES ARMADOS QUE LES PROFIRIERON  AMENAZAS PARA QUE NO DENUNCIARAN EL HECHO, SIN EMBARGO SIGUIERON AVERIGUANDO, ENTERÁNDOSE QUE ESE DIA LOS PARAMILITARES QUE OPERABAN EN EL SECTOR LO COGIERON Y SE LO LLEVARON A LA BASE DE OPERACIONES QUE TENIAN EN DICHA VEREDA, DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR, PRESUMIENDO QUE LO HABIAN ASESINADO POR EQUIVOCACIÓN, EN TANTO SE CONOCIÓ POR LA VERSION LIBRE RENDIDA POR EL POSTULADO CARLOS EDWIN MONTEJO VITOLA,  ALIAS 90, QUE LA VICTIMA ERA MILICIANO  DEL ELN Y QUE SE LE VEÍA EN EL SECTOR CON PERSONAS EXTRAÑAS, PORTADO ARMAS DE FUEGO Y HERRAMIENTAS BUSCANDO CALETAS DE ARMAS, RAZON POR LA CUAL DIO LA ORDEN A ALIAS 4.4 O ASPRILLA PARA QUE LE DIERA MUERTE Y EN CUMPLIMIENTO DE ESE MANDATO, ALIAS ASPRILLA LE OCASIONÓ LA MUERTE EN

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

EL SECTOR DEL CAÑON DE LAS AGUJAS. POR SU PARTE NORBERTO QUIROGA, ALIAS 5.5 O BETO QUIROGA, SEÑALA QUE HABIA AUTORIZADO AL SEÑOR JORGE EMILIO CASTRO PABON,  PARA QUE LE VENDIERA PESCADO A LAS TROPAS, EN TANTO AFRANIO MANUEL REYES MARTINEZ ALIAS 8.1, SOSTIENE EN SU VERSIÓN QUE ESTA PERSONA ERA MIEMBROS DE LA AGRUPACIÓN ILEGAL Y ERA UNO DE LOS HOMBRES DE SU CONFIANZA, SOSTENIENDO  QUE ALIAS 5.7 DE NOMBRE EDGAR CORDOBA TRUJILLO, HABIA DADO LA ORDEN QUE SE LE ASESINARA, PERO ÉL INTERCERDIO POR EL  Y SE LE PERDONÓ LA VIDA, SIN EMBARGO DESPUES SE LE DIO MUERTE, PRECISANDO QUE TODO OBEDECIÓ A UNA MALA INFORMACIÓN, PORQUE ESTA PERSONA NUNCA LO IBA A TRAICIONAR. SE CONOCIO QUE LA FISCALIA 176 DE LA SUB UNIDAD DE EXHUMACIONES PRACTICÓ DILIGENCIA DE EXHUMACIÓN  EL DIA 9 DE SEPTIEMBRE DE 2.009, EN EL SECTOR DE PRRANDA SECA HALLANDO LOS POSIBLES RESTOS DEL SEÑOR, JORGE EMILIO CASTRO PABON, CUYOS RESTOS UNA VEZ IDENTIFICADOS MEDIANTE COTEJO GENETICO FUERON ENTREGADOS A SUS FAMILIARES,

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDAPREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS.  DAÑO EN BIEN AJENO PREVISTO EN EL LIBRO SEGUNDO TITULO VII, CAPITULO OCTAVO ARTICULO 265 DE LA LEY 599 DE 2.000, SANCIONADOP COPN PENA DE  1 A 5 AÑOS DE PRISIÓN. EN CONCURSO CON EL DELITIO DE AMENAZAS PREVISTO EN EL TITULO XIII CAPITULO PRIMERO ARTICULO 347 SANCIONADO CON PENA DE PRISIÓN DE  4 A 10 AÑOS.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 19. DESAPARICION FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLZAMIENTO FORZADO . | 27. | PEDRO NEL FAJARDO ALMANZA (17 AÑOS) | 8 DE DICIEMBRE DE 2.004 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | 1.HERNAN GIRALDO 2.JOSE GELVES 3.JOSE D MORA 4.NORBERTO QUIROGA 5.NODIER GIRALDO | 1.A.MEDIATO 2.A MEDIATO 3.A MEDIATO 4.A MEDIATO 5.A MEDIATO | Elementos Probatorios Sobre el hecho. 1.-Fotografía de la víctima 2.-Fotografía del lugar del lugar donde funciona el billar de San Pedro de la Sierra de donde fue sacada la víctima. 3.- Fotografía del depósito de café de propiedad de CARLOS TORRES 4.-Consulta de Prometeo- Plena |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | identidad de la víctima |
| | | | | | | | | 5. Documentos Diligencia Exhumación. |
| | | | | | | | | Elementos Probatorios de responsabilidad. |
| | | | | | | | | 6. Confesión Norberto Quiroga |
| | | | | | | | | 7. Confesión Jose Daniel Mora |
| | | | | | | | | 8. reporte de las victimas indirectas. |

SITUACION FACTICA:  EL DÍA 12 DE DICIEMBRE DE 2004, CUANDO EL SEÑOR PEDRO FAJARDO ALMANZA, SE ENCONTRABA  EN EL INTERIOR DEL BILLAR LA ESPERANZA, UBICADO EN LA SALIDA DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, EN COMPAÑÍA DE UN SOBRINO DE NOMBRE JOSE ANIBAL GALVIS FAJARDO, FUE INTERCEPTADO POR EL SEÑOR  HUMBERTO CORREA, INTEGRANTE DE LAS AUTODEFENSAS, QUIEN SE LO LLEVÓ POR LA FUERZA AL SECTOR CONOCIDO COMO LAS PLANADAS EN DONDE SE LO ENTREGÓ AL COMANDANTE DE LA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ZONA CONOCIDO CON EL ALIAS DE ARENAS,  EN DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR. DESDE ESA FECHA SUS FAMILIARES  NO SUPIERON MÁS DE SU PARADERO.  EL JOVEN JOSE ANIBAL GALVIZ, TESTIGO DE LOS HECHOS, ANTE LAS AMENAZAS  Y EL TEMOR QUE LE INFUNDIO EL HECHO,  SE DESPLAZÓ DE LA ZONA AL DEPARTAMENTO DEL TOLIMA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO   ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 20. DESAPARICION FORZADA, HOMICIDIO EN PERSON | 28. | EULOGIO ALBERTO LEONES CASTELLAR | 19 DE DICIEMBRE DE 2.004 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | 1.HERNAN GIRALDO<br><br>2.NORBERTO<br><br>3.JOSE GELVES | 1.A.MEDIATO<br><br><br>2.A MEDIATO | Eelemntos  Probatorios del hecho.<br><br>1.-Fotografía  de  la víctima<br><br>2.-  Fotografía  del corregimiento  de  San Pedro de la Sierra- La |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A PROTEGIDA | | | | | 4.JOSE D MORA 5.NODIER GIRALDO | 3A MEDIATO 4.A MEDIATO 5 MEDIATO | Vuelta del Burro donde estaba instalado el retén 3.-Consulta de Prometeo- Plena identidad. 4.-Fotocopia de la Investigación No.54249 5. Reporte Victimas indirectas Elementos Probatorios de responsabilidad Confesión Jose D Mora Confesión Hernan Giraldo |
| SITUACION FACTICA: EL DÍA  19 DE DICIEMBRE DE 2.004, CUANDO EL SEÑOR EULOGIO ALBERTO LEONES CASTELLAR SE DESPLAZABA DE | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SAN PEDRO DE LA SIERRA HACÍA EL MUNICIPIO DE CIÉNAGA  (MAGDALENA) EN UN VEHÍCULO EN COMPAÑÍA DEL SEÑOR JOSE LUIS MIRANDA PEREZ Y OTROS PASAJEROS MÁS, EN EL SITIO CONOCIDO COMO LA VUELTA DEL BURRO, EL RODANTE FUE INTERCEPTADO EN UN RETÉN PARAMILITAR CUYOS HOMBRES SE ENCONTRABAN UNIFORMADOS Y CON LISTA EN MANO PROCEDIERON A PEDIRLE LA CÉDULA A TODOS LOS PASAJEROS QUE IBAN EN EL VEHÍCULO, LUEGO SE LAS DEVOLVIERON, MENOS AL SEÑOR EULOGIO ALBERTO LEONES, A QUIEN BAJARON DEL RODANTE  MANIFESTÁNDOLE AL CONDUCTOR QUE SIGUIERA SU RUTA Y QUE DESPUÉS LO MANDABAN EN OTRO JEEP, PERO DESDE ESE MOMENTO  SUS FAMILIARES NO SUPIERON MÁS DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:  DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 21. DESAPARICION | 29. | ELIAS FUENTES LASSO | 18 DE ENERO DE 2.005 | VEREDA LOS ACHIOTES CORREGIMIENTO DE | HERNAN GIRALDO  NORBERTO | A.MEDIATO  A | Elementos Probatorios sobre el hecho.  1.- Fotografía de la víctima |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 116

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | | | GUACHACA- SANTA MARTA MAGDALENA | QUIROGA JOSE GELVES DANIEL GIRALDO NODIER GIRALDO | MEDIATO A MEDIATO A MEDIATO A MEDIAT0 | 2.- Imagen de la vereda Quebrada del Sol  3.-Denuncia No.0848 por Desaparición Forzada  4.- Reporte del hecho  5.-Informe de Policía Judicial  6. Diligencia de Exhumación de Cadáver.  7. registro Defunción.  8. acta de entrega restos óseos.  Eelementos Probatorios de Responsabilidad  Onfesión Norberto |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | QQuiriga Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 18 DE ENERO DE 2005,  UN GRUPO DE HOMBRES ARMADOS PERTENECIENTE A LAS AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA, ADSCRITOS  A LA RED URBANA DEL CORREGIMIENTO DE GUACHACA, RETUVIERON AL SEÑOR ELIAS FUENTES LASO EN MOMENTOS  EN QUE ESTE SE ENCONTRABA  EN LA ORILLA DE LA CARRETERA DEL SECTOR DE LOS ACHIOTES DEL CORREGIMIENTO DE GUACHACA Y SE LO LLEVARON POR LA FUERZA EN UN VEHICULO, DONDE ES CONDUCIDO  A LA BASE DE OPERACIONES DE LA VEREDA QUEBRADA EL SOL, DONDE ES ENTREGADO AL COMANDANTE MILITAR NORBERTO QUIROGA POVEDA, ALIAS 5.5 QUIEN HABIA DADO LA ORDEN DE QUE SE LO LLEVARAN PORQUE ERA MIEMBRO DE LA GUERRILLA, Y ESTE A LA VEZ SE LO ENTREGA A CARLOS ORTIZ RODRIGUEZ, QUIEN LO MANTIENE ESPOSADO CON LAS MANOS HACIA ATRÁS DURANTE TODA LA NOCHE Y AL DIA SIGUIENTE RECIBE LA ORDEN DE NORBERTO QUIROGA POVEDA PARA QUE LE CAUSE LA MUERTE SIN HACER TIRO, POR LO CUAL CARLOS ORTIZ RODRIGUEZ, LE PROPINA UN PALAZO EN EL CUELLO, PORQUE NO DABA PARA MATARLO A CUCHILLO Y LE DA LA ORDEN A ALIAS MONDACO QUE LO TERMINE DE ASESINAR  Y ESTE LE CAUSA LA MUERTE CON UN MACHETAZO, LUEGO DE LO CUAL PROCEDIERON A SEPULTAR SU CUERPO EN UNA FOSA COMUN EN EL MISMO LUGAR. DESDE ESA FECHA LOS FAMILIARES DE ELIAS FUENTES LASSO, DESCONOCIAN SU PARADERO,  HASTA QUE LOS POSTULADOS DEL BLOQUE RESISTENCIA TAYRONA, DENTRO DEL PROCESO DE JUSTICIA Y PAZ, CONFESARON EL HECHO Y SUMNISTRARON LA INFORMACIÓN DE LA UBICACIÓN DE LA FOSA QUE PERMITIO QUE LA FISCALIA 176 EXHUMARA LOS RESTOS OSEOS EN DILIGENCIA PRACTICADA EL DÍA 9 DE MAYO DE 2.009 Y UNA VEZ IDENTIFICADOS A TRAVES DE COTEJO GENETICO FUERON ENTREGADOS A SUS FAMILIARES EL DIA 3 DE FERERO DE 2.011.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 320 MESES A 540 MESES EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 22.DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGI | 30. | MARIO RAFAEL NIEVES ASCANIO | 30 DE JULIO DE 2.005 | VEREDA QUEBRADA DEL SOL CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>JOSE GELVES A<br><br>DANIEL GIRALDO<br><br>NODIER GIRALDO | A.MEDIATO<br><br>A. MEDIATO<br><br>A. MEDIATO<br><br>A. MEDIATO<br><br>A MEDIATO | Fotografía de la victima Directa<br><br>Reporte victimas Directas<br><br>Confesión Norberto Quiroga<br><br>Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DA, DESPLAZAMIENTO FORZADO

ART 165-Ley 599/2.000.

ART 135-Ley 599/2.000.

ART 159-Ley 599/2.000

C Mayor Punibilidad Art 58 N 3 y 5 | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

SITUACION FACTICA: EL DIA 30 DE JULIO DE 2.005, UN GRUPO DE HOMBRES ARMADOS PERTENECIENTES AL BLOQUE RESISTENCIA TAYRONA, QUE COMANDABA HERNAN GIRALDO SERNA, ENTRE LOS QUE SE ENCONTRABAN GUSTAVO ARANGO MOLINA, ALIAS ESPAGUETI, CARLOS JAVIER ORTIZ RODRIGUEZ, ALIAS TAJADA Y ALIAS PELO DE COCO, SE PRESENTARON A LA CASA DE LA FINCA  LA DIVISA UBICADA EN LA VEREDA QUEBRADA DEL SOL DE PROPIEDAD DE LA FAILIA NIEVES ASCANIO, EN DONDE ESTABA EL SEÑOR MARIO NIEVES ASCANIO EJERCIENDO LABORES PROPIAS DEL CAMPO Y EN CUMPLIIMIENTO DE LA ORDEN EMITIDA POR NORBERTO QUIROGA POVEDA, QUE LO ACUSABA DE SER INFORMANTE DE LA FUERZA PUBLICA, PROCEDEN A AMARRARLO Y A GOLPIARLO, LUEGO LO CONDUCEN  A LA PARTE ALTA DE LA FINCA DONDE LE OCASIONAN LA MUERTE Y SU CUERPO ES SEPULTADO EN EL SECTOR. TRANSCURRIDO 15 DIAS SUS FAMLIARES INICIAN LA BUSQUEDA Y EN ESA ACTIVIDAD SU SEÑORA MADRE QUIEN CONOCIA BIEN LA ZONA, UBICA EN UN SECTOR DE LA FINCA EL LUGAR DONDE FUE SEPULTADO, PERO COMO SE ENCONTRABA SOLA PROCEDE A MARCAR EL SITIO Y CUANDO REGRESA NUEVAMENTE EN COMPAÑÍA DE OTROS FAMILIARES ENCUENTRAN QUE EL LUGAR HABIA SIDO REMOVIDO, POR LO CUAL LA SEÑORA  DOS MESES DESPUES SE ENTREVISTA CON HERNAN  GIRALDO QUIEN SE COMPROMETE A ENTREGARLE EL CUERPO  EN UN PLAZO DE 15 DIAS, PERO  NO VUELVE A TENER NOTICIA  SINO HASTA DESPUES DE LA DESMOVIIIZACIÓN, CUANDO LOS POSTULADOS CONFIESAN EL HECHO Y SUMNISTRAN LA INFORMACIÓN SOBRE LA UBICACIÓN DE LA FOSA, QUE PERMITIO LA EXHUMACIÓN DE LOS RESTOS OSEOS EN DILIGENCIA PRATICADA EL DÍA 3 DE JULIO DE 2.009 Y LUEGO DE LA IDENTIFICACION FUERON  ENTREGADOS A SUS FAMILIARES  EL DIA 4 DE MARZO DE 2.011. COMO CONSECUENCIA DEL HECHO LA FAMILIA DE MARIO NIEVES ASCANIO ABANDONA LA FINCA Y SE DESPLAZAN DE LA ZONA POR TEMOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO   ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 23. DESAPARICION FORZADA Y HOMICIDI I EN PERSONA PROTEGIDA  ART 165- Ley 599/2.000 | 31. | REYMUNDO FLOREZ MONTERO | 27 DE ABRIL DE 2000 | GUACHACA MAGDALENA | 1.HERNAN GIRALDO  2.NORBERTO QUIROGA | 1.A MEDIATO  2.A MEDIATO | Elementos Probatorios del Hecho.  1. Fotografía en vida del señor REYMUNDO FLOREZ MONTERO.  2. Fotocopia de la cedula de ciudadanía correspondiente a REIMUNDO FLOREZ MONTERO.  3. Partida De Matrimonio A Nombre De Reimundo Florez Montero, en que se demuestra su estado civil de casado con la reportante. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | . ART 135- Ley 599/2.000 . C Mayor Punibilida d Art 58 N- 5 | | | | | | | 4. Caratula del Proceso penal radicado con el número 85604. 5. Fotocopia del Oficio a través de la cual la Fiscalía Noveno Compulsó copias. 7. Registro De Defunción número 90001575 a nombre de REIMUNDO FLOREZ MONTERO, obtenido conforme a la Audiencia Preliminar celebrada el día 7 de marzo de 2012. 8. Carpeta de víctimas indirectas, con el registro de hechos No. 138703. Elementos Probatorios Sobre Responsabilidad De los Postulados. 1. Confesión de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | HERNAN GIRALDO SERNA. 2. Confesíon ELISEO BELTRAN CADENA. 3. Iinforme ejecutivo de Policía Judicial. |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 24 DESAPARICION FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA EN PERSONA A | 32. | LAUDELINO BARRIOS ORTIZ | JULIO A AGOSTO 2.002 | GUACHACA | 1.HERNAN GIRALDO | 1.A MEDIATO | 1. Reporte del hecho presentado por el señor JOSE ANTONIO CHARRIS BARRIOS. 2. Confesión vertida por el postulado en la Versión libre. 3. Denuncia instaurada por el señor PLINIO JOSE BARRIOS ORTIZ, por la desaparición de su hermano, instaurada el 11 de marzo de 2.008, en la Unidad de reacción Inmediata de la Fiscalia de Valledupar. |
| | | 33. | EDI MILENA OCHOA (11 AÑOS) | | | 2.NORBERTO QUIROGA | 2.A MEDIATO | |
| | | 34. | ZULMA MEDINA GAITAN | | | 3.DANIEL GIRALDO 4 NODIER GIRALDO | 3.A MEDIATO 4.A | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA CONCURSO HOMOGENEO SUCESIVO TRATA DE PERSONAS | | | | | | MEDIATO | 4. informe de Policía judicial. 5. Fotografía Landelino Barrios Ortiz. 6. Fotografía de la entrada a vereda Quebrada María 7. Registro Civil De Nacimiento De Laudelino Barrios Ortiz. 8. Entrevista y reporte de EDI MILENA OCHOA. |

SITUACION FACTICA: EL HECHO OCURRIO APROXIMADAMENTE ENTRE LOS DÍAS DEL 5 AL 10 DE JULIO DE 2.002, EN HORAS DE LA TARDE, CUANDO A LA FINCA EN DONDE LABORABA EL SEÑOR LAUDELINO BARRIOS ORTIZ Y SU COMPAÑERA PERMANENTE ZULMA MEDINA GAITAN, UBICADA EN LA VEREDA QUEBRADA MARÍA DEL CORREGIMIENTO DE GUACHACA, VARIOS HOMBRES ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA HILUX, SACARON POR LA FUERZA A LA PAREJA JUNTO A SU PEQUEÑA HIJA DE NOMBRE EDDY MILENA OCHOA MEDINA, QUE CONTABA CON 11 AÑOS DE EDAD, EN MOMENTOS EN QUE SE DISPONIAN A ALMORZAR Y SE LOS LLEVARON HASTA EL SITIO CONOCIDO COMO LA Y, DONDE OPERABA UNA ESTACIÓN DE COMUNICACIONES DEL GRUPO DE AUTODEFENSAS: LUGAR DONDE PERMANECIERON POR ESPACIO DE APROXIMADAMENTE UN MES TIEMPO DURANTE EL CUAL OBLIGAN A LA SEÑORA A REALIZAR OFICIOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VARIOS Y DE COCINA,  HASTA QUE EL DÍA 11 DE AGOSTO DE 2002 LES DIERON MUERTE A LA PAREJA Y SUS CUERPOS FUERON SEPULTADOS EN EL SECTOR, EN TANTO LA MENOR HIJA DE LA PAREJA, QUE  FUERA  SUSTRAÍDA  DE SU HOGAR FUE ENTREGADA POR UNO DE LOS VICTIMARIOS CONOCIDO CON EL ALIAS DE EL IMBECIL, A SU MUJER  DE NOMBRE MAGALY ORTIZ,  QUIEN SE QUEDÓ POR UN TIEMPO CON LA NIÑA Y LUEGO FUE ENTREGADA AL INSTITUTO COLOMBIANO DE BIENESTAR FAMILIAR | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:    TORTURA EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 137  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. ESCLAVITUD  O TRABAJOS FORZADOS PREVISTO EN EL LIBRO SEGUNDO  TITULO III, CAPITULO QUINTO ART 188ª PENA DE 13 A 23 AÑOS DE PRISIÓN. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 25. DESAPARICION FORZAD | 35.  36. | IDALIDES PEREZ ATILANO  NOHEMI PEREZ ATILANO | 31 DE JULIO DE 2002 | BURITACA | 1.HERNAN  GIRALDO | 1.A MEDIATO | 1. Reporte de los hechos presentados por las victimas indirectas.  2. Informe de de policía |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO<br><br>ART 165-Ley 599/2.000.<br><br>ART 135-Ley 599/2.000.<br><br>C Mayor Punibilidad Art 58 N | 37. | RAFAEL PEREZ ATILANO | | | 2.NORBERTO QUIROGA<br><br>3. DANIEL GIRALDO<br><br>4.NODIER GIRALDO | 2.A MEDIATO<br><br>3.A MEDIATO<br><br>4.A MEDIATO | judicial No 033 del 18 de noviembre de 2.008 y No 542 del 19 de noviembre de 2.008, de exhumaciones.<br><br>3. Informe de Policía judicial de investigadores judiciales adscrito a la Fiscalía Novena.<br><br>4. Fotografía de las víctimas directas.<br><br>5. Versión libre donde el postulado confiesa el hecho delictivo. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | 3 y 5 . | | | | | | | |

SITUACION FACTICA: EL CONTEXTO FÁCTICO SEÑALA QUE  EL DÍA 31 DE JULIO DE 2.002,  EN HORAS DE LA MADRUGADA UN GRUPO DE HOMBRES ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA,  PERTENECIENTE A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN DE GUACHACA, LLEGARON A LA VEREDA BURITACA  A LAS VIVIENDAS EN DONDE RESIDÍAN LOS HERMANOS  RAFAEL PEREZ, IDALIDES Y NOHEMI PEREZ ATILANO Y BAJO EL ARGUMENTO QUE LOS HERMANOS ERAN AUXILIADORES DE LA GUERRILLA DE LAS FARC, FUERON SACADOS DE SUS CASAS,  LOS SUBIERON A LA CAMIONETA Y SE LOS LLEVARON  A UN PUNTO CONOCIDO COMO LA Y, LUGAR EN DONDE LE DIERON MUERTE Y SUS CUERPOS SEPULTADOS EN ESE  SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 26. DESAPARICION FORZAD | 38. | JHON JAIRO GUZMAN SANCHEZ | 7 DE MARZO DE 2004 | GUACHACA | HERNAN GIRALDO | A MEDIATO | 1. Reporte del hecho de victimas indirectas. 2. Confesión vertida por el postulado en la Versión libre. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A, HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO NUC FAM | | | | | JOSE GELVES<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO | 3. informe de Policía judicial<br><br>4, Informe de exhumaciones de fecha 17 de enero de 2.007.<br><br>5. Fotografías de la víctima directa<br><br>6. Fotocopia CC victima directa<br><br>7. Acta entrega restos óseos |

SITUACION FACTICA: EL DÍA 7 DE MARZO DE 2.004, LOS HERMANOS JHON JAIRO GUZMAN Y ALEX JAVIER GUZMAN, SE ENCONTRABAN EN EL CORREGIMIENTO DE GUACHACA, LLENANDO UNA HOJA DE VIDA PARA CONSEGUIR UN TRABAJO, Y EL MOMENTO EN QUE SU HERMANO ALEX JAVIER, SE DESPLAZÓ A OTRO LUGAR EN UNA MOTO, EL SEÑOR JHON JAIRO GUZMAN SANCHEZ, FUE INTERCEPTADO POR UN VEHÍCULO, EN DONDE HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN EL SECTOR LO OBLIGARON A SUBIR Y LO CONDUJERON A OTRO SITIO EN DONDE LE OCASIONAN LA MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR. SE CONOCIO QUE LOS AGRESORES ACTUARON OBEDECIENDO ORDENES DIRECTAS DEL COMANDANTE URBANO DE LA ZONA EDUARDO VENGOCHEA MOLA, QUIEN LO ACUSABA DE TENER VINCULOS CON LA GUERRILLA PORQUE EN UNA OPORTUNIDAD LAS AUC IBAN A DESARROLLAR UNA OPERACIÒN CON 36 UNIDADES EN EL DEPÀRTAMENTO DE LA GUAJIRA Y ANTES DE INCURSIONAR LLEGARON AL CASERIO DONDE SE ENCONTRABA JHON JAIRO GUZMAN Y AL LLEGAR AL CAMPAMENTO QUE SE PRETENDIAN TOMAR LOS SUBSVERSIVOS ASESINARON A TODOS LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PARAMILITARES Y POSTERIORMENTE LA GUERRILLA INCURSIONÓ EN EL CASERIO ASESINANDO A LOS CAMPESINOS QUE ALLI RESIDIAN  Y EL UNICO QUE SESALVO FUE JHON JAIRO GUZMAN. POR SU PARTE LA FAMILIA DE JHON JAIRO GUZMAN SOSTIENE QUE ERA UNA PERSONA QUE NO TENIA PROBLEMAS, QUE A RAIZ DE ELLO ALGUNOS MIEMBROS DE LA FAMILIA SE DESPLAZARON Y DESDE ESA FECHA NO TUVIERON NOTICIAS DE SU PARADERO, HASTA QUE LOS DESMOVILIZADOS DENTRO  DEL PROCESO DE JUSTICIA Y PAZ DIERON INFORMACIÒN DE LA UBICACIÒN DE LA FOSA, EN VIRTUD DE LO CUAL SE PRACTICO DILIGENCIA DE EXHUMACION EL DIA 29  DE SEPTEMBRE DE 2.006 Y LUEGO DE SU IDENTIFICACIÒN LE FUERON ENTREGADOS. ||||||||| |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS ||||||||| |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 27.. DESAPARICION FORZADA Y HOMICIDIO EN | 39. | JORGE ELIECER ALVAREZ CASTRO | 4 DE OCTUBRE DE 2004 | VEREDA BURITACA GUACHACA | HERNAN GIRALDO  NORBERTO QUIROGA  JOSE GELVES | A MEDIATO  A MEDIATO  A | 1.- Fotografía del lugar del hecho  2.- Reporte del hecho de víctimas indirectas  3.  Fotografías víctimas directas  4.   Confesión   de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO | | | | | DANIEL GIRALDO NODIER GIRALDO | MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Eduardo Vengochea 5. Confesión Hernan Giraldo |
| | | 40. | ALVARO ALVAREZ CASTRO | | | | | |

SITUACION FACTICA: EL DÍA 4 DE OCTUBRE DE 2.004, LOS HERMANOS JORGE ELIECER Y ALVARO ALVAREZ CASTRO, SALIERON A BORDO DE UN VEHÍCULO CHEVROLET SPRINT, DESDE LA CIUDAD DE BARRANQUILLA A LA VEREDA BURITACA, CON EL OBJETO DE HACER ENTREGA DE UNA MERCANCÍA, Y AL LLEGAR A SU DESTINO FUERON ABORDADOS POR DOS HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, CONOCIDOS CON LOS ALIAS DE MACROBIO DE NOMBRE EDER NAVARRO ARRIETA, Y ALEXANDER BARRANGAN, ALIAS EL NIÑO, QUIENES OBEDECIENDO ÓRDENES DIRECTAS DEL COMANDANTE URBANO EDUARDO VENGOCECHEA MOLA, ALIAS EL FLACO, QUE LOS ACUSABA DE VENDER INSUMOS PARA EL PROCESAMIENTO DE COCA A LAS FARC, LOS SUBIERON POR LA FUERZA EN UNA CAMIONETA VERDE EN QUE SE MOVILIZABAN Y LOS CONDUJERON A OTRO SITIO EN DONDE LES CAUSARON LA MUERTE CON PISTOLAS 9.MM Y SUS CUERPOS SEPULTADOS EN EL SECTOR. LOS FAMILIARES DE LAS VICTIMAS UNA VEZ ENTERADOS DE LA DESAPARICIÓN INICIARON LA BÚSQUEDA PARA LO CUAL SE TRASLADARON AL CORREGIMIENTO DE GUACHACA, DONDE LOGRARON HABLAR CON EDUARDO VENGOCHECHEA, QUIEN LES NEGÓ DAR CUENTA DE SU PARADERO Y BAJO AMENAZAS LES DIJO QUE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SALIERAN DE LA POBLACIÓN Y QUE NO FUERAN A DENUNCIAR PORQUE SABÍAN EL SITIO DONDE VIVIAN EN BARRANQUILLA, DESDE ESA FECHA NO SABEN DEL PARADERO DE LOS HERMANOS ALVAREZ CASTRO. SE CONOCIO QUE EL VEHICULO DONDE SE MOVILIZABAN LAS VICTIMAS Y OTROS ELEMENTOS FUERON HURTADOS. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO ( GUERRILLA), CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | | 41. | LUIS ANTONIO MENDOZA MONTAÑO (DESPARECIDO) | 31 DE AGOSTO DE 2.002 | VEREDA EL LIMON CORREGIMIENTO TOMAS RAZON RIOACHA GUAJIRA | 1.HERNAN .GIRALDO  2.NORBERTO QUIROGA  3.NODIER GIRALDO | 1.A.MEDIATO.  2.A MEDIATO  3.A MEDIATO | 1. Reporte del hecho de víctimas indirectas  2. Fotografías víctimas directas  3. Confesión de Rosendo Leon  4. Confesión Hernan Giraldo |
| | | 42. | JAIME ELIAS | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | 28. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO) | | MENDOZA LOPERA, (DESPARECIDO)<br><br>VICTIMAS HOMICIDIOS SOLOS<br><br>JAMINZON JAVIER RADILLO REDONDO<br><br>EDGAR RAFAEL RADILLO REDONDO<br><br>JUAN MANUEL CATAÑO GUERRA<br><br>ROSA MARIA LOPERA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | ACTOS DE TERRORISMO, ACTOS DE BARBARIE, DESPLZAMIENTO FORZADO . | | | | | | | |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DIA 30 DE AGOSTO DE 2.002, EL SEÑOR JAIME ELIAS MENDOZA LOPERENA SALIO A COMPRAR UN FRIJO  A DONDE UN VECINO EN EL SECTOR DE LA VEREDA EL LIMON SIN DARSE CUENTA QUE POR AHÍ SE ENCONTRABA UN GRUPO ILEGAL  QUE LO DETUVO Y LO ASESINARON SEPULTANDO SU CUERPO, AL DIA SIGUIENTE SU PADRE LUIS ANTONIO  MENDOZA SALIO A BUSCARLO Y TAMBIEN FUE DESAPARECIDO POR EL MISMO GRUPO Y DESDE ENTONCES SU FAMILIA NO SUPO MAS DE SU PARADERO. EN SU RRECORRIDO EL MISMO GRUPO LLEGÓ A LA FINCA DE LA FAMILIA MENDOZA Y ALLÍ ASESINARON A LA SEÑORA ROSA MARIA LOPERENA, LO CUAL GENERO QUE SUS FAMILIARES SE DESPLAZARAN DE LA ZONA, EN CUANTO ADEMAS EL MISMO GRUPO LE DIO MUERTEA OTRAS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERSONAS QUE RESIDEÍAN EN EL SECTOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA   MENCIONADOS   POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA, DESPLAZAMIENTO FORZADO  PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS, ACTOS DE TERRORISMO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 144  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 15 A 25 AÑOS. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA)- CUERPO INHUMADO EN FOSA COMPLETO (CUERPOS PRESENTADOS MUERTES EN COMBATES N.N -FALSOS POISTIVOS), -FUERZA | 29 FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTUR | 43. | JORGE ELIECER FERNÁNDEZ AVENDAÑO | 5 DE DICIEMBRE DE 1.998 | VEREDA RIO LAGARTO CORREGIMIENTO DE MIGUEO DIBULLA GUAJIRA | HERNAN GIRALDO <br><br> NORBERTO QUIR0GA | A.MEDIATO <br><br> A MEDIATO | Reg 175748 <br> Evangelina Choperena <br><br> Reg 481108 Yury Avendaño <br><br> Reg 419698 Raul |
|  |  | 44. | RAÚL ELIECER FERNÁNDE |  |  |  |  |  |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 135

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO) DESPLAZAMIENTO FORZADO, TERRORISMO. | | Z AVENDAÑO. | | | | | Avendaño |
| | | | | | | | | Reg 11598 Magaly Gutierez |
| | | 45. | RODRIGO CHÁVEZ CASTILLA | | | | | Reg 187532 Juan Elias Atencio |
| | | 46. | JOSÉ ANTONIO DE LA ROSA GUTIÉRREZ | | | | | |
| | | | | | | | | Elementos P sobre responsabilidad de Postulado. |
| | | 47. | HÉCTOR ELÍAS ATENCIO HERRERA | | | | | Confesion Daniel Giraldo, Norberto Quiroga, hernan Giraldo. |

SITUACION FACTICA: EL DÍA 4 DE DICIEMBRE DE 1.998, APROXIMADAMENTE A LAS ONCE DE LA NOCHE,  UN NUTRIDO GRUPO DE HOMBRES PORTANDO ARMAS DE LARGO Y CORTO ALCANCE, VISTIENDO PRENDAS DE USO PRIVATIVO DEL EJERCITO Y CON LOS ROSTROS CUBIERTOS CON PASAMONTAÑAS, IRRUMPIERON DE MANERA VIOLENTA A LA FINCA LA PASTORA UBICADA EN EL CASERIO RIO LAGARTO, VEREDA EL MAMAY, CORREGIMIENTO DE MINGUEO, MUNICPIO DE DIBULLA GUAJIRA, Y PROCEDIERON SACAR POR LA FUERZA DE LAS CASAS A LOS DUEÑOS DE LA FINCA, HACIENDO CASO OMISO  A LAS SUPLICAS  DE SU SEÑORA MADRE PARA QUE NO LES HICIERAN DAÑO,

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 136

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EN PRIMER LUGAR A JORGE ELIECER FERNANDEZ AVENDAÑO, LUEGO SE DIRIGIERON A OTRA VIVIENDA DONDE LOGRAN UBICAR A SU HERMANO  RAUL ELIECER FERNANDEZ AVENDAÑO Y  DOS TRABAJADORES DE NOMBRES  RODRIGO CHAVEZ CASTILLA Y JOSE ANTONIO DE LA ROSA GUTIERREZ Y POR ULTIMO RENTIENEN A UNA QUINTA PERSONA DE NOMBRE HECTOR ELIAS ATENCIO HERRERA, QUIEN POR CUESTIONES DEL AZAR SE ENCONTRABA PERNOCTANDO EN LA FINCA  DEBIDO A QUE EL RIO POR DONDE DEBÍA PASAR ESE DIA EN UNA MULA SE CRECIO POR LA LLUVIA Y ELLO LO OBLIGO A PEDIR ALOJAMIENTO EN EL PREDIO VECINO. EL GRUPO ARMADO LUEGO DE RETENER A LAS VICTIMAS,  GOLPEARLAS Y AMARRARLAS  DE MANOS  SE LAS LLEVARON  EN ROPA INTERIOR Y DESCALZOS NO SIN ANTES ADVERTIRLE A LOS FAMILIARES SOBREVIVIENTES QUE NO LOS FUERAN A SEGUIR, POR LO CUAL ALGUNOS DE ELLOS POR EL TEMOR QUE LES CAUSO LA INCURSIÓN SE FUERON A DORMIR AL MONTE Y CUANDO AMANECIÓ ALREDEDOR DE LAS CINCO DE LA MAÑANA, DIERON AVISO A LOS VECINOS DE LA VEREDA QUIENES SE UNIERON A LA FAMILIA Y EMPEZARON LA BUSQUEDA DE LOS DESAPARECIDOS Y A PESAR DE ELLO NO ENCONTRARON RASTROS DE SU PARADERO Y SOLO A LOS DOS DIAS OBTUVIERON INFORMACIÓN QUE LOS DOS TRABAJADORES Y LA OTRA PERSONA QUE PERNOCTO EN LA FINCA SUS CUERPOS FUERON ENCONTRADOS EN LA VEREDA MARQUETALIA CON SIGNOS DE TORTURAS, EN TANTO LA FAMILIA FERNADEZ AVENDAÑO, SE ENTERÓ POR LA NOTICIA PUBLICADA EN LA PRENSA  QUE EN LA MORGUE DE MEDICINA LEGAL DE SANTA MARTA PERMANECIAN  DOS PERSONAS MUERTAS EN COMBATES CON EL EJERCITO, Y AL ACERCARSE SE DIERON CUENTA QUE LOS CUERPOS PERTENCIAN A LOS SEÑORES A RAUL ELIECER Y JORGE ELIECER FERNANDEZ AVENDAÑO, QUIENES SE ENCONTRABAN CON LAS PANTALONETAS QUE TENÍAN PUESTA,  PERO AL LADO TENÍAN UN UNIFORME DEL EJERCITO. A RAIZ DE LA INCURSIÓN DEL GRUPO PARAMILITAR, LA FAMILIA FERNANDEZ AVENDAÑO Y 43 FAMILIAS RESIDENTES EN EL CASERIO RIOLAGARTO SE DESPLAZARON HASTA LA CIUDAD DE RIOHACHA, EN DONDE PERMANECIERON RESIDIENDO POR LARGOS AÑOS. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: | | | | | | | | |
| DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA, DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS, ACTOS DE TERRORISMO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 144 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 15 A 25 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 30 DESAPARICION FORZADA, HOMICIDIO Y PERSONA PROTEGIDA.EN CONCURSO HOMOGENEO SUCESIV | 48. | ELADIO ANTONIO GARCÍA MEDINA | 31 DE ENERO DE 2.002 | CORREGIMIENTO DE GUACHACA –SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | A MEDIATO  A.MEDIATO  A MEDIATO  A MEDIATO | Reportes victimas Directas  Confesion Eduardo Veng.  Confesión Hernan Giraldo |
| | | 49. | JOSÉ ANTONIO CERVANTES OROZCO | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | O | | | | | | | |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE PARA LA FEHA DEL MES DE ENERO DE 2.002,  LOS SEÑORES JOSE ANTONIO CERVANTES OROZCO Y ELADIO GARCIA MEDINA, QUIENES SE DEDICABAN AL  OFICIO DE LA AGRICULTURA, SALIERON CON EL PROPOSITO DE EJERCER SUS LABORES EN LA FINCA DE PROPIEDAD DE UN SEÑOR DE APELLIDO REYES, UBICADA EN LA VEREDA QUEBRADA DEL SOL DEL CORREGIMIENTO DE GUACHACA,   SECTOR DONDE FUERON RETENIDOS POR VARIOS HOMBRES INTEGRANTES DE LAS AUTODEFENSAS, BAJO EL SEÑALAMIENTO DE SER INFORMANTE DE LA GUERRILLA,   QUIENES OBEDECIENDO ORDENES DE WALTER TORRES LOPEZ, COMANDANTE DE LA ZONA  LE DIERON MUERTES Y SUS CUERPOS DESAPARECIDOS EN EL SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA

| VÍNCULOS CON EL GRUPO ENEMIGO | 31 DESAPA | 50. | JOSÉ | 7 DE | CORREGIMIENTO DE | HERNAN | A. | 1.- fotografía de la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| (GUERRILLA ) INHUMADO EN FOSA COMPLETO,-FUERZA | RICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA. ACTOS DE TERRORISMO. | | GREGORIO CONTRERAS SARIEGO | DICIEMBRE DE 2.000 | CAMPANA NUEVA DIBULLA GUAJIRA | GIRALDO NORBERTO QUIROGA | MEDIATO A MEDIATO | víctima  2.- Registro nacimiento  3.- Fotocopia c.c.  4.- Fotocopia de I.P. radicado No.13306 investigación que fue suspendida el día 31 de Mayo de 2.004, por la Fiscalía Primera Especializada  del Gaula.  5.- Denuncia No.005 instaurada por la señora **LUISA BRITO ARREGOCES**  **Confesion Norberto Quiroga**  **Confesión Hernan** |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Giraldo** |

SITUACION FACTICA: EL DIA 7 DE DICIEMBRE DE 2.000, APROXIMADAMENTE A LAS SIETE LA NOCHE, CUANDO EL  SEÑOR JOSE GREGORIO CONTRERAS SARIEGO, EN COMPAÑÍA DE SU ESPOSA REGRESABAN A LA FINCA DONDE RESIDIAN, UBICADA EN EL SECTOR DE CAMPANA NUEVA JURISDICCION DEL MUNICIPIO DE DIBULLA GUAJIRA, PROCEDENTES DE LA CIUDAD DE RIOHACHA DONDE SE ENCONTRABAN HACIENDO UNAS COMPRAS, ENCONTRARON QUE EN EL INTERIOR DE LA VIVIENDA ESTABAN DOS SUJETOS ARMADOS QUE MANTENIAN AMARRADAS AL RESTO DE LA FAMILIA BAJO LA AMENAZA QUE SI EL SEÑOR JOSE GREGORIO NO APARECÍA LES IBAN A DAR MUERTE. DE INMEDIATO LOS SUJETOS ARMADOS  RETUVIERON AL SEÑOR JOSE GREGORIO CONTRERAS  Y SE LO LLEVARON A LA FUERZA CON RUMBO AL  CORREGIMIENTO DE MINGUEO, EN DONDE LOS ESPERABAN TRES CAMIONETAS EN LAS QUE SE MOVILIZABAN UN GRUESO NUMERO DE HOMBRES DE LAS AUTODEFENSAS, QUE SE ENCONTRABAN DESARROLLANDO OPERACIONES MILITARES EN LA REGION, POSTERIOMENTE UNA PARTE DEL GRUPO ARMADO CONDUJO AL SEÑOR JOSE GREGORIO CONTRERAS A LOS  ALREDEDORES DEL RIO JERES,  EN DONDE PROCEDIERON A DARLE MUERTE Y SU CUERPO DESAPARECIDO EN ESE MISMO SECTOR. EN SU RETIRADA LOS HOMBRES ARMADOS DEJARON PINTADAS LAS PAREDES CON SIGLAS ALUSIVAS A LAS AUTODEFENSAS DEL MAGDALENA Y LA GUAJIRA, ACMG Y  OTRAS QUE DECIA ABAJO LOS SAPOS. DESDE ESA FECHA LOS  FAMILIARES DEL SEÑOR JOSE GREGORIO CONTRERAS   NO  TUVIERON NOTICIA DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA, ACTOS DE TERRORISMO PREVISTO EN EL  TITULO II, CAPITULO UNICO  ARTICULO 144  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 15 A 25  AÑOS | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) INHUMADO EN FOSA COMPLETO, FUERZA | 32 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO | 51. | RAMIRO ANTONIO GARCIA BRITO | 10 DE FEBRERO DE 2.004 | VEREDA PLANADAS CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA JOSE GELVES JOSE D MORA NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO | Reporte de Victimas Indirectas Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACIION FACTICA: EL DIA 10 DE FEBRERO DE 2.004, EN HORAS DE LA MAÑANA,   CUANDO EL SEÑOR RAMON GARCIA BRITO SE ENCONTRABA EN LA FINCA  SAN MARTIN DE LOBA, UBICADA EN LA VEREDA PLANADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, EN DONDE RESIDÍA CON SU MUJER DE  NOMBRE BLANCA,  LLEGARON  DOS HOMBRES ARMADOS PERTENCIENTES A LAS AUTODEFENSAS QUE VESTIAN PRENDAS DE USO PRIVATIVO DE LAS FUERZAS ARMADAS QUE IBAN A PIE, CONOCIDOS CON LOS ALIAS DE JERINGA Y ARENAS QUIENES OBEDECIENDO ORDENES DEL COMANDANTE 101 O GUERRERO,  DE  NOMBRE JOSE DANIEL MORA LOPEZ,  QUIEN LO ACUSABA DE SER INFORMANTE DE LA GUERRILLA, SE LO LLEVARON POR LA FUERZA Y DESDE ESA FECHA SUS FAMILIARES NO TUVIERON NOTICIAS DE SU PARADERO Y DESPUES DE REGISTRARSE EL HECHO LOS MPARAMILITARES PROFIRIERON AMENAZAS EN CONTRA DE UN HIJO DE LA VICTIMA DE NOMBRE  ANTONIO GARCIA, PARA QUE NO ENTABLARA EL DENUNCIO, POR LO CUAL SE DESPLZARON DE LA ZONA DEJANDO LA FINCA  ABANDONADA Y PERDIERON UNAS GALLINAS,  CERDOS Y LA  COSECHA DE CAFÉ.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESPLAZAMIENTO FORZADO   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO   ARTICULO 159   DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO(INFORMANTE F PUBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 33. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 52. | JORGE ENRIQUE SALTARIN VENTURA | 12 DE FEBRERO DE 2.003 | CORREGIMIENTO DE GUACHACA-SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO | A.MEDIATO A MEDIATO A MEDIATO | Reporte de Victimas Indirectas Confesión Hernan Giraldo |
| SITUACION FACTICA : SE TIENE DOCUMENTADO QUE EL DÍA 12 DE FEBRERO DE 2.003, CUANDO EL SEÑOR  JORGE ENRIQUE SALTARIN VENTURA SE TRANSPORTABA DESDE LA CIUDAD DE SANTA MARTA COMO PASAJERO EN UN BUS DE SERVICIO PUBLICO, FUE INTERCEPTADO A LA ALTURA DEL PEAJE DE NEGUANJE SECTOR DE GUACHACA,  POR TRES  SUJETOS ARMADOS  PERTENECIENTES A LAS AUTODEFENSA, QUE SE MOVILIZABAN EN UNA   CAMIONETA QUIENES LO BAJARON DEL BUS Y LO SUBIERON POR LA FUERZA A LA CAMIONETA, LLEVANDOSELO CONSIGO A LA PARTE ALTA DE LA VEREDA DE LA AGUACATERA DONDE SE LE DIO MUERTE Y SU CUERPO DESAPARECIDO EN ESE SECTOR. | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 34. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESTRUCCION APROPIACION DE BIENES | 53. | BAYRON REINA CASTRO | 30 DE JUNIO DE 2.003 | VEREDA LA UNION CORREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | HERNAN GIRALDO <br><br> DANIEL GIRALDO <br><br> NORBERTO QUIROGA <br><br> JOSE GELVES <br><br> NODIER GIRALDO | A.MEDIATO <br><br> A MEDIATO <br><br> A MEDIATO <br><br> A MEDIATO <br><br> A MEDIATO | 1. Fotografía en vida de BAIRON REINA CASTRO. <br><br> 2. Fotocopia de la tarjeta decadactilar de Bairon Reina Castro <br><br> 3. Fotocopia de la denuncia penal número 401 presentada por el señor JESUS ENRIQUE LOPEZ RESTREPO, por la desaparición forzada de BAIRON REINA CASTRO. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 145

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDOS | | | | | | | 4. Diligencia de exhumación de cadáver realizada el día 5  de junio de 2.009 en la vereda la unión del corregimiento de Siberia municipio de Ciénaga Donde se encontraron los restos óseos de BAIRON REINA CASTRO.  5. Protocolo de necropsia de fecha 5 de junio de 2.009, de Medicina Legal en donde se indica que la muerte de BAIROIN REINA CASTRO se produjeron  por una herida en el cráneo producida con proyectil de arma de fuego.  6. Informe de antropología forense.  7. Informe pericial de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | odontología forense. |
| | | | | | | | | 8. Reporte del hecho presentado por la señora MARGOTH REINA CASTRO. |
| | | | | | | | | ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD DEL POSTULADO. |
| | | | | | | | | 1. Diligencia de versión libre donde DANIL GIRALDO CONTRERAS, confiesa el hecho delictivo. |
| | | | | | | | | 2. Informe de policía judicial |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: EL DIA 15 DE JUNIO DE 2.003, EL JOVEN BAYRON CASTRO REINA, QUIEN SE DEDICABA A LAS LABORES DEL CAMPO EN EL SECTOR DE LA VEREDA DEL MICO DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, FUE INTERCEPTADO POR UN GRUPO DE HOMBRE ARMADOS PERTENCIENTES A LAS AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA QUE OPERBAN EN LA PARTE URBANA DEL CORREGIMIENTO DE GUACHACA, EN MOMENTOS EN QUE SE MOVIIZABA EN UN VEHICULO POR ESE SECTOR, QUIENES OBEDECIENDO ORDENES DEL COMANDANTE DE ESA ZONA DE NOMBRE WALTER TORRES LOPEZ, QUIEN LO ACUSABA COMO INFORMANTE DE LA POLICIA ANTINARCOTICO, LO CONDUJERON A LA VEREDA ORINOCO Y ALLI SE LO ENTREGARON AL COMANDANTE NORBERTO QUIROGA POVEDA, QUIEN A SU VEZ SE LO ENTREGÓ AL COMANDANTE ORTEGA QUIEN SE ENCARGO DE OCASIONARLE LA MUERTE Y SEPULTAR SU CUERPO EN ESE SECTOR Y LUEGO SE APROPIARON DEL AUTOMOTOR.. SUS FAMILIARES DESDE ESA FECHA NO TUVIERON NOTICIA DE SU PARADERO, HASTA DESPUES DE LA DESMOVILIZACIÓN QUE SE ENTERARON POR LA CONFESIÓN OFRECIDA POR LOS POSTULADOS Y DE ESA FORMA SE PERMITIO QUE LA FISCALIA 176 DE LA SUB UNIDAD DE EXHUMACIÓN, EXHUMARA SUS RESTOS OSEOS EN DILIGENCIA PRATCICADA EL DIA 5 DE JUNIO DE 2.009 Y LUEGO DE LA IDENTIFICACION FUERON ENTREGADOS A SUS FAMILIARES EL DIA 25 DE MARZO DE 2.011. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A 10 AÑOS | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 35. DESAPARICION FORZADA, HOMICID | 53 | MIGUEL JOSE DAU GOLLES | 7 DE JULIO DE 2.003 | SANTA MARTA MAGDALENA | HERNAN GIRALDO

ADAN ROJAS M | A.MEDIATO

A MEDIATO | Reporte de Victimas Indirectas

Confesion ADAN ROJAS MENDOZA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | IO EN PERSONA PROTEGIDA | | | | | NORBERTO QUIROGA<br><br>JOSE GELVES<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO | |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR JOSE DAU GOLLES, ERA MIEMBRO DE LAS AUTODEFENSAS DEL BLOQUE NORTE Y EJERCIA SU FUNCIÓN EN LA PARTE DE FINANZAS, CONOCIENDOSE QUE  A LOS COMANDANTES JUAN HIPOLITO MEJIA, ALIAS CAUCASIA Y ADAN ROJAS MENDOZA ALIAS EL NEGRO LES HABIA LLEGADO LA NOTICIA QUE  ESTA PERSONA LE ESTABA  SUMINISTRANDO INFORMACIÓN A LAS AUTORIDADESA EFECTO DE QUE SE LE DIERA CAPTURA A ALIAS CAUCASIA, RAZON POR LA CUAL  DAN LA ORDEN PARA QUE SE LE CAUSE LA MUERTE  Y EN CUMPLIMIENTO DE ESA MISIÓN LOS MIEMBROS DE LA ORGANIZACIÓN ILEGAL CONOCIDOS CON LOS ALIAS DE ÁLVARO DE NOMBRE JAIME ALBERTO ACOSTA, ALIAS CUCARACHO, ALIAS SAYA, TEQUE TEQUE, WILI DE NOMBRE WILLINTON MORA BUENHABER, LECHE DE NOMBRE OMAR PEREZ OVALLE, LO RETIENE EN LA CIUDAD DE SANTA MARTA EL DIA 7 DE JULIO DE  2.003 Y LO CONDUCEN HASTA LA FINCA LA VICTORIA DEL SECTOR DE LOS LINDEROS EN EL CORREGIMIENTO DE MINCA Y POSTERIORMENTE LO BAJAN A LA VEREDA EL CAMPANO  DONDE LE OCASIONAN LA MUERTE Y SU CUERPO ES DESMEMBRADO Y SEPULTADO EN ESE SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 36. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLZAMIENTO FORZADO | 54. | MONICA PATRICIA ARBOLEDA HERNANDEZ | 10 DE ENERO DE 2.004 | VEREDA MACHETE PELAO-CORREGIMIENTO GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO JOSE GELVES NORBERTO QUIROGA DANIEL GIRALDO NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Fotografia Monica Arboleda Fotoc CC Monica Arboleda Reporte Victimas Indirectas Confesión Daniel Giraldo Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA: A RAIZ DE LA DESAPARICION FORZADA DE LA SEÑORA YOLANDA MARINA  HERNANDEZ, OCURRIDA EL DÍA 8 DE AGOSTO DE 2.003, EN LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, SU HIJA MONICA ARBOLEDA HERNANDEZ, INICIO LA BUSQUEDA DE SU SEÑORA MADRE EN LOS SECTORES DEL CORREGIMIENTO DE GUACHA Y CON ESE COMETIDO CONSIGUIO UN TRABAJO COMO ADMINISTRADORA DE UN BILLAR EN LA VEREDA MACHETE PELAO DE ESA LOCALIDAD. SE CONOCIO QUE DIAS ANTES HABIA LLEGADO PROCEDENTE DE LA CIUDAD DE MONTERIA, POR MOTIVOS DE UNA PELEA QUE HABIA SOSTENIDO CON SU ESPOSO, UN SARGENTO DEL EJERCITO, RADICANDO SU DOMICILIO EN EL CORREGIMIENTO DE GUACHACA Y ENCONTRANDOSE LABORANDO EN EL CITADO ESTABLECIMIENTO COMERCIAL, A LOS GRUPOS PARAMILITARES QUE SE ENCONTRABAN ASENTADO EN ESA REGIÓN LES LLEGÓ LA INFORMACIÓN QUE LA SEÑORA MONICA ARBOLEDA HERNANDEZ ERA INFORMANTE DEL EJERCITO, POR EL VINCULO QUE LA UNIA  CON UN MIEMBRO DE ESA INSTITUCIÓN, POR LO CUAL EL COMANDANTE DE ZONA, DANIEL GIRALDO CONTRERAS LE IMPARTE LA ORDEN AL COMANDANTE R-8 DE NOMBRE RUBEN ARRIETA MOZO, PARA QUE LA ASESINE,  ENCARGANDOSE ESTA PERSONA  DE EJECUTAR LA ORDEN, EN LA  FECHA APROXIMADA DEL 9 Y 10  DE ENERO DE 2.004. TAMBIEN SE ESTABLECIO QUE UN DIA ANTES, ES DECIR EL 8 DE ENERO DE 2.004,  LA SEÑORA MONICA ARBOLEDA HERNANDEZ HABIA BAJADO A LA VEREDA PUERTO NUEVO DONDE  UNA HERMANA, QUIEN LE ACONSEJÓ QUE DEJERA EL TRABAJO Y QUE NO SUBIERA MÁS,  PORQUE LOS PARAMILITARES LA ESTABAN INVESTIGANDO, QUEDANDO ELLA QUE SE DEVOLVERÍA A REALIZAR EL INVENTARIO PARA ENTREGAR EL BILLAR Y AL VER QUE NO REGRESABA EL DÍA 11 DE ENERO DE 2.004, EL ESPOSO DE SU HERMANA SUBIO HASTA LA VERERADA MACHETE PELAO CON LA INTENCIÓN DE AYUDARLE A REALIZAR EL INVENTARIO, PERO ALLÍ LE COMUNICAN QUE LA JOVEN SE ENCONTRABA DESAPARECIDA Y DESDE ESA FECHA NO HAN TENIDO NOTICIAS DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS ||||||||| 
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 37. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 55. | CESAR LEON CALDERON GONZALEZ | 1 DE FEBRERO DE 2.004 | VEREDA MENDIHUACA CORREGIMIENTO GUACHA- SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA JOSE GELVES DANIEL GIRALDO NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO A | Reporte de Victimas indirectas Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | MEDIATO | |

SITUACION FACTICA: EL SEÑOR CESAR LEON CALDERON GONZALEZ, QUIEN RESIDÍA EN  EL CORREGIMIENTO DE RIO ANCHO DEL MUNICIPIO DE DIBULLA GUAJIRA, FUE DECLARADO OBJETIVO MILITAR  POR EL GRUPO DE AUTODEFENSAS QUE OPERABA EN LA REGION DE LOS LIMITES DEL DEPARTAMENTO DEL MAGDALENA Y LA GUAJIRA, QUIENES LO ACUSABAN DE SER INFORMANTE DE LA FUERZA PUBLICA. POR ESTA RAZÓN FUE OBJETO DE CONSTANTES AMENAZAS, CONOCIENDOSE QUE EN EL MES DE OCTUBRE DE 2.003, SE VIO OBLIGADO A IRSE PARA LA CIUDAD DE RIOHACHA GUAJIRA, PERO AL CABO DE TRES MESES REGRESÓ A LA REGIÓN Y SE FUE  TRABAJAR  A LA FINCA LA POZA UBICADA EN LA PARTE RURAL DE LA VEREDA MEDIHUACA,  DE PROPIEDAD DE UN SUJETO APODADO EL PELUSO, QUIEN EL DÍA 26 DE ABRIL DE 2.004, APROXIMADAMENTE A LAS SIETE DE LA MAÑANA LO MANDO A REALIZAR UNA COMPRA AL CASCO URBANO DEL CORREGIMIENTO DE GUACHACA, Y EN ESE TRAYECTO FUE INTERCEPTADO POR DOS MIEMBROS DEL FRENTE RESISTENCIA TAYRONA CONOCIDOS CON LOS ALIAS DE LOS MACROSBIOS,  QUEINES OBEDECIENDO ORDENES DIRECTAS DEL COMANDANTE DE LA ZONA EDUARDO VENGOECHEA MOLA, ALIAS EL FLACO, LE OCASIONARON LA MUERTE CON ARMA DE FUEGO TIPO PISTOLA Y SU CUERPO DESAPARECIDO EN EL SECTOR. DESDE ESA FECHA SU FAMILIA DESCONOCE SU PARADERO Y ATRIBUYEN SU DESAPARICION A LOS GRUPOS PARAMILITARES DE LA REGIÓN.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 38. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, | 56. | LUIS GONZAGA ARISTIZABAL VIVAS | 17 DE OCTUBRE DE 2.004 | CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO JOSE GELVES NORBERTO QUIROGA DANIEL GIRALDO NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Reporte de Victimas indirecta Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |

SE TIENE  DOCUMENTADO QUE EL   DIA 17  DE OCTUBRE  DE 2.004, APROXIMADAMENTE A LAS SEIS DE  TARDE  A LA FINCA EL PONDERO

UBICADA EN LA VEREDA MENDIHUACA DEL CORREGIMIENTO DE GUACHACA  DONDE EL SEÑOR LUIS GONZAGA ARISTIZABAL EJERCIA COMO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 154

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ADMINISTRADOR, LLEGARON VARIOS HOMBRE ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA, QUIENES LO SUBIERON POR LA FUERZA Y DESDE ESA FECHA SE DESCONOCIA SU PARADERO HASTA CUANDO EDUARDO VENGOCHEA MOLA CONFESÓ EL HECHO SEÑALANDO QUE DIO LA ORDEN PARA QUE SE LE OCASIONARA LA MUERTE, EN CUANTO SAMUEL CARVAJAL PARRA LE LLEVÓ LA INFORMACIÓN QUE ESTA PERSONA ERA INFORMANTE DE LA FUERZA PUBLICA. POR SU PARTE LA FAMILIA DE LA VICTIMA SEÑALAN QUE EL HECHO SE ENCUENTRA RELACIONADO CON EL HOMICIDIO DE SU COMPAÑERA ARELIS TORO PEREIRA, A QUIEN WALTER TORRES LE OCASIONÓ LA MUERTE EL DÍA 13 DE ENERO DE ENERO DE 2.003 EN LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 39. DESAPARICION FORZADA, HOMICIDIO EN | 57. | LUIS ENRIQUE ULLOA LINARES | 18 DE OCTUBRE DE 2.004 | VEREDA QUEBRADA DEL SOL CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO<br><br>JOSE GELVES<br><br>NORBERTO QUIROGA | A.MEDIATO<br><br>A MEDIATO<br><br>A | Reporte de Victimas indirecta<br><br>Confesión Eduardo Vengoechea. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PERSONA PROTEGIDA | | | | | DANIEL GIRALDO NODIER GIRALDO | MEDIATO A MEDIATO A.MEDIATO A MEDIATO | Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 18 DE OCTUBRE DE 2.004, APROXIMADAMENTE A LAS DIEZ DE LA MAÑANA  EL SEÑOR LUIS ENRIQUE ULLOA LINARES, SALIO ACOMPAÑADO DE SU MENOR HIJO DE 7 AÑOS DE EDAD, DE LA VEREDA QUEBRADA DEL SOL, DEL CORREGIMIENTO DE GUACHACA, MAGDALENA,   CON DESTINO   A LA CIUDAD DE SANTA MARTA Y AL MOMENTO EN QUE EL VEHÍCULO EN DONDE SE TRANSPORTABA COMO PASAJERO HABIA TOMADO  LA VIA HACIA LA VEREDA LOS LINDEROS, FUE INTERCEPTADO POR UNA CAMIONETA DE COLOR  VERDE, CON VIDRIOS POLARIZADOS, DEL CUAL DECENDIERON DOS HOMBRES ARMADOS, PERTENECIENTES A LAS AUTODEFENSAS, CONOCIDOS CON LOS ALIAS DE  MACROBIO Y CHACHAN, QUIENES LLEVABAN LOS ROSTROS CUBIERTOS CON  PASAMONTAÑAS Y OBEDENCIENDO ORDENES DIRECTAS DEL COMANDANTE DE LA ZONA DE NOMBRE EDUARDO VENOGOECHEA MOLA,  PROCEDIERON A BAJAR  DEL VEHÍCULO DE MANERA VIOLENTA AL SEÑOR LUIS ENRIQUE ULLOA LINARES, A QUIEN ACUSABAN DE INFORMANTE DE LA FUERZA PUBLICA, LUEGO LO SUBIERON A LA CAMIONETA Y SE LO LLEVARON CON RUMBO  AL SECTOR DE LA VEREDA LA AGUATERA, EN TANTO EL VEHICULO DE PASAJEROS SIGUIÓ SU RUTA CON EL MENOR,  YA QUE  LA ORDEN ESTABA SUJETA A QUE NO LE HICIERAN DAÑO AL NIÑO. UNA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| \multicolumn{9}{l}{VEZ CONDUCIDO A LA VEREDA LA AGUACATERA EL SEÑOR ULLOA LINARES NO QUERÍA BAJARSE DE LA CAMIONETA, POR TAL RAZON LOS AGRESORES HICIERON UNOS DISPAROS AL AIRE Y LUEGO LO TRANSPORTARON AL SECTOR DE RIO VIEJO EN DONDE LE OCASIONAN LA MUERTE CON DISPAROS DE ARMA DE FUEGO Y SU CUERPO SEPULTADO EN EL SECTOR DESDE ESA FECHA SUS FAMILIARES DESCONOCEN SU PARADERO.} | | | | | | | | |

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 40. DESAPARICION FORZADA, HOMICIDIO EN PERSON | 58. | PEDRO MANUEL SEPULVEDA BALAGUERA | 20 DE NOVIEMBRE DE 2.004 | SANTA MARTA MAGDALENA | HERNAN GIRALDO JOSE GELVES NORBERTO QUIROGA NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A | Reporte de Victimas indirecta Fotografía Victima Directa Fotocopia CC Victima Directa Diligencia de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
|  | A PROTEGIDA, DESPLAZAMIENTO FORZADO |  |  |  |  |  | MEDIATO A MEDIATO | Exhumación Cadaver

Acta Entrega Restos Oseos


Confesión Eduardo Vengoechea.

Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 20 DE NOVIEMBRE DE 2.004, APROXIMADAMENTE A LAS DIEZ DE LA MAÑANA, EL SEÑOR PEDRO BALAGUERA HERNANDEZ, QUIEN CONDUCIA UN TAXI EN LA CIUDAD DE SANTA MARTA, RECIBIO UNA LLAMADA TELEFONICA PARA QUE REALIZARA UNA CARRERA AL CORREGIMIENTO DE TAGANGA Y COMO A LA MEDIA HORA SALIO DE SU CASA CON EL ANIMO DE CUMPLIR ESE OBJETIVO, CONOCIENDOSE QUE EL SEÑOR PEDRO BALAGUERA HERNANDEZ FUE ABORDADO POR DOS INTEGRANTES DE LA ORGANIZACIÓN ILEGAL, CONOCIDOS CON LOS ALIAS DE AMARILDO Y EL BOLA, QUIENES HACIENDOSE PASAR COMO PASAJEROS, EN EL MISMO TAXI LO HICIERON CONDUCIR HASTA LA ENTRADA DE LA VEREDA LA AGUACATERA DEL CORREGIMIENTO DE GUACHACA, EN DONDE LE INFORMAN AL COMANDANTE EDUARDO VENGOECHEA MOLA, QUE LO HABIAN APREHENDIDO POR SER INFORMANTE DE LA FUERZA PÚBLICA, POR LO QUE ESTE LES IMPARTE LA ORDEN PARA QUE SE LE DE MUERTE Y EN CUMPLIEMIENTO DE ELLO LE QUITAN LA VIDA CON DISPAROS DE ARMA DE FUEGO Y SU CUERPO LO SEPULTAN EN ESE SECTOR. PROCEDIENDO LOS AGRESORES A DEVOLVERSE A LA CIUDAD DE SANTA MARTA EN EL

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| MISMO TAXI, EL CUAL DEJAN ABANDONADO EN EL BARRIO 20 DE JULIO, DONDE ES ENCONTRADO A LOS 4 DIAS POR LA POLICIA, SIN QUE LA ESPOSA Y LOS HIJOS DE LA VICTIMA,  HUBIESEN  OBTENIDO INFORMACIÓN DE SU PARADERO, QUIENES AL RECIBIR EN DIAS POSTERIORES, ACCIONES AMENAZANTES EN SU CONTRA, SE DESPLAZAN DE LA CIUDAD DE SANTA MARTA  A OTRA ZONA DEL PAIS. POSTERIORMENTE, DESPUES DE LA DESMOVILIZACIÓN, LOS POSTULADOS HERNAN GIRALDO Y EDUARDO VENGOCEHEA MOLA, EN CUMPLIMIENTO DE LOS COMPROMISOS ADQUIRIDO DENTRO DEL PROCESO DE JUSTICIA Y PAZ SUMINISTRARON LA INFORMACIÓN QUE PERMITIO LA UBICACIÓN DE LA FOSA Y LA EXHUAMCIÓN DE LOS RESTOS OSEOS POR PARTE DE LA FISCALIA 176 DE LA SUB UNIDAD DE EXHUMACIONES, LOS CUALES UNA VEZ IDENTIFICADOS A TRAVES DE LOS COTEJOS GENETICOS FUERON ENTREGADOS A SUS FAMILIARES EL DÍA 3 DE FEBRERO DE 2.010. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA:   DESPLAZAMIENTO FORZADO  PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 41. DESAPARICION FORZADA | 59. | EDER JESUS PACHECO MENESES (17 AÑOS) | 15 DE ENERO DE 2.005 | VEREDA EL CAMPANO CORREGIMIENTO DE MINCA- SANTA | HERNAN GIRALDO <br><br> NORBERTO QUROGA | A.MEDIATO <br><br> A MEDIATO | Reporte Victimas Indirectas <br><br> Fotografía Victima Directa |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 159

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
|  | AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA |  |  |  | MARTA MAGDALENA | JOSE GELVES DANIEL GIRALDO NODIER GIRALDO | A MEDIATO A MEDIATO | Fotocopia CC Victima Directa Confesión Dimas Avendaño. Confesión Hernan Giraldo |

SITUACION FACTICA: EL  DIA 1 DE  JUNIO DE 2005, APROXIMADAMENTE A LAS 11 DE LA MAÑANA, CUANDO  EL JOVEN  EDER DE JESUS PACHECHO MENESES, SE ENCONTRABA EN LA FINCA DENOMINADA "EL LIBANO"  UBICADA EN LA VEREDA JOLONURA, JURISDICCION DEL MUNICIPIO DE CIÉNAGA MAGDALENA,  EJERCIENDO SU ACTIVIDAD LABORAL COMO JORNALERO, FUE INTERCEPTADO POR  UN GRUPO DE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| HOMBRES PORTANDO ARMAS LARGAS, QUE SE IDENTIFICARON COMO MIEMBROS DEL GRUPO PARAMILITAR DE HERNAN GIRALDO, QUIENES  LO ANDABAN BUSCANDO DEBIDO A QUE EN SU CONTRA SE HABIAN HECHO ACUSACIONES SEGÚN LA CUAL A LA BASE PARAMILITAR UBICADA EN EL AREA DE LOS PINOS, HABIA LLEGADO UNA SEÑORA LLORANDO MANIFESTANDO QUE  A SU NIÑO LO HABIAN VIOLADO EN LA FINCA Y QUE SE HABIA DADO CUENTA CUANDO MANDO AL MENOR A BUSCAR UNA YUCA Y ESTE SE NEGÓ  PORQUE HABIAN UN MUCHACHO QUE LE HACIA MUY DURO,  POR LO CUAL UNA VEZ RETENIDO EDER DE JESUS PACHECO,  LO LLEVARON POR LA FUERZA  A PIÉ, HASTA LA FINCA "LOS PINOS", DONDE FUE SOMETIDO A IINTERROGATORIO Y LUEGO DE HABER CONFESADO QUE HABIA VIOLADO AL NIÑO EN TRES OPORTUNIDADES, EL COMANDANTE DE LA ZONA DE NOMBRE CARLOS EDWIN MONTEJO VITOLA, ALIAS 90, ORDENA  QUE SE LE OCASIONE LA MUERTE, PARA LO CUAL  UNO DE LOS SUJETOS CONOCIDOS CON EL ALIAS DE 28 SE OFRECIO, ALEGANDO QUE  UNA HERMANA SUYA HABIA SIDO VIOLADA Y DE INMEDIATO LE QUITA LA VIDA CON DISPAROS DE FUSIL Y SU CUERPO SEPULTADO  EN EL SECTOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA AGRAVADA . PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 320 A 540 MESES, ARTICULO 166 NUMERAL 3 POR LA MINORIA DE EDAD DE LA VICTIMA,  QUE AUMENTA LA PENA DE 480 A 600 MESES DE PRISIÓN,  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 480 A 600 MESES. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN | 42. DESAPARICION | 60. | EVER ALFONSO OLMOS RIATIGA | 18 DE JUNIO DE 2.005 | CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO | A.MEDIATO  A | Reporte Victimas Indirectas  Fotografía Victima |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FOSA COMPLETO, FUERZA | FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | | | | QUIROGA JOSE GELVES DANIEL GIRALDO NODIER GIRALDO | MEDIATO A MEDIATO A MEDIATO A MEDIATO | Directa Fotocopia CC Victima Directa Confesión Edgar Medina Florez Confesión Hernan Giraldo |

SITUACION FACTICA: El DIA 18 DE JUNIO DE 2.005, EL SEÑOR EVER ALFONSO OLMOS RIATIGA, QUIEN ERA CONOCIDO COMO BONICE, DEBIDO A LA VENTA QUE HACIA DE ESE PRODUCTO, SALIO AL CORREGIMIENTO DE GUACHACA, CON EL OBJETO DE EJERCER ESA ACTIVIDAD, PERO EN ESE LUGAR FUE APREHENDIDO POR UN MIEMBRO DEL BLOQUE RESISTENCIA TAYRONA CONOCIDO CON EL ALIAS DE MACROBIO DE NOMBRE EVER NAVARRO ARREITA, YA FALLECIDO QUIEN SE ENCARGO DE CONDUCIRLOS HASTA EL SECTOR DE RIO VIEJO, EN DONDE LE OCASIONA LA MUERTE Y SU CUERPO SEPULTADO EN ESE MISMO LUGAR Y SE ADUCE QUE SU HOMICDIO SE COMETIO PORQUE ERA INFORMANTE DE LA FUERZA PUBLICA. DESDE ESA FECHA SUS FAMILIARES DESCONOCEN SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 320 A 540 MESES, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 480 A 600 MESES. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA: | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 43. DESAPARICION FORZADA Y HOMICIDIO ( EN PERSONA PROTEGIDA | 61. | JATH ALBERTO REBOLLEDO QUIÑONEZ | 27 DE MAYO DE 2000 | BURITACA GUACHACA MAGDALENA | HERNAN GIRALDO NORBE QUIROGA | A MEDIATO A MEDIATO | 1. Fotografía en vida de YAT ALBERTO REBOLLEDO QUIÑONEZ.<br><br>2. Fotocopia de certificación del registro civil de nacimiento de YAT ALBERTO REBOLLEDO QUIÑONEZ.<br><br>3. Fotocopia de la Cédula de ciudadanía número 85.458.398 de YAT ALBERTO REBOLLEDO QUIÑONEZ. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 4. Registro De Defunción número 9182526 a nombre de YAT ALBERTO REBOLLEDO QUIÑONEZ, obtenido conforme a la Audiencia Preliminar celebrada el día 7 de marzo de 2012.<br><br>5. Fotografía de la entrada a la Cabañas de Buritaca donde se registró el hecho.<br><br>6. Carpeta del hecho donde se encuentra el reporte de las víctima indirectas<br><br>7. Confesión de ELISEO BELTRAN, EDUARDO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VENGOCHEA Y HERNAN GIRALDO. |
| SITUACION FACTICA: SE TIENE DOCUMENTADO QUE JATH ALBERTO REBOLLEDO, QUIEN ERA CONOCIDO CON EL ALIAS PANTERA,   RESIDÍA CON SU FAMILIA EN EL BARRIO LA LUCHA DE LA CIUDAD DE SANTA MARTA,  EL  DÍA 27 DE MAYO DE 2000, ESTANDO EN SU VIVIENDA RECIBIÓ UNA LLAMADA TELEFÓNICA DE PARTE DE  EDUARDO VENGOECHEA MOLA, POR LO CUAL SALIÓ CON DESTINO A AL CORREGIMIENTO DE GUACHACA, SIENDO RETENIDO EN LAS CABAÑAS DE BURITACA,  POR  MIEMBROS DEL BLOQUE RESISTENCIA TAYRONA, CONCRETAMENTE POR ELICEO BELTRAN CADENA, ALIAS EL GORDO  Y EDUARDO VENGOECHEA MOLA, ALIAS EL FLACO QUIENES LO CONDUJERON  A LA VEREDA MENDIHUACA Y ALLÍ SE LO ENTREGARON A  LOS SUJETOS CONOCIDOS CON LOS ALIAS  PAPEL,   CUCHI Y MELO, QUIENES  SE ENCARGARON DE ASESINARLO Y DE SEPULTARLO EN EL MISMO SECTOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 44. DESAPARICION FORZADA Y | 62. | CESAR AUGUSTO IBAÑEZ VILORIA | 4 DE JULIO DE 2000 | VEREDA MENDIHUACA GUACHACA MAGDALENA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA | A MEDIATO<br><br>A MEDIATO | 1. Fotografía en vida de CESAR  AUGUSTO IBAÑEZ VILORIA.<br><br>2.  Fotocopia  de  la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | HOMICIDIO (EN PERSONA PROTEGIDA) | | | | | | | tarjeta de preparación cedula de ciudadanía numero 12.560.473 de CESAR AUGUSTO IBAÑEZ VILORIA.<br><br>3. Fotocopia de la cedula de ciudadanía número 12.560.473 de CESAR AUGUSTO IBAÑEZ VILORIA.<br><br>4. Consulta ANI de la Registraduría Nacional del Estado Civil de la cédula de CESAR AUGUSTO IBAÑEZ VILORIA.<br><br>5. Certificado de expedición de la cedula de ciudadanía número 12.560.473 de CESAR AUGUSTO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | IBAÑEZ VILORIA<br><br>6. Formato De Búsqueda De Desaparecidos.<br><br>**7.** Caratula radicado 17685 que se adelantó en la Fiscalia 33 Seccional de Santa Marta, por desaparición forzada de CESAR AUGUSTO IBAÑEZ VILORIA.<br><br>8. Diligencia De Exhumación Realizada Por La Fiscalia 176 De Justicia Y Paz, el día 19 de septiembre de 2.009. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 9. Informe pericial de identificación genética, a través del cual se identifican plenamente los restos correspondientes a CESAR IBAÑEZ VILORIA.<br><br>10. Certificado de defunción número 81004392-6 expedido el 6 de marzo de 2.012 a nombre de CESAR IBAÑEZ VILORIA.<br><br>11. Registro civil de defunción número 53376660 expedido el 14 de marzo de 2.012 correspondiente a CESAR IBAÑEZ VILORIA. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 168

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 12. Fotocopia de la resolución de fecha 30 de abril de 2.001, mediante la cual la Fiscalía Seccional de Santa Marta ordena la suspensión de la investigación previa.<br><br>132. Carpeta del hecho donde reposa el reporte de la víctima indirecta<br><br>Confesión Eduardo Vengochea y Hernan Giraldo |

SITUACION FACTICA. SE TIENE DOCUMENTADO QUE EL DÍA 4 DE JULIO DE 2.000, EL SEÑOR CESAR AUGUSTO IBAÑEZ VILORIA, SALIÓ DESDE EL CORREGIMIENTO DE BONDA, PARA LA FINCA UBICADA EN LA VEREDA MENDIHUACA, A E EFECTO DE RECOGER LA COSECHA DE AGUACATE, Y REGRESARSE ESE MISMO DÍA. EN ESE LUGAR FUE APREHENDIDO POR MIEMBROS DE LA AUTODEFENSAS QUE OPERABAN EN EL SECTOR, QUIENES SE LO LLEVARON HACIA LA PARTE ALTA DE LA VEREDA LA AGUACATERA DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR, RAZÓN POR LA CUAL SU ESPOSA AL VER QUE NO REGRESÓ, SE FUE A BUSCARLO AL DÍA SIGUIENTE A LA FINCA, EN DONDE FUE INFORMADA POR UN AMIGO QUE A ELLA LA ESTABA BUSCANDO LA GENTE DE HERNÁN GIRALDO Y QUE NO FUERA A DENUNCIAR LA DESAPARICIÓN DE SU MARIDO, EN VISTA DE ELLO DECIDIO IRSE PARA SANTA MARTA CON SUS 4 HIJOS. SOBRE LA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INDICACIÓN DEL SITIO EN DONDE SE HALLABA  LA FOSA, SE ESTABLECIÓ QUE LUEGO DE LA CONFESIÓN DE LOS POSTULADOS, LA SUB UNIDAD DE EXHUMACIONES DE LA UNIDAD NACIONAL DE FISCALÍAS, PARA LA JUSTICIA Y LA PAZ DE LA UNIDAD SATÉLITE DE SANTA MARTA, PRACTICO DILIGENCIA DE EXHUMACIÓN DE CADÁVER EN EL CORREGIMIENTO DE GUACHACA EL DÍA 19 DE SEPTIEMBRE DE 2.009, CONCRETAMENTE EN LA FINCA LOS MANGOS Y EN LA CUAL SE ENCONTRARON LOS RESTOS ÓSEOS Y UNA VEZ IDENTIFICADO GENÉTICAMENTE FUERON ENTREGADOS A SUS FAMILIARES EL DIA  27 DE MARZO DE 2.012. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 45. DESAPARICION FORZADA Y | 63. | JACOBO CASTRO SUAREZ | 30 DE MAYO DE 2002 | GUACHACA | 1.HERNAN GIRALDO<br><br>2. NORBERTO QUIROGA<br><br>3. NODIER GIRALDO<br><br>4. DANIEL | 1.A MEDATO<br><br>2.A MEDIATO<br><br>3.A | Elementos Probatorios del hecho:<br><br>Reporte de Victimas indirectas.<br><br>Informe de Policía |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | HOMICIDIO EN PERSONA PROTEGIDA | | | | | GIRALDO | MEDIATO<br><br><br>4. AMEDIATO | judicial No 058-2008 de fecha 12 marzo de 2.008, sobre actividades adelantadas por la Sub Unidad de Exhumaciones.<br><br>Acta de prospección de cadáver.<br><br>Fotocopia C.C JACOBO CASTRO SUAREZ.<br><br>6. Informe de Policia judicial adscrito al despacho de la Fiscalia Novena.<br><br>Elementos Probatorios de responsabilidad. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Versión libre en donde el postulado ELICEO BELTRAN CADENA, HERNAN GIRALDO Y EDUARDO VENGOCHEA confiesa el hecho. |

SITUACION FACTICA: EL DÍA 31 DE MAYO DE 2.002, APROXIMADAMENTE A LAS SEIS  DE LA MAÑANA,  EN LA VEREDA PUERTO NUEVO, CUANDO EL SEÑOR JACOBO CASTRO SUAREZ, SE ENCONTRABA EN UN DEPOSITO DE GASEOSA DE POSTOBON, ESPERANDO BUS PARA TRASLADARSE A LA CIUDAD DE SANTA MARTA, EN DONDE EL DÍA ANTERIOR LE HABÍAN DADO MUERTE A SU ESPOSA DE NOMBRE IRIS FRANCO,  FUE ABORDADO POR UN GRUPO DE HOMBRES ARMADOS  INTEGRANTES DE LAS AUTODEFENSAS QUE SE MOVILIZABAN EN UNA CAMIONETA,  LO SUBIERON AL VEHÍCULO Y SE LO LLEVARON  CON RUMBÓ A LA PARTE ALTA DE LA VEREDA LA AGUACATERA,  EN DONDE FUE ASESINADO POR EL GRUPO ARMADO ILEGAL Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| | | 64. | | 15 DE | GUACHACA | HERNAN | A | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO Y TIRADA, AL MAR LA SEÑORA,  FUERZA | 46. DESAPARICION FORZADA AGRAVADA, TORTURA EN PERSONA PROTEGIDA, HOMICIDIO EN PERSONA PROTEGIDA, EN | | PEDRO EDUARDO SUAREZ BRICEÑO | SEPTIEMBRE DE 2002 | | GIRALDO  NORBERTO QUIROGA  DANIEL GIRADO  NODIER GIRALDO | MEDIATO  A  MEDIATO  A  MEDIATO  A  MEDIATO | Elementos Probatorios sobre el hecho.  1. Reporte del hecho presentado por la victima indirecta.  2. Fotografía del lugar de ocurrencia de los hechos  3. Fotografias Victimas Directas  4. informe de Policía judicial. |
| | | 66. | BLANCA CONSUELO POVEDA ALVAREZ | | | | | Elementos Probatorios sobre responsabilidad  Confesión de ELISEO BELTRAN, EDUARDO VENGOECHEA Y |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | CONCURSO HOMOGENEO SUCESIVO | | | | | | | HERNAN GIRALDO. |

SITUACION FACTICA: EL DÍA 15 DE SEPTIEMBRE VARIOS HOMBRES ARMADOS INTEGRANTES DEL  GRUPO DE AUTODEFENSAS QUE OPERABAN EN LA REGIÓN,  QUE SE MOVILIZABAN EN UNA CAMIONETA, EN HORAS DE LA NOCHE  PENETRARON  A LA CASA DE HABITACIÓN DE LA PAREJA DE ESPOSOS  BLANCA POVEDA ALVAREZ Y PEDRO SUAREZ BRICEÑO, UBICADA EN EL CORREGIMIENTO DE GUACHACA, Y SE LLEVARON POR LA FUERZA AL SEÑOR PEDRO EDUARDO,   A QUIEN ACUSABAN DE SER INFORMANTE  DE LA POLICÍA ANTINARCÓTICOS, SIENDO CONDUCIDO AL SECTOR CONOCIDO COMO YE, DONDE FUE SOMETIDO A ACTOS DE TORTURA POR EL COMANDANTE URBANO DE LA ZONA WALTER TORRES LOPEZ,  QUIEN POSTERIORMENTE LE CAUSÓ LA MUERTE CON UNA PISTOLA 9 MILÍMETRO Y SU CUERPO SEPULTADO EN EL SECTOR. PASADOS CUATRO DÍAS DE LA DESAPARICIÓN DEL SEÑOR PEDRO SUAREZ BRICEÑO, Y HABIÉNDOSE ENTERADO LOS MIEMBROS DEL GRUPO ARMADO ILEGAL QUE LA SEÑORA BLANCA CONSUELO POVEDA ALVAREZ, SE ENCONTRABA HACIENDO LAS AVERIGUACIONES DEL CASO PARA DAR CON EL PARADERO DE SU ESPOSO Y TEMIENDO QUE ENTABLARA UNA DENUNCIA EN SU CONTRA EL COMANDANTE WALTER TORRES, DIO LA ORDEN DE DESAPARECERLA, RAZÓN POR LA CUAL LOS MISMOS HOMBRES  REGRESARON POR LA SEÑORA BLANCA CONSUELO, SACÁNDOLA DE SU VIVIENDA POR LA FUERZA Y LA CONDUJERON AL SECTOR CONOCIDO COMO EL CERRO DE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LOS MUCHACHITOS DONDE LE DIERON MUERTE Y SU CUERPO ARROJADO A LAS PROFUNDIDADES DEL MAR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA AGRAVADA. EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. ARTICULO 166 NUMERAL 9 VICTIMA ARROJADA AL MAR- PENA DE PRISIÓN DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 47. DESAPARICION FORZADA AGRAVADA, TORTURA EN PERSONA | 67. | JOSE FRANCISCO SARMIENTO ORDOÑEZ | 1 DE MAYO DE 2003 | VEREDAPUERTO NUEVO CORREGIMIENTO DE GUACHACA SANTA MARTA MAGDALENA | 1. HERNAN GIRALDO 2.NORBERTO QUIROGA 3.DANIEL GIRADO 4. NODIER | 1.A MEDIATO 2.A.MEDIATO | Fotografías de cada una de las víctimas directas. . Fotocopias Documentos identificación Victimas |
| | | 68. | JUDIT VILLAMIL HERNANDEZ | | | | | |
| | | 69. | ENOC SARMIENTO VILLAMIL | | | | | |
| | | 70. | YEISON SALINAS | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS, HURTO CALIFICADO AGRAVADO Y DEPORTACION, | | FRANCO | | | GIRALDO<br><br>5. JOSE<br><br>GELVES | 3.A<br>MEDIATO | directas. |
| | | 71. | KELLY JOHANA SARMIENTO | | | | | |
| | | 72. | LUZ MERY RENOGA | | | | | Fotografía de las viviendas y el lugar de los hechos de donde fueron sacadas las víctimas directas. |
| | | 73. | ANA EDITH URIBE SARMIENTO | | | | 4.A<br>MEDIATO | |
| | | 74. | LUIS FERNANDO ARZUZA GUETO | | | | 5.A<br>MEDIATO | |
| | | 75. | EDGAR ARZUZA GUETO | | | | | Diligencia de exhumación de restos osesos.<br><br>Reporte de victimas indiorectas.<br><br>Informe de Policía Judicial No a través del |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL Y ACTOS DE TERRORISMO, DESTRUCCION O UTILIZACION DE BIENES CULTURALES Y DE LUGARES DE CULTO | | | | | | | cual se logra verificar la existencia del hecho confesado.<br><br>Diligencia de versión libre rendida por el postulado ELICEO BELTRAN CADENA,EDUARDO VENGOCHEA, ROBERTO CARLOS PEREZ HINOJOSA, EDUARDO VENGOCHEA, HERNAN GIRALDO, durante las cuales acepta su responsabilidad en la comisión del hecho |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA: EL DÍA 1º DE MAYO DE 2.003, APROXIMADAMENTE A LAS NUEVE DE LA NOCHE, UN GRUPO DE HOMBRES FUERTEMENTE ARMADOS INTEGRANTES DE LAS AUTODEFENSAS QUE OPERABAN EN EL SECTOR, A BORDO DE DOS CAMIONETAS LLEGARON A LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, EN DONDE RESIDÍAN VARIOS MIEMBROS DE LA FAMILIA SARMIENTO. ALLÍ PENETRARON A LAS VIVIENDAS, Y FUE ASÍ QUE EN SU RECORRIDO CRIMINAL, DE UNA CASA SACARON A LA PAREJA DE ESPOSOS JOSE FRANCISCO SARMIENTO ORDOÑEZ Y A LA SEÑORA JUDITH VILLAMIL HERNANDEZ, LUEGO PENETRARON A LA CASA DE ENOC SARMIENTO VILLAMIL Y SE LO LLEVARON JUNTO CON SU ESPOSA LUZ MERY RENOGA, Y SU MENOR HIJA KELLY JHOANA SARMIENTO RENOGA, QUIEN CONTABA CON 14 AÑOS DE EDAD, SEGUIDAMENTE LLEGARON A LA CASA DE LA SEÑORA ANA EDITH URIBE SARMIENTO, A QUIENSE LA LLEVARON JUNTO CON SU MARIDO DE NOMBRE EDGAR ARZUZA GUETO, AL HERMANO DE ESTE DE NOMBRE LUIS FERNANDO ARZUZA GUETO, Y AL JOVEN YEISON SALINAS FRANCO, QUIEN ERA CUÑADO DE EDGAR ARZUZA GUETO. LAS VÍCTIMAS FUERON TRASLADAS A LA VEREDA CASA DE TABLA, ALLÍ FUERON INTRODUCIDAS EN UN SALÓN DE UN COLEGIO, DONDE PERMANECIERON RETENIDAS POR VARIOS DÍAS, LUEGO DE LO CUAL LAS FUERON ASESINANDO GRADUALMENTE HASTA DARLE MUERTE A TODAS Y CADA UNA DE ELLAS Y SUS CUERPOS LOS IBAN SEPULTANDO EN EL SECTOR.LOS MOTIVOS QUE ESGRIMIERON LAS AUTODEFENSAS EN SU MOMENTO PARA DARLE MUERTE A LA FAMILIA SARMIENTO, FUE PORQUE UN FAMILIAR DE NOMBRE DAVIDSARMIENTO HABÍA DADO INFORMACIÓN A LAS AUTORIDADES LEGALMENTE CONSTITUIDAS, SOBRE EL MOVIMIENTO DE LAS AUTODEFENSAS. EN SU ACCIONAR DELICTIVO EL GRUPO PARAMILITAR LOGRÓ APROPIARSE DE UN DETERMINADO NÚMERO DE BIENES DE LA FAMILIA SARMIENTO, DINERO EN EFECTIVO Y ENSERES DE LAS VIVIENDAS, TAMBIÉN SE CONOCIÓ QUE, POSTERIORMENTE LOS RESTOS DE LAS VÍCTIMAS FUERON SACADOS DEL LUGAR DONDE LAS SEPULTARON E INCINERADOS POR EL GRUPO DE AUTODEFENSAS. COMO CONSECUENCIA DE LA ACCIÓN DELICTIVA VARIOS MIEMBROS DEL NÚCLEO FAMILIAR DE LAS VÍCTIMAS DIRECTAS SE DESPLAZARON DE LA ZONA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA AGRAVADA. EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. ARTICULO 166 NUMERAL 3 VICTIMAS MENORES DE 18 AÑOS, PENA DE PRISIÓN DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA, DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. ACTOS DE TERRORISMO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 144 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 15 A 25 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A 10 AÑOS. (apropiación de las casas) DESTRUCCION O UTILIZACION DE BIENES CULTURALES Y DE LUGARES DE CULTO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 156 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 3 A 6 AÑOS, HURTO CALIFICADO PREVISTO EN EL EN EL LIBRO SEGUNDO, TITULO VII, CAPITULO PRIMERO, ARTÍCULO 239 DE LA LEY 599 DE 2.000, ARTICULO 240.HURTO CALIFICADO. INCISO 2º.CON PENA DE PRISIÓN DE CUATRO (4) A DIEZ (10) POR LA VIOLENCIA SOBRE LAS PERSONAS. (Hurto Dnero Objetos personales) | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 48. DESAPARICION FORZAD | 76. | YOLANDA MARINA HERNANDEZ | 8 DE AGOSTO DE 2003 | VEREDA PUERTO NUEVO GUCHACA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO | A MEDIATO A MEDIATO A MEDIATO A | 1. Reporte del hecho. 2. Confesión vertida por los postulados JAIRO SARA SARMIENTO, ROBERTO PEREZ HINOJOZA, JOSE DEL CARMEN GELVES, en la Versión libre. 3. informe de Policía |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | | | | | JOSE GELVES NODIER GIRALDO | MEDIATO A MEDIATO | judicial 4. Fotografía De la victima. 5. Recorte de Prensa 6. Declaraciones juradas vertidas dentro del proceso penal que se llevó en su momento |

SITUACION FACTICA: EL DÍA 8 DE AGOSTO DE 2.003, EN HORAS DE LA MAÑANA IUN GRUPO APROXIMADO DE 5  HOMBRES ARMADOS INTEGRANTES DEL EXTINTO  BLOQUE RESISTENCIA, QUE SE MOVILIZABAN EN DOS VEHÍCULOS LLEGARON A  LA FINCA VILLA GUISA, UBICADA EN LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA  Y OBLIGARON A SUBIR POR LA FUERZA  A LA SEÑORA YOLANDA MARINA HERNANDEZ Y SE LA LLEVARON CON RUMBO HACIA LA PARTE ALTA DE LA VEREDA LA AGUACATERA, ALLÍ LA BAJAN DE LA CAMIONETA Y LA OBLIGARON A CAMINAR DESCALZA  Y MANIATADA AL PUNTO CONOCIDO COMO LA YE,  EN DONDE LE OCASIONAN LA MUERTE CON PROYECTILES DE ARMA DE FUEGO TIPO PISTOLA Y REVOLVER Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR. DESDE ESA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FECHA SUS FAMILIARES NADA SABÍAN DE SU PARADERO, HASTA CUANDO EL COMANDANTE GENERAL HERNAN GIRALDO SERNA Y EL COMANDANTE MILITAR DE LA ZONA EDUARDO VENGOECHEA MOLA, Y OTROS POSTULADOS PARTICIPES DE LOS HECHOS,  DENTRO DEL PROCESO DE JUSTICIA Y PAZ CONFESARON SU PARTICIPACIÓN EN ESTE HECHO DELICTIVO. EL MOTIVO ESGRIMIDO POR LAS AUTODEFENSAS PARA DARLE MUERTE A LA SEÑORA YOLANDA MARINA HERNANDEZ,  ES PORQUE SEGÚN ELLOS ERA INFORMANTE DE LA FUERZA PÚBLICA. COMO CONSECUENCIA DE LA ACCIÓN VIOLENTA Y LAS AMENAZAS QUE LE HICIERON VARIOS MIEMBROS DEL NÚCLEO FAMILIAR DE LA VÍCTIMA DIRECTA TUVIERON QUE DESPLAZARSE DE LA ZONA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA  SEÑALADA SE FORMULAN CARGOS  A LOS POSTULADOS ARRIBA   MENCIONADOS   POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA, DESPLAZAMIENTO FORZADO PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE  10  A 20 AÑOS. | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO(INFORMANTE F PUBLICA)- CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 49. DESAPARICION FORZADA, HOMICIDIO EN PERSONA | 77. | GUSTAVO ADOLFO OSPINO RIVALDO | 1 DE FEBRERO DE 2.003 | VEREDA    PERICO AGUAO- CORREGIMIENTO GUACHACA- SANTA      MARTA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL | A.MEDIATO<br><br>A MEDIATO<br><br>A | Fotografía   Victima Directa<br><br>Fotocopia          CC Victima Directa<br><br>Reportes          de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA | | | | MAGDALENA | GIRALDO NODIER GIRALDO | MEDIATO A MEDIATO | Victimas Indirectas Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |
| SITUACION FACTICA: EL DIA 1 DE FEBRERO DE 2003 EL SEÑOR GUSTAVO ADOLFO OSPINO RIVALDO SE ENCONTRABA EN EL CORREGIMIENTO DE GUACHACA EN DONDE HOMBRES PERTENECIENTES A LAS AUTODEFENSAS QUIENES ASEGURABAN QUE SUMINISTRABA INFORMACION AL BANDO CONTRARIO Y LE DIERON MUERTE. SU FAMILIA HICIERON AVERIGUACIONES SOBRE SU PARADERO PERO NO OBTUVIERON INFORMACION. CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO (INFORMANTE FUERZA PÚBLICA), - | 50.DESA | 78. | DUBERNEY ALBERTO ROJAS | 6 DE DICIEMBRE DE | SANTA MARTA MAGDALENA | HERNAN GIRALDO | A.MEDIATO | Fotografía Victima Directa |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUERPO INHUMADO EN FOSA COMPLETO – FUERZA | PARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA | | VELASQUEZ | 2.005 | | NORBERTO QUIROGA | A MEDIATO | Fotocopia CC Victima Directa |
| | | | | | | DANIEL GIRALDO | A MEDIATO | Reportes de Victimas Indirectas |
| | | | | | | JOSE GELVES | A MEDIATO | Confesión Edgar Medina Florez |
| | | | | | | NODIER GIRALDO | A MEDIATO | Confesión Hernan Giraldo |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL JOVEN DUBERNEY ROJAS VELASQUEZ ERA MARQUETERO DE  PROFESIÓN Y  EN ESA ACTIVIDAD LE REALIZABA TRABAJOS A LOS HERMANOS EDWIN MAURICIO GOMEZ LUNA CONOCIDOS CON LOS MELLOS RICO Y MELLO POBRE, QUIENES ERAN MIEMBRO DE LA ORGANIZACIÓN ILEGAL Y EL DIA 6 DE DICIEMBRE EL SEÑOR  DUBERNEY ROJAS SALIO DE SU CASA PARA EL CORREGIMIENTO DE GUACHACA CON EL OBJETO DE REALIZAR UNOS TRABAJOS Y DESDE ESA FECHA SUS FAMILAIRES NO SABIAN DE SU PAREDERO HASTA CUANDO HERNAN GIRALDO SERNA ACEPTO SU RESPONSABILIDAD EN EL HECHO PERO DESCONOCE  EL SITIO EN DONDE SE ENCUENTRA EL CADAVER

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO (INFORMANTE FUERZA PÚBLICA), - CUERPO INHUMADO EN FOSA COMPLETO – FUERZA | 51. HOMICIDIO EN PERSONA PROTEGIDA DESAPARICION FORZADA, EN CONCURSO HOMOGENOE SUCEISVO | 79. | DAVID CORREA PENAGOS, JAIME ALIRIO OSOSRIO Y 4 NNS | 21/07/1998 | FINCA LA PORCIOSA - VEREDA BURITACA - CORREGIMIENTO DE GUACHACA - SANTA MARTA | HERNAN GIRALDO | AUTOR MEDIATO | Copia del proceso que contiene: Denuncia penal de Nudys Isabel Gomez Mesa Declaración jurada de Marlenys Gómez Rojas. Fotografía de las victimas Informe policía judicial Gaula Nro. 2001 del 31 |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | agosto 1998. |
| | | | | | | | | Resolución inhibitoria de fecha 30 de abril de 1999. |
| | | | | | | | | Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre. |
| | | | | | | | | Reporte de hechos por las victimas indirectas |
| | | | | | | | | Confesión del hecho En versión Libre de Omar Ochoa Ballesteros Y Hernan Giraldo Serna. |

SITUACION FACTICA:  SE TIENE  DOCUMENTADO QUE LOS SEÑORES DAVID CORREA PENAGOS  FUERON SACADOS DE SUS VIVIENDAS UBICADAS EN EL BARRIO LA PAZ DE LA CIUDAD DE SANTA MARTA   POR VARIOS SUJETOS ARMADOS QUE SE HICIERON PASAR COMO MIEMBROS DEL GAULA Y LOS SACARON POR LA FUERZA Y DESDE ESA FECHA DESCONOCEN LA SUERTE DE SUI PARADERO.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA AGRAVADA. EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. ARTICULO 166 NUMERAL 3 VICTIMAS MENORES DE 18 AÑOS, PENA DE PRISIÓN DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO,ENGAÑO | 52. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA | 80. | ALBERTO HERRERA SERNA | 8 DE ABRIL DE 2001 | MENDIHUACA- GUACHACA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>COAUTOR<br><br>COAUTOR | 1. Fotografía en vida de ALBERTO HERRERA SERNA.<br><br>2. Fotocopia de la Cédula de Ciudadanía numero 4.583.520 correspondiente al señor ALBERTO HERRERA SERNA.<br><br>3. Fotocopia del Certificado de defunción a nombre de ALBERTO HERRERA SERNA.<br><br>4. Fotocopia del registro civil de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | defunción número 08170832, a nombre de ALBERTO HERRERA SERNA, de fecha 18 de mayo de 2.010. 5. Formato o acta de exhumación de Cadáver número 001 de fecha 17 de septiembre de 2.009, realizada en la vereda Puerto Nuevo del Corregimiento de Guachaca, practicada por la Fiscalía 176 de la Sub Unidad de Exhumaciones de la ciudad de Santa Marta. 6. Fotografías que ilustran la realización de la Diligencia de exhumación de Cadáver. 7. Certificado de entrega de restos Óseos del señor ALBERTO HERRERA SERNA, de fecha 10 |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | de junio de 2.010, que se hace a su hija LUZ MARINA HERRERA TOVAR.<br><br>8. Fotografías que ilustran el momento en que se hace la entrega de los restos óseos del señor ALBERTO HERRERA SERNA.<br><br>9. Carpeta de víctimas indirectas, con el registro de hechos No. SIJYP 95689- 138905, reportado por la señora LUZ MARIANA HERRERA TOVAR, SIJYP No. 198208 reportado por BLANCA TOVAR BALLESTEROS, con sus anexos, debidamente reconocidos y acreditados por el despacho.<br><br>ELEMENTOS PROBATORIOS |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SOBRE LA RESPONSABILIDAD DEL POSTULADO. 1. Diligencia de versión libre del postulado HERNAN GIRALDO SERNA, en donde acepta la responsabilidad del hecho. 2. Diligencia de versión libre del postulado ELISEO BELTRAN CADENA, en donde confiesa la comisión del hecho. 3. Informe ejecutivo de Policía Judicial rendido por investigadores adscritos al despacho de la Fiscalía Novena de la Unidad Nacional de Justicia y Paz. |
| SITUACION FACTICA: EL DÍA  8 DE ABRIL DE 2.001, CUANDO EL SEÑOR  ALBERTO HERRERA SERNA  SE ENCONTRABA EN  SU CASA UBICADA EN EL BARRIO AEROMAR, DE SANTA MARTA, RECIBIO UNA LLAMADA A SU CELUAR A ESO DE LAS 6:30 DE LA NOCHE,  DESPUÉS DE LA CUAL | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DIJO QUE TENÍA QUE LLEVAR UNA GASOLINA Y SALIÓ DE LA CASA. SE CONOCIO QUE ESE MISMO DIA EL SEÑOR HERRERA SERNA, QUIEN ERA CONOCIDO COMO EL PAISA DE LOS LINDEROS FUE CONDUCIDO POR UNOS AGENTES DE LA POLICIA DE ANTINACORTICO DE LA CIUDAD DE SANTA MARTA, EN UN VEHICULO HASTA LA VEREDA MENDIHUACA DEL CORREGIMIENTO DE GUACHACA Y ALLI SE LOS ENTREGARON A MIEMBROS DEL GRUPO DE LAS AUTODEFENSAS, BAJO LA SINDICACIÓN DE QUE ERA INFORMANTE DE LA POLICIA. SEGUIDAMENTE MIEMBROS DEL GRUPO ARMADO ILEGAL LO CONDUJERON A LA VEREDA PUERTO NUEVO, DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF FUERZA PÚBLICA) CUERPO INHUMADO EN FOSA COMPLETO, ENGAÑO | 53. DESAPARICIÓN FORZADA Y HOMICIDIO EN PERSONA | 80. | JHON BREINER MORALES BARROS | 10/01/2002 | SANTA MARTA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>NODIER GIRALDO | A MEDIATOS TODOS | ELEMENTOS PROBATORIOS SOBRE LA MATERIALIDAD DEL HECHO.<br><br>1. Fotografía en vida de JHON BREINER MORALES BARRIOS.<br><br>1. Fotocopias de la Cédula de ciudadanía numero 7.601.299 correspondiente a |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | JHON BREINER MORALES BARRIOS.

3. Denuncia penal instaurada por la señora ELIZABET BARRIOS, el 12 de enero de 2.002, ante la Fiscalia 19 Seccional de Santa Marta, por la desaparición forzada de JHON BREINER MORALES BARRIOS.

4. Formato Para Búsqueda De Desaparecidos correspondiente a JHON BRENER MORALES BARRIOS.

5. Recorte de Prensa del diario el informador de fecha 29 de enero |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | de 2.002, en donde se divulgó la desaparición de la víctima. Titulado "siguen desaparecidas Personas", en donde figura entre otras la fotografía de JHON BREINER MORALES BARRIOS.<br><br>6. Registro De Defunción número 9001580 a nombre de JHON BREINER MORALES BARRIOS, obtenido conforme a la Audiencia Preliminar celebrada el día 7 de marzo de 2012, donde la Fiscal Novena Delegada ante Tribunal de la Unidad Nacional de Fiscalías para la Justicia y la Paz, solicitó el asentamiento del Registro Civil de Defunción de esta víctima directa lo cual fue ordenado por la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | honorable magistrada con funciones de control de garantías de la ciudad de Barranquilla. ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD DEL POSTULADO. 1. Diligencia de versión libre rendida por el postulado HERNAN GIRALDO SERNA, en donde confiesa el hecho. 2. Diligencia de versión libre del Postulado EDGAR OCHOA BALLESTEROS, Alias Morrocoyo, en donde confiesa el hecho. 3. Diligencia de versión libre del Postulado ALDEMAR PACHECO ORTIZ, en donde confiesa el hecho. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 3. Diligencia de versión libre del Postulado WLLINTON MORA BUENHABER, en donde confiesa el hecho |
| | | | | | | | | 3. Diligencia de versión libre del Postulado EDGAR OCHOA BALLESTEROS, en donde confiesa el hecho |
| | | | | | | | | 3. Diligencia de versión libre del Postulado JESUS ELI BAYONA ROPERO, en donde confiesa el hecho |
| | | | | | | | | 3. Informe ejecutivo de Policía Judicial rendido por investigadores adscritos al despacho de la Fiscalía Novena de la Unidad Nacional de Justicia y Paz. |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE JHON BREINER MORALES BARRIOS, HIZO PARTE DE LA ORGANIZACIÓN ILEGAL  DENTRO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DE LA CUAL EJERCIÓ COMO PATRULLERO, EN LA PARTE ALTA DE LA SIERRA EN EL SECTOR DE MACHETE PELAO, DONDE  SE ENCONTRABA HERNAN GIRALDO. ESTE JOVEN SE RETIRÓ DE LA ORGANIZACIÓN Y SE FUE A VIVIR A  LA CIUDAD DE SANTA MARTA,  ERA HERMANO DE UN AGENTE DE LA SIJIN. TIEMPO DESPUÉS HERNAN GIRALDO DA LA ORDEN DE SU ASESINARLO YA QUE SEGÚN LOS DATOS OBTENIDOS ES QUE ESTA PERSONA ESTABA DANDO INFORMACIÓN A LA FUERZA PÚBLICA, SOBRE LA ORGANIZACIÓN  Y LOS MOVIMIENTOS DE HERNAN GIRALDO, DADO EL CONOCIMIENTO QUE TENÍA SOBRE EL GRUPO.  FUE ASÍ QUE DÍA 8 DE ENERO DE 2.002, EN CUMPLIMIENTO DE LA ORDEN EMITIDA, HOMBRES ARMADOS DEL GRUPO ILEGAL  LO APREHENDIERON Y BAJO ENGAÑO FUE LLEVADO HASTA EL CORREGIMIENTO DE GUACHACA, DONDE  FUE ASESINADO Y SU CUERPO SEPULTADO POR EL SECTOR, EN RAZÓN DE ELLO, DESDE ESA FECHA SUS FAMILIARES NO VOLVIERON A SABER DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA  SEÑALADA  SE  FORMULAN  CARGOS  A  LOS  POSTULADOS  ARRIBA   MENCIONADOS    POR  LOS  SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (BLOQUE NORTE) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 54. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOG | 81 | LUIS ALFONSO GUARDIOLA JULIO DESAPARECIDO<br><br>EDUARDO SILVA ESTRADA (VICTIMA | 29 DE ENERO DE 2.002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA –SANTA MARTA MAGDALENA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>NODIER | A.MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A | Fotografía de la victima<br><br>Carpeta de Víctimas indirectas, con el Registro de  SIJYP SIJIP 138755, reportado por las victimas indirectas.<br><br>Video clips con la narración del hecho por parte de la señora Ana |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | ENEO SUCESIVO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | 82. | PERJUDICADA PROPIETARIO DEL TAXI DACIA N.N ENFERMERO | | | GIRALDO | MEDIATO | Betariz Julio. Informe ejecutivo de Policía judicial rendido por investigadores judiciales. Confesión de ELISEO BELTRAN, EDUARDO VENGOECHEA Y HERNAN GIRALDO. |

SITUACION FACTICA: EL DÍA   29 DE ENERO DE 2.002,    EL JOVEN   LUIS ALFONSO GUARDIOLA JULIO, QUIEN SE DESEMPEÑABA COMO CONDUCTOR DE UN VEHÍCULO TAXI DACIA,  COLOR AMARILLO,  SALIÓ DESDE EL MUNICIPIO DE CIÉNAGA MAGDALENA, CON UNA PERSONA QUE AL PARECER LO HABÍA CONTRATADO PARA QUE LE HICIERA UNA CARRERA AL CORREGIMIENTO DE GUACHACA Y A LA ALTURA DE LA VEREDA PUERTO NUEVO,  FUERON INTERCEPTADOS POR UN GRUPO DE HOMBRES ARMADOS, QUE A LA POSTRE ERAN MIEMBROS DE LAS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, QUIENES LOS GOLPEARON LOS AMARARON Y LOS SE LOS LLEVARON AL SECTOR CONOCIDOS COMO LAS PLATANERAS  EN DONDE LES DIERON MUERTE Y SUS CUERPOS DESAPARECIDOS EN EL SECTOR Y  EL GRUPO ARMADO ILEGAL SE APODERÓ  DEL VEHÍCULO. EL MÓVIL ESGRIMIDO  PARA DARLE MUERTE A ESTAS PERSONAS, SE CONTRAEN EN QUE ERAN COLABORADORES DEL BLOQUE NORTE, CON QUIEN EL GRUPO DE HERNAN GIRALDO, SOSTENÍA UNA DISPUTA POR EL CONTROL TERRITORIAL Y SE LE ACUSAS DE QUE EL JOVEN LUISALFONSO GURDIOLA, CON CONOCIMIENTO TRANSPORTABA A UN ENFERMERO QUE IBAN A TRASLADAR Y SOCORRER  A UNOS HERIDOS DEL BLOQUE NORTE. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.  DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 154 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (BLOQUE NORTE) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 55. DESAPARICION FORZADA, HOMICID | 83. | JESÚS ORLANDO ÁLZATE JIMÉNEZ | 2 DE FEBRERO DE 2.002 | CORREGIMIENTO DE GUACHACA – SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO | A.MEDIATO A | Fotografía Victima Directa<br><br>Fotocopia CC Victima |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| IO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | 84. | ÁLVARO EMILIO DE CASTRO REBOLLO | | | QUIROGA DANIEL GIRALDO NODIER GIRALDO | MEDIATO A MEDIATO A MEDIATO A MEDIATO | Directa Diligencia de Exhumación Cadaver Acta Entrega Restos Oseos Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |
| | | 85. | ÁNGEL DAVID ARIAS LÓPEZ | | | | | |

SITUACION FACTICA: EL DÍA 2 DE FEBRERO DE 2.002, EL SEÑOR JESUS ORLANDO ALZATE JIMENEZ, SALIÓ DE LA CIUDAD DE BARRANQUILLA A BORDO DE UN VEHICULO NISAN PATROL DE COLOR VERDE DE SU PROPIEDAD, EN COMPAÑÍA DE LOS SEÑORES ALVARO EMILIO DE CASTRO REBOLLO Y ANGEL DAVID ARIAS LOPEZ, CON DESTINO AL MUNICPIO DE MAICAO GUAJIRA, CON EL PROPOSITO DE COMPRAR UNAS LLANTAS Y A SU REGRESO A LA CIUDAD DE BARRANQUILLA, CUANDO SE MOVILIZABAN A LA ALTURA DE LA VEREDA CALABAZO DEL CORREGIMIENTO DE GUACHACA, FUERON INTERCEPTADOS POR UN GRUPO DE HOMBRES ARMADOS PERTENECIENTES A LAS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| AUTODEFESAS QUE OPERABAN EN LA REGIÓN, QUIENES LOS RETUVIERON Y SE LOS LLEVARON POR LA FUERZA A OTRO SECTOR DE LA VEREDA, EN DONDE LE OCASIONARON LA MUERTE Y SUS CUERPOS SEPULTADOS EN ESA MISMA REGIÓN. DESDE ESA FECHA SUS FAMILIARES, NO TUVIERON NOTCIA DE SU PARADERO, HASTA CUANDO EL POSTULADO EDUARDO VENGOECHEA MOLA, CONFESÓ SU PARTICIPACIÓN EN LOS HECHOS Y HERNAN GIRALDO SERNA, SUMINSTRO LAS COORDENADAS SOBRE LA UBICACIÓN DE LA FOSA, QUE PERMITIO LA EXHUMACIÓN DE LOS RESTOS OSESOS DE LAS VICTIMAS, LOS CUALES UNA VEZ IDENTIFICADO A TRAVES DE COTEJO GENETICO FUERON ENTREGADOS A SUS FAMILIARES. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA . EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (BLOQUE NORTE) | 56. | 86. | CARLOS ARTURO GARCIA | 17 DE ENERO 2.002 | VEREDA PUERTO | HERNAN | A | Fotografia en Vida |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA | | MONROY | | NUEVO GUACHACA | GIRALDO<br><br>NORBERTO QUIROGA<br><br>NODIER GIRALDO | MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO | Carlos Art<br><br>Registro Civil Nac Carlos Art<br><br>Fotocopia Ced C Carlos  Art<br><br>Copia Historia Clinica Carlos<br><br>Reg Victimas Indirectas<br><br>Confesión Eduardo Vengoec<br><br>Confesión Hernan Giraldo |
| SITUACION FACTICA: SE TIENE DOCUMENTADO,  QUE  EL DÍA 17 DE ENERO DE 2.002, EL JOVEN CARLOS ARTURO GARCIA  MONROY, QUIEN PADECIA PROBLEMAS MENTALES  SALIÓ DE SU VIVIENDA  UBICADA EN EL CENTRO DE LA CIUDAD Y AL PARECER FUE INTERCEPTADO EN EL SECTOR DE LA CALLE 14 CON CARRERA 6 POR UN VEHÍCULO DE COLOR AMARILLO, EN DONDE SUS OCUPANTES LO INVITARON A SUBIR Y | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESDE ESA FECHA SUS FAMILIARES NO LO VOLVIERON A VER. PARA ESA FECHA SE  HABÍA SUSCITADO UN ENFRENTAMIENTO ENTRE LOS GRUPOS DE AUTODEFENSAS DE HERNAN GIRALDO, CON EL GRUPO DE  LOS CASTAÑOS Y SEGÚN LA REVELACIÓN DE LOS POSTULADOS DEL BLOQUE RESISTENCIA  TAYRONA  CARLOS ARTURO GARCIA  MONROY, FUE ASESINADO  CUANDO PASABA POR EL SECTOR DE  GUACHACA, BAJO LA CAUSA DE SER INTEGRANTE  DEL BLOQUE NORTE Y SU CUERPO SEPULTADO EN EL SECTOR | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (BLOQUE NORTE) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 57. DESAPARICION FORZADA, TORTURA, HOMICIDIO EN PERSONA PROTEGI | 87. | OCTAVIO AGAMEZ MALO | 29 DE ENERO DE 2002 | PUERTO NUEVO GUACHACA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL *GIRALDO*  NODIER GIRALDO | A MEDIATO  A MEDIATO  A MEDIATO | Fotografía víctimas Directas. Informe Policía judicial. Recorte  de prensa.  Informe  exhumaciones 0970 Copia del Proceso penal. Registros Víctimas Directas |
| | | 88. | RACHID DIAZ PEREZ | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DA, EN CONCURSO HOMOGENEO SUCESIVO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | | | | Confesión Eliseo Beltran<br><br>Confesión Eduardo Vengochea<br><br>Confesión Hernan Giraldo |

SITUACION FACTICA: EL  CONTEXTO FÁCTICO SEÑALA QUE EL DÍA 29  DE ENERO DE 2.002, LOS SEÑORES  OCTAVIO AGAMEZ MALO Y RACHID DIAZ PEREZ, ABORDARON A LAS OCHO Y TREINTA DE LA MAÑANA, EN LA CIUDAD DE CARTAGENA EL BUS IDENTIFICADO CON EL NUMERO INTERNO 5687, AFILIADO A LA EMPRESA DE TRANSPORTE EXPRESO BRASILIA,  CONDUCIDO POR EL SEÑOR LIBI MANUEL HURTADO, CON DESTINO  A LA CIUDAD DE CARACAS CAPITAL DEL VECINO PAÍS DE VENEZUELA. EN SU RECORRIDO EL BUS DETUVO SU MARCHA APROXIMADAMENTE A LA UNA Y TREINTA  A DOS DE LA TARDE, EN EL RESTAURANTE LAS " ACACIAS"  UBICADO EN LA CARRETERA TRONCAL DEL CARIBE EN EL SECTOR DEL PARQUE TAYRONA, JURISDICCIÓN DEL CORREGIMIENTO DE GUACHACA, CON EL OBJETO DE QUE LOS TRIPULANTES Y LOS PASAJEROS  ALMORZARAN, LUEGO DE LO CUAL, Y A LOS POCOS MINUTOS DE HABER REINICIADO SU MARCHA EL BUS, A LA ALTURA DE LA VEREDA PUERTO NUEVO, DOS VEHÍCULOS SE ATRAVESARON EN LA VÍA, DE LOS CUALES DESCENDIERON VARIOS HOMBRES ARMADOS QUE A LA POSTRE RESULTARON SER MIEMBROS DEL GRUPO DE AUTODEFENSAS, QUIENES CON PISTOLAS EN MANO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| OBLIGARON DETENER EL BUS, LUEGO SE SUBIERON E HICIERON BAJAR A DOS DE SUS PASAJEROS,  LOS SEÑORES  OCTAVIO AGAMEZ MALO Y RACHID DIAZ PEREZ, Y ACTO SEGUIDO LE MANIFESTARON AL CONDUCTOR Y SU AYUDANTE, QUE LES ENTREGARAN LOS EQUIPAJES DE ESAS PERSONAS A LO CUAL ÉSTOS  PROCEDIERON. SEGUIDAMENTE LOS HOMBRES ARMADOS CONDUJERON A LAS VÍCTIMAS POR  UNA TROCHA,  EN DONDE LUEGO DE TORTURARLOS LES DIERON MUERTE Y SUS CUERPOS FUERON DESMEMBRADOS Y SEPULTADOS EN ESE LUGAR, BAJO EL ARGUMENTO DE QUE ERAN COLABORADORES DEL BLOQUE NORTE DE LAS AUTODEFENSAS, GRUPO ESTE CONTRA EL CUAL LOS MIEMBROS DE LAS ACMG, LIBRABAN PRECISAMENTE PARA ESA FECHA UN ENFRENTAMIENTO MILITAR POR DISPUTA  DEL DOMINO DEL TERRITORIO Y CONTROL DEL NARCOTRÁFICO | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA . EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO Y SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 10  A 20 AÑOS. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 154 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (BLOQUE NORTE) | | 89. | | 29 DE ABRIL DE 2002 | PUERTO NUEVO | HERNAN | A | Fotografías víctimas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 58. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA ( EN CONCURSO HOMOGENEO SUCESIVO) DESTRUCCION Y APROPIACION DE | | JOSE VICENTE PARRA PARRA | | GUACHACA | GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | directas.  Informe de Policía judicial.  Exhumación de cadáver.  Informe pericial forense  Registro de defunción  Acta entrega restos  Registros Víctimas Directas  Confesión Eliseo Beltran  Confesión Eduardo Vengochea  Confesión  Hernan Giraldo |
| | | 90. | ESPEDITO PARRA PARRA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | BIENES PROTEGIDOS, | | | | | | | |

SITUACION FACTICA: EL DÍA  23 DE MARZO DE 2.002, EN LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, CUANDO LOS SEÑORES  JOSE VICENTE Y ESPEDITO PARRA PARRA,  CONOCIDOS EN LA REGIÓN COMO LOS HERMANOS ESPEJOS, SE TRANSPORTABAN EN UNA CAMIONETA DE SU PROPIEDAD,   FUERON INTERCEPTADOS POR HOMBRES ARMADOS  PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN,  QUIENES OBEDECIENDO ÓRDENES DIRECTAS DEL COMANDANTE URBANO WALTER TORRES LOPEZ, QUIEN LOS ACUSÓ DE HABER COLABORADO CON JORGE 40 DURANTE EL CONFLICTO ARMADO SUSCITADO CON EL BLOQUE NORTE, LOS CONDUJERON A LA ENTRADA  DE LA VEREDA LA AGUACATERA EN DONDE LE OCASIONARON LA MUERTE CON DISPAROS DE ARMA DE FUEGO Y SUS CUERPOS LUEGO DE DESMEBRARLOS FUERON  SEPULTADOS EN ESE MISMO SECTOR. POSTERIORMENTE SE APROPIARON DE LA CAMIONETA EN QUE LAS VÍCTIMAS SE TRASPORTABAN  Y DESDE ESA FECHA SUS FAMILIARES NO SUPIERON DE SU PARADERO HASTA CUANDO EL POSTULADO ELICEO BELTRAN CADENA, SEÑALADO COMO UNO DE LOS EJECUTORES MATERIALES DEL HECHO, LE INDICÓ A LA SUB  UNIDAD DE EXHUMACIONES  EL SITIO EN DONDE SE HALLABA LA FOSA, LO QUE PERMITIÓ EL  HALLAZGO DE LOS RESTOS ÓSEOS DE LAS VÍCTIMAS, EN DILIGENCIA LLEVADA A CABO EL 19 DE NOVIEMBRE DE 2.011 Y LUEGO DE SU IDENTIFICACIÓN PLENA A TRAVÉS DE LOS COTEJOS GENÉTICOS FUERON ENTREGADOS A SUS FAMILIARES EL DÍA 25 DE MARZO DE 2.011..

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA . EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS   PREVISTO EN EL   LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 154 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (BLOQUE NORTE) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 59. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA ( EN CONCURSO HOMOGENEO SUCESIVO)  DESTRUCCION Y APROPIACION DE BIENES PROTEGI | 91. | EUCLIDES MIER MANGA | 21 DE MAYO DE 2002 | ENTRADA A LA AGUACATERA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | A MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Copia Proceso penal 34699.  Informe de Policía judicial.  Fografias  víctimas Directas.  Fotografía Sitio Del hecho.  Informe de policía judicial.  Registros  Victimas Indirectas  Confesión Eliseo Beltran  Confesión Eduardo Vengochea  Confesión Hernan Giraldo |
| | | 92. | HERMES GREGORIO MENDOZA DE AGUAS | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DOS. | | | | | | | |

SITUACION FACTICA: EL DÍA 21 DE MAYO DE 2.002, VARIOS HOMBRES ARMADOS QUE A LA POSTRE ERAN INTEGRANTES DEL GRUPO DE AUTODEFENSAS QUE OPERABAN EN LA REGIÓN DE GUACHACA,  RETUVIERON A  LOS SEÑORES EUCLIDES MIER MANGA Y HERMES GREGORIO MENDOZA,  AL PRIMERO LO INTERCEPTARON CUANDO SE TRANSPORTABA EN UNA MOTOCICLETA DE COLOR ROJO CON BLANCO DE   SU PROPIEDAD, A LA ALTURA DE LAS VEREDAS PUERTO NUEVO Y BURITACA   Y EL SEGUNDO FUE SACADO DE LAS CABAÑAS DE BURITACA Y LUEGO DE SU APREHENSIÓN FUERON SUBIDOS EN LA PARTE ALTA DE  LA ENTRADA A LA AGUACATERA Y POSTERIORMENTE FUERON BAJADOS AL SECTOR DE LA PLAYA EN DONDE SE LES DIO MUERTE Y SUS CUERPOS SEPULTADOS POR ESE SECTOR. EL GRUPO ARMADO ILEGAL ARGUMENTÓ  QUE LOS MOTIVOS QUE ORIGINARON SU DESAPARICIÓN Y MUERTE ERAN PORQUE TRABAJABAN CON JAIRO MUSSO, QUIEN FUE DECLARADO OBJETIVO MILITAR POR LAS AUTODEFENSAS.  COMO CONSECUENCIA DE LA ACCION DELICTIVA VARIOS FAMILIARES DE LAS VICTIMAS DIRECTAS SE DESPLZARON DE LA ZONA POR TEMOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA . EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (ATENTADO MIEMBRO DEL GRUPO) CUERPO INHUMADO EN FOSA COMPLETO, ENGAÑO | 60. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA Y DESPLZAMIENTO FORZADO | 93. | GLORIA ANDREA CASTAÑO NAVARRO | 15 DE SEPTIEMBRE DE 2.002 | SANTA MARTA MAGDALENA | HERNAN GIRALDO ADAN ROJAS M CONDENADO PERO EN LA CONDENA NO SE INCLUYO EL DESPLZAMIENTO NORBERTO QUIROGA NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Fotografía Victima Directa Fotocopia CC Victima Directa Diligencia de Exhumación Cadaver. Acta Entrega Restos Oseos Confesión Adan Rojas Mendoza Willinton Mora Buenhaber- Jhon Jairo Coronado Guerrero y |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Hernan Giraldo |

SITUACION FACTICA: EL DIA 15 DE SEPTIEMBRE DE 2.002, APROXIMADAMENTE A LAS 11 DE LA MAÑANA,  LA JOVEN GLORIA ANDREA CASTAÑO NAVARRO SALIO DE SU CASA UBICADA EN EL BARRIO EL PANDO DE LA CIUDAD DE SANTA MARTA, LUEGO DE RECIBIR UNA LLAMADA TELEFONICA DE UN SUJETO DE NOMBRE DOUGLAS QUIEN SE HALLABA DETENIDO EN EL CENTRO CARCELARIO DE ESA MISMA CIUDAD Y DESDE ESA FECHA SUS FAMILIARES NO SUPIERON DE SU PARADERO. SE CONOCIO POR LAS VERSIONES SUMINISTRADAS POR LOS POSTULADOS DE JUSTICIA Y PAZ, QUE ESE MISMO DÍA LA JOVEN HABIA SIDO CITADA AL BARRIO 11 DE NOVIEMBRE DE ESA MISMA CIUDAD, POR DOS  MIEMBROS DE LA ORGANIZACIÓN ILEGAL CONOCIDOS CON EL ALIAS DEL PULGA DE NOMBRE OTALVARO DURANGO (FALLECIDO) Y LECHE DE NOMBRE OMAR PEREZ OVALLE, QUIENES OBEDECIENDO ORDENES DIRECTAS DEL COMANDANTE URBANO ADAN ROJAS MENDOZA, CON ENGAÑO LA CONDUJERON A LA FINCA GIROCASACA EN EL CORREGIMIENTO DE BONDA,  DONDE EL GRUPO ARMADO ILEGAL TENIA UNA BASE DE OPERACIONES Y ALLI FUE ENTREGADA A OTRA FRACCION DEL GRUPO, QUIENES SE ENCARGARON DE DARLE MUERTE Y SEPULTAR SU CUERPO EN ESE MISMO SECTOR. EL MOVIL ADUCIDO POR LOS PARAMIITARES PARA DARLE MUERTE,  OBEDECIO A QUE LA JOVEN SOSTENIA UNA RELACION SENTIMENTAL CON UN  MIEMBRO DE LA ORGANIZACIÓN DE NOMBRE JHON JAIRO CORONADO GUERRERO ALIAS EL SAYA Y SE LE ACUSABA DE HABER ESTADO INVOLUCRADA EN UN ATENTADO CRIMINAL QUE MESES ANTES SE EJECUTÓ EN CONTRA DE ESTA PERSONA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA. PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESPLAZAMIENTO FORZADO  PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS | | | | | | | | |
| ==SEGUNDA PRACTICA : CUERPO INHMADO EN FOSA DESMEMBRADO== | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 61 .DESAPARICION FORZADA, HOMICIDIO Y TORTURA  EN PERSONA PROTEGIDA, ACTOS DE BARBARIE | 94. | EDUARDO CARLOS NAVARRO ROMERO | 3 DE ENERO DE 2.002 | VEREDA CABAÑAS DE BURITACA CORREGIMIENTO DE GUACHACA –SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Fotografía victima directa Reg. 166737 ELVIRA NAVARRO Informe Policía judicial. Confesión Eliseo Beltran Confesión Eduardo Vengochea Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| SITUACION FACTICA: EL DÍA  3 DE ENERO DE 2.002, EN EL SECTOR DE LAS CABAÑAS DE BURITACA, CORREGIMIENTO DE GUACHACA, MAGDALENA,  CUANDO EL SEÑOR EDUARDO CARLOS NAVARRO, SE ENCONTRABA EN UN KIOSCO CONTIGUO A LA ORILLA DEL MAR EN DONDE SE ESTABA BAÑANDO EN COMPAÑÍA DE UNOS AMIGOS,  FUE INTERCEPTADO POR VARIOS SUJETOS ARMADOS VESTIDOS DE CIVIL, PERTENECIENTES A LAS AUTODEFENSAS,  QUE SE DESPLAZABAN EN UNA CAMIONETA, QUIENES LO AMARRARON LO OBLIGARON A SUBIRSE EN ELLA Y SE LO LLEVARON,  HASTA EL  PUNTO CONOCIDO COMO LA YE,  EN DONDE FUE INTERROGADO Y SOMETIDO A ACTOS DE TORTURA, LUEGO DE LO CUAL LE OCSAIONAN LA MUERTE Y SU CUERPO DESMEBRADO Y SEPULTADO EN UNA FOSA COMUN EN ESE MISMO LUGAR. |
|---|

| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDEOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE  10  A 20 AÑOS |
|---|

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 62. DESAPARICION FORZADA AGRAVADA, | 95. | EDGAR ORTIZ GALVAN (17AÑOS) | 19 DE MARZO DE 2.002 | CORREGIMIENTO SIBERIA CIÉNAGA MAGDALENA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA | A. MEDIATO<br><br>A MEDIATO | Fotografía víctima directa Reg 33874 Aracely Camacho<br><br>Diligencia de Exhumacion |
| | | 96. | JOSE MARIA ORTIZ GUERRERO | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO DESPLAZAMIENTO FORZADO, ACTOS DE BARBARIE | | | | | NODIER GIRALDO | A MEDIATO | Confesión Norberto Quiroga<br><br>Confesión Hernan Giraldo |

SITUACION FACTICA: EL DÍA 19 DE FEBRERO DE 2.002, CUANDO LOS SEÑORES JOSE MARIA ORTIZ GUERRERO Y SU SOBRINO EDGAR ORTIZ GALVAN, SE DIRIGÍAN EN DOS MULAS HACIA LA FINCA MARQUETALIA DE SU PROPIEDAD, UBICADA EN EL CORREGIMIENTO DE SIBERIA, FUERON INTERCEPTADOS POR UN GRUPO DE HOMBRES ARMADOS Y UNIFORMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE EN ESE MOMENTO SE ENCONTRABAN DESARROLLANDO UNA OPERACIÓN MILITAR EN CONTRA DE LA GUERRILLA Y QUE IBAN COMANDADO POR ALIAS 5-5, DE NOMBRE NORBERTO QUIROGA POVEDA, ALIAS 8.1 DE NOMBRE AFRANIO MANUEL REYES MARTINEZ, JERINGA, OSCAR, COMANDANTE 200, MONO CANARIO, COMANDANTE CANA 28, Y UN GUÍA DE NOMBRE SANTIAGO JAVIER ORTEGA MIRANDA, ALIAS 82, QUIEN

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LOS SEÑALABA DE MILICIANOS DE LAS FARC Y PROCEDEN A CONDUCIRLO A LA FINCA LA ZETA DE PROPIEDAD DE GILBERTO ANGUCHO ALIAS EL LANZA Y LUEGO   PROCEDIERON A DARLE MUERTE Y SUS CUERPOS DESMEMBRADOS Y SEPULTADOS EN EL SECTOR. POSTERIORMENTE EL SEÑOR CARLOS ORTIZ, SALIÓ A BUSCARLOS Y SE ENCONTRÓ CON LOS PARAMILITARES Y ES INTERROGADO POR EL COMANDANTE ALIAS CANAL, QUIENES  PROCEDEN A AMARRARLO Y LO CONDUCEN A LA FINCA EL PERRO Y AL OTRO DÍA ESTE LES COMUNICA QUE ERA  UN HUMILDE CAMPESINO Y NO UN GUERRILLERO  Y A LOS DOS DÍAS DE ESTAR AMARRADO LLEGÓ SU MUJER  MARINA GALVAN CASTRO JUNTO CON SUS OTROS SIETE HIJOS A BUSCARLO Y A AVERIGUAR  POR EDGAR, Y  LO SOLTARON A LOS TRES DÍAS, PERO LE TOCÓ QUEDARSE CINCO DÍAS MÁS, HASTA QUE LOS PARAMILITARES SALIERON DE LA ZONA Y SE PUDO IR PARA LA FINCA, DESPUÉS EMPEZÓ A BUSCAR LOS CADÁVERES DE SU HERMANO E HIJO, SIENDO ASÍ  COMO EN LA FINCA LA Z ENCONTRÓ EL RELOJ DE SU HERMANO Y CERCA ENCONTRÓ EL LUGAR DONDE LOS HABÍAN SEPULTADO EN DOS HUECOS, DESENTERRÓ A SU HIJO, PORQUE ESTABA MUY ENCIMA Y SE LO COMÍAN LOS ANIMALES, LE VIO QUE LE HABÁN CORTADO LA OREJA, ESTANDO VIVO ÉL, PORQUE LA CAMISA SE LA HABÍAN QUITADO Y ESTABA CERCA EN UN MONTECITO TODA SANGRADA, LA OREJA ESTABA EN EL LUGAR DONDE HABÍAN SEPULTADO A SU HERMANO, SEGÚN ÉL AL PARECER ERA QUE ATORMENTABAN AL SEÑOR JOSE MARIA ORTIZ  LLEVÁNDOLE LA OREJA DE SU SOBRINO, PARA QUE LES DIERA INFORMACIÓN DE LA GUERRILLA, DESPUÉS CON EL TIEMPO UN PARAMILITAR LE CONFIRMÓ QUE A SU HIJO LO DESMEMBRARON Y A SU HERMANO TAMBIÉN, SU HIJO ESTABA DESNUDO, LA ROPA SE LA QUITARON Y LA TIRARON EN EL MONTE, LE QUITARON LAS DOS MULAS QUE LLEVABAN, UN RELOJ, UNA MACHETILLA Y LA MOCHILA, DESPUÉS EL COMANDANTE J.P. LE DIJO QUE HABÍA SIDO UN ERROR. LA SUB UNIDAD DE APOYO REALIZÓ LA DILIGENCIA DE EXHUMACIÓN DEL SEÑOR JOSE MARIA ORTIZ GUERRERO, EN LA FINCA LA Z DEL CORREGIMIENTO DE SIBERIA MUNICIPIO DE CIÉNAGA (MAG)  EL DÍA 20 DE MARZO DE 2010 Y UNA VEZ IDENTIFICADO PLENAMENTE SE HIZO LA RESPECTIVA ENTREGA DE LOS RESTOS  A SUS FAMILIARES EL 25 DE MARZO DE 2.011. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA AGRAVADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  AGRAVADA POR EL NUMERAL 3 DEL ARTICULO 166 POR LA  MINORIA DE EDAD DE  18 AÑOS DE UNA DE LAS VICTIMAS. QUE AUMENTA LA PENA DE 30 A 40 AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| 2.000, NUMERAL  3  REFERIDO A LA IDEOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 63. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DAÑO EN BIEN AJENO, ACTOS BARBARIE | 97. | EFIGENIA NUÑEZ CERVANTES | 26 DE MARZO DE 2000 | VEREDA LOS COCO GUACHACA MAGDALENA | HERNAN GIRALDO NORBERTOT QUIROG | A MEDIATO A MEDIATO | Elementos Probatorios sobre el hecho: Fotografía víctima directa Reporte  Búsqueda personas desaparecidas. Radicado 1151/2010 de Exhumación. Informe  de exhumación Acta  inspección a cadáver Fotografías Exhumación. Fotografía   Finca |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Recoveco |
| | | | | | | | | Fotografía casa EFIGENIA N. |
| | | | | | | | | Recorte prensa 10/04/2000. |
| | | | | | | | | Reg. 29899 Iris Leonor Cervantes |
| | | | | | | | | Elemntos Probatorios de Responsabilidad: |
| | | | | | | | | Confesión Cristina Ochoa |
| | | | | | | | | Confesión Hernan Girado Confesion Eduardo Vengoechea |

SITUACION FACTICA: EL DÍA 26 DE MARZO DEL 2000, APROXIMADAMENTE A LA UNA DE LA MAÑANA, UN GRUPO APROXIMADO DE 4 HOMBRES QUE PORTABAN ARMAS DE FUEGO DE LARGO Y CORTO ALCANCE, INTEGRANTES DE LAS AUTODEFENSAS, QUE SE MOVILIZABAN EN UNA CAMIONETA MARCA TOYOTA TIPO ESTACA, ENTRE LOS QUE IBAN ALIAS CACHETE DE NOMBRE CRISTIAN OCHOA PINZON, ALIAS EL CALVO DE NOMBRE ALEJANDRINO ALVAREZ Y ALIAS MELO, INGRESARON A LOS PREDIOS DE LA FINCA EL RECOVECO, UBICADA EN LA VEREDA LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| COCOS DEL CORREGIMIENTO DE GUACHACA, QUIENES LUEGO DE TUMBAR CON UN HACHA, LA PUERTA DE INGRESO A LA VIVIENDA DE LA FINCA, PREGUNTARON A LOS QUE ALLÍ SE ENCONTRABAN DURMIENDO,  POR LA SEÑORA DE LA CASA,  INDICANDO QUE LA NECESITABAN PARA UNA INVESTIGACIÓN, PARA LO CUAL  RETUVIERON A LA SEÑORA EFIGENIA NUÑEZ CERVANTES, EN CONTRA DE SU VOLUNTAD, LA SUBIERON AL VEHÍCULO EN QUE SE DESPLAZABAN Y LA TRASLADARON AL SITIO CONOCIDO COMO EL CERRO LOS MUCHACHITOS, DONDE ALIAS EL CALVO LE CAUSA LA  MUERTE CON DISPAROS DE METRALLETA, PROCEDIENDO LUEGO A MUTILARLE UN BRAZO PARA PODER ENTERRARLA, ALEGANDO LOS AGRESORES QUE EL TERRENO ESTABA DURO Y NO QUERIAN DEMORAR MUCHO. POR INFORMACIÓN QUE DIO EL POSTULADO CRSITIAN OCHOA PINZON, DENTRO DEL PROCESO DE JUSTICIA Y PAZ,  SOBRE LA UBICACIÓN DE LA FOSA, LA FISCALÍA 176 DE LA SUB UNIDAD DE EXHUMACIONES DE SANTA MARTA PRACTICO DILIGENCIA DE EXHUMACIÓN DE CADÁVER  DE LOS RESTOS DE EFIGENIA NUÑEZ CERVANTES, EL DÍA 9 DE DICIEMBRE DE 2.010.  Y A LA FECHA SE ESTÁ A LA ESPERA DEL  RESULTADO DEL COTEJO GENÉTICO POR PARTE DE MEDICINA LEGAL, CON EL OBJETO DE DETERMINAR SU IDENTIFICACIÓN. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  QUE AUMENTA LA PENA DE 30 A 40 AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDEOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS.  DAÑO EN BIEN AJENO PREVISTO EN EL LIBRO SEGUNDO TITULO VII, CAPITULO OCTAVO ARTICULO 265 DE LA LEY 599 DE 2.000, SANCIONADOP CON PENA DE  1 A 5 AÑOS DE PRISIÓN. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA DESMEMBRADO, ENGAÑO | 64. DESAPARICION | 98. | LAUREANO PEREIRA SANTIAGO | 29 DE JUNIO DE 2.003 | VEREDA ONACA CORREGIMIENTO DE BONDA- SANTA | HERNAN GIRALDO<br><br>JOSE GELVES | A MEDIATO<br><br>A | Fotografía Victima Directa<br><br>Fotocopia CC Victima |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA, IACTOS DE BARBARIE | | | | MARTA MAGDALENA | NORBERTO QUIROGA ADAN ROJAS M NODIER GIRALDO | MEDIATO A MEDIATO A MEDIATO | Directa Reportes Victimas Indirectas Confesión Dimas Evndaño, Adan Rojas Mendoza y Hernan Giraldo |
| SITUACION FACTICA:  SE TIENE DOCUMENTADO QUE EL SEÑOR LAUREANO PEREIRA SANTIAGO, HABIA ESTADO DETENIDO EN LA CARCEL DE SANTA MARTA,  DESDE EL 7 DE MAYO DEL 2001 HASTA EL 7 DE MAYO DEL 2003,  A RAIZ DE UN PROCESO QUE SE LE ADELANTÓ  POR EL | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

DELITO DE REBELION POR HECHOS ACAECIDOS CUANDO RESIDÍA EN LA VEREDA EL MICO DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, EN DONDE EL EJERCITO LO CAPTURO Y LUEGO DE SALIR DE LA CARCEL SE QUEDO VIVIENDO EN EL BARRIO LUZ DEL MUNDO DE LA CIUDAD DE SANTA MARTA EN CASA DE UNA HERMANA, DONDE EL DÍA 29 DE JUNIO  DE 2.003, UN SUJETO A BORDO DE UNA MOTOCICLETA PERTENCIENTE A LAS AUTODEFENSAS CONOCIDO CON EL ALIAS DE DEL LECHE, LO CONVIDÓ PARA EFECTO DE OFRECERLE UN TRABAJO Y LO CONDUJO A LA VEREDA LA ONACA DEL CORREGIMIENTO DE BONDA EN DONDE LO ESPERABAN OTROS HOMBRE DEL GRUPO ARMADO CONOCIDOS CON LOS ALIAS DE OSAMA, VACA, EL ZARCO DE NOMBRE WILMER TORO VEGA, EL NEGRO DE NOMBRE ADAN ROJAS MENDOZA, EL HECHICERO DE NOMBRE ISIDRO TARAZONA, QUIENES PROCEDIERON A HECER UN HUECO Y LUEGO  ARRODILLARON  A LA VICTIMA QUIEN LES MANIFESTÓ QUE QUERIA COLABORAR,  PERO ESTOS LES RESPONDIERON QUE NO GUSTABAN DE GUERRILLERO Y ACTO SEGIDO ALIAS LA VACA  LE PROPINO UN DISPARO CON UNA ESCOPETA NUMERO 12 CAUSANDOLE LA MUERTE Y JUNTO CON ALIAS EL SARCO Y EL HECHICERO LO DESMEMBRARON Y LO SEPULTARON EN EL FOSA QUE PREVIAMENTE HABIAN ELABORADO. SE CONOCIÓ QUE DURANTE EL TIEMPO EN QUE ESTUVO DETENIDO  EL SEÑOR LAUREANO PEREIRA, SE HIZO AMIGO DE UN MMIEMBRO DE LA ORGANIZACIÓN CONOCIDO CON EL ALIAS DEL GURRE, HERMANO DE ALIAS EL HECHICERO, QUIEN PRESUNTAMENTE FUE QUIEN DIO LA INFORMACIÓN QUE ESTA PERSONA HABIA PERTENECIDO A LA GUERRILLA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA     PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDEOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE  10  A 20 AÑOS. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO INHUMADO EN FOSA DESMEMBRADO, ENGAÑO | 65. DESAPA RICION FORZAD A, HOMICID IO EN PERSON A PROTEGI DA, ACTOS DE BARBARI E | 99. | MANUEL BERMUDEZ BERMUDEZ | 31 DE OCTUB RE DE 2.003 | VEREDA EL CAMPANO- CORREGIMIENTO DE MINCA- SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  JOSE D MORA  JOSE GELVES  NODIER GIRALDO | A.MEDIAT O  A MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Fotografía Victima Directa  Fotocopia CC Victima Directa  Diligencia de Exhumación Cadaver  Confesión Ever Caicedo Perez (Mellales). Confesión Hernan Giraldo |
| SITUACION FACTICA. EL DIA 31 DE OCTUBRE DE 2003,  APROXIMADAMENTE A LAS SIETE DE LA MAÑANA, A LA FINCA EL DINDAL  UBICADA EN | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| JURISDICCION DEL CORREGIMIENTO DE MINCA, MUNICIPIO DE SANTA MARTA, DONDE SE ENCONTRABA EL SEÑOR MANUEL BERMUDEZ BERMUDEZ EJERCIENDO LABORES PROPIAS DE LA AGRICULTURA, SE PRESENTO UN GRUPO APROXIMADO DE 6 HOMBRES ARMADOS PERTECIENTES A LAS AUTODENFENSAS QUE OPERABAN EN LA REGIÓN, CONOCIDOS CON LOS ALIAS DE PELUSA, CHALO, LUIS, EL NIÑO MACHADO, DE NOMBRE CARLOS MARIO MACHADO AMOROCHO, EVER ANTONIO CAICEDO PEREZ, ALIAS MEYALES, COMANDADOS POR ALIAS 17, QUIENES OBEDECIENDO ORDENES DIRECTAS DEL COMANDANTE DE LA ZONA DE NOMBRE JUAN HIPOLITO MEJIA, ALIAS CAUCASIA, PROCEDIERON A REQUISAR LA CASA Y LUEGO SACARON POR LA FUERZA AL SEÑOR MANUEL BERMUDEZ Y LO CONDUJERON AMARRADO, HASTA OTRA FINCA UBICADA EN LA VEREDA EL ORIENTE DE PROPIEDAD DEL SEÑOR SALOMON ORTIZ, DONDE ALIAS 17 LE PROPINO UN GOLPE CONTUNDENTE EN LA CABEZA Y POSTERIORMENTE EVER CAICEDO PEREZ, LE PROPINA UN MACHETAZO QUE LE CORTA LA CABEZA Y LUEGO DE DESMEMBRAR EL CUERPO LO SEPULTAN EN ESE MISMO LUGAR Y A LOS TRES MESES SU CADAVER FUE ENCONTRADO POR SUS FAMILIARES TOTALMENTE PICADO, EN UN HUECO DE MANERA SUPERFICIAL, PROCEDIENDO A ENTREVISTARSE CON EL COMANDANTE CAUCASIA PARA QUE LE PERMITIERA Y SACAR EL CADAVER, PERO ESTE LES ADVIRTIO QUE NO LO HICIERAN PORQUE SI AVISABAN A LAS AUTORIDADES TODA SU FAMILIA CORRIA PELIGRO, QUE MARCARAN EL SITIO Y LO DEJARAN AHÍ Y QUE CON EL TIEMPO PODIAN TRASLADARLO, POR LO CUAL AL AÑO LO SACARON Y LO SEPULTARON EN EL CEMENTERIO SAN MIGUEL DE CIENAGA MAGDALENA, SIN QUE LE PRACTICARAN LAS DIIGENCIAS JUDICIALES DE RIGOR Y UNA VEZ INICIADO EL PROCESO DE JUSTICIA. Y PAZ LA SUB UNIDAD DE EXHUMACIONES DE LA FISCALIA, PRACTICO DILIGENCIA DE EXHUMACIÓN EL DIA 25 DE NOVIEMBRE DE 2.008, EN EL REFERIDO CEMENTERIO, CUMPLIENDO LOS REQUISITOS DE LEY Y LUEGO DE SU IDENTIFACION LOS RESTOS FUERIN ENTREGADOS A SUS FAMILIARES EL 3 DE FEBRERO DE 2.010. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 REFERIDO A LA IDEOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (INF AUTORIDADES ) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 66.DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, ACTOS DE BARBARIE | 100. | WILMAN ANDELFO CORONADO CHAMORRO | 8 DE FEBRERO DE 2.004 | CIENAGA MAGDALENA | HERNAN GIRALDO JOSE GELVES NORBERTO QUIROGA ADAN ROJAS M CONDENADO NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO COAUTOR MATERIAL | Fotografía Victima Directa Fotocopia CC Victima Directa Reportes Victimas Indirectas Confesión  Adan Rojas Mendoza y Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR WILMAN ANDELFO CORONADO CHAMORRO, SE PUSO A INVESTIGAR POR SU CUENTA LA MUERTE DE SU HERMANO OSCAR CORONADO CHAMORRO,  POR LO QUE EN VARIAS OCASIONES ACUDIÓ A LA FISCALÍA Y DENUNCIÓ EN LOS MEDIOS DE COMUNICACIÓN A PERSONAS INVOLUCRADAS CON LAS AUTODEFENSAS, LO QUE MOTIVÓ QUE FUERAN CAPTURADOS TRES INTEGRANTES DE LAS AUTODEFENSAS CONOCIDOS CON LOS NOMBRES DE LUIS ALBERTO BENAVIDES LAPEIRA (A) EL TIGRE, JOSÉ RAMÓN FLORES CABRERA (A) MONCHI Y JAIRO PÉREZ FONTALVO (A) JAIRITO, LUEGO DE LO CUAL FUE AMENAZADO PARA QUE SE RETRACTARA DE LO DICHO ANTE LA FISCALIA, EN CUANTO SU TESTIMONIO HABÍA SERVIDO PARA QUE SE DICTARA MEDIDA DE ASEGURAMIENTO EN CONTRA DE ESAS PERSONAS, CONVIRTIÉNDOSE EN OBJETIVO MILITAR DE LAS AUTODEFENSAS. CONOCIÉNDOSE QUE EL DÍA 8 DE FEBRERO DE 2.004,  CUANDO EL  SEÑOR  WIILIAN ANDELFO CORONADO CHAMORRO, SALIÓ APROXIMADAMENTE A LAS SIETE DE LA MAÑANA DEL MUNICIPIO DE CIÉNAGA MAGDALENA, CON DESTINO A LA CIUDAD DE SANTA  MARTA FUE RETENIDO POR DOS HOMBRES INTEGRANTE DE LA ORGANIZACIÓN ARMADA ILEGAL CONOCIDOS CON EL ALIAS DE TEQUE TEQUE DE NOMBRE VICTOR POLO GUTIERREZ Y ALIAS FANTASMA MIGUEL ALEJANDRO VASQUEZ GARCIA, QUIENES  LO CONDUJERON HASTA EL SECTOR DE MINCA POR UN SITIO CONOCIDO COMO POZO AZUL, LUGAR DONDE  FUE RECIBIDO  POR ADAN ROJAS MENDOZA,  CON QUIEN CRUZÓ UNAS PALABRAS Y AL MOMENTO EN QUE INTENTA OFRECERLE UNAS EXPLICACIONES DE LO SUCEDIDO,  LO ASESINÓ DÁNDOLE VARIOS MACHETAZOS Y FINALMENTE LE 'DESCARGÓ' UN FUSIL Y LUEGO SU CUERPO FUE SEPULTADO EN EL SECTOR POR HOMBRES BAJO SU MANDO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA. EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO(INFORMANTE POLICÍA) CUERPO INHUMADO EN FOSA DESMEBRADO, FUERZA | 67. DESAPARICION FORZADA AGRAVADA, HOMICIDIO Y TORTURA EN PERSONA PROTEGID ACTOS DE BARBARIE | 101. | EDINSON ROA BARRANCO (17 AÑOS) | 17 DE JUNIO DE 2.002 | VEREDA GIROCASACA CORREGIMIENTO DE BONDA SANTA | HERNAN GIRALDO  NORBERTO QUIROGA  NODIER GIRALDO  ADAN ROJAS MENDOZA | A.MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Fotografía Victima Directa  Fotocopia CC Victima Directa  Reportes Victimas Indirectas Confesión Dimas Evndaño, Adan Rojas Mendoza y Hernan Giraldo |
| SITUACION FACTICA: EL DIA 17 DE JUNIO DE 2.002, EN HORAS DE LA MADRUGADA,  CUANDO  EL JOVEN EDINSON BARRANCO ROA, QUIEN ERA CONOCIDO CON EL  ALIAS DE PALOMEQUE, SE ENCONTRABA EN EL ESTADERO DE NOMBRE EL CATO UBICADO EN EL CORREGIMIENTO | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

DE BONDA,  SE PRESENTARON DOS SUJETOS PERTENECIENTES A LAS AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA,  EN UNA MOTOCICLETA, UNO DE LOS CUALES ERA CONOCIDO DE ROA BARRANCO Y  LO MANDAN A COMPRAR A UNA BOTELLA DE AGUARDIENTE Y EN EL MOMENTO EN QUE LES VA A ENTREGAR  LA BOTELLA, LE PROPINAN UN GOLPE EN LA CABEZA CON LA CACHA  DEL REVOLVER Y PROCEDEN A LLEVARSELO EN MEDIO DE LA MOTOCICLETA  Y MÁS ADELANTE LO SUBEN A UN VEHICULO, QUE LO CONDUCEN A LA PARTE ALTA DONDE   EL COMANDANTE URBANO DE NOMBRE ADAN ROJAS MENDOZA TENIA UNA BASE DE OPERACIONES Y ALLI LE OCASIONAN LA MUERTE,  LUEGO LO CONDUCEN A LA FINCA EL RAYO, DONDE ADAN ROJAS A ESA HORA DESPIERTA A  DIMAS AVENDAÑO ALIAS TRIBILIN, PARA QUE LE DE SEPULTURA, QUIEN TAMBIEN ERA CONOCIDO DE LA VICTIMA Y DIAS ANTES EXPONIENDO SU PROPIA VIDA LE HABIA ADVERTIDO QUE SE FUERA DE LA ZONA, PORQUE EL GRUPO DE AUTODEFESNAS LO IBA A ASESINAR PORQUE ANDABA DANDOLE INFORMACION A LA POLICIA, PERO ESTE HIZO CASO OMISO A SUS ADVERTENCIAS LAS CUALES SE CUMPLIERON, PROCEDIENDO ENTONCES ALIAS TRIBILIN CON LA AYUDA DE ALIAS ZARCO DE NOMBRE WILMER TORO VEGA,  A DESMEMBRAR EL CUERPO Y LUEGO LO SEPULTAN EN UNA FOSA COMUN EN EL SECTOR DE GIROCASACA,  EXPLICANDO QUE EL ACTO DE DESMEMBRAMIENTO LO HACIAN  A EFECTO DE EXCAVAR UN HUECO PEQUEÑO QUE FACILITABA SU LABOR. SE CONOCIO QUE LOS SUJETOS QUE PARTICPARON EN EL HECHO FUERON PEDRO HERNANDEZ CORONEL, ALIAS CORO, ALIAS ZARCO DE NOMBRE WILMER TORO VEGA, ALIAS TEQUETEQUE Y  DIMAS AVENDAÑO ALIAS TRIBILIN, QUIEN CUMPLIENDO SU COMPROMISO DENTRO DEL PROCESO DE JUSTICIA Y PAZ, CONDUJO A LA SUB UNIDAD DE EXHUMACIONES AL SITIO DONDE SE  ENCONTRABA LA FOSA COMUN, CUYO CUERPO  NO FUE ENCONTRADO POR LOS CAMBIOS QUE HA SUFRIDO EL TERRENO, PERO SIGUE CON EL COMPROMISO DE VOLVER AL SECTOR PARA SER EFECTIVA LA EXHUMACION DE LOS RESTOS OSEOS  DE LA VICTIMA.

CONFORME A LA SITUACION FACTICA  SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA.    PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000,

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA     PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE  10  A 20 AÑOS | | | | | | | | |
| VÍNCULO  GRUPO ENEMIGO  (PARIENTE ROJAS)  CUERPO INHUMADO EN FOSA DESMEBRADO –FUERZA | 68. DESAPARICION FORZADA AGRAVADA Y HOMICIDIO EN PERSONA ACTOS DE BARBARIE, | 101. | LUIS ERNESTO CARDENAS SANCHEZ (16 AÑOS) | 11 DE ENERO DE 2001 | GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA | A MEDIATO A MEDIATO | Fografia Luis Ernesto Carde Registro Civil Nac Luis Ernes Copia Tarjeta Identidad Luis Registros Victimas Indirectas Confesión de ELISEO BELTRAN, EDUARDO VENGOCHEA Y |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | HERNAN GIRALDO. |

SITUACION FACTICA: EL  DÍA 11 DE ENERO DE 2.001, EN HORAS DE LA NOCHE, VARIOS SUJETOS ARMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN Y QUE SE MOVILIZABAN EN UNA CAMIONETA SE PRESENTARON A LA FINCA,  DE PROPIEDAD DEL SEÑOR ALIRIO CASTRO, UBICADA EN  LA VEREDA QUEBRADA VALENCIA DEL CORREGIMIENTO DE GUACHACA, DONDE LABORABA EL MENOR  LUIS ERNESTO CARDENAS SANCHEZ, EN LA RECOLECCIÓN  DE BANANO Y EN OTROS QUEHACERES DE LA FINCA,  A QUIEN LUEGO DE RETENERLO  LO SUBIERON POR LA FUERZA A LA CAMIONETA Y LO CONDUJERON  A UN SECTOR DE LA VEREDA PUERTO DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR. EL MÓVIL ADUCIDO POR LAS AUTODEFENSAS  ACMG, PARA DARLE MUERTE SE CONTRAE  A QUE EL MENOR ERA PARIENTE DE LOS CABECILLAS DEL GRUPO DE AUTODEFENSAS DE  LOS ROJAS, CON QUIEN EL GRUPO DE AUTODEFENSAS DE HERNAN GIRALDO,  MANTENÍA UNA DISPUTA POR EL CONTROL TERRITORIAL DE LA ZONA. DESDE ESA FECHA LOS FAMILIARES DE LUIS ERNESTO ROJAS, NO TUVIERON NOTICIAS DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULOS CON EL GRUPO ENEMIGO (INFORMANTE ROJAS) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 69.DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA Y DESPLZAMIENTO FORZADO, ACTOS DE BARBARIE | 102. | JADER ALBERTO TOREGROSA ARIAS | 20 DE DICIEMBRE DE 2.001. | VEREDA GIROCASACA CORREGIMIENTO BONDA  - SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO | Diligencia de exhumación de cadáver realizada el 2 de abril de 2009. Informe Pericial de Genética Forense, de fecha del 5 de octubre del año 2009. Orden entrega restos óseos. Acta de entrega de restos óseos del 03 de febrero de 2010. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Registro Civil de Defunción, Indicativo Serial 08166159, de la Registraduría Nacional del Estado Civil.  Registro Civil de Nacimiento de JAIDER TORREGROSA No. 5604265 de la Notaría Primera de Santa Marta, Fotografía en vida de la víctima directa. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reportes victimas Directas.  Confesion Jairo Sara Sarmiento Norberto Quiroga y Hernan Giraldo. |

SITUACION FACTICA: EL DÍA 20 DE DICIEMBRE DE 2001, POR EL SECTOR DE "GIROCASACA", EN "BONDA", CORREGIMIENTO DE SANTA MARTA, TRES MIEMBROS DE LAS AUTODEFENSAS CONONOCIDOS CON LOS ALIAS DE PANELO, PICACHU Y JAIRO ENRIQUE  SARA SARMIENTO, ALIAS EL ÑATO, OBEDECIENDO ORDENES DIRECTAS DE SUS SUPERIORES,     RETUVIERON POR LA FUERZA AL SEÑOR JAIDER ALBERTO TORREGROSA ARIAS, CONOCIDO CON EL ALIAS DE "SIQUITO", Y LO CONDUJERON A UN CAFETAL  DONDE POSTERIORMENTE LE CAUSARON LA MUERTE CON DISPAROS DE ARMA DE FUEGO Y SU CUERPO LUEGO DE SER DESMEMBRADO LO SEPULTARON EN ESE MISMO SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA     PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA,. ACTOS DE BARBARIE PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS, | | | | | | | | |
| TERCERA PRACTICA: CUERPO ARROJADO AL RIO / MAR | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO (GUERRILLA), CUERPO ARROJADO COMPLETO AL RÍO – FUERZA – | 70. DESAPA RICIÓN FORZAD A AGRAVA DA Y HOMICID IO EN PERSON A PROTEGI DA | 103 | JUAN CARLOS PARDO ESCOBAR | 1º JUNIO DE 1.997 | VEREDA DON DIEGO CORREGIMIENTO DE GUACHACA – SANTA MARTA | HERNAN GIRALDO | A. MEDIATO | Reg Atribui 179270 Manuel Pardo Reg Atrib Ana Emilia Pardo Fotografia Juan Carlos Pardo Formato Busqueda persona Desap Registro Civil Nacimiento Juan Pardo Valoracion Piscologica de Manuel Julian Pardo- Y Ana Emilia Pardo Informe Policia Jud 16/04/08 Confesion Hernan Giraldo Confesión Edgar Ochoa Confesión Cristian |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Ochoa |
| SITUACION FACTICA: EL JOVEN JUAN CARLOS PARDO ESCOBAR, EN BUSCA DE UNA OPORTUNIDAD DE TRABAJO DECIDIÓ SALIR DE LA RESIDENCIA DE SU FAMILIA UBICADA EN EL BARRIO LA BOLIVARIANA DE LA CIUDAD DE SANTA MARTA,LOGRANDO CONSEGUIR TRABAJO EN LA FINCA LA NUTRIA UBICADA EN LA PARTE ALTA DE LA VEREDA DON DIEGO, DEL CORREGIMIENTO DE GUACHACA, LUGAR DONDE EL DÍA 1º DE AGOSTO DE 1.997, LLEGARON VARIOS HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, CONOCIDOS CON LOS NOMBRE DE EDGAR OCHOA, CRSITIAN OCHOA Y ALIAS VENENO, LO SACARON POR LA FUERZA Y LO CONDUJERON A OTRO SITIO EN DONDE LO MANTUVIERON RETENIDO, PROCEDIENDO EDGAR OCHO BALLESTEROS QUIEN LO CONOCÍA DESDE ANTES A DECIRLE QUE LO IBAN A ASESINAR Y QUE PIDIERA PERDON, POR LO CUAL SE PUSO A ORAR LUEGO DE LO CUAL CRISTIAN OCHOA LE PROPINA UN DISPARO DE ARMA DE FUEGO QUE LE OCASIONA LA MUERTE Y EGDAR OCHO SE ENCARGA DE SEPULTAR SU CUERPO COMPLETO EN UNA FOSA COMUN. SUS FAMILIARES DESDE ESA FECHA NO TUVIERON NOTICIAS DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA AGRAVADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. ARTICULO 166 NUMERAL 9 VICTIMA ARROJADA AL MAR-PENA DE PRISIÓN DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO (GUERRILLA) CUERPO ARROJADO COMPLETO AL MAR – FUERZA | 71. DESAPARICIÓN FORZADA AGRAVADA, HOMICIDIO PERSONA P | 104 | JORGE ALBERTO CALDERÓN GONZÁLEZ (DESAPARECIDO) SANTOS MANUEL HOYOS MIRANDA | 15 DE JULIO DE 2.000 | CORREGIMIENTO DE RIO ANCHO – DIBULLA GUAJIRA | HERNAN GIRALDO<br><br><br>NORBERTO | A.MEDIATO<br><br><br>A | 1. Fotog SANTOS HOYOS<br><br>2. consulta ANI CC SANTOS HOYOS. # 72.130.488.<br><br>3. Copia de proceso radicado bajo el número 10088.. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DESPLAZAMIENTO FORZADO, TERRORISMO, | | (NO DESAPARECIDO) CAMPO ELIAS RAMIREZ GUERRERO (NO DESAPARECIDO) RUBIEL RAMIREZ GUERRERO, (NO DESAPARECDIO) LUÍS ALBERTO LUGO MORALES | | | QUIROGA<br><br>DANIEL GIRALDO | MEDIATO<br><br><br>COAUTOR ERA PATRULLERO | 4. Acta de cadáver de SANTOS HOYOS.<br><br>5. Certificación corregidora de Palomino muerte violenta de SANTOS HOYOS<br><br>6. Informe del C.T.I sobre identificación de Victima.<br><br>7. Fotografía del sitio del hecho.<br><br>8. Foto JESUS LUGO<br><br>9. Fotocopia cédula JESUS LUGO.<br><br>10. Copia radicado 9670. Homicidio JESUS LUGO.<br><br>11. Denuncia instaurada comandante del |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | batallón Riohacha

12. Denuncia instaurada por YADIRA GENES.

13. Certificación personero Dibulla Guajira.JESUS LUGO.

14. Acta cadáver JESUS LUGO.

15. Certificado Inhumación JESUS LUGO.

16. Acta de defunción JESUS LUGO.

17. Fotografía del sector de ocurrencia hecho.

21. Fotografía en vida de las 3 víctimas.

22. Registro civil de nacimiento JORGE CALDERON. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 23.   Acta cadáver de RUBIEL RAMIREZ. |
| | | | | | | | | 24.   Registro   Civil defunción   RUBIEL RAMIREZ. |
| | | | | | | | | 25. Fotografía de los anuncios   paredes las ACMG. |
| | | | | | | | | 25. Confesión  OMAR OCHOA   Y   DANIEL GIRALDO. |
| | | | | | | | | 26.   Reg.   41780 YADIRA  DE  JESÚS GENES. |
| | | | | | | | | 27.   Reg.   168048, RUBIELA   RAMÍREZ GUERRERO. |
| | | | | | | | | 27   Reg.   200213 CLEOTILDE   ISABEL DE HOYOS. |
| | | | | | | | | 28. Reg.   DURYS MISAEL   CALDERON |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | GONZALEZ 29: Reg. 187000, ANGELINA DOLORES GONZALEZ. 30. Informe Policía Judicial 15/11/2.008. |

SITUACION FACTICA: EL DÍA 15 DE JULIO DE 2000,   EN HORAS DE LA NOCHE UN GRUPO APROXIMADO DE 20 HOMBRES PERTENECIENTES A LAS AUTODEFENSAS  CAMPESINAS DEL MAGDALENA Y LA GUAJIRA,  QUE SE MOVILIZABAN EN CUATRO VEHÍCULOS TIPO CAMIONETA DE ESTACAS, UNIFORMADOS PORTANDO ARMAS DE FUEGO DE CORTO Y LARGO ALCANCE,  INCURSIONARON EN EL  CORREGIMIENTO DE RIO ANCHO DEL MUNICIPIO DE DIBULLA, CUANDO EN ESA FECHA SE CELEBRABAN LAS FESTIVIDADES DE LA VIRGEN DEL CARMEN Y DIERON MUERTE A VARIAS PERSONAS,AL SEÑOR SANTOS MANUEL HOYOS MIRANDA, LO LLEVARON HASTA LA MITAD DE LA CALLE FRENTE A SU RESIDENCIA Y EN PRESENCIA DE SUS FAMILIARES Y AMIGOS LE DIERON MUERTE Y  EN LA RESIDENCIA DE LA FAMILIA GUTIERREZ RAMIREZ, ASESINARON A  LOS JÓVENES CAMPO ELIAS RAMIREZ GUERRERO Y RUBIEL RAMIREZ GUERRERO.  ACTO SEGUIDO, OTRA FRACCIÓN DEL GRUPO DE PARAMILITARES INGRESÓ A UNA CASETA DEL CORREGIMIENTO, EN DONDE SE DESARROLLABA  PARTE DE LAS ACTIVIDADES DE LA CELEBRACIÓN DE LA FIESTA DE LA VIRGEN DEL CARMEN, DONDE REUNIERON A TODAS LAS PERSONAS ASISTENTES, A LAS CUALES  SIN IMPORTAR SEXO NI EDAD LAS OBLIGARON A TENDERSE EN EL PISO, PROCEDIENDO A LEVANTAR POR EL CABELLO A CADA UNO DEL HOMBRES QUE ALLÍ SE ENCONTRABAN, HASTA QUE UBICARON A UN JOVEN CONOCIDO COMO EL MONO, QUIEN RESPONDÍA AL NOMBRE DE JORGE  ALBERTO  CALDERÓN GONZALEZ, A QUIEN SACARON DE LA VIVIENDA, SIN QUE  SE SUPIERA DE SU DESTINO Y SEGÚN UNOS DE LOS CONFESOS POSTULADOS SU CUERPO FUE RRAOJADO AL MAR . LA FAMILIA POR TEMOR NO INSTAURÓ DENUNCIA ALGUNA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA AGRAVADA. PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. ARTICULO 166 NUMERAL 9 VICTIMA ARROJADA AL MAR- PENA DE PRISIÓN DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. ACTOS DE TERRORISMO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 144 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 15 A 25 AÑOS. | | | | | | | | |
| DESCONOCEN QUE PASO CON EL CUERPO | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) – SE DESCONOCE QUE PASO CON EL CUERPO - FUERZA | 72. DESAPARICION FORZADA, HOMICDIO EN PERSONA PROTEGI | 105 | NAZARIO MENA AYALA | 11 DE JULIO DE 1.998. | CORREGIMIENTO DE MINCA – Y GUACHACA - SANTA MARTA | HERNAN GIRALDO | A. MEDIATO | Elementos sobre materiliadad del hecho. <br><br> Reg.68144 Maria Mena Arauj <br><br> Reg. 342116 Celina Araujo <br><br> Copia C.C Nazario |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | D | | | | | | | Mena |
| | | | | | | | | Elementos Sobre responsabilidad de Los Postulados |
| | | | | | | | | Confesión Ricardo Beltran L |
| | | | | | | | | Cobnfesión Herna Giraldo |

SITUACION FACTICA: EL DIA 11 DE JULIO DE 1.998, APROXIMADAMENTE A LAS CUATRO DE LA TARDE CUANDO EL SEÑOR NAZARIO MENA AYALA, SE DIRIGÍA EN UNAS MULAS A LA FINCA  MEDIA LUNA DE SU PROPIEDAD UBICADA EN EL CORREGIMIENTO DE MINCA, CON UNOS ELEMENTOS QUE HABIA COMPRADO, FUE INTERCEPTADO Y RETENIDO POR DOS MIEMBROS DE LAS AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA, CONOCIDOS CON LOS ALIAS DE CALANGO Y RASPAO, QUIENES OBEDECIENDO ORDENES DIRECTAS DE SU COMANDANTE HERNAN GIRALDO SERNA, PROCEDIERON A DARLE MUERTE Y SU CUERPO DESAPARECIDO.LA FAMILIA DEL SEÑOR NAZARIO SE ENTERÓ DE LO SUCEDIDO  POR INTERMEDIO DE UN AMIGO QUE LES LLEVÓ LAS MULAS, Y DESDE ESA FECHA NO SUPIERON MAS DE SU

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PARADERO A PESAR DE LA BUSQUEDA QUE HICIERON EN LA ZONA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULO GRUPO ENEMIGO-GUERRILLA, SE DESCONOCE QUE PASO CON EL CUERPO, - FUERZA | 73. DESAPARICION FORZADA, HOMICDIO EN PERSONA | 106 | CARLOS JULIO AGUDELO IBARRA | 16 DE JULIO DE 1.990 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO | A. MEDIATO | Reg 223920 Mary Luz Agudelo <br><br> Formato de Busqueda de personas desaparecidas. <br><br> Cobfesión Hernan Giraldo |
| SITUACION FACTICA: EL DIA 16 DE JULIO DE 1.990, EL SEÑOR CARLOS JULIO IBARRA QUIEN RESIDÍA JUNTO A SU FAMILIA EN LA VEREDA EL ENCANTO, PARTE ALTA DE LA SIERRA NEVADA DE SANTA MARTA, BAJO AL CASCO URBANO DEL CORREGIMIENTO DE GUACHACA, CON EL OBJETO DE PARTICIPAR EN LA CELEBRACION DE LAS FESTIVIDADES DE LA VIRGEN DEL CARMEN QUE SE LLEVABA A CABO EN ESA LOCALIDAD Y EN EL MOMENTO EN QUE SE ENCONTRABA DEPARTIENDO A LA ORILLA DE LA CARRETERA FUE INTERCEPTADO POR DOS | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| HOMBRES ARMADOS, CONOCIDOS CON LOS ALIAS DE RASPAO Y MARRO MONO QUIENES SE LO LLEVARON POR LA FUERZA Y LO DESAPARECIERON DEL SECTOR. TEIMPO DESPUES LOS FAMILIARES OBTUVIERON LA INFORMACIÓN QUE LOS AGRESORES LO HABÍAN AHORCADO Y LUEGO LO ARROJARON A LAS PROFUNDIDADES DEL RIO UBICADO EN EL SECTOR SITUACION QUE NO HA SIDO VELEDA POR LOS INFRACTORES. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDEOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULOS CON EL GRUPO ENEMIGO (GUERRILLA) SE DESCONOCE QUE PASO CON EL CUERPO, FUERZA | 74. DESAPARICION FORZADA, HOMICIDIO EN PERSONA | 107. | NELSON HORACIO CENTENO CARPIO | 27 DE JULIO DE 2.002 | VEREDA PERICO AGUAO – CORREGIMIENTO DE GUACHACA –SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | A.MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Fotografía Victima Directa  Fotocopia CC Victima Directa  Reportes de Victimas Indirectas  Confesión Eduardo Vengoechea. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 239

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 27 DE JULIO DE 2002 EL SEÑOR NELSON HORACIO CENTENO CARPIO SALIO DE LA CIUDAD DE BARRANQUILLA DONDE QUEDABA UBICADO SU DOMICILIO HACIA EL CORREGIMIENTO DE GUACHACA CON EL FIN DE VENDER MERCANCIAS EN ESA POBLACION. ALLI FUE PRIVADO DE SU LIBERTAD POR HOMBRES PERTENECIENTES A LAS AUTODEFENSAS A QUIENES LES LLEGÓ LA INFORMACIÓN QUE EN  LA VEREDA PERICO AGUAO HABIA UNA PERSONA SUPUESTAMENTE VENDIENDO MERCANCA QUE ERA INFILTRADO DE LA GUERRILLA, Y FUE ENTREGADO AL SUJETO COONOCIDO COMO BETO GALAN MIEMBRO DE LA ORGANANIZACIÓN  Y QUE A LA VEZ ERA LIDER COMUNITARIO POSTERIORMENTE LE DIERON MUERTE Y SU CUERPO DESAPARECIDO  EN ESE MISMO SECTOR. SUS FAMILIARES DECIDIERON BUSCAR INFORMACION PERO NO ENCONTRARO NOTICIAS SOBRE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDEOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VÍNCULO CON EL GRUPO ENEMIGO(GUERRILLA) SE DESCONOCE QUE | | 108. | HENRY SUAREZ RUIZ | 26 DE FEBREO DE | VEREDA CASA DE TABLA- CORREG. | HERNAN GIRALDO | A. MEDIATO | Fotografía Victima Directa |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PASO CON EL CUERPO, - ENGAÑO | 75. DESAPA RICION FORZAD A, HOMICID IO EN PERSON A PROTEGI DA | | | 2.003 | GUACHACA-SANTA MARTA MAG. | NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO | Fotocopia CC Victima Directa<br><br>Reportes de Victimas Indirectas<br><br>Confesión Hernan Giraldo |

SITUACION FACTICA: SEGÚN SE HA DOCUMENTADO EL DIA 26 DE FEBRERO DE 2.003, APROXIMADAMENTE A LA UNA Y TREINTA DE LA TARDE, CUANDO EL SEÑOR HENRY SUAREZ RUIZ, SE ENCONTRABA DESCANSANDO EN SU CASA DE HABITACION, UBICADA EN LA VEREDA CASA E TABLA DEL CORREGIMIENTO DE GUACHACA, EN DONDE EJERCIA LA DOCENCIA EN LA ESCUELA DE PRIMARIA, FUE MANDADO A LLLAMAR POR EL COMANDANTE MILITAR URBANO DE LA ZONA,  WALTER TORRES LOPEZ, QUIEN LO ACUSABA DE SER MIEMBRO DE LA GUERRILLA, DESDE ESA FECHA SUS FAMILIARES NO SUPIERON MAS DE SU PARADERO, NO OBSTANTE OBTUVIERON INFORMACIÓN DE FUENTES CERCANAS AL GRUPO PARAMILITAR, AL CUAL TAMBIEN HABÍA PERTENECIDO LA VICTIMA DONDE ERA CONOCIDO CON EL ALIAS DEL GRINGO O EL PROFE, QUE ESTE HABIA LO HABÍAN ASESINADO PERO ANTES FUE TORTURADO  PARA SACARLE INFORMACIÓN SOBRE SU PERTENENCIA A LA GUERRILLA Y SU CUERPO POSTERIORMENTE FUE ARROJADO AL RIO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL 3 REFERIDO A LA IDEOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| VÍNCULO CON EL GRUPO ENEMIGO (GUERRILLA), SE DESCONOCE QUE PASO CON EL CUERPO, ENGAÑO | 76. DESAPARICION FORZADA, HOMICIDIO EN PERSONA | 109 | JESUS ALQUIVER JARAMILLO CALLE | 27 DE MAYO DE 2.004 | VEREDA MARQUETALIA CORREGIMIENTO GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO  JOSE GELVES  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | A.MEDIATO  A.MEDIATO  A.MEDIATO  A.MEDIATO  A.MEDIATO  A | Fotografía Victima Directa  Fotocopia CC Victima Directa  Reportes de Victimas Indirectas  Confesión Eduardo Vengoechea.  Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | MEDIATO | |

SITUACION FACTICA SEGUN RELATA LA SEÑORA MIRIAM NARANJO, SU ESPOSO JESUS SALIO DE SAN PEDRO DE URABA CON DESTINO A LA VEREDA  MARQUETALIA DEL CORREGIMIENTO DE GUACHACA, A DONDE UNOS PRIMOS DE NOMBRES GUILLERMO Y CARLOS CALLE GIRALDO, CUANDO HERNAN GIRALDO LE MANDO RAZON A JESUS DE QUE NO SE PODIA IR DE ESA ZONA,  HASTA QUE NO ARREGLARA UN PROBLEMA QUE TENIA, EN VISTA DE QUE EL SEÑOR JESUS NUNCA PUDO HABLAR PERSONALMENTE CON HERNAN GIRALDO Y ARREGLAR EL PROBLEMA, EL DIA 27 DE MAYO DEL 2004,  LLEGA UN SUJETO ALIAS COMANDANTE PUNTILLA LO CITA A  LA BOMBA DE MARQUETALIA Y SU ESPOSO SE FUE CON ÉL Y NO SE VOLVIO A SABER DE ÉL. PRECISA QUE SU  ESPOSO ERA AMIGO DE LOS MEDINA, UNA FAMILIA QUE TUVO UNA GUERRA CON LA FAMILIA DE HERNAN GIRALDO, Y ALEGA QUE POR ESA RAZON HERNAN GIRALDO LO MANDO A DESAPARECER.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3  REFERIDO A LA IDEOLOLOGÍA Y NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

SEGUNDA POLITICA: CONTROL SOCIAL – PRIMERA PRATICA: CUERPO INHMADO EN FOSA COMPLETO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL, CUERPO INHUMADO COMPLETO EN FOSA-FUERZA | 77.DESAPARICION FORZADA Y HOMICDIO EN PERSONA PROTEGIDA DESPLZ AMIENTO FORZADO | 110. | MANUEL EDUARDO MACEA CABRERA | 18 DE MAYO DE 2.000 | SANTA MARTA MERCADO PUBLICO | HERNAN GIRALDO  CARMEN RINCON | A.MEDIATO  A MEDIATO | Fotografia Victima Directa  Recorte de Prensa  Informe Policia Judicial  Registros Victimas Indirectas  Confesión Eeliseo Beltran  Confesión Hernan Giraldo |
| SITUACION FACTICA L DÍA  18 DE MAYO DE 2.000,  APROXIMADAMENTE A LAS 6:30 P.M.,  CUANDO EL SEÑOR MANUEL EDUARDO MACEA CABRERA, LUEGO DE CONCLUIR SU JORNADA LABORAL EN EL TALLER DE JOYERÍA UBICADA EN EL SECTOR DEL MERCADO PÚBLICO DE SANTA MARTA, SE DISPONÍA A ESPERAR EL BUS QUE LO LLEVARÍA HASTA SU LUGAR DE RESIDENCIA,  FUE ABORDADO POR VARIOS SUJETOS INTEGRANTES DE LAS AUTODEFENSAS, QUE SE MOVILIZABAN EN UN VEHÍCULO, QUIENES LO OBLIGARON A SUBIR POR LA FUERZA Y LO CONDUJERON AL SECTOR DEL CORREGIMIENTO DE GUACHACA, DONDE  LO DESAPARECIERON  Y DESDE ESA FECHA SU FAMILIARES |||||||||

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| NO SUPIERON DE SU PARADERO. CON OCASION DEL HECHO LOS FAMILIARES SE DESPLZARON DE LA CIUDAD DE SANTA MARTA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| CONTROL SOCIAL (HABLAR MAL DEL GRUPO) CUERPO INHUMADO EN FOSA CLANDESTINA COMPLETO- FUERZA | 78. DESAPARICIÓN FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA | 11 1 | RAFAEL ISAAC CALLEJAS VÉLEZ | 6 DE JULIO DE 2.000 | CORREGIMIENTO DE GUACHACA SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATO A. MEDIATO | Diligencia de Exhumación <br><br> Entrevista Jair Rueda <br><br> Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DIA 6 DE JULIO DE 2.000, EL MENOR RAFAEL ISAAC CALLEJAS VELEZ, QUIEN ERA CONOCIDO COMO SIMON, FUE SACADO DEL  INTERIOR DE UN BILLAR UBICADO EN EL CORREGIMIENTO DE GUACHACA, POR HOMBRES ARMADOS QUE SE LO LLEVARON POR LA FUERZA, QUIENES POSTERIORMENTE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR. LOS MOTIVOS QUE GENERARON LA DESAPARICIÓN DEL MENOR SE CONTRAE AL HECHO DE QUE EN ESOS DÍAS HERNAN GIRALDO SERNA SUFRIO UN ATENTADO EN SU FINCA POR PARTE DE LA GUERRILA Y SE DECÍA QUE COMO CONSECUENCIA DE ELLO HABIA FALLECIDO, COMENTARIO ESTE QUE LLEGÓ A LOS OIDOS DE LA SEÑORA MADRE DEL NIÑO DE NOMBRE DORA VELEZ ROGER, QUIEN HIZO MANIFESTACIONES ABIERTAS QUE LO SUCEDIDO CON HERNAN GIRALDO ESTA BIEN HECHO. UNA VEZ EFECTUADA LA DESMOVILIZACION Y CONFORME A LA UBICACIÓN DE LA FOSA SUMNISTRADA POR LOS EXPARAMILITARES SE PRACTICO DIILIGENCIA DE EXHUMACIÓN DE LOS RESTOS OSEOS Y SE ESTA A LA ESPERA DE LA IDENTIFICACION PLENA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA AGRAVADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. AGARAVADA POR EL NUMERAL 3 DEL ARTICULO 166 EN CUANTO LA VICTIMA ERA MENOR DE 18 AÑOS D EEDAD QUE AUMENTA LA PENA DE 30 A 40 AÑOS DE PRISIÓN.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL (HABLAR MAL DEL GRUPO) CUERPO INHUMADO EN FOSA | 79.DESAPARICIÓN | | DORA ROGER VÉLEZ | 29 DE JULIO DE | VEREDA LA AGUACATERA CORREGIMIENTO | HERNAN GIRALDO | A. MEDIATO | Fotografia    Victima Directa |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CLANDESTINA COMPLETO, FUERZA | FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | | 2.000 | DE GUECHACA | NORBERTO QUIROGA | A. MEDIATO | Entrevista Jair Rueda  Confesion Hernan Giraldo |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DIA 29 DE JULIO DE 2.000, LA SEÑORA DORA MARIA VELEZ ROGER, CONOCIDA COMO LA GRINGA, QUIEN RESIDÍA EN LA VEREDA EL TROMPITO DEL CORREGIMIENTO DE GUACAHACA Y SE DEDICABA AL CULTIVO DE HORTALIZAS, FUE INTERCEPTADA POR 4 HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS, QUE SE MOVILIZABAN EN MOTOCICLETAS, CUANDO PROVENÍA DE LA CIUDAD DE SANTA MARTA Y SE DIRIGÍA POR UNA TROCHA DE REGRESO A SU RESIDENCIA, QUIENES LA CONDUJERON A OTRO SECTOR DONDE EL MIEMBRO DE LA ORGANIZACIÓN ILEGAL CONOCIDO COMO EL MONO GIRALDO DIO LA ORDEN DE ASESINARLA, POR LO CUAL LOS CAPTORES PROCEDIERON A DARLE MUERTE Y DESDE ESA FECHA SUS FAMILIARES NO HAN OBTENIDO INFORMACIÓN ALGUNA DE SU PARADERO. LOS MOTIVOS QUE GENERARON LA DESAPARICIÓN DE LA SEÑORA DORA MARIA VELEZ, SE CONTRAE EN LA MISMA CIRCUNSTANCIA EN QUE FUE DESAPARECIDO SU MENOR HIJO RAFAEL ISAAC CALLEJAS VELEZ, DE QUE EN ESOS DÍAS HERNAN GIRALDO SERNA SUFRIO UN ATENTADO EN SU FINCA POR PARTE DE LA GUERRILA Y SE DECÍA QUE COMO CONSECUENCIA DE ELLO HABIA FALLECIDO, COMENTARIO ESTE QUE LLEGÓ A LOS OIDOS DE LA SEÑORA DORA MARIA QUIEN HIZO MANIFESTACIONES ABIERTAS QUE LO SUCEDIDO CON HERNAN GIRALDO ESTA BIEN HECHO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL, CUERPO INHUMADO COMPLETO  EN FOSA- FUERZA | 80.DESAPARICION FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA, CONCURSO HOMOGENEO SUCESIVO | 111<br><br>112 | HERMES ARIAS MEJÍA<br><br>CALIXTO ARIAS MEJÍA (69AÑOS) | 6 DE FEBRERO DE 2.001 | CORREGIMIENTO MINGUEO – DIBULLA GUAJIRA | HERNAN GIRALDO<br><br>DANIEL GIRALDO<br><br>NORBERTO QUIROGA | A. MEDIATO<br><br>A. MEDIATO | 1.-  Fotografía de las víctimas<br><br>2.- Fotocopia de C.C. de CALIXTO RAFAEL ARIAS<br><br>3.- Fotocopia denuncia No. 0130<br><br>4.Fotocopia Investigacion Previa radicada con el No. 13030,  Fiscalía Segunda de Vida de Riohacha.<br><br>5.- Fotografía de la residencia de CALIXTO ARIAS MEJIA.<br><br>6. reporte de victimas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Confesión Norberto Quiroga<br><br>Confesión Hernan Giraldo Serna |

SITUACION FACTICA: EL DIA 6 DE FEBRERO DE 2001, LOS SEÑORES HERMES ARIAS MEJIA Y CALIXTO  ARIAS MEJIA EN HORAS DE LA MADUGADA CUANDO SE ENCONTRABAN DURMIENDO, FUERON RETIRADOS A LA FUERZA DE SUS VIVIVIENDAS UBICADAS EN EL CORREGIMIENTO DE MINGUEO DEL MUNICIPIO DE DIBULLA, POR PARTE DE UN GRUPO FUERTEMENTE ARMADO QUE USABAN PRENDAS DE USO PRIVATIVO DEL EJERCITO Y SE MOVILIZABAN EN DOS CAMIEONETAS, POSTERIORMENTE LOS HOMBRES COMANDADOS POR FOSFORITO Y VAMPIRO BAJO ORDENES DEL COMANDANTE TOLIMA LES OCASIONARON LA MUERTE. DESDE ESA FECHA SU FAMILIA NO OBTUVO INFORMACION SOBRE SU PARADERO. LOS FAMILIARES PIDIERON AYUDA EN LA INSPECCION DE POLICIA Y LA BASE DEL EJERCITO DE CORREGIMIENTO DE MINGUEO SIN OBTENER RESPUESTA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 249

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 81. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO , | 113 / 114 | JHON ADAN CAICEDO MADRIAGA / YESICA CAICEDO MADRIAGA FLOR MADRIAGA HOMICIDIO NO DESAPARECIDA | 27 DE JULIO DE 2.003 | VEREDA PERICO AGUAO- CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO JOSE GELVES DANIEL GIRALDO NODIER GIRALDO NORBERTO QUIROGA | A. MEDIATO A. MEDIATO A. MEDIATO A. MEDIATO A MEDIATO | 1.- Fotografía de las víctimas 2.-fotografía Vereda Perico Aguao- Corregimiento de Guachaca 3.-imagenes del lugar de donde fueron sacados 4.- Reporte del hecho 5.- Informe de Policía Judicial. 6. Reporte de victimas Indirectas Confesión Norberto Quiroga Confesión Hernan Giraldo Serna |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA: EL DÍA 27 DE JULIO DE 2.003, EN HORAS DE LA NOCHE UN GRUPO DE HOMBRES ARMADOS  PERTENECIENTES A LAS AUTODEFENSAS QUE SE MOVILIZABAN EN UN VEHICULO AUTOMOTOR DE COLOR BLANCO, PENTERARON A LA CASA DE HABITACIÓN DE LA FAMILIA CAICEDO MADRIAGA, UBICADA  EN LA VEREDA  PERICO AGUAO, DEL CORREGIMIENTO DE GUACHACA, Y SE LLEVARON POR LA FUERZA A LA SEÑORA FLOR MARIA MADRIAGA PEÑA  Y A SUS DOS HIJOS  DE NOMBRES JHON ADAN Y YESICA TERESA,  AL DÍA SIGUIENTE EL CADÁVER DE LA SEÑORA FLOR FUE ENCOONTRADO  EN EL SECTOR CONOCIDO COMO LOS PRESOS, CON MULTIPLES PERFORACIONES OCASIONADAS CON ARMA DE FUEGO,  EN TANTO LOS CUERPOS DE SUS HIJOS NUNCA APARECIERON

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL, CUERPO INHUMADO EN FOSA COMPLETO – FUERZA | 82. DESAPARICION FORZAD | 115 | FRANCISCO JAVIER VALENCIA CARVAJAL | 17 DE SEPTIEMBRE DE 2.003 | CORREGIMIENTO GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  JOSE GELVES | A.MEDIATO  A. MEDIATO  A. | Reporte de victimas Indirectas  Confesión de Eduardo Vengoechea |
| | | 116 | JOAQUIN VALENCIA CARVAJAL | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO | | | | | DANIEL GIRALDO NODIER GIRALDO | MEDIATO A. MEDIATO A. MEDIATO A MEDIATO | Confesión Hernan Giraldo Serna |

SITUACION FACTICA: EL DIA 17 DE SEPTIEMBRE DE 2.003, EN HORAS DE LA TARDE CUANDO LOS SEÑORES JOAQUIN ARGELIO Y FRANCISCO JAVIER VALENCIA CARVAJAL, SE ENCONTRABAN REPOSANDO LA HORA DEL ALMUERZO, EN LA FINCA DONDE LABORABAN UBICADA EN EL SECTOR DE LA VEREDA DE MACHETE PELAO DEL CORREGIMIENTO DE GUACHACA, VARIOS HOMBRES ARMADOS PERTENCIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, ENTRE LOS QUE SE ENCONTRABA ALIAS MOYEJO, DE NOMBRE de HERNEY ACEVEDO PATIÑO, OBEDECIENDO ORDENES DEL COMANDANTE DE LA ZONA EDUARDO VENGOECHEA MOLA, LOS SACARON POR LA FUERZA Y LOS CONDUJERON A OTRO SITIO EN DONDE LES OCASIONARON LA MUERTE Y SUS CUERPOS SEPULTADOS EN EL SECTOR, POR LO CUAL UNA VEZ ENTERADO SUS FAMILIARES, OPTARON POR INICIAR LA BUSQUEDA DE INFORMACIÓN PARA LOGRAR SU UBICACIÓN EN LA ZONA PERO FUERON ADVERTIDOS POR INTEGRANTES DEL GRUPO ILEGAL QUE NO SUBIERAN PORQUE LES PODIA PASAR LO MISMO Y DESDE ESA FECHA NO TUVIERON NOTICIA DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL, , CUERPO INHUMADO EN FOSA COMPLETO, - FUERZA | 83 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 117 | REYNEL ANTONIO RINCON CHARRIS | 18 DE NOVIEMBRE DE 2.004 | VEREDA LA SECRETA CORREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  JOSE GELVES  NODIER GIRALDO | A. MEDIATO  A. MEDIATO  A. MEDIATO  A MEDIATO | Reporte de victimas Indirectas  Confesión de Norberto Quiroga  Confesión Hernan Giraldo Serna |
| SITUACION FACTICA: EL DIA 17 DE SEPTIEMBRE DE 2.003, EN HORAS DE LA TARDE CUANDO LOS SEÑORES JOAQUIN ARGELIO Y FRANCISCO JAVIER VALENCIA CARVAJAL, SE ENCONTRABAN REPOSANDO LA HORA DEL ALMUERZO, EN LA FINCA DONDE LABORABAN UBICADA EN EL SECTOR DE LA VEREDA DE MACHETE PELAO DEL CORREGIMIENTO DE GUACHACA, VARIOS HOMBRES ARMADOS PERTENCIENTES A LAS | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, ENTRE LOS QUE SE ENCONTRABA ALIAS MOYEJO, DE NOMBRE de HERNEY ACEVEDO PATIÑO, OBEDECIENDO ORDENES DEL COMANDANTE DE LA ZONA EDUARDO VENGOECHEA MOLA, LOS SACARON POR LA FUERZA Y LOS CONDUJERON A OTRO SITIO EN DONDE LES OCASIONARON LA MUERTE Y SUS CUERPOS SEPULTADOS EN EL SECTOR, POR LO CUAL UNA VEZ ENTERADO SUS FAMILIARES, OPTARON POR INICIAR LA BUSQUEDA DE INFORMACIÓN PARA LOGRAR SU UBICACIÓN EN LA ZONA PERO FUERON ADVERTIDOS POR INTEGRANTES DEL GRUPO ILEGAL QUE NO SUBIERAN PORQUE LES PODIA PASAR LO MISMO Y DESDE ESA FECHA NO TUVIERON NOTICIA DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (HURTO) INHUMACIÓN EN FOSA COMPLETO – FUERZA | 84.DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 118 | JOSÉ ANTONIO CANTILLO FLÓREZ | 17 DE NOVIEMBRE DE 1.995 | CORREGIMIENTO DE PALOMINO – DIBULLA GUAJIRA | HERNAN GIRALDO | A. MEDIATO | Informe Policia jud 16/04/08<br><br>Compulsas de copias<br><br>Reg 222137 Lucy Feliciano<br><br>Certificacion Registraduria<br><br>Expedicion CC Jose |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Cantillo |
| | | | | | | | | Fotografia Jose cantillo |
| | | | | | | | | Confesion Cristina Ochoa |
| | | | | | | | | Confesión Herna Giraldo |

SITUACION FACTICA: EL 17 DE NOVIEMBRE DE 1995  EN EL CORREGIMIENTO DE PALOMINO MUNICIPIO DE DIBULLA, EN EL DEPARTAMENTO DE LA GUAJIRA EN MOMENTOS EN QUE EL SEÑOR LUIS ANTONIO FLOREZ CANTILLO EN HORAS DE LA NOCHE  ASISTÍA AL VELORIO DEL SEÑOR NEFTALI PEÑA, ASESINADO EN SU FINCA EL MISMO DÍA, SE PRESENTO UN VEHICULO CON 4 SUJETOS PORTANDO ARMAS DE CORTO ALCANCE, QUIENES SE ACERCARON A UN LADO DE LA VIVIENDA DONDE SE ENCONTRABA  CANTILLO FLOREZ A QUIEN INTIMIDARON CON LAS ARMAS, LO AMARRARON DE LAS MANOS Y LO SUBIERON AL VEHICULO,  LUEGO DE LO CUAL LOS SUJETOS ARMADOS SE LO LLEVARON CON RUMBO HACIA LA VEREDA MEDIHUACA DONDE UNOS DE LOS AGRESORES  CONOCIDO COMO EL PATON LE OCASIONA LA MUERTE CON DISPARO DE ARMA DE FUEGO  Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR.  DESDE ESA FECHA SUS FAMILIARES DESCONOCEN SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 85.DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA  EN CONCURSO HOMOGENO SUCESIVO | 119 | JAZMÍN ROCIÓ SILVA MENDIETA Y 2 N.N ALIAS SIMPSON | 30 DE JUNIO DE 2.002 | VEREDA CAÑAVERAL CORREGIMIENTO DE GUACHACA – SANTA MARTA MAGDALENA | HERNAN GIRALDO <br><br> NORBERTO QUIROGA <br><br> DANIEL GIRALDO <br><br> NODIER GIRALDO | A.MEDIATO <br><br> A. MEDIATO <br><br> A. MEDIATO <br><br> A MEDIATO | Fotografia Jazmin Silva <br><br> Registros Victimas Indirectas <br><br> Fotocopia dilig Exhumación <br><br> Confesión eliseo Beltran <br><br> Confesión Eduardo Vengoe <br><br> Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO, QUE EL DIA 1º DE JUNIO DE 2.002, LA JOVEN JAZMIN ROCIO SILVA MENDIETA, QUIEN JUNTO A DOS COMPAÑEROS MAS, ORIUNDOS DEL INTERIOR DEL PAIS, SE DEDICABA A LA VENTA DE ARTICULOS DE ARTESANIAS EN LOS ALREDEDORES DEL PARQUE TAYRONA DEL CORREGIMIENTO DE GUACHACA, FUERON INTERCEPTADOS EN ESE LUGAR, POR CUATRO HOMBRES ARMADOS INTEGRANTES DE LAS AUTODEFENSAS DE NOMBRE ELISEO BELTRAN CADENA ALIAS EL GORDO, EDUARDO ENRIQUE VENGOECHEA MOLA ALIAS EL FLACO, HECTOR RESTREPO VILLA, ALIAS PAPEL Y ALIAS EL BOBO HASTA AHORA NO IDENTIFICADO, AL PESAR EN CONTRA DE ELLOS, SEÑALAMIENTOS DE LA COMUNIDAD, DE SER LOS AUTORES DEL HURTO DE UN RELOJ A UN TURISTA EXTRANJERO, POR LO CUAL EL COMANDANTE URBANO DE LA ZONA DE NOMBRE WALTER TORRES LOPEZ ORDENÓ QUE EN EL ACTO LOS REVISARAN Y AL ENCONTRARSELE EN SU PODER EL RELOJ, DE INMEDIATO FUERON TRASLADADOS HASTA LA VEREDA LA AGUACATERA, DONDE LES DIERON MUERTE Y SUS CUERPOS SEPULTADOS EN ESE SECTOR | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO | | 120 | REYNEL ANTONIO | 14 DE NOVIEM | CORREGIMIENTO | HERNAN | A.MEDIAT | Fotografía Victima |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INHUMADO EN FOSA COMPLETO, FUERZA | 86. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | PINTO GARCIA | BRE DE 2.003 | GUACHACA, SANTA MARTA MAGDALENA | GIRALDO NORBERTO QUIROGA DANIEL GIRALDO JOSE GELVES NODIER GIRALDO | O A. MEDIATO A. MEDIATO A. MEDIATO A. MEDIATO A MEDIATO | Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |

SITUACION FACTICA:  SE TIENE  DOCUMENTADO QUE EL SEÑOR REINEL ANTONIO PINTO GARCIA EL DIA 14 DE NOVIEMBRE DE 2.003 SALIO DE SU CASA UBICADA EN LA CIUDAD DE SANTA MARTA AL SECTOR DE LA SIERRA NEVADA DE SANTA MARTA EN EL CORREGIMIENTO DE GUACHACA CON EL PROPOSITO DE TRABAJAR EN LA RECOLECCION DE CAFÉ, QUEDANDO A  REGRESAR EL DÍA 30 DE ESE MISMO MES QUE ERA EL DIA DE SU CUMP´LEAÑOS Y DESDE ESA FECHA NO SE TUVO NOTICIAS DE SU PARADERO HASTA QUE EDUARDO VENGOCHEA MOLA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFESÓ EL HECHO SEÑALANDO QUE LE DIO LA ORDEN A SAMUEL CARVAJAL PARA QUE SE LE OCASIONARA LA MUERTE, EN CUANTO CARVAJAL PARRA LE LLEVÓ LA INFORMACIÓN QUE ESTA PERSONA SE DEDICABA A HURTAR COSAS EN SU FINCA  UBICADA  EN LA VEREDA EL ENCANTO, QUIEN DESPUES LE REPORTÓ EL HECHO DICIENDOLE QUE EL HECHO SE HABÍA EJECUTADO Y QUE EL CADAVER QUEDÓ EN LA PARTE ALTA DE LA VEREDA MENDIHUACA DEL CORREGIMIENTO DE GUACHACA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO INHUMADO EN FOSA COMPLETO -FUERZA | 87. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 121 | EDWIN ALEXANDER LOPEZ VARGAS | 1 DE MAYO DE 2.005 | VEREDA EL MICO CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  JOSE GELVES | A.MEDIATO  A.MEDIATO  A.MEDIATO  A.MEDIATO | 1.-Fotografía de la víctima  2.- Fotografía Corregimiento de San Pedro de la Sierra- vereda el Mico  3.-Consulta de Prometeo- plena |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | NODIER GIRALDO JOSE D MORA | O A MEDIATO A.MEDIATO | identidad de la victima Directa 4. reporte de Victimas Indirectas Confesión Jose D Mora Confesión Hernan Giraldo |

SITUACION FACTICA: EL DÍA 1º DE JUNIO DE 2005,  CUANDO EL JOVEN  EDWIN ALEXANDER LOPEZ VARGAS, QUIEN ERA CONOCIDO CON EL APODO DEL "ZORRILLO", SE ENCONTRABA VISITANDO SU MENOR  HIJO DE DOS AÑOS DE EDAD, EN LA CASA DE SU SEÑORA MADRE, UBICADA  EN LA VEREDA EL MICO DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA,  MUNICPIO DE CIENAGA MAGDALENA, FUE RETENIDO POR DOS HOMBRES ARMADOS, VESTIDOS CON UNIFORMES DE USO PRIVATIVO DE LAS FUERZAS ARMADAS, PERTENECIENTES A LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, QUIENES OBEDECIENDO ORDENES DIRECTAS DEL COMANDANTE DE LA ZONA DE NOMBRE JOSE DANIEL MORA LOPEZ, ALIAS GUERRERO O 101, LO SACARON POR LA POR LA FUERZA Y LO CONDUJERON A OTRO SECTOR EN DONDE LE OCASIONARON LA MUERTE Y SU CUERPO SEPULTADO EN UNA FOSA COMUN. LOS MOVILES ADUCIDOS POR LOS PARAMILITARES PARA DARLE MUERTE, SE CONTRAEN EN LOS SEÑALAMIENTOS QUE EXISTIAN EN SU CONTRA POR EL HURTO CONSTANTES DE COSAS EN LA REGIÓN.

CONFORME  A  LA  SITUACION  FACTICA  SEÑALADA  SE  FORMULAN  CARGOS  A  LOS  POSTULADOS  ARRIBA   MENCIONADOS   POR  LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO INHUMADO EN FOSA COMPLETO - FUERZA | 88 .DESAP. ARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA ART 165-599/2.000. | 122 | RADAMEL ALBERTO ROJAS | 25 DE JUNIO DE 2.005 | SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTOT QUIROGA JOSE GELVES NODIER GIRALDO | A.MEDIATO A.MEDIATO A.MEDIATO A MEDIATO | Fotografía victima Directa Fotocopia CC Victima directa Registros Victimas Directas Versión Aldemar Pacheco Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: EL DIA 25 DE JUNIO DE 2.005, APROXIMADAMENTE A LA UNA DE LA MADRUGADA, CUANDO EL JOVEN RADAMAEL RADAMEL ROJAS HERREREA, ACABABA DE LLEGAR A SU CASA UBICADA EN EL BARRIO EL PANDO DE LA CIUDAD DE SANTA MARTA, CON SU HERMANO ALONSO ROJAS HERRERA Y DOS AMIGOS MAS CON QUIENES SE ENCONTRABA TOMANDO LICOR, SE PRESENTÓ UN VEHICULO DE COLOR GRIS, DEL CUAL SE BAJARON 4 HOMBRES ARMADOS QUE DIJERON SER DE LA SIJIN Y QUE A LA POSTRE ERAN MIEMBROS DEL BLOQUE RESISTENCIA QUE COMANDABA HERNAN GIRALDO SERNA, ENTRE LOS QUE IBAN ALIAS FRAKLIN Y LIAS MANCANCAN, QUIENES HACIENDO UN DISPARO AL AIRE Y LUEGO DE REDUCIR A TODOS LOS QUE ESTABAN PRESENTE, PROCEDIERON A SUBIR POR LA FUERZA AL VEHICULO AL JOVEN RADAMEL ROJAS Y SE LO LLEVARON CON RUMBO AL SECTOR RURAL DEL CORREGIMIENTO DE MINCA, CONOCIENDOSE QUE LA ORDEN PROVINO DEL COMANDANTE URBANO DE SANTA MARTA, DE NOMBRE SIXTO RODRIGUEZ, PORQUE A LA ORGANIZACIÓN ILEGAL LE LLEGÓ UNA INFORMACION SEGÚN LA CUAL EL JOVEN RADAMEL ROJAS HERRERA POR CONDUCTO DE LA NOVIA LE HABIAN ROBADO UN DINERO EN LA CIUDAD DE MEDELLIN AL JEFE PARAMILITAR, DIEGO FERNANDO MURILLO ALIAS DON BERNA, QUIEN ENVIO A DOS DE SUS HOMBRES A LA CIUDAD DE SANTA MARTA, QUE TRAIAN EL NOMBRE Y LA FOTOGRAFIA DE ROJAS HERRERA, LA CUAL SE LA PASARON AL COMANDANTE URBANO Y POR ESA RAZON EL GRUPO LO ESTABA BUSCANDO, HASTA EL DÍA 25 DE JUNIO DE 2.005, CUANDO SE LE UBICÓ EN SU RESIDENCIA POR UN MIEMBRO DE LAS AUTODEFENSAS DE NOMBRE FABIAN VARGAS, (FALECIDO), QUIEN RESIDIA EN EL MISMO BARRIO DONDE VIVIA LA VICTIMA. ESTABLECIÓBDOSE QUE RADAMEL ROJAS PERMANECIO RETENIDO POR EL GRUPO ARMADO ILEGAL, DURANTE TRES DIAS EN EL SECTOR DE MINCA, EN DONDE SE LE PONÍA A HABLAR VIA CELULAR CON UN TIO PARA QUE DEVOLVIERAN EL DINERO, PERO ANTE LA NEGATIVA DE ENTREGAR LA PLATA, OPTARON POR CAUSARLE LA MUERTE, ENGARGANDSOSE DE ELLO ALIAS MANCANCAN QUIEN DE IGUAL FORMA FUE LA PERSONA QUE LO SEPULTO EN UNA FOSA COMUN, EN CUANTO AL MOMENTO EN QUE SE VIO SALIR A CUMPLIR SU MISIÓN PARA TALES EFECTO LLEVABA CONSIGO UNA PALA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL VICIO), CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 89. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 123 | ALFONSO ANTONIO ACOSTA GIRALDO | 24 DE ABRIL DE 2.003 | VEREDA MACHETE PELAO CORREGIMIENTO GUACHACA-SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO NODIER GIRALDO JOSE GELVES A | A MEDIATOA A.MEDIATO A. MEDIATO A.MEDIATO A MEDIATO | Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| SITUACION FACTICA: SEGÚN   RELATAN  LAS VICTIMAS INDIRECTAS EL SEÑOR ALFONSO ACOSTA GIRALDO,  DEBIDO  A LA ADICIÓN QUE TENÍA CON LAS  DROGAS  FUE ENVIADO A VIVIR A LA VEREDA GUANDOLO DE GUACHACA DONDE UN FAMILIAR DE NOMBRE NODIER GIRALDO Y LA ULTIMA   VEZ QUE LO VIERON FUE EL 18 DE OCTUBRE DE 2.003,  DESDE ESA FECHA SE DESCONOCIA SU PARADERO HASTA QUE EDUARDO VENGOCHEA MOLA CONFESÓ EL HECHO SEÑALANDO QUE FUE ASESINADO POR UN MIEMBRO DE LA ORGANIZACIÓN | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (AGRESOR SEXUAL), CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | | 124 | ANIBAL SAID SANGUINO TAMAYO | 15 DE SEPTIEMBRE DE 2.003 | CORREGIMIENTO GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO

JOSE GELVES

NORBERTO | A.MEDIATO

A MEDIATO

A | 1. Reporte del hecho presentado por la señora EDELMIRA TAMAYO.

2. Fotografía de la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | 90. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | | | | QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | víctima.  3. Versión libre del postulado ELISEO BELTRAN, EDUARDO VENGOCHEA Y HERNAN GIRALDO, en la que confiesa el hecho.  4. Partida de Bautismo de ANIBAL SAID SANGUINO TAMAYO.  5. Informe de Policía judicial rendido por los investigadores judiciales adscritos a la Fiscalía Novena |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

SITUACION FACTICA: EL   DÍA 15 DE SEPTIEMBRE DE 2.003,  CUANDO EL JOVEN ANIBAL SAID SANGUINO TAMAYO, SE ENCONTRABA DEPARTIENDO EN UN BILLAR UBICADO EN EL CORREGIMIENTO DE GUACHACA, LLEGARON VARIOS HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS, QUIENES  LO INTIMIDARON CON UNA PISTOLA Y LO  OBLIGARON A SUBIR EN UNA CAMIONETA Y SE LO LLEVARON  CON RUMBO HACÍA LA PARTE ALTA DE LA SIERRA NEVADA, Y DESDE ESA FECHA SUS FAMILIARES NO SUPIERON  MÁS DE SU PARADERO, SE CONOCIO POR LAS VERSIONES DE LOS POSTULADOS QUE LOS AGRESORES   FUERON ELICEO BELTRAN CADENA ALIAS EL GORDO Y HUBER DANED CASTRO PIENEDA  ALIAS GARFIO, QUIENES LO CONDUJERON AL SECTOR DE LA VEREDA LA AGUACATERA EN DONDE LO ENTREGARON AL COMANDANTE URBANO EDUARDO VENGOECHEA MOLA,  QUE LO ACUSABA DE SER VIOLADOR. EN ESE MISMO   LUGAR FUE ASESINADO Y SU CUERPO DESAPARECIDO

CONFORME  A  LA  SITUACION  FACTICA  SEÑALADA  SE  FORMULAN  CARGOS  A  LOS  POSTULADOS  ARRIBA   MENCIONADOS   POR  LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL (AGRESOR SEXUAL) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 91. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 125 | LUIS ANTONIO CHAVARRO AYALA | 9 DE NOVIEMBRE DE 2.003 | VEREDA PAZ CARIBE-CORREGIMIENTO GUACHACA-SANTA MARTA MAGDALENA | HERNAN GIRALDO  JOSE GELVES  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | A.MEDIATO  A.MEDIATO  A.MEDIATO  A.MEDIATO  A MEDIATO  A MEDIATO | Fotografía Victima Directa  Fotocopia CC Victima Directa  Reportes de Victimas Indirectas  Confesión Eduardo Vengoechea.  Confesión Hernan Giraldo |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DÍA 9 DE NOVIEMBRE DE 2.003, APROXIMADAMENTE A LAS  5.30 DE LA TARDE,  EL SEÑOR LUIS ANTONIO CHAVARRO, SALIO DE SU CASA UBICADA EN LA VEREDA PAZ DEL CARIBE, HACIA UNA TIENDA DEL SECTOR   DONDE FUE INTERCEPTADO POR  VARIOS HOMBRES ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA QUE ERA CONOCIDA COMO LA ULTIMA LAGRIMA Y SE LO LLEVARON CON RUMBO  DESCONOCIDO  Y DESDE ESA FECHA  NO  SE SUPO MAS DE SU PARADERO HASTA CUANDO EL

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| POSTULADO EDUARDO VENGOCHEA MOLA EN DILIGENCIA DE VERSIÓN LIBRE CONFESÓ SU PARTICIPACIÓN SEÑALANDO QUE DIO LA ORDEN A LOS SUJETOS CONOCIDOS CON LOS ALIAS DE CHISPAS Y MACROBIO, POR CUANTO UNA HIJA DE LA VICTIMA DE 25 AÑOS DE EDAD LE COLOCÓ UNA QUEJA SEGÚN LA CUAL EL SEÑOR QUERÍA ABUSAR DE LA HIJA DE ESTA QUE TENÍA 5 AÑOS DE EDAD Y LA POLITICA DEL GRUPO ERA ASESINAR EN ESOS CASOS. PRECISANDO QUE EL CUERPO DE LA VICTIMA QUEDÓ EN EL SECTOR DE RIO VIEJO Y LA AGUACATERA | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (AGRESOR SEXUAL) , CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 92.DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 126 | MANUEL ANTONIO SIERRA SANCHEZ | 30 DE MARZO DE 2.002 | VEREDA QUEBRADA DEL SOL CORREGIMIENTO DE GUACHACA – SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO | A.MEDIATO  A.MEDIATO  A.MEDIATO | Reporte de victimas indirectas  Confesión de Afranio Reyes  Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | AFRANIO REYES | A. MEDIATO | |
| | | | | | | NODIER GIRALDO | A MEDIATO | |

SITUACION FACTICA: PARA LA FECHA DEL MES DE MARZO DE 2.002, EN LA VEREDA QUEBRADA DEL SOL FUE RETENIDO EL SEÑOR MANUEL ANTONIO SIERRA SANCHEZ, POR  AFRANIO REYES MARTINEZ ALIAS 8.1 Y OTROS MIEMBROS DEL  FRENTE RESISTENCIA TAYRONA, QUE SE ENCONTRABAN BAJO SU MANDO, ANTE LAS SINDICACIONES QUE PESABAN EN SU CONTRA DE HABER VIOLADO  A  DOS DE SUS HIJAS  DE 12 Y 16 AÑOS DE EDAD Y ALLÍ LO MANTUVIERON HASTA QUE 8.1,  LE PIDIO EL CONCEPTO A LA FAMILIA, QUIENES LE DIJERON QUE LO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ASEINARAN, LUEGO DE ELLO LE INFORMÓ A HERNAN GIRALDO SERNA, QUIEN TAMBIEN ORDENO SU MUERTE, EN VIRTUD DE ELLO SE LOS ENTREGA A LOS SUJETOS CONOCIDOS CON LOS ALIAS DE CARTAGENA Y JHONATAN QUIENES SE ENCARGAN DE DARLE MUERTE Y SEPULTAR SU CUERPO EN EL SECTOR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (EBRIO) , CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 93. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZAD | 127 | JUAN SEGUNDO PÉREZ RODRÍGUEZ | 29 DE FEBRRO DE 2.002 | VEREDA EL CAMPANO CORREGIMIENTO DE MINCA SANTA MARTA | HERNAN GIRALDO NORBERTO QUIROGA NODIER GIRALDO | A. MEDIATO A. MEDIATO A MEDIATO | Reporte de victimas indirectas Confesión Ever Caicedo Perez Alias Mellales, Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | O ACTOS DE BARBARIE | | | | | | | |

SITUACION FACTICA: EL DIA 29 DE FEBERRO DE 2.002, EL SEÑOR JUAN SEGUNDO PEREZ RODRIGUEZ, SE ENCONTRABA TOMANDOSE UNOS TRAGOS DE LICOR A LA ALTURA DE LA VEREDA EL CAMPANO DEL CORREGIMIENTO DE MINCA, MUBINICIO DE SANTA MARTA, DONDE EL GRUPO DE AUTODEFENSAS DEL FRENTE RESIETENCIA TAYRONA, MANTENIAN UN RETEN PARAMILITAR Y EN EL MOMENTO EN QUE UNO DE LOS PATRULLEROS CONOCIDO CON EL ALIAS DE CASILINDO SE ACERCÓ DONDE LAS PERSONAS SE ENCONTRABAN TOMANDO, EL SEÑOR JUAN SEGUNDO PEREZ RODRIGUEZ, TRATO DE QUITARLE EL ARMA ANTE LO CUAL EL PATRULERO REACCIONA Y LE PROPINA UN DISPARO A LA ALTURA DE LA BOCA Y QUEDANDO AUN CON VIDA LOS DEMAS MIEMBROS DEL GRUPO Y OTROS QUE SE ENCONTRABAN PATRULLANDO, DE NOMBRES EVER CAICEDO PEREZ, ALIAS FLASH, CARRI CARRI Y JHON SALAZAR, LO SUBEN A LA BASE DE OPERACIONES DONDE ALIAS FLASH LE REPORTA EL HECHO AL COMANDANTE 60, QUIEN ORDENA QUE LE DEN MUERTE, ADUCIENDO QUE AL SEÑOR NO SE PODÍA DEVOLVER CON VIDA HACIA ABAJO DEBIDO A QUE PODRÍA TRAER CONSECUENCIA, POR LO CUAL JHON SALAZAR, LE CAUSA LA MUERTE Y LUEGO LO SEPULTAN EN EL SECTOR. DESDE ESA FECHA SUS FAMILIARES DESCONOCEN SU PARADERO, AUN CUANDO SE ENTERARON QUE ESE DIA LOS PARAMILITARES LE PROPINARON UN DISPARO CON ARMA DE FUEGO EN LA BOCA Y QUE HABIA QUEDADO CON VIDA. SEGÚN REPORTE DE UNOS DE LOS HIJOS DEL SEÑOR JUAN SEGUNDO PEREZ LUEEO DEL HECHO SE DESPLAZARON DE LA ZONA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20. ACTOS DE BARBARIE (REMATAR HERIDO) PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| CONTROL SOCIAL (AMENAZA A MIEMBRO GRUPO), CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 94. DESAPARICION FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA | 128 | CINDY JOHANA CARVAJALINO GARCIA | 1 DE MARZO DE 2.003 | VEREDA MARQUETALIA-CORREGIMIENTO GUACHACA-SANTA MARTA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO JOSE GELVES NODIER GIRALDO | A MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA. SE TIENE  DOCUMENTADO QUE LA JOVEN CINDY JOHANA CARVAJALINO GARCIA, VIVIA CON SU SEÑORA MADRE EN LA CIUDAD DE SANTA MARTA, PERO PARA LA FECHA DEL MES DE MARZO DEL  AÑO 2.002, CUANDO CONTABA CON 13 AÑOS DE EDAD,  DECIDE IRSE DE LA CASA  DE SU MADRE Y SE TRASLADA A VIVIR EN  LA CASA DE SU PADRE  MANUEL CARVAJALINO, EN LA VEREDA MARQUETALIA DEL CORREGIMIENTO DE GUACHACA Y DURANTE ESE AÑO DESARROLLA SUS ESTUDIOS  EN EL COLEGIO DE LA VEREDA,  DONDE TERMINA EL QUINTO DE PRIMARIA, PERO LUEGO DE ESTO DECIDIÓ NO SEGUIR ESTUDIANDO Y SE TRASLADA A ATRABAJAR EN LA VEREDA PUERTO NUEVO DE GUACHACA DESCONOCIENDO SU FAMILIA LOS OFICIOS QUE DESEMPEÑABA. DESPUES DE UN BUEN TIEMPO EN QUE SU FAMILIA NO SABIA DE ELLA, REGRESA  A LA CASA DE SU  MADRE PARA LOS MESES DEL MES DE  MARZO  Y ABRIL DE 2.003, DONDE LE COMUNICA QUE SE  ENCONTRABA  CONVIVIENDO  CON  UN  MUCHACHO  QUE  TRABAJABA  EN  LA  SEGURIDAD  DE  HERNAN  GIRALDO  SERNA  EN  LAS ESTRIBACIONES DE LA SIERRA NEVADA DE SANTA MARTA, Y DESDE ESA FECHA NO SUPO MÁS DE SU PARADERO. SE ESTABLECIO QUE CINDY CARVAJALINO, DURANTE EL TIEMPO QUE PERMANECIÓ EN LA VEREDA PUERTO NUEVO, ERA LA COMPAÑERA SENTIMENTAL DE UN MIEMBRO DE LA ORGANIZACIÓN ILEGAL QUE ERA CONOCIDO CON EL ALIAS DE 31, CON QUIEN EN UNA OPORTUNIDAD SOSTUVO UNA PELEA O DISCUSIÓN DE PAREJA Y ESTA LO AMENAZÓ DICIENDOLE QUE LE IBA A ECHAR  A LA POLICÍA, SITUACIÓN ESTA QUE AMERITO QUE EL COMANDANTE URBANO DE LA ZONA WALTER TORRES LOPEZ, ORDENARA SU MUERTE Y EN CUMPLIMIENTO DE ESTA LOS MIEMBROS DE LA ORGANIZACIÓN   CONOCIDOS CON LOS ALIAS DE MACROBIO, LALO Y EL MISMO 31, LA RETIENEN   Y LA CONDUCEN A UN SECTOR ENMONTADO EN DONDE LE OCASIONAN LA MUERTE Y SU CUERPO ES SEPULTADO EN EL MISMO LUGAR  Y HABIENDO TRANSCURRIDO ALGUNOS DIAS,  DESPUES DE SU DESAPARICIÓN OTROS MIEMBROS DE LA ORGANIZACIÓN ILEGAL  DE NOMBRE ELISEO BELTRAN CADENA Y EDUARDO ENRIQUE VENGOCHEA MOLA, SE TRASLADARON AL LUGAR,  DEBIDO A QUE EL CUERPO QUEDÓ MAL ENTERRADO, AL QUEDARLE UNA PIERNA AFUERA QUE LOS GOLEROS SE LA ESTABAN COMIENDO, PROCEDIENDO ESTOS, A TAPAR COMPLETAMENTE   EL CUERPO ECHANDOLE MAS TIERRA. POSTERIORMENTE Y EN CUMPLIMIENTO DE UNOS DE LOS COMPROMISOS ADQUIRIDOS DENTRO DEL PROCESO DE JUSTICIA Y PAZ, EL POSTULADO ELISEO BELTRAN CADENA BRINDO LA INFORMACIÓN SOBRE LA UBICACION DE LA FOSA, QUE PERMITIO QUE LA FISCALIA 176 DE JUSTICIA Y PAZ  EXHUMARA SUS RESTOS OSEOS  LOS CUALES FUERON IDENTIFICADOS PLENAMENTE Y SE ENCUENTRA PROGRAMADA SU ENTREGA A SU SEÑORA MADRE PARA EL 26 DE JULIO DE 2.013.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL (AGRESOR SEXUAL) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 95 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 129 | ELIUTH RAFAEL MARQUEZ CADENA | 3 DE DICIEMBRE DE 2002 | GUACHACA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A. MEDIATO | 1. Reporte del hecho.<br><br>2. Confesión vertida por el postulado en la Versión libre.<br><br>3. informe de Policía judicial<br><br>4. Fotografía De la victima.<br><br>5. Recorte de Prensa |
| SITUACION FACTICA: EL DÍA 5 DE ENERO DE 2.002, EL SEÑOR ELIUTH RAFAEL MARQUEZ CADENA, A PRIMERAS HORAS DE LA MAÑANA, SALIO DE SU VIVIENDA UBICADA EN EL CORREGIMIENTO DE GUACHACA, HACIA LA PARTE RURAL DONDE EJERCIA SUS LABORES PROPIAS DEL CAMPO COMO DE COSTUMBRE  Y EN ESE TRAYECTO FUE INTERCEPTADO POR UN GRUPO DE HOMBRES ARMADOS PERTENECIENTES A LAS | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| AUTODEFENSAS  QUE LO OBLIGARON A SUBIRSE EN UNA CAMIONETA Y DESDE ESA FECHA SUS FAMILIARES NO SABEN DE SU PARADERO | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL SOCIAL, CUERPO INHUMADO EN FOSA COMPLETO, ENGAÑO | 95 .DESAPARICION FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA, ( EN CONCURSO | 130 | HERNANDO HERRERA HERRERA | 14 DE MARZO DE 2.004 | VEREDA BURITACA CORREGIMIENTO GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE GELVES<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO | Elementos  Probatorios sobre el hecho:<br><br><br><br>Fotografía Victima Directa<br><br>Fotocopia CC Victima Directa<br><br>Reportes de Victimas |
| | | 132 | FRANCISCO RANGEL MENDOZA | | | | | |
| | | 133. | LUIS CARLOS PERALTA GUTIERREZ (64 AÑOS) | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | HOMOGENEO SUCESIVO)DESTRUCCION Y APROPIACION DE BIENES | | | | | | | Indirectas<br><br>Elementos Sobre responsabilidad Postulados:<br><br>Confesión Eduardo Vengoechea.<br><br>Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 14 DE MARZO DE 2.004, EL SEÑOR LUIS CARLOS PERALTA GUTIERREZ., QUIEN ERA ARQUITECTO DE PROFESION, APROXIMADAMENTE A LA SIETE DE LA MAÑANA, SALIO DE SU RESIDENCIA UBICADA EN LA CIUDAD DE SANTA MARTA A BORDO DE SU CAMIONETA MARCA TOYOTA HILUX, DE COLOR VERDE MARMOL, MODELO 1995, PLACAQFA 568, EN COMPAÑÍA DE SUS TRABAJADORES HERNANDO HERRERA HERRERA Y FRANCISCO MANUEL RANGEL MENDOZA, CON RUMBO A LA VEREDA BURITACA DEL CORREGIMIENTO DE GUACHACA, DONDE FUERON CONTRATADOS PARA CONSTRUIR UNA PISCINA Y DESDE ESA FECHA SUS FAMILARES NO HAN TENIDO NOTICIAS DE SU PARADERO, COMO TAMPOCO DEL VEHICULO EN QUE SE TRANSPORTABAN DEL CUAL SE APROPIARON SUS CAPTORES. SE CONOCIÓ SEGÚN LA VERSIÓN SUMNISTRADA POR EL POSTULADO EDUARDO VENGOCHEA MOLA, QUIEN ERA EL COMANDANTE URBANO DEL FRENTE RESISTENCIA TAYRONA EN GUACHACA, QUE ESE MISMO DIA LAS VICTIMAS DIRECTAS FUERON APREHENDIDAS, POR HOMBRES BAJO SU MANDO QUE ACTUARON A SUS ESPALDAS, ENTRE LOS QUE SE ENCONTRABA JOSE NAVARRO ARRIETA, ALIAS VALEJOSE, Y

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FUERON ASESINADOS EN LA FINCA LA PORCIOSA, ENTERANDOSE DE ELLO, DESPUES DE SU CAPTURA OCURRIDA EL 24 DE NOVIEMBRE DE 2.004, DESCONOCIENDO LOS MOTIVOS, PERO ACEPTA SU RESPONSABILIDAD POR LINEA DE MANDO, EN EL ENTENDIDO QUE EL HECHO FUE COMETIDO POR HOMBRES QUE EN ESA EPOCA SE ENCONTRABAN BAJO SU MANDO Y SEÑALA QUE LA FOSA ESTA UBICADA EN LA PARTE ALTA DE LA MISMA FINCA. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS  PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 154  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| CONTROL SOCIAL, CUERPO INHUMADO EN FOSA COMPLETO, (TRAMITADOR DE TRANSITO QUEDO MAL CON WALTER TORRES) FUERZA | 96. DESAPARICION FORZADA Y HOMICDIO   EN | 134 | JAVIER DE JESUS ROMERO TABORDA | 9 DE MAYO DE 2.000 | SANTA MARTA | HERNAN GIRALDO (IMPUTADO)  EDGAR OCHOA (IMPUTADO) | A MEDIATO   COAUTOR | Elementos Probatorios sobre el hecho:  Fotografía de la vivienda |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
|  | PERSONA PROTEGIDA |  |  |  |  | NORBERTO QUIROGA | A MEDIATO | Proceso radicado con el número 16384, de la Fiscalía 33 de Santa Marta: Fotografía de la victima directa: Fotocopia de la cédula de ciudadanía de la victima directa Reporte victimas indirectas. Informe de Policia Judicial Elementos Sobre responsabilidad |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Postulados:<br><br>Confesión de Hernan Giraldo<br><br>Confesión de Edgar Ochoa |

SITUACION FACTICA: FASE TIENE DOCUMENTADO QUE EL DÍA 9 DE MAYO DE 2.000, EL SEÑOR **JAVIER DE JESÚS ROMERO TABORDA**, CUANDO SE ENCONTRABA EN LAS INSTALACIONES DEL TRANSITO DEPARTAMENTAL DE LA CIUDAD DE SANTA MARTA, DONDE EJERCÍA EL OFICIO DE TRAMITADOR, FUE SACADO EN CONTRA DE SU VOLUNTAD POR VARIOS SUJETOS QUE LO OBLIGARON A SUBIR A UN VEHÍCULO PARTICULAR Y SE LO LLEVARON HASTA EL SECTOR DE LA VEREDA MENDIHUACA DEL CORREGIMIENTO DE GUACHACA, EN DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL MISMO SECTOR. CTICA

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 279

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| ==SEGUNDA PRACTICA: CUERPO INHMADO EN FOSA DESMEMBRADO== | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 97 DESAPARICIÓN FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA ( EN CONCURSO HOMOGENEO SUCESIVO | 134. | URALDO NAVARRO CASSIANI (17 AÑOS) | 20 DE NOVIEMBRE DE 2.001 | CORREGIMIENTO DE PALOMINO GUAJIRA | HERNAN GIRALDO  NORBERTO QUIROGA  NODIER GIRALDO  DANIEL GIRALDO | A. MEDIATO  A. MEDIATO  A. MEDIATO  A. MEDIATO | 1. Reporte de la señora EDELMIRA CASSIANI MALDONMADO, en su condición de madre de URALDO NAVARRO CASSIANI.  2. Reporte de la señora MARIA MAGDALENA CASTELLANO BLOON, con registro 400471, quien se presenta como madre de GILBERTO ALVAREZ PULIDO.  3. Reporte de la |
| | | 135. | GILBERTO SEGUNDO ÁLVAREZ PULIDO | | | | | |
| | | 136. | AMARILDO BENAVIDES ESPALZA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | señora DINA LUZ BURGOS OCHOA, con registro número 511146, en su condición de compañera permanente de AMARILDO RAFAEL BENAVIDES ESPALZA, ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD DEL POSTULADO. 1. Diligencia de versión libre en donde el postulado NORBERTO QUIROGA confiesa el hecho. 2. Diligencia de versión libre en donde el |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 281

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | postulado DANIEL GIRALDO confiesa el hecho. |

SITUACION FACTICA: EL DIA 20 DE NOVIEMBRE DE 2.001, LOS JOVENES URALDO NAVARRO CASSIANI,  GILBERTO MARTINEZ PULIDO Y OTRA PERSONA NO IDENTIFICADA HASTA EL MOMENTO SALIERON DEL CORREGIMIENTO DE MINGUEO GUAJIRA, A BORDO DE UN CAMION REPARTIDOR DE LECHE CON DESTINO A LA CIUDAD DE SANTA MARTA Y A LA ALTURA DEL CORREGIMIENTO DE PALOMINO, FUERON INTERCEPTADOS POR UN GRUPO APROXIMADO DE 7 HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA, ENTRE LOS QUE IBAN EL COMANDANTE MILITAR NORBERTO QUIROGA POVEDA Y DANIEL GIRALDO CONTRERAS, A QUIENES LES LLEGÓ LA INFORMACIÓN QUE EN EL REFERIDO VEHICULO VENÍAN TRES LADRONES VIAJANDO Y PROCEDIERON A BAJAR A LAS TRES PERSONAS DEL CAMION,  LOS SUBIERON POR LA FUERZA  A UNA CAMIONETA Y LOS CONDUJERON     A LA VEREDA SAN SALVADOR DEL CORREGIMIENTO DE PALOMINO, EN DONDE FUERON REPARTIDOS A LAS A LAS TRES ESCUADRAS QUE OPERABAN EN LA ZONA, UNO FUE ENTREGADO A LA ESCUADRA QUE COMANDABA ALIAS FOSFORITO, OTRO ENTREGADO A LA ESCUADRA QUE COMANDABA ALIAS VAMPIRO Y EL ULTIMO ENTREGADO A LA ESCUADRA QUE COMANDABA ALIAS FERCHO,  QUIENES  SE ENCARGARON DE ASESINARLOS Y LUEGO SEPULTARLOS EN FOSAS COMUNES UBICADAS EN DIFERENTES PUNTO DEL SECTOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. SANCIONADO CON PENA DE PRISIÓN DE 10 A 20. ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 98 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA ACTGOS DE BARBARIE ART | 137. | VICTOR ALFONSO PINTO SUAREZ C.C 79555480 | 8 DE MARZO DE 2.003 | SANTA MARTA MAGDALENA | HERNAN GIRALDO ADAN ROJAS M NORBERTO QUIROGA JOSE GELVES NODIER GIRALDO | A.MEDIATO A. MEDIATO A. MEDIATO A. MEDIATO A. MEDIATO | Reporte del hecho Victimas indirectas Confesion Jesus Eli Bayona Ropero Confesion Jose Gregorio Rojas Confesión Edan Rojas Mendoza |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA: EL JOVEN VICTOR ALFONSO PINTO SUAREZ, QUIEN SE DEDICABA A LA VENTA AMBULANTE DE VERDURAS EN DISTINTOS BARRIOS DE LA CIUDAD DE SANTA MARTA, SALIO DE SU CASA  EL DÍA 8 DE MARZO DE 2.003, COMO DE COSTUMBRE A EJERCER SU ACTIVIDAD LABORAL Y HABIENDO TRANCURRIDO 4 DÍAS SIN QUE REGRESARA A SU CASA, SU FAMILIA OPTÓ POR REALIZAR LA BUSQUEDA DE INFORMACIÓN QUE PERMITIERA CONOCER SU PARADERO Y PESE A LAS LABORES DESARROLLADAS NO LOGRARON CONOCER DONDE SE ENCONTRABA SU SER QUERIDO. EN VIRTUD DE LAS CONFESIONES SURTIDAS POR POSTULADOS DEL BLOQUE RESISTENCIA TAYRONA DENTRO DEL PROCESO DE JUSTICIA Y PAZ, SE CONOCIÓ QUE ESE MISMO DIA  EL JOVEN  VICTOR ALFONSO PINTO SUAREZ, FUE INTERCEPTADO Y RETENIDO EN EL CENTRO DE LA CIUDAD DE SANTA MARTA, POR DOS MIEMBROS DEL FRENTE RESISTENCIA TAYRONA ENCARGAGADOS DE LA PARTE FINACIERA, AL  SEÑALARLO COMO DELICUENTE QUE ATRACABA EN DICHO SECTOR,   QUIENES LO CONDUJERON AL SECTOR DE LA VEREDA MUNDO NUEVO FINCA GIROCASACA DEL CORREGIMIENTO DE BONDA, EN DONDE QUEDABA UBICADA UNA BASE OPERACIONES DE LAS AUTODEFENSAS,   Y ALLÍ FUE RECIBIDO POR OTRA FRACCION DEL GRUPO ARMADO ILEGAL, QUE SE ENCARGARON DE DARLE MUERTE POR ORDEN DEL COMANDANTE URBANO DE LA ZONA DE NOMBRE ADAN ROJAS MENDOZA ALIAS "EL NEGRO"  Y SU CUERPO LUEGO DE SER DESMEBRADO FUE SEPULTADO EN ESE MISMO SECTOR.  POSTERIORMENTE Y LUEGO DE INICIARSE EL PROCESO DE JUSTICIA Y PAZ EL POSTULADO ADAN ROJAS MENDOZA EN CUMPLIMIENTO DE UNOS DE LOS COMPROMISOS ADQUIRIDOS SUMINISTRO LOS DATOS QUE PERMITIERON LA EXHUMACIÓN DE LOS RESTOS OSEOS EN DILIGENCIA PRACTICADA EL DIA   2 DE ABRIL DE 2.009, LOS CUALES FUERON IDENTIFICADOS PLENAMENTE MEDIANTE COTEJO DE PERFILES GENÉTICOS Y EN VIRTUD DE ELLO ENTREGADO A SUS FAMILIARES  EL 7 DE MAYO DE 2.010.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. ACTOS DE BARBARIE PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| CONTROL SOCIAL (HURTO), CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 99 DESAPARICION FORZADA, HOMICIDIO Y TORTURA EN PERSONA PROTEGIDA, EN CONCURSO HOMOG | 138. | DAVID HUMBERTO OROSTEGUI ALVAREZ | 28 DE MARZO DE 2.003 | SANTA MARTA MAGDALENA | HERNAN GIRALDO  ADAN ROJAS M  NORBERTO QUIROGA  JOSE GELVES  NODIER GIRALDO | A. MEDIATO  A. MEDIATO  A. MEDIATO  A. MEDIATO  A MEDIATO | Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre.  Sentencia condenatoria J.P.C.E Santa Marta en contra de Adán Rojas Mendoza del 27 de mayo del 2008 (por Homicidio y |
| | | 139. | LEONARDO FABIO MORA GARCIA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | ENEO SUCESIVO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS, ACTOS DE BARBARIE | | | | | | | desaparición forzada) Reporte de hechos por la victima indirecta. Peritazgos sobre cotejos genéticos que generaron plena identidad de las victimas. |

SITUACION FACTICA: EL JOVEN DAVID HUMBERTO ORESTEGUI, QUIEN  EJERCÍA LA ACTIVIDAD DE TAXISTA, EN LA CIUDAD DE SANTA MARTA, EL DÍA 28 DE MARZO DE 2.003, APROXIMADAMENTE  A LA 6:30 DE  LA TARDE,  SALIÓ COMO DE COSTUMBRE  A EJERCER SU LABOR, PERO HORAS MÁS  TARDE CUANDO LO  LLAMARON AL RADIO DEL TAXI Y A SU CELULAR PARA QUE REALIZARA UNAS CARRERAS, NO CONTESTABA, POR LO CUAL SU FAMILIA  INICIA SU BÚSQUEDA CONOCIÉNDOSE QUE EN ESA MISMA FECHA EN LA SIJIN SE TENÍA LA INFORMACIÓN  QUE TAMBIÉN SE ENCONTRABA DESAPARECIDO OTRO TAXISTA DE NOMBRE LEONARDO FABIO MORA, Y EN RAZÓN DE ELLO VARIOS TAXISTAS DE LA CIUDAD JUNTO CON LA  POLICÍA,  INICIAN SU BÚSQUEDA, ENCONTRANDO LA POLICÍA SOLAMENTE EL VEHÍCULO QUE CONDUCÍA LEONARDO FABIO POR LOS LADOS DEL BARRIO EL YUCAL, DESDE ESA FECHA  SUS FAMILIARES NO TUVIERON NOTICIAS DE SU PARADERO. SE CONOCIÓ POR LAS VERSIONES SUMINISTRADA POR LOS POSTULADOS DENTRO DEL PROCESO DE JUSTICIA Y PAZ, QUE LOS JÓVENES

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LEONARDO FABIO MORA GARCIA Y DAVID HUMBERTO OROSTEGUI, HABÍAN PARTICIPADO EN LA DESAPARICIÓN DEL COMERCIANTE RUBÉN CARDONA SEGÚN INFORMACIÓN SUMINISTRADA POR OTRO MIEMBRO DE LA ORGANIZACIÓN CONOCIDO CON EL ALIAS DE PULGA (OTÁLVARO DURANGO GÓMEZ) Y QUE FUERON RETENIDOS EN DIFERENTES PUNTOS DE LA CIUDAD, POR DISTINTOS GRUPOS DE HOMBRES QUE SE ENCARGARON DE CONDUCIRLOS HASTA LA FINCA GIROCASA DONDE EL COMANDANTE URBANO ADAN ROJAS MENDOZA, TENIA UNA BASE DE OPERACIÓN MILITAR, QUIEN SE ENCARGO DE INTERRGARLOS Y LUEGO DE QUE CONFESARAN SU PARTICIPACIÓN EN LA DESAPARICION DEL COMERCIANTE E INDICAR EL SITIO EN DONDE ESTABA SEPULTADO, LOS TAXISTAS FUERON AESINADOS DESCUARTIZADOS Y SEPULTADOS EN EL SECTOR. POR INFORMACION DE LOS POSTULADOS LOS CUERPOS FUERON EXHUMADOS POR LA FISCALIA Y UNA VEZ IDENTIFICADO A TRAVES DE COTEJOS GENETICOS FUERON ENTREGADOS A SUS FAMILIARES. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . SANCIONADO CON PENA DE PRISIÓN DE 10 A 20. ACTOS DE BARBARIE PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. , EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| CONTROL SOCIAL, (HURTO), CUERPO INHUMADO EN FOSA-DESMEBRADO FUERZA | 100. DESAPARICION FORZADA, HOMICID | 140 | JOSE LUIS ROSADO HERNANDEZ | 21 DE ABRIL DE 2.004 | SANTA MARTA MAGDALENA | HERNAN GIRALDO  JOSE GELVES NORBERTO | A.MEDIATO  A MEDIATO  A | -Informes de Policía Judicial de fecha 31 de julio de 2010 suscrito por funcionarios de policía judicial adscritos |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | IO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA, ACTOS DE BARBARIE | | | | | QUIROGA<br><br>NODIER GIRALDO | MEDIATO<br><br>A MEDIATO | a este Despacho.<br><br>-Fotografías del lugar de los hechos<br><br>-Recorte de prensa en la que se publico el hecho<br><br>-Video clip con la narración de las victimas indirectas sobre el hecho.<br><br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Confesión WILLINTONG MORA BUENHABER. Confesión Hernan Giraldo. |

SITUACION FACTICA: EL DÍA 21 DE ABRIL DE 2.004,  APROXIMADAMENTE A LAS TRES DE LA TARDE EL JOVEN JOSE LUIS ROSADO, SALIÓ DE SU CASA UBICADA EN LA CALLE 2 CON CARRERA 11 DE GAIRA, CON DESTINO AL CENTRO DE LA CIUDAD  DE SANTA MARTA Y ESE MISMO DÍA FUE ABORDADO POR HOMBRES  ARMADOS DE LAS AUTODEFENSAS,  QUE BAJO ENGAÑOS LO CONVIDARON PARA COMETER UN ROBO EN LA VIVIENDA DE UN MIEMBRO DE LA ORGANIZACIÓN ILEGAL DE NOMBRE   JAIRO ANTONIO MARTÍNEZ ARANGO,  ALIAS PINGUI,  DONDE LO MANTUVIERON ESPOSADO POR UNOS MINUTOS Y ALLÍ FUE RECOGIDO POR OTROS DOS MIEMBROS DEL GRUPO  CONOCIDOS COMO WIILINTONG MORA BUENAHABER, ALIAS WIILY Y   ROLANDO LEONEL BONILLA GUERRERO, ALIAS MONO CHAMPETA,  QUIENES EN UN VEHÍCULO AUTOMOTOR LO CONDUJERON A UNA PARTE ENMONTADA DEL SECTOR DEL SENA AGROPECUARIO Y ALLÍ FUE SOMETIDO  A UN INTERROGATORIO, EN CUANTO SE LE ACUSABA DE HABER PERPETRADO UN ROBO EN LA CASA DE HABITACIÓN DE ALVARO PADILLA MELENDEZ, EN DONDE  HACIENDO PASAR POR FUNCIONARIO DE ELECTRICARIBE,  HURTO UNOS RELOJES ROLEX Y LUEGO DE CONFESAR LA ACCIÓN DELICTIVA, LOS AGRESORES PROCEDIERON A DARLE MUERTE CON ARMA CORTOPUNZANTE Y SU CUERPO DESMEBRADO Y SEPULTADO EN ESE MISMO SECTOR. DESDE ESA FECHA SUS FAMILIARES  DESCONOCÍAN  SU PARADERO, HASTA QUE EL POSTULADO MORA BUENHABER ENTREGO LA INFORMACIÓN SOBRE LA UBICACIÓN DE LA FOSA, QUE PERMITIÓ LA EXHUMACIÓN DE SUS RESTOS ÓSEOS,  EN DILIGENCIA PRACTICADA EL 7 DE JULIO DE 2.010,  POR LA FISCALÍA 176 DE LA CIUDAD DE SANTA MARTA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000,

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . ACTOS DE BARBARIE PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. ,  EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE  10  A 20 AÑOS. | | | | | | | | |
| CONTROL SOCIAL (ATENTADO CASA ROJAS) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 101. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA, ACTOSDE | 141. | ALVARO DE JESUS ESMERAL RAMIREZ | 15 DE MAYO DE 2.003 | SANTA MARTA MAGDALENA | HERNAN GIRALDO JOSE GELVES NORBERTO QUIROGA ADAN ROJAS M NODIER GIRALDO | A. MEDIATO A. MEDIATO A. MEDIATO A. MEDIATO A MEDIATO | Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
|  | BARBARIE |  |  |  |  |  |  |  |

SITUACION FACTICA: EL DÍA  5 DE JUNIO DE 2003, EL  JOVEN  ÁLVARO DE JESÚS ESMERAL RAMÍREZ, EN HORAS DEL MEDIODÍA SALIÓ DE SU CASA DE HABITACIÓN  EN SU BICICLETA, CON RUMBO AL MERCADO PÚBLICO DE LA CIUDAD DE SANTA MARTA, EN DONDE LO AGUARDABA UN AMIGO, QUE LO ACOMPAÑARÍA AL CORREGIMIENTO DE MINCA, PARA CONCRETAR EL  OFRECIMIENTO DE UN TRABAJO QUE LE HABIAN HECHO, Y ENCONTRÁNDOSE EN DICHO LUGAR HIZO PRESENCIA UN MIEMBRO DE LAS AUTODEFENSAS CONOCIDO CON EL ALIAS DE WIILY, DE  NOMBRE WILLINTON MORA BUENHABER, QUIEN PREVIAMENTE SE HABÍA PUESTO DE ACUERDO CON EL AMIGO DE LA VÍCTIMA,  CON EL PROPÓSITO DE LLEVARLO BAJO ENGAÑO AL SECTOR DE  LA VEREDA EL CAMPANO DEL CORREGIMIENTO DE MINCA, DONDE EL COMANDANTE URBANO ADAN ROJAS MENDOZA, TENÍA UNA  BASE DE OPERACIÓN MILITAR, EN CUANTO AL JOVEN ALVARO DE JESUS ESMERAL RAMIREZ, SE LE ACUSABA DE HABER PERPETRADO DÍAS ANTES,  UN ATENTADO  EN EL QUE PROPINO  VARIOS DISPAROS A LA CASA DE  HABITACIÓN DE LA MAMÁ DE LOS ROJAS EN LA CIUDAD DE SANTA MARTA,  POR LO QUE UNA VEZ RECIBIDO POR ADAN ROJAS MENDOZA, DE INMEDIATO ORDENÓ A HOMBRES BAJO SU MANDO QUE LO AMARRARAN Y SE LO LLEVARON A UNA CASITA QUE TENÍAN EN EL CENTRO DE LA VEREDA EL CAMPANO Y EN SE LUGAR LE PROPINO 4 DISPAROS CON ARMA DE FUEGO QUE LE CAUSARON  LA MUERTE Y SU CUERPO  DESMEBRADO Y SEPULTADO EN ESE  MISMO SECTOR, DESDE ESE DÍA SUS FAMILIARES OPTARON POR BUSCAR INFORMACIÓN, EN CLÍNICAS, HOSPITALES Y AUTORIDADES SIN ENCONTRAR RASTROS DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . ACTOS DE BARBARIE PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. | | | | | | | | |
| CONTROL SOCIAL (CUERPO INHUMADO EN FOSA DESMEBRADO, FUERZA | 102. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, ACTOS DE BARBARIE | 142. | JAIME LUIS GALEANO NORATO | 25 DE OCTUBRE DE 2.003 | SANTA MARTA MAGDALENA | HERNAN GIRALDO

ADAN ROJAS M

JOSE GELVES

NORBERTO QUIROGA

NODIER GIRALDO | A.MEDIATO

A.MEDIATO

A.MEDIATO

A.MEDIATO

A MEDIATO | Fotografia de la victima Directa


Confesión Jose Gergorio Rojas

Confesión Adan Rojas Mendoza |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

SITUACION FACTICA: EL DÍA 25 DE OCTUBRE DE 2003 EL SEÑOR  JAIME LUIS GALEANO NORATO, LUEGO DE CULMINADA SU JORNADA LABORAL EN LA FABRICA DE HIELO LA ROCA DE LA CIUDAD DE SANTA MARTA,  SALIÓ COMO DE COSTUMBRE  HACIA SU CASA Y SU FAMILIA A PESAR DE LA BUSQUEDA NO VOLVIERON A SABER DE EL, CONOCIENDOSE QUE ESE MISMO DIA FUE RETENIDO POR MIEMBROS DEL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA, QUIENES OBEDECIENDO EL MANDATO  DE JOSE GREGORIO ROJAS MENDOZA, QUIEN HABIA ORDENADO SU MUERTE, PORQUE EN SU CONDICIÓN DE TAXISTA LE HABIA OBSERVADO LA CARA CUANDO COMETIÓ EL HOMICDIO DE CAMILO NOGUERA ARON Y NO QUERIA DEJAR OTRO TESTIGO DEL HECHO, QUIENES LO CONDUJERON AL SECTOR DE LA VEREDA EL CAMPANO  DONDE LE OCASIONARON LA MUERTE Y SU CUERPO DESDEMEBRADO Y SEPULTADO EN EL SECTOR. LOS POSTULADOS JOSE GREGORIO Y ADAN ROJAS MENDOZA CUMPLIENDO CON UNOS DE SUS COMPROMISOS ADQUIRIDOS CON EL PROCESO DE JUSTICIA Y PAZ,   SUMINISTRARON LA UBICACIÓN DE LA FOSA QUE PERMITIO LA EXHUMACIÓN DE SUS RESTOS OSEOS   POR PARTE DE LA FISCALIA EL DIA 27 DE OCTUBRE DE 2.008  Y LUEGO DE SU IDENTIFICACION A TRAVES DE LOS COTEJOS GENETICOS,   FUERON ENTREGADOS A SUS FAMILIARES  EL DIA 3 DE FEBRERO DE 2.010.

CONFORME A LA SITUACION FACTICA  SEÑALADA  SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA   MENCIONADOS   POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO   ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO   ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . ACTOS DE BARBARIE PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. ,  EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE  10  A 20 AÑOS. | | | | | | | | |
| CONTROL SOCIAL (PROSTITUTAS) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 103. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN | 143. | GENIS LEONOR ARIAS BOLIVAR | 10 DE MARZO DE 2.005 | VEREDA CHIMBORAZO CORREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA JOSE GELVES NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | ELEMENTOS PROBATORIOS SOBRE el HECHO<br><br>Rorporte de Victimas Indirectas |
| | | 144. | MARIA DE JESUS ROLON OCHOA | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO DESPOJO EN CAMPO DE BATALLA, ACTOS DE BARBARIE | | | | | AFRANIO REYES | COAUTOR CONDENADO SOLO POR HOMICIDIO Y DESAPARICION FORZADA SE DEJO POR FUERA | ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD. Confesión Afranio Reyes Confesión Norberto Quiroga Confesión Hernan Giraldo. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACTOS DE BARBARBARIE<br><br>DESPOJO EN CAMPO DE BATTALLA Y TORTURA | |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE LAS JOVENES GENIS LEONOR ARIAS BOLIVAR Y MARIA DE JESUS ROLON OCHOA, QUIENES PARA FECHA DE LOS HECHOS CONTABAN CON 17 Y  28 AÑOS DE EDAD  RESPECTIVAMENTE, EJERCIAN EL OFICIO COMO TRABAJADORAS SEXUALES Y EN VIRTUD DE ELLO ACOSTUMBRABAN A BRINDAR SUS SERVICIOS A MIEMBROS DEL BLOQUE RESISTENCIA QUE OPERABA EN EL AREA DEL CORREGIMIENTO DE SIBERIA, JURISDICCIÓN DEL MUNICIPIO DE CIENAGA MAGDALENA,  CONOCIENDOSE QUE EL DIA  1º DE MARZO DE 2.005, CUANDO LAS JOVENES VENIAN BAJANDO DE LA PARTE ALTA DE SIBERIA DONDE EXISTIA UNA BASE DE OPERACIÓN PARAMILITAR, EN FUNCIÓN DE EJERCER SU ACTIVIDAD SEXUAL, FUERON INTERCEPTADAS POR VARIOS  MIEMBROS DE ESE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

GRUPO ILEGAL, ENTRE LOS QUE SE ENCONTRABAN LOS SUJETOS CONOCIDOS CON LOS ALIAS DE CANARIO, EL ROLO, SOSA, PATA DE CAMARON Y ALEX, QUIENES OBEDECIENDO EL MANDATO DE SUS SUPERIORES,(ALIAS 5.7, ALIAS 25 Y ALIAS 81), QUE ORDENAN DARLE MUERTE POR VENDER SU CUERPO Y DROGAS A LA TROPA, LAS AMARRAN Y LAS CONDUCEN A LA ORILLA DE UNA MALEZA, DONDE PROCEDEN A REALIZAR EL HUECO DONDE SE SUPONE IBAN A SER ENTERRADAS, ANTE LOS CUAL LAS MUJERES SE PONEN A GRITAR, SUPLICANDOLE A SUS CAPTORES QUE NO LAS FUERAN A ASESINAR DICIENDOLES QUE TENIAN HIJOS Y FAMILIA EN CIENAGA, PROCEDIENDO ALIAS CANARIO A COGER LA MUCHACHA MAS GORDITA POR LAS MANOS Y LA OBLIGO A METERSE EN EL HUECO, EN ESE INSTANTE ALIAS SOSA LE DISPARA UNA A UNA, PERO COMO NO ACERTÓ, ALIAS ALEX SACO SU FUSIL AK-46 EMPEZO A DISPARARLE PARA CALMARLE LOS GRITOS DE SUPLICA QUE HACIAN, PROCEDIENDO ALIAS CANARIO A DISPARARLE A LA OTRA MUCHACHA QUE SE METIO EN EL HUECO CON UNA PISTOLA 9.9 MM, DICIENDOLES QUE ESO LES PASABA POR PERRA Y LA MUCHACHA CAYO BOCA ABAJO Y COMO SEGUIA VIVIA QUIZO DISPARARLE OTRA VEZ CON LA PISTOLA PERO COMO ESTA SE TRABÓ COGIÓ UN FUSIL Y LE PROPINO COMO 15 A 16 TIROS. UNA VEZ LE OCASIONAN LA MUERTE A LAS DOS MUEJERES, PROCEDEN A QUITARLE LA ROPA Y LAS RAJAN DESDE EL CLITORIS HACIA ARRIBA Y LUEGO LAS SEPULTAN EN LAS FOSAS QUE PREVIAMENTE HABIAN DISEÑADO. TERMINADA LA ACCION, ALIAS CANARIO SE HECHO A REIR Y LUEGO PROCEDEN A REPARTIRSE EL DINERO QUE LAS JOVENES SE HABIAN GANADO Y LUEGO PROCEDEN A QUEMAR LOS DOCUMENTOS Y DEMAS EVIDENCIAS QUE LLEVAN CONSIGO LAS JOVENES. DESDE ESA FECHA SUS FAMILIARES NO SABIAN NADA DE SU PARADERO HASTA EL DIA EN QUE SE ENTERARON QUE LOS POTULADOS DEL BLOQUE RESIETENCIA TAYRONA, DENTRO DE LAS VERSIONES LIBRES RENDIDAS DENTRO DEL PROCESO DE JUSTICIA Y PAZ CONFESARON EL HECHO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA EN CONCURSO HOMOGENO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 890 DE 2.004 QUE AUMENTA LAS PENAS A PARTIR DEL 1º DE ENERO DE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| 2.005.  SANCIONADO CON PENA DE PRISIÓN DE 320 540 MESES.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  EN CONCURSO HOMOGENO SUCECESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 480 A 600 MESES,  CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000,  NUMERAL  3 REFERIDO AL SEXO Y LA ORIENTACIÓN SEXUAL DE LAS VICTIMAS -  Y NUMERAL 5  POR EL ESTADO DE INDEFENSIÓN   ACTOS DE BARBARIE  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE 160 A 270 MESES DE PRISIÓN.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE TORTURA EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 137 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE 160 A 360 MESES DE  PRISIÓN.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE  DESPOJO EN CAMPO DE BATALLA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 151 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA  DE  48 A 180 MESES DE PRISION. | | | | | | | | |
| CONTROL SOCIAL (EXTORSION) CUERPO INHUMADO EN FOSA DESMEMBRADO, FUERZA | 104. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA | 145. | JUAN JOSE FANDIÑO | 25 DE OCTUBRE DE 2004 | SANTA MARTA | HERNAN GIRADLO  NORBERTO QUIROGA  DANIEL GIRALDO  JOSE GELVES  NODIER | A.MEDIATO  A.MEDIATO  A.MEDIATO  A.MEDIATO  A | Fotografía Victima Directa  Fotocopia CC Victima Directa  Reportes de Victimas Indirectas  Confesión Eduardo Vengoechea.  Confesión Hernan |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA ACTOS DE BARBARIE | | | | | GIRALDO | MEDIATO | Giraldo |

SITUACION FACTICA: EL DÍA 24 DE OCTUBRE DE 2.004, JUAN JOSE FANDIÑO SILVERA, SALIÓ DE SU CASA DE LA CIUDAD DE SANTA MARTA, A TRABAJAR EN LA FINCA EL PARAÍSO UBICADA EN LA VEREDA MARQUETALIA DEL CORREGIMIENTO DE GUACHACA Y AL MOMENTO EN QUE CAMINABA POR EL SECTOR DE LA VEREDA QUEBRADA VALENCIA  FUE INTERCEPTADO POR UNA CAMIONETA EN LA QUE MOVILIZABAN VARIOS HOMBRES ARMADOS DE LAS AUTODEFESAS,  ENTRE LOS QUE SE ENCONTRABAN EL COMANDANTE DE LA ZONA URBANA  EDUARDO VEGONGECHEA MOLA, QUIENES PRIMERO LO AGREDEN FISICAMENTE, LO SUBEN POR LA FUERZA A LA CAMIONETA Y LUEGO LO CONDUCEN AL SECTOR CONOCIDO COMO LOS MANGOS,  EN DONDE LE OCASIONAN LA MUERTE Y SU CUERPO SEPULTADO EN ESE MISMO LUGAR. DESDE ESA FECHA SUS FAMILIARES DESCONOCEN  SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . ACTOS DE BARBARIE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS. , | | | | | | | | |
| TERCERA PRACTICA:  CUERPO ARROJADO AL RIO / MAR | | | | | | | | |
| CONTROL SOCIAL (AGRESOR SEXUAL) CUERPO COMPLETO TIRADO AL MAR, FUERZA | 105. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 146. | FABIO ARTURO HURTADO CARVAJAL | 1 DE ENERO DE 2002 | VEREDA PUERTO NUEVO GUACHACA | HERNAN GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO | A.MEDIATO  A.MEDIATO  A.MEDIATO  A MEDIATO | 1. Fotografía en vida de FABIO ARTURO HURTADO CARVAJAL.  2. Fotocopia de la cédula de ciudadanía numero 71.170.161 correspondiente a FABIO ARTURO HURTADO CARVAJAL.  3. Caratula o portada del proceso penal radicado con el número 85671 que se adelantó en el despacho de la Fiscalía 5 Especializada de Santa Marta por la desaparición de FABIO ARTURO HURTADO CARVAJAL.  4. Fotocopia de la |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Denuncia penal instaurada el 9 de mayo de 2.008, por la Desaparición De Fabio Arturo Hurtado Carvajal 6. Registro De Defunción número 9001579 a nombre de FABIO ARTURO HURTADO CARVAJAL, obtenido conforme a la Audiencia Preliminar celebrada el día 7 de marzo de 2012, donde la Fiscal Novena Delegada ante Tribunal de la Unidad Nacional de Fiscalías para la Justicia y la Paz, solicitó el asentamiento del Registro Civil de Defunción de esta víctima directa lo cual fue ordenado por la honorable magistrada con funciones de control de garantías de la ciudad de Barranquilla. |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 7. Fotografía de la vivienda en donde residía FABIO ARTURO HURTADO CARVAJAL, en la vereda Puerto Nuevo del corregimiento de Guachaca. 8. Fotografía del sitio conocido como el Cerro Los Muchachitos contiguo al mar desde donde fue arrojado el cuerpo sin vida de FABIO ARTURO HURTADO CARVAJAL. 9. Carpeta de víctimas indirectas, con el registro de hechos No. SIJYP 139539 reportado por la señor CARLOS ARTURO VALENCIA CARVAJAL, SIJYP No. 93216, reportado por CARLOS ARTURO HURTADO CARVAJAL, SIJYP No. 166083 reportado por |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | LEONARDO ALZATE GONZALEZ, con sus anexos, debidamente reconocidos y acreditados por el despacho. ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD DEL POSTULADO. 1. Diligencia de versión libre rendida por el postulado HERNAN GIRALDO SERNA, en donde confiesa el hecho. 2. Diligencia de versión libre del Postulado ELISEO BELTRAN CADENA, en donde confiesa el hecho. 3. Informe ejecutivo de Policía Judicial rendido por investigadores adscritos al despacho de la Fiscalía Novena de la Unidad Nacional |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | de Justicia y Paz. |

SITUACION FACTICA: EL DÍA, 1º DE ENERO DE 2.002,  VARIOS HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS, VESTIDO DE CIVIL QUE SE MOVILIZABAN EN UNA CAMIONETA DE COLOR BLANCO INGRESARON EN HORAS DE LA NOCHE A LA CASA DE HABITACION DEL SEÑOR FABIO ARTURO HURTADO CARVAJAL, UBICADA EN LA VEREDA   PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, QUIENES LO AMARRARON, LO SUBIERON POR LA FUERZA EN LA CAMIONETA  Y LO CONDUJERON AL SITIO CONOCIDO COMO EL CERRO DE LOS MUCHACHITOS, DONDE LE DIERON MUERTE Y LUEGO SU CUERPO FUE  ARROJADO A LAS PROFUNDIDADES DEL MAR.  EL MÓVIL ADUCIDO POR LAS AUTODEFENSAS PARA DARLE MUERTE SE CONTRAE  A QUE LA VICTIMA ERA SEÑALADA COMO VIOLADOR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA AGRAVADA.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  ARTICULO 166 NUMERAL 9 VICTIMA ARROJADA AL MAR- PENA DE PRISIÓN  DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL , (DEMENTE) CUERPO ARROJADO COMPLETO AL MAR – FUERZA | 106. DESAPARICION FORZAD | 147. | JOSE ISABEL RODRIGUEZ | 15 DE DICIEMBRE DE 2.003 | VEREDA PAZ DEL CARIBE CORREGIMIENTO | HERNAN GIRALDO | A.MEDIATO | Fotografía  Victima Directa |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A AGRAVADA, HOMICIDIO EN PERSONA PROTEGID | | CALDERON | | DE GUACHACA-SANTA MARTA MAGDALENA | NORBERTO QUIROGA  DANIEL GIRALDO  JOSE GELVES  NODIER GIRALDO | A.MEDIATO  A.MEDIATO  A.MEDIATO  A MEDIATO  A MEDIATO | Fotocopia CC Victima Directa  Reportes de Victimas Indirectas  Confesión Eduardo Vengoechea.  Confesión Hernan Giraldo |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR JOSE ISABEL RODRIGUEZ CALDERON, QUIEN RESIDIA EN EL CORREGIMIENTO DE GUACHACA JUNTO A SU FAMILIA, PADECIA UNA ENFERMEDAD MENTAL, ASI COMO TAMBIEN SE ENCONTRABA DISMINUIDO EN SU CAPACIDAD FISICA DE UN BRAZO Y UNA PIERNA. EL DIA 15 DE DICIEMBRE DE 2.003, ENCONTRANDOSE DEAMBULANDO POR EL SECTOR DE LA VEREDA LA LLANTA O PAZ DEL CARIBE, FUE ABORDADO POR DOS SUJETOS PERTENECIENTE A LAS AUTODEFENSAS QUE OPERABAN EN

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LA REGION, QUIENES LO SUBIERON POR LA FUERZA Y SE LO LLEVARON CON RUMBO  AL SECTOR DE LA VEREDA MARQUETALIA, AL SITIO CONOCIDO COMO LA CASCADA EN DONDE LE DIERON MUERTE Y SU CUERPO ARROJADO AL MAR. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA AGRAVADA.   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  ARTICULO 166 NUMERAL 9 VICTIMA ARROJADA AL MAR- PENA DE PRISIÓN  DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| ==DESCONOCEN QUE PASO CON EL CUERPO== | | | | | | | | |
| CONTROL SOCIAL, SE DESCONOCE QUÉ PASÓ CON EL CUERPO, FUERZA | 107. DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, | 148. | LASCARIO SEGUNDO OCHOA SOLANO | 28 DE NOVIEMBRE DE 2.000 | VEREDA MACHETE PELAO CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATO A.MEDIATO | Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Confesión  Hernan |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DESPLZAMIENTO FORZAD | | | | | | | Giraldo |

SITUACION FACTICA: EL DIA 28 DE NOVIEMBRE DE 2.000, EN LA FINCA EL REFUGIO UBICADA EN LA VEREDA EL MAMEY DEL CORRREGIMIENTO DE GUACHACA,  DE PROPIEDAD DE ALVARO PADILLA REDONDO, SE  CELEBRABA  UNA FIESTA POR MOTIVO DEL CUMPLEAÑO  DE ESTA PERSONA, A LA QUE  ASISTIAN AGUNOS MIEMBROS DE LAS AUTODEFENSAS CAMPESINAS  DEL MAGDALENA Y LA GUAJIRA, A LA CUAL PERTENCIA ALVARO PADILLA, ASÍ COMO TAMBIEN  SE ENCONTRABAN COMO INVITADOS ALGUNOS CAMPESINOS DE LA REGIÓN ENTRE ELLOS EL SEÑOR LASCARIO SEGUNDO OCHOA SOLANO Y SU COMPAÑERA DE NOMBRE ANA ESTELA BECERRA SANJUAN Y CUANDO PROMEDIABAN LAS NUEVE DE LA NOCHE, LOS DUEÑOS DE LA FINCA LA MANDARON A PEDIR UN PLATO DE CARNE ASADA, Y CUANDO ESTA SE ENCONTRABA  ESPERANDO LA COMIDA, ESCUCHÓ TRES  DISPAROS, POR LO CUAL REGRESÓ CORRIENDO AL LUGAR DONDE HABÍA DEJADO A SU MARIDO, PERO YA SE LO HABÍAN LLEVADO VIVO, LA GENTE QUE ESTABA EN LA ENTRADA DE LA FINCA QUISO IR A VER LO QUE PASABA PERO LOS HIJOS DE ALVARO PADILLA LE DIJERON A LA MULTITUD QUE SE QUEDARA DENTRO DE LA FINCA Y A LA SEÑORA ANA ESTELA, LE MANIFESTARON QUE SU MARIDO YA REGRESABA, DONDE ESPERO HASTA LAS ONCE DE LA NOCHE, PERO AL VER QUE NO REGRESABA SE FUE AL RANCHO DONDE VIVIAN,  PERO TAMPOCO ENCONTRÓ ALLÍ SU MARIDO, SE DEVOLVIÓ A LA FIESTA Y PREGUNTÓ POR SU MARIDO PERO NADIE LE DABA RAZÓN, ESPERÓ HASTA LAS CINCO DE LA MAÑANA Y LUEGO REGRESÓ AL RANCHO COMO NO LO ENCONTRÓ, REGRESÓ A LA FIESTA QUE AÚN SEGUÍA Y UN SEÑOR LE DIJO QUE LO BUSCARA POR LOS LADOS DE UNA QUEBRADA, ELLA SALIÓ A BUSCARLO Y ENCONTRO EL HUECO RECIEN TAPADO Y PISOTEADO, POR ESO ELLA VOLVIÓ A LA FIESTA QUE TODAVÍA SEGUIA COMO A LAS CINCO DE LA TARDE, HABLÓ CON ALVARO PADILLA Y LE PREGUNTÓ QUE A QUIEN LE HABÍAN DISPARADO  PORQUE ELLA HABÍA ENCONTRADO UN HUECO, ENTONCES ÉL LE DIJO QUE ERA EL QUE ESTABA ENTERRADO EN ESE LUGAR QUE LO IBA A MANDAR A

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

DESENTERRAR PARA QUE EL COMPRARA UN ATAUD Y LO SEPULTARÁ SIN DAR AVISO A LAS AUTORIDADES PERO DESPUÉS ESTE SEÑOR CAMBIO DE PARECER Y LE DIJO QUE DEJARA ESO ASÍ Y QUE SI SEGUIA MOLESTANDO LA IBAN A MATAR A ELLA TAMBIEN Y LA IBAN A ENTERRAR JUNTO CON SU MARIDO; POR ESO ELLA SE QUEDÓ QUIETA Y NO LA DEJABAN BAJAR PORQUE DESPUÉS IBAN A DAR AVISO A LAS AUTORIDADES Y DESPUES DE ELLO EN ESOS DÍAS SE DIO LA GUERRA CON LOS CASTAÑOS Y NO PUDO VOLVER A SUBIR, PERDIENDO TODO LO QUE TENÍA. EL POSTULADO HERNAN GIRALDO SERNA ACEPTO LOS HECHOS POR LINEA DE MANDO, SOSTENIENDO QUE EL HECHO FUE COMETDO POR HOMBRES QUE SE ENCONTRABAN BAJO SU MANDO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA

| CONTROL SOCIAL (BRUJERIA) SE DESCONOCE QUE PASO CON EL CUERPO, FUERZA | 108. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA | 149. | LINO RAFAEL MARQUEZ ARAGON | 9 DE SEPTIEMBRE 2003 | VEREDA MARQUETALIA GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL | A.MEDIATO A.MEDIATO A.MEDIAT | . Elementos Probatorios sobre el hecho: |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA | | | | | GIRALDO JOSE GELVES EDUARDO VENCOECHEA NODIER GIRALDO | O A.MEDIATO A MEDIATO A MEDIATO | . Reporte del hecho. . informe de Policía judicial . Fotografía de la víctima directa. Elementos Probatorios de responsabilidad. Confesión vertida por el postulado ELISEO BELTRAN, EDUARDO VENGOCHEA Y HERNAN GIRALDO, en la Versión libre. |
| SITUACION   FACTICA: EL   DÍA   9   DE   SEPTIEMBRE   DE   2.003,   LLEGARON   CUATRO   SUJETOS   ARMADOS   INTEGRANTES   DEL   GRUPO   DE | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| AUTODEFENSAS QUE OPERABAN EN LA REGIÓN A BORDO DE UNA CAMIONETA DE COLOR ROJO,  A LA RESIDENCIA  DEL SEÑOR  LINO RAFAEL ARAGON MARQUEZ,  EN DONDE RESIDÍA JUNTO A SU FAMILIA Y LE DIJERON QUE LO ACOMPAÑARA PORQUE HABÍA UNA MUJER ENFERMA Y SE LO LLEVARON Y DESDE ESA FECHA SUS FAMILIARES NO SUPIERON DE SU PARADERO. SE CONOCIÓ QUE LOS MOTIVOS ESGRIMIDOS POR EL GRUPO PARAMILITAR PARA DESAPARECER AL SEÑOR LINO RAFAEL, SE CONTRAEN AL HECHO DE QUE ERA SEÑALADO DE SER BRUJO, SACABA ESPÍRITUS Y MEDIANTE ESE OFICIO SE DEDICABA A  ESTAFAR A LAS PERSONAS. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL  3 Y  NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| CONTROL SOCIAL (HURTOS) SE DESCONOCE QUE PASO CON EL  CUERPO, FUERZA | 109. DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGI | 150. | RUBELIO HERNANDEZ BETANCOURT | 1 DE ENERO DE 2004 | VEREDA PERICO AGUAO GUACHACA | HERNAN GIRALDO<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO | A.MEDIATO<br><br>A.MEDIATO<br><br>A.MEDIAT | Elementos Probatorios del hecho<br><br>. Reporte del hecho.<br><br>. informe de Policía judicial |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DA | | | | | JOSE GELVES | O A.MEDIATO A MEDIATO | . Fotografía De la victima. Elementos Probatorios de responsabilidad. Confesión vertida por el postulado ELISEO BELTRAN HERNAN GIORALDO Y EDUARDO VENGIOECHEA, En Versión libre. |
| SITUACION FACTICA: EL DÍA  1 DE ENERO DE 2.004,  AL MOMENTO EN QUE EL SEÑOR  RUBELIO HERNANDEZ BETANCOURT, SE ENCONTRABA TOMANDO CERVEZA EN LA BOMBA DE GASOLINA UBICADA EN LA VEREDA PERICO AGUAO, DEL CORREGIMIENTO DE GUACHACA, JUNTO AL RÍO PALOMINO, EN LÍMITES DEL DEPARTAMENTO DEL MAGDALENA CON LA GUAJIRA, FUE INTERCEPTADO POR HOMBRES ARMADOS QUE SE MOVILIZABAN EN UN VEHÍCULO,  QUE ERA RECONOCIDO EN LA REGION COMO EL QUE UTILIZABAN LOS INTEGRANTES DEL BLOQUE RESISTENCIA TAYRONA, PARA COMETER ACTIVIDADES DELITICTIVAS, QUIENES LO OBLIGARON A SUBIR POR LA FUERZA AL AUTOMOTOR Y |||||||||

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SE LO LLEVARON CON RUMBO DESCONOCIDO. DESDE ESA FECHA SUS FAMILIARES NO SABEN DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| CONTROL SOCIAL, SE DESCONOCE QUÉ PASÓ CON EL CUERPO FUERZA | 110.DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA ART | 151. | MIGUEL OSIRIS CAMARGO AYALA | 9 DE SEPTIEMBRE DE 2.003 | VEREDA MACHETE PELAO CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO JOSE GELVES NODIER GIRALDO | A.MEDIATO A.MEDIATO A.MEDIATO A.MEDIATO | Elementos Probatorios del hecho: Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | 165 | | | | | | A.MEDIATO | Indirectas<br><br>Elementos Probatorios de responsabilidad<br><br>Confesión Hernan Giraldo |

SITUACION FACTICA: SEGÚN REFIEREN LOS FAMILIARES DEL SEÑOR MIGUEL OSIRIS CAMARGO AYALA ESTE SALIO CON DESTINO AL CORREGIMIENTO DE GUACHACA EN BUSCA DE TRABAJO Y ALLI FUE DESAPARECIDO  POR HOMBRE DEL GRUPO DE HERNAN GIRALDO QUE OPERABA EN EL SECTOR DE LA VEREDA MACHETE PELAO

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL (HURTO), SE DESCONOCE QUE PASO CON EL CUERPO – ENGAÑO | 111 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 152. | JOSÉ DESIDERIO RINCÓN PINZÓN | 12 DE ENERO DE 2.001 | SANTA MARTA MAGDALENA | HERNAN GIRALDO CARMEN RINCON NORBERTO QUIROGA | A. MEDIATO COAUTORA A MEDIATO | Elementos probatorios sobre el hecho: Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Elementos probatorios de responsabilidad: Confesión Carmen |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Rincon y Hernan Giraldo |

SITUACION FACTICA: EL DIA 12 DE ENERO DE 2.001, EL JOVEN JOSE DESIDERIO RINCON PINZON, SEGÚN INFORMA SU SEÑORA MADRE SALIO A TRABAJAR COMO DE COSTUMBRE A LA CACHARRERIA EL REBUSQUE, UBICADA EN LA CALLE 12 CON CARRERA SEPTIMA DE LA CIUDAD DE SANTA MARTA Y AL VER QUE ESE DIA NO REGRESO A SU CASA, SUS FAMILIARES AL DIA SIGUIENTE INICIARON SU BUSQUEDA, SIN OBTENER RESULTADO ALGUNO DE SU PARADERO. SE CONOCIO POSTERIORMENTE A TRAVES DE LA VERSIÓN DE LA POSTULADA CARMEN RIINCON QUE ESE MISMO DIA EL JOVEN DESIDERIO, FUE APREHENDIDO EN EL BARRIO 11 DE NOVIEMBRE DE LA CIUDAD DE SANTA POR UN MIEMBRO DEL BLOQUE RESISTENCIA TAYRONA, QUE SE CONOCIA CON EL ALIAS DEL NINO, QUE IBA ACOMPAÑADO DE LA MISMA CARMEN RINCON, QUIENES OBEDECIENDO ORDENES DIRECTAS DE HERNAN GIRALDO SERNA, LO SUBIERON BAJO ENGAÑOS A UNA CAMIONETA Y LO CONDUJERON AL CORREGIMIENTO DE BONDA EN DONDE FUE ENTREGADO AL COMANDANTE URBANO CONOCIDO CON EL ALIAS DE MONOCHE QUIEN SE ENGARGO DE DARLE MUERTE Y SU CUERPO DESAPARECIDO. EL MOVIL ADUCIDO POR LOS PARAMILITARES PARA DESAPARECER A JOSE DESIDERIO RINZCON PINZON, CONOCIDO COMO MAYA, SE CONTRAER AL HECHO DE QUE ROBABA COSAS, EN LOS SITIOS DONDE LABORABA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA | | | | | | | | |
| TERCERA POLITICA: CONTROL TERRITORIAL – PRIMERA PRACTICA: CUERPO INHMADO EN FOSA COMPLETO | | | | | | | | |
| CONTROL TERRITORIAL, CUERPO INHUMADO EN FOSA  COMPLETO, FUERZA | 112. DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, SIMULACIÓN DE INVESTIDURA O CARGO. | 153. | JOSÉ LUIS HERNÁNDEZ FULA | 14 DE JUNIO DE 2.000 | CORREGIMIENTO DE GUACHACA - SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA | A. MEDIATO A MEDIATO | Elementos Probatorios sobre el hecho: Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Elementos Probatorios |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | sobre responsabilidad: Confesión Hernan Giraldo |

SITUACION FACTICA. EL DIA 14 JUNIO 2000,  APROXIMADAMENTE A LA UNA DE LA MAGRUGAGADA UN GRUPO APROXIMADO DE 10 HOMBRES ARMADOS HACIENDOSE PASAR COMO MIEMBROS DE LA FISCALIA GENERAL DE LA NACION INGRESARON  DE MANERA VIOLENTA A LA CASA DE HABITACIÓN DEL JOVEN JOSE LUIS HERNANDEZ FULA, UBICADA EN EL CORREGIMIENTO DE GUACHACA,   QUIEN A ESA HORA SE ENCONTRABA DURMIENDO Y SE LO LLEVARON POR LA FUERZA  CON RUMBO DESCONOCIDO EN UN VEHICULO NISSAN PATROL DE COLOR ROJO, CONOCIENDOSE QUE ENTRE LOS CAPTORES IBAN LOS SUJETOS CONOCIDOS CON EL ALIAS DE PAPEL DE NOMBRE HECTOR RESTREPO VILLA Y  JAIR RUEDA CONOCIDO COMO CANTINA. DESDE ESA SUS FAMILIARES DESCONOCEN SU PARADERO Y ADUCEN QUE EL MOVIL QUE GENERO LA DESAPARICION DE SU SER QUERIDO, FUE QUE COMO ESTE SE NEGÓ A INGRESAR AL GRUPO Y HABIENDO PRESTADO EL SERVICIO MILITAR SALIERON DICIENDO QUE ERA MIEMBRO DE LA GUERRILLA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL  ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. SIMULACIÓN DE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INVESTIDURA PREVISTO EN EL ARTICULO 163  DECRETO LEY 100 DE 1.980, SACIONADO CON PENA CON PENA DE ARRESTO, RECOGIDO POR EL ARTICULO  426 DE LA LEY 599 DE 2.000. | | | | | | | | |
| CONTROL TERRITORIAL (PERSONA AJENA ZONA) , CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 113 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 154. | JOSÉ DEL CARMEN MARTÍNEZ CARVAJAL | 2 DE JUNIO DE 2.002 | CORREGIMIENTO DE GUACHACA – SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO NODIER GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO | Elemntos Probatorios sobre el hecho: Fotografía Victima Directa Fotocopia CC Victima Directa Reportes de Victimas Indirectas Elementos probatorios  sobre |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | responsabilidad: Confesión Eduardo Vengoechea. Confesión Hernan Giraldo |
| SITUACION FACTICA: EL DIA 2 DE JUNIO DE 2002,  EL SEÑOR   JOSE DEL CARMEN MARTINEZ CARVAJAL, SALIO A TRABAJAR COMO JORNALERO AL SECTOR CONOCIDO COMO EL CHORRO JURISDICCION DEL CORREGIMIENTO DE GUACHACA, DONDE FUE INTERCEPTADO POR VARIOS HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSA, ENTRE ELLOS WALTER TORRES LOPEZ Y EDUARDO VENGOCHEA MOLA,  QUIENES LE PREGUNTARON SOBRE SU PROCEDENCIA Y AL PARECERLE  SU ACTITUD SOSPECHOSA WATER TORRES LOPEZ COMANDANTE DE LA ZONA PARAMILITAR  LE PRODUJO LA MUERTE Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR. <br><br> CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| | 114 | 155. | | 19 DE | CORREGIMIENTO | HERNAN | A.MEDIAT | Elemntos |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL TERRITORIAL (VENTA DE TIERRAS ZONA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | DESAPARICION FORZADA Y HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO Y SUECESIVO | 156. | SALVADOR ENRIQUE SILVERA CHARRIS  JORGE ENRQIUE SILVERA QUINTERO | AGOSTO DE 2.002 | DE GUACHACA SANTA MARTA MAGDALENA | GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO  NODIER GIRALDO  ADAN ROJAS | O  A MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Probatorios Sobre el hecho.  Denuncia penal por desaparecimiento de fecha 17 de diciembre de 2003.  Denunciante Rosalba Quintero Navarro (madre y esposa)  Informe no 081 Gaula Magdalena,23 de marzo de 2004 |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Informe no 3152 CTI Criminalística santa marta del 27 de octubre del 2004

Copia cedula de Ciudadanía de los desaparecidos Salvador Enrique Silvera  Y Jorge Enrique Silvera Quintero

Copia de la fotografía de los desaparecidos

Registro nacimiento |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | de Jorge Enrique Silvera (desaparecido) |
| | | | | | | | | Copia de la demanda de muerte presunta en el juzgado 03 de familia Santa Marta radicado 046 del 2005 |
| | | | | | | | | Elemntos Probatorios de responsabilidad. |
| | | | | | | | | Confesión y aceptación de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | responsabilidad hecho por los postulados en versión libre |

SITUACION FACTICA: EL SEÑOR SALVADOR  ENRIQUE SILVERA CHARRIS, VIVÍA CON SU ESPOSA Y SUS HIJOS EN  LA CIUDAD DE SANTA MARTA,  PERO EJERCÍA SU LABOR DE LA AGRICULTURA EN LA  FINCA "SAN CAYETANO"  UBICADA EN LA SIERRA NEVADA DE SANTA MARTA, VEREDA EL TROMPITO, DE GUACHACA,   POR LO CUAL EL DÍA 19 DE AGOSTO DEL AÑO 2002, EN HORAS DE LA MAÑANA SALIÓ DE  SU  CASA EN COMPAÑÍA DE SU HIJO JORGE ENRIQUE SILVERA QUINTERO, CON DESTINO A LA FINCA" PARA CUMPLIR UNA CITA QUE TENÍA ESE DIA CON LOS GRUPOS DE AUTODEFENSAS, QUIENES LO RETUVIERON  EN ESE LUGAR Y POSTERIOMENTE CONDUCIDOS HASTA LA FINCA GIROCASACA DEL CORREGIMIENTO  DE BONDA EN DONDE EL COMANDANTE URBANO ADAN ROJAS MENDOZA TENIA UNA BASE DE OPERACIÓN MILITAR, QUIEN OBEDECIENDO OREDENES DIRECTAS DE HERNAN GIRALDO SERNA QUE LOS ACUSABA DE HABER NEGOCIADO LA VENTA DE LA FINCA A UNOS INDIGENAS, CUANDO ERA ALGO PROHIBO EN LA REGIÓN, LO ENTREGA A HOMBRES BAJO SU MANDO QUIENES SE ENCARGAN DE ASESINARLOS Y SEPULTAR SU CUERPO EN ESE MISMO SECTOR.  DESDE ESA FECHA  SU FAMILIARES DESCONOCEN  J NEGOCIENDO    G EN ESE LUGAR LOS  Y DESDE ENTONCES NO HA VUELTO A TENER NOTICIA DE ELLOS. POR COMENTARIOS  DE  LA  GENTE  PUDIERON  SER  ASESINADOS  POR  LOS  GRUPOS  ARMADOS  QUE  OPERABAN  EN  EL  SECTOR, DESCONOCIÉNDOSE LOS MOTIVOS POR LOS QUE PUDIERON HABER COMETIDO EL HECHO, SEÑALANDO LA REPORTANTE QUE LA FINCA QUEDÓ ABANDONADA.

CONFORME  A  LA  SITUACION  FACTICA  SEÑALADA  SE  FORMULAN  CARGOS  A  LOS  POSTULADOS  ARRIBA   MENCIONADOS   POR  LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  EN CONCURSO HOMOGENEO Y SUCESIVO   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  EN CONCURSO HOMOGENEO Y SUCESIVO   PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL TERRITORIAL, (PROPIETARIO DE FINCA) CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 115 .DESAPARICIÓN FORZADA AGRAVADA, HOMICIDIO EN PERSONA PROTEGIDA, EXTORSION | 157. | DIOMEDES FRANCISCO SUBIRÍA REDONDO (60 AÑOS) | 4 DE JULIO DE 2.000 | CORREGIMIENTO DE MINGUEO DIBULLA GUAJIRA | HERNAN GIRALDO NORBERTO QUIROGA | A..MEDIATO A MEDIATO | Elemntos Probatorios sobre el hecho.<br><br>Fotografía Victima Directa<br><br>Fotocopia CC Victima Directa<br><br>Reportes de Victimas Indirectas |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 324

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Elemento probatorio de responsabilidad.<br><br>Confesión Hernan Giraldo |

SITUACION FACTICA: EL DIA 4 DE JULIO DE 2.000, APROXIMADAMENTE LAS 09:30 DE LA MAÑANA EL SEÑOR DIOMEDES ZUBIRIA REDONDO, LLEGÓ A SU FINCA TORCOROMA UBICADA EN EL CORREGIMIENTO DE MINGUEO GUAJIRA, DONDE LO ESTABAN ESPERANDO CUATRO HOMBRES ARMADOS PERTENECIENTES A LAS AUTODEFENSAS DEL MAGDALENA Y LA GUAJIRA QUE OPERABAN EN EL SECTOR Y QUE ERAN CONOCIDOS COMO LOS CAPOROS, QUIENES SE LO LLEVARON EN LA MISMA CAMIONETA DE LA VICTIMA, CON RUMBO A LAS ESTRIBACIONES DE LA SIERRA NEVADA Y EN EL PUNTO CONOCIDO COMO LAS MINAS FUE ENCONTRADO EL VEHICULO ABANDONADO. SEGÚN COMENTAN SUS FAMILIARES EL SEÑOR DIOMEDES ZUBIRIA ESTABA SIENDO EXTORSIONADO POR DICHAS PERSONAS, PERO QUE SIEMPRE MANIFESTÓ QUE NO IBA DAR DINERO, EN CUANTO LES TOCABA TRABAJAR DURO COMO EL LO HABIA HECHO. DESDE ESA FECHA SUS FAMILIARES NO TUVIERON RAZON DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARICION FORZADA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO   ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA    PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO   ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.  EXTORSION  PREVISTO EN EL  DERECTO LEY 100 DE 1.980  ARTICULO. 355.Modificado. Ley 40 de 1993 PENA 4 20 AÑOS DE PRISIÓN. (ARTICULO 163 LEY 599 2.000 EAXCCIONES Y CONTRIBUCIONES ARBITARIAS. | | | | | | | | |
| CONTROL TERRITORIAL (PRESENTADO MUERTO EN COMBATE FALSO POS) CUERPO INHUMADO  COMPLETO - ENGAÑO | 116 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO | 158. | ELI SERNA | 30 DE ENERO DE 2.003 | VEREDA LA RESERVA CORREGIMIENTO SIBERIA CIENAGA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  NODIER GIRALDO  AFRANIO REYES | A. MEDIATO  A MEDIATO  A MEDIATO   COAUTOR | Elementos Probatorios sobre el hecho:  Fotografía Victima Directa  Fotocopia CC Victima Directa  Reportes de Victimas Indirectas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Elementos Probatorios sobre responsabilidad:<br><br>Confesión Afranio reyes, Norberto Quiroga y Hernan Giraldo |

SITUACION FACTICA: :SE TIENE DOCUMENTADO SEGÚN VERSIÓN DE LOS POSTULADOS QUE EL  SEÑOR ELI SERNA ERA COLABORADOR DE LA FARC Y FUE ASESINADO POR EL SECTOR DE  CUATRO CAMINOS Y PRESENTADO COMO NN MUERTO EN COMABTE POR EL EJERCITO NACIONAL . EL VERSIONADO NORBERTO QUIROGA POVEDA  SELAÑA QUE EL SEÑOR ELI SERNA  COMENZO  COLABORAR CON INFORMACION DE LAS FARC SOBRE ESE SECTOR Y QUE HABIA UN TENIENTE MIRANDA EN LA ZONA DEL MICO, QUIEN LES  DIJO QUE SE LO PRESTARA PARA QUE LE DIERA  INFORMACION, YA QUE EL  ERA CONOCEDOR DE ESA ZONA Y TENIA INFORMACION. SUBIO EL TENIENTE DEL EJERCITO AL CERRO COREA YPRECISANDO LOS POSTULADOS QUE FUE PARA EL AÑO  2003, MIRANDA DURO COMO SEIS MESE POR ALLI Y  DE SUS MANOS LE ENTREGARON AL TENIENTE MIRANDA, EL EJERCITO HIZO UNA OPERACION GRANDE POR SAN PEDRO, A EL LO TRASLADARON Y NO SUPE  MAS DE EL. SE DEJA CONSTANCIA QUE CUANDO DIERON MUERTE A ELID ESTABA PRESENTE UNA ANCIANA Y UNOS DE LOS PARTICIPANTES DIJO QUE SE HABIAN EQUIVOCADO Y QUE TENIAN QUE DARLE MUERTE. DICE EL VERSIONADO QUE DESCONOCE ESTA SITUACION. ELI SERNA DURO COMO UNA SEMANA CON EL GRUPO, ESTABA SUELTO, ERA UN INFORMANTE, LES DIO UBICACION DE CAMPAMENTOS DE LAS FARC Y DE ALLI SALIAN OPARACIONES PARA DONDE LAS FARC ESTUVIERA.  POR SU PARTE LA REPORTANTE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| COMAPEÑRA PERMANENTE DE LA VICTIMA  DE NOMBRE  MARIA YOLANDA RUEDA  ASEGURA QUE SU MARIDO LO MANDO ASESINAR EL SUJETO ALIAS 81 Y QUE A RAIZ DEL HECHO  SE DESPLAZO DE LA ZONA Y QUE NO SABIA NADA SOBRE EL CUERPO DE SU COMPAÑERO. | | | | | | | | |
| CONFORME  A  LA  SITUACION  FACTICA  SEÑALADA  SE  FORMULAN  CARGOS  A  LOS  POSTULADOS  ARRIBA   MENCIONADOS   POR  LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.  . DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. | | | | | | | | |
| CONTROL TERRITORIAL, CUERPO  INHUMADO EN FOSA COMPLETO, <mark>ENGAÑO</mark> | 117 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLA | 159. | TIBERIO RESTREPO ZAPATA | 25 DE FEBRERO DE 2.005 | VEREDA NUEVA GRANADA CIENAGA MAGDALENA | HERNAN GIRALDO  JOSE GELVES  NORBERTO QUIROGA  NODIER GIRALDO | A.MEDIATO  A MEDIATO  A MEDIATO  A | Elementos robatorios sobre el hecho.  Fotografía Victima Directa  Fotocopia CC Victima Directa |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 328

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | ZAMIENTO FORZADO Y EXACCION Y CONTRIBUCIONES ARBITRARIAS | | | | | AFRANIO REYES | MEDIATO COAUTOR | Reportes de Victimas Indirectas <br><br> Elemntos Probatorios de Responsabilidad: <br><br> Confesión Afranio reyes, Norberto Quiroga y Hernan Giraldo |

SITUACION FACTICA: EL DIA 25 DE FEBRERO DE 2005, EL SEÑOR  TIBERIO RESTREPO ZAPATA, SALIO DE SU CASA DE HABITACIÓN UBICADA EN LA VEREDA NUEVA GRANADA DEL CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIENAGA MAGDALENA, AL SECTOR DE LA VEREDA LA QUIEBRA CON EL PROPOSITO DE COBRAR UN DINERO QUE LE DEBIA UN PARAMILITAR CONOCIDO CON EL ALIAS DE CHAPOLO, PARA PAGAR UNA VACUNA QUE LE PEDIAN LOS PARAMILITARES, SOBRE LA CUAL TRES DIAS  ANTES HABIA HABLADO CON ALIAS 8.1 DE NOMBRE AFRANIO MANUEL REYES MARTINEZ, PARA QUE LE DIERA UN NUEVO PLAZO, PERO ESE DIA NO ALCANZO A LLEGAR DONDE ALIAS CHAPOLO, PORQUE AL PASAR POR EL SECTOR DE CASABOMBA SE ENCONTRÓ CON ALIAS 8.1 QUIEN SE ENCONTRABA TOMANDO LICOR Y  LE COBRO LA VACUNA DE TREINTA MIL PESOS POR HECTAREA DE CAFÉ SEMBRADO Y ANTE LA NEGATIVA DE ESTE QUIEN LE MANIFESTÓ QUE NO TENIA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EL DNERO  LO RETUVO EN CONTRA DE SU VOLUNTAD Y LE PRODUJO LA MUERTE CON DISPAROS DE ARMA DE FUEGO Y SU CUERPO SEPULTADO EN ESE SECTOR Y DESDE ESA FECHA SU COMPAÑERA PERMANENTE NO TUVO NOTICIAS DE SU PARADERO Y SOLO LA COMUNIDAD LE INFORMABA  QUE ALIAS 8.1 LE HABIA  DADO MUERTE PORQUE SE HABIAN ESCUCHADO UNOS DISPAROS Y LO HABIAN SEPULTADO EN EL SECTOR DE CASABOMBA, OBTENIENDO LA CERTEZA DE SU MUERTE CUANDO EL DIA 26 DE FEBRERO DE 2006, EL FISCAL 110 DESTACADO DEL D.A.S EN BOGOTA HIZO LA EXHUMACION DEL CUERPO EN EL SITIO DONDE DECIAN QUE HABIA SIDO ENTERRADO. COMO CONSECUENCIA DE LA ACCION DELICTIVA LA ESPOSA DEL SEÑOR TIBERIO RESTERPO JUNTOS CON SUS CUATRO HIJOS MENORES DE EDAD, TUVIERON QUE DESPLAZARSE DE LA ZONA  DEJANDO ABANDONADA LA PARCELA QUE ERA DE PROPIEDAD DE UN FAMILIAR, LA CUAL SOLO PUDO RECUPERARSE A RAIZ DE LA ENTRADA DEL EJERCITO A LA ZONA DESPUES DE LA DESMOVILIZACIÓN. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 890 DE 2.004 QUE AUMENTA LAS PENAS A PARTIR DEL 1º DE ENERO DE 2.005.  SANCIONADO CON PENA DE PRISIÓN DE 320 540 MESES.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE 480 A 600 MESES, CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000,  NUMERAL   5  POR EL ESTADO DE INDEFENSIÓN. EXACCIONES Y CONTRIBUCIONES ARBITARIAS PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 163 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  96 A 270 MESES DE PRISION. DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 159  DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE 160 A 360 MESE DE PRISION. | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL TERRITORIAL, (PROHIBICIÓN VENTAS DE TIERRAS A INDÍGENAS, CUERPO INHUMADO EN FOSA COMPLETO E INCINERADO)-ENGAÑO | 118 DESAPARICION FORZADA AGRAVADA HOMICIDIO EN PERSONA PROTEGIDA, AMENZAS PERSONALES | 160. | GENTIL CRUZ PATIÑO | 11 DE NOVIEMBRE DE 2004 | GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA DANIEL GIRALDO JOSE GELVES .DANIEL GIRALDO | A.MEDIATO A MEDIATO A MEDIATO A MEDIATO A MEDIATO | Elemntos Probatorios del hechos 1. Reporte del hecho. 2 informe de Policía judicial 3. Fotografía de la victima directa 4. Copia de la cédula de ciudadanía de la victima directa 5. Recorte de prensa. Elemntos de responsabilidad |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6. Confesión de JAIRO SARA SARMIENTO, EDUARDO VENGOCHEA, HERNAN GIRALDO. |

SITUACION FACTICA. EL SEÑOR GENTIL CRUZ PATIÑO, QUIEN  ERA EL REPRESENTAMTE LEGAL DE  LA ONG, T. CHENDUSKA  DE ORIGEN FRANCES;  SE ENCONTRABA REALIZANDO DILIGENCIAS PARA OBTENER PREDIOS PARA LOS RESGUARDOS INDIGENAS DEL SECTOR DE LA PARTE ALTA DE LA SIERRA NEVADA, LO CUAL DE ACUERDO A LO MANIFESTADO POR EL MISMO HERNAN GIRALDO SERNA ERA PROHIBIDO EN LA REGION,  POR ORDEN DADA POR ÈL;  MOTIVO POR EL CUAL EMPEZO A SER VICTIMA DE AMENAZAS POR PARTE DE LOS MIEMBROS DE LOS GRUPOS PARAMILITARES DE  HERNAN GIRALDO SERNA. POR LO CUAL EL DIA 11 DE NOVIEMBR DE 2004, EL SEÑOR GENTIL CRUZ,  SALIO DE SU CASA UBICADA EN LA CIUDAD DE SANTA MARTA,  DICIENDO QUE TENIA QUE CUMPLIR UNA CITA PARA LO CUAL  DEBIA LLEGAR HASTA SU FINCA UBICADA EN LA VEREDA EL ORINOCO DONDE TENIA UNA REUNION CON EL PRESIDENTE DE LA JUNTA DE ACCION COMUNAL Y OTRAS PERSONAS PARA SOLUCIONAR EL  PROBLEMA DE LAS AMENAZAS QUE VENIA RECIBIENDO; LLEGADO EN HORAS DE LA MANAÑANA A LA VEREDA LOS COCOS (LUGAR DESDE DONDE SE EMPIEZA EL ASCENSO A LA VEREDA EL ORINOCO), AL ENCONTRARSE EN LA VIA, APARECIO UN VEHICULO EN EL CUAL SE MOVILIZABAN VARIOS SUJETOS DE LAS AUTODEFENSAS, CONOCIDOS CON LOS ALIAS DEL ÑATO DE NOMBRE JAIRO SARA SARMIENTO, ALIAS CHISPAS DE NOMBRE GEOVANNY AGAMEZ FELICIANDO, ALIAS EL NIÑO DE NOMBRE  ALEX BARRAGAN DIAZ Y ALIAS BOTELLO,  QUIENES OBEDECIENDO ORDENES DE HERNAN GIRALDO SERNA Y EDUARDO VENGOECHEA MOLA, DIALOGAN  UN MOMENTO CON ÉL  LO SUBEN A LA CAMIONETA Y SE DIRIGEN CON RUMBO A LA VEREDA MACHETE PELAO, PERO AL LLEGAR

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| AL SITIO CONOCIDO COMO LOS MANGOS DECIDEN BAJARLO DEL VEHÍCULO, LO AMARRAN Y LO OBLIGAN A CAMINAR Y SE INTERNAN HACIA EL MONTE,  EN DONDE LE CAUSAN LA MUERTE CON DISPAROS DE ARMAS DE FUEGO Y SU CUERPO SEPULTADO EN ESE MISMO SECTOR, CONOCIENDOSE QUE CON POSTERIORIDAD AL HECHO EL CUERPO FUE EXHUMADO DEL LUGAR POR LOS MISMOS EJECUTORES, Y LUEGO SUS RESTOS INCINERADOS TOTALMENTE | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA AGRAVADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. AGRAVADA POR EL NUMERAL 4 DEL ARTICULO 166 EN CUANTO GENTIL CRUZ ERA DEFENSOR DE DERECHOS HUMANOS EN LA ONG DE LA CUAL ERA MIEMBRO.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL   NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.  AMENAZAS PERSONALES PREVISTO EN EÑ LIBRO SEGUNDO TITULO XIII CAPITULO PRIMERO ARTICULO 347 CON PENA DE PRSION DE  1 A 4 AÑOS. | | | | | | | | |
| ==SEGUNDA PRACTICA: CUERPO INHMADO EN FOSA DESMEMBRADO== | | | | | | | | |
| CONTROL TERRITORIAL – (PRESENCIA ZONA) CUERPO INHUMADO EN FOSA DESMEBRADO – FUERZA | 119. DESAPA | 161. | CINDY MARIA ARCON GARCIA | 1 DE FEBRERO DE 2.004 | SANTA MARTA MAGDALENA | HERNAN GIRALDO  ADAN ROJAS | A.MEDIATO  A.MEDIAT | Elementos sobre el hecho: |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | RICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA ACTOS DE BARBARIE | | | | | M NORBERTO QUIROGA JOSE GELVES NODIER GIRALDO | O A.MEDIATO A.MEDIATO A MEDIATO | Reporte de Victimas Indirectas Elemntos sobre responsabilidad: Confesión Adan Rojas mendoza |

SITUACION FACTICA: SE TIENE  DOCUMENTADO QUE LA JOVEN CINDY JOHANA CARVAJALINO GARCIA, VIVIA CON SU SEÑORA MADRE EN LA CIUDAD DE SANTA MARTA, PERO PARA LA FECHA DEL MES DE MARZO DEL  AÑO 2.002, CUANDO CONTABA CON 13 AÑOS DE EDAD,  DECIDE IRSE DE LA CASA  DE SU MADRE Y SE TRASLADA A VIVIR EN  LA CASA DE SU PADRE  MANUEL CARVAJALINO, EN LA VEREDA MARQUETALIA DEL CORREGIMIENTO DE GUACHACA Y DURANTE ESE AÑO DESARROLLA SUS ESTUDIOS  EN EL COLEGIO DE LA VEREDA,  DONDE TERMINA EL QUINTO DE PRIMARIA, PERO LUEGO DE ESTO DECIDIÓ NO SEGUIR ESTUDIANDO Y SE TRASLADA A ATRABAJAR EN LA VEREDA PUERTO NUEVO DE GUACHACA DESCONOCIENDO SU FAMILIA LOS OFICIOS QUE DESEMPEÑABA. DESPUES DE UN BUEN TIEMPO EN QUE SU FAMILIA NO SABIA DE ELLA, REGRESA  A LA CASA DE SU  MADRE PARA LOS MESES DEL MES DE  MARZO  Y ABRIL DE 2.003, DONDE LE COMUNICA QUE SE ENCONTRABA CONVIVIENDO CON UN MUCHACHO QUE TRABAJABA EN LA SEGURIDAD DE HERNAN GIRALDO SERNA EN LAS ESTRIBACIONES DE LA SIERRA NEVADA DE SANTA MARTA, Y DESDE ESA FECHA NO SUPO MÁS DE SU PARADERO. SE ESTABLECIO QUE CINDY CARVAJALINO, DURANTE EL TIEMPO QUE PERMANECIÓ EN LA VEREDA PUERTO NUEVO, ERA LA COMPAÑERA SENTIMENTAL DE UN MIEMBRO DE LA ORGANIZACIÓN ILEGAL QUE ERA CONOCIDO CON EL ALIAS DE 31, CON QUIEN EN UNA OPORTUNIDAD SOSTUVO UNA PELEA O DISCUSIÓN DE PAREJA Y ESTA LO AMENAZÓ DICIENDOLE QUE LE IBA A ECHAR  A LA POLICÍA, SITUACIÓN ESTA QUE AMERITO QUE EL

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| COMANDANTE URBANO DE LA ZONA WALTER TORRES LOPEZ, ORDENARA SU MUERTE Y EN CUMPLIMIENTO DE ESTA LOS MIEMBROS DE LA ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE MACROBIO, LALO Y EL MISMO 31, LA RETIENEN Y LA CONDUCEN A UN SECTOR ENMONTADO EN DONDE LE OCASIONAN LA MUERTE Y SU CUERPO ES DESMEBRADO Y SEPULTADO EN EL MISMO LUGAR Y HABIENDO TRANSCURRIDO ALGUNOS DIAS, DESPUES DE SU DESAPARICIÓN OTROS MIEMBROS DE LA ORGANIZACIÓN ILEGAL DE NOMBRE ELISEO BELTRAN CADENA Y EDUARDO ENRIQUE VENGOCHEA MOLA, SE TRASLADARON AL LUGAR, DEBIDO A QUE EL CUERPO QUEDÓ MAL ENTERRADO, AL QUEDARLE UNA PIERNA AFUERA QUE LOS GOLEROS SE LA ESTABAN COMIENDO, PROCEDIENDO ESTOS, A TAPAR COMPLETAMENTE EL CUERPO ECHANDOLE MAS TIERRA. POSTERIORMENTE Y EN CUMPLIMIENTO DE UNOS DE LOS COMPROMISOS ADQUIRIDOS DENTRO DEL PROCESO DE JUSTICIA Y PAZ, EL POSTULADO ELISEO BELTRAN CADENA BRINDO LA INFORMACIÓN SOBRE LA UBICACION DE LA FOSA, QUE PERMITIO QUE LA FISCALIA 176 DE JUSTICIA Y PAZ EXHUMARA SUS RESTOS OSEOS LOS CUALES FUERON IDENTIFICADOS PLENAMENTE Y SE ENCUENTRA PROGRAMADA SU ENTREGA A SU SEÑORA MADRE PARA EL 26 DE JULIO DE 2.013. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . ACTOS DE BARBARIE PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 145 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| DESCONOCEN QUE PASO CON EL CUERPO | | | | | | | | |
| CONTROL TERRITORIAL – (PRESENCIA ZONA) DESCONOCE QUE PASO | | 162. | JHON HENRY GARCIA | 7 DE MARZO DE | VEREDA MARQUETALIA | HERNAN | A.MEDIAT | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CON EL CUERPO, FUERZA | 120. DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, | | | 2.004 | CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | GIRALDO JOSE GELVES DANIEL GIRALDO NORBETO QUIROGA NODIER GIRALDO | O A.MEDIATO A.MEDIATO A.MEDIATO A.MEDIATO A MEDIATO | ELEMENTOS PROBATORIOS SOBRE LA MATERIALIDAD DEL HECHO. 1.Fotografia en vida de la víctima directa JHON HENRY GARCIA GOMEZ 2.  Reporte del hecho por parte de la madre y de la esposa de la victima directa. ELEMENTOS PROBATORIOS |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SOBRE LA RESPONSABILIDAD DEL POSTULADO. 1. Diligencia  de versión libre donde DANIEL GIRALDO CONTRERAS Y EDUARDO VENOECHEA donde confiesan  el hecho delictivo. 2. Informe de policía judicial |

SITUACION FACTICA: EL DIA 7 DE MARZO DE 2.004, EL SEÑOR JHON HENRY GARCIA, SALIO DE PASEO JUNTO A SU FAMILIA A LA FINCA LA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERICA UBICADA EN LA VEREDA MACHETE PELAO DEL CORREGIMIENTO DE GUACHACA,  DE PROPIEDAD DEL SEÑOR ATANACIO PAEZ ATENDIENDO UNA INVITACIÓN QUE ESTE LE HABIA HECHO Y AL MOMENTO EN QUE JHON HENRY BAJO  CON LOS TRABAJADORES DE LA FINCA A JUGAR BILLAR, FUE INTERCEPTADO POR UNA CAMIONETA MAZDA 2600 DE COLOR VERDE EN LA QUE SE MOVILIZABA DANIEL GIRALDO CONTRERAS, ALIAS EL GRILLO, CON OTROS HOMBRES MAS, PERTENCIENTES AL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA,  QUIEN AL VERLO EN ACTITUD SOSPECHOSA, ORDENO QUE LO SUBIERAN A LA CAMIONETA Y LO CONDUJERON A OTRO SECTOR PARA SER INVESTIGADO, EN DONDE   LE PREGUNTO QUE QUIEN ERA,   QUE HACIA Y SI LO HABIAN RECOMENDADO PARA CIRCULAR POR EL SECTOR,  ANTE LO CUAL LE CONTESTO QUE EL VENDIA CAMAS, SABANAS, MERCANCIA Y QUE AL EL LO CONOCIA EL FLACO VENGOECHEA, POR LO CUAL DANIEL GIRALDO LLAMÓ AL FLACO VENGOCHEA Y ESTE  SUBIO DE INMEDIATO CON ALIAS MACROBIO Y OTRO MUCHACHO , Y AL PREGUNTARLE QUE SI LO CONOCIA , ESTE LE MANIFESTÓ QUE ERA GUERRILLERO Y QUE LO ASESINARA, PERO DANIEL GIRALDO LE RESPONDIO QUE NO LO IBA HACER Y PROCEDIO A LLAMAR AL COMANDANTE NORBERTO QUIROGA POVEDA, QUIEN DIO LA ORDEN QUE SE  LO ENTREGARA AL FLACO VENGOCHEA Y A MACROBIO  A LO CUAL PROCEDIO Y ESTOS SE ENCARGARON DE DESAPARACERLO. ENTERADOS DE SU DESAPARICIÓN SUS FAMILIARES INICIARON SU BUSQUEDA Y EN ESA LABOR SU SEÑORA MADRE SUBIO HABLAR CON HERNAN GIRALDO A QUIEN LE EXPLICÓ QUE SU HIJO NO ERA GUERRILLERO Y QUE EDUARDO VENGOECHEA HABIA ORDENADO SU MUERTE PORQUE LE DEBIA UN DINERO PRODUCTO DE LA MERCANCIA QUE LE HABIA OTORGADO A CREDITO, LO CUAL HIZO ENFURECER A HERNAN GIRADO QUIEN LLAMO A SU HIJO DANIEL GIRALDO, PREGUNTANDOLE QUE SI LO HABIA ASESINADO, RESPONDIENOLE ESTE QUE SE LO HABIA ENTREGADO A VENGOECHEA, ESTABLECIENDOSE QUE QUIEN LE HABIA DADO MUERTE A JHON HENRY GARCIA  ERA EL SUJETO ALIAS MACROBIO DE NOMBRE EDER ANTONIO  NAVARRO ARRIETA YA FALLECIDO. POR SU PARTE EDUARDO ENRIQUE VENGOCHEA, EN SU VERSIÓN MANIFESTO CONOCER A JHON HENRY GARCIA, Y QUE LO HABIA AUTORIZADO VENDER MERCANCIA EN LA ZONA QUE A EL LE COMPETIA, MAS NO EN LA PARTE QUE UN AOPORTUNIDAD LE COMPRO UNAS SILLAS PLASTICAS PERO SE LAS PAGO ENSEGUIDA Y QUE NO RECORDABA HABERLE QUEDANDO DEBIENDO DINERO, ASEGURANDO QUE QUIEN DEBE SABER SOBRE EL SITIO DONDE ESTA EL CUERPO ES ALIAS R-8, PORQUE EL HECHO OCURRIO EN SU ZONA, ACEPTANDO FINALMEINTE SU RESPONSABIIDAD. LOS FAMILIARES DE JHON HENRY ASEGURAN QUE LOS AGRESORES SE LEVARON CONSIGO EL CANGURO QUE LLEVABA DONDE MANTENIA UN DINERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. . DESPOJO EN CAMPO DE BATALLA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 151  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 3 A 10  AÑOS. | | | | | | | | |
| CONTROL TERRITORIAL (DUEÑO DE FINCA), SE DESCONOCE QUE PASO CON EL CUERPO, FUERZA | 121. DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 163. | ENRIQUE RAFAEL RIQUET BERMUDEZ | 18 DE OCTUBRE DE 1.995 | VEREDA PAZ DEL CARIBE CORREMIENTO DE GUACHACA – SANTA MARTA | HERNAN GIRALDO | A. MEDIATO | Elemntos Probatorios Sobre materialidad del hecho. Reg 183141 Jazmin Riquet Reg 386059 Marta Jimenez Reg. 386097 Leidy Riquet |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reg. 386 055 Adriana Riquet |
| | | | | | | | | Fotgrafia en vida de Enrique Riquet |
| | | | | | | | | Certificacion Registraduria Cupo Numerico expedición Cc  ENRIQUE RIQUET |
| | | | | | | | | Elementos de Responsabilidad del Postulado |
| | | | | | | | | Conmfesion hernan Giraldo |

SITUACION FACTICA: EL DIA 18 DE OCTUBRE DE 1995, APROXIMADAMENTE A LAS 5 DE LA MAÑANA, EL SEÑOR ENRIQUE RAFAEL RIQUET BERMUDEZ, SALIO DE SU CASA DE HABITACIÓN UBICADA EN LA VEREDA PAZ DEL CARIBE DEL CORREGIMIENTO DE GUACHACA, CON RUMBO A LA PARCELA  BELLO HORIZONTE SITUADA EN EL AREA RURAL DE ESE SECTOR,  EN DONDE  SE DEDICABA A LA AGRICULTURA PARA EL MANTENIMIENTO  DEL  HOGAR.   A  LOS  OCHOS  DÍAS  LOS  FAMILIARES  SE  ENTERARON  QUE  EL  SEÑOR  RIQUET  BERMUDEZ  HABÍA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESAPARECIDO DE SU FINCA, POR LO CUAL EMPEZARON A REALIZAR LAS AVERIGUACIONES DEL CASO, ENTERANDOSE QUE EL SUJETO CONOCIDO COMO BETO GALAN RECONOCIDO MIEMBRO DE LAS AUTODEFENSAS EN LA REGION HABÍA SIDO LA PERSONA QUE SE ENCARGO DE SACARLO DE SU FINCA Y DESAPARECERLO. EL HECHO FUE ACEPTADO POR LINEA DE  MANDO EN DILIGENCIA DE VERSIÓN LIBRE POR EL POSTULADO HERNAN GIRALDO SERNA, PERO HASTA EL MOMENTO NO SE HAN SUMINISTRADO DATOS QUE PERMITAN LA UBICACIÓN DE LOS RESTOS OSEOS DEL SEÑOR ENRIQUE RAFAEL RIQUET BERMUDEZ. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL TERRITORIAL, SE DESCONOCE QUE PASO CON EL CUERPO-FUERZA | 122 DESAPA RICION FORZAD A, HOMICID IO EN PERSON | 164. | JHON JAIRO CLEVES AMARIS | 30 DE MAYO DE 2.003 | CORREGIMIENTO DE SIBERIA CIENAGA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  JOSE GELVES  NODIER | A.MEDIAT O  A MEDIATO  A | Elementos Probatorios sobre el hecho.  Informe de Policía judicial |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | A PROTEGIDA | | | | | GIRALDO | MEDIATO A MEDIATO | Elementos Sobre Responsabilidad postulados Confesion Norberto Quiroga y Hernan Girakdo |

SITUACION FACTICA: PARA LA FECHA DEL MES DE MAYO DE 2.003, EL SEÑOR  JHON JAIRO CLEVES AMARIS, QUIEN RESIDIA EN EL CORREGIMIENTO DE SIBERIA EN DONDE SE DEDICABA A LAS LABORES PROPIAS DEL CAMPO, SE ENCONTRABA EN  LA VEREDA LOS MOROS, DEL CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIENAGA MAGDALENA, MAYO DE 2003,  VISITANDO A LOS SUEGROS, CUANDO A ESE LUGAR LLEGARON VARIOS HOMBRES ARMADOS INTEGRANTES DE LAS  AUTODEFENSAS Y LO SACARON CON EL PRETEXTO DE QUE PRESTARA UNAS MULAS Y LAS LLEVARA AL LUGAR QUE ELLOS LE INDICARIAN, EL LO HIZO Y DESPUES DE QUE SALIO DE LA CASA NO SE SUPO MAS DE SU PARADERO Y SE LE ATRIBUYE EL HECHO A LOS  PARAMILITARES DEL FRENTE RESISTENCIA TAYRONA QUE OPERABAN EN LA ZONA BAJO LAS ORDENES DE JUAN HIPOLITO MEJIA RODRIGUEZ ALIAS CAUCASIA, SEGÚN LO RECONOCE EL POSTULADO NORBERTO QUIROGA POVEDA QUIEN ACEPTA SU RESPONSABILIDAD EN ESTE HECHO.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: <br><br> DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. |||||||||
| CONTROL TERRITORIAL (PERSONA AJENA) SE DESCONOCE QUÉ PASÓ CON EL CUERPO, FUERZA – | 123 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO | 165. | GIOVANNY JOSÉ GONZÁLEZ PALMA | 29 DE JUNIO DE 2.000 | VEREDA LOS LINDEROS LOS LINDEROS CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATO A MEDIATO | Elementos Probatorios sobre el hecho |
| | | 166. | ENDER GONZÁLEZ PALMA | | | | | Fotografía Victima Directa |
| | | 167. | ALFREDO ENRIQUE GONZÁLEZ PALMA | | | | | Fotocopia CC Victima Directa <br><br> Reportes de Victimas Indirectas |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Elementos Probatorios de responsabilidad

Confesión Eduardo Vengochea y Hernan Giraldo |

SITUACION FACTICA: EL DIA 29 DE JUNIO DE 2.000, LOS HERMANOS ALFREDO, ENDER Y GIOVANNI GONZALEZ PALMA SALIERON DE SU CASA UBICADA EN EL BARRIO LOS LAURELES DEL CORREGIMIENTO DE BONDA, Y ABORADRON UN VEHICULO NISSAN PATROL QUE VIAJAN PARA LA REGION DE GUACACA, CON EL OBJETO DE CONSEGUIR TRABAJO, CONOCIENDOSE QUE ESE MISMO DIA FUERON APREHENDIDOS POR HOMBRES ARMADOS PERTENECIENTES A ALAS AUTODEFENSAS DEL MAGDALENA Y LA GUAJIRA QUE OPEREBAN EN EL SECTOR Y BAJO EL SEÑALAMIENTO DE QUE ERAN INFORMANTES DE LA FUERZA PUBLICA, LOS CONDUJERON A LA VEREDA QUEBRADA, DONDE LOS MANTUVIERON AMARRADOS POR VARIOS DÍAS Y POSTERIORMENTE LES CAUSARON LA MUERTE Y SUS CUERPOS SEPULTADOS EN EL SECTOR. DESDE ESA FECHA SUS FAMILIARES NO TUVIERON NOTICIAS DE SU PARADERO. .

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| CONTROL TERRITORIAL (DESPOJO MATERIAL DE TIERRAS), SE DESCONOCE QUÉ PASÓ CON EL CUERPO, ENGAÑO | 124 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA DESPLAZAMIENTO FORZADO, INVASIÓ | 168. | ALONSO AGUIRRE SALAS | 8 DE JUNIO DE 1.991 | CORREMIENTO DE GUACHACA – SANTA MARTA | HERNAN GIRALDO | A. MEDIATO | Elementos Probataorios del hecho. Reg 90924 Carlos Aguirre Denun. penal Carlos Aguirre Documento de declaración de Posesion de Finca Ante |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | N DE TIERRAS (APROPIACIÓN DE TIERRAS) | | | | | | | notario. Partida de bautismo de Alonso Aguirre Sallas Identificacion Ani Alosno Aguirre Sallas. Informe de Policia Judicial de fecha 14 de julio de 2.010. Fotografia en vida de Alonso Aguirre Salas Elementos probatorio de responsabilidad Confesión Hernan Giraldo |
| SITUACION FACTICA: EL SEÑOR ALONSO AGUIRRE SALAS, HABIA ESTADO DETENIDO DURANTE 10 AÑOS, POR HABER ASESINADO A UNA | | | | | | | | |