# Exhibit 1(b)

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 346

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERSONA, LUEGO DE QUE ESTA LE OCASIONARA LA MUERTE A SU SEÑOR PADRE,  EN EL SECTOR DEL MERCADO PUBLICO DE LA CIUDAD DE SANTA MARTA Y ERA EL PROPIETARIO DE LA FINCA LA MESETA UBICADA EN LA VEREDA PERICO AGUAO DEL CORREGIMIENTO DE GUACHACA.CONOCIENDOSE QUE DURANTE EL TIEMPO QUE PERMANECIÓ  DETENIDO HOMBRES CERCANOS E INTEGRANTES DE LAS AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA QUE COMANDABA HERNAN GIRALDO SERNA, SE APODEREARON DE LA FINCA Y LUEGO DE QUE ESTE RECOBRARA SU LIBERTAD,  SALIO A CUMPLIR  UNA CITA EL DIA 8 DE JUNIO  DE 1.991, QUE LE HABIA PUESTO ALIAS IVAN,  PARA ENTREGARLE EL PREDIO,  PERO DESDE  ESA FECHA SU FAMILIA NO HA TENIDO NOTICIAS DE SU PARADERO Y ATRUBUYEN  SU DESAPARICION A MIEMBROS DEL GRUPO QUE COMANDABA HERNA   GIRALDO, QUIEN EN DILIGENCIA DE VERSIÓN LIBRE ACEPTA SU RESPOSABILIDAD EN EL HECHO, PERO ADUCE QUE ALONSO AGUIRRE SALAS  DEJÓ LA FINCA PORQUE DEBIA UNA PLATA A LA CAJA AGRARIA Y A UN SEÑOR ANCISAR ACEVEDO Y CUANDO SALIO DE LA CARCEL ANCISAR ESTABA POSEIDO DE LA FINCA YA LE HABIA INVERTIDO Y EL FUE AYUDARLES ARREGLAR EL PROBLEMA Y QUEDO QUE EL SEÑOR ANCISAR LE ENTREGABA LA FINCA CUANDO LE PAGARA LO ACORDADO,  SE ACORDO UN MILLON DE PESOS EN LAS MEJORAS QUE HABIA HECHO EL SEÑOR ANCISAR ACEVEDO Y ESTE  DIJO QUE SI HERNAN GIRALDO  ESTABA PRESENTE EN ESO,  DIJO QUE  PAGABA EL MILLON DE PESOS, PERO A LA HORA DE LA VERDAD NO PAGO Y DESPUES LO COGIERON EN LA REGIÓN POR ALIAS IVAN QUIEN SEGÚN SUS PALABRAS LE DIO DE BAJA Y POR ELLO ACEPTO SU RESPONSABILIDAD POR LINEA DE MANDO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS   POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.DESPLAZAMIENTO FORZADO PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTICULO 154 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 5 A 10 AÑOS. | | | | | | | | |
| CONTROL TERRITORIAL (ÁREA PARAMIITAR) , SE DESCONOCE QUE PASO CON EL CUERPO, ENGAÑO | 125 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA EXTORSIÓN | 169. | DEIRO EMILIO FORERO RAMOS | 11 DE ABRIL DE 2.000 | VEREDA MENDIHUACA CORREGIMIENTO DE GUACHACA SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATO A MEDIATO | Elementos Probatorios Sobre el hecho. Reg 254889 Deiro Forero Isa Reg 410594 Yadira Isaza Reg 336431 Tomas Forero Reg 194132 Margot Horlandy Denuncia Penal X desp |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Forz |
| | | | | | | | | Fotocopia CC Victima Directa |
| | | | | | | | | Registro de prensa |
| | | | | | | | | Elementos Probatorios sobre responsabilidad. |
| | | | | | | | | Confesión Hernan G Y Eduardo vengoechea |

SITUACION FACTICA. EL DIA 11 DE ABRIL DE 2.000, EL SEÑOR  DEIRO EMILIO FORERO RAMOS, QUIEN EJERCIA SU ACTIVIDAD DE TAXISTA EN LA CIUDAD DE SANTA MARTA, APROXIMADAMENTE A LAS DOS DE LA TARDE EN DESARROLLO DE SU LABOR REPORTÓ A LA CENTRAL DE RADIO DONDE SE ENCONTRABA AFILIADO,  QUE SE DIRIGIA A REALIZAR A UNA CARRERA A LA VEREDA MENDIHUACA DEL CORREGIMIENTO DE GUACHACA Y HABIENDO TRANCURRIDO UN TIEMPO  SIN QUE REGRESARA A SU CASA, SUS FAMILIARES   OPTARON  POR REALIZAR LA BUSQUEDA DE INFORMACIÓN QUE PERMITIERA CONOCER SU PARADERO SEGUN LOS FAMILIARES RECIBIERON LLAMADAS EN LAS QUE LES

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EXIGIERON DINERO PARA DARLE INFORMACIÓN Y TAN SOLO A LOS CUATROS DÍAS EL VEHICULO TAXI QUE CONDUCIA ESE DIA, FUE ENCONTRADO ABANDONADO EN LA CARRERETERA TRONCAL DEL CARIBE QUE CONDUCE AL DEPARTAMENTO DE LA GUAJIRA, DESCONOCIENDOSE LOS MOTIVOS Y LOS AUTORES DE LA DESAPARICIÓN, CUANDO EL POSTULADO HERNAN GIRALDO SERNA, EN UNA DE LAS VERSIONES LIBRE RENDIDA DENTRO DEL PROCESO DE JUSTICIA Y ACEPTÓ SU RESPONSABILIDAD POR LINEA DE MANDO, SEÑALANDO QUE EL HECHO FUE COMETIDO POR MIEMBROS DE LA ORGANIZACIÓN ILEGAL CONOCIDOS CON LOS ALIAS DE VENENO Y EL CALVO, QUIENES YA SE ENCUENTRAN FALLECIDOS. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. EXTORSION PREVISTO EN EL DERECTO LEY 100 DE 1.980 ARTICULO. 355.Modificado. Ley 40 de 1993 PENA 4 20 AÑOS DE PRISIÓN. (ARTICULO 163 LEY 599 2.000 EAXCCIONES Y CONTRIBUCIONES ARBITARIAS | | | | | | | | |
| CUARTA POLITICA: DESACATO AL REGIMEN DISCIPLINARIO DEL GRUPO – PRIMERA PRACTICA: CUERPO INHMADO EN FOSA COMPLETO | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO- CUERPO | 126 DESAPARICIÓN | 170. | SAMUEL PERALES BELEÑO | 21 DE ABRIL DE | VEREDA EL MAMEY CORREGIMIENTO DE | HERNAN GIRALDO | A.MEDIATO | Elementos Probatorios |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INHUMADO COMPLETO, FUERZA | FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | | 2.000 | GUACHACA SANTA MARTA MAGDALENA | NORBERTO QUIROGA<br><br>DANIEL GIRALDO IMP | A.MEDIATO<br><br>COAUTOR (PATRULERO) | Sobre el hecho.<br><br>1. Fotografía en Vida de Samuel Perales Beleño.<br><br>2. consulta ANI del sistema nacional de identificación de la Registraduría Nacional del Estado Civil donde se establece que el número de la cédula de ciudadanía de esta persona corresponde al 73.590.644, nacido el 1º de abril de 1.975 en el municipio de Barranco de Loba |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Bolívar.<br><br>3. Reporte del hecho presentado por su compañera permanente GLORIA ESPERZANZA GONZALEZ PRADO.<br><br>ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD DEL POSTULADO.<br><br>1. Diligencia de versión libre en donde el postulado DANIEL GIRALDO confiesa el |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 352

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | hecho. |
| | | | | | | | | 2. Diligencia de versión libre en donde el postulado NORBERTO QUIROGA confiesa el hecho. |
| | | | | | | | | 3. Informe de policía judicial |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR SAMUEL PERALES BELEÑO, ERA INTEGRANTE DEL GRUPO DE AUTODEFENSAS DEL BLOQUE RESISTENCIA TAYRONA, DONDE SE LE CONOCÍA CON EL ALIAS DE TRIBILIN, TENIA EL RANGO DE PATRULLERO Y SE ENCONTRABA BAJO EL MANDO DEL EX COMANDANTE DE LA ZONA URBANA DE GUACHACA DE NOMBRE WALTER TORRES LOPEZ. SE CONOCIO QUE EL DIA  20 DE ABRIL DE 2.000, ENCONTRANDOSE DE PERMISO EL SEÑOR SAMUEL PERALES BELEÑO SE TRASLADO A LA CIUDAD DE SANTA MARTA CON EL OBJETO DE  VISITAR Y DEJARLE DINERO A SU COMPAÑERA SENTIMENTAL QUE SE ENCONTRABA EN ESTADO DE EMBARAZO, QUIEN LO HACIA TRABAJANDO COMO RASPACHIN EN LA SIERRA NEVADA DE SANTA MARTA Y AL DIA SIGUIENTE 21

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 353

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DE ABRIL DE 2.000, CUANDO PRETENDÍA REGRESAR A LA BASE DE OPERACIONES DE LAS AUTODEFENSAS FUE RETENIDO POR HOMBRES ARMADOS QUIENES OBEDECIENDO ORDENES DE WALTER TORRES LOPEZ, LO CONDUJERON A OTRO SITIO DEL SECTOR DONDE LE DIERON MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR. DESDE ESA FECHA SUS FAMILIARES NO TUVIERON NOTICIA DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO- (INFILTRADO GUERRILLA), CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 127 DESAPARICIÓN FORZADA, EN PERSONA PROTEGIDA | 171. | EVER MANUEL GUERRA ARTEAGA | 26 DE MAYO DE 2.000 | VEREDA EL MAMEY CORREGIMIENTO DE GUACHACA – SANTA MARTA MAGDALENA | HERNAN GIRALDO  DANIEL GIRALDO  NORBERTO | MEDIATO  COAUTOR | Elementos Probatorios Sobre el hecho: 1. Fotografía en Vida de EVER MANUEL GUERRA ARTEAGA. 2. consulta ANI del sistema nacional de identificación de la Registraduría Nacional del Estado Civil, donde se establece que el número de la cédula de |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | QUIROGA | A MEDIATO | ciudadanía de esta persona corresponde al 85.474.444, nacido el 5 de mayo de 1.974 en el municipio de Arboletes Antioquia.<br><br>3. Reporte del hecho presentado por su señor padre MANUEL RAMON GUERRA PEÑA.<br><br>ELEMENTOS PROBATORIOS SOBRE LA RESPONSABILIDAD DEL POSTULADO.<br><br>1. Diligencia de versión libre en donde el postulado DANIEL GIRALDO confiesa el hecho.<br><br>2. Diligencia de versión libre en donde el postulado NORBERTO QUIROGA confiesa el hecho. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 355

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 3. Informe de policía judicial |
| SITUACION FACTICA SE TIENE DOCUMENTADO QUE EVER MANUEL GUERRA ARTEAGA, ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA ACMG, QUE COMANDABA HERNAN GIRALDO SERNA, DONDE ERA CONOCIDO CON EL ALIAS DEL HECHICERO, TENIA EL RANGO DE PATRULLERO Y HACIA PARTE DE LAS TROPAS QUE COMANDABA WALTER TORRES LOPEZ, QUIEN ORDENA CAUSARLE LA MUERTE A SU SUBALTERNO, AL SER ACUSADO DE SER INFILTRADO DE LA GUERRILLA, Y EN ACATAMIENTO DE ESA ORDEN, EL MISMO WALTER TORRES LOPEZ, ASDRUBAL CASTIBLANCO ALIAS CASCARA Y OTRO MIEMBRO DE LA ORGANIZACIÓN CONOCIDO CON EL ALIAS DE MARIO, EL DIA 26 DE MAYO DE 2.000, LO RETIENEN AL MOMENTO EN QUE SE DIRIGIA POR EL PUENTE LA CASACADA Y LO CONDUCEN A LA FINCA EL DIABLO UBICADA EN LA VEREDA CASA E TABLA DEL CORREGIMIENTO DE GUACHACA, EN DONDE LE CAUSAN LA MUERTE Y SU CUERPO SEPULTADO EN EL SECTOR, DESDE ESA FECHA SUS FAMILIARES, QUIENES AFIRMAN QUE LABORABA EN UNA FINCA UBICADA EN LA SIERRA NEVADA DE SANTA MARTA, NUNCA MAS SUPIERON DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DE DISCIPLINA DEL GRUPO, , CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 128 | 172. | ESTEFANY ORTIZ ANTON | 29 DE MAYO DE 2.004 | SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA JOSE GELVES NODIER | A.MEDIATO A MEDIATO A MEDIATO | Elementos Probatorio Sobre el hecho: Fotografía Victima |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 356

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | | | | | GIRALDO | A MEDIATO A MEDIATO A MEDIATO | Directa<br><br>Fotocopia CC Victima Directa<br><br>Reportes de Victimas Indirectas<br><br><br>Elemntos Probatorios sobre la Responsabilidad.<br><br>Confesión Eduardo Vengochea  y Hernan Giraldo |
| SITUACION FACTICA: SEGÚN VERSION SUMNISTRADA POR EL POSTULADO EDUARDO VENGOCEHEA MOLA, ALIAS EL FLACO, LA JOVEN ESTAFANY ORTIZ ANTON, ERA MIEMBRO ACTIVO DEL FRENTE RESISTENCIA TAYRONA, DONDE ERA CONOCIDA COMO LA INDIA Y  EJERCIA OFICIOS VARIOS EN LA RED URBANA DE SANTA MARTA. EN ESA LABOR SE MANTENIA CONSTANTEMENTE EN LOS BUSES WAYU QUE | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VIAJABAN AL DEPARTAMENTO DE LA GUAJIRA, Y POR MAL COMPORTAMIENTO INTERNO DENTRO DE LA ORGANIZACIÓN ILEGAL, RECIBIO UNA ORDEN DE LA URBANA DE SANTA MARTA  PARA QUE SE LE DIERA MUERTE EN EL SECTOR DE GUACHACA DONDE EL  EJERCIA COMO COMANDANTE,  EN VIRTUD DE ELLO STEFANY ORTIZ ANTON, EL DIA 29 DE MAYO DE 2.004,  FUE INTERCEPTADA POR MIEMBROS DEL GRUPO ARMADO,  EN LA CIUDAD DE SANTA MARTA Y CONDUCIDA EN UNA CAMIONETA DE PROPIEDAD DE ALIAS EL GUAJIRO HASTA LA ENTRADA  DE LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA, DONDE FUE RECIBIDA POR OTRO GRUPO DE HOMBRES ADSCRITOS A LA ZONA URBANA DE GUACHACA, CONOCIDOS CON LOS ALIAS DE CHISPA DE NOMBRE YOVANI AGAMEZ FELICIANO, ALIAS LOCO CHAN, YEGUA, PALOMO Y EL GUAJIRO, QUIENES LA CONDUJERON  HASTA EL SECTOR DE LA QUEBRADA DE RIO VIEJO, EN DONDE EL SUJETO CONOCIDO COMO EL GUAJIRO LE CAUSÓ LA MUERTE CON DOS DISPAROS DE ARMA DE FUEGO Y SU CUERPO SEPULTADO EN ESE MISMO LUGAR, CONOCIENDOSE QUE ALIAS CHISPAS  FUE EL ENCARGADO DE CAVAR EL HUECO DONDE SU CADAVER SE INHUMÓ. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA  SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DE DISCIPLINA DEL GRUPO, , CUERPO INHUMADO EN FOSA | 129 DESAPARICION FORZAD | 173. | OSWALDO ANTONIO MONTERRO SA | 11 DE JUNIO DE 2.004 | VEREDA PARRANDA SECA- CORREGIMIENTO DE | HERNAN GIRALDO | A.MEDIATO | Elementos Probatorios |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| COMPLETO, FUERZA | A, HOMICIDIO EN PERSONA PROTEGIDA | | CHAMORRO | | SIBERIA- CIENAGA MAGDALENA | JOSE GELVES<br><br>NORBERTO QUIROGA<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO | sobre el hecho<br><br>1.- Fotografía de la víctima<br><br>2.-Fotocopia  Cédula de Ciudadanía<br><br>3.-Informe de estudios antropológicos de restos óseos<br><br>4. Acta diligencia de Exhumacion de Cadaver<br><br>5.Certificado de defunción<br><br>Reporte de victimas<br><br><br>Elementos probatorio |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | de responsabilidad<br><br>Confesión de Norberto Quiroga y Hernan Giraldo Serna |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL JOVEN OSWALDO ANTONIO MONTERROSA CHAMORRO, ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA QUE OPERABA EN EL SECTOR DEL CORREGIMIENTO DE MINCA, MUNICIPIO DE SANTA MARTA,  DONDE SE LE CONOCIA CON EL ALIAS DE MURCIELAGO,  TENIA EL RANGO DE PATRULLERO Y SE ENCONTRABA ADSCRITO AL GRUPO QUE COMANDABA CARLOS EDWIN MONTEJO VITOLA ALIAS 90, QUIEN ORDENO  QUE SE LE DIERA MUERTE POR COMETER ACTOS DE INSUBORDINACIÓN DENTRO DEL GRUPO Y CONSUMO DE VICIO Y EN CUMPLIMIENTO DE LA ORDEN LOS SUJETOS CONOCIDOS CON LOS ALIAS DE RAMIREZ O 20 Y ALIAS  HICLI,  LO RETUVIERON EN EL SECTOR Y TRASLADADO HASTA LA VEREDA PARRANDA SECA EN DONDE LE OCASIONARON LA MUERTE Y SU CUERPO SEPULTADO EN UNA FOSA COMUN Y EN CUMPLIMIENTO DE UNO DE LOS COMPROMISOS ADQUIRIDOS CON EL PROCESO DE JUSTICIA Y PAZ, LOS POSTULADOS SUMNISTRARON LA INFORMACIÓN DE LA UBICACIÓN DE LA FOSA QUE PERMITIO QUE LA FISCALIA 176 DE LA FISCALIA PRACTICARA DILIGENCIA DE EXHUMACIÓN EL DÍA 29 DE SEPTIEMBRE DE 2.009, ENCONTRANDO LOS RESTOS OSEOS, LOS CUALES LUEGO DE IDENTIFICARSE A TRAVES DE COTEJOS GENETICOS FUERON ENTREGADOS A SUS FAMILIARES EL DÍA  20 DE DICIEBRE DE 2.012 EN LA CIUDAD DE SANTA MARTA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DE DISCIPLINA DEL GRUPO, , CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 130 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO | 174. | ELVIS MONTERO RUEDA | 27 DE JULIO DE 2.004 | CORREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | HERNAN GIRALDO<br><br>AFRANIO REYES<br><br>NORBERTO QUIROGA<br><br>JOSE GELVES<br><br>NODIER GIRALDO | A.MEDIATO<br><br>A.MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO<br><br>A MEDIATO | Elemntos Probatorios sobre el hecho:<br><br>1.- Fotografía de la víctima<br><br>2.- Imagen de la vereda Chimborazo<br><br>3.-Registro civil de nacimiento<br><br>4.-Certificación sobre |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | expedición de Cédula de Ciudadanía |
| | | | | | | | | 5.-Fotocopia de carátula de Radicado No.84058 |
| | | | | | | | | 6.- Formato de persona desaparecida |
| | | | | | | | | 7.-Informe de estudios antropológicos de restos óseos |
| | | | | | | | | 8.-Certificado de defunción |
| | | | | | | | | 9.-Reporte de hecho |
| | | | | | | | | 10-Informe de Policía Judicial |
| | | | | | | | | Elementos probatorios de responsabilidad |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 11. Confesión de Norberto Quiroga, Afranio Reyes y Hernan Giraldo. |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE ELVIS MONTERO RUEDA,  ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA QUE OPERABA EN EL SECTOR DE CHIMBORAZO DEL CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIENAGA MAGDALENA,  DONDE , TENIA EL RANGO DE PATRULLERO, SE CONOCÍA CON EL ALIAS DEL CULEBRO Y SE ENCONTRABA BAJO LAS ORDENES DE AFRANIO JOSE REYES MARTINEZ, ALIAS 81, QUIEN CUMPLIENDO EL MANDADTO DEL PRIMER COMANDANTE MILITAR DE NOMBRE EDGAR CORDOBA TRUJILLO ALIAS 5.7, QUIEN ORDENO SU MUERTE POR  CONSUMO REITERADO DE VICIO, EL DIA 27 DE JULIO DE 2.004, LO RETUVO EN EL SECTOR DE CHIMBORAZO, CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIENAGA MAGDALENA,  DONDE TENIAN LA BASE DE OPERACIONES Y POSTERIORMENTE LE CAUSO LA MUERTE CON DISPARO DE FUSIL Y SU CUERPO SEPULTADO EN EL SECTOR.   LA FISCALÍA REALIZÓ LA DILIGENCIA DE EXHUMACIÓN  EL DÍA 02 DE NOVIEMBRE DE 2.006, EN LA VEREDA LOURDES  DEL CORREGIMIENTO DE SIBERIA, UNA VEZ REALIZADO LOS ESTUDIOS Y COTEJOS PERTINENTES SE ESTABLECIÓ LA PLENA IDENTIDAD Y LOS RESTOS FUERON ENTREGADOS A SUS FAMILIARES EL DÍA 16 DE FEBRERO DE 2.008 EN SANTA MARTA. A RAIZ DEL HECHO LA SEÑORA M,ADRE  DE ELVIS MONTERO ASEGURA SE DESPLAZO DE SU SITIO DE RESIDENCIA.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000,

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL  ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. DESPLAZAMIENTO FORZADO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 159  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO CUERPO INHUMADO EN FOSA COMPLETO – FUERZA | 131 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 175. | JOSÉ DEL CARMEN PÁJARO PIÑERES | 23 DE MAYO DE 2.001 | VEREDA QUEBRADA DEL SOL GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATOS | Elementos probatorios sobre el hecho. Reporte de Victimas Indirectas Elementos Probatorios de responsabilidad. Confesion de Norbeto |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 364

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Quiroga Poveda y Herna Giraodo Serna. |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE JOSE DEL CARMEN PAJARO PIÑERES, ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA ACMG, QUE COMANDABA HERNAN GIRALDO SERNA, DONDE ERA CONOCIDO CON EL ALIAS DE CARTAGENA TENIA EL RANGO DE PATRULLERO Y HACIA PARTE DE LAS TROPAS QUE COMANDABA NORBERTO QUIROGA POVEDA, QUIEN ORDENA CAUSARLE LA MUERTE POR VIOLAR EL REGIMEN DISCIPLINARIO DEL GRUPO, EN CUANTO SE LE ACUSÓ DE HABERSE APROPIADO DE UNA SUMA DE DINERO QUE LE FUE ENTREGADA POR NORBERTO QUIROGA PARA QUE EN LOS DIAS DE PERMISO QUE LE FUE OTORGADO LE COMPRARA UNOS PRODUCTOS DE ASEO PERSONAL, PERO ESTE NO ENTREGO LOS PRODUCTOS NI DEVOLVIÓ EL DINERO, RAZÓN POR LA CUAL EN ACATAMIENTO DE ESA ORDEN, EL DIA 21 DE MAYO DE 2.003, MIEMBROS DEL GRUPO LO RETUVIERON EN EL CORREGIMIENTO DE GUACHACA Y POSTERIORMENTE LE CAUSARON LA MUERTE SEPULTANDO SU CUERPO EN UNA FOSA COMUN. DESDE ESA FECHA SUS FAMILIARES QUE TENIAN PLENO CONOCIMIENTO DE SU INCORPORACIÓN AL GRUPO ARMADO ILEGAL NO TUVIERON NOTICIA DE SU PARADERO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESACATO AL RÉGIMEN DE DISCIPLINA DEL GRUPO, CUERPO INHUMADO EN FOSA COMPLETO, FUERZA | 132 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA | 176. | JULIO RAFAEL LLANOS PAEZ | 12 DE ABRIL DE 2.004 | VEREDA LA ZETA CORRREGIMIENTO DE SIBERIA- CIENAGA MAGDALENA | HERNAN GIRALDO  NORBERTO QUIROGA  JOSE GELVES A  NODIER GIRALDO | A.MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Elementos probatorios sobre el hecho.  Reporte de Victimas Indirectas  Elementos Probatorios de responsabilidad  Confesion de CARLOS ORTIZ RODRIGUEZ, Norbeto Quiroga Poveda y Herna Giraodo Serna. |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL JOVEN JULIO RAFAEL LLANOS PAEZ, SALIO DEL MUNICIPIO DE FUNDACION

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| MAGDALENA, EL DIA 12 DE ABRIL DE 2.004,  ACOMPAÑADO DEL SEÑOR JAVIER MARTINEZ BARRIOS,  QUIEN MANIFESTÓ QUE LE HABIA CONSEGUIDO TRABAJO EN LA CIUDAD DE SANTA MARTA Y DESDE ESA FECHA SUS FAMILIARES NO SUPIERON MAS DE SU PARADERO, CONOCIÉNDOSE QUE JULIO RAFAEL LLANOS PAEZ INGRESO AL GRUPO DE AUTODEFENSAS DEL BLOQUE RESISTENCIA TAYRONA, EN EL SECTOR DE LA VEREDA LA ZETA DEL CORREGIMIENTO DE SIBERIA DEL MUNICPIO DE CIENAGA MAGDALENA Y QUE FUE  DESAPARECIDO POR ESE MISMO GRUPO ARMADO ILEGAL  POR DESACATO A LAS REGLAS DEL GRUPO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO CUERPO INHUMADO EN FOSA COMPLETO, - FUERZA | 133 DESAPARICIÓN FORZADA Y HOMICIDIO EN PERSONA. | 177. | ÁLVARO ENRIQUE PÉREZ JURADO | 3 DE ABRIL DE 1.998 | SANTA MARTA | HERNAN GIRALDO | A. MEDIATO | Elementos probatorios sobre el hecho.

Reg 344097  Maria Jurado |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Registro Civil Ncimiento Alvaro Perez Jurado |
| | | | | | | | | Copia CC Alvaro Perez J |
| | | | | | | | | Fotgrafía Alvaro Perez J |
| | | | | | | | | Escrito empresa Acropilis donde Laboraba Alvaro Perez |
| | | | | | | | | Elelemntos Probatorios de Responsabilidad |
| | | | | | | | | Confesión Luis Barreto Mezxa y de Hernan Giraldo serna |

SITUACION FACTICA: EL DIA 3 DE ABRIL DE 1998, ALVARO ENRIQUE PEREZ JURADO, QUIEN RESIDÍA EN LA CIUDAD DE SANTA MARTA, SALIO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DE SU VIVIENDA APROXIMADAMENTE A LAS SEIS DE LA MAÑANA INFORMANDOLE A SU  SEÑORA MADRE QUE IBA A SER UN MANDADO Y QUE MAS TARDE REGRESARIA, TRASLADANDOSE A LA CASA DE ALIAS PACHO  MUSO, DE NOMBRE JAIRO ANTONIO MUSO TORRES, QUIEN EN ESE ENTONCES FUNGIA COMANDANTE MILITAR DE LAS AUTODEFENSAS  CAMPESINAS DEL MAGDALENA Y LA GUAJIRA,  DE LA CUAL TAMBIEN HACIA PARTE ALVARO ENRIQUE PEREZ JURADO, DONDE ERA CONOCIDO CON EL ALIAS DE PITO Y AL LLEGAR A LA VIVIENDA EN ELLA SE ENCONTRABAN LOS SUJETOS CONOCIDOS CON ALIAS FRANKLIN DE NOMBRE LUIS ANTONIO BARRETO MEZA, ALIAS PITILLO Y EL GRUPO DE ESCOLTAS DE PACHO MUSO QUIEN HABIA RECIBIDO QUEJAS QUE ALIAS PITO HABIA ASESINADO A UNA PERSONA POR DINERO, POR LO CUAL PACHO MUSO ORDENO QUE LO INGRESARAN AL PATIO DE LA CASA,  DONDE  ES  MANTENIDO AMARRADO HASTA HORAS DEL MEDIO DIA, QUE LLEGA UN VEHICULO AUTOMOVIL SPRINT,  DONDE IBA ALIAS KIKE, QUIEN SE BAJA Y LO SUBE POR LA FUERZA AL VEHICULO Y SE LO LLEVAN  CON RUMBO DESCONOCIDO ENCARGANDOSE ALIAS KIKE DE DESAPARECERLO. DESDE ESA FECHA SUS FAMILIARES NO TUVIERON NOTICIAS DE SU PARADERO | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| | 134 DESAPARICION FORZAD | 178. | RIGOBERTO ORTIZ GUZMÁN | 23 DE MAYO DE | VEREDA LA LISA CORREGIMIENTO BONDA  - SANTA | HERNAN GIRALDO | A. MEDIATO | Elementos Probatoprios Sobre el |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO(INFORMACIÓN AL GRUPO ENEMIGO BLOQUE NORTE) - CUERPO INHUMADO COMPLETO-ENGAÑO | A, HOMICIDIO EN PERSONA PROTEGIDA. | | | 2.001 | MARTA | NORBERTO QUIROGA | A. MEDIATO | Hecho<br><br>1.- Fotografía de la víctima<br><br>2. Reporte de Victimas Indirectas.<br><br>Elementos Probatorios de responsabilidad:<br><br>Confesión YOVANY AGAMEZ FELICIANO (CHISPAS) y<br><br>Herna  Giraodo |

SITUACION FACTICA EL DIA 23 DE MAYO DE 2.001,  APROXIMADAMENTE A LAS 12.30 DEL MEDIO, EL SEÑOR RIGOBERTO ORTIZ GUZMAN, QUIEN ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS DEL MAGDALENA Y LA GUAJIRA, DONDE ERA CONOCIDO COMO CALARCA, RECIBIO UNA LLAMADA TELEFONICA AL MOMENTO EN QUE SE ENCONTRABA EN SU CASA DE HABITACIÓN EN LA CIUDAD DE SANTA MARTA,

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ACOMPAÑADO DE SU ESPOSA, A QUIEN LE COMUNICÓ QUE IBA SALIR PARA CUMPLIR UNA CITA QUE LE HABIAN HECHO Y QUE IBA EN UNA MOTO CON OTRO MIEMBRO DEL GRUPO CONOCIDO CON EL ALIAS DE PIPE, DE NOMBRE GILBERTO JESUS SOTO RINCON,  QUIEN EN EFECTO SE ENCARGO  DE CONDUCIRLO HASTA EL SECTOR DE LA  LISA DEL CORREGIMIENTO DE BONDA DONDE SE ENCONTRABA EL COMANDANTE NORBERTO QUIROGA POVEDA Y ALIAS MONO LECHE, Y ALLI FUE RECIBIDO POR  LOS SUJETOS CONOCIDOS CON  LOS ALIAS DE PATILISO Y LA BRUJA, QUIENES LO LLEVABAN PARA QUE HABLARA CON EL COMANDANTE  Y EN ESE MOMENTO LE PROPINARON VARIOS DISPAROS CON ARMA DE FUEGO QUE LE CAUSARON LA MUERTE Y SU CUERPO ES RECOGIDO POR ALIAS CHICHARRA, PAJARO, AREPA, CABECITA Y ENRIQUE YOVANI AGAMEZ FELCIANO, ALIAS CHISPAS, QUIENES SE ENCARGAN DE HACER EL HUECO Y SEPULTARLO EN ESE MISMO SECTOR. LOS MOVILES QUE ADUJERON EN SU MOMENTO LOS CAOMANDANTES DE LAS ACMG NORBERTO QUIROGA Y ALIAS MONO LECHE, SE CONTRAEN AL HECHO DE QUE  RIOGOBERTO ORTIZ GUZMAN, ERA UNO DE LOS ORGANIZADORES DE LA RED URBANA DE LAS ACMG  EN SANTA MARTA Y LA VEZ ERA INFITRADO DEL GRUPO DE LOS CASTAÑO A QUIEN LES SUMINISTRABA INFORMACIÓN. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO- CUERPO INHUMADO COMPLETO- | 135 DESAPARICION | 179. | JOSÉ GREGORIO LÓPEZ BUSTAMEN | 8 DE MAYO DE 2.002 | VEREDA GIROCASACA | HERNAN GIRALDO | A. MEDIATO | Elementos Probatorios |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 371

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ENGAÑO | FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO | 180. | TE<br><br>JESÚS ALFONSO VELA LÓPEZ | | CORREGIMIENTO DE BONDA SANTA MARTA  MAGDALENA | ADAN ROJAS<br><br>NORBERTO QUIROGA<br><br>NODIER GIRALDO | A MEDIATO<br><br>A MEDIATO | sobre el Hecho.<br><br>- Fotografía de  los desaparecidos<br>- Reporte de as victimas indirectas<br><br>Elementos  probatorios de responsabilidad.<br>Confesión Adan Rojas Mendoza, hernan Giraldo |

SITUACION FACTICA. EL DÍA 7 DE MAYO DE 2.002 EL SEÑOR JOSÉ GREGORIO LOPEZ BUSTAMANTE, SE ENCONTRABA EN SU CASA UBICADA EN EL BARRIO DON JACA CUANDO RECIBIÓ LA VISITA DE UNA PERSONA DE NOMBRE ALEX, QUE LE MANIFESTÓ QUE LO NECESITABA PARA UN TRABAJO EN EL SECTOR DE MINCA Y AL DÍA SIGUIENTE,  LA MISMA PERSONA LLEGÓ A LA CASA LO CONVIDÓ Y SALIERON. SE CONOCIÓ QUE  LOS SEÑORES JESUS VELA LOPEZ Y JOSÉ GREGORIO LOPEZ, ESPERARON EN UNA TIENDA, UBICADA CERCA AL CEMENTERIO DE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| GAIRA, A DONDE LOS RECOGIÓ UN VEHICULO AUTOMOTOR EN DONDE SE MOVILIZABAN VARIOS HOMBRES PERTENECIENTES AL FRENTE RESISTENCIA TAYRONA Y LOS CONDUJERON  HASTA EL SECTOR DE GIROCASACA DEL  CORREGIMIENTO DE BONBDA, DONDE EL COMANDANTE URBANO ADAN ROJAS MENDOZA TENÍA UNA BASE DE OPERACIONES, QUIEN HABÍA DADO LA ORDEN DE ASEINARLOS, PORQUE HACIENDO PARTE DEL GRUPO, LAS VICTIMAS ESTABAN CONFORMANDO UNA BANDA DELINCUENCIAL EN EL SECTOR DE DON  JACA Y EN CUMPLIMIENTO DE LA ORDEN,  HOMBRES BAJO SU MANDO, UNA VEZ LO RECIBEN EN EL CORREGIMIENTO DE BONDA,  LE OCASIONAN LA MUERTE Y SUS CUERPOS SEPULTADOS EN  ESE MISMO SECTOR.DESDE ESA FECHA SUS FAMILIARES DESCONOCEN  SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:<br><br>DESAPARICION FORZADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO,   PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DE DISCIPLINA DEL GRUPO, CUERPO INHUMADO EN FOSA COMPLETO, ENGAÑO | 136 DESAPARICION FORZADA, HOMICIDIO EN PERSONA | 181. | LEONARDO FABIO FONSECA MUÑOZ(17 AÑOS) | 31 DE ENERO DE 2.002 | CORREGIMIENTO SIBERIA CIENAGA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA NODIER | A.MEDIATO | Eleemntos Probatorios sobre el Hecho. |
| | | 182. | FERNANDO DE JESUS | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 373

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA, EN HOMOGENEO CONCURSO SUCESIVO | | ALEMAN | | | GIRALDO<br><br>AFRANIO REYES | A.MEDIATO<br><br>A MEDIATO<br><br>COAUTOR (MATERIAL) | Reporte de Victimas Indirectas<br><br>Ellementos Probatorios de responsabilidad<br><br>Confesión Arlesay Nieto Babativa<br><br>Confesión Norberto Quiroga<br><br>Confesion Hernan Giraldo Serna<br><br>Confesion Afranio Reyes |
| SITUACION FACTICA. SE TIENE DOCUMENTADO QUE EL JOVEN LEONARDO FABIO FONSECA MUÑOZ, QUIEN ERA CONOCIDO DESDE NIÑO CON EL ALIAS DE PIEL ROJA,  ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA QUE OPERABA EN EL SECTOR DEL CORREGIMIENTO DE SIBERIA, MUNICIPIO DE CIENAGA MAGDALENA, HABIA INGRESADO A LAS FILAS DEL GRUPO ILEGAL A LA | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 374

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

EDAD DE 15 AÑOS, CUANDO LE INFORMO A SU SEÑORA MADRE QUE SE IBA A TRABAJAR A LA SIERRA NEVADA DE SANTA MARTA, EN LA RECOLECCION DE CAFÉ. AL INTERIOR DEL GRUPO SE LE CONOCIA DE IGUAL MANERA CON EL ALIAS DE PIEL ROJA,  TENIA EL RANGO DE PATRULLERO Y SE ENCONTRABA ADSCRITO A LA MOVIL DE CONTRAGUERRILLA QUE ERA COMANDADA POR ALIAS DOBLE UNO EN LA REGION DE LA ZETA   Y RAIZ DE LOS ACTOS DE INDISCIPLINA POR EL CONSUMO REITERADO DE VICIO,   FUE TRASLADADO INTENCIONALMENTE JUNTO CON OTROS PATRULLEROS QUE HABIAN COMETIDO DISTINTAS FALTAS,  AL SECTOR DE CHIMBORAZO PARA INTEGRAR LA ESCUADRA A CARGO DE AFRANIO JOSE REYES MARTINEZ, ALIAS 81, QUIEN SE ENCARGARIA DE DARLE MUERTE,   EN CUMPLIMIENTO DEL MANDATO QUE LE HABIA OTORGADO EL PRIMER COMANDANTE MILITAR DE NOMBRE EDGAR CORDOBA TRUJILLO ALIAS 5.7, QUIEN LO HABIA DELEGADO COMO COMANDANTE DE LIMPIEZA AL INTERIOR DEL GRUPO Y ENCONTRANDOSE YA EN LAS FILAS DE AFRANIO REYES MARTINEZ, PARA EL AÑO 2.003, CUANDO SE ENCONTRABAN PATRULANDO,  ALIAS 8.1, CON MONO CANARIO DE NOMBRE LUIS FERNANDO MEZA MATA,  DIERON LA ORDEN DE SEPARAR EL GRUPO DE PATRULLEROS, DESVIANDO A LEONARDO FABIO FONSECA, HACIA UN CAMINO  EN DONDE FUE RETENIDO Y DESARMADO Y LUEGO TRASLADADOS A UN SECTOR EN DONDE LE OCASIONAN LA MUERTE CON DISPAROS DE FUSIL Y PROCEDEN A SEPULTAR SU CUERPO EN ESE MISMO LUGAR.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:

DESAPARICION FORZADA AGRAVADA  EN CONCURSO HOMOGENEO SUCESIVO  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. AGRAVADA POR EL NUMERAL 3 DEL ARTICULO 166 POR CUANTO UNA DE LAS VICTIMAS ERA MENOR DE 18 AÑOS LO QUE AUMENTA LA PENA 30 A 40 AÑOS DE PRISION.   EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000,  SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 375

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESACATO AL RÉGIMEN DE DISCIPLINA DEL GRUPO, CUERPO INHUMADO EN FOSA COMPLETO, ENGAÑO | 137 DESAPARICION FORZADA, HOMICIDIO EN PERSONA PROTEGIDA, EN CONCURSO HOMOGENEO SUCESIVO | 183 | JEISON PINTO CAMPO | 1 DE JUNIO DE 2.003 | VEREDA QUEBRADA DEL SOL- CORREGIMIENTO DE GUACHACA- SANTA MARTA MAGDALENA | HERNAN GIRALDO  DANIEL GIRALDO  JOSE GELVES  NORBERTO QUIROGA  NODIER GIRALDO | A.MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO  A MEDIATO | Elementos Probatorios sobre el Hecho.  Reporte de Victimas Indirectas  Informe Policia judicial  Elementos probatorios sobre resosabilidad.  Confesión Daniel Giraldo |
| | | 184. | ANTONIO SEGUNDO HERAZO MEJIA | | | | | |
| | | 185. | HERNANDO ANTONIO MEDINA | | | | | |
| | | 186. | WALTER OSVALDO DIAZ DIAZ | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Confesión   Norberto Quiroga  Confesion   Hernan Giraldo Serna |

**SITUACION FACTICA**

SE TIENE DOCUMENTADO QUE LOS SEÑORES WALTER DIAZ,  ANTONIO SEGUNDO HERAZO Y JEISON PINTO CAMPO, ERAN MIEMBROS DEL FRENTE RESISTENCIA TAYRONA DE LAS AUTOFENSAS, Y HACIAN PARTE DE UNA ESCUADRA QUE OPEREBA EN EL SECTOR DE LA VEREDA QUEBRADA DEL SOL,  COMPUESTA APROXIMADAMENTE POR 10 A 12 HOMBRES Y ERA COMANDADA POR WALTER DIAZ, QUIEN ERA CONOCIDO EN LA ORGANIZACIÓN CON EL APODO DEL CAMALEON.  PERO A LAS AUC, CONCRETAMENTE A DANIEL GIRALDO CONTRERAS, QUIEN EN ESE ENTONCES COMANDABA LA SEGURIDAD DE HERNAN GIRALDO SERNA, LE LLEGÓ LA INFORMACIÓN QUE LOS MIEMBROS DE ESA ESCUADRA, ESTABAN PLANEANDO UN ATENTADO EN CONTRA DE EL Y DE SU  PADRE O BIEN PARA ENTREGARLOS A LA POLICIA ANTINARCOOTICOS, POR LO CUAL JUNTO CON LOS COMANDANTE NORBERTO QUIROGA Y EDGAR CORDOBA TRUJILLO,  PROCEDIERON A ESTUDIAR Y EVALUAR LA INFORMACION DADA POR DOS DE SUS MIEMBROS A QUIENES ESTAS PERSONAS LE HICIERON LA PROPUESTA Y LE HABÍAN SEGUIDO LA CORRIENTE, PERO ESTOS LE  INFORMARON A ELLOS LO QUE SE PRENDIA HACER. DICHOS COMANDANTES ACORDARON QUE LOS INTEGRANTES DE LAS ESCUADRA SE LES DEBÍA REUNIR EN UN SITIO EN DONDE SE IBA A SIMULAR UN COMBATE CON LA GUERRILLA,  Y EN ESE ORDEN PROCEDIERON A DARLE MUERTE A TODOS SIN EXCEPCIÓN Y SUS CUERPOS SEPULTADOS EN EL SECTOR. EL RESTO DE LAS VICTIMAS AUN NO HAN SIDO INDETIFICADAS EN TANTO LOS FAMILIARES DE WALTER DIAZ Y DE ANTONIO JOSE HERAZO, QUIENES  SABÍAN QUE ERAN MIEMBROS DE LA ORGANIZACIÓN ILEGAL, DESDE ESA FECHA  NO SUPIERON DE SU PARADERO.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: DESAPARICION FORZADA EN CONCURSO HOMOGENEO SUCESIVO PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO SUCESIVO, PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| SEGUNDA PRACTICA: CUERPO INHMADO EN FOSA DESMEMBRADO | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO- CUERPO INHUMADO DESMEMBRADO- FUERZA | 138 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA PROTEGIDA,ACTOS DE | 187. | DULIS ALBERTO ARAUJO RAPELO. | 1º DE OCTUBRE DE 2.001 | VEREDA RIO PIEDRA CORREGIMIENTO BONDA - SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATO A MEDIATO | Elementos Probatorios del hecho Reporte de Victimas Indirectas Informe de Policia Judicial |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 378

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | BARBARIE 599/2.000. | | | | | | | Elementos Probatorios de responsabilidad Confesión Ever Caicedo Perez Confesión Eduardo Vengochea Confesion Hernan Giraldo Serna |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR DULIS ALBERTO ARAUJO RAPELO, ERA MIEMBRO ACTIVO DEL GRUPO DE AUTODEFENSAS DEL FRENTE RESISTENCIA TAYRONA QUE OPERABA EN EL SECTOR DEL CORREGIMIENTO DE GUACHACA, DONDE TENIA EL RANGO DE PATRULLERO, CONOCIENDOSE QUE AL COMANDANTE PARAMILITAR DE NOMBRE NORBERTO QUIROGA POVEDA, ALIAS 5.5, LE LLEGÓ LA INFORMACIÓN DE PARTE DEL MONO GIRALDO, QUE ESTA PERSONA HABIA ENTREGADO DATOS DE LA ORGANIZACION ILEGAL QUE ESTABA PROHIBIDO ENTREGAR, RAZON POR LA CUAL DIO LA ORDEN A UN MIEMBRO DEL GRUPO CONOCIDO CON EL ALIAS DE PATILISO PARA QUE LE DIERA MUERTE Y EN ESOS EFECTOS UN DIA DEL MES DE OCTUBRE DE 2.001, PATILISO CONVIDÓ A EVER CAICEDO PEREZ, PARA QUE LO ACOMPAÑARA A EJECUTAR EL HECHO, CONFIANDOLE LOS MOTIVOS QUE EL COMANDANTE TUVO PARA DAR LA ORDEN Y PROCEDEN A DIRIGIRSE AL SECTOR DE PIEDRAS BLANCAS EN LA, VEREDA DE RIO PIEDRA, DEL CORREGIMIENTO DE BONDA DONDE OPERABA LA ESCUADRA COMANDADA POR ALIAS PITER, EN CUYAS FILAS DULIS AURAUJO, SE ENCONTRABA ASIGNADO. ALLI LE COMUNICAN AL COMANDANTE LA MISIÓN QUE IBAN A REALIZAR, LUEGO DE LO CUAL PROCEDEN A RETENERLO Y PATULISO LE DISPARAN CON UN ARMA

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 379

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DE FUEGO TIPO FUSIL  Y REMATADO LUEGO CON UNA PISTOLA POR EVER CAICEDO PEREZ Y PROCEDEN A DESMEMBRARLO Y ENTERRARLO EN ESE MISMO SECTOR, CONOCIENDOSE QUE DULIS ARAUJO RAPELO, HABIA SDIO CRIADO POR UNA SEÑORA DE NOMBRE SONIA, QUIEN ATENDIA EL CASINO DE LOS TRABAJADORES  DE LA ORGANZACIÓN ILEGAL UBICADO EN LA FINCA GIROCASA, PERO NO HACIA PARTE DE LA AGRUPACION, QUIEN CONSTANTEMENTE  PREGUNTABAN POR ÈL, PERO LOS PARAMILITARES LE DIECIAN QUE LO HABIAN TRASLADADO PARA EL DEPARTAMENTO DE  LA GUAJIRA, EN TANTO SU COMPAÑERA PERMANENTE, QUIEN AFIRMA QUE SU MARIDO ERA TRABAJADOR  DE UNA FINCA DE HERNAN GIRALDO RECOGIENDO CAFÉ,  DESDE ESA FECHA NO HA TENIDO  NOTCIAS DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS:  DESAPARICION FORZADA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. ACTOS DE BARBARIE PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTICULO 145  DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 15 AÑOS | | | | | | | | |
| ==TERCERA PRACTICA:  CUERPO ARROJADO AL RIO / MAR== | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO- CUERPO ARROJADO COMPLETO AL MAR, FUERZA | 139 DESAPARICIÓN FORZADA, | 188. | ÁLVARO ANTONIO BEJARANO RODRÍGUE | 9 DE JULIO DE | CORREGIMIENTO DE GUACHACA SANTA MARTA MAGDALENA | HERNAN GIRALDO  NORBERTO | A.MEDIATO  A | Elementos Probatorios |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | AGRAVADA HOMICIDIO EN PERSONA PROTEGIDA | | Z | 2.000 | | QUIROGA | MEDIATO | sobre el hecho<br><br>Registro fotográfico de la víctima en vida y registro fotográfico del lugar de los hechos.<br><br>- Video clips con la narración de las victimas indirectas sobre el hecho.<br><br>Reporte de las victmas Indirectas.<br><br>Informe de Policía Judicial rendido por los |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Investigadores adscritos al despacho de la Fiscalía Novena de fecha 15 de noviembre de 2008.<br><br>Elementos Probatorios de Responsabilidad:<br><br>Confesion de Omar Ochoa y Hernan Giraldo Serna |

SITUACION FACTICA: EL DÍA 29 DE JULIO DE 2000, EN HORAS DEL MEDIODÍA EL JOVEN ALVARO ANTONIO BEJARANO RODRIGUEZ, CONOCIDO COMO LA GOMELA Y QUIEN HACIA PARTE DEL GRUPO DE AUTODEFENSAS ACMG , SE ENCONTRABA EN UN RESTAURANTE DEL BALNEARIO CONOCIDO COMO LAS CABAÑAS DE BURITACA, CUANDO SE LE ACERCARON DOS (2) SUJETOS, CONOCIDOS POR SER MIEMBROS DE LAS AUTODEFENSAS QUE DELINQUÍAN EN EL SECTOR, LOS CUALES LO INTIMIDARON CON ARMAS DE FUEGO DE CORTO ALCANCE,

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 382

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PROCEDIERON A AMARRARLO DE LAS MANOS Y LOS SUBIERON A UN VEHÍCULO AUTOMOTOR TIPO CAMIONETA DE ESTACAS, SACÁNDOLO DEL SECTOR Y PROCEDIERON A DARLE MUERTE EN EL SITIO CONOCIDO COMO EL CERRO DE LOS MUCHACHITOS ARROAJADO A LAS PROFUNDIDADES DEL MAR. DESDE ESA FECHA SUS FAMILIARES NO TUVIERON CONOCIMIENTO DE SU PARADERO. | | | | | | | | |
| CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS: | | | | | | | | |
| DESAPARICION FORZADA AGRAVADA PREVISTO EN EL LIBRO SEGUNDO, TITULO III, CAPITULO PRIMERO ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS. AGRAVADA POR EL NUMERAL 9 DEL ARTICULO 166 POR EL HECHO DE ARROJAR EL CUERPO AL MAR QUE CONNLEVA UN ACTO DE DESAPARECIMIENTO DEFINITIVO. QUE QUE AUMENTA LA PENA DE 30 A 40 AÑOS, EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO UNICO ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. | | | | | | | | |
| DESCONOCEN QUE PASO CON EL CUERPO | | | | | | | | |
| DESACATO AL RÉGIMEN DISCIPLINARIO DEL GRUPO- SE DESCONOCE QUE PASO CON EL CUERPO FUERZA | 140 DESAPARICIÓN FORZADA, HOMICIDIO EN PERSONA | 189. | RAMIRO BLANCO BLANCO | 26 DE SEPTIEMBRE DE 2.000 | CORREGIMIENTO DE GUACHACA SANTA MARTA MAGDALENA | HERNAN GIRALDO NORBERTO QUIROGA | A.MEDIATO A MEDIATO | Elementos Probatorios sobre el Hecho |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | PROTEGIDA, CONSTREÑIMIENTO ILEGAL | | | | | | | Reporte de Victimas Indirectas<br><br>Elementos Probatorios de Responsabilidad:<br><br>Confesión de Hernan Giraldo Serna |

SITUACION FACTICA: EL DIA 26 DE SEPTIEMBRE DE 2000, EL SEÑOR RAMIRO BLANCO  QUIEN ERA CONOCIDO EN EL INTERIOR DE LA ORGANIZACIÓN ILEGAL CON EL ALIAS DE MORCILLO,  FUE INTERCEPTADO  POR DOS MIEMBROS DEL GRUPO CONOCIDO CON LOS ALIAS DEL CALVO Y EL MELO ,EN EL SECTOR DE LA VEREDA LA AGUACATERA EN DONDE LE DAN MUERTE Y SU CUERPO DESAPARECIDO EN ESE MISMO SECTOR,  LA FAMILIA AL NOTAR LA AUSENCIA PROCEDIERON A EFECTUAR SU BUSQUEDA EN LA ZONA INDAGANDO A LOS MIEMBROS DE LAS AUTODEFENSAS DADA LA CERCANIA QUE TENIA CON EL GRUPO, QUIENES  NO DIERON NOTICIA Y SOLO LE ADVIRTIERON A LA ESPOSA DE ESTE QUE NO FUE A DECLARAR EN EL PROCESO PENAL SOBRE QUE EL HECHO SE COMETIO EN ARAEA DE INFLUENCIA DE HERNAN GIRALDO.

CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIARES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SIGUIENTES DELITOS: DESAPARICION FORZADA  PREVISTO EN EL  LIBRO  SEGUNDO, TITULO III, CAPITULO PRIMERO  ARTÍCULO 165 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS.  EN CONCURSO HETEROGÉNEO CON EL DELITO DE: HOMICIDIO EN PERSONA PROTEGIDA  PREVISTO EN EL  LIBRO SEGUNDO, TITULO II, CAPITULO UNICO  ARTÍCULO 135 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE  PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS. CON CIRCUNSTANCIA DE MAYOR PUNIBILIDAD PREVISTOS EN EL ARTÍCULO 58 DE LA LEY 599 DE 2.000, NUMERAL NUMERAL 5 POR EL ESTADO DE INDEFENSIÓN DE LA VÍCTIMA. CONSTREÑIMIENTO ILEGAL PREVISTO EN EL ARTICULO  276 DECRETO LEY 100 DE 1.98º PENA DE PRISION DE  6 MESE A DOS AÑOS RECOGIDO POR EL ARTICULO 182 LEY 599 DE 2.000. | | | | | | | | |

# PATRON DE MACRO - CRIMINALIDAD

# VIOLENCIA BASADA EN GÉNERO

### a. Violencia basada en género

#### xi. Marco normativo

Se mostrará el marco jurídico internacional que devela esta conducta desde la perspectiva del Derecho Internacional de los Derechos Humanos (DIDH), del Derecho Internacional Humanitario (DIH) y del Derecho Penal Internacional (DPI).

Se procederá igualmente a relacionar la normatividad constitucional, legal y jurisprudencial sobre las conductas que contiene el patrón de violencia basada en género y por qué dicho patrón se erige como un crimen de guerra y de lesa humanidad.

#### xii. Análisis general de variables

Se expondrán quienes son los máximos responsables priorizados, junto al número de casos atribuidos acorde a los bloques de autodefensa y de subversión que en el marco de la ley 975 son objeto de judicialización.

Se ilustrarán la diferentes variables que surgen como resultados de los análisis, destacando las estructuras, la distribución de ellas en los lugares y en el tiempo en que ocurren los hechos, distribución por años de ocurrencia de los hechos, distribución por rangos de las edades de las víctimas, distribución por móvil o motivaciones, distribución por prácticas y modus operandi en general.

#### xiii. Análisis específico de variables

Se ilustrará respecto de los resultados conseguidos luego del análisis de la información recolectada que permitió develar la existencia de patrones de macro criminalidad de VSBG atribuibles a los bloques calima y bananeros y que conforme a la georeferenciación fueron perpetrados en los departamentos de Antioquia, Cauca, Valle del Cauca, Huila y Quindío entre los períodos comprendidos del 1 de enero de 1995 hasta mayo de 1996 y, del (1) primero de noviembre de 1996 hasta el 18 de diciembre de 2004, de los cuales fueron priorizados 45 casos de VBG, conforme a los cuales la FGN pudo establecer con probabilidad de verdad la responsabilidad del postulado HERNAN GIRALDO SERNA, que permite proceder a la formulación de cargos.

#### xiv. Género y violencia basada en género

Se explicarán los conceptos de género y violencia basada en género, así como la VBG en el contexto del conflicto armado interno.

Igualmente se mencionarán algunos precedentes de la jurisprudencia en lo que respecta al tratamiento de la VBG dentro del proceso transicional colombiano.

### xv. Indicadores

A través de gráficos se explicarán las mediciones y porcentajes que resultaron del análisis y procesamiento de la información, y que contribuyen a develar la existencia de un **patrón** de unas **prácticas** y **modus operandi**.

Para ilustrar y sustentar los resultados revelados, se incluirán relatos de víctimas como muestras representativas de los porcentajes indicados, así como versiones individuales y colectivas recibidas a postulados, donde se reconoce la existencia de **motivaciones**, **prácticas** y **modus operandi** develados en materia de VSBG, que describen y consolidan las circunstancias espacio temporales y modales de su ocurrencia enriqueciendo la identificación del patrón de macrocriminalidad presentado.

### xvi. Móviles

Se entrará a explicar las motivaciones que conllevaron a la ejecución de estos actos delictivos de VSBG donde se destacan el estatus de poder y la vinculación con el grupo enemigo, los cuales claramente se identifican con las políticas generales de la organización armada al margen de la ley, en su llamada lucha antisubversiva, y el status de poder que ejercían como autoproclamadas "autoridades de facto" en las zonas de injerencia, a través del control social, territorial y de recursos.

### xvii. Prácticas

Se explicarán las prácticas adoptadas por el GAOML para la ejecución de estas conductas en las que se identificarán el acceso carnal y  acto sexual.

### xviii. Modus operandi

Se explicarán los modus operandi que fueron adoptados para la consumación de las prácticas, como amenaza, utilización de la fuerza, el temor y el engaño; explicando los diferentes tipos de agresión.

### xix. Tipos de afectaciones ocasionados a las víctimas por la VBG

Se explicará la generalidad de las afectaciones que fueron reportadas por las víctimas que contribuyeron a la develación de este patrón de macro criminalidad de VSBG.

### xx.  Sanciones dentro del GAOML por actos de VSBG

Se explicarán "las sanciones", que no lo fueron, previstas por el GAOML a quienes eran señalados de incurrir en este tipo de agresiones, así como los indicadores de hechos perpetrados acorde a los rangos de los exintegrantes del GAOML.

### xxi.  Listado de víctimas según práctica y modus operandi

Se procederá a identificar y cuantificar las víctimas incluidas en el patrón de macro criminalidad develado acorde a las **prácticas** y **modus operandi** que se le atribuye a el Bloque Resietencia Tayrona de las AUC.

### xxii.  Formulación de cargos

Se procederá a formular los cargos agrupando los casos de acuerdo a las calificaciones jurídicas con sus correspondientes concursos, la relación de víctimas, lugar y fecha de los hechos y a qué postulados se les formulan cargos de acuerdo a la responsabilidad legal que le corresponda.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 389

**VIOLENCIA BASADA EN GÉNERO**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| PRIMERA POLITICA: ESTATUS DE PODER Y CONTROL -  PRIMERA PRACTICA : ACCESO CARNAL | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 1. ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO; TORTURA; INASISTENCIA ALIMENTARIA. ARTICULOS 207, 178 Y 233 DEL C.P | 1. | LPP | 29/07/1982 – 04/1983 | SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE HERNAN GIRALDO SERNA, CONOCIÓ A  ¿,  EN EL AÑO DE 1982 CUANDO ESTA CONTABA CON 12 AÑOS DE EDAD Y RESIDÍA JUNTO A  SU  TÍA ALEJANDRINA PEREZ BLANCO,  QUIEN ADMINISTRABA UNOS BILLARES EN EL MERCADO PÚBLICO EN EL SECTOR CONOCIDO COMO EL CALLEJÓN DEL CRIMEN  Y DE ESA FORMA ENTABLARON UNA AMISTAD  HASTA QUE SE HICIERON NOVIOS, ALCANZANDO A  SALIR EN VARIAS OPORTUNIDADES, Y SOLO HASTA EL DÍA  29 DE JULIO DE 1982, TUVIERON SU PRIMERA RELACIÓN SEXUAL,  LA CUALES EXTENDIERON  POR UN LARGO TIEMPO Y FRUTO DE ESA RELACIÓN CONCIBIERON A SIRLEY MILENA GIRALDO PEREZ,  QUIEN NACIÓ EL 22 DE JULIO DE 1983 EN EL HOSPITAL SAN JUAN DE DIOS DE  SANTA MARTA, CUANDO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LEONOR PEREZ TENÍA CATORCE AÑOS DE EDAD. | | | | | | | | |

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

 **ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años

**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad

**ARTICULO 233. INASISTENCIA ALIMENTARIA.** El que se sustraiga sin justa causa a la prestación de alimentos legalmente debidos a sus ascendientes, descendientes, adoptante o adoptivo o <u>cónyuge</u>, incurrirá en prisión de uno (1) a tres (3) años y multa de diez (10) a veinte (20) salarios mínimos legales mensuales vigentes

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 2.ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO; TORTURA, INASISTENCIA ALIMENTARIA. ARTICULOS 207, 178 Y 233 DEL C.P | 2. | MDOA | JULIO DE 1983 | VEREDA CASA DE TABLA CORREGIMIENTO DE GUACHACA – MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE PARA EL AÑO 1.983, EN LA VEREDA EL MAMEY DEL CORREGIMIENTO DE GUACHACA,  VIVÍA  ¿, JUNTO A SUS PADRES, SECTOR DONDE YA HACIA PRESENCIA HERNAN GIRALDO SERNA, COMO COMANDANTE DEL GRUPO DE AUTODEFENSAS DEL MAMEY. ALLÍ CONOCIÓ A LA NIÑA MARIA DORIS  QUIEN CONTABA CON 14 AÑOS EDAD Y A LA CUAL DE MANERA INSISTENTE LE PROPONÍA QUE FUERA SU MUJER,  REPETIDAMENTE LE PONÍA CITA A LAS FINCAS O LAS QUEBRADAS DE ALLI CERCA, PERO EN PRINCIPIO LA MENOR NO IBA Y LO DEJABA ESPERANDO ADUCIENDO QUE LE DABA MIEDO, PORQUE ERA UN SEÑOR   DE MUCHA FAMA EN LA REGIÓN, QUE TENIA MUCHA INFLUENCIA, ERA RESPETADO POR TODOS, LA GENTE LO BUSCABA PARA PEDIRLE FAVORES Y EL LES COLABORABA, SITUACIÓN QUE SE MANTUVO POR UN TIEMPO  HASTA EL PUNTO QUE YA NO PUDO MANTENERLA Y  TERMINÒ  SIENDO SU NOVIA A ESCONDIDAS DE SUS  FAMILIARES, Y FUE ASI QUE PARA FINALES DEL MES DE JULIO DE 1983, UNOS DIAS DESPUÉS DE SU  CUMPLEAÑOS 14, APROXIMADAMENTE EL DÍA  15, TUVIERON SU PRIMERA RELACIÓN SEXUAL, Y DE ALLÍ EN ADELANTE SIGUIERON SOSTENIENDO RELACIONES SEXUALES, FRUTOS DE LAS CUALES NACIERON 6 HIJOS, DOS DE ELLOS SE MURIERON CUANDO ESTABAN DE MESES DE NACIDOS Y  LOS HIJOS QUE NACIERON DE ESTA RELACIÓN Y QUE AUN VIVEN FUERON MARTHA, HERNAN, CAROLINA Y FREDDY TULIO GIRALDO OCHOA.

**FORMULACION DE CARGOS: SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:**

**ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años

**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 392

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad ||||||||| |
| **ARTICULO 233. INASISTENCIA ALIMENTARIA**. El que se sustraiga sin justa causa a la prestación de alimentos legalmente debidos a sus ascendientes, descendientes, adoptante o adoptivo o cónyuge, incurrirá en prisión de uno (1) a tres (3) años y multa de diez (10) a veinte (20) salarios mínimos legales mensuales vigentes ||||||||| |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 3.ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO.  ARTICULO 207 DEL C.P | 3. | LAOA | 06/1985 – 08/1987 | VEREDAS EL MAMEY, CASA DE TABLA. CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |
| **SITUACION FACTICA:** SEGÚN SE TIENE DOCUMENTADO QUE PARA EL AÑO 1.985, EL SEÑOR HERNAN GIRALDO SERNA, MANTUVO RELACIONES SEXUALES CON ¿?L, CUANDO ESTA APENAS CONTABA CON 13 AÑOS DE EDAD, SEGÚN EL RELATO DEL MISMO POSTULADO, QUIEN LE HIZO LA PROPUESTA Y LA NIÑA ACEPTÓ. SE CONOCE QUE PREVIAMENTE HERNAN GIRADO HABÍA SOSTENIDO RELACIONES SEXUALES CON SU HERMANA DE NOMBRE MARIA DORIS OCHOA ARISTIZABAL. COMO FRUTO DE LAS RELACIONES ENTRE LEONOR AMILDE Y HERNAN GIRALDO NACIÓ UNA NIÑA QUE FUE REGISTRADA CON EL NOMBRE DE CINDY GIRALDO OCHOA ||||||||| |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 ||||||||| |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| DE: **ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 4 ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO ARTICULO 207 DEL C.P | 4. | LHTG | 02/1993 | VEREDA QUEBRADA DEL SOL, CORREGIMIENTO DE GUACHACA, MUNICIPIO SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE DOCUMENTO QUE LOS HECHOS TUVIERON OCURRENCIA EN LA VEREDA QUEBRADA DEL SOL, CUANDO LA JOVEN QUIEN CONTABA CON 17 AÑOS DE EDADA, INICIO UNA RELACION CON EL SEÑOR HERNAN GIRALDO SERNA Y DE ESA RELACION NACIO UN HIJO, EL CUAL SE ENCUENTRA REGISTRADO CON

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LOS APELLIDOS DE GIRALDO SERNA. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE: | | | | | | | | |
| **ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL– CONSENTIMIENTO VICIADO | 5 ACCESO CARNAL ABUSIVO CON MENOR DE CATORCE AÑOS EN CONCURSO HOMOGENEO SUCESIVO ARTICULO 208 DEL C.P | 5. | DZP | 01/07/2001 – 2004 | VEREDA QUEBRADA DEL SOL, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE LA JOVEN UN DIA CONOCIO A HERNAN GIRALDO  EL LE DIJO QUE  LE GUSTABA,   LE REGALO COMO DOS MILLONES DE PESOS Y EL LE DIJO QUE SI ESTABA CON EL Y ELLA LE DIJO QUE NO QUE DESPUES, A LOS OCHO DIAS O ALGO ASI VOLVIO A SUBIR ESE DIA ESTUVO CON EL, SUBIA QUINCE DIAS O MAS Y LUEGO ME BAJABA. ASI CONVIVIO CON EL POR ESPACIO DE TRES AÑOS. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:<br><br>**ARTICULO 208. ACCESO CARNAL ABUSIVO CON MENOR DE CATORCE AÑOS**. El que acceda carnalmente a persona menor de catorce (14) años, incurrirá en prisión de cuatro (4) a ocho (8) años. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 6 ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO TORTURA ARTICULOS 207 Y 178 DEL C.P | 6. | YRN | 25/12/2004 – 01/2006 | VEREDA QUEBRADA DEL SOL, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 396

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO, QUE PARA EL MES DE OCTUBRE DE 2.004, LA JOVEN , QUIEN RESIDÍA JUNTO A SUS PADRES EN LA VEREDA LOS LINDEROS DE LA CIUDAD DE GUACHACA, SE FUE A PASAR UNOS DÍAS EN LA FINCA LA ESTRELLA, DE PROPIEDAD DE HERNÁN GIRALDO, DONDE TRABAJABA UNA TÍA DE NOMBRE ARELIS NARVAEZ DORADO, ALLÍ CONOCIÓ A HERNAN GIRALDO, CON EL CUAL ENTABLÓ UNA AMISTAD Y LUEGO ÉSTE LE PROPUSO QUE FUESE SU NOVIA, PROPUESTA QUE ACEPTÓ Y EL DÍA 25 DE DICIEMBRE DE 2.004, MANTUVIERON SUS PRIMERAS RELACIONES SEXUALES, CUANDO YAJANIS APENAS CONTABA CON LA EDAD DE 13 AÑOS. DE ESTA RELACIÓN NO PROCREARON HIJOS.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

**ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR.** <Penas aumentadas por el artículo 14 de la Ley 890 de 2004, a partir del 1o. de enero de 2005. El texto con las penas aumentadas es el siguiente:> El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ciento veintiocho (128) a doscientos setenta (270) meses.

Si se ejecuta acto sexual diverso del acceso carnal, la pena será de cuarenta y ocho (48) a ciento ocho (108) meses

**ARTICULO 178. TORTURA.** <Penas aumentadas por el artículo 14 de la Ley 890 de 2004, a partir del 1o. de enero de 2005. El texto con las penas aumentadas es el siguiente:> El que inflija a una persona dolores o sufrimientos , físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ciento veintiocho (128) a doscientos setenta (270) meses, multa de mil sesenta y seis punto sesenta y seis (1066.66) a tres mil (3000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| En la misma pena incurrirá el que cometa la conducta con fines distintos a los descritos en el inciso anterior. No se entenderá por tortura el dolor o los sufrimientos que se deriven únicamente de sanciones lícitas o que sean consecuencia normal o inherente a ellas. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL– CONSENTIMIENTO VICIADO | 7 ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO AMENAZA DESPLAZAMIENTO FORZADO ARTICULOS 207, 347 Y 180 DEL C.P | 7. | SLG | 30/08/99 – 20/01/2002 | VEREDA QUEBRADA DEL SOL, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE PUDO DOCUMENTAR QUE ESTA JOVEN VIVIA CON SU PADRES Y HERMANOS EN EL CORREGIMIENTO DE MINGUEO, CUANDO MATAN A SU PADRE ELLA Y SU MAMA SE VAN Y DECIDEN SUBIR A LA FINCA EL FILO A PEDIR AYUDA A HERNAN GIRALDO, LA SEÑORA DURA EN LA FINCA COMO UN MES Y LA MANDA A LLAMAR YA QUE GIRALDO SERNA LE DIO UN RANCHO PARA VIVIR Y SE MANTENIA CON EL LABADO Y PLANCHADO DE ROPAS AJENA Y AVECES MANDABA A LA JOVEN A LLEVARLA ES ASI COMO LA CONOCE HERNAN GIRALDO, ELLA SIEMPRE IBA CON SUS HERMANOS Y EL LES BRINDABA DULCES, GALLETAS Y COMIDA Y

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ASI LA FUE ENAMORANDO E INICIO UNA RELACIÓN CON EL CUANDO APENAS TENIA 13 AÑOS DE EDAD. | | | | | | | | |

**FORMULACION DE CARGOS: SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:**

**ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años

**ARTICULO 347. AMENAZAS**   El que por cualquier medio apto para difundir el pensamiento atemorice o amenace a una persona, familia, comunidad o institución, con el propósito de causar alarma, zozobra o terror en la población o en un sector de ella, incurrirá, por esta sola conducta, en prisión de dieciséis (16) a setenta y dos 72) meses y multa de trece punto treinta y tres (13.33) a ciento cincuenta (150) salarios mínimos legales mensuales vigentes.  ) a ciento cincuenta (150) salarios mínimos legales mensuales vigentes

**ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años.

No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional.

El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica". | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 8 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO; TORTURA EN PERSONA PROTEGIDA ARTICULOS 138 Y 137 DEL C.P | 8. | YVA | 06/2005 – 03/02/2006 | VEREDA CASA DE TABLA, CORREGIMIENTO DE GUACHACA, MUNICIPO SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE LA JOVEN ¿ VIVIA CON SU PADRE Y CONOCIO A HERNAN GIRALDO Y EL LE DIJO QUE SI NO LE GUSTARIA ESTAR CON EL Y TENER LA VIDA QUE TENIAN SUS MUJERES, TENER CADENAS DE ORO, ROPA Y VIAJAR;  SENTIA TEMOR DE RESPONDERLE QUE NO QUERIA, PORQUE TODA LA GENTE HABLABA QUE EL MANDABA A MATAR A LA GENTE QUE NO HACIA LO QUE EL QUERIA.  POR MIEDO,  LE DIJO QUE SI Y FUE ASI COMO INICIO UNA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| RELACIÓN CON EL Y SE  COMPORTABA COMO SU MUJER, DORMIA CON EL, NO TUVE HIJOS CON EL, LA  RELACION DURO HASTA QUE SE LO LLEVARON PARA LOS ESTADOS UNIDOS. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:<br><br>**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA.**  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes<br><br>Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo 212 de este código<br><br>**ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL– CONSENTIMIENTO VICIADO | 9 ACCESO CARNAL CON INCAPAZ DE RESISTIR CONCURSO HOMOGENEO SUCESIVO ARTICULO 207 DEL C.P | 9. | CEPG | 16/06/05 – 03/02/2006 | VEREDA HONDURAS, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 401

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SEGÚN SE TIENE DOCUMENTADO, EL SEÑOR HERNAN GIRALDO SERNA, QUIEN FUNGÍA COMO COMANDANTE MILITAR DEL DESMOVILIZADO BLOQUE RESISTENCIA TAYRONA, FRECUENTABA LA CASA DONDE VIVÍA LA MENOR ¿, JUNTO A SU FAMILIA, EN LA VEREDA LA HONDURAS, DONDE LA NIÑA AYUDABA A SU MAMÁ EN LOS QUEHACERES DE LA CASA Y AL PAPA LE AYUDABA A LIDIAR EL GANADO Y EL CULTIVO DEL CAFÉ. ALLÍ LA MENOR CONOCIÓ A   HERNAN GIRALDO,  EL DÍA 5 DE JULIO DE 2004,  CUANDO CONTABA CON 11 AÑOS DE EDAD,  A DONDE LLEGÓ  PORQUE LE IBA A COMPRAR LAS TIERRAS A SU MAMÁ. A LOS NUEVE MESES HERNAN GIRALDO VOLVIÓ PORQUE IBA PARA OTRA FINCA QUE IBA A COMPRAR FRENTE A  LA CASA DE LA MENOR, EN ESAS DOS OPORTUNIDADES HERNAN GIRALDO SERNA, NO ENTABLÓ CONVERSACIÓN CON LA MENOR, PERO YA PARA EL MES DE FEBRERO DE 2.005,  CUANDO CLEDYS CONTABA CON 12 AÑOS DE EDAD, ÉSTE  INVITÓ A  TODA LA FAMILIA A SU FINCA TETE POLA, Y EN ESA OPORTUNIDAD  SE LE ACERCÓ A LA NIÑA EN DONDE LE PROPUSO ENTABLAR UNA AMISTAD, DE ALLÍ EN ADELANTE LA SIGUIÓ FRECUENTANDO Y ENTONCES  LE PROPUSO QUE FUERAN NOVIOS,  PROPUESTA QUE ACEPTÓ LA NIÑA,  Y EN SUS VISTAS SIEMPRE  IBA ACOMPAÑADO POR SUS GUARDAESPALDAS. FINALMENTE HERNAN GIRALDO,  MANTUVO RELACIONES SEXUALES CON  CLEIDYS  ESTHER, EL DÍA 16 DE JUNIO DE 2.005,  CUANDO TENÍA DOCE AÑOS  DE EDAD Y DESDE ESA FECHA QUEDÓ CONVIVIENDO CON ELLA,  HASTA EL DÍA EN QUE SE DESMOVILIZÓ, EL 3 DE FEBRERO DE 2006.  EN ESTA RELACIÓN NO TUVIERON HIJOS.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR.** <Penas aumentadas por el artículo 14 de la Ley 890 de 2004, a partir del 1o. de enero de 2005. El texto con las penas aumentadas es el siguiente:> El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ciento veintiocho (128) a doscientos setenta (270) meses. <br><br>Si se ejecuta acto sexual diverso del acceso carnal, la pena será de cuarenta y ocho (48) a ciento ocho (108) meses. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – CONSENTIMIENTO VICIADO | 10 ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO ARTICULO 207 DEL C.P | 10. | SMSC | 03/2004 – 3/02/2006 | VEREDA HONDURAS, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA <br><br>DOCUMENTOS DE IDENTIDAD <br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO <br><br>REGISTRO CIVIL DE LAS MENORES |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **SITUACION FACTICA:** SE DOCUMENTO QUE ESTA JOVEN SOSTUBO UNA RELACION AMOROSA CON HERNAN GIRALDO SERNA CUANDO TENIA 13 AÑOS DE EDAD Y FRUTO DE ESA RELACION NACIERON DOS NIÑAS, QUE ESTAN REGISTRADAS POR EL SEÑOR GIRALDO SERNA. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE: | | | | | | | | |
| **ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR.** <Penas aumentadas por el artículo 14 de la Ley 890 de 2004, a partir del 1o. de enero de 2005. El texto con las penas aumentadas es el siguiente:> El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ciento veintiocho (128) a doscientos setenta (270) meses.<br><br>Si se ejecuta acto sexual diverso del acceso carnal, la pena será de cuarenta y ocho (48) a ciento ocho (108) meses. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL– CONSENTIMIENTO VICIADO | 11 ACCESO CARNAL ABUSIVO CON MENOR DE CATORCE AÑOS – ESTIMULO A LA PROSTITUCION ARTICULOS 208  Y 217 DEL C.P | 11. | CEOV | 28/06/2004 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SEGÚN SE TIENE DOCUMENTADO,  LA JOVEN ¿ FUE CONTACTADA POR UNA AMIGA DE NOMBRE DIANA PATRICIA,  DURANTE LA CELEBRACIÓN DE UN BAILE QUE SE REALIZÓ EN EL BARRIO 11 DE NOVIEMBRE DE LA CIUDAD DE SANTA MARTA, QUIEN  LE PROPUSO  TRASLADARSE AL CORREGIMIENTO  DE GUACHACA,  DONDE UN AMIGO QUIEN LE PAGARÍA MINIMO LA  SUMA DE SEISCIENTOS MIL PESOS  PARA TENER SEXO POR ESPACIO DE UNAS 4 O CINCO  HORAS, PROPUESTA  QUE ACEPTÓ  LA JOVEN  CARMEN ESTHER OCHOA VARELA, QUIEN  PARA ESE ENTONCES CONTABA CON 13 AÑOS DE EDAD. FUE ASÍ QUE EL DÍA 28 DE JUNIO DE 2.004, LAS DOS JÓVENES SE TRASLADARON AL  CORREGIMIENTO DE GUACHACA EN DONDE LLEGARON A UNA CASA EN LA QUE SE  ENCONTRABA HERNAN GIRALDO SERNA, REUNIDO CON VARIAS MUJERES  EN EDADES APROXIMADAS DE LOS 17  Y 25 AÑOS  Y CUATRO HOMBRES QUE ESTABAN  TOMANDO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 208. ACCESO CARNAL ABUSIVO CON MENOR DE CATORCE AÑOS**. El que acceda carnalmente a persona menor de catorce (14) años, incurrirá en prisión de cuatro (4) a ocho (8) años.

**ARTICULO 217. ESTIMULO A LA PROSTITUCION DE MENORES**. El que destine, arriende, mantenga, administre o financie casa o establecimiento para la práctica de actos sexuales en que participen menores de edad, incurrirá en prisión de seis (6) a ocho (8) años y multa de cincuenta (50) a quinientos (500) salarios mínimos legales mensuales vigentes

La pena se aumentará de una tercera parte a la mitad cuando el responsable sea integrante de la familia de la víctima

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ESTATUS DE PODER Y CONTROL - | 12 ACCESO CARNAL CON INCAPAZ DE RESISTIR – TORTURA – ABORTO | 12. | NRV | 22/12/1986 | SANTA MARTA – QUEBRADA DEL SOL | HERNAN | A MEDIATO | CARPETA DE REPORTE  REALIZADO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ACCESO CARNAL – CONSENTIMIENTO VICIADO | PRETEINTENCIONAL-LESIONES- SECUESTRO ARTICULOS 207, 178, 118,111 Y 168 DEL C.P | | | | | GIRALDO | | POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE DOCUMENTO QUE ESTA JOVEN QUIEN RESIDIA CON SU FAMILIA EN BURITACA SALIO EN DICIEMBRE DE 1986 A LA TIENDA HACER UN MANDADO Y EN EL TRAYECTO SE ENCONTRO CON ALIAS CALICHE QUIEN LA INVITO A DAR UNA VUELTA Y SE LA LLEVO HASTA LA CIUDAD DE SANTA MARTA EN DONDE FUE ACCEDIDA CARNALMETE POR CALICHE, LA NIÑA TENIA 13 AÑOS DE EDAD, EMPEZO A VIVIR CON ELLA PERO COMO ERA MUY NIÑA Y NO SABIA HACER NADA LA GOLPEABA Y LE HACIA DISPAROS EN LOS PIES Y LA MALTRATABA MUCHO POR ESO SE FUE Y LO DEJO, QUE ESTANDO VIVIENDO CON EL SALIO EMBRAZADA PERO POR LOS GOLPES PERDIO EL BEBE.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | **ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad | | | | | | | |
| | **ARTICULO 118. PARTO O ABORTO PRETERINTENCIONAL**. Si a causa de la lesión inferida a una mujer, sobreviniere parto prematuro que tenga consecuencias nocivas para la salud de la agredida o de la criatura, o sobreviniere el aborto, las penas imponibles según los artículos precedentes, se aumentarán de una tercera parte a la mitad | | | | | | | |
| | **ARTICULO 111. LESIONES.**  El que cause a otro daño en el cuerpo o en la salud, incurrirá en las sanciones establecidas en los artículos siguientes. | | | | | | | |
| | **ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – | 13 ACCESO CARNAL CON INCAPAZ DE DE RESISTIR – ARTICULO 207 DEL C.P | 13. | YYBO | 12/2003 | GUACHACA | HERNAN GIRALDO | AUTOR | CARPETA DE REPORTE  REALIZADO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONSENTIMIENTO VICIADO | | | | | | | | POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE PUDO DOCUMENTAR QUE EN EL AÑO 2003 CUANDO ESTA JOVEN CONTABA CON 13 AÑOS DE EDAD LEGO A MENDIHUACA A VIVIR DONDE UNA TIA, QUE ELLA BUSCO LA FORMA DE HABLAR CON HERNAN GIRALDO CON EL FIN DE QUE AYUDARA A SU AMMA PORQUE ESTABA MUY ENFERMA Y NECESITABA UNA OPERACIÓN, EFECTIVAMENTE GIRALDO SERNA LE COLABORO Y LE AYUDO CON LA OPERACIÓN Y CON COMIDA, PERO DIAS DESPUES LA MANDO A LLAMAR PARA QUE SOSTUVIERA RELACIONES SEXUALES CON EL, QUE SOLO SE VIO CON EL UNA SOLA VEZ.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL– ENGAÑO | 14 ACCESO CARNAL CON INCAPAZ DE RESISTIR AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO - TRATA DE PERSONAS (CRIMEN DE LESA HUMANIDAD DE ESCLAVITUD ART.7(1C) ELEMENTOS DE LOS CRIMENES CPI) - INASISTENCIA ALIMENTARIA. ARTICULOS 207, 215, 141, 188A  Y 233  DEL C.P | 14. | LNGM | 09/1995 – /1998 | VEREDA QUEBRADA DEL SOL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SEGÚN SE TIENE DOCUMENTADO,  LA JOVEN ¿, VIVÍA  JUNTO A SU FAMILIA EN UN RANCHO UBICADO EN LA FINCA EL FILO DE PROPIEDAD DE HERNAN GIRALDO, EN LA CUAL  LA MENOR PASABA MUCHAS NECESIDADES  DEBIDO A LA  DIFÍCIL  SITUACIÓN POR LA QUE ATRAVESABAN.  PARA EL AÑO 1.995, CUANDO LA  NIÑA , CONTABA CON 13 AÑOS DE EDAD,  HERNAN GIRALDO SERNA, LE PROPUSO A LA MENOR MANTENER UNA RELACIÓN DE NOVIAZGO Y QUE A CAMBIO DE ELLO,  MEJORARÍAN  LA SITUACIÓN QUE PADECÍAN, PROPUESTA QUE ACEPTÓ DE INMEDIATO Y A LOS DOS MESES DE HABER ACEPTADO SER NOVIA DE HERNAN GIRALDO, CONCRETAMENTE PARA EL MES DE SEPTIEMBRE DE 1995, SOSTUVIERON SUS PRIMERAS RELACIONES SEXUALES Y APROXIMADAMENTE AL AÑO DE ESTAR SOSTENIENDO RELACIONES SEXUALES QUEDÓ  EMBARAZADA Y FRUTO DE LA RELACÓN NACIÓ EL 28 DE SEPTIEMBRE DE 1997 ELIVADIER  GIRALDO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR**. El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ocho (8) a quince (15) años Si se ejecuta acto sexual diverso del acceso carnal, la pena será de tres (3) a seis (6) años | | | | | | | | |
| **ARTICULO 141. PROSTITUCION FORZADA O ESCLAVITUD SEXUAL.** El que mediante el uso de la fuerza y con ocasión y en desarrollo del conflicto armado obligue a persona protegida a prestar servicios sexuales incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes | | | | | | | | |
| **ARTÍCULO 188-A. TRATA DE PERSONAS**. El que promueva, induzca constriña facilite financie, colabore o participe en el traslado de una persona dentro del territorio nacional o al exterior recurriendo a cualquier forma de violencia, amenaza, o engaño, con fines de explotación, para que ejerza prostitución, pornografía, servidumbre por deudas, mendicidad, trabajo forzado. Matrimonio servil, esclavitud con el propósito de obtener provecho económico o cualquier otro beneficio, para si o para otra persona incurrirá en prisión de diez (10) a quince (15) años y una multa de seiscientos (600) a mil (1000) salarios mínimos legales vigentes mensuales al momento de la sentencia condenatoria. | | | | | | | | |
| **ARTICULO 233. INASISTENCIA ALIMENTARIA.** El que se sustraiga sin justa causa a la prestación de alimentos legalmente debidos a sus ascendientes, descendientes, adoptante o adoptivo o <u>cónyuge</u>, incurrirá en prisión de uno (1) a tres (3) años y multa de diez (10) a veinte (20) salarios mínimos legales mensuales vigentes. | | | | | | | | |
| ESTATUS DE PODER Y | 15 ACCESO CARNAL VIOLENTO AGRAVADO EN | 15. | GMDV | 16/03/1996 – 03/2000 | VEREDA QUEBRADA DEL | HERNAN | AUTOR | CARPETA DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 410

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL – ACCESO CARNAL – ENGAÑO | CONCURSO HOMOGENEO SUCESIVO; CONSTREÑIMIENTO ILEGAL (INDUCCION AL ABORTO) - INASISTENCIA ALIMENTARIA.- TORTURA- LESIONES PERSONALES ARTICULOS 205, 182, 118, 233, 178, Y 111 DEL C. P | | | | SOLO CORREGIMIENTO DE GUACHACA SANTA MARTA | GIRALDO SERNA | | REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** ESTE HECHO TUVO OCURRENCIA  EL 16 DE MARZO DE 1.996,  EN LA FINCA LA ESPERANZA UBICADA ENTRE LAS VEREDAS QUEBRADA DEL SOL Y CASA DE TABLA,  CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA,   CUANDO ESE DÍA LA SEÑORA MADRE DE ¿, DE NOMBRE A, AMANECIÓ ENFERMA, LO QUE CONLLEVÓ A QUE DICHA SEÑORA EN COMPAÑÍA DE OTRA HIJA SE TRASLADARA AL PUESTO DE SALUD UBICADO EN EL PERÍMETRO URBANO DEL CORREGIMIENTO DE GUACHACA, QUEDANDO EN LA CASA LA MENOR ¿, DE 13 AÑOS EDAD, ACOMPAÑADA DE OTRO HERMANO QUE CONTABA PARA ESE ENTONCES CON UN AÑO DE EDAD. EN SU RECORRIDO LA SEÑORA ¿, SE ENCONTRÓ CON HERNAN GIRALDO SERNA, QUIEN LE PREGUNTÓ QUE  A DONDE SE DIRIGÍA, RESPONDIÉNDOLE ESTA QUE,  IBA PARA EL PUESTO DE SALUD DE GUACHACA, DEBIDO A QUE SE ENCONTRABA ENFERMA. ESTA SITUACIÓN FUE APROVECHADA POR HERNAN GIRALDO QUIEN SE DIRIGIÓ A LA FINCA EN DONDE SE ENCONTRABA LA MENOR , Y ALLÍ LE PROPUSO QUE QUERÍA VIVIR CON ELLA BAJO EL PRETEXTO QUE LA IBA A AYUDAR Y TAMBIÉN  A SU FAMILIA**.**

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | **ARTICULO 205. ACCESO CARNAL VIOLENTO.**  El que realice acceso carnal con otra persona mediante violencia, incurrirá en prisión de ocho (8) a quince (15) años | | | | | | | |
| | **ARTICULO 182. CONSTREÑIMIENTO ILEGAL**. El que, fuera de los casos especialmente previstos como delito, constriña a otro a hacer, tolerar u omitir alguna cosa, incurrirá en prisión de uno (1) a dos (2) años | | | | | | | |
| | **ARTICULO 118. PARTO O ABORTO PRETERINTENCIONAL**. Si a causa de la lesión inferida a una mujer, sobreviniere parto prematuro que tenga consecuencias nocivas para la salud de la agredida o de la criatura, o sobreviniere el aborto, las penas imponibles según los artículos precedentes, se aumentarán de una tercera parte a la mitad | | | | | | | |
| | **ARTICULO 233. INASISTENCIA ALIMENTARIA.** El que se sustraiga sin justa causa a la prestación de alimentos legalmente debidos a sus ascendientes, descendientes, adoptante o adoptivo o <u>cónyuge</u>, incurrirá en prisión de uno (1) a tres (3) años y multa de diez (10) a veinte (20) salarios mínimos legales mensuales vigentes. | | | | | | | |
| | **ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad | | | | | | | |
| | **ARTICULO 111. LESIONES.**  El que cause a otro daño en el cuerpo o en la salud, incurrirá en las sanciones establecidas en los artículos siguientes. | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 412

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – FUERZA | 16 ACCESO CARNAL VIOLENTO AGRAVADO; TORTURA; AMENAZA; DESPLAZAMIENTO FORZADO ARTICULOS 205, 178 347 Y 180 DEL C.P | 16. | CLBB | 28/12/1986 | VEREDA BURITACA, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO SERNA | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE ESTA JOVEN  VENDIA GASEOSAS EN LOS BUESES,  EL DIA 28 DE DICIEMBRE DE 1986, A ESO DE LAS SEIS DE LA TARDE CUANDO  ESTABA EN ESA LABOR  EL SEÑOR QUE LE DECIAN EL MONO ARAGUATO, QUIEN TRABAJABA CON LAS AUC DE HERNAN GIRALDO LA LLAMO EL ESTABA EN UNA CASA DONDE SE ALOJABAN LOS PARAMILITARES QUE BAJABAN DE LA SIERRA, LA LLAMO PARA QUE LE VENDIERA UNA GASEOSA, COMO  ERA UNA NIÑA Y EN SU INOCENCIA SE ACERCO Y CERRO LA PUERTA, LE PUSO UNA PISTOLA EN LA CABEZA Y LA HIZO DESNUDAR Y PROCEDIO A ABUSAR DE ELLA, LA NIÑA GRITABA EL LA AMENAZO DICIENDO QUE SI DECIA ALGO MATABA A LA MAMA,  NO LE DIJO NADA A LA MAMA POR MIEDO, PORQUE HACIA UNOS MESES ATRAS UNA NIÑA COMPAÑERA DE ELLA LE DIJO QUE TAMBIEN HABIAN ABUSADO DE ELLA, ELLA LE COMENTO ESO A SU HERMANO Y DEBIDO A ESO LO MATARON AL HERMANO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PORQUE EL LE HIZO EL RECLAMO, ENTONCES  POR MIEDO NO DIJO NADA. | | | | | | | | |

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:


**ARTICULO 205. ACCESO CARNAL VIOLENTO**.  El que realice acceso carnal con otra persona mediante violencia, incurrirá en prisión de ocho (8) a quince (15) años


**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad


**ARTICULO 347. AMENAZAS**   El que por cualquier medio apto para difundir el pensamiento atemorice o amenace a una persona, familia, comunidad o institución, con el propósito de causar alarma, zozobra o terror en la población o en un sector de ella, incurrirá, por esta sola conducta, en prisión de dieciséis (16) a setenta y dos 72) meses y multa de trece punto treinta y tres (13.33) a ciento cincuenta (150) salarios mínimos legales mensuales vigentes


**ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años.

No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen. <br><br> El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia  del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica". | | | | | | | | |
| ESTATUS DE PODER Y CONTROL- ACCESO CARNAL - FUERZA | 17 ACCESO CARNAL VIOLENTO AGRAVADO CONCURSO HOMOGENEO SUCESIVO; TORTURA;SECUESTRO; LESIONES PERSONALES; AMENAZAS; DESPLAZAMIENTO  FORZADO ARTICULOS 205, 178, 168,  347 Y 180 DEL C.P | 17. | JLD | 05/1998-08/1998 | VEREDA TRANSJORDANIA, CORREGIMIENTO DE GUACHACA, SANTA MARTA | HERNAN GIRALDO SERNA | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA <br><br> DOCUMENTOS DE IDENTIDAD <br><br> VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 415

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE ESTA JOVEN EN UN CAMINO FUE ABORDADA POR 3 DE LOS VIGILANTES ERAN PARAMILITARES ESTABAN VESTIDOS CON PRENDAS DE USO MILITAR, CUANDO LA ABORDARON LA AMENAZARON CON ARMAS LARGAS Y CORTAS. LA AMENAZA MAS GRANDE FUE CONTRA SUS HIJOS, ME DIJERON QUE LOS MATABAN SI NO ACCEDIA A SUS PRETENSIONS. ME OBLIGARON A ENTRAR AL MONTE, ME HICIERON QUITAR LA ROPA. DOS DE ELLOS ME SUJETARON CON SUS MANOS Y OTRO ME VIOLABA. TODOS TRES LO HICIERON. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:<br><br>**ARTICULO 205. ACCESO CARNAL VIOLENTO**. El que realice acceso carnal con otra persona mediante violencia, incurrirá en prisión de ocho (8) a quince (15) años<br><br>**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad<br><br>**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes<br><br>**ARTICULO 111. LESIONES.** El que cause a otro daño en el cuerpo o en la salud, incurrirá en las sanciones establecidas en los artículos siguientes. | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO 347. AMENAZAS** El que por cualquier medio apto para difundir el pensamiento atemorice o amenace a una persona, familia, comunidad o institución, con el propósito de causar alarma, zozobra o terror en la población o en un sector de ella, incurrirá, por esta sola conducta, en prisión de dieciséis (16) a setenta y dos 72) meses y multa de trece punto treinta y tres (13.33) a ciento cincuenta (150) salarios mínimos legales mensuales vigentes<br><br>**ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años.<br><br>No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional.<br><br>El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen.<br><br>El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica". | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – | 18 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO; TORTURA EN PERSONA | 18. | LNFS | ENERO DE 2003 | VEREDA LA TAGUA, CORREGIMIENTO DE MINCA, | HERNAN GIRALDO | A MEDIATO | CARPETA DE REPORTE REALIZADO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FUERZA | PROTEGIDA; SECUESTRO; AMENAZAS ARTICULOS 138, 137, 168, 347 DEL C.P | | | | MUNICIPIO DE SANTA MARTA | NODIER GIRALDO  NORBERTO QUIROGA  JOSE DANIEL MORA (OJO) | | POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** ESTOS HECHOS TUVIERON OCURRENCIA CUANDO LA JOVEN SE DIRIGIA AL COLEGIO EN COMPAÑÍA DE DOS ESTUDIANTES, ENTRE LOS MOROS Y LA TAGUA APARECIERON 7 HOMBRES ARMADOS Y UNIFORMADOS. DOS DE LOS HOMBRES SE FUERON ADELANTE  Y LOS OTROS 5 SE QUEDARON ATRÁS, LA AGARRARON POR LAS MANOS Y OTROS POR LOS PIES Y LA LLEVARON CARGADA HASTA UNA CASA ABANDONADA. ME COLOCO LAS MANOS HACIA ARRIBA Y FUE CUANDO ME VIOLO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo <u>212</u> de este código

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 418

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | **ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años.<br><br>**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes<br><br>**ARTICULO 347. AMENAZAS**  El que por cualquier medio apto para difundir el pensamiento atemorice o amenace a una persona, familia, comunidad o institución, con el propósito de causar alarma, zozobra o terror en la población o en un sector de ella, incurrirá, por esta sola conducta, en prisión de dieciséis (16) a setenta y dos 72) meses y multa de trece punto treinta y tres (13.33) a ciento cincuenta (150) salarios mínimos legales mensuales vigentes | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – FUERZA | 19 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO; TORTURA EN PERSONA PROTEGIDA. ARTICULOS 138 Y  137 DEL | 19. | NYFS | 04/02/2003 | VEREDA LOS MOROS, CORREGIMIENTO DE MINCA, SANTA MARTA | HERNAN GIRALDO<br><br>JOSE GELVEZ | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | C.P | | | | | A. NODIER GIRALDO NORBERTO QUIROGA JOSE DANIEL MORA | | DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA**: ESTE HECHO TUVO OCURRENCIA EN LA VEREDA LOS MOROS FINCA EL ALMIRANTE, UBICADA EN EL CORREGIMIENTO DE MINCA, CUANDO EN EL AÑO 2003 LA MENOR FUE A BUSCAR UN MERCADITO QUE LE HABÍA OFRECIDO EL POSTULADO A SU SEÑORA MADRE, AL LLEGAR LA MENOR A LA FINCA, GUERRERO, QUIEN SE ENCONTRABA ACOMPAÑADO POR ALIAS GIROCASACA LE DIJO QUE SIGUIERA QUE EL MERCADITO ESTABA ADENTRO DEL CUARTO, UNA VEZ ENTRO LA VICTIMA   EL POSTULADO PROCEDIO A CERRAR LA PUERTA, LUEGO LE QUITÓ LA ROPA Y  COMO LA VICTIMA EMPEZÓ A GRITAR  LE COLOCÓ UNA ALMOHADA EN LA BOCA, COMO SE RESISTÍA PROCEDIÓ A AMARRARLE LAS MANOS A LA CAMA Y LA ACCEDIÓ. CUANDO EL HECHO SUCEDIÓ LA VICTIMA NO SE HABÍA DESARROLLADO, CURSABA 4 AÑO DE PRIMARIA EN EL COLEGIO DE LA TAGU

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 420

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo <u>212</u> de este código<br><br>**ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – FUERZA | 20 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO EN CONCURSO HOMOGENEO SUCESIVO; SECUESTRO; TORTURA EN PERSONA PROTEGIDA. ARTICULOS 138, 137, 168 DEL C.P | 20. | LKFS | 15/02/2003 | VEREDA LA TAGUA CORREGIMIENTO DE MINCA, SANTA MARTA | HERNAN GIRALDO JOSE GELVEZ A. NODIER GIRALDO NORBERTO QUIROGA JOSE DANIEL | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 421

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORA ( SE IMPUTA TORTURA) | | |

**SITUACION FACTICA:** ESTE HECHO OCURRIÓ  EL DIA 15 DE FEBRERO DE 2.003 CUANDO LA JOVEN  SE DIRIGÍA DEL COLEGIO A SU CASA Y  FUE INTERCEPTADA POR ALIAS GUERRERO Y UN GRUPO DE PARAMILITARES BAJO SU MANDO, QUIEN  LE DIJO A SUS HOMBRES QUE SE FUERAN ADELANTE Y LOS AMIGOS DE LEIDYS TAMBIEN SE FUERON Y A ELLA LE DIJO QUE SE QUEDARA.  UNA VEZ SOLOS  LE DIJO  GUERRERO QUE QUERÍA HACER EL AMOR  A LO QUE ELLA SE NEGÓ.  JOSE DANIEL MORA LOPEZ  LE PUSO LA PISTOLA EN LA FRENTE Y LE DIJO QUE SI NO LO HACÍA LA MATABA Y TAMBIÉN A SUS PADRES Y PROCEDIÓ A VIOLARLA. STO LA AFECTO MUCHO  YA QUE DURO COMO TRES DIAS QUE NO SALIA DE LA CASA POR PENA Y AL COLEGIO TAMPOCO FUE SINO DESPUES DE UNA SEMANA.  ESTE HECHO SE REPITIO APROXIMADAMENTE AL  MES  CUANDO LA VICTIMA  SALIA DEL COLEGIO Y SE DIRIGIA A SU CASA Y FUE INTERCEPTADA POR  ALIAS GUERRERO Y DOS DE SUS HOMBRES, ESTA VEZ SE DESPLAZABAN  EN MULAS, EL POSTULADO  LUEGO DE HACER QUE SE SUBIERA EN LA MULA CON EL Y DE CAMINAR UN RATO LE DIJO QUE SE BAJARA Y PROCEDIO A VIOLARLA.  LA TERCERA OCASION   QUE LA VIOLO FUE ANTES DE LA DESMOVILIZACION DONDE LA  LLEVO A UN CUARTO DE LA TIENDA DONDE SE ENCONTRABA LEIDYS  Y COMO ELLA SE RESISTIA LE DIO UNA TROMPADA POR LA CARA Y LA ACCEDIO EN CONTRA DE SU VOLUNTAD.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo <u>212</u> de este código

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 422

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | **ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años.<br><br>**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL– FUERZA | 21 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO, TORTURA EN PERSONA PROTEGIDA ARTICULOS 138 Y 137, DEL C.P | 21. | EMOM | 17/08/2004 | VEREDA CASA DE TABLA, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO<br><br>JOSE GELVEZ A.<br><br>NODIER GIRALDO<br><br>NORBERTO | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 423

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | QUIROGA DANIEL GIRALDO C | | EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE LA JOVEN VIVIA BAJO EL AMAPARO DE UNA FAMILIA, QUE LA A ALIAS EL IMBECIL SE APROVECHO DE ELLA, COMO  LE DECIA QUE NO, LE PEGO CON UN REVOLVER Y UNA LINTERNA EN LA CABEZA, LE DECÍA QUE SI LE DECÍA ALGO A SU TÍA LA MATABA, LE DIJO QUE SE QUITARA LA ROPA, LA TOMO Y ME BAJO EL PANTALONCITO Y EL CALZÓN,  Y LA ACCEDIO, LE DIJO QUE NO GRITARA QUE LOS VECINOS PODÍAN ESCUCHAR, ENTONCES TOMO LA LINTERNA Y LE PEGO EN LA FRENTE, LADO DERECHO, Y LUEGO LE PEGO CON UN REVOLVER EN LA MISMA FRENTE PERO AL LADO IZQUIERDO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo 212 de este código

**ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 424

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACCESO CARNAL – FUERZA | 22 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA - CONSTREÑIMIENTO ILEGAL  ARTICULOS 138 Y 182  DEL C.P | 22. | FPPP | 01/03/2004 – 30/04/2004 | VEREDA SAN MARTIN MACHETE PELAO, CORREGIMIENTO DE GUACHACA, MUNICIPIO SANTA MARTA | HERNAN GIRALDO  JOSE GELVEZ A.  NODIER GIRALDO  NORBERTO QUIROGA  DANIEL GIRALDO CONTRERAS | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE DESPRENDE DE LA FOLIATURA QUE ESTE HECHO TUVO OCURRENCIA CUANDO LLEGO UN GRUPO DE POR LO MENOS 8 HOMBRES UNIFORMADOS DEL GRUPO DE HERNAN GIRALDO, DIJERON  QUE TENIAN HAMBRE QUE LES COCINARA,  LES COCINO Y LUEGOS  DOS HOMBRES LA VIOLARON, UNO DECIA QUE LA IBA A MATAR Y EL OTRO DECIA QUE NO PORQUE IBAN A TENER PROBLEMAS CON EL PATRON. LOS OTROS SEIS HOMBRES  CAMINABAN POR LA CASA

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Y SE COMIAN TODO LO QUE HABIA. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:<br><br><br>**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo <u>212</u> de este código<br><br>**ARTICULO 182. CONSTREÑIMIENTO ILEGAL**. El que, fuera de los casos especialmente previstos como delito, constriña a otro a hacer, tolerar u omitir alguna cosa, incurrirá en prisión de uno (1) a dos (2) años | | | | | | | | |
| <mark>SEGUNDA PRACTICA : ACTO SEXUAL</mark> | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACTO SEXUAL– FUERZA | 23 SECUESTRO, ACTO SEXUAL VIOLENTO AGRAVADO, TORTURA - DESPLAZAMIENTO FORZADO ARTICULOS 168,206, 178 Y 180 DEL C.P | 23. | LPLT | 03/1996 | CORREGIMIENTO DE PALOMINO, MUNICIPIO DE DIBULLA, GUAJIRA | HERNAN GIRALDO SERNA | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE ESTOS HECHOS OCURRIERON CUANDO PASARON EN UNA CAMIONETA Y LE DECIAN A LA JOVEN QUE SE SUBIERA, Y ELLA LES DECIA QUE NO, ELLOS LA SUBIERON Y LA LLEVARON HASTA LA BOMBA MACUIRA, LA COGIERON DEL CABELLO, ELLA GRITABA, LE MANOSEARON LOS SENOS, LA VAGINA, LA QUERIAN DESNUDAR. LE DIJERON QUE TENIA QUE QUEDARCE EN LA BOMBA BARRIENDO, Y LE TOCO QUEDARCE 15 DIAS, LA MAMA LA IBA A BUSCAR POR LA NOCHE CON SUS HERMANOS, ELLOS PASABAN Y MIRABAN, QUE SI ESTABA HACIENDO LAS LABORES, Y ESTABAN PENDIENTE DE LOS CARROS, CUANDO LOS CARROS LLEGABAN. A LOS QUINCE DIAS LLEGARON Y LE DIJERON QUE YA NO IBA A SEGUIR CASTIGADA.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes

**ARTICULO 206. ACTO SEXUAL VIOLENTO**. El que realice en otra persona acto sexual diverso al acceso carnal mediante violencia, incurrirá en prisión de tres (3) a seis (6) años

**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 427

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

mismo término de la pena privativa de la libertad

**ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años.

No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional.

El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen.

El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica".

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ESTATUS DE PODER Y CONTROL - ACTO SEXUAL– FUERZA | 24 SECUESTRO, ACTO SEXUAL VIOLENTO, TORTURA ARTICULOS 168,206 Y 178 DEL C.P | 24. | DJPP | 15/07/2000 | CORREGIMIENTO DE RIO ANCHO, MUNICIPIO DE DIBULLA, GUAJIRA | HERNAN GIRALDO SERNA  NORBERTO QUIROGA  DANIEL GIRALDO | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE DOCUMENTO QUE LLEGARON UNA VARIOS HOMBRES UNIFORMADOS, COMO A LAS NUEVE DE LA NOCHE TENIAN ARMAS LARGAS Y MANDARON A LAS MUJERES PARA EL CUARTO DONDE ESTABA LA CANTINA, ESTA JOVEN SE HIZO A UN  RINCON, ENCIMA DE ESTA JOVEN  HABIA MUCHAS MUJERES, Y  VEIA CUANDO UNO DE LOS HOMBRES QUE ESTABA VESTIDO DE CIVIL, CON JEAN Y CAMISA AZUL CON UN ARMA LARGA LE PUYABA LAS NALGAS A LAS MUJERES, A LAS QUE TENIAN FALDA SE LAS LEVANTABA

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | **ARTICULO 206. ACTO SEXUAL VIOLENTO**. El que realice en otra persona acto sexual diverso al acceso carnal mediante violencia, incurrirá en prisión de tres (3) a seis (6) años<br><br>**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad | | | | | | | |
| ESTATUS DE PODER Y CONTROL - ACTO SEXUAL – FUERZA | 25 ACTO SEXUALE VIOLENTO EN PERSONA PROTEGIDA – DESPLAZAMIENTO FORZADO – TORTURA EN PERSONA PROTEGIDA – DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULOS 139, 180,137 Y154 DEL C.P | 25. | ZPM | 10/02/2002 | SANTA MARTA | HERNAN GIRALDO<br><br>NODIER GIRALDO<br><br>NORBERTO QUIROGA | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | EN EL HECHO |

**SITUACION FACTICA:** SE PUDO DOCUMENTAR QUE EL 10 DE FEBRERO DE 2002 CUANDO LE DIERON LA ORDEN A TODOS LOS HABITANTES DE LA REGION D LOS ACHOTES QUE DESOCUPARAN SUS CASAS O NO RESPONDIAN POR LA VIDA DE ELLOS, ESTA JOVEN Y SU FAMILIA NO HICIERON CASO A LA ORDEN, POR LO QUE UN GRUPO FUERTEMENTE ARMADO LLEGARON Y GOLPEARON A TODOS LOS MIEMBROS DE LA FAMILIA Y A UNA DE LAS MENORES LA HICIERON DESNUDAR HACIENDOLE TOCAMENTOS EN VARIAS PARTES DE SU CUERPO, QUE LUEGO DE QUE LOS HICIERON SALIR LES QUEMARON LA CASA .

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 139. ACTOS SEXUALES VIOLENTOS EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, realice acto sexual diverso al acceso carnal, por medio de violencia en persona protegida incurrirá en prisión de cuatro (4) a nueve (9) años y multa de cien (100) a quinientos (500) salarios mínimos legales mensuales vigentes

 **ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**.: El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos ~~graves~~, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de ciento sesenta (160) a trescientos sesenta (360) meses, multa de seiscientos sesenta y seis  punto sesenta y seis (666.66) a mil quinientos (1500) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de ciento sesenta (160) a trescientos sesenta (360) meses.

**ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años.

No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional.

El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen.

El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia  del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica".

**ARTICULO 154. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS.** El que, con ocasión y en desarrollo de conflicto armado y fuera de los casos especialmente previstos como conductas punibles sancionadas con pena mayor, destruya o se apropie por medios ilegales o excesivos en relación con la ventaja militar concreta prevista, de los bienes protegidos por el Derecho Internacional Humanitario, incurrirá en prisión de cinco (5) a diez (10) años y multa de quinientos (500) a mil (1.000) salarios mínimos legales mensuales vigentes

PARAGRAFO. Para los efectos de este artículo y los demás del título se entenderán como bienes protegidos conforme al derecho internacional humanitario

1. Los de carácter civil que no sean objetivos militares.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| 2. Los culturales y los lugares destinados al culto.<br><br>3. Los indispensables para la supervivencia de la población civil.<br><br>4. Los elementos que integran el medio ambiente natural.<br><br>5. Las obras e instalaciones que contienen fuerzas peligrosas | | | | | | | | |
| TERCERA PRACTICA : SERVIDUMBRE | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - SERVIDUMBRE – FUERZA | 26. CONSTREÑIMIENTO ILEGAL, -TRATOS INHUMANOS Y DEGRADANTES ARTICULOS 182 Y 146 DEL C.P | 27. | LPLT | 2000 | VEREDA MACHETE PELAO, CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO | A. MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE ESTOS HECHOS  OCURRIERON CUANDO PASARON EN UNA  CAMIONETA Y LE DECIAN A LA JOVEN  QUE SE SUBIERA, Y ELLA LES DECIA QUE NO, ELLOS LA SUBIERON Y LA  LLEVARON HASTA LA BOMBA MACUIRA, LA COGIERON DEL CABELLO, ELLA GRITABA, LE MANOSEARON LOS SENOS, LA VAGINA, LA QUERIAN DESNUDAR.  LE DIJERON QUE TENIA QUE QUEDARCE EN LA BOMBA BARRIENDO, Y LE TOCO  QUEDARCE 15 DIAS, LA MAMA LA IBA A BUSCAR POR LA NOCHE CON SUS HERMANOS,  ELLOS PASABAN Y MIRABAN, QUE SI ESTABA HACIENDO LAS LABORES, Y ESTABAN PENDIENTE DE LOS CARROS, CUANDO LOS CARROS LLEGABAN. A LOS QUINCE DIAS LLEGARON Y LE DIJERON QUE YA NO IBA A SEGUIR CASTIGADA.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 182. CONSTREÑIMIENTO ILEGAL**. El que, fuera de los casos especialmente previstos como delito, constriña a otro a hacer, tolerar u omitir alguna cosa, incurrirá en prisión de uno (1) a dos (2) años

**ARTICULO 146. TRATOS INHUMANOS Y DEGRADANTES Y EXPERIMENTOS BIOLOGICOS EN PERSONA PROTEGIDA**. El que, fuera de los casos previstos expresamente como conducta punible, con ocasión y en desarrollo de conflicto armado, inflija a persona protegida tratos o le realice prácticas inhumanas o degradantes o le cause grandes sufrimientos o practique con ella experimentos biológicos, o la someta a cualquier acto médico que no esté indicado ni conforme a las normas médicas generalmente reconocidas incurrirá, por esa sola conducta, en prisión de cinco (5) a diez (10) años, multa de doscientos (200) a mil (1.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a diez (10) años.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ARTÍCULO 168. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes. | | | | | | | | |
| ESTATUS DE PODER Y CONTROL - SERVIDUMBRE – CONSENTIMIENTO VICIADO | 27 TRATA DE PERSONAS ARTICULO 215 DEL C.P | 28. | MZTR | 04/2002 | VEREDA EL ENCANTO, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO  NODIER GIRALDO  NORBERTO QUIROGA  AFRANIO REYES M | A MEDIATO  AUTOR | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |
| **SITUACION FACTICA:** SE ENCUENTRA DOCUMENTADO QUE A LA FINCA LLEGARON APROXIMADAMENTE VEINTE HOMBRES, QUE NO SE SABIA QUIEN LOS COMANDABA, UNO DE ELLOS LE ENTREGO UNA GALLINA Y LE DIJO QUE LE HICIERA COMIDA PARA SUS HOMBRES, NO TENIAN BASTIMENTO, LE DIERON ARROZ PARA QUE LES PREPARARA LA YUCA Y EL PLATANO, QUE ESTA JOVEN NO SE PODIA NEGAR A HACERLE EL FAVOR POR TEMOR A QUE LE HICIERAN ALOGO ESTOS | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| GRUPOS VOLVIAN  A LA FINCA EN OTRAS  OCASIONES Y LE TOCABA HACERLES LA COMIDA. | | | | | | | | |
| **FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE: | | | | | | | | |
| **ARTÍCULO 188-A. TRATA DE PERSONAS**. El que promueva, induzca constriña facilite financie, colabore o participe en el traslado de una persona dentro del territorio nacional o al exterior recurriendo a cualquier forma de violencia, amenaza, o engaño, con fines de explotación, para que ejerza prostitución, pornografía, servidumbre por deudas, mendicidad, trabajo forzado. Matrimonio servil, esclavitud con el propósito de obtener provecho económico o cualquier otro beneficio, para si o para otra persona incurrirá en prisión de diez (10) a quince (15) años y una multa de seiscientos (600) a mil (1000) salarios mínimos legales vigentes mensuales al momento de la sentencia condenatoria | | | | | | | | |
| <mark>SEGUNDA POLITICA: VINCULO CON EL GRUPO ENEMIGO -  PRIMERA PRACTICA : ACCESO CARNAL</mark> | | | | | | | | |
| VINCULO CON EL GRUPO  ENEMIGO – ACCESO CARNAL – CONSENTIMIENTO VICIADO | 28 ACCESO CARNAL ABUSIVO CON MENOR DE CATORCE AÑOS; HOMOGENEO SUCESIVO, HOMICIDIO EN PERSONA PROTEGIDO- ARTICULOS 208 Y 135 DEL C.P | 28. | CJCG | 2003 | VEREDA PUERTO NUEVO, CORREGIMIENTO DE GUACHACA, SANTA MARTA | HERNAN GIRALDO  JOSE GELVEZ A.  NODIER GIRALDO  NORBERTO | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | QUIROGA<br><br><br>DANIEL GIRALDO CONTRERAS | | EN EL HECHO |

**SITUACION FACTICA:** SE DOCUMENTO QUE ESTA JOVEN QUIEN CONTABA PARA LA FECHA DE LOS HECHOS CON 13 AÑOS, SE FUE DE SU CASA A PUERTO NUEVO EN DONDE INICIO UNA RELACION AMOROSA CON UN UN MIMEBRO DE LAS AUC BRT CONOCIDO CON EL ALIAS DE 31, QUE EN UNA OPORTUNIDAD SOSTUVO UNA PELEA CON SU PAREJA Y LO AMENAZO CON ACUSARLO CON LA POLICIA POR ELLO EL COMANDANTE DE ZONA WALTER TORRES LOPEZ DIO LA ORDEN DE DARLE MUERTE, LO CUAL FUE CUMPLIDA POR EL MISMO ALIAS 31, MACROBIO Y LALO, QUIENES LA SEPULTARON EN UN LUGAR ENMONTADO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 208. ACCESO CARNAL ABUSIVO CON MENOR DE CATORCE AÑOS**. El que acceda carnalmente a persona menor de catorce (14) años, incurrirá en prisión de cuatro (4) a ocho (8) años.

**ARTICULO 135. HOMICIDIO EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, ocasione la muerte de persona protegida conforme a los

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Convenios Internacionales sobre Derecho Humanitario ratificados por Colombia, incurrirá en prisión de treinta (30) a cuarenta (40) años, multa de dos mil (2.000) a cinco mil (5.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de quince (15) a veinte (20) años. PARAGRAFO. Para los efectos de este artículo y las demás normas del presente título se entiende por personas protegidas conforme al derecho internacional humanitario: 1. Los integrantes de la población civil. | | | | | | | | |
| VINCULO CON EL GRUPO ENEMIGO – ACCESO CARNAL – CONSENTIMIENTO VICIADO | 29 ACCESO CARNAL CON INCAPAZ DE RESISITIR EN CONCURSO HOMOGENEO SUCESIVO; HOMICIDIO EN PERSONA PROTEGIDA ARTICULOS 207 Y 135 DEL C.P | 29. | JPCJ | 2005 | VEREDA EL MICO, CORREGIMIENTO SAN PEDRO DE LA SIERRA, CIENAGA, MAGDALENA | HERNAN GIRALDO JOSE GELVEZ A. NODIER GIRALDO NORBERTO QUIROGA JOSE DANIEL MORA | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 438

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IMPUTADO | | |

**SITUACION FACTICA:** LA MADRE DE JOVEN MANIFESTO QUE SU HIJA BAJÓ EL DIA 12 DE ABRIL DE 2005 DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA DONDE RESIDIA,  A CIENAGA DONDE IBA A REALIZAR UNAS DILIGENCIAS DE DOCUMENTOS QUE TENIA QUE PRESENTAR EN EL COLEGIO, ELLA PENSÓ QUE ESTABA DONDE SU HERMANA, PERO ESCUCHO POR RADIO LA NOTICIA QUE HABÍAN ENCONTRADO A UNA NIÑA MUERTA  EN  EL BARRIO EL POLVORÍN DE CIÉNAGA,  POR ESE MOTIVO  SE FUE PARA DICHA CIUDAD  A HACER EL RECONOCIMIENTO DEL CADÁVER. LA JOVEN HABIA TENIDO UNA RELACION SENTIMENTAL CON EL COMANDANTE JOSE DANIEL MORA LOPEZ, QUEIN EN DILIGENCIA DE VERSION LIBRE CONFESO  SU PARTICIPACION EN EL HOMICIDIO Y ADMITIO IGUALMENTE QUE HABIA TENIDO UNA RELACION CON ELLA, LA CULPABA DE UNOS ATENTADOS, UNA VEZ FUE ASALTADO POR EL GAULA EN LA REGIÓN DEL MICO EN LA PARTE DE ARRIBITA A LAS CINCO Y QUINCE DE LA MAÑANA, Y OTRA VEZ POR EL EJÉRCITO EN EL PLATANAL, ESOS FUERON LOS MOTIVOS POR LOS CUALES LA MANDÓ A ASESINAR. MANIFESTÓ QUE CUANDO ESO PASÓ SE COMENZÓ UNA INVESTIGACIÓN INTERNA Y CONCLUYERON QUE ELLA DÍAS ANTES HABÍA TENIDO UNA RELACIÓN CON UN SOLDADO Y QUE A RAÍZ DE ESO QUERÍAN CAPTURAR O DAR DE BAJA AL POSTULADO Y ELLA SE ESTABA PRESTANDO PARA ESO. TAMBIÉN DIJO QUE NO SABÍA QUÉ EDAD EXACTA TENÍA CUANDO TUVIERON LA RELACIÓN, ERA MENOR DE EDAD. LA ORDEN SE LA DIO AL PATRULLERO APODADO EL **RANCHERO**, **MACABI** Y ALIAS **PIRAÑA**. FUE MUERTA A TIROS, EN EL ASALTO QUE LE HICIERON EN EL MICO, EL GAULA LE CAPTURÓ UN PATRULLERO CON UN FUSIL AK 762 Y UNA BAZUCA O LANZA COHETES RP 22, TAMBIÉN HIRIERON A UN PATRULLERO CON EL ALIAS EL **BUCHO**, LE PARTIERON UNA PIERNA Y PERDIÓ UNOS EQUIPOS CON INTENDENCIA, COMPLETOS, 4 O 5 EQUIPOS, FUE LA PRIMERA VEZ, SE ENCONTRABA EN EL MICO A LA ORILLA DE LA CARRETERA EN LA ÚLTIMA CASA, ALLÍ SE MANTENÍAN ELLOS. ELLA ESPERABA QUE LE DIERAN UNA PLATA, LA LLAMARON Y CUANDO FUE A RECIBIR LA PLATA LA ASESINARON, ESO LE INFORMÓ EL COMANDANTE DEL ÁREA. MANIFESTÓ QUE CUANDO ELLA SE FUE A VIVIR CON ÉL LE DIJO QUE TENÍA 16 AÑOS, LA CONOCIÓ EN LA VEREDA EL  MICO, QUE  ERA EL SITIO DONDE ÉL PERMANECÍA, DIJO NO TENER EXACTITUD SOBRE EL TIEMPO QUE DURÓ LA RELACIÓN.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 207. ACCESO CARNAL O ACTO SEXUAL EN PERSONA PUESTA EN INCAPACIDAD DE RESISTIR.** <Penas aumentadas por el artículo 14 de la Ley 890 de 2004, a partir del 1o. de enero de 2005. El texto con las penas aumentadas es el siguiente:> El que realice acceso carnal con persona a la cual haya puesto en incapacidad de resistir o en estado de inconsciencia, o en condiciones de inferioridad síquica que le impidan comprender la relación sexual o dar su consentimiento, incurrirá en prisión de ciento veintiocho (128) a

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| doscientos setenta (270) meses. Si se ejecuta acto sexual diverso del acceso carnal, la pena será de cuarenta y ocho (48) a ciento ocho (108) meses. **ARTICULO 135. HOMICIDIO EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, ocasione la muerte de persona protegida conforme a los Convenios Internacionales sobre Derecho Humanitario ratificados por Colombia, incurrirá en prisión de treinta (30) a cuarenta (40) años, multa de dos mil (2.000) a cinco mil (5.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de quince (15) a veinte (20) años. PARAGRAFO. Para los efectos de este artículo y las demás normas del presente título se entiende por personas protegidas conforme al derecho internacional humanitario: 1. Los integrantes de la población civil. | | | | | | | | |
| VINCULO CON EL GRUPO ENEMIGO – ACCESO CARNAL– FUERZA | 30 ACCESO CARNAL VIOLENTO AGRVADO – TORTURA – ARTICULOS 205 Y 178 DEL C.P | 30. | NPCR | 24/12/1993 | GUACHACA | HERNAN GIRALDO | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE LOS HECHOS TUVIERON OCURRENCIA APROXIMADAMENTE A LAS 5 DE LA MAÑANA DEL DIA 24 DE DICIEMBRE DE 1993 EN LA FINCA MIRAFLORES DE LA VEREDA RIO DE PIEDRAS CORREGIMIENTO DE BONDA MUNICIPIO DE SANTA MARTA, A DONDE LLEGARON VARIOS HOMBRES ARMADOS VESTIDOS DE CIVIL IRRUMPIERON EN LA HABITACION DE MANERA VIOLENTA PREGUNTANDO POR EL PADRE DE LA JOVEN A LO CUAL RESPONDIERON QUE ESTABA DORMIDO, SACANDOLO A LA FUERZA, LUEGO AMENAZARON A LA MADRE Y A LOS HERMANOS AMARRANDOLOS, LOS DEJARON EN EL PATIO Y A ELLA SE SE LA LLEVARON A UN CUARTO DONDE TRES DE ESOS HOMBRES LA ACCEDIERON, AL PAPA SE LO LLEVARON Y LO DESAPARECIERON.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

**ARTICULO 205. ACCESO CARNAL VIOLENTO**. El que realice acceso carnal con otra persona mediante violencia, incurrirá en prisión de ocho (8) a quince (15) años

**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| mismo término de la pena privativa de la libertad | | | | | | | | |
| VINCULOS CON EL GRUPO ENEMIGO – ACCESO CARNAL - FUERZA | 31 ACCESO CARNAL VIOLENTO AGRAVADO ; SECUESTRO; TORTURA EN CONCURSO HOMOGENEO SUCESIVO; HOMICIDIO AGRAVADO; DESPLAZAMIENTO FORZADO. ARTICULOS 205, 168,178, 135 Y 180 DEL C.P | 31. | EMM Y MCB | 25/08/1989 | CORREGIMIENTO DE BONDA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO | A. MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE 10  HOMBRES  CON UNIFORMES CAMUFLADOS,  SE HICIERON PASAR COMO MIEMBROS DEL EJERCITO Y  LE DIJERON A ESTA JOVEN  QUE SI ELLA ERA  LA DEFENSORA DE LOS MUERTOS, LE CORTARON LAS MANOS POR LAS MUÑECAS,  LOS DEDOS  Y EL ANVERSO DE LAS MANOS  Y  DOS DE ESOS HOMBRES ABUSARON SEXUALMENTE DE ELLA  DELANTE DE SU PADRE, LA  GOLPEARON BRUTALMENTE Y LA HICIERON  PERDER EL

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONOCIMIENTO. | | | | | | | | |

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 205. ACCESO CARNAL VIOLENTO**.  El que realice acceso carnal con otra persona mediante violencia, incurrirá en prisión de ocho (8) a quince (15) años

**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes

**ARTICULO 178. TORTURA**. El que inflija a una persona dolores o sufrimientos graves, físicos o psíquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación incurrirá en prisión de ocho a quince años, multa de ochocientos (800) a dos mil (2.000) salarios mínimos legales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término de la pena privativa de la libertad

**ARTICULO 135. HOMICIDIO EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, ocasione la muerte de persona protegida conforme a los Convenios Internacionales sobre Derecho Humanitario ratificados por Colombia, incurrirá en prisión de treinta (30) a cuarenta (40) años, multa de dos mil (2.000) a cinco mil (5.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de quince (15) a veinte (20) años.

PARAGRAFO. Para los efectos de este artículo y las demás normas del presente título se entiende por personas protegidas conforme al derecho internacional humanitario:

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 443

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | 1. Los integrantes de la población civil. **ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años. No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional. El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen. El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia  del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica". | | | | | | | |
| VINCULOS CON EL GRUPO ENEMIGO – ACCESO CARNAL - FUERZA | 32 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA AGRAVADO; TORTURA EN PERSONA PROTEGIDA ARTICULOS 138 Y 137 DEL C.P | 32. | SMB | JULIO DE 2002 | VEREDA CASA DE TABLA, CORREGIMIENTO DE GUACHACA, MUNICIPIO DE SANTA MARTA | HERNAN GIRALDO NODIER | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA DOCUMENTOS DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | GIRALDO NORBERTO QUIROGA DANIEL GIRALDO | | IDENTIDAD VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE ENCUENTRA DOCUMENTADO QUE ESTE HECHO OCURRIO CUANDO UNOS  MUCHACHOS LA COGIERON Y LA AMENAZABAN CON  UN FUSIL Y LE DECIAN QUE ELLA TENIA QUE DECIRLES LA VERDAD, ELLA LES DECIA QUE ESA ERA LA VERDAD, LA COGIO EL GUAJIRO POR EL CABELLO Y LA ARRASTRO HASTA LA BODEGA DE LAS COMPRAS Y EMPEZARON  A FORCEJEAR  Y EL CON SU FUERZA LA VIOLO,  LE DECIA QUE SI ELLA LE DECIA ALGO AL PATRON LA MATABA, YA QUE EL PATRON HABIA DADO LA ORDEN DE MATARLA.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años.

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes<br><br>Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo 212 de este código | | | | | | | | |
| TERCERA POLITICA: CONTROL TERRITORIAL -  PRIMERA PRACTICA : ACCESO CARNAL | | | | | | | | |
| CONTROL TERRITORIAL - ACCESO CARNAL–FUERZA | 33 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA; TORTURA EN PERSONA PROTEGIDA; DESPLAZAMIENTO FORZADO ARTICULOS 138, 178 Y 180 DEL C.P | 33. | EEPG | 2004 | VEREDA LOURDES | HERNAN GIRALDO<br><br>JOSE GELVEZ A.<br><br>NODIER GIRALDO<br><br>NORBERTO QUIROGA<br><br>AFRANIO REYES M | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 446

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA**: SE PUDO ESTABLECER QUE ALIAS 70 LE DIJO A ESTA JOVEN QUE LLEVARA EL NIÑO A UNA PAREJA DE EVANGELICOS, PARA QUE ME LO TUVIERAN Y YO PUDIERA TRABAJAR. A LOS DOS DIAS EL NIÑO FUE ENTREGADO POR EL SEÑOR EVANGELICO A 70, QUIEN ME PERMITIA VER AL NIÑO. DESPUES HUBO UN CAMBIO DE COMANDO Y LLEGO ALIAS 8.1 QUIEN NO ME DEJO VER MAS AL NIÑO Y SE QUEDO CON EL..  CONTRATO UN CARRO Y SE LLEVO A  MI HIJA Y NO LA VOLVI A VER MAS. FUI HASTA EL CAMPAMENTO DE 8.1 PARA QUR ME DEVOLVIERA A MI HIJO, PERO EN ESE CAMPAMENTO FUI VIOLADA POR CINCO HOMBRES. ALCANCE A VER A MI HIJO CUANDO ME TENIAN DESNUDA. ME DIJERON QUE NO VOLVIERA MAS POR ALLA.  A LOS DOS MESES ME VINE Y NO REGRESE.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años.

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes

Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo 212 de este código

**ARTICULO 180. DESPLAZAMIENTO FORZADO**. El que de manera arbitraria, mediante violencia u otros actos coactivos dirigidos contra un sector de la población, ocasione que uno o varios de sus miembros cambie el lugar de su residencia, incurrirá en prisión de seis (6) a doce (12), multa de seiscientos (600) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes y en interdicción de derechos y funciones públicas de seis (6) a doce (12) años.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| No se entenderá por desplazamiento forzado, el movimiento de población que realice la fuerza pública cuando tenga por objeto la seguridad de la población, o en desarrollo de imperiosas razonas militares, de acuerdo con el derecho internacional. El desplazamiento forzado es un fenómeno social que da lugar a la vulneración múltiple, masiva y continua de los derechos fundamentales, quedando las personas en una situación de extrema urgencia y vulnerabilidad, que solo puede cesar, cuando se produzca el retorno a los lugares de origen. El desarraigo de las personas de sus centros vitales, bien por coacción directa, o por la percepción que tenían del peligro que se cernía sobre sus vidas, se convirtió en una práctica del conflicto armado interno, al punto que la Corte Constitucional, ya en sentencia  del 30 de agosto de 2000, con ponencia de Eduardo Cifuente Muñoz, advertía: "El problema del desplazamiento forzado se deriva fundamentalmente del conflicto armado que tiene lugar en el país. La anhelada paz puede demorar aún muchos años para cristalizarse. En atención a ello, es imperativo realizar todos los esfuerzos necesarios para lograr que todos los actores armados respeten a la población civil. En este orden de ideas, corresponde al Gobierno entrar en contacto con los actores del conflicto armado, con el fin de vincularlos al respeto del derecho internacional humanitario, y de lograr que el desplazamiento forzado de colombianos deje de constituir una estrategia belica". | | | | | | | | |
| ==CUARTA POLITICA: CONTROL SOCIAL -  PRIMERA PRACTICA : ACCESO CARNAL== | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL SOCIAL – ACCESO CARNAL - FUERZA | 34 ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA – SECUESTRO AGRAVADO- TORTURA EN PERSONA PROTEGIDA – PROSTITUCION FORZADA ARTICULOS 137, 138, 168, Y 141 DEL C.P | 34. | MECL | 5/08/2003 | GUACHACA | HERNAN GIRALDO  JOSE GELVEZ NODIER GIRALDO  NORBERTO QUIROGA  JOSE MORA LOPEZ  DANIEL GIRALDO CONTRERAS | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA  DOCUMENTOS DE IDENTIDAD  VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:** SE DOCUMENTO QUE QUE EL 5 DE AGOSTO DE 2003 EN EL CORREGIMIENTO DE GUACHACA CUADO ESTA JOVEN CONTABA CON 13 AÑOS DE EDAD , FUERON RETENIDAS UNAS NIÑAS LAS CUALES LES DIERON LA ORDEN DE QUE SUBIERAN A UN CARRO QUE ERA CONDUCIDO POR ALIAS MACROBIO Y LES DIJO QUE ALIASTARAN ROPARA PARA VARIOS DIAS, LUEGO LAS LLEVARON A UNA BASE EN DONDE LAS TUVIERON VARIOS DIAS, DURANTE ESE TIEMPO LAS PONÍA HACER OFICIOS, A BARRER, A COCINAR, LAVAR ROPA, QUE LES HACIAN PREGUNTAS SOBRE COSAS QUE ELLAS NO SABIA, Y LAS AMENAZABAN CON QUITARLES LA VIDA, QUE FUERON VIOLADAS EN VARIAS OPORTUNIDADES, QUE LAS CAMBIABAN DE SITIOS Y SIEMPRE LAS OBLIGARON HACER OFICIOS Y LAS ACCEDIERON,

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| LUEGOS LAS DEJARON IR CON LA AMENZAZA DE QUE NO PODIA DECIRLE NADA A NADIE. | | | | | | | | |

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

**ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años.

**ARTICULO 138. ACCESO CARNAL VIOLENTO EN PERSONA PROTEGIDA**.  El que, con ocasión y en desarrollo de conflicto armado, realice acceso carnal por medio de violencia en persona protegida incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes

Para los efectos de este Artículo se entenderá por acceso carnal lo dispuesto en el artículo 212 de este código

**ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes

**ARTICULO 141. PROSTITUCION FORZADA O ESCLAVITUD SEXUAL**. El que mediante el uso de la fuerza y con ocasión y en desarrollo del conflicto armado obligue a persona protegida a prestar servicios sexuales incurrirá en prisión de diez (10) a diez y ocho (18) años y multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | **PRIMERA POLITICA: ESTATUS DE PODER Y CONTROL -  SEGUNDA PRACTICA : ACTO SEXUAL** | | | | | |
| ESTATUS DE PODER Y CONTROL- ACTOS SEXUALES - FUERZA | 35 ACTO SEXUALES VIOLENTOS EN PERSONA PROTEGIDA; TORTURA;; AMENAZAS; SECUESTRO ARTICULOS 137, 139,, 347 Y 168 DEL C.P | 35. | TBL | 10/01/2002 | FINCA LA INDIA – VEREDA LA AGUACATERA, CORREGIMIENTO DE GUACHACA, SANTA MARTA | HERNAN GIRALDO SERNA, NODIER GIRALDO GIRALDO, NORBERTO QUIROGA POVEDA, DANIEL GIRALDO CONTRERAS | A MEDIATO | CARPETA DE REPORTE REALIZADO POR LA VICTIMA<br><br>DOCUMENTOS DE IDENTIDAD<br><br>VERSION EN LA QUE EL POSTULADO ACEPTA LA RESPONSABILIDAD EN EL HECHO |

**SITUACION FACTICA:**  DE ACUERDO A LO DOCUMENTADO SE TIENE QUE ESTA NIÑA  TENIA 9 AÑOS EN ESE TIEMPO, CUADO  LLEGARON DOS HOMBRES Y LE DIJERON QUE SI NO ME IBA CON ELLOS LA MATABAN QUE ALGUIEN NECESITABA HABLAR CON ELLA, LE EMPEZARON A MOSTRAR  SUS PARTES INTIMAS, UNO DE ELLOS LES DECIA QUE SI QUERIA PROBAR ESO .

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL  LEY 599 DE 2000 DE:

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | **ARTICULO 168. SECUESTRO SIMPLE**. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes | | | | | | | |
| | **ARTICULO 137. TORTURA EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, inflija a una persona dolores o sufrimientos graves, físicos o síquicos, con el fin de obtener de ella o de un tercero información o confesión, de castigarla por un acto por ella cometido o que se sospeche que ha cometido, o de intimidarla o coaccionarla por cualquier razón que comporte algún tipo de discriminación, incurrirá en prisión de diez (10) a veinte (20) años, multa de quinientos (500) a mil (1000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años. | | | | | | | |
| | **ARTICULO 139. ACTOS SEXUALES VIOLENTOS EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, realice acto sexual diverso al acceso carnal, por medio de violencia en persona protegida incurrirá en prisión de cuatro (4) a nueve (9) años y multa de cien (100) a quinientos (500) salarios mínimos legales mensuales vigentes | | | | | | | |
| | **ARTICULO 347. AMENAZAS**   El que por cualquier medio apto para difundir el pensamiento atemorice o amenace a una persona, familia, comunidad o institución, con el propósito de causar alarma, zozobra o terror en la población o en un sector de ella, incurrirá, por esta sola conducta, en prisión de dieciséis (16) a setenta y dos 72) meses y multa de trece punto treinta y tres (13.33) a ciento cincuenta (150) salarios mínimos legales mensuales vigentes. | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 452

# PATRON DE MACRO - CRIMINALIDAD

# DESPLAZAMIENTO FORZADO

### c.  Patrón de macro-criminalidad de Desplazamiento forzado

#### xxiii.  Marco normativo

Se mostrará el marco jurídico internacional que devela esta conducta desde la perspectiva del Derecho Internacional de los Derechos Humanos (DIDH), del Derecho Internacional Humanitario (DIH) y del Derecho Penal Internacional (DPI).

Se procederá igualmente a relacionar la normatividad constitucional, legal y jurisprudencial sobre el desplazamiento forzado y por qué dicho patrón se erige como un crimen de guerra y de lesa humanidad.

#### xxiv.  Análisis general de variables

Como resultado del análisis de variables elaboradas se estableció la existencia de un patrón de macro criminalidad de desplazamiento forzado, mediante las cuales estos GAOML adoptaron estas políticas que tuvieron como motivación, la estigmatización de las víctimas por ser señaladas de tener vínculos con el grupo enemigo, o como consecuencia del control social, territorial y de recursos.

Se explicará cómo a partir de las anteriores políticas adoptadas al interior de GAOML, los desplazamientos forzados se ejecutaron acudiendo a prácticas como: combates entre GAOML, señalamiento de colaboración o de pertenecer al grupo enemigo, reclutamiento ilícito, y limpieza social.

Se demostrará  a través de los análisis estadísticos que dichas **prácticas** tuvieron un carácter sistemático, generalizado y reiterado.

Se indicarán igualmente los medios que fueron empleados para llevar a cabo dichas prácticas que fueron desarrolladas a la vez por **modus operandi** consistentes en incursiones en regiones georeferenciadas como de presencia de grupos armados en contienda, amenazas y usos de la fuerza, la mera presencia del GAOML en zonas ocupadas por la población civil, anuncios públicos, distribución de panfletos, amenazas generalizadas, retenes ilegales…etc.

#### xxv.  Análisis específico de variables

Se explicará que a partir del análisis del universo de hechos de desplazamiento forzado investigados y filtrados en el Sistema de Información de Justicia y Paz atribuibles al bloque Bananero y Calima, conforme a la georeferenciación en los departamentos de Antioquia, Cauca, Valle del Cauca, Huila y Quindío entre los períodos comprendidos de 1 de enero de 1995 hasta mayo de 1996 y, del (1) primero de noviembre de 1996 hasta el 18 de diciembre de 2004, arrojaron un total de 4105 casos con 10730 víctimas,  donde se exponen

en detalle los indicadores, las políticas que motivaron, las **prácticas**, y a su vez los **modus operandi**, así como las tipologías relacionadas con la tenencia de la tierra, presentadas en este patrón de desplazamiento forzado y que fueron adoptados por el Bloque Resistencia Tayrona de las AUC, los cuales permiten a la FGN establecer con probabilidad de verdad la responsabilidad del postulado HERNAN GIRALDO SERNA, para proceder a formularle cargos.

### xxvi. Indicadores

A través de gráficos se explicarán las mediciones y porcentajes que arrojaron los análisis y procesamiento de la información sobre el patrón de desplazamiento forzado.

Para ilustrar y sustentar los resultados obtenidos, se incluirán relatos de víctimas como muestras representativas de los porcentajes indicados, así como versiones individuales y colectivas recibidas a postulados, donde se reconoce la existencia de las **motivaciones, prácticas** y **modus operandi** identificados.

### xxvii. Políticas Criminales del GAOML –Móviles-

Se entrará a explicar las motivaciones que conllevaron a la ejecución de estos actos delictivos como fue el control territorial y el control social.

### xxviii. Prácticas

Se explicarán las prácticas adoptadas por el GAOML para la ejecución de estas conductas en las que se identificarán los homicidios selectivos, los homicidios múltiples o masacres, la amenaza generalizada, el temor y la inseguridad (por confrontaciones armadas).

### xxix. Modus operandi

Se explicarán los modus operandi que fueron adoptados para la consumación de las prácticas, como incursionar de forma masiva en la zona rural o en su defecto con pocos hombres en la zona urbana, así como también la intimidación ejercida a las víctimas.

### xxx. Tipologías de la tenencia de la tierra

Se explicarán algunos conceptos y definiciones relacionadas con el **despojo**, **el abandono de tierras** y **el uso de suelos** que contribuirán a entender las situaciones y consecuencias que generaron los desplazamientos forzados acaecidos en las épocas y regiones donde delinquieron el Bloque Resistencia Tayrona de las AUC.

### xxxi.  Clases de despojo

Se explicarán los métodos utilizados por exintegrantes de los GAOML y por terceros para despojar a las comunidades de sus propiedades, a partir del desplazamiento forzado causado por el GAOML, con especial énfasis en la zona del Urabá antioqueño.

Igualmente se presentarán y analizarán las situaciones de **despojo material** y **jurídico** que se presentaron de acuerdo a la información recolectada.

### xxxii.  Abandono

Se analizarán algunos indicadores que se evidenciaron de esta tipología con especial énfasis en zonas de influencia del bloque Calima.

### xxxiii.  Listado de víctimas según práctica y modus operandi

Se procederá a identificar y cuantificar las víctimas incluidas en el patrón de macro criminalidad probado acorde a las **prácticas** y **modus operandi** que se le atribuye al Bloque Resistencia Tayrona de las AUC.

### xxxiv.  Formulación de cargos

Se procederá a formular los cargos agrupando los casos de acuerdo a las calificaciones jurídicas con sus correspondientes concursos, la relación de víctimas, lugar y fecha de los hechos y a qué postulados se les formulan cargos de acuerdo a la responsabilidad legal que le corresponda.

DESPLAZAMIENTO FORZADO

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.- DESPLAZAMIENTO FORZADO ARTTOMA DE REHENES- , Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **BAUDILIO BOCANEGRA** ROSA MATILDE ALVAREZ PINEDA- EDGAR ANTONIO YANEI FERNANDO MARTIN EDINSON ALEJANDRO Y | 23/01/2002 | CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LUIS EDUARDO BOCANEGRA ALVAREZ | | | BALLESTEROS | Mediato | | | | RECORTES DE PRENSA |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | ENTREVISTAS A LA SEÑORA DORLISCA GONZALEZ MUÑOZ |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | SIPOD |

SE TIENE DOCUMENTADO QUE DESDE MEDIADOS DE LA DÉCADA DE LOS NOVENTA, CARLOS CASTAÑO GIL, PONE EN PRÁCTICA SU IDEA DE CREAR UNAS AUTODEFENSAS UNIDAS A NIVEL NACIONAL, POR LO CUAL INVITA EN REPETIDAS OCASIONES A GIRALDO SERNA A UNIRSE, A LO QUE GIRALDO SERNA MANIFIESTA SU NEGATIVA; LO QUE AUNADO A OTROS PROBLEMAS QUE SURGEN ENTRE JAIRO MUSSO TORRES, (A)

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

PACHO MUSSO, SEGUNDO COMANDANTE GENERAL PARA LA ÉPOCA DE HERNAN GIRALDO Y LOS CASTAÑO, POR EL MANEJO DE CARGAMENTOS DE NARCÓTICOS QUE VENÍAN DEL GRUPO DE LOS CASTAÑOS PARA SER ENVIADOS A TRAVÉS DE LAS RUTAS DE NARCOTRÁFICO QUE MANEJABAN LAS ACMG,  Y DE LAS CUALES EL ENCARGADO ERA JAIRO MUSSO,  EN RAZÓN A QUE LOS ENVÍOS DE DROGA DE LOS CASTAÑO COMIENZAN A SER REPORTADOS DE MANERA CONTINUA  COMO RETENIDOS POR LA GUARDIA COSTERA, DESAPARECIDOS EN ALTAMAR O COMO HURTADOS, LO QUE GENERO DESCONFIANZA ENTRE LOS CASTAÑO QUIENES AVERIGUAN QUE ESTO AL PARECER ES MENTIRA. Y POR ÚLTIMO QUE FUE LO QUE SE TOMÓ COMO DETERMINANTE, OTRO HECHO DE IMPACTO POR SUS CONSECUENCIAS PARA ESTA ORGANIZACIÓN ILEGAL, TIENE QUE VER CON QUE  EL DÍA 9 DE OCTUBRE DEL 2001, MIEMBROS DE LA POLICÍA NACIONAL ANTINARCÓTICOS  ADELANTABAN LABORES DE INTELIGENCIA CON EL FIN DE UBICAR  PARA DAR CAPTURA  A JAIRO ANTONIO MUSSO TORRES CONOCIDO CON EL ALIAS DE "PACHO MUSSO",  Y ÉSTE FUE ALERTADO DE LA PRESENCIA DE LOS AGENTES POR MIEMBROS DE LA ORGANIZACIÓN QUE PRESTABAN SUS SERVICIOS COMO RADIO CHIPAS EN EL SECTOR DEL HOTEL MENDIHUACA CARIBEAN RESORT; POR LO QUE  ALIAS PACHO MUSSO ENVÍO UN GRUPO DE PARAMILITARES CONFORMADO POR PERSONAS DE SU SEGURIDAD Y PATRULLEROS QUE SE ENCONTRABAN JUNTO A EL EN ESE MOMENTO,  AL MANDO DE OMAR MARTIN OCHOA BALLESTEROS ALIAS EL VIEJO. EL GRUPO DE PARAMILITARES SE MOVILIZÓ EN UNA CAMIONETA TIPO ESTACAS, LLEGARON HASTA EL RESTAURANTE EL PECHICHE, UBICADO AL FRENTE DEL COMPLEJO TURÍSTICO MENDIHUACA, SIENDO APROXIMADAMENTE LAS SIETE DE LA NOCHE; CUANDO EL GRUPO DE PARAMILITARES LLEGA AL CITADO RESTAURANTE LO HACE DIVIDIDO EN TRES GRUPOS, AL LLEGAR OBLIGAN A TODOS LOS QUE SE ENCUENTRAN EN EL RESTAURANTE A TENDERSE EN EL PISO E INTENTAN SACAR A LA FUERZA AL MIEMBRO DE LA POLICÍA QUE SE ENCUENTRA EN EL VEHICULO, COMO ESTE HACE RESISTENCIA PARA SALIR SE PROCEDE A DISPARAR EN CONTRA DE TODOS ALLÍ MISMO, QUEDANDO MUERTOS EN EL LUGAR CINCO  PERSONAS, ENTRE ELLOS DOS POLICÍAS, MIENTRAS QUE UN TERCERO, EL INTENDENTE HERIBERTO CORDERO  ES TRASLADADO VIVO EN LA CAMIONETA DE ESTACAS, Y LLEVADO A LA PARTE ALTA DE LA VEREDA  MENDIHUACA DONDE SE ENCUENTRA JAIRO MUSSO CON OTROS MIEMBROS DE SU SEGURIDAD; LUEGO DE INTERROGARLO POR VARIOS MINUTOS Y DE ESCUCHAR LA VERSIÓN DE LO SUCEDIDO POR PARTE DE ALIAS EL VIEJO,  PACHO MUSSO ORDENA LA EJECUCIÓN DEL INTENDENTE DE LAS POLICÍA Y SUGIERE QUE LOS CUERPOS SE TRASLADEN DEL LUGAR DE LOS HECHOS A UNA ZONA DISTANTE CON EL FIN DE EVITAR SER RELACIONADOS  CON ESTOS HECHOS; ORDEN QUE CUMPLE. LOS CASTAÑO, LE PIDEN A GIRALDO SERNA,  LA ENTREGA DE MUSSO TORRES PARA QUE RESPONDA POR ESTO ANTE LAS AUTORIDADES COLOMBIANAS Y POR MEDIO DE UN COMUNICADO DE LA CÚPULA DE LAS AUTODEFENSAS MANIFIESTAN QUE MUSSO TORRES NUNCA HA SIDO MIEMBROS DE LAS AUC,  GIRALDO SERNA, SE NIEGA A ENTREGARLO, CON LA FRASE DE QUE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 459

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

"UN PADRE NO ENTREGA SUS HIJOS". ESTO SE TORNA EN EL DETONANTE,  PARA QUE CARLOS CASTAÑO DECIDA ATACAR A LAS ACMG, ENVIANDO DE DISTINTAS PARTES DE LA COSTA NORTE MIEMBROS DE GRUPOS DE AUTODEFENSAS COMO HÉROES DE LOS MONTES DE MARÍA, ACCU DE FUNDACIÓN, DEL ELMER CÁRDENAS Y POR SUPUESTO DEL BLOQUE NORTE, LOS CUALES LLEGARON POR LA GUAJIRA (ENTRANDO POR MINGUEO, PALOMINO Y PERICO AGUAO) Y  EL MAGDALENA (POR FUNDACIÓN), CON MÁS DE TRESCIENTOS HOMBRES. EL GRUPO DE LOS CASTAÑO,  CONTÓ CON EL APOYO DEL  GRUPO DE LOS ROJAS, PARA EL INGRESO A LA ZONA. EN LA VEREDA DEL CAMPANO CORREGIMIENTO DE MINCA, SE HABÍA INSTALADO DESDE UN TIEMPO ATRÁS POR SOLICITUD DE LOS CASTAÑO UN GRUPO DE LAS ACCU, EL CUAL POR ORDEN DE PACHO MUSSO, SE CONVIERTE EN EL PRIMER OBJETIVO DE GUERRA DE LAS ACMG, PARA LO CUAL SE DISPONE QUE ALIAS 90 SE TRASLADE CON 50 COMBATIENTES Y SE PONGA A ORDENES DE NORBERTO QUIROGA POVEDA  ALIAS BETO QUIROGA, LOS CUALES SALEN EL 29 DE DICIEMBRE DEL 2001 Y LLEGAN AL CAMPANO EL 31 DE DICIEMBRE, SE DIVIDE EL GRUPO QUEDANDO ALIAS 90 EN LA PARTE DE ARRIBA DEL CAMPANO Y BETO QUIROGA EN LA PARTE ALTA DE BONDA, COMENZANDO UN ENFRENTAMIENTO EL DÍA 1 DE ENERO DEL 2002  QUE DURO MÁS DE CUATRO HORAS EN EL QUE SE DIO MUERTE POR PARTE DE LAS ACMG A UN MIEMBRO DE LOS CASTAÑO Y LA RETIRADA DEL RESTO DEL GRUPO. EL SEGUNDO COMBATE QUE SOSTIENEN LOS GIRALDO CON LOS CASTAÑO, SUCEDE  A LOS TRES DÍAS DEL PRIMER ENFRENTAMIENTO, EL 4 DE ENERO DEL 2002, EN EL MISMO SECTOR DEL CAMPANO, LUEGO DE QUE ENTRARAN AL SECTOR LOS INTEGRANTES DEL BLOQUE NORTE; EL COMBATE COMENZÓ A ESO DE LAS SEIS DE LA MAÑANA Y SE PRESENTARON TRES (3) HERIDOS DE LAS ACMG.  LA POBLACIÓN CIVIL DE LA VEREDA DEL CAMPANO SE TRASLADO AL CORREGIMIENTO DE MINCA PARA NO QUEDAR EN LA MITAD DEL ENFRENTAMIENTO.  LOS HOMBRES DE GIRALDO SERNA AL VER LA INFERIORIDAD NUMÉRICA Y DE ARMAMENTO SE REPLIEGAN PARA LA VEREDA NUEVO MUNDO DONDE SON APOYADOS POR EL COMANDANTE TOLIMA CON TREINTA (30) HOMBRES, SIENDO ATACADOS POR LOS HOMBRES DE LOS CASTAÑOS Y NUEVAMENTE SE VEN OBLIGADOS A REPLEGARSE, LLEGANDO HASTA RIÓ DE PIEDRA EN LA FINCA SANTA FE.  AL MISMO TIEMPO SE PRESENTAN COMBATES EN EL SECTOR DE LA VEREDA DE  PERICO AGUAO EN EL CORREGIMIENTO DE GUACHACA, EN DONDE INCURSIONAN LOS CASTAÑO BAJO EL MANDO DE ALIAS 60 QUIEN EN SU TRASEGAR POR ESTA VEREDA ASESINA CINCO (5) CAMPESINOS; ESTA INCURSIÓN FUE CONTRARRESTADA POR EL GRUPO A CARGO DE ALIAS JP O FERCHO. PASADOS VARIOS DÍAS SE HACE UNA TREGUA ENTRE ALIAS TOLIMA Y ALIAS 60 EN EL SECTOR DEL PERICO AGUAO. EN LOS ÚLTIMOS DÍAS DE FEBRERO DEL 2002 SE DA UN NUEVO ENFRENTAMIENTO, ESTE EN LA PARTE ALTA DE LA VEREDA DE MACHETE PELAO EN CERCANÍAS AL SECTOR LLAMADO EL FILO DONDE SOSTIENEN COMBATES UN GRUPO DE NO MÁS DE VEINTE (20) PATRULLEROS DE LAS ACMG CON LOS CASTAÑO QUE DEJAN DOS PATRULLEROS HERIDOS Y UNO MUERTO DE LAS ACMG, SALIENDO ESTOS REPLEGADOS PARA LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

PARTE DE ABAJO EN CERCANÍAS A LA VEREDA LA AGUACATERA. SE PRESENTA OTRO ENFRENTAMIENTO EN EL SECTOR DE LA VEREDA DE QUEBRADA DEL SOL, PERO ESTA VEZ DURAN 72 HORAS, AL TÉRMINO DE LAS CUALES SE HACE UNA REUNIÓN DE COMANDANTES EN LAS CABAÑAS DE BURITACA EN LA CUAL HERNAN GIRALDO ANUNCIA QUE CARLOS CASTAÑO QUIERE HABLAR DE TREGUA Y PARA TAL EFECTO ENVÍA COMO REPRESENTANTE A JORGE 40 PARA QUE SE REÚNAN, PERO PIDE COMO GARANTÍA POR LA VIDA DE ESTE COMANDANTE QUE GIRALDO SERNA ENVIÉ A LA CIUDAD DE MEDELLÍN A UNO DE SUS HIJOS, SIENDO ENVIADO DANIEL GIRALDO  EN COMPAÑÍA DE  CARLOS EDWIN MONTEJO VITOLA ALIAS 90 Y ALIAS ORTEGA PARA QUE PERMANECIERAN EN CALIDAD DE REHENES, DURANTE EL TERMINO DE LA REUNIÓN. ESTA GUERRA, TRAE COMO PRIMERA CONSECUENCIA DE GRAN IMPACTO SOCIAL Y ECONÓMICO PARA LA REGIÓN, EL DESPLAZAMIENTO DE MILES DE CAMPESINOS DE LAS VEREDAS DE LA SIERRA NEVADA, PARA LA  TRONCAL DEL CARIBE, DURANTE LOS MESES DE ENERO Y FEBRERO 2002, YA QUE COMO ESTRATEGIA PARA EVITAR EL ACCESO DE LOS MIEMBROS DE LAS AUTODEFENSAS DE LOS CASTAÑO A LA REGIÓN GIRALDO SERNA ORDENO A LOS PRESIDENTES DE LAS JUNTAS DE ACCIÓN COMUNAL CONVOCAR A TODOS LOS RESIDENTES DEL SECTOR A INSTALARSE EN LA TRONCAL DEL CARIBE A LA ALTURA DE LAS VEREDAS DE CALABAZO CORREGIMIENTO DE GUACHACA MAGDALENA Y EN LA VEREDA DE RIO ANCHO CORREGIMIENTO DE DIBULLA, LA GUAJIRA; Y ASÍ COMO PARA LOGRAR LA ATENCIÓN DEL GOBIERNO NACIONAL PARA QUE ENVIARA TROPAS DEL EJERCITO QUE IMPIDIERAN EL INGRESO DEL GRUPO DE LOS CASTAÑO A LA REGIÓN. LA REUNIÓN PARA LOS ACUERDOS, SE PRODUJO, LUEGO DE TRES DÍAS DE ESPERA A QUE LLEGARA JORGE 40, LA CUAL FINALMENTE SE REALIZÓ  EL 27 DE FEBRERO DEL 2002 EN LA VEREDA LOS COCOS, EN LA CUAL EL COMANDANTE DE BLOQUE NORTE, QUE ACUDIÓ A LA REUNIÓN CON EL ROSTRO CUBIERTO, INDICÓ A GIRALDO SERNA LAS CONSECUENCIAS DE ESTA CONFRONTACIÓN, ENTRE LAS CUALES ESTABAN LA FUSIÓN DE LAS ACMG CON EL BLOQUE NORTE, PASANDO A SER UN FRENTE DE DICHA ESTRUCTURA DENOMINADO FRENTE RESISTENCIA TAYRONA, EN EL CUAL EL COMANDANTE POLÍTICO SERIA GIRALDO SERNA, EL COMANDANTE MILITAR EDGAR ARIEL CORDOBA TRUJILLO HASTA ENTONCES CONOCIDO CON EL ALIAS DE VIRGILIO, Y PASARÍA A SER SAMUEL RODRIGUEZ, (QUE VENÍA DE BLOQUE NORTE), Y COMO COMANDANTE URBANO EN SANTA MARTA QUEDA ADÁN ROJAS MENDOZA, Y COMO SEGUNDO, SU HERMANO   JOSÉ GREGORIO ROJAS; LA MITAD DE LA TROPA DE GIRALDO SERNA SERIA REPARTIDA EN LOS DIFERENTES FRENTES DE BLOQUE NORTE Y SE CREARÍA EL FRENTE CONTRAINSURGENCIA WAYUU EL CUAL  ESTARÍA BAJO EL MANDO DE ALÍAS RAMIRO BEJARANO (TOLIMA) Y JOVANNY NAVARRO (ALÍAS MONO E LECHE) PARA CONTROLAR LA PARTE DE LA GUAJIRA; ASÍ MISMO CAMBIA LA ESTRUCTURA  DEL GRUPO,  EL NÚMERO DE INTEGRANTES SE DUPLICA, Y SU CAPACIDAD BÉLICA Y DE COMUNICACIONES SE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| INCREMENTA. | | | | | | | | | | |

SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,   DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, CARMEN RINCON, EDGAR OCHOA BALLESTEROS, AFRANIO MANUEL REYES MARTINEZ Y ADAN ROJAS MENDOZA A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL EN CONCURSO MATERIAL HOMOGENEO TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.
EN CONCURSO HETEROGENEO CON EL DELITO DE

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

➢ TOMA DE REHENES. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 148 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, PRIVE A UNA PERSONA DE SU LIBERTAD CONDICIONANDO ÉSTA O SU SEGURIDAD A LA SATISFACCIÓN DE EXIGENCIAS FORMULADAS A LA OTRA PARTE, O LA UTILICE COMO DEFENSA, INCURRIRÁ EN PRISIÓN DE VEINTE (20) A TREINTA (30) AÑOS, MULTA DE DOS MIL (2000) A CUATRO MIL (4.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 463

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| **1.-** DESPLAZAMIENTO FORZADO, TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RAFAEL ENRIQUE SALINAS VASQUEZ** COMPAÑERA | 28/01/2002 | CORREGIMIENTO DE GUACHACA- | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA POVEDA | Mediato | | | ENFRENTAMIENTO CON OTROS GRUPOS | INFORME DEFENSORIAL |
| | | LUZ MARY FLOREZ- HIJOS KELLYS MARIA Y JOAQUIN RAFAEL | | SANTA MARTA | • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA | Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | **BLOQUE NORTE** | RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SALINAS FLOREZ - | | | BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | **ALFONSO MAESTRE MENDOZA**<br><br>HIJOS ELIZABETH- | 23/01/02 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 465

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | YAZMINE<br><br>- LUIS FERNANDO MAESTRE VELILLA | | | • NORBERTO QUIROGA POVEDA<br><br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br><br>• EDGAR OCHOA BALLESTEROS<br><br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **PABLO CABARCAS TORRES**<br><br>MARILIS PEDROZA POLO (cónyuge), GERALDIN CABARCAS HDEZ,<br><br>PABLO JOSE | 20/01/02 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CABARCAS HENRIQUEZ, ELIANA CAROLINA CABARCAS POLO VIVIANA POLO PEDROZA, YAIR POLO PEDROZA y NEYIS POLO PEDROZA | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | | RIAL RECORTES DE PRENSA ENTREVISTAS |
| | | **LUZ MARINA ARBOLEDA** | 22/01/02 | CORREGIMIENT | • HERNAN GIRALDO | | | | | CONFESIO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 468

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **DE ZAPATA** HIJOS DORALBA- DORLEIS- Y JHON FREDYS ZAPATA ARBOLEDA | | O DE GUACHACA- SANTA MARTA | SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS | Mediato Mediato Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO ART  TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **CARLOS ESTEBAN FRAGOSO BERMUDEZ**<br>CARMEN ROSARIO BAQUERO SIERRA (cónyuge) y | 23/01/02 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | CARLOS ESTEBAN FRAGOZO | | | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br>Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **YESENIA DEL CARMEN ANGELO OROZCO** LUIS MARIANO ANGELO CAHUANA(padre), RAFAEL HURTADO VEGA (cuñado), YURANIS ANGELO OROZCO (hermana), RAFAEL RODRIGO | 26/01/02 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO | Mediato <br><br> Mediato <br><br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GUERRA ANGELO (hijo), YERLIS VARELA ANGELO (sobrina) | | | • CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIENTO FORZADO ART TOMA DE | | **TATIANA SOBRINO IGLESIAS** | 22/01/02 | CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 473

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | COMPAÑERO PERMANENTE EVER CANTILLO SALINAS- HIJO DIEGO CANTILLO | | ACA- SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **NOEL FRANCO PACHECO ORTIZ** COMPAÑERA PERMANENTE MARIA DEL ROSARIO FLOREZ ROMERO- HIJOS DERLIS | 21/01/02 | CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA | Mediato Mediato Mediat o | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Y LINDA PACHECO FLOREZ | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RICARDO REYES MANTILLA** PADRES RICAURTE ROA REYES-MARINA MANTILLA-HERMANA MERCEDES Y RUBECINDO REYES MANTILLA | 26/01/02 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | PRENSA ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | **ANTONIO LUIS QUINTERO CONTRERAS** COMPAÑERA PERMANENTE ENITH BALLESTEROS PEREZ | 23/01/2002 | CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | | | | |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 478

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | HIJOS YINA MARCELA-ANGIE PATRICIA-BRAYAN ENRIQUE QUINTERO BALLESTEROS | | | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 479

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JORGE DARIO TORO MEZA** HIJA DIANA BEATRIZ , LILIANA PATRICIA, JORGE MARIO TORO LOPEZ | 22/01/02 | **CORREGIMIENTO DE GUACHACA**-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA | Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | | RIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | INGRID CRISTINA | 27/01/200 | **VEREDA LOS** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO, DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | FUENTES SUAREZ | 2 | **COCOS CORREGIMIENTO DE GUACHACA- SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | MIGUEL JAIRO RODRIGUEZ QUIMBAYA | 22/01/2002 | VEREDA LOS COCOS CORREGIMIENTO DE GUACHACA-SANTA | • HERNAN GIRALDO SERNA <br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br> Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | TULIO ENRIQUE PEÑA SUAREZ | 27/01/02 | **VEREDA LOS COCOS** CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL<br><br>TERRITORIAL | DESPLAZAMIE NTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 485

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | RIAL |
| | | | | | | Mediato | | | | RECORTES DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **JUANA ORTEGA GALVIS** | 26/01/02 | **VEREDA LAS AREPAS CORRE** | • HERNAN GIRALDO SERNA | Mediato | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 486

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | HIJOS ARSENIO BARBOSA ORTEGA- MARCO TULIO, JHON JAIRO- CARLOS REYNA- DANIEL REINA, ISAAC REINA, NAIVETH REINA, MARIA ISABEL REYNA ORTEGA- NUERA MIGUELINA ISABEL CABALLERO, NIETOS YERALDIN, YEISON Y | | **GIMIENTO DE GUACACA SANTA MARTA** | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 487

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MARCOS BARBOSA CABALLERO | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br><br> Mediato | | | | TAS |
| **1.-**DE DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LUZ MARINA HERNANDEZ ARANGO | 22/01/02 | VEREDA LAS AREPAS CORREGIMIENTO DE GUACACA SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br><br> • NORBERTO QUIROGA | Mediato <br><br><br> Mediato <br><br><br> Mediat | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO <br><br> CONFESION DE DANIEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 488

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | | | | | |
| | | | | | | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ARGENIDA SANTANA CARDENAS | 05/01/02 | VEREDA LAS AREPAS CORREGIMIENTO DE GUACACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 490

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | PRENSA ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | IGNACIO RODRIGUEZ TRIGOS | 20/01/02 | VEREDA LAS AREPAS CORREGIMIENTO DE GUACACA | • HERNAN GIRALDO SERNA | Mediato | | | | |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LUZ ESTELA CAMPO ORTIZ | 22/01/02 | **VEREDA LAS AREPAS** CORREGIMIENTO DE GUACACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | DORLISCA ISABEL | 22/01/02 | **VEREDA MEJICO** | • HERNAN GIRALDO | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GONZALEZ MUÑOZ | | **CORREGIMIENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 495

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato | | | | ENTREVISTAS |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | CARLOS URIEL FRANCO CONTRERAS | 27/01/02 | VEREDA MEJICO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE DANIEL GIRALDO |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | INFORME DEFENSORIAL |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | RECORTES DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **YOLANDA ACOSTA PADILLA** COMPAÑERO LUIS LUGO MARTINEZ- HIJOS- YEFERSON LACERA ACOSTA DE 6 AÑOS DE EDAD- Y ESTABA EMBARAZADA | 28/01/02 | VEREDA MEJICO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | RIAL |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | ANA ISABEL CERQUERA | 2/02/02 | VEREDA MEJICO CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 499

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | RODRIGUEZ | | GIMI ENTO DE GUACH ACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 500

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MIGUEL ANTONIO MARTINEZ LINARES | 08/02/02 | **VEREDA MEJICO** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MANUEL SEGUNDO OCHOA CASTILLO** COMPAÑERA MARIBEL HIJAS DE CRIANZA YORLEIDIS JULIETH Y HEIDIS PAOLA BLANCO GIRALDO | 22/01/2002 | **VEREDA PERICO AGUAO CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | PRENSA ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | FRANCISCO FIDEL MARIÑO TOVAR | 22/01/2002 | VEREDA PERICO AGUAO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA | Mediato | | | | |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br><br>Mediato<br><br><br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato |  |  |  |  |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **ANA BERTINA LASSO JEREZ**<br><br>PADRE ANDRES LASSO MORA HERMANO MARTINIANO LASSO JEREZ | 20/01/02 | VEREDA PERICO AGUAO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | | DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | RAUL ALBERTO | 22/01/02 | VEREDA PERICO | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | VALENCIA JARAMILLO | | AGUAO CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | **DOMINGA ESTHER MONTENEGRO SANDOVAL** COMPAÑERO ANDRES ANTONIO SANDOVAL MONTENEGR | 8/02/2002 | **VEREDA PERICO AGUAO** CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS | Mediato Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 509

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | O- HIJA CARMEN ELENA LUIS ALFONSO- ARTURO NATONIO- DIOVIGILDA- MANUEL DE JESUS- JUAN PABLO- MILENA- CARLOS NADRES- PABLO ENRIQUE Y DANIELA SANDOVAL MONTENEGRO | | MARTA | • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br><br> • EDGAR OCHOA BALLESTEROS <br><br><br> • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS | Mediato <br><br><br> Mediato <br> Mediato <br><br> Mediato <br><br><br> Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 510

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MARIA DE LA CRUZ GARCIA** ELKIN DE JESUS VASQUEZ | 22/01/02 | **VEREDA DON DIEGO- CORREGIMIENTO DE GUACHACA- SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL<br><br>TERRITORIAL | DESPLAZAMIE NTO MASIVO | ENFRENTAMIENTO CON OTROS<br><br>GRUPOS **BLOQUE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | **NORTE** | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **NANCY PAJOY TOVAR** COMPAÑERO | 02/01/02 | VEREDA DON DIEGO-CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JOSE MENDOZA DE LA HOZ E HIJOS LUIS ALBERTO, YURANIS Y DARCY MENDOZA PAJOY | | GIMIENTO DE GUACHACA- SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br><br> Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **MARIA NIRIA TOVAR** <br> SU ESPOSO LUIS ALBERTO, SU NIETA NIRIA KATINA ORTIZ | 14/01/02 | VEREDA DON DIEGO-CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA | Mediato <br><br><br> Mediato <br><br><br> Mediat | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO <br> CONFESION DE DANIEL GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **HECTOR GONZALEZ** MADRE AZUCENA GONZALEZ Y HERMANO RUSBEL GONZALEZ | 18/01/02 | **DON DIEGO**-CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO <br> CONFESION DE DANIEL GIRALDO <br> INFORME DEFENSORIAL <br> RECORTES DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | PRENSA ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | **OLGA BELEN GARCIA PERTUZ** ESPOSO JOAQUIN TRUJILLO, NIETOS | 22/01/2002 | **VEREDA LOS LINDEROS CORREGIMIENTO DE GUACH** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 517

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | JOHAN TRUJILLO, JOHANA TRUJILLO Y CINDY TRUJILLO | | **ACA-SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **EMIR BREINER SIERRA SANCHEZ**<br><br>HERMANO DAIRO RAFAEL SANCHEZ RODRIGUEZ | 22/01/2002 | VEREDA LOS LINDEROS CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 519

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | ARTURO MIGUEL | 22/01/200 | VEREDA LOS | • HERNAN GIRALDO | | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MORENO ARRIETA** HIJASTROS- JUAN CARLOS - LILIANA- Y YAJAIRA MORENO SUAREZ | 2 | **LINDEROS** CORREGIMIENTO DE GUACHACA- SANTA MARTA | SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS | Mediato Mediato Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | FRANCISCO ANTONIO BLANCO ORTEGA | 07/02/2002 | VEREDA CACAHUALITO CORREGIMIENTO DE GUACHACA-SANTA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|------------------------------------|
| PROTEGIDOS | | | | **MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JUAN PABLO BEDOYA MORALES | 21/01/02 | VEREDA CACAHUALITO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  | • CARMEN RINCON | Mediato |  |  |  | RIAL |
|  |  |  |  |  | • EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato |  |  |  | RECORTES DE PRENSA<br><br>ENTREVISTAS |
|  |  |  |  |  | • AFRANIO M. REYES MARTINEZ | Mediato |  |  |  |  |
|  |  |  |  |  | • ADAN ROJAS MENDOZA | Mediato |  |  |  |  |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE |  | MARUK JOSE BATISTA CISNEROS | 01/02/02 | **VEREDA CACAHUALITO** CORRE | • HERNAN GIRALDO SERNA | Mediato |  |  |  |  |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | GIMIENTO DE GUACHACA- SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ROSA AIDE MEDINA PALLARES | 22/01/2002 | **VEREDA LOS ACHIOTES** CORREGIMIENTO DE | • HERNAN GIRALDO SERNA | Mediato | | | ENFRENTAMIE | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GUACHACA-SANTA MARTA | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | NTO CON<br>OTROS GRUPOS **BLOQUE NORTE** | INFORME DEFENSORIAL<br>RECORTES DE PRENSA<br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | DOMINGO RAFAEL LEGUIA BLANCO | 22/01/2002 | **VEREDA LOS ACHIOTES** CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | PRENSA ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | OMAIRA URIBE PACHECO MADRE ARISOLINA PACHECO DE NAVARRO- | 22/01/02 | VEREDA QUEBRADA DEL PLATANO CORREGIMIENT | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | HERMANO JAIME NAVARRO PACHECO | | **O DE4 GUACHACA- SANTA MARTA** | • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br><br> • EDGAR OCHOA BALLESTEROS <br><br><br> • AFRANIO M. REYES MARTINEZ | o <br><br> Mediato <br><br><br> Mediato <br> Mediato <br><br> Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO <br> CONFESION DE DANIEL GIRALDO <br> INFORME DEFENSORIAL <br> RECORTES DE PRENSA <br> ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 531

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LUIS FELIPE RODRIGUEZ GARCIA | 25/01/02 | VEREDA QUEBRADA DEL PLATANO CORREGIMIENTO DE4 GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato | | | | GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS<br><br>SIPOD |
| 1.- DESPLAZAMIE | | JOSE DE LA CRUZ LOPEZ | 22/01/02 | VEREDA QUEBR | • HERNAN GIRALDO | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **AMAYA** ESPOSA SANDRA MILENA ARGOTE CASTRO, QUIEN ESTABA EMBARAZADA - HIJOS JHON DE 4 AÑOS- JOSE FERNANDO DE 2 AÑOS | | **ADA DEL PLATANO** CORREGIMIENTO DE4 GUACHACA- SANTA MARTA | SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br><br> • EDGAR OCHOA BALLESTEROS | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO <br> CONFESION DE DANIEL GIRALDO <br> INFORME DEFENSORIAL <br> RECORTES DE PRENSA <br> ENTREVISTAS SIPOD |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ  <br><br>• ADAN ROJAS MENDOZA | Mediato  <br><br>Mediato  <br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **MARIA DEL CARMEN RODRIGUEZ RODRIGUEZ** <br><br>HIJAS YURLY Y JARLIS PEÑA RODRIGUEZ | 22/01/2002 | **VEREDA HONDURAS** CORREGIMIENTO DE GUACHACA- SANTA | • HERNAN GIRALDO SERNA  <br><br>• DANIEL GIRALDO CONTRERAS | Mediato  <br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO <br><br>CONFESION DE DANIEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 535

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS SIPOD |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CRUZ ESTELA CARO GOMEZ | 22/01/2002 | VEREDA HONDURAS CORREGIMIENTO DE4 GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO | Mediato <br><br> Mediato <br><br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO <br><br> CONFESION DE DANIEL GIRALDO <br><br> INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS SIPOD |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | CLARA ORTENCIA AGUIRRE | 21/01/2002 | **VEREDA HONDURAS**CORREGIM | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GALLEGO | | IENTO DE4 GUACHACA- SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 539

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SERGIO DE JESUS JIMENEZ RINCON | 22/01/2002 | **VEREDA EL TROMPITO CORREGIMIENTO DE4 GUACHACA- SANTA MARTA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br>Mediato<br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **FRANCISCO JAVIER VELASQUEZ MADARRIAGA** HIJOS JOSE ALFREDO-DELVIS VELASQUEZ PEREZ | 22/01/2002 | **VEREDA EL TROMPITO** CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | NURIS DEL SOCORRO MANJARRES MORALES | 29/01/2002 | VEREDA CASA E TABLA CORREGIMIENTO DE4 GUACHACA- | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato  Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LUIS ALBERTO FLOREZ PUERTAS | 22/01/2002 | **VEREDA CASA E TABLA** CORREGIMIENTO DE4 GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | ANTONIO JOSE CHICA | 22/01/02 | **VEREDA QUEBR** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CASTAÑO | | **ADA NEGRA CORREGIMIENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 547

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | LUZ DAI VEGA SEPULVEDA | 20/01/02 | VEREDA QUEBRADA NEGRA CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 549

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | FREDYS ALBEIRO RINCON MERIÑO | 01/02/02 | **VEREDA LA CASCADA CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|----------------------|-----------|-----------|----------------|----------------------------------|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | MINELBA DE AVILA CONTRERAS | 20/01/02 | VEREDA LA CASCADA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | CORREGIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CRISTINA DEL PILAR DIAZ ZULETA | 15/01/02 | VEREDA LA CASCADA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 554

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ERIKA DE JESUS CAMARGO LOPEZ | 22/01/02 | **VEREDA LA CASCADA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | ADELINA CASTRO MORA | 22/01/02 | **VEREDA LA ARENA CORREGIMIENTO DE GUACHACA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JESUS HERVEY RUBIANO GOMEZ | 22/01/02 | VEREDA LA ARENA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br><br> • EDGAR OCHOA BALLESTEROS <br><br><br> • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br> Mediato <br><br><br> Mediato <br><br><br><br> Mediato <br><br> Mediato | | | | RECORTES DE PRENSA <br><br> ENTREVISTAS |
| 1.- DESPLAZAMIE | | MARIANO DE JESUS | 22/01/02 | VEREDA LA | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CORREA CORREA | | ARENA CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br><br> Mediato <br><br><br> Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **MIREYA ORTEGA ORTEGA** <br><br> COMPAÑERO PERMANENTE HIJOS LICET KATERINE Y ELKIN DAVID HRTADO | 22/01/02 | **VEREDA LA ARENA** CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br><br> Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO <br><br> CONFESION DE DANIEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 561

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | ORTEGA | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 562

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LUCERO PEDRAZA PALACIO** MADRE MARIELA PALACIO DE PEDRAZA- COMPAÑERO JOSE DEL CARMEN TORRES- HIJA NORALBA CUELLAR PEDRAZA- SOBRINOS JOSE  Y LEISY CONRADO | 22/01/2002 | **VEREDA LA UNION CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PEDRAZA | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **HUMBERTO SANCHEZ SEPULVEDA** | 26/01/2002 | **VEREDA LA UNION** CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 564

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | HIJOS JOSE DAVID- JUAN CARLOS - KEIVIS TATIANA Y HUMBERTO ANTONIO SANCHEZ CHIMBY | | GIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 565

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JAIME ENRIQUE SILVA GUERRERO | 22/01/2002 | VEREDA LA ESMERALDA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
| | | | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARITZA RAMIREZ RAMIREZ | 22/01/2002 | **VEREDA LA ESMERALDA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | RAMON MARIN RIOS | 22/01/02 | VEREDA LA DANTA CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO • CARMEN RINCON  • EDGAR OCHOA BALLESTEROS  • AFRANIO M. REYES MARTINEZ | o  Mediato   Mediato Mediato   Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | OMAR QUIMBAYO RIZO | 22/01/2002 | VEREDA LA DANTA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | **OSCAR EMILIO** | 22/01/200 | VEREDA LA | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MALDONADO JACOME** ESPOSA NINFA ROSA VERGEL ANGARITA- | 2 | DANTA CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS | Mediato Mediato Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 573

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | ILDE DE JESUS MARTINEZ DAZA | 23/01/2002 | **VEREDA LA DANTA** CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 574

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **AURA ESTELA MUÑOZ DE TERNERA** COMPAÑERO CARLOS MONTENEGRO- HIJOS MARIA LUISA- CARLOS MANUEL MONTENEGRO | 23/01/2002 | **VEREDA LOS NARANJOS CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL  RECORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 576

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|------------------|------------------|--------------------------|------------------------|-----------|-----------|-----------------|-----------------------------------|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | LEIDI JOANA LOAIZA HENAO | 22/01/2002 | VEREDA LOS NARANJOS | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MADRE INES HENAO GARCIA GARCIA-COMPAÑERO AMADEUS MENESES- HIJO BRAYAN MENESES | | CORRE GIMIENTO DE GUACH ACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JUAN GUILLERMO MEJIA BARRETO | 22/01/2002 | VEREDA LOS NARANJOS CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | RECORTES DE PRENSA |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LUZ MARINA DONATO BAYONA** COMPAÑERO LUDIN BRITO GUTIERREZ- SOBRINA DIANIS PATRICIA DONATO HERNANDEZ | 19/01/02 | VEREDA LOS NARANJOS CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | **FANNY BEATRIZ POLO CASTRILLO** ESPOSO ROBINSON DE JESUS | 18/01/02 | **VEREDA LOS NARANJOS** CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | MENDEZ MENDOZA- EFRAIN MENDEZ SAGARRA- 4 HIJOS ROBINSON- DENIS- SILQUEN MARIA- EFRAIN ANGEL MENDEZ POLO | | ACA SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE ALFREDO BATISTA MERCADO** ESPOSA MARIA IMELDA ORTEGA 5 HIJOS | 22/01/2002 | **VEREDA EL VATICANO CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | **LUIS ANTONIO PARADA** | 21/01/02 | VEREDA EL | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **DURAN** COMPAÑERA MARIA NUBIA GALVIS HIJA JOHANA Y YERMINSON PARADA GALVIS- | | VATICANO CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA <br><br>• DANIEL GIRALDO CONTRERAS <br><br>• NORBERTO QUIROGA POVEDA <br><br>• NODIER GIRALDO GIRALDO <br>• CARMEN RINCON <br><br>• EDGAR OCHOA BALLESTEROS | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- 148, Y DESTRUCCION Y APROPIACION DE BIENES | | JAIRO ANTONIO TAMARA LOPEZ | 25/01/2002 | VEREDA EL VATICANO CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS | Mediato   Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LIBIA ROSA GUERRERO | 22/01/2002 | **VEREDA RIO DE PIEDRAS CORREGIMIENTO DE GUACHACA** | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL  RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO ART  TOMA DE | | MILENA PATRICIA VILLA | 22/01/2002 | VEREDA RIO DE PIEDRAS | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 590

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ORTEGA | | CORREGIMIENTO DE GUACHACA SANTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 591

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ARACELI ESTER MANJARRES | 22/01/2002 | VEREDA LA ESTRELLA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 593

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO ART TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CRUZ MARIA ABELLO MUÑOZ | 22/01/2002 | **VEREDA LA ESTRELLA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | ALIX MARIA SALAZAR TRILLOS CLARA ESTER MURGAS GUZMAN | 25/01/2002 | VEREDA MARQUETALIA CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | 20/01/2002 | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARCELINA CORONELL JIMENEZ | 22/01/2002 | **VEREDA MARQUETALIA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | JOSE CAPERA | 22/01/200 | **VEREDA MIRAMA** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | 2 | **R CORREGIMIENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | **MIGUEL MENESES LEIDA** ESPOSA IRENE ALVAREZ TAMARA - HIJOS YURANIS- | 22/01/2002 | VEREDA MIRAMAR CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | LOREINE YORJAN ALEJANDRO MENESES TODOS MENORES DE EDAD | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 601

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ANA ILDE RODRIGUEZ FETECUA | 23/01/02 | VEREDA MIRAMAR CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 602

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **TOMAS ALBERTO ROMERO** | 22/01/2002 | VEREDA MIRAMAR CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 603

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **CARMONA** COMPAÑERA BEATRIZ ELENA NORIEGA CONTRERAS, HIJA MILEIDIS ELENA ROMERO NORIEGA | | GIMIENTO DE GUACHACA SANTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ALVARO FIGUEROA TAPIERO | 22/01/2002 | VEREDA MIRAMAR CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 606

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GRACIELA CECILIA SARMIENTO RAMIREZ | 18/01/2002 | VEREDA MIRAMAR CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON | Mediato <br><br> Mediato <br><br> Mediato <br><br><br> Mediato <br><br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO <br> CONFESION DE DANIEL GIRALDO <br> INFORME DEFENSORIAL <br> RECORTES DE PRENSA <br> ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | SALVADOR BALAGUERA TAMARA | 4/02/2002 | **VEREDA MIRAMAR** CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | ACA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato  Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JAIME ANTONIO RAMIREZ RODRIGUEZ | 22/01/02 | **VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA   • DANIEL GIRALDO CONTRERAS   • NORBERTO QUIROGA POVEDA | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato |  |  |  | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE |  | AGUSTIN ORTIZ | 22/01/200 | VEREDA SAN | • HERNAN GIRALDO |  |  |  |  | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | PACHECO | 2 | MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br> Mediato <br><br> Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **MARIANA FELICIANO MEJIA** <br> HIJOS MIRIAM ROSA DE HORTA FELICIANO- ESTEBAN JOSE DE | 23/01/02 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br> Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO <br> CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | HORTA-RAMIRO ENRIQUE HERRERA FELICIANO | | MARTA | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LUZ DARY NIETO ZARATE** HIJOS YOMAIRA ZUÑIGA NIETO, LORENA, JOSE MIGUEL, NORBEY y MICHEL GUERRRO NIETO | 1/01/2002 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | MARIA DEL ROSARIO GUERRERO | 1/01/2002 | VEREDA SAN MARTIN CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 616

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | DE BARON | | GIMIENTO DER GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LUIS OVIDIO RODRIGUEZ HERNANDEZ** HIJOS JAN CARLOS CONTRERAS MENOR DE EDAD- | 22/01/02 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA | Mediato<br><br>Mediato<br><br>Mediat | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 619

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **CARLOS ALIRIO CACERES ORTIZ** ESPOSA EDITH QUINTERO CASTELLANO, HIJOS DAVID, RUBEN DARIO, EDWIN Y TATIANA CACERES QUINTERO- PADRES ISMAEL CACERES SERRANO-HERMANO JOSE GABINO CACERES | 4/02/02 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ORTIZ DISCAPACITADO | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | MARIA FERNANDA PERTUZ HERNANDEZ | 21/01/2002 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JESUS MIGUEL BARON GUERRERO | 22/01/2002 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | JOSE WILFRIDO | 23/01/200 | VEREDA SAN | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GUERRERO VILLEGAS | 2 | MARTIN CORREGIMIENTO DER GUACHACA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br> Mediato <br><br> Mediato | | | | |
| **1** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | EDGAR RODRIGUEZ HERNANDEZ | 22/01/2002 | VEREDA SAN MARTIN CORREGIMIENTO DER GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br> Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LUCY ESTHER FELICIANO MEJIA** JADER ENRIQUE, ADIS ESTEBAN FELICIANO MEJIA, KAILENIS JOHANA , KENDRY PAOLA, JUAN DAVID, JUAN DAVID, YULIANA ESTHER | 22/01/2002 | **VEREDA SAN MARTIN** CORREGIMIENTO DER GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | IBAÑEZ FELICIANO | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **RAMIRO HERNANDEZ GUERRERO** | 2/01/2002 | **VEREDA EL ENCANTO** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ESPOSA NANCY SERRANO RAMIREZ-HIJA GENIS YOLIMA - ANGIE PAOLA- KELLY JULIETH - Y JEISON HERNANDEZ SERRANO | | **CORREGIMIENTO DE GUACHACA SANTA MARTA** | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JULIO CESAR CASTRO MAESTRE | 25/01/2002 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | HERMIDES ALFONSO GONZALEZ JIMENEZ | 22/01/2002 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 633

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | **YOMAIRA AREIZA QUINTERO** COMPAÑERO MARCOS ALVAREZ 2 HIJOS | 5/01/2002 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 634

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | ACA SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MARCO AURELIO ALVAREZ** HIJOS ALVEIRO ALVAREZ- LUIS ALBERTO ALVAREZ- IRENE ALVAREZ TAMARA | 5/01/2002 | VEREDA EL ENCANTO **CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | LUZ MARINA PONTON | 22/01/02 | **VEREDA AGUAS** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | TORREJANO | | **FRIAS CORRERGIM,IENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | ALFONSO VEGA DONATO | 27/01/2002 | VEREDA AGUAS FRIAS CORRE RGIM,IENTO DE GUACH ACA SANTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS | Mediato  Mediato | CONTROL TERRITORI | DESPLAZ AMIENTO | ENFRENT AMIENTO CON | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 640

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARLENE ANGARITA HERNANDEZ | 1/02/2002 | **VEREDA AGUAS FRIAS** CORREGIM,IENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA  <br><br>• DANIEL GIRALDO CONTRERAS  <br><br>• NORBERTO QUIROGA POVEDA  <br><br>• NODIER GIRALDO GIRALDO | Mediato  <br><br>Mediato  <br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  <br><br>CONFESION DE DANIEL GIRALDO  <br><br>INFORME DEFENSORIAL  <br><br>RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO DESPLAZAMIE | | PEDRO PEREZ TAPIA | 22/01/2002 | **VEREDA QUEBRADA VALENC** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | IA CORRERGIM,IENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | DAIRO MANUEL MEDINA MARTINEZ | 22/01/2002 | **VEREDA** QUEBRADA VALENCIA CORRERGIM,IENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MARTA | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | RECORTES DE PRENSA |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
| | | | | | | | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SERVIO TULIO NARVAEZ PETANA | 22/01/02 | QUEBRADA VALENCIA CORREGIM,IENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 646

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | SANDRA PATRICIA SANCHEZ CORONADO | 22/01/02 | QUEBRADA VALENCIA CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | ACA SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 648

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato   Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | WILLIAM FERNANDO RAMOS VILLAMIL | 22/01/2002 | **QUEBRADA VALENCIA** CORREGIM,IENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA   • DANIEL GIRALDO CONTRERAS   • NORBERTO QUIROGA POVEDA | Mediato   Mediato   Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | CARMEN ELENA MOZO | 22/01/200 | **QUEBRADA LA** | • HERNAN GIRALDO | | | | | CONFESIO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 650

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | DE AVILA | 2 | **LINEA CORREGIMIENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br><br><br> Mediato <br><br><br> Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | **ALBERTO ELIECER RANGEL LLERENA** <br><br> COMPAÑERA PERMANENTE ANA MERCEDES SACRISTAN | 22/01/2002 | QUEBRADA LA LINEA CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br><br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO <br><br> CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | DIAZ- HIJA KEILA CAROLINA RANGEL- EVILIO JOSE DIAZ SACRISTAN | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBAST ORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | MENDOZA | Mediato |  |  |  |  |
| **1.-** DESPLAZAMIE NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS |  | **LUIS GALVAN SUAREZ** MIRYAM ELENA GALBAN TORRES- ESPOSA YAZMIN- HIJO LIBARDO. ROCIO RAMON- ELIAS- GALBAN GALBAN- NEIDIS SIRIBALDO GALBAN | 23/01/200 2 | QUEBR ADA LA LINEA CORRE GIMIENT O DE GUACH ACA SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO | Mediato<br><br>Mediat o<br><br>Mediat o | CONTROL TERRITORI AL | DESPLAZ AMIENTO MASIVO | ENFRENT AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESIO N DE HERNAN GIRALDO CONFESIO N DE DANIEL GIRALDO INFORME DEFENSO RIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | | S DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | GLADYS DEL ROSARIO BALETA DAZA | 21/01/2002 | **QUEBRADA LA LINEA** CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | GIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | AMPARO JARAMILLO DE ZUÑIGA | 04/01/2002 | **VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA | Mediato<br><br>Mediato<br><br>Mediat | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE MARIA RODRIGUEZ OSPINO** JOSE MARIA RODRIGUEZ PERTUZ ANA MARITZA MUÑOZ MARIA CORONA MUÑOZ  ALDO MEJIA MUÑOZ ARLYS, KAREN DAYANA RODRIGUEZ MUÑOZ | 23/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO • CARMEN RINCON | Mediato  Mediato  Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | JOSE GABRIEL RONCO HESERNA | 23/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | ACA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **YENNY ALEJANDRA BETANCURT** VALENCIA<br><br>MADRE LUCINDA VALENCIA- COMPAÑERO ABEL GUTIERREZ - HERMANOS HARRISON Y YEISMIS PAOLA BETANCURT | 22/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | CARLOS ARTURO | 22/01/200 | VEREDA PUERTO | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | VALENCIA CARVAJAL | 2 | NUEVO CORREGIMIENTO DE GUACHACA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **NIDIA RANGEL YERENA** HECTOR RAFAEL BOLAÑO VILORIA(SAIDA BEATRIZ, HECTOR | 22/01/2002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS | Mediato Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | JOSE, HAROLD DAVID BOLAÑO RANGEL | | | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **ARTURO JULIO HENRIQUEZ MERCADO** ESPOSA RUTH RIVERA HIJOS DARLIN Y DAYAN | 22/01/2002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL  RECORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 667

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | URBANO BELTRAN BUELVAS | 22/01/2002 | VEREDA PUERTO NUEVO CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CARMELO, GLEBIS BELTRAN ESPAÑOL, ROCIO, LEYBIS BELTRAN AGAMEZ | | GIMIENTO DE GUACHACA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO<br>CONFESION DE DANIEL GIRALDO<br>INFORME DEFENSORIAL<br>RECORTES DE PRENSA<br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | EDILMA ROSA PEÑA URIBE HIJO ADALBERT EDUARDO PEÑA URIBE- | 22/01/2002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 670

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LUZ AMPARO LONDOÑO VELEZ | 22/01/2002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO  • CARMEN RINCON | Mediato  Mediato  Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL  RECORTES DE PRENSA  ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | GLADYS MARIA ASCANIO ROPERO | 22/01/2002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | ACA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MERYS JUDITH RUIZ MERCADO | 22/01/2002 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 675

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1<br>DESPLAZAMIE | | DULIS EFRAIN ATENCIA | 22/01/200 | VEREDA PUERTO | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARTINEZ | 2 | NUEVO CORREGIMIENTO DE GUACHACA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | JHON LOPEZ SALAZAR | 01/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 679

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ENI MARLENI HIGUITA CORDOBA | 23/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato | | | | ENTREVISTAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **YUSMILA ROSA VARGAS** | 01/01/02 | VEREDA PUERTO NUEVO CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **PEREZ** YULIS TATIANA, OSCAR LUIS, JHON CARLOS, JARUEN ALBERTO LEGUIA VARGAS | | GIMIENTO DE GUACHACA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 682

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | HELIDELIO JIMENEZ ROJAS | 22/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LEIDYS BAYONA SEPULVEDA | 22/01/02 | VEREDA PUERTO NUEVO CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | RAFAEL DE ARMAS GOMEZ | 19/01/02 | **VEREDA BURITACA CORREGIMIENTO DE GUACHACA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | YONARIS JIMENEZ BARRIOS | 23/01/02 | VEREDA BURITACA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 688

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | **ROQUELINA SANGUINO** | 22/01/02 | VEREDA BURITA | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **FIGUEROA** ESPOSO ANTONIO MARRIAGA ARIAS- HIJOS LUZ MARINA- DIOSER- MARIA ISABEL MARRIAGA SANGUINO | | CA CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 690

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES | | **RODRIGO ALFONSO MORENO CARMONA** COMPAÑERA DANYS MARTINA CASTILLO-HIJOS | 2/01/02 | VEREDA BURITACA CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS | Mediato  Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 691

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | YELEINIS VANESSA MORENO CASTILLO- HIJASTROS MANUEL DAVID CASTILLO- ANDERSON BUENO- SUEGROS CARMEN PEREZ MORENO-- CUÑADA MAURA CASTILLO- LINA MARCELA HIJA DE MAURA- | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br>Mediato<br>Mediato<br><br>Mediato<br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LUZ MARINA LAGO ATENCIO** MI ESPOSO VICTOR OMAR SANCHEZ CRIADO, MIS HIJOS MILIBETH, JEISON OMAR, LORENA SANDRIR Y WILFRED SANCHEZ LAGO | 01/01/02 | VEREDA BURITACA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | RAQUEL ESNITH MONTERO | 22/01/02 | VEREDA BURITACA CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 694

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **PACHECO** COMPAÑERO JOSE MARTINEZ TAMARA, HIJAS YENNIE, MILENA, RAQUEL MARTINEZ MONTERO | | GIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **DORIS CECILIA ESTRADA SOLANO** ESPOSO JORGE ELIECER YTORREGROSA- HIJOS JOSUE DAVID- JAKELIN - | 02/02/2002 | **VEREDA PAZ DEL CARIBE CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ELIECER ENRIQUE- JERSON ADRIAN TORREGROSA ESTRADA- | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE |
| | | | | | | Mediato | | | | PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | | | | | |
| | | | | | | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ARACELIS IRIS ARIAS POLO | 22/01/02 | **VEREDA PAZ DEL CARIBE** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON | Mediato <br><br> Mediato <br><br> Mediato <br><br> Mediato <br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO <br> CONFESION DE DANIEL GIRALDO <br> INFORME DEFENSORIAL <br> RECORTES DE PRENSA <br> ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | GABRIELA ISABEL MARTINEZ LAGOS | 22/01/2002 | **VEREDA JORARA CORREGIMIENTO DE GUACHACA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARIA LORENA GALVAN ASCANIO | 22/01/2002 | **VEREDA JORARA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 701

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | MARLENE FIERRO | 21/01/200 | **VEREDA MACHE** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | PARRA | 2 | **TE PELAO CORREGIMIENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br><br> Mediato <br><br> Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MARIA EDELMIRA QUINTERO** JOSE DE JESUS GALLEGO PINEDA, JOSE HUMBERTO GALLEGO | 23/01/2002 | VEREDA MACHETE PELAO CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br><br> Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 154 | | SOTO | | MARTA | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | RECORTES DE PRENSA |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 705

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JAIRO ANTONIO GARCIA SARMIENTO** MARIA SARMIENTO RAMIREZ- PEDRO GARCIA- COMPAÑERA MARIA SOFIA HORTA - ANDRES ALFONSO GARCIA HORTA | 20/01/2002 | VEREDA MACHETE PELAO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL  RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **CARLOS ANDRES PEREZ** | 21/01/2002 | VEREDA MACHETE PELAO | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 707

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LIZCANO** MARLENE PEREZ LIZCANO RAFAEL LUNA NIÑO | | CORREGIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO • CARMEN RINCON  • EDGAR OCHOA BALLESTEROS | Mediato  Mediato  Mediato Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSEFINA LUNA NIÑO** ESPOSO JUAN ROMERO- HIJOS KELLY JHOANA ROMERO LUNA- PADRES RAFAEL LUNA NIÑO- | 17/01/2002 | VEREDA MACHETE PELAO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA | Mediato Medio Mediat | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SILDANA NIÑO-SOBRINO PEDRO ANTONIO LUNA | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br><br>Mediato<br>Mediato<br><br><br>Mediato<br><br><br><br><br>Mediato<br><br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | REMBERTO SUAREZ MONTEJO HIJOS ALBEIRO SUAREZ PACHECO-JHON JAIRO-LUIS ALBERTO SUAREZ DE LA HOZ | 17/01/2002 | VEREDA **MACHETE PELAO** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | GUSTAVO ALFONSO TRILLOS MARTINEZ | 22/01/2002 | **VEREDA ORINOCO CORREGIMIENTO DE GUACHACA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | **SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CIRO ALONSO CELIS CALDERON<br><br>ESPOSA LUZ EDILDA LOAIZA MELCHOR- | 20/01/2002 | VEREDA ORINOCO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 714

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | **ERIKA CRUZ ARROYO** | 23/01/200 | VEREDA ORINOC | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **CARRILLO** PADRES FELIX ARROYO- EUNICE CARRILLO- HERMANO JOSE LEONARDO- BELKIS MERCEDES- FELIX -JULIO ARROYO CARRILLO | 2 | O CORRE GIMIENT O DE GUACH ACA SANTA MARTA | SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS | Mediato Mediat o Mediat o Mediato Mediato | CONTROL TERRITORI AL | DESPLAZ AMIENTO MASIVO | ENFRENT AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESIO N DE DANIEL GIRALDO INFORME DEFENSO RIAL RECORTE S DE PRENSA ENTREVIS TAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br><br>Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **DIRLEINIS CECILIA RAMIREZ FLOREZ**<br><br>FREDI ESPAÑA DIAZ MARIA INES, YESICA, LICETH y | 22/01/2002 | **VEREDA ORINOCO** CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | DAYANA ESPAÑA RAMIREZ | | MARTA | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 718

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ORLANDO ENRIQUE FLOREZ ROMERO<br><br>ESPOSA NANCY ESTHER ROMERO HIJOS RUBY-JOSE ANGEL Y AYDA LUZ-MENORES DE EDAD | 02/02/2002 | **VEREDA MENDIHUACA CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 719

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | ERMELINA CAICEDO TORRES | 23/01/02 | VEREDA MENDIHUACA CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | GIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br><br> • EDGAR OCHOA BALLESTEROS | Mediato <br><br> Mediato <br><br><br> Mediato <br> Mediato <br><br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RUBIS FLOREZ ROMERO** ESPOSO ROQUE SANCHEZ | 22/01/2002 | VEREDA MENDIHUACA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato |  |  | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ELVIA GUERRERO CORREDOR ESPOSO CRISTO HUMBERTO NAVARRO- HIJOS ALEXANDER Y LEIVIS NAVARRO | 2/01/02 | **VEREDA MENDIHUACA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO • CARMEN RINCON | Mediato Mediato Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION | | LINETH MARIA BORJA URUETA | 22/01/02 | **VEREDA LAS LLANTAS CORREGIMIENTO DE GUACH** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
| DE BIENES PROTEGIDOS | | | | **ACA SANTA MARTA** | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | YENIS MARIA BOCANEGRA RODRIGUEZ<br><br>ESPOSO JOAQUIN BOCANEGRA<br><br>HIJO EVER RODRIGUEZ | 22/01/2002 | VEREDA LAS LLANTAS CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | BLANCA UBIDES | 19/01/02 | VEREDA LAS | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MIRANDA RODRIGUEZ PADRE PEDRO MIRANDA-HIJOS ERICA PATRICIA DE 10 AÑOS-LUIS ALBERTO DE 8- ROBINSON ENRIQUE DE 6- ADOLFO DE 5 | | LLANTAS CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br>CONFESION DE DANIEL GIRALDO<br>INFORME DEFENSORIAL<br>RECORTES DE PRENSA<br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 729

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| | | | | | | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | EMILIO BARROS GUTIERREZ | 23/01/2002 | VEREDA LAS LLANTAS CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS | Mediato  Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 731

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **DIANA LUZ CAMPO SANTIAGO** COMPAÑERO HENRY PEREA AYALA HIJA LAURIZA MICHEL | 02/02/2002 | **VEREDA CALABAZO CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **AMPARO DE JESUS URIBE BRAN** | 22/01/02 | VEREDA CALABAZO CORRE | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES-, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | PADRE JESUS URIBE- HERMANA MARIA URIBE- HIJA IVON | | GIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS <br><br> • NORBERTO QUIROGA POVEDA <br><br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br><br> • EDGAR OCHOA BALLESTEROS | Mediato <br><br> Mediato <br><br><br> Mediato <br><br> Mediato <br><br> Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | HERIBERTO ANTONIO MERIÑO HERNANDEZ MARIA AURORA VIVAS HIJOS JOSEFA ISABEL- JOSE ANTONIO Y MARIA | 06/01/02 | VEREDA CALABAZO CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA | Mediato<br><br>Mediato<br><br>Mediat | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ADELAIDA MERIÑO VIVAS | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SENEI FABIOLA TRIGO RIZO | 22/01/2002 | **VEREDA CAÑAVERAL** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | GRACIELA CARRILLO GUERRERO | 14/02/2002 | VEREDA CAÑAVERAL CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| DE BIENES PROTEGIDOS | | | | SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CARLOS JHONY RODRIGUEZ<br><br>HERMANA ALIRIA RODRIGUEZ Y SUS 2 HIJAS | 22/01/2002 | VEREDA CAÑAVERAL CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | BEATRIZ ELENA | 22/01/200 | **VEREDA LA** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SIERRA RIOS ESPOSO EDUARDO HEREDIA, HIJOS ELIANA MARCELA, JOSE EDUARDO, JUAN DAVID, YENNIFER, JONATHAN HEREDIA SIERRA | 2 | **AGUACATERA CORREGIMIENTO DE GUACHACA SANTA MARTA** | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ  • ADAN ROJAS MENDOZA | Mediato  Mediato  Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | ELIZABETH RAMIREZ BATISTA | 22/01/2002 | VEREDA LA AGUAC ATERA CORRE GIMIENT O DE GUACH ACA SANTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS | Mediato  Mediat o | CONTROL TERRITORI | DESPLAZ AMIENTO | ENFRENT AMIENTO CON | CONFESIO N DE HERNAN GIRALDO  CONFESIO N DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | MARTA | • NORBERTO QUIROGA POVEDA | Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | RECORTES DE PRENSA |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **ROSALBA SERRANO MALDONADO** JAIRO SUAREZ MOSCOTE , JHAN KLEIBER Y JAIR FERNEY SUAREZ SERRANO | 22/01/2002 | **VEREDA LA AGUACATERA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | **LUZ MARINA JAUREGUI ORTEGA** | 22/01/2002 | VEREDA LA REVUELTA | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | HIJOS CRISTIAN PEREIRA JAUREGUI DE 6 AÑOAS, DIEGO ARMANDO DE 17 Y HERMANO CESAR GUSTAVO JAUREGUI | | CORREGIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RAFAEL SANTANA MALDONADO** MUJER ANDREA MENDIVIL RIVAS, HIJOS MENORES DE EDAD MARIA ANGELICA, BEATRIZ | 22/01/2002 | **VEREDA LA REVUELTA CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE DANIEL GIRALDO |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | ANDREA, MARYURIS, YENIFER, STEFANY PAOLA Y RAFAEL SANTANA MENDIVIL | | | POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | o<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | **BLOQUE NORTE** | INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MODESTA CASILDA SILVERA PARDO** ESPOSO LUIS ALFREDO CHINCHILLA, HIJOS MENORES GERALDIN, EDUARDO LUIS, GABRIEL IGNACIO CHIHCILLA SILVERA E HIJA DE CRIANZA LINA MARCELA ORDOÑEZ MONTENEGRO | 23/01/02 | VEREDA LA REVUELTA CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 750

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | **FREDDY ANTONIO PARDO SIERRA** MAMA DANIA ESTHER, HERMANOS, | 23/01/02 | **VEREDA LA REVUELTA** CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | ESPOSA JANETH, HIJA GLENDYS NORAINI DE 4 AÑOS | | ACA SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 752

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | OSMEL ENRIQUE OROZCO LANDETA | 22/01/02 | VEREDA EL MAMEY CORREGIMIENTOM DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br><br>Mediato<br><br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | **BERTILDA MUÑOZ** | 24/01/02 | VEREDA EL | • HERNAN GIRALDO | | | | | CONFESIO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 754

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **CASTRO** ESPOSO LUIS GERARDO CORDOBA, HIJO MAYOR JAIR MUÑOZ, CUÑADO FRANCISCO LAZO | | MAMEY CORREGIMIENTOM DE GUACHACA SANTA MARTA | SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS | Mediato Mediato Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ <br><br> • ADAN ROJAS MENDOZA | Mediato <br><br><br> Mediato <br><br> Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | **AROLDO RAFEL MORALES FELICIANO** <br> COMPAÑERA LUZ ENEILA ESPAÑA RIVERA, HIJOS MENOR | 22/01/02 | **VEREDA EL MAMEY** CORREGIMIENTOM DE GUACHACA SANTA | • HERNAN GIRALDO SERNA <br><br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br> Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | BRIAN JOSE MORALES ESPAÑA, HIJOS MAYORES LUZ PAOLA, JHON Y OSWALDO | | MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ROSALBA VELEZ PELAEZ | 23/01/2002 | VEREDA QUEBRADA DEL SOL CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO  CONFESION DE DANIEL GIRALDO  INFORME DEFENSORIAL  RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | S DE PRENSA |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | MARINA ESTER TRUJILLO | 22/01/02 | VEREDA QUEBRADA DEL | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GARCIA HIJOS EDWIN. NELLY, JENNIFER TORRES Y JURIS TORRES | | SOL CORREGIMIENTO DE GUACHACA SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ANTONIO JOSE SUAREZ SERNA | 01/02/2002 | **VEREDA QUEBRADA DEL SOL** CORREGIMIENTO DE GUACHACA SANTA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MARTA | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | |
| | | | | | • CARMEN RINCON | Mediato | | | | RECORTES DE PRENSA |
| | | | | | | Mediato | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | ENTREVISTAS |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 762

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS |  | **MISAEL HERNANDEZ SEPULVEDA** GLORIA MENDOZA NIEVES- JUILIETH HERNANDEZ- DIANA HERNANDEZ- VICTOR HERNANDEZ Y JHON JEIBER HERNANDEZ MONTES | 01/02/2002 | **VEREDA QUEBRADA MARIA CORREGIMIENTO DE GUACHACA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | JOSE CONCEPCION DIAZ RODRIGUEZ | 06/02/2002 | VEREDA QUEBRADA MARIA CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | ACA SANTA MARTA | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ | o<br><br>Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MANUEL HUMBERTO PARDO HERNANDEZ | 20/01/2002 | **VEREDA QUEBRADA MARIA** CORREGIMIENTO DE GUACHACA SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 766

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | HUSCEIN TAMAYO | 21/01/200 | CORRE GIMIENT | • HERNAN GIRALDO | | | | | CONFESIO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 767

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ORTEGA | 2 | O DE BONDA SANTA MARTA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | ALIPIO BONILLA | 18/01/02 | **CORREGIMIENTO DE BONDA** SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS | | | | | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS **BLOQUE NORTE** | GIRALDO INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ANA LORENA UTRIA CANTILLO | 12/01/2002 | **CORREGIMIENTO DE MINCA SANTA MARTA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 771

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br>Mediato<br>Mediato<br>Mediato<br>Mediato | | | | S DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE | | TANIA MILENA REALES NUÑEZ | 05/01/2002 | **CORREGIMIENTO DE MINCA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | SANTA MARTA | • DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | GIRALDO CONFESION DE DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ORFID ELENA VERGARA MOZO | 20/01/2002 | **PALOMINO GUAJIRA** | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO CONFESION DE DANIEL GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| | | | | | • NORBERTO QUIROGA | Mediat | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA | o | | | **BLOQUE NORTE** | INFORME DEFENSORIAL |
| | | | | | • NODIER GIRALDO GIRALDO | | | | | RECORTES DE PRENSA |
| | | | | | • CARMEN RINCON | Mediato | | | | |
| | | | | | | Mediato | | | | ENTREVISTAS |
| | | | | | • EDGAR OCHOA BALLESTEROS | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | | | | | |
| | | | | | | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 775

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| **1.-** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CENAIDA DEL CARMEN MANJARRES DE GARCIA | 22/01/2002 | **PALOMINO GUAJIRA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVIS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato | | | | TAS |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION | | NAYIBIS ESTHER CORONADO TAMARA | 22/01/2002 | **RIO ANCHO GUAJIRA** | • HERNAN GIRALDO SERNA | Mediato | | | | CONFESION DE HERNAN GIRALDO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediat | CONTROL | DESPLAZ | ENFRENT | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | | | | <ul><li>NORBERTO QUIROGA POVEDA</li></ul> <ul><li>NODIER GIRALDO GIRALDO</li><li>CARMEN RINCON</li></ul> <ul><li>EDGAR OCHOA BALLESTEROS</li></ul> <ul><li>AFRANIO M. REYES MARTINEZ</li></ul> | o<br><br>Mediato<br><br><br>Mediato<br><br>Mediato<br><br><br>Mediato | TERRITORIAL | AMIENTO MASIVO | AMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | DANIEL GIRALDO INFORME DEFENSORIAL RECORTES DE PRENSA ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | • ADAN ROJAS MENDOZA | Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARY LUZ AGUDELO CLAVIJO | 10/01/2002 | RIO ANCHO GUAJIRA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br><br>Mediato<br><br><br>Mediato<br><br>Mediato | | | | RECORTES DE PRENSA<br><br>ENTREVISTAS |
| 1.- DESPLAZAMIE | | MARIA CRISTINA | 20 DE ENERO | **RIO ANCHO** | • HERNAN GIRALDO | | | | | CONFESIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | BELTRAN CERVANTES | DE 2002 | GUAJIRA | SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>**BLOQUE NORTE** | N DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 781

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS MENDOZA | Mediato<br><br>Mediato<br><br>Mediato | | | | |
| 1.- DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES | | ANGEL ANTONIO MORALES MERCADO | 16/01/2002 | **SAN SALVADOR. GUAJIRA** | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | CONTROL TERRITORI | DESPLAZAMIENTO | ENFRENTAMIENTO CON | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|-----------|-----------|----------------|------------------------------------|
| PROTEGIDOS | | | | | • NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br><br><br>• AFRANIO M. REYES MARTINEZ<br><br>• ADAN ROJAS | Mediato<br><br><br>Mediato<br>Mediato<br><br>Mediato<br><br><br>Mediato | AL | MASIVO | OTROS GRUPOS<br><br>**BLOQUE NORTE** | DANIEL GIRALDO<br><br>INFORME DEFENSORIAL<br><br>RECORTES DE PRENSA<br><br>ENTREVISTAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA | Mediato | | | | |
| **1** DESPLAZAMIENTO FORZADO TOMA DE REHENES- Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JORGE ELIECER FLOREZ MEDRANO | 22/01/2002 | **SAN SALVADOR**. GUAJIRA | • HERNAN GIRALDO SERNA<br><br>• DANIEL GIRALDO CONTRERAS<br><br>• NORBERTO QUIROGA POVEDA<br><br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS **BLOQUE NORTE** | CONFESION DE HERNAN GIRALDO<br><br>CONFESION DE DANIEL GIRALDO<br><br>INFORME DEFENSO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Mediato | | | | RIAL |
| | | | | | • EDGAR OCHOA BALLESTEROS | Mediato<br><br>Mediato | | | | RECORTES DE PRENSA |
| | | | | | • AFRANIO M. REYES MARTINEZ | Mediato | | | | ENTREVISTAS |
| | | | | | • ADAN ROJAS MENDOZA | Mediato | | | | |
| 2. DESPLAZAMIENTO FORZADO-, | | **WILFRIDO CARRILLO ARGOTE** | 4/09/2002 | **CARACOLI-SAN JUAN DEL** | • HERNAN GIRALO | Mediato | | | | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS-ACTOS DE TERRORISMO | | C.C 2767941 AURA ELENA LASTRE JANER CARRILLO LASTRE JHOJAN CARRILLO LASTRE JHOJANYS CARRILLO LASTRE JHONER CARRILLO LASTRE | | **CESAR** | SERNA • NODIER GIRALDO GORALDO • NORBERTO QUIROGA POVEDA • DANIEL GIRALDO CONTRERAS | Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | SERNA VERSION LIBRE DE ROSENDO LEON GALEANO REPORTE DE LAS VICTIMAS |

EL DIA TRES DE SEPTIEMBRE DE 2002, EN LA VEREDA EL LIMON, UBICADA CERCA DE LA VEREDA TEMBLADERA CORREGIMIENTO DE TOMARRAZON MUNICIPIO DE RIOHACHA, SE PRESENTARON FUERTES COMBATES ENTRE LA GUERRILLA Y MIEMBROS DE LAS AUTODEFENSAS,

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| LA GENTE DE LA VEREDA COMENZO A DESPLAZARSE DESDE ESE MISMO DIA, LOS COMENTARIOS QUE SE ESCUCHABAN ERA QUE VENIAN HOMBRES UNIFORMADOS QUE COGIAN A TODOS LOS CIVILES QUE ENCONTRABAN. AL DIA SIGUIENTE, O SEA EL 4 DE SEPTIEMBRE DE 2002 COMO A LAS OCHO DE MAÑANA LLEGARON AL ORREGIMIENTO DE CARACOLI UN GRUPO DE PARAMILITARES QUE VESTIAN PRENDAS MILITARES CON BRAZALETE DE LAS AUC SE IDENTIFICARON COMO DEL GRUPO TAYRONA, LES DIJERON A LOS MORADORES DE CARACOLI QUE IBAN A MATARLOS PORQUE ERAN COLABORADORES DE LA GUERRILLA LOS HUMILLARON Y LOS AMENAZABAN CON MACHETES Y ARMAS LARGAS , LOS INVITARON A UNA REUNION EN LA PLAZA Y ALLA ESTABA UN SEÑOR CON LA CARA TAPADA , Y SEÑALABAN A VARIAS PERSONAS COMO AUXILIARES DE LA GUERRILLA, LA REUNION DURO COMO MEDIA HORA, DECIAN QUE IBAN A HACER UNA LIMPIEZA Y QUE TODOS ERAN UNOS DESOCUPADOS, ELLOS TRAJERON GENTE AMARRADA ENTRE LOS QUE SE ENCONTRABA EL SEÑOR ANTONI CARRILLO, ANGEL EUGENIO MONTAÑO, PEDRO MARTIN VASQUEZ EN TANTO A OTRAS PERSONAS LAS TIRARON AL SUELO Y LES PUSIERON UNA RULA EN EL CUELLO CON LA AMENAZA DE QUE LOS IBAN A MATAR QUE HABLARAN O SI NO LOS MATABAN, COMO CONSECUENCIA DE ESTOS HECHOS SALIERON DESPLAZADOS HACIA SAN JUAN, ALLA LOS UBICARON EN LA CASA DE LA CULTURA DONDE PERMANECIERON COMO CINCO DIAS, DESPUES LOS LLEVARON A CARACOLI, CUANDO LLEGARON A SUS CASAS LAS HABIAN SAQUEADO, PERDIERON CULTIVOS DE PAN COGER, RESES, AVES DE CORRAL Y CERDOS. LOS PARAMILITARES MATARON A JAIME ELIAS MENDOZA LOPERENA, ROSA MARIA LOPERENA, LUIS ANTONIO MENDOZA MONTAÑO, EDGAR RAFAEL RADILLO REDONDO, JAMINZON JAVIER RADILLO REDONDO, JUAN MANUEL CATAÑO GUERRA. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL EN CONCURSO MATERIAL HOMOGENEO TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. EN CONCURSO HETEROGENEO CON EL DELITO DE

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ ACTOS DE TERRORISMO. PREVISTO EN EL LIBRO SEGUNDO TITULO DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EKL DERECHO INTERNACIONAL HUMANITARIO CAPITULO UNICO ART. 144 DE LA LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, REALICE U ORDENE LLEVAR A CABO ATAQUES INDISCRIMINADOS O EXCESIVOS O HAGA OBJETO A LA POBLACIÓN CIVIL DE ATAQUES, REPRESALIAS, ACTOS O AMENAZAS DE VIOLENCIA CUYA FINALIDAD PRINCIPAL SEA ATERRORIZARLA, INCURRIRÁ POR ESA SOLA CONDUCTA EN PRISIÓN DE QUINCE (15) A VEINTICINCO (25) AÑOS, MULTA DE DOS MIL (2.000) A CUARENTA MIL (40.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- ACTOS DE TERRORISMO | | **EDILMA MARIA MILAN OÑATE** C.C 27003443 MAIRI FRAGOZO MILAN ANGEL FRAGOZO MILAN GERALDINE SOLANO MILAN | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA • NODIER GIRALDO GORALDO | Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSION LIBRE DE ROSENDO LEON GALEANO REPORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NORBERTO QUIROGA POVEDA | Mediato | | | GRUPOS GUERRILLA | DE LAS VICTIMAS |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES | | **MAIDA ELENA GUERRA ARMENTA** C.C 27004818 ANTONIO PERALTA | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDOS-ACTOS DE TERRORISMO | | MARTHA ANTONIO GUERRA | | | SERNA<br><br>• NODIER GIRALDO GORALDO | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | VERSION LIBRE DE HERNAN GIRALDO SERNA |
| | | | | | • NORBERTO QUIROGA POVEDA | Mediato | | | GUERRILLA | VERSION LIBRE DE ROSENDO LEON GALEANO |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | REPORTE DE LAS VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS-ACTOS DE TERRORISMO | | **MARIA MAGDALENA MONTAÑO MINDIOLA** C.C 27006431 ANTONIA MINDIOLA MELO | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA  • NODIER GIRALDO GORALDO  • NORBERTO QUIROGA POVEDA  • DANIEL GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | VERSION LIBRE DE HERNAN GIRALDO SERNA  VERSION LIBRE DE ROSENDO LEON GALEANO  REPORTE DE LAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CONTRERAS | Mediato | | | | VICTIMAS |
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- ACTOS DE TERRORISMO | | **ZENOBIA CAMARGO** C.C  27006181 CARMEN CAMARGO AYDE CAMARGO MARIBETH CAMARGO MOISES OÑATE CAMARGO | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA • NODIER GIRALDO GORALDO | Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CALIXTO OÑATE CAMARGO<br><br>NORAIMA BRITO CAMARGO<br><br>ENRIQUE BRITO CAMARGO<br><br>ENRIQUE BRITO CAMARGO | | | • NORBERTO QUIROGA POVEDA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato | | | GRUPOS GUERRILLA | VERSION LIBRE DE ROSENDO LEON GALEANO<br><br>REPORTE DE LAS VICTIMAS |
| DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | **RAFAEL CELESTINO MINDIOLA**<br><br>C.C 5165530<br><br>MARELVIS | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO | Mediato | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ACTOS DE TERRORISMO | | DAZA CUELLO | | | SERNA<br><br>• NODIER GIRALDO GORALDO<br><br>• NORBERTO QUIROGA POVEDA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | VERSION LIBRE DE HERNAN GIRALDO SERNA<br><br>VERSION LIBRE DE ROSENDO LEON GALEANO<br><br>REPORTE DE LAS VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2. DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS-ACTOS DE TERRORISMO | | **BLANCA OLGA NIEVES CASTAÑEDA** C.C 27002870 PEDRO PABLO PERALTA ESNEIDER MILIAN NIEVES HEYDI MILIAN NIEVES TAIS PERALTA NIEVES DAISY PERALTA NIEVES DANIELA PERALTA | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA  • NODIER GIRALDO GORALDO  • NORBERTO QUIROGA POVEDA  • DANIEL GIRALDO | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | VERSION LIBRE DE HERNAN GIRALDO SERNA  VERSION LIBRE DE ROSENDO LEON GALEANO  REPORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | NIEVES DARLY PERALTA NIEVES DANEYIS PERALTA NIEVES ARLY PERALTA NIEVES |  |  | CONTRERAS | Mediato |  |  |  | DE LAS VICTIMAS |
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- ACTOS DE |  | **IRENE MONTERO JOÑO** C.C 56078681 MILCIADES MONTAÑO LOPERENA | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA | Mediato |  |  |  | VERSION LIBRE DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TERRORISMO | | ENDER MONTAÑO<br><br>MILCIADES MONTAÑO<br><br>YULIE MONTAÑO<br><br>YENDRI MONTAÑO<br><br>YANELIS MONTAÑO<br><br>MANUELA MONTAÑO<br><br>JUAN CARLOS MONTAÑO | | | • NODIER GIRALDO GORALDO<br><br><br>• NORBERTO QUIROGA POVEDA<br><br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br><br>Mediato<br><br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS<br><br>GUERRILLA | GIRALDO SERNA<br><br>VERSION LIBRE DE ROSENDO LEON GALEANO<br><br>REPORTE DE LAS VICTIMAS |
| | 2 | **VIRGINIA MARIA** | 4/09/2002 | CARACOLI-SAN | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- ACTOS DE TERRORISMO | | **GUERRA SIERRA** C.C 27040235 FERNANDO JULIO LAGUNA | | JUAN DEL CESAR | • HERNAN GIRALO SERNA  • NODIER GIRALDO GORALDO  • NORBERTO QUIROGA POVEDA  • DANIEL GIRALDO CONTRERAS | Mediato  Mediato  Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | VERSION LIBRE DE HERNAN GIRALDO SERNA  VERSION LIBRE DE ROSENDO LEON GALEANO  REPORTE DE LAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mediato | | | | VICTIMAS |
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS-ACTOS DE TERRORISMO | | **ALEXANDER BRITO BENJUMEA** C.C 17953252 YESIRA OÑATE YENIRIS BRITO YERIMES BRITO ADONIS BRITO | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA • NODIER GIRALDO GORALDO • NORBERTO | Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSION LIBRE DE ROSENDO LEON |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | QUIROGA POVEDA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br><br>Mediato | | | GUERRILLA | GALEANO<br><br>REPORTE DE LAS VICTIMAS |
| 2 DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS-ACTOS DE TERRORISMO | | **LUIS CASIMIRO CARRILLO MONTAÑO**<br><br>C.C 84038967<br><br>DARLY GONZALEZ<br><br>TANIA | 4/09/2002 | CARACOLI-SAN JUAN DEL CESAR | • HERNAN GIRALO SERNA | Mediato | | | | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CARRILLO | | | • NODIER GIRALDO GORALDO | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | SERNA VERSION LIBRE DE ROSENDO LEON GALEANO REPORTE DE LAS VICTIMAS |
| | | | | | • NORBERTO QUIROGA POVEDA | Mediato | | | | |
| | | | | | • DANIEL GIRALDO CONTRERAS | Mediato | | | | |
| 2 | | **YOLEIDIS MINDIOLA** | 4/09/2002 | CARACOLI-SAN | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESPLAZAMIENTO FORZADO-, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- ACTOS DE TERRORISMO | | **MINDIOLA** C.C 1122404681 | | JUAN DEL CESAR | • HERNAN GIRALO SERNA<br><br>• NODIER GIRALDO GORALDO<br><br>• NORBERTO QUIROGA POVEDA<br><br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | ENFRENTAMIENTO CON OTROS GRUPOS GUERRILLA | VERSION LIBRE DE HERNAN GIRALDO SERNA<br><br>VERSION LIBRE DE ROSENDO LEON GALEANO<br><br>REPORTE DE LAS VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mediato | | | | |
| **CONTROL TERRITORIAL SEGUNDA PRACTICA DESPLAZAMIENTO INDIVIDUAL INCURSIONES ARMADAS/OPERACIONES DE REGISTRO Y CONTROL DE AREA – HOMICIDIOS INDIVIDUALES O MULTIPLES** | | | | | | | | | | |
| 3 DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **GENARO FORERO AVENDAÑO** C.C. 93288026 | 06/09/2004 | SAN PEDRO DE LA SIERRA – CIANAGA (MAGDALENA) | • HERNAN GIRALO SERNA • NODIER GIRALDO GORALDO • DANIEL GIRALDO CONTRERAS • CARMEN RINCON | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **INCURSIONES ARMADAS/OPERACIONES DE REGISTRO Y CONTROL** | CONFESIÓN DE NORBERTO QUIROGA POVEDA REPORTE DE LAS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 804

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NORBERTO QUIROGA POVEDA<br>• JOSE DANIEL MORA LOPEZ<br>• JOSE GELVES ALBARRACIN<br>• AFRANIO MANUEL REYES | MEDIATO<br>MEDIATO<br><br>MEDIATO<br>MEDIATO<br>MEDIATO | | | **DE AREA** | VICTIMAS |

EL SEÑOR  GENARO FORERO AVENDAÑO VIVIA EN LA FINCA EL PROGRESO UBICADA EN LA VEREDA GUALDIVIA JURISDICCION DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA MUNICIPIO DE CIENAGA,  INICIALMENTE HABIA PRESENCIA GUERRILLERA EN LA ZONA, POSTERIORMENTE LLEGARON LOS PARAMILITARES  QUIENES DIERON MUERTE A MUCHOS CAMPESINOS, POR TEMOR SE DESPLAZO A SAN PEDRO DE LA SIERRA Y DESPUES A FUNDACION, DEJANDO ABANDONADO SEMOVIENTES, AVES DE CORRAL Y CULTIVOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,   DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.
EN CONCURSO HETEROGENEO CON EL DELITO DE

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 806

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO<br><br>LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL<br><br>LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL<br><br>LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 4. DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | **GLEINY PERDOMO** CC 36549035 | 20/03/2002 | SIBERIA – CIENAGA (MAGDALENA) | • HERNAN GIRALO SERNA<br>• NODIER GIRALDO GORALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE DANIEL MORA LOPEZ<br>• AFRANIO REYES | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA** | FOTOGRAFIA DEL LUGAR DEL HECHO<br><br>FOTOCOPIA C.C. GALEINY PERDOMO<br><br>FOTOCOPIA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MARTINEZ<br>• DANIEL GIRALDO CONTRERAS | | | | | ESCRITURA PÚBLICA NOS. 294 DEL 18/04/86 Y 1049 DEL 12 /06/85 COMPRA VENTA EN DONDE FIGURA COMO OTORGANTE EL SEÑOR ANGEL DURAN DIAZ A FAVOR DEL SEÑOR VICTOR GONZALEZ RIVERA, |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | ESPOSO DE LA VÍCTIMA.  REPORTE DEL HECHO |

LA SEÑORA GLEYNI PERDOMO SE ENTERO QUE EL 20 DE MARZO DE 2002 LLEGARON LOS PARAMILITARES A LA FINCA LA ISLA, UBICADA EN EL CORREGIMIENTO DE SIBERIA MUNICIPIO DE CIENAGA, A  BUSCARLA A ELLA  Y A SUS HIJOS, PERO NO LOS ENCONTRARON PORQUE HABIAN IDO A CIENAGA A VENDER UNA COSECHA DE CAFÉ Y A REALIZAR UNAS COMPRAS, LOS PARAMILITARES PROCEDIERON A  APODERARSE DE UNOS SEMOVIENTES, AVES DE CORRAL Y ENSERES DE LA CASA, TAMBIEN QUEMARON UNA DE LAS CASAS QUE HABIA EN LA FINCA.   POR ESE MOTIVO SE DESPLAZO A SANTA MARTA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

EN CONCURSO HETEROGENEO CON EL DELITO DE


➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 5. DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | JAVIER FLOREZ C.C. 13371734 | 17/09/2003 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA CIENAGA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • JOSE DANIEL MORA LOPEZ <br> • JOSE GELVES ALBARRACIN <br> • DANIEL GIRALDO <br> • AFRANIO REYES MARTINEZ | MEDIATO <br><br> MEDIATO <br><br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA** | **VERSION** LIBRE DE HERNAN GIRALDO SERNA <br><br> VERSION LIBRE DE DIMAS AVENDAÑO <br><br> FOTOGRAFIA **DEL LUGAR** |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DEL HECHO<br><br>REPORTE DE VICTIMAS |
| EL SEÑOR  JAVIER FLOREZ QUIEN TENIA UNA FINCA DE NOMBRE EL JARDIN UBICADA EN LA VEREDA YERBABUENA DE L CORREGIMIENTO DE SAN PEDRO DE LA SIERRA MUNICIPIO DE CIENAGA, EL 18 DE SEPTIEMBRE DE 2003 SE ENCONTRABA EN SAN PEDRO HACIENDO DILIGENCIAS Y ALLI SE ENTERO POR PARTE D E UNOS VECINOS QUE  PERSONAS UNIFORMADAS DE LAS AUTODEFENSAS HABIAN LEGADO A SU FINCA  Y SE HABIAN LLEVADO LOS ANIMALES, AL DIA SIGUIENTE  SUBIO HASTA SU FINCA EN DONDE RECOGIO LO POCO QUE PUDO Y SE DESPLAZO DESDE ESE ENTONCES NO REGRESO. |||||||||||
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br>EN CONCURSO HETEROGENEO CON EL DELITO DE |||||||||||

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. <br><br> PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: <br><br> LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES <br><br> LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 6. DESPLAZAMIE | | EDUARDO ENRIQUE | 02/07/200 | VEREDA TORIBIO | • HERNAN GIRALDO | MEDIATO | | | | CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NTO FORZADO- TORTURA EN PERSONA PROTEGIDA HOMICIDIO EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | GARGIOLI PIEDRIZ  C.C 12614127  ROSA PIEDRIS DE GARGIOLI  YOLANDA GARGIOLI DE LOPEZ  ROSA GARGIOLI PIEDRIS  GIOVANNA GARGIOLI BORJA  KELLY GARGIOLI ARIAS  MORELA ARIAS | 2 | - CIENAGA | SERNA<br>• NORBERTO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA<br>• DANIEL GORALDO<br>• JOSE MORA LOPEZ<br>• ADAN ROJAS M | MEDIATO  MEDIATO  MEDIATO  MEDIATO  MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIOS INDIVIDUALES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA** | VERSION LIBRE DE HERNAN GIRALDO  VERSION LIBRE DE NORBERTO QUIROGA  VERSION LIBRE DE DIMAS AVENDAÑO  VERSION LIBRE DE ADAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ALVAREZ (HOMICIDIO DE RODOLFO GARGIOLI PIEDRIZ) | | | | | | | | ROJAS MENDOZA FOTOCOPIA DE LA CEDULA DE RODOLFO GARGIOLI PIEDRIZ PROTOCOLO DE NECROPSIA RESOLUCI |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ÓN INHIBITORIA DE FECHA 29 MAYO/2003 , FISCALIA 6 DE CIENAGA COPIA DEL EXPEDIENTE INFORME DE POLICÍA JUDICIAL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | RECORTE DE PERIÓDICO EL INFORMADOR JUNIO 3 DE 2002 REPORTE DEL HECHO POR LA VICTIMA INDIRECTA |

LA FAMILIA GARGIOLI PIEDRIS TENIA UNA FINCA LLAMADA YOLAMIRA, UBICADA EN  LA VEREDA TORIBIO JURISDICCION DEL MUNICIPIO DE CIENAGA, EL 2 DE JULIO DE 2002 SE ENCONTRABA EL SEÑOR RODOLFO GARGIOLI  EN LA FINCA CUANDO LLEGARON  HOMBRES ARMADOS Y UNIFORMADOS  PROCEDIERON A SACARLO  DE LA FINCA, LO AMARRARON DE LAS MANOS   Y DESPUES LE DIERON MUERTE. LOS TILDABAN DE SER GUERRILLEROS. POR TEMOR LA FAMILIA SE  DESPLAZO Y TUVO MUCHAS PERDIDAS. EL POSTULADO NORBERTO QUIROGA POVEDA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANIFESTO QUE LA VICTIMA FUE SEÑALADA COMO GUERRILLERO Y POR ESTA RAZON SE LE CAUSO LA MUERTE. | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.
 EN CONCURSO HETEROGENEO CON EL DELITO DE

➢ TORTURA EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 137 DE LA LEY 599 DE 2000  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 819

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL<br><br>LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL<br><br>LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA | | **LEONEL TRILLOS CONTRERAS** C.C. 5044138 ROXANA TRILLOS TORO ANDRIS T5RILLOS TORO | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO | MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA** | VERSION LIBRE DE HERNAN GIRALDO SERNA<br><br>VERSION LIBRE DE NORBERTO QUIROGA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | | | | GIRALDO<br>• DANIEL GIRALDO | MEDIATO<br><br>MEDIATO | | | | POVEDA<br><br>RECORTE DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |

EL DIA 4 DE DICIEMBRE DE 2000 MIEMBROS DE LAS AUTODFENESAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA ARMADOS INCURSIONARON EN EL MUNICIPIO DE DIBULLA (LA GUAJIRA) EN LA HACIENDA LOS LIRIOS, VEREDA DE PENJAMO DONDE PROCEDIERON A ASESINAR A LOS SEÑORES VICTOR MANUEL JULIO RODRIGUEZ, JAIME RAFAEL JULIO RODRIGUEZ, IVAN JIMENEZ ANCELA,MANUEL DE JESUS CACERES TOBIAS, A LAS VICTIMAS LAS DECAPITARON Y LE PRODUJERON CORTADURAS EN TODO EL CUERPO, LES PROHIBIERON A LOS FAMILIARES QUE SACARAN LOS CUERPOS, PORQUE SI LO HACIAN LES IRIA PEOR, LOS RANCHOS FUERON QUEMADOS. LA POBLACION ATEMORIZADA SE DESPLAZO DE LAS FINCA LOS LIRIOS, LA RUBIA Y EL SALAO. SEGUN EL POSTULADO NORBERTO QUIROGA POVEDA EN VERSION LIBRE MANIFESTO QUE EL COMANDANTE ALIAS TOLIMA ORGANIZO UNA OPERACION CON 50 HOMBRES QUIENES SALIERON DE SAN SALVADOR A PENJAMO LLEGARON A UNA FINCA DONDE SEGUN EL VERSIONADO VIVIA UN MILICIANO DEL EPL A QUIEN LE DIERON MUERTE, EN EL RECORRIDO TAMBIEN ASESINARON A OTRAS PERSONAS QUE SEÑALABAN DE SER MILICIANOS DEL EPL.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL EN CONCURSO MATERIAL HOMOGENEO TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.
EN CONCURSO HETEROGENEO CON EL DELITO DE

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

> DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. EN CONCURSO HOMOGENEO. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

> ACTOS DE TERRORISMO. PREVISTO EN EL LIBRO SEGUNDO TITULO DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EKL DERECHO INTERNACIONAL HUMANITARIO CAPITULO UNICO ART. 144 DE LA LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONFLICTO ARMADO, REALICE U ORDENE LLEVAR A CABO ATAQUES INDISCRIMINADOS O EXCESIVOS O HAGA OBJETO A LA POBLACIÓN CIVIL DE ATAQUES, REPRESALIAS, ACTOS O AMENAZAS DE VIOLENCIA CUYA FINALIDAD PRINCIPAL SEA ATERRORIZARLA, INCURRIRÁ POR ESA SOLA CONDUCTA EN PRISIÓN DE QUINCE (15) A VEINTICINCO (25) AÑOS, MULTA DE DOS MIL (2.000) A CUARENTA MIL (40.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.<br><br>➢ SECUESTRO SIMPLE. ART 269 SUBROGADO. LEY 40 DE 1993, ART. 2.TIPIFICADO EN EL LIBRO SEGUNDO TITULO X DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTÍAS CAPÍTULO PRIMERO DEL SECUESTRO. DECRETO 100 DE 1980. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO ANTERIOR, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A VEINTICINCO (25) AÑOS Y MULTA DE CIEN (100) A DOSCIENTOS (200) SALARIOS MÍNIMOS MENSUALES.<br><br>➢ | | | | | | | | | | |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE | | ELSIDA BRACHO CORDOBA<br><br>C.C. 26941616 | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TERRORISMO-SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | | | | POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | /OPERACIONES DE REGISTRO Y CONTROL DE AREA | VERSION LIBRE DE NORBERTO QUIROGA POVEDA<br><br>RECORTE DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |
| DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA | | **YENER OFREDY RONDON TRILLOS** | 05/12/2000 | PENJAMO-DIBULLA | | | **CONTROL** | **DESPLAZ** | **HOMICIDI** | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | C.C. 84087409 | | | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | TERRITORIAL | AMIENTO MASIVO | OS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | CONFESION DE LOS POSTULADOS<br><br>RECORTE DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |
| DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA | | **JORGE MANUEL REDONDO TRILLOS** | 05/12/2000 | PENJAMO- DIBULLA | | | CONTROL | DESPLAZ | HOMICIDI |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | C.C. 84027675 NOHEMI ARRIETA HOMER REDONDO ARRIETA OLAIN REDONDO ARRIETA GERALDINE REDONDO A BREINY REDONDO ARRIETA | | | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • DANIEL GIRALDO CONTRERAS | MEDIATO MEDIATO MEDIATO MEDIATO | TERRITORIAL | AMIENTO MASIVO | OS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | CONFESION DE LOS POSTULADOS RECORTE DE PRENSA REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO- HOMICIDIO | | **OSCAR TRILLOS CONTRERAS** | 05/12/2000 | PENJAMO- DIBULLA | | | | | **HOMICIDI** | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | C.C 84026749 YORJARLENS TRILLOS ARRIETA MARLIS TRILLOS ARRIETA RAFAEL TRILLOS CARDENAS | | | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | OS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | CONFESION DE LOS POSTULADOS RECORTE DE PRENSA REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO- | | **OMAR TRILLOS CONTRERAS** | 05/12/2000 | PENJAMO- | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | C.C 17802554 CRISTINA LOPEZ RIVADENEIRA EMIL TRILLOS LOPEZ YORCELIS TRILLOS LOPEZ MARELIS TRILLOS LOPEZ LEONEL TRILLOS LOPEZ ARINZON TRILLOS LOPEZ YORBELIS | | DIBULLA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | CONFESION DE LOS POSTULADOS RECORTE DE PRENSA REPORTE DE LAS VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | TRILLOS LOPEZ YAIR TRILLOS LOPEZ AURA TRILLOS LOPEZ | | | | | | | | |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- | | **EFEL DAVID TRILLOS CONTRERAS** C.C 84029395 PETRONA MUÑOZ GONZALEZ DAGER TRILLOS | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • NODIER | MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO** | CONFESION DE LOS POSTULADOS RECORTE DE PRENSA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | MUÑOZ FRANDERNEY TRILLOS MUÑOZ OSMEL TRILLOS MUÑOZ | | | GIRALDO GIRALDO • DANIEL GIRALDO CONTRERAS | MEDIATO MEDIATO | | | Y CONTROL DE AREA | REPORTE DE LAS VICTIMAS |
| DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORIS | | **LUZ MARINA BARROS BARRIOS** C.C 57430609 ALVARO DIANA DANIELA | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA | MEDIATO | **CONTROL TERRITORIAL** | **DESPLAZAMIENTO MASIVO** | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS /OPERACI** | CONFESION DE LOS POSTULADOS RECORTE DE PRENSA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 831

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MO-SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | | | | POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | **ONES DE REGISTRO Y CONTROL DE AREA** | REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS | | **ANA SOFIA CASTILLO BALTAZAR**<br><br>C.C 26085570 | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA | MEDIATO | **CONTROL TERRITORIAL** | **DESPLAZAMIENTO MASIVO** | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS** | CONFESION DE LOS POSTULADOS<br><br>RECORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE TERRORISMO-SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | | | | POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | /OPERACIONES DE REGISTRO Y CONTROL DE AREA | DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN | | **EUDOCIA MARIA BOLIVAR BRITO**<br><br>C.C  40794386 | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN | MEDIATO | **CONTROL TERRITORI** | **DESPLAZAMIENTO** | **HOMICIDIOS MULTIPLES -** | CONFESION DE LOS POSTULAD |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- |  |  |  |  | GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO | AL | MASIVO | INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | OS<br><br>RECORTE DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |
| DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA | | **EDILBERTO LOPEZ MARQUEZ**<br><br>C.C. 17699939 | 05/12/2000 | PENJAMO- DIBULLA | • HERNAN | | CONTROL | DESPLAZ | HOMICIDIOS | CONFESION DE LOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO-SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | | | | GIRALDO SERNA • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • DANIEL GIRALDO CONTRERAS | MEDIATO  MEDIATO  MEDIATO  MEDIATO | TERRITORIAL | AMIENTO MASIVO | MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | POSTULADOS  RECORTE DE PRENSA  REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO EN | | ANGELA MARIA MARRIAGA CABEZAS | 05/12/2000 | PENJAMO-DIBULLA | | | CONTROL | DESPLAZ | HOMICIDI | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO-SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | C.C 57065417 | | | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | TERRITORIAL | AMIENTO MASIVO | OS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | CONFESION DE LOS POSTULADOS<br><br>RECORTE DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO-HOMICIDIO | | **ARMINDA AMAYA CATAÑO** C.C | 05/12/2000 | PENJAMO-DIBULLA | | | | | HOMICIDI | CONFESION DE LOS POSTULAD |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | 40920761 | | | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO MASIVO | OS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA | OS RECORTE DE PRENSA REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO FORZADO- | | **PEDRO MIGUEL HERRERA** | 05/12/2000 | PENJAMO- | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | **BOLAÑO** C.C 84028441 | | DIBULLA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • DANIEL GIRALDO CONTRERAS | MEDIATO  MEDIATO  MEDIATO  MEDIATO | **CONTROL TERRITORIAL** | **DESPLAZAMIENTO MASIVO** | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA** | CONFESION DE LOS POSTULADOS  RECORTE DE PRENSA  REPORTE DE LAS VICTIMAS |
| 7. DESPLAZAMIENTO | | **ARNOLDO MARRIAGA** | 05/12/200 | PENJAMO- | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORZADO-HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO-SECUESTRO SIMPLE-TORTURA EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | **CABEZAS** C.C 15249298 | 0 | DIBULLA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | **CONTROL TERRITORIAL** | **DESPLAZAMIENTO MASIVO** | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS/OPERACIONES DE REGISTRO Y CONTROL DE AREA** | CONFESION DE LOS POSTULADOS<br><br>RECORTE DE PRENSA<br><br>REPORTE DE LAS VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 7. DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA EN CONCURSO HOMOGENEO ACTOS DE TERRORISMO- SECUESTRO SIMPLE- TORTURA EN PERSONA PROTEGIDA- DESTRUCCION Y APROPIACION DE BIENES PROTEGID | | **ANA MERCEDES RIOS RODRIGUEZ** C.C  22473061 | 05/12/2000 | PENJAMO-DIBULLA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • DANIEL GIRALDO <br> • NODIER GIRALDO | MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO | **CONTROL TERRITORIAL** | **DESPLAZAMIENTO MASIVO** | **HOMICIDIOS MULTIPLES - INCURSIONES ARMADAS /OPERACIONES DE REGISTRO Y CONTROL DE AREA** | CONFESION DE LOS POSTULADOS <br><br> RECORTE DE PRENSA <br><br> REPORTE DE LAS VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| OS- | | | | | | | | | | |
| **CONTROL TERRITORIAL SEGUNDA PRACTICA DESPLAZAMIENTO INDIVIDUAL HOMICIDIOS INDIVIDUALES Y MULTIPLES Y OTROS ACTOS DE VIOLENCIA DIRECTA** | | | | | | | | | | |
| 8. DESPLAZAMIENTO FORZADO- | | **CELINA MARIA CARDENAS MEDINA** C.C. 36488187 LUIS CARLOS CERPA CARDENAS MIGUEL CERPA CARDENAS | 14/01/2001 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • NODIER GIRALDO GIRALDO • DANIEL GIRALDO | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** HOMICIDIO DE CARLOS SERPA CARDENA | VERSION LIBRE HERNAN GIRALDO VERSION LIBRE DE CRISTIAN OCHOA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ABEL CERPA CARDENAS LUCIA ZAMORANO MARITZA ZAMORANO | | | CONTRERAS • NORBERTO QUIEROGA POVEDA | | | | S- | PINZON FOTOCGRAFIA DEL LUGAR DE LOS HECHOS REPORTE DE VICTIMAS |

EL SEÑOR CARLOS CERPA CARDENAS  VIVIA EN LA VEREDA MENDIHUACA DEL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA, LE DECIAN EL MELLO , EL DIA 16 DE ENERO DE 2001 LA VICTIMA SE ENCONTRABA CON SU HERMANO MIGUEL CERPA CARDENAS  Y SU HERMANASTRO JOSE ARIAS DEPARTIENDO, LUEGO SE SUSCITO UNA DISCUSION ENTRE MIGUEL Y JOSE RESULTANDO MUERTO JOSE, QUIEN PERTENECIA A LAS AUTODEFENSAS Y SE CONOCIA CON EL ALIAS DEL CUCHI, MIGUEL RESULTO HERIDO. AL DIA SIGUIENTE LOS PARAMILITARES ESTABAN BUSCANDOLOS PARA MATARLOS.  DESPUES CARLOS SUBIO A LA SIERRA A HABLAR CON HERNAN GIRALDO QUIEN DIJO QUE TODO HABIA SIDO PRODUCTO DE UNA RIÑA, CARLOS  BAJO TRANQUILO A LA TRONCAL DEL CARIBE  Y CUANDO SE ENCONTRABA TOMANDOSE UNA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| GASEOSA  LLEGARON LOS PARAMILITARES Y LE DIERON MUERTE. COMO LOS PARAMILITARES SEGUIAN BUSCANDO A LOS OTROS FAMILIARES PARA MATARLOS TUVIERON QUE DESPLAZARSE. CRISTIAN OCHOA PINZON RECONOCIO EL HECHO Y DIJO QUE PARTICIPO VENGOECHEA, VENENO Y EL CALVO, ESA MUERTE LA ORDENO WALTER. HERNAN GIRALDO TAMBIEN ACEPTO SU RESPONSABILIDAD. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  DANIEL GIRALDO CONTRERAS, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATO  DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 9. DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA | | FREDY RAFAEL CUELLO PERALTA C.C. 19463738 | 13/10/1988 | MINCA | • HERNAN GIRALDO SERNA | MEDIATO | | | DESPLAZAMIENTO | HOMICIDIO | VERSION LIBRE DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA ART– INVASION DE TIERRAS O EDIFICIOS- DTO 100/80 DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | PEDRO ANTONIO DUCAT SIERRA C.C.12542421 KENE DAVID CUELLO FORERO C.C. 84454926 | | | | | CONTROL TERRITORIAL | INDIVIDUAL | **INDIVIDUAL** HOMICIDIO DE ORLANDO CUELLO FUENMAYOR | GIRALDO SERNA FOTOGRAFIA DEL LUGAR DEL HECHO REPORTE DE LAS VICTIMAS |

CON MOTIVO DE LA MUERTE DEL SEÑOR ORLANDO CUELLO FUENMAYOR OCURRIDA EL DIA 13 DE OCTUBRE DE 1988 EN SU  FINCA LAS  7 COLINAS, UBICADA EN EL CORREGIMIENTO D E MINCA MUNICIPIO DE SANTA MARTA Y  DEBIDO A LAS AMENAZAS DE MUERTE RECIBIDAS   LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

FAMILIA SE TUVO QUE DESPLAZAR HACIA VENEZUELA, Y LA FINCA QUEDO EN MANOS DE MIEMBROS DE LAS AUTODEFENSAS. COMO POSIBLE AUTOR DE ESTE HECHO SE SEÑALA A GASOLINA Y EL PAISA. EL POSTULADO MANIFESTO QUE LOS ANTES CITADOS ERAN DE SU GRUPO. CUANDO BAJO DE LA FINCA SE ENTERO QUE ESTABAN PRESOS POR HABER MATADO AL SEÑOR ORLANDO CUELLO FUENMAYOR, MANIFESTO QUE  COMO COMANDANTE  LO ACEPTABA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.
> HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

➢ INVASION DE TIERRAS MODIFICADO. LEY 308 DE 1996, ART. 1. PREVISTO EN EL TITULO XIV DELITOS CONTRA L PATRIMONIO ECONOMICO CAPITULO SEPTIMO DECRETO LEY 100 DE 1980.  EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA INVASION. EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. | | | | | | | | | | |
| 10.- DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA | | ILUMINADA JAIMES DE ROJAS C.C 36435276 NANCY ROJAS JAIMES REINER PEREZ ROJAS GENELDINE PEREZ ROJAS | 20/07/2001 | PALOMINO-DIBULLA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO<br>• DANIEL GIRALDO | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** HOMICIDIO DE FREDY PEREZ SUAREZ | VERSION LIBRE DE HERNAN GIRALDO SERNA FOTOGRAFIA DEL LUGAR DE LOS HECHOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | REPORTE DEL HECHO |

EL DIA 20 DE JULIO DE 2001 EN HORAS DE LA MADRUGADA  FREDYS PEREZ SUAREZ Y ABEL NIETO MIEMBRO DE LAS AUTODEFENSAS  SE ENCONTRABAN JUGANDO BILLAR,  Y HABIAN APOSTADO UNA BOTELLA DE LICOR , FREDY PERDIO Y COMO NO PAGO LA BOTELLA ABEL NIETO LE DIO MUERTE .  POR ESE MOTIVO LA SEÑORA ILUMINADA JAIMES DE ROJAS SE DESPLAZO CON SU NUCLEO FAMILIAR  YA QUE TAMBIEN FUE VICTIMA DE AMENZAS EN CONTRA DE SU VIDA POR HABER DENUNCIADO EL HECHO. HERNAN GIRALDO ACEPTO EL HOMICIDIO Y EL DESPLAZAMIENTO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO Y DANIEL GIRALDO CONTRERAS  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 11.- DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA | | ROSALBA LIZCANO MANTILLA C.C 36531951 JUAN CARLOS MALDONADO LEDIS GOMEZ LIZCANO DENIS GOMEZ LIZCANO | 12/06/1982 | GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** HOMICIDIO DE DEOGRACIAS LIZCANO | VERSION LIBRE DE HERNAN GIRALDO SERNA FOTOGRAFIA DEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 849

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           | MANTILLA       | LUGAR DEL HECHO REPORTE DE LAS VICTIMAS |

EL SEÑOR DEOGRACIAS LIZCANO MANTILLA TENIA UNA TIENDA EN LA VEREDA MACHETE PELAO DEL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA,  EL DIA 12 DE JUNIO DE 1982 LE DIERON MUERTE, ANTES HABIAN MATADO  A UN HERMANO QUE LE DECIAN DOGLAS,  LOS FAMILIARES DE DEOGRACIAS SE DESPLAZARON  PARA SANTANDER POR TEMOR A QUE TAMBIEN LES DIERAN MUERTE EN EL AÑO DE 1992 REGRESARON  A LA TIERRA QUE ERA DE SUS PADRES. HERNAN GIRALDO MANIFESTO QUE ESTE HOMICIDIO SE DEBIO A CUESTIONES DE BORRACHERA, PORQUE UNO QUERIA IRSE Y EL OTRO NO DEJABA QUE SE FUERA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. <br><br> ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 12.- DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA | | DELFIDA UTRIA GALLARDO C.C  36551809 | 31/01/2002 | SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • NODIER | MEDIATO <br><br> MEDIATO <br><br><br> MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** <br> HOMICIDIO DE | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GIRALDO GIRALDO | | | | RAFAEL MARTINEZ FLOREZ | REPORTE DE HECHOS |

SE TIENE DOCUMENTADO QUE EL DIA 31 DE ENERO DE 2002 EL SEÑOR RAFAEL MARTINEZ  FLOREZ SALIO CON SU ESPOSA  AL MERCADO PUBLICO A COMPRAR UNOS MATERIALES PARA CONSTRUCCION, LOS CUALES NO LOS ENTREGARON ENSEGUIDA, POR LO QUE TUVO QUE REGRESAR DESPUES  Y  MIENTRAS ESPERABA QUE LE  ENTREGARAN LOS MATERIALES  SE PUSO A TOMAR CERVEZAS CON UNOS AMIGOS  AL LUGAR LLEGARON UNOS PARAMILITARES  QUIENES IBAN A MATAR A OTRA PERSONA  LLAMADA RAFAEL  Y RESULTO VICTIMA RAFAEL MARTINEZ FLOREZ. HERNAN GIRALDO  RECONOCIO RESPONSABILIDAD  Y MANIFESTO QUE EN EL LUGAR DE LOS HECHOS  ESTABA QUEMAITO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS ||||||||||| |
| 13.- DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA ART | | BERTILDA FONTALVO MIRANDA C.C 39066338 | 05/05/01 | SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL HOMICIDIO DE MARIO ALFONSO FONTALVO MIRANDA | VERSION LIBRE DE HERNAN GIRALDO SERNA REPORTE DE HECHOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                        |                        |           |           | (SOLDADO ACTIVO) |                                 |

EL SEÑOR MARIO ALFONSO FONTALVO MIRANDA RESIDIA EN EL BARRIO 11 DE NOVIEMBRE, PARA EL AÑO 2001 SE ENCONTRABA PRESTANDO EL SERVICIO MILITAR,  EL DIA DE LOS HECHOS COMO SE ENCONTRABA INCAPACITADO ESTABA SENTADO EN LA PUERTA DE LA CASA CUANDO PASO UN SUJETO Y LE DISPARO CAUSANDOLE LA MUERTE, EN VARIAS OPORTUNIDADES ALO HABIAN INVITADO PARA QUE INGRESARA A LAS AUTODEFENSAS Y EL SE HABIA NEGADO MOTIVO POR EL QUE LO DECLARARON OBJETIVO MILITAR. LA FAMILIA SE DESPLAZO. EL POSTULADO LUIS CARLOS LOPEZ CASTRO MANIFESTO QUE A LA VICTIMA SE LA MOSTRO NAUM QUIEN PERTENECIA A LAS URBANAS.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢  HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 14.- DESPLAZAMIENTO FORZADO- | | LOINIS QUINTERO CONTRERAS C.C 1082864011 MARYSODELYS QUINTERO CONTRERAS C.C 57461228 YASEIMY QUINTERO CONTRERAS | 27/04/00 | GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA | MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** HOMICIDIO DE CARLOS JULIO QUINTERO PABON- EL CURI | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSION LIBRE DE CRISTIAN OCHOA PINZON |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | COPIA DEL PROCESO No 19376 FISCALÍA SECCIONA DE SANTA MARTA REGISTRO FOTOGRÁFICO DE LA VÍCTIMA EN VIDA Y |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  |  |  |  |  |  | REGISTRO FOTOGRÁFICO DEL LUGAR DE LOS HECHOS. REPORTE DEL HECHO. |

ESTE HECHO SE LLEVO A CABO EL DÍA 27 DE ABRIL DEL AÑO 2000, CUANDO EL GRUPO DE AUTODEFENSAS  LLEGO HASTA EL SECTOR DE LOS ACHOTES JURISDICCIÓN DEL CORREGIMIENTO DE GUACHACA,  BUSCANDO  AL  SEÑOR **CARLOS JULIO QUINTERO PABON**, Y LO ENCONTRARON EN MOMENTOS EN QUE ESTE SE DIRIGÍA HACIA LA CIUDAD DE SANTA MARTA EN UNA MOTOCICLETA, Y  FUE ALCANZADO POR LOS SUJETOS QUE SE MOVILIZABAN EN UN VEHÍCULO, LOS CUALES LUEGO DE DETENERLO LE DISPARARON EN REPETIDAS OCASIONES CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA. EN DILIGENCIA DE VERSION  CRISTIAN OCHOA MANIFESTÓ QUE  FUE EL QUIEN L E DISPARÓ DESDE EL CARRO, Y GASTÓ LOS SEIS TIROS DEL REVOLVER. EL CUERPO SIN VIDA QUEDO A UN LADO DEL PARAJE CONOCIDO COMO EL CERRO DE LOS MUCHACHITOS. COMO CONSECUENCIA DE ESTE HECHOS LOS FAMILIARES SE DESPLAZARON.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA Y NORBERTO QUIROGA POVEDA A TITULO DE AUTOR MEDIATO  DEL DELITO DE: <br><br> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. ||||||||||
| 15. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | SINDY LORENA BENITEZ RIVALDO <br><br> C.C 1006854232 <br><br> INES RIVALDO RIVALDO <br><br> BLANCA RIVALDO RIVALDO | 23/02/2000 | GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA <br> • NODIER GIRALDO <br> • DANIEL GIRALDO | MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL <br><br> HOMICIDIO DE JULIO CESAR Y JORGE ELIECER RIVALDO | VERSION LIBRE DE HERNAN GIRALDO SERNA <br><br> FOTOGRAFIA DEL LUGAR |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
| | | | | | | | | | RIVALDO RIVALDO | DEL HECHO |
| | | | | | | | | | | REPORTE DEL HECHO |

EL DIA 22 DE FEBRERO DE 2000 ROQUE LOPEZ QUIEN PERTENECIA A LAS AUTODEFENSAS DIO MUERTE A LOS SEÑORES JULIO CESAR Y JORGE RIVALDO RIVALDO, CONOCIDOS COMO LOS RAPIDITOS, POR ESE MOTIVO  LA SEÑORA ENIT RIVALO RIVALDO, QUIEN RESIDIA EN LA FINCA LA LIMOBNERA UBICADA EN EL COREGIMIENTO DE GUACHACA, POR TEMOR   SE DESPLAZO CON SU NUCLEO FAMILIAR PARA SANTA MARTA. HERNAN GIRALDO MANIFESTO QUE NO OBSTANTE NO HABER  DADO LA ORDEN DE MATAR  A LOS HERMANOS RIVALDO RIVALDO ACEPTA LA RESPONSABILIDAD PORQUE ROQUE LOPEZ PERTENECE A LA ORGANIZACION.

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO Y DANIEL GIRALDO CONTRERAS  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➤ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 16. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | RICHARD ALFONSO OLMOS VILLALOBOS C.C 85155003 RAFAEL OLMOS YOLANDA VILLALOBOS CESAR AUGUSTO | 9/11/2003 | SANTA MARTA | • HERNAN GIRALDO • JOSE GELVES ALBARRACIN • ADAN ROJAS MENDOZA • NODIER | Mediato Mediato Mediato Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL HOMICIDIO DE MAURICIO RAFAEL OLMOS VILLALOB | VERSION DE HERNAN GIRALDO SERNA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 860

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | OLMOS RAFAEL ALFONSO YOLIMA OLMOS DANIEL OLMOS YENI OLMOS | | | GIRALDO | | | | OS EN UNA FIESTA DE GRADO BARRIO ONDAS DEL CARIBE | REPORTE DEL HECHO |

EL DIA 9 DE NOVIEMBRE DEL AÑO 2003  RICHARD OLMOS VILLALOBOS  SE ENCONTRABA  CON SU  HERMANO MAURICIO RAFAEL OLMOS VILLALOBOS EN UNA FIESTA DE GRADO EN EL BARRIO ONDAS DEL CARIBE, CUANDO SIENDO LA UNA DE LA MAÑANA APROXIMADAMENTE, LLEGARON 4 SUJETOS Y EMPEZARON A DISPARAR, TODOS SALIERON CORRIENDO A REFUGIARSE EN  DIFERENTES PARTES PERO SU HERMANO SE REFUGIO EN UNA DE LAS CASAS VECINAS CERCA DONDE ESTABA LA FIESTA Y UNO DE LOS TIPOS SE LE FUE ATRAS Y LO ASESINO. LOS PADRES DE LA VICTIMA RAFAEL Y YOLANDA CON SUS HERMANOS CESAR AUGUSTO, RAFAEL ALFONSO, YOLIMA, DANIEL Y YENI NOS TOCO SALIR DESPLAZADOS YA QUE DIAS DESPUES DEL HOMICIDIO SE VEIA COMO PATRULLABAN NORMALMENTE INTEGRANTES DEL GRUPO DE LAS AUTODEFENSAS Y ESTABAN ASESINANDO A MUCHAS PERSONAS POR ALLA Y COMO NO SABIAMOS PORQUE HABIAN  MATADO A SU FAMILIAR YA QUE EL ERA UNA PERSONA DE BIEN, NUNCA HABIA TENIDO PROBLEMAS CON NADIE Y CON EL FIN DE QUE NO LES SUCEDIERA NADA MALO A LOS DEMAS MIEMBROS DE LA FAMILIA SALIERON DESPLAZADOS  DE SANTA MARTA. LAS PERSONAS QUE SEGÚN EL REPORTANTE SE ESCUCHABA QUE ANDABAN PATRULLANDO EN EL SECTOR ERAN LOS ALIAS ABUELO, EL MOCHO, CHAMPETA, ENDER, EL MONO, WALTER.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 861

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA, JOSE GELVEZ ALBARRACIN, ADAN ROJAS MENDOZA Y NODIER GIRALDO GIRALDO A TITULO DE AUTOR MEDIATO DE LOS DELITOS DE:<br><br>➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➤ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL   DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 17. DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA | | DORELBYS MAIDETH RIVAS BARROS<br><br>C.C 57461266 | 13/02/2001 | -SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL | REPORTE DEL HECHO |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | HOMICIDIO DE YAMIL FARID LOPEZ BARRIOS- BARRIO 11 DE NOVIEMBRE | |

EL DIA 11 DE FEBRERO DE 2001  EL SEÑOR YAMIL FARIT LOPEZ BARROS SALIO DE LA CASA EN HORAS DE LA NOCHE Y NO REGRESO, SUS FAMILIARES  LO BUSCARON Y NO LO ENCONTRARON , HASTA EL DIA EL DIA 13 DEL MISMO MES Y AÑO QUE LO HALARON MUERTO EN LA PARTE ALTA DEL CERRO QUE ESTA DETRAS DEL BARRIO 11 DE NOVIEMBRE , APARECIO COMO N.N Y LO IDENTIFICARON POSTERIORMENTE. APARECIO CON SIGNOS DE TORTURA EN TODO EL CUERPO. DESPUES DE LA MURTE SE COMENTO EN EL BARRIO QUE APARECIA EN UNA LISTA QUE TENIA UN MUCHACHO DEL BARRIO CONOCIDO CON EL ALIAS DE "HUGUITO" Y EL CUAL TRABAJABA CON HERNAN GIRALDO , EL SE LLAMABA HUGO DE LA CRUZ . ESTA LISTA ERA DE PERSONAS QUE DEBIA MATAR. SOBRE LOS MOTIVOS LOS FAMILIARES NO  SE ENTERARON DE NADA EL NO HABIA RECIBIDO AMENAZAS, NO TENIA PROBLEMAS. EL SE DEDICABA A VENDER FRUTAS Y VERDURAS EN LAS CALLES, ERA VENDEDOR AMBULANTE. DESPUES DE LA MUERTE DE YAMIL SUS FAMILIARES  FUERON AMENAZADOS Y LES DIJERON QUE TENIAN QUE IRSE DEL BARRIO POR LO QUE LES TOCO IRSE PARA BARRANQUILLA DEJANDO TODO ABANDONADO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE: <br><br> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. <br><br> ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL    DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 18. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | ELY JOHANNA RIVERA MEJIA <br><br> C.C 1128193259 <br><br> MIRIAM LUZ MEJIA LOPEZ | 13/02/1988 | GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | | | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** <br><br> HOMICIDI | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLARA BARRAZA MEJIA OSIRIS BARRAZA MEJIA ALFONSO AMARIS MEJIA ALEXIS AMARIS MEJIA YENI MEJIA LOPEZ RUBEN JIMENEZ MEJIA | | | | | CONTROL TERRITORIAL | | O DE MANUEL RIVERA LARIOS | SERNA REPORTE DEL HECHO |

SE TIENE DOCUMENTADO QUE EL SEÑOR  MANUEL RIVERA LARIOS  LO MATARON EL DIA 13 DE FEBRERO DE 1988 MIEMBROS DE LAS AUTODEFENSAS EN UNA FINCA UBICADA EN LA VEREDA LA AGUACATERA DEL CORREGIMIENTO DE GUACHACA, DE PROPIEDAD  DEL SEÑOR RAFAEL EBRAT, A QUIEN LO HABIAN ASESINADO DOS MESES ANTES, POR ESTE MOTIVO LA SEÑORA MIRIAM MEJIA LOPEZ, MADRE DE  ELY YOHANA RIVERA MEJIA SE DESPLAZO JUNTO  CON SUS  OTROS HIJOS, DEJANDO ABANDONADO LOS ENSERES DE LA CASA Y  AVES DE CORRAL.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 865

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|----------------------|-----------|-----------|----------------|-----------------------------------|
| HERNAN GIRALDO SERNA ACEPTO SU RESPONSABILIDAD TANTO EN EL HOMICIDIO COMO EN EL DESPLAZAMIENTO. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE: <br><br> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. <br><br> ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL     DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 19.- DESPLAZAMIENTO FORZADO HOMICIDIO EN PERSONA PROTEGIDA | | JESUS AURELIO AREVALO DURAN C.C 8737377 ARNULFO AREVALO DURAN MARIA AREVALO DURAN | 19/09/1988 | GUACHACA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** HOMICIDIO DE LUIS ALLBERTO AREVALO DURAN Y CUPERTINO AREVALO DURAN- | VERSION LIBRE DE HERNAN GIRALDO SERNA **REPORTE DEL HECHO** |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| EL 19 DE SEPTIEMBRE DE 1988 LLEGARON HOMBRES ARMADOS A LA FINCA LOS LAURELES UBICADA EN EL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA Y DIERON MUERTE A LOS SEÑORES CUPERTINO Y LUIS ARTURO AREVALO DURAN, TRES DIAS ANTES LOS HABIAN CITADO DE LA ESTACION DE POLICIA DE GUACHACA A DONDE EL MISMO COMANDANTE DE LA POLICIA LOS DESNUDO Y LOS ENCERRO POR UN DIA Y LES DIJO QUE LA ORDEN DE HERNAN GIRALDO ERA QUE SI NO SE IBAN DE LA FINCA LOS ASESINABAN, LOS QUE PARTICIPARON EN EL HOMICIDIO FUERON LOS SUJETOS CONOCIDOS COMO RASPAO, RICARDO Y LUIS KIOSKO. HERNAN GIRALDO ACEPTO SU RESPONSABILIDAD EN RAZON A QUE RASPAO PERTENECIA AL GRUPO. | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 20.- DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA | | JORGE CASADIEGO MANOSALVA C.C 13362142 | 25/09/96 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR OCHOA BALLESTEROS | MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** HOMICIDIO DE ORLANDO CASADIEGO MANOSAL | VERSION LIBRE DE HERNAN GIRALDFO SERNA REPORTE DEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           | VA             | HECHO                             |

EL SEÑOR ORLANDO CASADIEGO MANOSALVA RESIDIA EN LA FINCA UBICADA EN LA VEREDA LA CABAÑA DEL CORREGIMIENTO DE MINCA MUNICIPIO DE SANTA MARTA, EL DIA 25 DE SEPTIEMBRE DE 1996 SE ENCONTRABA EN EL MERCADO DE SNANTA MARTA A DONDE HABIA IDO A REALIZAR UNAS COMPRAS Y EN EL MOMENTO EN QUE SE ENCONTRABA EN EL VEHICULO PARA IRSE HACIA LA FINCA, SE PRESENTARON DOS HOMBRES EN MOTOCICLETA Y EL PARRILLERO SE SUBIO AL VEHICULO Y LE DISPARO CAUSANDOLE LA MUERTE. DESPUES DEL FUNERAL CUANDO JORGE CASADIEGO MANOSALVA SE ENCONTRABA EN LA CASA DE SU HERMANA RECIBIO UNA LLAMADA TELEFONICA EN DONDE LE MANIFESTARON QUE TENIA QUE ABANDONAR LA CIUDAD EN EL TERMINO DE LA DISTANCIA, SE REGRESO A FUNDACION DONDE RESIDIA . A LOS 15 DIAS DE ESTAR EN FUNDACION MATARON A UN COMERCIANTE QUE TENIA UN DEPOSITO DE VIVERES EN DONDE EL SE SURTIA, ADEMAS ERA SU AMIGO, COMENZ A NOTAR QUE LO SEGUIAN Y EN MUCHAS PARTES PREGUNTABAN POR EL, MANIFIESTO QUE TODO FUE POR LA RELACION COMERCIAL QUE MANTENIA CON LA PERSONA QUE LE HABIAN DADIO MUERTE , POR ESTE MOTIVO SALIO DESPLAZADO DE FUNDACION Y SE DIRIGIO A BARRANQUILLA Y DESPUES AL DEPARTAMENTO DE CORDOBA. . HERNAN GIRALDO SERNA ACEPTO EL HOMICIDIO DE ORLANDO CASADIEGO MANOSALVA EN RAZON A QUE POR ESTE HOMICIDIO FUE CAPTURADO Y PROCESADO ISIDRO TARAZONA ALIAS EL HECHICERO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA Y EDGAR OCHOA BALLESTEROS A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:


➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 21. DESPLAZAMIENTO FORZADO –HOMICIDIO EN PERSONA PROTEGIDA | | WILLIAN RAFAEL INFANTE BENJUMEA C.C  12537678 | 2/05/1996 | SANTA MARTA | HERNAN GIRALDO SERNA EDGAR OCHOA BALLESTEROS | MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL HOMICIDIO DE ARMANDO INFANTE BENJUMEA BARRIO SANTA FE | REPORTE DE HECHOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

EL DÍA 2 DE MAYO DE 1996 EL SEÑOR ARMANDO INFANTE BENJUMEA SE ENCONTRABA EN LA CASA PORQUE ACABABA DE LLEGAR DE BARRANQUILLA, Y UNOS HOMBRES LO VENÍAN SIGUIENDO, ENTRARON A LA CASA Y LE DISPARARON HASTA QUITARLE LA VIDA DELANTE DE SU SEÑORA MADRE Y LOS QUE SE ENCONTRABAN EN CASA. COMO CONSECUENCIA DE ESTE HECHO LOS FAMILIARES DE LA VICTIMA SE DESPLAZARON .

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA Y EDGAR OCHOA BALLESTEROS A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL    DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 22.- DESPLAZAMIENTO FORZADO, SECUESTRO SIMPLE - TENTATIVA DE HOMICIDIO ART Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GERMAN ALFONSO DIAZ JARABA C.C. 3860145 ANA LUZ BARROS | 27/04/2000 | CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA | MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | **TENTATIVA DE HOMICIDIO**<br><br>GERMAN DIAZ JARABA | VERSION LIBRE DE HERNAN GIRALDO SERNA<br><br>VERSION LIBRE DE CRISTIAN OCHOA PINZON<br><br>FOTOGRA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | FIA DEL LUGAR DEL HECHO<br><br>REPORTE DE HECHOS |

EL DÍA 27 DE ABRIL DE 2000 LLEGARON VARIOS HOMBRES FUERTEMENTE ARMADOS EN HORAS DE LA MAÑANA A LA RESIDENCIA DEL SEÑOR GERMAN DÍAZ JARABA, UBICADA EN LA VEREDA LOS ACHIOTES CORREGIMIENTO DE GUACHACA, DONDE LUEGO DE INTIMIDARLO CON ARMAS DE FUEGO DE CORTO ALCANCE, LO AMARRARON DE LAS MANOS Y LO SUBIERON A UN VEHÍCULO, TRASLADÁNDOLO HASTA LA VEREDA MENDIHUACA, DONDE SE ENCONTRABA JAIRO MUSSO TORRES, QUIEN IMPARTIÓ LA ORDEN A LOS MIEMBROS DEL GRUPO DE DARLE MUERTE, SIGUIENDO LAS INSTRUCCIONES DE PACHO MUSSO, FUE REGRESADO A SU CASA, LA QUE PROCEDIERON A REVISARLA, HURTÁNDOSE TRES MILLONES SETECIENTOS CINCUENTA MIL  PESOS QUE TENIA ÉSTE EN UN ESCAPARATE; APROVECHANDO UN DESCUIDO  DE SUS CAPTORES, EL SEÑOR DÍAZ JARABA LOGRÓ SALIR DEL INTERIOR DE SU VIVIENDA Y EN EL AFÁN DE SALVAR SU VIDA SE LANZÓ A UN ACANTILADO, MIENTRAS SUS CAPTORES LE DISPARABAN CAUSÁNDOLE HERIDAS EN UN BRAZO. EL SEÑOR DÍAZ JARABA AL IGUAL QUE SU ESPOSA Y SUS HIJOS TUVIERON QUE SALIR HUYENDO DE SU CASA DEJANDO ABANDONADO TODO.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA Y NORBERTO QUIROGA POVEDA  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ SECUESTRO SIMPLE. SUBROGADO. LEY 40 DE 1993, ART. 2.TIPIFICADO EN EL LIBRO SEGUNDO TITULO X DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTÍAS CAPÍTULO PRIMERO DEL SECUESTRO. DECRETO 100 DE 1980. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO ANTERIOR, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A VEINTICINCO (25) AÑOS Y MULTA DE CIEN (100) A DOSCIENTOS (200) SALARIOS MÍNIMOS MENSUALES.

➢ HOMICIDIO EN PERSONA PROTEGIDA EN EL GRADO DE TENTATIVA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL  DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

➢ TENTATIVA. EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA. CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO

MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI

VOLUNTARIAMENTE HA REALIZADO TODFOS LOS ESFUERSOS NECESARIOS PARA IMPEDIRLA.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES <br><br> LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 23.- DESPLAZAMIENTO FORZADO- TORTURA EN PERSONA PROTEGIDA- - TRATA DE PERSONAS DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | EULISES RAFAEL GUETTE VALLEJO <br><br> C.C 19582079 <br><br> YADILYS PABON PADILLA, <br><br> EINER DAVID GUETTE PEDROZA, | 15/08/2002 | MINCA-SANTA MARTA | | | | DESPLAZAMIENTO INDIVIDUAL | ACTOS DE VIOLENCIA DIRECTA | FOTOGRAFIA DEL LUGAR DE LOS HECHOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LINA MARIA GUETTE PABON  RONALDO GUETTE PABON  ELITA ISABEL GUETTE DE LA ROSA | | | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO | MEDIATO  MEDIATO  MEDIATO  MEDIATO | CONTROL TERRITORIAL | | | REPORTE DE VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EL SEÑOR EULISES GUETTE VALLEJO MANIFESTO QUE SE DESPLAZO PORQUE AL LUGAR DONDE ESTABAN LLEGARON COMO 70 U 80 HOMBRES, AL PARECER ERAN PARAMILITARES, BUSCANDO UN HIERRO DE GANADO, QUE SEGUN ELLOS SE HABIA PERDIDO Y TENIA QUE APARECER. COGIERON AL ADMINISTRADOR DE LA FINCA EL PAJONAL, LA CUAL ESTABA AL LADO DE LA FINCA DONDE YO ESTABA. COGIERON AL ADMINISTRADOR DE LA FINCA, LUIS PAYARES MOZO, Y LE PUSIERON UNA BOLSA EN LA CABEZA, AHOGANDOLO, Y LE PREGUNTABAN POR EL HIERRO. A TODAS LAS MUJERES DE ESA FINCA LAS PUSIERON A COCINAR. A ESTE SEÑOR NO LO MATARON. LOS PARAMILITARES DIJERON QUE LOS QUE ESTABAMOS CERCANOS A ESA FINCA TENIAN QUE RENDIR CUENTAS POR LA PERDIDA DE ESE HIERRO. ANTE ESTA AMENAZA DECIDIO DESPLAZARSE JUNTO CON SU NUCLEOSU SEÑORA YADILYS PABON PADILLA, MIS HIJOS EINER DAVID GUETTE PEDROZA, LINA MARIA GUETTE PABON Y RONALDO ANDRES GUETTE PABON, Y SU HERMANA ELITA ISABEL GUETTE DE LA ROSA. POR EL  DESPLAZAMIENTO DEJO ABANDONADOS 5 CARNEROS, 2 MULAS, UN CABALLO, 10 AVES DE CORRAL, 4 CERDOS, Y UNA HECTAREA ENTRE YUCA Y MAIZ. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA,  NORBERTO QUIROGA POVEDA, DANIEL GIRALDO CONTRERAS Y NODIER GIRALDO GIRALDO  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO  TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 879

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ TRATA DE PERSONAS. TRATA DE PERSONAS. EL QUE PROMUEVA, INDUZCA CONSTRIÑA FACILITE FINANCIE, COLABORE O PARTICIPE EN EL TRASLADO DE UNA PERSONA DENTRO DEL TERRITORIO NACIONAL O AL EXTERIOR RECURRIENDO A CUALQUIER FORMA DE VIOLENCIA, AMENAZA, O ENGAÑO, CON FINES DE EXPLOTACIÓN, PARA QUE EJERZA PROSTITUCIÓN, PORNOGRAFÍA, SERVIDUMBRE POR DEUDAS, MENDICIDAD, TRABAJO FORZADO. MATRIMONIO SERVIL, ESCLAVITUD CON EL PROPÓSITO DE OBTENER PROVECHO ECONÓMICO O CUALQUIER OTRO BENEFICIO, PARA SI O PARA OTRA PERSONA INCURRIRÁ EN PRISIÓN DE DIEZ (10) A QUINCE (15) AÑOS Y UNA MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES VIGENTES MENSUALES AL MOMENTO DE LA SENTENCIA CONDENATORIA.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO | | | | | | | | | | |
| LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL | | | | | | | | | | |
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | | | | | | |
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| **CONTROL TERRITORIAL SEGUNDA PRACTICA DESPLAZAMIENTO INDIVIDUAL AMENAZAS GENERALIZADAS/REUNIONES Y AMENAZAS INDIVIDUALES** | | | | | | | | | | |
| 24. DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | DAGOBERTO HERNANDEZ RAMIREZ C.C.7374916 | 17/02/2004 | SIBERIA-CIENAGA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO<br>• DANIEL GIRALDO | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS QUE TENIA QUE IRSE ENSEGUID | VERSION LIBRE DE NORBERTO QUIROGA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • AFRANIO REYES MARTINEZ<br>• JOSE DANIEL MORA LOPEZ<br>• JOSE GELVEZ ALBARRACIN<br>• ADAN ROJAS MENDOZA | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | A Y COMO SE NEGO A IRSE LO AMENAZARON DE MUERTE | POVEDA<br><br><br>FOTOGRAFIA DEL LUGAR DEL HECHO<br><br><br>REPORTE DEL HECHO |

EL SEÑOR DAGOBERTO HERNANDEZ RAMIREZ TENIA UNA FINCA LLAMADA EL PARAISO, UBICADA EN EL CORREGIMIENTO DE SIBERIA MUNICIPIO DE CIENAGA MAGDALENA, EN UNA OCASIÓN NORBERTO QUIROGA ALIAS 5.5. LE PROPUSO QUE SEMBRARA COCA EN LA FINCA, A LO QUE EL SEÑOR HERNANDEZ SE NEGO. EL DIA 17 DE FEBRERO DE 2004, LLEGO UN HOMBRE CONOCIDO CON EL ALIAS DE BERRUGA EN COMPAÑÍA DE EL FLACO A LA FINCA Y LE MANIFESTARON AL SEÑOR DAGOBERTO HERNANDEZ RAMIREZ QUE TENIA QUE IRSE DE LA FINCA, CUANDO LES DIJO QUE IBA A SUBIR A HABLAR CON ALIAS 5.5., ESTOS SE COMUNICARON CON 5.5. QUIEN LE REPITIO QUE TENIA QUE IRSE, DE LO CONTRARIO LO MATABAN, POR ESE MOTIVO TUVO QUE SALIR DESPLAZADO DE LA FINCA, LOS PARAMILITARES LE QUITARON UNA CARTA VENTA Y LA CEDULA DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CIUDADANIA. | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS A LOS POSTULADOS HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, DANIEL GIRALDO CONTRERAS,  NODIER GIRALDO GIRALDO AFRANIO REYES MARTINEZ, JOSE DANIEL MORA LOPEZ, JOSE GELVEZ ALBARACIN Y ADAN ROJAS MENDOZA  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

   **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: | | | | | |
| | | | | | LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES | | | | | |
| | | | | | LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO | | | | | |
| | | | | | LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL | | | | | |
| | | | | | LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | |
| | | | | | LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | |
| 25. DESPLAZAMIENTO FORZADO-INVASION DE TIERRAS O EDIFICIOS-DTO 199/80 DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOAQUIN PABLO YEPES ESTRADA** C.C. 12538465 CECILIA ARIÑA | 01/06/1987 | GUACHACA | • HERNAN GIRALDO SERNA | Mediato | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS LE PASARON UNA BOLETA EN DONDE LO AMENAZA | VERSION LIBRE DE HERNAN GIRALDO SERNA FOTOGRAFIA DEL LUGAR D E |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 884

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | BAN DE MUERTE Y LE DECIAN QUE TENIA QUE DESOCUPAR EN 24 HORAS LA FINCA | LOS HECHOS<br><br>REPORTE DEL HECHO |

EL SEÑOR JOAQUIN YEPES ESTRADA TENIA DOS FINCAS DE NOMBRES CAMPO ALEGRE Y  LA TERESITA, EN EL MES DE JUNIO DE 1987 LE MANDARON  ESCRITOS EN DONDE LE DECIAN QUE TENIA QUE DESOCUPAR AMBOS PREDIOS EN 24 HORAS,  POR ESTA RAZON TUVO QUE SALIR DESPLAZADO CON SU SEÑORA CECILIA ARIÑA Y SEIS NIÑOS MENORES.  EN LAS FINCAS  SE ENCUENTRAN FAMILIARES DE GERARDO CORDOVA, ALIAS TABACO, Y GUSTAVO AMAYA, ALIAS EL MONO PERICA RESPECTIVAMENTE, DESDE ESA EPOCA ESTAS PERSONAS HAN TENIDO POSESION DE ESTAS TIERRAS PATROCINADAS POR MARTIN PEÑARANDA EX INTEGRANTE DEL BLOQUE RESISTENCIA TAYRONA, EN DICHAS FINCAS HABIAN CULTIVOS DE PAN COGER Y SEMOVIENTES. EN LA ACTUALIDAD SE ENCUENTRAN CULTIVOS ILICITOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 886

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL  LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL  LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS  ➢ **INVASION DE TIERRAS O EDIFICIOS.** MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.  LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA  INVASION.  EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. | | | | | | | | | | |
| 26. DESPLAZAMIENTO FORZADO, DESTRUCCION APROPIACION DE BIENES PROTEGIDOS | | **CARLOS ENRIQUE ALVIS BARBOSA** C.C. 73086063 INAIN RAFAEL VERGARA BARBOSA | 27/02/2003 | CORREGIMIENTO DE SIBERIA - CIENAGA- MAGDALENA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVE • NODIER GIRALDO GIRALDO • JOSE DANIEL | MEDIATO MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS QUE SE FUERA DE LA FINCA SI NO QUERIA | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|------------------|--------------------------|------------------------|-----------|-----------|----------------|-------------------------------------|
|  |  |  |  |  | MORA LOPEZ<br>• AFRANIO MANUEL REYES<br>• ADAN ROJAS MENDOZA | MEDIATO | TERRITORIAL |  | MORIRSE | VERSION LIBRE DE DIMAS NICOLAS AVENDAÑO<br><br>FOTOGRAFIA DEL LUGAR DEL HECO<br><br>REPORTE DEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | HECHO |

EL SEÑOR CARLOS ALVIS BARBOSA EL  DIA  27 DE FEBRERO DE 2003 SE TUVO  QUE DESPLAZAR DE LA  FINCA LA AVALANCHA UBICADA EN  EL CORREGIMIENTO DE SIBERIA MUNICIPIO DE CIENAGA, A DONDE LLEGARON HOMBRES ARMADOS  AMENAZANDOLO QUE SE TENIA QUE IR SI  NO QUERIA MORIRSE  Y LE ADVIRTIERON QUE NO PODIA  SACARA NADA. POR  LAS AMENAZAS SE VIO OBLIGADO A DESPLAZARSE JUNTO CON SU FAMILIA  Y NO HA REGRESADO.  EL POSTULADO DIMAS AVENDAÑO MANIFESTO QUE  EL NO LE DIJO QUE SE FUERA , PERO  EL DESPLAZAMIENTO PUDO SER POR  TEMOR,  DEBIDO AL MOVIMIENTO DE LA TROPA  EN LA ZONA, POR LO QUE ACEPTA SU RESPONSABILIDAD.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE DANIEL MORA LOPEZ, AFRANIO MANUEL REYES Y ADAN RJAS MENDOZA A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 27.- DESPLAZAMIENTO FORZADO, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | GUILLERMO ALVAREZ ARIAS C.C 6252140 | 17/12/2005 | VEREDA LA TAGUA- MINCA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA | MEDIATO MEDIATO | | | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS QUE TENIA QUE IRSE | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POVEDA <br> • NODIER GIRALDO <br> • JOSE GELVEZ ALBARRACIN <br> • DANIEL GIRALDO CONTRERAS | MEDIATO <br><br> MEDIATO <br><br> MEDIATO | CONTROL TERRITORIAL | | | DE LA FINCA PORQUE DE LO CONTRARIO LO MATABAN | SERNA <br><br> VERSION LIBRE DE CARLOS EDWIN MONTEJO <br><br> FOTOGRAFIA DEL LUGAR DEL HECO <br><br> REPORTE DEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  |  |  |  |  |  | HECHO |

EL SEÑOR GUILLERMO ALVAREZ ARIAS SE DESEMPEÑABA COMO ADMINISTADOR DE LA FINCA  LOS LIRIOS UBICADA EN  LA  VEREDA LA TAGUA JURISDICCION DEL CORREGIMIENTO DE MINCA MUNICIPIO DE SANTA MARTA , EL 17 DE DICIEMBRE DE 2005, LLEGO A LA FINCA LUIS VELEZ QUIEN LE MANIFESTO QUE EL ERA QUIEN LE ADMINISTRABA LAS FINCAS A JORGE 40 Y QUE TENIA QUE  DESOCUPAR LA FINCA PORQUE EL IBA A METER A UNOS TRBAJADORES, LUEGO PROCEDIO A  AMENAZARLO DE MUERTE , MOTIVO POR  EL CUAL SE DESPLAZO , CUANDO REGRESO NO ENCONTRO LOS ANIMALES QUE HABIA DEJADO. EL POSTULADO MONTEJO VITOLA EN VERSION LIBRE MANIFESTO QUE PARA LOS AÑO 2001 Y 2002 ESTABAN POR LA REGION DE MUNDO NUEVO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARACIN Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. <br><br> **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: <br><br> LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES <br><br> LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 28.- DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION | | **SIMEON TORRES** C.C 12534735 ADA PACHECO | 01/05/2002 | CORREGIMIENTO DE MINCA- SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO | MEDIATO MEDIATO MEDIATO | | | DESPLAZAMIENTO INDIVIDUA | AMENAZAS LE DIERON 6 HORAS | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | PACHECO ANDRES TORRES PACHECO LUIS TORRES PACHECO SIMON TORRES PACHECO DIEGO TORRES PACHECO | | | QUIROGA POVEDA • DANIEL GIRALDO • JOSE DANIEL MORA LOPEZ | MEDIATO MEDIATO | CONTROL TERRITORIAL | L | PARA QUE SE FUERA DE LA FINCA | SERNA VERSION LIBRE DE CARLOS EDWIN MONTEJO VITOLA FOTOGRAFIA DEL LUGAR DEL HECO REPORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DEL HECHO |
| EL SEÑOR SIMEON TORRES TENIA UNA FINCA CON SU PRIMO JUAN BECERRA TORRES CONOCIDA CON EL NOMBRE DE  EL GUAYABAL, UBICADA EN LA VEREDA LA TAGUA CORREGIMIENTO DE MINCA MUNICIPIO DE SANTA MARTA, EL DIA 30 DE MARZO DE 2002 HIZO PRESENCIA UN GRUPO DE AUTODEFENSAS Y LE DIERON 6 HORAS PARA QUE DESOCUPARAN LA FINCA, MOTIVO POR EL CUAL SALIO DESPLAZADO HACIA SANTA MARTA PEDIENDO CULTIVOS. EL POSTULADO CARLOS EDWIN MONTEJO VITOLA ACEPTO RESPONSABILIDAD Y MANIFESTO QUE ALGUNOS ANIMALES SE TOMABAN COMO ALIMENTOS. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  DANIEL MORA LOPEZ Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:<br><br>LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES<br><br>LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO<br><br>LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL<br><br>LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL<br><br>LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 29.- DESPLAZAMIENTO FORZADO, <br><br>TORTURA EN PERSONA PROTEGIDA- | | **ANGELICA MARIA SANCHEZ FRANCO** <br><br>C.C  57463982 | 10/05/2005 | MINCA SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO SERNA<br>• NORBERTO | MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | DESPLAZAMIENTO INDIVIDUA | AMENAZAS<br><br>UN<br><br>GRUPO<br><br>DE | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ISAAC MONTERO TRESPALACIOS  ISAAC MONTERO SANCHEZ | | | QUIROGA POVEDA  • JOSE GELVEZ ALBARRACIN • DANIEL GIRALDO CONTRERAS | MEDIATO  MEDIATO | CONTROL TERRITORIAL | L | HOMBRES ARMADOS LLEGO A LA FINCA Y LE DIJERON QUE LA DESOCUPARA | SERNA   VERSION LIBRE DE CARLOS EDWIN MONTEJO   FOTOGRAFIA DEL LUGAR DEL HECO   REPORTE DEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | HECHO |

LA SEÑORA ANGELICA MARIA SANCHEZ FRANCO VIVIA CON  SU ESPOSO Y  SU HIJO EN LA FINCA DE SU PROPIEDAD LLAMADA  LAS  PALMAS, UBICADA EN EL CORREGIMIENTO DE MINCA MUNICIPIO DE SANTA MARTA, A DONDE LLEGO  EL DIA 10 DE MAYO DE 2005 UN GRUPO DE HOMBRES ARMADOS Y UNIFORMADOS Y PROCEDIERON A GOLPEAR AL SEÑOR ISAAC  MONTERO TRESPALACIOS, LUEGO LES LES DIJERON QUE TENIAN QUE DESOCUPAR LA FINCA, POR ESTE MOTIVO SE TUVIERON QUE DESPLAZAR, LO QUE LE OCASIONO PERDIDA DE CULTIVOS DE CACAO Y PLATANO, ASÍ  COMO DE SEMOVIENTES Y AVES DE CORRAL. CARLOS EDWIN MONTEJO VITOLA MANIFESTO EN VERSION QUE LA FECHA DEL DESPLAZAMIENTO COINCIDIA CON SU ESTADIA EN LA ZONA. HERNAN GIRALDO  TAMBIEN RECONOCIO EL HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN  Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. | | | | | | | | | | |

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL        DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO  TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | |
| 30.- DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- INVASION DE TIERRAS O EDIFICACIONES- | | LEONILA BASTIDAS MACHADO C.C. 22341778 | 11/11/02 | VEREDA NUEVA UNION- CIENAGA MAGDALENA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA P<br>• ADAN ROJAS MENDOZA | MEDIATO AMEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS LOS PARAMILITARES LE MANDARON A DECIR QUE SUBIERA A LAS REUNIONES | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSION LIBRE DE CARLOS EDWIN MONTEJO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                        |                        |           |           | PORQUE DE LO CONTRARIO SE LA IBAN A DAR A OTRA PERSONA | FOTOGRAFIA DEL LUGAR DEL HECO<br><br>REPORTE DEL HECHO |

LA SEÑORA LEONILA BASTIDAS MACHADO COMPRO LA FINCA LA MAPORITA, LA CUAL SE ENCUENTRA UBICADA EN  LA VEREDA NUEVA UNION DEL MUNICIPIO DE CIENAGA, EN DICHA FINCA TENIA UN CUIDANDERO A QUIEN LOS PARAMILITARES LE PROHIBIERON SEMBRADOS PERMANENTES, SOLO LE PERMITIAN LA SIEMBRA DE AQUELLOS CULTIVOS DE PAN COGER QUE SE RECOGIAN  DESPUES DE LA COSECHA, DEBIDO A LA OCURRENCIA DE UN HECHO VIOLENTO EL SEÑOR SE FUE DE LA FINCA, LOS PARAMILITARES LE MANDABAN RAZON QUE SUBIERA A LAS REUNIONES Y QUE PODIA SEMBRAR, PERO LA VICTIMA NO SUBIA A LA FINCA PORQUE LE DABA TEMOR, DESPUES LE MANDARON A DECIR QUE TENIA QUE DARLE UNA PARTE DE LA TIERRA A UNA PERSONA QUE ELLOS IBAN A DEJAR CUIDANDO LA FINCA, LA SEÑORA LEONILA HIZO UN DOCUMENTO QUE DEJO DONDE LOS PARAMILITARES LE DIJERON, ACTUALMENTE LA FINCA ESTA ABANDONADA, POR ESTOS HECHOS TUVO PERDIDAS ECONOMICAS . MONTEJO VITOLA  MANFESTO QUE EN ESA EPOCA YA HABIAN INGRESADO POR ESA ZONA POR LO QUE ACEPTO EL DESPLAZAMIENTO.  EL POSTULADO E HERNAN GIRALDO SERNA TAMBIEN LO ACEPTO.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, Y ADAN ROJAS MENDOZA, A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 902

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO | | | | | |
| | | | | | LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL | | | | | |
| | | | | | LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | |
| | | | | | LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | |
| | | | | | ➢ INVASION DE TIERRAS O EDIFICACIONES. SE ENCUENTRA PREVISTO EN EL LIBRO SEGUNDO TITULO VII DELITOS CONTRA EL PATRIMONIO ECONOMICO- CAPITULO SEPTIMO DE LA USURPACION ART. 263 LEY 599 DE 2000. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES | | | | | |
| | | | | | LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA INVASIÓN | | | | | |
| | | | | | EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. | | | | | |
| 31.- DESPLAZAMIENTO | | NEVIS ESTELA ACEVEDO | 01/04/2004 | CORREGIMIENTO DE | • HERNAN GIRALDO SERNA | MEDIATO | | | AMENAZA | VERSION LIBRE DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORZADO-DESTRUCCIN Y APROPIACION DE BIENES PROTEGIDOS- INVASION DE TIERRAS O EDIFICACIONES- FALSEDAD MATERIAL EN DOCUMENTO PUBLICO | | VALETA C.C. 52414301 | | GUACHACA SANTA MARTA | • NODIER GIRALDO G<br>• JOSE GELVES ALBARRACIN<br>• NORBERTO QUIROGA POVEDA<br>• JOSE DANIEL MORA LOPEZ<br>• ADAN ROJAS MENDOZA | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | S HOMBRES ARMADOS LE DIJERON QUE DESOCUPARA LA FINCA QUE DESDE ESE MOMENTO ERA DE ELLOS | HERNAN GIRALDO ERNA<br><br>FOTOGRAFIA DEL LUGAR DEL HECHO<br><br>CERTIFICADO DE TRADICION PAZ Y SALVO DE IMPUESTO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | PREDIAL

FOTOCOPIA DE ESCRITURA PBCA No. 1582

FOTOGRAFÍAS DEL LUGAR DEL HECHO

REPORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DEL HECHO FOTOCOPIA DE LA CEDULA DE LA VITIMA |
| LA SEÑORA NEVIS ACEVEDO BALETA TENIA UNA FINCA LLAMADA LAS VEGAS, UBICADA EN EL CORREGIMIENTO DE GUACHACA, EL DIA 1 DE ABRIL DE 2004 LLEGARON HOMBRES ARMADOS Y  UNIFORMADOS Y LE DIJERON  AL CUIDANDERO DE LA FINCA QUE LA DESOCUPARA PORQUE DESDE ESE MOMENTO ERA DE ELLOS  Y POR ESA RAZON  SE DESPLAZO, LA FINCA LA COGIERON  LAS AUTODEFENSAS COMO SITIO DE OPERACIONES  Y ELABORARON UNA  ESCRITURA PUBLICA FALSA.  NORBERTO QUIROGA ACEPTO SU RESPONSABILIDAD EN ESTE HECHO. EL DESPACHO EN AUDIENCIA PRELIMINAR DEL DÍA 8 DE SEPTIEMBRE DE 2.009,   SOLICITÓ DE MANERA ANTICIPADA LA CANCELACIÓN DE TÍTULOS OBTENIDOS FRAUDULENTAMENTE, LO QUE ASÍ FUE ORDENADO, POR LA MAGISTRADA CON FUNCIONES DE CONTROL DE GARANTÍAS ZORAIDA ANYUL CHALELA ROMANO. | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE GELVE, JOSE DANIEL MORA LOPEZ Y ADAN ROJAS MENDOZA, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

➢ INVASION DE TIERRAS O EDIFICACIONES. SE ENCUENTRA PREVISTO EN EL LIBRO SEGUNDO TITULO VII DELITOS CONTRA EL PATRIMONIO ECONOMICO- CAPITULO SEPTIMO DE LA USURPACION ART. 263 LEY 599 DE 2000.  EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES

LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA INVASIÓN

EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL

➢ FALSEDAD MATERIAL EN DOCUMENTO PUBLICO.  TIPIFICADO EN EL LIBRO SEGUNDO TITULO IX DELITOS CONTRA LA FE PUBLICA CAPITULO TERCER ARTICULO 287. LEY 599 DE 2000: EL QUE FALSIFIQUE DOCUMENTO PÚBLICO QUE PUEDA SERVIR DE PRUEBA, INCURRIRÁ EN PRISIÓN DE TRES (3) A SEIS (6) AÑOS.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 908

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 32..- DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS - INVASION DE TIERRAS O EDIFICACIONES- | | BETSY MARELVIS GUZMAN NUÑEZ | 15/02/02 | VEREDA EL CAMPANO- CORREGIMIENTO DE MINCA | • HERNAN GIRALO SERNA • DANIEL GIRALDO G • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS LOS PARAMILITARES LOS HABIAN AMENAZADO QUE IBAN A ENTRAR EN LA FINCA Y EFECTIVA | VERSION DE HERNAN GIRALDO SERNA PLANO DE LA FINCA BELLAVISTA CERTIFICA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | MENTE LLEGARON (RESTITUCION) | CION DEL COMITÉ DEPARTAMENTAL DE CAFETEREOS DEL MAGDALENA SOBRE EL REGISTRO DEL EÑOR CARLOS PARRY EN EL SISTEMA DE INFORMAC |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|------------------------------------|
| | | | | | | | | | | ION CAFETERA COMO PROPIETARIO DE LA FINCA BELLA VISTA- ESCRITURA PBCA No. 3580 VENTA DE MANUEL DE LA ROSA A VIRGINIA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SWAN DE PARRISH

FOTOGRAFIA DEL LUGAR DEL HECHO

REPORTE DEL HECHO |

EL DIA 15 DE FEBRERO DE 2002 UN TRABAJADOR DE LA FINCA BELLAVISTA UBICADA EN LA VEREDA EL CAMPANO  CORREGIMIENTO DE MINCA MUNIIPIO DE SANTA MARTA , LE DIJO AL ADMINITRADOR SEÑOR JUAN CARLOS GOMEZ QUE TENIAN QUE IRSE PORQUE LOS PARAMILITARES IBAN A ENTRARA A LA FINCA, ESA FINCA ES DE PROPIEDAD DEL ESPOSO DE LA SEÑORA BETSY GUZMAN NUÑEZ, POR ESE MOTIVO NO PUDIERON VOLVER A LA FINCA  DONDE TENIAN CULTIVOS DE CAFE, ARBOLES FRUTALES Y ANIMALES, TODO LO DEJARON ABANDNADO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 912

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

GIRALDO, Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL<br><br>LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS<br><br>➢ INVASION DE TIERRAS O EDIFICACIONES. SE ENCUENTRA PREVISTO EN EL LIBRO SEGUNDO TITULO VII DELITOS CONTRA EL PATRIMONIO ECONOMICO- CAPITULO SEPTIMO DE LA USURPACION ART. 263 LEY 599 DE 2000.  EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES | | | | | | | | | | |
| 33.- DESPLAZAMIENTO FORZADO – DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE LIBARDO AGUIRRE SALAS** C.C 12545640 NELLYS MENESES RINCON MABELIS AGUIRRE | 24/07/1991 | PERICO AGUAO-GUACHACA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS LLEGARON LOS PARAMILITARES Y | VERSION LIBRE DE HERNAN GIRALDO SERNA FOTOGRA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MENESES LIBARDO AGUIRRE MENESES ALEXANDER AGUIRRE MENESES ESNITH AGUIRRE MENESES | | | | | | | LE DIJERON QUE DESOCUPARA EN 24 HORAS | FIA DEL LUGAR DEL HECHO REPORTE DEL HECHO |

EL DIA 24 DE JULIO  DE 1991  SE DESPLAZO EL SEÑOR JOSE LIBARDO AGUIRRE  EN COMPAÑIA DE SU NUCLEO FAMILIAR  DE SU FINCA EL PORVENIR, UBICADA EN LA VEREDA PERICO AGUAO DEL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA, YA QUE  PARAMILITARES DEL GRUPO DE HERNAN GIRALDO SERNA LE DIERON UN PLAZO DE 24 HORAS PARA QUE  DESOCUPARA LA FINCA , PORQUE DE LO CONTRARIO NO RESPONDIAN POR SU VIDA NI LA DE SUS FAMILIARES, RAZON POR LA CUAL SE DESPLAZO PARA SANTA MARTA DONDE PERMANECIO POR 15 DIAS , DESPUES SE FUE PARA BOLIVAR Y EN LA ACTUALIDAD SE ENCUENTRA EN AGUACHICA. EN DICHA FINCA TENIAN CULTIVOS DE PAN COGER, SEMOVIENTES, AVES DE CORRAL TODO LO CUAL SE PERDIO. EL POSTULADO HERNAN GIRALDO MANIFESTO QUE ERAN UNAS TIERRAS DE LIBARDO AGUIRRE SALAS, CUYA FINCA ESTABA HIPOTECADA EN LA CAJA AGRARIA Y ESTA ENTIDAD LA REMATO Y SE LA ENTREGO A ANCIZAR ACEVEDO, DESPUES CUANDO LIBARDO VOLVIO, HERNAN  SE REUNIO CON ANCIZAR Y LIBARDO Y LE DIJO A ANCIZAR QUE POR QUE NO LE DABA OTRA FINCA AL MUCHACHO  PARA QUE TRABAJARA, ACORDARON QUE SE ENTREGARA Y  SE PUSO UN PRECIO A LOS TRABAJOS QUE HABIA HECHO ANCIZAR  EN ESA FINCA Y PUSIERON UN PLAZO DE UN AÑO,  DESPUES HERNAN LLAMO A LIBARDO Y A LOS HERMANOS PARA QUE CONSIGUIERAN EL DINERO Y NO PERDIERAN LA FINCA Y EL LES OFRECIO PRESTARLE LA PLATA SI NO LA TENIAN,  PERO CUANDO SE IBA A

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CUMPLIR EL PLAZO LIBARDO LO DENUNCIO ANTE LA FISCALIA  PORQUE SEGUN EL, HERNAN LO TENIA AMENAZADO. MANIFESTO QUE ACEPTABA LA RESPONSABILIDAD PORQUE EL DIO LA ORDEN  A BETO GALAN PARA QUE SALIERA. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: <br><br> LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES <br><br> LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 34 - DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ADES ALBERTO ARAMENDIZ GOMEZ C.C 17843417 | 10/11/1999 | MINGUEO- DIBULLA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA | MEDIATO <br><br> MEDIATO | CONTROL TERRITORIAL | | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS <br><br> FUE DECLARADO OBJETIVO MILITAR <br><br> VERSION LIBRE DE HERNAN GIRALDO SERNA <br><br> FOTOGRAFIA DEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LUGAR DEL HECHO<br><br>REPORTE DEL HECHO |

EL SEÑOR ADES ALBERTO ARAMENDIZ ES PROPIETARIO DE LAS FINCAS PUERTO RICO Y ZOMA, UBICADAS EN LA VEREDA QUEBRADA ANDREA DEL CORREGIMIENTO DE MINGUEO  MUNICIPIO DE DIBULLA DEPARTAMENTO DE LA GUAJIRA, EN EL AÑO 1995 TENIA LA PRESION DE LA GUERRILLA SIENDO  DECLARADO OBJETIVO MILITAR, PARA PROTEGER SU INTEGRIDAD SE TUVO QUE RETIRAR DE LA REGION.DESPUES REGRESO EN 1999  Y ESTABAN LOS PARAMILITARES, QUIENES COBRABAN VACUNAS, POR ESE MOTIVO  EL DIA 10 DE NOVIEMBRE DE 1999 SE DESPLAZO  DEJANDO ABANDONADA SUS TIERRAS LO QUE LE OCASIONO PERDIDAS DE RESES Y CULTIVOS DE PAN COGER. HERNAN GIRALDO ACEPTO EL HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNALDO GIRALDO,  NORBERTO QUIROGA POVEDA, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 35.- DESPLAZAMIENTO FORZADO- INVASION DE TIERRAS Y EDIFICIOS 367 DTO 100/80  DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CIRO ERNESTO VARGAS BARRETO  C.C 8694671 | 1/05/2001 | CORREGIMIENTO DE MINCA-SANTA MARTA | • HERNA GIRALDO SERNA • NODIER GIRALDO GIRALDO • NORBERTO QUIROGA POVEDA | MEDIATO  MEDIATO  MEDIATO | CONTROL TERRITORIAL | | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS  LOS PARAMILITARES INVADIERON LA FINCA E INSTLARON UNA BASE | FOTOGRAFIA DEL LUGAR DEL HECHO   REPORTE DEL HECHO |

EL DIA 1 DE MAYO DE 2001 CIRO ERNESTO VARGAS BARRETO  Y SU FAMILIA TUVO QUE DESPLAZARSE DE LA FINCA LA TRINIDAD UBICADA EN EL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CORREGIMIENTO DE MINCA, PORQUE LOS PARAMILITARES LA INVADIERON Y COLOCARON UNA BASE. EN DICHA FINCA TENIAN ARBOLES FRUTALES. LA FINCA HOY EN DIA ESTA EN PODER DE LOS INDIGENAS DEL RESGUARDO KOGUI MALAYO ARHUACO, QUIENES SE LA COMPRARON A RUBEN DARIO AGUDELO PATIÑO A TRAVES DE UNA ESCRITURA FALSA. LOS INDIGENAS LO CITARON A UNA REUNION EN SANTA MARTA Y CUANDO LLEGO LA VICTIMA SE ENCONTRABAN UNOS PARAMILITARES QUE LE EXIGIERON LA SUMA DE 50 MILLONES DE PESOS. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE: <br><br> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. <br> ➢ **INVASION DE TIERRAS O EDIFICIOS.** MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. <br><br> LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA <br><br> INVASION. | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. ➤ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 36.- DESPLAZAMIENTO FORZADO-INVASION DE | | JUAN DAVID FERRER SANTAMARIA | 01/09/03 | GUACHACA-SANTA | • HERNAN | | | | DESPLAZAMIENTO | AMENAZA VERSION |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 922

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| TIERRAS O EDIFICIOS | | C.C  17187458 | | MARTA | GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• JOSE GELVES A<br>• NORBERTO QUIROGA POVEDA<br>• DANIEL GIRALDO CONTRERAS<br>• ADAN ROJAS MENDOZA | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | INDIVIDUAL | S<br><br>SAMUEL CARVAJAL PARRA LE COMUNICO QUE EL LOTE HABIA PASADO A SER PARTE DEL B.R.T | LIBRE DE HERNAN GIRALDO SERNA<br><br>FOTOGRAFIA DEL LUGAR DEL HECHO<br><br>REPORTE DEL HECHO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MEDIATO | | | | |

EL SEÑOR  JUAN DAVID FERRER, REPRESENTANTE LEGAL DE INVERSIONES TURISTICAS MENDIHUACA SA, QUIEN HABIA CONSTITUIDO UNA SOCIEDAD, CON EL FIN DE CONSTRUIR UNAS CABAÑAS TURISTICAS  EN UN LOTE QUE HABIAN ADQUIRIDO, DENOMINADO PREDIO PANAMERICANO, DICHO LOTE FUE INVADIDO POR SAMUEL CARVAJAL PARRA, QUIEN LES MANIFESTO A LOS PROPIETARIOS QUE EL MENCIONADO LOTE HABIA PASADO A SER PARTE DEL BLOQUE RESISTENCIA TAYRONA Y QUE SI QUERIAN EL LOTE TENIAN QUE PAGAR LA SUMA DE $300.000.000, EN RAZON A QUE ELLOS HABIAN INVERTIDO LA SUMA DE $40.000.000 MILLONES DE PESOS EN LA EXPLOTACION AGRICOLA DE DICHO LOTE.  LA INVASION AL LOTE SE DIO INDUCIDO POR  EL SEÑOR OÑATE QUIEN DECIA QUE ERA TRABAJADOR DE LA EMPRESA DE INVERSIONES Y QUE NUNCA LE HABIAN PAGADO SALARIO, LO QUE ERA MENTIRA PORQUE NUNCA FUE TRABAJADOR DE LA EMPRESA INVERSIONES TURISTICAS. DESPUES DE LA DESMOVILIZACION SE HIZO UNA REUNION CON HERNAN GIRALDO Y QUEDARON QUE IBAN A DEVOLVER EL LOTE.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE GELVEZ ALBARRACN, DANIEL GIRALDO CONTRERAS Y ADAN ROJAS MENDOZA  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ INVASION DE TIERRAS O EDIFICACIONES. SE ENCUENTRA PREVISTO EN EL LIBRO SEGUNDO TITULO VII DELITOS CONTRA EL PATRIMONIO ECONOMICO- CAPITULO SEPTIMO DE LA USURPACION ART. 263 LEY 599 DE 2000: EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES | | | | | | | | | | |
| 37.- DESPLAZAMIENTO FORZADO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LORENA ROJAS**<br><br>GERMAN ROJAS MOLINA<br><br>NUBIA SILVA<br><br>EDUARDO ROJAS<br><br>DUEIMAR ROJAS | MAYO DE 02 | SIBERIA - CIENAGA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DANIEL MORA | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS<br><br>PRESENCIA ARMADA | VERSION LIBRE DE<br><br>FOTOGRAFIA DEL LUGAR DEL HECHO<br><br>REPORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|------------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | DEL HECHO |

EL SEÑOR GERMAN ROJAS MOLINA VIVIA CON SU  ESPOSA NUBIA SILVA Y SUS HIJOS LORENA, EDUARDO, DUEIMAR EN EL CORREGIMIENTO DE SIBERIA Y EN EL AÑO 2002 LLEGARON LOS PARAMILITARES A LA ZONA, ELLOS SE ASUSTARON Y POR ESE MOTIVO SE DESPLAZO CON SU FAMILIA PARA SAN PEDRO DE LA SIERRA, DEJANDO EN SIBERIA LA CASA,  LOS MUEBLES Y UTENSILIOS DE LA COCINA Y NO REGRESO. EL POSTULADO NORBERTO QUIROGA ACEPTO EL DESPLAZAMIENTO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO SERNA  Y JOSE DANIEL MORA LOPEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 926

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 38.- DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARIA ELSA TARAZONA TARAZONA C.C 36548956 | 5/04/2005 | BONDA- SANTA MARTA | HERNAN GIRALDO SERNA NODIER GIRALDO JOSE GELVES NORBERTO QUIROGA | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS EUCLIDES GOMEZ LE HIZO UN PRESTAMO Y COMO NO PUDO | FOTOGRAFIA DEL LUGAR DEL HECHO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |             |                |                 |                 |                         |                        |           |           | SER PAGANDO LE QUITO LA CASA DOS PARAMILI TARES FUERON A BUSCARL A PARA LLEVARLA A LA NOTARIA | REPORTE DEL HECHO |

LA SEÑORA MARIA ELSA TARAZONA  LLEGO CON SU ESPOSO A  SANTA MARTA LLEGO PRIMERO AL BARRIO TIMAYUY DONDE LOS AYUDO UN SEÑOR SERGIO MARIN, EMPEZARON  A TRABAJR Y LOGRARON COMPRAR UN LOTE EN BONDA Y LUEGO POCO A POCO HICIERON UNA CASA GRANDE EN MATERIAL, LUEGO COMO  NECESITABAN UNA PLATA ENTONCES EL ESPOSO  DE LA SEÑORA MARIA ELSA HABLO CON EL SEÑOR EUCLIDES GOMEZ FORERO PARA QUE LE PRESTARA 6 MILLONES  LE PAGABAN INTERESES DEL 6 POR CIENTO PERO  DEBIDO A  UNA MALA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| SITUACION SU ESPOSO NO TUVO PARA DEVOLVER LA PLATA,  ENTONCES EUCLIDES GOMEZ LOS OBLIGO A ENTREGARLE LA CASA, TUVO QUE IR A UNA NOTARIA Y PASARLE LAS ESCRITURAS A NOMBRE DE EL LA CASA LA TENIAMOS AVALUADA EN 35 MILLONES PORQUE TENIA DE FRENTE 17 METROS POR 15 DE FONDO TENIA ARBOLES FRUTALES, PERO LE TOCO ENTRGARLA Y SALIR DE SANTA MARTA EL DIA QUE TENIA QUE PRESENTARSE EN  LA NOTARIA LA FUERON A BUSCAR A LA CASA DOS PARACOS, A UNO LE DECIAN ELKIN . RECIBAIERON AYUDA DE LA LA CRUZ ROJA QUE FUE LA ENTIDAD QUE LOS SACO LES DIERON LOS PASAJES. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:  ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.  ➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 929

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: <br><br> LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES <br><br> LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 39.- DESPLAZAMIENTO FORZADO- DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ROSA ELENA LOBERA ESPINOZA <br><br> C.C 57446735 <br><br> MARIA DEL CARMEN ESPINOZA <br><br> FELIPE ROA | 17/09/2005 | GUACHACA- SANTA MARTA | HERNAN GIRALDO <br><br> NODIER GIRALDO <br><br> JOSE GELVES A <br><br> NORBERTO QUIROGA <br><br> DANIEL GIRALDO | MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS <br><br> UN GRUPO DE PARAMILITARES LLEGO A | FOTOGRAFIA DEL LUGAR DEL HECHO <br><br><br> REPORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 930

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LOBERA ELIT ROA LOBERA EILY ROA LOBERA ELIAN ROA LOBERA | | | | | | | LA CASA Y LE DIJO QUE TENIAN QUE UN IRSE A ELLOS PORQUE EL QUE NO ESTABA CON ELLOS ESTABA EN CONTRA DE ELLOS | DEL HECHO |

EL 17 DE SEPTIEMBRE DEL AÑO 2005, SIENDO LAS SEIS DE LA TARDE, LLEGO UN GRUPO DE HOMBRES FUERTEMENTE ARMADO A LA FINCA LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

HONDURA UBICADA EN LA VEREDA EL ENCANTO DEL CORREGIMIENTO DE GUACHACA, Y  LES DIJERON QUE TENIAN QUE UNIRSE CON ELLOS, PORQUE EL QUE NO ESTABA CON ELLOS ESTABA EN CONTRA DE ELLOS A  ESTABAN A RAIZ DE ESO NOS LES DIO MUCHO MIEDO Y COMO TENIA UN HIJO QUE TENIA DOCE AÑOS Y OTRA HIJA QUE TENIA OCHO AÑOS LE DABA MIEDO QUE LOS FUERAN A RECLUTAR,  A ESA HORA SALIERON DE LA FINCA Y DEJARON TODO ABANDONADO  LOS  ENSERES DE LA CASA Y UNAS CUANTOS ANIMALES DE CORRAL, ESA NOCHE DURMIERON EN EL COLEGIO EL ENCANTO MIENTRAS QUE AMANECIA PARA IRSE PARA SANTA MARTA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, JOSE GELVEZ Y DANIEL GIRALDO CONTRERAS A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢  DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢  DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

 **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 40.- DESPLAZAMIENTO FORZADO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CARLOS JULIO CHINCHILLA CARRILLO C.C 12490363 | 01/07/2001 | SANTA MARTA | • HERNAN GIRALDO SERNA • NODIER GIRALDO SERNA • NORBERTO | MEDIATO MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS LLEGARON LOS PARAMILITARES CON UNA LISTA DE PERSONAS QUE | FOTOGRAFIA DEL LUGAR DEL HECHO REPORTE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | QUIROGA<br>• EDGAR OCHOA BALLESTEROS<br>• CARMEN RINCON | | | | IBAN A DAR MUERTE | DEL HECHO |

EL SEÑOR CARLOS JULIO CHINCHILLA VIVIA EN UNAS TIERRAS QUE LE HABIA DADO UNA SEÑORA DE NOMBRE ELVINA PARA QUE SEMBRARA Y VIVIERA AHÍ, UN DÍA LLEGARON LOS PARAMILITARES CON UNA LISTA EN MANO A  Y LOS COMENTARIOS QUE SE ESCUCHABAN ERA QUE IBAN A MATAR LOS QUE FIGURABAN EN LA LISTA, CUANDO LE AVISARON, SALIO  DESPLAZADO PARA BARRANQUILLA DONDE UNA HIJA, DEJO CULTIVOS DE  PAN COGER, PERDIO UN BURRO, 20 AVES DE CORRAL Y UN CERDO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO , EDGAR OCHOA BALLESTEROS Y CARMEN RINCON A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:


➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.


➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 934

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 41.- DESPLAZAMIENTO FORZADO- INAVASION DE TIERRAS O EDIFICIOS DTO 100/80 | | CARMEN CELIAR MEDINA PEREZ C.C 12533944 | 02/01/00 | GUACHACA- SANTA MARTA | | | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS RUMINIO SILVA SE | FOTOGRAFIA DEL LUGAR DEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 935

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HERNAN GIRALDO NODIER GIRALDO NORBERTO QUIROGA | MEDIATO MEDIATO MEDIATO | | | QUEDO CON SUS TIERRAS Y SEMBRO CULTIVOS ILICITOS LE DIJO QUE NO VOLVIERA POR ALLA | HECHO REPORTE DEL HECHO |

EL DÍA 2 DE ENERO DE 2004 EL SEÑOR CARMEN CELIAR MEDINA SALIO DE LA FINCA DE PROPIEDAD DE SU SEÑOR PADRE, LLAMADA MIRAMAR UBICADA EN LA VEREDA LA ESTRELLA, PORQUE LA GUERRILLA ESTABA RECLUTANDO Y QUERÍA RECLUTAR A SUS HIJOS, EL SE PERCATO DE LO SUCEDIDO Y POR TEMOR A QUE LOS FUERAN A MATAR SALIO DE LAS TIERRAS Y DEJO TODO. SALIO CON SU FAMILIA  LA SEÑORA Y LOS HIJOS SE FUERON PARA SANTA MARTA Y EL PARA BARRANQUILLA A TRABAJAR. EN ABRIL DE 2005 REGRESO A LA FINCA,  PERO LAS TIERRAS ESTABAN INVADIDAS POR EL SEÑOR RUMINIO SILVA,  LE PREGUNTO A ESE SEÑOR  POR QUE LA FINCA TENIA CULTIVOS ILÍCITOS, QUE ARRANCARA TODO ESO, EL LE RESPONDIO QUE PARA ARRANCAR ÉL EL CULTIVO TENÍA QUE DARLE DOSCIENTOS MILLONES DE PESOS, LE DIJO QUE  POR QUE, QUE EL NO TENÍA LA PLATA, ENTONCES LE DIJO QUE NO FUERA A DECIR NADA DE ESO, Y QUE SE PERDIERA QUE NO FUERA MAS POR ALLÁ, POR QUE SI NO SE MORIA CON SU FAMILIA, POR  ESE MOTIVO NO PUDO REGRESAR, POR QUE LE DA MIEDO IR POR LA FINCA. EL SEÑOR JOSÉ DE LOS SANTOS SILVA, QUIEN ES EL PADRE DE RUMINIO SILVA, LLEVO A LA MAMA DE DEL SEÑOR CARMEN  CELIAR A LA NOTARIA TERCERA DE SANTA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| MARTA, HACIÉNDOLA FIRMAR UNAS ESCRITURA POR LA COMPRA DE LA FINCA, DONDE LA SEÑORA RECIBIÓ LA SUMA DE DOS MILLONES DE PESOS, POR LA FINCA QUE ESTA AVALUADA EN CIENTO CINCUENTA MILLONES DE PESOS, LA ESCRITURA ES 1953, MATRICULA INMOBILIARIA 080-5922 CEDULA CATASTRAL NO. 000400080024000. | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ **INVASIÓN DE TIERRAS O EDIFICIOS.** TITULO SEGUNDO CAPITULO XIV DELITOS CONTRA EL PATRIMONIO ECONOMICO CAPITULO SEPTIMO ARTICULO 367 DECRETO 100 DE 1980. MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| INVASION. EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. | | | | | | | | | | |
| 42- DESPLAZAMIENTO FORZADO- INVASION DE TIERRAS  O EDIFICIOS - CONSTREÑIMIENTO ILEGAL | | DOLORES MARIA BERMUDEZ PONCE C.C  26653138 | 01/01/00 | FINCA LAS MERCEDES MINCA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO<br>• NORBERTO QUIROGA POVEDA | MEDIATO MEDIATO MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS SU HIJO JAIME HUMBERTO FUE AMENAZADO Y OBLIGADO A ABANDONAR LA FINCA – CHUBS | VERSION LIBRE DE NORBERTO QUIROGA POVEDA FOTOGRAFIA DEL LUGAR DEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 938

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | NORRIS LE DIJO QUE LA FINCA ERA DE EL | HECHO<br><br>REPORTE DEL HECHO |

LA SEÑORA DOLORES MARIA  BERMUDEZ  Y BEATRIZ MARTA BERGATA SON PROPIETARIAS  DE  LA FINCA LAS MERCEDES, UBICADA EN EL CORREGIMIENTO DE MINCA MUNICIPIO DE SANTA MARTA, DONDE EL ADMINISTRADOR ERA  SU HIJO JAIME HUMBERTO VERGARA BERMUDEZ (Q.E.P.D.)  QUIEN FUE OBLIGADO  POR  ALIAS CHUCBS NORRIS, MIEMBRO DE LAS AUTODEFENSAS A ABANDONAR LA FINCA, DESPUES LA SEÑORA DOLORES BERMUDEZ EN COMPAÑIA DEL SEÑOR EFRAIN MORENO BARROS  SUBIO A HABLAR  CON EL COMANDANTE  PARA QUE LE DEVOLVIERAN SU FINCA , PERO ESTE LE RESPONDIO QUE LA FINCA YA ERA DE EL, PORQUE ELLOS TOMABAN POSESION CUANDO LOS DUEÑOS NO IBAN ,  EN EL AÑO 2006  OBLIGARON A LA SEÑORA DOLORES A FIRMAR UN PODER DE TRASPASO DE LA FINCA , LA POSESION DE LA FINCA LA TIENEN MIEMBROS DE LAS AUTODEFENSAS. NORBERTO QUIROGA MANIFESTO QUE ESA FINCA SE LA ENTREGO CAUCASIA A EL  PARA QUE LA TRABAJARA Y ESTUVO HASTA LA FECHA EN QUE SE DESMOVILIZARON . ACEPTO SU RESPONSABILIDAD POR ESTE HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br><br>➢ **INVASIÓN DE TIERRAS O EDIFICIOS.** TITULO SEGUNDO CAPITULO XIV  DELITOS CONTRA EL PATRIMONIO ECONOMICO CAPITULO SEPTIMO ARTICULO 367 DECRETO 100 DE 1980. MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA<br><br>INVASION.<br><br>EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL.<br><br>➢ CONSTREÑIMIENTO ILEGAL.  TIPIFICADO EN EL LIBRO SEGUNDO TITULO X DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTIAS CAPITULO TERCERO ARTICULO EL QUE CONSTRIÑA A OTRO A HACER, TOLERAR U OMITIR ALGUNA COSA, INCURRIRÁ EN PRISIÓN DE SEIS (6) MESES A DOS (2) AÑOS. | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 940

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 43.- DESPLAZAMIENTO FORZADO- INVASION DE TIERRAS O EDIFICIOS ART 367 DTO 100/80 | | RODRIGO GARCIA BALCAZAR C.C 79231316 | 01/01/85 | FINCA JACARANDA- VEREDA MENDIHUACA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS HOMBRES ARMADOS INVADIERON LA FINCA | VERSION DE HERNAN GIRALDO SERNA FOTOGRAFIA DEL LUGAR DEL HECHO REPORTE DEL HECHO |

EN EL AÑO 1964 EL SEÑOR ALFONSO GARCIA ESPINEL COMPRO LA FINCA JACARANDA UBICADA EN LA VEREDA MENDIHUACA DEL

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 941

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

CORREGIMIENTO DE GUACHACA EN SANTA MARTA,  ESTE BIEN FUE ADQUIRIDO A NOMBRE DE SU EMPRESA AGROESTUDIOS LIMITADA. EL ADMINISTRADOR DE LA FINCA ERA EL SEÑOR ALFREDO GOMEZ, QUIEN VIVIO EN ESE LUGAR DURANTE APROXIMADAMENTE 10 AÑOS. EN EL AÑO DE 1985 LE INFORMO A LOS HEREDEROS DEL SEÑOR ALFONSO GARCIA SOBRE LA PRESENCIA DE PERSONAS ARMADAS EN LA REGION QUE HABIAN INVADIDO LA FINCA PARA USARLA COMO CENTRO DE ACOPIO Y BODEGAJE DE MARIHUANA. POR ESTA RAZON LOS HEREDEROS DEL SEÑOR GARCIA NO PUDIERON SEGUIR EJERCIENDO SU POSESION, EL ADMINISTRADOR ALFREDO GOMEZ SIGUIO VIVIENDO EN LA FINCA BAJO LAS ORDENES DE LOS MIEMBROS DEL GRUPO ARMADO QUE HABIAN TOMADO POSESION DEL PREDIO.  EN EL AÑO 1981 APROXIMADAMENTE LA SEÑORA LEONOR BALCAZAR DE GARCIA VIUDA DEL SEÑOR ALFONSO GARCIA EN COMPAÑIA DE SU HIJO GERMAN GARCIA FUERON HASTA LA FINCA CON EL PROPOSITO DE ARREGLAR LA SITUACION EN QUE SE ENCONTRABA EL PREDIO Y SE ENTERARON  QUE EL SEÑOR ALFREDO GOMEZ HABIA MUERTO Y QUE EN LA FINCA ESTABAN VIVIENDO VARIAS FAMILIAS QUE HABIAN DENOMINADO A ESTA AREA SAN TROPEL. DE TAL MANERA QUE DECIDIERON HACER UN CENSO PARA EVALUAR SI ERA VIABLE NEGOCIAR CON LOS INVASORES Y RECUPERAR LA FINCA. TUVIERON CONOCIMIENTO  QUE PARA TOMAR ALGUNA DECISION TENIAN QUE CONSULTAR  CON HERNAN GIRALDO, QUIEN ERA LA AUTORIDAD EN ESA ZONA, POR LO QUE  LE HICIERON LLEGAR POR INTERMEDIO DE LUGAREÑOS LAS COPIAS DE LAS ESCRITURAS Y TITULOS DE PROPIEDAD DE LA FINCA, SIN EMBARGO, NUNCA SE RECIBIO RESPUESTA NI SE PUDO HACER CONTACTO PERSONAL  DEBIDO A QUE PARA ESA EPOCA MURIO UN FAMILIAR CERCANO DE EL Y TAMBIEN EMPEZO LA PERSECUCION DE LAS AUTORIDADES EN SU CONTRA. LA FAMILIA GARCIA BALCAZAR REALIZO AVERIGUACIONES ANTE LA PERSONERIA DISTRITAL DE SANTA MARTA, DEFENSORIA DEL PUEBLO, GOBERNACION DEL MAGDALENA, ALCALDIA DISTRITAL DE SANTA MARTA, INCODER, PRESIDENCIA DE LA REPUBLICA, CON EL PROPOSITO DE CONSEGUIR UN APOYO ESTATAL PARA LA RECUPERACION O SOLUCION DE LA PROBLEMÁTICA DERIVADA DE LA INVASION Y POSESIONAMIENTO DE GRUPOS ARMADOS ILEGALES EN LA REGION QUE A LA POSTRE FACILITO LA TENENCIA ILEGAL Y AFIANZAMIENTO DE LOS COLONOS EN EL PREDIO PERO NINGUNA DE LAS ENTIDADES VISITADAS OFRECIO UNA SOLUCION A ESTA SITUACION Y TODAS ADUJERON QUE EL TEMA NO ERA DE SU COMPETENCIA, SOLO LA PROCURADURIA AGRARIA DEL MAGDALENA RECIBIO UN INFORME APROX. EN EL AÑO 2002, DONDE CONSTA LOS DETALLES DE LA SITAUCON QUE SE HA VENIDO PRESENTANDO CONLA FINCA JACARANDA QUE AHORA ES DENOMINADA POR LOS POBLADORES COMO SAN TROPEL.  EN VERSION LIBRE EL POSTULADO HERNAN GIRALDO SERNA RECONOCIO EL HECHO.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |             |                |                 |                 |                        |                        |           |           |                |                                   |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ **INVASIÓN DE TIERRAS O EDIFICIOS.** TITULO SEGUNDO CAPITULO XIV  DELITOS CONTRA EL PATRIMONIO ECONOMICO CAPITULO SEPTIMO ARTICULO 367 DECRETO 100 DE 1980. MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA

INVASION.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. | | | | | | | | | | |
| 44.- DESPLAZAMIENTO FORZADO – | | LUIS Y ELIECER CALA | MAYO DE /02 | SIBERIA PALMICHAL | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA <br> • JOSE DANIEL MORA L | MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS <br><br> PRESENCIA DE TROPAS EN LA REGION | CONFESION DE NORBERTO QUIROGA POVEDA <br><br> FOTOGRAFIA DEL LUGAR DEL HECHO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | REPORTE DEL HECHO |

EN EL MES DE MAYO DE 2002 EN EL CORREGIMIENTO DE SIBERIA MUNIIPIO DE CIENAGA SE DESPLAZARON LOS SEÑORES LUIS Y ELIECER CALA. EL POSTULADO NORBERO QUIROGA POVEDA, ALIAS 5.5. ACEPTO LA RESPONSABILIDAD POR ESTE HECHO OCASIONADO POR LAS TROPAS DEL BLOQUE RESISTENCIA TAYRONA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO Y JOSE DANIEL MORA LOPEZ A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 DESPLAZAMIENTO FORZADO-DESTRUCCION Y | | REINALDO CALA C.C. 5006719 | 15/02/2003 | SIBERIA - CIENAGA | • HERNAN GIRALDO SERNA • NODIER GIRALDO GIRALDO | | | | DESPLAZAMIENTO | AMENAZAS | VERSION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|------------------|------------------|--------------------------|--------------------------|-----------|-----------|-----------------|-------------------------------------|
| APROPIACION DE BIENES PROTEGIDOS | | | | | • NORBERTO QUIROGA POVEDA<br>• JOSE DANIEL MORA<br>• AFRANIO M REYES | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL TERRITORIAL | INDIVIDUAL | PRESENCIA DE TROPAS EN LA REGION | HERNAN GIRALDO SERNA<br><br>VERSION LIBRE DE NORBERTO QUIROGA POVEDA<br><br>REPORTE DEL HECHO. |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | FOTOCOPIA DE CÉDULA <br><br> CERTIFICACIÓN DEL COMITÉ DE CAFICULTORE DEL MAGDALENA <br><br> C <br> ERTIFICADO DE TRADICIÓN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | ESCRITURA NO. 0836 |

EL SEÑOR REINALDO CALA TENIA UNA FINCA CAFETERA LLAMADA BUENA VISTA, UBICADA EN EL CORREGIMIENTO DE SIBERIA MUNICIPIO DE CIENAGA MAGDALENA, EN ESE LUGAR HIZO PRESENCIA LAS AUTODEFENSAS EN EL AÑO DE 2003 Y  EMPEZARON A INVADIRLO, EN EL AÑO 2004 SE VIO OBLIGADO A DESPLAZARSE CON SU NUCLEO FAMILIAR PARA SAN PEDRO DE LA SIERRA, DEJANDO TODO ABANDONADO Y SOLO REGRESO A LA FINCA CUANDO LOS PARAMILITARES SE DESMOVILIZARON, COMO CONSECUENCIA DE DICHO DESPLAZAMIENTO TUVO MUCHAS PERDIDAS ECONOMICAS. EL POSTULADO NORBERTO QUIROGA  MANIFESTO QUE EN ESA FECHA  ESTABA EL COMANDANTE 81 POR LO QUE ACEPTO SU RESPONSABILIDAD EN EL HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, JOSE DANIEL MORA LOPEZ Y AFRANIO MANUEL REYES MARTINEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➤ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:<br><br>LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES<br><br>LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO<br><br>LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL<br><br>LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL<br><br>LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 46 DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION | | JULIO CESAR CARMONA ARBOLEDA CC 4449694 | 01/12/2002 | VEREDA NUEVA GRANADA CIENAGA | • HERNAN GIRALDO SERNA • NORBERTO | | CONTROL TERRITORI | DESPLAZAMIENTO INDIVIDUAL | AMENAZA | VERSIÓN DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS-INVASION DE TIERRA- | | | | MAGDALENA | QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE D MORA LOPEZ<br>• AFRANIO MANUEL REYES M | | AL | | | VERSION DE JOSE DANIEL MORA LOPEZ<br><br>REPORTE DEL HECHO<br><br>ESCRITURA NO.2303 DE FECHA NOVIEMBRE DE 1988 MEDIANTE LA CUAL EL SEÑOR JULIO CESAR |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CARMONA ARBOLEDA CONSTITUYE HIPOTECA ABIERTA A FAVOR DE LA CAJA DE CRÉDITO AGRARIO INDUSTRIAL Y MINERO SOBRE LA FINCA LA FLORENCIA

CERTIFICADO NO.662 SOBRE CANCELAC |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | IÓN DE HIPOTECA DEL PREDIO RURAL DENOMINADO LA FLORENCIA .  COPIA DE ESCRITURA PÚBLICA NO. 131 DE FECHA 9 DE MARZO DE 2006, MEDIANTE LA CUAL SE PROTOCOLIZA LA RESOLUCI |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  |  |  |  |  |  | ÓN NO.00524 DEL 23 DE MAYO DE 1988 DEL INCORA<br><br>CERTIFICADO DE TRADICIÓN. |

ESTE HECHO TUVO OCURRENCIA A FINALES DEL AÑO 2.002, CUANDO EN HORAS DE LA NOCHE LLEGARON HOMBRES ENCAPUCHADOS A LA FINCA LA FLORENCIA, UBICADA A ORILLAS DEL RÍO CÓRDOBA Y CANTA RANA, DE PROPIEDAD DEL SEÑOR JULIO CESAR CARMONA ARBOLEDA, Y LES DIJERON QUE TENÍAN QUE IRSE DE LA FINCA. POR ESA RAZÓN LE TOCÓ DESPLAZARSE Y DEJAR TODO ABANDONADO. EL COMANDANTE JOSE DANIEL MORA LOPEZ, ALIAS GUERRERO, 101 SE QUEDÓ CON LA FINCA. ESTA FINCA PRODUCIA CAFÉ Y SE HACIA PANELA, TAMBIÉN HABIA RESES. LOS PARAMILITARES TUMBARON LOS ARBOLES FRUTALES, LOS CAFETALES Y CAÑADUZALES, LA CASA DE LA FINCA LA TUMBARON Y CONSTRUYERON OTRA A SU GUSTO, LE CAMBIARON EL NOMBRE A LA FINCA Y LE PUSIERON LA ESMERALDA. EL POSTULADO JOSE DANIEL MORA LOPEZ EN VERSION LIBRE MANIFESTO QUE SI TENIA CONOCIMIENTO DE ESTA FINCA PERO NUNCA SE LLAMO LA ESMERALDA LA CONOCIO COMO EL CAÑADUZAL, ESTA ES UNA FINCA QUE EL HABIA COMENTADO QUE HABIA HECHO ENTREGA. ESA FINCA SE LA DIO 5.7 ESTA UBICADA EN EL BAJO CORDOBA ESTO FUE FIN DE AÑO 2002 NO PRECISA MES. -- EN VERSION LIBRE EL POSTULADO HERNAN GIRALDO SERNA ACEPTO EL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| HECHO POR LINEA DE MANDO. | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, JOSE DANIEL MORA LOPEZ, ADAN ROJAS MENDOZA Y AFRANIO MANUEL REYES MARTINEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➤ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 954

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES | | | | | | | | | | |
| LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO | | | | | | | | | | |
| LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL | | | | | | | | | | |
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | | | | | | |
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 47 DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | **MARTHA CE ILIA REYES TAPIAS** <br><br> CC 57418864 <br><br> LUIS ALBERTO, HARRISON, JADER, HAYDER, HAMIR | 24/12/2003 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • JOSE GELVEZ ALBARRACIN <br> NODIER GIRALDO | MEDIA TO <br><br> MEDIA TO <br><br> MEDIA TO | CONTROL <br><br> TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZA | VERSION LIBRE DE HERNAN GIRALDO SERNA <br><br> VERSION LIBRE DE JOSE DANIEL MORA LOPEZ |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **YEN REYES TAPIAS**<br><br>**JOSE FERNANDO, YEANCARLOS, LUIS ANGEL, EDITH** | | | GIRALDO<br><br>• JOSE D MORA LOPEZ<br>• AFRANIO REYES MARTINEZ | MEDIA TO<br><br>MEDIA TO<br><br>MDIAT O | | | | UBICACIÓN DE LA FINCA EL DESCANSO<br><br>FOTOGRAFÍA DEL LUGAR DE LOS HECHOS (FINCA EL DESCANSO<br><br>REPORTE DEL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 956

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |             |                |                 |                 |                        |                        |           |           |                |                                   |

ESTE HECHO TUVO OCURRENCIA EL DÍA 24 DE DICIEMBRE DE 2.003, CUANDO LAS HERMANAS MARTHA Y YENN REYES TAPIAS, QUIENES VIVÍAN EN LA PARCELA LA SONRISA, SALIERON DESPLAZADAS DEJANDO TODO ABANDONADO, PORQUE LAS AUTODEFENSAS QUE OPERABAN EN LA ZONA LES PIDIERON LA DOCUMENTACIÓN DE LA CITADA PARCELA Y COMO NO LAS TENÍAN LE DIJERON QUE TENÍAN QUE IRSE. ESA PARCELA SE LA HABÍA DADO EL SEÑOR HERIBERTO EGUIS AL SEÑOR LUIS CARLOS REYES, PADRE DE LAS HERMANAS REYES, QUIEN HABÍA TRABAJADO CON EL SEÑOR EGUIS, PERO NO LO HABIA LIQUIDADO COMO LE CORRESPONDIA,  EL SEÑOR REYES LE HIZO SABER A EGUIS DE SU INCONFORMIDAD CON LA  LIQUIDACIÓN Y FUE ENTONCES CUANDO  EL SEÑOR EGUIS LE DIO LA PARCELA DE 10 HAS, PERO NUNCA SACARON LOS DOCUMENTOS PARA LEGALIZAR LA PROPIEDAD.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, JOSE DANIEL MORA LOPEZ, JOSE GELVEZ ALBARRACIN Y AFRANIO MANUEL REYES MARTINEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 957

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:<br><br>LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES<br><br>LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO<br><br>LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL<br><br>LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL<br><br>LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 48 DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **ORLANDO HORTUA RESTREPO**<br><br>**CC5006646** | 01/10/2004 | CORREGIMIENTO DE SAN PEDRO DE LA SIERRA | HERNAN GIRALDO SERNA<br><br>NORBERTO QUIROGA POVEDA | MEDIATO<br><br>MEDIATO | CONTROL TERRITORI | DESPLAZAMIENTO INDIVIDUAL | AMENAZA | VERSIÓN HERNAN GIRALDO SERNA<br><br>VERSION |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | JOSE GELVEZ ALBARRACIN | MEDIATO | AL | | | LIBRE DE JOSE DANIEL MORA L |
| | | | | | NODIER GIRALDO GIRALDO | MEDIATO | | | | |
| | | | | | JOSE DANIEL MORA LOPEZ | MEDIATO | | | | FOTOGRAFÍA DEL LUGAR DE LOS HECHOS - VEREDA CAMAGUAL- FINCA LA FLORESTA |
| | | | | | AFRANIO MANUEL REYES MARTINEZ | MEDIATO | | | | |
| | | | | | | | | | | -REPORTE DEL HECHO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PLENA IDNTIDAD DE LA VÍCTIMA |

EL SEÑOR ORLANDO HORTUA RESTREPO, PROPIETARIO DE LA FINCA LA FLORESTA, UBICADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA VEREDA CAMAGUAL, TUVO QUE DESPLAZARSE DEBIDO A LAS AMENAZAS DE MUERTE PROFERIDAS POR LOS PARAMILITARES, YA QUE ESTE SE OPUSO A QUE ELLOS SIGUIERAN  TUMBANDO LA CAÑADA, INICIALMENTE SALIÓ PARA CIENAGA, DESPUES PARA  SANTA MARTA , LUEGO SIGUIO A BARRANQUILLA  Y FINALMENTE SE FUE PARA VENEZUELA. CON MOTIVO DEL DESPLAZAMIENTO TUVO MUCHAS PERDIDAS ECONOMICAS. J OSE DANIEL MORA LOPEZ ACEPTO EL HECHO MANIFESTANDO QUE FUE POR UNA MADERA QUE NO LE PERTENECIA  A LA VICTIMA LA CUAL  YA SE HABIA NEGOCIADO  CON LOS DUEÑOS. EL POSTULADO JOSE DANIEL MORA LOPEZ ACEPTO SU RESPONSABILIDAD.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, JOSE DANIEL MORA LOPEZ, JOSE GELVEZ ALBARRACIN Y AFRANIO MANUEL REYES MARTINEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 DESPLAZAMIENTO FORZADO- | | **CARMEN ELI BOTELLO** | 13/08/2004 | FINCA SAN ISIDRO | HERNAN GIRALDO | .MEDIA | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CC12542811<br><br>**JESUS ALDELFO BOTELLO MARTINEZ**<br><br>**CC 12631663**<br><br>**FRANKLIN JOSE DIAZGRANADOS**<br><br>**CC 5001126** | | VEREDA CAMAGUAL SAN PEDRO DE LA SIERRA | SERNA<br><br>NORBERTO QUIROGA POVEDA<br><br>JOSE GELVEZ ALBARRACIN<br><br>NODIER GIRALDO GIRALDO<br><br>JOSE DANIEL MORA LOPEZ<br><br>AFRANIO MANUEL REYES MARTINEZ | TO<br><br>MEDIA TO<br><br>.<br>MEDIA TO<br><br>.<br>MEDIA TO<br><br>.<br>MEDIA TO<br><br>.<br>MEDIA | CONTROL TERRITORIAL | DESPLAZAMIENTO INDIVIDUAL | AMENAZA | VERSION LIBRE DE HERNAN GIRALDO SERNA<br><br>VERSION LIBRE DE NORBERTO QUIROGA POVEDA<br><br>VERSION LIBRE DE JOSE DANIEL MORA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                          | TO                     |           |           |                | UBICACIÓN DEL CORREGIMIENTO DE SAN PEDRO D LA SIERRA- FINCA SAN ISIDRO

CONTRATO DE ARRIENDO DE LA FINCA SAN ISIDRO CELEBRADO ENTRE CARMEN ALICIA HERRERA DIAZ |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|------------------------------------|
| | | | | | | | | | | GRANADOS Y EL SEÑOR HERMES BOTELLO, A QUIEN SE LE ENTREGÓ LA FINCA PARA QUE LA EXPLOTARA. CONTRATO DE PRESTACIONES RECÍPROCAS |

EL HECHO OCURRIÓ EL DÍA 13 DE AGOSTO DE 2.004 CUANDO LLEGÓ A LA FINCA SAN ISIDRO,  UBICADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DE PROPIEDAD DEL SEÑOR FRANKLIN DIAZGRANADOS, UN GRUPO DE AUTODEFENSAS Y LE DIJO AL SEÑOR HERMES BOTELLO, QUIEN

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TENÍA LA FINCA EN ARRIENDO DESDE EL DÍA 5 DE MAYO DE 2.004, QUE LA DESOCUPARA, MOTIVO POR EL CUAL CARMEN ELI BOTELLO, JESUS ADELFO Y HERMES  BOTELLO RANGEL SE DESPLAZARON HACIA SAN PEDRO DEJANDO TODO ABANDONADO Y NO REGRESARON. CUANDO SUBIERON A HABLAR CON LOS PARAMILITARES, ESTOS LES DIJERON QUE LA FINCA ERA DE LA GUERRILLA, QUE LA IBAN A EXPROPIAR Y DESPUÉS LE ENTREGARON LA FINCA A UNA COMUNIDAD  GNÓSTICA, QUIENES HABITAN EN EL PREDIO | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, JOSE DANIEL MORA LOPEZ, JOSE GELVEZ ALBARRACIN Y AFRANIO MANUEL REYES MARTINEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

 **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 965

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: | | | | | | | | | | |
| LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES | | | | | | | | | | |
| LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO | | | | | | | | | | |
| LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL | | | | | | | | | | |
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | | | | | | |
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| **2ª POLITICA SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO 2ª PRACTICA DESPLAZAMIENTO INDIVIDUAL / AMENAZA INDIVIDUAL Y/O OTROS ACTOS DE VIOLENCIA DIRECTA** | | | | | | | | | | |
| 50. DESPLAZAMIENTO FORZADO - INVASION DE TIERRAS O EDIFICIOS DTO 100/80 | | JORGE ANTONIO CORDOBA PINZON c.c. 70069345 | 01/01/98 | GUACHACA | • HERNAN GIRALDO SERNA | Mediato | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSI | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS | CONFESION DEL POSTULADO FOTOGRAFIA DEL LUGAR DEL HECHO REPORTE DEL HECHO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                        |                        | VO        |           |                |                                   |

EL SEÑOR JORGE CORDOBA PINZON EN EL AÑO DE 1997 COMPRO A UNOS FRANCESES UNA FINCA EN MENDIHUACA LLAMADA EL PARAISO, POR VALOR DE $290.000.000 MILLONES DE PESOS. DESPUES DE CIERTO TIEMPO PERSONAS QUE SE HACIAN PASAR COMO MIEMBROS DE LA GUERRILLA EMPEZARON A EXIGIRLE DINERO, EXIGENCIAS A LAS CUAL SE VIO OBLIGADO A CUMPLIR Y A IRSE PARA BOGOTA. POSTERIORMENTE CUANDO REGRESO A BARRANQUILLA EMPEZO A RECIBIR NUEVAMENTE LLAMADAS TELEFONICAS POR PARTE DE URIEL MORA, QUIEN DIJO SER JEFE DE LAS CONVIVIR EN EL MAGDALENA Y LE DIJO QUE VIAJARA A SANTA MARTA PARA ARREGLAR EL PROBLEMA DE UNA TIERRA, Y LO AMENAZO QUE SI NO VENIA LO IBAN A BUSCAR, FUE ASI COMO LE PUSO CITA EN EL MERCADO DE SANTA MARTA, Y LE MANIFESTO QUE TENIA LA INFORMACION QUE ERA COLABORADOR DE LA GUERRILA, LE DIJO QUE LA TIERRA QUEDABA CONFISCADA POR ORDEN DEL PATRON. EN VISTA DE TODO EL SEÑOR JORGE CORDOBA SUBIO A HABLAR CON HERNAN GIRALDO, QUIEN LE DIJO QUE EL NO HABIA DADO ESA ORDEN, Y LO CITO PARA CONFROTARLO CON URIEL MORA Y RICARDO BELTRAN LUQUE. DESPUES COMO PACHO MUSSO VIVIA EN LA FINCA EL PARAISO HERNAN GIRALDO LE DIJO A MUSSO QUE LE ENTREGARA A CORDOBA LOS $290.000.000 PARA ACABAR CON EL PROBLEMA. UN DIA SE CONTACTO CON PACHO MUSSO QUIEN LE DIJO QUE FUERA A LA FINCA EL PARAISO DONDE VIVIA, AL LLEGAR ALLI PACHO MUSSO LE DIJO QUE ESTABA ABURRIDO QUE LE DABA 2 HORAS PARA QUE SE FUERA O DE LO CONTRARIO LO MATABA Y LO SEPULTABA EN LA SIERRA PARA QUE NADIE LO ENCONTRARA, EN EL AÑO 2008 FUE NUEVAMENTE A LA FINCA Y LE DIJERON QUE LA FINCA LA TENIA HERNAN GIRALDO. SEGÚN DOCUMENTACION ACTUALMENTE FIGURA QUE LA FINCA EL PARAISO LA VENDIO URIEL MORA A ALBERTO TOVAR PEÑA. EL HECHO FUE RECONOCIDO POR HERNAN GIRALDO SERNA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. ➢ **INVASIÓN DE TIERRAS O EDIFICIOS.** TITULO SEGUNDO CAPITULO XIV  DELITOS CONTRA EL PATRIMONIO ECONOMICO CAPITULO SEPTIMO ARTICULO 367 DECRETO 100 DE 1980. MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.   LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA   INVASION.   EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL. | | | | | | | | | | |
| 51. DESPLAZAMIENTO FORZADO, SECUESTRO SIMPLE AGRAVADO --- 170 TORTURA EN PERSONA PROTEGIDA | | **JORGE ELIECER BOTELLO RIATIGA** C.C. 17807256 ALBEIRO BOTELLO | 01/07/2003 | GUACHACA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • DANIEL GIRALDO CONTRERAS | MEDIA TO MEDIA | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS Y/O OTROS ACTOS DE VIOLENCI | VERSION DE HERNAN GIRALDO SERNA VERSION DE ELISEO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES | | JORGE LUIS BOTELLO | | | • NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA | TO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | VINCULO GRUPO SUBVERSIVO | | A DIRECTA | BELTRAN CADENA<br><br>FOTOGRAFIA DEL LUGAR DONDE OCURRIO EL HECHO<br><br>REPORTE DEL HECHO |

EL HECHO SUCEDIÓ EL   01   DE JULO DE 2.003, APROXIMADAMENTE A LAS CINCO DE LA MAÑANA CUANDO VARIOS SUJETOS ARMADOS PERTENECIENTES AL BLOQUE RESISTENCIA INGRESARON    A LA FINCA EL AMPARO UBICADA EN LA VEREDA QUEBRADA MARÍA DEL CORREGIMIENTO DE GUACHACA, DONDE RESIDÍA EL SEÑOR JORGE BOTELLO, JUNTO A SU FAMILIA, QUIENES PROCEDIERON APUNTARLOS CON LAS ARMAS, Y LUEGO LO   AMARRARON CON UNOS LAZOS TANTO AL SEÑOR JORGE BOTELLO RIATIGA, COMO A SUS MENORES   HIJOS DE NOMBRES    JORGE LUIS Y ALBEIRO BOTELLO, Y LOS CONDUJERON  A PIE CON RUMBO A LA CARRETERA,  DONDE ERAN ESPERADOS POR UNA CAMIONETA TOYOTA BLANCA CABINADA, QUEDANDO A CARGO DE OTROS SUJETOS ARMADOS, QUIENES LOS CONDUJERON EN LA CAMIONETA  A LA VEREDA LA AGUACATERA Y ALLÍ LOS INTRODUJERON EN UN CUARTO DE UNA VIVIENDA, QUEDANDO A CARGO DE OTROS  TRES SUJETOS DIFERENTES. POSTERIORMENTE  APROXIMADAMENTE  A LAS 2:30 DE LA TARDE, POR RADIO DIERON LA ORDEN QUE LOS DEJARAN LIBRES, Y ESO DE LAS  4:30 DE LA TARDE FUERON DEJADOS EN LIBERTAD POR SUS CAPTORES.  POR EL TEMOR QUE TENIA SE DESPLAZO AL IGUAL QUE SU

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

FAMILIA Y CON MOTIVO DE STE DESPLAZAMIENTO PERDIO ANIMALES Y CULTIVOS. ELISEO BELTRAN CADENA EN VERSION DE FECHA 11 DE JUNIO DE 2008 MANIFESTO QUE UN SEÑOR QUE SE LLAMA JORGE BOTELLO, LES MANDARON A BAJARLO POR SER GUERRILLERO DE LAS FARC Y WALTER DIJO QUE LO IBA A MATAR, LO RETUVIERON PERO UN HERMANO DE HERNAN GIRALDO INTERVINO Y EVITO QUE LO MATARAN. HERNAN GIRALDO ACEPTO RESPONSABILIDAD DE ESTE HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO, DANIEL GIRALDO CONTRERAS A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS


➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO  TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.


➢  SECUESTRO SIMPLE. SECUESTRO SIMPLE. TIPIFICADO EN EL LIBRO SEGUNDO TITULO III. DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTIAS CAPITULO II DEL SECUESTRO ARTICULO 168 LEY 599 DE 2000. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 971

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. DESPLAZAMIENTO FORZADO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **OSCAR ALFONSO ESCOBAR** MORALES C.C.19500797 BLANCA PEREZ CACERES JULIO CESAR ESCOBAR LILIANA PATRICIA ESCOBAR YANIRIS ESCOBAR SINDY ESCOBAR KELLY ESCOBAR | 09/12/2004 | SAN PEDRO DE LA SIERRA-CIENAGA | • HERNAN GIRALDO SERNA <br> • JOSE DANIEL MORA LOPEZ <br> • NORBERTO QUIROGA POVEDA <br> • JOSE GELVEZ ALBARRACIN <br> • NODIER GIRALDO GIRALDO <br> • AFRANIO REYES MARTINEZ | .MEDIATO .MEDIATO MEDIATO MEDIATO MEDIATO MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSION LIBRE DE JOSE DANIEL MLORA LOPEZ UBICACIÓ |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | YURIELSY ESCOBAR | | | | | ESTIGMA VINCULO GRUPO SUBVERSIVO | | | N DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA-VEREDA BETANIA<br><br>CARÁTULA DEL PROCESO RADICADO CON EL NO. 88136<br><br>DENUNCIA PRESENTADA POR LA VÍCTIMA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | FOTOGRAFÍA DEL HIERRO QUEMADOR DE GANADO- REPORTE DEL HECHO PLENA IDENTIDAD DE LA VÍCTIMA |

EL SEÑOR OSCAR ALFONSO ESCOBAR TENÍA UNA FINCA DE NOMBRE BETANIA, UBICADA EN LA VEREDA KENNEDY, DONDE TENÍA CULTIVOS DE PAN COGER, SE ENTERÓ QUE LOS PARAMILITARES LO IBAN A MATAR, PORQUE LES DIJERON QUE ÉL ERA COLABORADOR DE LA GUERRILLA, POR ESA RAZÓN SE DESPLAZÓ PARA CODAZZI DEPARTAMENTO DEL CESAR EL 9 DE DICIEMBRE DE 2.004, DONDE DURÓ UN MES Y LUEGO VINO Y

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

ACLARÓ CON LOS PARAMILITARES EL PROBLEMA Y SE QUEDÓ EN LA ZONA NUEVAMENTE. SE DESPLAZÓ CON LA SEÑORA BLANCA PEREZ CACERES Y SUS HIJOS JULIO CESAR, DE 18 AÑOS, LILIANA PATRICIA, DE 17 AÑOS, YANIRIS DE 16 YURIELSY DE 12 AÑOS, KELLY DE 8 Y SINDY LORENA ESCOBAR PEREZ DE 5 AÑOS.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE DANIEL MORA LOPEZ, JOSE GELVEZ ALBARRACIN Y AFRANIO MARTINEZ, A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000 QUE REZA: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 975

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 53. DESPLAZAMIENTO FORZADO-SECUESTRO SIMPLE AGRAVADO - DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ART 154 – TORTURA EN | | **DIANA ISABEL CLEVES JIMENEZ** C.C. 39056632 CIPRIANO MARIÑO • YORLEDIS CLEVES JIMENEZ • JAUDIVER ALFONSO | 13/05/2002 | CORREGIMIENTO DE SIBERIA - CIENAGA- MAG. | • HERNAN GIRALDO SERNA • JOSE DANIEL MORA LOPEZ • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | MEDIA TO .MEDIA TO MEDIA TO MEDIA | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSI | DESPLAZAMIENTO INDIVIDUAL | OTROS ACTOS DE VIOLENCIA DIRECTA | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSIÓN JOSE DANIEL MOLRA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONA PROTEGIDA-CONSTREÑIMIENTO ILEGAL- | | MARIÑO CLEVES<br>• LEONEL CIPRIANO MARIÑO CLEVES | | | • ADAN ROJAS MENDOZA<br>• AFRANIO REYES MARTINEZ | TO<br>MEDIATO<br><br><br>MEDIATO | VO | | | LOPEZ<br><br>UBICACIÓN DEL CORREGIMIENTO DE SIBERIA<br><br>FOTOGRAFÍA DE LAS VÍCTIMAS JOSE ABIGAIL ESCALANTE Y ROBINSON JARALLO GARAVIÑO. |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | FOTOGRAFÍA DEL LUGAR DONDE FUNCIONABA TIENDA. -PLENA IDENTIDAD DE LAS VÍCTIMAS - REPORTE DEL HECHO |

EL DÍA 13 DE MAYO DE 2002 LA SEÑORA DIANA ISABEL CLEVES JIMENEZ EN COMPAÑÍA DE SU ESPOSO CIPRIANO MARIÑO QUIENES HABÍAN SALIDO DE LA FINCA DE SU SUEGRO, UBICADA EN LA REGION DE COREA Y AL LLEGAR A SIBERIA ENCONTRARON QUE LAS AUTODEFENSAS SE ENCONTRABAN EN EL PUEBLO, Y POR LOS LADOS DEL CEMENTERIO FUERON RETNIDOS, LOS HICIERON BAJAR DE LOS CABALLOS Y EMPEZARON A INTERROGARLOS, MALTRATANDOLOS DE PALABRAS Y CON AMENAZAS DE MUERTE, ALLI LOS TUVIERON POR ESPACIO DE UN TIEMPO, A ESE MISMO SITIO LLEVARON A OTRAS PERSONAS TAMBIEN QUE HABIAN RETENIDO, DESPUES LOS PUSIERON A CARGAR UNOS VIVERES QUE HABIAN

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

HURTADO EN LAS TIENDAS DE SIBERIA  UNA DE PROPIEDAD DEL SEÑOR JOSE DAVID  ESCALANTE. DESPUES DE ESTOS HECHOS LA SEÑORA DIANA Y SUS FAMILIARES  SE QUEDARON TRES DIAS Y LUEGO SE FUERON PARA LA FINCA EL DANUBIO DE PROPIEDAD DE UN TIO DE LA SEÑORA CLEVES DONDE PERMANECIERON HASTA EL MES DE SEPTIEMBRE DE 2002 CUANDO VOLVIERON LAS AUTODEFENSAS Y SE LLEVARON TODOS LOS ANIMALES QUE HABIA EN LA REGION, COMO A CIPRIANO MARIÑO LO SEÑALABAN DE GUERRILLERO DECIDIERON IRSE PARA EL TOLIMA, CON MOTIVO DEL DESPLAZAMIENTO TUVIERON PERDIDAS ECONOMICAS.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE DANIEL MORA LOPEZ, ADAN ROJAS MENDOZA,  AFRANIO REYES MARTINEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ SECUESTRO SIMPLE. TIPIFICADO EN EL LIBRO SEGUNDO TITULO III. DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTIAS CAPITULO II DEL SECUESTRO ARTICULO 168 LEY 599 DE 2000. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO   TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

 **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL            DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL  LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS  ➢ CONSTREÑIMIENTO ILEGAL.  LIBRO SEGUNDO TITULO  III  CAPITULO V DELITOS CONTRA LA AUTONOMIA PERSONAL ARTICULO 182 EL QUE, FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO DELITO, CONSTRIÑA A OTRO A HACER, TOLERAR U OMITIR ALGUNA COSA, INCURRIRÁ EN PRISIÓN DE UNO (1) A DOS (2) AÑOS. | | | | | | | | | | |
| 54. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA (ARNULFO GARCES ARCILA | | ALEXIS SANJUAN  C.C  85468305  YAIR SANJUAN  ARNULFO SANJUAN  NAYIBIS SAN JUAN  DEIVIS SAN | 16/12/1986 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS | VERSION DE HERNAN GIRALDO SERNA  FOTOGARFIA DEL LUGAR DEL HECHO  REPORTE DE VICTIMAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | UAN RUDI SANJUAN DANIS SANJUAN NAIR SANJUAN RINCON | | | | | | | | |

EL SEÑOR ARNULFO GARCES ARCILA TENIA UNA FINCA, UBICADA EN LA VEREDA MACHETE PELAO DEL CORREGIMIENTO DE GUACHACA DONDE EL DIA 14 DE DICIEMBRE DE 1986 HOMBRES BAJO EL MANDO DE HERNAN GIRALDO SERNA LE DIERON MUERTE PORQUE  EN LA CASA DE LA FINCA EL SEÑOR GARCES TENIA UNA TIENDA Y SEGUN LAS AUTODEFENSAS LE VENDIA COMIDA A LA GUERRILLA Y POR ESE MOTIVO HERNAN GIRALDO DIO LA ORDEN DE ASESINARLO A ALIAS RASPAO QUIEN LA CUMPLIO.  POR ESTE MOTIVO LOS FAMILIARES DE LA VICTIMA SE DESPLAZARON A SANTA MARTA. HERNAN GIRALDO SERNA ACEPTO LA RESPONSABILIDAD Y  EL MOTIVO POR EL CUAL DIO LA ORDEN DE MATARLO FUE PORQUE LE HACIA OPOSICION AL GRUPO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.  ➤ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 55. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | BEATRIZ HELENA CABRERA GUARNIZ C.C 36529885 HORACIO | 30/03/2005 | SECTOR DE TRES PUENTES- VIA A MINCA-SANTA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA | MEDIATO MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS | VERSION LIBRE HERNAN GIRALDO SERNA VERSION |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 983

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SUESCUN CABRERA JUAN MIER BERMUDEZ YESICA MIER BERMUDEZ SARAY CABRERA HAROLD MIER CABRERA NIXON MIER CABRERA ALEX MIER CABRERA | | MARTA | • NODIER GIRALDO GIRALDO • JOSE GELVEZ ALBARRACIN | MEDIATO MEDIATO | ESTIGMA VINCULO GRUPO SUBVERSIVO | | | DE WILLINTONG MORA BUENHABER FOTOGRAFIA DEL LUGAR DEL HECHO REPORTE DE L HECHO |

LA SEÑORA BEATRIZ CABRERA GUARNIZO  VIVIA EN LA VEREDA TRES PUENTES DEL MUNICIPIO DE SANTA MARTA, UBICADA EN LA VIA QUE DE SANTA MARTA CONDUCE A MINCA, DEBIDO A LA MUERTE DE SU HIJO RAFAEL CABRERA Y LAS AMENAZAS PROFERIDAS EN CONTRA DE SU OTRO HIJO HORACIO SUESCUN , POR PARTE DEL GRUO PARAMILITAR DE HERNAN GIARLDO  SE DESPLAZO    EL DIA 30 DE MARZO DE 2005 HACIA VENADILLO  TOLIMA. PERDIENDO COMO CONSECUENCIA DEL DESPLAZAMIENTO UNA MEJORA .EL HECHO FUE ACEPTADO POR WILLINTONG

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MORA BUENHABER  Y HERNAN GOORZLADO SERNA | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE GELVEZ ALBARRACIN  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

> HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| 56. DESPLAZAMIENTO | | JOSE EDUARDO | 20/12/2004 | SAN PEDRO | • HERNAN GIRALDO SERNA | MEDIATO | | | | VERSIÓN DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORZADO, SECUESTRO SIMPLE AGRAVADO –Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | GOMEZ ARDILA C.C 91156421 AURA MARIA RAMIREZ YENI FABIOLA GOMEZ R. SANDRA YAMILE GOMEZ HERNAN URIEL GOMEZ BRAYAN GOMEZ JHONATAN GOMEZ | | DE LA SIERRA | • JOSE DANIEL MORA LOPEZ • NORBERTO QUIROGA POVEDA • JOSE GELVEZ ALBARRACIN • NODIER GIRALDO GIRALDO | MEDIATO MEDIATO MEDIATO MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS | HERNAN GIRALDO SERNA VERSION DE JOSE DANIEL MORA FOTOGRAFÍA DE LA VÍCTIMA FOTOGRAFÍA DEL LUGAR DE LOS HECHOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MARIA JOSE | | | | | | | | VEREDA KENNEDY Y/O EL MICO ENTREVISTA A LA VÍCTIMA REGISTRO CIVIL DE NACIMIENTO DE YENNY FABIOLA, SANDRA YAMILE, JONATHAN GOMEZ RAMIREZ. |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | FOTOCOPIA DE C.C. YENY FABIOLA GOMEZ, JOSE EDUARDO GOMEZ, AURA MARIA RAMIREZ PARRA.  REPORTE DE HECHO. |

ESTE HECHO TUVO OCURRENCIA EL DÍA 20 DE DICIEMBRE DE 2.004 CUANDO LLEGARON  LAS AUTODEFENSAS AL MANDO DE JOSE DANIEL MORA LOPEZ ALIAS GUERRERO, LLEGARON A LA FINCA ALTAMIRA, UBICADA EN LA VEREDA KENNEDY, DONDE VIVÍA EL SEÑOR JOSE EDUARDO GOMEZ ARDILA CON SU FAMILIA Y LO SACARON, AL PARECER POR UNA MALA INFORMACIÓN QUE HABÍAN DADO DE ÉL Y LO LLEVARON HASTA UNA CASA

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 988

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| UBICADA EN EL CASERÍO KENNEDY O EL MICO, DONDE LO TUVIERON POR UN AÑO, DURANTE ESE TIEMPO NO LE PERMITÍAN SALIR PARA NINGUNA PARTE, LOS TENÍAN VIGILADOS Y LE DECÍAN QUE SI SE MOVÍA LO MATABAN, ALLÍ ESTUVO CON SU MUJER Y SUS CINCO HIJOS, LAS AUTODEFENSAS LE DABAN LA COMIDA Y TODO LO QUE NECESITABAN, LO TENÍAN BAJO VIGILANCIA MIENTRAS VERIFICABAN LA INFORMACIÓN QUE AL PARECER TENÍAN DE ÉL. EN EL MES DE NOVIEMBRE DE 2004  EL COMANDANTE CIENTO UNO LE DIJO QUE PODÍA IR A RECOGER CAFÉ Y QUE YA ESTABA LIBRE, PORQUE NO SE HABÍA COMPROBADO NADA EN SU CONTRA.  SIN EMBARGO ÉL SE QUEDÓ CON SU FAMILIA EN LA MISMA CASA DONDE LO HABÍAN TENIDO, PORQUE NO SABÍA QUÉ HACER NI TENÍA DINERO. SOLO A PRINCIPIOS DE 2.006 CUANDO LOS PARAMILITARES SALIERON DE LA REGIÓN  ÉL APROVECHÓ Y SE FUE PARA CIÉNAGA, DEJANDO TODO ABANDONADO Y NO VOLVIÓ MÁS. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE GELVEZ ALBARRACIN   JOSE DANIEL MORA LOPEZ A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:<br><br>➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➤ SECUESTRO SIMPLE. TIPIFICADO EN EL LIBRO SEGUNDO TITULO III. DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTIAS CAPITULO II DEL SECUESTRO ARTICULO 168 LEY 599 DE 2000. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | |

AGRAVADO ART 170.

1.- SI LA CONDUCTA SE COMETE EN PERSONA DISCAPACITADA QUE NO PUEDA VALERSE POR SÍ MISMA O QUE PADEZCA ENFERMEDAD        GRAVE,  **O EN MENOR DE DIECIOCHO (18) AÑOS**,…**O QUE SEA MUJER EMBARAZADA**.

ENTRE LAS VÍCTIMAS SE ENCONTRABAN LOS HIJOS DE JOSE GOMEZ ARDILA, CUYOS NOMBRES SON: YENI FABIOLA DE 15 AÑOS DE EDAD,     SANDRA YAMILE DE 10 AÑOS DE EDAD, HERMES URIEL DE 9 AÑOS DE EDAD, BRAYAN ALEXANDER DE 6 AÑOS DE EDAD Y JHONATAN ENMANUEL GÓMEZ    RAMIREZ QUIEN NACIÓ CUANDO ESTABAN SECUESTRADOS. TODOS MENORES DE 18 AÑOS.

2.- **SI SE SOMETE A LA VÍCTIMA A TORTURA FÍSICA O MORAL** O A VIOLENCIA SEXUAL DURANTE EL TIEMPO QUE PERMANEZCA SECUESTRADA.

DURANTE EL TIEMPO QUE ESTUVIERON SECUESTRADOS LE DECÍAN QUE SI SE MOVÍAN DE AHÍ LO MATABAN.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

3.- SI LA PRIVACIÓN DE LA LIBERTAD DEL SECUESTRADO SE PROLONGA POR MÁS DE QUINCE (15) DÍAS.


ESTUVO SECUESTRADO CON SU FAMILIA DESDE EL 17 DE DICIEMBRE DE 2003 HASTA  EL MES DE NOVIEMBRE DE 2004.


16.- EN PERSONA INTERNACIONALMENTE PROTEGIDA DIFERENTE O NO EN EL DERECHO INTERNACIONAL HUMANITARIO Y AGENTES DIPLOMÁTICOS,       DE LAS SEÑALADAS EN LOS TRATADOS Y CONVENIOS INTERNACIONALES RATIFICADOS POR COLOMBIA.


LA VÍCTIMA EN ESTE CASO, NO PUEDE CONSIDERARSE QUE ERA PARTICIPE DE LAS HOSTILIDADES PROPIAS DEL CONFLICTO ARMADO, ES DECIR,     QUE NO ERA COMBATIENTE Y POR ESO OSTENTABA LA CALIDAD DE PERSONA INTEGRANTE DE LA POBLACIÓN CIVIL, POR TANTO ES UNA PERSONA       PROTEGIDA CONFORME AL DERECHO INTERNACIONAL HUMANITARIO.


PARÁGRAFO. LAS PENAS SEÑALADAS PARA EL SECUESTRO SIMPLE, SE AUMENTARÁN DE UNA TERCERA PARTE A LA MITAD CUANDO CONCURRIERE       ALGUNA DE LAS CIRCUNSTANCIAS ANTERIORES…


➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME     AL          DERECHO INTERNACIONAL HUMANITARIO: LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 57..DESPLAZAMIENTO FORZADO | | LETICIA MAESTRE GALENAO CC 45424525 | 30/01/2002 | SANTA MARTA MAGDALENA | • HERNAN GIRALDO | MEDIATO | | | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS | CONFESION DEL POSTULADO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | FABIAN, JOSE, ANEDIANA VANEGAS MAESTRE | | | SERNA<br>• NOBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• EDGAR OCHOA BALLESTEROS<br>• CARMEN RINCON | MEDIATO<br><br>MEDIATO<br><br><br>MEDIATO<br><br><br>MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | | | INFORMES DE POLICÍA JUDICIAL - FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO<br><br>CARPETA DE VICTIMAS INDIRECTAS,.<br><br>ACTA DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LEVANTAMIENTO DE CADAVER, PROTOCOLO DE NECROPSIA  REGISTRO DE DEFUNCION |

SE TIENE DOCUMENTADO QUE EN HORAS DE LA TARDE DEL DÍA 30 DE ENERO DEL 2001 EN MOMENTOS EN QUE EL SEÑOR JOSÉ VANEGAS TOLOZA ATENDÍA LA DROGUERÍA SAN JOSÉ DE SU PROPIEDAD UBICADA EN LA DIAGONAL 39 NO 8-113 DE LA CIUDAD DE SANTA MARTA FUE SORPRENDIDO POR VARIOS SUJETOS QUE DISPARARON CONTRA LA HUMANIDAD DEL SEÑOR VANEGAS TOLOZA EN REPETIDAS OCASIONES HASTA DEJARLO SIN VIDA EN EL INTERIOR DEL ESTABLECIMIENTO COMERCIAL. EL POSTULADO EDGAR OCHOA BALLESTEROS MANIFESTO QUE EL MOTIVO POR EL CUAL SE LE DIO MUERTE A ESTA PERSONA FUE PORQUE  SEGUN ELLOS COLABORABA CON LAS FARC  A RAIZ DE ESTE HOMICIDIO  Y POR LAS AMENAZAS  RECIBIDA SU FAMILIA SE DESPLAZO A LA CIUDAD DE BARRANQUILLA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| GIRALDO, EDGAR OCHOA Y CARMEN RINCON A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE: | | | | | | | | | | |
| ➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| **2ª POLITICA SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO / DESPLAZAMIENTO COLECTIVO / AMENAZA GENERALIZADA / REUNIONES /** | | | | | | | | | | |
| 58.DESPLAZAMIENTO FORZADO Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ACTOS DE TERRORISMO-ART | | * MARCO ANTONIO OSES ARDILA  * EDGAR OSES SANCHEZ, EDILIA OSOSRIO (CONYUGUE) HIJOS ERICA, | 01/08/2004 | FINCA SAN CARLOS Y LA PAZ – CIRREGIMIENTO DE SAN PEDRO | • HERNAN GIRALDO SERNA • NOBERTO QUIROGA POVEDA • NODIER | MEDIATO  MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO | DESPLAZAMIENTO COLECTIVO | AMENAZAS GENERALIZDAS / REUNIONES | VERSIÓN HERNAN GIRALDO SERNA  VERSION DE JOSE DANIEL MORA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PAOLA, EDGAR E ISAAC OSES OSORIO<br><br>* CRISOTOMO OSES SANCHEZ, CONYUGUE ELSA OSES SANCHEZ, HIJOS FABIAN Y YERSON OSES OSES<br><br>* PEDRO ANTONIO PADILLA<br><br>NIEVES MONTAÑEZ SANTOFIMIO<br><br>EDWIN ANTONIO | | DE LA SIERRA – CIENAGA (MAGDALENA) | GIRALDO GIRALDO<br>• JOSE DANIEL MORA LOPEZ<br>• JOSE GELVES ALBARRACIN<br>• AFRANIO REYES MARTINEZ | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | SUBVERSIVO | | | VERSION DE NORBERTO QUIROGA POVEDA<br><br>LISTADO DE LAS FAMILIAS DESPLAZADAS-<br><br>FOTOGRAFÍA DE LAS VIVIENDAS DE LAS FINCAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PADILLA MONTAÑEZ ELIZABETH PADILLA MONTAÑEZ, MIGUEL ANGEL, RUTH, ALEXANDER, JESUS, MONICA PADILLA MONTAÑEZ *GUSTAVO SANABRIA ARIAS ROSABETH PADILLA MONTERO, SANDRA, IVAN, MARISOL, FABIO, | | | | | | | | FOTOGRAFÍAS DE LA DILIGENCIA DE ENTREGA DE LAS FINCAS ESTATUTOS DE LA COOPERATIVA AGROPECUARIA SAN CARLOS "COOAGROSAC LTDA" CERTIFICA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | YEISON, YURLEIDIS Y GUSTAVOZAN ABRIA PADILLA<br><br>*ROQUE JACINTO LEAL DURAN<br><br>*ANA VICTORIA BELTRAN ARDILA, ZULLY BELTRAN ARDILA, YURANIS OSES BELTRAN, SORANI BELTRAN OSES, TANIA BELTRAN | | | | | | | | | DO DE EXISTENCIA Y REPRESENTACIÓN LEGAL DE LA COOPERATIVA AGROPECUARIA SAN CARLOS<br><br>FICHA PREDIAL DE LA FINCA SAN CARLOS<br><br>PROCESO ORDINARI |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ARDILA<br><br>*ANA LEONOR PONCE MELENDEZ<br><br>* ESMINDA DEL ROSARIO MENDOZA PADILLA, HAROL, DIDIER, LISETH, MARIA, JESUS, MILAGROS, DARLY Y GREYS SUAREZ GUERRERO | | | | | | | | O REIVINDICATORIO RAD. 2008-00089-DTE COOAGRO SAC LTDA VS ASOSIERRA NEVADA<br><br>INFORME DE POLICÍA JUDICIAL<br><br>ACTA DE ENTREGA DE LAS FINCAS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | - REPORTES DEL HECHO<br><br>CERTIFICACIÓN EXPEDIDA POR LA PERSONERÍA DE CIÉNAGA SOBRE EL REGISTRO DE LA VÍCTIMA EN EL REGISTRO UNICO DE POBLACIÓN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DESPLAZADA "RUPD". |

SE TIENE DOCUMENTADO QUE LOS SOCIOS  DE  LA COOPERATIVA AGROPECUARIA SAN CARLOS - COOAGROSAC LTDA, ADQUIRIO A TRAVÉS DE LA ESCRITURA PÚBLICA NÚMERO 694 DEL 17 DE DICIEMBRE DE 1.998, DE LA NOTARÍA ÚNICA DEL CIRCULO DE PLATO MAGDALENA,   POR COMPRA QUE LE HICIERAN A INVERSIONES FERNANDEZ DE CASTRO DIAZGRANADOS Y CIA S,  A TRAVÉS DE BONOS AGRARIOS  QUE CORRESPONDÍAN AL SUBSIDIO QUE EL INCORA  LE OTORGÓ A LOS COMPRADORES, ES DECIR QUE EL 70 % FUE CANCELADO A TRAV.ÉS DEL SUBSIDIO OTORGADO POR EL INCORA, UN 20% QUE FUE CEDIDO POR LOS VENDEDORES Y EL RESTANTE 10 % FUE CANCELADO POR RECURSOS PROPIOS DE LOS COMPRADORES.

LAS FINCAS ERAN  EXPLOTADAS POR LOS SOCIOS QUIENES SE DEDICABAN  EXCLUSIVAMENTE AL CULTIVO DE CAFÉ. Y EN EL MES DE AGOSTO DE 2004,  EL GRUPO DE AUTODEFENSAS DEL BLOQUE RESISTENCIA TAYRONA, QUE HACÍA PRESENCIA EN EL SECTOR AL MANDO DEL COMANDANTE ALIAS "CESAR"  "101" 6.6 O GUERRERO,  LES DIJO QUE TENÍAN QUE ABANDONAR LA  TIERRAS, PORQUE LAS IBAN  A COGER LOS PARAMILITARES, HASTA QUE SE INVESTIGARA BIEN A LOS QUE ESTABAN TRABAJANDO, Y DE ESA FORMA TODOS LOS SOCIOS ABANDONARON  LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

FINCA Y LAS AUTODEFENSAS SE APODERARON DE LOS PREDIOS Y  SE LAS DIERON EN ADMINISTRACIÓN A MIEMBROS DE UNA COMUNIDAD

GNÓSTICA, Y SEGÚN LAS VÍCTIMAS  DESPUÉS QUE SE DIO LA DESMOVILIZACIÓN, LAS PERSONAS QUE COLOCARON LAS AUTODEFENSAS DECÍAN

QUE NO LAS IBAN A DEVOLVER. LOS SOCIOS DE LA COOPERATIVA  COOAGROSAC, QUE FUERON DESPLAZADOS POR LOS GRUPOS DE

AUTODEFENSAS EN EL MES DE AGOSTO DE 2.004, CONCURRIERON A LA UNIDAD DE JUSTICIA Y PAZ Y REPORTARON LOS HECHOS DELICTIVOS EN

QUE RESULTARON VICTIMAS POR PARTE DEL GRUPO DE AUTODEFENSAS DENOMINADO BLOQUE RESISTENCIA TAYRONA QUE OPERA EN EL

SECTOR.  AL PONERSE DE PRESENTE  LOS HECHOS A LOS POSTULADOS MIEMBROS DEL EXTINTO BLOQUE RESISTENCIA TAYRONA, SU MÁXIMO

COMANDANTE HERNAN GIRALDO SERNA, EN DILIGENCIA DE VERSIÓN LIBRE RENDIDA EL 20 DE FEBRERO DE 2.008, CONFESÓ EL HECHO Y

MANIFESTÓ" QUE ASUMÍA LA RESPONSABILIDAD POR EL DESPLAZAMIENTO DE LAS PERSONAS ACAECIDO  EN EL CORREGIMIENTO DE SAN

PEDRO DE LA SIERRA, LOS CUALES FUERON DESPOJADOS DE SUS PREDIOS POR LOS PARAMILITARES Y ENTREGADOS A LOS GNÓSTICOS.

LA FISCALÍA NOVENA SOLICITÓ  EL DÍA 31 DE MAYO DE 2010 ANTE EL HONORABLE TRIBUNAL DE JUSTICIA Y PAZ  UNA AUDIENCIA PRELIMINAR – MEDIDA CAUTELAR DE  RESTITUCIÓN COMO DE LAS FINCAS "**SAN CARLOS** Y "**LA PAZ**", UBICADAS EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, MUNICIPIO DE CIÉNAGA (MAGDALENA), DILIGENCIA QUE SE LLEVÓ A CABO EL DÍA 1 DE JULIO DE 2010, DENTRO DE LA INVESTIGACIÓN QUE ESTE DESPACHO ADELANTA CONTRA **HERNAN GIRALDO SERNA**, ALIAS **"EL PATRON"**, **NORBERTO QUIROGA POVEDA** ALIAS **"5.5."** Y **JOSE DANIEL MORA LOPEZ** ALIAS **"GUERRERO"**, MIEMBROS DEL BLOQUE RESISTENCIA TAYRONA, EN DONDE SE ORDENÓ LA DEVOLUCIÓN MATERIAL Y PROVISIONAL DE LAS FINCAS ANTES CITADAS A LA "**COOPERATIVA AGROPECUARIA SAN CARLOS "COAGROSAC LTDA**" A TRAVÉS DE SU REPRESENTANTE LEGAL **PEDRO PADILLA MONTERO**, DISPONIENDO QUE LA FISCALÍA COORDINARA SU DEVOLUCIÓN.   EL DÍA 2 DE SEPTIEMBRE DE 2010 LA FISCALÍA NOVENA DE LA UNIDAD PARA LA JUSTICIA Y LA PAZ, CON EL ACOMPAÑAMIENTO DE LA DEFENSORÍA DEL PUEBLO DEL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

MAGDALENA, PROCURADURÍA GENERAL DE LA NACIÓN, FUNCIONARIOS DEL INCODER, INSTITUTO DE BIENESTAR FAMILIAR, COMISIÓN NACIONAL DE REPARACIÓN Y RECONCILIACIÓN, CONSEJO NORUEGO PARA LOS REFUGIADOS, MAPP- OEA Y REPRESENTANTES DE VÍCTIMAS SE REALIZÓ LA DEVOLUCIÓN MATERIAL Y PROVISIONAL DE LA FINCA **SAN CARLOS** A LA COOPERATIVA AGROPECUARIA SAN CARLOS **"COOAGROSAC LTDA"**, REPRESENTADA POR EL SEÑOR **PEDRO PADILLA MONTERO**.

POSTERIORMENTE EL REPRESENTANTE DE LOS SEÑORES JUAN DE JESÚS DÍAZ SANABRIA, LEONOR RODRÍGUEZ DE WAITEROS, GLORIA MARINA CUÉLLAR SALAMANCA, JOSÉ IGNACIO CHÁVEZ CASTAÑEDA, ÉDGAR RICARDO BOHÓRQUEZ BETANCOURT, SAÚL CASTAÑEDA CASTAÑEDA Y CARMENZA INGRID JIMÉNEZ BELTRÁN, INTERPUSO RECURSO DE APELACIÓN CONTRA LA DECISIÓN PROFERIDA POR LA SEÑORA MAGISTRADA CON FUNCIONES DE CONTROL DE GARANTÍAS DE LA SALA PENAL DE JUSTICIA Y PAZ DEL TRIBUNAL SUPERIOR DEL DISTRITO JUDICIAL DE BARRANQUILLA QUE NEGÓ LA NULIDAD SOLICITADA POR EL REFERIDO PROFESIONAL DEL DERECHO EN AUDIENCIA PRELIMINAR, RESOLVIENDO LA HONORABLE CORTE SUPREMA DE JUSTICIA  EL DÍA  2 DE FEBRERO DE 2011 CONFIRMAR LA DECISIÓN DE PRIMERA INSTANCIA EN LO QUE FUE OBJETO DE IMPUGNACIÓN.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN, AFRANIO MANUEL REYES MARTINEZ   Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1003

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➤ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

 PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS     DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL          DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

➤ ACTOS DE TERRORISMO. PREVISTO EN EL LIBRO SEGUNDO TITULO DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EKL

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1004

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DERECHO INTERNACIONAL HUMANITARIO CAPITULO UNICO ART. 144 DE LA LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, REALICE U ORDENE LLEVAR A CABO ATAQUES INDISCRIMINADOS O EXCESIVOS O HAGA OBJETO A LA POBLACIÓN CIVIL DE ATAQUES, REPRESALIAS, ACTOS O AMENAZAS DE VIOLENCIA CUYA FINALIDAD PRINCIPAL SEA ATERRORIZARLA, INCURRIRÁ POR ESA SOLA CONDUCTA EN PRISIÓN DE QUINCE (15) A VEINTICINCO (25) AÑOS, MULTA DE DOS MIL (2.000) A CUARENTA MIL (40.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. | | | | | | |
| 59 DESPLAZAMIENTO FORZADO Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LEONIDAS TORRES FRANCO** **OSCAR POLO ROJANO** – CONYUGUE ANTONIA CASTRO DE LEON HIJO DAMAR POLO CASTRO **ADOLFO POLO PAEZ** CONYUGUE OMAIRA MEZA E HIJOS WILLIAM Y | 28/07/2004 | FINCA LA SEVILLANA - CORREGIMIENTO DE SAN PEDRO DE LA SIERRA – CIENAGA (MAGDALENA) | • HERNAN GIRALDO SERNA • NOBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • JOSE DANIEL MORA LOPEZ • JOSE GELVES ALBARRACIN | MEDIATO MEDIATO MEDIATO MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO COLECTIVO | AMENAZAS GENERALIZDAS / REUNIONES | VERSION LIBRE DE HERNAN GIRALDO SERNA VERSION LIBRE DE NORBERTO QUIROGA POVCEDA VERSION LIBRE DE JOSE DANIEL MORA FOTOGRA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | KELLY MEZA RODRIGUEZ, EDWIN, ADLABERTO, MILENA Y VANESA POLO RODRIGUEZ **FRANCISCO CASTRO PEREZ** **ATILIO CALVO VILLARREAL** **MANUEL MERCADO ARMENTA** **JULIO LOZANO LEON** HIJOS YAIDER Y JULIO | | | • AFRANIO REYES MARTINEZ | MEDIATO MEDIATO | | | | FÍA SATELITAL DE LA FINCA LA DILIA LISTADO DE PERSONAS DESPLAZADAS FACHADA DE LA FINCA LA DILIA DOCUMENTO DIRIGIDO AL DIRECTOR DE LA RED DE SOLIDARIDAD DE SANTA MARTA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LOZANO VARGAS **ADALBERTO VARELA GOMEZ** **PEDRO VARGAS MANGA** E HIJO OMAR VARGAS POLO **GLADUS PEREZ NAVARRO** **OLGA RODRIGUEZ VIUDA DE CHIQUILLO** | | | | | | | | INFORMANDO EL DESPLAZAMIENTO 28 DE JUNIO DE 2.004 OCURRIDO EN LA FINCA LA SEVILLANA. FOTOCOPIA DEL PROCESO 62733 DENUNCIANTE LEONIDAS TORRES POR EL DELITO DE DESPLAZAMIENTO FORZADO. CONSTITU |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  |  |  |  |  |  | CIÓN DE USUFRUCTO .CERTIFICADO DE TRADICIÓN DE LA FINCA LA SEVILLANA CANCELACIÓN DEL USUFRUCTO ENTREVISTA AL SEÑOR LEONIDAS TORRES FRANCO Y |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | GLADYS PEREZ

IDENTIDAD DE LAS VÍCTIMAS DESPLAZADAS

FORMATO UNICO DE POBLACIÓN DESPLAZADA |

SE ENCUENTRA DOCUMENTADO QUE EL INSTITUTO COLOMBIANO DE LA REFORMA AGRARIA INCORA,  LE ENTREGÓ EN USUFRUCTO A 35 FAMILIAS DESPLAZADAS, PARA SU EXPLOTACIÓN AGRÍCOLA,  LA  FINCA LA SEVILLANA O LA DILIA, UBICADA EN  LA VEREDA CAMAGUÁL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA DEL MUNICIPIO DE CIENAGA, CONSTANTE DE 98 HECTÁREAS, LO CUAL SE HIZO MEDIANTE ESCRITURA PÚBLICA, 531 DE FECHA 7 DE ABRIL DE 2.003, DE LA NOTARÍA PRIMERA DEL CIRCULO DE SANTA MARTA, OTORGADA POR EL INSTITUTO COLOMBIANO DE LA REFORMA AGRARIA  INCORA, Y LA ASOCIACIÓN COMUNITARIA LA SEVILLANA EN CABEZA DE SU REPRESENTANTE LEGAL EN ESE ENTONCES,  EMILDO MIGUEL YANCE CANTILLO,  POR EL TÉRMINO DE TRES AÑOS, ACTUACIÓN QUE FUE REGISTRADA EN EL FOLIO DE MATRICULA INMOBILIARIA NO 222-5594 DE LA OFICINA DE REGISTRO DE INSTRUMENTOS PÚBLICOS DE CIENAGA  MAGDALENA.


DE IGUAL MANERA SE ESTABLECIÓ QUE LA  COMUNIDAD, NO LOGRÓ USUFRUCTUAR LA FINCA POR EL TIEMPO CONCEDIDO,  DEBIDO A QUE PARA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

EL MES DE  DICIEMBRE DEL 2003, LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, ASESINARON A UN MIEMBRO DE LA ASOCIACIÓN DE NOMBRE NORBERTO CHIQUILLO,  Y LUEGO LES COLOCARON UN RETEN CON EL CUAL LES CONTROLABAN EL INGRESO Y SALIDA DE LA FINCA, POSTERIORMENTE EL DÍA 28 DE JULIO DEL 2004,  LLEGARON HASTA LA FINCA LOS PARAMILITARES COMANDADOS POR ALIAS 101, GUERRERO O CESAR, CUYO NOMBRE CORRESPONDE A JOSE DANIEL MORA LOPEZ  Y REUNIERON A LOS QUE ESTABAN EN LA CASA Y LES DIERON LA ORDEN DE DESALOJAR EN EL ACTO, POR LO CUAL TODOS LOS CAMPESINOS QUE ESTABA EN EL LUGAR, LES TOCÓ ABANDONAR EL PREDIO CON LAS MEJORAS E INVERSIONES,  ASÍ COMO 8 MULOS, UN TRANSFORMADOR Y EL CABLE QUE DABA LUZ A TODAS LAS CASAS DE LA FINCA. LUEGO DE ELLO EL GRUPO PARAMILITAR ENTREGÓ  LA FINCA EN ADMINISTRACIÓN  A MIEMBROS DE LA COMUNIDAD GNÓSTICA  RELIGIOSA DE LA REGIÓN  Y COMO CONTRAPRESTACIÓN ESTAS PERSONAS LE  REPORTABAN UN PORCENTAJE DE LA PRODUCCIÓN ANUAL DE LA COSECHA DE CAFÉ, POR LA SUMA DE TREINTA Y CINCO MILLONES DE PESOS. DESPUÉS DE LA DESMOVILIZACIÓN LOS MIEMBROS DE LA COMUNIDAD GNÓSTICA  SE HAN NEGADO A ENTREGAR LA FINCA Y HASTA LA FECHA DEL DÍA DE HOY 29 DE NOVIEMBRE DE 2.011, SIGUEN EN POSESIÓN DE LA MISMA.


EL GRUPO DE POLICÍA JUDICIAL ADSCRITO A LA FISCALÍA NOVENA,  PUDO VERIFICAR QUE EN DIFERENTES FISCALÍAS HAN CURSADO VARIOS PROCESOS RELACIONADOS CON LOS MIEMBROS DE LA ASOCIACIÓN COMUNITARIA LA SEVILLANA. ES ASÍ COMO SE TIENE QUE EN LA FISCALÍA 22 SECCIONAL DE CIÉNAGA MAGDALENA BAJO EL RADICADO NO. 62733 SE ADELANTÓ UNA INVESTIGACIÓN, DONDE FIGURA COMO DENUNCIANTE EL SEÑOR **LEONIDAS TORRES FRANCO,** EN SU CALIDAD DE REPRESENTANTE LEGAL DE LA ASOCIACIÓN COMUNITARIA LA SEVILLANA Y COMO IMPUTADOS **EDUARDO RINCON Y HENRY HERNANDEZ**, DESPACHO QUE MEDIANTE RESOLUCIÓN DE FECHA 19  DE MARZO DE 2009 ORDENÓ ENVIAR LA INVESTIGACIÓN A LA OFICINA DE ASIGNACIONES DE LA CIUDAD DE SANTA MARTA PARA QUE SE ASIGNARA A UN FISCAL DELEGADO ANTE LA UNIDAD ESPECIALIZADA POR SER DE SU COMPETENCIA, CORRESPONDIÉNDOLE A LA FISCALÍA 1 ESPECIALIZADA DE LA UNIDAD DE ASUNTOS HUMANITARIOS DE SANTA MARTA BAJO EL RADICADO Nº 87.232 DONDE SE ENCUENTRA EN LA ACTUALIDAD.

DE OTRA PARTE, EN EL JUZGADO SEGUNDO CIVIL DEL CIRCUITO DE CIÉNAGA (MAGDALENA), RADICACIÓN Nº 2007 – 00074, SE ADELANTÓ UN PROCESO REIVINDICATORIO AGRARIO, DONDE EL DEMANDANTE ES EL INCODER Y COMO DEMANDADOS FIGURAN HENRY HERNANDEZ CALDERON, SANDRA PATRICIA ROJAS ABELLO, REINALDO RAMIREZ OSPINA, FABIAN ALBERTO RAMIREZ GARCIA Y EDGAR ARENAS MARQUEZ.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SE PUDO ESTABLECER QUE LAS AUTODEFENSAS DEL DESMOVILIZADO BLOQUE RESISTENCIA TAYRONA COMANDADAS EN LA ZONA DE SAN PEDRO DE LA SIERRA POR JOSE DANIEL MORA LÓPEZ ALIAS GUERRERO, FUERON QUIENES DESPOJARON POR LA FUERZA A ESTAS PERSONAS DE LA ASOCIACIÓN COMUNITARIA LA SEVILLANA DEL USUFRUCTO DEL QUE HABÍAN SIDO BENEFICIARIOS POR PARTE DEL INCODER, Y ADEMÁS LE HURTARON SUS PERTENENCIAS, LOS OBLIGARON A DESPLAZARSE, LES ASESINARON A UNO DE SUS ASOCIADOS Y LES PRODUJERON CUANTIOSAS PÉRDIDAS ECONÓMICAS POR LAS COSECHAS DE CAFÉ QUE DEJARON DE RECOGER Y COMERCIALIZAR.

DE LA MISMA MANERA SE PUDO ESTABLECER SEGÚN VISITA EFECTUADA POR MIEMBROS DE POLICÍA JUDICIAL ADSCRITOS A JUSTICIA Y PAZ,  EL DÍA 29 DE OCTUBRE DE 2009 A  LA FINCA LA SEVILLANA O LA DILIA, QUE EN ELLA RESIDE EL SEÑOR **JOSE HENRY HERNANDEZ CALDERON** IDENTIFICADO CON CÉDULA DE CIUDADANÍA Nº 75.145.173 DE CHINCHINÁ (CALDAS), MIEMBRO DE LA **COMUNIDAD GNÓSTICA** ASENTADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA MUNICIPIO DE CIÉNAGA, QUIEN MANIFESTÓ QUE LA PERSONA QUE ESTÁ A CARGO DE LA FINCA ES EL SEÑOR **EDGAR ARENAS MARQUEZ** IDENTIFICADO CON CÉDULA DE CIUDADANÍA Nº 10.268.075 DE MANIZALES Y TAMBIÉN PERTENECE A LA COMUNIDAD GNÓSTICA, ES PRECISO SEÑALAR QUE ESTAS PERSONAS CONSTITUYERON EL DÍA 17 DE MARZO DE 2006 LA **ASOCIACIÓN AGRÍCOLA ASOSIERRA** CON NIT. 90008143-0 DE LA CUAL FIGURA COMO PRESIDENTE EL SEÑOR **EDUARDO RINCON MENDOZA** IDENTIFICADO CON CÉDULA DE CIUDADANÍA Nº 5.944.069 DEL LÍBANO (TOLIMA), LO ANTERIOR CONSTA DOCUMENTALMENTE EN LOS FOLIOS DEL 82 A 86 DEL PROCESO ORDINARIO REIVINDICATORIO AGRARIO RAD. Nº 2008-00089 DEL JUZGADO SEGUNDO CIVIL DEL CIRCUITO DE CIÉNAGA – MAGDALENA DEMANDANTE: COOAGROSAC LTDA DEMANDADO: **ASOCIACION AGRICOLA "ASOSIERRA NEVADA.**

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN, JOSE DANIEL MORA, AFRANIO MANUEL REYES MARTINEZ, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE: | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1011

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL            DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | | | | | | |
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 60. DESPLAZAMIENTO FORZADO Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | RAFAEL ANTONIO VILLARREAL YEIMI VILLAREAL ALEXANDER VILLAREAL DIMER VILLAREAL WILFRIDO BERMUDEZ JHON JAIRO BERMUDEZ PEDRO | 13/08/2004 | FINCA LA INDIA – CORREGIMIENTO DE SAN PEDRO DE LA SIERRA – CIENAGA (MAGDALENA) | • HERNAN GIRALDO SERNA <br>• NOBERTO QUIROGA POVEDA <br>• NODIER GIRALDO GIRALDO <br>• JOSE DANIEL MORA LOPEZ <br>- JOSE GELVES ALBARRACIN | .Mediato Mediato Mediato | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO COLECTIVO | AMENAZAS GENERALIZDAS / REUNIONES | VERSION DE HERNAN GIRALDO SERNA VERSION DE NORBERTO QUIROGA POVEDA. FOTOGRA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PACHECO | | | -   AFRANIO REYES MARTINEZ | Mediato | | | | FÍA DE LAS VÍCTIMAS- |
| | | LIGIA GONZALEZ | | | | | | | | |
| | | ARLINGTON PACHECO | | | | MEDIATO | | | | FOTOGRAFÍA DE LA FINCA LA INDIA- |
| | | ANGIE PACHECO | | | | MEDIATO | | | | VIVIENDA DE LA FAMILIA BAHAMON |
| | | ROSA ELENA MAYORQUIN | | | | | | | | |
| | | EDWIN GOMEZ | | | | | | | | |
| | | GERARDO GOMEZ | | | | | | | | PUBLICACIÓN DE PRENSA DEL DÍA 24 DE AGOSTO DE 20 |
| | | YOLI LUCERO GOMEZ | | | | | | | | |
| | | LIBARDO CALVO | | | | | | | | |
| | | ELIAS | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ALVAREZ JAIR ALVAREZ JESUS EDUARDO ALVAREZ SANDRA MILENA ALVAREZ MARTA GONZALEZ CRISTIAN MENDOZA CESAR, CARLOS, RODRIGO Y ANGIE RAMIREZ PEDRO MANUEL | | | | | | | | FOTOGRAFÍA DE LA FINCA LA MARINCA FOTOGRAFÍA DE LA FORMA COMO QUEDARON LOS CADÁVERES DE LAS VÍCTIMAS CARÁTULA DEL PROCESO DEL HOMICIDIO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PACHECO CAREN TRILLO VICTOR DANILO PACHECO | | | | | | | | DE YURI BAHAMON Y SEGUNDO BAHAMON RUIZ. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1016

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

EL DÍA 13 DE AGOSTO DE 2.004 EL SEÑOR SEGUNDO BAHAMON RUIZ Y SU HIJO YURI BAHAMON QUINTERO, SALIERON DE LA FINCA LA INDIA, UBICADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DONDE EL SEÑOR SEGUNDO BAHAMON ERA COPROPIETARIO Y PERTENECÍA A LA COOPERATIVA AGROPECUARIA SAN ISIDRO "COOAGROSI", A UNA REUNIÓN QUE HABÍAN CONVOCADO LOS PARAMILITARES EN LA REGIÓN DEL MICO,  A LA ALTURA DE LA FINCA LA TRANQUITA HABÍA UN RETÉN DE  PARAMILITARES EN DONDE ESTABA ALIAS "104", QUIENES PROCEDIERON A DETENER A LOS BAHAMON Y FUERON CONDUCIDOS A LA FINCA EL PLATANAL UNO, DONDE PERMANECIERON POR SEIS DÍAS, LUEGO LOS BAJARON A LA VEREDA JOLONURA CERCA DE LA EMPRESA DRUMON DONDE FUERON ASESINADOS Y SUS CADÁVERES ENCONTRADOS EL DÍA 19 DE AGOSTO DE 2004. POR ESTOS HECHOS LA FAMILIA DE LAS VÍCTIMAS SE DESPLAZARON  AL IGUAL QUE LOS OCUPANTES DE DICHA FINCA QUIENES DEJARON  ABANDONADO TODO LO QUE TENÍAN.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN, JOSE DANIEL MORA, AFRANIO MANUEL REYES MARTINEZ, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

(2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

 **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL           DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11: **2ª POLITICA SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO 2ª PRACTICA DESPLAZAMIENTO INDIVIDUAL/HOMICIDIO INDIVIDUAL** | | | | | | | | | | |
| **61.** DESPLAZAMIENTO FORZADO-SECUESTRO EXTORSIVO AGRAVADO- -HOMICIDIO EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS-INVASION DE TIERRAS O EDIFICACIONE | | **ANA ISABEL ECHEVERRIA ORTIZ** C.C. 39059610 MARY LUZ OSPINA ECHEVERRIA JUAN CARLOS OSPINA ECHEVERRIA YENIS OSPINA ECHEVERRIA WILSON OSPINA | 17/03/2003 | SIBERIA – CIENAGA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• JOSE DANIEL MORA LOPEZ<br>• JOSE GELVEZ ALBARRACIN<br>• NODIER GIRALDO GIRALDO<br>• AFRANIO REYES MARTINEZ | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** | VERSION DE HERNAN GIRALDO SERNA VERSION DE NORBERTO QUIROGA POVEDA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| S-. | | ECHEVERRIA LILIANA OSPINA ECHEVERRIA (LUIS OSPINA ECHEVERRIA (HOMICIDIO DE JAVIER OSPINA PULGARIN-JOSE OSPINA ECHEVERRIA) | | | | | | | | FOTOGRAFÍA DE LAS VÍCTIMA EN DEL LUGAR DEL HECHO VEREDA LOURDES-SIBERIA ACTA DE ISPECCIÓN DE CADÁVER NO 033 DE FECHA 17 DE MARZO DE 2.003, CORRESP |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|  |  |  |  |  |  |  |  |  |  | ONDIENTE A JAVIER DE JESUS OSPINA PULGARIN, MAGDALENA.

ACTA DE INSPECCIÓN DE CADÁVER NO 032 DE FECHA 17 DE MARZO DE 2.003, CORRESPONDIENTE A JOSE YOVANIS OSPINA ECHEVER |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | RIA, PROTOCOLO DE NECROPSIA NUMERO 2003- PRACTICADA LEGAL A JAVIER DE JESUS OSPINA PULGARIN. |

EL SEÑOR JAVIER DE JESUS OSPINA PULGARIN, EL DÍA 17 DE MARZO DE 2.003, SE ENCONTRABA EN LA FINCA BRISAS DE CÓRDOBA, UBICADA EN LA VEREDA LOURDES DEL CORREGIMIENTO DE SIBERIA,  DEL MUNICIPIO DE CIENAGA MAGDALENA , DONDE RESIDIA CON SU FAMILIA Y FUE CITADO POR EL GRUPO ARMADO DE AUTODEFENSAS DEL BLOQUE RESISTENCIA TAYRONA, EN LA VEREDA COREA Y  SU HIJO JOSÉ GIOVANNI OSPINA ECHEVERRÍA DECIDIÓ,  ACOMPAÑARLO Y AL LLEGAR  AL LUGAR EL GRUPO ARMADO LOS RETUVO Y LUEGO LOS ASESINÓ EN LA PARTE ALTA DE COREA.  LOS MOTIVOS  DE ESTE HOMICIDIO SEGUN VERSION DE NORBERT QUIROGA POVEA FUE POR SER COLABOADORES DE LAS FARC.  DEBIDO A ESTO  SUS FAMILIARES SE DESPLAZARON.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN, JOSE DANIEL MORA, AFRANIO MANUEL REYES MARTINEZ, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

   **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS      DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALÍA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1023

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

CONFORME AL          DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS


➢ SECUESTRO EXTORSIVO. LIBRO SEGUNDO TITULO III DELITOS CONTRA LA LIBERTAD Y OTRAS GARANTIAS ART. CAPITULO II ART 169 DE LA LEY 599 DE 2000 < ARTÍCULO MODIFICADO POR EL ARTÍCULO 2 DE LA LEY 733 DE 2002. PENAS AUMENTADAS POR EL ARTÍCULO 14 DE LA LEY 890 DE 2004, A PARTIR DEL 1O. DE ENERO DE 2005. EL NUEVO TEXTO CON LAS PENAS AUMENTADAS ES EL SIGUIENTE:> EL QUE ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, CON EL PROPÓSITO DE EXIGIR POR SU LIBERTAD UN PROVECHO O CUALQUIER UTILIDAD, O PARA QUE SE HAGA U OMITA ALGO, O CON FINES PUBLICITARIOS O DE CARÁCTER POLÍTICO, INCURRIRÁ EN PRISIÓN DE TRESCIENTOS VEINTE (320) A QUINIENTOS CUATRO (504) MESES Y MULTA DE DOS MIL SEISCIENTOS SESENTA Y SEIS PUNTO SESENTA Y SEIS (2666.66) A SEIS MIL (6000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.


➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| ➢ INVASION DE TIERRAS O EDIFICACIONES. SE ENCUENTRA PREVISTO EN EL LIBRO SEGUNDO TITULO VII DELITOS CONTRA EL PATRIMONIO ECONOMICO- CAPITULO SEPTIMO DE LA USURPACION ART. 263 LEY 599 DE 2000.  EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES | | | | | | | | | | |
| LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA INVASIÓN | | | | | | | | | | |
| EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL | | | | | | | | | | |
| 62. DESPLAZAMIENTO FORZADO- SECUESTRO SIMPLE | | MARIA INES RODRIGUEZ TORRES C.C 36524702 (HOMICIDIO DE BENJAMIN BAYEN | 09/11/1995 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR OCHOA BALLESTEROS<br>• CARMEN RINCON | MEDIATO MEDIATO MEDIATO | | | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUA** | VERSION HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | NARVAEZ) | | | | | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | | L | COPIA DEL PROCESO RADICADO BAJO EL NÚMERO 567 DE LA FISCALÍA SECCIONAL DE SANTA MARTA, REGISTRO FOTOGRÁ |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | FICO DEL LUGAR DE LOS HECHOS Y DEL LUGAR DE RESIDENCIA DE LA VICTIMA, REGISTRO DE LA PRENSA FOTOGRAFÍA EN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | VIDA DEL MISMO, COPIA DE LA NECRODACTILIA CORRESPONDIENTE A LA VICTIMA Y REGISTRO CIVIL DE DEFUNCIÓN DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | BAYEN NARVAEZ CARPETA DE VICTIMAS INDIRECTAS, |

EL DÍA 6 DE NOVIEMBRE DE 1995, EL SEÑOR BENJAMÍN BAYEN NARVÁEZ, QUIEN RESIDÍA EN EL SECTOR DE LA CALLE 18 CON CARRERA 6 DE SANTA MARTA, DE PROFESIÓN TAXISTA, ACUDIÓ A UNA CITA QUE LE HABÍA COLOCADO UN MIEMBRO DE LAS AUTODEFENSAS QUE VIVÍA CERCA DE SU RESIDENCIA; EL SEÑOR BAYEN TUVO TEMOR DE ASISTIR A LA CITA PERO LE COMENTÓ A SU COMPAÑERA PERMANENTE QUE DE NO ASISTIR PODRÍA SER VÍCTIMA DE REPRESALIAS POR LO CUAL DECIDIÓ CUMPLIR LA CITA, SALIENDO EN EL VEHÍCULO MARCA DACIA QUE CONDUCÍA, SIN REGRESAR A SU VIVIENDA. LA COMPAÑERA PERMANENTE DE BENJAMÍN  FUE AVISADA EL DÍA 7 DE NOVIEMBRE POR MIEMBROS DE LA POLICÍA NACIONAL, QUE EL VEHÍCULO QUE MANEJABA SU COMPAÑERO, FUE ENCONTRADO ABANDONADO, CON LAS LLAVES PUESTAS, Y PRENDIDO,  EN LA ENTRADA DEL BARRIO TAYRONA, Y AL SER REVISADO PRESENTABA MANCHAS DE SANGRE EN  EL VIDRIO TRASERO. EL DÍA 9 DE NOVIEMBRE DEL MISMO AÑO ES AVISADA LA COMPAÑERA PERMANENTE DE BENJAMÍN BAYEN   DE UN CADÁVER  ENCONTRADO POR LA POLICÍA NACIONAL EN EL SECTOR DE LAS TINAJAS, EN LAS AFUERAS DE SANTA MARTA, EN LA VÍA QUE CONDUCE A GUACHACA,  QUE TENÍA CARACTERÍSTICAS FÍSICAS Y PRENDAS DE VESTIR SIMILARES A LAS DEL SEÑOR BENJAMÍN, POR LO CUAL HERMANOS DE LA SEÑORA SE ACERCARON HASTA EL CEMENTERIO, IDENTIFICANDO EL CUERPO QUE SE ENCONTRABA  COMO EL DE BENJAMÍN BAYEN NARVÁEZ. EL CUERPO

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

SE ENCONTRABA EN ESTADO DE DESCOMPOSICIÓN POR LO CUAL SU NECROPSIA FUE REALIZADA EN DICHO CEMENTERIO, PRESENTANDO COMO DATO CARACTERÍSTICO LA AUSENCIA DE UNA OREJA Y SIGNOS DE TORTURA.    COMO MÓVIL DEL HECHO SE REVELÓ QUE EL GRUPO ARMADO ILEGAL PRESTABA SEGURIDAD AL PROPIETARIO DE LAS DROGUERÍAS ANDINAS EN SANTA MARTA, QUE VENÍA SUFRIENDO EXTORSIONES, POR LO QUE EN RETALIACIÓN COMETIERON ESTE CRIMEN, Y LE CORTARON LA OREJA A LA VÍCTIMA PARA LLEVARLA DE PRUEBA, ADEMÁS EN SU VERSIÓN EL POSTULADO INDICO QUE LA VICTIMA FUE APUÑALADO EN VARIAS PARTES DEL CUERPO CON UNA AGUJA DE COSER SACO DE FIQUE, EN DIFERENTES PARTES DEL CUERPO, ELLO CON EL FIN DE QUE DIERA INFORMACIÓN. HECHOS EN LOS CUALES TOMÓ PARTE ACTIVA EL POSTULADO. POR ESTOS HECHOS LOS FAMILIARES SE DESPLAZARON.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, EDGAR OCHOA BALLESTEROS Y CARMEN RINCON, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ **SECUESTRO SIMPLE ART 269** SUBROGADO. LEY 40 DE 1993, ART. 2.TIPIFICADO EN EL LIBRO SEGUNDO TITULO X DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTÍAS CAPÍTULO PRIMERO DEL SECUESTRO. DECRETO 100 DE 1980. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO ANTERIOR, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A VEINTICINCO (25) AÑOS Y MULTA DE CIEN (100) A DOSCIENTOS (200) SALARIOS MÍNIMOS MENSUALES.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 63. DESPLAZAMIENTO FORZADO- | | NANCY PATRICIA CAMELO RUBIO C.C 57298524 | 20/12/1995 | CORREGIMIENTO DE BONDA SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO INDIVIDUAL | **DESAPARICION FOZADA** | VERSION LIBRE DE HERNAN GIRALDO SERNA  VERSION DE LEONIDAS ACOSTA ANGEL  REPORTE DE LOS HECHOS.  INFORME DE POLICÍA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | JUDICIAL) <br><br> DENUNCIA PNAL PRESENTADA POR LA SEÑORA MIRIAN ESCOBAR. <br><br> DECLARACIÓN JURADA RENDIDA POR LA SEÑORA MARIA INES RUBIO ROMERO, <br><br> DENTRO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | DEL PROCESO PENAL. |

EL HECHO TUVO OCURRENCIA EL DÍA 20 DE DICIEMBRE DE 1.995, CUANDO A LA FINCA MIRA FLORES UBICADA EN LA VEREDA RÍO DE PIEDRAS DEL CORREGIMIENTO DE GUACHACA, INGRESARON  APROXIMADAMENTE 10  HOMBRES VESTIDOS DE CIVIL, CON ARMA DE FUEGO DE LARGO Y CORTO ALCANCE,  SE IDENTIFICARON COMO MIEMBROS DE LAS AUTODEFENSAS Y PROCEDIERON A LLEVARSE AL SEÑOR CAYETANO CAMELO CACERES Y A SU HIJO OSCAR CAMELO ESCOBAR, QUIENES LE PIDIERON QUE LOS ACOMPAÑARAN PARA QUE LES MOSTRARA UN CAMINO, PERO NUNCA MÁS REGRESARON, EN SU RECORRIDO CRIMINAL LOS AGRESORES, INGRESARON A LA  FINCA SANTA FE, EN DONDE RESIDÍA EL SEÑOR JOSE REYNEL CAMELO LOMBANA Y TAMBIÉN SE LO LLEVARON  JUNTO A SU PADRE Y HERMANO.  A RAIZ DE LA DESPARICION DE SUS SERES QUERIDOS LAS VICTIMAS INDIRECTAS SE DESPLAZARON DE LA ZONA.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 64. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | MARIA JOSE POSADA RUIZ C.C 1082947080 DINA LUZ RUIZ BELEÑO (HOMICIDIO DE CARLOS JOSE POSADA MARTINEZ) | 16/01/1997 | SANTA MARTA | • HERNAN GIRALDO SERNA • EDGAR OCHOA BALLESTEROS • CARMEN RINCON | MEDIATO MEDIATO MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL | VERSION LIBRE DE LIBARDO RAMOS RIVERA INFORME DE POLICIA JUDICIAL REPORTE DEL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | HECHO |

LOS HECHOS SUCEDIERON  EN HORAS DE LA NOCHE DEL DÍA 16 DE ENERO DE 1997, CUANDO CARLOS JOSÉ POSADA MARTÍNEZ, QUIEN SE ENCONTRABA REALIZANDO SU OFICIO DE CONDUCTOR DE TAXI, SE DESPLAZABA POR EL PUENTE "EL MAYOR", SOBRE LA AVENIDA "EL FERROCARRIL", CUANDO SE LE ACERCAN 4 HOMBRES, QUE SE MOVILIZABAN EN DOS MOTOCICLETAS, DISPARANDOLES EN VARIAS OPORTUNIDADES, CAUSANDOLE LA MUERTE DE FORMA INMEDIATA EN EL MISMO LUGAR DE LOS HECHOS. COMO CONSECUENCIA DE ESTOS HECHOS, Y POR TEMOR A QUE LES PASARA LO MISMO, LA COMPAÑERA PERMANENTE DE CARLOS JOSÉ POSADA MARTÍNEZ, DE NOMBRE DINA LUZ RUIZ BELEÑO,  JUNTO CON UNA HIJA, QUE RESPONDE AL NOMBRE DE MARÍA JOSÉ POSADA RUIZ, LES TOCO IRSE PARA EL MUNICIPIO DE ASTREA EN EL DEPARTAMENTO DE EL CESAR, A LA CASA DE LA MAMÁ DE CRIANZA DE AQUELLA, REGRESANDO A LA CIUDAD DE SANTA MARTA AL AÑO. LIBARDO RAMOS RIVERA MANIFESTO EN VERSION LIBRE  QUE PARTICIPO EN ESE HECHO, CON VARIAS PERSONAS, COMO JORGE BAYONA, YERITO Y PITILLO, LLEGO UNA ORDEN A JORGE BAYONA, EN EL SENTIDO DE QUE HABIA UN COMANDANTE GUERRILLERO QUE ANDABA EN UN TAXI PARA PASAR DESAPERCIBIDO, Y SE ESTABA BUSCANDO A ESA PERSONA Y EL VEHICULO QUE ERA UNA DACIA, SE DECIA QUE LA VICTIMA ERA DE TEZ MORENA, QUE SE DEJABA EL CANDADITO (BARBA), LA ORDEN ERA QUE EL QUE LO VIERA LO ASESINARA. ESA VEZ SALIMOS VARIOS Y POR LA CALLE TREINTA POR DONDE HAY UNA LADRILLERA VIMOS UN CARRO IGUALIITO, LA PERSONA QUE LO CONDUCIA COGIO BUSCANDO LA FERRROCARRIL, ENTONCES LO SEGUIMOS EN DOS MOTOS, LA VICTIMA SE VOLÓ EL SEMÁFORO DEL FERROCARRIL CON 19 Y JORGE BAYONA LO ALCANZÓ LLEGANDO AL PUENTE EN LA AVENIDA FERROCARRIL Y LE DISPARÓ, COMO QUEDO VIVO, PITILLO SE BAJO Y TAMBIEN LE DISPARO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL   DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 65 DESPLAZAMIENTO FORZADO | | LUIS ALFONSO BARRIGA CRUZ C.C 12534559 SORAYA ESCALANTE | 06/12/1986 | LA AGUACATERA-GUACHACA | | SUPUESTO | | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL-** | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ANDRADE C.C 57430351 WILLIAM ESCALANTE ANDRADE AMIRA GARCIA | | | • HERNAN GIRALDO SERNA | MEDIATO | S VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | | **GERMAN BARIOGA CRUZ** | FOTOCOPIA DE FOLIO DEL LIBRO RADICADOR DE INGRESO DE CADÁVER DE GERMAN BARRIGA, AL INSTITUTO DE MEDICINA LEGAL RECORTE DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | PRENSA DEL DIARIO EL INFORMADOR DONDE SE REGISTRÓ LA NOTICIA DEL HECHO.  INFORME DE POLICÍA JUDICIAL |

SE TIENE DOCUMENTADO QUE ESTE HECHO DELICTIVO ACONTECIÓ EL DÍA 6 DE DICIEMBRE DE 1.987, APROXIMADAMENTE A LAS 7 DE LA MAÑANA CUANDO  EL SEÑOR GERMAN BARRIGA  SALIO DE LA FINCA UBICADA EN  LA  VEREDA LA AGUACATERA DEL CORREGIMIENTO DE GUACHACA A COMPRAR UNOS VIVERES  A UNA TIENDA CERCANA , AL VER QUE NO REGRESABA , LUIS ALFONSO Y JUAN SALIERON A AVERIGUAR QUE HABIA PASADO Y LO ENCONTRARON MUERTO,  DESPUES FUERON DONDE ADAN OCHOA ,  SU  VECINO Y LES CONTARON  LA MUERTE DE SU HERMANO Y

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1038

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ESTE LE RESPONDIO  QUE SE FUERAN, PORQUE EL HABIA ESCUCHADO QUE TODOS LOS QUE HABIAN VOTADO POR LA UP LOS IBAN A MATAR, FUE ASI COMO SE DESPLAZARON  POR TEMOR A QUE LES OCURRIERA LO MISMO QUE SUS HERMANOS, PERDIENDO L FINCA, ANIMALES Y CULTIVOS DE PAN COGER . EL POSTULADO HERNAN GIRALDO ACEPTO LA RESPONSABILIDAD POR EL HECHO Y MANIFESTO QUE  LUIS SI ERA DE LA GUERRILLA. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:<br><br>➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 66. DESPLAZAMIENTO FORZADO | | LUZ EVERY CUELLAR RUBIO<br><br>DAYANA SOFIA, | 01/10/2002 | VEREDA CUATRO CAMINOS CORREGIENTO | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO | MEDIATO<br><br>MEDIATO | SUPUESTOS VINCULOS CON GRUPO | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO** | VERSION DEL POSTULADO HERNAN GIRALSO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ROSLYN Y JANNYE VALENCIA CUELLAR | | DE SAN PEDRO DE LA SIERRA CIENAGA | • NORBERTO QUIROGA POVEDA<br>• AFRANIO REYES MARTINEZ<br>• JOSE DANIEL MORA LOPEZ | MEDIATO<br><br>MEDIATO<br><br>MEDIATO | ENEMIGO - ESTIGMA VINCULO GRUPO SUBVERSIVO | | **INDIVIDUAL**<br><br>**GILDADO DE J VALENCIA** | SERNA<br><br>VERSION LIBRE DE NORBERTO QUIROGA POVEDA<br><br>VERSION LIBRE DE JOSE DANIEL MORA<br><br>FOTOGRAFÍA DE LA VEREDA NUEVA GRANADA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SECTOR DE CUATRO CAMINOS CORREGIMIENTO DE SIBERIA-CIÉNAGA. FOTOGRAFÍA DE LA VÍCTIMA .FOTOCOPIA DE C.C. CARÁTULA PROCESO RADICADO 34015 FISCALÍA 3 ESPECIALI |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | ZADA SANTA MARTA. COPIA DE FORMATO DE BÚSQUEDA DE PERSONAS DESAPARECIDAS |

SEGÚN SE TIENE DOCUMENTADO EL SEÑOR **GILDARDO DE JESUS VALENCIA VALENCIA** EL DÍA 1º DE OCTUBRE DE 2.002, SALIÓ DE SU RESIDENCIA UBICADA EN EL CASCO URBANO DEL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA –CIÉNAGA, PARA LA FINCA DE SU PROPIEDAD DENOMINADA "AGUAS CLARAS", LOCALIZADA EN LA VEREDA CUATRO CAMINOS DEL CORREGIMIENTO DE SIBERIA, Y EN HORAS DEL MEDIO DÍA, CUANDO LLEGÓ AL PREDIO SE DEDICÓ A LABORES PROPIAS DE LA FINCA, Y EN HORAS DE LA TARDE SE ENCONTRABA DESCANSANDO CUANDO INGRESARON VARIOS MIEMBROS DE LAS AUTODEFENSAS UNIFORMADOS DE CAMUFLADO PORTANDO ARMAS DE LARGO Y CORTO ALCANCE, QUIENES LE MANIFESTARON AL SEÑOR **VALENCIA VALENCIA** QUE SU COMANDANTE QUERÍA HABLAR CON ÉL Y FUE SACADO DE LA FINCA Y

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1042

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| NUNCA MÁS SE SUPO DE SU PARADERO. EL POSTULADO **HERNAN GIRALDO SERNA,** EN DILIGENCIA DE VERSIÓN LIBRE RENDIDA EL 23 DE NOVIEMBRE DE 2.007, CONFESÓ EL HECHO Y ACEPTÓ SU RESPONSABILIDAD POR LÍNEA DE MANDO EN EL HOMICIDIO DE GILDARDO VALENCIA. NORBERTO QUIROGA POVEDA Y JOSE DANIEL MORA LOPEZ TAMBIEN ACEPTARON SU PARTICIPACION EN EL HECHO. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, JOSE DANIEL MORA, NODIER GIRALDO GIRALDO, AFRANIO MANUEL REYES A TITULO DE AUTOR MEDIATO DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 67. DESPLAZAMIENTO FORZADO | | ANAYS CORDERO DURAN<br><br>YAJAIRA Y ANDRES FELIPE | 30/05/2002 | VEREDA CHIMBORAZO CORREGIMIENTO SIBERIA CIENAG | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO | MEDIATO<br><br>MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUA** | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | LIOPEZ CORDERO |  | A | • NORBERTO QUIROGA POVEDA<br>• AFRANIO REYES MARTINEZ<br>• JOSE ANIEL MORA LOPEZ<br>• ADAN ROJAS MENDOZA | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | ESTIGMA VINCULO GRUPO SUBVERSIVO |  | L | VERSION LIBRE DE NORBERTO QUIROGA POVEDA<br><br>VERSION LIBRE DE JOSE DANIEL MORA<br><br>FOTOGRAFÍA DE LA VÍCTIMA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | IMAGEN DE LA VEREDA NUEVA GRANADA – SAN PEDRO DE LA SIERRA<br><br>FOTOCOPIA INVESTIGACIÓN ADELANTADA CON RADICADO NO.88154<br><br>CONSULTA PROMETE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | O DENUNCIA POR DESAPARICIÓN FORZADA ESTUDIO ANTROPOLÓGICO DE RESTOS ÓSEOS IMÁGENES DE LA DILIGENCIA DE EXHUMACIÓN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1046

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |             |                |                 |                 |                        |                        |           |           |                | - ENTREVISTA DE LA SEÑORA ANAY CORDERO REPORTE DE HECHO |

SE ENCUENTRA DOCUMENTADO QUE EL SEÑOR JAIR LOPEZ MAYA, EL  DIA 30 DE MAYO DEL 2002, SIENDO LAS 10:00 DE LA MAÑANA, SALIO DE LA FINCA RUMBO AL CORREGIMIENTO DE SIBERIA Y  SE MOVILIZABA EN UNA MOTO HONDA 125 COLOR ROJA Y EN EL PUNTO CUATRO CAMINOS FUE INTERCEPTADO POR VARIOS HOMBRES ARMADOS QUE SE LO LLEVARON Y DESDE ENTONCES NO SE SUPO MAS DE ÉL.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, JOSE DANIEL MORA, NODIER GIRALDO GIRALDO, AFRANIO MANUEL REYES Y ADAN ROJAS MENDOZA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 2ª POLITICA SUPUESTOS VINCULOS CON GRUPO ENEMIGO – SEÑALAMIENTO DE OTROS GRUPOS AUC EN 2ª PRACTICA DESPLAZAMIENTO INDIVIDUAL/HOMICIDIO INDIVIDUAL | | | | | | | | | | |
| 68 DESPLAZAMIENTO FORZADO Y HOMICIDIO EN PERSONA PROTEGIDA | | MARIA ASCANIO DURAN CC 37323864 LUIS ANGE Y CARLOS ANDRES | 12/01/2002 | VEREDA EL CAMPANO CORREGIMIENTO MINCA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA | MEDIATO MEDIATO MEDIATO | SUPUESTOS VINCULOS CON GRUPO ENEMIGO - ESTIGMA VINCULO | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO INDIVIDUAL DAVID | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|------------------------------------|
|  |  | ROMERO ASCANIO |  |  | POVEDA<br>• DANIEL GIRALDO CONTRERAS<br>• EDGAR OCHOA BALLESTEROS | MEDIATO<br><br>MEDIATO | BLOQUE NORTE |  | **ROMERO GONZALEZ** | REPORTE DE LA VICTIMA |

LA SEÑORA MARIA ASCANIO DURAN Y SU ESPOSO DAVID ROMERO GONZALEZ TENIAN UN CAMIONCITO QUE TRANSPORTABAN  CARGA Y PASAJEROS DESDE SANTA MARTA HACIA LA VEREDA EL CAMPANO DEL CORREGIMIENTO DE MINCA, LLEVABAN ONCE AÑOS DE ESTAR EN ESA LABOR , EL DIA  12 DE ENERO DE 2002 A LA ALTURA DEL SITIO CONOCIDO COMO EL REPOSO SALIERON DOS HOMBRES ARMADOS  Y LE DISPARARON AL SEÑOR DAVID ROMERO GONZALEZ CAUSANDOLE LA MUERTE, LUEGO UNO DE LOS HOMBRES LA AMENAZO  DICIENDOLE QUE NO DIJERA NADA PORQUE ELLOS ERAN D ELAS AUTODEFENSAS DE HERNAN GIRALDO , POR ESE MOTIVO LA SEÑORA MARIA ASCANIO SALIO DESPLAZADA DE LA VEREDA EL CAMPANO  HACIA SANTA MARTA , DEJANDO ABANDONADO AVES DE CORRAL  CULTIVOS Y 5 CERDOS. EL DIA DE LOS HECHOS LE HURTARON EL CAMION EN DONDE SE TRANSPORTABAN ,  SEGUN VERSION DE LA VICTIMA EL MOTIVO DEL HOMICIDIO FUE POR EL ENFRENTAMIENTO ENTRE EL GRUPO DE LOS CASTAÑOS Y LOS GIRALDOS, YA LA VICTIMA HABIA RECIBIDO AMENAZAS.   EDGAR OCHOA BALLESTROS MANIFESTO QUE EL MOTIVO DE SU HOMICIDIO FUE PORQUE LA VICTIMA  LE LLEVABA COMPRAS A LA GNTE DE JORGE 40 CUANDO SE SUSCITO EL CONFLICTO.


FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, , NODIER GIRALDO GIRALDO, EDGAR OCHOA BALLESTEROS A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1049

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

> HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

**3ª POLITICA CONTROL SOCIAL  - DESPLAZAMIENTO INDIVIDUAL – HOMICIDIOS INDIVIDUALES**

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1050

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 DESPLAZAMIENTO FORZADO-ACTOS DE TERRORISMO-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | YURIS JOHANA AYALA QUIMBAYO C.C. 57293621 RUBIELA SUAREZ MANZANO (HOMICIDIO DE HERNANDO MEDINA GUTIERREZ) | 13/10/2002 | CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• DANIEL GIRALDO CONTRERAS | MEDIATO MEDIATO MEDIATO MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** | VERSION LIBRE DE HERNAN GIRALDO CONTRERAS VERSION LIBRE DE ELISEO BELTRAN CADENA ACTA DE INSPECCIÓN DE CADÁVER NO 021 |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| | | | | | | | | | | REGISTRO DE DEFUNCIÓN NUMERO 04525802<br><br>5OTOGRAFÍA DE LA VICTIMA.<br><br>FOTOGRAFÍA DEL SITIO EN DONDE SE REGISTRARON LOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | HECHOS. COPIA DEL PANFLETO QUE SE DEJÓ SOBRE EL CADÁVER. |

EL HECHO SUCEDIÓ EL 13 DE OCTUBRE DE 2.002, EN LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, EN LAS PRIMERAS HORAS DE LA MAÑANA, CUANDO HOMBRES ARMADOS LLEGARON A LA RESIDENCIA DEL SEÑOR HERNANDO MEDINA GUTIERREZ Y AL TOCARLE LA PUERTA SALIÓ AL LLAMADO Y ALLÍ SE LE DIO MUERTE, COMO CONSECUENCIA DE MÚLTIPLES HERIDAS CAUSADAS CON PROYECTILES DE ARMAS DE FUEGO Y SUS AGRESORES DEJARON SOBRE EL CADÁVER UN PANFLETO QUE DECÍA "POR VENDEDOR DE VICIO".

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

> DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

   **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL          DERECHO INTERNACIONAL HUMANITARIO:

   LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

   LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

   LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | | | | | | |
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| ➢ ACTOS DE TERRORISMO. PREVISTO EN EL LIBRO SEGUNDO TITULO DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EKL DERECHO INTERNACIONAL HUMANITARIO CAPITULO UNICO ART. 144 DE LA LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, REALICE U ORDENE LLEVAR A CABO ATAQUES INDISCRIMINADOS O EXCESIVOS O HAGA OBJETO A LA POBLACIÓN CIVIL DE ATAQUES, REPRESALIAS, ACTOS O AMENAZAS DE VIOLENCIA CUYA FINALIDAD PRINCIPAL SEA ATERRORIZARLA, INCURRIRÁ POR ESA SOLA CONDUCTA EN PRISIÓN DE QUINCE (15) A VEINTICINCO (25) AÑOS, MULTA DE DOS MIL (2.000) A CUARENTA MIL (40.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 70. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA- | | DIANA MILENA ESCOBAR PARRA C.C 1082851616 ARACELY PARRA HIDALGO OMAR | 15/03/1998 | SANTA MARTA | • HERNAN GIRALDO SERNA • EDGAR OCHOA BALLESTEROS • CARMEN RINCON | MEDIATO MEDIATO MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** (HOMICIDI | CONFESION DE LIBARDO ENRIQUE RAMOS REPORTE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1055

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ALFREDO MARTINEZ PARRA ADANIES DE JESUS PEREZ PARRA ENITH MORALES PARRA | | | | | | | O DE YAIR ALFONSO MARTINEZ PARRA) | DEL HECHO INFORME DE POLICIA JUDICIAL |

EL HOMICIDIO DE JAIR ALFONSO MARTINEZ PARRA OCURRIO EL DÍA 15  DE MARZO DE 1998, EN LA CARRERA 21 CON LA CALLE 2B, BARRIO "SAN FERNANDO", DE LA CIUDAD DE SANTA MARTA, A DONDE  LLEGO LIBARDO ENRIQUE RAMOS RIVERA, Y LE DISPARO EN VARIAS OPORTUNIDADES, CAUSANDOLE LA MUERTE. COMO CONSECUENCIA DE LA MUERTE DE JAIR ALFONSO MARTÍNEZ PARRA, SU SEÑORA MADRE ENITH TATIANA MORALES PARRA  Y SUS HIJOS  DIANA MILENA ESCOBAR PARRA,  OMAR ALFREDO MARTÍNEZ PARRA Y ADANIÉS DE JESÚS PÉREZ PARRA, TUVIERON QUE DESPLAZARNOS CASI UN MES DESPUÉS, PORQUE TENIAN  TEMOR QUE LAS MISMAS PERSONAS QUE ASESINARON A JAIR, FUERAN TAMBIÉN ATENTAR CONTRA ELLOS.  FUE ENTONCES CUANDO DECIDEN IRSE HACIA EL BARRIO "MARÍA CRISTINA", DONDE DURAN COMO CUATRO MESES Y LUEGO SE FUERON PARA EL BARRIO "17 DE DICIEMBRE", A LA CASA DE UN HERMANO DE LA MADRE, YA QUE NO TENIAN COMO SEGUIR PAGANDO ARRIENDO. POSTERIORMENTE SE VAN A VIVIR A LA AVENIDA NO. 23 – 02 "VILLA DEL RÍO", PRIMERA ETAPA.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA,  EDGAR OCHOA BALLESTEROS Y CARMEN RINCON , A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL          DERECHO INTERNACIONAL HUMANITARIO:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES <br><br> LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS <br><br> &#10148; HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 71. DESPLAZAMIENTO FORZADO- HOMICIDIO EN PERSONA PROTEGIDA | | LUZ DARY MENDEZ BERNAL C.C 36551764 (HOMICIDIO DE | 31/07/1981 | RIO DE PIEDRAS | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO** | VERSION LIBRE DE HERNAN GIRALDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ARISTOBULO MENDEZ RIVAS) | | | | | SOCIAL | | **INDIVIDUAL** | SERNA REPORTE DEL HECHO |

EL DIA 31 DE JULIO DE 1981  EL SEÑOR ARISTOBULO MENDEZ RIVAS  BAJO DE SU  FINCA A LA VEREDA SAN ISIDRO DONDE  SE PUSO A TOMAR TRAGOS CON JUVENAL DIAZ Y OTRO SEÑOR DE NOMBRE  JULIO , ESTE ULTIMO LE PREGUNTO A LA VICTIMA QUE SI SABIA DISPARAR  Y ESTE LE RESPONDIO QUE SI,  ENTONCES JULIO  COLOCO UNA BOTELLA Y CUANDO LA VICTIMA VOLTEO PARA MIRAR EL LUGAR DONDE ESTABA LA BOTELLA, MOMENTO EN QUE   JULIO CONOCIDO CON EL ALIAS DE CAPERUZA LE DISPARO  A ARISTOBULO MENDEZ  POR LA ESPALDA CAUSANDOLE LA MUERTE.  EL POSTULADO HERNAN GIRALDO SERNA ACEPTO LA RESPONSABILIDAD EN ESTE HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1059

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|----------------------------------|

> DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL            DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

> HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1060

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 72. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA - INVASION DE TIERRAS O EDIFICIOS- | | GLORIA INES ESPINOZA ESPINOZA C.C 65750560 GLORIA MERCEDES ESPINOZA SANDRA ESPINOZA EDUARDO ESPINOZA GERARDO ESPINOZA (HOMICIDIO DE GERALDO | 09/06/1981 | SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** | VERSION LIBRE DE HERNAN GIRALDO SERNA REPORTE DEL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1061

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ESPINOZA) | | | | | | | | |

EL SEÑOR GERARDO ESPINOZA ZAMBRANO  VIVIA EN IBAGUE Y VINO A SANTA MARTA DIA 9 DE JUNIO DE 1981, A REALIZAR UNOS NEGOCIOS QUEDO QUE LLAMARIA A SUS FAMILIARES, PERO NO LO HIZO, PASADOS CUATROS DIAS APARECIO UN CUERPO INCINERADO Y  LUEGO SE ESTABLECIO QUE CORRESPONDIA AL  SEÑOR ESPINOSA, DESPUES ENVIARON  A LA CASA DE LOS FAMILIARES, UBICADA  EN EL BARRIO MARIA EUGENIA EN SANTA MARTA UN MALETIN  DE LONA A CUADROS QUE PERTENECIA A LA VICTIMA DONDE TENIA PASAPORTE  Y OTROS DOCUMENTOS, EL MALETIN PRESENTABA PERFORACIONES DE ARMA DE FUEGO. CUANDO FUERON A RECLAMAR UNA CASA QUE TENIAN EN SANTA MARTA APARECIA  NOMBRE DE OTRA PERSONA Y HABITABAN EN LA MISMA ALLEGADOS A HERNAN GIRALDO. EN DILIGENCIA DE VERSION LIBRE EL POSTULADO HERNAN GIRALDO SERNA MANIFESTO QUE EL CUERPO QUE ENCONTRARON EN SANTA MARTA QUEMADO ERA EL DEL SEÑOR ESPINOZA, QUIEN ERA CONOCIDO COMO BIGOTE, LO DE SU MUERTE FUE UNA GUERRA ENTRE ELLOS  POR LA MUERTE DEL SEÑOR BARRIGA, EL PAPA DE LOS BARRIGA, EL SEÑOR ESPINOZA HIZO UNA LISTA DE LAS PERSONAS QUE IBA A MATAR Y ESTABA HERNAN GIRALDO Y ALVARO PADILLA, POR ESE MOTIVO LE DIERON MUERTE. HERNAN GIRALDO RECONOCIO ESTE HECHO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1062

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|-----------------------|-----------|-----------|----------------|-----------------------------------|

VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

 **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS     DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL          DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1063

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ **INVASION DE TIERRAS O EDIFICIOS.** MODIFICADO. LEY 308 DE 1996, ART. 1. EL QUE CON EL PROPÓSITO DE OBTENER PARA SÍ O PARA UN TERCERO PROVECHO ILÍCITO, INVADA TERRENO O EDIFICACIÓN AJENOS, INCURRIRÁ EN PRISIÓN DE DOS (2) A CINCO (5) AÑOS Y MULTA DE CINCUENTA (50) A DOSCIENTOS (200) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>LA PENA ESTABLECIDA EN EL INCISO ANTERIOR SE AUMENTARÁ HASTA   EN LA MITAD PARA EL PROMOTOR, ORGANIZADOR O DIRECTOR DE LA INVASION.<br><br>EL MISMO INCREMENTO DE LA PENA SE APLICARÁ CUANDO LA INVASIÓN SE PRODUZCA SOBRE TERRENOS UBICADOS EN ZONA RURAL.<br><br>. | | | | | | | | | | |
| 73.. DESPLAZAMIENTO | | INGRID YOHANA | 13/08/1995 | SANTA MARTA | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1064

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | GONZALEZ HERNANDEZ C.C 39047420 EDITH HERNANDEZ RESTREPO (HOMICIDIO DE REINALDO GONZALEZ ESTRADA) | | | • HERNAN GIRALDO SERNA | MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** | VERSION LIBRE LIBARDO RAMOS RIVERA REPORTE DEL HECHO |

EL HECHO OCURRIÓ EN HORAS DE LA TARDE DEL DÍA 13 DE AGOSTO DE 1995, EN EL BARRIO "TAYRONA", MANZANA 3, CASA 1, DONDE FUNCIONA UN BILLAR DENOMINADO "EL REY", DONDE SE ENCONTRABA LA VÍCTIMA REYNALDO GONZÁLEZ ESTRADA, DUEÑO DE ESE ESTABLECIMIENTO COMERCIAL, LLEGA UNA PERSONA LO LLAMA POR SU NOMBRE, PIDE UNA CERVEZA E INMEDIATAMENTE SACA UN ARMA DE FUEGO Y LE DISPARA EN VARIAS OPORTUNIDADES, PROYECTILES QUE HACEN IMPACTO EN SU CUERPO QUE LE PRODUCEN LA MUERTE EN EL MISMO LUGAR DE LOS HECHOS, LUEGO DE REALIZAR EL HECHO EL VICTIMARIO SE DA A LA HUIDA Y SE MONTA EN UNA MOTOCICLETA QUE LO ESTABA ESPERANDO CERCA DEL LUGAR DE LOS HECHOS. COMO CONSECUENCIA DE LA MUERTE DE REYNALDO GONZÁLEZ ESTRADA, SU HIJA, DE NOMBRE INGRID JOHANA GONZÁLEZ HERNÁNDEZ, TUVO QUE IRSE DE LA CIUDAD DE SANTA MARTA, PRIMERO PARA BOGOTÁ, LUEGO PARA RIOHACHA, Y DESPUÉS NUEVAMENTE PARA BOGOTÁ, POR AMENAZAS EN CONTRA DE SU VIDA.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1065

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A TITULO DE AUTOR MEDIATO DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 74. DESPLAZAMIENTO | | MARLENIS CONDE | 09/07/2002 | VEREDA MARQUETALIA | • HERNAN GIRALDO | MEDIATO MEDIA | | | | VERSION |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORZADO- | | ACHIPIS C.C 36722239 | | – CORREGIMIENTO DE GUACHACA SANTA MARTA | SERNA • NORBERTO QUIROGA • DANIEL GIRALDO • NODIER GIRALDO | TO MEDIATO MEDIA TO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL RUBELIO HERNANDEZ BETANCOURT** | HERNAN GIRALDO SERNA VERSION LIBRE EDUARDO VENGOECHEA MOLA REPORTE DEL HECHO |

EL DÍA  8 DE  JULIO DE 2.002,  AL MOMENTO EN QUE EL SEÑOR  RUBELIO HERNANDEZ BETANCOURT, SE ENCONTRABA TOMANDO CERVEZA EN LA BOMBA DE GASOLINA UBICADA EN LA VEREDA PERICO AGUAO, DEL CORREGIMIENTO DE GUACHACA, JUNTO AL RÍO PALOMINO, EN LÍMITES DEL

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{11}{|l|}{DEPARTAMENTO DEL MAGDALENA CON LA GUAJIRA, FUE INTERCEPTADO POR HOMBRES ARMADOS QUE SE MOVILIZABAN EN UN VEHÍCULO, QUE ERA RECONOCIDO EN LA REGION COMO EL QUE UTILIZABAN LOS INTEGRANTES DEL BLOQUE RESISTENCIA TAYRONA, PARA COMETER ACTIVIDADES DELITICTIVAS, QUIENES LO OBLIGARON A SUBIR POR LA FUERZA AL AUTOMOTOR Y SE LO LLEVARON CON RUMBO DESCONOCIDO. DESDE ESA FECHA SUS FAMILIARES NO SABEN DE SU PARADERO. Y POR ESE MOTIVO SE DESPLAZARON. EL POSTUALDO EDUARDO VENGOECHEA MOLA MANIFESTO QUE SE LE DIO MUERTE PORQUE LA VICTIMA HURTABA COSAS.} | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, DANIEL GIRALDO CONTRERAS Y NODIER GIRALDO GIRALDO A TITULO DE AUTOR MEDIATO DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| 75.. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | DELFIDA UTRIA GALLARDO C.C 36551809 (HOMICIDIO | 31/01/2002 | SANTA MARTA | • HERNAN GIRALDO SERNA | MEDIA | CONTROL | DESPLAZAMIENTO INDIVIDUA | **HOMICIDIO** | VERSION LIBRE DE HERNAN |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DE RAFAEL MARTINEZ FLOREZ) | | | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• EDGAR OCHOA BALLESTEROS<br>• CARMEN RINCON | TO<br>MEDIATO<br>MEDIATO<br>MEDIATO<br>MEDIATO | SOCIAL | L | **INDIVIDUAL** | GIRALDO SERNA<br><br>REPORTE DEL HECHO |
| SE TIENE DOCUMENTADO QUE EL DIA 31 DE ENERO DE 2002 EL SEÑOR RAFAEL MARTINEZ  FLOREZ SALIO CON SU ESPOSA  AL MERCADO PUBLICO A COMPRAR UNOS MATERIALES PARA CONSTRUCCION, LOS CUALES NO LOS ENTREGARON ENSEGUIDA, POR LO QUE TUVO QUE REGRESAR DESPUES  Y  MIENTRAS ESPERABA QUE LE  ENTREGARAN LOS MATERIALES  SE PUSO A TOMAR CERVEZAS CON UNOS AMIGOS  AL LUGAR LLEGARON UNOS PARAMILITARES  QUIENES IBAN A MATAR A OTRA PERSONA  LLAMADA RAFAEL  Y RESULTO VICTIMA RAFAEL MARTINEZ FLOREZ. HERNAN GIRALDO  RECONOCIO RESPONSABILIDAD  Y MANIFESTO QUE EN EL LUGAR DE LOS HECHOS  ESTABA QUEMAITO. |||||||||||

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1069

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, EDGAR OCHOA BALLESTEROS Y CARMEN RINCON A A TITULO DE AUTOR MEDIATO DE LOS DELITOS DE:  ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.  ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 76.. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA | | JESUS AURELIO AREVALO DURAN | 19/09/1988 | GUACHACA | • HERNAN | MEDIA | | | DESPLAZAMIENTO | HOMICIDI | VERSION LIBRE DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA | | C.C 8737377 ARNULFO AREVALO DURAN MARIA AREVALO DURAN (HOMICIDIO DE CUPERTINO AREVALO DURAN) | | | GIRALDO SERNA | TO | CONTROL SOCIAL | INDIVIDUAL | **O INDIVIDUAL** | HERNAN GIRALDO SERNA **REPORTE DEL HECHO** |

EL 19 DE SEPTIEMBRE DE 1988 LLEGARON HOMBRES ARMADOS A LA FINCA LOS LAURELES UBICADA EN EL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA Y DIERON MUERTE A LOS SEÑORES CUPERTINO Y LUIS ARTURO AREVALO DURAN, TRES DIAS ANTES LOS HABIAN CITADO DE LA ESTACION DE POLICIA DE GUACHACA A DONDE EL MISMO COMANDANTE DE LA POLICIA LOS DESNUDO Y LOS ENCERRO POR UN DIA Y LES DIJO QUE LA ORDEN DE HERNAN GIRALDO ERA QUE SI NO SE IBAN DE LA FINCA LOS ASESINABAN, LOS QUE PARTICIPARON EN EL HOMICIDIO FUERON LOS SUJETOS CONOCIDOS COMO RASPAO, RICARDO Y LUIS KIOSKO. HERNAN GIRALDO ACEPTO SU RESPONSABILIDAD EN RAZON A QUE RASPAO PERTENECIA AL GRUPO.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1071

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA A A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE: {.colspan=11} | | | | | | | | | | |

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| 77.. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA | | JORGE CASADIEGO MANOSALVA  C.C  13362142 | 25/09/96 | SANTA MARTA | • HERNAN GIRALDO | MEDIA | | | DESPLAZAMIENTO | HOMICIDI | VERSION LIBRE DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA | | (ORLANDO CASADIEGO MANOSALVA) | | | SERNA<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS | TO<br><br>MEDIATO<br><br>MEDIATO | CONTROL SOCIAL | INDIVIDUAL | **O INDIVIDUAL** | HERNAN GIRALDO SERNA<br><br>REPORTE DEL HECHO |

EL SEÑOR ORLANDO CASADIEGO MANOSALVA RESIDIA EN LA FINCA UBICADA EN LA VEREDA LA CABAÑA DEL CORREGIMIENTO DE MINCA MUNICIPIO DE SANTA MARTA, EL DIA 25 DE SEPTIEMBRE DE 1996 SE ENCONTRABA EN EL MERCADO DE SNANTA MARTA A DONDE HABIA IDO A REALIZAR UNAS COMPRAS Y EN EL MOMENTO EN QUE SE ENCONTRABA EN EL VEHICULO PARA IRSE HACIA LA FINCA, SE PRESENTARON DOS HOMBRES EN MOTOCICLETA Y EL PARRILLERO SE SUBIO AL VEHICULO Y LE DISPARO CAUSANDOLE LA MUERTE. DESPUES DEL FUNERAL CUANDO JORGE CASADIEGO MANOSALVA SE ENCONTRABA EN LA CASA DE SU HERMANA RECIBIO UNA LLAMADA TELEFONICA EN DONDE LE MANIFESTARON QUE TENIA QUE ABANDONAR LA CIUDAD EN EL TERMINO DE LA DISTANCIA, SE REGRESO A FUNDACION DONDE RESIDIA. A LOS 15 DIAS DE ESTAR EN FUNDACION MATARON A UN COMERCIANTE QUE TENIA UN DEPOSITO DE VIVERES EN DONDE EL SE SURTIA, COMENZO A NOTAR QUE LO SEGUIAN Y EN MUCHAS PARTES PREGUNTABAN POR EL, POR ESTE MOTIVO SALIO DESPLAZADO DE FUNDACION Y SE DIRIGIO A BARRANQUILLA Y DESPUES AL DEPARTAMENTO DE CORDOBA. HERNAN GIRALDO SERNA ACEPTO EL HOMICIDIO DE ORLANDO CASADIEGO MANOSALVA EN RAZON A QUE POR ESTE HOMICIDIO FUE CAPTURADO Y PROCESADO ISIDRO TARAZONA ALIAS EL HECHICERO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, CARMEN RINCON Y EDGAR OCHOA BALLESTEROS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1073

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| A A TITULO DE AUTOR MEDIATO  DE LOS DELITOS DE: | | | | | | | | | | |

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 78. DESPLAZAMIENTO FORZADO Y DESTRUCCION Y APROPIACION | | MARIA ACOSTA ACOSTA C.C 36545097 ROSA | 02/08/03 | GUACH ACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO | MEDIATO | CONTROL | | DESPLAZAMIENTO INDIVIDUA | HOMICIDI | VERSION |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1074

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE BIENES PROTEGIDOS | | ACOSTA CHARRIS ALEJANDRO CASTILLO CAMARGO (ROGER CASTILLO ACOSTA) | | | QUIROGA POVEDA • DANIEL GIRALDO CONTRERAS • NODIER GIRALDO GIRALDO | MEDIATO MEDIATO MEDIATO | SOCIAL | L | O INDIVIDUAL | DE HERNAN GIRALDO SERNA VERSION LIBRE DE ELISEO BELTRAN CADENA REPORTE DEL HECHO |

EL DIA 2 DE AGOSTO DE 2003, LLEGARON CUATRO PERSONAS ARMADAS A LA FINCA DE SAN MARTIN, DONDE  VIVIA ROGER CON SU FAMILIA,  SE LO LLEVARON  PARA UN LUGAR QUE LLAMAN LOS COCOS.  LOS  VECINOS LES DIJERON QUE HABIAN ESCUCHADO UNOS TIROS, DESPUES UNO DE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1075

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ELLOS LES DIJO QUE FUERAN A CAÑAVERAL QUE ESTABA MUERTO EN LA CUNETA DE LA CARRETERA. LOS COMENTARIOS QUE SE ESCUCHARON FUE HABIAN SIDO LOS PARAMILITARES, PORQUE LA CAMIONETA EN QUE SE LO LLEVARON LE DECIAN  LA ULTIMA LAGRIMA. POR ESE MOTIVO  SE DESPLAZARON DE LA FINCA POR TEMOR Y DURAMOS 6 MESES EN SANTA MARTA PERO COMO LOS CULTIVOS SE ESTABAN PERDIENDO REGRESARON. EL POSTULADO ELISEO MANIFESTO QUE DIERON MUERTE A ROGER PORQUE HABIA PARTICIPADO EN LA VIOLACION Y HOMICIDIO DE UNAS TURISTAS  EXTRANJERAS EN EL PARQUE TAYRONA, EN COMPAÑIA DE TRES HOMBRES MAS. {: colspan=11} | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

> DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1076

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| **PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS               DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL               DERECHO INTERNACIONAL HUMANITARIO:  LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES  LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO  LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL  LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL  LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 79. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA SECUESTRO SIMPLE TORTURA EN PERSONA PROTEGIDA | | YURANY DE LA HOZ VITOLA  C.C 43970954  JOSE ERNESTO CUELLAR VITOLA | 13/10/00 | PALOMINO-DIBULLA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • DANIEL GIRALDO CONTRERAS | MEDIATO  MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL** (OSCAR ENRIQUE | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
|         |              |                |                 |                 |                         | MEDIATO                |           |           | DE LA HOZ VITOLA Y WILDER JOYA ALZATE) TENTATIVA DE HOMICIDIO  DE JOSE DE LA HOZ VITOLA | VERSION LIBRE DE NORBERTO QUIROGA POVEDA<br><br>REPORTE DEL HECHO |

EL DIA 13 DE CTUBRE DE 2000  EL SEÑOR OSCAR ENRIQUE DE LA HOZ SE ENCONTRABA EN UN BILLAR DEPARTIEND CON UN CUÑADO , COMO A LAS 7 DE LA NOCHE LLEGO UNA CAMIONETA  DE LOS PARAMILITARES, LA VICTIMA AL PERCATARSE DE ELLO SALIO DEL BILLAR Y SE FUE PARA PALOMINO DONDE CONTINUO TOMANDO EN UNA CANTINA EN COMPAÑIA DE UNOS HERMANOS, ALLI LLEGO NUEVAMENTE LA CAMIONETA, LOS PARAMILITARES EMPEZARON A DISPARAR Y PROCEDIERON A LLEVARSE A OSCAR Y A  QUIEN CONOCIAN COMO COCO  Y SUS CADAVERES FUERON ENCONTRADOS EN EL CERRO DE LOS MUCHACHITOS, CON VARIOS SIGNOS DE TORTURA. POR ESTE HECHO LOS FAMILIARES SE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1078

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

DESPLAZARON.  NORBERTO QUIROGA EN VERSION LIBRE CONFESO SU PATICIPACION EN EL HECHO MANIFESYANDO QUE  ERAN DE LOS PIRATAS TERRESTRES.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS

➢ HOMICIDIO EN EL GRADO DE TENTATIVA. EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA.

➢ SECUESTRO SIMPLE ART 269 SUBROGADO. LEY 40 DE 1993, ART. 2.TIPIFICADO EN EL LIBRO SEGUNDO TITULO X DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTÍAS CAPÍTULO PRIMERO DEL SECUESTRO. DECRETO 100 DE 1980. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO ANTERIOR, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A VEINTICINCO (25) AÑOS Y MULTA DE CIEN (100) A DOSCIENTOS (200) SALARIOS MÍNIMOS MENSUALES.

➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 80. DESPLAZAMIENTO FORZADO-HOMICIDIO EN PERSONA PROTEGIDA | | ZENID MARIA FLOREZ C.C 32117245 (BARUK ZAMBRANO) SE LE IMPUTO | 06/03/2004 | GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA | MEDIATO MEDIATO | CONTROL | DESPLAZAMIENTO INDIVIDUAL | HOMICIDIO | VERSION LIBRE DE HERNAN GIRALDO SERNA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A HERNAN GIRALDO Y A NORBERTO EL DESPLAZAMIENTO TO EL HOMICIDIO FALTAN LOS DEMAS | | | • DANIEL GIRALDO CONTRERAS <br> • JOSE GELVEZ ALBARRACIN <br> • NODIER GIRALDO GIRALDO | MEDIATO <br><br> MEDIA TO <br><br> MEDIA TO | SOCIAL | | INDIVIDUAL | VERSION LIBRE DE NORBERTO QUIROGA POVEDA <br><br><br> FOTOGRAFÍA DE LA VÍCTIMA <br><br> FOTOGRAFÍA DE LA VEREDA QUEBRADA DEL SOL |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
|         |              |                |                 |                 |                         |                        |           |           |                | ACTA DE LA DILIGENCIA DE EXHUMACIÓN DE FECHA 26/11/08- IMÁGENES CORRESPONDIENTES A LA<br><br>DILIGENCIA DE EXHUMACIÓN<br>REPORTE DE HECHOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL |

EL SEÑOR BARUK ZAMBRANO  SALIO EL DIA 6 DE MARZO DE 2004  Y NO REGRESO, DESPUES LA FAMILIA SE ENTERO QUE LO HABIAN MATADO MIEMBROS DEL BLOQUE RESISTENCIA TAYRONA, EL CADAVER LO ENCONTRARON EN EL ALTO DE LAS PIÑAS Y LUEGO LO BAJARON A LA VEREDA QUEBRADA DEL SOL DEL CORREGIMIENTO DE GUACHACA. Y DESPUES FUE SEPULTADO EN EL CEMENTERIO DE BURITACA, PERO NO SE HIZO DILIGECIA DE LEVANTAMIENTO DE CADAVER. EN VERSION LIBRE EL POSTULADO NORBERTO QUIROGA POVEDA MANIFESTO QUE  FUE COMETIDO POR DANIEL GIRALDO ALIAS EL GRILLO Y TATA Y LO ORDENO EL POR QUE LA VICTIMA ERA DROGADICTO Y  SE  DEDICABA AL HURTO. POR ESTE HOMICIDIO LA FAMILIA SE DESPLAZO.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA,  DANIEL GIRALDO CONTRERAS, JOSE GELVEZ ALBARRACIN Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ➢ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 81. DESPLAZAMIENTO FORZADO HOMICIDIO EN PERSONA PROTEGIDA | | MIGUEL SEGUNDO TORRES HERNANDEZ C.C 5006294 | 11/08/02 | GAIRA –SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NOBERTO QUIROGA POVEDA<br>• EDGAR OCHOA BALLESTEROS<br>• ADAN ROJAAS MENDOZA<br>• CARMEN RINCON | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br><br>MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO INDIVIDUAL**<br><br>ANGEL VALLE FERNANDEZ Y | VERSION LIBRE DE EVER CAICEDO PEREZ<br><br>INFORME DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MEDIATO | | | ANIBAL MANUEL TORRES IBAÑEZ | POLICIA JUDICIAL |
| | | | | | | MEDIATO | | | | REPORTE DEL HECHO |

EL SEÑOR MIGUEL SEGUNTO TORRES HERNANDEZ VIVIA EN LA PARCELA CONOCIDA CON EL NOMBRE DE VILLA CARMEN, LA CUAL ESTABA UBICADA  EN LA VEEDA EL NOVILLO DEL CORREGIMIENTO DE GAIRA MUNICIPIO DE SANTA MATA, EL DIA  11 DE AGOSTO DE 2002 CUANDO SU HIJO ANIBAL MANUEL TORRES IBAÑEZ EN COMPAÑIA DE SU CUÑADO ANGEL VALLE FERNANDEZ SE DIRIGIAN A LA PARCELA FUERON INTERCEPTADOS POR HOMBRES DE LAS AUTODEFENSAS QUIENES PROCEDIERON A PEDIRLE DOCUMENTOS Y DESPUES LOS ASESINARON ENCONTRANDO SUS FAMLIARES LOS CUERPOS SIN VIDA A LA ORILLA DEL CANAL Y CONDUCIDOS AL PUESTO DE SALUD  DONDE SE LEVO A CABO LA DILIGENCIA  DE LEVANTAMIENTO D CADAVER, POR ESE MOTIVO SE DESPLAZO PARA LA CIUDAD DE BARRANQUILLA. EL POSTULADO EVER CAICEDO PEREZ RECONOCIO EL HECHO MANIFESTANDO QUE PARTICIPO   ALIAS LAURA Y QUE HIPOLITO  MEJIA FUE QUIEN LOS MANDO CON UNA LISTA YSEGUN ESTE POSTULADO EL MOTIVO FUE PORQUE ERAN LADRONES .

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA,  EDGAR OCHOA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| BALLESTEROS, ADAN ROJAS MENDOZA, CARMEN RINCON  Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE: | | | | | | | | | | |

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

> HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 82. DESPLAZAMIENTO FORZADO DESAPARICION FORZADA - HOMICIDIO EN PERSONA PROTEGIDA | | HELBERT AVENDAÑO SEPULVEDA C.C 1082907036 LENIN RAUMIR PADILLA SEPULVEDA CRISPIN | 04/01/06 | LA TAGUA- MINCA | • HERNAN GIRALDO SERNA • NODIER GIRALDO GIRALDO • NORBERTO QUIROGA POVEDA | Mediato | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **HOMICIDIO** **INDIVIDUA** | VERSION LIBRE DE NORBERTO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SEPULVEDA FLOREZ | | | • JOSE GELVES ALBARRACIN | Mediato<br><br>Mediato<br><br>Mediato | | | **L)**<br><br>(FIDELINA SEPULVEDA SEPULVEDA) | QUIROGA POVEDA<br><br><br>VERSION LIBRE CARLOS EDWIN MONTEJO VITOLA<br><br><br>REPORTE DEL HECHO |

EL DIA 28 DE DICIEMBRE DE 2006 CRISPIN SEPULVEDA FLOREZ  TUVO UNA DISCUSION CON UN MIEMBRO DE LAS AUTODEFENSAS DE NOMBRE LUCHO, SE FUERON A LOS GOLPES Y CRISPIN LE DIO MUERTE   A LUCHO QUIEN A SU VEZ HIRIO A CRISPIN, QUIEN ACUDIO EN AYUDA DE LA SEÑORA FIDELINA SEPULVEDA QUE ERA SU TIA , ESTA LO ATENDIO  Y LUEGO  SE FUE PARA LA BASE MILITAR  UBICADA EN CERRO KENEDY DONDE PROCEDIO A ENTEGARSE, EN TANTO LOS PARAMILITARES COMENZARON A BUSCARLO Y FUERON A LA RESIDENCIA DE LA SEÑORA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

FIDELINA SEPULVEDA Y LE PREGUNTARON QUE SI QUERIA IR A HABLAR CON CAUCASIA PARA ARREGLAR EL PROBLEMA Y ELLA MANIFESTO QUE SI Y SE FUE EN COMPAÑIA DE JORGE SEPULVEDA FLOREZ A QUIEN LOS PARAMILITARES DEVOLVIERON Y CONTINUARON CON FIDELINA AQUIEN LE DIERON MUERTE DESPUES DE SER TORTURADA Y SU CUERPO FUE INCINERADO, Y DEJADA EN LA VIA DE LA VEREDA LA TAGUA, DESPUES HELVERT AVNDAÑO SEPULVEDA FUE A RECOGER EL CUERPO DE SU SEÑORA MADRE Y LE DIO SEPULTURA, POR ESE MOTIVO FUE VICTIMA DE AMENAZA Y TUVO QUE DESPLAZARSE . EN VERSION LIBRE NORBERTO QUIROGA Y CARLOS EDWIN NMONTEJO VITOLA ACEPTARON AL RESPONSABILIDAD EN ESTE HECHO, QUIENES MANIFESTARON QUE LE DIERON MUERTE PORQUE ESTABA HACIENDO BRUJERIAS.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, JOSE GELVEZ ALBARRACIN Y NODIER GIRALDO GIRALDO A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESAPARICION FORZADA.TIPIFICADO EN EL LIBRO SEGUNDO TITULO III DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTIAS. CAPITULO I ARTICULO 165 LEY 599 DE 2000. PENAS AUMENTADAS POR EL ARTÍCULO 14 DE LA LEY 890 DE 2004, A PARTIR DEL 1O. DE ENERO DE 2005. EL TEXTO CON LAS PENAS AUMENTADAS ES EL SIGUIENTE:> EL PARTICULAR QUE SOMETA A OTRA PERSONA A PRIVACIÓN DE SU LIBERTAD CUALQUIERA QUE SEA LA FORMA, SEGUIDA DE SU OCULTAMIENTO Y DE LA NEGATIVA A RECONOCER DICHA PRIVACIÓN O DE DAR INFORMACIÓN SOBRE SU PARADERO, SUSTRAYÉNDOLA DEL AMPARO DE LA LEY, INCURRIRÁ EN PRISIÓN DE TRESCIENTOS VEINTE (320) A QUINIENTOS CUARENTA (540) MESES, MULTA DE MIL TRESCIENTOS TREINTA Y TRES PUNTO TREINTA Y TRES (1333.33) A CUATRO MIL QUINIENTOS (4500) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES Y EN INTERDICCIÓN DE DERECHOS Y FUNCIONES PÚBLICAS DE CIENTO SESENTA (160) A TRESCIENTOS SESENTA (360)

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MESES. ⮞ HOMICIDIO EN PERSONA PROTEGIDA. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 135 DE LA LEY 599 DE 2000: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | |
| 83. DESPLAZAMIENTO FORZADO, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS- | | HELENID LEON SILVA | 20/01/2004 | LA TAGUA - MINCA | • HERNAN GIRALDO SERNA • NODIER GIRALDO GIRALDO • NORBERTO QUIROGA POVEDA • DANIEL GIRALDO CONTRERAS • JOSE GELVEZ ALBARRACIN • ADAN ROJAS MENDOZA | MEDIATO MEDIATO MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | AMENEZA | VERSION DE JOSE DANIEL MORA LOPEZ UBICACIÓN DE LA VEREDA LA TAGUA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE D MORA LOPEZ | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | | FOTOGRAFÍA DE GILBERTO ROJAS<br><br>REPORTE DEL HECHO |

LA SEÑORA HELENID LEON SILVA Y SU ESPOSO GILBERTO ROJAS MORENO TENIAN DOS TIENDAS, UNA UBICADA EN LA VEREDA LA TAGUA DEL CORREGIMIENTO DE MINCA Y OTRA EN LA REGION DE PARRANDA SECA, ELLA ATENDIA LA PRIMERA EN TANTO SU ESPOSO Y SU CUÑADO ATENDIAN LA SEGUNDA DE LAS NOMBRADAS. EL DIA 16 DE ENERO DE 2004, UN GRUPO DE HOMBRES ARMADOS DE LAS AUTODEFENSAS COMANDADOS POR ALIAS 5.5. SE PRESENTARON EN LA TAGUA Y SE LLEVARON AL SEÑOR GILBERTO ROJAS, A QUIEN SINDICABAN DE HABER PARTICIPADO EN UNA VIOLACION DE UNA MUJER JUNTO CON OTROS HOMBRES, PERO EN EL CAMINO SE LES VOLO Y AL DIA SIGUIENTE APARECIO EN SANTA MARTA HERIDO. CUATRO DIAS DESPUES DE SUCEDIDO ESTO, NUEVAMENTE LAS AUTODEFENSAS ESTA VEZ BAJO EL MANDO DE ALIAS CAUCASIA SE PRESENTARON A LA CASA DE LA SEÑORA HELENID Y LA SACARON SOLO LE PERMITIERON QUE SE LEVARA LA ROPA, SE FUE CON SU FAMILIA PARA LA CIUDAD DE BARRANQUILLA Y ALIAS CAUCASIA SE QUEDO CON LA TIENDA

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE GELVEZ ALBARRACIN, JOSE DANIEL MORA, ADAN ROJAS MENDOZA Y DANIEL GIRALDO CONTRERAS, A TITULO DE AUTORES

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

MEDIATOS DE LOS DELITOS DE:

➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL            DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | |
| 84 DESPLAZAMIENTO FORZADO, DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS TORTURA EN PERSONA PROTEGIDA | | LUIS EMEL QUINTERO PEREZ CC 13165138 <br><br> ALIS PAEZ JULIO YENNY MILENA QUINTERO JOSE LUIS QUINTERO PAEZ JHON JAIRO QUINTERO CALUDIA, YULEIMA, MARI LUZ, DEYNER Y HECTOR QUIETERO PAEZ | 09/12/2004 | CORREGIMEINTO DE SAN PEDRO DEL A SIERRA CIENAGA | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA <br> • JOSE GELVEZ ALBARRACIN <br> • JOSE DANIEL MORA LOPEZ <br> • AFRANIO REYES MARTINEZ | MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO <br><br> MEDIATO | CONTROL SOCIAL | DESPLAZAMIENTO INDIVIDUAL | **AMENEZA** | VERSION LIBRE DE HERNAN GIRALDO SERNA <br><br> VERSIÓN DE JOSE DANIEL MORA LOPEZ <br><br> FOTOGRAFÍA DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|-------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
|         |             |                |                 |                 |                        | MEDIATO                |           |           |                | SAN PEDRO DE LA SIERRA-VEREDA EL MICO |
|         |             |                |                 |                 |                        |                        |           |           |                | CARÁTULA DE LA INVESTIGACIÓN RADICADA CON EL NO.88137 ADELANTADA POR EL DELITO DE DESPLAZAMIENTO FORZADO. |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DENUNCIA PRESENTADA POR LUIS EMEL QUINTERO<br><br>REPORTE DEL HECHO |

EL DÍA 13 DE AGOSTO DE 2009 LAS AUTODEFENSAS LLEGARON A LA FINCA EL MANANTIAL DE PROPIEDAD DEL SEÑOR LUIS EMEL QUINTERO PEREZ Y COMO ÉL NO SE ENCONTRABA EN LA FINCA COGIERON A SU HIJO JOSE LUIS QUINTERO PAEZ LO AMARRARON, LO TORTURARON LE DIJERON QUE YA ESTABAN COBANDO EL HUECO PARA ENTERRARLO, CUANDO AL SEÑOR QUINTERO LE INFORMARON SE FUE PARA LA FINCA Y AL HABLAR CON  LOS PARAMILITARES ESTOS LE DIJERON QUE TENIA QUE SALIR DE LA TIERRA, PORQUE ÉL ERA EL QUE PATROCINABA A UNOS ATRACADORES QUE ESTABAN POR ALLÁ, MOTIVO POR EL CUAL  SU FAMILIA SE DESPLAZÓ HACÍA LA VEREDA KENNEDY.  EL POSTULADO JOSE DANIEL MORA LOPEZ MANIFESTO QUE HABÍAN RECIBIDO INFORMACIÓN QUE EN LA CARRETERA QUE CONDUCE DE SAN PABLO A SAN PEDRO DE LA SIERRA, HABÍAN ATRACADO UNOS CARROS Y EL SEÑOR QUINTERO HABÍA PARTICIPADO EN ESOS HECHOS, POR ELLO SE MANDÓ A VERIFICAR LA INFORMACION Y EN  LA CASA ENCONTRARON UNA ESCOPETA CALIBRE 12, CON LAS MISMAS CARACTERÍSTICAS DE LAS DEL  ATRACO,  LO MANDÓ A LLEVAR Y HABLÓ CON LA VÍCTIMA  QUIEN LE DIJO QUE NO TENÍA NADA QUE VER, QUE DE PRONTO ERA UNA MALA INFORMACIÓN. MORA LOPEZ  LE ORDENÓ SALIRSE DE DONDE VIVÍA Y LUIS EMEL QUINTERO SE  UBICÓ EN EL CASERÍO DEL MICO.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN, JOSE DANIEL MORA LOPEZ Y AFRANIO MANUEL REYES MARTINEZ  A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

> DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL          DERECHO INTERNACIONAL HUMANITARIO:

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES | | | | | | | | | | |
| LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO | | | | | | | | | | |
| LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL | | | | | | | | | | |
| LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL | | | | | | | | | | |
| LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |

➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO   TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

**4ª POLITICA CONTROL DE RECURSOS 2ª PRACTICA DESPLAZAMIENTO INDIVIDUAL – AMENAZAS INDIVIDUALES (EXACCIONES O CONTRIBUCIONES ARBITRARIAS-HOMICIDIO INDIVIDUAL**

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1096

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 85.. DESPLAZAMIENTO FORZADO- EXACCION O CONTRIBUCIONES ARBITRARIAS | | JUAN MANUEL GOYENECHE AMAYA C.C 5624619 | 01/11/2004 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE GELVEZ ALBARRACIN | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | CONTROL DE RECURSOS | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS INDIVIDUALES (EXACCIONES O CONTRIBUCIONES ARBITRARIAS | CONFESION DE HERNAN GIRALDO SERNA REPORTE DEL HECHO |

EL SEÑOR JUAN MANUEL GOYENECHE A AMAYA  ERA CONDUCTOR DE UNA BUSETA LA CUAL ESTABA AFILIADA  A LA EMPRESA DE TRANSPORTES BASTIDAS , EN EL MES DE NOVIEMBRE DE 2001 COMENZARON LAS AUTODEFENSAS  A EXIGIRLE LA SUMA DE TRES MIL PESOS  DIARIOS DE LAS GANANCIAS RECIBIDAS  DIARIAMENTE. POSTERIORMENTE EN EL AÑO 2003 COMENZO A CONDUCIR LA BUSETA DE SU PROPIEDAD AFILIADA A LA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| EMPRESA RODAMAR DONDE CONTINUARON EXTORSIONANDOLO, LUEGO EN EL MES DE SEPTIEMBRE  A RAIZ DE QUE LE DIAGNOSTICARON CANCER  Y LA BUSETA TUVO PROBLEMAS MECANICOS  DEJO DE TRABAJAR, MOTIVO POR EL CUAL LAS DEUDAS POR CONCEPTO DE EXTORSION CRECIERON Y LO AMENAZARON DE MUERTE  SI NO CANCELABA LO QUE DEBIA POR EXTORSION, FUE ASI COMO PROCEDIO A REALIZAR ABONOS, YA PARA EL MES DE NOVIEMBRE DE 2004 LLEGARON LOS MIEMBROS DE LAS AUTODEFENSAS A SU CASA A BUSCARLO PARA DARLE MUERTE, COMO NO SE ENCONTRABA PROCEDIERON A AMENAZAR A SU FAMILIA Y SE TUVO QUE DESPLAZAR DEJANDO  SUS COSAS ABANDONADAS. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:<br><br>➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➢ EXACCION O CONTRIBUCIONES ARBITRARIAS TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 163 DE LA LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE UN CONFLICTO ARMADO, IMPONGA CONTRIBUCIONES ARBITRARIAS INCURRIRÁ EN PRISIÓN DE SEIS (6) A QUINCE (15) AÑOS Y MULTA DE QUINIENTOS (500) A TRES MIL (3.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1098

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| 86 DESPLAZAMIENTO FORZADO- EXACCION O CONTRIBUCIONES ARBITRARIAS ART | | JOSE ULISES GOYENECHE AMAYA C.C 91211076 | 15/01/2005 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE GELVES ALBARRACIN | Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Mediato | CONTROL DE RECURSOS | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS INDIVIDUALES (EXACCIONES O CONTRIBUCIONES ARBITRARIAS | VERSION LIBRE DE HERNAN GIRALDO SERNA REPORTE DEL HECHO |

EL SEÑOR ULISES GOYENECHE  SE DESEMPEÑABA COMO CONDUCTOR   DE  UNA BUSETA DE SU PROPIEDAD, LA CUAL ESTABA AFILIADA A LA EMPRESA RODAMAR , Y EL GRUPO DE AUTODEFENSAS LE EXIGIA EL PAGO DE TRES MIL PESOS DIARIOS, PARA EL NORMAL DESARROLLO DE SUS ACTIVIDADES. COMO NO PUDO SEGUIR CUMPLIENDO FUE AMENAZADO Y SALIO DESPLAZADO. EL POSTULADO HERNAN GIRALDO SERNA MANIFESTO QUE TENIA CONOCIMIENTO QUE  HOMBRES  BAJO SU MANDO RECOGIAN ALGUNAS VACUNAS  Y ACEPTO LA RESPONSABILIDAD POR LAS EXTORSIONES.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  GELVEZ ALBARRACIN A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE: <br><br> ➢ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. <br><br> ➢ EXACCION O CONTRIBUCIONES ARBITRARIAS TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 163 DE LA LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE UN CONFLICTO ARMADO, IMPONGA CONTRIBUCIONES ARBITRARIAS INCURRIRÁ EN PRISIÓN DE SEIS (6) A QUINCE (15) AÑOS Y MULTA DE QUINIENTOS (500) A TRES MIL (3.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. | | | | | | | | | | |
| 87 DESPLAZAMIENTO FORZADO- SECUESTRO EXTORSIVO AGRAVADO- TORTURA EN PERSONA PROTEGIDA- | | ABRHAN MANUEL CONTRERAS ARRIETA | 22/09/2002 | VEREDA EL CAMPANO – CORREGIMIENTO DE MINCA – | • HERNAN GIRALDO SERNA <br><br> • NORBERTO | MEDIATO | CONTROL DE RECURSOS | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS INDIVIDUALES | VERSIÓN DE JOSE DANIEL MORA LOPEZ <br><br> UBICACIÓ |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| DESTRUCCION Y APROPIACIOON DE BIENES PROTEGIDOS | | | | SANTA MARTA | QUIROGA POVEDA<br>• DANIEL GIRALDO CONTRERAS<br>• ADAN ROJAS MENDOZA<br>• JOSE D MORA LOPEZ | MEDIATO<br><br>MEDIATO<br><br>MEDIATO<br><br>MEDIATO | | | | N DE LA VEREDA TIGRERA.<br><br>FOTOGRAFÍA DE LA VÍCTIMA<br><br>CARÁTULA DE INVESTIGACIÓN ADELANTADA 83379 POR EL SECUESTRO DE LA VÍCTIMA.<br><br>DENUNCIA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PENAL INSTAURADA POR ABRHAN CONTRERAS. REPORTE DEL HECHO FOTOCOPIA DE LA CREDENCIAL QUE LO ACREDITA COMO MIEMBRO DE LA JUNTA ADMINISTR |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ADORA LOCAL DEL CORREGIMIENTO DE MINCA PARA EL PERÍODO COMPRENDIDO ENTRE EL AÑO 2001 A 2.003, - REPORTE DEL HECHO |

EL HECHO SUCEDIÓ EL DÍA 22 DE SEPTIEMBRE DE 2002, CUANDO LA VÍCTIMA FUE CITADA A LA VEREDA EL CAMPANO DEL CORREGIMIENTO DE MINCA, DONDE SE ENCONTRABA UN JEFE PARAMILITAR DEL GRUPO RESISTENCIA TAYRONA Y LE PIDIÓ LA SUMA DE $50.000.OO, POR EL PROYECTO DE UNA CANCHA DE FOOTBOL QUE SE ESTABA EJECUTANDO EN EL SECTOR, LO TRATÓ DE JEFE DE UNA BANDA DE ATRACADORES, QUE SI NO LE ENTREGABA EL DINERO LO IBA A MATAR Y ENTERRAR EN EL PATIO DE LA FINCA,  LUEGO LO MANDÓ PARA LA BASE DE LA TAGUA, ALLÍ LE AMARRARON LAS MANOS, LE VENDARON LOS OJOS Y LO ACOSTARON EN EL VEHÍCULO, QUIEN LO LLEVABA ERA EL "PAISA", QUE LE DECÍA QUE SE TIRARA, QUE CORRIERA PARA MATARLO, EN ESA BASE PERMANECIÓ 3 DÍAS AMARRADO A UN ÁRBOL, DESPUÉS LO SOLTARON YA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|
| QUE LO INVESTIGARON Y NO APARECIÓ CON NINGÚN PROBLEMA, LUEGO LO LLEVARON A LA BASE DE SINAÍ, DONDE LO TUVIERON POR CASI 9 MESES, DURANTE EL TIEMPO QUE ESTUVO SECUESTRADO LO PUSIERON A ARREGLAR EL CAMINO CON UNA PALA, ARRIÓ AGUA, TAMBIÉN SE OCUPÓ DE LA COCINA, DONDE ESTUVO EN ESA ACTIVIDAD HASTA QUE LO DEJARON EN LIBERTAD QUE FUE EL DÍA 25 DE JULIO DE 2003, PERO ANTES LE SAQUEARON LA CASA,  DE DONDE SE LLEVARON 5 CANASTEROS LLENOS DE CERVEZAS, 2 DE GASEOSAS, LA ROPA, TAMBIÉN PERDIÓ UN VOLTEO QUE LO HABÍA DEJADO A CARGO DEL CONDUCTOR, CUANDO LO SOLTARON NO VOLVIÓ A VER A ESTE SEÑOR NI AL VEHÍCULO, EL SEÑOR EDGAR CHAPARRO DE LA HOZ  LE HABÍA ENTREGADO EL CARRO PARA QUE SE LO PAGARA POR CUOTAS, QUE NO PUDO SEGUIR PAGANDO CON MOTIVO DEL SECUESTRO, TENÍA IGUALMENTE UN CONTRATO ELÉCTRICO CON LA COMUNIDAD DE TIGRERA,  PERDIÓ UN ANILLO, $250.000.OO EN EFECTIVO, UN RELOJ. | | | | | | | | | | |
| FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, JOSE  DANIEL MORA LOPEZ, ADAN ROJAS MENDOZA A TITULO DE AUTORES MEDIATOS  DE LOS DELITOS DE:<br><br>➤ DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>➤ SECUESTRO EXTORSIVO. LIBRO SEGUNDO TITULO III DELITOS CONTRA LA LIBERTAD Y OTRAS GARANTIAS ART. CAPITULO II ART 169 DE LA LEY 599 DE 2000 < ARTÍCULO MODIFICADO POR EL ARTÍCULO 2 DE LA LEY 733 DE 2002. PENAS AUMENTADAS POR EL ARTÍCULO 14 DE LA LEY 890 DE 2004, A PARTIR DEL 1O. DE ENERO DE 2005. EL NUEVO TEXTO CON LAS PENAS AUMENTADAS  ES EL SIGUIENTE:> EL QUE ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, CON EL PROPÓSITO DE EXIGIR POR SU LIBERTAD UN PROVECHO O CUALQUIER UTILIDAD, O PARA QUE SE HAGA U OMITA ALGO, O CON FINES PUBLICITARIOS O DE CARÁCTER POLÍTICO, INCURRIRÁ EN | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1104

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

PRISIÓN DE TRESCIENTOS VEINTE (320) A QUINIENTOS CUATRO (504) MESES Y MULTA DE DOS MIL SEISCIENTOS SESENTA Y SEIS PUNTO SESENTA Y SEIS (2666.66) A SEIS MIL (6000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

➢ TORTURA EN PERSONA PROTEGIDA. PREVISTO EN EL LIBRO SEGUNDO  TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO ART 137 LEY 599 DE 2000 EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

PARAGRAFO. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS     DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL            DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO <br><br> LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL <br><br> LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL <br><br> LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS | | | | | | | | | | |
| 88. DESPLAZAMIENTO FORZADO- <br><br> DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | LEONIDAS ISAAC HERRERA MORENO | 23/10/1999 | FINCA EL JAGUEY – GUACHACA – SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA | Mediato <br><br> Mediato <br><br> Mediato | CONTROL DE RECURSOS | DESPLAZAMIENTO INDIVIDUAL | AMENAZAS INDIVIDUALES | REPORTE DEL HECHO |
| EL DIA 23 DE OCTUBRE DE 1999 EN HORAS DE LA MAÑANA SALIO DESPLAZADO EL SEÑOR LEONIDAS HERRERA MORENO DE LA FINCA EL JAGUEY, | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1106

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

UBICADA EN EL CORREGIMIENTO DE GUACHACA MUNICIPIO DE SANTA MARTA, EN LA CUAL HABIA TRABAJADO DURANTE 14 AÑOS. ESE TERRENO LO HABÌA ADQUIRIDO A MANUEL CARDENAS POR VALOR DE $1.000.000.oo DEL CUAL SOLO LE ABONARON $250.000.oo Y NUNCA LE DIO LOS DOCUMENTOS, EL TERRENO ERA SELVA Y EL LO PUSO A PRODUCIR, EN EL TIEMPO QUE ESTUVO TRABAJANDO, TENIA 8 HECTAREAS DE CAFÈ, 20 HECTAREAS EN ARBOLES FRUTALES, Y CULTIVOS DE PAN COGER. LO HIZO SALIR HERNAN GIRALDO POR ORDEN DE DAMASO YEPEZ. EL SEÑOR LEONIDAS ADQUIRIO EL TERRENO EN FORMA DE ARRENDAMIENTO, HIZO EL NEGOCIO FUE PARA COMPRARLO Y EN ESO APARECIO EL SEÑOR DAMASO YEPEZ HINCAPIE DICIENDOLE QUE A EL LE IBAN A DAR COMO PAGO DE UNA DEUDA QUE TENIA CON EL DUEÑO DE LA FINCA, ENTONCES EL FUE DONDE HERNAN GIRALDO QUE ERA EL JEFE DE ESA ZONA Y EL LE DIJO QUE NO IBA A TENER PROBLEMAS QUE SIGUIERA TRABAJANDO QUE ESA FINCA ERA DE EL, ENTONCES CON EL SEÑOR DAMAZO HIZO UN ACUERDO QUE EL LE IBA A DEVOLVER EN PLATA TODO EL TIEMPO TRABAJADO EN LA FINCA, PERO EL SEÑOR DAMASO NUNCA CUMPLIO, EL SEÑOR LEONIDAS FUE AL INCORA PARA QUE LE ADJUDICARAN LA TIERRA, LA DIRECTORA DEL INCORA Y EL SEÑOR DAMASO LE DIJERON QUE LA FINCA IBA A SER ADJUDICADA AL SEÑOR DAMAZO, EL SEÑOR LEONIDAS SE OPUSO PORQUE NO LA PODIAN ADJUDICAR, NUEVAMENTE LO MANDO A LLAMAR EL SEÑOR PATRON Y LE DIJO QUE SE RETIRARA Y LE DIERA LA FINCA A DAMAZO. EL SEÑOR LEONIDAS LE EMBARGO UNA CAMIONETA QUE TENIA PARA QUE LE DEVOLVIERA LA PLATA, ENTONCES SE PRESENTARON A LA FINCA DOS TIPOS LOS CUALES TRABAJABAN CON EL PATRON Y LLEGARON A MATARLO, PERO EL SE ESCONDIO Y SE FUE PARA SANTA MARTA EN EL BARRIO 11 DE NOVIEMBRE, ESTANDO ALLA LEGARON LOS DOS TIPOS NUEVAMENTE, PERO EL SE ENCONTRABA EN LA CASA DE ENFRENTE CONTESTANDO UNA LLAMADA FAMILIAR, FUE ENTONCES CUANDO DECIDIO IRSE PARA MALAMBO EN DONDE RESIDE.

FORMULACION DE CARGOS. SE FORMULAN CARGOS AL POSTULADO HERNAN GIRALDO SERNA, NORBERTO QUIROGA POVEDA, NODIER GIRALDO GIRALDO, A TITULO DE AUTORES MEDIATOS DE LOS DELITOS DE:

> DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 159 DE LA LEY 599 DE 2000 QUE ESTABLECE UNA PENA DE PRISDION DE 10 A 20 AÑOS, MULTA MULTA DE MIL (1000) A DOS MIL (2000) SALARIOS MINIMOS LEGALES MENSUALES VIGENTES, E INHABILITACION PARA EL EJERCICIO DE RECHOS Y FUNCIONES PUBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBASTORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|-----------------------------------|

➢ DESTRUCION Y APROPIACION DE BIENES PROTEGIDOS. TIPIFICADO EN EL LIBRO SEGUNDO TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO – CAPITULO UNICO ART 154 DE LA LEY 599 DE 2000  QUE REZA:  EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

**PARAGRAFO**. PARA LOS EFECTOS DE ESTE ARTICULO Y LOS DEMAS    DEL TITULO SE ENTENDERAN COMO BIENES PROTEGIDOS CONFORME AL           DERECHO INTERNACIONAL HUMANITARIO:

LOS DE CARÁCTER CIVIL QUE NO SEAN OBJETIVOS MILITARES

LOS CULTURALES Y LOS LUGARES DESTINADOS AL CULTO

LOS INDISPENSABLES PARA LA SUPERVIVENCIA DE LA POBLACION CIVIL

LOS ELEMENTOS QUE INTEGRAN EL MEDIO AMBIENTE NATURAL

LAS OBRAS E INSTALACIONES QUE CONTIENEN FUERZAS PELIGROSAS

# PATRON DE MACRO – CRIMINALIDAD

# RECLUTAMIENTO ILICITO  Y DELITOS CONEXOS

### d. Patrón de Macro-criminalidad de Reclutamiento ilícito

#### xxxv.  Marco normativo

Se mostrará el marco jurídico internacional que devela esta conducta desde la perspectiva del Derecho Internacional de los Derechos Humanos (DIDH), del Derecho Internacional Humanitario (DIH) y del Derecho Penal Internacional (DPI).

Se procederá igualmente a relacionar la normatividad constitucional, legal y jurisprudencial sobre las conductas que contiene el patrón de reclutamiento ilícito y por qué dicho patrón se erige como un crimen de guerra.

#### 1.  Análisis general de variables

Se procederá a develar los resultados de la actividad investigativa adelantada que permite conocer la existencia del patrón de macro criminalidad de reclutamiento ilícito, dentro de los 16 casos que han sido priorizados.

Se mostrará el resultado del análisis de variables, indicando los porcentajes de menores reclutados por edad, sexo, distribución por departamentos entre los años 1981 y 2005; igualmente se revelarán algunas prácticas atribuidas a estos GAOML antes de llevar a cabo el reclutamiento como el engaño, la fuerza, la persuasión a sus víctimas, así como los tipos de desvinculación que de ellas se dio dentro de estos GAOML.

#### xxxvi.  Análisis específico de variables

Se explicará que a partir del análisis del universo de hechos de reclutamiento ilícito investigados y filtrados en el Sistema de Información de Justicia y Paz atribuibles al bloque Bananero y Calima, conforme a la georeferenciación en los departamentos de Antioquia, Cauca, Valle del Cauca, Huila y Quindío entre los períodos comprendidos del 1 de enero de 1995 hasta mayo de 1996 y, del (1) primero de noviembre de 1996 hasta el 18 de diciembre de 2004, arrojaron un total de 74 casos, lo que le permite a la FGN establecer con probabilidad de verdad la responsabilidad del postulado HERNAN GIRALDO SERNA, para proceder a formularle cargos.

#### xxxvii.  Indicadores

A través de gráficos se explicarán las mediciones y porcentajes que resultaron del análisis y procesamiento de la información.

Para ilustrar y sustentar los resultados develados, se incluirán relatos de víctimas como muestras representativas de los porcentajes indicados, así como versiones individuales y colectivas recibidas a postulados, donde se reconoce la existencia de las **motivaciones, prácticas** y **modus operandi** develados en torno a este patrón de reclutamiento ilícito.

Así mismo se indicarán las actividades desarrolladas por los menores reclutados, los rangos máximos obtenidos dentro de los GAOML, así como el análisis socio económico de las víctimas, su nivel de escolaridad.

### xxxviii.  Políticas criminales del GAOML –Móviles-

Se explicará que entre las motivaciones que tuvo el GAOML para reclutar ilícitamente figura la estrategia militar para ejercer control territorial.

### xxxix.  Prácticas

Se explicará que entre las prácticas adoptadas se encontraron el convencimiento de sus víctimas, la fuerza o amenaza y el engaño.

### xl.  Modus operandi

Se explicará que entre los modus operandi adoptados por el GAOML se encuentran el aprovechamiento de la difícil situación económica o familiar de la víctima, la poca o nula oportunidad de empleo, y la consecución de un estatus de poder.

### xli.  Listado de víctimas según práctica y modus operandi

Se procederá a identificar y cuantificar las víctimas incluidas en el patrón de macro criminalidad señalado acorde a las **prácticas** y **modus operandi** atribuidas a ex integrantes de el Bloque Resietencia Tayrona de las AUC.

### xlii.  Formulación de cargos

Se procederá a formular los cargos agrupando los casos de acuerdo a las calificaciones jurídicas con sus correspondientes concursos, la relación de víctimas, lugar y fecha de los hechos y a qué postulados se les formulan cargos de acuerdo a la responsabilidad legal que le corresponda.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1111

**RECLUTAMIENTO ILICITO  Y DELITOS CONEXOS**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PRIMERA POLITICA: FINES EXPANSIONISTAS Y BELICOS –  PRIMERA PRACTICA :OPCION LABORAL | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 1 .- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 1 | MANUEL DEL CRISTO PALMERA AVILA | AÑO 2002 | GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA POVEDA NODIER GIRALDO DANIEL GIRALDO CONTRERAS (CONDENADO) | COAUTOR | -ENTREVISTA DE LA VICTIMA -REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL -CARPETA DE LA VICTIMA COMO DESMOVILIZADO CON LA LEY DE JUSTICIA Y PAZ -COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA -VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | EL HECHO -SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** DE ACUERDO A LO MANIFESTADO POR MANUEL DEL CRISTO PALMERA AVILA EN DILIGENCIA DE VERSION LIBRE , INGRESO A FINALES DEL 2002 AL FRENTE RESISITNECIA TAYRONA DE LAS AUTODENFESAS UNIDADS DE COLOMBIA, OPERANDO EN LA ZONA DE MACHETE, QUEBRADA DEL SOL Y LA SIERRA NEVADA DE SANTA MARTA, CUMPLIENDO LABORES DE COLABORADOR O MANDADERO, SIENDO CONOCIDO AL INTERIOR DE ESA ORGANIZACION CON EL ALIAS DE SABADO. EL 29 DE NOVIEMBRE DEL 2011, BAJO EL RADICADO 2011-00107-00 EL JUZGADO PRIMERO PENAL DEL CIRCUITO DE SANTA MARTA, CONDENO A DANIEL GIRALDO CONTRERAS A CINCUENTA Y OCHO MESES DE PRISION POR EL DELITO DE RECLUTAMIENTO ILICITO

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el articulo 14 ley 418 de 1.997.

**ARTICULO 14**. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1113

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 2.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 2 | JOSE DAVID GUARNIZO OROZCO | AÑO 2002 | GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO DANIEL GIRALDO CONTRERAS (CONDENADO) | COAUTOR | ENTREVISTA DE LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL CARPETA DE LA VICTIMA COMO DESMOVILIZADO CON LA LEY DE JUSTICIA Y PAZ COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1115

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN APARTE DEL PROCESO QUE SE ADELANTO EN EL JUZGADO PRIMERO DEL CIRCUITO APARECE UN FRAGMENTO DONDE LA VICTIMA MANIFIESTA: FINALMENTE, APARECE EN LA VERSIÓN RENDIDA POR EL OTRORA RECLUTADO MENOR GUARNIZO OROZCO JOSE DAVID, QUIEN DIJO HABER ESTADO 4 AÑOS COMO GUARDÍAN, ENTRO A PRINCIPIOS DEL AÑO 2002, HASTA EL 28 DE ENERO DE 2006, CON LO CUAL SE ESTABLECE LA DURACIÓN DEL ILICITO Y LAS LABORES QUE DESPLEGABA LA VICTIMA ENTRE EL GRUPO ARMADO ILEGAL, TODO LO CUAL SE ADECUA DE QUE MANERA INDIRECTA LA VICTIMA TENIA UNA FUNCION ESPECIFICA DENTRO EL GRUPO AL MARGEN DE LA LEY.

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1116

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1° de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1117

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 3.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 3 | EDWIN ENRIQUE OVIEDO MARROQUIN | AÑO 2003 | GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO AFRANIO REYES MARTINEZ JOSE DEL CARMEN GELVEZ ALBARRACIN DANIEL GIRALDO CONTRERAS (CONDENADO) | COAUTOR | ENTREVISTA DE LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL  CARPETA DE LA VICTIMA COMO DESMOVILIZADO CON LA LEY DE JUSTICIA Y PAZ  COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** APARECE EN LA VERSION RENDIDA POR EL OTRORA RECLUTADO MENOR EDWIN ENRIQUE OVIEDO MARROQUIN, ALIAS EL TRINCHE, QUIEN DIJO HABER ESTADO CASI 3 AÑOS COMO PATRULLERO, DOTADO DE UN FUSIL AK-47 Y EN COMBATE, DESDE FINALES DEL AÑO 2003, HASTA ENERO 28 DE 2006. EL JUZGADO PRIMERO PENAL DE CIRCUITO DE SANTA MARTA, CONDENA A DANIEL GIRALDO CONTRERAS, DE CONDICIONES CIVILES Y PERSONALES CONOCIDAS EN AUTOS, A LA PENA PRINCIPAL DE CINCUENTA Y OCHOS (58) MESES DE PRISION, COMO RESPONSABLE DE LA CONDUCTA PUNIBLE DE RECLUTAMIENTO ILICITO EN CONSIDERACION A LAS RAZONES ANOTADAS EN LA PARTE MOTIVADA DE ESTA PROVIDENCIA.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 4.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 4 | DIDIER ALEJANDRO ROPERO NAVARRO | AÑO 2004 | SIBERIA | HERNAN GIRALDO SERNA  NORBERTO QUIROGA POVEDA  NODIER GIRALDO GIRALDO  AFRANIO REYES MARTINEZ  JOSE DEL CARMEN GELVEZ ALBARRACIN  DANIEL GIRALDO CONTRERAS (MEDIDA DE ASEGURA- TRAMITE SENTE. ANTICIPADA) | COAUTOR | ENTREVISTA DE LA VICTIMA  REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL  CARPETA DE LA VICTIMA COMO DESMOVILIZADO CON LA LEY DE JUSTICIA Y PAZ  COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA  VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO  SENTENCIA CONDENATORIA DE |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1121

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FECHA 29 DE NOVIEMBRE DE 2011, RADICADO  NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** DE ACUERDO A LO EXPUESTO POR DIDIER ALEJANDRO ROPERO NAVARRO, EN DILIGENCIA DE VERSION LIBRE,  INGRESO A PRINCIPIOS DEL AÑO 2004 AL FRENTE RESISTENCIA TAYRONA DE LAS AUTODEFENSAS UNIDAS DE COLOMBIA, OPERANDO EN LA ZONA DE SANTA MARTA Y EN LA SIERRA NEVADA DE SANTA MARTA (MAGDALENA) CUMPLIENDO LABORES DE RADIO CHISPA, HASTA EL MES DE MARZO DE 2006, FECHA EN LA QUE FINALMENTE SE DESMOVILIZO. EN OTRO PARATE SE PUEDE APRECIAR RESUELVE: PROFERIR MEDIDA DE ASEGURAMIENTO DE DETENCIÓN PREVENTIVA SIN BENIFECIO DE EXCARCELACION EN CONTRA DE DANIEL EDUARDO GIRALDO CONTRERAS ALIAS EL GRILLO, DE ANOTACIONES PERSONALES Y CIVILES CONOCIDAS EN EL EXPEDIENTE, COMO AUTOR MEDIATO DEL DELITO DE RECLUTAMIENTO ILICITO, EN PERSONA DE DIDIER ALEJANDRO ROPERO NAVARRO, SEGÚN HECHOS REGISTRADOS A PRICIPIOS DEL AÑO 2004, EN LA ZONA DE SANTA MARTA Y LA SIERRA NEVADA DE SANTA MARTA (MAGDALENA)

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1122

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia número C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 5. - RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 5. | MARLON MEJIA AYALA | AÑO 2001 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO DANIEL GIRALDO CONTRERAS | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1124

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** ME DESMOVILICE EN LA VEREDA QUEBRADA DEL SOL, EL 4 DE FEBRERO, NO ME ACUERDO CUANDO INGRESE AL GRUPO, DURE COMO 4 AÑOS, MAS AMENOS COMO 4 AÑOS, Y COMO TENIA A MI SEÑORA EMBARAZADA QUERIA VOLVER, NO ME ACUERDO A QUE EDAD INGRESE AL GRUPO, QUE SI NACIO EN EL AÑO 1984, INGRESO AL GRUPO EN EL 2001, CUANDO INGRESO TENIA 17 AÑOS, DESPUES QUE CUMPLI, AL MES DE CUMPLIR INGRESE AL GRUPO, RESPONDE EL DESMOVILIZADO, LA VERDAD QUE NO SE, PORQUE DONDE YO ME ENCONTRABA TODOS ERAN MAYORES, MANIFIESTA EL POSTULADO, QUE NO SE ACUERDA, MI CARGO ERA PATRULLERO, EN EL NEVADO, MI COMANDANTE ERA HERNAN GIRALDO, MI COMANDANTE DE GRUPO ERA ALIAS "RESERVA", CON EL ARMA QUE YO ME DESMOVILICE ERA UN TURFLAY, UN ARMA DE APOYO, ESA ARMA LA ENTREGUE EL DIA DE LA DESMOVILIZACION, CUANDO ME DESMOVILICE NO ME ACURDO HABER FIRMADO DOCUMENTO, SE LE PONE DE PRESENTE EL DOCUMENTO, FIRMADO PARA SER POSTULADO, MANIFESTANDO QUE SI ES SU FIRMA; MANIFIESTA EL DESMOVILIZADO, QUE NO SE ACOGE A JUSTICIA Y PAZ, PORQUE NO TIENE DELITO, Y EL NO HA COMETIDO DELITO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el artículo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO,**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango

| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE | 6.- RECLUTAMIENTO ILICITO | 6 | TULIO ENRIQUE HENAO HERRERA | AÑO 2001 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VOZ A VOZ DE INCORPORACION EN EL GRUPO | ART: 162 DEL C.P | | | | | NODIER GIRALDO GIRALDO | | CIUDADANÍA DE LA VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SOY DESMOVILIZADO DEL BLOQUE RESISTENCIA TAYRONA, ME DESMOVILICE EN QUEBRADA DEL SOL, 2006, NO ME ACUERDO CUANDO INGRESE AL GRUPO, SE LE PREGUNTA CUANTO TIEMPO DURO EN EL GRUPO, CUANDO LA DESMOVILIZACIÓN, RESPODIÓ CINCO AÑOS, INGRESÓ EN EL 2001, (LA SEÑORA FISCAL LE RECUERDA, QUE EN LA 782, HABIA MANIFESATADO QUE SE HABÍA DESMOVILIZADO EN EL 2006, OSEA QUE HABIA INGRESADO EN EL 2001), RESPONDE EL DESMOVILIZADO, QUE ES ASI, MI EDAD CUANDO INGRESE AL GRUPO TENIA DE 13 A 14 AÑOS, YO ME FUI SOLO PARA EL GRUPO, YO HABLE PERSONALMENTE CON EL SEÑOR HERNA, YO LE DIJE QUE AMI ME GUSTAVA ESO, Y QUE YO QUERIA ENTRAR, Y EL ME DIJO QUE SI, YO ERA RADIO CHISPA, NO RECIBI ENTRENAMIENTO MILITAR, ME ENSEÑARON A MENAJAR UN RADIO, A MI ME DABA ORDENES WALTER TORRES, ESTA MUERTO, DESPUES DE ÉL ERA EL PAISA, TAMBIEN ES VICTIMA, YO OPERABA EN LOS COCOS, YO LE REPORTABA A OTRO RADIO CHISPA QUE ESTABA EN OTRO PUESTO, CUANDO IBA LA LEY, NO PORTE ARMA, NO SE DE OTROS MENORES EN EL GRUPO, CUANDO NOS DESMOVILIZAMOS EN EL GRUPO NO HABIA MENORES DE EDAD, NO SE DECIRLE SI EL SEÑOR HERNAN GIRALDO, SABIA QUE ERA MENOR DE EDAD CUANDO INGRESE AL GRUPO, EL NO ME PREGUNTO LA EDAD, YO FUI DONDE DE ÉL, PORQUE YO

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

TRABAJABA POR AHÍ, VOLIENDO MACHETE, AYUDADA A UNSEÑOR EN UNA FINCA DE GANADERIA, Y COMO YO LO VEÍA PASAR A ÉL POR AHÍ, Y YO LO SALUDABA Y ESO, ENTONCES YO MISMO FUI Y HABLE CON EL DIRECTAMENTE; EL DIA DE LA DESMOVILIZACIÓN SI FIRME UNOS DOCUMENTOS, LA SEÑORA FISCAL LE PONE DE PRESENTE LA CARTA AL ALTO COMISIONADO PARA LA PAZ, AL DESMOVILIZADO, QUIEN RESPONDE, A MI NO ME EXPLICARON, PERO SI ES MI FIRMA, LA SEÑORA FISCAL LE MANIFIESTA, LO QUE QUIERE DECIR EL DOCUMENTO, Y LE MANIFIESTA, QUE LOS QUE QUIEREN SER POSTULADO A JUSTICIA Y PAZ, DEBEN VENIR A CONFESAR DELITOS, DISTINTOS A LOS DE PERTENECER AL GRUPO, AL PORTE DE ARMA Y UNIFORME MILITAR, RESPONDE EL POSTULADO, NO ME SOMETO A LA LEY DE JUSTICIA Y PAZ, PORQUE NO HE COMETIDO DELITO Y NO HE VISTO COMETER NINGUN HECHO.

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien recluta a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO,**

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1128

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO** | | | | | | | | |

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE | 7.- .RECLUTAMIENTO ILICITO | 7 | JESUS ALBEIRO URIBE CHINCHILLA | AÑO 2000 | GUACHACA | HERNAN GIRALDO SERNA  NORBERTO QUIROGA POVEDA | COAUTOR | ENTREVISTA DE LA VICTIMA  REPORTE DE OFICIO REALIZADO POR EL |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| VOZ A VOZ DE INCORPORACION EN EL GRUPO | ART: 162 DEL C.P | | | | | DANIEL GIRALDO CONTRERAS (CONDENADO) | | EQUIPO DE POLICIA JUDICIAL<br><br>COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** COMO SE LEE EN LA SENTENCIA CONDENATORIA RADICADO  No. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO  DE ACUERDO A LO MANIFESTADO POR JESUS ALBEIRO URIBE CHINCHILLA, EN DILIGENCIA DE VERSION LIBRE , INGRESO A FINALES DEL AÑOR 2000 AL FRENTE RESISTENCIA TAYRONA, DE LA AUTODEFENSAS UNIDAS DE COLOMBIA, OPERANDO EN LA ZONA DE LA SIERRA NEVADA DE SANTA MARTA, CUMPLIENDO LABORES DE PATRULLERO PARA LO CUAL LE FUE ASIGNADO UN FUSIL AK-47, PRUEBA EN LO CUALES SE FUNDAMENTA LA RESPONSABILIDAD DE GIRALDO CONTRERA. EN OTRO APARTE SE PUDE OBSERVAR: RESUELVE: PRIMERO:  CONDENAR A DANIEL EDUARDO GIRALDO CONTRERAS, DE CONDICIONES CIVILES Y PERSONALES CONOCIDA EN AUTOS, A LA PENA PRINCIPAL DE CUARENTA

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1130

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Y DOS (42) MESES DE PRISIÓN, COMO RESPONSABLE DE LA CONDUCTA PUNIBLE DE RECLUTAMIENTO ILICITO, EN CONSIDERACION A LAS RAZONES ANOTADAS EN LA PENA MOTIVADA DE ESTA PROVIDENCIA | | | | | | | | |
| **FORMULACION DE CARGOS:**   SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:<br><br><br>Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.<br><br><br>ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.<br><br><br>PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.<br><br><br>El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO** | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes. <br><br> Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. <br><br> Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. <br><br> Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango ||||||||||
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN | 8. - RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 8 | CESAR WILLTON GIRALDO CARRANZA | AÑO 2000 | GUACHACA | HERNAN GIRALDO SERNA <br><br> NORBERTO QUIROGA POVEDA <br><br> DANIEL GIRALDO CONTRERAS (CONDENADO) | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA <br><br> COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA <br><br> VERSIÓN DE LOS |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EL GRUPO | | | | | | | | POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** DE ACUERDO A LO MANIFESTADO POR CESAR WILLTON GIRALDO CARRANZA EN DILIGENCIA DE VERSIÓN LIBRE , INGRESO A FINALES DEL AÑO 2000 AL FRENTE RESISTENCIA TAYRONA DE LAS AUTODEFENSAS UNIDAS DE COLOMBIA, OPERANDO EN LA ZONA DE LA SIERRA NEVADA DE SANTA MARTA, CUMPLIENDO LABORES DE PATRULLERO, PARAL O CUAL LE FUE ASIGNADO  UN FUSIL AK47. EN RESOLUCIÓN DEL 28 DE NOVIEMBRE DEL 2011 EMANADA DEL JUZGADO UNICO PENAL DEL CIRCUITO DE SANTA MARTA SE CONDENA A DANIEL GIRALDO CONTRERAS A LA PENA DE CINCUENTA Y OCHO (58) MESES DE PRISIÓN POR LE DLEITO DE RECLUTAMIENTO ILICITO

**FORMULACION DE CARGOS :** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1133

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango ||||||||
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 9. - RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 9 | EVER DURANGO DURANGO | AÑO 2002 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA DANIEL GIRALDO CONTRERAS NODIER GIRALDO GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESO AL GRUPO COMO EN EL AÑO 2002 TENIA COMO 16 AÑOS, INGRESE CON EL PENSAMIENTO DE COMPRAR UNA MOTO , HABLE CON EL COMANDANTE TOLIMA Y EL ME INGRESO, PRIMERO FUI A ENTRENAR A CASA E TABLA,  DE AHÍ ME MANDARON A UNA BASE EN QUEBRADA DEL SOL , ESTUVE EN MINCA Y EN LA GUAJIRA DE AHÍ ME REGRESARON A LA SECA PORQUE TENIAMOS QUE DESMOVILIZARNOS . PRESTABA SEGURIDAD DE CENTINELA PARA QUE NO SE NOS METIERA LA GUERRILLA POR ESOS LUGARES QUE MENCIONE, ME RETIRE DE LA ORGANIZACIÓN  EN EL AÑO  2005 PORQUE  MATARON UN TIO MIO Y FUE LA MISMA GENTE Y ESO ME ABURRIO , MANEJE UN AK 47, MUNICIONES 300 CARTUCHOS, 4 PROVEEDORES, GRANADAS DE MANO, UTILIZABA UNIFORMES, LOS PROPIOS EN EL GRUPO ERAN 5.5 BETO QUIROGA Y TOLIMA, YO ERA PATRULLERO,  CUANDO EMPECE GANABA $250.000 CUANDO ERAMOS INDEPENDIENTES SOLO CON HERNAN GIRALDO, DESPUES CON LOS CASTAÑO GANABA $350.000 . A MI ME DIJERON QUE ME DESMOVILIZARA PORQUE SI DE PRONTO  SE DABAN CUENTA QUE YO HABIA TRABAJADO ELLOS ME CUBRIAN ESO Y TAMBIEN PARA QUE ME DIERAN ALGO DE PLATA PORQUE AHÍ NOS IBAN A DAR UN SUELDO, ESTUBE EN ENFRENTAMIENTOS CON OTROS GRUPOS ENEMIGOS DE LAS AUTODEFENSAS NO SE SI HUBIERON MUERTOS, NO PARTICIPE EN MUERTOS, NI SECUESTROS, NI MASACRES

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1136

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

*Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación*

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| *directa o indirecta de los menores en hostilidades o en acciones armadas, **aún de manera voluntaria,** encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango* | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - DE TRABAJO – PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 10. - RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 10 | NORBERTO VANEGAS BUSTAMANTE | FEBRERO DE 2002 | CORREGIMIENTO DE SIBERIA | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**SITUACION FACTICA:** CUANDO TENÍA 16 AÑOS, SE FUE PARA LA BASE QUE QUEDA EN  LA FINCA LA PALOMERA, ESO ES EN SIBERIA, ALLI HABLE CON EL COMANDANTE DE LOS PARAMILITARES, LE DIJE QUE YO QUERIA ENTRAR, PERO EL ME DIJO QUE NO POR MI EDAD, TENIENDO EN CUENTA LO QUE ME HABÍA DICHO EL SEÑOR, YO ME FUI PARA EL OTRO LADO DE LA FINCA A TRABAJAR, EN RECOLECCCIÓN DE CAFÉ, PERO A LOS 8 DÍAS, LLEGO LA MOVIL, BAJO EL MANDO DE 81, YO HABLE CON ÉL Y LE DIJE QUE QUERÍA ENTRAR, AL GRUPO, EL ME DIJO QUE SI, PERO UNA MUCHACHA, QUE TRABAJABA EN LA FINCA LE DIJO QUE NO, PORQUE YO ERA MENOR DE EDAD, EL DIJO QUE NO IMPORTABA, ELLOS SE QUEDARON VARIOS DIAS EN LA FINCA, AHÍ ME FUERON ENSEÑANDO COMO SE PRESTABA LA GUARDIA, COMO SE DESARMABA EL FUSIL Y DE LA MISMA MANERA ME ENSEÑARON COSAS TACTICAS, LAS GUARDIAS LA PRESTABA CON UN PALO, PARA QUE YO ME FUERA ACOSTUMBRANDO AL FUSIL; A LOS 13 DÍAS, LA MOVIL SALIÓ HACÍA QUEBRADA DEL SOL, AHÍ ME FUI YO TAMBIEM, YO ME FUI CON UNA CAMISA CAMUFLADA Y UN JEAN, EN LA CAMINATA ME DIERON UN UNIFORME CAMUFLADO Y UN FUSIL AK 47, AHÍ DURAMOS COMO UN MES PARA LLEGAR A QUEBRAD DEL SOL, CUANDO LLEGAMOS ALLÁ, EL COMANDANTE 81, SE ACCIDENTÓ DE LA COLUMNA, POR UNA CAIDA, EL SALIO DEL GRUPO, QUEDANDO YO ALLÍ, COMO A LOS 20 DÍAS NOS DEVOLVIMOS PARA NUEVA GRANADA, ALLÍ ESTUVE YO EN ESA BASE, CON LA MOVIL HASTA EL DÍA DE LA DESMOVILIZACIÓN.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1139

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1140

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 11. - RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 11 | CRISTOBAL DUARTE BARRIOS | OCTUBRE DE 2002 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** MANIFIESTA QUE SE DESMOVILIZO DEL FRENTE RESISTENCIA TAYRONA EL 3 DE FEBRERO EN LA VEREDA QUEBRADA DEL SOL LA SIERRA NEVADA DE SANTA MARTA,  TENÍA DOS AÑOS Y MEDIOS, EL GRUPO SE DESMOVILIZO EN EL 2006, SI   ENTRO A FINALES DEL 2002 EN OCTUBRE, TENÍA  APROXIMADAMENTE 16 AÑOS ME  DESEMPEÑABA COMO PATRULLERO, SI RECIBI ENTRENAMIENTO Y SI USE ARMA LARGA, ENTRENAMIENTO   LO IMPARTIÓ EL MISMO COMANDO FUE EL QUE ME IMPARTIÓ EL ENTRENAMIENTO CON EL SEÑOR HERNAN GIRALDO;  Y ÉL FUE EL QUE LE IMPARTIÓ LA INSTRUCCIÓN,  NO EL   HABÍAN VARIOS ERA EL COMANDANTE DEL GRUPO EN ESE TIEMPO ERA EL SEÑOR ARENAS.

**FORMULACION DE CARGOS:**  : SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE:

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE | 12. - RECLUTAMIENTO ILICITO ART: 162 | 12 | EDISON BORJA CASTRO | AÑO 2003 | GUACHACA | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INCORPORACION EN EL GRUPO | DEL C.P | | | | | GIRALDO AFRANIO REYES MARTINEZ  JOSE DEL CARMEN GELVEZ A  DANIEL GIRALDO CONTRERAS (CONDENADO) | | VICTIMA  VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO  SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN LA VERSION RENDIDA POR EL JOVEN,   RECLUTADO MENOR EDINSON BORJA CASTRO, SIN NINGÚN ALIAS Y QUIEN DIJO HABER ESTADO CASI 3 AÑOS COMO MIEMBRO DE LAS AUTODEFENSAS CAMPESINAS Y QUE DERIVA SU SUSTENTO DE ESE TRABJO, SIN UTILIZAR ARMAS, OPERANDO EN GIROCASACA DESDE EL AÑO 2003, REPORTANDO TODO LO MALO QUE SE DABA POR AHI, POSTERIORMENTE SE INFORMO QUE SI RECIBIO ENTRENAMIENTO TIERRA Y MARCHA, PARA RESISTENCIA FISICA, MANEJO DE ARMAS ,QUE LE DECIAN EL PIÑA.

**FORMULACION DE CARGOS :** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1144

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – PROPAGACION VOZ A VOZ DE ACEPTACION DEL GRUPO | 13. - RECLUTAMIENTO ILICITO – DESPLAZAMIENTO FORZADO ART: 159 Y 162 DEL C.P | 13 | DIEGO ALBERTO GIRALDO OSPINO | AÑO 2004 | VEREDA MACHETE PELAO | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO AFRANIO REYES MARTINEZ JOSE GELVEZ ALBARRACIN | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1146

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESE EN EL 2004 TENIA 16 AÑOS, DESARROLLABA ACTIVIDADES COMO ARRIERO, NO TENIA TRATAMIENTO ESPECIAL POR SER MENOR, LO RECIBIÓ CUANDO LLEGO AL GRUPO HERNAN GIRALDO,QUE EL MISMO HABLO CON EL PORQUE  ERA DESPLAZADO Y NO TENIA TRABAJO Y EL LE DIJO TENGO ESTE TRABAJO SI QUIERE Y  COMO SABIA ARRIAR SE PUSE A TRABAJAR CON EL , YA QUE VENIA DESPLAZADO DE SAN PEDRO,SU JEFE FUE SIEMPRE HERNA GIRALDO Y  LE DABA LA ORDEN DE ARRIAR  LLEVABA COMIDA A LAS FINCAS COMIDA PARA LOS ANIMALES ,  NO PORTE ARMAS Y TUVE ENTRENAMIENTO MILITAR LO ÚNICO QUE PORTABA ERA UN RADIO DE COMUNICACIÓN

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR,**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia número C-240 del 1° de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango

**LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO** | | | | | | | | |
| **ARTICULO 159. DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL.** El que, con ocasión y en desarrollo de conflicto armado y sin que medie justificación militar, deporte, expulse, traslade o desplace forzadamente de su sitio de asentamiento a la población civil, incurrirá en prisión de diez (10) a veinte (20) años, multa de mil (1.000) a dos mil (2.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de diez (10) a veinte (20) años | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – PROPAGACION VOZ A VOZ DE INCORPORACION EN EL GRUPO | 14.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 14 | LUIS ALFONSO CALDERON SUAREZ | JULIO DE 2004 | VEREDA MACHETE PELAO | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO G AFRANIO REYES M JOSE DEL CARMEN GELVEZ A | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1149

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:**  INGRESO AL GRUPO EN EL AÑO 2004, EN EL MES DE JULIO, PARA ESE TIEMPO   ERA MENOR DE EDAD, TENÍA 16 AÑOS, IBA PARA LOS 17, QUE  PASO ALLÁ ARRIBA UN CUMPLEAÑOS, INGRESE AL GRUPO POR MEDIO DE UN AMIGO, A ÉL LE DECÍA CHALOSKI, PERO A ÉL LO ECHARON PARA OTRO LADO, ZONA QUE  NO SUPO MÁS NADA DE ÉL, YO ME FUI CON ÉL PORQUE VI QUE LE TENÍAN RESPETO, ADEMÁS A EL PUEBLO LO TENÍAN PRESIONADO ELLOS, POR ESO DECIDÍ INGRESAR AL GRUPO,   CUANDO INGRESE AL GRUPO, ME LLEVARON PARA LA BASE QUE ESTÁ EN MACHETE PELAO, ALLI DURE 5 MESES, AHÍ PRESTABA SERVICIO DE CENTINELA Y DE RANCHERO, DESPUÉS ME PUSIERON A PATRULLAR DONDE DURE 7 MESES, DESPUÉS ME TRASLADARON PARA UNA BASE, SITUADA EN EL CORREGIMIENTO DE SIBERÍA, HAY DURE COMO 8 MESES, DONDE VENDÍA MINUTOS  A LOS MISMO PATRULLEROS DE LAS AUC, HASTA LA DESMOVILIZACIÓN; DURANTE EL TIEMPO QUE ESTUVE PATRULLANDO, TUVIMOS COMBATES PERO FUE HOSTIGAMIENTO POR PARTE DE LA GUERRILLA, PERO ESO NO DURABA MUCHO TIEMPO, NI HUBO BAJA DE NINGUNA PARTE. PREGUNTADO: DIGA DE MANERA EXACTA, O APROXIMADA EN LA QUE USTED, DURO HACIENDO PARTE DE LAS AUC.

**FORMULACION DE CARGOS**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1150

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL – PROPAGACION VOZ A VOZ DE INCORPORACION EN EL GRUPO | 15. - RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 15 | YURIS LUZ CHINCHILLA CONTRERAS | ENERO 1 DE 2004 | VEREDA MACHETE PELAO | HERNAN GIRALDO SERNA  NORBERTO QUROGA P  NODIER GIRALDO G  DANIEL GIRALDO C  AFRANIO REYES M  JOSE GELVEZ A  EDUEARDO VENGOECHEA M | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA  COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA  VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO  SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** MANIFIESTA LA REPORTANTE QUE INGRESO AL GRUPO ARMADO DEL BLOQUE RESISTENCIA TAYRONA  PARA EL AÑO 2004, PARA ESE MOMENTO TENIA LA EDAD 16 AÑOS,  EN LA REGIÓN DE MACHETE PELAO, EN EL CORREGIMIENTO DE GUACHACA, EL COMÁNDATE INMEDIATO ERA 01, INDICA QUE NO RECIBIÓ ENTRENAMIENTO MILITAR, QUE SU ENTRENAMIENTO FUE DE ACTIVIDADES FÍSICA COMO CORRER Y DE LARGAS CAMINATAS, SU LABOR ERA LA DE COCINARLE AL GRUPO ARMADO, EL ALIAS QUE RECIBIÓ FUE LA BOLEJA, DURANTE ESE TIEMPO NUNCA PARTICIPO EN NINGÚN ENFRENTAMIENTO MILITAR, DURANTE ESE TIEMPO NUNCA SUFRIÓ NINGÚN  MALTRATO FÍSICO POR PARTE DE OTROS MIEMBROS DEL GRUPO ARMADO, SE DESMOVILIZO EN QUEBRADA DEL SOL, EN FEBRERO DEL 2006 CON EL RESTO DEL GRUPO ARMADO.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de  rango

| FINES EXPANSIONISTA Y BELICO – PERSUACION– PROPAGACION DE VOZ A VOZ DE | 16.- RECLUTAMIENTO ILICITO – TENTATIVA DE | 16 | HARLENSON ANTONIO ARVILLA PEREZ | MARZO 15 DE 1998 | VEREDA EL MAMEY | HERNAN GIRALDO SERNA | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA<br><br>COPIA DE CEDULA DE CIUDADANÍA DE LA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1154

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INCORPORACION EN EL GRUPO | HOMICIDIO ART: 135 Y, 162, EN CONCORDANCIA CON EL ARTICULO 27 DEL C.P | | | | | | | VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** ESTANDO EN LA VEREDA EL MAMEY LLEGARON VARIOS HOMBRES VESTIDOS DE CAMUFLADO Y LO INVITARON A UNA REUNION DONDE HABIA VARIOS MUCHACHOS DE CIVIL, ALLÍ LE MANIFESTARON QUE DEBIA INTEGRAR LAS AUC, DICE QUE INICIALMENTE NO ACEPTO PERO QUE FINALMENTE SE DEJO CONVENCER E INTEGRO LA ESTRUCTURA Y SE PRESENTO EN CADA DE TABLA AL MANDO WALTER EN EL MES DE MARZO DE 1998, RECIBIO ENTRENAMIENTO POR PARTE DE ALIAS PITER, A LOS DOS MESESLE DIERON PERMISO Y TOMO LA DECISION DE NO REGRESAR MAS, LUEGO DE 15 DIAS LO RECOGIERON EN UN CARRO,REALZIABA LABORES DE PATRULLAJE Y SEGURIDAD, Y FUE ASIGNADO A LA CONTRAGUERRILLA DE ALIAS 05, FUE TRASLADADO A LA ZONO DE SABANA CULEBRA. SE RETIRO PORQUE ALIAS 81 INTENETO ASESINARLO Y LO AMARRO, LO TIRO AL SUELO, LE DISPARO EN LA NUCA, EN LA ESPALDA Y EN LAS PIERNAS, PORQUE AL PARECER MANTENIA RELACIONES CON LA ESPOSA DE 8.1.QUE ESE DIA VIA A DOS JOVENES MUERTOS BOCA ABAJO EN EL MISMO SITIO.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1155

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

**HOMICIDIO EN LA MODALIDAD DE TENTATIVA**

El delito anterior se le formula en concurso heterogéneo,   con el delito **de  HOMICIDIO EN PERSONA PROTEGIDA,   tipificado en Libro Segundo, Titulo II, Capitulo Único del artículo 135** del Código Penal bajo el siguiente tenor: ARTÍCULO 135. HOMICIDIO EN PERSONA PROTEGIDA. El que, con ocasión y en desarrollo de conflicto armado, ocasione la muerte de persona protegida conforme a los Convenios Internacionales sobre Derecho Humanitario ratificados por Colombia, incurrirá en prisión de treinta (30) a cuarenta (40) años, multa de dos mil (2.000) a cinco mil (5.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de quince (15) a veinte (20) años.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PARAGRAFO. Para los efectos de este artículo y las demás normas del presente título se entiende por personas protegidas conforme al derecho internacional humanitario<br><br>Los Integrantes de la Población  Civil.<br><br>Los civiles que no participan en las hostilidades y los civiles de la parte adversa.<br><br>**EN LA MODALIDAD DE TENTATIVA Art. 27. - Tentativa**. El que iniciare la ejecución del hecho punible, mediante actos idóneos e inequívocamente dirigidos a su consumación y ésta no se produjere por circunstancias ajenas a su voluntad, incurrirá en pena no menor de la mitad del mínimo, ni mayor de las tres cuartas partes del máximo de la señalada para el delito consumado |||||||||
| FINES EXPANSIONISTA Y BELICO – OPCION LABORAL –ABORDAJE DE JOVENES EN BARRIOS MARGINALES, CANCHA DE FUTBOL Y SITIOS PUBLICOS. | 17.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 17 | LUIS ALFONSO SUAREZ BARRIOS | ENERO 1 DE 2003 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA<br><br>NORBERTO QUIROGA P<br><br>NODIER GIRALDO G<br><br>DANIEL GIRALDO C<br><br>AFRANIO REYES M | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA<br><br>COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** PARA ESA ÉPOCA ESTABA EN OCTAVO DE BACHILLERATO, ESTUDIABA EN EL COLEGIO PALOMINITO, QUEDA EN MARQUETALÍA, TENÍA 16 AÑOS DE EDAD, DOS MUCHACHOS QUE ERAN CONOCIDO DE EL, A UNO LE DECÍAN DIDIER Y AL OTRO LO LLAMABAN NICO,  ELLOS NO SE DESMOVILIZARON, LA MAMA ESE DÍA LLORO PORQUE NO LOS ENCONTRABA, ELLOS LO CONVIDARON A TRABAJAR, EN UNA PLATANERA A MACHETE, CUANDO LLEGARON  ALLÁ, LLEGÓ UNA CAMIONETA Y LE PREGUNTARON QUE SI SE QUERÍAN IR A TRABAJAR A LAS AUC, YO LE DIJE QUE NO, AL DÍA SIGUIENTE REGRESO LA MISMA CAMIONETA, Y LES VOLVIERON A PREGUNTAR SI SE  QUERÍAN  IR A TRABAJAR A LA AUC, DIDIER Y NICO, DIJERON QUE SE IBAN, QUE SI YO NO QUERÍA QUE ME QUEDARA, AL VER QUE ME IBA A QUEDAR SOLO EN MACHETE, YO ME FUI CON ELLOS PARA LA VEREDA QUEBRADA DEL SOL, ALLÁ NO RECIBIÓ ALIAS PITILLO, AL DÍA SIGUIENTE LE DIERON UN CAMUFLADO Y LO MANDARON PARA LA BASE LA ESTRELLA, QUE ESTABA ARRIBA DE QUEBRADA DEL SOL,  ALLÁ LE EMPEZARON A DECIR CUÁL ERA EL OBJETIVO, DE LAS AUC, QUE ERA ERRADICAR A LA GUERRILLA, PERO NO ERA DE MATAR A CUALQUIERA, PROTEGER LA ZONA; ESTADO ALLÁ, RECIBÍO ENTRENAMIENTO DE ARME Y DESARME DE FUSIL, COMBATE CUERPO A CUERPO, Y MANEJO DE RADIO;   ALLÍ DURE 8 MESES, DESPUÉS NUEVAMENTE LO MANDARON  PARA LA ESTRELLA, HASTA LA DESMOVILIZACIÓN EN ENERO 29 DE 2006

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1159

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SEGUNDA PRACTICA : PERSUASION | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES EN BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICO | 18.-RECLUTAMIEMTO ILICITO ART: 162 DEL C.P | 18 | JOLMAN DAVID CORONADO VALLE | DICIEMBRE DE 2000 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO SERNA NOREBERTO QUIROGA P EDGAR MEDINA FLOREZ (LO RECLUTA) | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESO EN EL CORREGIMIENTO DE GUACHACA DONDE RESIDIA POR UN TIEMPO CON SU PADRE, FUE RECLUTADO POR EL COMANDANTE  CHAPARRO, QUIEN LE MANIFESTO QUE INICIARA ENTRENAMIENTO CON LA AGRUPACION, QUE EL POSTERIORMENTE LO MANDABA COMO COMANDANTE DE UN GRUPO URBANO. LUEGO DE ACEPTAR PERTENECER A LAS AUC LO ENVIARON A REALIZAR ENTRENAMIENTO EN EL LUGAR CONOCIDO COMO FILO SECO UBICADO EN LA PARTE ALTA DE GUACHACA COMO A 1 HORA Y MEDIA DE CAMINO EN VEHICULO, EL ENTRENAMIENTO LO HIZO CON 120 PERSONAS MAS Y PERMANECIO ALLI POR 3 MESES, LA INSTRUCCION ERA DIRIGIDA POR ALIAS PUÑO, QUIEN FUE DADO DE BAJA POR LA POLICIA.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1162

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 19.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 19 | LUIS ENRIQUE BELTRAN SOLANO | AÑO 2000 | MERCADO PUBLICO DE SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P | COAUTORES | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR  EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO  NO. 2011-000109-00, DEL JUZGADO PRIMERO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO **LUIS NELSON ROJAS VERGARA, ALIAS COPA ROTA,** QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **LUIS ENRIQUE BELTRAN SOLANO.**

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1165

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1166

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 20.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 20 | ADRIAN GIRALDO ARCILA | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA JOSE GELVEZ A | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1167

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO  LUIS NELSON ROJAS VERGARA, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **ADRIAN  GIRALDO ARCILA**.

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1168

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 21.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 21 | JAIRO NARVAEZ CRISTANCHO | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA JOSE GELVEZ A | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO  LUIS NELSON ROJAS VERGARA, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **JAIRO NARVAEZ CRISTANCHO**

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.


ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.


PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.


El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS | 22.- RECLUTAMIENTO ILICITO ART: 162 | 22 | NELSON EDUARDO HENAO MUÑOZ | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| MARGINALES CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | DEL C.P | | | | | JOSE GELVEZ A | | JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO  LUIS NELSON ROJAS VERGARA, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **NELSON EDUARDO HENAO MUÑOZ**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.


ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.


PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.


El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**


**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1174

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 23.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 23 | WILLIAM FERNANDO GUZMAN CHAVARRIA | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA JOSE GELVEZ A | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO

SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO **LUIS NELSON ROJAS VERGARA**, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **WILLIAM FERNANDO GUZMAN CHAVARRIA**

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1176

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 24.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 24 | WILLIAM DE JESUS LAGUADO | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA JOSE GELVEZ A | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1178

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO **LUIS NELSON ROJAS VERGARA**, ALIAS **COPA ROTA**, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **WILLIAM DE JESUS LAGUADO**

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1179

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 25.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 25 | CARLOS JAVIER ORTIZ RODRIGUEZ | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA JOSE GELVEZ A | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011- |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO  LUIS NELSON ROJAS VERGARA, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **CARLOS JAVIER ORTIZ RODRIGUEZ**

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1183

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FINES EXPANSIONISTA Y BELICO – PERSUASION – ABORDAJE DE JOVENES A BARRIOS MARGINALES, CANCHAS DE FUTBOL Y OTROS SITIOS PUBLICOS. | 26.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 26 | JACOB MACHADO CHINCHILLA | AÑO 2004 | SANTA MARTA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G ADAN ROJAS MENDOZA JOSE GELVEZ A | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1184

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO **LUIS NELSON ROJAS VERGARA**, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **JACOB MACHADO CHINCHILLA**

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.


ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.


PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.


El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1185

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango

<mark>TERCERA PRACTICA : VINCULACION IMPUESTA</mark>

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1186

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIM AS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPA CIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FINES EXPANSIONISTA Y BELICO – VINCULACION IMPUESTA - FUERZA | 27.- RECLUTAMIE NTO ILICITO ART: 162 DEL C.P | 27 | ALIRIO NUÑEZ PORTILLA | AÑO 1995 | CORREGIMI ENTO DE GUACHACA | HERNAN GIRALDO SERNA | COAUTOR | IREPORTE DE LA VICTIMA INDIRECTA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** MANIFIESTA  LA REPORTANTE QUE SUS HIJOS VIVIAN CON ELLA Y SU ESPOSO EN LA FINCA BELLA  VISTA LA CUAL ERA DESU  PROPIEDAD, EN ESA FINCA VIVIAN  HACE 17 AÑOS, DESDE  EL AÑO 1992, SUS HIJOS TRABAJABAN  EN LA FINCA, ENTOCES EN LA REGION HACIAN REUNIONES  EL PATRON HERNAN GIRALDO Y DECIA QUE TODOS TENIAMOS QUE COLABORAR POR QUE DECIA QUE TENIAN QUE DEFENDER LA REGION Y ESO TOCABA ENTRE TODOS, ENTONCES PRIMERO SE LLEVARON AL MAYOR QUE SE LLAMA **OVER DANIEL NÚÑE**Z TENIA 19 AÑOS, LUEGO A LOS MESES DIJO EL PATRON QUE VENIA GENTE DE LA GUERRILLA Y QUE NECESITABA GENTE, ENTONCES RECLUTARON AL JOVEN  **ALIRIO NÚÑEZ**, TENIA 15 AÑOS ESO FUE EN 1995, SE LO LLEVARON Y LO ENTRENARON  Y POR ULTIMO SE LLEVARON AL OTRO HIJO  DE NOMBRE **JOHN FREDY** SE LO LLEVARON EN EL 2000,ESTABA ESTUDIANDO EN MACHETE PELAO Y UN DÍA NO REGRESO,   QUE NO DENUNCIARON PORQUE DE PRONTO NOS SACABAN DE LA REGION.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1187

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1188

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| FINES EXPANSIONISTA Y BELICO – VINCULACION IMPUESTA – FUERZA | 28.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 28 | JOHN FREDY NUÑEZ PORTILLA | AÑO 2000 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA P | COAUTOR | REPORTE DE LA VICTIMA INDIRECTA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO  NO. 2011-000109-00, DEL |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** MANIFIESTA  LA REPORTANTE QUE SUS HIJOS VIVIAN CON ELLA Y SU ESPOSO EN LA FINCA BELLA  VISTA LA CUAL ERA DESU  PROPIEDAD, EN ESA FINCA VIVIAN  HACE 17 AÑOS, DESDE  EL AÑO 1992, SUS HIJOS TRABAJABAN  EN LA FINCA, ENTOCES EN LA REGION HACIAN REUNIONES  EL  PATRON HERNAN GIRALDO Y  DECIA QUE TODOS TENIAMOS QUE COLABORAR POR QUE DECIA QUE TENIAN  QUE DEFENDER LA REGION Y ESO TOCABA ENTRE TODOS, ENTONCES PRIMERO SE LLEVARON AL MAYOR QUE SE LLAMA OVER DANIEL NÚÑEZ TENIA 19 AÑOS, LUEGO A LOS MESES DIJO EL PATRON QUE VENIA GENTE DE LA GUERRILLA Y QUE NECESITABA GENTE, ENTONCES RECLUTARON AL JOVEN  ALIRIO NÚÑEZ, TENIA 15 AÑOS ESO FUE EN 1995, SE LO LLEVARON Y LO ENTRENARON  Y POR ULTIMO SE LLEVARON AL OTRO HIJO  DE NOMBRE JOHN FREDY SE LO LLEVARON EN EL 2000,ESTABA ESTUDIANDO EN MACHETE PELAO Y UN DÍA NO REGRESO,   QUE NO DENUNCIARON PORQUE DE PRONTO NOS SACABAN DE LA REGION.

**FORMULACION DE CARGOS** :SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.


ARTICULO 14. Quien recluté a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.


PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| FINES EXPANSIONISTA Y BELICO – VINCULACION IMPUESTA – FUERZA | 29.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 29 | PABLO DUQUE VELASQUEZ | NOVIEMBRE DE 2004 | CORREGIMIENTO DE SIBERIA CIENAGA MAGD. | HERNAN GIRALDO (IMPUTADO) NORBERTO QUIROGA P NODIER GIRALDO JOSE DANIEL MORA LOPEZ AFRANIO REYES M | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** RELATA EL REPORTANTE QUE ÉL FUE RECLUTADO PARA HACER PARTE DE LAS AUTODEFENSAS PERTENECIENTES AL FRENTE RESISTENCIA TAYRONA DEL BLOQUE NORTE, EL COMANDANTE ALIAS UNO UNO O MARIO O RAMBO FUE QUIEN LO RECLUTÓ PARA QUE PASARA A CONFORMAR PARTE DEL GRUPO MÓVIL DE AUTODEFENSAS QUE ÉL COMANDABA, DURÓ COMO MIEMBRO DE ESTE GRUPO APROXIMADAMENTE UN AÑO Y DOS MESES, INCORPORÁNDOSE EN EL MES DE NOVIEMBRE DE 2004; INICIALMENTE RECIBIÓ ENTRENAMIENTO EN UNA BASE UBICADA EN EL CERRO CHUZO PELAO EN SIBERIA, ESTA BASE ERA COMANDADA POR ALIAS VEINTICINCO Y EL COMANDANTE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

INSTRUCTOR ERA ALIAS CHAKI CHAN, LA INSTRUCCIÓN DURÓ APROXIMADAMENTE 20 DÍAS DURANTE LOS CUALES RECIBIÓ ADIESTRAMIENTO EN MANEJO DE ARMAS ESPECÍFICAMENTE FUSIL AK-47, TAMBIÉN PRUEBAS FÍSICAS, TROTE PERMANENTE DURANTE 15 DÍAS, FUEGO EN MOVIMIENTO Y TÉCNICAS DE COMBATE, UNA VEZ CULMINADO EL ENTRENAMIENTO EMPEZÓ A PATRULLAR CON LA COMPAÑÍA MÓVIL COMANDADA POR UNO UNO, ESTUVO ASIGANADO EN VARIOS SECTORES Y COMPAÑIAS; EN DICIEMBRE DE 2005 CUANDO ANUNCIARON QUE EL GRUPO BLOQUE RESISTENCIA TAYRONA SE IBA A DESMOVILIZAR HUBO UNOS CAMBIOS EN LOS LUGARES DONDE ESTABAN LAS TROPAS, QUEDANDO LA MÓVIL DE UNO UNO EN EL SECTOR DE LA SECRETA Y LA UNIÓN ALLÍ ESTUVIERON HASTA LA DESMOVILIZACIÓN, CINCO DÍAS ANTES DE LA CEREMONIA DE DESMOVILIZACIÓN EMPEZARON A CONCENTRAR LAS TROPAS Y SE DIRIGIERON A QUEBRADA DEL SOL CUANDO ESTUVIERON ALLÍ UN COMANDANTE DE FINANZAS LLEGÓ HASTA DONDE ESTABA LA TROPA Y LES DIJO QUE QUIENES ERAN MENORES DE EDAD NO PODÍAN DESMOVILIZARSE Y QUE ENTREGARAN TODO EL ARMAMENTO E INTENDENCIA Y SE PUSIERAN EN CIVIL QUE LES IBAN A PAGAR TRES (3) SUELDOS QUE LES DEBÍAN Y SE TENÍAN QUE IR DE ALLÍ, ESO FUE DOS DÍAS ANTES DE LA DESMOVILIZACIÓN, FINALMENTE EL DÍA 2 DE FEBRERO DE 2006 SALIÓ DE QUEBRADA DEL SOL EN COMPAÑÍA DE DOS MUCHACHOS MÁS QUE TAMBIÉN ERAN MENORES DE EDAD CUYAS "CHAPAS" ERAN ZORRILLO Y CUCARACHO, DE LOS OTROS MENORES DE EDAD QUE ESTABAN EN EL GRUPO Y QUE TAMPOCO SE DESMOVILIZARON SOLO RECUERDA QUE ERAN COMO 10 MÁS Y ENTRE ELLOS HABÍA UNO QUE LE DECÍAN BURRO CON SUEÑO; DESDE QUE SALIÓ DEL GRUPO ILEGAL SE HA DEDICADO A TRABAJAR COMO BICITAXI EN EL MUNICIPIO DE CIÉNAGA Y COMO LABRIEGO EN LAS FINCAS DE LA SIERRA NEVADA DE SANTA MARTA. EL JOVEN PABLO DUQUE ERA CONOCIDO DENTRO DEL GRUPO ILEGAL COMOA ALIAS MAPURITO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1° de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| SEGUNDA POLITICA: CONTROL TERRITORIAL –  PRIMERA PRACTICA :OPCION LABORAL | | | | | | | | |
| CONTROL TERRITORIAL – OPCION LABORAL - UTILIZACION INICIAL EN LABORES ALTERNAS | 30.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 30 | RODOLFO EMILIO SANCHEZ CERVANTES | ENERO 1 DE 1990 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO SERNA | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA  COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA  VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO  SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1195

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESO A LA ORGANIZACIÓN POR SOLUCIONAR UN PROBLEMA LABORAL A LA EDAD DE 15 AÑOS COMO TRABAJAADOR DE LA FINCA PLAYA LINDA, LUEGO A LA FINCA LA ESTRELLA Y EL FILI, LUEGO DE TRABAJAR DURANTE 5 AÑOS CON HERNAN GIRALDO, LO ABORDO JAIRO MUSSO O OSWALDO RAFAEL  SARABIA DIAZ, ALIAS PACHO, SEGUNDO AL MANDO DE LA AUTODEFENSAS CAMPEISINAS DEL MAGDALEAN Y GUAJRA PARA QUE ADMINISTRARA LA FICA LA PORCIOSA, ALLI DURA 3 AÑOS. LUEGO, DE QUE JORGE 40 LE QUITARA LA FINCA A MUSSO TORRES PASO A ORDENES DE JORGE 40 Y ESTE LO ENVIO A LA FINCA LA VEGA DE GUACHACA, ALLI DURO 2 AÑOS Y MEDIO Y AL MOMENTOD E LA DESMOVILIZACION LA FINCA LA ADMINISTRABA LUIS VELEZ. MIENTRAS ESTUVO CON HERNAN GIRALDO PORTO UN FUSIL AK 47 Y APOYABA ENFRENTAMIENTOS CON LOS ROJAS, CON LAS FARC Y POR ULTIMO CON LAS AUTODEFENSAS DE CORDOBA Y URABA, QUE SE DESMOVILIZO PORQUE UNA PISTOLA QUE LE HABIAN COMPRADO A INDUMIL A TRAVES DE UN SARGENTO TORRES, SE EXTRAVIO Y POR ELLO SE ACOGIO AL PROGRAMA DEL GOBIERNO.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1196

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTROL TERRITORIAL – OPCION LABORAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 31.- RECLUTAMIENTYO ILICITO ART: 162 DEL C.P | 31 | JAVIER GARCES ARCILA | ENERO 1 DE 1991 | VEREDA MACHETE PELAO | HERNAN GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1198

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** MANIFIESTA QUE EL  IBA A LA FINCA DE UN TÍO SUYO DE NOMBRE ARNULFO GARCES, TENÍA UNA FINCA CERCA A LA DEL SEÑOR HERNAN, Y EL  TÍO A VECES LES  DABA TRABAJO, Y  CONOCÍO A  HERNAN GIRALDO ANTED DE SER COMANDANTE DE LA AUC DEL MAGDALENA, QUE EL IBA  A LA FINCA EN  TEMPORADAS DE VACACIONES Y SU TÍO TENÍA UNA TIENDA GRANDE Y ALLÍ IBAN A TOMAR HERNAN GIRALDO, Y LO CONOCÍO CUANDO TENÍA COMO 13 O 14 AÑOS, Y EL NOS SALUDABA, DESPUÉS COMO A LOS 16 AÑOS ME FUI A TRABAJAR CON ÉL, PORQUE EN SU CASA HABÍA MUCHAS NECESIDADES Y SE ME FUE A TRABAJAR CON ÉL, PERO TRABAJABA ERA EN LAS COSAS DE LA FINCA, DESPUÉS COMO A LOS 6 MESES DE ESTAR CON EL LE DIERON ARMA POR LA SEGURIDAD DEL SEÑOR PORQUE YA HABÍA COMENTARIOS QUE LO QUERÍAN MATAR, Y LE DIERON UNA ESCOPETA DE 8 TIROS.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

Case 1:04-cr-00114-RBW   Document 521-3   Filed 10/02/15   Page 855 of 1604

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango

| CONTROL TERRITORIAL – OPCION LABORAL – ABORDAJE DE JOVENES EN BARRIOS | 32.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 32 | JESUALDO SALDIVAR AGUIRRE MERIÑO | SEPTIEMBRE 1 DE 2003 | VEREDA LA TAGUA | HERNAN GIRALDO NORBERTO QUIROGA P NODIER GIRALDO G AFRANIO REYES M | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| MARGINALES, CANCHA DE FUTBOL Y OTROS SITIOS PUBLICO | | | | | | JOSE GELVEZ ALBARRACIN<br><br>JOSE MORA LOPEZ | | VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE DOCUMENTO QUE ESTE JOVEN  VIVÍA EN LA VEREDA LA TAGUA, EN LA FINCA POZO AZUL, DE PROPIEDAD DE SU ABUELO ARNULFO MERIÑO, ESTANDO EN LA ZONA  VEÍA A LOS GRUPOS DE LAS AUC, QUE PASABAN POR AHÍ, NO RECUERDA LA FECHA, PERO UN DÍA  HABLO CON UN SEÑOR, A QUIEN LE DECÍAN PIÑA, EL LE DIJO QUE SE PRESENTARA AL COMANDANTE QUE ESTABA EN SIBERÍA, QUE ERA RICAURTE, EL LE DIJO QUE MIRARA  PARA VER SI LE GUSTABA  LA ORGANIZACIÓN, Y SI LE GUSTA Y QUIERE INGRESAR, SE QUEDA, PORQUE  NO SE PUEDE INGRESAR Y SALIRSE, SI ESTÁ SEGURO QUÉDESE, ENTONCES SE QUEDO, LOS PRIMEROS DÍAS ESTUVO EN EL CAMPAMENTO, DESPUÉS LO LLEVARON A UN ENTRENAMIENTO, QUE DURO COMO SEMANA Y MEDIA,  RECIBÍO ARMAMENTO A LOS TRES (3) DÍAS DE ESTAR EN LA ORGANIZACIÓN;  AL SALIR DE CURSO, LE DIJERON QUE  IBA A SER PATRULLERO, QUE A SUI COMANDANTE LO TENÍA QUE RESPETAR, INGRESO A LA ORGANIZACIÓN A FINALES DEL 2003, TENÍA 16 AÑOS, CUANDO ENTRO A LAS AUC, BLOQUE RESISTENCIA TAYRONA,  SUS LABORES A REALIZAR ERAN  PATRULLAR , PRESTAR SERVICIO DE CENTINELA, A VECES DE RANCHEROS, NUNCA ESTUVO EN COMBATE, ESTUVO EN EL GRUPO HASTA LA DESMOVILIZACIÓN

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.<br><br>Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.<br><br>Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONROL TERRITORIAL – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 33.- RECLUTAMIENTO ILICITO<br><br>ART: 162 DEL C.P | 33 | FRANKLIN JOSE FRAGOSO DE AVILA | JULIO 16 DE 1998 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA<br><br>COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1203

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE DESPRENDE DE LA CARPETA QUE ESTE JOVEN PERTENECIO A LAS BRT COMO  RADIO CHISPA LA MISIÓN  ERA LA COMUNICACIÓN, NUNCA PORTO  ARMAS, UNIFORMES TAMPOCO. SE  DESMOVILIZO DEL BLOQUE RESISTENCIA TAYRONA  EL DÍA 4 DE FEBRERO DEL 2006 , INGRESO AL GRUPO DE 17 AÑOS EL DÍA 16 JULIO DE 1998 , ERA OPERADOR DE RADIO EN GUACHACA , LE DABA INFORMACIÓN A LOS COMANDANTE DE ZONAS COMO 5.5 EL COMANDANTE ERA HERNAN GIRALDO Y EL COMANDANTE DE LOS RADIO CHISPA ERA MOLLEJO, FIRME UNOS DOCUMENTOS AL MOMENTO DE LA DESMOVILIZACIÓN,  DONDE SE LE DICE AL ALTO COMISIONADO PARA LA PAZ LA VOLUNTAD DE SER POSTULADO A LA LEY DE JUSTICIA Y PAZ .

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1204

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, recluté menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de **derechos humanos y la protección debida a los niños, la utilización de menores en acciones de**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTROL TERRITORIAL – OPCION LABORAL – PROPAGACION VOZ A VOZ DE INCORPORACION EN EL GRUPO | 34.- RECLUTAMIENTO ILICITO  ART: 162 DEL C.P | 34 | EDINSON SUAREZ CHINHILLA | AÑO 2001 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO NORBERTO QUIROGA POVEDA | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA  COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA  VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO  SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1206

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EN LA ORGANIZACIÓN  LE DECIAN CHALO INGRESO EN EL AÑO 2001 O 2002, DURO COMO 3 AÑOS,   ERA PATRULLERO, SU COMANDANTE ERA ALIAS 5.5, CUANDO INGRESO AL GRUPO IBA  A CUMPLIR 17 AÑOS DE EDAD, ESTUVO REALIZANDO ACTIVIDADES EN EL ATLANTICO, MAGDALENA Y LA GUAJIRA, PRESTABA GUARDIA COMO EN  LA VIDA MILITAR, SU JEFE MAXIMO ERA HERNAN GIRALDO PERO LUEGO PELEO CON CASTAÑO SE HIZO UNA SOLA Y SIGUIO JORGE 40,  SE DESEMPEÑABA  COMO PATRULLERO GANABA CUATROCIENTOS CINCUENTA Y CUANDO SALIO LE PAGABAN QUINIENTOS MIL PESOS EL PAGO ERA MENSUAL, QUE  LO QUE HACIAN  ERA PROTEGER  A LA GENTE DE LOS ATAQUES DE LA GUERRILLA, ESTUVO  EN ENFRENTAMIENTOS CON LA GUERRILLA,  UTILIZO UN GALIL 556, UNA AK 47, 450 CARTUCHOS, 4 PROVEEDORES, DOS GRANADAS DE MANO, DOS GRANADAS DE FUSIL,LA IDEOLOGIA ES QUE ESTABAN  PARA DEFENDER AL CAMPESINO.

**FORMULACION DE CARGOS :** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.


ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.


PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.


El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| CONTROL TERRITORIAL – OPCION LABORAL – PROPAGACION DE VOZ A VOZ DE INCORPORACION EN | 35.- RECLUTAMIENTO ILICITO  ART: 162 DEL C.P | 35 | BAUDILIO VALENCIA ROA | AÑO 2003 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO  NORBETO QUIROGA POVEDA  DANIEL GIRALDO | COATORES | ENTREVISTA Y REPORTE DE LA VICTIMA  COPIA DE CEDULA DE CIUDADANÍA DE LA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1208

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EL GRUPO | | | | | | CONTRERAS AFRANIO REYES M JOSE DEL CARMEN GELVEZ ALBARRACIN NODIER GIRALDO | | VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** ESTE JOVEN  VIVÍA EN BURITACA, CON SUS PADRES Y HERMANOS, INGRESO AL GRUPO POR MEDIO DE UN AMIGO DE NOMBRE JUAN, QUE LE DECÍAN DIOMEDES, EL LE DIJO QUE LO ACOMPAÑARA UN DÍA A LA PARTE ALTA DE QUEBRADA DEL SOL, A LLEVAR UNOS VÍVERES, ESTANDO ALLÁ VÍO EL MOVIMIENTO DE LOS AMIGOS DE ÉL QUE YA ERAN PARAMILITARES,  ESO LO  IMPRESIONO, Y LE PREGUNTO  A SUS  AMIGOS JUAN, QUE COMO PODÍA ENTRAR, QUE COMO ERA ESO, EL LE DIJERON QUE  TENÍA QUE HABLAR CON EL COMANDANTE, PERO LE INSISTIÓ EN QUE SE QUEDARA DE AYUDANTE DE ÉL, QUE EL NECESITABA UN AYUDANTE, DE AHÍ SE QUEDO CON EL LO ACOMPAÑABA A TODAS PARTES, EL LE FUE PRESENTANDO A LOS COMANDANTES, CUANDO LE  ENSEÑO A MANEJAR,  AL TIEMPO LO  METIERON A NOMINA, TENIENDO UN SUELDO MENSUAL DE $ 500.000 MIL PESOS, PARA ESE TIEMPO  TENÍA 16 AÑOS DE EDAD, CUANDO YA ESTABA EN NOMINA, PERO COLABORANDO DURO COMO 6 MESES; YA ESTANDO EN EL GRUPO SE DEDICABA A MANEJAR, A LLEVAR LOS VÍVERES A LAS TROPAS, DONDE ESTUVIERAN, COMO TAMBIÉN CUANDO SE HACÍA CONSTRUCCIONES, LLEVABA LOS ELEMENTOS PARA LA CONSTRUCCIÓN, LLEVAR ARENA DE LOS ARROYOS A LA CONSTRUCCIÓN EN FIN OFICIO DE CONDUCTOR, A VECES LOS COMANDANTE LO  LLAMABAN PARA QUE LLEVARA DONDE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1209

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ELLOS ESTABAN A SUS ESPOSAS E HIJOS. | | | | | | | | |

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1210

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes. <br><br> Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. <br><br> Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1° de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. <br><br> Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de  rango || | | | | | | |
| CONTROL TERRITORIAL – OPCION LABORAL – PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 36.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 36 | EMIR DAVID MOJICA HIGUITA | ABRIL DE 2003 | GUACHACA | HERNAN GIRALDO NORBERTO QUIROGA P NODIER GIRALDO G AFRANIO REYES M JOSE GELVEZ ALBARRACIN | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DANIEL GIRALDO CONTRERAS (CONDENADO) | | DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN EL MES DE ABRIL DEL 2003, EMIR ALFONSO MOJICA HIGUITA, INGRESO AL FRENTE RESISITENCIA TAYRONA DE LAS AUTODEFENSAS UNIDAS DE COLOMBIA OPERANDO EN LA ZONA DE LA SIERRA NEVADA DE SANTA MARTA (MAGDALENA) QUIEN CUMPLIA CON LAS LABORES DE COMUNICADOR DE RADIO, CONOCIDO AL INTERIOR DEL GRUPO CON EL ALIAS DE HIGUITA, PARA LA FECHA EN QUE INGRESO ERA MENOR DE EDAD.

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.


ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1212

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1213

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de  rango | | | | | | | | |
| CONTROL TERRITORIAL – OPCION LABORAL - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 37.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 37 | ARLESAY NIETO BABATIVA | FEBRERO DE 2003 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G DANIEL GIRALDO C AFRANIO REYES M | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1214

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** MANIFIESTA EL JOVEN QUE VIVÍA EN LA CIUDAD DE SANTA MARTA, CON SUS PADRES, PERO SU FAMILIA VIVÍA EN LA REGIÓN DE GUACHACA, CUANDO IBA  A LA ZONA, O VEÍA A SUS AMIGOS QUE ANDABAN BIEN VESTIDOS, EMPRENDADOS, CON DINEROS, LOS VEÍA BIEN ECONÓMICAMENTE, Y DESDE MUY NIÑO SUS AMIGOS QUE TRABAJABAN EN EL GRUPO, LE DECÍAN QUE EL  ESTABA BUENO PARA QUE ENTRARA A TRABAJAR CON ELLOS, A RAÍZ QUE ESTABA SIN TRABAJO Y SU FAMILIA QUE SALIÓ DESPLAZADA DE  PALMOR, POR LA GUERRILLA, FUE CUANDO A SUS  15 AÑOS, DECIDÍO  INGRESAR AL GRUPO ARMADO, DONDE LO  RECIBIÓ EL COMANDANTE DOBLE UNO, QUIEN ERA EL COMANDANTE MILITAR DE GRUPO, DONDE LE DIJO QUE SI  LO RECIBÍA, QUE NO ERA HOMBRE, PERO EL LE ENSEÑABA A SER HOMBRE,  INGRESO EN FEBRERO DEL 2003, EN QUEBRADA DEL SOL, LO ENSEÑARON ORDEN CERRADO, MANEJO DE ARMA, COMBATE CUERPO A CUERPO PARA ATACAR A LA GUERRILLA, LUEGO DE UNA HERIDA QUE TUBO EN UN COMBATE Y DE ESTAR INCAPACITADO POR TRES MESES LO MANDARON DE RADIO CHISPA, EN LA TRONCAL DEL CARIBE, AHÍ ESTUVO HASTA LA DESMOVILIZACIÓN.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO,**

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1215

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia número C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango

==SEGUNDA PRACTICA :PERSUASION==

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL TERRITORIAL – PERSUASION– UTILIZACION INICIAL EN LABORES ALTERNAS | 38.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 38 | JAIME ENRIQUE PEREZ | AÑO 1995 O 1996 | SANTA MARTA BARRIO 11 DE NOVIEMBRE | HERNAN GIRALDO (HUBER DANET CASTRO PINEDA  RECLUTADOR) | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESO AL GRUPO COMO EN EL 95 O 96, TENIA DE 15 A 16 AÑOS, SE HIZO AMIGO DE UN COMANDANTE QUE LE DECIAN "GARFIO", Y DE  ELMER ENRIQUE CARBONO, YA EL FALLECIO, LE DECIAN EL AZULITO, EMPEZARON  ANDAR EN EL BARRIO, SE HICIERON  AMIGO Y LE COMENZARON  HACER LOS MANDADOS, GUARDARLES LAS ARMAS, A UBICARLE ALGUNO, QUE NECESITARA HABLAR CON ÉL,  DESPUES YA LO SUBIERON ARRIBA,  PARA ESE TIEMPO EL Y SUS AMIGOS ERAN  MENORES DE EDAD, SUS AMIGOS TAMBIEN PERTENECIERON AL GRUPO, CUANDO ENTRO NO RECIBÍO ENTRENAMIENTO MILITAR, TENIA 16 AÑOS, DURO UN AÑO CON GARFIO, CUIDANDOLO, USABA ARMA, EL LOS

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| ENSEÑO,  DESPUES ESTABAN BAJO AL MANDO  DE UNA PERSONA  QUE LE DECÍAN PITO. | | | | | | | | |
| **FORMULACION DE CARGOS** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE | | | | | | | | |
| Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997. | | | | | | | | |
| ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años. | | | | | | | | |
| PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley. | | | | | | | | |
| El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO** | | | | | | | | |
| **ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes. Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango | | | | | | | | |
| CONTROL TERRITORIAL – PERSUASION - ABORDAJE DE JOVENES EN BARRIOS MARGINALES, CANCHA DE FUTBOL, Y OTROS SITIOS | 39.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 39 | LUIS CARLOS MORALES MENDOZA | AÑO 2003 | VEREDA MACHETE PELAO | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G DANIEL GIRALDO C AFRANIO REYES M | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PUBLICO. | | | | | | JOSE GELVES A | | DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESO EN EL GRUPO EN EL AÑO 2003, TENIA 16 AÑOS, VIVIA EN SANTA MARTA TRABAJABA EN UNA FINCA EN MACHETE PELAO, ELLOS ESTABAN ALLA Y EN UNA TARDE SE PUSE A CONVENZAR CON UN DE LLOS Y LE EXPLICARON QUE  ESO ERA  MUY DURO QUE LOS PENSARA BIEN, PERO A LOS 16 AÑOS INVENTO QUE  TENIA 18 Y SACO LA CEDULA PARA IRSE PARA EL EJERCITO Y COMO LO  RECHAZARON , SIEMPRE TENIA LA IDEA DE IRSE PARA LAS AUC PORQUE APOYABAN Y DEFENDIA AL CAMPESINO , HABLO CON UNO DE LLOS Y UN DIA LES DIJO QUE QUERIA ENTRAR  Y LO ACEPTARON, LE DIERON ENTRNAMIENTO DE 3 MESES , LE DIERON UNIFORME Y ARMA ERA UN FUSIL , ERA PATRULLERO PRESTABA SEGURIDAD, LE PAGANA 350 MIL ALLI DURO COMO 2 AÑOS HASTA LA DESMOVILIZACION

**FORMULACION DE CARGOS**:  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE


Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTRO TERRITORIAL – PERSUACION - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 40.- RECLUTAMIE NTO ILICITO ART: 162 DEL C.P | 40 | JAVIER SANGUINO FIGUEROA | AÑO 2000 | VEREDA MACHETE PELAO | HERNAN GIRALDO NORBERTO QUIROGA P | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** ESO FUE COMO EN EL AÑO 2000, TENÍA 16 AÑOS DE EDAD, INGRESO  CUANDO LLEGARON COMENTARIOS DE QUE EN LA AUC NECESITABAN GENTE PARA ENTRENARLO PORQUE LA GUERRILLA SE ESTABA METIENDO EN LA ZONA Y ESTABA CAUSANDO DAÑOS EN LA COMUNIDAD, A NADIE LO OBLIGARON A ENTRAR AL GRUPO QUE SE  FUE VOLUNTARIAMENTE Y  DECÍAN QUE TENÍA 18 AÑOS, PORQUE SI  DECÍAN QUE TENÍA MENOS NO LO ACEPTABAN, LE DIJERON QUE SI AGUANTABA EL ENTRENAMIENTO SE QUEDABA, ENTONCES COMENZARON EL ENTRENAMIENTO, EN CASA E TABLA, DURARON COMO 30 DÍA, LE ENSEÑARON DEFENSA PROPIA, A MANEJAR ARMAS DE TODA CLASE, EL ENTRENAMIENTO SE LO DIO ALIAS WALTER,   DESPUÉS LES INFORMARON QUE SI SE QUERÍAN  QUEDAR O NO Y  EL SE QUEDO ESTABA ENTUSIASMADO,   ERA PATRULLERO, LE DIERON UNIFORME Y ARMA DE FUEGO, SU FUNCIÓN ERA ESTAR PENDIENTE EN EL PUEBLO, ESTUVO EN COMBATE CUANDO LOS CASTAÑO, NUNCA SALIÓ HERIDO, LE DECÍA GASPARIN, ESA ERA SU CHAPA, CUANDO SE DESMOVILIZARON TENÍA 22 AÑOS.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO,**

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1223

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO** | | | | | | | | |

**ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| CONTROL TERRITORIAL – PERSUASION – PROPAGACION DE VOZ A VOZ DE | 41.- RECLUTAMIENTO ILICITO<br><br>ART: 162 DEL | 41 | JOSE AGUSTIN BLANCO SILVA | AÑO 2000 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA<br><br>NORBERTO QUIROGA POVEDA | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA<br><br>COPIA DE CEDULA DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INCORPORACION EN EL GRUPO | C.P | | | | | | | CIUDADANÍA DE LA VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** QUE EL JOVEN  VIVÍA EN PUERTO NUEVO, AHÍ VEÍA CUANDO ENTRABAN LOS MUCHACHOS Y SALÍAN, ESO LE LLAMO LA ATENCIÓN, POR LO QUE HABLO CON UNOS MUCHACHOS DEL GRUPO, QUE HABÍA LLEGADO AL PUEBLO, YO LES PREGUNTE COMO ERA LA CUESTIÓN, ELLOS LE DIJERON QUE SI QUERÍA ENTRAR TENÍA QUE HACER UN ENTRENAMIENTO NORMAL, Y TENÍA QUE HABLAR CON  LA PERSONA ENCARGADA,  FUE Y HABLO CON ALIAS EL PROFESOR, A ÉL LE DECÍA MICO, DESDE ESE DÍA QUEDO EN LA ORGANIZACIÓN, ESO FUE PARA EL AÑO 2000, PARA PRINCIPIO DE  AÑO, CUANDO ENTRO A LA ORGANIZACIÓN TENÍA 16 AÑOS; AL ESTAR AHÍ, LE DIERON UN ENTRENAMIENTO POR 4 MESES POR LA VEREDA QUEBRADA DEL SOL, AHÍ LE ENSEÑARON EL USO DE LAS ARMAS, COMBATE CUERPO A CUERPO, AL TERMINAR EL CURSO, QUEDARON EN LA BASE POR UN TIEMPO DE AÑO Y MEDIO, LUEGO LOS MANDARON PARA SIBERIA, ALLI SE QUEDARON POR ESPACIO DE 2 A 3 AÑOS, DONDE REALIZÁBAN  PATRULLAJE EN LA ZONA PARA CONTRARRESTAR A LA GUERRILLA.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1226

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTROL TERRITORIAL – PERSUASION - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 42.- RECLUTAMIENTO ART: 162 DEL C.P | 42 | EDER ANTONIO Y JOSE NAVARRO ARRIETA | AÑO 2000 -2002 | SANTA MARTA MERCADO PUBLICO | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA DANIEL GIRALDO C AFRANIO REYES M ADAN ROJAS MENDOZA NODIER GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA INDIRECTA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** MANIFIESTA LA REPORTANTE QUE LLEGO A LA REGIÓN DE GUACHACA PARA EL AÑO 1984, EN COMPAÑÍA DE SUS DOS HIJAS DE NOMBRE YANETH NAVARRO ARRIETA DE 4 AÑOS DE EDAD Y MÓNICA PATRICIA NAVARRO ARRIETA DE 2 AÑOS DE EDAD, Y SU MARIDO DE NOMBRE JORGE NAVARRO CALDERÓN,  SE ESTABLECIERON EN LA PARTE ALTA DE BURITACA, EN LA VEREDA QUEBRADA DEL PLÁTANO, EN UNA FINCA LA CUAL NO RECUERDA EL NOMBRE, DE PROPIEDAD DEL SEÑOR SEGUNDO YEPES, SU ACTIVADA EN LA FINCA ERA LA DE CUIDARLA Y DE CULTIVAR LA TIERRA EN DONDE SEMBRABA MAÍZ Y YUCA, PARA ESTA ÉPOCA YA SE ENCONTRABA EL GRUPO DE HERNÁN GIRALDO SERNA EN LA REGIÓN, PARA EL DÍA  28 DE JUNIO DEL AÑO 1985 NACE SU TERCER HIJO  EDER ANTONIO NAVARRO ARRIETA, PARA ESE MOMENTO AUN SE ENCONTRABA VIVIENDO EN LA FINCA DEL SEÑOR SEGUNDO YEPES, PARA EL DÍA 12 DE OCTUBRE DEL AÑO 1988, NACE SU CUARTO HIJO DE NOMBRE JOSÉ NAVARRO ARRIETA, PARA ESE MOMENTO, LA FAMILIA SE ENCONTRABA VIVIENDO EN LA VEREDA DE QUEBRADA DEL PLÁTANO, MANIFIESTA LA REPORTANTE QUE PARA EL AÑO 1992 SE SEPARO DE SU MARIDO JORGE NAVARRO CALDERON,  Y CUANDO SU MARIDO  SE VA DE LA CASA SE LLEVA A SUS DOS HIJOS VARONES,  EDER  Y JOSÉ , QUE PARA ESE MOMENTO TENÍAN LA EDAD  DE 7 Y 5 AÑO RESPECTIVAMENTE, DURANTE LOS AÑOS SIGUIENTE ELLOS LA VISITABAN ESPORÁDICAMENTE EN SUS CASA, DURANTE UN TIEMPO DEJA DE VERLOS Y  LUEGO PARA EL AÑO 2002, DESPUÉS LA  GUERRA QUE SOSTUVO GIRALDO CON JORGE 40, SE ENTERA QUE SUS DOS HIJOS EDER ANTONIO NAVARRO DE 15 AÑOS DE EDAD Y JOSÉ NAVARRO DE 13 AÑOS DE EDAD, PARA ESE MOMENTO,  PERTENECÍAN A LAS AUTODENSAS DE HERNÁN GIRALDO SERNA ; ASÍ MISMO MANIFIESTA LA ENTREVISTADA QUE SUS HIJOS  FUERON RECLUTADOS POR EL BLOQUE RESISTENCIA TAYRONA  PARA EL AÑO 2000, EN EL SECTOR DEL MERCADO PUBLICO DE LA CIUDAD DE SANTA MARTA, ELLOS FUERON RECIBIDOS POR LA DESMOVILIZADA DE BLOQUE RESISTENCIA TAYRONA CARMEN RINCO, ALIAS CARMEN LA TETONA, QUIEN LUEGO DE RECIBIRLOS  SE LOS LLEVA PARA UNA FINCA UBICADA EN LA  VEREDA MANSINGA EN DONDE RECIBIERON UN ENTRENAMIENTO MILITAR POR PARTE DEL GRUPO ARMADO, LUEGO A LOS TRES MESES DE FINALIZADO ESE ENTRENAMIENTO SE LO LLEVARON PARA LA REGIÓN DE GUACHACA; EN DONDE FUERON ASIGNADO ALA SEGURIDAD DEL

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

COMANDANTE MILITAR DEL GRUPO  WALTER TORRES, EN DONDE PERMANECIERON UN TIEMPO,  LUEGO DE TRASCURRIDO UNOS MESES SU HIJO JOSÉ NAVARRO DESAPARECE DE LA REGIÓN  Y NO VOLVIÓ A TENER CONOCIMIENTO DE ÉL; LUEGO PARA EL DÍA  23 AGOSTO DEL AÑO 2005, SE ENCONTRÓ CAUSALMENTE EN GUACHACA CON SU HIJO EDER NAVARRO QUE PARA ESE MOMENTO VIVÍA EN LA REGIÓN CON UNA MUCHACHA DE NOMBRE ZENAIDA CASTRO DELGADO, CON QUIEN TUVO UN HIJO DE NOMBRE EDER  DAVID  CASTRO DELGADO, EN ESE MOMENTO SU HIJO LE MANIFESTÓ QUE SE QUERÍA SALIR DE LAS AUTODEFENSAS Y QUE YA HABÍA PEDIDO LA BAJA SUS COMANDANTES, PERO QUE HABÍA NOTADO QUE ELLOS NO ESTABA CONFORME CON SU SOLICITUD YA QUE HABÍA TENIDO UN DESACUERDO CON ELLOS, Y SOLO LE QUEDABA ESPERA LA DESMOVILIZACIÓN PARA PODER RETIRARSE DE LA ORGANIZACIÓN ARMADA; POSTERIORMENTE SU HIJO  EDER ,  EL DÍA 26 DE AGOSTO DEL 2005, FUE ASESINADO EN LA VEREDA PUERTO NUEVO, POR MIEMBROS DE LAS FUERZAS MILITARES, CUANDO ÉL ESTABA  HUYENDO DE LA POLICÍA NACIONAL QUE UNOS SEGUNDO ANTES LO HABÍA HERIDO UNA DE SUS PIERNAS Y LLEGANDO AL RIO SE ENCONTRÓ CON EL EJERCITO QUIEN LE DISPARA CAUSÁNDOLE LA MUERTE.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO,**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO** | | | | | | | | |
| **ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes. | | | | | | | | |
| Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. | | | | | | | | |
| Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. | | | | | | | | |
| Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTROL TERRITORIAL – PERSUASION – PROPAGACION VOZ A VOZ DE | 43.- RECLUTAMIENTO ILICITO ART: 162 DEL | 43 | JOSE LUIS MARQUEZ CARDENA | AÑO 2003 | GUACHACA | HERNAN GIRALDO SERNA NORBERTO QUIROGA P NODIER GIRALDO G | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| INCORPORACION EN EL GRUPO | C.P | | | | | AFRANIO REYES M<br><br>JOSE GELVEZ ALBARRACIN<br><br><br>DANIEL GIRALDO CONTRERAS (CONDENADO) | | CIUDADANÍA DE LA VICTIMA<br><br>VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO<br><br>SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE PUDO ESTABLECER QUE EL JOVEN JOSE LUIS MARQUEZ CARDENAS, IDENTIFICADO CON LA CC. NO 1.134.329.074, NACIDÓ EL 6 DE ENERO DE 1988 EN FUNDACION (MAGDALENA), FUE INCORPORADO A LAS AUTODEFENSAS BRT CUANDO TENIA  15 AÑOS DE EDAD. EN VERSION LIBRE RENDIDA POR JOSE LUIS MARQUEZ CARDENAS, EN LA CUAL MANIFESTO HABER INGRESADO A PRINCIPIOS DEL AÑO 2003 A LAS AUTODEFENSAS, MAS ESPECIFICAMENTE AL FRENTE RESISTENCIA TAYRONA, DESEMPEÑANDOSE EN LABORES DE ESCOLTA, UTILIZANDO PARA ELLO UN FUSIL FALL CALIBRE 752 QUE LE PROPORCIONÓ LA MISMA ORGANZIACIÓN

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.<br><br>Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| ==TERCERA PRACTICA : VINCULACION IMPUESTA== | | | | | | | | |
| CONTROL TERRITORIAL – VINCULACION IMPUESTA – FUERZA | 44.- RECLUTAMIENTO ILCITO ART: 162 DEL C.P | 44 | JORGE LUIS PEREZ CAICEDO | ENERO 1 DE 2000 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA | COAUTOR | ENTREVISTA DE LUIS NELSON ROJAS VERGARA REPORTE OFICIOSO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1233

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EN ENTREVISTA REALIZADA AL DESMOVILIZADO COLECTIVO **LUIS NELSON ROJAS VERGARA**, ALIAS COPA ROTA, QUIEN FUNGIA COMO HOMBRE DE CONFIANZA DE HERNAN GIRALDO SERNA Y ENTRE LAS FUNCIONES QUE DICE HABER CUMPLIDO ESTABA LA DE RECLUTAR HOMBRES PARA LA ORGANIZACION ARMADA ILEGAL PARA LO CUAL INDICA HABERSE REUNIDO EN VARIAS OCASIONES CON INTEGRANTES DE LA ORGANIZACION QUE ERAN URBANOS DE LA CIUDAD DE SANTA MARTA A LOS CUALES SE LES PEDIA INVITARAN A LOS JOVENS QUE SE ENCONTRABAN EN LAS CANCHAS DE LOS BARRIOS DEL SUR DE LA CIUDAD AL IGUAL QUE A LA SALIDAS DE LOS COLEGIOS PARA QUE HICIERAN PARTE DEL GRUPO, DE ESTA MANERA INIDCA HABER SUBIDO MUCHOS JOVENES A QUEBRADA DEL SOL PARA INGRESARLOS AL GRUPO, ENTRE ESTOS ESTABA **JORGE LUIS PEREZ CAICEDO**.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1° de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTROL TERRITORIAL – VINCULACION IMPUESTA – Y FUERZA | 45.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 45 | ALEX ALFONSO GONZALEZ LOPEZ | FEBRERO 11 DE 2002 | MUNICIPIO DE CIENAGA MAGDALENA | HERNAN GIRALDO (IMPUTADO) NORBERTO QUIROGA POVEDA NODIER GIRALDO GIRALDO | COAUTOR | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** MANIFIESTA EL REPORTANTE QUE ÉL VIVÍA EN EL MUNICIPIO DE CIÉNAGA (MAGDALENA) ALLÍ RESIDÍA EN COMPAÑÍA DE SUS PADRES  S DEDICABA A ESTUDIAR EN EL COLEGIO LICEO MODERNO DONDE CURSABA QUINTO DE PRIMARIA, EL DÍA 11 DE FEBRERO DE 2002 ALEX SE ENCONTRABA EN LOS PLAYONES EN LA SALIDA PARA COLORAO, SEVILLANO POR ESE SECTOR DEL MATADERO DE CIÉNAGA EN COMPAÑÍA DE VARIOS AMIGOS, ESTABAN CAZANDO HIGUANA CUANDO HASTA ALLÍ LLEGARON VARIOS HOMBRES EN UN CAMIÓN TURBO ELLOS VESTÍAN UNIFORMES MILITARES Y DIJERON QUE LOS ACOMPAÑARAN PORQUE ESTABAN COGIENDO IGUANA, MONTARON A CUATRO DE LOS QUE ESTABAN ALLÍ Y LOS OTROS TRES QUE ERAN UNOS NIÑOS LOS DEJARON, MANIFIESTA ALEX QUE EN ESE MOMENTO ÉL TENÍA 13 AÑOS DE EDAD Y LOS OTROS TRES MUCHACHOS ERAN EL BURRO, CABEZÓN Y FELIPE ELLOS TAMBIÉN ERAN MENORES DE EDAD EN ESE MOMENTO; DE AHÍ DE CIÉNAGA LOS LLEVARON EN EL CAMIÓN HASTA LA VEREDA QUEBRADA DEL SOL, ALLÁ LES DIJERON QUE IBAN A TRABAJAR EN LAS AUTODEFENSAS Y QUE HABÍA COMBATES CON OTRO GRUPO, TRASLADARON A LOS JÓVENES HASTA LA VEREDA LOS MOROS QUE ES DE MINCA PARA ARRIBA EN ESE LUGAR LOS RECIBIÓ EL COMANDANTE CONOCIDO COMO DOBLE UNO O RAMBO, ESE MISMO DÍA LES ENTREGARON UN FUSIL Y UNIFORME LES DIERON INSTRUCCIONES SOBRE EL MANEJO DE ARMAS; DE AHÍ EN ADELANTE HIZO PARTE DE LAS AUTODEFENSAS, DESPUÉS DE LA GUERRA CON LOS CASTAÑOS SE FORMO UN SOLO GRUPO CON LOS GIRALDO, EMPEZARON A LLAMARSE COMO FRENTE RESISTENCIA TAYRONA DEL BLOQUE NORTE; EN EL MES DE SEPTIEMBRE DE 2005 ALEX CUMPLIÓ LOS 18 AÑOS PERO NO POSEÍA NINGÚN DOCUMENTO DE IDENTIDAD PORQUE SUS PADRES NO HABÍAN ALCANZADO A REGISTRARLO, CUANDO EMPEZARON A CONCENTRAR AL PERSONAL PARA LA DESMOVILIZACIÓN EN EL MES DE ENERO DE  DE 2006 ALEX SE ENCONTRABA EN UNA COMPAÑÍA MÓVIL AL MANDO DE ALIAS RAMBO O UNO UNO, DIERON  LA ORDEN DE CONCENTRARSE EN LA VEREDA QUEBRADA DEL SOL DONDE ESTUVIERON POR ESPACIO DE UN MES HASTA EL DÍA 3 DE FEBRERO DE 2006 QUE FUE LA DESMOVILIZACIÓN SU ALIAS  FUE  PAQUITA.

**FORMULACION DE CARGOS** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1238

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| CONTROL TERRITORIAL – VINCULACION IMPUESTA – FUERZA | 46.- RECLUTAMIENTO ILICITO  ART: 162 DEL C.P | 46 | DANIEL FERNANDO PUENTE SUAREZ | AÑO 2004 | VEREDA LOURDES CIENAGA MAGD. | HERNAN GIRALDO SERNA  NORBERTO QUIROGA POVEDA  NODIER GIRALDO G  AFRANIO REYES M  JOSE DANIEL MORA LOPEZ  JOSE GELVEZ ALBARRACIN | COAUTORES | REPORTE DE LA VICTIMA INDIRECTA  COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA  VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO  SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1239

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** SE DESPRENDE DEL REPORTE HECHO POR LA MADRE DEL JOVEN DANIEL FERNANDO PUENTE, QUE VIVIA CON ELLA EN LA FINCA EN LA VEREDA LOURDES EN COMPAÑÍA DE SUS OTROS TRES HIJOS, QUE UN DIA LLEGO A LA FINCA UN SEÑOR AL QUE NO LE SABE EL NOMBRE, PERTENECIENTES A LAS AUTODEFENSAS CONOCIDO CON EL ALIAS DE 70, Y EL DIJO QUE LLEVARA AL NIÑO A UNA PAREJA DE EVANGELICOS, DE LOS QUE TAMPOCO SABE LOS NOMBRES, PARA QUE LO TUVIERAN MIENTRAS ELLA TRABAJABA, ASÍ LO HIZO Y EL NIÑO A LOS DOS DIAS FUE ENTREGADO POR PARTE DE LOS EVANGELICOS, A ALIAS 70, QUIEN LE PERMITIA VER AL NIÑO, DESPUES HUBO UN CAMBIO DE COMANDO Y LLEGO 8.1 QUIE NO LA DEJO VER MAS AL NIÑO Y SE QUEDO CON EL, QUE COMO A LOS TRES MESES DE HABERSE LLEVADO AL NIÑO, FUE HASTA EL CAMPAMENTO DONDE TENIA AL NIÑO Y LE ROGO AL COMANDANTE 8.1 QUE LE DEVOVIERAN AL NIÑO, LE LLORO PERO NO LE HICIERON CASO Y LO QUE HICIERON FUE VIOLARLA CINCO HOMBRES, QUE UNO DE ELLOS ERA CONOCIDO COMO EL LOCO , QUE ALLI DURO UN DIA, Y LUEGO LE DIJERON QUE SE FUERA Y TUVO QUE IRSE, QUE CUANDO LA TENIAN DESNUDA ALCANZO A VER A SU HIJO, EL NIÑO LA VIO LLORANDO PERO NO DECIA NADA , QUE DESPUES SE LO LLEVARON Y A ELLA LE DIJERON QUE SE FUERA QUE NO VOLVIERA MAS POR ALLA, A LOS MESES SE VINE DE ALLA Y MAS NUNCA REGRESO, SE VINO CON SUS OTROS HIJOS, IBA A SUBIR OTRA VES PERO LE DIJERON QUE SI IBA LA MATABAN, DESPUES DE MUCHO TIEMPO UN SEÑOR AL QUE NO LE SABE EL NOMBRE LE DIJO QUE A UN NIÑO QUE ANDABA CON 8.1 LO HABIAN MATADO LO QUE ME HACE PENSAR QUE SU HIJO POR QUE ERA EL UNICO NIÑO QUE ANDABA CON EN EL GRUPO.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1240

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1241

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| CONTROL TERRITORIAL – VINCULACION IMPUESTAS - PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 47.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 47 | OMAR ENRIQUE GUERRERO DIAZ | AÑO 1998 | VEREDA QUEBRAD DEL SOL | HERNAN GIRALDO | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** EL JOVEN  OMAR GUERRERO DIAZ  DICE QUE CONOCIO  A HERNAN GIRADO DESDE QUE  ERA UN NIÑO, PORQUE EL SE LA PASABA EN LA CASA Y EN LA FINCA,  EN EL AÑO 1998 SE METIO LA GUERRILA A QUEBRADA DEL SOL Y LE HICIERON UN ATENTADO A HERNAN GIRALDO , ALLI HICIERON UNA REUNION CON LA GENTE DIJERON QUE LA GENTE DEBIA PREPARARSE  PARA ENFRENTAR LA GUERRILLA Y LOS ENTRENARON A RAIZ DE ESO , INGRESO  PORQUE DE CADA FAMILIA DEBIA IR UNO O DOS MIEMBROS  QUE  TENIA 16 AÑOS, LOS ENTRENARON, LES ENSEÑARON TACTICAS DE GUERRA, A MANEJAR ARMAS DE FUEGO, LANZAR GRANADAS. HABIAN  COMO 90 PERSONAS PERO QUEDARON

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| SOLO COMO 30 LOS DEMAS SE FUERON PORQUE ERAN PADRES DE FAMILIA  LES DIERON UN CAMUFLADO Y UNAS ESCOPETAS VIEJAS,  BAJO EL MANDO DE WALTER  EN CASA E TABLA, ERA  PATRULLERO, PRESTABA GUARDIA, QUE A EL LE DECIAN GUERRERO, Y DESPUES LE  DECIAN TOROMBOLO, LE PAGABAN CIENTO CINCUENTA MIL PESOS $150.000, ESTUVO  CON WALTER CON EL HECHCERO Y CON 5.5 , EN EL GRUPO SI HABIAN MENORES COMO EL GRILLO, HABIAN OTROS PERO NO RECUERDA LOS  NOMBRES Y ALLI ESTUVO HASTA LA DEMOVILIZACION DURO 8 AÑOS EN LAS AUC, ERA PATRULLERO. | | | | | | | | |
| **FORMULACION DE CARGOS**: SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE<br><br><br>Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.<br><br><br>ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.<br><br><br>PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.<br><br><br>El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO** | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1243

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los obligue a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes. Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| <mark>TERCERA POLITICA: PERMANENCIA LINEA FAMILIAR Y ALLEGADOS AL GRUPO –  PRIMERA PRACTICA :OPCION LABORAL</mark> | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1244

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERMANENCIA LINEA FAMILIAR Y ALLEGADOS AL GRUPO – OPCION LABORAL – PROPAGACION DE VOZ A VOZ DE INCORPORACION EN EL GRUPO | 48.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 48 | YARLEDIS GIRALDO MARQUEZ | ENERO 1 DE 2002 | CORREGIMIENTO DE GUACHACA | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA NODIER GIRALDO G DANIEL GIRALDO CONTRERAS | COAUTORES | ENTREVISTA Y REPORTE DE LA VICTIMA COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE DESPRENDE QUE LA JOVEN SE FUE DE SU CASA COMO A LOS 13 AÑOS CON UN NOVIO QUE TENIA, SALÍO EMBARAZADA Y VIVÍO CON EL PAPA DE SU HIJA DOS AÑOS SE SEPARO DE ÉL Y SE FUE NUEVAMENTE A DONDE SU FAMILIA, COMO NO HABÍA TRABAJO Y NO HABÍA ESTUDIADO DECIDÍO IRSE PARA LAS AUTODEFENSAS, FUE Y HABLO CON ALIAS EL GUAJIRO, ROBERTO CARLOS PEREZ HINOJOSA, Y HABLO CON EL JEFE QUE ERA HERNAN GIRALDO, Y LA DEJARON ESPERANDO EN LOS LINDEROS COMO 15 DÍAS Y LUEGO LLEGO Y LE DIJERON QUE SI, TRABAJABA DIRECTAMENTE CON ALIAS EL GUAJIRO Y LES DIJO QUE LA FUNCIÓN DE ELLA ERA QUE ÍBA A ESTAR EN UNA CASA GRANDE

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| EN GUACHACA  ATENDIENDO  A LOS HERIDOS Y ENFERMOS QUE LLEGARAN DEL GRUPO, QUE  HACIA  ASEO, COCINARLES, LAVARLES,  NO LE DIERON NINGUNA CLASE DE ENTRENAMIENTO,  NI UNIFORME, LE  PAGABAN AL PRINCIPIO $250:000, DESPUÉS LE SUBIERON EL SUELDO, ESA LABOR LA HIZO S HASTA EL DÍA QUE SE DESMOVIZARON, NUNCA PORTO ARMA, SIEMPRE SU  FUNCIÓN FUE ESA NUNCA ESTUVO EN COMBATES, LE DECÍAN CHIQUITA, ESA ERA SU APODO | | | | | | | | |
| **FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE<br><br><br>Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.<br><br><br>ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.<br><br><br>PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.<br><br><br>El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.  **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**<br><br><br>**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes. Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos. Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000. Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| ==CUARTA PRACTICA : INCORPORACION GENERACIONAL== | | | | | | | | |
| PERMANENCIA LINEA FAMILIAR- INCORPORACION GENERACIONAL – | 49.- RECLUTAMIENTO ILICITO ART: 162 DEL | 49 | OMAR OCHOA BALLESTROS | AÑO 1981 | VEREDA MAMEY | HERNAN GIRALDO | COAUTOR | ENTREVISTA DE LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| UTILIZACION INICIAL EN LABORES ALTERNAS | C.P | | | | | | | EQUIPO DE POLICIA JUDICIAL

CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ

COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA

VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO

SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1248

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| **SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE EL SEÑOR OMAR OCHOA BALLESTEROS  INGRESO  AL BRT,  SIENDO MENOR DE EDAD, SIEMPRE TUVIERON VINCULOS CON EL GRUPO YA QUE SU PADRE   ANDRES OCHOA ERA PROPIETARIO DE UNA FINCA UBICADA EN EL SECTOR Y FUE MUY AMIGO DE HERNAN GIRALDO SERNA, QUIEN AL PRINCIPO SE NEGO A RECIBIRLOS EN EL GRUPO, PERO ELLOS INSISTIERON E INGRESARON, SE DESEMPEÑABA COMO PATRULLERO EN LA CIUDAD DE SANTA MARTA, Y FUE RECONOCIDO COMO MIEMBRO DEL EXBLOQUE POR HERNAN GIRALDO SERNA EN SU CALIDAD DE MAXIMO COMANDANTE POR QUE AL MOMENTO DE LA DESMIVILIZACIÓN SE ENCONTRABA PRIVADO DE LA LIBERTAD. | | | | | | | | |
| **FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE<br><br>Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.<br><br>ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.<br><br>PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.<br><br>El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR,** | | | | | | | | |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, recluir menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de  rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERMANENCIA LINEA FAMILIAR- INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 50.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 50 | EDGAR ANTONIO OCHOA BALLESTEROS | AÑO 1989 | VEREDA EL MAMEY | HERNAN GIRALDO | COAUTOR | ENTREVISTA DE LA VICTIMA

REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL

CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ

COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA

VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO

SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE EL SEÑOR EDGAR ANTONIO  OCHOA BALLESTEROS  INGRESO  AL BRT,  SIENDO  MUY NIÑO AL IGUAL QUE SU HERMANO OMAR, SIEMPRE TUVIERON VINCULOS CON EL GRUPO YA QUE SU PADRE   ANDRES OCHOA ERA PROPIETARIO DE UNA FINCA UBICADA EN EL SECTOR Y FUE MUY AMIGO DE HERNAN GIRALDO SERNA, QUIEN AL PRINCIPO SE NEGO A RECIBIRLOS EN EL GRUPO, PERO ELLOS INSISTIERON E INGRESARON, SE DESEMPEÑABA COMO PATRULLERO EN LA CIUDAD DE SANTA MARTA, Y FUE RECONOCIDO COMO MIEMBRO  DEL  EXBLOQUE  POR  HERNAN  GIRALDO  SERNA  EN  SU  CALIDAD  DE  MAXIMO  COMANDANTE  POR  QUE  AL  MOMENTO  DE  LA DESMIVILIZACIÓN SE ENCONTRABA PRIVADO DE LA LIBERTAD.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1252

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia numero C-240 del 1º de abril de 2009, en la cual declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERMANENCIA LINEA FAMILIAR- INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 51.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 51 | LUIS FELIPE QUIROGA POVEDA | AÑO 1993 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO | COAUTOR | ENTREVISTA A LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** INGRESO AL GRUPO CUANDO TENIA  16  AÑOS,  COMO QUIERA QUE VIVÍA CON SU FAMILIA EN LA REGIÓN, YA QUE ERAN PROPIETARIOS DE UNA FINCA, CONOCIA ALGUNOS INTEGRANTES DEL GRUPO, HABLO CON ELLOS Y LO ACEPTARON, RECIBIO ENTRENAMIENTO EN EL MANEJO DE ARMAS DE FUEGO, SE DESEMPEÑABA COMO PATRULLERO E HIZO PARTE HASTA EL DIA DE LA DESMOVILIZACIÓN.

**FORMULACION DE CARGOS** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1255

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERMANENCIA LINEA FAMILIAR- INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 52.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 52 | NORBERTO QUIROGA POVEDA | AÑO 1994 | VEREDA QUEBRADA DEL PLATANO | HERNAN GIRALDO | COAUTOR | ENTREVISTA DE LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE DOCUMENTO QUE EN EL MES DE  MARZO DE 1996, CUANDO TENIA LA EDAD DE 16 AÑOS, ERA JORNALERO Y LABORAR EN LA FINCA  EL FILO Y LA ESTRELLA, FINCA DE PROPIEDAD DE HERNAN GIRALDO, QUIEN YA CONOCÍA PORQUE EL HACIA REUNIONES CON LOS PRESIDENTES DE LA JUNTAS Y CAMPESINOS EN GENERAL EN LA VEREDA DONDE VIVÍA, EN ESTAS FINCAS ESTUVO LABORANDO APROXIMADAMENTE 3 MESES HASTA JUNIO DEL AÑO ANTES MENCIONADO.  EN EL TIEMPO QUE ESTUVE EN LA FINCA ME DI CUENTA DE LA LUCHA Y EL COMPROMISO QUE TENIA EL SEÑOR HERNAN GIRALDO  CON LA SEGURIDAD DE LA REGIÓN Y SU CAMPESINADO, TAMBIÉN DE LA BUENA RELACIÓN QUE TENIA CON LOS INDÍGENAS, SE DIO CUENTA QUE ERA UNA LUCHA ANTI SUBVERSIVA POR EL BIEN DE LA REGIÓN, Y DEL PAÍS, ESTA LUCHA LE GUSTABA PERO SE DIO CUENTA QUE NO ESTABA PREPARADO PARA INGRESAR AL GRUPO DE AUTODEFENSAS CAMPESINAS, LUEGO  INGRESO  A LAS FILAS DEL EJERCITO NACIONAL PARA PAGAR EL SERVICIO MILITAR OBLIGATORIO, CUANDO QUISO INGRESAR SE DIO CUENTA QUE ESO NO ERA POSIBLE POR QUE ERA MENOR DE EDAD, FUE CUANDO SACO UN  REGISTRO CIVIL CON EL MISMO NOMBRE PERO CON LA FECHA DE NACIMIENTO DIFERENTE. ALLÍ ESTUVO 24 MESES PAGANDO EL SERVICIO MILITAR HASTA JUNIO DE 1998 CUANDO TERMINO DE PAGAR EL SERVICIO MILITAR REGRESO Y  Y QUISO COLABORARLE AL SEÑOR HERNAN GIRALDO EN LA CAUSA QUE EL VENIA DEFENDIENDO DURANTE TANTOS AÑOS,   TOMO LA DETERMINACIÓN Y SE PRESENTO A LA REGIÓN, Y SE PRESENTO AL COMANDANTE HERNAN GIRALDO, EN LA FINCA LA ESTRELLA PARTE ALTA DE QUEBRADA DEL SOL , FUE ASÍ COMO INGRESO  A LAS ACMG AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y GUAJIRA. TAMBIÉN SE PRESENTO CON EL SU HERMANO MAYOR LUIS FELIPE QUIROGA, EN ESOS MOMENTOS EL COMANDANTE Y JEFE ERA EL COMANDANTE HERNAN GIRALDO S Y EL ENCARGADO DE LA PARTE MILITAR ERA EL SEÑOR PACHO MUSO, TAMBIÉN HABÍAN UNOS COMANDANTES DE COMPAÑÍA COMO LO ERA EL SEÑOR TOLIMA, MONO LECHE Y WALTER TORRES. CUANDO INGRESO COMENZO   A DESEMPEÑARSE COMO COMANDANTE DE ESCUADRA CON NUEVE AL MANDO, MI COMANDANTE ERA TOLIMA Y EL COMANDANTE WALTER.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1258

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| PERMANENCIA LINEA FAMILIAR- INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 53.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 53 | DANIEL EDUARDO GIRALDO CONTRERAS | NOVIEMBRE 1 DE 1998 | CORREGIMIENTO DE GUACHACA | NORBERTO QUIROGA POVEDA HERNAN GIRALDO SERNA (IMPUTADO) | COAUTOR | ENTREVISTA DE LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE TIENE DOCUMENTADO QUE EL JOVEN DANIEL GIRALDO CONTRERAS, HIJO DE HERNAN GIRALDO, QUEDO HUERFANO DE MADRE  DESDE MUY PEQUEÑO Y QUEDO BAJO EL CUIDADO DE SU PADRE CON QUIEN RESIDIA EN LA FINCA, A PESAR DE QUE SU PADRE NO QUERIA QUE HICIERA PARTE DEL GRUPO Y TRATO DE QUE ESTUDIARA, ESTO NO FUE POSIBLE YA CUANDO ESTABA ADOLESCENTE QUISO SER PARTE DEL GRUPO POR ELLO RECIBIO ENTRENAMIENTO EN EL MANEJO DE ARMAS DE FUEGO Y PRESTABA  SEGURIDAD A SU PADRE JUNTO A OTRAS PERSONAS, PERTENECIO AL GRUPO HASTA EL MOMNETO DE LA DESMOVILIZACIÓN.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

 Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1261

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO.** El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango | | | | | | | | |
| PERMANENCIA LINEA FAMILIAR-INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 54.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 54 | DEIMER PATIÑO GIRALDO | FEBRERO 9 DE 2000 | VEREDA CASA E´TABLA | HERNAN GIRALDO SERNA NORBERTO QUIROGA POVEDA | COAUTOR | ENTREVISTA A LA VICTIMA REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO  NO. 2011- |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** SE ENCUENTRA DOCUMENTADO QUE EL SEÑOR DEIMER PATIÑO GIRALDO SE  ENCUENTRA DETENIDO DESDE EL 8 DE NOVIEMBRE DE 2005,CUANDO  FUE DETENIDO EN LA CIUDAD DE SANTA MARTA, EN EL BARRIO EL PANDO,  POR EL DELITO DE CONCIERTO PARA DELINQUIR AGRAVADO, CONFORMACIÓN DE GRUPOS ARMADOS AL MARGEN DE LA LEY, PORTE ILEGAL DE UNIFORME, UTILIZACIÓN ILEGAL DE MEDIOS DE CAMUNICACIÓN,  INDICA QUE INGRSO A LA ORGANIZACIÓN BLOQUE RESISTENCIA TAYRONA EL 19 DE FEBRERO DE 1999 O 2000, FUE EL DÍA QUE LA GUERRILLA ATACO A HERNAN GIRALDO, LO  RECLUTO WALTER TORRES,  TENIA 14  AÑOS DE EDAD, NO LO QUERIAN RECIBIR POR SER MENOR DE EDAD PERO FINALMENTE LO DEJARON EN EL GRUPO,  ERA PATRULLERO, SU ALIAS ERA OCHENTA O MARTILLO.

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien recute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1264

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y  BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO, ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de  rango

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| PERMANENCIA LINEA FAMILIAR-INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 55.- RECLUTAMIENTO ILICITO – HOMICIDIO AGRAVADO ART: 135 Y 162 DEL C.P | 55 | DAVID MAURICIO RUEDA ARBELAEZ | SEPTIEMBRE 1 DE 2000 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO (IMPUTADO) NORBERTO QUIROGA POVEDA | COAUTOR | REPORTE DE LA VICTIMA INDIRECTA VERSIÓN DE LOS POSTULADOS EN DONDE CONFIESAN EL HECHO FOTOGRAFIA DE LA VICTIMA REGISTRO DE DEFUNCION DEL JOVEN DAVID MAURICIO RUEDA SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** MANIFIESTA LA REPORTANTE QUE SU HIJO SE FUE SIN SU CONSENTIMIENTO A TRABAJAR CON LOS PARAMILITARES EN QUEBRADA DEL SOL, EL COMANDANTE DE EL ERA ALIAS WALTER, EL YA MURIO, QUE SU HIJO SE QUISO IR PARA ALLÁ PORQUE QUERIA UNA MOTO Y NECESITABA PLATA PARA COMPRARLA, ESTUVO COMO OCHO MESES TRABAJANDO EN QUEDRADA DEL SOL. LAS PERSONAS LE COMENTABAN QUE LO VEIAN ALLA ARRIBA TRABAJANDO Y HACIENDO ENTRENAMIENTO CON LOS ARAMILITARES, QUE EL DIA DE SU MUERTE SU HIJO ESTABA CUMPLIENDO 16 AÑOS Y ESTABA ABURRIDO PORQUE QUERIA BAJAR A GUACHACA Y WALTER NO LO DEJÓ VENIR. ME EXPLICARON QUE MI HIJO ESTABA PRESTANDO VIGILANCIA Y SE LE FUE UN TIRO Y SE MATÓ.

**FORMULACION DE CARGOS:** SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el artículo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos. **LIBRO SEGUNDO, DE LOS DELITOS EN PARTICULAR, TITULO II, DELITOS CONTRA LAS PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO UNICO,**

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**ARTICULO**

**ARTICULO 162. RECLUTAMIENTO ILICITO**. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

El delito anterior se le imputa en concurso heterogéneo,   con el delito de  **HOMICIDIO EN PERSONA PROTEGIDA,   tipificado en Libro Segundo, Titulo II, Capitulo Único del artículo 135 del Código Penal** bajo el siguiente tenor: **ARTÍCULO 135. HOMICIDIO EN PERSONA PROTEGIDA**. El que, con ocasión y en desarrollo de conflicto armado, ocasione la muerte de persona protegida conforme a los Convenios Internacionales sobre Derecho Humanitario ratificados por

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| Colombia, incurrirá en prisión de treinta (30) a cuarenta (40) años, multa de dos mil (2.000) a cinco mil (5.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de quince (15) a veinte (20) años. <br><br> PARAGRAFO. Para los efectos de este artículo y las demás normas del presente título se entiende por personas protegidas conforme al derecho internacional humanitario <br><br> Los Integrantes de la Población Civil. <br><br> Los civiles que no participan en las hostilidades y los civiles de la parte adversa. | | | | | | | | |
| LINEA FAMILIAR – INCORPORACION GENERACIONAL – UTILIZACION INICIAL EN LABORES ALTERNAS | 56.- RECLUTAMIENTO ILICITO ART: 162 DEL C.P | 56 | NODIER GIRALDO GIRALDO | 1996 | VEREDA QUEBRADA DEL SOL | HERNAN GIRALDO SERNA | COAUTOR | ENTREVISTA HECHA A LA VICTIMA <br><br> REPORTE DE OFICIO REALIZADO POR EL EQUIPO DE POLICIA JUDICIAL <br><br> COPIA DE CEDULA DE CIUDADANÍA DE LA VICTIMA <br><br> CARPETA DE LA VICTIMA COMO POSTULADO A LA LEY DE JUSTICIA Y PAZ <br><br> VERSIÓN DE LOS POSTULADOS EN |

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DONDE CONFIESAN EL HECHO SENTENCIA CONDENATORIA DE FECHA 29 DE NOVIEMBRE DE 2011, RADICADO NO. 2011-000109-00, DEL JUZGADO PRIMERO PENAL DEL CIRCUITO |

**SITUACION FACTICA:** COMENZÓ A HACER PARTE DEL GRUPO EN EL AÑO 96, TENÍA 16 AÑOS, LLEGO A LA COSTA EN EL AÑO 1992, CONOCE A HERNAN GIRALDO, ES SU TIO EN LA PARTE ALTA DE GUACHACA UNA FINCA LLAMADA EL FILO Y A ESO DEL AÑO 96 COMENZÓ A COLABORAR DIRECTAMENTE SUBIENDO LOS DOMINGOS A LLEVAR LOS VIVERES QUE RECOGIA CARMEN RINCON EN LA PLAZA PUBLICA Y LOS LLEVABA EN UN CAMIÓN QUE ERA DE OTRO MIEMBRO DE LA ORGANIZACIÓN LLAMADO MARTIN PEÑARANDA OSORIO. CONOCIO OTRO MENOR, PRIMO MIO, HIJO DEL SEÑOR HERNAN GIRALDO, DANIEL GIRALDO, DICE QUE CONOCIO MUJERES EN EL GRUPO, PERO QUE ERA UNA MINORIA, LA MAYORIA ERAN RADIO-OPERADORAS OTRAS EN ENFERMERIA. EN EL MOMENTO QUE INGRESO A LA ORGANIZACIÓN LE PREGUNTO A HERNAN GIRALDO CUAL ERA LA IDEOLOGIA Y EL LE DIJO QUE FUE POR EL ATROPEYO A QUE LOS SOMETIÓ EL FRENTE XIX DE FARC, Y LA IDEOLOGIA ERA UNA LUCHA ANTI-SUBVERSIVA Y LA DELINCUENCIA COMUN, EL BLOQUE RESISTENCIA TAYRONA EN EL AÑO 98 SE VIO OBLIGADO A COBRAR IMPUESTO DE DROGA QUE PROCESABA O QUE SALIA POR EL SECTOR, LA VINCULACION DEL GRUPO AL NARCOTRAFICO FUE NETAMENTE LIMITADA AL COBRO DE IMPUESTO A TRAFICANTES QUE SACABAN DROGAS POR EL SECTOR, COMO TAMBIEN SE LE COBRABA A COMERCIANTES Y HOTELES DEL SECTOR

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1270

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

**FORMULACION DE CARGOS:**  SE FORMULAN CARGOS A LOS POSTULADOS MENCIONADOS  POR LOS DELITOS DESCRITOS EN EL CODIGO PENAL LEY 599 DE 2000 DE

Reclutamiento ilícito de menores previsto para la época de los hechos en el  articulo 14 ley 418 de 1.997.

ARTICULO 14. Quien reclute a menores de edad para integrar grupos insurgentes o grupos de autodefensa, o los induzca a integrarlos, o los admita en ellos, o quienes con tal fin les proporcione entrenamiento militar, será sancionado con prisión de tres a cinco años.

PARAGRAFO. Los miembros de organizaciones armadas al margen de la ley, que incorporen a las mismas, menores de dieciocho (18), no podrán ser acreedores de los beneficios jurídicos de que trata la presente ley.

El precepto anterior fue recogido por el artículo 162 de la ley 599 de 2000, en los siguientes términos.

ARTICULO 162. RECLUTAMIENTO ILICITO. El que, con ocasión y en desarrollo de conflicto armado, reclute menores de dieciocho (18) años o los oblige a participar directa o indirectamente en las hostilidades o en acciones armadas, incurrirá en prisión de seis (6) a diez (10) años y multa de seiscientos (600) a mil (1.000) salarios mínimos legales mensuales vigentes.

Por aplicación del principio de favorabilidad y de legalidad se debe aplicar la pena contenida en el artículo 14 de la ley 418 vigente para la época de los hechos.

| POLÍTICAS – PRÁCTICAS - MODUS OPERANDIS | DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|

Sobre este reato se tiene que la honorable corte Constitucional se pronuncio en sentencia  numero  C-240 del 1º de abril de 2009, en la cual  declaró exequibles el inciso primero del artículo 14 de la Ley 418 de 1997 y el artículo 162 de la Ley 599 de 2.000.

Atendiendo a los elementos del delito de reclutamiento ilícito tipificado en los artículos 14 de la Ley 418 de 1997 y 162 del Código Penal (Ley 599 de 2000), la Corte estableció que la conducta prohibida por las normas internacionales, de utilización de niños con ocasión de un conflicto armado, esto es, la participación directa o indirecta de los menores en hostilidades o en acciones armadas, aún de manera voluntaria, encaja perfectamente en las hipótesis previstas en los citados preceptos. En la práctica, la admisión de menores en grupos armados ilegales los expone a esa utilización, a hacerlos partícipes en su accionar. Por tanto, de manera acorde con los convenios internacionales de derechos humanos y la protección debida a los niños, la utilización de menores en acciones de grupos armados al margen de la ley configura un delito y por ende, no puede considerarse que el legislador haya omitido un deber de   rango

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1272

# PATRON DE MACRO - CRIMINALIDAD

# HECHOS DE CONNOTACIÓN

## 14. Presentación de casos de connotación

Finalmente se presentarán unos casos de connotación que igualmente fueron priorizados y que tienen una especial relevancia, por la condición de la víctima, por las circunstancias que rodearon el hecho, por el nivel de las afectaciones causadas o por cualquier otra circunstancia que generó un determinado impacto social; entre los que además se develaron patrones como el homicidio, con prácticas de homicidios múltiples y homicidios selectivos, y modus operandi como el uso de la fuerza, cometidos en vía pública, ejecutados bajo el "amparo" de las políticas diseñadas al interior del grupo criminal, como lo fueron, al ser señaladas las víctimas de tener vínculos con el grupo enemigo y como consecuencia del control territorial y social que ejercían en las regiones dominadas a través de la violencia. Así mismo, por su connotación se incluye un caso de constreñimiento ilegal y constreñimiento al sufragante.

# PATRON DE MACRO - CRIMINALIDAD

# VIOLENCIA CONTRA PUEBLOS  INDIGENAS

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | POLITICA: CONTROL TERRITORIAL. - PRACTICA PERTURBACION DEL ORDEN COTIDIANO – MODUS OPERANDIS : LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | | | | | |
| 1DESPLAZAMIENTO FORZADO , TOMA DE REHENES , Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JUAN CARLOS GIL NACOGUI **COMUNIDAD KOGUI** C.C 7141209 ROSITA SIMONGAMA DAZA FRANCISCO GIL AWIGUI MERCEDES NACOGUI BENJAMIN GIL ELISEO GIL GIL | 01/01/2002 | GUACHACA-SANTA MARTA GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON | Med iato Mediato Medi ato Medi ato Medi ato | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | JOSE MOSCOTE GIL | | | • | Coautor | | | | |
| | | AMANDA GIL NACOGUI | | | • EDGAR OCHOA BALLESTEROS | Coautor | | | | |
| | | MEREJO MOJICA | | | • AFRANIO M. REYES MARTINEZ | Coautor | | | | |
| | | VICENTE GIL SUNDINGAMA | | | • ADAN ROJAS MENDOZA | Coautor | | | | |
| | | LEONORA LIMACO | | | • | Coautor | | | | |
| | | DAVID GIL LIMACO | | | | Coautor | | | | |
| | | MARIA LUISA DINGULA | | | | Coautor | | | | |
| | | IVAN SUNDINGAMA NOLAVITA | | | | | | | | |
| | | TOMASA SUNDINGAMA | | | | | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DINGULA<br><br>MARIANA GIL NACOGUI<br><br>ENMANUEL BOLAÑO GIL<br><br>PABLO BOLAÑO GIL<br><br>ANGELA BOLAÑO GIL<br><br>JANDIGUA | | | | | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES | | **GABRIEL MOSCOTE MOJICA**<br><br>MARIA LUISA JANDIGUA GIL | | | • HERNAN GIRALDO SERNA<br>• DANIEL | Med iato | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| , Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARIANA MOSCOTE JANDIGUA<br><br>ROSA MOSCOTE JANDIGUA<br><br>ZHEMAKU MOSCOTE | | | GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>•<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • | Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RAMON GIL BARROS**<br><br>C.C 5134015<br><br>COMUNIDAD WIWA<br><br><br>MARIA ELENA MOSCOTE DINGULA<br><br>JOSE GIL MOSCOTE<br><br>VIVIANA GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato<br><br><br>Mediato<br><br>Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MOSCOTE SEIMAKU GIL MOSCOTE KANKAWIMAKU GIL MOSCOTE SIRENA GIL MOSCOTE RAMONITA GIL NACOGUI | | | • CARMEN RINCON •  • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ • ADAN ROJAS MENDOZA • | Coautor  Coautor  Coautor  Coautor  Coautor  Coautor  Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JUAN RAMON GIL MOJICA** TERESA MOSCOTE MAMATACAN | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA <br> • | utor <br> Coautor <br> Coautor <br> Coautor <br> Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **JOSE RAMON SAUNA DAZA** <br> ANA BARRO DAZA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA <br> • DANIEL GIRALDO CONTRERAS | Mediato <br> Mediato <br> Med | CONTROL | DESARROLLO DE COMBATES EN LA | LIMITACION | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>•<br>• | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | ZONA | A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **FELICIANO GIL DINGULA** ZALIUMAN GIL MOJICA FELICIANO GIL DAZA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato Mediato Mediato Mediato Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>•<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br><br>Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **CLEMENTE SAUNA GIL** MARIA ALBERTO PASTOR VIRGINIA SAUNA ALBERTO MEREJA SAUNA ALBERTO JOSE SAUNA ALBERTO MARIA DAZA SAUNA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1287

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MARTINEZ <br> • ADAN ROJAS MENDOZA <br> • <br> • <br> • <br> • <br> • <br> • | utor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **JOSE MARIA GIL MOJICA** <br><br> INACIA JANDIGUA <br><br> ANGELAJANDIGUA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA <br> • DANIEL GIRALDO CONTRERAS | Mediato <br><br> Mediato <br><br> Med | CONTROL | DESARROLLO DE | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1288

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ATANASIO JANDIGUA | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>•<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>•<br>•<br>• | iato<br><br>Mediato<br><br>Coa utor<br><br>Coa utor<br><br>Coa utor<br><br>Coa utor<br><br>Coa utor<br><br>Coa utor | TERRITORIAL | COMBATES EN LA ZONA | FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **CLEMENTE SAUNA GIL** MARIA ALBERTO PASTOR VIRGINIA SAUNA ALBERTO MEREJA SAUNA ALBERTO JOSE SAUNA ALBERTO MARIA DAZA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato Mediato Mediato Mediato Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SAUNA | | | • CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br><br>Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE MARIA GIL MOJICA** INACIA JANDIGUA ANGELAJANDIGUA ATANASIO JANDIGUA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA<br>• | utor<br>Coautor<br>Coautor<br>Coautor<br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **CLEMENTE SAUNA GIL**<br>MARIA ALBERTO PASTOR<br>VIRGINIA SAUNA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br>Mediato<br>Med | CONTROL | DESARROLLO DE | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ALBERTO MEREJA SAUNA ALBERTO JOSE SAUNA ALBERTO MARIA DAZA SAUNA | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br> • EDGAR OCHOA BALLESTEROS <br> • AFRANIO M. REYES MARTINEZ <br> • ADAN ROJAS MENDOZA | iato <br><br> Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1294

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor<br><br>Coautor | | | | |
| 1<br>DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MANUEL SAUNA MOSCOTE**<br><br>LILIA GIL<br><br>JUAN SAUNA GIL<br><br>SANTIAGO SAUNA GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1295

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>•<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br><br>Coautor | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1296

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **ISABEL NACOGUI MOJICA** ANDRES GIL GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | • ADAN ROJAS MENDOZA | utor Coautor Coautor Coautor Coautor |  |  |  |  |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **DAVID GIL MOJICA** C.C 85469467 JUANITA MOJICA NACOGUI | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS | Mediato Mediato Med | CONTROL | DESARROLLO DE | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1298

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | CLAUDIA MOJICA GIL<br><br>MANUEL MOJICA GIL<br><br>FELIPE MOJICA GIL | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br><br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1299

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE FRANCISCO ZARABATA MOJICA**<br><br>BERNARDINA DAZA DINGULA<br><br>MANUEL ZARABATA DAZA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
|  |  |  |  |  | • CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor |  |  |  |  |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **MARIA DE LA CRUZ MOJICA SIMUNGAMA** JULIAN GIL MOSCOTE MAURICIO GIL NACOGUI | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1302

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MARTINEZ<br>• ADAN ROJAS MENDOZA<br>•<br>•<br>•<br>•<br>•<br>•<br>• | utor<br>Coautor<br>Coautor<br>Coautor<br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **JOSE MARTIN GIL MOJICA**<br>MARIA CHIMUNQUERO SIMUNGAMA<br>MARCELINO GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br>Mediato<br>Med | CONTROL | DESARROLLO DE | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | ALBERTO | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>•<br>•<br>•<br>• | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE ANTONIO MOSCOTE MOJICA** MARIA ZARABATA GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato Mediato Mediato Mediato Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br>Coautor | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1306

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **ANTONIO PASTOR ALBERTO** TIFANIA MOJICA PASTOR MARIA PASTOR MOJICA SEBASTIAN PASTOR MOJICA CHAWIMAKU PASTOR MOJICA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA<br><br>•<br>•<br>•<br>•<br>•<br>•<br>• | utor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **JUANA VILLAZON MALO**<br><br>RAFAEL VILLAZON MALO<br><br>FRANCISCO GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Med | CONTROL | DESARROLLO DE | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | VILLAZON MARI VILLAZON MALO | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• <br>• <br>• <br>• | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1309

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RAMON GIL MOJICA** MARIA DAZA BARRO ISABEL DAZA BARRO SIMON GIL DAZA ELENA GIL DAZA MERCEDES GIL DAZA LUJUNE GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato Mediato Mediato Mediato Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1310

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DAZA  JESUS GIL DAZA  CECILIA GIL CONCHACALA  SANTIAGO GIL CONCHACALA | | | • CARMEN RINCON <br> • EDGAR OCHOA BALLESTEROS <br> • AFRANIO M. REYES MARTINEZ <br> • ADAN ROJAS MENDOZA <br> • | Coautor  Coautor  Coautor  Coautor  Coautor  Coautor  Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **GABRIEL MOJICA NACOGUI** PETRONILA GIL BARROS | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ | Mediato<br>Mediato<br>Mediato<br>Mediato<br>Coautor<br>Coautor<br>Coautor<br>Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1312

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | utor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **VICENTE GIL CONCHALA**<br><br>JUAQUINA MOJICA CONCHACALA<br><br>JOSEFA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Med | CONTROL | DESARROLLO DE | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | BARROS DAZA | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE IGNACIO BARROS DAZA**<br><br>MERCEDES ALBERTO MOJICA<br><br>ZHALIUMAN ALBERTO MOJICA<br><br>ANDRES NOLAVITA ALBERTO | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br>Coautor | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1316

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **RAFAEL ROBERTO MOJICA GIL** DELFINA GIL DINGULA TERESA MOJICA GIL KATALINA GIL DINGULA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1317

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | utor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **EVANGELISTA CONCHANGUI MOSCOTE**<br><br>RAMONITA MOSCOTE LOZANO | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Med | CONTROL | DESARROLLO DE | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1319

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor  Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **PEDRO JOSE ALBERTO MOJICA**  JOSEFA GIL ZEBATA  CHEMAKU ALBERTO DAZA  JUAN DAZA BARROS  ANGEL ALBERTO DAZA  JUAN DAZA BARROS | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato  Mediato  Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON | Coautor | | | | |
| | | | | | • EDGAR OCHOA BALLESTEROS | Coautor | | | | |
| | | | | | • AFRANIO M. REYES MARTINEZ | Coautor | | | | |
| | | | | | • ADAN ROJAS MENDOZA | Coautor | | | | |
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MARIANA GIL ZEBATA  JOSE LUIS GIL ZEBATA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO  • CARMEN RINCON  • EDGAR OCHOA BALLESTEROS  • AFRANIO M. REYES MARTINEZ | Mediato  Mediato  Mediato  Mediato  Coautor  Coautor  Coautor  Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | utor<br><br>Coa utor<br><br>Coa utor<br><br>Coautor<br><br>Coautor | | | | |
| 1 DESPLAZ AMIENTO FORZADO, TOMA DE REHENES, Y | | **JUAN ALBERTO MOJICA**<br><br>ISABEL MAMATACAN<br><br>JOSE EVANGELIO | 01/01/02 | VERED A EL ENCAN TO CORRE GIMIEN TO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Medi ato<br><br>Med iato<br><br>Med | CONTRO L | DESARROLL O DE | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1323

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | MOJICA DAZA CATALINA PINTO GIL JOSE GABRIEL MOJICA PINTO JOSE CAMILO MOJICA PINTO | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br> • EDGAR OCHOA BALLESTEROS <br> • AFRANIO M. REYES MARTINEZ <br> • ADAN ROJAS MENDOZA | iato <br><br> Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZA MIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **NARCIZO CONCHACALA** CATALINA MOJICA BARROS CARMEN MOJICA GIL | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato Mediato Mediato Mediato Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1325

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON <br> • EDGAR OCHOA BALLESTEROS <br> • AFRANIO M. REYES MARTINEZ <br> • ADAN ROJAS MENDOZA | Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br><br> Coautor <br><br> Coautor | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1326

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **JOSE GREGORIO MOJICA GIL** JOSEFA GIL CONCHACALA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO  • CARMEN RINCON  • EDGAR OCHOA BALLESTEROS  • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | utor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **JOSE DINGULA MOSCOTE**<br><br>CATALINA SAUNA SIMUNGAMA<br><br>PATRICIA DINGULA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Med | CONTROL | DESARROLL | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1328

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SAUNA SUSANEKAN DINGULA SIMUNGAMA | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | iato<br><br>Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | TERRITORIAL | O DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1329

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor  Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **LEONARDO GIL MOJICA** MARIA LUISA MOJICA ZEBATA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | Mediato  Mediato  Mediato  Mediato  Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1330

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br>Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **EVANGELISTA MOJICA GIL** MERCEDES JANDIGUA GIL KAREN MOJICA GIL CARLOS MOJICA DAZA JOSE MIGUEL MOJICA GIL SILVANA TORRES TORRES JAIDER CONCHACALA MOJICA LUIS FERNANDO TORRES CRESPO | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA | utor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | | | |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y | | **BERNARDO GIL MOSCOTE**<br><br>ANTONINA MOJICA SIMONGAMA<br><br>PATRICIA MOJICA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACH | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS | Mediato<br><br>Mediato<br><br>Med | CONTROL | DESARROLLO DE | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SIMONGAMA  MARIA MOJICA SIMONGAMA  MANUEL SAUNA MOSCOTE  LILIA GIL  JUAN SAUNA GIL  SANTIAGO SAUNA GIL  ISABEL NACOGUI MOJICA  ANDRES GIL GIL | | ACA-SANTA MARTA | • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ • ADAN ROJAS MENDOZA | iato  Mediato  Coautor  Coautor  Coautor  Coautor  Coautor  Coautor | TERRITORIAL | COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZA MIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Coautor |  |  |  |  |
|  |  |  |  |  |  | Coautor |  |  |  |  |
| 1 DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS |  | **PEDRO NUEVITA NOLAVITA**<br><br>PATRICIA JANDIGUA<br><br>MARIA NUEVITA JANDIGUA<br><br>JOSE NUEVITA JANDIGUA | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | Mediato<br><br>Mediato<br><br>Mediato<br><br>Mediato<br><br>Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) |  |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br><br>Coautor | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DESPLAZAMIENTO FORZADO , TOMA DE REHENES , Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | **BERNARDO GIL MOSCOTE** ANTONINA MOJICA SIMONGAMA PATRICIA MOJICA SIMONGAMA MARIA MOJICA SIMONGAMA MANUEL SAUNA MOSCOTE LILIA GIL JUAN SAUNA GIL SANTIAGO SAUNA GIL ISABEL NACOGUI | 01/01/02 | VEREDA EL ENCANTO CORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS • AFRANIO M. REYES MARTINEZ | Mediato Mediato Mediato Mediato Coautor Coautor Coautor Coa | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MOJICA ANDRES GIL GIL | | | • ADAN ROJAS MENDOZA | utor Coautor Coautor Coautor Coautor | | | | |

SITUACION FACTICA:

 EN RAZON DE LA GUERRA DE FACTO QUE SE PRESENTARA ENTRE EL GRUPO DE LAS ACMG  HERNAN GIRALDO Y.EL GRUPO DE LOS CASTAÑO, SE GENERA COMO PRIMERA CONSECUENCIA DE GRAN IMPACTO SOCIAL Y ECONÓMICO PARA LA REGIÓN, EL DESPLAZAMIENTO DE MILES DE CAMPESINOS DE LAS VEREDAS DE LAS SIERRA NEVADA, PARA LA  TRONCAL DEL CARIBE, DURANTE LOS MESES DE ENERO Y FEBRERO 2002, YA QUE COMO ESTRATEGIA PARA EVITAR EL ACCESO DE LOS MIEMBROS DE LAS AUTODEFENSAS DE LOS CASTAÑO A LA REGIÓN GIRALDO SERNA ORDENO A LOS PRESIDENTES DE LAS JUNTAS DE ACCIÓN COMUNAL CONVOCAR A TODOS LOS RESIDENTES DEL SECTOR A INSTALARSE EN LA TRONCAL DEL CARIBE A LA ALTURA DE LAS

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| VEREDAS DE CALABAZO CORREGIMIENTO DE GUACHACA MAGDALENA Y EN LA VEREDA DE RIO ANCHO CORREGIMIENTO DE DIBULLA, LA GUAJIRA; Y ASÍ COMO PARA LOGRAR LA ATENCIÓN DEL GOBIERNO NACIONAL PARA QUE ENVIARA TROPAS DEL EJERCITO QUE IMPIDIERAN EL INGRESO DEL GRUPO DE LOS CASTAÑO A LA REGIÓN. LA REUNIÓN PARA LOS ACUERDOS, SE PRODUJO, LUEGO DE TRES DÍAS DE ESPERA A QUE LLEGARA JORGE 40, LA CUAL FINALMENTE SE REALIZÓ EL 27 DE FEBRERO DEL 2002 EN LA VEREDA LOS COCOS. LUEGO DE LA CUAL EMPEZARON LOS INTEGRANTES DE LA POBLACION CIVIL A RETORNAR A SUS VIVIENDAS, AUNQUE NO EN SU TOTALIDAD. EN ESTE DESPLAZAMIENTO TAMBIEN FIGURAN COMO VICTIMAS INTEGRANTES DE LOS PUEBLOS INDIGENAS DEL AREA EN QUE SE DESARROLLARON LOS COMBATES, COMO LA COMUNIDAD WIWA QUE HABITA EN LA VEREDA EL ENCANTO, CORREGIMIENTO DE GUACHACHA, Y QUE SE VIO ATRAPADA EN MEDIO DEL FUEGO DE LOS DOS BANDOS, PUES COMO YA HABÍAN SUFRIDO UN ANTERIOR DESPLAZAMIENTO QUE FINALMENTE NO LOS PUSO EN RIESGO, EN ESTA OPORTUNIDAD NO SALIERON ENSEGUIDA, Y LOS COMBATES SE DESARROLLARON PRACTICAMENTE EN SU TERRITORIO, LO QUE LE GENERO NO SOLO UNA GRAVELA ALTERACION DE SU VIDA COTIDIANA, SINO TAMBIEN PERDIDAS MATERIALES, PUES SE VIERON A SALIR APRESURADAMENTE DE SU ENTORNO HABITACIONAL.<br><br>FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS DESPLAZAMIENTO FORZADO: PREVISTO EN EL ARTÍCULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE CIENTO SESENTA (160) A TRESCIENTOS SESENTA (360) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) EN CONCURSO HETEROGENEO CON EL DELITO DE DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULO 154 DE LA LEY 599 DE 2.000 SANCIONADO CON PENA DE PRISION DE OCHENTA (80) A CIENTO OCHENTA (180) MESES (CAPITULO UNICO – TITULO II Delitos contra personas y bienes protegidos por el derecho internacional humanitario) | | | | | | | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 DESPLAZAMIENTO FORZADO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | JOSE MOSCOTE GIL FRANCISCA GIL GABRIEL MOSCOTE ELSA MARIA NIEVES RAMONITA MOSCOTE LUZ DALEKA MOSCOTE AURORA MOSCOTE AURA MARIA MOSCOTE EVANGELISTA MOSCOTE MARIA ISABEL | ENERO/ 2000 | | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MOSCOTE LUCIA GIL LIMACO | | | | | | | | |
| 2 DESPLAZAMIENTO FORZADO DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SAUL GIL NACOGUI RAMON GIL BARROS JUAN RAMON GIL MAURICIO GIL EMILIO GIL MARCOS GIL DAVID GIL AWIMACO GIL SEIMACO GIL ANA GIL | | ENERO/ 2000 | • HERNAN GIRALDO GIRALDO • DANIEL GIRALDO CONTRERAS • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON • EDGAR OCHOA BALLESTEROS | | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---------|------|-----|------|------|------|------|------|------|------|------|
| | | SIRENA GIL RAMONITA GIL ROSITA GIL JULIAN GIL MOJICA | | | | | | | | PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA:

INCURSIÓN DE LA GUERRILLA EN QUEBRADA DEL SOL. SE PRESENTA PARA EL 20 DE FEBRERO DEL AÑO 2000 UNA INCURSIÓN DE LA GUERRILLA DEL FRENTE 19 DE LAS FARC A LA VEREDA DE QUEBRADA DEL SOL CORREGIMIENTO DE GUACHACA, LA CUAL TIENE COMO OBJETIVO DAR MUERTE A GIRALDO SERNA, EN ESTA INCURSIÓN LOS SUBVERSIVOS EN SU PASO PARA LLEGAR HASTA LAS VEREDAS DE QUEBRADA DEL SOL Y EL MAMEY LUGARES DONDE PERMANECE GIRALDO SERNA ASESINAN A POBLADORES, Y SE PRODUCEN BAJAS DE LOS DOS BANDOS.

EN ESTOS ENFRENTAMIENTOS LAS AUTODEFENSAS DE HERNAN GIRALDO SERNA FUERON APOYADAS POR MIEMBROS DEL EJERCITO NACIONAL , EL CUAL REALIZO BOMBARDEOS EN LAS ZONAS POR LAS CUALES IBA INGRESANDO LA GUERRILLA, ASÍ MISMOS MIEMBROS DE LA POLICÍA ANTINARCÓTICOS QUE LLEGARON HASTA EL |LUGAR SUMINISTRARON MUNICIONES   Y GRANADAS A LOS MIEMBROS DE LAS AUTODEFENSAS PARA REPELER LA INCURSIÓN GUERRILLERA. VERSIÓN 25 DE ABRIL DE 2011, LUIS FELIPE QUIROGA POVEDA. LA COMUNIDAD WIWA QUE HABITA LA VEREDA EL ENCANTO, FUE AVISADA DE QUE POR ORDEN DE HERNAN GIRALDO TENIAN QUE DESPLAZARSE, LO QUE ASI HICIERON, DEJANDO ABANDONADOS SUS BIENES Y ENSERES, NO OBSTANTE QUE EN ESA OPORTUNIDAD LOS COMBATES NO LLEGARON HASTA SU SITIO DE ASENTAMIENTO..

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS: DESPLAZAMIENTO FORZADO: PREVISTO EN EL ARTÍCULO 159 DE LA LEY 599 DE

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.000, SANCIONADO CON PENA DE PRISIÓN DE CIENTO SESENTA (160) A TRESCIENTOS SESENTA (360) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) EN CONCURSO HETEROGENEO CON EL DELITO DE DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULO 154  DE LA LEY 599 DE 2.000 SANCIONADO CON PENA DE PRISION DE OCHENTA (80) A CIENTO OCHENTA (180) MESES (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) | | | | | | | | | | |
| 3 DESPLAZ AMIENTO FORZADO<br><br>DESTRUC CION Y APROPIA CION DE BIENES PROTEGI DOS | 10 4<br><br>10 5 10 6<br><br>10 7 10 8 10 9 11 0 | **JOSEFINA SHIRLEY HERNANDEZ IZQUIERDO**<br><br>**ARHUACA**<br><br>PADRES-<br><br>MANUEL HERNANDEZ Y CELESTINA IZQUIERDO<br><br>HERMANOS | 02/02/ 02 | CORRE GIMIEN TO DE GUACH ACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA | Medi ato<br><br>Med iato<br><br>Med iato<br><br>Mediato<br><br>Coa utor<br><br>Coa utor | CONTRO L TERRITO RIAL | DESARROLL O COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACIO N (DESPLAZA MIENTO FORZADO) | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLE S A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADO S EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 111 | LUIS ALBERTO-PEDRO CESAR LORENA Y MARCELA HERNANDEZ **Y 40 INDIGENAS** | | | BALLESTEROS • AFRANIO M. REYES MARTINEZ • ADAN ROJAS MENDOZA | Coautor Coautor Coautor Coautor Coautor Coautor | | | | FISCALIAS PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA:

ERAN COMO LAS 4 PM, CUANDO LLEGO LA ORDEN DE SALIR DE LA CASA, LLEGARON CON MAS DE 20 HOMBRES ARMADOS VESTIDOS CON PRENDAS MILITARES, NOS DIJERON QUE TENIAMOS QUE DESPLZARNOS E IRNOS PARA LA CARRETERA, DE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1344

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| INMEDIATO NOS TOCO CUMPLIR LA ORDEN POR TEMOR A LO QUE NOS PUDIERA SUCEDER, SALIMOS DEL LUGAR CAMINANDO ERAMOS COMO 40 INDIGENAS DE LA COMUNIDAD CAMINANDO HASTA LA TRONCAL DEL CARIBE, LELGAMOS COMO A LAS 8 PM, A LA CARRETERA, LLEGAMOS HASTA PLAYA LINDA O DON DIEGO EN ESE LUGAR PERMANECI COMO DOSMESES, DE AHÍ ME FUI PARA SANTA MARTA A BUSCAR TRABAJO YA QUE LOS HABIAMOS PERDIDO TODO. COMUNIDAD INDIGENA, ESTABA VIVIENDO CON MIPAPA DE NOMBRE MANUEL HERNANDEZ MI MADRE CELESTINA IZQUIERDO Y MIS HERMANOS LUIS ALBERTO HERNANDEZ DE 30 AÑOS PEDRO HERNANDEZ DE 28 AÑOS , CESAR HERNANDEZ DE 26 AÑOS , MIRIAM HERNANDEZ DE 5 AÑOS DE EDAD, LORENA HERNANDEZ DE 3 AÑOS Y MARCELA HERNANDEZ DE UN MES DE NACIDA. | | | | | | | | | | |
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS DESPLAZAMIENTO FORZADO: PREVISTO EN EL ARTÍCULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE CIENTO SESENTA (160) A TRESCIENTOS SESENTA (360) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) EN CONCURSO HETEROGENEO CON EL DELITO DE DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULO 154  DE LA LEY 599 DE 2.000 SANCIONADO CON PENA DE PRISION DE OCHENTA (80) A CIENTO OCHENTA (180) MESES (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) | | | | | | | | | | |
| 4.- DESPLAZ AMIENTO FORZADO , TOMA DE REHENES , Y DESTRUC CION Y | 79 80 81 | NOHORA MIRIAM HERNANDEZ IZQUIERDO-ARHUAKA C.C 57464732 | 22/01/02 | GUACH ACA | • HERNAN GIRALDO SERNA • DANIEL GIRALDO CONTRERAS • NORBERTO | Medi ato Med iato Med iato | CONTRO L TERRITO | DESARROLL O COMBATES | LIMITACION | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLE S A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| APROPIACION DE BIENES PROTEGIDOS | 82 | JAVIER SILVA  LENIS YAJAIRA TORRES  KELLYS TORRES (ILBA ROSS) | | | QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | Mediato  Coautor  Coautor  Coautor  Coautor  Coautor  Coautor | RIAL | EN LA ZONA | A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |

SITUACION FACTICA:

ESTA PERSONA SE ENCUENTRA DENTRO DEL ENFOQUE DIFERENCIAL RELATIVO A SU PERTENENCIA A LA COMUNIDAD INDIGENA ARHUACA POR LO QUE SU HECHO SE  UBICA EN ESTE SEGMENTO. EL DIA 22 DE FEBRERO DE 2002 LLEGARON HOMBRES ARMADOS A LA CASA DE LA SEÑORA MIRIAM HERNANDEZ IZQUIERDO, UBICADA EN LA  VEREDA EL VATICANO DEL CORREGIMIENTO DE GUACHACA  Y LE DIJERON QUE TENIA 20 MINUTOS PARA QUE SE FUERA, ELLA SE OPUSO Y PROCEDIERON A QUEMARLE DOS  CASAS DE PALMA QUE TENIA, NO LE DEJARON SACAR NADA, POR ESE MOTIVO SE DESPLAZO CON SU SEÑOR PADRE, SUS COMPAÑERO PERMANENTE  Y SUS HIJOS. EL POSTULADO NORBERTO QUIROGA MANIFESTO QUE ESE ERA UN CORREDOR DE LAS ACMG , NO HACIA PRESENCIA JORGE 40, PERO NO SE QUEMARON LAS CASAS. DANIEL GIRALDO Y HERNAN GIRALDO ACEPTARON EL DESPLAZAMIENTO.

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS DESPLAZAMIENTO FORZADO: PREVISTO EN EL ARTÍCULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE CIENTO SESENTA (160) A TRESCIENTOS SESENTA (360) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) EN CONCURSO HETEROGENEO CON EL DELITO DE DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULO 154  DE LA LEY 599 DE 2.000 SANCIONADO CON PENA DE PRISION DE OCHENTA (80) A CIENTO OCHENTA (180) MESES (CAPITULO UNICO – TITULO II delitos contra personas y bienes

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| protegidos por el derecho internacional humanitario) | | | | | | | | | | |
| 5.- DESPLAZAMIENTO FORZADO, TOMA DE REHENES, Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS, | | **COMUNIDAD INDIGENA KOGUI** | 22/01/02 | GUACHACA | • HERNAN GIRALDO SERNA  • DANIEL GIRALDO CONTRERAS  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO  • CARMEN RINCON  • EDGAR OCHOA BALLESTEROS  • AFRANIO M. REYES | Mediato  Mediato  Mediato  Mediato  Coautor  Coautor  Coautor | CONTROL TERRITORIAL | DESARROLLO DE COMBATES EN LA ZONA | LIMITACION A LA LIBRE CIRCULACION (DESPLAZAMIENTO FORZADO) | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MARTINEZ<br>• ADAN ROJAS MENDOZA<br>•<br>• | Coautor<br><br>Coautor<br><br>Coautor<br><br><br>Coautor<br><br>Coautor | | | | LA PAZ |

EN RAZON DE LA GUERRA DE FACTO QUE SE PRESENTARA ENTRE EL GRUPO DE LAS ACMG  HERNAN GIRALDO Y.EL GRUPO DE LOS CASTAÑO, SE GENERA COMO PRIMERA CONSECUENCIA DE GRAN IMPACTO SOCIAL Y ECONÓMICO PARA LA REGIÓN, EL DESPLAZAMIENTO DE MILES DE CAMPESINOS DE LAS VEREDAS DE LA SIERRA NEVADA, PARA LA  TRONCAL DEL CARIBE, DURANTE LOS MESES DE ENERO Y FEBRERO 2002, YA QUE COMO ESTRATEGIA PARA EVITAR EL ACCESO DE LOS MIEMBROS DE LAS AUTODEFENSAS DE LOS CASTAÑO A LA REGIÓN GIRALDO SERNA ORDENO A LOS PRESIDENTES DE LAS JUNTAS DE ACCIÓN COMUNAL CONVOCAR A TODOS LOS RESIDENTES DEL SECTOR A INSTALARSE EN LA TRONCAL DEL CARIBE A LA ALTURA DE LAS VEREDAS DE CALABAZO CORREGIMIENTO DE GUACHACA MAGDALENA Y EN LA VEREDA DE RIO ANCHO CORREGIMIENTO DE

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DIBULLA, LA GUAJIRA; Y ASÍ COMO PARA LOGRAR LA ATENCIÓN DEL GOBIERNO NACIONAL PARA QUE ENVIARA TROPAS DEL EJERCITO QUE IMPIDIERAN EL INGRESO DEL GRUPO DE LOS CASTAÑO A LA REGIÓN. LA REUNIÓN PARA LOS ACUERDOS, SE PRODUJO, LUEGO DE TRES DÍAS DE ESPERA A QUE LLEGARA JORGE 40, LA CUAL FINALMENTE SE REALIZÓ  EL 27 DE FEBRERO DEL 2002 EN LA  VEREDA LOS COCOS.   LUEGO DE LA CUAL EMPEZARON LOS INTEGRANTES DE LA POBLACION CIVIL A RETORNAR A SUS VIVIENDAS, AUNQUE NO EN SU TOTALIDAD. EN ESTE DESPLAZAMIENTO TAMBIEN FIGURAN COMO VICTIMAS INTEGRANTES DE LOS PUEBLOS INDIGENAS DEL AREA EN QUE SE DESARROLLARON LOS COMBATES, COMO LA COMUNIDAD  KOGUI QUE HABITA EN  LOS CORREGIMIENTOS DE  RIO ANCHO Y MINGUEO, Y QUE SE VIO ATRAPADA EN MEDIO DEL FUEGO DE LOS DOS BANDOS, LO QUE LE GENERO NO SOLO UNA  GRAVELA ALTERACION DE SU VIDA COTIDIANA, SINO TAMBIEN PERDIDAS MATERIALES, PUES SE VIERON A SALIR APRESURADAMENTE DE SU ENTORNO HABITACIONAL. ASI COMO DAÑOS ESPIRITUALES, POR EL DESARRAIGO DE SU TERRITORIO Y LAS CONFRONTACIONES ARMADAS QUE EN EL SE LIBRARON ||||||||||
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA  MENCIONADOS  POR LOS SIGUIENTES DELITOS DESPLAZAMIENTO FORZADO: PREVISTO EN EL ARTÍCULO 159 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE CIENTO SESENTA (160) A TRESCIENTOS SESENTA (360) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) EN CONCURSO HETEROGENEO CON EL DELITO DE DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULO 154  DE LA LEY 599 DE 2.000 SANCIONADO CON PENA DE PRISION DE OCHENTA (80) A CIENTO OCHENTA (180) MESES (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario ||||||||||
| 6.- CONSTRE ÑIMIENTO ILEGAL (RESTRIC | | COMUNIDAD INDIGENA KOGUI, ARHUACA, | 01/03/02 | GUACHACA | • HERNAN GIRALDO SERNA • DANIEL | Mediato Med | | VIOLACION A LA | RESTRICCIO | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1350

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CION A REALIZAR PAGAMENTOS Y PRACTICAS TRADICIONALES) | | WIWA. | | | GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACIN | iato<br>Med iato<br>Mediato<br>Coa utor<br>Coa utor<br>Coa utor<br>Coa utor<br>Coa utor | CONTROL TERRITORRIAL | INTEGRIDAD ETNICA Y CULTURAL | N PARA REALIZAR PRACTICAS TRADICIONALES | AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |

A LOS PUEBLOS INDIGENAS DE LA SIERRA NEVADA EN EL AREA DE INJERENCIA DEL GRUPO ARMADO ILEGAL, SE LES PROHIBIO REALIZAR SUS ACTIVIDADES TRADICIONALES Y PRACTICAS ANCESTRALES, TALES COMO, EFECTUAR LOS PAGAMENTOS A LA MADRE TIERRA, ACUDIR A LOS SITIOS SAGRADOS, DESARROLLAR ACTIVIDADES ESPIRITUALES Y DE SANACION, LO QUE ALTERO GRAVEMENTE SU INTEGRIDAD ETNICA Y CULTURAL. EN ENTRVISTAS REALIZADA CON EL CABILDO GOBERNADOR KOGUI, SEÑOR JOSE DE LOS SANTOS SAUNA, REVELO LAS GRANDES AFECTACIONES MATERIALES, CULTURALES Y ESPIRITUALES DE LOS INDIGENAS EN LA SIERRA NEVADA, QUE LLEVARON A LA DESESTABILIZACION DE LA COMUNIDAD, POR LOS GRUPOS ARMADOS ILEGALES, TALES COMO: RESTRICCION A LA LIBRE CIRCULACION POR EL TERRITORIO; PROHIBICIOS DE REALIZAR SUS PAGAMENTOS A LA MADRE TIERRA. EN ALGUNOS CASOS SE LES PROHIBIA HABLAR EN SU PROPIA LENGUA

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS CONSTREÑIMIENTO ILEGAL PREVISTO EN EL ARTÍCULO 182 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE DIECISÉIS (16) A TREINTA Y SEIS (36) MESES, (CAPITULO V de los delitos contra la autonomía personal– TITULO III delitos contra la libertad individual y otras garantias)

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| POLITICA: CONTROL TERRITORIAL. - PRACTICA: VIOLACION A LA INTEGRIDAD FISICA – MODUS OPERANDIS : OSTACULIZACION DE PRESTACION DE LOS SERVICIOS DE SALUD) | | | | | | | | | | |
| 7 OBSTACULIZACION DE TAREAS SANITARIAS Y HUMANITARIAS, ART 153 | | COMUNIDAD KOGUI – JOSE DE LOS SANTOS SAUNA | 01/03/2002 AL 03/02/2006 | MINGUEO-DIBULLA- LA GUAJIRA | • HERNAN GIRALDO SERNA <br> • DANIEL GIRALDO CONTRERAS <br> • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br> • AFRANIO M. REYES MARTINEZ | | CONTROL TERRITORIAL | VIOLACION A LA INTEGRIDAD FISICA | OSTACULIZACION DE PRESTACION DE LOS SERVICIOS DE SALUD | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | | | | LA PAZ |
| SITUACION FACTICA: EN ENTRVISTAS REALIZADA CON EL CABILDO GOBERNADOR KOGUI, SEÑOR JOSE DE LOS SANTOS SAUNA, REVELO LAS GRANDES AFECTACIONES MATERIALES, CULTURALES Y ESPIRITUALES DE LOS INDIGENAS EN LA SIERRA NEVADA, QUE LLEVARON A LA DESESTABILIZACION DE LA COMUNIDAD,   RESTRICCION PARA LLEVAR A SUS RESGUARDOS ALIMENTOS Y MEDICINAS; RESTRICCION AL DESARROLLO DE BRIGADAS DE SALUD.QUE DESMBOCO A QUE EN EL AÑO 2005 SE DECLARO LA CRISIS HUMANITARIA DE LA SIERRA NEVADA DE SANTA MARTA. |||||||||||
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS   POR LOS SIGUIENTES DELITOS OBSTACULIZACION DE TAREAS SANITARIAS Y HUMANITARIAS PREVISTO EN EL ARTÍCULO 153 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE CUARENTA Y OCHO (48) A CIENTO OCHO (108) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) |||||||||||
| 8 HOMICIDIO EN PERSONA PROTGID | | ANGEL MARIA MOTATO MOTATO Y RUBIEL BAÑOL | DICIEMBRE DE 17 DEL | SANTA MARTA – MAGDALENA – | • HERNAN GIRALDO SERNA<br>• DANIEL | | | VIOLACION | SICARIATO | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| A EN CONCURSO HOMOGENEO | | BAÑOL | 2001 | BARRIO MARIA CECILIA | GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | CONTROL SOCIAL | A LA INTEGRIDAD FISICA | | AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE LOS SEÑORES ÁNGEL MARÍA MOTATO MOTATO Y RUBIEL BAÑOL BAÑOL QUIENES PERTENECÍAN AL RESGUARDO INDÍGENA NUESTRA SEÑORA CANDELARIA DE LA MONTAÑA DE LA ETNIA EMBERA CHAMI KATIO DEL MUNICIPIO DE RIOSUCIO (CALDAS), HABÍAN LLEGADO HACIA MES Y MEDIO AL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DEL MUNICIPIO DE CIENAGA (MAGDALENA) A RECOLECTAR CAFÉ Y UNA VEZ RECIBIERON EL PAGO POR SUS SERVICIOS SE ENCONTRABAN EL DÍA 17 DE DICIEMBRE DEL AÑO 2001 EN LA TIENDA LA CUEVA DALIDA, UBICADA EN LA MANZANA N CASA 1 DEL B/MARIA CECILIA DE LA CIUDAD DE SANTA MARTA, TOMANDO UN REFRESCO CUANDO DOS SUJETOS ARMADOS SE ACERCAN Y PROCEDEN A DISPARARLES, CAUSÁNDOLE LA MUERTE EN EL ACTO AL SEÑOR RUBIEL BAÑOL QUIEN QUEDO TENDIDO EN LA TERRAZA DE LA TIENDA, EL SEÑOR ÁNGEL MOTATO GRAVEMENTE HERIDO INGRESA A LA VIVIENDA ESCONDIÉNDOSE EN EL BAÑO Y GRITANDO QUE NO LO DEJARAN MORIR, ACTO SEGUIDO LOS SUJETOS EMPRENDEN LA HUIDA DEL LUGAR A PIE Y EL SEÑOR MOTATO ES CONDUCIDO HASTA EL HOSPITAL CENTRAL DE LA CIUDAD DE SANTA MARTA DONDE FALLECE.

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS HOMICIDIO EN PERSONA PROTEGIDA PREVISTO EN EL ARTÍCULO 135 DE LA LEY

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partices | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE CUATROCIENTOS OCHENTA (480) A SEISCIENTOS (600) MESES, (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) |||||||||||
| 9 SECUESTRO EXTORSIVO, ART 169 – TORTURA EN PERSONA PROTEGIDA ART 137 | | PEDRO SIMUNGAMA | DICIEMBRE DE 2004 | SAN PEDRO - SECTOR DE LA BODEGA - CORREGIMIENTO DE MINGUEO- DIBULLA-LA GUAJIRA | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• AFRANIO M. REYES MARTINEZ | | CONTROL TERRITORIAL | VIOLACION A LA INTEGRIDAD FISICA | LIMITACION A LA LIBRE CIRCULACION | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1357

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | | | | LA PAZ |

SITUACION FACTICA:FUE RETENIDO  CUANDO  LLEVABA DOS MULOS CON ALIMENTOS CARNE SECA Y TODOS ESOS ALIMENTOS SE LOS QUITARON. DANIEL GIRALDO SI COMO DICE EL SEÑOR EL LLEVABA CARNE Y PESCADO UNOS VESTIDOS YO ME RECUERDO EL IBA VESTIDO DE BLANCO ESO FUE EN DICIEMBRE DEL 2004 INDIGENA A PEDRO SIMULGAMA LO RETUVIERON COMO 2 SEMANAS UNA SEMANA EN SAN PEDRO Y ESO LO BAJARON MALTRATADO CON SANGRE LO BAJO 90, AHÍ ESTABA EL COMANDANTE 90 YO CREO QUE FUE QUE LE DIJERON QUE ERA

COLABORADOR DE LA GUERRILLA POR ESO LO MALTRATARON

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS SECUESTRO EXTORSIVO PREVISTO EN EL ARTÍCULO 169 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TRESCIENTOS VEINTE (320) A QUINIENTOS CUATRO (504) MESES, (CAPITULO II del secuestro– TITULO III delitos contra la libertad individual y otrasgarantias) CON CIRCUNSTANCIA DE AGRAVACION PUNITIVA EN EL ARTICULO 170 NUMERAL 11 DE LA LEY 599 DE 2.000 INCREMENTANDO LA PENA QUE QUEDARIA EN CUARENTA Y OCHO (448) A SEISCIENTOS (600) MESES (CAPITULO II del secuestro– TITULO III delitos contra la libertad individual y otrasgarantias). EN CONCURSO CON TORTURA EN PERSONA PROTEGIDA, PREVISTO EN EL ARTICULO 137, CAPITULO UNICO, TITULO SEGUNDO, CON PENA DE PRISIÓN DE DIEZ A VEINTE AÑOS. EN CNCURSO CON EL DE  DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS ARTICULO 154  DE LA LEY 599 DE 2.000 SANCIONADO CON PENA DE PRISION DE OCHENTA (80) A CIENTO OCHENTA (180) MESES (CAPITULO UNICO – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitarioA ||||||||||| |
| 10 SECUESTRO EXTORSIVO, ART 169 – TORTURA EN PERSONA PROTEGIDA ART 137 | | **CALMIDES BARROS PULIDO Y CALMIDES BARROS RINALDI** | **11/04/ 2002** | **FRUTERA DE PUERTO NUEVO JURISDICCION DE GUACHACA – SANTA MARTA (MAGD** | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO- NORBERTO QUIROGA DANIEL GIRALDO confeso confeso | **AUT. MEDIATO** | CONTROL TERRITORIAL | VIOLACION A LA INTEGRIDAD FISICA | LIMITACION A LA LIBRE CIRCULACION | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---------|------|------|------|------|------|------|------|------|------|------|
| | | | | **ALENA)** | | | | | | DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA:

EL PLAGIO SUCEDIÓ EL 11 DE ABRIL DE 2.002,  CUANDO EL SEÑOR BARROS PULIDO, SE DESPLAZABA EN EL VEHÍCULO TOYOTA LAND CRUISER DE PLACAS BUR- 328,  CON SU HIJO CARMIDES BARROS RINALDI, DESDE LA CIUDAD DE RIOHACHA A BARRANQUILLA Y AL LLEGAR AL SECTOR DE LA FRUTERA  DE BURITACA, FUE ABORDADO POR EL GRUPO PARAMILITAR, QUIENES SE LOS LLEVARON HACÍA LA PARTE DE ALTA DE LA SIERRA EN EL SECTOR DE LA VEREDA EL MAMEY, EN DONDE PERMANECIERON  SECUESTRADOS  Y POR SU LIBERACIÓN PIDIERON LA SUMA DE DOS MIL MILLONES DE PESOS, QUE INICIALMENTE SUS FAMILIARES ENTREGARON LA SUMA DE QUINIENTOS VEINTICINCO MILLONES DE PESOS, PERO EL SEÑOR CARMIDES PIDIÓ QUE LO LIBERARAN PARA CONSEGUIR EL RESTO DEL DINERO, A LO CUAL ACCEDIERON PERO DEJARON SECUESTRADO A SU HIJO COMO GARANTÍA, AL CUAL LIBERARON POSTERIORMENTE, PERMANECIENDO SECUESTRADO POR UN LASO DE 3 MESES Y 12 DÍAS,  Y  EL DINERO TOTAL QUE ENTREGARON FUE LA SUMA DE $790.000.0000.

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS SECUESTRO EXTORSIVO PREVISTO EN EL ARTÍCULO 169 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE TRESCIENTOS VEINTE (320) A QUINIENTOS CUATRO (504) MESES, (CAPITULO II del secuestro– TITULO III delitos contra la libertad individual y otrasgarantias) CON CIRCUNSTANCIA DE AGRAVACION PUNITIVA EN EL

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ARTICULO 170 NUMERALES 3 Y 11 DE LA LEY 599 DE 2.000 INCREMENTANDO LA PENA QUE QUEDARIA EN CUARENTA Y OCHO (448) A SEISCIENTOS (600) MESES (CAPITULO II del secuestro– TITULO III delitos contra la libertad individual y otrasgarantias) EN CONCURSO CON TORTURA EN PERSONA PROTEGIDA, PREVISTO EN EL ARTICULO 137, CAPITULO UNICO, TITULO SEGUNDO, CON PENA DE PRISIÓN DE DIEZ A VEINTE AÑOS. | | | | | | | | | | |
| 11 ATENTADO A LA SUBSISTENCIA Y DEVASTACION ART 160. | | COMUNIDADES INDIGENAS DE LA ZONA | LINEA DE TIEMPO DE PERMANENCIA DEL GRUPO EN LA ZONA | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA <br> • DANIEL GIRALDO CONTRERAS <br> • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br> • AFRANIO M. | | CONTROL TERRITORIAL | VIOLACION A LA INTEGRIDAD FISICA | ROBO, EXPROPIACION Y RESTRICCION DE ALIMENTOS | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | | | | PARA LA JUSTICIA Y LA PAZ |
| EN ENTREVISTA  REALIZADA CON EL CABILDO GOBERNADOR KOGUI, SEÑOR JOSE DE LOS SANTOS SAUNA, REVELO LAS GRANDES AFECTACIONES MATERIALES, CULTURALES Y ESPIRITUALES DE LOS INDIGENAS EN LA SIERRA NEVADA, QUE LLEVARON A LA DESESTABILIZACION DE LA COMUNIDAD, POR LOS GRUPOS ARMADOS ILEGALES, TALES COMO:  A; RESTRICCION PARA LLEVAR A SUS RESGUARDOS ALIMENTOS Y MEDICINAS. | | | | | | | | | | |
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS ATENTADOS A LA SUBSISTENCIA Y DEVASTACION  PREVISTO EN EL ARTÍCULO 160 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE OCHENTA (80) A CIENTO OCHENTA (180) MESES, (CAPITULO Unico – TITULO II delitos contra la libertad individual y otras garantias) CON CIRCUNSTANCIA DE AGRAVACION PUNITIVA EN EL ARTICULO 170 NUMERAL 11 DE LA LEY 599 DE 2.000 INCREMENTANDO LA PENA QUE QUEDARIA EN CUARENTA Y OCHO (448) A SEISCIENTOS (600) MESES (CAPITULO II del secuestro– TITULO III delitos contra la libertad individual y otrasgarantias) | | | | | | | | | | |
| POLITICA: CONTROL TERRITORIAL. -  PRACTICA: VIOLACION A LA INTEGRIDAD ETNICA Y CULTURAL – MODUS | | | | | | | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | OPERANDIS : VIOLACION A SITIOS SAGRADOS | | | | | |
| 12 INVASION DE AREAS DE ESPECIAL IMPORTANCIA ECOLOGICA ART 337 EN CONCURSO CON DESPLAZAMIENTO FORZADO (VERSION CANOSO 7 ABRIL 2011) | | COMUNIDADES INDIGENAS DE LA ZONA | LINEA DE TIEMPO DE PERMANENCIA DEL GRUPO EN LA ZONA | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS | | CONTROL TERRITORIAL | VIOLACION A LA INTEGRIDAD ETNICA Y CULTURAL | PRESENCIA DE GENTE ARMADA | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MENDOZA<br>• JOSE GELVES ALBARRAC<br>• JOSE DANIEL MORA | | | | | LA PAZ |

LAS TROPAS DEL GRUPO ARMADO ILEGAL, INCURSIONABAN SIIN NINGUNA CONSIDERACION A LOS RESGUARDOS DE LOS PUEBLOS INDIGENAS, INGRESABAN A SUS VIVIENDAS, INSTALABAN BASES Y RETENES MILITARES EN LOS TERRITORIOS TRADICIONALES Y ANCESTRALES,, LO QUE PRODUCÍA UNA GRAVE ALTERACION EN EL ORDEN COTIDIANDO, LLEGANDO INCLUSIVE A DESPLAZARSE O A DEJAR DE ACUDIR A DICHOS SITIOS PARA PODER RESGUARDAR NO SOLO SU INTEGRIDAD ETNICA Y CULTURAL, SINO TAMBIEN FISICA. SE DESARROLLABAN COMBATES EN TERRITORIOS INDIGENAS, SIN NINGUN MIRAMIENTO POR SU CONDICION DE POBLACION CIVIL, Y ESPECIAL PROTECCION CONSTITUCIONAL, SE IMPLANTO ADEMAS LA PROHIBICION DE AMPLIACION DE RESGUARDOS. SE PRODUCIA LA AFECTACION DEL DERECHO AL TERRITORIO.

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS POR LOS SIGUIENTES DELITOS INVASION DE AREAS DE ESPECIAL IMPORTANCIA ECOLOGICA PREVISTO EN EL ARTÍCULO 337 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN TREINTA Y DOS (32) A CIENTO CUARENTA Y CUATRO(144) MESES, (CAPITULO Unico – TITULO XI de los delitos contra los recursos naturales y el medio ambiente)

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 PERFIDIA Articulo 143 | | COMUNIDADES INDIGENAS DE LA ZONA | LINEA DE TIEMPO DE PERM | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA | | | | PERTURBACION DEL ORDEN | CAMUFLAJE EN TERRITORIO INDIGENA | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ANENCIA DEL GRUPO EN LA ZONA | | | | CONTROL TERRITORIAL | COTIANO | | DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

CON LA FINALIDAD DE EVADIR LAS AUTORIDADES, Y PERMANECER EN LA ILEALIDAD, HERNAN GIRALDO SERNA CONFESO QUE SE VESTIA DE INDIGENA.

FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS PERFIDIA  PREVISTO EN EL ARTÍCULO 143 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE CUARENTA Y OCHO (48) A CIENTO CUARENTA Y CUATRO (144) MESES, (CAPITULO Unico – TITULO II delitos contra

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | personas y bienes protegidos por el derecho internacional humanitario) | | | | | |
| 14 ACTOS DE DISCRIMINACION RACIAL Articulo 147 | | COMUNIDADES INDIGENAS DE LA ZONA | LINEA DE TIEMPO DE PERMANENCIA DEL GRUPO EN LA ZONA | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• AFRANIO M. REYES | | CONTROL TERRITORIAL | VIOLACION A LA INTEGRIDAD FISICA | LIMITACION A LA LIBRE CIRCULACION | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | | | | JUSTICIA Y LA PAZ |
| POR DISPOSICION DE LOS COMANDANTES PARAMIILITARES, TODOS LOS INDIGENAS, HOMBRES O MUJERES QUE BAJABAN O SUBIAN A LA SIERRA NEVADA DE SANTA AMRTA, ERAN REQUISADOS EN LOS RETENES, O POR LOS GRUPOS QUE SE INSTALABAN A SU PASO, LO QUE CONSTITUIA UN ULTRAJE A SU DIGNIDAD Y CONDICION, YA QUE SE VEIAN SOMETIDOS A ACEPTAR ESA PRACTICA  DISCRIMINATORIA POR PERTENECER A UNA ETNIA. | | | | | | | | | | |
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS ACTOS DE DISCRIMINACION RACIAL  PREVISTO EN EL ARTÍCULO 147 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE OCHENTA (80) A CIENTO OCHENTA (180) MESES, (CAPITULO Unico – TITULO II delitos contra personas y bienes protegidos por el derecho<br><br>internacional humanitario) | | | | | | | | | | |
| 15<br>DESTRUC CION O UTILIZACI | | COMUNIDADES INDIGENAS DE LA ZONA | LINEA DE TIEM PO DE | AREA DE INJERE NCIA DEL | • HERNAN GIRALDO SERNA<br>• DANIEL | | | VIOLACION A LA | VIOLACION DE SITIOS SAGRADOS | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLE S A GRUPOS |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1367

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ON ILICITA DE BIENES CULTURALES Y DE LUGARES DE CULTO Articulo 156 | | | PERMANENCIA DEL GRUPO EN LA ZONA | GRUPO | GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | CONTROL TERRITORIAL | INTEGRIDAD ETNICA Y CULTURAL | | AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| COMO LO HAN RESEÑADO LAS AUTORIDADES TRADICIONALES INDIGENAS, CON LA INCURSION DE LOS GRUPOS ARMADOS EN CASAS CEREMONIALES Y SITIOS SAGRADOS, SE AFECTABA LA ESPIRIUALIDAD DE LOS PUEBLOS, Y LA ARMONIA CON LA MADRE TIERRA YA QUE  DE ACUERDO CON SU COSMOVISION, AL MOVER LAS PIEDRAS SAGRADAS, TOMARLAS PARA HACER FOGONES, DESTRUIR LAS PLANTAS, LOS MAMOS SE PONIAN NERVIOSOS Y NO PODÍAN DESCIFRAR  O VISUALIZAR EL ORDEN NATURAL. LA VIOLACION A LA INTEGRIDAD ETNICA Y CULTURAL DE LOS PUEBLOS INDIGENAS COMO SUJETOS COLECTIVOS DE DERECHO EQUIVALE A ATENTAR CONTRA SU SUPERVIENCIA COMO COMUNIDAD | | | | | | | | | | |
| FORMULACION DE CARGOS: CONFORME A LA SITUACION FACTICA SEÑALADA SE FORMULAN CARGOS A LOS POSTULADOS ARRIBA MENCIONADOS  POR LOS SIGUIENTES DELITOS DESTRUCCION O UTILIZACION ILICITA DE BIENES CULTURALES Y DE LUGARES DE CULTO PREVISTO EN EL ARTÍCULO 156 DE LA LEY 599 DE 2.000, SANCIONADO CON PENA DE CUARENTA Y OCHO (48) A CIENTO OCHENTA (180) MESES, (CAPITULO Unico – TITULO II delitos contra personas y bienes protegidos por el derecho internacional humanitario) | | | | | | | | | | |
| 16<br><br>USURPACION DE FUNCIONES PUBLICAS Articulo 425 | | COMUNIDADES INDIGENAS DE LA ZONA | LINEA DE TIEMPO DE PERMANENCIA DEL GRUPO EN LA | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA | | CONTROL TERRITORIAL | SUPLANTACION Y DESCONOCIMIENTO DE AUTORIDADES TRADICION | PRESENCIA DE GENTE ARMADA | REPORTE DE VICTIMAS DE HECHOS ATRIBUIBLES A GRUPOS AL MARGEN DE LA LEY Y CONFESION POR PARTE DE LOS POSTULADOS EN |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ZONA | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACION<br>• JOSE DANIEL MORA | | | ALES | | VERSIONES LIBRES ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL DE FISCALIAS PARA LA JUSTICIA Y LA PAZ |
| EL ARTÍCULO 330 DE LA CONSTITUCIÓN POLÍTICA LE RECONOCE A LOS PUEBLOS INDÍGENAS EL DERECHO AL AUTOGOBIERNO A TRAVÉS DE LOS USOS Y COSTUMBRES, POR LO QUE CON LA SUPLANTACIÓN DE LAS AUTORIDADES TRADICIONALES, SE PRESENTA UNA REAL USURPACIÓN DE SUS FUNCIONES PROTEGIDAS CONSTITUCIONALMENTE, COMO LO SON EL DERECHO A | | | | | | | | | | |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMNTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DETERMINAR SUS PROPIAS INSTITUCIONES, EL DERECHO A ADMINISTRAR JUSTICIA,  Y A LA TOMA DE DECISIONES EN SU TERRITORIO | | | | | | | | | | |
| Formulacion De Cargos: Conforme A La Situacion Factica Señalada Se Formulan Cargos A Los Postulados Arriba  Mencionados  Por Los Siguientes Delitos Usurpacion De Funciones Publicas Previsto En El Artículo 425 De La Ley 599 De 2.000, Sancionado Con Pena De Dieciséis (16) A Treinta Y Seis (36) Meses, (Capitulo Noveno – Titulo Xv Delitos Contra La Administración Publica) | | | | | | | | | | |

# PATRON DE MACRO - CRIMINALIDAD

# FINANCIACION A TRAVES DE CONDUCTAS ILICITAS

**FINANCIACION A TRAVES DE CONDUCTAS ILICITAS**

| CONTROL DE RECURSOS – PRACTICA FINANCIACION DEL GRUPO POR EXTORSION AL GREMIO DE COMERCIANTES MEDIANTE REUNIÓN/AMENAZAS Y CENSO (COBRO EN LOS RESPECTIVOS LUGARES) | | | | | | |
|---|---|---|---|---|---|---|
| **DELITOS** | **VICTIMA** | **FECHA HECHO** | **LUGAR** | **PARTICIPES** | **FORMA DE PARTICIPACIP.** | **ELEMENTOS MATERIALES PROBATORIOS** |
| 1.EXACCION O CONTRIBUICIONES ARBITRARIAS | CLINICA MAR CARIBE PROPIETARIOS | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br> JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2012.<br><br>Version libre de Carm/2007, 23 y 26 de Octubre /2007 y el 5/09en Rincon del 6 y 7 /09/2MERCAD007, 8/07/2009 |
| 2.EXACCION O CONTRIBUICIONES ARBITRARIAS | CLINICA EL PRADO PROPIETARIOS | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON<br><br>NORBERTO  QUIROGA | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1373

| | | | | DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | | y 7 /09/2007, 8/07/2009 |
|---|---|---|---|---|---|---|
| 3.EXACCION O CONTRIBUICIONES ARBITRARIAS | CLINICA CAPRI<br><br>PROPIETARIOS | 01/07/1998-2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALD<br><br>CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 4.EXACCION O CONTRIBUICIONES ARBITRARIAS | CLINICA LA MILAGROSA<br><br>PROPIETARIOS | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | | |
|---|---|---|---|---|---|---|
| 5..EXACCION O CONTRIBUICIONES ARBITRARIAS | CLINICA DE LA MUJER<br><br>PROPIETARIOS | 01/07/1998-2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCO<br><br>NNORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 6.EXACCION O CONTRIBUICIONES ARBITRARIAS | OLIMPICA<br><br>ADMINISTRADOR | 01/07/1998-2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO<br><br>CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | | |
|---|---|---|---|---|---|---|
| 7.EXACCION O CONTRIBUICIONES ARBITRARIAS | BAVARIA<br><br>ADMINISTRADOR | 01/07/1998-2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO<br><br>CARMEN RINCON<br>NORBERTO  QUIROGA<br>DANIEL GIRALDO<br>JOSE D MORA<br>AFRANIO REYES<br>ADAN ROJAS M<br>JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA<br><br>AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 8.EXACCION O CONTRIBUICIONES ARBITRARIAS | CASA CRISTA LICORES<br><br>PROPIETARIOS | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON<br>NORBERTO  QUIROGA<br>DANIEL GIRALDO<br>JOSE D MORA<br>AFRANIO REYES<br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | JOSE GELVES DESDE MARZ703 | | |
|---|---|---|---|---|---|---|
| 9.EXACCION O CONTRIBUICIONES ARBITRARIAS | RAPIMERCAR PROPIETARIOS | 01/07/1998-2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br> JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 10.EXACCION O CONTRIBUICIONES ARBITRARIAS | ADMINISTRACION DEL MERCADO PUBLICO | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br> JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 11.EXACCION O | COUNTRY CLUB TAYRONA | AÑO 2002 A 2005 | VEREDA GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO- | AUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1377

| CONTRIBUICIONES ARBITRARIAS | CARLOS BELTRAN | | MAGDALENA | JOSE GELVES ALBARRACIN<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br> JOSE GELVES DESDE MARZ703 | MEDIATA | de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| --- | --- | --- | --- | --- | --- | --- |
| 12.EXACCION O CONTRIBUICIONES ARBITRARIAS | RESTAURANTE LAS ACACIAS DE JORGE RODRIGUEZ | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO- JOSE GELVES ALBARRACIN DESDE 07/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 13.EXACCION O CONTRIBUICIONES | SUPERMERCADO LA ECONOMIA DE EDUARDO JARAMILLO | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO- JOSE GELVES ALBARRACIN DESDE 07/2003NORBERTO | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARBITRARIAS | | | | QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | | y 7 /09/2007, 8/07/2009 |
| 14.EXACCION O CONTRIBUICIO NES ARBITRARIAS | SUPERTIENDA SAN MARTIN DE PEDRO SANCHEZ | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALEN A | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO- JOSE GELVES ALBARRACIN DESDE 07/2003NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZO 03 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 15.EXACCION O CONTRIBUICIO NES ARBITRARIAS | JORGE ORLANDO SANCHEZ RODRIGUEZ (FERRETERIA LOS AMIGOS) | 01/07/1998- 2005 | SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | AFRANIO REYES | | |
| | | | | ADAN ROJAS M | | |
| | | | | JOSE GELVES DESDE MARZ703 | | |
| 16. EXACCION O CONTRIBUICIONES ARBITRARIAS | ADMINISTRADOR MATADERO DE GAIRA | 01/07/98 - 2005 | GAIRA – SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO NORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 CARMEN RINCON | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 17. EXACCIONES O CONTRIBUICIONES ARBITRARIAS | ADMINISTRADOR LAS CALDERAS DE GAIRA | 01/07/98 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO NORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | JOSE GELVES DESDE MARZ703<br><br>CARMEN RINCON | | |
|---|---|---|---|---|---|---|
| 18. EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | PRESTAMISTAS ADMINSITRADORES | 01/07/98 - 2005 | GAIRA – SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703<br><br>CARMEN RINCON | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 19.  EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | COMPRAVENTAS - ADMINISTRADORES | 01/07/98 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1381

| | | | | CARMEN RINCON | | |
|---|---|---|---|---|---|---|
| 20. EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | SAN ANDRESITOS ADMINISTRADORES | 01/07/98 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703<br><br>CARMEN RINCON | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 21. EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | FERRETERIAS ADMINISTRADORES | 01/07/98 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703<br><br>CARMEN RINCON | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22. EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | TALLERES ADMINISTRADORES | 01/07/98 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703<br><br>CARMEN RINCON | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 23. EXACCION O CONTRIBUICIONES ARBITRARIAS | HOTELES Y NEGOCIOS RODADERO | 01/07/98 - 2005 | RODADERO – SANTA MARTA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703<br><br>CARMEN RINCON | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| CONTROL DE RECURSOS – PRACTICA FINANCIACION DEL GRUPO POR EXTORSION AL GREMIO TRANSPORTADOR- AMENAZAS/ ACCIONES VIOLENTAS CONTRA BIENES Y PERSONAS | | | | | | |
|---|---|---|---|---|---|---|
| **DELITOS** | **VICTIMA** | **FECHA HECHO** | **LUGAR** | **PARTICIPES** | **FORMA DE PARTICIPACIP.** | **ELEMENTOS MATERIALES PROBATORIOS** |
| 24. .EXACCION O CONTRIBUICIONES ARBITRARIAS | EMPRESAR LTDA ADMINISTRADORES | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCO

NNORBERTO  QUIROGA

DANIEL GIRALDO

JOSE D MORA

AFRANIO REYES

 ADAN ROJAS M

 JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.

Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 25. EXACCION O CONTRIBUICIONES ARBITRARIAS | TRANSPORTE RODAMAR

ADMINISTRADOR | 01/07/1998 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON

NORBERTO  QUIROGA

DANIEL GIRALDO

JOSE D MORA | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.

Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 | | |
|---|---|---|---|---|---|---|
| 26. EXACCION O CONTRIBUICIONES ARBITRARIAS | COOTRANSMAG ADMINISTRADOR | 01/07/1998 -- 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON NORBERTO  QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 27. EXACCION O CONTRIBUICIONES ARBITRARIAS | POSTOBON ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCONNORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 28. EXACCION O CONTRIBUICIONES ARBITRARIAS | COOTRANSORIENTE ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON NORBERTO  QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES  ADAN ROJAS M  JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 29.  EXACCION O CONTRIBUICIONES ARBITRARIAS | BRASILIA ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON NORBERTO  QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES  ADAN ROJAS M  JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1386

| 30. EXACCION O CONTRIBUICIONES ARBITRARIAS | BERLINAS ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON NORBERTO  QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| --- | --- | --- | --- | --- | --- | --- |
| 31. EXACCION O CONTRIBUICIONES ARBITRARIAS | RODATUR ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON NORBERTO  QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 32. EXACCION O CONTRIBUICION | RAPIDO OCHOA | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- | AUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 |

| ES ARBITRARIAS | ADMINISTRADOR | | | CARMEN RINCON <br><br> NORBERTO QUIROGA <br><br> DANIEL GIRALDO <br><br> JOSE D MORA <br><br> AFRANIO REYES <br><br> ADAN ROJAS M <br><br> JOSE GELVES DESDE MARZ703 | MEDIATA | de Octubre /2007 y el 5/09/2012. <br><br> Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
|---|---|---|---|---|---|---|
| 33. EXACCION O CONTRIBUICIONES ARBITRARIAS | COOPETRAN ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON <br><br> NORBERTO QUIROGA <br><br> DANIEL GIRALDO <br><br> JOSE D MORA <br><br> AFRANIO REYES <br><br> ADAN ROJAS M <br><br> JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. <br><br> Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 34. EXACCION O CONTRIBUICIONES ARBITRARIAS | ENVIA ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON <br><br> NORBERTO QUIROGA | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. <br><br> Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | DANIEL GIRALDO | | |
| | | | | JOSE D MORA | | |
| | | | | AFRANIO REYES | | |
| | | | | ADAN ROJAS M | | |
| | | | | JOSE GELVES DESDE MARZ703 | | |
| 35. EXACCION O CONTRIBUICIONES ARBITRARIAS | TRANSPORTE BASTIDAS ADMINISTRADOR | 01/07/1998 - 2005 | SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON NORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 36. EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | TRANSPORTADORES DE MULAS | 01/07/1998 - 2005 | TRONCAL DEL CARIBE – SANTA MARTA | HERNAN GIRALDO SERNA- NODIER GIRALDO GIRALDO- CARMEN RINCON NORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA | AUTORIA MEDIATA COAUOTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | | |
|---|---|---|---|---|---|---|
| 37. EXACCION O CONTRIBUICIONES ARBITRARIAS DELITO MASA | TRANSPORTADORES DE TAXIS | 01/07/1998 - 2005 | | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M<br><br>JOSE GELVES DESDE MARZ703 | AUTORIA MEDIATA COAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 38.  EXACCION O CONTRIBUICIONES ARBITRARIAS | CAMIONEROS | 01/07/1998 - 2005 | | HERNAN GIRALDO SERNA-NODIER GIRALDO GIRALDO-CARMEN RINCON<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | JOSE GELVES DESDE MARZ703 | | |
|---|---|---|---|---|---|---|

| CONTROL DE RECURSOS – PRACTICA FINANCIACION DEL GRUPO EXTORSION AL SECTOR AGRO- FINCAS BANANERAS- CAFETERAS- FINCAS GANADERAS – REUNIONES/AMENAZAS | | | | | | |
|---|---|---|---|---|---|---|
| DELITOS | VICTIMA | FECHA HECHO | LUGAR | PARTICIPES | FORMA DE PARTICIPACIP. | ELEMENTOS MATERIALES PROBATORIOS |
| 39. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA PLAYA-ERNESTO ARANGO | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| 40. .EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LAS DUNAS-EDUARDO BERNAL | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES   ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| --- | --- | --- | --- | --- | --- | --- |
| 41. EXACCION O CONTRIBUCIONES ARBITRARIAS | BERNARDO OLARTE- FINCA PLAYITA | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES   ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42. EXACCION O CONTRIBUCIONES ARBITRARIAS | KIOSKO EN MARQUETALIA DE JUAN RIVERA | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 43..EXACCION O CONTRIBUCIONES ARBITRARIAS | QUINTA EN MARQUETALIA DE BERTHA HERNANDEZ | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 44. EXACCION O CONTRIBUCIONES ARBITRARIAS | QUINTA EN MARQUETALIA DE HELENA ALVAREZ | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 45. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LOS COCOS DE ROSALBA GOMEZ | 2002 AL 2005 | VEREDA MARQUETALIA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1394

| | | | | | | |
|---|---|---|---|---|---|---|
| 46. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA SAN FULANO DE JAIME TOVAR | 2002 AL 2005 | VEREDA LOS ACHOTES. GUACHA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 47. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA CARIMAR DE NICOLAS SANTANDER | 2002 AL 2005 | VEREDA LOS ACHOTES. GUACHA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1395

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 48. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA SAN REMO DE LINA PARODI | 2002 AL 2005 | VEREDA LOS ACHOTES. GUACHA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 49. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LOS NARANJOS DE JOS DUARTE | 2002 AL 2005 | VEREDA LA CASACADA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 50. EXACCION O CONTRIBUCIONES ARBITRARIAS | HACIENDA DON DIEGO DE HERNAN MEJIA | 2002 AL 2005 | VEREDA PEROCO AGUAO-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 51. EXACCION O CONTRIBUCIONES ARBITRARIAS | QUINTA DON DIEGO DE JAIME LASERNA | 2002 AL 2005 | VEREDA DON DIEGO-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 52. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA MONTAÑITA DE MARIO LASERNA | 2002 AL 2005 | VEREDA DON DIEGO-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 53. EXACCION O CONTRIBUCIONES ARBITRARIAS | HACIENDA DON EDUARDO DE RODRIGO HOLGUIN | 2002 AL 2005 | VEREDA DON DIEGO-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1398

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 54. EXACCION O CONTRIBUCIONES ARBITRARIAS | HACIENDA LA COQUIERA DE ALVARO DONADO | 2002 AL 2005 | VEREDA PAZ DEL CARIBE- GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 55. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LOS CORRALES DE JUAN MEDINA | 2002 AL 2005 | VEREDA PAZ DEL CARIBE- GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | ADAN ROJAS M | | |
| 56. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA MAMI DE LA FAMILIA ROSADO | 2002 AL 2005 | VEREDA BUITACA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 57. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA PLATANERA DE MARCOS PADILLA | 2002 AL 2005 | VEREDA BUITACA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 58. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA LIMONERA DE FERNANDO PINEDO | 2002 AL 2005 | VEREDA BUITACA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES   ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 59.EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA PISCINA DE EDUARDO PINEDO | 2002 AL 2005 | VEREDA BUITACA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 60. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA EL SECRETO DEL CAPITAN FRANCISCO OSPINA NAVIA | 2002 AL 2005 | VEREDA BUITACA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 61. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA PALMA DE ORO DE FURTH FIGUEROA | 2002 AL 2005 | VEREDA BUITACA-GUACHACA-MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 62. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA CORALIA DE PATRICIA NIETO | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 63. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA LA ESPERANZA DE ELSA TOVAR | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 64. EXACCION O CONTRIBUCIONES ARBITRARIAS | LA PISCINA DE JAVIER CABE EN QUEBRADA VALENCIA | 2002 AL 2005 | VEREDA QUEBRADA VALENCIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 65. EXACCION O CONTRIBUCIONES ARBITRARIAS | LOS KIOSKOS DE ALBERTO ARANGO EN QUEBRADA VALENCIA | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 66. EXACCION O CONTRIBUCIONES ARBITRARIAS | HACIENDA LAGUNA EN QUEBRADA VALENCIA DE AUGUSTO ROJANO | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 67. EXACCION O CONTRIBUCIONES ARBITRARIAS | LOS KIOSKOS EN QUEBRADA VALENCIA DE MARIO SOLIS | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 68. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA CASA AZUL DE EFRAIN MADRID | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 69. EXACCION O CONTRIBUCIONES ARBITRARIAS | LA COQUERA EN QUEBRADA VALENCIA DE ANDRES CAMPOS | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 70. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA PUENTE DE PALO DE MARTIN QUINTANA | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 71. EXACCION O CONTRIBUCIONES ARBITRARIAS | FINCA CORRAL DE PIEDRA DE RODRIGO NARANJO | 2002 AL 2005 | VEREDA QUEBRADA MARIA-GUACHACA-MAGDAELNA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 72.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA QUEBRADA DE CLEMENTE HIGUITA | AÑO 2002 A 2005 | VEREDA QUEBRADA MARIA - GUACHAC - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 73. EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA COCOLANDIA DE JUAN BRICA | AÑO 2002 A 2005 | VEREDA QUEBRADA MARIA - GUACHAC - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1408

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 74. EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA PALMERA DE SAMUEL CEPEDA | AÑO 2002 A 2005 | VEREDA QUEBRADA MARIA - GUACHAC - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 64.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA CANGREJA DE FERNEL DAZA | AÑO 2002 A 2005 | VEREDA QUEBRADA MARIA - GUACHAC - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 75. EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA RANCHO LUNA Y LOS MANGOS DE AZUCENA ROMERO | AÑO 2002 A 2005 | VEREDA QUEBRADA MARIA - GUACHAC - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 76.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA PLAYA DE MARIA VIERA | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003   NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 77.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA EL ICANO DE DOMINGO ALVAREZ | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 78.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA EL CHUPA DE DIEGO MEJIA | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 79.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA CASA AZUL DE JORGE CUARTA | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 80.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA EL RANCHON DE IVAN VILLAZON | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 81.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LAS TROPICALES DE APARICIO HERRERA | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 82.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA PISICICOLA DE JAVIER OÑATE | AÑO 2002 A 2005 | VEREDA PUERTO NUEVO - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 83.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA QUINTA DE JUAN SOLIS | AÑO 2002 A 2005 | PLYA DE MENDIHUACA - GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 84.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA MENDIHUACA DE IVAN LACOUTURE | AÑO 2002 A 2005 | VEREDA MENDIHUACA - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 85.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA CASA GRANDE DE EDUARDO MENDOZA | AÑO 2002 A 2005 | VEREDA MENDIHUACA - GUACHACA - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES   ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 86.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA PALMA DE ORO DE RAUL MONTOYA | AÑO 2002 A 2005 | VEREDA LOS COCOS DE GUACHAC - MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | ADAN ROJAS M | | |
| 87.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA CARACOLA DE NICOLAS MENDOZA | AÑO 2002 A 2005 | VEREDA LOS NARANJOS GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 88.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA BARLOVENTO DE GLORIA MEJIA | AÑO 2002 A 2005 | VEREDA LOS NARANJOS GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.  Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | ADAN ROJAS M | | |
|---|---|---|---|---|---|---|
| 89.EXACCION O CONTRIBUICIONES ARBITRARIAS | QUINTA DE ALVARO GOMEZ | AÑO 2002 A 2005 | VEREDA LA ESMERALDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 90.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA ESPERANZA DE ADALBERTO TAMARA | AÑO 2002 A 2005 | VEREDA LA ESMERALDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003  NORBERTO  QUIROGA  DANIEL GIRALDO  JOSE D MORA  AFRANIO REYES  ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 91.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA AVICOLA EL PARAMO DE ROBERTH RIVAS | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | | |
| 92.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA EVA VIRIGINIA DE ROBERTO DUEÑAS | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 93.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LA MARIA DE CARLOS RUEDA | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | MAGDALENA | 037/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | | Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 94.EXACCION O CONTRIBUICIONES ARBITRARIAS | VIVERO LAS SELVA DE LUIS CARLOS ZAPATA | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 95.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA AVICOLA POLLOS HUCANA DE JOSE VIZCAINO | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | MAGDALENA | 03/2003<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | | Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 96.EXACCION O CONTRIBUICIONES ARBITRARIAS | VIVERO LAS PALMAS DE HUGO PEREZ | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 97.EXACCION O CONTRIBUICIONES ARBITRARIAS | VIVERO LAS FLOREZ DE JOSE OVIEDO | AÑO 2002 A 2005 | VEREDA CALABAZO GUACHACA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1420

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | MAGDALENA | 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | | Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 98.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA EL ZAPOTE DE BRAULIO PALMERA | AÑO 2002 A 2005 | VEREDA NUEVO MEJICO GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br>ADAN ROJAS M | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 99.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA LOS CABALLOS DE AUGUSTO DUPLAT | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. |

| | | | | 03/2003 NORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M | | Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
|---|---|---|---|---|---|---|
| 100. .EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA CANCUN, BONANZA Y EL PLATANAL DE CARMEN ABONDANO | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 NORBERTO QUIROGA DANIEL GIRALDO JOSE D MORA AFRANIO REYES ADAN ROJAS M 3 | AUTORIA MEDIATA COOAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 101.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA PARAISO DE ALVARO DAINIES LACOUTURE | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012. |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1422

| | | | | 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M | COOAUTORIA | Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
|---|---|---|---|---|---|---|
| 102.EXACCION O CONTRIBUICIONES ARBITRARIAS | FINCA CASUMA DE MAURICIO VIVES | AÑO 2002 A 2005 | VEREDA GUACHACA MAGDALENA | HERNAN GIRALDO SERNA – NODIER GIRALDO GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003<br><br>NORBERTO  QUIROGA<br><br>DANIEL GIRALDO<br><br>JOSE D MORA<br><br>AFRANIO REYES<br><br> ADAN ROJAS M | AUTORIA MEDIATA<br><br>COOAUTORIA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 de Octubre /2007 y el 5/09/2012.<br><br>Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
| 103. EXACCION O | DELITO MASA CONTRA LA | AÑO 1998 - 2005 | BARRIOS SANTA | HERNAN GIRALDO SERNA – NODIER GIRALDO | AUTORIA MEDIATA | Version libre de NODIER GIRALDO GIRALDO 14 y 15 /06/2007, 23 y 26 |

| CONTRIBUCIONES ARBITRARIAS | CIUDADANIA EN GENERAL, GRANEROS, VENDEDORES AMBULANTES, ESTACIONARIOS, VERDURAS, VENTAS DE AGUA, VENTA DE PANELAS, MINUTOS, POR PRETEXTADA SEGURIDAD | | MARTA | GIRALDO-JOSE GELVES ALBARRACIN DESDE 03/2003 <br><br> NORBERTO  QUIROGA <br><br> DANIEL GIRALDO <br><br> JOSE D MORA <br><br> AFRANIO REYES <br><br> ADAN ROJAS M | COOAUTORA | de Octubre /2007 y el 5/09/2012. <br><br> Version libre de Carmen Rincon del 6 y 7 /09/2007, 8/07/2009 |
|---|---|---|---|---|---|---|

DESDE LOS INICIOS DEL GRUPO ARMADO ILEGAL, ESTE SE HA SOLVENTADO CON LAS EXIGENCIAS HECHAS A LOS FINQUEROS DE LA  ZONA DEL CORREGIMIENTO DE GUACHACA Y DE LOS COMERCIANTES DEL MERCADO PÚBLICO DE SANTA MARTA, A LOS CUALES SE LES  EXIGIA  DINERO, VÍVERES Y MEDICAMENTOS PARA LOS MIEMBROS DEL GRUPO (1986-1995), LAS CUALES CON EL TRANSCURRIR DEL TIEMPO AUMENTARON EN EL VALOR DE LAS EXIGENCIAS O VACUNAS Y SE EXTENDIÓ ESTE COBRO A OTROS SECTORES DE LA ECONOMÍA DE LA ZONA COMO EL TURISMO, LOS RESTAURANTES, EL TRANSPORTE Y EN LA CIUDAD DE SANTA MARTA SE COBRO A LA CLÍNICAS, GENERAL, SECTOR HOTELERO, TRANSPORTADORES, SECTORES INFORMALES DE LA ECONOMÍA, Y LA MAL LLAMADA "SEGURIDAD" A VIVIENDAS.

ESTOS COBROS PASARON DE LLAMARSE "CONTRIBUCIONES VOLUNTARIAS" A UN "IMPUESTO DE GUERRA" QUE DEBÍA PAGAR TODA LA CIUDAD Y LA ZONA DE GUACHACA BAJO EL PRETEXTO DE UN PAGO POR SEGURIDAD; ESTE COBRO SE HACIA EN LA PARTE RURAL TENIENDO EN CUENTA LAS HECTÁREAS DE LAS FINCAS, LOS PRODUCTOS QUE SE EXPLOTAN EN LA FINCA, LAS CABEZAS DE GANADO; EN LAS CIUDADES SE COBRABA POR SEGURIDAD A TODAS LAS CASA, LOCALES COMERCIALES, HOTELES, TRANSPORTES (BUSES, TAXIS, CAMIONES), EN EL MERCADO PÚBLICO DE ACUERDO AL TAMAÑO DEL LOCAL, EL PRODUCTO QUE SE VENDE, EL TAMAÑO DEL CAMIÓN QUE TRAE PRODUCTOS.

ESTAS EXACCIONES  ERAN COBRADAS POR MEDIO DE LOS PRESIDENTES DE JUNTA DE ACCIÓN COMUNAL EN LOS BARRIOS O POR LOS LLAMADOS SERENOS, EN EL MERCADO PÚBLICO COBRABA CARMEN RINCON, EN LA CIUDAD EXISTÍAN DISTINTOS COBRADORES DE ACUERDO AL SECTOR O LA ACTIVIDAD DE LA VÍCTIMA, TODO ESTE RECAUDO LLEGABA A MANOS DEL COMANDANTE URBANO DE LA ÉPOCA (JOSE GUZMAN (A) QUEMAITO, DIEGO BUENO RENDON (A) PAN QUEMAO,  JORGE LUIS GARRIDO (A) EL MEDICO),  QUIENES SE LO ENTREGABAN A NODIER GIRALDO GIRALDO COMANDANTE FINANCIERO DEL BLOQUE.

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de: TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO- CAPITULO UNICO ARTICULO 163. EXACCION O CONTRIBUCIONES ARBITRARIAS. El que, con ocasión y en desarrollo de un conflicto armado, imponga contribuciones arbitrarias incurrirá en prisión de seis (6) a quince (15) años y multa de quinientos (500) a tres mil (3.000) salarios mínimos legales mensuales vigentes. Se estableció que los delitos se cometían a través de las figuras del delito continuado, por su prolongación en el tiempo, continuidad y afectación del mismo bien jurídico, o como delito masa, ante la indeterminación de las víctimas de los ilícitos, que se dirigía a la ciudanaía en general.

| DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-----------|------------------------|----------------------------------|
| PRIMERA POLITICA: CONTROL DE RECURSOS. -  PRACTICAS : COBRO POR TRAFICO DE GASOLINA ILEGAL Y COBRO POR TRAFICO DE ESTUPERFACIENTES EN LA ZONA DE INJERENCIA – MODUS OPERANDIS: AMENAZAS DIRECTAS GENERALIZADAS EN REUNIONES INTIMIDACION MEDIANTE ACCIONES VIOLENTAS CONTRA BIENES O PERSONAS Y PERSUACION | | | | | | | |
| 104.FAVORECIMEINTO DE CONTRABANDO DE HIDROCARBUROS Y SUS DERIVADOS ART. 320-1 | | EL ESTADO | AÑO 1998 HASTA 3-02-2006 | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA<br>• JOSE GELVES A<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• MOLA | COAUTOR | Version libre de NODIER GIRALDO GIRALDO 14/06/2007 |

| DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-----------|------------------------|----------------------------------|
| | | | | | • AFRANIO M. REYES MARTINEZ <br> • JOSE DANIEL MORA LOPEZ <br> • ADAN ROJAS MENDOZA <br> • CARMEN RINCON | | |

Versión libre **NODIER GIRALDO GIRALDO**:"EN EL AÑO 1998 SE COMPROMETE MAS CON LAS AUTODEFENSAS QU DIRIGE EL TIO, PARA ESE ENTONCES YA SE HABÍA CONFORMADO LAS ACMG CUANDO YO CONOCI EL GRUPO QUE ERA AUTODEFENSAS CAMPESINAS DE LA SIERRA NEVADA  ACMG, SE OPERO EN MINCA EN LA PARTE ALTA DE SANTA MARTA HASTA MINGUEO EN LA GUAJIRA, ANTES DEL 2002 LO QUE ERAN BANANERAS, COMERCIO EN GENERAL ERA VOLUNTARIO PERO SI SE COBRABA EL IMPUESTO A LO QUE ERA GASOLINA DE CONTRABANDO QUE VENIA DE VENEZUELA Y A LOS QUE TRAFICABAN CON NARCOTRAFICO. LO QUE ERA QUIMICAS, GASOLINA LA COBRABA EL SEÑOR ALIAS PINOCHO FREDY CASTILLO CARRILLO Y LO QUE ERA EL IMPUESTO A LANCHAS RAPIDAS QUE SALIERAN DE LA REGION LAS COBRABA MARTIN PEÑARANDA OSORIO, LO QUE ERA EL NARCOTRAFICO LO COBRABA MAURICIO GOMEZ LUNA ALIAS MELLO POBRE Y A LA DROGA QUE SE PROCESABA EN EL SECTOR LO COBRABA DONEY DIAZ ALIAS EL CURA," ", EL IMPUESTO A LA GASOLINA QUE SE TRAIA DE VENEZUELA Y DE LAS QUIMICAS LO COBRABA EL SEÑOR FREDY CASTILLO CARRILLO ALIAS PINOCHO YA LOS APORTES LOS COBRABA CADA COMANDANTE EN LA ZONA." SANTA MARTA ENTREGO UN APORTE DE 2002 A 2005 DE 13250 MILLONES DE PESOS LOS TRAERA CARMEN RINCON, ENTRE GASOLINA DE CONTRABANDO E INSUMOS QUIMICOS QUE PASABAN POR LA REGIÓN ENTRE 1995 Y 2005 UNA RECOLECCION DE 23.640 MILLONES DE PESOS"

| DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO X DELITOS CONTRA EL ORDEN ECONIOMICO Y SOCIAL CAPITULO IV DEL CONTRABANDO ARTÍCULO 320-1. FAVORECIMIENTO DE CONTRABANDO DE HIDROCARBUROS O SUS DERIVADOS. El que posea, tenga, transporte, almacene, distribuya o enajene hidrocarburos o sus derivados introducidos al territorio colombiano por lugares no habilitados, u ocultados, disimulados o sustraídos de la intervención y control aduanero, en cuantía superior a veinte (20) galones, incurrirá en pena de prisión de tres (3) a seis (6) años y multa de trescientos (300) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes, sin que en ningún caso sea inferior al 200% del valor aduanero de los bienes importados o de los bienes exportados.El Juez al imponer la pena, privará al responsable del derecho de ejercer el comercio, por el término de la pena y un (1) año más.No se aplicará lo dispuesto en el presente artículo al consumidor final cuando los bienes que se encuentren en su poder, estén soportados con factura o documento equivalente, con el lleno de los requisitos legales contemplados en el artículo 771-2 del estatuto tributario. | | | | | | | |
| 105 .TRAFICO, FABRICACION O PORTE DE ESTUPERFACIENTES ART. 376 EN CONCURSO CON TRAFICO DE SUSUTANCIA PARA PROCESAMIENTO DE NARCOTICOS ART. 382 Y CONSERVACION O FINANCIACION DE PLANTACIONES ART 375 | | EL ESTADO | AÑO 1998 HASTA 3-02-2006 | AREA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA<br>• JOSE GELVES A<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• MOLA<br>• AFRANIO M. REYES MARTINEZ | COATORES | Version libre NODIER GIRALOD GIRALDO 14/06/2007 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1427

| DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|
| | | | | | • JOSE DANIEL MORA LOPEZ<br>• CARMEN RINCON<br>• EDGAR OCHOA<br>• ADAN ROJASN MENDOZA | | |

Version libre **de NODIER GIRALDO GIRALDO**,:" EL BLOQUE RESISTENCIA TAYRONA A ESO DEL AÑO 98 SE VIO OBLIGADO A COBRAR IMPUESTO DE DROGA QUE PROCESABA O QUE SALIA POR EL SECTOR, LA VINCULACION DEL GRUPO AL NARCOTRAFICO FUE NETAMENTE LIMITADA AL COBRO DE IMPUESTO A TRAFICANTES QUE SACABAN DROGAS POR EL SECTOR, COMO TAMBIEN SE LE COBRABA A COMERCIANTES, HOTELES DEL SECTOR". EN LOS QUIMICOS DEL NARCOTRAFICO. POR UN QUINTAL DE PERGAMANATO DE POTASIO SE EMPEZO A COBRAR 200, 300 MIL PESOS HASTA UN MILLON DE PESOS, SI ERA ACIDO SE COBRABA 20 MIL PESOS POR PIMPINA O 30 MIL PESOS, Y SI ERA POR PARTE DE LOS COMBUSTIBLE DEPENDE DE LA CANTIDAD QUE LA PERSONA TRAJERA POR VENEZUELA". "POR EL SECTOR SE COBRABA UN IMPUESTO DEL QUE SACARA LANCHAS POR EL SECTOR ESE LO COBRABA MARTIN PEÑARANDA OSORIO O ALVARO PADILLA REDONDO QUE ERA EL SECTOR DEL PARQUE TAYRONA HASTA RIO PALOMINO, EL QUE TRAIA DROGA DEL SUR DE BOLIVAR A PROCESARLA EN LA REGION ESO LO COBRABA MAURICIO GOMEZ LUNA ALIAS "EL MELLO POBRE" QUE ESE IMPUESTO SE COBRO A PARTIR DEL 99, EL IMPUESTO DE LA DROGA QUE EL CAMPESINO PROCESABA EN LA ZONA ESE LO COBRABA EL SEÑOR DONEY DIAZ, EL IMPUESTO A LA GASOLINA QUE SE TARIA DE VENEZUELA Y DE LAS QUIMICAS LO COBRABA EL SEÑOR FREDY CASTILLO CARRILLO ALIAS PINOCHO YA LOS APORTES LOS COBRABA CADA COMANDANTE EN LA ZONA." "LA DROGA LLEGABA DEL INTERIOR DEL PAÍS, PARA BAJARLA POR EL SECTOR POR EL AREA DE CALABAZO O HASTA EL RIO PALOMINO. LA PERSONA QUE PASABA POR AHÍ TENIA QUE PAGAR UN IMPUESTO, LAS RUTAS NO POR QUE NO NOS DEDICABAMOS A LA EXPORTACIÓN LO QUE HACIAMOS ERA COBRAR UN IMPUESTO. LAS LANCHAS SALIAN POR MENDIHUACA, GUACHACA, BURITACA, DON DIEGO, EL RIO PALOMINO." "HABIA TRES CLASES DE IMPUESTO UNO ERA LA DROGA QUE SALIA, OTRA LA

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1428

| DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|

DROGA QUE LLEGABA EN BASE DEL SUR DE BOLIVAR Y CAUCASIA Y SE PROCESABA EN LA ZONA Y HAY SE COBRABA OTRO IMPUESTO, EL OTRO ERA LA DROGA QUE EL CAMPESINADO PRODUCIA Y PROCESABA EN LA ZONA AHÍ ERA OTRO IMPUESTO." "NUNCA FUE LA IDEOLOGIA SEMBRAR CULTIVOS NI EXPORTAR DROGAS, LA IDEOLOGIA ERA NETAMENTE SUBVERSIVA, PERO SI SE COBRABAN LOS IMPUESTOS, Y SE PROCESABA EN LA ZONA, LO QUE SON LAS SALIDAS DE LANCHAS LOS NOMBRES DE LAS PERSONAS ALOS QUE SE COBRABA IMPUESTO LO DARA MARTIN PEÑARANDA OSORIO Y EL SEÑOR ALVARO PADILLA, LOS IMPUESTOS DE LAS DROGAS QUE LLEGABAN EN BASE DE OTRAS PARTES DEL PAIS LO DIRA MAURICIO GOMEZ LUNA, Y LO QUE ERA LAS DROGAS EN LA REGION ESO ES EL SEÑOR DONEY DIAZ."

FORMULACION DE CARGOS: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XIII DE LOS DELITOS CONTRA LA SALUD PUBLICA CAPITULO II DEL TRAFICO DE ESTUPEFACIENTES Y OTRAS **INFRACCIONES ARTICULO 375**. CONSERVACION O FINANCIACION DE PLANTACIONES. El que sin permiso de autoridad competente cultive, conserve o financie plantaciones de marihuana o cualquier otra planta de las que pueda producirse cocaína, morfina, heroína o cualquiera otra droga que produzca dependencia, o más de un (1) kilogramo de semillas de dichas plantas, incurrirá en prisión de seis (6) a doce (12) años y en multa de doscientos (200) a mil quinientos (1.500) salarios mínimos legales mensuales vigentes.

Si la cantidad de plantas de que trata este Artículo excediere de veinte (20) sin sobrepasar la cantidad de cien (100), la pena será de cuatro (4) a seis (6) años de prisión y multa de diez (10) a cincuenta (50) salarios mínimos legales mensuales vigentes.

 **ARTICULO 376**. TRAFICO, FABRICACION O PORTE DE ESTUPEFACIENTES. El que sin permiso de autoridad competente, salvo lo dispuesto sobre dosis para uso personal, introduzca al país, así sea en tránsito o saque de él, transporte, lleve consigo, almacene, conserve, elabore, venda, ofrezca, adquiera, financie o suministre a cualquier título droga que produzca dependencia, incurrirá en prisión de ocho (8) a veinte (20) años y multa de (1.000) a cincuenta mil (50.000) salarios mínimos legales mensuales vigentes.

Si la cantidad de droga no excede de mil (1.000) gramos de marihuana, doscientos (200) gramos de hachís, cien (100) gramos de cocaína o de sustancia estupefaciente a base de cocaína o veinte (20) gramos de derivados de la amapola, doscientos (200) gramos de metacualona o droga sintética, la pena será de cuatro

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1429

| DELITOS | NO. VÍCTIMAS | NOMBRE VÍCTIMA | FECHA DEL HECHO | LUGAR DEL HECHO | POSTULADO | FORMA DE PARTICIPACIÓN | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|

(4) a seis (6) años de prisión y multa de dos (2) a cien (100) salarios mínimos legales mensuales vigentes.

Si la cantidad de droga excede los límites máximos previstos en el inciso anterior sin pasar de diez mil (10.000) gramos de marihuana, tres mil (3.000) gramos de hachís, dos mil (2.000) gramos de cocaína o de sustancia estupefaciente a base de cocaína o sesenta (60) gramos de derivados de la amapola, cuatro mil (4.000) gramos de metacualona o droga sintética, la pena será de seis (6) a ocho (8) años de prisión y multa de cien (100) a mil (1.000) salarios mínimos legales mensuales vigentes.

**ARTICULO 382**. TRAFICO DE SUSTANCIAS PARA PROCESAMIENTO DE NARCOTICOS. El que ilegalmente introduzca al país, así sea en tránsito, o saque de él, transporte, tenga en su poder elementos que sirvan para el procesamiento de cocaína o de cualquier otra droga que produzca dependencia, tales como éter etílico, acetona, amoníaco, permanganato de potasio, carbonato liviano, ácido clorhídrico, ácido sulfúrico, diluyentes, disolventes u otras sustancias que según concepto previo del Consejo Nacional de Estupefacientes se utilicen con el mismo fin, incurrirá en prisión de seis (6) a diez (10) años y multa de dos mil (2.000) a cincuenta mil (50.000) salarios mínimos legales mensuales vigentes.

Cuando la cantidad de sustancias no supere el triple de las señaladas en las resoluciones emitidas por la Dirección Nacional de Estupefacientes, la pena será de cuatro (4) a seis (6) años de prisión y multa de diez (10) a cien (100) salarios mínimos legales mensuales vigentes.

# PATRON DE MACRO - CRIMINALIDAD

# INTERFERENCIA E IMPEDIMENTO A DERECHOS POLITICOS Y OTRAS GARANTIAS CIUDADANAS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1431

## INTERFERENCIA E IMPEDIMENTO A DERECHOS POLITICOS Y OTRAS GARANTIAS CIUDADANAS

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIMERA POLITICA: DOMINIO Y CONTROL POLITICO ELECTORAL. -  PRACTICA: VARIAS – MODUS OPERANDIS : VARIOS | | | | | | | | | | |
| 1.CONSTREÑIMIENTO AL SUFRAG ANTE ART. 387 | | EL ESTADO | ELECIONES DE 1995 A 1997; DEL 1998 A 2000; DE 2001 AL 2003; 2004 AL 2007 | ZONA DE INJERENCIA DEL GRUPO | • HERNAN GIRALDO SERNA<br>• JOSE GELVES ALBARRACIN<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>•  MOLA<br>• JOSE DANIEL MORA LOPEZ<br>• EDGAR OCHOA | COAUTORES | DOMINIO Y CONTROL POLITICO ELECTORAL | IMPOSICION DE LISTAS UNICAS POR PARTIDOS POLITICOS Y CONSTREÑIMIENTO A LOS ELECTORES | AMENAZA A CANDIDATOS NO AFINES AL GAOML PARA RETIRARSE;<br><br>APOYO MILITAR Y FINANCIERO A CANDIDATOS AFINES AL GAOML;<br><br>REUNIONES PERIODICAS CON LOS CANDIDATOS DE SU AVAL;<br><br>AMENAZAS GENERALIZADAS | Version libre HERNAN GIRALDO SERNA<br><br>Version Libre JOSE DEL CARMENE GELVEZ ALBARRACIN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1432

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ ADAN ROJAS MENDOZA | | | | MEDIANTE REUNIONES PARA VOTAR POR LOS CANDIDATOS;<br><br>DIRECCIONAMIENTO DE LOS ELECTORES A TRAVES DE LOS LIDERES COMUNALES | |

LAS AUTODEFENSAS DEL BLOQUE RESISTENCIA TAYRONA. QUE COMANDO HERNAN GIRALDO SERNA, DURANTE VARIAS DÉCADAS TUVIERON EL CONTROL MILITAR Y TERRITORIAL  EN LA CIUDAD DE SANTA MARTA Y SUS CORREGIMIENTOS, ESPECIALMENTE EN  JURISDICCIÓN DEL CORREGIMIENTO DE GUACHACA.

EL PODER DE LAS ARMAS LO LLEVÓ  A EJERCER UN DOMINIO POLÍTICO, CON PLENA CAPACIDAD PARA  IMPEDIR EL LIBRE EJERCICIO ELECTORAL. EL DOMINIO POLÍTICO DE HERNÁN GIRALDO SERNA, EN  EL DEPARTAMENTO DEL MAGDALENA COMENZÓ A ESTRUCTURARSE CON LA LLEGADA DE LA ELECCIÓN POPULAR DE AUTORIDADES LOCALES Y REGIONALES, EN LA CUAL LA CLASE POLÍTICA DOMINANTE REPRESENTADA  EN RECONOCIDAS FAMILIAS BUSCARON EN HERNAN GIRALDO SERNA, UN ALIADO EN LA CAPTACIÓN DE VOTOS. DE ESA MANERA SE CONOCE QUE PARA EL AÑO 1.995,  CUANDO EL GRUPO  ARMADO ILEGAL SE HACÍA LLAMAR AUTODEFENSAS CAMPESINAS DEL MAGDALENA Y LA GUAJIRA, DECIDEN APOYAR  LA CANDIDATURA DE EDGARDO VIVES CAMPO, (Q.E.P.D)   A LA ALCALDÍA DE SANTA MARTA, QUIEN RESULTA ELEGIDO PARA EL PERIODO 95-97.  LA INCIDENCIA EN LA POLÍTICA A NIVEL LOCAL SE VE REFLEJADA POSTERIORMENTE CON EL APOYO QUE LE BRINDA A  JOSE FRANCISCO ZUÑIGA RIASCOS, QUIEN DE IGUAL MANERA  RESULTA ELEGIDO PARA EL PERIODO 2.004-2.007.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1433

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| (CONDENADO POR PARAPOLÍTICA SENTENCIA A LA PENA DE 4 AÑOS Y DOS MESES DE PRISIÓN JUZGADO PENAL DEL CIRCUITO ESPECIALIZADO SANTA MARTA). | | | | | | | | | | |

(CONDENADO POR PARAPOLÍTICA SENTENCIA A LA PENA DE 4 AÑOS Y DOS MESES DE PRISIÓN JUZGADO PENAL DEL CIRCUITO ESPECIALIZADO SANTA MARTA).

A NIVEL LOCAL SEGÚN LAS VERSIONES SUMINISTRADAS POR EL PROPIO HERNAN GIRALDO SERNA, EL GRUPO ARMADO ILEGAL APOYARON LA ELECCIÓN POPULAR DE LOS CONCEJALES  EUCLIDES GÓMEZ 1.998-200)  GUILLERMO RUEDA VESGA (2.001-2003) ROMUALDO MACÍAS 2001-2.003-2.004-2.007 Y HÉCTOR  IGNACIO RODRÍGUEZ, (2.003-2.007) (LOS TRES PRIMEROS  POLÍTICOS FUERON RECIENTEMENTE CONDENADOS MEDIANTE SENTENCIA DEL  26 DE AGOSTO DE 2.013, POR EL JUZGADO CUARTO PENAL DEL CIRCUITO ESPECIALIZADO DE MEDELLÍN).

EL PODER POLÍTICO DE ESTE GRUPO ARMADO ILEGAL SE FUE CONSOLIDANDO Y PASA  INCURSIONAR EL NIVEL REGIONAL,  CUANDO JOSE DOMINGO DAVILA ARMENTA, EN EL FAMOSO PACTO DE CHIVOLO LLEVADO A CABO EL 28 DE SEPTIEMBRE DE 2000, EN EL CORREGIMIENTO LA ESTRELLA, ES SELECCIONADO POR JORGE 40, COMO CANDIDATO DE LA "*PROVINCIA UNIDA*" A LA GOBERNACIÓN DEL  DEPARTAMENTO DEL MAGDALENA. EN EL DESARROLLO DE SU ACTIVIDAD POLÍTICA Y EN EL ENTENDIDO QUE CONTABA CON EL AVAL POLÍTICO DE LAS AUTODEFENSAS JOSE DOMINGO DAVILA ARMENTA, SE REÚNE CON HERNAN GIRALDO SERNA, EN LA VEREDA MACHETE PELAO DEL CORREGIMIENTO DE GUACHACA, QUIEN DECIDE APOYARLO EN SUS ASPIRACIONES Y DE ESA FORMA RESULTA ELEGIDO GOBERNADOR PARA EL PERIODO 2.001-2.003.  (CONDENADO POR LA CORTE SUPREMA DE JUSTICIA EL 23 DE FEBRERO DE 2.011, POR  PARAPOLÍTICA A LA PENA DE 90 MESES DE PRISIÓN)

POSTERIORMENTE CUANDO LAS ACMG, SE UNIFICAN CON ACCU Y PASAN A DENOMINARSE FRENTE RESISTENCIA TAYRONA, DEL BLOQUE NORTE, EN LO REGIONAL DECIDAN APOYAR LA CANDIDATURA  DE TRINO LUNA CORREA, A LA GOBERNACIÓN DEL  MAGDALENA, QUIEN RESULTA ELEGIDO PARA EL PERIODO 2.004-2.007.  EL PROCESO PENAL SE LE INICIO ESTANDO AUN EN EL EJERCICIO DEL CARGO FUE SUSPENDIDO DEL MISMO Y LUEGO CAPTURADO Y CONDENADO POR LA CORTE SUPREMA DE JUSTICIA  EL 5 DE OCTUBRE DE 2.007 MEDIANTE SENTENCIA DEL 5 DE OCTUBRE DE 2.007 A LA PENA  DE  44 MESES Y 15 DÍAS DE PRISIÓN.

ENTRE LA LISTA DE POLÍTICOS ELEGIDOS EN EL ORDEN NACIONAL, PARA CÁMARA Y SENADO FIGURAN MIGUEL PINEDO VIDAL, ENRIQUE CABALLERO ADUÉN, ALFONSO CAMPO ESCOBAR, LUIS EDUARDO VIVES LACOUTURE, SALOMÓN SAADE ABDALA, JORGE CABALLERO. TODOS CONDENADOS POR PARAPOLÍTICA, POR LA HONORABLE CORTE SUPREMA DE JUSTICIA

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de: TITULO XIV DELITOS CONTRA MECANISMOS DE PARTICIPACION DEMOCRATICA  CAPITULO UNICO DE LA VIOLACION AL EJERCICIO DE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MECANISMOS DE PARTICIOACION DEMOCRATICA.   ARTICULO 387. CONSTREÑIMIENTO AL SUFRAGANTE. El que utilice las armas o amenace por cualquier medio a un ciudadano o a un extranjero habilitado por la ley, con el fin de obtener apoyo o votación por determinado candidato o lista de candidatos, o voto en blanco, o por los mimos medios le impida el libre ejercicio del derecho al sufragio, incurrirá en prisión de tres (3) a seis (6) años. | | | | | | | | | | |
| POLITICA: DOMINIO Y CONTROL POLITICO ELECTORAL. -  PRACTICA: LISTAS UNICAS POR PARTIDOS POLITICOS – MODUS OPERANDIS: AMENAZA A CANDIDATOS NO AFINES AL GAOML PARA RETIRARSE | | | | | | | | | | |
| 2. CONTREÑIMIENTO ILEGAL. ART 182 | | EL ESTADO – JOSE RAFAEL SERRANO (ALCADIA CIENAGA) – FERNANDO PISSIOTI (GOBERNACION MAG ; TRINO | AÑO 2003 - 2006 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• JOSE GELVES ALBARRACIN<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON MOLA<br>• JOSE DANIEL MORA LOPEZ<br>• EDGAR OCHOA | COAUTORES | DOMINIO Y CONTROL POLITICO ELECTORAL | LISTAS UNICAS POR PARTIDOS POLITICOS | AMENAZA A CANDIDATOS NO AFINES AL GAOML PARA RETIRARSE | Version libre de JOSE DEL CARMENE GELVEZ ALBARRACION 20/05/2010,, 21/05/2010 y 23/09/2010 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1435

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|-----------|-----------|----------------|----------------------------------|
|  |  | LUNA) - ALONSO RAMIREZ (ALCALDIA SANTA MARTA; CHICO ZUÑIGA) |  |  | BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA |  |  |  |  |  |

VERSION **JOSE DEL CARMEN GELVEZ ALBARRACIN**  SE PROYECTA IMAGEN DE TARJETON DE LA EPOCA, DICE QUE ALONSO ANTONIO HERNANDEZ PEÑA LO VIO EN LA CANDIDATURA Y A CHONTICO QUE ES JOSE RAFAEL SERRANO, VI A ALONSO COMO CANDICATO HACIENDO CAMPAÑA, NOSOTROS APOLLAMOS A ANA MATILDE JUVINAO EL PERIODO ES 2003 A 2006. A ESA SE LE ENTREGARON 10 MILLONES Y 50 CAJAS DE RON LA PRESENTO DABGOND QUE ERA ELALCALDEEDE ESA EPOCA A LOS ALCALDES DE ARACATACA ESTABA EN CABEZA DEL SEÑOR PEDRO SANCHEZ ERA EL CANDIDATO A LA ALCALDIA CON TIJERAS  ENTREGAMOS 20 CAJAS DE RON Y 50 MILLONES DE PESOS AL ALCALDE DE CIENAGA SEÑOR CHINTICO SERRANO LE ENTRAGAMOS 20 CAJAS DE RON 50 MILLONES DE PESOS, AL ALCALDE EN UNA RELACION MARCELINO DAZA ERA MEDICO ZONA BANANERA 5O MILONES DE PESO 2O CAJAS DE RON . NECESITO EL NOMBRE DEL ALCALDE ANTERIOR NO SE SI FUE EL DIFUNTO AVENDAÑO.

POR LO CUAL SE DEBERA TOMARLE EL JURAMENTO LAS PERSONAS QUE HA SEÑALADO SE LES NOMBRARA FUAD RAPAG REPRESENTANTE A LA CAMARA, FRANCISCO ZUÑIGA EXALCALDE DE SANTA MARTA,  TRINO LUNA CORREA EXGOBERNADRO DEL MAGDALENA, LUIS VIVE LACOUTURE, CARELI LARA BENCE, ALFONSO CAMPO ESCOBAR, DIAD MALOF, FERNANDO CELIS SANTOS, SALOMON SADES, EUCLIDES GOMEZ, MENCIONO LOS ALCALDES PARA EL PERIODO 2003 AL 2006. JOSE RAFAEL SERRANO REBOYO CONOCIDO COMO CHITICO DE CIENAGA , MARCOS OLIVERO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1436

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

DEL BANCO, EDUARDO LOPEZ DE GUAMAL, PEDRO SANCHEZ DE ARACATACA,  ALFREDO CASTILLO ARIGUANI, ALFREDO POZO ZONA BANANERA, HUMBERTO MARTINEZ CHARRIS DE SITIO NUEVO, MARCELINO DAZA.

YO FUI PORTADOR DE ESE MENSAJE AL SEÑOR ALONSO RAMIREZ Y ALONSO RAMIREZ DIJO QUE SE HACIA MATAR QUE EL NO RENUNCIABA Y ALONSO SACO UNA VOTACION INTERESANTE POR  ELECION POPULAR , ALONSO ERA LA PIEDRA EN EL ZAPATO PARA LA ORGANIZACIÓN EN LO QUE YO MANEJE EN SANTA MARTA, DON HERNAN DIJO QUE NO FUERAN A MATAR ESE SEÑOR PORQUE LA ORDEN QUE DIO 40 ERA QUE LO MANDARAN ENVIARAN A SAN PEDRO . LUEGO ALONSO CON DINEROS DE LA ORGANIZACION FUE CANDIDATO A OTRA CORPORACIO CREO QUE ERA CAMARA RECIBIO PLATA DEL FRENTE RESISTENCIA TAYRONA SE LA DIO NODIER GIRALDO PARA LA CAMPAÑA Y ALONSO SE VOLVIO UN ALEADO DE LAS AUTODEFENSAS FUE CANDIDATO POR PARTE DE LA ORGANIZACION

A MI ME TOCO EL PROBLEMA CON ALONSO RAMIREZ ME MANDARON UN MEI Y ESTA COMO PRUEBA QUE ESTO SE ESTABA HACIENDO EN LAS REGIONES , UNA VEZ ORQUESTADO ESTO VOY HABLAR DE MI CASO EN SANTA MARTA SE REUNIERON LOS LIDERES DE MUCHOS BARRIOS DE LAS COMUNAS PARA APOYAR A CHICO ZUÑIGA LA ORDEN SE LE DIO AL APARATO URBANO Y FINANCIERO EL URBANO EN CABEZA DE EL MEDICO SE ENCARGABA DE DECIRLE A LOS MUCHACHOS QUE DEVIAN SER MULTIPLICADORES Y DEVIAN VOTAR POR CHICO ZUÑIGA Y TRINO LUNA ERA EL CANDIDATO DE JORGE 40, TUBE PROBLEMAS EN MI ZONA CON ALONSO RAMIREZ QUE NO QUERIA ACEPTAR LO QUE SE ESTABA PIDIENDO POR ESO SE ORDENA MATARLO, PARA LA EPOCA ESTABA EL SEÑOR CHELO AVILA COMO CANDIDATO Y HUBO PROBLEMAS TAMBIEN CON EL PORQUE QUERIA TOMAR POSECION DE ALGUNOS MUNICIPIOS Y POR ESO TAMBIEN SE DIO LA ORDEN DE MATAR A CHELO AVILA PORQUE ERA UN TROPIEZO PARA LA GENTE DEL SUR DE LA ZONA DE PIVIJAY Y LA ZONA DE TIJERAS Y LA GENTE QUE LLEGARA A VOTAR POR CHELO AVILA SE MORIA.

VERSION **JOSE DEL CARMEN GELVEZ ALBARRACIN**

POSTULADO ALEJANDRO TRATO DE PONER CANDIDATOS EN EL SECTOR FUE INFILTRADO EN LA ZONA DE DON HERHAN Y CREABA SI SAÑA PARA QUE LO DEJARAN MANEJAR A EL TODO PERO LOS GIRALDO NO CONFIABAN DE LA GENTE DE 5.7 Y DE DON JORGE POR ESO ABRAHAN ESTUVO PENDIENTE DE LO QUE IBA A PASAR. ALEJO SE ENCARGABA DE PASAR POR TODAS LAS UNIDADES UNIFORMADAS A DARLES CHARLAS DE LAS POLITICAS DE LAS AUTODEFENSAS EL SEÑOR QUE ESTA EN PANTALLA ES ALEJO YONIS RODOLFO LANDERO ESTRADA, EL TRABAJO Y APOYO ALONSO RAMIREZ, HACIAN REUNIONS Y UTILIZABAN ABRAHAN PARA QUE LES ABRIERA LOS ESPACIOS  Y ME ENTERE QUE HACIAN REUNIONES A ESCONDIDAS DE HERNAN GIRALDO Y MIAS. ESTE SEÑOR APOYO ALONSO RAMIREZ.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FISCAL ESTARIAMOS HABLANDO DE ELECCIONES 2003 A 2006 DE SENADO Y CAMARA POSTULADO SI PERO ALONSO NO QUEDO EN ESA FECHA EL PERDIO . EN PANTALLA FOTOGRAFIA DE ALONSO DE JESUS RAMIREZ FLOREZ, POSTULADO ESE ES. FISCAL EN ESA OPORTUNIDAD QUE ALONSO RAMIREZ RECIBE EL APOYO DE LAS AUTODEFENSAS NO ALCANZO. POSTULADO ESO ES COMO EL CUENTO ESA PLATICA SE PERDIO. DESPUES ALONSO RAMIREZ POR FACTORES CONOCIDOS POR LA OPINION NACIONAL CARELIS PASO POR LA PARAPOLITICA Y ASUMIO ALONSO RAMIREZ . FISCAL USTED ESTABA HABLANDO DEL PACTO DEL DIFICIL QUE SE REUNIO CON LOS ALCALDES ENTRANTES Y SALIENTES Y TODO EL SECTOR POLITICO DEL MAGADALENA CUANDO SE DIVIDIO EN 4 SECTORES PARA CADA COMANDANTE DEL MAGDALENA E INDUCIR LA VOTACION A FAVOR DE LOS CANDIDATOS INCLUSIVE LAS DE PRESIDENCIA . | | | | | | | | | | |
| **FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO III DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTIAS CAPITULO QUINTO DE LOS DELITOS CONTRA LA AUTONOMIA PERSONAL ARTICULO 182  CONSTREÑIMIENTO ILEGAL. El que, fuera de los casos especialmente previstos como delito, constriña a otro a hacer, tolerar u omitir alguna cosa, incurrirá en prisión de uno (1) a dos (2) años. | | | | | | | | | | |
| POLITICA: DOMINIO Y CONTROL POLITICO ELECTORAL. -  PRACTICA: CONTRAPRESTACIONES  ECONOMICAS Y BENEFICIOS  A FAVOR DEL GRUPO | | | | | | | | | | |
| 3. PECULADO POR APROPIACION EN FAVOR DE TERCEROS ART 397 EN CONCURSO | EL ESTADO | | AGOSTO DE 2003 | DEPARTAMENTOS DEL MAGDALENA Y LA GUAJIRA | • HERNAN GIRALDO SERNA<br>• JOSE GELVES ALBARRACIN<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA | DETERMINADORES | DOMINIO Y CONTROL POLITICO | CONTRAPRESTACIONES ECONOMICAS Y BENEFICIOS | EXIGENCIA PORCENTUAL SOBRE CONTRATOS (SALUD, EDUCUACION, OBRAS CIVILES) | Version libre de JOSE DEL CARMEN GELVEZ ALBARRACIN 23/09/2010 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1438

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|------|------|------|------|------|------|------|------|------|------|
| CON INTERES INDEBIDOS EN LA CELEBRACION DE CONTRATOS ATR 409 (PERMANENCIA DE DOCENTES EN LA ZONA) | | | | | • NODIER GIRALDO GIRALDO<br>• CARMEN RINCON MOLA<br>• JOSE DANIEL MORA LOPEZ<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | | ELECTORAL | A FAVOR DEL GRUPO | | |

Entre los beneficios a obtener por el grupo ilegal estaba tener acceso a los presupuestos de las secretarias de salud y educación y acceso a los listados de los contratos de obras civiles para exigir un pago a los contratistas para poder ejecutar las obras, ASI COMO LO INDICA jose del carmen gelvez albarracion en sus vertsiones libres al comentar:" QUEDA IDENTIFICADO COMO ANSELMO RAFAEL MARIN PEREA QUE VINCULO HABIA CON TRINO LUNA. VERSIONADO. YO LOS VI JUNTOS VARIAS VECES, ASPIRO A CORPAMAG PERO NO SE PUDO DAR YA UNA VEZ ELEGIDO CHICO ZUÑIGA EL FUE NOMBRADO SECRETARIO DE EDUCACION DISTRITAL ALLI ESTUVIMOS CONMIGO EN ALGUNAS REUNIONES PARA QUE NO FUERAN A CAMBIAR A LOS PROFESORES HERNAN GIRALDO LE DIJO QUE NO LE CAMBIARA LOS PROFESORES EN LA ZONA DE INGERENCIA PORQUE SI LOS CAMBIABA SE PODIA INFILTRAR LA GUERRILLA, POR LO DEL POLO. ANSELMO HIZO COMPROMISO PARA LA CONSTRUCCION DE UNOS COLEGIOS. UNA VEZ FUERON NOMBRADOS ELLOS YO ME AISLE DE ESA PARTE Y QUEDO ENCARGADO FELIPE QUIEN RECOGIA LOS DINEROS PARA LAS AUC. PARA EL SECTOR DE NOSOTROS ANSELMO INCUMPLIO LA CONSTRUCCION DE UNOS COLEGIOS EN LA PARTE ALTA DE GUACHA EN LA VEREDA DE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1439

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MACHETE PELAO. | | | | | | | | | | |

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO I DEL PECULADO  ARTICULO 397. PECULADO POR APROPIACION. El servidor público que se apropie en provecho suyo o de un tercero de bienes del Estado o de empresas o instituciones en que éste tenga parte o de bienes o fondos parafiscales, o de bienes de particulares cuya administración, tenencia o custodia se le haya confiado por razón o con ocasión de sus funciones, incurrirá en prisión de seis (6) a quince (15) años, multa equivalente al valor de lo apropiado sin que supere el equivalente a cincuenta mil (50.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término.

de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO IV DE LA CELEBRACION INDEBIDA DE CONTRATOS ARTICULO 409. INTERES INDEBIDO EN LA CELEBRACION DE CONTRATOS. El servidor público que se interese en provecho propio o de un tercero, en cualquier clase de contrato u operación en que deba intervenir por razón de su cargo o de sus funciones, incurrirá en prisión de cuatro (4) a doce (12) años, multa de cincuenta (50) a doscientos (200) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a doce (12) años.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 4. INTERES INDEBIDOS EN LA CELEBRACION DE CONTRATOS | | EL ESTADO | 2003 AL 2005 | DEPARTAMENTO DEL MAGDALENA ADMON DE CHICO ZUÑIGA; DIRECTOR UMATA EWDUAR CASTRO, JUANCARLOS VIVES | • HERNAN GIRALDO SERNA<br>• JOSE GELVES ALBARRACIN<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | DETERMINADORES | DOMINIO Y CONTROL POLITICO ELECTORAL | CONTRAPRESTACIONES ECONOMICAS Y BENEFICIOS A FAVOR DEL GRUPO | NOMBRAMIENTO O CONTRATACION DE PERSONASL AFINES AL GRUPO (RIOHACHA Y SANTA MARTA) | Versión libre de JOSE DEL CARMEN GELVEZ ALBARRACIN (a) El Canoso 07/04/2011 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1440

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|------|------|------|------|------|------|------|------|------|------|
| | | | | MENOTTI – DIR ESTUPERFACIENTES) | • CARMEN RINCON MOLA<br>• JOSE DANIEL MORA LOPEZ<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | | | | | |

EL POSTULADO SEÑALA QUE TIENE INFORMACIÓN QUE LA DIRECCIÓN NACIONAL DE ESTUPEFACIENTES PARA EL MES DE ENERO O FEBRERO DEL AÑO 2005 CUANDO ESTABA EN CABEZA DE JUAN CARLOS VIVES MENOTTI (EX VICEMINISTRO DEL INTERIOR), LE DIO BIENES INCAUTADOS DE ALIAS EL MONO ABELLO A ADMINISTRACIÓN A EL SEÑOR EDWAR CASTRO QUE PARA LA ÉPOCA ERA DIRECTOR DE LA UMATA EN SANTA MARTA Y QUIEN FUE PUESTO EN ESE CARGO COMO CUOTA DE LAS AUTODEFENSAS EN LA ALCALDÍA DE SANTA MARTA TRAS EL OFRECIMIENTO QUE EL ALCALDE CHICO ZUÑIGA (JOSE FRANCISCO ZUÑIGA RIASCO) LE HIZO A LAS AUTODEFENSAS A MANERA DE PARTICIPACIÓN EN LA ADMINISTRACIÓN DISTRITAL, POR RECOMENDACIÓN DE HECTOR IGNACIO RODRIGUEZ ACEVEDO ALIAS NACHO FUE DESIGNADO POR LAS AUTODEFENSAS UN AMIGO MUY CERCANO DE NACHO , EL SEÑOR EDWAR CASTRO, EL SEÑOR CASTRO LE SOLICITÓ AL CANOSO QUE LE RECOMENDARAN PERSONAS DE CONFIANZA DE LA ORGANIZACIÓN ILEGAL PARA QUE FIGURARAN COMO ADMINISTRADORES DE ESTOS BIENES YA QUE ÉL ERA FUNCIONARIO PÚBLICO, ES ASÍ COMO CANOSO SE REÚNE CON VARIOS MIEMBROS DEL GRUPO DE AUTODEFENSAS Y ALIAS GUTI (JULIO GUTIMBER FERNANDEZ BAYONA DESMOVILIZADO DEL BLOQUE RESISTENCIA TAYRONA). MANIFIESTA EL POSTULADO QUE EL LUCHO AL LADO DEL GOBIERNO NACIONAL PARA LA ERRADICACION DE LA COCA EN LA SIERRA NEVADA DE SANTA MARTA Y QUE EN UNA OCASION SE REUNIO EN LA MINISTRA DE AGRICULTURA EN SU OFICINA CON EL PROPOSITO DE HABLAR SOBRE ESTE TEMA, EN OPORTUNIDAD ESTABA ACOMPAÑADO POR EL DOCTOR EDGAR PERNIER Y GUILLERMO RUEDA. EL POSTULADO HACE REFERENCIA QUE EN UNA OCASION ALIAS CAUCASIA, SUFRIO UNA FRACTURA EN UNA PIERNA Y EL SEÑOR EDWAR CASTRO LO TRANSPORTO HASTA LA CIUDAD DE BARRANQUILLA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EN UN VEHICULO OFICIAL EL CUAL PERTENECIA A LA UMATA. | | | | | | | | | | |
| **FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO IV DE LA CELEBRACION INDEBIDA DE CONTRATOS ARTICULO 409. INTERES INDEBIDO EN LA CELEBRACION DE CONTRATOS. El servidor público que se interese en provecho propio o de un tercero, en cualquier clase de contrato u operación en que deba intervenir por razón de su cargo o de sus funciones, incurrirá en prisión de cuatro (4) a doce (12) años, multa de cincuenta (50) a doscientos (200) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a doce (12) años | | | | | | | | | | |
| POLITICA: DOMINIO Y CONTROL POLITICO ELECTORAL. -  PRACTICA: MANIOBRAS FRAUDULENTAS PARA FAVORECER A LOS CANDIDATOS AFINES AL GAOML | | | | | | | | | | |
| 5. PERTURBACION DEL CERTAMEN DEMOCRATICO, ATR 386 EN CONCURSO CON VOTO FRAUDULENTO ART 391 | | EL ESTADO | 2003 AL 2005 | | • HERNAN GIRALDO SERNA<br>• JOSE GELVES ALBARRACIN<br>• DANIEL GIRALDO CONTRERAS<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>•  MOLA | DETERMINADORES | DOMINIO Y CONTROL POLITICO ELECTORAL | MANIOBRAS FRAUDULENTAS PARA FAVORECER A LOS CANDIDATOS AFINES AL GAOML | CARRUSEL<br><br>SUPLANTACION AL ELECTOR | Version libre de JOSE DEL CARMEN GELVEZ ALBARRACION 21/05/2010 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1442

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE DANIEL MORA LOPEZ<br>• EDGAR OCHOA BALLESTEROS<br>• AFRANIO M. REYES MARTINEZ<br>• ADAN ROJAS MENDOZA | | | | | |

Version libre **JOSE DEL CARMENE GELVEZ ALBARRACION**: FISCAL UNA VEZ DESIDIDO EL APOYO A UN CANDIDATO Y HECHO EL COMPROMISO ECONOMICO COMO GARANTIZABAN QUE ESE CANDIDATO IBA A SALIR ELEGIDO POSTULADO PORQUE LA PRESENCIA DE LAS AUC EN LA ZONA Y POR EL TEMOR A LAS ARMAS TODO MUNDO VOTABA POR EL CANDIDATO QUE SE DECIA Y MUCHAS VECEZ SE SACABAN LISTAS UNICAS. FISCAL HUBO MANEJOS CON LA REGISTRADURIA, POSTULADO NO HUBO MANEJO DE REGISTRADURIA EN SANTA MARTA HUBO LA MODALIDAD DE UN CARRUSEL QUE UNA VEZ CADA CANDIDATO ENTREGABA LAS PLANILLAS EL PRESIDENTE LE APRENDIERON EL ROL AL SISTEMA QUE ESO DEBE SER ASESORADO POR FUNCIONARIOS DE LA REGISTRADURIA EL SISTEMA ESCOJIA UN PROFESIONAL, UN BACHILLER Y UN ESTUDIANTE O TRABAJADOR EL PROFESIONAL SIEMPRE LO NOMBRABA PRESIDENTE DE MESA EL BACHILLER DE VICEPRESIDENTE , Y EL TERCERO LOS CANDIDATOS POLITICOS PASAN UNA RELACION ESTE ES CONSERVADOR, ESTE LIBERAL ESTE DEL POLO. ENTONCES SATURAN EL SISTEMA CON AYUDA DE FUNCIONARIOS DE LA REGISTRADURIA Y DIGITAN LOS JURADOS LOS METEN ASI UN PROFESIONAL UN TECNIOLOGO Y BACHILLER EL SISTEMA ACEPTA EL MANEJO COMO TAL Y RECONOCE EL LISTADO POSTULADO EL CARRUSEL FUNCIONABA ASI SE CONSEGUIAN  EL CENSO DE LA REGISTRADURIA BOGOTA LO LO VENDIAN NO SE QUIEN LO VENDIA VALIA COMO 3 MILLONES DE PESOS LO VENDIAN EN BOGOTA DICE RAFAEL GARCIA QUE PARA LAS ELECCIONES COMPRARON EL CENSO Y LO MULTIPLICARON EN LOS MUNICIPIOS EL MAGDALENA EN EL  2002 , POSTULADO AL QUEDAR EL PRESIDENTE DE MESA EL MANEJA EL CENSO DE ENTONCES LOS FORMULARIOR EL E14, E15, UNO TIENE DERECHO A VOTAR EN LA MESA EL JURADO VOTA EN LA MESA, ENTONCES LA MESA QUEDA CONFORMADA TODOS DEL MISMO CANDIDATO, SE ARMA L A TRIQUIÑUELA EL SEÑOR QUE ARMA EL CARRUSEL BUSCA 20 PERSONAS Y LAS COLOCA ADELANTE EN LAS VOTACIONES A PROPOSITO NO VI A SANCHEZ MARMOLEJO NO LO VI EN LAS FOTOS, BUENO  QUE PASA LLEGA EL CARRUSEL SE INSTALA 5 DE LA MAÑANA EN LOS PUESTOS DE VOTACION.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| QUE LAS MESAS QUE ESTAN EN TODOS LADOS COPAN LAS 20 MESAS PRIMERAS Y REPRESAN LA GENTE ESTE ES EL CARRUSEL AL ESTAR LOS PRIMEROS 20 ENTRAN LOS PRIMEROS 5 EN CADA PUESTO DE VOTACION PARA ATRANCAR LA GENTE QUE VIENE ATRÁS Y NO DEJARLA VOTAR ENTONCES ADENTRO CON UN CELULAR ESTA OTRA PERSONA CON EL CENSO LE DICTAN DESDE AQUI EL OTRO YA TINE EL CENSO CON NOMBRES LE DICE PERTENECE A JOSE DEL CARNMEN GELVEZ Y DE UNA VEZ LLENA BUSCAEL RECIBITO LA PERSONA ENTRA YA LE TIENEN LISTA EL VOTO Y ANTE LOS OJOS DE LAS AUTORIDADES ES LA PERSONA QUINE ESTA VOTANDO. SE IDENTIFICABAN CON UNA MANILLA O UNA LIGA EN EL DEDO ASI ASIAN EL CARRUSEL YA LOS DE LA MESA SABIAN QUE ERA DEL CARRUSEL PARA VOTAL POR EL CANDIDATO AL CONSEJO, ALCALDIA, ASAMBLEA. LUEGO SALE Y VUELVE A LA FILA Y ASI VOTA 10 A 15 VECEZ, ESO HACE QUE SE DEMORE Y LAS FILAS NO CORREN LOS QUE HACEN EL TRABAJO SON LOS PRESIDENTES, VICEPRSIDENTES DE MESA . | | | | | | | | | | |

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de : TITULO XIV DELITOS CONTRA MECANISMOS DE PARTICIPACION DEMOCRATICA  CAPITULO UNICO DE LA VIOLACION AL EJERCICIO DE MECANISMOS DE PARTICIOACION DEMOCRATICA ARTICULO 386. PERTURBACION DE CERTAMEN DEMOCRATICO. El que por medio de maniobra engañosa perturbe o impida votación pública relacionada con los mecanismos de participación democrática, o el escrutinio de la misma, o la realización de un cabildo abierto, incurrirá en prisión de dos (2) a seis (6) años.

La pena será de prisión de cuatro (4) a ocho (8) años cuando la conducta se realice por medio de violencia.

La pena se aumentará de una tercera parte a la mitad cuando la conducta sea realizada por un servidor público.

| SEGUNDA POLITICA: PENETRACION A INSTITUCIONES DEL ESTADO. -  PRACTICA: – MODUS OPERANDIS : | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6. COHECHO POR DAR U OFRECE | | ELI SERNA | 31/01/2003 | VEREDA LA RESERVA CORREGIMIENTO | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA | AUTOR MEDIATO | PENETRACION A | ALIANZA CON ALGUNOS MIEMBROS | OPERACIONES CONJUNTAS FUERZA PUBLICA "FALSOS | Version libre nobereto Quiroga poveda |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1444

| Delitos | No. Victim as | Nombr e víctim a | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participaci ón | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|------|------|------|------|------|------|------|------|------|------|
| R ART 407, | | | | SIBERIA CIÉNAGA MAGDALE NA | POVEDA<br>• NODIER GIRALDO GIRALDO<br>• AFRANIO M. REYES MARTINEZ<br>• DANIEL GIRALDO<br>• JOSE DANIEL MORA | | INSTITUCI ONES DEL ESTADO | DE LAS AUTORIDAD ES | POSITIVOS" | |

Version libre de **NORBERTO QUIROGA POVEDA:"**DICE EL VERSIONADO QUE EL CONOCE UN ELID EN CUATRO CAMINOS PERO NO TIENE CONOCIMIENTO, EL VERSIONADO LO ORDENO Y 81 LE DIO MUERTE POR CUATRO CAMINOS, ERA COLABORADOR DE LAS FARC. EL VERSIONADO NO SABE SI ERA ELI SERNA, ESTE ERA ALTO, DELGADO COMO 183 DE ESTATURA. LOS MUCHACHOS LO COGIERON EN 4 CAMINOS Y LO LLEVARON A COREA, DE AHI EL HOMBRE COMENZO A COLABORARNOS CON INFORMACION DE LAS FARC SOBRE ESE SECTOR. HABIA UN TENIENTE MIRANDA EN LA ZONA DEL MICO, EL ME DIJO QUE SE LO PRESTARA PARA QUE LE ASUMIERA INFORMACION A EL, YA QUE EL MAN ERA CONOCEDOR DE ESA ZONA Y TENIA INFORMACION. SUBIO EL TENIENTE DEL EJERCITO A CERRO COREA Y YO LE HICE ENTREGA DEL SEÑOR ELI, EL SE LO LLEVO PARA EL MICO Y NO SUPE QUE MAS PASO CON EL. ESO FUE PARA EL 2003, MIRANDA DURO COMO SEIS MESE POR ALLI. YO DE MIS MANOS LE ENTREGUE AL TENIENTE MIRANDA, EL EJERCITO HIZO UNA OPERACION GRANDE POR SAN PEDRO, A EL LO TRASLADARON Y NO SUPE  MAS DE EL. SE DEJA CONSTANCIA QUE CUANDO DIERON MUERTE A ELID ESTABA PRESENTE UNA ANCIANA Y UNOS DE LOS PARTICIPANTES DIJO QUE SE HABIAN EQUIVOCADO Y QUE TENIAN QUE DARLE MUERTE. DICE EL VERSIONADO QUE DESCONOCE ESTA SITUACION. ELID SERNA DURO COMO UNA SEMANA CON EL GRUPO, ESTABA SUELTO, ERA UN INFORMANTE, LES DIO UBICACION DE CAMPAMENTOS DE LAS FARC Y DE ALLI SALIAN OPARACIONES PARA DONDE LAS FARC ESTUVIERA, PARA LAS COORDENADAS. EN LA FINCA DE CUATRO CAMINOS EL COMANDANTE 81 SALIO PARA ALLA Y LO ENCONTARON Y LE DIERON CONVERSA, QUE EL ERA DE LAS FARC Y YO DIJE QUE ME LO TRAJERAN PARA QUE ME DIERA INFORMACION Y EL ESTUVO CON NOSOTROS, SE LE DIJO QUE SI QUERIA SEGUIR CON LAS AUTODEFENSAS O IRSE PARA LA CASA ESTABA BIEN, PERO SE PRESENTO LA COODINACION CON EL TENIENTE Y SE LE ENTREGÓ Y NO SE SUPO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1445

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MAS. | | | | | | | | | | |
| FORMULACION DE CARGOS: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO III DEL COHECHO ARTICULO 407. COHECHO POR DAR U OFRECER. El que dé u ofrezca dinero u otra utilidad a servidor público, en los casos previstos en los dos artículos anteriores, incurrirá en prisión de tres (3) a seis (6) años, multa de cincuenta (50) a cien (100) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a ocho (8) años. | | | | | | | | | | |
| 7. COHECHO POR DAR U OFRECER ART 407 | | ALBERTO HERRERA SERNA | 8 DE ABRIL DE 2.001 | MENDIHUACA – GUACHACA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• MOLA<br>• | AUTOR M AUTOR M COAUTOR | PENETRACION A INSTITUCIONES DEL ESTADO | ALIANZA CON ALGUNOS MIEMBROS DE LAS AUTORIDADES | INCLUSION EN NOMINA | Version libre de Eliseo Beltran Cadena 21/09/2007 y Hernan Giraldo Serna |
| EL VERSIONADO **ELISEO BELTRAN CADENA**, MANIFESTO. VICTIMA ALBERTO HERRERA EN LOS LINDEROS EL 08/04/2002,YA SE HABIA REFERIDO A ESTE HECHO EN VERSIONES ANTERIORES, COMO EL PAISA. SE PROYECTA IMAGEN. EL VERSIONADO DICE QUE FUE CAPTURADO EN CASA GRANDE, LO ENTREGO UN SEÑOR DE NARCOTICOS QUE TRABAJABA CON WALTER, ALLI FUE AMARRADO Y LLEVADO PARA EL MISMO SITIO DONDE ESTA EUCLIDES MIER Y HERMES, ELLOS MISMOS LO SEPULTARON. ESTA DEL LAVADERO DE CARROS HACIA ABAJO POR EL LADO DE LA PLAYA. PIDE PERDON A LAS VICTIMAS Y FAMILIARES Y A COLOMBIA ENTERA NO VUELVE A COMETER ESTOS HECHOS. LOS MOTIVOS POR LOS CUALES ANTINARCOTICOS LO ENTREGARON, ELLOS SOLO TENIAN QUE CUMPLIR UNA ORDEN LE DIJO WALTER QUE ESPERARAN QUE EL PERSONAL DEL CARRO SE BAJARA, LLEGARAN AL CARRO, EL QUE QUEDABA EN EL CARRO ERA EL QUE SE TENIAN QUE COGER Y LLEVARSELO. QUE ESPERARAN QUE SE BAJARA UN PERSONAL QUE ELLOS NO PODIAN VER. ESPERARON Y SE BAJARON DEL CARRO TRES PERSONAS QUE SE FUERON A HABLAR CON WALTER. ELLOS LLEGARON AL CARRO Y ALLI ESTABA LA VICTIMA. EL POSTULADO  HERNAN GIRALDO SERNA  ACEPTO | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1446

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SU RESPONSBILIDAD POR LINEA DE MANDO. | | | | | | | | | | |
| FORMULACION DE CARGOS: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO III DEL COHECHO ARTICULO 407. COHECHO POR DAR U OFRECER. El que dé u ofrezca dinero u otra utilidad a servidor público, en los casos previstos en los dos artículos anteriores, incurrirá en prisión de tres (3) a seis (6) años, multa de cincuenta (50) a cien (100) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a ocho (8) años. | | | | | | | | | | |
| 8. COHECHO POR DAR U OFRECER ART 407 (PAGO A ESTACIONES DE POLICIA) | | EL ESTADO | FEBRERO 2002-2006 | SANTA MARTA, BONDA, MINCA RIO FRIO | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVEZ ALBARRACIN<br>• ADAN ROJAS MENDOZA<br>• CARMEN RINCON<br>• EDGAR OCHOA BALLESTEROS | A MEDIATO | PENETRACION A INSTITUCIONES DEL ESTADO | ALIANZA CON ALGUNOS MIEMBROS DE LAS AUTORIDADES | INCLUSION EN NOMINA | Version libre de JOSE DEL CARMEN GELVEZ ALBARRACIN 21/05/2010<br><br>Version libre de JOSE DANIEL MORA LOPEZ 22/03/2011 |
| Version libre **JOSE DEL CARMEN GELVEZ ALBARRACION**:"OTROS FUNCIONARIOS DE LA FUERZA PUBLICA O AUTORIDADES. POSTULADO UNOS POLICIAS DE LA SIJIN QUE COLABORABAN NO RECUERDO LOS NOMBRES DESPUES LE DOY LOS NOMBRES, INCLUSIVE DE PATRULLAS MOTORIZADAS, LAS PATRULLAS DE LA POLICIA DE SANTA MARTA ESTABAN EN LA NOMINA DEL APARATO FINANCIERO DE LA ORGNIZACION<br><br>Version libre de **JOSE DANIEL MORA LOPEZ**:"FISCAL OTRO HECHO QUE VINCULE MILITARES O SERVIDORES PUBLICOS O FUERZA PUBLICA EN | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL. POSTULADO BUENO LOS PUESTOS DE POLICIA EN MINCA ELLOS NO HACIAN NADA AHI, HACIAN LA LABOR Y NO SE METIAN CON NOSOTROS A ELLO SE LE PAGABA MENSUAL MENTE ESTABAN EN LA NOMINA FISCAL CUANTO LE MANDABAN. POSTULADO 2 MILLONES DE PESOS MENSUALES, EN OCACIONES YO LE SURTIA VIVERES, LOS VEHICULOS PASABAN POR AHI ESO ERAN CAMIONETAS LEGALES Y CON FACTURA PERO ESO IBA PARA LOS PARACOS, CAUCASIA LE MANDABA LA PLATA, LOS DE BONDA TAMBIEN TENIAN CONOCIMIENTO. FISCAL PRECISEMOS LOS PUESTO DE POLICIA. POSTULADO EL DE MINCA, EL PUESTO DE POLICA DE BONDA SABIAN DE LA EXISTENCIA DEL GRUPO, EL PUESTO POLICIA DE RIO FRIO NUNCA TUVIMOS UN SI O NO ELLOS ESTABAN EN LA CARRETERA Y SABIAN QUE EN LA SECRETA HABIA GRUPO AL OTRO LADO GRUPO ESTABAN RODEADOS DE GRUPO, EL CARRO PASADABA LE DECIAN PARA DONDE VAN, LE DECIAN NO PARA DONDE 101 Y LE DEJABAN PASAR. FISCAL BONDA, MINCA, RIO FRIO ESOS 3 LES MANDABA 2 MILLONES DE PESOS MENSUALES Y LE SURTIAN VIVERES. POSTULADO AL QUE SE LE PAGABAN 2 MILLONES DE PESOS MENSUALES ERA EL DE MINCA, FISCAL SOLO AL DE MINCA, AL DE BONDA LE PAGABAN PERO NO SE CUANTO, ESO ERA CON CAUCACIA APARTE O CON LOS ROJAS NO SE SE QUE ELLOS TENIAN MUCHA RELACION CON EL GRUPO". | | | | | | | | | | |
| **FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO III DEL COHECHO ARTICULO 407. COHECHO POR DAR U OFRECER. El que dé u ofrezca dinero u otra utilidad a servidor público, en los casos previstos en los dos artículos anteriores, incurrirá en prisión de tres (3) a seis (6) años, multa de cincuenta (50) a cien (100) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a ocho (8) años. | | | | | | | | | | |
| 9. COHECHO POR DAR U OFRECER ART 407 (pago juez Flavio | | EL ESTADO | 9/10/01 | | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• DANIEL EDUARDO | A MEDIATO | PENETRACION A INSTITUCIONES DEL ESTADO | ALIANZA CON ALGUNOS MIEMBROS DE LAS AUTORIDADES | PAGO POR DETERMINADAS ACCIONES ILEGALES | Version libre CRISTIAN OCHOA PINZON 16/12/2008<br><br>Version libre de Jose del CARMEN GELVEZ ALBARRACIN 21/05/2010 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1448

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| Rojas , pago proceso Cristian O y fiscal Francisco Becerra, pago proceso Hernan Giraldo Y Leonidas Acota y Jairo Musso) | | | | | GIRALDO CONTRERAS <br> • JOSE DEL C GELVEZ ALBARRACIN | | | | | |

Version libre de **CRISTIAN OCHOA PINZON** :" ACLARACION SOBRE MI CONDENA POR LA ORDINARIA DEL JUZGADO DE SANTA MARTA (MAGDALENA), FLAVIO ROJAS JUEZ QUE LLEVA ESE DESPACHO, ES AMIGO DE LOS PARAMILITARES DE LA SIERRA NEVADA, ES AMIGO PERSONAL DE JAIRO MUSSO, ES AMIGO PERSONAL DE WALTER TORRES, MANTENIA CON ELLOS EN LAS CABAÑAS. EL DR FLAVIO EL DIA QUE VEA DE PRONTO MI CD O MI VERSION VA DECIR QUE ESTOY MINTIENDO, PERO YO LE TENGO PRUEBAS, TODO EL PUEBLO SAMARIO SABE QUE EL CONDENA A LAS PERSONAS QUE NO TIENEN PLATA, LOS RICOS DE SANTA MARTA NO PAGAN CARCEL, EL DR FLAVIO POR MEDIO DEL DOCTOR LUNA ME MANDO A MI PEDIR 100 MILLONES PA SOLTARME EL SABIA QUE ME PODIA SOLTAR POR QUE YO NO TENIA NADA QUE VER CON EL HECHO, YO MANDE OFRECER 80 Y APENAS CONSEGUI 40 MILLONES EL DOCTOR LUNA ME RECIBIO LOS 40 Y ME MANDARON CONDENA Y  SE ME PERDIO LA PLATA Y AHORA DICE QUE YO LE AMENACE A LA FAMILIA Y LE TOCO PONERLE SEGURIDAD POR QUE YO LO HABIA AMENAZADO, POR QUE YO DI DE BAJA SUPUESTAMENTE A LA FAMILIA DE DAVID SARMIENTO, SI EL DICE QUE LO AMENACE QUE MUESTRE LA GRAVACION O LA CARTA

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1449

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| Version libre de **JOSE DEL CARMEN GELVEZ ALBARRACIN** QUEDA UNO COMO PERPLEJO DE QUE UN FUNCIONARIO SE PRESTABA VESTIDO DE AUTORIDAD PARA HACER ESO. FISCAL A DONDE SUBIO. POSTULADO A BURITACA EN UN CARRO VIEJO COMO UN RENAUL ERA PEQUEÑO, FISCAL USTED PUEDE DESCRIBIR AL FISCAL Y AL TECNICO COMO ERA FISICAMENTE. POSTULADO EL FISCAL ERA  GORDO ME LO ENCONTRE EN UNA DISCOTECA EN SANTA MARTA SE PEINABA HACIA ATRAS, EL TECNICO ERA ALTO, DE  BIGOTE, FISCAL EN QUE OTRAS OCACION VIO AL FISCAL Y AL TECNICO. POSTULADO NO , SOLAMENTE ESA FUE LA VEZ QUE LO VI , ESO FUE A VISPERAS DE LA DESMOVILIZACION ⏎ FISCAL USTED HABLO DE UN PROCESO QUE ESTABA INVOLUCRADO LEONIDAS ACOSTA QUE TIENE QUE VER LEONIDAS ACOSTA CON ESE FISCAL. POSTULAOD NO SE ME TOCARIA VER QUE PROCESOS TENIA PARA ESE MOMENTO PERO DEBE HABER MUCHA CONGLUENCIA PARA IR DIRECTAMENTE DONDE TROILO. FISCAL A DONDE FUE EL FISCAL. POSTULADO A LA PARTE ALTA DE LA SIERRA UNA VEZ DESMOVILIZADAS LAS AUTODEFENSAS QUEDARON UN GRUPO DE DETENIDOS EN LA PARTE  ALTA TENIAN ANTECEDENTES ESTAS PERSONAS LLAMARON A SUS ABOGADOS VEIA A JAIRITO PEREZ , TROILO ESTABA EN EL PROCESO DE UNA PERSONA DE UNA ONG , FISCAL BECERRA NO SE QUE CARGO TENIA PERO EL FUE ARREGLAR ESO CONCRETAMENTE | | | | | | | | | | |
| **FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO III DEL COHECHO ARTICULO 407. COHECHO POR DAR U OFRECER. El que dé u ofrezca dinero u otra utilidad a servidor público, en los casos previstos en los dos artículos anteriores, incurrirá en prisión de tres (3) a seis (6) años, multa de cincuenta (50) a cien (100) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a ocho (8) años | | | | | | | | | | |
| 10. PECULADO POR APROPIACION EN FAVOR DE TERCEROS Art | | EL ESTADO | ENERO A FEBRERO DE 2004 | Bogotá | • HERNAN GIRALDO SERNA <br>• NODIER GIRALDO GIRALDO <br>• NORBERTO QUIROGA POVEDA | DETERMINADORES | PENETRACION A INSTITUCIONES DEL ESTADO | ALIANZA CON ALGUNOS MIEMBROS DE LAS AUTORIDADES | INCLUSION EN NOMINA | Versión libre de DANIEL GURALDO CONTRERAS 23/06/2010 |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 397 (adquisición material de intendencia Escuela Militar de Cadetes) | | | | | • DANIEL EDUARDO GIRALDO CONTRERAS | | | | | |

YA CUANDO EL TENIENTE LO REPORTO EL ARMAMENTO EN MAL ESTADO YO CONOCI ESTE SEÑOR EN GUACHACA CON LUIS EDGAR MEDINA CHAPARRO Y LUIS EDGAR LE ENTREGO UNA PISTOLA PRIETO BERETA EN ACERO INOXIDABLE CON 3 PROVEEDORES Y UN RADIO KEMBOR CON USO DE NUESTRA REPETIDORA AL SEÑOR MONCHO, CON EL TIEMPO YO FUI A BOGOTA CON ERNEY ACEVEDO PATIÑO ALIAS MOLLEJO Y CON WILLINTON CASTALLEDA CABALLO FUI RECIBIDO POR MONCHO INGRESE A LA ESCUELA DE CADETES CREO QUE FUE JOSE MARIA CORDOBA Y EL TENIENTE CON LA CEDULA DE EL COMPRAMOS MATERIAL DE INTENDENCIA, CHAPUSAS, CHALECOS CAMUFLADOS BOTAS CON TODO ERA COMO 4 O 5 CAJAS QUE COMPRAMOS EN LA ESCUELA LE DIJE QUE COMO PASABA ESO POR EL AEROPUERTO EL ME DIJO QUE NO HABIA PROBLEMA QUE EL SE LO ENVIABA A UN MUCHACHO EN SANTA MARTA CONOCIDO COMO EL MANZA MANEJABA EL CAMION DEL EJERCITO, ALMANZA TENIA CONTACTO CON BETO QUIROGA

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO I DEL PECULADO  ARTICULO 397. PECULADO POR APROPIACION. El servidor público que se apropie en provecho suyo o de un tercero de bienes del Estado o de empresas o instituciones en que éste tenga parte o de bienes o fondos parafiscales, o de bienes de particulares cuya administración, tenencia o custodia se le haya confiado por razón o con ocasión de sus funciones, incurrirá en prisión de seis (6) a quince (15) años, multa equivalente al valor de lo apropiado sin que supere el equivalente a cincuenta mil (50.000) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1451

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| Si lo apropiado supera un valor de doscientos (200) salarios mínimos legales mensuales vigentes, dicha pena se aumentará hasta en la mitad. La pena de multa no superará los cincuenta mil salarios mínimos legales mensuales vigentes. | | | | | | | | | | |
| Si lo apropiado no supera un valor de cincuenta (50) salarios mínimos legales mensuales vigentes la pena será de cuatro (4) a diez (10) años e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término y multa equivalente al valor de lo apropiado. | | | | | | | | | | |
| 11. DESTRUCCION, SUPRESION U OCULTAMIENTO DE DOCUMENTOS PUBLICOS (Elimina CION ANTECE DESNTE S Nodier Giraldo | | EL ESTADO | 2004 | | • NODIER GIRALDO GIRALDO | DETERMIN ADOR | PENETRA CION A INSTITUCI ONES DEL ESTADO | ALIANZA CON ALGUNOS MIEMBROS DE LAS AUTORIDAD ES | PAGO POR DETERMINADAS ACCIONES ILEGALES | Version libre de Jose del CARMEN GELVEZ ALBARRACIN 21/05/2010 |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| salida del país) D.A.S. Rafael Garcia) | | | | | | | | | | |

Versión libre de **JOSE DEL CARMEN GELVEZ ALBARRACIN** :"A NODIER LE AVISO DE LA ORDEN DE EXTRADICION ME DIJO ES URGENTE UNA COSA QUE LE SIRVE A CABEZON, CABEZON SE ENTREVISTO EN BURITACA EN UNA OFICINA AL LADO DE LA CLINICA DE IPS TAYRONA AHI SE REUNIERON RAFAEL Y NODIER , NACIO UNA AMISTAD YA SE LLAMABAN RAFAEL SUBIA A REUNIRSE COM LOS GIRALDO,  NODIER SALIO DEL PAIS A ARGENTINA Y LO SACO RAFAEL Y LO ENTRO NUEVAMENTE RAFAEL,  SE VOLVIO PODEROSO PARA LOS GIRALDO CUENTAN QUE RAFAEL ESTABA HACIENDO COSAS ILICITAS COMO BORRADOS DE ANTECEDENTES. DESPUES SE ENTARARON QUE NODIER GIRALDO TENIA ORDEN DE EXTRADICION ESO LO SABIA RAFAE GARCIA Y UTILIZO SUS MEDIOS COMO JEFE DE INFORMATICA Y BORRO PROCESOS DE  NODIER GIRALDO, ESTANDO EN EL DAS EL SEÑOR RAFAEL GARCIA VINO EN MUCHAS OPORTUNIDADES A REUNIRSE CON LOS GIRALDO

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO IX DELITOS CONTRA LA FE PUBLICA CAPITULO III DE LA FALSEDAD EN DOCUMENTO .  ARTICULO 292. DESTRUCCION, SUPRESION U OCULTAMIENTO DE DOCUMENTO PUBLICO. El que destruya, suprima u oculte total o parcialmente documento público que pueda servir de prueba, incurrirá en prisión de dos (2) a ocho (8) años.

Si la conducta fuere realizada por un servidor público en ejercicio de sus funciones, se impondrá prisión de tres (3) a diez (10) años e inhabilitación para el ejercicio de derechos y funciones públicas por el mismo término.

Si se tratare de documento constitutivo de pieza procesal de carácter judicial, la pena se aumentará de una tercera parte a la mitad.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 12. FALSED | **EL ESTA** | FEBRERO DE 2002 A | PUERTO NUEVO Y | • HERNAN GIRALDO | DETERMIN | PENETRA | ALIANZA | PAGO POR DETERMINADAS | Version libre de Jose del CARMEN | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1453

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| AD IDEOLOGICA EN DOCUMENTO PUBLICO AGRAVADA POR EL USO (CEDULAS FALSAS, ELISEO, VENGOECHEA, NODIER, NORBERTO QUIROGA) | | DO | 2003 | ARACATACA | SERNA <br> • JOSE GELVES <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA <br> • DANIEL EDUARDO GIRALDO CONTRERAS <br> • | ADORES | CION A INSTITUCIONES DEL ESTADO | CON ALGUNOS MIEMBROS DE LAS AUTORIDADES | ACCIONES ILEGALES | GELVEZ ALBARRACIN 21/05/2010 <br><br> Versión libre de NODIER GIRALDO GIRALDO 23/10/2007 <br><br> Version libre de ELISEO BELTRAN CADENA 29/10/2007 <br><br> Version libre EDIUARDO VENGOECHEA MOLA <br><br> Version libre NORBEERTO QUIROGA POVEDA 17/12/2007 |

Version libre  de **JOSE DEL CARMEN GELVEZ ALBARRACIN** ;"DESPUES A MI ME PIDIERON EL FAVOR ALLA ARRIBA UNOS PERSONAJES QUE NECESITABAN CEDULAS BAJE A LA REGISTRADURIA BUSQUE A UN SEÑOR NO RECUERDO EL NOMBRE Y ESE SEÑOR SACO UNAS CEDULAS PARA ALGUNOS MIENBROS DE LA ORGANIZACION NO ERAN CEDULAS FALSAS ESA PERSONA MANEJABA EL SISTEMA YO LE PEDI EL FAVOR Y LO CONTACTE CON ESOS SEÑORES DESPUES ME DIJO QUE LE HABIA HECHO CEDULAS COMO A 7 PERSONAS DE LA ORGANIZACION FISCAL ERAN

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CEDULAS CON IDENTIDAD CAMBIADA POSTULADO ERA GENTE QUE TENIA ANTECEDENTES RECUERDO EL CASO DE ELISEO BELTRAN CADENA, A VENGOECHE ELLOS SE CAMBIARON LOS NOMBRES  ESTE SEÑOR LE AYUDO HACER ESO Y HAY OTRAS PERSONAS HAY QUE BUSCAR LOS NOMBRES SE HICIERON COMO 7 CEDULAS EL SE GANABA SU DINERO. FISCAL QUE PERSONAJES LE DIJERON LO DE LA CEDULA. POSTULADO MIEMBROS DE LA URBANA DE LA PARTE DE ARRIBA FISCAL ELLOS SE LO DIGERON DIRECTAMENTE O ALGUINE CON RANGO SE LO DIJO. POSTULADO COMO YO BAJABA SIEMPRE Y LE HACIA FAVORES Y TENIA INFLUENCIA EN LA REGISTRADURIA ME PEDIAN EL FAVOR EN PANTALLA FOTOGRAFIA  DE ELISEO BELTRAN CADENA. Version libre de **NODIER GIRALDO GIRALDO**:"JOSE GELVEZ, OCUPO CARGOS CON EL ESTADO. CREO QUE FUE EN LA REGISTRADURIA PERO NO SE EN QUE CARGO. POR MEDIO DE EL CONSEGUI DOCUMENTACION FALSA CON UN REGISTRO CIVIL QUE LE DI. LE DI LOS CONTACTOS DE UNA CEDULA FALSA, LE CONSIGUIO REGISTRO FALSO, LE DIERON CEDULA CON DOCUMENTOS FALSOS QUE LE DIO EL CANOSO LA ENTREGO LÑA VEZ PASADA EN LA AUDIENCIA. Version libre de **ELISEO BELTRAN CADENA:**"PORTO OTRA IDENTIFICACION CEDULA DE CIUDADANIA CON EL NOMBRE DE JESUS DAVID GOMEZ BUITRAGO CC. No. 19.620.244" Versión libre  **MOLA**:" PORTO UNA CÉDULA FALSA CON EL NOMBRE DE JORGE LUIS GONZALEZ DIAZ EN ARACATACA" . Versíon libre de **NORBERTO QUIROGA POVEDA**:"SI HE USADO  CEDULA FALSA CON EL NOMBRE DE JHON JAIRO RODRIGUEZ VARGAS LA CONSEGUI  APORTANDO  UN REGISTRO  CIVIL, EN LA REGION DE SEVILLA", | | | | | | | | | | |
| **FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de TITULO IX DELITOS CONTRA LA FE PUBLICA CAPITULO III DE LA FALSEDAD EN DOCUMENTO ARTICULO 286. FALSEDAD IDEOLOGICA EN DOCUMENTO PUBLICO. El servidor público que en ejercicio de sus funciones, al extender documento público que pueda servir de prueba, consigne una falsedad o calle total o parcialmente la verdad, incurrirá en prisión de cuatro (4) a ocho (8) años e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a diez (10) años | | | | | | | | | | |
| 13. COHECHO POR DAR U | EL ESTADO | | 2003 | | • HERNAN GIRALDO SERNA<br>• JOSE GELVES | COAUTORES | PENETRACION A INSTITUCI | ALIANZA CON ALGUNOS | INCLUSION EN NOMINA | Version libre de HERNAN GIRALDO SERNA 2/03/2011 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1455

| Delitos | No. Vic tim as | Nombr e víctim a | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participaci ón | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| OFRECE R (PAGO A CORON EL PERALT A) | | | | | • NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• DANIEL EDUARDO GIRALDO CONTRERAS<br>• | | ONES DEL ESTADO | MIEMBROS DE LAS AUTORIDAD ES | | |

Version libre **HERNAN GIRALDO SERNA**:"JORGE GENNCO ERA AMIGO DEL PROFE VICENTE Y CARLOS CASTAÑO. FISCAL COMO ERA LA RELACION DE SU GRUPO CON JORGE GENICO. POSTULADO  LO CONOCI POR MEDIO DE JAIRO MUSSO. FISCAL EN QUE CIRCUNSTANCIA POSTULADO  UNA VEZ SUBI AL LADO DE MACHETE , SUBIO HABLAR CON MIGO. FISCAL DE QUE TEMA. POSTULADO LA RAZON ERA QUE NECESITABA QUE YO LE MANDARA UNA PLATICA MENSUALMENTE. FISCAL A QUIEN. POSTULADO AL CORONEL PERALTA. FISCAL QUIEN ERA EL CORONEL PERALTA. POSTULADO EL COMANDANTE DEL BATALLON CORDOBA DE SANTA MARTA. FISCAL ERA ENRIQUE PERALTA WAQUER. POSTULADO  NO SE SI SE LLAMARA  ASI. FISCAL Y EL DINERO PARA QUE ERA PORQUE CONCEPTO. POSTULADO ME MANDO A DECIR CON FELIPE QUE ME IBA A DAR UNA RAZON DE PARTE DEL CORONEL PERALTA QUE MANDARA PLATA CADA VEZ PERO NO DIJO CUANDO. FISCAL PORQUE USTED LE TENIA QUE MANDAR PLATA AL CORONEL PERALTA. FISCAL QUIEN LO MANDABA ERA JAIRO MUSO. POSTULADO  SI SEÑORA. FISCAL QUIEN LE LLEVABA LA PLATA AL CORONEL PERALTA. POSTULADO NO TENGO CONOCIMIENTO. FISCAL Y  CAMBIO DE LOS 6 MILLONES DE PESOS QUE USTED LE ENTREGABA AL CORONEL PERALTA QUE RECIBIA EL GRUPO A CAMBIO, POSTULADO NO REPRESENTABA NADA SOLO SIMPLEMENTE QUE LE AYUDARA CADA MES. FISCAL ES ES EL MISMO CORONEL PERALTA QUE DIRIGIO LA OPERACIÓN SAN JORGE,  USTED TUBO CONOCIMIENTO DE ESO. POSTULADO NO TUBE CONOCIMIETO. FISCAL CUAL FUE LA OPERACION SAN JORGE ,  CUANDO SUBIO EL EJERCITO A COMBATIR LA GUERRILLA DESPUES DE LOS SECUESTRADOS DE LOS TURISTAS EN LA SIERRA NEVADA

**FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo penal ley 599 del 2000 de  TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO III DEL COHECHO ARTICULO 407. COHECHO POR DAR U OFRECER. El que dé u

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1456

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ofrezca dinero u otra utilidad a servidor público, en los casos previstos en los dos artículos anteriores, incurrirá en prisión de tres (3) a seis (6) años, multa de cincuenta (50) a cien (100) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a ocho (8) años | | | | | | | | | | |
| 14. COHECHO POR DAR U OFRECER (PAGO A AGENTES DEANTINARCOTICOS PARRA) | | EL ESTADO | 2003 | | • HERNAN GIRALDO SERNA<br>• JOSE GELVES<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• DANIEL EDUARDO GIRALDO CONTRERAS<br>• | COAUTORES | PENETRACION A INSTITUCIONES DEL ESTADO | ALIANZA CON ALGUNOS MIEMBROS DE LAS AUTORIDADES | INCLUSION EN NOMINA | Version libre de HERNAN GIRALDO SERNA 2/03/2011 |
| Versdion libre **HERNAN GIRALDO SERNA:"**PORQUE ERA INFORMANTE DE LAS AUTORIDADES, SE HABIAN EQUIVOCADO Y MATADO AL QUE NO ERA. FISCAL DONDE OCURRIO EL HECHO POSTULADO POR LOS LADOS DE LA REVUELTA. FISCAL USTED TUBO CONOCIMIENTO DE UN PACTO O ACUERDO QUE HABIA ENTRE WALTER TORRES Y UNOS AGENTES DE POLICIA DE ANTINARCOTICOS POR LO CUAL LOS AGENTES LE LLEVABA A WALTER TORRES VICTIMAS SEÑALADAS DE SER INFORMANTES DE ELLOS Y A CAMBIO DE ELLO RECIBIAN UN DINERO DE LAS AUTODEFENSASFISCAL HECHO QUE YA HA SIDO CONFESADO POR Y ACEPTADO POR NORBERTO QUIROGA POVEDA, ELICEO BELTRAN CADENA Y OTROS POSTULADOS. POSTULADO SI TENGO CONOCIMIENTO DOCTORA. FISCAL QUE SABE DE ESE HECHO. POSTULADO COMENCE A DARME CUENTA POR MEDIO DEL SEÑOR WALTER TORRES QUE TENIA UNA CONEXION CON DOS TIPOS QUE LE INFORMABAN DE TODAS LAS PERSONAS QUE IBAN A LLEVAR INFORMACION DE LA ORGANIZACIÓN . POSTULADO ME COBRABA POR CADA PERSONA 5 MILLONES DE PESOS.FISCAL POR | | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1457

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Participes | Forma de participación | POLITICAS | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CUANTO TIEMPO DURO ESTO POSTULADO NO FUE POR MUCHO TIEMPO PORQUE POR FIN RICARDO INSIGNARES NOS DIMOS CUENTA QUE ESTABAN HACIENDO PLATA A COSTA DE PERSONAS INOCENTES, UNO FUE EL CASO QUE INFORMO QUE 5.5 LE DIO UN TIRO PORQUE ERA INFORMANTE DE LA LEY Y NOS DIMOS CUENTA QUE NO ESE ERA UN CASO. | | | | | | | | | | |
| **FORMULACION DE CARGOS**: se formulan cargos a los postulados arriba mencionados por los delitos descritos en el codigo **penal ley 599 del 2000 de: TITULO XV DELITOS CONTRA LA ADMINISTRACION PUBLICA CAPITULO III DEL COHECHO ARTICULO 407. COHECHO POR DAR U OFRECER. El que dé u ofrezca dinero u otra utilidad a servidor público, en los casos previstos en los dos artículos anteriores, incurrirá en prisión de tres (3) a seis (6) años, multa de cincuenta (50) a cien (100) salarios mínimos legales mensuales vigentes, e inhabilitación para el ejercicio de derechos y funciones públicas de cinco (5) a ocho (8) años** | | | | | | | | | | |

# PATRON DE MACRO - CRIMINALIDAD

# MUERTES VIOLENTAS

# MUERTES VIOLENTAS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. HOMICIDIO EN PERSONA PROTEGIDA | 1 | FERNANDO JOSE FERNANDEZ CERVANTES C.C. 12536361. ( Señalado Miembro de la UP dueño del carro). | 16/04/1988 | FRENTE A LA MANZANA 15, CASA 19. BARRIO "LA BOLIVARIANA" | • HERNAN GIRALDO SERNA <br> • (a) "El Ñato" <br> • JOSE ALEJANDRINO ALVAREZ (a) "Calvo". (Partícipe). | A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO ) | . SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO EN VERSION LIBRE <br><br> REPORTE EN EL SIJYP |

SITUACION FACTICA: EL SEÑOR FERNANDO JOSÉ FERNÁNDEZ FUE ASESINADO EL DÍA 16 DE ABRIL DE 1988 EN EL BARRIO LA BOLIVARIANA, A ESO DE UNA DE LA TARDE, SE ENCONTRABA EN COMPAÑÍA DE UN AMIGO EN LA CASA, PERO EN ESO SALIO UN MOMENTO A DECIRLE A UN MUCHACHO ACERCA DE UN TRABAJO Y CUANDO REGRESABA A LA CASA LO ASESINARON. SE COMENTO QUE EL QUE LO ASESINO ERA O PERTENECÍA A LA BANDA DE LOS CHAMIZOS, PERO NO SE SUPO DE QUIEN SE TRATABA. SE DICEN QUE FUERON TRES PERSONAS QUE SE MOVILIZABAN EN UN CARRO TIPO RENAULT 6. HA PESAR DE QUE LA VICTIMA NO ERA NI SINDICALISTA NI PERTENECIENTE A LA UP, EN VERSION LIBRE AL POSTULADO HERNAN GIRALDO SERNA SE LE INFORMO QUE ADAN ROJAS ALIAS EL NEGRO  HABIA MANIFESTADO QUE ESTE SEÑOR ERA EL PROPIETARIO DE UN JEEP WILLYS QUE CONDUCIA EL SEÑOR ANIBAL SIERRA EN UNA REUNION DE LA UNION PATRIOTICA LLEVANDO UN MEGAFONO HACIENDO PROPAGANDA A LA UP Y POR ESTE MOTIVO FUE ASESINADO EL SEÑOR FERNANDEZ AL MES SIGUIENTE DE ESTA REUNION SIENDO ASESINADO POR ALIAS EL ÑATO Y EL CALVO POR ORDEN DE HERNAN GIRALDO SERNA QUIEN HABIA MANIFESTADO QUE ACABARAN CON TODO LO QUE OLIERA A GUERRILLA Y UP; POR LO QUE GIRALDO SERNA ACEPTO LA RESPONSABILIDAD POR EL HECHO

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUEMRALES 2 Y 5 ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80)

| 2. HOMICIDIO EN PERSONA PROTEGIDA | 2 | ANIBAL SIERRA CHARRIS C.C. 12533603. (Miembro de la UP. Conductor del | 05/03/1988 | VÍA A GAIRA, TRONCAL DEL CARIBE, FRENTE A "PLASTIMAC". SANTA MARTA | • HERNAN GIRALDO | A. Mediat | | | | CONFESION DEL POSTULADO EN VERSION LIBRE |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | carro) | | | SERNA <br> • (a) "El Ñato" <br> • JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". (Partícipe). | o | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | REPORTE EN EL SIJYP |
| SITUACION FACTICA: LA VICTIMA FUE CONTRATADA POR UN SEÑOR PARA QUE MANEJARA UNA CAMIONETITA, EL TRABAJO CONSISTIA EN RECOGER A UNAS PERSONAS QUE IBAN PARA UNA REUNION DE LA UNION PATRIOTICA EN EL RODADERO, EL CARRO TENIA DOS BADERAS CON LA QUE SE IDENTIFICABA ESTE GRUPO Y BOCINA CON GRABACIONES DE LA UNION PATRIOTICA, LA VICTIMA NO HACIA PARTE DE ESTE GRUPO, EL SE ENCONTRABA DESEMPLEADO Y LE OFRECIERON ESE TRABAJO Y EL ACEPTO SIN PENSAR EL RIESGO QUE CORRIA. YA QUE LOS PARAMILITARES DE ESA EPOCA MATABAN A LOS INTEGRANTES DE LA UNION PATRIOTICA, DESPUES SE OYO DECIR QUE HERNAN GIRALDO ESTABA ARREPENTIDO PORQUE ELLOS QUERIAN MATAR ERA AL DUEÑO DEL CARRO, A QUIEN MARTARON UN MES DESPUES YE ERA EL SEÑOR FERNANDO FERNÁNDEZ, ESTA INFORMACION SE LE PUSO DE PRESENTE A HERNAN GIRALDO SERNA EN VERSION LIBRE SIENDO ACEPTADA LA RESPONSABILIDAD POR PARTE DEL POSTULADO, DENTRO DE LA DIRECTRIZ POR EL EMANADA DE ACABAR CON TODO LO QUE OLIA A GUERRILLA Y A LA UP. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUEMRALES 2 Y 5 ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80) | | | | | | | | | | |
| 3. HOMICIDIO EN PERSONA PROTEGIDA | 3 | EDUARDO MARTIN VASQUEZ JIMENEZ <br><br> C.C. 12559430 (Líder Sindical Electricaribe) | 04/06/2002 | CALLE 11 CON LA CARRERA 11. SECTOR DEL MERCADO. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO <br> • ADAN ROJAS MENDOZA (imputado) <br> • | A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver No 238 del 4 de Junio de 2002. <br><br> Informe fecha 4 junio de 2002, Sijin Santa Marta <br><br> Oficio numero 0226 Sijin |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DEMAG, junio 14 de 2002 |
| | | | | | | | | | | Informe numero 4490, Das Santa Marta, 21 junio 2002 |
| | | | | | | | | | | Informe numero 2398 CTI Santa Marta, 19 septiembre de 2002 |
| | | | | | | | | | | Informe numero 3162 CTI Santa Marta, del 22 noviembre 2002 |
| | | | | | | | | | | Constancia expedida por el Inspector de trabajo y Seguridad social de Santa Marta sobre la calidad de sindicalista de Eduardo Vásquez Jiménez tesorero de Sintraelecol. |
| | | | | | | | | | | Confesión y aceptación de responsabilidad hecho por los postulados en versión libre |
| | | | | | | | | | | Reporte de hechos por las |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | victimas indirectas |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO SEGÚN REPORTE DE VÍCTIMAS, QUE EL SEÑOR EDUARDO MARTÍN VÁSQUEZ, ERA TRABAJADOR DE LA EMPRESA ELECTRICARIBE EN LA CIUDAD DE SANTA MARTA, FORMABA PARTE DEL SINDICATO DE LA EMPRESA Y POR ESA RAZÓN LE TOCABA VIAJAR A MUCHAS PARTES O A OTRAS CIUDADES O POBLACIONES. EN UNO DE ESOS VIAJES EN EL AÑO 2001 CUANDO SE TRASLADABA DEL MUNICIPIO DE FUNDACIÓN A LA CIUDAD DE SANTA  MARTA EN COMPAÑÍA DE DOS (2) EMPLEADOS DE LA EMPRESA Y EN UN VEHÍCULO DE LA MISMA COMPAÑÍA, FUE INTERCEPTADO POR INDIVIDUOS QUE SE MOVILIZABAN EN OTRO VEHÍCULO, OBLIGÁNDOLO A SUBIRSE A ESE OTRO AUTOMOTOR QUIENES SE LO LLEVARON CON RUMBO DESCONOCIDO Y ESTUVO SECUESTRADO DURANTE DOS (2) DÍAS DONDE LUEGO FUE DEJADO EN LIBERTAD, PERO AFIRMA EL REPORTANTE QUE SE DESCONOCIÓ LAS CAUSAS E IDENTIDADES DE LOS RESPONSABLES DEL SECUESTRO. POSTERIORMENTE, EL SEÑOR EDUARDO VÁSQUEZ, SEGÚN SU FAMILIA EMPEZÓ A SER OBJETO DE EXTORSIONES TENIENDO QUE CANCELAR LA SUMA DE CINCO (5) MILLONES DE PESOS MENSUALMENTE PERO CUANDO DEJÓ DE PAGAR DICHA CIFRA POR FALTA DE DINERO EMPEZARON A LLAMAR PARA AMENAZARLO Y FINALMENTE FUE ASESINADO EN LA FECHA ANTES INDICADA EN EL SECTOR DEL MERCADO PÚBLICO, ATRIBUYÉNDOSE EL  HECHO A GRUPOS PARAMILITARES QUE PARA ESE ENTONCES OPERABAN EN LA CIUDAD, POR CONFESIÓN  DE JOSE GREGORIO ROJAS MENDOZA,  SE AFIRMA QUE SE LE DIO MUERTE POR ORDEN DE LAS AUTODEFENSAS DE HERNAN GIRALDO, POR SU ACTIVIDAD DE SINDICALISTA  Y AL SER TILDADO COMO FINANCIERO DE LA GUERRILLA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.   . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXU U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

 TOMA DE REHENES,A RT. 148, CAPITULO UNICO, TITULO II,  "EL QUE CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, PRIVE A UNA PERSONA DE SU LIBERTAD, CONDICIONANDO ESTA O SU SEGURIDAD A LA SATISFACCION DE EXIGENCIAS FORMULADAS, O LA UTIILCE COMO DEFENSA, INCURRIRA EN PRISION DE 20 A 30 AÑOS"

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.  HOMICIDIO EN PERSONA | | JOSE FRANCISCO ORTEGA CASTILLO, | 18/05/2002 | MANZANA F, CASA 7, URB. "VILLA DEL MAR". SANTA | • HERNAN GIRALDO SERNA<br>• ADAN ROJAS MENDOZA | A. Mediato<br><br>A. Mediato, | | | HOMICIDIO | Certificación de Fiscalía 9ª S. Santa Marta de existencia de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|------------------|--------------------------|-------------------------|----------|-----------|----------------|-----------------------------------|
| PROTE GIDA | | PEPILLO C.C. 12540136 (Dirigente Comunitario, Presidente de Acción Comunal, Líder Cívico y Político- Secretario Departamental del Partido Liberal) | | MARTA | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• (a) "Pulga". OTALVARO DURANGO (Participe)<br>• (a) "Leche". OMAR PEREZ OVALLE (Participe)<br>• (a). "Carrier". (Participe)<br>• | imputado<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | INDIVIDUAL (SELECTIVO ) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | proceso<br><br>Certificación de personería Distrital de Santa Marta de constancia de fallecimiento por motivos ideológicos o políticos<br><br>Registro civil de defunción serial No 04525382, Registraduría Santa Marta de fecha 14 de junio 2002<br><br>Certificación de la secretaría de desarrollo comunitario de la alcaldía Santa Marta, donde consta que la víctima era presidente de la junta de acción comunal de la urbanización villa del mar<br><br>Recorte de prensa de la época, hoy diario del Magdalena, 20 de Mayo de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 2002 Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR JOSÉ ORTEGA, CONOCIDO COMO PEPILLO, QUIEN ERA PRESIDENTE DE LA JUNTA DE ACCIÓN COMUNAL DEL BARRIO VILLA DEL MAR, Y ADEMÁS OCUPABA EL CARGO DE SECRETARIO DEL PARTIDO LIBERAL EN EL DEPARTAMENTO DEL MAGDALENA, SOSTUVO UN ENCUENTRO CON EL SEÑOR CARLOS ARAQUE, CONOCIDO CON EL ALIAS DE CALICHE QUIEN QUERÍA QUE EL SEÑOR ORTEGA LE DIERA UN RESPALDO EN LA ZONA DONDE VIVÍA PARA PERMITIR LA VIGILANCIA DE LOS "SERENOS", QUIENES TRABAJABAN BAJO LA COORDINACIÓN DEL SEÑOR ARAQUE Y COMO LA VÍCTIMA SE REHUSÓ A APOYARLO CREÓ UN MALESTAR EN ALIAS CALICHE,  SE CONOCIÓ TAMBIÉN QUE EL SEÑOR ORTEGA CASTILLO HABÍA ACOMPAÑADO AL ENTONCES CANDIDATO PRESIDENCIAL DEL PARTIDO LIBERAL HORACIO SERPA, A LA REGIÓN DEL CAGUÁN EN EL DEPARTAMENTO DEL CAQUETÁ, MOTIVO POR EL CUAL SURGIERON LOS COMENTARIOS QUE LAS PERSONAS QUE FUERON A ESA REGIÓN ERAN TILDADOS DE GUERRILLEROS. EL DÍA DE LOS HECHOS CUANDO EL SEÑOR ORTEGA SE ENCONTRABA SENTADO EN LA TERRAZA DE SU CASA, SE PRESENTARON DOS HOMBRES A PIE QUIENES SIN MEDIAR PALABRAS LE DISPARARON EN VARIAS OCASIONES Y POSTERIORMENTE SE DIERON A LA HUIDA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 5.HOMICIDIO EN PERSONA PROTEGIDA, HURTO CALIFICADO AGRAVADO, DESPOJO EN CAMPO DE BATALLA, Y DESPLAZAMIENTO FORZADO | | MIGUEL ANGEL DUARTE QUINTERO C.C 1956824 | 18/10/1997 | FINCA EL PORVENIR JURISDICCIÓN DEL CURVAL, COREGIMIENTO DE BONDA-SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• EDGAR ANTONIO OCHOA BALLESTEROS IMPUTADO<br><br>• CRISTIAN JHOVANY OCHOA PINZON (Participe) IMPUTADO | A. Mediato<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Fotografía de la victima MIGUEL ÁNGEL DUARTE QUINTERO.<br><br>-Registro de nacimiento No. 26506538 a nombre de MIGUEL ÁNGEL |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • (a) "Caporo" (Participe).<br><br>• JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". (Participe). | Coautor | | | | DUARTE QUINTERO.<br><br>-Registro de matrimonio del victima con ANA GRACIELA JACOME.<br><br>-Copia del proceso radicado bajo el numero 1413, asignado a la Fiscalía 30 de Santa Marta<br><br>- Informe de Policía judicial sobre el homicidio de la víctima.<br><br>-Acta de inspección a cadáver de la victima No 338 del 19 de octubre de 1997.<br><br>-Tarjeta necrodactilia |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | - Protocolo de necropsia No 346 |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN ADELANTADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE TIENE CONOCIMIENTO QUE EL  DÍA 18 DE OCTUBRE DE 1997, EN LA FINCA EL PORVENIR JURISDICCIÓN DEL CURVAL, CORREGIMIENTO DE BONDA CUANDO ERAN APROXIMADAMENTE LAS 6 DE LA TARDE, EN MOMENTOS EN QUE EL SEÑOR MIGUEL ÁNGEL DUARTE QUINTERO TERMINA DE VER UN PROGRAMA DE TELEVISIÓN EN COMPAÑÍA DE SUS HIJOS MENORES DE EDAD, SALE DE LA CASA CON INTENCIONES DE TOMAR UNA DUCHA, FUE ASESINADO CON UN DISPARO DE ESCOPETA EN LA CABEZA Y LUEGO REMATADO CON DISPAROS DE ARMA CORTA, POR MIEMBROS DE GRUPOS PARAMILITARES QUE DELINQUÍAN EN EL SECTOR.  EL POSTULADO  CRISTIAN OCHOA PINZON, EN SU PRIMERA SESIÓN DE  VERSIONES  EL DÍA  7 DE FEBRERO DE 2008, A LAS 4:19:53 ENUNCIO EL HECHO MANIFESTANDO QUE OCURRIÓ FRENTE AL BARRIO NUEVA MANSIÓN, EN EL QUE DICE, ESTUVO CON SU PRIMO EDGAR, ALIAS MORROCOYO Y REINEL, ALIAS  VENENO  Y LE DIERON MUERTE A UN SEÑOR, LLEGARON POR LAS ULTIMAS CASAS DEL BARRO ONCE DE NOVIEMBRE,  POR LA PARTE DE  DETRÁS POR DONDE VIVÍA EL SEÑOR, SU PRIMO EDGAR LE DISPARO DE LEJOS Y EL CAYO, USTED SE LE ACERCO Y LE DISPARO CON UNA ESCOPETA CHANGON, DIJO QUE  EN EL CEREBRO, NO CONOCE LOS MOTIVOS PARA ESA ORDEN, FUE DE PAN QUEMAO, SE REGRESARON POR EL MONTE

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES  2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA:

ARTICULO 240.HURTO CALIFICADO. INCISO 2º. LA PENA SERÁ DE PRISIÓN DE CUATRO (4) A DIEZ (10) AÑOS CUANDO SE COMETIERE CON VIOLENCIA SOBRE LAS PERSONAS.

DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000

DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO, TITULO III, CAPITULO QUINTO, ARTÍCULO 180.  DESPLAZAMIENTO FORZADO. EL QUE DE MANERA ARBITRARIA, MEDIANTE VIOLENCIA U OTROS ACTOS COACTIVOS DIRIGIDOS CONTRA UN SECTOR DE LA POBLACIÓN, OCASIONES QUE UNO O VARIOS DE SUS MIEMBROS CAMBIE EL LUGAR DE RESIDENCIA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A DOCE (12) AÑOS, MULTA DE SEISCIENTOS (600) A MIL QUINIENTOS  (1.500) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, Y EN INTERDICCIÓN DE DERECHOS Y FUNCIONES PÚBLICAS DE SEIS (6) A DOCE (12) AÑOS.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 6.HOMICIDIO EN PERSONA PROTEGIDA | | FANOR EMILIO SANCHEZ CIFUENTES. C.C. 17841255 | 28/07/1994 | EN UNA LLANTERIA LLAMADA "EL CALEÑO". CALLE 9 CARRERA 11 ESQUINA. FRENTE | • HERNAN GIRALDO SERNA • CRISTIAN JHOVANY OCHOA PINZON (Participe) • RAFAEL TARAZONA (a) "El | A. Mediato | SUPUESTOS VINCULOS | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO | Registro fotográfico del lugar de los hechos. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MUERTE HIJO | | A LA PANADERÍA "BUCARAMANGA". BARRIO PESCAITO. MERCADO PUBLICO. SANTA MARTA | Gurre". (Participe) • | Coautor Coautor | CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | | (SITIO ABIERTO) | Registro de la prensa local en la cual se da cuenta del homicidio de FANOR SÁNCHEZ. Fotocopia de la cedula de ciudadanía a nombre de FANOR SÁNCHEZ. - Copias del proceso con el radicado numero 4995 de la Fiscalía Secciona de Santa Marta, Acta de levantamiento No. 190 de fecha 28 de julio de 1994. Registro de Defunción No. 1168578 de fecha 1 de agosto de 1994 a |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1468

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | nombre de la víctima. Copia de tarjeta de necrodactilia. Copia de Protocolo de Necropsia No. 195PAT94 |

SITUACION FACTICA: DE ACUERDO A LAS LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO SE LOGRO ESTABLECER QUE EL DÍA  28 DE JULIO DE 1994 A MEDIODÍA FUE ASESINADO EN LA CALLE 9 CON CARRERA 11 DEL CENTRO DE SANTA MARTA SECTOR DEL MERCADO PUBLICO, EN EL  INTERIOR DE LA LLANTERÍA DENOMINADA  EL CALEÑO, EL SEÑOR FANOR EMILIO SANCHEZ CASTAÑO, IDENTIFICADO CON LA CÉDULA NÚMERO 17.841.255 DE MAICAO LA GUAJIRA. CUANDO SE ENCONTRABA ALLÍ TRABAJANDO, Y  SE ACERCÓ UN JOVEN QUE SIN MEDIAR PALABRAS LE DISPARO EN VARIAS OCASIONES CON ARMA DE FUEGO DE CORTO ALCANCE Y LUEGO SE PERDIÓ ENTRE LA MULTITUD QUE SE ENCONTRABA EN ESE MOMENTO EN EL MERCADO

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.  CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 7.HOMICIDIO EN PERSONA PROTEGIDA | | LUIS CARLOS TOLEDO TORRIJO. C.C. 85462915 | 08/03/1995 | CANCHA DE FUTBOL. BARRIO ONCE DE NOVIEMBRE, SANTA MARTA | • HERNAN GIRALDO SERNA<br>• CRISTIAN JHOVANY OCHOA PINZON (Participe)<br>• RAFAEL TARAZONA (a) "El Gurre" (Participe).<br>• CARMEN RINCON (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | -Fotografía de LUÍS CARLOS TOLEDO TORRIJOS Registro fotográfico del lugar de los hechos. Copia del |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Registro de Defunción No. 1168885, de fecha 13 de marzo de 1995 a nombre de LUÍS CARLOS TOLEDO TORRIJO.  Registro de prensa sobre el hecho que titula "Cuando jugaba futbol asesinado un hombre" |

SITUACION FACTICA: EL DIA 8 DE MARZO DE 1995 EL SEÑOR LUIS CARLOS TOLEDO SE ENCONTRABA EN EL BARRIO ONCE DE NOVIEMBRE DONDE RESIDIA CON SU FAMILIA, ESTABA OBSERVANDO UN PARTIDO DE FUTBOL EN EL CUAL ESTABA JUGANDO UN HERMANO SUYO, DE REPENTE TODAS LAS PERSONAS QUE SE ENCONTRABAN EN DICHA CANCHA INCLUIDOS LOS JUGADORES CORRIERON DE DICHO SITIO, ANTE LA PRESENCIA DE DOS SUJETOS QUE LLEGARON AL SITIO Y SACARON ARMAS DE FUEGO, SE ACERCARON HASTA LA HUMANIDAD DE LUIS CARLOS QUIEN NO TUVO TIEMPO DE REACCIONAR Y LE DISPARARON EN REPETIDAS OCASIONES CON ARMA DE FUEGO DE CORTO ALCANCE HASTA QUITARLE LA VIDA.
FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 8.HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | CAMILO NOGUERA AARON (EX | 21/10/2002 | MIRADOR TURISTICO DEL CORREGIMIENTO | • HERNAN GIRALDO SERNA | A. Mediato | | | | CONFESION DEL POSTULADO EN VERSION LIBRE |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MAGISTRADO CONSEJO SECCIONAL DE LA JUDICATURA) Y RAFAEL PEREZ ATENCIA. (CONDUCTOR DE AQUEL) C.C. 12553192 | | DE TAGANGA - SANTA MARTA | • NODIER GIRALDO<br>• NORBERTO QUIROGA<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". CONDENADO(Participe).<br>• JHON JAIRO CORONADO GUERRERO (a) "El Saya".. (Participe). CONDENADO<br>• ROBINSON ALFONSO FORERO HENRIQUEZ. (Participe).<br>• YOVANY JOSE ACOSTA OROZCO. (a) "Victor" (Participe).<br>• HERNAN ALFONSO GONZÁLEZ CORCHO (a) "Jean Carlos". (Participe).<br>• JAIME ACOSTA OROZCO (a) "Alvaro", "Copey". (Participe).<br>• JAIME LUIS MARINO NORATO (a) "El Taxista". (Participe).<br>• (a) "Felipe". (Participe). | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | REPORTE DEL SIJYP |

SITUACION FACTICA: EL DIA 21 DE OCTUBRE DE 2003 CUANDO EL EXMAGISTRADO DEL CONCEJO SECCIONAL DE LA JUDICATURA CAMILO NOGUERA AARON SE DESPLAZABA EN SU VEHICULO DESDE TAGANGA HACIA SANTA MARTA EN COMPAÑÍA DE SU CONDUCTOR RAFAEL PEREZ ATENCIA, ES INTERCEPTADO POR VARIOS HOMBRES ARMADOS A LA ALTURA DEL MIRADOR DE TAGANGA QUIENES PROCEDEN A DISPARARLES CAUSANDOLES LA MUERTE A LAS DOS PERSONAS ANTES SEÑALADAS

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 9.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAIR GARCES SANJUAN | 30/03/1995 | VIA PÚBLICA. BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe IMPUTADO).<br>• CARMEN RINCON (Participe)<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden). (Participe).<br>• RAFAEL TARAZONA (a) "El Gurre". (Participe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe)<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete"<br>• (a) "Bejuco". (Participe) | A. Mediato Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO<br><br>REPORTE SIJYP |
| SITUACION FACTICA: EL HOMICIDIO DE JAIR GARCES SANJUAN  OCURRIÓ DÍA 3 DE MARZO DE 1995, SE PRACTICO DILIGENCIA DE LEVANTAMIENTO DE CADÁVER EN EL BARRIO 11 DE NOVIEMBRE DE LA CIUDAD DE SANTA MARTA, CONTABA CON 22 AÑOS DE EDAD, RESIDENTE EN EL CORREGIMIENTO DE BONDA, QUIEN FUE ASESINADO DE VARIOS IMPACTOS DE ARMA DE | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FUEGO POR DOS SUJETOS CON LOS CUALES LLEGO HASTA EL SECTOR CONOCIDO COMO LA TERCERA ENTRADA DEL BARRIO ONCE DE NOVIEMBRE, A DONDE HABÍA LLEGADO CON LOS SUJETOS LUEGO DE QUE ESTOS LO RECOGIERAN EN SU RESIDENCIA EN BONDA.  EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: QUE PARTICIPO EN LOS HECHOS EN LOS QUE PERDIÓ LA VIDA UN HOMBRE, QUE FUE POR LA TERCERA ENTRADA, QUE PARTICIPO JUNTO CON RAFAEL TARAZONA, ALIAS EL GURRE, ORDENO JOSÉ EDILBERTO GUZMÁN ALIAS QUEMAITO, QUE LA VICTIMA ERA COMO DE 28 AÑOS, DE APELLIDO GARCÉS, QUE EL MOTIVO ERA POR QUE YA LE HABÍAN MATADO AL PAPÁ POR QUE ERA GUERRILLERO. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 10.HOMICIDIO EN PERSONA PROTEGIDA Y TENTATIVA DE HOMICIDIO | 2 | ELIECER FRANCISCO CASTAÑEDA PAZ. C.C. 12526995. Y RAFAEL ANTONIO BRITO TORRES | 15/06/1995 | BARRIO BASTIDAS SANTA MARTA | • HERNAN GIRALDO SERNA  <br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).  <br>• (a) "Pan Quemao". (Participe) | A. Mediato Coautor  Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO  REPORTE SIJYP |
| SITUACION FACTICA: EL DÍA 15 DE JUNIO DE 1995 EL SEÑOR ELIÉCER CASTAÑEDA PAZ, SALIÓ DE SU RESIDENCIA UBICADA EN EL BARRIO BASTIDAS DE LA CIUDAD DE SANTA MARTA EN SU VEHÍCULO MARCA MAZDA, SERVICIO PUBLICO DE PLACAS UQM-236 EN COMPAÑÍA DEL CONDUCTOR DEL AUTOMOTOR RAFAEL ANTONIO BRITO TORRES, CON RUMBO A LA CALLE PRIMERA (1º) DONDE ESTUVO CASTAÑEDA PAZ POR ESPACIO DE UNA HORA Y MEDIA PRACTICANDO EJERCICIOS, DE REGRESO A SU VIVIENDA A ESO DE LAS 7:50 DE LA MAÑANA; DE REGRESO YA SE MOVILIZA COMO ACOMPAÑANTE Y QUIEN MANEJA ES BRITO TORRES, A LA ALTURA DE LA AVENIDA EL LIBERTADOR CON LA ENTRADA DEL BARRIO BASTIDAS EL SEÑOR BRITO DETENIENDO EL VEHÍCULO PARA ESPERAR QUE PASE OTRO AUTOMOTOR, EN ESE MOMENTO SE ACERCA UNA PERSONA POR EL LADO DERECHO DEL CARRO Y DISPARA EN REPETIDAS OCASIONES CON ARMA DE FUEGO DE CORTO ALCANCE EN CONTRA DE LOS OCUPANTES DEL TAXI, MURIENDO EL SEÑOR CASTAÑEDA PAZ Y QUEDANDO HERIDO BRITO TORRES.   EDGAR OCHOA BALLESTEROS MANIFESTO DEL HECHO: UN HECHO EN LA ENTRADA DEL BARRIO BASTIDA, LA MUERTE DE UNA  PERSONA DENTRO DE UN TAXI, PARTICIPO LUIS CARLOS LÓPEZ CASTRO, ALIAS OREJITA, POR ORDEN JOSÉ EDILBERTO GUZMÁN DE ALIAS QUEMAITO, AL LADO DE UN SEMÁFORO, PORQUE ERA SUBVERSIVO, LA INFORMACIÓN ERA QUE SALÍA A TROTAR A LA PLAYA EN HORAS DE LA MAÑANA Y EN SU CARRO, CUANDO IBA POR ESE SECTOR LO SIGUIERON Y LE DIERON MUERTE, ERA COMO DE 45 AÑOS DE EDAD,  EL SEÑOR IBA DE PASAJERO Y  EL CONDUCTOR SE BAJO DEL TAXI Y SALIO CORRIENDO. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).  <br><br> EN GRADO DE TENTATIVA ART. 27 C.P. EN RELACION A RAFAEL ANTONIO BRITO TORRES | | | | | | | | | | |
| 11. HOMICIDIO EN PERSONA PROTEGIDA | 1 | NEFTALI DE JESUS BENTANCOURT H GUTIERREZ. C.C. 12716868 | 13/03/20 01 | CALLE 30 CON LA TRONCAL DEL CARIBE.BARRIO ONCE DE NOVIEMBRESANT A MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • CARMEN RINCON <br> • EDGAR ANTONIO OCHOA BALLESTEROS (Participe IMPUTADO) <br> • DIEGO BUENO RENDON (a) "Pan Quemao". (Participe). <br> • (a) "Memin". (Participe). <br> • CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe) | A.  M ed iat o  Coauto r  Coauto r  Coauto r  Coauto r  Coauto r | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | - Recorte de prensa del periódico AJA & QUE de fecha 16 de octubre del 2008  donde acepta el hecho en versión libre. <br> - Copia del proceso radicado bajo el numero 22131 asignado a la Fiscalía 5 de Santa Marta, por el homicidio de NEFTALÍ DE JESÚS BETANCOURT GUTIÉRREZ, acta de levantamiento de cadáver No 087 de fecha marzo 13 del 2001, Registro civil de Defunción |

SITUACION FACTICA: EL DÍA 13 DE MARZO DEL 2001 EN MOMENTOS EN QUE EL SEÑOR NEFTALÍ DE JESÚS BETANCOURT GUTIÉRREZ SE ENCONTRABA EN LA TRONCAL DEL CARIBE SOBRE LA CALLE 30 FRENTE A LA VIVIENDA DEMARCADA CON EL NUMERO 68-58 DEL BARRIO NUEVA COLOMBIA DE SANTA MARTA EN COMPAÑÍA DE SU HIJO JAIR NEFTALÍ DIALOGANDO, SE ACERCO UN SUJETO QUE SIN MEDIAR PALABRA DESENFUNDO UN ARMA DE FUEGO Y DISPARO EN REPETIDAS OCASIONES EN CONTRA DE LA HUMANIDAD DE BETANCOURT GUTIÉRREZ, PRODUCIÉNDOLE LA MUERTE DE MANERA INMEDIATA.  EDGAR COHOA SBRE EL HECHO MANIFESTO: UN HECHO EN EL QUE LE QUITARON LA VIDA A UN HOMBRE EN LA PANADERÍA, QUE PARTICIPO CON OTRO MUCHACHO DEL QUE NO RECUERDA EL NOMBRE, ORDENÓ DIEGO BUENO RENDÓN, ALIAS PAN QUEMAO Y QUEDÓ AHÍ, QUE POR ESE SITIO SE VENDÍAN SALCHIPAPAS, LA VÍCTIMA IBA CON EL HIJO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). | | | | | | | | | | |
| 12. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CLEMENTE ANTONIO HERNANDEZ. C.C. 19589692 | 14/12/20 01 | BARRIO LA BOLIVARIANA SANTA MARTA | • HERNAN GIRALDO SERNA<br>• CARMEN RINCON<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• GIOVANY NAVARRO ORDOÑEZ(a) "Monoleche". (Participe)<br>• MARIO MIGUEL VERGARA ROJAS (a) "Brazo de Chopo". (Participe)<br>• (a) "Zorro Guache". (Participe) | A. M ed iat o<br><br>Coauto r<br><br>Coauto r<br><br>Coauto r<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Copia del proceso radicado bajo el número 27621 asignado a la Fiscalía 9 de Santa - acta de levantamiento de cadáver No 439 de fecha 14 de diciembre 2001 correspondiente al señor CLEMENTE ANTONIO HERNÁNDEZ,<br><br>-Tarjeta de necrodactilia<br><br>- álbum fotográfico de la inspección a cadáver,<br><br>- protocolo de |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | necropsia No 453 |

SITUACION FACTICA: EL DÍA 14 DE DICIEMBRE DEL AÑO 2001, FUE ASESINADO DE VARIOS IMPACTOS DE ARMA DE FUEGO DE CORTO ALCANCE EL SEÑOR CLEMENTE ANTONIO HERNÁNDEZ, DE PROFESIÓN TAXISTA, EN MOMENTOS EN QUE SE MOVILIZABA EN EL TAXI QUE MANEJABA POR LA CALLE PRINCIPAL DEL BARRIO LA BOLIVARIANA DONDE HABÍA DEJADO UNA CARRERA, CUANDO SALIÓ DEL CITADO BARRIO FUE INTERCEPTADO POR DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, DESDE LA CUAL EL PARRILLERO LE DISPARO EN REPETIDAS OCASIONES, EL SEÑOR CLEMENTE ANTONIO, QUEDO HERIDO DE GRAVEDAD, ALCANZO A LLAMAR POR RADIOTELÉFONO SOLICITANDO AYUDA A LO QUE REACCIONO LA POLICÍA NACIONAL, RECOGIÉNDOLO Y TRANSPORTÁNDOLO HASTA LE HOSPITAL CENTRAL DE SANTA MARTA, DONDE FALLECIÓ POSTERIORMENTE. EDGAR OCHOA SOBRE EL HECHO MANIFIESTO: QUE LE QUITARON LA VIDA A UNA PERSONA QUE IBA EN UN TAXI, QUE LE DISPARO MARIO MIGUEL VERGARA ROJAS, ALIAS BRAZO E CHOPO, ZORRO GUACHE Y USTED, QUE LO ORDENO GIOVANY NAVARRO ORDÓÑEZ, ALIAS MONO LECHE, A USTED LO ENCARGO MONO LECHE, Y COMO EL CARRO FUNCIONABA POR EL BARRIO LA BOLIVARIANA, FUE POR LA AVENIDA DE LAS BUSETAS, QUE LA NOTICIA APARECIÓ EN EL PERIÓDICO, QUE LA VÍCTIMA VENÍA PROVENIENTE DE FUNDACIÓN (MAGDALENA).

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 13. HOMICIDIO EN PERSONA PROTEGIDA | 1 | PEDRO ANTONIO ARREGOCES FREYLE. C.C. 84028899 | 17/09/1997 | VEREDA MASINGA. CORREGIMIENTO DE BONDA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete". (Participe IMPUTADO)<br>• CARMEN RINCON.<br>• (a) "Veneno. (Participe).<br>• (a) "Panquemao". (Participe)<br>• (a) "Yerito. (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | -Registro fotográfico  de la víctima en vida. - Copia de la CC No. 84.028.899 a nombre del señor PEDRO ANTONIO ARREGOCES FREYLE. - Copia del registro de defunción No. 1706073, de fecha  29 de septiembre de 1997 a nombre |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | del señor PEDRO ANTONIO ARREGOCES FREYLE.       -   Registro fotográfico de prensa en el cual se da cuenta del hecho en mención. |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN DE LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO SE LOGRÓ ESTABLECER QUE EL SEÑOR PEDRO ARREGOCES SE MOVILIZABA EN UNA CAMIONETA DE SU PROPIEDAD EL DÍA 19 DE SEPTIEMBRE DE 1997, VENIA DE HACER UNAS DILIGENCIAS EN LA VEREDA DE MASINGA, LLEGANDO A BONDA FUE INTERCEPTADO POR TRES SUJETOS QUE LO ESPERABAN A LA ORILLA DEL CAMINO, LOS CUALES LUEGO DE HACER QUE LE VEHICULO SE ESTRELLARA CONTRA UN ÁRBOL PROCEDIERON A ACERCARSE Y DISPARARLE CON UNA ESCOPETA EN REPETIDAS OCASIONES HASTA CAUSARLE LA MUERTE.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 14. HOMICIDIO EN PERSONA PROTEGIDA | 1 | OMAR ANTONIO FERNANDEZ BERRIO. C.C. 71976552 | 05/09/1998 | PARADA DE BUSES URBANOS BARRIO CHIMILA. SANTA MARTA | • HERNAN GIRALDO SERNA • CARMEN RINCON • CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete". (Participe | A. Mediato  Coautor  Coauto | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | - Registro fotográfico de la víctima OMAR ANTONIO FERNÁNDEZ BERRIO en vida. - Copia del formato de inspección de cadáver No. 266, |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | IMPUTADO). <br> • (a) "Veneno. (Participe). <br> • JOSE EDILBERTO GUZMAN (a) "Quemaito". (Dio la orden).  (Participe) | r <br><br> Coautor | ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | | | de fecha 5 de septiembre de 1998 a nombre de OMAR ANTONIO FERNÁNDEZ BERRIO. <br> - Registro fotográfico de prensa en el cual se da cuenta del hecho en mención. <br> - Registro fotográfico de la diligencia de inspección de cadáver y del lugar de los hechos. <br> - Copia de al necrodactilia realizada al cadáver de OMAR ANTONIO FERNÁNDEZ BERRIO. <br> - Copia del Registro de defunción No. 2943357 a nombre de la victima OMAR ANTONIO FERNÁNDEZ BERRIO. <br> Copia del proceso radicado bajo el número 1745 de la Fiscalía Seccional de santa marta, actual inhibitorio y archivado. <br> Protocolo de |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | necropsia No. 266 PAT-98, |

SITUACION FACTICA: DE ACUERDO A LAS LABORES REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A LA FISCALÍA NOVENA DE ESTA UNIDAD, SE LOGRÓ ESTABLECER QUE EL DÍA 5 DE SEPTIEMBRE DE 1998 FUE ASESINADO EL SEÑOR OMAR ANTONIO FERNÁNDEZ BERRIO, EN MOMENTOS EN QUE ESPERABA UNA BUSETA PARA DIRIGIRSE A SU TRABAJO DE MESERO EN EL BALNEARIO TURÍSTICO DE BAHÍA CONCHA, EL HOY OCCISO RECIBIÓ CUATRO HERIDAS DE ARMA DE FUEGO DE CORTO ALCANCE A LA ALTURA DE LA CABEZA, ATENTADO PERPETRADO POR UN SUJETO QUE LUEGO DE COMETER EL HECHO SALIO DEL LUGAR EN UNA BUSETA DE SERVICIO PUBLICO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 15.HOMICIDIO EN PERSONA PROTEGIDA | 1 | ROBINSON MANUEL DIAZ VILLAFAÑE (PRESO POR REBELION) | 29/05/2002 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (IMPUTADOParticipe)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe)<br>• JAIME ACOSTA OROZCO (a) "Alvaro". (Participe)<br>• RAFAEL TARAZONA (a) "El Gurre". (Participe). | A. Mediato<br>A. Mediato<br>Coautor<br>Coautor<br>Coautor<br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de Inspección de cadáver numero 231 del 29 mayo/2002 Informe de la diligencia de inspección de cadáver efectuado por la Sijín Demag Protocolo de necropsia Numera 237 t 02 Informe numero 229 de fecha 17 junio/2002, de la sijín Demag. Recorte de prensa. Testimonio de Genaisy fuentes Daza Resolución |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • (a) "Diablo". (Participe). | Coautor | | | | inhibitoria del 26 diciembre/2002 que se tomó dentro del proceso que se siguió en su momento. Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre |

SITUACION FACTICA: EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 29 DE MAYO DE 2.002, EL SEÑOR ROBINSON MANUEL DIAZ VILLAFAÑE, HABÍA SALIDO DE LA CÁRCEL RODRIGO DE BASTIDAS, DONDE SE HALLABA RECLUIDO, LUEGO DE PURGAR UNA CONDENA IMPUESTA POR EL DELITO DE TERRORISMO Y REBELIÓN, Y EN MOMENTO EN QUE SE TRANSPORTABA EN UN TAXI DE SERVICIO PÚBLICO, JUNTO CON SU COMPAÑERA PERMANENTE Y UNA PRIMA PARA DIRIGIRSE AL BARRIO DIVINO NIÑO DONDE VIVÍA LA MADRE DEL OCCISO, PERO A LA ALTURA DE LA CALLE 22 CON CARRERA 18, SE ENCONTRABA EL SEMÁFORO EN ROJO, LO QUE OBLIGÓ AL TAXISTA DETENERSE, MOMENTO QUE FUE APROVECHADO POR DOS (2) SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA Y SE DETUVO AL LADO DEL TAXI, EL PARRILLERO SE BAJÓ, SE ACERCÓ AL CARRO Y DISPARÓ EN VARIAS OPORTUNIDADES EN LA HUMANIDAD DE DÍAZ VILLAFAÑE. EN VERSIÓN COLECTIVA DEL DÍA 5 JUNIO/2009 EL POSTULADO JOSE GREGORIO ROJAS MENDOZA, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL HOMICIDIO DEL SEÑOR ROBINSON DÍAZ VILLAFAÑE, MANIFESTANDO QUE EL CRIMEN FUE COMETIDO POR ALIAS ÁLVARO (JAIME ACOSTA OROZCO), QUE LA VÍCTIMA ESE DÍA IBA SALIENDO DE LA CÁRCEL RODRIGO DE BASTIDAS Y ALIAS GURRE LE INFORMO A CORONEL (PEDRO LUIS MENDOZA) EL DATO EXACTO DEL DÍA Y HORA EN QUE LA VÍCTIMA SALDRÍA, DICIÉNDOLE TAMBIÉN QUE SE TRATABA DE UN GUERRILLERO. AGREGA QUE ÁLVARO LO SIGUE Y VIO CUANDO LA VÍCTIMA TOMÓ UN TAXI, LUEGO ALIAS EL DIABLO RECOGE A ÁLVARO EN LA MOTO EN LA ESQUINA DE LA CÁRCEL Y SIGUEN AL TAXI Y LO ASESINAN ANTES DE LLEGAR A SERVIENTREGA DE LA CALLE 22, AFIRMA QUE LA VÍCTIMA QUEDA DENTRO DEL TAXI Y EL CONDUCTOR DEL VEHÍCULO CUANDO ESCUCHA LOS DISPAROS, SE BAJA DEL TAXI Y SALE CORRIENDO. SOSTIENE ADEMÁS QUE TODO ESO ÉL LO PRESENCIÓ PUES ESTABA EN LA PARTE DE ATRÁS DEL TAXI EN UN MAZDA DE COLOR BLANCO EN COMPAÑÍA DE CORONEL.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 16.HOMICIDIO EN PERSONA PROTEGIDA | 1 | DAGOBERTO BERRIO MORALES. C.C. 19501325 | 4/08/2002 | CALLE 11 CON LA CARRERA 11. MERCADO PUBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO<br>• NORBERTO QUIROGA P<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe)<br>• GILBERTO SOTO RINCON (a) "Pipe". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de Inspección de cadáver numero 311 de fecha 4 agosto de 2002, practicada por la Fiscalía 19 URI de Santa Marta Informe de identificación de la victima por parte de Medicina Legal Protocolo de necropsia de Dagoberto Berrio Morales Informe de policía judicial CTI Santa Marta, de fecha 21 agosto/2002 Resolución inhibitoria de fecha 11 febrero/2003, Fiscalía 5 Seccional que se tomó dentro del proceso penal que se adelantó en su momento. Reporte del hecho por la victima indirecta. Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre. |

SITUACION FACTICA: SEGÚN SE ENCUENTRA DOCUMENTADO, EL SEÑOR  DAGOBERTO BERRIO MORALES,  FUE ASESINADO EN EL SECTOR DE LA CALLE 11 CON CARRERA 11, MERCADO PUBLICO DE LA CIUDAD DE SANTA MARTA, EL DÍA 4 DE AGOSTO DE 2.002, EN MOMENTOS EN QUE SE ENCONTRABA EN UNA DE LAS ESQUINAS DEL LUGAR PIDIENDO DINERO  PARA EFECTO

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DE CUBRIRSE  UN TRATAMIENTO MÉDICO QUE LE HABÍAN ORDENADO,  CUANDO AL LUGAR LLEGÓ UN SUJETO ARMADO QUE LE PROPINO VARIOS DISPAROS CON ARMA DE FUEGO QUE LE QUITARON LA VIDA.  RESPECTO A ESTE HECHO EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN EL HOMICIDIO, AFIRMANDO QUE EL HECHO FUE COMETIDO POR UN MIEMBRO DE LA ORGANIZACIÓN CONOCIDO CON EL ALIAS DE LUCAS (EVER GAMARRA BALLESTEROS) DE INFORMACIÓN SUMINISTRADA POR ALIAS PIPE (GILBERTO SOTO RINCÓN), HIJO DE CARMEN RINCÓN O CONOCIDA TAMBIÉN COMO CARMEN LA TETONA, QUIEN INDICÓ QUE LA VÍCTIMA ERA UN GUERRILLERO Y LE SUMINISTRABA VÍVERES A LA SUBVERSIÓN ALLÁ EN LA SIERRA. ||||||||||| |
| FORMULACIÓN DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ||||||||||| |
| 17. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | EVERTH DE JESÚS RODRÍGUEZ CRUZ. C.C. 12555297. Y JAIRO ELIÉCER RODRÍGUEZ CRUZ PROBLEMAS MENTALES. 12537692 IDEOLOGO EPL HELADERIA | 15/01/2003 | CALLE 6 No. 10 – 94. BARRIO PESCAITO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (CONFESO DIO LA ORDEN) (Participe)<br>• NORBERTO QUIROGA POVEDA<br>• DANIEL GIRALDO CONTRERAS<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver numero 010 de fecha 15 Enero/2003, correspondiente a Ever Rodríguez Cruz<br>Acta de inspección de cadáver numero 011 de fecha 15 Enero/2003 a nombre de Jairo Eliécer Rodríguez Cruz.<br>Registro civil de defunción de Ever de Jesus Rodriguez Cruz<br>Copia del álbum fotográfico de la inspección de cadáver de Jairo Eliecer Rodriguez |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Partícipe) | | | | | Cruz Copia del álbum fotográfico de la inspección de cadáver de Ever Rodriguez Cruz. Registro civil de defunción de Jairo Eliecer Rodriguez Cruz Protocolo de necropsia de Jairo Rodriguez Cruz Protocolo de necropsia de Ever Rodriguez Cruz. Informe de policía judicial numero 798 CTI Santa Marta, de fecha 11 Marzo/2003 Reporte de hechos por la victima indirecta Confesión de la comisón del hecho y aceptación de responsabilidad penal de los postulados en versión libre. |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 15 ENERO DE 2.003, APROXIMADAMENTE A LAS CINCO DE LA TARDE, EL SEÑOR EVER DE JESUS RODRIGUEZ CRUZ, SE ENCONTRABA EN LA TERRAZA DE SU CASA UBICADA EN LA CALLE 6 NUMERO 10-94 DEL BARRIO PESCAITO DE LA CIUDAD DE SANTA MARTA, JUNTO A SU HERMANO JAIRO ELIECER, CUANDO DE REPENTE LLEGÓ UN SUJETO ARMADO QUE LE PROPINO VARIOS DISPAROS QUE LE PRODUJO LA MUERTE, PERO MIENTRAS EL HOMICIDA LE DISPARABA A EVER, SU HERMANO JAIRO ELIÉCER, TRATÓ DE AGARRAR AL ASESINO, PERO ÉSTE RESPONDIÓ DISPARÁNDOLE EN DOS OCASIONES EN LA HUMANIDAD CAUSÁNDOLE TAMBIÉN LA MUERTE. RESPECTO A ESTE CASO EN VERSIÓN COLECTIVA DEL DÍA 4 JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL DOBLE HOMICIDIO, AFIRMANDO QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE CUCARACHO (ALEXANDER VARGAS MEDRANO) Y ÁLVARO (JAIME ACOSTA OROZCO), ÉSTE ÚLTIMO QUIEN SUMINISTRÓ LA INFORMACIÓN Y SEÑALÓ AL SEÑOR EVER RODRÍGUEZ DE SER UN IDEÓLOGO DEL EPL Y DE SER MIEMBRO ACTIVO DE LAS MILICIAS DE ÉSTE GRUPO SUBVERSIVO. AFIRMA QUE ALIAS CUCARACHO, FUE QUIEN LE DISPARÓ EN EL PECHO AL SEÑOR EVER RODRÍGUEZ, UTILIZANDO UNA PISTOLA CALIBRE 9 MM Y EN EL MOMENTO QUE COMETE LA ACCIÓN APARECE EL HERMANO DE LA VÍCTIMA Y PROCEDE TAMBIÉN A ASESINARLO Y PARA LA HUIDA ÁLVARO Y CUCARACHO UTILIZAN UNA MOTO DT DE COLOR AZUL.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 18. HOMICIDIO EN PERSONA PROTEGIDA | 1 | DAGOBERTO MUÑOZ GUZMAN.C.C. 19586118 DINAMITA HOTELES | 28/02/2003 | ESTABLECIMIENTO DE COMERCIO "SHOW 3000. CALLE 10B CARRERA 5 ESQUINA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• ADAN ROJAS MENDOZA NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe)<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe)<br>• URIEL ORTIZ (a) "Carriel". (Participe). | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Inspección cadáver No 074 del 28 Febrero del 2003, del fiscal 8 URI<br><br>Protocolo de necropsia No 080-2003 medicina legal Santa—Marta<br><br>Recorte de prensa de la época, el informador 1 de Marzo de 2003<br><br>Confesión y aceptación de responsabilidad hecho por los postulados en |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1484

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | versión libre Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DÍA 28 DE FEBRERO DEL 2003,  A ESO DE LA SIETE DE LA NOCHE EL SEÑOR DAGOBERTO MUÑOZ GUZMAN,  SE ENCONTRABA DENTRO DEL ESTABLECIMIENTO PÚBLICO DENOMINADO SHOW 3000, UBICADO EN LA CALLE 10 CON  CARRERA 5 ESQUINA DE LA CIUDAD DE SANTA MARTA, DONDE PERSONAS DESCONOCIDAS INGRESARON AL ESTABLECIMIENTO, DISPARARON EN VARIAS OCASIONES Y LE CAUSARON LA MUERTE AL SEÑOR MUÑOZ GUZMAN. EN VERSIÓN COLECTIVA DEL DÍA 27 DE MARZO DE 2009, EL POSTULADO ADÁN ROJAS MENDOZA, RECONOCE LA AUTORÍA DEL HECHO POR LÍNEA DE MANDO, YA QUE MIEMBROS DE SU ORGANIZACIÓN COMETIERON EL HECHO. A SU TURNO, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, EN LA MISMA VERSIÓN COLECTIVA, RECONOCE SU PARTICIPACIÓN EN EL CRIMEN Y SEÑALA QUE ALLÍ INTERVINIERON LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE CORONEL (PEDRO LUIS MENDOZA HERNÁNDEZ), CARRIEL (URIEL ORTIZ) Y LUCAS (E VER GAMARRA BALLESTEROS), ESTE ÚLTIMO SE DESPLAZABA EN UNA MOTO DT 125 DE COLOR BLANCA; ASÍ MISMO, MANIFIESTA QUE MIEMBROS ACTIVOS DEL DAS EN LABORES DE INTELIGENCIA LE INFORMARON A SU ORGANIZACIÓN (A LAS AUTODEFENSAS) QUE LA VICTIMA MUÑOZ GUZMAN, FUE LA PERSONA ENCARGADA DE HACER LA INTELIGENCIA EN LOS ATENTADOS DINAMITEROS A LOS HOTELES DE LA CIUDAD QUE EN ESOS DÍAS SE SUSCITARON, Y POR ESTE MOTIVO SE DECIDIÓ DARLE MUERTE; PERO NO SUMINISTRA SUS NOMBRES, SOLAMENTE QUE ESTOS ERAN AMIGOS DE GILIBER PADILLA, QUIEN ERA EXAGENTE DEL DAS, ADSCRITO AL GAULA SANTA MARTA Y POSTERIORMENTE LLEGÓ A SER COMANDANTE DE LA AUTODEFENSAS EN LA CIUDAD, QUIENES LE FACILITARON UNA FOTOGRAFÍA DE LA VICTIMA A LOS MIEMBROS DE SU ORGANIZACIÓN (AUC),PARA IDENTIFICARLO Y QUIENES POSTERIORMENTE SE DIERON A LA TAREA DE UBICARLO, HACERLE SEGUIMIENTO Y ASESINARLO.
FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 19. HOMICIDIO EN PERSONA PROTEGIDA | 1 | NATIBEL ZUÑIGA SALIENDO DE LA CARCEL | 29/03/20 03 | FRENTE A LA CARCEL JUDICIAL. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• ADAN ROJAS MENDOZA<br>• JOSE GELVES ALBARRACIN | A. Mediato<br><br>A. Mediato<br><br>Coautor | SUPUESTOS VINCULOS CON EL | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO | Acta de inspección de cadáver Nro. 116 de fecha 29 marzo/2003 Protocolo de necropsia Copia del álbum |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA <br> • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe) <br> • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) <br> • VICTOR POLO GUTIERREZ (a) "Tequeteque". (Participe). <br> • RAFAEL TARAZONA (a) "Gurre". (Participe) | Coautor <br><br> Coautor <br><br> Coautor | GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | | ABIERTO) | fotográfico de la inspección de cadáver Registro civil de defunción Informe nro. 1820, CTI Santa Marta, de fecha 28 mayo/2003 Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 29 DE MARZO DE 2.003, EL SEÑOR NATIBEL ZUÑIGA, FUE ASESINADO POR DOS SUJETOS QUE SE DESPLAZABAN EN UNA MOTOCICLETA DE ALTO CILINDRAJE A ESCASOS 100 METROS DE LA ENTRADA PRINCIPAL DE LA CÁRCEL RODRIGO DE BASTIDAS DE SANTA MARTA, QUIENES LE DISPARARON EN REPETIDAS OCASIONES EN SU HUMANIDAD. EL SEÑOR NATIBEL ZUÑIGA, EN ESOS MOMENTOS SALÍA DE LA CÁRCEL LUEGO DE VISITAR AL INTERNO SAMUEL MURILLO MENDOZA. EN LO QUE ATAÑE A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 5 OCTUBRE/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN EL HOMICIDIO DE NATIVEL ZUÑIGA QUIEN ERA SEÑALADO DE SER GUERRILLERO, MANIFESTANDO QUE EL CRIMEN FUE COMETIDO POR LOS INDIVIDUOS CONOCIDOS CON LAS ALIAS DE PULGA (OTÁLVARO DURANGO) Y TEQUE (VÍCTOR POLO GUTIÉRREZ) DE INFORMACIÓN A SU VEZ SUMINISTRADA POR ALIAS GURRE, QUIEN ESTABA RECLUIDO EN LA CÁRCEL E INFORMÓ VÍA TELEFÓNICA DE LA SALIDA DE ESTA PERSONA DEL CENTRO CARCELARIO LUEGO DE HACER UNA VISITA A UN INTERNO. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA CORROBORA LO DICHO POR SU HERMANO JOSÉ GREGORIO, SEÑALANDO QUE LA VÍCTIMA ERA COLABORADOR DE LA GUERRILLA, MOTIVO POR EL QUE FUE ASESINADO; ACEPTANDO SU RESPONSABILIDAD PENAL EN LA COMISIÓN DEL MISMO POR CUANTO ÉL ERA EL COMANDANTE MILITAR DEL GRUPO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 20. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALBERTO MARTIN VARELA RUIZ. C.C. 12623433 | 6/05/2003 | CALLE 108 No. 14 – 88. INVASIÓN LA VICTORIA. BARRIO LA PAZ. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• JOSE GELVES ALBARRACIN<br>• NODIER GIRALDO<br>• NORBERTO QUIROGA<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (IMPUTADO Participe).<br>• YOVANY JOSE ACOSTA OROZCO. (a) "Víctor". (Participe).<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". (Participe)<br>• WALFRAN EXAIT TERAN MUTIS (a) "Barbas". | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspecciones de cadáveres numero 165 2003. Álbum fotográfico de la inspección de cadáver Registro civil de defunción de Alberto Varela Protocolos de necropsia de la victima Plano topográfico de la diligencia de inspección a cadáver. Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre. Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 6 DE MAYO DE 2.003, APROXIMADAMENTE A LA 1:30 DE LA TARDE APROXIMADAMENTE, EL SEÑOR ALBERTO VARELA DESPUÉS DE HABER CULMINADO SU ACTIVIDAD LABORAL DE VENDER FRUTAS Y GUARDADO SU CARRETILLA DE TRABAJO, Y EN MOMENTOS QUE SE DIRIGÍA POR EL SECTOR DE LA CALLE 108 NO 14-88  DEL BARRIO LA PAZ,  EN COMPAÑÍA DE UNA AMIGA FUE INTERCEPTADO POR DOS (2) SUJETOS EN UNA MOTOCICLETA, QUIENES SE LE ACERCARON Y DISCUTIERON CON EL, PRODUCIÉNDOSE UN FORCEJEO ENTRE LA VICTIMA Y UNO DE LOS AGRESORES DONDE EL HOY FALLECIDO LE DIO UNA TROMPADA AL AGRESOR CAYENDO ESTE ULTIMO AL SUELO JUNTO CON EL ARMA Y LA VICTIMA AL VER ESTO SALIÓ CORRIENDO A PROTEGERSE Y EL AGRESOR TOMO EL ARMA Y LE DISPARO POR LA ESPALDA Y POSTERIORMENTE LO REMATÓ CUANDO SE ENCONTRABA TIRADO EN EL SUELO. EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009 EL, POSTULADO JOSE GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD EN EL HECHO SEÑALANDO QUE EL FALLECIDO VENIA HUYENDO DEL MUNICIPIO  CIÉNAGA DONDE HABÍA SIDO TILDADO DE GUERRILLERO Y SE LE HABÍA ESCAPADO A LA GENTE DE LA "URBANA" DE ESA LOCALIDAD; DICE EL POSTULADO QUE LA INFORMACIÓN FUE SUMINISTRADA POR ALIAS "BARBAS" PERTENECIENTE A LA URBANA DE CIÉNAGA DE CARLOS TIJERA Y A SU VEZ ÉL DIO LA ORDEN A LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE VÍCTOR (GIOVANNI ACOSTA OROZCO) Y ÁLVARO (JAIME ACOSTA OROZCO) QUIENES FINALMENTE LO ASESINARON EL  BARRIO LA PAZ COMO YA QUEDO ANOTADO, AGREGA QUE EL CRIMEN FUE MATERIALIZADO UTILIZANDO UNA PISTOLA CALIBRE 3.80. A SU VEZ EL POSTULADO ADAN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 21. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | JHON JAIRO CONRADO CABALLERO Y DEIVER GUSTAVO CAMPO VERGARA (MENOR DE EDAD) LAVADERO DE CARROS, | 29/05/2003 | CARRERA 4. CALLE 19. LAVAAUTOS "EL RODADERO". RODADEROSANTA MARTA | • HERNAN GIRALDO SERNA • JOSE GELVES ALBARRACIN • NORBERTO QUIROGA • NODIER GIRALDO • ADAN ROJAS MENDOZA (DIO LA ORDEN) • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) • MIGUEL ALEJANDRO VASQUEZ GARCIA (a) "El Fantasma". (Participe) • ROGELIO ANTONIO BUELVAS MELENDEZ (a) "Toro". (Participe) NORBEY FERNANDO BLANDON GRANADOS (a) "Norbey". (Participe) | A. Mediato Coautor Coautor Coautor Coautor Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver de JHON JAIRO CONRADO CABALLERO. Acta de inspección de cadáver numero 192 de fecha 29 mayo/2003 de DEIVER CAMPO VERGARA. Protocolo de necropsia numero 200-2003 de JHON JAIRO CONRADO CABALLERO. Protocolo de necropsia numero 201-2003 de DEVIER CAMPO VERGARA. Álbum fotográfico de las inspecciones de cadáver Dictamen de laboratorio de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | biología forense de medicina legal Barranquilla Recorte De prensa donde se divulgó la noticia del hecho. Registro de defunción numero 08170178 de JHON JAIRO CONRADO CABALLERO. Certificado individual de defunción de DEIVER CAMPO VERGARA. Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre. Reporte de hechos por las victimas indirecta. |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 29 DE MAYO DE 2.003, APROXIMADAMENTE A LAS 11:30 DE LA MAÑANA AL LAVADERO DE CARROS UBICADO AL FRENTE DEL EDIFICIO TORRES DE KAREN DEL RODADERO SUR, DONDE SE ENCONTRABAN LABORANDO LOS SEÑORES JHON JAIRO CONRADO CABALLERO Y DEIVER CAMPO VERGARA, LLEGÓ UN VEHÍCULO CUYOS OCUPANTE LES SOLICITARON EL SERVICIO DE LAVADO, POR LO QUE EL JOVEN DEIVER CAMPO SE LE ACERCÓ, PERO UNO DE LOS SUJETOS DESENFUNDÓ UN ARMA DE FUEGO Y LE DISPARÓ EN VARIAS OCASIONES, QUINTÁNDOLE LA VIDA INMEDIATAMENTE, EN TANTO EL JOVEN JHON JAIRO CONRADO, TRATO DE HUIR DE SUS AGRESORES, PERO ÉSTOS LO ALCANZARON Y TAMBIÉN LE PROPINARON VARIOS DISPAROS, QUE LE PRODUJERON LA MUERTE, COMO CONSECUENCIA DE ESTE HECHO DELICTIVO LA POLICÍA DESPLEGÓ UN OPERATIVO POR LO CUAL FUERON CAPTURADAS DOS PERSONAS QUE SE MOVILIZABAN EN UN VEHÍCULORESPECTO A ESTE HECHO, EN VERSIÓN COLECTIVA DEL DÍA 6 DE OCTUBRE DE 2009, EL POSTULADO ADAN ROJAS MENDOZA, ACEPTA Y RECONOCE SU RESPONSABILIDAD PENAL EN EL CASO, SEÑALANDO QUE ÉL PERSONALMENTE DIO LA ORDEN DE ASESINAR A ESTAS PERSONAS YA QUE POR INFORMACIÓN SUMINISTRADA DE LOS INDIVIDUOS CONOCIDOS CON LAS ALIAS PULGA (OTALVARO DURANGO) Y FANTASMA (MIGUEL ALEJANDRO VÁSQUEZ GARCÍA), MIEMBROS DE LA ORGANIZACIÓN, SEÑALARON QUE LOS HOY FALLECIDOS PERTENECÍAN A LAS MILICIAS DE LA GUERRILLAS Y VENÍAN PROCEDENTES DE OTRA REGIÓN Y PASABAN DE INCOGNITOS COMO LAVADORES DE CARROS. AFIRMA ADEMÁS EL POSTULADO QUE EFECTIVAMENTE LOS QUE DISPARARON FUERON LOS INDIVIDUOS CONOCIDOS COMO TORO (SIN IDENTIFICACIÓN) Y NORVEY (SIN IDENTIFICACIÓN), QUIENES UTILIZARON PISTOLAS CALIBRE 9 MM, SE DESPLAZARON EN UN AUTOMÓVIL DE LA AGRUPACIÓN Y DESPUÉS DE COMETIDO EL CRIMEN FUERON APREHENDIDOS POR LA POLICÍA NACIONAL POR EL SECTOR DE GAIRA, MOTIVO POR EL QUE ESTUVIERON UN TIEMPO EN LA CÁRCEL

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1489

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 22. HOMICIDIO EN PERSONA ROTEGIDA | 1 | TULIO RAFAEL MARTÍNEZ DITTA. C.C. 12633137 | 14/03/2002 | QUEBRADA TAMACA. MANZANA 125. CIUDADELA 29 DE JULIO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO<br>• NORBERTO QUIROGA<br>• ADAN ROJAS MENDOZA<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe)<br>• LUIS ANTONIO BARRETO MEZA (a) "Franklin". (Participe).<br>• (a) "Mane". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Se tiene la confesión del postulado en la que manifiesta haber participado en los hechos Informes de Policía Judicial Fotografías del lugar de los hechos<br><br>Carpeta de victimas indirectas |
| SITUACION FACTICA: EL DÍA 14 DE MARZO DE 2002, A ESO DE LA 1 DE LA TARDE, EL SEÑOR TULIO RAFAEL MARTÍNEZ DITTA, IBA EN UNA BICICLETA PARA LA CIUDADELA 29 DE JULIO, CUANDO A LA ALTURA DE LA QUEBRADA TAMACÁ, INMEDIACIONES DE LA MANZANA 125 , DOS SUJETOS LO INTERCEPTARON, Y PROCEDIERON A DISPARARLE EN REPETIDAS OCASIONES, PRODUCIÉNDOLE LA MUERTE EN FORMA INMEDIATA, HUYENDO LUEGO. EL CUERPO CAYO AL LECHO DE LA QUEBRADA TAMACÁ. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO OCURRIDO EN EL AÑO 2002 NO RECUERDA EL MES, UN HOMICIDIO EN LA QUEBRADA TAMACA, QUE PARTICIPO ALIAS WILLY, EL CUAL LE HIZO SEGUIMIENTO, LO ESPERO EN UNA TIENDA CON ALIAS LUCAS, QUE LA VÍCTIMA VENIA EN CICLA  Y  LE  DISPARO EN EL PECHO, LA ESPALDA Y LA CABEZA, QUE  EL MUCHACHO CORRIÓ SE  TIRO  DEBAJO DEL PUENTE, QUE    LOS  MOTIVO  LO  ESCLARECERÁ ALIAS WILLY LA ORDEN LA DIO ALIAS MANE, QUE NO RECUERDA LAS  CARACTERÍSTICA  DEL | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MUCHACHO. |||||||||||
| FORMULACIÓN DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. |||||||||||
| 23. HOMICIDIO EN PERSONA PROTEGIDA | 1 | MUNIR JOSÉ ALI GONZÁLEZ (ABOGADO). C.C. 1250006 INTERMEDIARIO LIBERACION | 5/06/2002 | TRILLADORA SIMON BOLIVAR. TRONCAL DEL CARIBE. KILOMETRO 2. CORREGIMIENTO DE GAIRA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe). | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Se tiene la confesión del postulado en la que manifiesta haber participado en los hechos Informes de Policía Judicial Fotografías del lugar de los hechos Carpeta de victimas indirectas, con el registro de hechos |
| SITUACIN FACTICA: MUNIR JOSE ALI MORALES ERA ABOGADO Y LITIGABA EN EL MAGDALENA, LA GUAJIRA Y BARRANQUILLA, TENIA COMO DIEZ AÑOS DE ESTAR EN ESA ACTIVIDAD. EL DIA 05 DE JUNIO DEL AÑO 2002, A ESO DE LAS 7:30 DE LA MAÑANA SE DIRIGIA EN SU VEHICULO EN RENAULT 12, HACIA EL SECTOR DEL RODADERO, CUANDO IBA A LA ALTURA DE LA TRILLADORA SIMON BOLIVAR, KILOMETRO 2, SANTA MARTA- GAIRA, DE DOS MOTOS QUE IBAN SIGUIENDOLO, PROCEDIERON A DISPARARLE DESDE ATRAS CAUSANDOLE LA MUERTE EN FORMA INMEDIATA. LOS COMENTARIOS QUE SE ESCUCHARON DESPUES DE SU MUERTE, FUERON EN EL SENTIDO QUE LOS RESPONSABLES ERAN SICARIOS DE LA ORGANIZACION DE HERNAN GIRALDO. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO OCURRIDO EN LA  CARRETERA QUE CONDUCE DE GAIRA A SANTA MARTA, LA VÍCTIMA SE LLAMABA  MUNIR JOSÉ ALI GONZÁLEZ, ERA ABOGADO Y SE MOVILIZABA  EN UN RENAULT 9  COLOR AMARILLO, QUE AL PARECER TENIA  VINCULO CON LA GUERRILLA, DE ACUERDO A SU DICHO SE HABÍA  LOGRADO ESTABLECER QUE ORGANIZO EL SECUESTRO DEL SEÑOR  MARLON OLARTE, SE UTILIZO UNA MOTOCICLETA DT DE COLOR GRIS Y SE USO UN REVOLVER 38, QUE LA INFORMACIÓN SE LA DIERON A ALIAS PULGA, QUE NO SABE COMO LA OBTENDRÍA, QUE LO ESPERARON  DESDE LAS SEIS DE LA MAÑANA EN LA PARTE DE |||||||||||

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{11}{l}{AFUERA DEL CONJUNTO RESIDENCIAL DONDE VIVÍA, LE HICIERON UNA   PERSECUCIÓN EN LA MOTO PASARON  UN RETEN DE LA POLICÍA A LA ALTURA DEL BARRIO LA LUCHA, POR LA TRILLADORA DE CAFÉ, ACELERO LA MOTOCICLETA, LO ALCANZO, QUE USTED LLEVABA UN REVOLVER 38 ESCORPIO DE SU PROPIEDAD Y ALIAS PULGA LO SACO Y LE PROPINO TIROS EN LA CABEZA CON EL VEHICULO ANDANDO, LUEGO SE TIRO DE LA MOTO Y SALIO CORRIENDO DETRÁS DEL CARRO Y LE PROPINO OTROS TIROS, SALIERON POR LA PARTE ALTA DEL BARRIO EL YUCAL.} | | | | | | | | | | |
| \multicolumn{11}{l}{FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.} | | | | | | | | | | |
| 24. HOMICIDIO EN PERSONA PROTEGIDA | 1 | HERIBERTO HERNÁNDEZ ACOSTA. C.C. 18938122 | 14/0720 02 | BILLAR "EL TRIUNFO". BARRIO LA LUCHA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe).<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Se tiene la confesión del postulado en la que manifiesta haber participado en los hechos Informes de Policía Judicial Fotografías del lugar de los hechos Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con victima directa, poder para actuar otorgado a un abogado de la Defensoría |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Publica, copia del proceso iniciado en la Fiscalía ordinaria. |

SITUACION FACTICA: HERIBERTO HERNÁNDEZ SE ENCONTRABA EN UN BILLAR JUGANDO UBICADO EN LA CALLE 30 NO 21 DEL BARRIO LA LUCHA DE LA CIUDAD DE SANTA MARTA, A ESO DE LAS 3 Y MEDIA P.M CUANDO LLEGARON 3 HOMBRES EN MOTOCICLETAS, ARMADOS Y LE DISPARARON POR LA ESPALDA Y LE DIERON 3 TIROS EN LA CABEZA Y EN EL PULMON IZQUIERDO. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA MANIFESTO SOBRE EL CASO: UN HECHO EN EL BARRIO LA LUCHA, DENTRO DE UN BILLAR EN SANTA MARTA, LA MUERTE DEL SEÑOR EDILBERTO HERNÁNDEZ ACOSTA, QUE LA INFORMACIÓN QUE LE DIERON A ALIAS PULGA, ERA QUE LA VÍCTIMA ERA GUERRILLERO, FUE HERIDO Y FALLECIÓ EL DOMINGO 14 DE JULIO DE 2002, QUE SE UTILIZO UNA MOTO DT DE COLOR BLANCA Y UN REVOLVER 38 ESCORPIO DE SU PROPIEDAD, EL HOMICIDIO LO COMETIÓ ALIAS LUCAS Y YO LO SACO DEL LUGAR EN LA MOTOCICLETA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 25.- HOMICIDIO EN PERSONA PROTEGIDA, TENTATIVA DE HOMICIDIO, DESPLAZAMIENTO FORZADO | 4 | MARTHA VASQUEZ HERNANDEZ. C.C. 36550946. ROBERTO ROGELIO VILLEGAS WELDEFOR. C.C. 12544158. INGENIERO PESQUERO, LUIS FRANCISCO VASQUEZ VILLEGAS (Herido) Y ROBERTO | 28/02/2002 | CARRERA 17B No. 40 – 33. BARRIO "SAN JOSE DE PANDO". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• ADAN ROJAS MENDOZA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• WILLIGTON MORA BUENHABER (a) "Willy". (Participe).<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejita". (Participe CONDENADO).<br>• (a) "Coronel". (Participe) | A. Mediato<br>A. Mediato<br><br>Coautor<br>Coautor<br><br><br>Coauto | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Se tiene la confesión del postulado hechas en sus diligencias de versiones en las que manifiesta haber participado en los hechos.<br><br>-Informes de Policía Judicial de fecha suscrito por funcionarios de policía judicial adscritos a este |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ANDRES VILLEGAS VASQUEZ (Herido). C.C. 1082920802 | | | | r | | | | Despacho. -Fotografías del lugar de los hechos -Recorte de prensa en la que se publico el hecho -Video clip con la narración de las victimas indirectas sobre el hecho. -Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica. |

SITUACION FACTICA: EL DÍA 27 DE FEBRERO DE 2002 LA VICTIMA ESTABA EN SU CASA EN EL BARRIO SAN JOSÉ DEL PANDO, HASTA ALLÍ LLEGARON VARIOS HOMBRES ARMADOS QUIENES EMPEZARON A DISPARAR CONTRA TODOS LOS QUE ENCONTRARON EN LA CASA, ASESINANDO A ROBERTO ROGELIO VILLEGAS, DEJARON MAL HERIDA A MARTHA VASQUEZ HERNANDEZ QUIEN FINALMENTE FALLECIÓ EL 10 DE MARZO DE 2002, TAMBIÉN HIRIERON A ROBERTO ANDRES Y LUIS FRANCISCO VILLEGAS VASQUEZ, UNA PERRA QUE HABÍA EN LA CASA TOMO POR LA PIERNA A UNO DE LOS ASESINOS QUIEN LE DISPARÓ Y LA MATÓ, SIN EMBARGO, LA COMUNIDAD LOGRÓ CAPTURARLO Y ENTREGARLO A LAS AUTORIDADES, ESTA PERSONA SE LLAMA LUIS CARLOS LOPEZ CASTRO ALIAS OREJITA. EL POSTULADO WILLINTONG MORA BUENHABER MANIFESTO SOBRE EL HECHO: DOS HOMICIDIOS EN EL BARRIO SAN JOSE DEL PANDO, ROBERTO

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| VILLEGAS WEDWFOR Y MARTHA VASQUEZ HERNANDEZ  EL 28 DE FEBRERO DE 2002. EL SEÑOR ERA INGENIRO PESQUERO Y HABIA ESTADO PRESO, LA MUJER QUEDO HERIDA Y FALLECIO DESPUES. SE UTILIZAROS DOS PISTOLAS 9mm FUERON OREJAS, WILLY Y CORONEL. DISPARARON EL POSTULADO Y OREJAS. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.<br><br>EN GRADO DE TENTATIVA ART. 27 C.P. EN LOS SEÑORES LUIS FRANCISCO VASQUEZ VILLEGAS (Herido) Y ROBERTO ANDRES VILLEGAS VASQUEZ (Herido).<br><br><br>ARTÍCULO 159. CAP. UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 26. HOMICIDIO EN PERSONA PROTEGIDA, AMENAZAS | 1 | RAFAEL ESPITIA ORTIZ. C.C. 15700274<br><br>ERROR ROQUE MORELI | 14/08/2002 | CARRERA 19, FRENTE A LA CAPILLA.  DE LA CIUDADELA 20 DE JULIO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo" o MANUEL DIO LA ORDEN ENTREGO LA FOTO (Participe)<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe CONFESO). | A.  Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección a cadáver No 322 Ciénaga 19 URI Santa Marta Informe Sijin de fecha 14 de agosto de 2002 Protocolo de necropsia numero 338 Pat 2002. Dictamen de balística forense no 992 RN 2002, Medicina Legal Barranquilla Informe Policía judicial Sijin Demag No 404 del 5 de noviembre de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|------------------|------------------|--------------------------|------------------------|---------|-----------|-----------------|-----------------------------------|
| | | | | | | | | | | 2002 Registro civil de defunción de la víctima serial No 04525535 de fecha 3 septiembre del 2002, Registraduría Santa Marta Recorte de prensa de la época, el informador 15 agosto de 2002. Confesión y aceptación de responsabilidad hecho por los postulados en versión libre Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: DÍA 14 DE AGOSTO DEL 2002 A LAS 5:45 DE LA MAÑANA, CUANDO SALIÓ A TROTAR DE SU CASA EL SEÑOR RAFAEL ESPITIA ORTIZ FUE ASESINADO AL SER CONFUNDIDO CON EL SEÑOR ROQUE MORELLI ZARATE QUIEN TAMBIEN SALIA A TROTAR EN EL PARQUE. EL POSTULADO WILLINTONG MORA BUENHABER MANIFESTO SOBRE EL HECHO: LA VICTIMA RAFAEL ESPITIA ORTIZ. ESTA PERSONA LA MATE YO SOLO. FUE UN GRAN ERROR QUE COMETI YO Y EL COMANDANTE. LA INFORMACION ERA QUE EL SEÑOR SALIA A TROTAR TODOS LOS DIAS, YO LLEVABA UNA FOTO DE LA PERSONA, LE DISPARO DOS TIROS Y EL CAYO, ME LE ACERCO Y LE DI OTROS DOS TIROS MAS, COGI LA MOTO Y ME FUI PARA LA CASA Y AL LLEGAR ESCUCHO LAS NOTICIAS Y EL APELLIDO ERA DIFERENTE. LLAMO A MANUEL Y LE XPLICO Y SE DIO CUENTA QUE NO ERA LA PERSONA A QUIEN HABIA QUE MATAR. MANUEL DIJO QUE EL ERROR TAMBIEN HABIA SIDO DE EL POR HABER ENTREGADO UNA FOTO DE UNA PERSONA QUE PODIA PARECERSE A OTRA, YA QUE A QUIEN SE LE IBA A DAR MUERTE ERA AL SEÑOR ROQUE MORELLI ZARATE

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ARTICULO 347. AMENAZAS. EL QUE POR CUALQUIER MEDIO APTO PARA DIFUNDIR EL PENSAMIENTO ATEMORICE O AMENACE A UNA PERSONA, FAMILIA, COMUNIDAD O INSTITUCIÓN, CON EL PROPÓSITO DE CAUSAR ALARMA, ZOZOBRA O TERROR EN LA POBLACIÓN O EN UN SECTOR DE ELLA, INCURRIRÁ, POR ESTA SOLA CONDUCTA, EN PRISIÓN DE UNO (1) A CUATRO (4) AÑOS Y MULTA DE DIEZ (10) A CIEN (100) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES. | | | | | | | | | | |
| 27. HOMICIDIO EN PERSONA PROTEGIDA, AMENAZAS DESPLAZAMIENT O FORZADO | 1 | ROQUE ALFONSO MORELLI ZARATE. C.C. 12559222 (PROFESOR DE LA UNIVERSIDAD DEL MAGDALENA – DECANO DE LA FACULTAD DE EDUCACIÓN – COORDINADOR DE REDEUNIPAZ – INTEGRANTE DE JUVENTUDES COMUNISTA) LISTA ENVIADA DE GUACHACA | 5/09/200 2 | CARRERA 19. BARRIO CIUDADELA 20 DE JULIO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO<br>• NORBERTO QUIROGA<br>• ADAN ROJAS MENDOZA.<br>• JOSE GREGORIO ROJAS MENDOZA LISTA<br>• WALTER TORRES (Partícipe)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Partícipe)<br>• UN SEÑOR DEL F – 2, CONOCIDO COMO EL MANCO ARIZA LEONARDO ARIZA OROZCO<br>• EDGAR OCHOA CONDENADO | A. Mediato<br><br>Coauto r<br><br>Coauto r<br><br>Coauto r<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | CONFESION POR PARTE DEL POSTULADO<br><br>REPORTE EN EL SIJYP |
| SITUACION FACTICA: EL DIA 5 DE SEPTIEMBRE DE 2002, FUE ASESINADO MI HIJO DE NOMBRE ROQUE ALFONSO MORELLI ZARATE, QUIEN ERA PROFESOR DE LA UNIVERSIDAD DE MAGDALENA; EL SE ENCONTRABA ESPERANDO EL BUS EN LA CRA 19 CUANDO SE PRESENTARON UNOS SEÑORES EN UNA MOTO Y LO ULTIMARON A TIRO. ADAN ROJAS MENDOZA MANIFESTO DEL HECHO: SI , LO ASESINARON MIEMBROS DE LA URBANA MIA, HOMICIDIO DE ROQUE ALFONSO MORELIS ZARTE CIUDADELA 20 DE JULIO DE SANTA MARTA, EL 10 OCT- DE 2.002, SI LO ASESINARON DE LA URBANA MIA, LO SICARIARON EN SANTA MARTA, ERA DECANO DE LA UNIVERSIDAD, LA ORDEN VINO DE HERNAN GIRALDO, POR ORDEN DEL POLITICO DE GIRALDO, ME TRAEN LA ORDEN, NO SE PORQUE MOTIVO , ME LA DA WALTER TORRES, Y LE DOY LA ORDEN EJECUTAR A ESTE SEÑOR, LO MATA CORONEL, CONOCIDO COMO PEDRO HERNANDEZ, LE COLABORA UN SEÑOR DEL F- 2 DE SANTA MARTA, LLAMADO EL MANCO ARIZA, LE MANEJO LA MOTO Y LE PASO LA PISTOLA A CORONEL, POR ESTE HECHO DETUVIERON A UN MUCHACHO, ALIAS MORROCOLLO, EL NO TIENE NADA QUE VER, NO SE CUANTOS TIROS LE DIERON, LA ORDEN LA DIO GIRALDO. | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.<br><br>ARTICULO 347. AMENAZAS. EL QUE POR CUALQUIER MEDIO APTO PARA DIFUNDIR EL PENSAMIENTO ATEMORICE O AMENACE A UNA PERSONA, FAMILIA, COMUNIDAD O INSTITUCIÓN, CON EL PROPÓSITO DE CAUSAR ALARMA, ZOZOBRA O TERROR EN LA POBLACIÓN O EN UN SECTOR DE ELLA, INCURRIRÁ, POR ESTA SOLA CONDUCTA, EN PRISIÓN DE UNO (1) A CUATRO (4) AÑOS Y MULTA DE DIEZ (10) A CIEN (100) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.<br><br>DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000,  ARTÍCULO 159. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 28 .HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO | 1 | LUIS  MIGUEL MEZA ALMANZA. C.C. 92550801 (ESTUDIANTE Y TRABAJADOR DE LA UNIVERSIDAD DEL ATLÁNTICO)<br><br>DECÍAN QUE SU MUERTE ERA POR PROBLEMAS INTERNOS DE | 26/08/2000 | ESTABLECIMIENTO COMERCIAL "PONTEZUELA". CALLE 48 CARRERA 44. BARRANQUILLA. ATLANTICO | • HERNAN GIRALDO SERNA<br>• CARLOS ALBERTO SILVA (a) "Bejuco". (Participe).<br>• DESPLAZAMIENTO ( CONDENADO)<br>• (a) "Chiqui". (BLOQUE NORTE). (Patticipe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | CONFESION POR EL POSTULADO<br><br>REPORTE SIJYP |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LA UNIVERSIDAD DEL ATLÁNTICO, DONDE LABORÓ DURANTE COMO TRES AÑOS APROXIMADAMENTE, PERO UN MES ANTES HABÍA RENUNCIADO A SU CARGO PORQUE NO ESTABA DE ACUERDO CON LA ADMINISTRACIÓN QUE HABÍA EN ESE MOMENTO. | | | | Coautor | | | | |

Situación fáctica: EN VERSION LIBRE EL POSTULADO MAANIFIESTA: OTRO HECHO EN AGOSTO 2000 HOMICIDIO DE LUIS MESA EN BARRANQUILLA POR ESTE HECHO ME CONDENARON 25 AÑOS DE PRISION  EN EL AÑO 2000 ESTABAMOS EN BARRANQUILLA EN ESTE CASO NOS ENCONTRABAMSO POR LA VIA 40 , SE ENCONTRABA CARLSO ALBERTO SILVA ALAIS BEJUCO MI PERSONA OTOR MUCHACHO DE BARRANQUILLA DE LAS AUTODEFENSAS PERO NO LO DISTINGUIA APARECIO ALIAS CHUQUI DEL BLOQUE NORTE DONDE TERMINA DANDOLE DE BAJA A UNA PERSONA ESA FUE MI PARTICIPACION NO TENIA MAS CONOCIMIENTO DESPUES ME ENTERE QUE TENAI VINCULOS CON LA GUERRILLA

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA,

DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000,  ARTÍCULO 159. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 .HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO | 1 | ALFREDO MARTIN CASTRO HAYDAR. C.C. 8681528. (PROFESOR UNIVERSITARIO, FUE VICERRECTOR UNIATLANTICO Y SINDICALISTA UNIVERSITARIO) | 05/10/2000 | URBANIZACIÓN CASTRO SCHERRASSI.BARRANQUILLA - ATLANTICO | • HERNAN GIRALDO SERNA<br>• CARLOS ALBERTO SILVA (a) "Bejuco". (Participe).<br>• (a) "Oscar". (Participe)<br>• (a) "Esterli". (BLOQUE NORTE). (Patticipe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EL OTRO HECHO EN OCTUBRE DEL AÑO 2000 HOMICIDIO DE ALFREDO CASTRO TENGO UNA SETENCIA CON NUMERO RADICACION DEL JUZGADO UNICO DEL CIRCUITO ESPECIALIZADO DE BARRANQUILLA POR ESTE HECHO Y RATIFICO TENER PARTICIPACION. YO ME DIRIJI A BARRANQUILLA EL SEÑOR MARIO SILVA O BEJUCO QUE ANDABA CON MIGO NOS FUIMOS PARA BARRANQUILLA EN BUSCA DE UNOS CARROS QUE IBAMOS A COMPRAR EL ERA AMIGO DEL SEÑOR ESTERLI Y ESTERLI PERTENECIA AL BLOQUE NORTE, DURAMOS UNOS DIAS SALIMOS POR ESE BARRIO EN UN TAXI BEJUCO O CARLOS MARIO IBA CON NOSOTROS IBAMOS LOS CUATRO NO NOS COMENTAN NADA DICEN SOLO QUE VAMOS HACER UNA DILIGENCIA COMO 9 A 10 NOCHE SE BAJA OSCAR EN UNA ESQUINA Y LE DISPARA A UNA PERSONA Y NOS DEVOLVINOS ESO SE DE ESTE HECHO FUI INVESTIGADO POR ESTE HECHO. NOS COMENTO ESTERLI QUE LA VICTIMA TENIA VINCULOS CON LA GUERRILLA, ERA PROFESOR DE UNA UNIVERSIDAD

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000, ARTÍCULO 159. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 30 .HOMICIDIO EN PERSONA PROTEGIDA, HURTO CALIFICADO, DESPOJO EN CAMPO DE BATALLA | 1 | ÁNGEL MARÍA AMARIS OROZCO. C.C. 12545156 SINDICALISTA | 22/04/19 95 | BARRIO 20 DE OCTUBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Participe).<br>CARMEN RINCON<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe)<br>• RAFAEL TARAZONA (a) "El Gurre". (Participe).<br>• UBER LOPEZ DURAN (a) "Bobolindo". (Participe).<br>• (a) "Jorge Portillo". (Participe). | A. Mediato<br><br>Coauto r<br><br>Coauto r<br><br>Coauto r<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | confesión del postulado.<br><br>-Informes de Policía Judicial - Fotografías del lugar de los hechos<br><br>-Recorte de prensa en la que se publico el hecho<br><br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Publica. |
| | | | | | | | | | | -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadaver, protocolo de necropsia, registro de defuncion, declaraciones juradas, informe policivo, autos de impuslso y resolución y/o decisión toamda en la investigación por el funcionario del conocimiento |

SITUACION FACTICA: SEÑALA EL POSTULADO EN VERSION LIBRE: PRIMER CASO EL DEL SEÑOR ANGEL MARIA AMARIS 2 DE ABRIL 1995 BARRIO 20 DE OCTUBRE SI CONOZCO, RECONOZCO EL SITIO DE LOS HEHOS, SI EL HOMICIDIO ES POR LA ENTRADA AL BARRIO 20 DE OCTUBRE USTED DIJO QUE ESTUVO EN EL HOMICIDIO JORGE PORTILLO BOBO LINDO Y GURRE  YO , DIGA SI ESA PERSONAS ESTAN VIVAS , BOBO LINDO ESTA VIVO NO SE DONDE ESTA , GURRE ESTA MUERTO SE LES MUESTRA FOTOGRAFIA DE BOBO LINDO Y GURRE Y SI LOS CONOCE, ACEPTO EL HECHO.  LE HURTARON UNA MOCHILA CON DINERO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA,

ARTICULO 240.HURTO CALIFICADO. INCISO 2º. LA PENA SERÁ DE PRISIÓN DE CUATRO (4) A DIEZ (10) AÑOS CUANDO SE COMETIERE CON VIOLENCIA SOBRE LAS PERSONAS.

DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 .HOMICIDIO EN PERSONA PROTEGIDA, AMENAZAS Y DESPLAZAMIENTO FORZADO | 1 | DEIBIS DE JESÚS FORNARIS OROZCO. C.C. 12632223 | 17/05/1998 | CALLE 20 ENTRE CARRERA 6 Y 7. MERCADO PUBLICO. CIENAGA MAGDALENA | • HERNAN GIRALDO SERNA • CARMEN RINCON • LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe) • JOSE EDILBERTO GUZMAN (a) "Quemaito" (Participe) • ELMER ENRIQUE CARBONO CASTILLO (a) "Azulito". (Participe) | A. Mediato  Coautor  Coautor  Coautor  Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | confesión del postulado  -Informes de Policía Judicial -Fotografías del lugar de los hechos  -Recorte de prensa en la que se publico el hecho.  -Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado a la Defensoría Publica.  -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadaver, |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | | | | | | protocolo de necropsia, registro de defuncion, declaraciones juradas, informe policivo, autos de impuslso y resolución y/o decisión toamda en la investigación por el funcionario del conocimiento. |

SITUACION FACTICA: MUERTE DE UN MUCHACHO POR ORDEN DE QUEMAITO, SE PROYECTA FOTO LUGAR DE LOS HECHOS Y PRENSA DEL INFORMADOR QUE REGISTRA ASESINADO TAXISTA EN LA PLAZA DEL MERCADO, SE LEE LA NOTA, LA VICTIMA ES DEIBIS DE JESUS FORNARIS FECHA 17 MAYO DE 1998 POSTULADO: SI ES EL SITIO, SI ES LA FECHA AUNQUE ACLARO QUE NO CAYO AHI EN EL BILLAR EL SALE HERIDO DE ALLI EL ALCANZO A CORRER, CAYO EN LA PLACITA, EL PRIMER DISPARO FUE DENTRO DEL BILLAR, EL ENTRA Y NOSOTROS ENTRAMOS LE PROPINAMOS UN DISPÁRO Y EL SALE CORRIENDO Y MAS ADELANTICO  CAYO YO NO LO CONOCIA EL QUE LO CONOCIA ERA AZULITO EL FUE CONMIGO. LOS MOTIVOS LE INFORMARON A QUEMAITO QUE ERA COLABORADOR DE LAS FARC. FISCAL: LA VICTIMA QUEDA IDENTIFICADA COMO FREDY DE JESUS FORNARIS OROZCO. VERSIONADO: LLEGAMOS EN BUSETA Y NOS FUIMOS EN BUSETA FUE CON UN ARMA 38, NO HUBO REACCION NI DE LA FUERZA PUBLICA NI DE LAS PERSONAS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 ECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA.

DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000,   EJ ARTÍCULO 159. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

ARTICULO 347. AMENAZAS. EL QUE POR CUALQUIER MEDIO APTO PARA DIFUNDIR EL PENSAMIENTO ATEMORICE O AMENACE A UNA PERSONA, FAMILIA, COMUNIDAD O INSTITUCIÓN, CON EL PROPÓSITO DE CAUSAR ALARMA, ZOZOBRA O TERROR EN LA POBLACIÓN O EN UN SECTOR DE ELLA, INCURRIRÁ, POR ESTA SOLA CONDUCTA, EN PRISIÓN DE UNO (1) A CUATRO (4) AÑOS Y MULTA DE DIEZ (10) A CIEN (100) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| 32.HOMICIDIO EN | 2 | PEDRO | 29/08/19 | BARRIO ONCE DE | • HERNAN GIRALDO | A.   M | | | | CONFESION |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONA PROTEGIDA, SIMULACION DE INVESTIDURA | 94 | ANTONIO GARCIA PADILLA. C.C. 12553954. Y GUSTAVO ENRIQUE APARICIO SALGADO. C.C. 19613987 | 94 | NOVIEMBRE. SANTA MARTA | SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• CARMEN RINCON<br>• HUBER DANED CASTRO PINEDA (a) "Garfio. (Participe)<br>• (a) "Cepillo". (Participe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe | ed iat o Coautor Coautor Coautor Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | DEL POSTULADO<br><br>REPORTE SIJYP |

SITUACION FACTICA: LA NOCHE DEL 29 DE AGOSTO DE 1994, LLEGARON VARIOS SUJETOS PORTANDO ARMAS DE FUEGO DE CORTO ALCANCE HASTA LA RESIDENCIA UBICADA EN LA CARERA 33 NO 55- 66, DEL BARRIO 11 DE NOVIEMBRE DE LA CIUDAD DE SANTA MARTA DONDE PROCEDIERON A GOLPEAR EN LA PUERTA MANIFESTADO QUE ERAN MIEMBROS DE LA POLICÍA NACIONAL, AL SALIR EL RESIDENTE SEÑOR GUSTAVO ENRIQUE APARICIO SALGADO, PROCEDIERON A DISPARARLE EN REPETIDAS OCASIONES HASTA CAUSARLE LA MUERTE, QUEDANDO SU CUERPO ALLÍ TENDIDO; AL ESCUCHAR EL RUIDO Y LOS DISPAROS SALIÓ DE OTRA RESIDENCIA CONTIGUA EL SEÑOR PEDRO ANTONIO GARCIA PADILLA, ENCONTRÁNDOSE DE FRENTE CON LOS SICARIOS LOS CUALES PROCEDIERON A INTIMIDAR CON LAS ARMAS DE FUEGO A GARCIA PADILLA MANIFESTÁNDOLE QUE ERAN MIEMBROS DE LA POLICÍA Y LE SOLICITARON DOCUMENTOS DE IDENTIFICACION Y LE PRACTICARON UNA REQUISA, LUEGO DE ESTO Y DE MIRAR SU DOCUMENTO DE IDENTIDAD LO HICIERON COLOCAR DE CARA LA MURO DE LA VIVIENDA Y PROCEDIERON A DISPARARLE ASESINÁNDOLO EN DICHO LUGAR. EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: QUE REALIZO ACTOS TENDIENTES A QUITAR LA VIDA DE DOS PERSONAS, QUE EN ESOS HECHOS PARTICIPO CEPILLO Y USTED, QUE LA ORDEN LA DIO QUEMAITO Y PAN QUEMAO, QUE SE QUEDARON POR LA QUINTA ENTRADA DEL BARRIO ONCE DE NOVIEMBRE, ARRIBA A MANO IZQUIERDA, QUE LOS DOS HOMBRES TENIA COMO LA EDAD SUYA, QUE HUBO INTERCAMBIO DE DISPAROS CON UNA PERSONA QUE ESTABA DENTRO DE LA CASA, QUE LE QUITARON LA PISTOLA, LE COGIERON UNA FOTO CON UNA M-60 ERAN DE LAS FARC, QUE LLEGARON TARDE DE LA NOCHE, TOCARON LA PUERTA Y SE DIO UN INTERCAMBIO DE DISPAROS, LA PUERTA ERA DE LATA Y LA ABRIERON POR LA PARTE DE ABAJO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA,

| 33. HOMICIDIO EN PERSONA PROTEGIDA | 1 | LUIS ERENESTO VÉLEZ PARRA. | 20/05/2004 | ESTADERO "EL SABROSON". CARRETERA LA TRONCAL. | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO | A. Mediato Coauto | | | SICARIATO EN LUGAR DE | -Se tiene la confesión del postulado. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació r | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | C.C. 7532607 | | KILOMETRO 7. CORREGIMIENTO DE GAIRA. SANTA MARTA | GIRALDO • NORBERTO QUIROGA POVEDA • JOSE GELVES ALBARRACIN • ADAN ROJAS MENDOZA • WILLINGTON MORA BUENHABER. (a) "Willy". (Participe). • JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe). • (a) "Franklin" (Participe) • (a) "Geyo". (Participe) | r  Coauto r  Coauto r  Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | HALLAZGO (SITIO ABIERTO) | -Informes de Policía Judicial de fecha  5 de agosto de 2010, suscrito por funcionarios de policía judicial adscritos a este Despacho.  -Fotografías del lugar de los hechos  -Recorte de prensa en la que se publico el hecho  -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadáver de fecha 20 de mayo de 2004, protocolo de necropsia  de fecha  20 de mayo de 2004 |

SITUACION FACTICA: EL DIA 20 DE MAYO DE 2004, SIENDO LAS SEIS DE LA MAÑANA APROXIMADAMENTE, LA VICTIMA LUIS ERNERTO VELEZ PARRA, SE DISPONIA A SALIR DE SU TURNO LABORAL EN POLLOS MANANTIAL, EN EL HORARIO NOCTURNO, EL COGIA TURNO A LAS SEIS DE LA TARDE Y SALIA A LAS SEIS DE LA MAÑANA; CUANDO FUE INTERCEPTADO POR HOMBRES ARMADOS QUE LE DISPARARON EN VARIAS OPORTUNIDADES Y LE QUITARON LA VIDA. EL POSTULADO WILLINTONG MORA BUENHABER MANIFESTO SOBRE ESTE HECHO: LUIS VELEZ PARRA FECHA 20 DE MAYO 2004, ORDENADO POR EL MEDICO ESTE SEÑOR HACIA PARTE DE LA LISTA QUE HABIA ENTREGADO EL SEÑOR DEL EJERCITO AL MEDICO,  FISCAL AHORA ME DICE QUE YA HABLANDO DEL HOMICIDIO DEL SEÑOR LUIS VELEZ PARRA QUE UN SEÑOR DEL EJERCITO LE HABIA ENTREGADO UNA LISTA AL MEDICO , CUAL ERA EL SEÑOR CUAL LISTA . VERSIONÓ ERA UNA LISTA DONDE VENIA SURI CODINA QUE EN VERSIO LINEE PÀSADA LE DIJE DE UNA LISTA QUE HABIA UN POCO DE GENTE PARA DARLE MUERTE ENTRE ESA LISTA VENIA EL NOMBRE DE ESTE SEÑOR, SE LE DIO MUERTE FUE ALIAS GEYO, FRANQLIN Y MI PERSONA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1506

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 34.HOMICIDIO EN PERSONAS PROTEGIDAS Y DESPLAZAMIENTO FORZADO | 3 | EVER CHIMENTI SIERRA Y HERNANDO JOSE PEÑA PEREIRA Y JOSE FRANCISCO PEREIRA Y FAMILIA | 19/10/1994 | BARRIO MAMATOCO. SANTA MARTA. | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (LO REALIZÓ CUANDO ERA MENOR DE EDAD)<br>• CARMEN RINCON<br>• (a) "Carepalo". (Particípe)<br>• (a) "Puñaleto". (Particípe)<br>• RAFAEL TARAZONA (a) "Gurre". (Particípe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | CONFESION DEL POSTULADO<br><br>REPORTE SIJYP |
| SITUACION FACTICA: DE LOS INFORMES DE POLICÍA JUDICIAL DE LA FECHA, ACTAS DE LEVANTAMIENTO DE CADÁVER Y DEMÁS DILIGENCIAS ADELANTADAS, SE ESTABLECE QUE EL SEÑOR PEÑA PEREIRA SE ENCONTRABA FRENTE A SU RESIDENCIA UBICADA EN LA DIAGONAL 35 CON TRANSVERSAL 4, REALIZANDO TRABAJOS DE ORNAMENTACIÓN EN COMPAÑÍA DE CHIMENTY SIERRA, CUANDO APARECIERON CUATRO SUJETOS PORTANDO ARMAS DE FUEGO DE CORTO ALCANCE LOS CUALES PROCEDIERON A DISPARAR EN CONTRA DE LAS VICTIMAS MURIENDO EN EL MISMO LUGAR CHIMENTY SIERRA, ALCANZANDO A CORRER AL INTERIOR DE LA CASA  DEMARCADA CON EL NÚMERO 4-26 (PROPIEDAD DE SU ABUELA MATERNA) EL SEÑOR PEÑA PEREIRA, QUIEN SE ESCONDIÓ DE SUS AGRESORES DEBAJO DE UNA CAMA. LUGAR AL CUAL LLEGARON DOS DE LOS SICARIOS QUIENES SIGUIERON EL RASTRO DE SANGRE DEJADO POR LAS HERIDAS QUE TENIA PEÑA PEREIRA, LLEGARON HASTA LA HABITACIÓN Y DISPARARON EN MÁS DE VEINTE OPORTUNIDADES CONTRA EL CUERPO DE LA VÍCTIMA QUIEN MURIÓ DE MANERA INSTANTÁNEA | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). {.colspan} | | | | | | | | | | |
| DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000,   ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 35. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CARLOS MARSHAL MOLINA | 03/12/1993 | CORREGIMIENTO DE MINGUEO-DIBULLA-LA GUAJIRA | • HERNAN GIRALDO SERNA<br>• YANCI NOVOA PAÑARANDA | • Mediato<br>• Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | Confesión del postulado<br><br>Reporte SIJYP |
| SITUACION FACTICA: EL HIJO DE MARINA VELASQUEZ, DE NOMBRE MARCHAL MOLINA LE DECIAN CACHACO, VIVIA EN MINGUEO, LO ASESINARON EL 3 DE DICIEMBRE 1993, SE ENCONTRABA EN LA  SIERRA LA TUTUMITA,  SUBIERON  12 PERSONAS A DARLE MUERTE POR  ORDEN DEL COMANDANTE HUMBERTO, POR QUE SUPUESTAMENTE LE HABIA MATADO EL HERMANO AL COMANDANTE HUMBERTO,   TAMBIEN DECIAN QUE TENIA VINCULOS CON LA GUERRILLA.  PARTICIPARON:  MARROQUIN, EL COMANDANTE DE ESCUADRA, GASOLINA, PAPEL,  PELUSO, PECHO DE PLOMO, EL FLACO, EL GALLO Y  UN HIJO DE HUMBERTO. | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). | | | | | | | | | | |
| 36. HOMICIDIO EN PERSONA PROTEGIDA, DESPLAZAMIENTO FORZADO | 1 | IVAN ALFONSO NARVÁEZ CUELLO | 16 DE NOVIEMBRE DE 2.002 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA | • A. Mediato<br>A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | - confesión del postulado<br><br>Acta de inspección de cadáver No. 423 de  fecha 16 de noviembre de 2.002, de  IVAN NARVAEZ CUELLO<br><br>Dictamen de Balistica Forense numero LBA 1272 RN 20002, y de química forense No 2233 rendido por el instituto Nacional de Medicina Legal  regional Norte. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Registro civil de defunción # 04525813 correspondiente a IVAN ALFONSO NARVAEZ CUELLO. |
| | | | | | | | | | | Registro civil de nacimiento de IVAN ALFONSO NARVAEZ CUELLO. |
| | | | | | | | | | | Oficio numero 1005974 de fecha 22 de octubre de 2.010, suscrito por el director DAS seccional Magdalena, donde se certifica que la victima no registra anotaciones ni antecedentes penales. |
| | | | | | | | | | | Informe de |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Policía judicial de fecha 29 de octubre de 2.010 suscrito por investigadores adscrito a la Unidad Nacional para la justicia y la paz.  Entrevista escrita rendida el día 21 de octubre de octubre de 2.010 por la señora MARTA CUELLO CUADRADO. |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 16 DE NOVIEMBRE DE 2.002, EL SEÑOR IVAN ALFONSO NARVAEZ CUELLO, SE ENCONTRABA COMO DE COSTUMBRE EN SU TRABAJO EJERCIENDO SU LABOR DE VIGILANTE EN EL PARQUEADERO DEL BARRIO EL PANDO UBICADO AL LADO DE LA CANCHA DE FÚTBOL Y A ESO DE LAS 8:00 P.M, LLEGÓ HASTA EL PARQUEADERO UN SUJETO QUE SE DESPLAZABA A PIE, INGRESÓ AL LUGAR Y LLAMÓ A LA VÍCTIMA POR SU APODO, EL CUAL ERA CONOCIDO POPULARMENTE COMO 'POCILLO' Y CUANDO AQUEL CONTESTÓ LE PROPINÓ VARIOS DISPAROS CON ARMA DE FUEGO, CAUSÁNDOLE LA MUERTE EN EL MISMO LUGAR Y HUYENDO DE LA MISMA MANERA EN QUE LLEGÓ CON RUMBO DESCONOCIDO. RESPECTO A ESTE HOMICIDIO, EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD EN LA MUERTE DE IVÁN NARVÁEZ, ARGUMENTANDO QUE LA VÍCTIMA PERTENECÍA LA DELINCUENCIA COMÚN Y QUE EL CRIMEN FUE COMETIDO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE ÁLVARO (JAIME ACOSTA OROZCO) Y EL PARCE, PERTENECIENTES A LA URBANA, QUIENES UTILIZARON PISTOLAS Y REVÓLVERES;  DICE ADEMÁS QUE ESTA INFORMACIÓN SE LA SUMINISTRÓ ALIAS WILLY (WILLINGTON MORA BUENHABER), OTRO EX MIEMBRO DEL GRUPO EN LA CÁRCEL MODELO DE BARRANQUILLA Y POR ESO DESCONOCE LOS DETALLES DE CÓMO OCURRIERON LOS HECHOS, POR CUANTO DE ALIAS ÁLVARO Y EL PARCE NO SE TIENE INFORMACIÓN SI ESTÁN VIVOS O MUERTOS, QUE WILLI OBTUVO LA INFORMACIÓN DE ELLOS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.<br><br>DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 37..-HOMICIDIO EN PERSONA PROTEGIDA | | GILBER RÍOS JIMÉNEZ | 12 DE JUNIO DE 2002 | CAÑAVERAL | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA<br>• DANIEL GIRALDO C | • A. M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o<br>• A. M ed | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO ) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | Confesión del postulado<br><br>Informes de Policía Judicial<br><br>Fotografías del lugar de los hechos<br><br>Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | iat o | | | | parentesco con victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica, copia del proceso iniciado en la Fiscalía ordinaria |

SITUACION FACTICA: EL DÍA 12 DE JUNIO DE 2002, A ESO DE LAS 3:30 DE LA TARDE, LA VICTIMA QUE REGABA MERCANCÍA, FUE A ENTREGAR UN ELECTRODOMÉSTICO, AL SECTOR DE CAÑAVERAL GUACHACA, DE REGRESO SE ENCONTRÓ CON UN CLIENTE EN UNA TIENDA UBICADA EN LA ENTRADA AL PARQUE TAYRONA, EN ESE MOMENTO QUE HABLABA CON ESE CLIENTE, DE UN BILLAR QUE QUEDABA AL LADO, SALIÓ UN HOMBRE Y SE DIRIGIÓ HACIA DONDE ELLOS DOS Y LE PREGUNTA A LA VICTIMA ALGO, CUANDO ÉL VOLTEA PARA CONTESTARLE EL HOMBRE LE DISPARA, CAUSÁNDOLE LA MUERTE EN FORMA INMEDIATA, AL PROPINARLE DOS DISPAROS EN LA CABEZA. EL ASESINO FUE RECOGIDO POR OTRO SUJETO EN UNA MOTO Y TOMARON DIRECCIÓN HACIA SANTA MARTA. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN LA  ENTRADA DEL CABALLERAL, PARQUE TAYRONA, LA MUERTE DE UNA PERSONA QUE NO  RECUERDA EL NOMBRE, EL ALIAS ES EL NEGRO, ERA COMERCIANTE, REGABA MERCANCÍA A CRÉDITO, DIERON LA ORDEN POR ENTREGABA INFORMACIÓN, PARTICIPARON ALIAS MANE, ÁLVARO Y OTRA QUE NO RECUERDA  MANEJANDO EL CARRO, QUE LE PRESENTARON A ALIAS COYOTE Y EL MOSTRÓ LA VÍCTIMA, QUE ESTUVIERON 4 HORAS FRENTE A LA CASA DE LA PERSONA, PERO NO LLEGO, ALIAS COHETE SE FUE, Y LLEVO A OTRO PERSONA PARA QUE LO MOSTRARA Y LES DIJO QUIEN ERA, USTED SALIO CAMINANDO HACIA DONDE ESTABA LA PERSONA, LE HABÍAN DICHO QUE ERA ARISCO, LE PROPINO DOS TIROS EN LA CABEZA, ÁLVARO LO RECOGIÓ EN UNA MOTO, QUE ALIAS MANE PUEDE ESCLARECER EL HECHO Y CREE QUE LA ORDEN FUE DE HERNÁN GIRALDO O WALTER TORRES O ALIAS VENGOCHEA; AGREGO QUE CON ESTA VÍCTIMA LO MOSTRÓ SE EQUIVOCO, YA QUE EL QUE MURIÓ NO ERA LA PERSONA QUE HABÍA QUE MATAR, QUE RECUERDA QUE ALGUIEN LE DIJO QUE EL QUE MURIÓ ERA APELLIDO RÍOS..

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 38..- HOMICIDIO EN PERSONA PROTEGIDA Y FABRICACIÓN TRAFICO Y PORTE ILEGAL DE ARMA DE FUEGO O MUNICIONES | | JAIME RIVERO GRANADOS | 2 DE JULIO DE 2002 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA | • A. Mediato<br>• A. Mediato<br>• A. Mediato<br>A.Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver<br><br>Resolución de apertura de investigación previa de fecha 01 julio de 2002<br><br>Informe de policía judicial CTI numero  1449 del julio 01 del 2002<br><br>Protocolo de necropsia<br><br>Resolución inhibitoria del 23 de enero del 2003<br><br>Confesión de la comisión del hecho y aceptación de responsabilidad penal de los |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | postulados en versión libre. Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: EL DIA 01 DE JULIO DEL AÑO 2002, A ESO DE LAS 3:30 DE LA TARDE, JAIME ENRIQUE RIVERA GRANADOS, SE ENCONTRABA TOMANDOSE UNAS CERVEZAS EN EL BILLAR OLIMPICO EN EL BARRIO ONCE DE NOVIEMBRE, CUANDO LLEGARON DOS MUCHACHOS Y LE BRINDARON UNA CERVEZA, CUANDO SE LA ESTABA TOMANDO, UNO DE ESOS MUCHACHOS SE LE FUE POR LA ESPALDA Y LE DISPARÓ, CAUSANDOLE LA MUERTE EN FORMA INMEDIATA, YA QUE LE DISPARO EN LA CABEZA TODOS LOS TIROS, LUEGO LOS ASESINOS SE MONTARON EN UNA MOTO GRANDE QUE TENIA PARQUEADA A POCOS METROS Y HUYERON. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL BARRIO  11 DE NOVIEMBRE DE SANTA MARTA, LA MUERTE DE QUIEN EN VIDA RESPONDÍA AL NOMBRE DE  JAIME  RIVERO GRANADOS, QUE LOS MOTIVOS ERA POR QUE ERA DELINCUENTE COMÚN, LE DISPARO Y LO ACOMPAÑO ALIAS EL SAYA, CON UNA PISTOLA 9MM, QUE ALIAS EL  DIABLO LES COLABORO SACÁNDOLOS EN UNA  MOTOCICLETA, QUE NO SABE LOS MOTIVOS, QUE LA VÍCTIMA  ANDUVO CON NOSOTROS, COLABORÁNDONOS SACANDO LOS MUCHACHOS EN MOTO DONDE SE HACÍAN LOS HOMICIDIOS LA ORDEN LA DIO EL SEÑOR MANUEL.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 39..-HOMICIDIO EN PERSONA PROTEGIDA | | JHON LUÍS OCHOA ROSADO | 25 DE ENERO DE 2003 | SANTA MARTA | • HERNAN GIRALDO SERNA  • NODIER GIRALDO | • A. M ed | | | HOMICIDIO | Acta de inspección a cadáver No 022 |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA | iato<br>• A. Mediato<br>• A. Mediato<br>• A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | del 26 de enero del 2003, Ciénaga 19 URI<br><br>Álbum fotográfica de la inspección a cadáver<br><br>Registro nacimiento de la victima<br><br>Dictamen pericial de automotores No 018-03 CTI criminalística Santa Marta<br><br>Dictamen balística forense No 111 RN – 2003, medicina legal Barranquilla, 6 de febrero de 2003<br><br>Protocolo de necropsia No 027 – 2003, a nombre de la victima, medicina legal |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | | | | | | Santa Marta |
| | | | | | | | | | | Informe No 904 CTI Santa Marta, de fecha 19 de marzo de 2003 |
| | | | | | | | | | | Informe No 3596 CTI Santa Marta, 30 de septiembre de 2003 |
| | | | | | | | | | | Fotocopia de preparación de cedula de la victima |
| | | | | | | | | | | Certificado de defunción fallecido |
| | | | | | | | | | | Resolución inhibitoria de fecha 14 de octubre de 2003, radicado 36102 |
| | | | | | | | | | | Certificación de existencia de proceso |
| | | | | | | | | | | Reporte de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | hechos por las victimas indirecta |

SITUACION FACTICA: EL DIA 25 DE ENERO DEL 2002, LA VICTIMA FUE ASESINADA EN EL BARRIO GALAN EN UN ESTADERO QUE ESTABAN INAUGURANDO ESE DIA, DE RAZON SOCIAL ESTADERO EL ROBLE, DONDE LLEGARON 4 HOMBRES EN DOS MOTOS Y SIN DECIR NADA LO MATARON, LA VICTIMATRABAJABA EN UNA MOTO QUE LE HABIA REGALADO LA MAMA. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL BARRIO GALÁN, LA MUERTE DE  JHON LUIS  ROSADO  ALIAS  EL CHACHO, EL MOTIVO  FUE  POR SER JEFE  DE BANDA DELINCUENCIAL,  SE UTILIZO UNA  MOTOCICLETA DT, DE COLOR  BLANCA, Y UNA  PISTOLA 9MM Y UN  REVOLVER 38  PARTICIPO ALIAS CARRIEL,  ALIAS  CUCARACHO,  ALIAS MIL LIBRAS Y EL POSTULADO, QUE LA VÍCTIMA ESTABA EN UN BILLAR, INGRESO CARRIEL Y CUCARACHO Y LE DIERON MUERTE Y MIL LIBRAS  Y EL VERSIONADO LOS  ESPERARON  EN UNA MOTOCICLETA CADA UNO, QUE CARRIEL Y CUCARACHO PORTABAN LAS ARMAS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 40. HOMICIDIO EN PERSONA PROTEGIDA | | EDUARDO SERNA BOTERO | 11/02/1998 | SANTA MARTA | • HERNAN GIRALDO SERNA  • CARMEN RINCON | Coautor  Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | VÍNCULOS GRUPO SUBVERSIVO | | (SITIO ABIERTO | POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

Situación fáctica: MANIFIESTA LA REPORTANTE QUE CUANDO LA MUERTE DE SU HIJO EDUARDO SERNA BOTERO, RESIDIA EN EL BARRIO VILLA DEL MAR DE ESTA CIUDAD, ESO FUE EL 11 DE FEBRERO DE 1998, ERAN COMO LAS 7 PM, EN ESE MOMENTO SE ENCONTRABA EN SU CASA EN EL BARRIO VILLA DEL MAR, CUANDO LLEGO UNA AMIGA DE SUHIJO Y LE DIJO QUE A EDUARDO LO HABIAN HERIDO.  LA POSTULADA CARMEN RINCON MANIFESTO SOBRE ESTE HECHO: HOMICIDIO DEL LOCO SERNA, CUANDO EL MATO AL SEÑOR DE LOS TITERES FUE CUANDO LE DIJO QUE SEGUIA HACIENDO SUS FECHORIAS, FUE CUANDO EL SEÑOR FUE Y LE MANDO QUE LO RECOGIERAN, NO SABE QUIEN LO HIZO, SABE QUE FUE POR ORDEN DE HERNAN GIRALDO, LO MATARON EN LA CASA DE EL. POSTERIORMENTE EN VERSION EN EL DIA 20/10/2009 CUANDO SE VERIFICA EL HECHO SE DICE: OTRO HECHO RELACIONADO POR USTED, HOMICIDIO DE SERNA CONOCIDO COMO EL LOCO. VERSIONADA: EXPLICO AHORA ESTOY MAS DISPUESTA A COLABORAR EL NO TRABAJABA CON NOSTROS HERNAN GIRALDO DIO LA ORDEN DE MATARLO SE PROYECTA FOTOGRAFIA DE EDUARDO SERNA BOTERO, REPORTE DE PRENSA DEL HECHO DICE LA VERSIONADA: SI, SUPE QUE LO MATARON EN LA CASA DE EL, SUPE POR EL PERIODICO, POR RUMORES Y POR LA MUJER. SE PROYECTA LUGAR DE LOS HECHOS CALLE 29 CARRERA 28

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 41. HOMICIDIO EN PERSONA PROTEGIDA | | JHONI ALEXANDER CANO ZAPATA | 31/01/20 02 | SANTA MARTA | • HERNAN GIRALDO SERNA <br> • EDGAR OCHOA PINZON | | | | | Copia del proceso radicado bajo el numero |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | • NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO | | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | 28510 - Fiscalía 5 de Santa Marta, Donde aparece entre otras piezas procesales, el acta de levantamiento de cadáver No 061 de fecha enero 31 del 2002, correspondiente al señor JHONNY ALEXANDER CANO ZAPATA, Registro de nacimiento, Tarjeta de necrodactilia, álbum fotográfico de la inspección a cadáver, Registro civil de Defunción, Protocolo de necropsia |

Situación fáctica: EL VERSIONADO EL DIA 26/10/2008 MANIFESTO: EL CHINO QUE QUEDO AMARRADO EN EL PUENTE, ESO FUE EL EL 2001, EL MUCHACHO TRABAJABA PARA NOSOTROS PERO SEGÚN INFORMACION ESTABA INFILTRADO,ESTABA DEL LADO CONTRARIO Y LA ORDEN QUE LLEGO FUE DARLE DE BAJA, LO CONOCI COMO EL CHINO. AHÍ ESTUVO LICHO OSEA JESUS BAYONA, CABALLO LOCO, Y YO, SE AMARRO EL MUCHACHO CON LAS MANOS HACIA ATRAS, NOSOTROS LE INVENTAMOS COSAS PARA LLEVARLO AL PUENTE LE DIJIMOS QUE IBA A PASAR UN CAMION Y LO VAMOS A PARAR, LE PEDIMOS AL MUCHAHCO LA PISTOLA Y LE DIJIMOS QUE MIRARA  SI ESTABA LA POLICIA POR AHI MISMO,EL VA Y CUANDO VUELVE LO ENCAÑONAMOS EL DIJO NO ME MATE, LE DIJIMOS ES UNA ORDEN LE AMARRAMOS LAS MANOS Y PIES Y SE LE SAMPO UN TIRO DE 9 LO HIZO CABALLO LOCO, DEJAMOS EL CADAVER, DESPUES DIJIMOS VAMOS A

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ENTERRARLO PERO NO NOS DIO TIEMPO PORQUE LLEGO LA LEY. POSTERIORMENTE EL DIA 27/10/2009 AL ILUSTRASE EL HECHO SE CONSIGNA: TERCERA MENCION EL CHINO AMARRADO EN EL PUENTE EN EL 2001, USTED DIJO EL MUCHACHO TRABAJABA PARA NOSOTROS PERO ESTABA INFILTRADO. LA VICTIMA ES JHONY ALEXANDER CANO ZAPATA. RESPONDE EL VERSIONADO: SI ES LA PERSONA PARTICIPAMOS CABALLO  LOCO, LICHO Y MI PERSONA, LICHO Y MI PERSONAS ESTAMOS VIVOS LICHO ESTA EN LA CARCEL LA MODELO ACEPTO EL HECHO. ESTE HECHO QUEDA ACEPTADO SE LES MUESTRA FOTOGRAFIA DE LOS AUTORES Y LOS RECONOCE. HECHOS BARRIO NUEVA MANCION SANTAMARTA 31 DE ENERO 2001 | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 42. HOMICIDIO EN PERSONA PROTEGIDA | | MILCIADES CUESTA MONSALVE | 07/12/1986 | GUACHACA - SANTA MARTA | • HERNAN GIRALDO SERNA | Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | JUSTICIA Y LA PAZ |

Situación fáctica: HOMICIDIO MILCIADES CUESTA MONSALVE 07/12/1986 EN SANTA MARTA, PRESIDENTE DE LA JUNTA COMUNAL DE LA RESERVA. POSTULADO SI TENGO CONOCIMIENTO YO ORDENE LA MUERTE DE ESTE SEÑOR, APARTE DE SER PRESIDENTE COMUNAL TAMBIEN EL CORDINABA CON LA GUERRILLA, EN LA RESERVA. FISCAL: SI ERA PRESIDENTE DE LA JUNTA DE ACCION COMUNAL Y USTED COMO MANIFESTABA ANTES TENIA UNA PARTE ACTIVA EN LA JUNTA COMUNAL PORQUE TERMINA ATACANDO A LOS MIEMBROS DE LA JUNTA COMUNAL. POSTULADO A EL NO SE MATO POR SER PRESIDENTE DE JUNTA SE AJUSTICIO PORQUE LE ESTABA MOSTRANDO LOS CAMINOS A LA GUERRILA Y ANDABA CON ELLOS. FISCAL SE HA DOCUMENTADO QUE EL SEÑOR MILCIADES CUESTA MONSALVE TRABAJABA EN LA FINCA LOS PINOS Y CADA MES BAJABA A VISITAR LA FAMILIA, BAJO A FINALES DE NOVIEMBRE Y COMENTO QUE ESTABA PREOCUPADO PORQUE USTED LE VENIA HACIENDO UNAS PROPUESTAS, HUBO ALGUNA COMUNICACION ENTRE USTEDES ANTES DE SU HOMICIDIO. POSTULADO: SI HUBO COMUNICACION, EL ME DIJO QUE PODIA SER INTERMEDIARIO PARA ARREGLAR EL PROBLEMA ENTRE LA GUERRIILLA Y MI PERSONA QUE EL PODIA HABLAR CON ELLOS

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 43. HOMICIDIO EN PERSONA PROTEGIDA | | LUIS FRANCISCO Y CARLOS ARTURO CASTRO RUBIO | 30/10/20 00 | SANTA MARTA | • HERNAN GIRALDO SERNA  • NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO | • A. M ed iat o  • A. M ed iat | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA | HOMICIDIO INDIVIDUAL (SELECTIVO ) | SICARIATO EN LUGAR DE HALLAZGO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíceps | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | o<br>• A. Med iat o | VÍNCULOS GRUPO SUBVERSIVO | | (SITIO ABIERTO | POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

Situación fáctica: HOMICIDIO LUIS FRANCISCO CASTRO RUBIO Y CARLOS ARTURO CASTRO RUBIO ESTE HOMICIDIO OCURRIO EN LA TROCHA QUE CONDUCE A LA CARRETERA VIEJA A LAS TINAJAS 30 DE OCTUBRE 2000, ERAN COMERCIANTES COMPRABAN LECHE, QUESO, PANCOJER, DE ESTE HECHO SE SEÑALO COMO AUTORES A WALTER TORRES ALIAS MARCOS Y ALIAS MACROBIOS Y HERNAN GIRALDO SI USTED SUPO DE ESTE HECHO CONOCE LOS MOTIVOS O SI OBEDECIO A UNA ORDEN. POSTULADO TUBE CONOCIMIENTO DEL CASO SOY AMIGO DEL CARLOS CASTRO PADRE DE ESTOS MUCHACHOS ESTE CASO LO HIZO WALTER TORRES, EL PRIMERPO HACIA LAS COSAS Y LUEGO AVISABA, EL DIJO QUE FUE ASESINAR UN HERMANO DE ELLOS PORQUE LO HABAIN HECHADO AL POLICIA ACEPTO POR CADENA DE MANDO RESPONSABILIDAD Y PIDO PERDON.FISCAL CUANDO SE ENTERO DE ESTE HECHO. POSTULADO COMO DOS O TRES DIAS DESPUES. FISCAL HUBIO ALGUNA ACCION CONTRA LAS AUTORES DE ESTE HECHO ALGUN LLAMADO, ALGUN ACTO DE REPRESARIA, POR ESE ACTO. POSTULADO NO DOCTORA EL SEÑOR CARLOS ME CONOCIA SEGUIMOS LA AMISTAD. FISCAL QUIENES PARTICIPARON EN ESTE HECHO. APARTE DE WALTER TORRES, MACROBIO NO TUVE CONOCIMIENTO.FISCAL USTED MANIFESTO QUE EL HECHO ERA PORQUE LE IBAN A DAR MUERTE A OTRO HERMANO, PORQUE LE QUERIAN DAR MUERTE A OTRO HERMANO. POSTULADO LE VENGO DICIENDO WALTER HACIA LAS COSAS Y LUEGO INFORMABA, SE LE DIJO DEJE ESA GENTE QUIETA SON GENTE BUENA, FISCAL NO SUPO PORQUE LE QUERIAN DAR MUERTE AL OTRO HERMANO. POSTULADO ME DIJO WALTER QUE TENIA INFORMACION QUE EL OTRO HERMANO LE ESTABA DANDO INFORMACION A LAS AUTORIDADES. FISCAL DESDE SALA DE VICTIMAS DICEN QUE NINGUNO DE ESTOS HERMANOS TENIAN VINCULOS NI ERAN INFORMANTES DE NINGUNA AUTORIDAD QUE SU PROPOSITO ES QUE SU NOMBRE QUEDE LIMPIO. POSTULADO YO SE QUE ERA ASI, ESA FAMILIA ERA IMPECABLE PERO ESTE SEÑOR HACIA LAS COSAS, TENIAMOS QUE EL TENIA UN PROBLEMA CON UN SEÑOR POLICIA DE ANTINARCOTICOS NO SE SI FUE MAL INFORMADO POR ESTE SEÑOR NO TENGO CONOCIMIENTO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 44. HOMICIDIO EN PERSONA PROTEGIDA Y FABRICACIÓN, TRAFICO DE ARMA DE FUEGO Y MUNICIONES. | | MARIO RAFAEL GONZALEZ TORO | 13 DE DICIEMBRE DE 2.001. | VEREDA BURITACA GUACHACA | • HERNAN GIRALDO SERNA | • Mediato • Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EL POSTULADO EDUARDO VENGOECHEA MOLA MANIFESTO EN VERSION LIBRE QUE FUE ASESINADA UNA PERSONA DE NOMBRE MARIO DEL INTERIOR DEL PAIS, EN LA VEREDA BURITACA DEL CORREGIMIENTO DE GUACHACA DE LA CIUDAD DE SANTA MARTA, POR SER INFORMANTE DE LA FUERZA PUBLICA, EN EL AÑO 2001.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 45. . HOMICIDIO EN PERSONA PROTEGIDA | | YEISON GABRIEL MENDOZA CUELLO | 27/02/2000 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | • A. Mediato<br>• A. Mediato<br>• A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

Situación fáctica: HOMICIDIO YEISON GABRIEL MENDOZA CUELLO 27 DE FEBRERO 2000 ESTABA DIALOGANDO CON UNOS AMIGOS EN LA ESQUINA DE LA 7 CON 13 DEL BARRIO 20 DE JULIO DE REPENTE LLEGARON UNOS HOMBRES ARMADOS CONOCIDO COMO ONASIS MARTINEZ HIJO DE ALIAS MORROCOLLO LO ACOMPAÑABA ALIAS PINQUI Y ALAIS MONGOLO QUIENES ABRIERON FUEGO CONTRA YEISON HASTA QUITARLE LA VIDA. POSTULADO NO TENGO CONOCIMIENTO HABIA MUCHA GENTE QUE NO CONOCIA QUE LOS MANEJABA QUEMAITO, PERO CON LOS NOMBRES DE MONGOLO Y PINQUI SI TRABAJARON PARA LA ORGANIZACIÓN ACEPTO RESPONSABILIDAD Y PIDO PERDON A LAS VICTIMAS. FISCAL DE HABER COMETIDO EL HECHO LAS PERSONAS QUE SEÑALA LA VICTIMA EL ACEPTA LA RESPONSABILIDAD , SE HA SEÑALADO A ONASIS MARTINEZ GARCIA, MARIO ALEJANDRO MENDEZ AGUIAR ALIAS MONGOLO, Y JAIRO ANTONIO MARTINEZ ARANGO ALIAS PINQUI.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). | | | | | | | | | | |
| 46. HOMICIDIO EN PERSONA PROTEGIDA | | HERNAN OSORIO PALACIO | 05/06/2000 | SANTA MARTA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO • CARMEN RINCON | • A. Mediato • A. Mediato • A. Mediato • A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |
| SITUACION FACTICA: VICTIMA HERNAN ANTONIO OSORIO EL MUCHACHO EL DIA 5 DE JUNIO 2000 SE PUSO A TOMAR COPAS EN EL BILLAR DEL BARRIO CUANDO ESTABA TOMADO SE PUSO A CANTAR EL HIMNO DE LA GUERRILLA, AL DIA SIGUIENTE SALIO A VENDER UNAS BOLETAS DE UNA RIFA Y CUANDO LLEGO AL MERCADO PUBLICO COMO A LAS 11 DE LA MAÑANA FUE SACADO | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| EN UNA CAMIONETA DACIA COLOR AMARILLO DE SERVICIO PUBLICO SE DICEN QUE ERAN 3 SUJETOS EN EL INTERIOR DEL VEHICULO UNO DE ELLOS ES ALIAS EL CALVO, ALIAS MARIANO Y ALIAS MUÑECO FUERON Y COJIERON EL MUCHACHO QUE APARECIO AL DIA SIGUIENTE EN UN LUGAR EN MONTADO, YA CONOCIENDO LOS AUTORES MATERIALES DEL HECHO SI TIENE CONOCIMIENTO DEL GRUPO QUE DELINQUIA EN EL MERCADO PUBLICO. FISCAL EL POSTULADO CON LO QUE MANIFIESTA ACEPTA RESPONSABILIDA POR EL HECHO POSTULADO. MARIANO TRABAJABA CON LA ORGANIZACION LE PIDO PERDON A LAS VICTIMAS PERO NO SABIA DE ESO. ACEPTO LA RESPONSABILIDA POR ESE HECHO. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).  EN CONCURSO CON  **ART. 269, TITULO II CAP. I . - SECUESTRO SIMPLE.** SUBROGADO. LEY 40 DE 1993, ART. 2. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO ANTERIOR, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A VEINTICINCO (25) AÑOS Y MULTA DE CIEN (100) A DOSCIENTOS (200) SALARIOS MÍNIMOS MENSUALES. | | | | | | | | | | |
| 47. HOMICIDIO EN PERSONA PROTEGIDA | | JAIME DE JESUS MARTINEZ MARTINEZ | 03/01/20 01 | B/ONDAS DEL CARIBE – SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON | • A. M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o<br>• A. | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO ) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Med iat o | | | | JUSTICIA Y LA PAZ |

SITUACION FACTICA: HOMICIDIO JAIME DE JESUS MARTINEZ MARTINEZ 3 DE ENERO 2001 BARRIO ONDAS DEL CARIBE DE SANTA MARTA FUE ASESINDO DE MANERA EQUIVOCADA ESTABA EN LA TERRAZA DE LA PERSONA QUE IBAN ASESINAR Y LO MATARON A EL DESPUES DE UN AÑO SE SABE QUE EL HECHO SE LE ATRIBUYE A CALICHE QUE HACIA PARTE DE SU GRUPO. FISCAL LE PREGUNTAN SI LE IBAN A DAR MUERTE O SI FUE UNA EQUIVOCACION SU HOMICIDIO, SE MUESTRA FOTOGRAFIA POSTULADO NO SE SI FUE CALICHE ACEPTO . EL SEÑOR CALICHE HACIA MUCHAS COSA SIN CONTAR CON NOSOTRO LO HACIA POR PLATA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 48. HOMICIDIO EN PERSONA PROTEGIDA - TORTURA EN PERSONA PROTEGIDA | | BEATRIZ ETILVIA RIVAS OLIVERO Y DOMINGO MENDOZA | 22/02/2003 | SANTA MARTA-MASINGA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA | • A. Med iat o<br>• A. M ed iat o<br>• A. M | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ed iat o<br>• A. M ed iat o | SUBVERSIVO | | | DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EN MASIGA  22 FEB O2  VICTIMA  BEATRIZ VATIELVIA  Y DOMIGO MENDOZA, ADAN ROJAS MENDOZA  SI ACEPTO PARTICIPACION LOS COMETIO TK TK CORONEL Y CRSTIAN HOMBRES A MI MALDO LAS VICTIMAS LLEGARON DE GUACHACA Y WALTER TORRES  DA LA INFORMACION Y ASESINADA POR LOS MUCHACHOS, CREO QUE FUE EN LA NOCHE LOS DETALLE NO LOS TENGO PORQUE NO ESTUVE PRESENTO,  ACEPTO EL HECHO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

EN CONCURSO HETEROGÉNEO CON  TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLINJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 49. HOMICIDIO EN PERSONA PROTEGIDA | | JOSE LUIS RIVERA CASTRO | 19/07/20 02 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA | • A. M ed iat | | HOMICIDIO INDIVIDUAL (SELECTIVO | | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA | o<br>• A. Mediato<br>• A. Mediato<br>• A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | ) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: SE PREGUNTA EN VERSION LA PREGUNTA PENDIENTE DE JOSÉ LUÍS RIVERA CASTRO, 19 DE JULIO DE JULIO DEL 2002, UN LLANTERO ASESINADO. GOYO. SI FUE LA URBANA DE NOSOTROS, EL COLABORÓ EN EL ATENTADO DE ALIAS SAYA, PERTENECIENTE A LA URBANA, POR ESO SE ORDENÓ A WLLY Y A LICHO QUE ASESINEN A ESTA PERSONA, WILLY DISPARA Y LICHO LO SACA EN MOTO, JESÚS ELI BAYONA ES LICHO Y WILLINTON MORA BUENAVER ES WILLY. F. UD JOSÉ GREGORIO DIO LA ORDEN. GOYO. EL PARTICIPÓ EN EL ATENTADO DE ALIAS SAYA UNOS DÍAS ANTES Y EL PAPÁ DE ESTE MUCHACHO VINO A GOLPEAR A WILLY Y WILLY PARA QUITARLO LE DIO UN TIRO EN EL PECHO, NO SE SI EL SEÑOR QUEDÓ HERIDO O MURIÓ. GOYO. EL PARTICIPÓ EN EL ATENTADO DE SAYA, ERA UNA BANDA QUE ESTABA EN EL PANDO. EN REPRESALIA FUE EL ATENTADO DEL SAYA. TAMBIÉN PARTICIPÓ ALIAS PULGA, IBAN EN UNA MOTO DT BLANCA Y PULGA EN UNA DT GRIS, ESTUVO EN EL HOSPITAL ESPERANDO QUE SE MURIERA, Y PULGA LO SIGUE. F. JOSÉ GREGORIO UD. ESTABA BAJO LA DIRECCIÓN DE QUIEN. GOYO. MIGUEL MI HERMANO. NEGRO. MI HERMANO ME OBEDECÍA ORDENES EN LA CIUDAD Y ESTE MUCHACHO FUE ASESINADO, TODO ERA BAJO MI MANDO Y POR LÍNEA DE MANDO TODO LO QUE SE HACÍA EN SANTA MARTA, EL HERIDO QUEDÓ AHÍ. EL CADÁVER QUEDÓ AHÍ.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 50. HOMICIDIO EN PERSONA PROTEGIDA | | JUAN MANUEL RIVERA RIOS | 26/01/20 03 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA | • A. M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |
| SITUACION FACTICA: PREGUNTA F. HOMICIDIO EN RINCÓN DE CATA BONDA EL DIA 26 ENERO DEL 2003 DE IVAN MANUEL RIVERA RÍOS, FINCA BOSTON VEREDA MASINGA, OFICIOS VARIOS. NEGRO. FUE COMETIDO POR PERSONAL BAJO MI  MANDO Y MI HERMANO. F. DIGA SI LA FECHA SI COINCIDE CON LA QUE TENEMOS. NEGRO. ESA TIENE QUE SER LA FECHA. F. DIGA LAS CIRCUNSTANCIAS DE TIEMPO, MODO Y LUGAR Y QUIENES INTERVINIERON EN EL HOMICIDIO. NEGRO. LA COMETIÓ TEQUE TEQUE, YAN CARLOS Y LECHE . NEGRO. POR ORDEN MIA Y MI | | | | | | | | | | |

HERMANO EN LA PARTE URBANA DE LA CIUDAD, JOSÉ GREGORIO. NEGRO. EL MUCHACHO ESTABA EN UN ESTADERO EN UNA CANTINA EN BONDA Y HASTA ALLÍ LLEGARON LOS MUCHACHOS Y LO ASESINARON, YAN CARLOS LO ASESINO, TENIA O ESTABA ROBANDO EN LA REGIÓN, POR ESO FUE ASESINADO Y YO TOME LA DECISIÓN. NEGRO. LA ORDEN MIA ERA ACABAR CON DELINCUENCIA Y GUERRILLA Y BASADO EN INTELIGENCIA, PULGA HIZO LA INTELIGENCIA EN ESA REGIÓN Y SE TOMO LA DECISIÓN DE ASESINARLO. NEGRO. YAN CARLO LO ASESINÓ CON PISTOLA. EL CUERPO QUEDÓ TENDIDO, NO SE LA HORA. EL MUCHACHO ESTA EN BOGOTA EN LA MODELO, Y EN BOYACÁ EN SANTA ROSA DE VITERBO, AL MUCHACHO LO HEMOS PEDIDO VARIAS VECES Y EL TIENE CONOCIMIENTO Y ESTA CONDENADO POR LO DEL MAGISTRADO . NEGRO. LO ASESINA CON ARMA DE FUEGO. YO DI LA ORDEN A JOSÉ GREGORIO Y JOSÉ GREGORIO A SU GRUPO Y POR INFORMACIÓN DE PULGA QUIEN HACIA LA INTELIGENCIA. F. LA FAMILIA TUVO Q DESPLAZARSE POR RAZÓN DEL HOMICIDIO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| 51. HOMICIDIO EN PERSONA PROTEGIDA | | ALEX ARIZA ESPINOZA | 27/05/2003 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• JOSE DEL C GELVEZ ALBARRACIN<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA | • A. Mediato<br>• A. Mediato<br>• A. Mediat | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | Actas de Inspecciones de cadáver numero 188 y 189 de fecha 27 mayo/2003, correspondientes a Ángel Cecilio Rodríguez y Alex Ariza Espinosa, respectivamente. Informe Sijín Demag de fecha |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | o<br>• A. M ed iat o<br>• A. M ed iat o | | | | 27 mayo/2003<br><br>Protocolo de necropsia de Alex Ariza Espinosa<br><br>Protocolo de necropsia de Ángel Cecilio Rodríguez<br><br>Copia del álbum fotográfico de la inspección de cadáver de Alex Ariza<br><br>Copia del álbum fotográfico de la inspección de cadáver de Ángel Rodríguez<br><br>Dictamen balística forense de fecha 17 junio/2003<br><br>Informe de policía judicial Sijín Demag de fecha |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1533

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 21 octubre/2003 Reporte de hechos por la victima indirecta Confesión de la comisión del hecho |

SITUACION FACTICA: SE PREGUNTA EN VERSION F. HOMICIDIO ALEX ARIZA OSPINO Y ANGEL CECILIO RODRIGUEZ LOPEZ, 27 DE MAYO DE 2003, BARRIO LUIS R CALVO. GOYO. LO COMETIO ALIAS VICTOR Y ALIAS TORO. F. ESTE TORO ES UNO DE LOS NUEVOS. GOYO. EL HIZO PARTE DE LA URBANA YA EN LO ULTIMO. NEGRO. PARA EXPLICAR ESTOS, A VECES YO MANDABA GENTE DE ARRIBA PARA LA URBANA, Y EL QUE ESTABA MUY CALIENTE DE LA URBANA LO MANDABA PAR ARRIBA, LO CAMBIABA POR ALGUIEN DE LA RURAL Y POR ESO LOS NOMBRES NUEVOS. F. CUAL FUE EL MOTIVO PARA QUE MATARAN A ESTAS PERSONAS. GOYO. ESAS PERSONAS SON SEÑALADAS POR ALIAS PULGA COMO DELINCUANCIA COMUN, UTILIZARON DOS PISTOLAS 9 MM. NOSOTROS LE ESTAMOS ACEPTANDO EL HECHOS COMO COMANDANTES, PERO EL MODO TIEMPO Y LUGAR LO DETERMINAN LOS MUCHACHOS EN SU VERSION. F. TORO SE ENCUENTRA PRIVADO DE LA LIBERTAD TAMBIEN. NEGRO. NO DOCTOR, ALIAS VICTOR ES QUIEN ESTA CON NOSOTROS DE TORO NO SABEMOS NADA. Y DE ACUERDO A LOS ESTUDIOS HECHOS CON LOS MUCHAHCOS QUE HABIAN SIDO DE LA URBANAY ESTOS HECHOS FUERON RECONOCIDO POR VICTOR Y COMO ELLOS HACIAN PARTE DE LA URBANA POR ESO LO ESTAMOS RECONOCIENDO POR LINEA DE MANDO. VICTOR AUN NO HA SIDO POSTULADO, ESTA CONDENADO POR LO DEL MAGISTRADO CAMILO NOGUERA. F. NEGRO Y GOYO ASUMEN LA RESPONSABILIDAD EN ESTE DOBLE HOMICIDIO. GOYO Y NEGRO ACEPTA Y SE RATIFICAN DE LA IMPUTACION EN CONTRA DE PULGA TORO Y VICTOR.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. HOMICIDIO EN PERSONA | | JORGE MIGUEL | 26/10/19 | SANTA MARTA | • HERNAN GIRALDO SERNA | Coautor | | | | FORMATO DE REGISTRO DE |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|--------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| PROTEGIDA | | CANTILLO OJITO | 93 | | | | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: HOMICIDIO DE  JORGE MIGUEL OJITO CANTILLO 26 OCTUBRE 1993 EN SANTA MARTA, LA POSTULADA  CARMEN RINCON DIJO QUE LO HABIA ASESINADO EL LOCO SERNA A ORDEN DE HERNAN GIRALDO. POSTULADO ACEPTO RESPONSABILIDAD PIDO PERDON A LAS VICTIMAS PERO NO SE QUIEN ES EL LOCO SERNA. FISCAL EDUARDO SERNA BOTERO ES EL LOCO SERNA, SE MUESTRA FOTOGRAFIA. POSTULADO NO LO RECUERDO. FISCAL DICE CARMEN RINCO QUE EL NO HACIA PARTE DE LA ESTRUCTURA URBANA SE LE PERMITIA QUE HICIERA UNA LABORES EN EL MERCADO , SE HABIA COMBERTIDO EN UN PROBLEMA PARA EL GRUPO POR LOS EXCESOS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| 53. HOMICIDIO EN PERSONA | | JAIRO LUIS CALANCHE | 15 DE MARZO | SANTA MARTA | • HERNAN GIRALDO | • A. | | | | Copia De Expediente No |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| PROTEGIDA | | ZULBARAN | DE 2.002 | | SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA (imputado?) | M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o<br>• A. M ed iat o | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | 29.621, el cual contiene.<br>1- Diligencia de inspección judicial del cadáver.<br>2- Informe 606 de 15 marzo de 2002 CTI Protocolo de necropsia no13 Pat-02 Certificación de Fiscalía sobre la existencia de investigación Resolución inhibitoria de 17 Sep. de 2002. Registro de defunción No 04525322 a nombre de Jairo Luis Calanche Zurbarán. Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL SEÑOR JAIRO CALANCHE FUE ASESINADO EN SANTA MARTA EN LA CALLE 11 CON CARRERA 12 EN EL SECTOR DEL MERCADO PÚBLICO, APROXIMADAMENTE A LAS  9 DE LA MAÑANA, CUANDO SE ENCONTRABA DONDE UN AMIGO EN BUSCA DE UN REPUESTO PARA SU VEHÍCULO, POR DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, QUIENES SE DIRIGIERON A LA VÍCTIMA Y LE DISPARARON EN REPETIDAS OCASIONES CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA. LOS FAMILIARES DE LA VÍCTIMA MANIFESTARON EN SUS REPORTES  QUE EL DÍA DE LOS HECHOS, LA VICTIMA SE ENCONTRABA A LA 9:00 DE LA MAÑANA EN EL MERCADO PÚBLICO EN EL NEGOCIO DE UN AMIGO, CUANDO DE REPENTE LLEGARON UNOS TIPOS Y LE DISPARARON. SE DICE QUE FUE UNO EL QUE LE DISPARO, PERO QUE EN TOTAL FUERON 4 SUJETOS LOS QUE PARTICIPARON. FUE ASESINADO DENTRO DEL ESTABLECIMIENTO. EL FALLECIDO NUNCA COMENTÓ DE PROBLEMAS O AMENAZAS QUE ÉL TUVIERA POR LO QUE SE DESCONOCÍA LOS MÓVILES Y RESPONSABLES DEL HECHO HASTA AHORA QUE EL HECHO FUE CONFESADO POR EL GRUPO DE LOS ROJAS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíceps | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 54. HOMICIDIO EN PERSONA PROTEGIDA | | JOSE IGNACIO GAVIRIA | 26 DE MARZO DE 1992 | SANTA MARTA | • HERNAN GIRALDO SERNA | A.Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |
| Situación fáctica: SEGUN TESTIMONIOS QUE RINDE EL HIJO DEL HOY OCCISO, SEÑALA QUE SU PADRE EN EL AÑO 1992, ERA PRESIDENTE DE LA JUNTA DE ACCION COMUNAL DE LA VEREDA EL PALMICHAL, TENIA UNA FINCA CAFETERA DE SU PROPIEDAD EN LA REGION DE LA VEREDA PALMICHAL, CORREGIMIENTO DE SAN PEDRO LA SIERRA, EN DONDE LABORABA COMO AGRICULTOR Y CAFICULTOR, EN ESE ENTONCES OPERABA EL FRENTE 19 DE LA FARC Y POR ESA RAZON PERSONA O CAMPESINO QUE VIVIA EN ESA REGION SE LE TILDABA COMO QUERRILLERO O AUXILIADOR DE LA FARC, POR ENDE OBJETIVO MILITAR DE LOPS GRUPOS PARAMILITARES QUE OPERABAN EN LA ZONA DEL MAGDALENA, EN ESPECIAL POR LOS | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíceps | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CHAMIZOS, QUE OPERABAN EN ESE ENTONCES EN SANTA MARTA; EL DIA 26 DE JUNIO, SU PADRE JOSE IGNACIO GAVIRIA BAJO A LA CIUDAD DE SANTA MARTA HACER UNAS DILIGENCIA TANTO PERSONALES COMO EN COMITE CAFETEROS, HOSPEDANDOSE EN LA RESIDENCIAS DENOMINADAS TAFF, PERO POR RAZONES A LAS ANTERIORMENTE ESPUESTAS FUE ASESINADO CON ARMA DE FUEGO EL DIA 26 DE JUNIO DE 1992, APROXIMADAMENTE A LAS 8:30 P.M. POR MIEMBROS DE LOS CHAMIZOS CUANDO SE ENCONTRABA VIENDO TELEVISION EN LA SALA DE LA RESIDENCIA. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). | | | | | | | | | | |
| 55. HOMICIDIO EN PERSONA PROTEGIDA Y TORTURA, CONCURSO DESPLAZAMIENTO FORZADO | | BENJAMIN BAYEN NARVAEZ | 09/11/1995 | VEREDA LAS TINAJAS LO METEN A UNA TROCHA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR OCHOA BALLESTEROS (IMPUTADO)<br>• CRIASTIAN OCHOA PINZON (IMPUTADO) | | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | 1- Copia del proceso radicado bajo el numero 567, asignado a la Fiscalía 33 Seccional de Santa Marta, por el homicidio de BENJAMIN BAYEN NARVÁEZ Donde aparece entre otras piezas procesales, el acta de levantamiento de cadáver No. 342 |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1538

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | de fecha 11 de Noviembre de 1995,, registro civil de defunción, tarjeta de necrodactilia, , protocolo de necropsia No. 346 |

DE ACUERDO A LAS LA LABORES DE VERIFICACIÓN REALIZADAS POR LA FISCALIA  SE PUDO ESTABLECER QUE EFECTIVAMENTE EL DÍA 6 DE NOVIEMBRE DE 1995, EL SEÑOR BENJAMÍN BAYEN NARVÁEZ, QUIEN RESIDÍA EN EL SECTOR DE LA CALLE 18 CON CARRERA 6 DE SANTA MARTA, DE PROFESIÓN TAXISTA ACUDIÓ A UNA CITA QUE LE HABÍA COLOCADO UN MIEMBRO DE LAS AUTODEFENSAS QUE VIVÍA CERCA DE SU RESIDENCIA; EL SEÑOR BAYEN TUVO TEMOR DE ASISTIR A LA CITA PERO LE COMENTÓ A SU COMPAÑERA PERMANENTE QUE DE NO ASISTIR PODRÍA SER VÍCTIMA DE REPRESALIAS POR LO CUAL DECIDIÓ ASISTIR A LA CITA, SALIENDO EN EL VEHÍCULO MARCA DACIA QUE CONDUCÍA, SIN REGRESAR A SU VIVIENDA. LA COMPAÑERA PERMANENTE DE BENJAMÍN ES AVISADA EL DÍA 7 DE NOVIEMBRE POR MIEMBROS DE LA POLICÍA NACIONAL QUE EL VEHÍCULO QUE MANEJABA SU COMPAÑERO FUE ENCONTRADO ABANDONADO CON LAS LLAVES PUESTAS Y PRENDIDO EN LA ENTRADA DEL BARRIO TAYRONA SIN RASTRO DEL SEÑOR BENJAMÍN, AL SER REVISADO PRESENTABA MANCHAS DE SANGRE EN LE VIDRIO TRASERO. EL DÍA 9 DE NOVIEMBRE DEL MISMO AÑO ES AVISADA LA COMPAÑERA PERMANENTE DE BENJAMÍN BAYEN DE LA PRESENCIA DE UN CADÁVER  ENCONTRADO POR LA POLICÍA NACIONAL EN EL SECTOR DE LAS TINAJAS EN LAS AFUERAS DE SANTA MARTA EN LA VÍA QUE CONDUCE A GUACHACA, ESTE CUERPO TENÍA CARACTERÍSTICAS FÍSICAS Y PRENDAS DE VESTIR SIMILARES A LAS DEL SEÑOR BENJAMÍN, POR LO CUAL HERMANOS DE LA SEÑORA SE ACERCARON HASTA EL CEMENTERIO, IDENTIFICANDO EL CUERPO QUE SE ENCONTRABA COMO EL DE BENJAMÍN BAYEN NARVÁEZ. EL CUERPO SE ENCONTRABA EN ESTADO DE DESCOMPOSICIÓN POR LO CUAL SU NECROPSIA FUE REALIZADA EN DICHO CEMENTERIO, PRESENTADO COMO  DATO CARACTERÍSTICO LA AUSENCIA DE UNA OREJA

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

EN CONCURSO HETEROGÉNEO CON  TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.  . ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 56. HOMICIDIO EN PERSONA PROTEGIDA | | EDGAR WILLIAN LINDAO OSPINO | 03/03/1995 | SANTA MARTA | • HERNAN GIRALDO SERNA <br> • OMAR OCHOA BALLESTERPS (Imputado) <br> • EDGAR OCHOA BALLESTEROS (Imputado) <br> • | | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO | Copia del registro de nacimiento de la victima EDGAR WILLIAM LINDAO OSPINO. - Fotografía de la CC No. 12. 558.399 de Santa Marta a nombre del señor EDGAR WILLIAM LINDAO OSPINO. Copia del proceso radicado bajo el numero 268, asignado a la Fiscalía 33 Seccional de Santa Marta, por el homicidio de EDGAR WILLIAM LINDAO OSPINO, en hechos ocurridos el 7 de marzo  de 1995 en Santa Marta. Acta de levantamiento de cadáver  No. 099 de fecha  7 de marzo  de 1995, correspondiente al señor EDGAR WILLIAM |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LINDAO OSPINO. Copia de tarjeta de necrodactilia de la victima. Protocolo de necropsia No. 099 |

SITUACION FACTICA: EL DÍA 5 DE MARZO DE 1995 EL SEÑOR EDGAR WILLIAM LINDAO OSPINO, SALIÓ DE SU RESIDENCIA UBICADA EN EL SECTOR DEL RODADERO EN HORAS DE LA MAÑANA CON RUMBO AL MERCADO PÚBLICO DE LA CIUDAD DE SANTA MARTA, DONDE REALIZARÍA DILIGENCIAS DE TIPO PERSONAL, LLEGANDO HASTA EL ESTABLECIMIENTO COMERCIAL MULTICAUCHO EN LA CALLE 11A NO 11-30 SITIO DESDE EL CUAL REALIZÓ UNA LLAMADA TELEFÓNICA, AL SALIR DEL ESTABLECIMIENTO FUE ABORDADO POR UN SUJETO QUE SIN MEDIAR PALABRA PROCEDIÓ A DISPARARLE EN REPETIDAS OCASIONES CON UN ARMA DE FUEGO DE CORTO ALCANCE, HASTA PRODUCIRLE LA MUERTE, QUEDANDO EL CUERPO TENDIDO EN LA ENTRADA DEL ESTABLECIMIENTO COMERCIAL MIENTRAS EL SUJETOS SE PERDIÓ EN LA MULTITUD QUE A ESA HORA FRECUENTABA EL MERCADO PÚBLICO. OMAR OCHOA BALLESTEROS MANIFESTO DEL HECHO: QUE USTED ACTUÓ EN UN HECHO EN EL QUE PERDIÓ LA VIDA EL SEÑOR WILLIAM LINDAO, QUE ESTOS HECHOS TUVIERON OCURRENCIA EN LA 11 CON 12, QUE LO ACOMPAÑO ALIAS VENENO Y QUE LO ORDENO JOSÉ EDILBERTO GUZMÁN, ALIAS QUEMAITO, POR QUE AL PARECER LA VÍCTIMA ERA GUERRILLERO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 57. HOMICIDI EN PESONA PROTEGIDA Y SECUESTRO SIMPLE | | MANUEL JULIAN RODRIGUEZ RUIZ | 01/07/2000 | SANTA MARTA | • HERNAN GIRALDO SERNA • CRISTIAN OCHOA PINZON (Imputado) • EDGAR OCHOA BALLESTEROS (Imputado) • | • Mediato • Coautor • Co | SUPUESTOS VINCULOS CON EL GRUPO | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN | - Fotografía de la victima MANUEL JULIÁN RODRÍGUEZ RUIZ  - Registro de nacimiento  de la victima MANUEL |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | autor<br>• | ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | | LUGAR DE HALLAZGO (SITIO ABIERTO | JULIÁN RODRÍGUEZ RUIZ<br><br>Informe de Policía Judicial rendido por los Investigadores adscritos al despacho de la Fiscalía Novena<br><br>Confesión del postulado |

Situación fáctica: EL JOVEN CONOCIDO COMO HUEVO E PATO RESIDENTE EN EL BARRIO ONCE DE NOVIEMBRE DE LA CIUDAD DE SANTA MARTA, RESPONDÍA AL NOMBRE DE MANUEL JULIÁN RODRÍGUEZ RUIZ, INDOCUMENTADO, DESEMPLEADO, DEL CUAL SE TIENE CONOCIMIENTO SALIÓ EL 7 DE ENERO DEL 2000, CON RUMBO A LA VEREDA LOS NARANJOS DEL CORREGIMIENTO DE GUACHACA, EN COMPAÑÍA DE UN JOVEN QUE RESIDÍA  EN EL BARRIO LA BOLIVARIANA CONOCIDO COMO MORROCOYO, SIN QUE HASTA LA FECHA SE TENGA CONOCIMIENTO DE SU PARADERO. EDGAR OCHOA MANIFESTO DEL HECHO: UN HECHO DE UN MUCHACHO QUE ESTA EN FOSA, QUE LA VÍCTIMA ERA UN INTEGRANTE DE LAS FARC,  TIENE LA FAMILIA EN EL  BARRIO ONCE DE NOVIEMBRE Y LO LLEVARON A  DARLE SEPULTURA ARRIBA EN MENDIHUACA, COMO A LAS 8 DE LA NOCHE, PERO QUE EL CREE QUE CUANDO EL RÍO MENDIHUACA CUANDO CRECE SE LLEVA LOS MUERTOS ENSEGUIDA, QUE LA VÍCTIMA LO APODABAN  "HUEVO E PATO".

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).


 EN CONCURSO HETEROGÉNEO CON  SECUESTRO SIMPLE. PREVISTO EN LIBRO SEGUNDO, TITULO III, CAPITULO  SEGUNDO, DEL  ARTÍCULO 168 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 733 DE 2.002, BAJO  EL SIGUIENTE TENOR. ARTÍCULO 168. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES | | | | | | | | | | |
| **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA  VINCULO GRUO SUBVERSIVO- IRRUPCION SITIO CERRADO** | | | | | | | | | | |
| 58. HOMICIDIO EN PERSONA PROTEGIDA Y TENTATIVA DE HOMICIDIO | 2 | ANGEL MARÍA ORTIZ OROZCO (Muerto) c.c. 3001657 (Líder Comunitario – Empleado del INCORA) y ELBA ROSA TEHERAN (Lesionada. Esposa de aquel) | 13/12/19 93 | CALLE 4 CRA 2. BARRIO "ONCE DE NOVIEMBRE". SANTA MARTA | HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (También disparo y salió herido)<br>• MARIO SILVA (a) "Bejuco"<br>•   (a) "cepillo" | A. Mediato<br>Coautor<br>Coautor | SUPUESTOS VINCULOS OCN EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | IRRUPCION SITIO CERRADO) | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

Situación fáctica: EL DIA 13 DE DICIEMBRE DE 1993 MIENTREAS SE ENCONTRABA EN SU CASA EL SEÑOR ANGEL MARIA ORTIZ OROZCO FUE ASESINADO POR UNOS SUJETOS QUE SE MOVILIZABAN A PIE Y LE DISPARARON SIN MEDIAR PALABRA LA VICTIMA ERA MIEMBRO DE LA JUNTA DE ACCIONA COMUNAL DEL BARRIO Y EN ESTOS MISMOS HECHOS SALIO HERIDA SU ESPOSA ELBA ROSA TEHERAN. EL POSTULADO EDGAR ANTONIO OCHOA BALLESTEROS EN VERSION LIBRE MANIFESTO SOBRE ESTE HECHO YO ME ACUERDO QUE EL SEÑOR ESTABA COMIENDO YO SALI  HERIDO Y RETROCEDI Y SEGÚN TENGO ENTENDIDO BEJUCO CEPILLO HABIAN HERIDO  A OTRO SEÑOR DE LA SEÑORA NO SUPE, DISPARAMOS CASI TODOS, BEJUCO SE LLEVA LAS ARMAS Y SALGO HERIDO EN LA ENTRADA A LA CASA HABIA UNA PERSONA ADENTRO Y ME DISPARARON EN EL BRAZO 2 TIROS, SE MUESTRAN IMÁGENES BARRIO 11 DE NOVIEMBRE SI DOCTORA POR AHÍ ENTRAMOS . SE CONFIRMA ES EL MISMO HECHO VICTIMAS ANGEN MARIA POR HOMICIDIO Y LA SEÑORA ELBA ROSA POR TANTATIVA. ANGEL MARIA ERA PRESIDENTE DE LA JUNTA CAMPESINA ERA EMPLEADO DEL INCORA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. EN GRADO DE TENTATIVA ART. 27 C.P. EN RELACION A ELBA ROSA TEHERAN CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| . | | | | | | | | | | |
| 59.HOMICIDIO EN PERSONA PROTEGIDA | | NAIL CARRILLO SARABIA. C.C 88277446 | 03/08/19 94 | TIENDA "LA ROMELIA". BARRIO "ONCE DE NOVIEMBRE" SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• CRISTIAN JHOVANY OCHOA PINZON (Participe)<br>• CARMEN RINCON<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito" (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO ) | IRRUPCION SITIO CERRADO) | Fotografía en vida del joven NAIL CARRILLO SARAVIA.<br>- Registro fotográfico del lugar de los hechos. Registro de la prensa local en la cual se da cuenta del homicidio de NAIL CARRILLO SARAVIA. Diligencia de inspección de cadáver No. 199. Registro de Defunción No. 1168588 de fecha 5 de agosto de 1994, a nombre de NAIL CARRILLO SARAVIA. Copias del proceso radicado bajo el número 5012 de la Fiscalía Seccional de Santa Marta, Protocolo de necropsia No. 204PAT94 |

Situación factico: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 3 DE AGOSTO DE 1994 EN MOMENTOS EN QUE EL JOVEN NAIL CARRILLO SARABIA ATENDIA A UN CLIENTE EN EL ESTABLECIMIENTO COMERCIAL TIENDA LA ROMELIA, FUE ASESINADO DE VARIOS IMPACTOS DE BALA EN LA CABEZA Y LA ESPALDA PROPINADOS POR DOS SUJETOS QUE INGRESARON AL ESTABLECIMIENTO EN CALIDAD DE CLIENTES; EL CUERPO DE CARRILLO SARAVIA FUE TRASLADADO HASTA UNA CLINICA CERCANA DONDE FALLECIO AL LLEGAR

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). | | | | | | | | | | |
| 60. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE VANEGAS TOLOZA. C.C. 12533099 | 30/01/2002 | DIAGONAL 32 No. 7 – 30. DROGUERIA "SAN JOSE". BARRIO MAMATOC. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe).<br>• GIOVANY NAVARRO ORDOÑEZ (a) "Monoleche". (Participe) | A. Mediato Coautor Coautor Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | IRRUPCION SITIO CERRADO) | Copia de la diligencias bajo el radicado 28507, adelantado en la Fiscalía 5 Seccional de Santa Marta,<br><br>-Acta de inspección de cadáver N.060 de fecha enero 30 de 2002,<br><br>-Registro civil de defunción N. 04525249 de Vanegas Toloza José.<br><br>-Denuncia N. 209 fecha 5 febrero de 2002 denunciante LETICIA MAESTRE GALEANO. Por |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | amenazas de muerte. |
| | | | | | | | | | | -Registro de defunción N. 04525249 de Vanegas Toloza José. |
| | | | | | | | | | | -Recorte de prensa en la que se publico el hecho. |

Situación fáctica: EN HORAS DE LA TARDE DEL DÍA 30 DE ENERO DEL 2001 EN MOMENTOS EN QUE EL SEÑOR JOSÉ VANEGAS TOLOZA ATENDÍA LA DROGUERÍA SAN JOSÉ DE SU PROPIEDAD UBICADA EN LA DIAGONAL 39 NO 8-113 DE LA CIUDAD DE SANTA MARTA FUE SORPRENDIDO POR VARIOS SUJETOS QUE DISPARARON CONTRA LA HUMANIDAD DEL SEÑOR VANEGAS TOLOZA EN REPETIDAS OCASIONES HASTA DEJARLO SIN VIDA EN EL INTERIOR DEL ESTABLECIMIENTO COMERCIAL. EL DÍA  30 DE ENERO  DE 2008, A LAS 12:35:40 EL POSTULADO EDAGAR OCHOA BALLESTEROS ENUNCIO UN HECHO Y MANIFESTÓ: EL HOMICIDIO UNA PERSONA, EN EL QUE PARTICIPO EN COMPAÑÍA DE OTALVARO DURANGO ÁLVAREZ, ALIAS EL PULGA, EL HECHO FUE EN UNA DROGUERÍA, LO ORDENÓ GIOVANNI NAVARRO ORDÓÑEZ, ALIAS  MONO LECHE, QUE LA VÍCTIMA  Y QUEDÓ AHÍ, QUE OTALVARO DURANGO ÁLVAREZ, ALIAS EL PULGA TENÍA UNA UZI CON SILENCIADOR, QUE ALIAS EL PULGA SE ACERCÓ Y DISPARÓ EN DOS OPORTUNIDADES Y DESPUÉS SE FUERON,  RECONOCE A  LA VÍCTIMA COMO JOSÉ VANEGAS TOLOZA, POR QUE ESTE SEÑOR COLABORABA A LAS FARC, CUANDO EL CONFLICTO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 61. HOMICIDIO EN PERSONA PROTEGIDA, DESPOJO EN CAMPO DE BATALLA Y | 1 | LUIS HERNANDO AMADO. C.C. 13875996 | 15/05/1994 | TIENDA "EL REPOSO". CARRERA 66 CALLE 39. BARRIO | • HERNAN GIRALDO SERNA  • EDGAR ANTONIO OCHOA BALLESTEROS | A. Mediato | | SUPUESTOS | HOMICIDIO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| HURTO | | | | EL YUCAL. 6ANTA MARTA | (Participe). <br>• CARMEN RINCON (a) "Puñaleto". (Participe) <br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe) | Coautor<br>Coautor<br>Coautor | VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | INDIVIDUAL (SELECTIVO) | IRRUPCION SITIO CERRADO) | ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EN LA CIUDAD DE SANTA MARTA, EL DÍA 11 DE MAYO DE 1994 EN MOMENTOS EN QUE EL SEÑOR LUÍS HERNANDO AMADO SE ENCONTRABA ATENDIENDO EL ESTABLECIMIENTO COMERCIAL DE SU PROPIEDAD EN EL BARRIO EL YUCAL, INGRESARON DOS SUJETOS QUIENES SOLICITARON UNOS CIGARRILLOS Y REFRESCOS, CUANDO EL SEÑOR AMADO, DIO LA ESPALDA PARA ATENDERLOS, LOS SUJETOS DESENFUNDARON ARMAS DE FUEGO DE CORTO ALCANCE QUE TENÍAN OCULTAS EN SU ROPA Y LE DISPARARON EN REPETIDAS OCASIONES OCASIONÁNDOLE LA MUERTE, NO CONFORME CON HABER CAUSADO LA MUERTE DEL SEÑOR AMADO INGRESARON A ESTABLECIMIENTO Y HURTARON UN REVOLVER DE PROPIEDAD DE LA VICTIMA. EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: QUE PARTICIPO EN EL HOMICIDIO DE LUIS HERNANDO AMADO, PROPIETARIO DE TIENDA EL REPOSO, UBICADA EN EL BARRIO EL YUCAL, EL 11 DE MAYO DE 1994, QUE USTED LO MATO, QUE LA INFORMACIÓN QUE A USTED LE DIERON DE ESA VICTIMA, FUE QUE ERA GUERRILLERO Y HABÍA QUE DARLE MUERTE, FUE CON ALIAS PUÑALETO, QUE LLEGARON A PIE Y EL SEÑOR ESTABA AHÍ, QUE USTED SE LE ACERCO Y LE DIO UN TIRO EN LA FRENTE Y DESPUÉS PUÑALETO ENTRO Y LE DIO OTRO DISPARO EN EL PECHO Y SALIERON DEL BARRIO EL YUCAL, HACIA EL 11 DE NOVIEMBRE, QUE LA ORDEN LA RECIBIÓ DE "QUEMAO", A USTED LE DIJO QUEMAITO QUE HABÍA QUE DARLE MUERTE. QUE COMO LA VICTIMA TENIA UNA TIENDA USTED LE PIDIÓ UNA GASEOSA Y AL ACERCARSE A ENTREGÁRSELA USTED LE DISPARO, QUE PUÑALETO LE REPORTO A "QUEMAITO". QUE UTILIZO UN REVOLVER SMITH DE 5 TIROS Y PUÑALETO OTRO REVOLVER. EL SEÑOR USABA UN REVOLVER RUGER QUE SE LO QUITO PUÑALETO Y SE LO LLEVARON.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. EN CONCURSO HETEROGÉNEO CON DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000, CAPITULO UNICO – TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 62. HOMICIDIO EN PERSONA PROTEGIDA | 1 | EDWIN JOSÉ RIAÑO GUERRERO. C.C. 85454088 | 2/08/2002 | CALLE 20 No. 12 – 37. BARRIO LA ESMERALDA. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA <br> • ADAN ROJAS MENDOZA <br> • JOSE GREGORIO ROJAS MENDOZA. (Participe) <br> • WILLINGTON MORA BUENHABER. (a) "Willy". (Participe). <br> • JESUS ELI BAYONA ROPERO (a) "Licho". (Participe). <br> • WALTER TORRES (Participe) | A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO) | Acta de inspección de cadáver numero 307. <br><br> Protocolo de necropsia numero 320 PAT-2002, <br><br> Registro de defunción numero 045256 expedido por la Registraduría del estado civil a nombre de EDWIN RIAÑOS GUERRERO. <br><br> Álbum fotográfico de la inspección de cadáver <br><br> Dictamen balístico forense numero LBA 844-RN- 2002, del instituto de medicina legal y ciencias forenses. <br><br> Fotografía de la victima <br><br> Confesión de la comisión del hecho y |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | aceptación de responsabilidad Penal de los postulados en versión libre. Reporte de hechos por las víctimas indirectas<br><br>Informe de Policía Judicial de verificación del hecho. Tarjeta decadactilar de EDWIN RIAÑOS, donde se determina su plena identidad |

SITUACION FACTICA: EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 2 DE AGOSTO DE 2.002, EN EL INTERIOR DEL INMUEBLE DONDE FUNCIONA EL TALLER DE MECÁNICA INDUSTRIAL DENOMINADO TALLER RIAÑO, UBICADO EN LA CALLE 20 NO 12-73 DE LA CIUDAD DE SANTA MARTA, FUE ASESINADO EL JOVEN EDWIN JOSE RIAÑOS GUERRERO, POR DOS SUJETOS QUE LLEGARON AL ESTABLECIMIENTO UNO DE LOS CUALES LE PROPINÓ TRES DISPAROS CON ARMA DE FUEGO QUE LE QUITO LA VIDA DE MANERA INMEDIATA, QUEDANDO SU CUERPO TENDIDO EN EL LUGAR DE LOS HECHOS, DESCONOCIENDO EN ESE ENTONCES SUS FAMILIARES LA IDENTIDAD DE LOS AUTORES Y LOS MOTIVOS, SEÑALANDO QUE ERA UNA PERSONA UNIVERSITARIA QUE NO TENÍAN NINGUNA CLASE DE PROBLEMAS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 63. HOMICIDIO EN PERSONA PROTEGIDA | 1 | PABLO EMILIO LESMES | 09/06/19 | PUENTE DE GUACHACA - | • HERNAN GIRALDO | A. Med | | | I | FORMATO DE REGISTRO DE |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | QUINTERO. (DOCENTE). C.C. 12556738 | 92 | SANTA MARTA | SERNA | iat o | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | RRUPCION SITIO CERRADO) | HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EN REPORTE DE LA VICTIMA SE CONSIGNA NOSOTROS VIVIAMOS EN LA VEREDA SAN PABLO ALTO, MENDIHUACA Y ESE DIA MI ESPOSO BAJÓ AL PUEBLO PORQUE TENIA UNA CITA CON LA DOCTORA CLAUDIA VALENCIA, FUNCIONARIA EN ESE MOMENTO DEL PNR, HOY FUNCIONARIA DE FUNDEBAN, LA CITA ERA PARA AYUDAR A MI ESPOSO CON EL ESCALAFON DOCENTE, CUANDO EL IBA PARA LA CITA EN EL PUENTE LO LLAMARON PARA QUE SE TOMARA UN TRAGO, EL LE DIJO AL QUE LO INVITO QUE NO PODIA PORQUE LE HACIA DAÑO, ESTA PERSONA LE DIJO UNA CANTIDAD DE COSAS RAZON POR LA CUAL MI ESPOSO ACCEDIO A TOMARSE EL TRAGO, MI ESPOSO ERA AMPUTADO DE UN PIE Y ANDABA EN MULETAS EL LLEGO AL SITIO DEJÓ LA MULETA A UN LADO Y SE SENTÓ PARA TOMARSE EL TRAGO, CUANDO SE SENTO DICEN LOS QUE ESTABAN AHÍ QUE SIN MEDIAR PALABRA ESTE TIPO SACO LA PISTOLA Y LO MATÓ, LO MATÓ PORQUE LE DIO LA GANAESO LOS MATARON Y SE QUEDARON CON LA FINCA Y TODO LO QUE HABIA EN ELLA

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 64. .HOMICIDIO EN PERSONA PROTEGIDA. | 2 | MARIA DEL CARMEN | 07/12/19 | VEREDA LA LISA. CORREGIMIENTO | • HERNAN GIRALDO SERNA | A. M ed | | | | FORMATO DE REGISTRO DE |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DESTRUCCIÓN Y APROPIACION DE BIENES PROTEGIDOS Y DESPLAZAMIENT O FORZADO | | CASTILLO BARBOSA. C.C. 40792072. Y JOSE WILSON MONTES MEJIA | 86 | DE BONDA.SANTA MARTA | • JUAN DE DIOS VELEZ QUINTERO (a) "Aparato". (Participe). <br> • (a) "El Rolo". (Participe) | iat o <br><br> Coauto r <br><br> Coauto r | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO) | HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: YO ME ENCONTRABA EN LA CASA MIA AQUÍ EN SANTA MARTA , Y MI HIJA LLAMADA MARIA DEL CARMEN CASTILLO LLEGO DE RIO PIEDRA VEREDA LA LISA , LLEGO A BUSCAR A MIS NIETAS PARA QUE PASARAN UNOS DÍAS CON ELLA YA QUE ESTABAN DE VACACIONES , ME PIDIÓ DINERO PARA SURTIR LA TIENDA QUE ELLA TENIA ALLA ARRIBA , YO SE DI ELLA HIZO UNA COMPRA Y SE FUE CON LAS NIÑAS Y LA COMPRAS , Y A LOS TRES DÍAS DESPUÉS LLEGARON UNOS TIPOS ARMADOS A COMPRAR CERVEZA EN LA TIENDA Y LUEGO ASESINARON A MI HIJA Y A OTRA PERSONA QUE ESTA AHÍ EN LA TIENDA , ESO FUE EL DIA 7 DE DICIEMBRE DEL AÑO 1986, A MI ME AVISARON AQUÍ EN SANTA MARTA QUE ME HABÍAN ASESINADO A MI HIJA EN PRESENCIA DE MIS NIETAS , YO SUBÍ AL DÍA SIGUIENTE 8 DE DICIEMBRE DEL MISMO AÑO, EL QUE ASESINO A MI HIJA ERA TRABAJADOR DE HERNAN GIRALDO LE DECÍAN ALIAS EL APARATO, CUANDO YO SUBÍ CON LA EL F DOS A BUSCAR A MI HIJA Y ENCONTRÉ YA LA TIENDA DESOCUPADA SE HABÍAN ROBADO YA TODO ME TRAJA A MI HIJA PARA DARLE CRISTIANA SEPULTURA Y A MIS NIETAS , Y A LA SEMANA ME TOCO DESPLAZARME CON MIS NIETAS A LA CIUDAD DE CARTAGENA CON MIS NIETA PORQUE ALIAS EL APARATO LAS QUERÍA ASESINAR YA QUE ELLAS PRESENCIARON TODO LO QUE ÉL LES HIZO A LA MAMA, ME TOCO DEJAR TODO ABANDONADO , MI HIJA TAMBIÉN DEJO ALLÁ ARRIBA EN RIO PIEDRA ABANDONADO SUS ANIMALES COMO GANADO , GALLINAS , Y TODO LO DE LA TIENDAS , LA FINCA DONDE MI HIJA TENIA EL GANADO SE LLAMABA FINCA EL CARMEN

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

DESTRUCCION Y APROPIACION  DE BIENES PROTEGIDOS, TIPIFICADO EN LA LEY 599 DE 2.000 EN SU  LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO ARTÍCULO 154. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíçipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES | | | | | | | | | | |
| DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000, ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 65.HOMICIDIO EN PERSONA PROTEGIDA, SIMULACION DE INVESTIDURA O CARGO, | 1 | OTALVARO JOAQUÍN MIRANDA PARRA. C.C. 5067715 | 07/05/20 01 | INVASION LOS LAURELES. SANTA MARTA | • HERNAN GIRALDO SERNA, <br>• NORBERTO QUIROGA POVEDA <br>• NODIER GIRAÑDO GIRALDO <br>• ordenó a alias Calarcá, <br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe) <br>• LUIS ANTONIO BARRETO MEZA (a) "Franklin". (Participe) <br>• (a) "Caliche". (Participe). <br>• (a) "Calarcá". (Participe) | A. Mediato <br><br> Coauto r <br><br> Coauto r <br><br> Coauto r <br><br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO) | - confesión del postulado <br>-Informes de Policía Judicial de fecha  suscrito por funcionarios de  policía judicial. <br>-Fotografías del lugar de los hechos <br>-Recorte de prensa en la que se publico el hecho. <br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica. <br>-Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|------------------|-----------------|--------------------------|------------------------|---------|-----------|-----------------|-----------------------------------|
| | | | | | | | | | | de levantamiento de cadaver, protocolo de necropsia, registro de defuncion, declaraciones juradas, informe policivo, autos de impuslso y resolución y/o decisión toamda en la investigación por el funcionario del conocimiento. |

EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA  26 DE OCTUBRE  DEL 2009, A LAS 12:18:02 USTED ENUNCIO  EL HECHO MANIFESTANDO: UN HECHO EN DONDE LE QUITO LA VIDA A UNA PERSONA  POR LA UNIVERSIDAD DEL MAGDALENA, EN   UN BARRIO QUE NO RECUERDA, QUE QUEDA POR  LA CASA DE CARLOS CASTRO ARAQUE , ALIAS CALICHE, QUE PARTICIPARON LUIS ANTONIO BARRETO MESA Y USTED, QUE SE HICIERON  PASAR POR EMPLEADOS DE LA FISCALÍA, QUE  DESDE LA CASA DE CARLOS CASTRO ARAQUE, ALIAS CALICHE, DESDE UN BAÑO SE VEÍA  A LA CASA DE LA VÍCTIMA, Y OBSERVARON CUANDO  EL SEÑOR LLEGO A SU CASA ENTRO SE SENTÓ EN UNA SILLA CARGO LOS HIJOS, ENTRO AL CUARTO SALIO DESCAMISADO Y SE SENTÓ EN UNA  SILLA EN LA PUERTA LA CUAL ESTABA ABIERTA, ENTONCES BARRETO Y USTED SE DIRIGIERON  A LA CASA Y LE DIJERON QUE IBAN  DE PARTE DE LA FISCALÍA Y LE DIERON LOS TIROS, QUE LA VÍCTIMA  SALIO CORRIENDO Y CALLO EN EL PATIO, Y BARRETO MESA, SE FUE EN UN CARRO Y SE FUE Y USTED SE FUE POR OTRO LADO.- RELATO HECHO POR  LA VICTIMA INDIRECTA:. ANTE LA UNIDAD DE JUSTICIA Y PAZ REPORTARON LOS HECHOS LOS FAMILIARES DE LA VICTIMA Y MANIFESTARON QUE SU HERMANO SE VINO A VIVIR A SANTA MARTA, CUANDO LO MATARON EL TENIA DOS (2) AÑOS DE VIVIR ALLÍ, EL SE DEDICABA A LA COMPRA Y VENTA DE GANADO, LE VENDÍA GANADO AL MATADERO DE SANTA MARTA, QUE LA VÍCTIMA  ESTABA VIVIENDO EN EL BARRIO LOS LAURELES POR DONDE HAY UNAS LADRILLERAS, VIVÍA EN COMPAÑÍA DE SU MUJER Y TRES HIJOS QUE TENIA CON ELLA; EL DÍA QUE A EL LO MATARON LLEGARON TRES (3) HOMBRES HASTA LA CASA DE EL, SIN MEDIAR PALABRA LE DISPARARON Y LE CAUSARON LA MUERTE DELANTE DE SU MUJER Y SUS HIJOS Y UN CUÑADO DE EL QUE ESTABA AHÍ, LO QUE AVERIGUARON FUE QUE SUPUESTAMENTE LOS PARACOS DE FUNDACIÓN VINIERON SIN PERMISO A LA CIUDAD Y LO ASESINARON PERO NO SE SUPO PORQUE MOTIVO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. SIMULACION DE INVESTIDURA O CARGO ARTICULO 426 CAPITULO IX DE LA USURPACION Y ABUSO DE FUNCIONES PUBLICAS TITULO XV DE LOS DELITOS CONTRA LA ADMINISTRACION PUBLICA

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 66. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAIME CLEMENTE PÉREZ VÁSQUEZ. C.C. 85451623 | 03/06/20 02 | CALLE 35 CARRERA 88. BARRIO 20 DE OCTUBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe)<br>• ELMER ENRIQUE CARBONO CASTILLO (a) "Azulito. (Participe) | A. Mediato<br><br>Coauto r<br><br>Coauto r<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO) | - confesión del postulado<br>-Informes de Policía Judicial de fecha  suscrito por funcionarios de  policía judicial abscritos a este Despacho.<br>-Fotografías del lugar de los hechos<br>-Recorte de prensa en la que se publico el hecho.<br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica.<br>-Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadaver, protocolo de necropsia, registro de defuncion, declaraciones juradas, informe policivo, autos de |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | impuslso y resolución y/o decisión toamda en la investigación por el funcionario del conocimiento |

SITUACION FACTICA: POR MEDIO DE LAS LABORES REALIZADAS POR LA POLICÍA JUDICIAL SE TIENE CONOCIMIENTO QUE EL DÍA 3 DE JUNIO DE 2001, A ESO DE LA 7:30 DE LA NOCHE PERDIÓ LA VIDA EL SEÑOR JAIME CLEMENTE PÉREZ VÁSQUEZ, CUANDO SE DIRIGÍA A SU CASA, LE HICIERON VARIOS DISPAROS QUEDANDO GRAVEMENTE HERIDO, QUE ALGUNOS VECINOS Y SUS HIJOS LO AUXILIARON PERO MURIÓ AL LLEGAR AL HOSPITAL, QUE NO SE SABÍA SI HABÍA RECIBIDO AMENAZAS Y SE DESCONOCÍA QUE TUVIERA ENEMIGOS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 67. HOMICIDIO EN PERSONA PROTEGIDA | 1 | WILDER TARAZONA RANGEL. | 15/08/2001 | CALLE 33B No. 84 – 49. BARRIO 20 DE OCTUBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO) | - confesión del postulado<br><br>-Informes de Policía Judicial de fecha suscrito por funcionarios de policía judicial abscritos a este Despacho.<br><br>-Fotografías del |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1555

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
|  |  |  |  |  | • JOSE EDILBERTO GUZMAN (a) "Quemaito" (Participe)<br>• (a) "Jorge Portillo". (Participe) |  |  |  |  | lugar de los hechos<br><br>-Recorte de prensa en la que se publico el hecho<br><br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica.<br><br>-Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadaver, protocolo de necropsía, registro de defuncion, declaraciones juradas, informe policivo, autos de impuslso y |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | resolución y/o decisión toamda en la investigación por el funcionario del conocimiento. |

SITUACION FACTICA: EN VERSION LIBRE EL DIA 26/10/2009 EL POSTULADO LUIS CARLOS LOPEZ CASTROMANIFIESTA: POR LA CASA LLEGO UN MUCHACHO INVALIDO TENIA 2 MULETAS YO LO MOSTRE, EL SI ERA DE LAS FARC SEGÚN INFORMACIONES EL ERA DESERTOR TENIA COMO 15 DIAS DE HABER LLEGADO, YO LE ENTREGUE EL ARMA A JORGE PORTILLO PARA QUE LO MATARA, JORGE PORTILLO ERA UN PELAO DEL 11. EL FUE Y MATO AL MUCHACHO NO CONOZCO LOS DETALLES. POSTERIORMENTE ESE MISMO DIA LA PREGUNTARSE POR EL HOMICIDIO EL 15 AGOSTO 2001 DE WILDER TARAZONA RANGEL, SALIO A LA CALLE DE SU CASA UNOS HOMBRES LE DISPARARON. BARRIO 20 DE OCTUBRE. MANIFIESTA EL POSTULADO: ESE NO ES EL MANCO EL DE LAS MULETAS, YO VOY A DECIR YO AL MUCHACHO HACE 4 DIAS LE ESTABAMOS SIGUIENDO LA PISTA NO SABIAMOS QUIEN ERA LA MAMA, EL MUCHACHO LLEGO DE UN PUEBLO NO SABEMOS DE DONE, SEGUN INFORMACIONES PERTENECIO A LAS FARC ESA INFORMACION LE LLEGO AL COMANDANTE QUEMAITO A MI ME DA A GUARDAR EL ARMA CON LA QUE LE DIERON YO ESTABA EN LA CASA Y JORGE PORTILLO ME PIDIO EL ARMA QUE IBA HACER YO LE ENTREGO EL ARMA NO SE SI IBA CON OTROS MUCHACHOS, CUANDO YO ESCUCHE YA HABIAN MATADO AL MUCHACHO. LA ORDENO QUEMAITO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 .HOMICIDIO AGRAVADO-TENTATIVA DE HOMICIDIO AGRAVADO-TERRORISMO-DAÑO EN BIEN AJENO-DESPLAZAMIENTO FORZADO | 5 | VICENTE MANUEL TORRIJOS GUZMAN. C.C. 12615339 Y VICENTE SEGUNDO TORRIJOS ARIZA (MENOR DE 3 AÑOS) | 05/02/19 94 | VEREDA PUENTE DE CORDOBA - CIENAGA - MAGDALENA | • HERNAN GIRALDO SERNA<br>• OMAR MARTIN OCHOA BALLESTEROS (a) "El Viejo" (Partícipe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito" (Partícipe) | A. Mediato<br>Coautor<br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO | HOMICIDIO INDIVIDUAL | INCURSION ARMADA IRRUPCION EN SITIO CERRADO | 1.1. Registro fotográfico del lugar del hecho y de la víctima1.2. Acta de levantamiento de cadáver No. 000025, de quien en vida respondía al nombre de VICENTE TORRIJO |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MUERTOS Y RAFAEL ANTONIO TORRIJO ARIZA (HERIDO). C.C. 8498612, LUIS ALBERTO TORRIJO ARIZA (HERIDO). C.C. 72315770 Y ALBEIRO ENRIQUE TORRIJO ARIZA (HERIDO). C.C. 1043871081 MENORES DE 12,10 Y 8 AÑOS). | | | | | SUBVERSIVO | | | GUZMAN, 1.3 Acta de levantamiento de cadáver No. 000026, de quien en vida respondía al nombre de VICENTE TORRIJO GUZMAN 1.4. Se cuenta además con fotocopia del Protocolo de Necropsia No. 031, correspondiente a VICENTE TORRIJO ARIZA, 1.5. Se cuenta además con fotocopia del Protocolo de Necropsia No. 032, correspondiente a VICENTE TORRIJO GUZMAN, 1.6. Igualmente se cuenta con copia del Diario Hoy del Magdalena, de fecha 7 de Febrero de 1994, página 6 A, sesión de judiciales bajo el título "CON GRANADA ASESINAN A 2 PERSONAS ENTRE ELLAS A UN NIÑO, HAY 3 MAS HERIDAS", |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|------------------|--------------------------|------------------------|---------|-----------|----------------|-----------------------------------|
|  |  |  |  |  |  |  |  |  |  | 1.7. Registro civil de defunción No. 1437947 de VICENTE MANUEL TORRIJO GUZMAN. 1.8. Registro civil de defunción No. 1437948 de VICENTE SEGUNDO TORRIZO ARIZA 1.9. Por el presente hecho la Fiscalía Sexta de Ciénaga, inicio investigación previa bajo el radicado 065, la cual fue suspendida mediante resolución de fecha 20 de febrero de 1995. 2.1. Dictamen medico legal No. 2009C-02010107030, realizado LUIS ALBERTO TORRIJO ARIZA, |

SITUACION FACTICA: EL DÍA 05 DE FEBRERO DE 1994, EN LA VEREDA PUENTE DE CÓRDOBA, UBICADA EN EL MUNICIPIO DE CIENAGA –MAGDALENA, A ESO DE LAS 9 PM, EL INMUEBLE DE LA FAMILIA TORRIJO ARIZA, FUE ATACADA CON UNA GRANADA DE FRAGMENTACIÓN, POR PARTE DE UN GRUPO DE HOMBRES DE LAS AUC, QUIENES LUEGO DE LANZAR EL ARTEFACTO EXPLOSIVO INGRESARON A LA RESIDENCIA Y REMATARON AL SEÑOR VICENTE MANUEL TORRIJO GUZMAN, DISPARÁNDOLE EN CUATRO OCASIONES. COMO CONSECUENCIA DE ESTA ACCIÓN SE PRODUCE  LA MUERTE DEL SEÑOR VICENTE MANUEL TORRIJO GUZMAN, DE 39 AÑOS DE EDAD Y EL MENOR VICENTE SEGUNDO TORRIJO ARIZA, DE TRES AÑOS DE EDAD Y LESIONADOS RAFAEL TORRIJO ARIZA (12 AÑOS DE EDAD), LUIS ALBERTO TORRIJO ARIZA (DE 10 AÑOS DE EDAD), ALBEIRO TORRIJO ARIZA (DE 8 AÑOS DE EDAD); Y SIN LESIONES VISIBLES  QUEDARON NINFA ARIZA, DE 30 AÑOS DE EDAD, MADRE DE LOS  MENORES, E IGUALMENTE EL BEBÉ DE DOS MESES DE NACIDO, JESUS DAVID TORRIJO ARIZA

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).  EN CONCURSO CON TENTATIVA DE HOMICIDIO EN PERSONA PROTEGIDA. **ART. 187. CAPITULO PRIMERO, TITULO V. DELITOS CONTRA LA SEGURIDAD PUBLICA - TERRORISMO.** MODIFICADO DECRETO 2266 DE 1991, ART. 4. EL QUE PROVOQUE O MANTENGA EN ESTADO DE ZOZOBRA O TERROR EN LA POBLACIÓN O A UN SECTOR DE ELLA, MEDIANTE ACTOS QUE PONGAN EN PELIGRO LA VIDA, LA INTEGRIDAD FÍSICA O LA LIBERTAD DE LAS PERSONAS O LAS EDIFICACIONES O MEDIOS DE COMUNICACIÓN, TRANSPORTE, PROCESAMIENTO O CONDUCCIÓN DE FLUIDOS O FUERZAS MOTRICES, VALIÉNDOSE DE MEDIOS CAPACES DE CAUSAR ESTRAGOS INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS Y MULTA DE DIEZ (10) A CIEN (100) SALARIOS MÍNIMOS MENSUALES, SIN PERJUICIO DE LA PENA QUE LE CORRESPONDA POR LOS DEMÁS DELITOS QUE OCASIONEN CON ESTE HECHODESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000, ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. **ART. 370. - DAÑO EN BIEN AJENO.*** EL QUE DESTRUYA, INUTILICE, HAGA DESAPARECER O DE CUALQUIER OTRO MODO DAÑE BIEN AJENO, MUEBLE O INMUEBLE, SIEMPRE QUE EL HECHO NO CONSTITUYA DELITO SANCIONADO CON PENA MAYOR, INCURRIRÁ EN PRISIÓN DE UNO A CINCO AÑOS Y MULTA DE QUINIENTOS A DIEZ MIL PESOS.* | | | | | | | | | | |
| | | | **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA  VINCULO GRUO SUBVERSIVO- HOMICIDIO SELECTIVO INDIVIDUAL - INTERCEPTACION** | | | | | | | |
| 69. HOMICIDIO EN PERSONA PROTEGIDA | 1 | RODRIGO ALFONSO AHUMADA LOMANTO. (PERIODISTA – GERENTE DE LA EMISORA "RADIO GALEON").C.C. 80417159  NOTICIAS EN CONTRA DE LA EXTORSION BOLETEO, Y PROPAGANDAS ELN | 21/06/2002 | CALLE 18. FRENTE A LA ESCUELA MAGADLENA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MEDNDOZA (DIOA LA ORDEN).  (Participe)<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo", "Manuel". (DIO LA ORDEN<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe). | A. Mediato  Coautor  Coautor  Coautor  Coautor  Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO | INTERCEPTACION | Acta de inspección de cadáver numero 262,  practicada por la Fiscalía 18 Uri Santa Marta Registro de nacimiento de Rodrigo Alfonso Ahumada Lomando Declaración jurada de Yaneth Ahumada Lomando Fotocopia de álbum fotográfico de la inspección de cadáver Oficio No. 0243, Sajín Demás, de |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|-------------|----------------|-----------------|------------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | • JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br><br>• EDGAR CORDOBA TRUJILLO (a) "5.7". (ORDENÓ) | | | | | fecha 23 de junio/2002. Resolución inhibitoria de fecha 14 octubre de 2003. Registro civil de defunción Confesión y aceptación de responsabilidad hecho por los postulados en versión libre Reporte de hechos por las victimas indirectas |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DÍA  21 DE JUNIO DE 2.002, APROXIMADAMENTE A LAS 11:30 DE LA MAÑANA CUANDO EL PERIODISTA   RODRIGO AHUMADA LOMANTO, SE DESPLAZABA EN SU VEHÍCULO, UN NISSAN PATOL QUE TENÍA EL EMBLEMA DE LA EMISORA RADIO GALEÓN, POR EL SECTOR DE LA AVENIDA DEL FERROCARRIL CON CALLE 18 BARRIO CENTRO DE LA CIUDAD, FUE INTERCEPTADO  POR  DOS (2) SUJETOS EN UNA MOTOCICLETA QUE  LE PROPINARON TRES IMPACTOS CON ARMA DE FUEGO QUE LE PRODUJO LA MUERTE EN FORMA INMEDIATA. EN LO QUE ATAÑE A LOS MÓVILES DEL HOMICIDIO DEL PERIODISTA AHUMADA LOMANDO, SE REGISTRA EN EL INFORME DEL GRUPO INVESTIGATIVO DE LA SAJÍN,  QUE EL DÍA DE SU FALLECIMIENTO LA VICTIMA HABÍA SALIDO DE SU LUGAR DE TRABAJO EN RADIO GALEÓN, SE LE HABÍA VISTO ALGO PREOCUPADO Y AL PARECER SALIÓ A CUMPLIR UNA CITA, PERO QUE LOS ÚNICOS INCONVENIENTES LEGALES O JUDICIALES QUE HABÍA TENIDO EL PERIODISTA FUE CUANDO SE VIO INVOLUCRADO EN UN ACCIDENTE DE TRANSITO EN SANTA MARTA EN EL AÑO 1995 DONDE UNA PERSONA RESULTÓ FALLECIDA, TAMBIÉN CUANDO ESTUVO VIVIENDO EN EL EXTERIOR EN LA ISLA DE ARUBA DONDE ESTUVO PRESO POR ESTUPEFACIENTES DURANTE 8 MESES APROXIMADAMENTE Y SE COMENTA ADEMÁS QUE EXTRAOFICIALMENTE EL HOY FALLECIDO HABÍA ASISTIDO A UNA REUNIÓN EN CUMPLIMIENTO A UN LLAMADO DE LAS AUTODEFENSAS POR UN REPORTE DIFUNDIDO A LA OPINIÓN PUBLICA DONDE DENUNCIABA EL BOLETO Y LA EXTORSIÓN A LOS HABITANTES Y COMERCIANTES DE LA CIUDAD, REUNIÓN DEL CUAL SE DESCONOCIÓ QUE COMPROMISO ADQUIRIÓ CON EL GRUPO ARMADO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1561

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 .HOMICIDIO EN PERSONA PROTEGIDA | 1 | HERNAN DE JESUS GOEZ GOMEZ. C.C. 85461812 | 08/08/1994 | BARRIO LA BOLIVARIANA. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • EDGAR OCHOA BALLESTEROS <br> • CARMEN RINCON | Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | INTERCEPTACION | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: HOMICIDIO DE HERNAN DE JESUS GOEZ GOMEZ EN PANTALLA FOTOGRAFIA HECHOS 9 DE AGOSTO 1994 BARRIO LA BOLIVARIANA SANTA MARTA, SE MUESTRA FOTOGRAFIA. POSTULADO NO TENGO CONOCIMIENTO DEL HECHO 2011-08-09,14:26:28, SE MUESTRA VERSION DE EDGAR OCHOA HOMICIDIO DE HERNAN DE JESUS GOES GOMEZ HECHOS 9 DE AGOSTO 1994 BARRIO LA BOLIVARIANA SE MUESTRA EL VIDEO CLIP DEL 30 DE ENERO DEL 2008, 2011-08-09, 14:28:45, NO TUBE CONOCIMIENTO PERO ACEPTO POR LINEA DE MANDO NO CONOCIA LA VICTIMA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| 71. HOMICIDIO EN PERSONA PROTEGIDA | 2 | HERNANDO MOGOLLON BASTO (PADRE) Y RAMON | 29/05/1989 | VEREDA LA LISA. CORREGIMIENTO DE BONDA. SANTA | • HERNAN GIRALDO SERNA | A. Mediato | SUPUESTOS VINCULOS | HOMICIDIO INDIVIDUAL | INTERCEPTACION | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | HERNANDO MOGOLLON (HIJO) | | MARTA | | | CON EL GRUPO ENEMIGO-ESTIGMA NE VÍNCULOS GRUPO SUBVERSIVO | (SELECTIVO | | ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EN RELATO DE LA VICTIMA: MI ESPOSO HERNANDO MOGOLLÓN Y MI HIJO RAMON MOGOLLÓN FUERON ASESINADOS EL DÍA 29 DE MAYO DE 1989 CUANDO VENÍAN DE REGRESO DEL SECTOR DE LA LISA HACIA SANTA M ARTA. EL HECHO OCURRIÓ COMO A LAS 6:30 DE LA MAÑANA. YO VENÍA CON ELLOS. CUANDO DE REPENTE APARECIERON EN LA VÍA COMO CUATRO TIPOS Y SIN PREGUNTAR NADA ASESINARON A MI ESPOSO Y ASESINARON A MI HIJO. MI ESPOSO NUNCA ME COMENTO DE PROBLEMAS O AMENAZAS QUE ÉL TUVIERA. DESCONOZCO LA IDENTIDAD DE LAS PERSONAS QUE LOS ASESINARON, SOLO SE COMENTÓ QUE FUERON LOS PARAMILITARES. DESCONOZCO LOS MOTIVOS DE ESTAS MUERTES. YO VENIA CON ELLOS Y ADEMÁS CON OTRO HIJO MENOR DE EDAD. YO SALÍ CORRIENDO POR LA CARRETERA Y ME ENCONTRÉ CON EL SEÑOR LUCIANO MACIAS AMIGO CONOCIDO DE NOSOTROS TAMBIEN DUEÑO DE FINCA QUIEN ME LLEVÓ A LA INSPECCIÓN Y ALLÁ DI AVISO A LAS AUTORIDADES. LOS CUERPOS FUERON TRAIDOS A SANTA MARTA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 72. HOMICIDIO EN PERSONA PROTEGIDA | 1 | LUIS ALBERTO PIZARRO CARO. C.C. 19585096 | 28/12/2003 | VEREDA LAS MINAS. SAN PEDRO DE LA SIERRA. CIENAGA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA. (a) "Beto Quiroga. "5.5". (Participe)<br>• JOSE DEL CARMEN GELVES ALBARRACIN<br>• JOSE DANIEL MORA LOPEZ (a) "Guerrero". (Participe) | A. Mediato Coautor<br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO . | HOMICIDIO INDIVIDUAL (SELECTIVO) | INTERCEPTACION | . Acta de Inspección de cadáver No 159 de fecha 29 de Diciembre de 2003, practicada por la Policía Judicial C.T.I de Ciénaga.<br><br>2. Protocolo de Necropsia No. 2003P-00163, en donde se consignó que la muerte se produjo por heridas ocasionadas por proyectil de arma de fuego.<br><br>3.- Registro Civil de Defunción Serial No. 04534027.<br><br>4.- Reporte del hecho<br><br>5.- Entrevista de la señora EMILSE RUEDA ZAMORA 14 de Agosto de 2009<br><br>6. Reporte de sipod |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: ESTE HECHO TUVO OCURRENCIA EL DÍA 28 DE DICIEMBRE DE 2.003, CUANDO EL SEÑOR LUIS ALBERTO PIZARRO CARO VENÍA EN UN VEHÍCULO DE LA FINCA SAN CARLOS EN COMPAÑÍA DE TRES HIJOS Y LOS TRABAJADORES DE LA FINCA, Y A LA ALTURA DE LA VEREDA SAN PABLO FUERON INTERCEPTADOS POR UN GRUPO DE HOMBRES ARMADOS, QUIENES LUEGO DE BAJARLOS DEL VEHÍCULO LES PIDIERON SE IDENTIFICARAN Y DESPUÉS LES DIJERON A LOS PASAJEROS QUE SE SUBIERAN AL CARRO NUEVAMENTE, DEJANDO A LUIS PIZARRO A QUIEN LE DIERON MUERTE. CON MOTIVO DE ESTE HOMICIDIO LA FAMILIA SE DESPLAZÓ Y DEJARON TODO ABANDONADO. EL POSTULADO JOSE DANIEL MORA LOPEZ, EN DILIGENCIA DE VERSIÓN LIBRE EFECTUADA EL DÍA 5 DE FEBRERO DE 2009, AL PREGUNTÁRSELE POR EL HOMICIDIO DE LUIS ALBERTO PIZARRO, OCURRIDO EL 28 DICIEMBRE 2003, EN LA VÍA KENNEDY SAN PABLO, QUIEN ERA PARCELERO DE LA PELTON Y SOCIO DE LA COOPERATIVA AGROPECUARIA DE SAN CARLOS, QUIEN SE DIRIGÍA A SAN PABLO A VENDER CAFÉ DONDE FUE ASESINADO SEGÚN NORBERTO QUIROGA POVEDA, ALIAS 5.5 POR INFORMACIÓN DE CENTELLA, QUIEN ERA TRABAJADOR DE LA ELECTRIFICADORA, PERO NO HIZO PARTE DE LA AGRUPACIÓN. A LUIS ALBERTO PIZARRO CARO SE LE DIJO QUE SE FUERA DEL LUGAR POR HACERSE PASAR COMO MIEMBRO DE LAS AUC. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTÍCULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 73. HOMICIDIO EN PERSONA PROTEGIDA SECUESTRO SIMPLE Y HURTO | 1 | ALVARO JOSE CADAVID CADAVID C.C. 4977614. (Inspector de Bonda) | 10/05/20 00 | FINCA "EL RCUERDO No. 2", BARRIO "ONCE DE NOVIEMBRE". PARQUEADERO DE RODAMAR. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Forcejeo con la víctima antes de asesinarlo)<br>• (a) "Carepalo" | A. Mediato 646 Coautor | SUPUESTOS VINCULOS OCN EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | INTERCEPTACI ON | Recorte de prensa en la que se publico el hecho.<br>- Copia del proceso radicado bajo el número 16321 asignado a la Fiscalía 30 de Santa Marta<br>- acta de levantamiento de cadáver No 155 de fecha 10 de mayo del 2000, correspondiente al señor ÁLVARO JOSÉ CADAVID CADAVID. Certificado de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Defunción, protocolo de Necropsia No 158 |

SITUACION FACTICA: POR LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA AL DESPACHO SE LOGRO ESTABLECER QUE  EL DÍA 10 DE MAYO DEL 2000 EL SEÑOR ÁLVARO JOSÉ CADAVID CADAVID, QUIEN SE DESEMPEÑABA COMO INSPECTOR DE POLICÍA DEL CORREGIMIENTO DE BONDA, FUE ASESINADO DE VARIOS IMPACTOS DE ARMA DE FUEGO, PROPINADOS POR VARIOS SUJETOS QUE LLEGARON HASTA EL  PARQUEADERO DE BUSETAS RODAMAR LOCALIZADO EN LA TRONCAL DEL CARIBE EN EL BARRIO ONCE E NOVIEMBRE Y SIN MEDIAR PALABRA SE ACERCARON HASTA EL LUGAR DONDE ESTABA CADAVID PROCEDIENDO A DISPARARLE HASTA CAUSARLE LA MUERTE DE MANERA INMEDIATA

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. EN CONCURSO HETEROGÉNEO CON SECUESTRO SIMPLE. PREVISTO EN LIBRO SEGUNDO, TITULO III, CAPITULO SEGUNDO, DEL  ARTÍCULO 168 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 733 DE 2.002, BAJO  EL SIGUIENTE TENOR. ARTÍCULO 168. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES . CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA  VINCULO GRUPO SUBVERSIVO- HOMICIDIO SELECTIVO INDIVIDUAL- SUSTRACCION FUERZA-ENGAÑO | | | | | | | | | | |
| 74.HOMICIDIO EN PERSONA PROTEGIDA. TORTURA EN PERSONA PROTEGIDA Y SECUESTRO SIMPLE | 2 | JOSE DEL CARMEN ACEVEDO PATIÑO. C.C. 12557516. Y CARMEN YOLANDA ACEVEDO CASTRO. C.C. 32859039 | 5/04/2003 | SECTOR DE TRES PUENTES. VIA A MINCA. PARQUEADERO DE BUSETAS DE LA EMPRESA DE TRANSPORTES RODATURS | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE DEL CARMEN GELVES ALBARRACIN<br>• EVER ANTONIO CAICEDO PEREZ (a) "Mellales". (Participe).<br>• JUAN HIPOLITO MEJIA | A. Mediato<br><br>Coautora<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- | HOMICIDIO INDIVIDUAL (SELECTIVO | SUSTRACCIÓN POR LA FUERZA | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1566

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RODRIGUEZ (a) "Caucacia". (Partícipe). <br>• CARLOS MARIO MACHADO (a) "El Niño Machado". (Partícipe). <br>• GIOVANY BABATIVA URREGO (a) "Pelusa". (Partícipe). <br>• DICTER FERNANDO PEREA RODRIGUEZ (a) "Bonda". (Partícipe). <br>• MAURO PULGARIN RODRIGUEZ (a) "Andreina". (Partícipe). <br>• EDGAR CORDOBA TRUJILLO (a) "5.7". (Partícipe) <br>• (a) "Megateo". (Partiipe) <br>• (a) "Ramón". (Partícipe) | Coautor | ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | | | JUSTICIA Y LA PAZ |

SITUACION FACTICA: AL SEÑOR JOSE DEL CARMEN ACEVEDO PATIÑO LO SACARON DE LA FINCA LLAMADA BARRANQUILLITA, UBICADA EN LA VIA QUE DE MINCA CONDUCE AL CORREGIMIENTO CENTRAL CORDOBA, DESPUES DEL CAMPANO, SIERRA NEVADA, EL DIA 5 ABRIL DEL 2003, SE LO LLEVO UN GRUPO DE LAS AUTODEFENSAS EN COMPAÑÍA DE LA SEÑORA YOLANDA ACEVEDO CASTRO , LOS DOS ERAN PRIMOS Y APARECIERON MUERTO EN UN PARQUEADERO DE BUSES UBICADO EN EL SECTOR DEL CISNE, A ESO DE LA 1 DE LA MADRUGADA LOS MATARON , CON ARMA DE FUEGO, EL POSTULADO EVER CAICEDO PEREZ MANIFIESTA SOBRE EL HECHO: EN EL AÑO 2003 SEÑOR HIPOLITO, ALIAS CAUCACIA QUE ERA MI COMANDANTE SUPERIOR ZONA DEL CAMPANO, AÑO 2003, NO RECUERDO EL MES, COMO A MITAD DE AÑO, LE DIJO AL NIÑO MACHADO, A EVER CAICEDO, A PELUSA, QUE NOS ALISTARAMOS QUE IBAMOS A RECOGER UNA PERSONA EN LA CENTRAL, DEL CAMPANO A LA CENTRAL NOS ECHAMOS UNA HORA Y MEDIA, ALLI ENCONTRAMOS AL SEÑOR ANDREINA QUE TENIA 2 PERSONAS RETENIDAS, ESAS PERONAS LAS SACARON DEL PLAN DE LAS OLLAS, Y LAS RECOGIMOS EN LA CENTRAL, CAUCACIA ME DIJO A MI Y A PELUSA QUE COGIERAMOS LAS PERSONAS LAS AMARRARAMOS Y LAS MONTARAMOS EN LA CAMIONETA, EL NIÑO ERA EL CONDUCTOR, COMENZAMOS A BAJAR LLEGAMOS A MINCA, AHI LA POLICIA NO NOS DEJO PASAR, NOS TOCO REGRESARNOS POR LOS LADOS DEL CEMENTERIO LLEGAMOS A LA NARANJERA, BAJAMOS A LA CURVA, LLEGAMOS AL CISNE, CON LOS DOS TIPOS AMARRADOS, LA CAMIONETA ERA ROJA, PERO NO RECUERDO QUE PLACA ERA, EL NOMBRE DE LAS VICTIMAS, JOSE DEL CARMEN ACEVEDO PATIÑO, Y CARMEN ACEVEDO, ERAN HERMANOS, AHI EN LA CURVA SE LO ENTREGAMOS A BONDA QUE ERA EL CONDUCTOR DE HIPOLITO MEJIA, ERA EL QUE LLEVABA LOS VIVERES AL CAMPANO, A BONDA A RAMON Y A MEGATEO, ELLOS PASARON EN LA CAMIONETA QUE MANEJABA BONDA, ELLOS SALIERON ADELANTE Y NOSOTROS ATRAS EN OTRO VEHICULO, LLEGARON A TRES PUENTES DONDE LA BUSETA A LA VUELTA, Y LE DIERON MUERTE MEGATEO Y RAMON, ESTABAN AMARRADOS, CUANDO ELLOS LE ESTABAN DANDO MUERTE YO ESTABA SIEMPRE RETIRADO, NO SE SI EN EL MOMENTO QUE LOS MATARON LOS SOLTARON O LOS DEJARON AMARRADOS, ELLOS QUEDARON TIRADOS EN EL CISNE DONDE LA BUSETA DA LA VUELTA, PELUSA ES UN PATRULLERO DEL FRENTE R. TAYRONA, ES DESMOVILIZADO, ESTA EN LIBERTAD ESTA AQUI EN SANTA MARTA, F. VAMOS A MOSTRARLE EN PANTALLA FOTOS DE LAS VICTIMAS, EVER: SI ESAS SON LAS PERSONAS, F. JOSE DEL CARMEN ACEVEDO PATIÑO Y CARMEN ACEVEDO CASTRO,

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SON PRIMOS, 06 DE ABRIL DE 2003, REGISTRADOS POR EL INFORMADOR 08 DE ABRIL DE 2003, PARAJE ASESINADA EN TRES PUENTES ERAN PRIMOS, | | | | | | | | | | |
| HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.<br><br>TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLINJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA  VINCULO GRUPO SUBVERSIVO- HOMICIDIO SELECTIVO INDIVIDUAL ENGAÑO** | | | | | | | | | | |
| 75. HOMICIDIO EN PERSONA PROTEGIDA-. SECUESTRO. DESPLAZAMIENTO O FORZADO Y DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS | | SEGUNDO BAHAMON RUIZ<br><br>C.C. 997915 (Miembro de una Asociación de Campesino, Cooperativa Agropecuaria "San Isidro"- COOAGROSI) y YURI ARLEY BAHAMON QUINTERO (Menor de Edad, Hijo de aquel) | 19/08/2003 | FINCA "LA TRANQUITA", VEREDA CAMAGUAL, CORREGIMIENTO DE SAN PEDRO DE LA SIERRA- CIENAGA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE DEL CARMEN GELVES ALBARRACIN<br>• DANIEL GIRALDO CONTRERAS<br>• JOSE DANIEL MORA LOPEZ<br>• ARLESAY NIETO | A. Mediato<br><br>A. Mediato<br><br>Coautor | SUPUESTOS VINCULOS OCN EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO INDIVIDUAL (SELECTIVO) | ENGAÑO | .- Fotografía de las víctimas<br><br>2.-Fotografía de la finca la India- Vivienda de la familia BAHAMON<br><br>3.- Fotografía de la vuelta del Burro- sitio de reunión de los campesinos con las AUC<br><br>4.- Publicación de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|-------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | BABATIVA. (Participe) | | | | | prensa del día 20 de Agosto de 2004 |
| | | | | | | | | | | 5.-Fotografía de la finca la Marinca- lugar donde hallaron los cadáveres |
| | | | | | | | | | | 6.-Fotografía de la forma como quedaron los cadáveres de las víctimas |
| | | | | | | | | | | 7. Fotocopia de proceso adelantado |
| | | | | | | | | | | 8.-Album fotográfico de inspección a cadáver |
| | | | | | | | | | | 9.-Acta de levantamiento de cadáver SEGUNDO BAHAMON y YURI BAHAMON. |
| | | | | | | | | | | 10.-Protocolo de Necropsia SEGUNDO BAHAMON RUIZ. |
| | | | | | | | | | | 11.- Protocolo de necropsia de |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1569

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YURY BAHAMON QUINTERO. 12.- Fotocopia del proceso del homicidio de YURI BAHAMON y SEGUNDO BAHAMON RUIZ.<br><br>13.-Consulta de plena identidad de SEGUNDO BAHAMON<br><br>14.-Certificado Judicial de SEGUNDO BAHAMON<br><br>15.-Registro nacimiento de YURI BAHAMON |

SITUACION FACTICA: EL DÍA 13 DE AGOSTO DE 2.004 EL SEÑOR SEGUNDO BAHAMON RUIZ Y SU HIJO YURI BAHAMON QUINTERO, ESTE ULTIMO PARA LA FECHA DEL HECHO ERA MENOR DE EDAD, SALIERON DE LA FINCA LA INDIA, UBICADA EN EL CORREGIMIENTO DE SAN PEDRO DE LA SIERRA, DONDE EL SEÑOR SEGUNDO BAHAMON ERA COPROPIETARIO Y PERTENECÍA A LA COOPERATIVA AGROPECUARIA SAN ISIDRO "COOAGROSI", A UNA REUNIÓN QUE HABÍAN CONVOCADO LOS PARAMILITARES EN LA REGIÓN DEL MICO,  A LA ALTURA DE LA FINCA LA TRANQUITA HABÍA UN RETÉN DE  PARAMILITARES EN DONDE ESTABA ALIAS "104", QUIENES PROCEDIERON A DETENER A LOS BAHAMON Y FUERON CONDUCIDOS A LA FINCA EL PLATANAL UNO, DONDE PERMANECIERON POR SEIS DÍAS, LUEGO LOS BAJARON A LA VEREDA JOLONURA CERCA DE LA EMPRESA DRUMMOND DONDE FUERON ASESINADOS Y SUS CADÁVERES ENCONTRADOS EL DÍA 19 DE AGOSTO DE 2004. LA HIJA DEL SEÑOR SEGUNDO BAHAMON DE NOMBRE YAMILE BAHAMON QUINTERO, FUE RECLUTADA POR LAS FARC Y ESTA SITUACIÓN ERA CONOCIDA POR TODOS LOS MORADORES DE LA REGIÓN. POR ESTOS HECHOS LA FAMILIA DE LAS VÍCTIMAS SE DESPLAZARON  Y DEJARON ABANDONADO TODO LO QUE TENÍAN. EL POSTULADO JOSE DANIEL MORA LOPEZ MANIFESTO QUE  A ESTAS PERSONAS  SE LES DIO MUERTE PORQUE TENIAN INFORMACION QUE LOS  BAHAMON ERAN MIEMBROS DE LAS FARC.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.   5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. <br><br>EN CONCURSO HETEROGÉNEO CON  SECUESTRO SIMPLE. PREVISTO EN LIBRO SEGUNDO, TITULO III, CAPITULO SEGUNDO, DEL  ARTÍCULO 168 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 733 DE 2.002, BAJO  EL SIGUIENTE TENOR. ARTÍCULO 168. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINT.E (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES VIGENTES. DESPLAZAMIENTO FORZADO ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS <br><br> DESTRUCCION Y APROPIACION  DE BIENES PROTEGIDOS, TIPIFICADO EN LA LEY 599 DE 2.000 EN SU  LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO ARTÍCULO 154. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES | | | | | | | | | | |
| **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA  VINCULO GRUPO SUBVERSIVO- HOMICIDIO MULTIPLE –LUGAR ABIERTO – IRRUPCION SITIO CERRADO** | | | | | | | | | | |
| 76. HOMICIDIO EN PERSONAS PROTEGIDAS | 3 | JULIO DEL CARMEN RODRIGUEZ MAZA. C.C. 12620931. JAIME ROMERO PEREZ. C.C. 5028914. MERCEDES HELENA CAMPO SALCEDO. C.C. 57428566 | 11/10/1994 | CALLE 11, CARRERA 9. MERCADO PUBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • CARMEN RINCON (a) "La Tetona". <br> • CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe). | A. Mediato <br><br> A. Mediato <br><br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PAZ |

SITUACION FACTICA: HOMICIDIO  JULIO DEL CARMEN RODRIGUEZ MAZA 11 DE OCTUBRE 1994 FUE ASESINADO POR VARIOS HOMBRES CUANDO ESTABA RECIBIENDO LA VERDURA CUANDO LA SEÑORA MARIA ARSURIS VALLE PREGUNTO EN EL HOSPITAL UN TENIENTE DE LA POLICIA  LE DIJO QUE SU ESPOSO ESTABA MUERTO YA QUE LE HABIAN PEGADO 7 TIROS CON ARMA DE FUEGO. 2011-01-28, 15:39:37  CARMEN RINCON DIJO QUE LO ASESINO CABALLO LOCO, SI USTED TUVO CONOCIMIENTO DE SUS AUTORES Y PARTICIPES DEL HECHO. POSTULADO NO TUBE CONOCIMIENTO ACEPTO RESPONSABILIDAD POR ORDEN DE MANDO Y PIDO PERDON A LAS VICTIMAS. EL MISMO DIA Y EN EL MISMO SECTOR DEL MERCADO PUBLICO PUBLICO DE SANTA MARTA FUERON ASESINADOS LOS SEÑORES JAIME ROMERO PEREZ Y MERCEDES HELENA CAMPO SALCEDO

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.  CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| 77. HOMICIDIO EN PERSONAS PROTEGIDAS | 3 | CARMEN ANTONIO LÓPEZ BECERRA. C.C. 85464338 ARNULFO HUESO. C.C. 12526096. Y ENEIR HUESO FRANCO. C.C. 85476813  MASACRE EN EL BARRIO LA PAZ | 26/08/ 2002 | CARRERA 10 No. 115 – 51, BARRIO "LA PAZ". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERETO QUIROGA POVEDA<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe).<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". | A.  Mediato<br>A.  Mediato<br>Coautor<br>Coautor<br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | IRRUPCION SITIO CERRADO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL |

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Participe). | | | | | PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 26 DE AGOSTO DE 2.002, EN HORAS DEL MEDIO DÍA,  LOS SEÑORES CARMEN ANTONIO LOEZ BECERRA, ARNULFO HUESO Y EINER HUESO FRANCO, SE ENCONTRABAN VIENDO TELEVISIÓN EN LA RESIDENCIA UBICADA EN LA CARRERA 10 NUMERO 115-51 DEL BARRIO LA PAZ, CUANDO DE REPENTE A LA VIVIENDA LLEGARON 2 SUJETOS EN UNA MOTOCICLETA QUIENES APROVECHANDO QUE ESTAS PERSONAS SE ENCUENTRAN VIENDO TELEVISIÓN, ENTRARON Y LE PROPINARON 3 DISPAROS A CARMEN ANTONIO Y 7 DISPAROS A ARNULFO HUESO, SEGUIDAMENTE UNO DE LOS SUJETOS ENTRÓ HASTA LA COCINA DONDE ESTABA EINER HUESO PREPARANDO EL ALMUERZO Y LE PROPINÓ 4 DISPAROS CAUSÁNDOLES LA MUERTE DE FORMA INMEDIATA, DESCONOCIÉNDOSE EN ESE MOMENTO LA IDENTIDAD DE LOS RESPONSABLES Y MÓVILES DEL HECHOS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONF. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

ORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

**SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA  VINCULO GRUPO SUBVERSIVO- HOMICIDIO MULTIPLE –SUSTRACCION POR LA FUERZA-INCURSION ARMADA**

| Delitos | No. Víctimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 78.- HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA (Este con fundamento en el reporte de ARMANDO CONTRERAS ACUÑA 216674), ACTOS DE TERRORISMO, HURTO Y DESPLAZAMIENTO FORZADO- SECUESTRO | | ARMANDO MANUEL CONTRERAS MEDINA C.C. 9306759, LUIS MANUEL CONTRERAS ACOSTA C.C. 9306917 Y DOMINGO VIDAL CONTRERAS ACOSTA C.C. 9134012 | 14/12/1995 | HACIENDA "ARIMACA", VEREDA RIO JEREZ, MUNICIPIO DE BIBULLA, DEPARTAMENTO DE LA GUAJIRA | • HERNAN GIRALDO SERNA <br> • CRISTIAN JHOVANY OCHOA PINZON (Participe) <br> • (a) "Grillo Frito" (Participe) <br> • (a) "E-l Loco" (Participe) <br> • (a) "Caporo" (Participe) | A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | SUPUESTOS VINCULOS OCN EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR LA FUERZA- INCURSION ARMADA | Copia de las CC de los señores ARMANDO MANUEL CONTRERAS MEDINA, DOMINGO VIDAL y LUÍS MANUEL CONTRERAS ACOSTA <br><br> Copias de los Formatos de actas de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MASACRE "FINCA ARIMACA" FAMILIA CONTRERAS | | | | | | | | levantamiento de cadáveres, realizados el día 17 de diciembre de 1995, en Dibulla- Guajira por parte del corregidor.<br><br>- Copi a del álbum fotográfico, tomado en la diligencia de las inspecciones de cadáveres Copias de los certificados individuales de defunción a nombre de las victimas.<br><br>- Copia del proceso radicado bajo el numero 415 de la Fiscalía Seccional de Riohacha<br><br>Protocolos de necropsias de las victimas los cuales se encuentran identificados con los números 108-423, 109-424 y 110-425, respectivamente |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | a nombre de LUÍS VIDES ACOSTA, FRANCISCO VIDES ACOSTA Y ARMANDO MANUEL CONTRERAS MEDINA, ya que con esos nombre fueron inicialmente identificados las victimas |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR EL EQUIPO DE  POLICÍA JUDICIAL ADSCRITA A LA FISCALÍA NOVENA, SE LOGRÓ ESTABLECER QUE  EN LA NOCHE DEL 12 DE DICIEMBRE DE 1995 EN LA FINCA ARIMACA JURISDICCIÓN DE RÍO JEREZ EN DIBULLA LA GUAJIRA, HIZO PRESENCIA UN GRUPO DE HOMBRES QUE PORTABAN  ARMAS DE FUEGO DE LARGO Y CORTO ALCANCE, LOS CUALES LLEGARON HASTA LAS VIVIENDAS DE LA FINCA Y GOLPEARON EN LAS PUERTAS, COMO NADIE RESPONDIÓ INTENTARON TUMBAR LAS PUERTAS, ANTE ESTA SITUACIÓN LOS RESIDENTES DE LAS VIVIENDAS ABRIERON, LOS HOMBRES ARMADOS SACARON DEL INTERIOR  A LOS SEÑORES ARMANDO CONTRERAS MEDINA, DOMINGO Y LUÍS CONTRERAS ACOSTA, A QUIENES NO LES PERMITIERON VESTIRSE LLEVÁNDOSELOS EN ROPA INTERIOR, LES AMARRARON LAS MANOS EN LA ESPALDA Y LOS LLEVARON HASTA UN SECTOR RETIRADO DE LAS VIVIENDAS DONDE LES DISPARARON EN LA CABEZA CON ESCOPETA CALIBRE 12. LA ESPOSA DE ARMANDO CONTRERAS Y SU HIJO MENOR DE EDAD FUERON  RETENIDOS  AFUERA DE UNA CASA MIENTRAS QUE SE PERPETRABA LA MASACRE, LUEGO POR TEMOR A SER ASESINADOS ABANDONARON EL LUGAR DEJANDO TODO LO QUE TENÍAN ALLÍ.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

EN CONCURSO HETEROGENEO CON DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 79.HOMICIDIO EN PERSONAS PROTEGIDAS, TORTURA EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | 3 | FREDY MANUEL VERGARA NARVÁEZ C.C. 73549324, JUVENAL CASTILLO OVIEDO Y AICARDO ALFONSO MEZA YEPES  MASACRE "CASA ALUMINIO" | 03/03/1998 | FINCA "LARGA LA VIDA". VEREDA CASA ALUMINIO. MUNICIPIO DE DIBULLA. DEPARTAMENTO DE LA GUAJIRA | • HERNAN GIRALDO SERNA • CRISTIAN OCHOA PINZON (Partícipe) • (a) "Caporo" (Partícipe) | A. Mediato  Coautor  Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR LA FUERZA-INCURSION ARMADA | Copia de la cedula de ciudadanía de los señores MEZA YEPES Y VERGARA NARVÁEZ  Copias de los Formatos de actas de levantamiento de Cadáver de fecha marzo 4 de 1998 a nombre de los señores ALFONSO MEZA y JUVENAL MEZA PÉREZ.  Copias de las necrodactilia tomadas a dos de las victimas.  Registro de defunción No. 08164161 de FREDY MANUEL VERGARA NARVÁEZ.  Registro fotográfico del lugar de los hechos |

SITUACION FACTICA: LUEGO DE LA VERIFICACIÓN DE LOS MIEMBROS DE POLICÍA JUDICIAL ADSCRITOS A ESTE DESPACHO SE LOGRÓ ESTABLECER QUE EL DÍA 3 DE MARZO DE 1998 EN LA VEREDA CASA ALUMINIO EN HORAS DE LA NOCHE HIZO PRESENCIA UN GRUPO DE HOMBRES ARMADOS LOS CUALES LLEGARON HASTA LAS DOS CASA DE LA FINCA DE LAS CUALES SACARON A LOS SEÑORES FREDDY VERGARA, JUVENAL CASTILLO Y ALFONSO LÓPEZ, A QUIENES PROCEDIERON A REUNIR CERCA DE LAS VIVIENDAS, LUEGO DE AMARRARLOS DE LAS MANOS A LA ESPALDA LOS ASESINARON CON DISPAROS DE ESCOPETA CALIBRE 12.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 y 5 LEY100/80).<br><br> EN CONCURSO HETEROGENEO CON DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS Y TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 80.HOMICIDIO EN PERSONAS PROTEGIDAS, TENTATIVA DE HOMICIDIO A FELIPE CASTRO CONTRERAS, DESTRUCCIÓN Y APROPIACIÓN DE BIENES PROTEGIDOS (CON FUNDAMENTO EN LO MANIFESTADO POR LINA ISABEL | 4 | FELIPE ALFONSO CASTRO YEPES. C.C. 85467445. ELENA ROSA CONTRERAS DE CASTRO. VICTOR MANUEL CASTRO CONTRERAS (MENOR DE EDAD).  Y ABEL JOAQUIN CASTRO CONTRERAS. | 14/03/1993 | VEREDA QUEBRADA NEGRA- CORREGIMIENTO DE BONDA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (MENOR DE EDAD)<br>• (a) "Blanquillo". (Participe)<br>• (a) "cepillo". (Participe)<br>• (a) "Roque". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR LA FUERZA- INCURSION ARMADA | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1577

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO DE ARIÑO), DESPLAZAMIENTO FORZADO | | C.C. 455109<br><br>MASACRE "QUEBRADA NEGRA" FAMILIA CASTRO CONTRERAS | | | | | | | | JUSTICIA Y LA PAZ |

SITUACION FACTICA: EL DÍA 14 DE MARZO DE 1993, A LAS 9:30 DE LA MAÑANA SE TUVO CONOCIMIENTO POR PARTE DEL SEÑOR JOAQUIN PABLO CASTRO YEPES DE LA MUERTE DE SU HERMANO FELIPE ALFONSO CASTRO YEPES, SU CUÑADA HELENA CONTRERAS DE CASTRO Y SUS HIJOS  ABEL JOAQUIN Y VICTOR RAMON, ESTE ULTIMO DE 16 AÑOS DE EDAD, PARA LA FECHA DEL HECHO,  QUIENES FUERON ASESINADOS DE MANERA VIOLENTA EN LA MADRUGADA DEL MISMO DÍA EN LA VEREDA QUEBRADA LA NEGRA JURISDICCIÓN DEL CORREGIMIENTO DE BONDA: LA NOTICIA DE LA OCURRENCIA DE ESTOS HECHOS SE TIENE POR QUE EL FAMILIAR DE LA VÍCTIMA SE TRASLADO HASTA LAS INSTALACIONES DE LA FISCALÍA EN TURNO DE LA CIUDAD DE SANTA MARTA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

EN GRADO DE TENTATIVA ART. 27 C.P. EN RELACION A FELIPE CASTRO CONTRERAS EN CONCURSO HETEROGENEO CON DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO, TITULO III, CAPITULO QUINTO, ARTÍCULO 180.   EL QUE DE MANERA ARBITRARIA, MEDIANTE VIOLENCIA U OTROS ACTOS COACTIVOS DIRIGIDOS CONTRA UN SECTOR DE LA POBLACIÓN, OCASIONES QUE UNO O VARIOS DE SUS MIEMBROS CAMBIE EL LUGAR DE RESIDENCIA, INCURRIRÁ EN PRISIÓN DE SEIS (6) A DOCE (12) AÑOS, MULTA DE SEISCIENTOS (600) A MIL QUINIENTOS  (1.500) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, Y EN INTERDICCIÓN DE DERECHOS Y FUNCIONES PÚBLICAS DE SEIS (6) A DOCE (12) AÑOS.

| 81.HOMICIDIO EN PERSONAS PROTEGIDAS, TORTURA EN PERSONAS PROTEGIDAS, | 4 | GUSTAVO ANTONIO AREVALO CASTELLANO, JUAN CARLOS | 19/10/2000 | FINCA "SANTA ELENA". BARRIO "EL YUCAL". CORREGIMIENTO DE MINCA. SANTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA | A. Mediato<br><br>Coautor<br><br>SUPUESTOS | | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| IRRESPETO A CADAVARES, ACTOS SEXUALES VIOLENTOS | | ROBLES VARGAS. C.C. 12618886, LUIS ALBERTO BARRETO PALMERA. REYNALDO OROZCO VIVANCO. C.C. 19592776<br><br>MASACRE "LA MANGUERA" | | MARTA | • NODIER GIRALDO GIRALDO<br>• EVER ANTONIO CAICEDO PERÉZ (a) "Mellales" o "Tavo". (Participe).<br>• GEOVAY NAVARRO ORDOÑEZ (a) "Monoleche". (Participe).<br>• JHON RAFAEL SALAZAR SALCEDO (a) "Flash". (Participe).<br>• EDGAR ANTONIO SERRANO SERRANO (a) "Burro e Plomo"<br>• (a) "Picahú". (Participe)<br>• (a) "Tabano". Participe | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | | POR LA FUERZA- INCURSION ARMADA | ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: SEGUN REPORTE DE LOS FAMILAIRES INDICAN, QUE SU  COMPAÑERO PERMANENTE  LLAMADO  REYNALDO RAFAEL OROZCO   EL  VIVÍA EN LA FINCA SANTA HELENA UBICADA   EN LA VIA QUE CONDUCE  A MINCA ,  DONDE TRABAJABA COMO OBRERO, Y  A LAS DOCE DE LA NOCHE CUANDO TODOS DORMÍAN LLEGÓ UN GRUPO ARMADO COMO  DE 50 HOMBRES  Y  TOCO LA PUERTA  DE LA CASA DE LA  FINCA  EL SALIÓ  ABRIR  Y ERAN LOS PARACOS Y CUANDO  EL ABRIÓ  LA PUERTA  LO SACARON  Y  ENTRARON A LA CASA  Y TAMBIÉN SACARON  A TODOS LOS QUE ESTABAN DURMIENDO ,IGUALMENTE  SACARON  A TODOS  LOS  DE LAS OTRAS  VIVIENDA , LUEGO APARTARON A CUATRO ENTRE ELLOS A REYNALDO Y AMI PADRASTRO  LLAMADO  LUIS ALBERTO BARRETO PALMERA  Y  A DOS VECINOS MAS LLAMADOS GUSTAVO ANTONIO AREVALO CASTELLANOS   Y  JUAN CARLOS ROBLES VARGAS  Y MANDARON A ACOSTARSE A LOS DEMÁS  DANDO LA  ORDEN QUE SALIERAN  A LAS 6 AM  O SI NO LOS MATABAN LUEGO LOS PARAMILITARES LOS TORTURARON Y DESPUÉS  LOS ASESINARON  CON UN TIRO DE FUSIL A CADA UNO  LOS  CORTARON CON HACHA , TAMBIÉN IBA   A VIOLAR  A MI  MAMA . EL POSTULADO EVER ANTONIO CAICEDO EN VERSION MANIFESTÓ: PARA EL AÑO 2001, EN TRES PUENTES, NO RECUERDA EL MES, FUE COMO A MITAD DE AÑO, YO VIVIMOS, ESO FUE EN LA MANGUERA, DONDE HAY UNA CANTIDAD DE HECTAREAS DE MANGOS, ENTRE TRES PUENTES Y EL CISNE, DICE QUE ENTRARON Y RECOLECTARON A LAS PERSONAS QUE HABIAN AHI, PARTE DE LA MITAD DEL GRUPO MOVIL 8, FUERON COMO 20 PATRULLEROS, AL MANDO DE MONO DE LECHE, ALIAS FLAS QUE SE LLAMA , JOHN SALAZAR, BURRO DE PLOMO, MELLALE, CHIGUIRO, TABANO, DICE QUE LLEVABAN UN GUIA Y SEÑALO A LAS PERSONAS QUE  LE IBAN A DAR MUERTE, PORQUE DECIAN QUE ERAN GUERRILLEROS Y ADEMAS QUE ESTABAN ROBANDO POR EL SECTOR, MATARON 3 PERSONAS, NO SABE SUS NOMBRES, SE MATARON AHI MISMO EN LA MANGUERA, DE LA CASA HACIA LA CARRETERA, LOS CUERPOS QUEDARON TIRADOS, ESO FUE COMO A LAS 10 DE LA NOCHE, NO RECUERA SI FUERON

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|

AMARRADOS, LOS MANDARON ACOSTAR Y LE DISPARARON, DISPARO CHIGUIRO, TABANO, NO RECUERDA A MAS, LA PARTICIPACION, FUE RECOLECTARLOS Y AYUDAR A LLEVARLOS HASTA EL LUGAR DONDE LE DIERON MUERTE, DICE QUE NO DISPARO, TODOS 3 ERAN HOMBRES, NO RECUERDA LAS CARACTERISTICAS PORQUE ERA DE NOCHE, ADEMAS NO ESTABA ENCIMA SI NO QUE SE HIZO RETIRADO, NO SABE QUIEN ERA EL GUIA, NO TIENE CONOCIMIENTO DE DESPLAZAMIENTO, DE CHIGUIRO NO SABE DONDE ESTA, SI ESTA VIVO O MUERTO, NO ES DESMOVILIZADO, TABANO SI ES DESMOVILIZADO, PERO NO SABE DONDE ESTA, BURRO DE PLOMO ES DESMOVILIZADO, ES DE GUACHACA, ESA LIBRE, CHIGUIRO ES BAJITO, PATICURVO CON ENTRADAS, MORENITO, OJON, TIENE UN TATUAJE EN EL BRAZO IZQUIERDO CON UNA ANCLA, TABANO ES DELGADO, 1. 70 ESTATURA, SE MUESTRA FOTO DE BURRO DE PLOMO, POSTULADO DICE QUE ESE ES, NOMBRE EDGAR ANTONIO SERRANO SERRANO, DESMOVILIZADO, EN ESOS HECHOS POSTULADO DICE QUE NO DISPARO, PERO AYUDO A CONDUCIR A LAS VICTIMAS AL LUGAR DONDE LE IBAN A DAR MUERTE, LLEGARON APIE, ESO FUE ORDENADO POR MONO DE LECHE, SEGUNDO FLASH NO SABE DE DESPLAZAMIENTO, LAS VICTIMAS ERAN CIENAGUEROS, SE PROYECTA FOTO DE ALIAS FLASH, POSTULADO LO RECONOCE, NOMBRE JOHN RAFAEL SALAZAR SALCEDO, POSTULADO PIDE PERDON A LOS FAMILIARES. F. DICE QUE SE LE VA A PRESENTAR EN PANTALLA COMO REGISTRO LOS MEDIOS DE COMUNICACIÓN SOBRE EL HECHO DE LA MASACRE, DE LAS MANGUERAS, PARA QUE HAGA MEMORIA Y A SU VEZ PUEDA HACE ALGUNAS ACLARACIONES, LA INVESTIGADORA LEE RECORTE DE PRENSA DE FECHA OCTUBRE 20 DE 2000, CON TITULO, ASESINADO 4 CAMPESINOS, NOMBRES DE LAS VICTIMAS, GUSTAVO ANTONIO AREVALO CASTELLANOS, JUAN CARLOS ROBLES VARGAS,  LUIS ALBERTO BARRETO PALMERA, REINALDO OROZCO VIVANCO, POSTULADO DICE QUE PENSABA QUE ESO HABIA SIDO EN EL AÑO 2001, PERO LA PRENSA CONFIRMA OTRA COSA, F. OCTUBRE 19 DE 2000, POSTULADO DICE QUE SON LOS MISMOS HECHOS, DICE QUE CUANDO EMPEZARON A DISPARAR SE ALEJO, PERO AL DIA SIGUIENTE EN HORAS DE LA MAÑANA EN EL RELATO DE LOS MISMOS MUCHACHOS QUE LE DIERON MUERTE A LOS SEÑORES  HABLARON DE UN HACHA, PENSO QUE ERAN 3 PERSONAS PORQUE CUANDO COMENZARON A DISPARAR SOLO VIO CAER A 3, PERO HABIAN MAS PERSONAS, ENTONES FUE QUE COGIERON OTRO LO ACOSTARON Y LE DIERON, PERO ENTONCES SIERAN 4, NO TENIA MUY CLAROS LOS HECHOS, PORQUE CUANDO LOS ESTABAN MATANDO LO QUE HIZO FUE RETIRARSE,

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

EN CONCURSO HETEROGENEO CON ARTICULO 139. ACTOS SEXUALES VIOLENTOS EN PERSONA PROTEGIDA CAPITULO UNICO –TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DEERECHO INTERNACIONAL HUMANITARIO TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLINJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS E IRRESPETO A CADAVERES ARTICULO 204 CAPITULO IX – TÍTULO III DELITOS CONTRA LA LIBERTAD Y OTRAS GARANTIASARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 82. HOMICIDIO EN PERSONAS PROTEGIDAS, TORTURA EN PERSONAS PROTEGIAS, DESPLAZAMIENTO O FORZADO, DESPOJO EN EL CAMPO DE BATALLA, SIMULACION DE INVESTIDURA O CARGO | 6 | ALFONSO RAFAEL HERNANDEZ LOPEZ C.C. 12632092. JUSTINIANO SEGUNDO HERNANDEZ ALGARIN C.C. 12618696. ALFONSO MIGUEL HERNANDEZ ALGARIN C.C. 12611793. RICARDO ANTONIO BENITEZ HERNANDEZ C.C. 8640055., ERICMEDIS ALFONSO HERNANDEZ ALGARIN C.C. 12623504. DELIA ALGARIN DE HERNANDEZ (ESE DÍA RECIBIO UN TIRO EN LA COLUMNA FALLECIENDO LUEGO EL 21 DE ENERO DE 1998. SEGÚN ALGUNOS REGISTROS DE HECHOS ATRIBUIBLES) | 28/11/1997 | FINCA "LA JOSEFA". VEREDA LA MIRA.CORREGIMIENTO SEVILLANO. MUNICIPIO CIENAGA | • HERNAN GIRALDO SERNA<br>• FREDY RAFAEL OSPINO VALENCIA (a) "Cogela Suave". (Participe).<br>• (a) "El Soldado". (Participe)<br>• (a) "La Leona". (Participe)<br>• (a) "Renegado". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR LA FUERZA INCURSION ARMADA | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1581

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|-----------------------|---------|-----------|----------------|----------------------------------|
|  |  | MASACRE EN SEVILLANO |  |  |  |  |  |  |  |  |

SEGUN O MANIFESTADOS POR LOS FAMILIARES DE LAS VICTIMAS, SUS FAMILAIRES SE ENCONTRABAN DURMIENDO EN LA FINCA LA JOSEFA, ERAN 4 CASAS, EN HORAS DE LA NOCHE LELGARON TRES CARROS DE DONDE SE BAJARON VARIOS HOMBRES Y SE METIERON A LAS CASAS, Y A TIRARON A TODO EL MUNDO AL PISO, LUEGO DIJERON QUE LOS NIÑOS Y LAS MUJERES SE FUERAN Y A LOS HOMBRES LOS AMARRARON Y SE LOS LLEVARON LUEGO LOS ASESINARON MAS ADELANTE, PERO ANTES SAQUEROJN TODA LA CASA Y SE LELVARON COSAS, PREGUNTABAN PRO ARMQAS, Y DECIAN QUE SI ERAN COLABOARORES DE LA GUERRILLA, SEGUN LO MANFIESTADO EN EL POSTULADO FREDY RAFAEL OSPINOV ALENCIA, ALIAS COGELA SUAVE, INDICO QUE : ESE MISMO DIA EN LA VEREDA MIRA RIOFRIO, ES UN CASERIO CERCA DE CIENAGA, UNA MASACRE DE 7 HOMBRES DE LA MISMA FAMILIA, LOS SACARON Y LOS ACOSTARON ENFRENTE DE LA CASA, 5, 7 LE DECIA QUE TODOS SE IBAN A MORIR, HABIA UN PELADO COMO DE 17 AÑOS, UNO MONO, EL CUAL SOLTARON Y MATARON A LOS DEMAS, PARTICPARON, EL SOLDADO, LA LEONA, RENEGADO, MURDO, DIABLO, PUPI, ROBINSO, TIGRE PEQUEÑO, EN LA CASA HABIA NEVERA, EQUIPO DE SONIDO, ROPA NUEVA, BRAMAS NUEVAS, VIRGILIO DIO LA ORDEN DE SACAR ESOS ELECTRODOMESTICOS Y MONTARLOS AL CARRO, CADENAS, CELULARES, LAS DOS TOYOTAS SALIERON LLENAS, REQUISARON LA CASA BUSCANDO ARMAMENTO, SE LLEVARON TODO ESO PARA LA BASE EN LOS NARANJALES, VIRGILIO REPARTIO TODO ESO LOS ELECTRODOMESTICOS,  AGUSTO Y ESA GENTE SALIA DE DIA A MATAR GENTE, CON RESPECTO A LOS MATARIFES DE CERDOS ERAN FLACOS, Y LOS DEJARON EN LA CARRETERA PARA QUE LOS FAMILIARES LOS RECOGIERAN, LOS 3 DEL BILLAR SI FUERON PICOTIADOS Y TIRADOS AL RIO, TAMBIEN PARTICIPO CEBOLLA, LOS SIETE DE MIRA RIOFRIO, TODOS ERAN DE LA MISMA FAMILIA, FUERON PUROS HOMBRES, DE AHÍ SACARON UN PELADO PARA QUE DIJERA QUE HABIAN SIDO LAS AUTODEFENSAS LOS QUE LOS HABIAN ASESINADO, AUGUSTO ESTA MUERTO, 5.7 ESTA PRESO, NO ESTA POSTULADO, CEBOLLA ESTA PRESO, PERO NO ESTA POSTULADO, CEBOLLA SE LLAMA LUIS CARLOS MARCIALES PACHECO, VIVE EN GUACHACA, RENEGADO ES DE CORDOBA, EL FLACO ES HERMANO DE ÉL, LEONA ESTÁ POR SINALOA, TIGRE PEQUEÑO NO SABE DONDE ESTÁ, RECUERDA QUE TAMBIEN ESTABA TOMATE, EL PAISA, MARIHUANO ES DE PERICO AGUADO, EN LOS SIETE DE MIRARIO, TODOS DISPARARON, LOS ACOSTARON BOCA ABAJO, EN ESOS HECHOS SE DESPLAZABAN EN DOS TOYOTAS, AUGUSTO ANDABA EN UNA TOYOTA BLANCA,  LA MUERTE DE ELLOS ERA POR COLABORADORES DE LA GUERRILLA Y PORQUE ATRACABAN LO BUSES

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

EN CONCURSO HETEROGENEO CON TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLINJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS, DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO, ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES,

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS, DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000, CAPITULO UNICO – TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO Y SIMULACION DE INVESTIDURA O CARGO ARTICULO 426 CAPITULO IX DE LA USURPACION Y ABUSO DE FUNCIONES PUBLICAS TITULO XV DE LOS DELITOS CONTRA LA ADMINISTRACION PUBLICA | | | | | | | | | | |
| 83. HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA | 1 | ANIBAL ALFREDO PALACIO DURAN. 4847419, PEDRO JIMENEZ ZANABRIA, ALEXIS DAZA OÑATE Y ALIRIO ZUÑIGA MASACRE DE SEVILLA | 18/09/1997 | CORREGIMIENTO DE SEVILLA - MUNICIPIO DE ZONA BANANERA MAGDALENA CREACION FRENTE ZONA BANANERA | • HERNAN GIRALDO SERNA <br> (a) "Chilo". (Participe) <br> (a) "Ranfis Cassiani". (Participe) <br> (a) "Canda". (Participe) | A. Mediato <br> Coautor <br> Coautor <br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | (HOMICIDIO MULTIPLE) | SUSTRACCION POR LA FUERZA INCURSION ARMADA | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

HOMICIDIO  ANIBAL PALACIO DURAN 18 SEPTIEMBRE  1997 EN SEVILLA MAGDALENA LLEGARON 3 VEHICULOS UNO DE ELLO ERA CONOCIDO COMO LA ULTIMA LAGRIMA QUE ERA DE LAS CONVIVIR, ESE DIA TAMBIEN SE LLEVARON  A PEDRO JIMENEZ, **2011-01-27, 14:53:46 SE PREGUNTA DE NUEVO DEL HOMICIDIO  ANIBAL PALACIO DURAN EL 18 DE SEPTIEMBRE DE 1997 EN SEVILLA MAGDALENA LLEGARON 3 VEHICULOS UNO DE ELLO ERA CONOCIDO COMO LA ULTIMA LAGRIMA ERA DE LA CONVIVIR, ESE DIA TAMBIEN SE LLEVARON A PEDRO JIMEZ , ALIRIO ZUÑIGA Y ALEXIS DAZA OÑATE QUE APARECIERON MUERTO CON ANIBAL PALACIO ENTRE LOS HOMBRES ARMADOS ESTABA CHILO CUÑADO DE LOS CANDA Y EL CONDUTOR ERA RAMFIS CASIANI . POSTULADO NO TENGO CONOCIMIENTO PREGUNTELE A URIEL MORA QUE ERA ENCARGADO DE LAS  CONVIVIR, 2011-01-27, 14:57:32 FISCAL QUE SABE USTED DE URIEL MORA. POSTULADO NO SE DONDE ESTA EN EL MOMENTO .FISCAL DIEN QUE EN EL VEHICULO IBA CHILO CUÑADO DE LOS CANDA, EL CONDUCTOR ERA RANFIS CASSIANI QUE TENIA UNA PIERNA SECA, USTED CONOCE A CHILO  CUÑADO DE LOS CANDA Y A RANFIS CASSIANI . POSTULADO A RANFI SI LO CONOZCO A CHILO ME SUENA. FISCAL  A LOS CANDA LOS CONOCIO POSTULADO SI. 2011-01-27, 15:00:01 FISCAL QUE VINCULOS TENIA LOS CANDAS CON LA ORGANIZACIÓN. POSTULADO TRABAJO CON NOSOTROS EN LA ORGANIZACIÓN TAMBIEN FUE DE LA ORGANIZACIÓN EL HERMANO QUE LE DECIAMOS CANDA. FISCAL Y MARCOS POSTULADO MARCOS TAMBIEN DE LOS CANDAS PERO NO DE LA ORGANIZACION.2011-01-27, 15:01:24..LO TENIAN CONDENADO A 40 AÑOS DE UNA MASACRE EN POZO AZUL. FISCAL USTED ORDENO ESE HECHO. POSTULADO SI LO ORDENE PERO DIJE QUE NO MATARAN A NADIE NI LE QUITARAN ARMAS SOLO TRAER EL PRESO . FISCAL CUALDO SE FUGA MARCOS CANDA QUE PASA CON EL , EL QUE ESTABA DE COMADNANTE FUE TOLIMA Y 5.5 2011-01-27, 15:02:40 FISCAL QUEDA CLARO QUE LOS CANDA PERTENECIAN AL GRUPÓ Y ES PRECISO A CHILO CUÑADO DE LOS CANDA AQUIEN SEÑALA QUE IBAN ENTRE LOS HOMBRES QUE HICIERON ESTA MASACRE, QUE RELACION TENIA RANFI CASSIANI CON EL GRUPO FUE PARTE DEL GRUPO. POSTULADO ERA MUY HABLADOR EN REUNIONES LA ORGANIZACION NO LE PAGABA , SI EL LO HIZO ACEPTO LA RESPONSABILIDAD PERO ES IMPORTANTE ESCLARECER EL CASO.2011-01-27  15:03:48  FISCAL QUE CLASE DE COLABORACION PRESTABA RANFI AL GRUPO. POSTULADO ERA VOCERO Y SE DEJO DE VOCERO CUANDO LA DESMOVILIZACION EL QUE ME PUEDE AYUDAR A DESPEJAR MUCHS DUDAS ERA EL SEÑOR JAIRO MUSSO. 2011-01-27, 15:07:26  FISCAL HABIA UN VINCULO CON LOS CANDA Y RANFI CASSIANI CON CORDOBA  TRUJILLO. POSTULADO NO RECUERDO, AHORA QUE ME ACUERDO FUE CUANDO FUERON ACOMPAÑAR  A SAN PEDRO QUE FUERON COMO 6 O 7 MUCHACHOS EN ELLOS IBA UNO DE LOS CANDA.  FISCAL FUE LA MISMA EPOCA QUE USTED ENTREGO LOS 7 COMBATIENTES Y 7 FUSILES, POSTULADO SI DOCTORA.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| \| 2011-01-27,15:11:16 DEFENSOR DEL POSTULADO SI DON HERNAN, VOLVEMOS AL TEMA QUE AUN SIN EL CONSENTIMIENTO DE USTED , AJENO USTED A LA REPONSABILIDA HOY EN DIA QUE ENTRAMSO AL PROCESO DE PAZ Y PERSONAS A SU MANDO QUE COMETIERON HECHOS POR ORDEN DE MANDO USTED DEBE ADQUIIR UNA RESPONSABILIDAD. USTED QUIERE QUE SE INVESTIGUE MAS QUIEN LO REALIZO Y POR ORDEN DE QUINE PARA QUE LAS VICTIMAS SE ENTEREN DE UNA VERDAD ABSOLUTA.POSTULADO ACEPTO RESPONSABILIDA POR ORDEN DE MANDO. | | | | | | | | | | |

2011-01-27,15:11:16 DEFENSOR DEL POSTULADO SI DON HERNAN, VOLVEMOS AL TEMA QUE AUN SIN EL CONSENTIMIENTO DE USTED , AJENO USTED A LA REPONSABILIDA HOY EN DIA QUE ENTRAMSO AL PROCESO DE PAZ Y PERSONAS A SU MANDO QUE COMETIERON HECHOS POR ORDEN DE MANDO USTED DEBE ADQUIIR UNA RESPONSABILIDAD. USTED QUIERE QUE SE INVESTIGUE MAS QUIEN LO REALIZO Y POR ORDEN DE QUINE PARA QUE LAS VICTIMAS SE ENTEREN DE UNA VERDAD ABSOLUTA.POSTULADO ACEPTO RESPONSABILIDA POR ORDEN DE MANDO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).


EN CONCURSO HETEROGENEO CON TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS

| 84.HOMICIDIO EN PERSONAS PROTEGIDAS-ACTOS DE TERRORISMO-TORTURA EN PERSONA PROTEGIDAS-DESPLAZAMIENTO FORZADO-TOMA DE REHENES | | NORBERTO DE JESUS OSPINO LOPEZ C.C. 1208570,ARMANDO CESAR OSPINO POZO, GUSTAVO OSPINO POZO Y LUCINDO MARCIAL OVIEDO MARZOLA MASACRE "LOS | 28/11/1995 | FINCA LOS MANGUITOS, EN LA VEREDA EL CURVAL, CORREGIMIENTO DE BONDA, MUNICIPIO DE SANTAMARTA | • HERNAN GIRALDO SERNA • CRISTIAN JHOVANY OCHOA PINZON (Participe) | A. Mediato Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR LA FUERZA INCURSION ARMADA | - Fotografías de las victimas NORBERTO DE JESÚS OSPINO LÓPEZ, GUSTAVO Y ARMANDO CESAR OSPINO POZO Y LUCINDO MARCIAL OVIEDO |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MANGUITOS" | | | | | | | | MANZOLA  Copias de las actas de inspección de cadáveres No. 410, 412,413, de fecha 29 de diciembre de 1995, a nombre de LUCINDO MARCIAL OVIEDO MANZOLA, ARMANDO CESAR OSPINO POZO Y GUSTAVO JOSÉ OSPINO POZO Y FORMATO NACIONAL DE ACTA DE LEVANTAMIE NTO DE CADÁVER No. 411 A NOMBRE DE NORBERTO DE JESÚS OSPINO LÓPEZ.  Copias |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|-------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | | | | | | de las necrodactilias tomadas a las victimas durante la diligencia de levantamiento de cadáver.<br><br>Copias de los Registros de Defunción No. 216573, 216574, 216575, 216576 a nombre de los señores LUCINDO MARCIAL OVIEDO MANZOLA, NORBERTO DE JESÚS OSPINO LÓPEZ, GUSTAVO JOSÉ OSPINO POZO y ARMANDO CESAR OSPINO POZO, respectivamente.<br><br>- Registro fotográfico tomado en el lugar de los hechos al momento de la diligencia del levantamiento de los cuerpos.<br><br>- Copia del |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | proceso radicado bajo el numero Copia del proceso radicado bajo el numero 637 de la Fiscalía Seccional de santa marta,.

Protocolo de necropsia No. 414PAT95, realizada a quien en vida respondía al nombre de ARMANDO CESAR OSPINO POZO Protocolo de necropsia No. 415PAT95, realizada a quien en vida respondía al nombre de GUSTAVO JOSÉ OSPINO POZO Protocolo de necropsia No. 416PAT95, realizada a quien en vida respondía al nombre de LUCINDO MARCIAL OVIEDO MANZOLA

Protocolo de necropsia No. 417PAT95, |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | realizada a quien en vida respondía al nombre de NORBERTO DE JESÚS OSPINO LÓPEZ

Registro fotográfico de las víctimas al momento de la diligencia de inspección de cadáver. |

SITUACION FACTICA: DE ACUERDO A DILIGENCIAS REALIZADAS DENTRO DE LAS LABORES DE VERIFICACIÓN ADELANTADAS POR LOS MIEMBROS DE POLICÍA JUDICIAL DE ESTE DESPACHO, SE ESTABLECE QUE EL DÍA 28 DE DICIEMBRE DE 1995, EN LA FINCA LOS MANGUITOS, EN LA VEREDA EL CURVAL, JURISDICCIÓN DEL CORREGIMIENTO DE BONDA, MUNICIPIO DE SANTA MARTA, IRRUMPIÓ DE MANERA VIOLENTA UN GRUPO DE HOMBRES FUERTEMENTE ARMADOS, LOS CUALES VESTÍAN   PRENDAS MILITARES Y PORTABAN ARMAS DE CORTO Y LARGO ALCANCE, LOS CUALES LUEGO DE SACAR DE SUS VIVIENDAS A TODOS LOS RESIDENTES DEL LUGAR ENTRE LOS QUE HABÍA MUJERES Y NIÑOS MENORES DE EDAD, PROCEDIERON A QUITARLE LA VIDA A CUATRO HOMBRES ADULTOS, A LOS CUALES LES  DISPARARON EN VARIAS OCASIONES CON ARMA DE CORTO Y LARGO ALCANCE. COMO CONSECUENCIA DE ESOS HOMICIDIOS LOS FAMILIARES DE LOS SEÑORES OSPINO POZO, SALIERON DEL A FINCA DEJANDO ABANDONADO TODAS SUS PERTENENCIAS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS EN GRADO DE TENTATIVA ART. 27 C.P. EN RELACION A ANGELA LOPEZ LOPEZ CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

 EN CONCURSO HETEROGENEO CON TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLINJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS Y DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 85. HOMICIDIO Y TENTATIVA EN PERSONAS PROTEGIDAS. TORTURA EN PERSONAS PROTEGIDAS. DESTRUCCIÓN Y APROPIACION DE BIENES PROTEGIDOS Y DESPLAZAMIENTO FORZADO | 4 | ELISENIO RIAÑO MARROQUIN (FALLECIDO). REGULO JOSE RIAÑO MARROQUIN (FALLECIDO). C.C. 7600134. JESUS EMIRO RIAÑO MARROQUIN. C.C. (FALLECIDO) Y ANGELA LOPEZ LOEZ (HERIDA). MASACRE EN EL MAMEY | 15/07/1983 | FINCA RIO VIEJO. VEREDA EL MAMEY. CORREGIMIENTO DE GUACHACA – SANTA MARTA | • HERNAN GIRALDO SERNA | A. Mediato | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) EXTERMINIO DE FAMILIA | SUSTRACCION POR LA FUERZA INCURSION ARMADA | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |
| SITUACIÓN FACTICA: EL DIA 14 DE JULIO DEL 1983, COMO A LAS 5 DE LA MADRUGADA SE PRESENTARON EN LA FINCA DE MI PADRE, 6 SUJETOS FUERTEMENTE ARMADOS VESTIDOS CON PRENDAS MILITARES Y  ENCAPUCHADOS, LOS SACARON AL FRENTE DE LA FINCA JUNTO CON MIS DOS TIOS DE NOMBRE ELICENIO, JESUS Y A MI PADRE REGULO, LOS TORTURARON TODOS, LES SACARON LAS UÑAS, Y LES DECIAN QUE ELLOS ERAN UNOS DESGRACIADOS, Y LUEGO LOS ASESINARON, ALLÍ TAMBIEN SE ENCONTRABA LA ESPOSA DE MI TIO ELICENIO LLAMADA ANGELA LOPEZ LOPEZ, A QUIEN LE DIERON UN TIRO EN EL OJO PERO ELLA SE HIZO LA MUERTA, QUEDO HERIDA Y SOLO PERDIO EL OJO, NOSOTROS NOS ENTERAMOS QUE QUIENES HABIAN COMETIDO ESTA MASACRE DE MI FAMILIA HABIAN SIDO LOS CHAMIZOS AL MANDO DE HERNAN GIRALDO, DISQUE PORQUE SE HABIAN PERDIDO UNOS GANADOS POR ESOS SECTORES Y LE ECHABAN LA CULPA A UNO DE ELLOS, | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS EN GRADO DE TENTATIVA ART. 27 C.P. EN RELACION A ANGELA LOPEZ LOPEZ CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). EN CONCURSO HETEROGENEO CON TORTURA EN PERSONA PROTEGIDA CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL SIGUIENTE TENOR: ARTÍCULO 137. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLINJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS Y DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS | | | | | | | | | | |
| 86. HOMICIDIO EN PERSONAS PROTEGIDAS. TERRORISMO-DESPLAZAMIENTO FORZADO-TORTURA EN PERSONAS PROTEGIDAS. HURTO.SECUESTRO SIMPLE | 10 | ALFREDO FRANCISCO MURCIA BOHORQUEZ. C.C. 12619977. JOSE ANTONIO PACHECO MURCIA. C.C. 12634962., FLORENTINO CASTILLO ACOSTA, JORGE JULIO SEPULVEDA, URIEL POVEDA ORTIZ, EDGAR ORLANDO POVEDA ORTIZ, JOSE DOMINGO CLAVIJO PITA. C.C. 5118197, | 12 Y 13 /10/1998 | VEREDA LOURDES-PARRANDA SECA, COREA, CHIMBORAZO, LA UNION, Y NUEVA GRANADA CORREGIMIENTO DE SIBERIA – CIENAGA MAGDALENA | • HERNAN GIRALDO SERNA<br>• ADAN ROJAS MENDOZA. (Partícipe)<br>• RIGOBERTO ROJAS MENDOZA. (Partícipe)<br>• (a) "Daniel". (Partícipe)<br>• (a) "Jacinto". (Partícipe)<br>• (a) "Tigre". (Partícipe)<br>• (a) "Loco Espeleta". (Partícipe) | A. Mediato Coautor Coautor Coautor Coautor Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR LA FUERZA O INTERCEPTACION INCURSION ARMADA | Protocolo de necropsia No 175 Pat 98 a nombre de Francisco Murcia Bohórquez, medicina legal Ciénaga. Protocolo de necropsia No 176 Pat 98 a nombre de José Antonio Pacheco Murcia, medicina legal Ciénaga. Protocolo de necropsia No 179 Pat 98 a nombre de Florentino |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MARCO CASTILLO ACOSTA. C.C. 12623425., DARWIN TRIGO LEGARDA, ANA MARIA LEGARDA BAYEN.  MASACRE CORREGIMIENT OS DE SAN PEDRO DE LA SIERRA Y SIBERIA | | | | r  Coauto r | | | | Castillo Acosta, medicina legal Ciénaga.  acta de inspección a cadáver 143, CTI Ciénaga, a nombre de Florentino Castillo Acosta de fecha 15 de octubre de 1998.  Protocolo de necropsia no 189 Pat 98 a nombre de Jorge Julio Sepúlveda, medicina legal Ciénaga.  Acta de inspección de cadáver No 148, CTI Ciénaga, fecha 15 de octubre del 98 a nombre de Jorge Sepúlveda Parra.  Protocolo de necropsia No 183 Pat 98 a nombre de Uriel Poveda Ortiz, medicina legal Ciénaga.  Acta de inspección de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | | | | | | cadáver No 147, Cti Ciénaga, fecha 15 de octubre del 98, a nombre de Uriel Poveda Ortiz.<br><br>Protocolo de necropsia No 182 Pat 98 a nombre de Edgar Orlando Poveda Ortiz, medicina legal Ciénaga.<br><br>Acta de inspección cadáver 146, CTI Ciénaga, fecha 15 de octubre del 98, a nombre de Edgar Orlando Poveda Ortiz<br><br>Protocolo de necropsia No 180 Pat 98 a nombre de José Domingo Clavijo Pita, medicina legal Ciénaga.<br><br>Acta de inspección a cadáver 145, CTI Ciénaga, 15 de octubre del 98 a nombre De José Domingo Clavijo |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Pita. |
| | | | | | | | | | | Registro de nacimiento del fallecido Darwin Trigos Legarda |
| | | | | | | | | | | Confesión de la comisión del hecho y aceptabilidad de responsabilidad penal de los postulados en versión libre. Reporte de hechos por las victimas indirectas |

SE TIENE DOCUMENTADO QUE  DURANTES LOS DÍAS 12 Y 13 DE OCTUBRE DE 1.998, UN GRUPO DE NUMEROSOS  HOMBRES ARMADOS QUE SE MOVILIZABAN  EN VEHÍCULOS INCURSIONAROS EN LAS VEREDAS LOURDES PARRANDA SECA, LA SECRETA, LA UNIÓN Y NUEVA GRANADA, UBICADAS EN LAS ESTRIBACIONES DE LA SIERRA NEVADA DE SANTA MARTA, JURISDICCIÓN DEL MUNICIPIO DE CIENAGA; MAGDALENA  Y RETUVIERON A UN GRAN NUMERO DE PERSONAS RESIDENTES EN EL SECTOR, ALGUNAS DE LAS CUALES FUERON DEJADAS EN LIBERTAD Y OTRAS FUERON  ASESINADAS EN EL MISMO LUGAR, AL TIEMPO QUE INGRESABAN A LAS CASAS, LAS MARCABAN CON EMBLEMAS DE LAS AUC Y AMENAZARON A LA GENTE DE LA REGIÓN. EN LA INCURSIÓN FUERON ASESINADAS, ALFREDO FRANCISCO MURCIA BOHÓRQUEZ, JOSÉ ANTONIO PACHECO MURCIA, FLORENTINO CASTILLO ACOSTA,   JORGE JULIO SEPÚLVEDA,   URIEL POVEDA ORTIZ, EDGARD ORLANDO POVEDA ORTIZ,  JOSÉ DOMINGO CLAVIJO PITA, MARCOS CASTILLO ACOSTA,   DARWIN TRIGO LEGARDA,   ANA MARÍA, LEGARDA BALLENA. PARA EL DÍA 12 DE OCTUBRE,  EL SEÑOR ALFREDO MURCIA BOHORQUEZ, SE MOVILIZABA EN UN VEHÍCULO DE SU PROPIEDAD EN COMPAÑÍA DE SU SOBRINO  JOSÉ ANTONIO PACHECO, QUIEN CONDUCÍA EL AUTOMOTOR, TRANSPORTANDO  PASAJEROS Y  A LA ALTURA DEL SECTOR CONOCIDO COMO LA CARPA, FUERON DETENIDOS POR EL GRUPO ARMADO QUIENES BAJARON A TODOS LOS PASAJEROS DEL AUTOMOTOR Y  PROCEDIERON A AMARRAR  Y AMORDAZAR A ALFREDO MURCIA BOHORQUEZ Y JOSE ANTONIO PACHECO,  Y SE LA LLEVARON PARA LA VEREDA COREA DONDE LOS TORTURARON Y LUEGO LOS ASESINARON, POR LO CUAL  SUS FAMILIARES SE ACERCARON AL Y  BAJARON LOS CADÁVERES TRASLADÁNDOLOS HASTA CIENAGA, DONDE LES HICIERON LA DILIGENCIA DE INSPECCIÓN DE CADÁVERES Y ENTRE TANTO EL VEHICULO EN QUE SE  TRANSPORTABAN NUNCA APARECIÓ Y LA FINCA QUE TENÍAN EN EL SECTOR LA DEJARON ABANDONADA Y SE DESPLAZARON PARA OTRA ZONA DEL PAÍS. POSTERIORMENTE EL GRUPO ARMADO ILEGAL, PENETRÓ A LA VEREDA NUEVA GRANADA, Y EN ESE LUGAR PREGUNTARON POR EL SEÑOR ANTONIO CLAVIJO, PERO COMO ÉSTE NO SE ENCONTRABA,  PROCEDIERON EN CONTRA DE SU PADRE JOSÉ DOMINGO CLAVIJO,  QUIEN FUE TORTURADO Y LUEGO LO ASESINARON. SEGUIDAMENTE EN SU RECORRIDO CRIMINAL EL GRUPO ARMADO, PENETRÓ A LA FINCA DONDE SE ENCONTRABAN LOS SEÑORES MARCOS CASTILLO, FLORENTINO CASTILLO, DARWIN TRIGO Y ANA MARIA LEGARDA, RELATANDO SUS FAMILIARES  QUE LAS VÍCTIMAS SE ENCONTRABAN EN LAS FINCAS TRABAJANDO Y EN HORAS DE LA TARDE DE ESE DÍA LLEGÓ UN GRUPO NUMEROSO COMO DE 150 HOMBRES APROXIMADAMENTE, VESTIDO CON ROPA DEL EJERCITO, PORTANDO ARMAS DE LARGO ALCANCE Y CON LA CARA CUBIERTA, QUIENES CON LISTA EN MANO FUERON SELECCIONANDO A LAS PERSONAS QUE SE IBAN A LLEVAR Y ESA NOCHE SE QUEDARON EN LAS VIVIENDAS, REGISTRANDO TODO. AL DÍA SIGUIENTE BIEN TEMPRANO A ESO DE LAS SEIS DE LA MAÑANA, SACARON A LAS PERSONAS MENCIONADAS,  AMARRADAS Y EN EL CAMINO LAS IBAN TORTURANDO, ALGUNOS LES QUITARON LOS DEDOS DE LAS MANOS, LES CORTABAN PEDAZOS DE LA NARIZ, DE LAS OREJAS, A LA SEÑORA ANA MARIA LEGARDA LE QUITARON LOS SENOS Y POR ÚLTIMO LE PEGARON UN TIRO EN LA CABEZA, LO MISMO LO HICIERON CON EL RESTO DE LA VÍCTIMAS A QUIENES UNO A UNO FUERON TORTURANDO Y ASESINANDO TILDÁNDOLOS DE APOYADORES DE LA GUERRILLA

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).<br><br><br>EN CONCURSO HETEROGÉNEO CON SECUESTRO SIMPLE. PREVISTO EN LIBRO SEGUNDO, TITULO III, CAPITULO  SEGUNDO, DEL  ARTÍCULO 168 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 733 DE 2.002, BAJO  EL SIGUIENTE TENOR. ARTÍCULO 168. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES<br><br> ARTÍCULO 137. TORTURA EN PERSONA PROTEGIDA. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.<br><br>DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES.HOMICIIDIO INDIVIDUAL.-LUGAR ABIERTO** | | | | | | | | | | |
| 87.HOMICIDIO EN PERSONA PROTEGIDA | 1 | LUIS ALBERTO CORTES VILLA. C.C. 71739247 | 23/08/19 98 | BARIO ONCE DE NOVIEMBRESANT A MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden).<br>• JOSE EDILBERTO | A.  Mediat o Coautor Coauto | HOMICIDIO INDIVIDUAL (SELECTIVO) SUPÉUSTOS VINVULOS | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Copia del proceso radicado bajo el numero 1746, asignado a la Fiscalía 30 de Santa Marta, Donde aparece entre otras piezas procesales, el acta de levantamiento de cadáver No 251 de fecha 23 de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | GUZMAN (Dio la orden). (Participe) <br> • (a) "Yerito". (Participe) | r <br> Coautor <br> Coautor | CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | | | agosto 1998, correspondiente al señor LUÍS ALBERTO CORTES VILLA. Registro civil de defunción, tarjeta de necrodactilia, álbum fotográfico de la inspección al cadáver, protocolo de necropsia No 252 |

SITUACION FACTICA: SE ESTABLECIÓ POR PARTE DE LOS MIEMBROS DE LA POLICÍA JUDICIAL QUE EN HORAS DE LA NOCHE DEL 23 DE AGOSTO DE 1998, EN MOMENTOS EN QUE EL JOVEN LUÍS ALBERTO CORTES VILLA, SE MOVILIZABA POR EL BARRIO MONTERREY DE LA CIUDAD DE SANTA MARTA CON RUMBO A SU CASA UBICADA EN LA CALLE 79 CON CARRERA 39B, JUSTO EN LA ESQUINA ANTERIOR A LA ALTURA DE UN ESTABLECIMIENTO COMERCIA DEDICADO A JUEGOS DE BILLAR, FUE INTERCEPTADO POR DOS SUJETOS QUE LO ESPERABAN, LOS CUALES SIN MEDIAR PALABRA LE DISPARARON EN REPETIDAS OCASIONES CON ARMAS DE CORTO ALCANCE, CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA QUEDANDO SU CUERPO TENDIDO EN LA VÍA PÚBLICA MIENTRAS LOS SUJETOS SALÍAN DEL SECTOR EN UNA MOTOCICLETA DE ALTO CILINDRAJE.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 88. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALFREDO ANTONIO ROJAS TAMAYO. C.C. 85449942 | 19/11/20 02 | CALLE 36 CON LA CARRERA 70. BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA <br> • ADAN ROJAS MENDOZA | A. Mediato <br> Coautor <br> Coautor <br> Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver numero 425 de fecha 19 Noviembre/2002, practicado por la fiscalía 18 adscrita a la Uri Dictamen de alcoholemia medicina legal b/quilla, de fecha |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe) <br> • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) <br> • LUIS ANTONIO BARRETO MEZA (a) "Franklin". (Participe) <br> • (a) "Parce". (Participe) | Coautor | COLABORACION CON LAS AUTORIDADES | | | 27 noviembre/2002 Protocolo de necropsia Certificación de existencia de proceso Resolución inhibitoria de fecha 28 mayo/2003 Certificación expedida por la fiscalía 5 seccional Reporte de hechos por la victima indirecta. Confesión de la comisión del hecho y aceptación de responsabilidad penal del postulado en versión libre |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 19 DE NOVIEMBRE DE 2002, EL SEÑOR ALFREDO ANTONIO ROJAS TAMAYO, SE ENCONTRABA EN EL SECTOR DE LA CALLE36 CON CARRERA 70 DIAGONAL A LA TIENDA DENOMINADA LA MALLA ROJA, APROXIMADAMENTE A LAS 7:20 DE LA MAÑANA, Y SE DIRIGÍA A RECOGER UN TAXI PARA TRABAJAR COMO CONDUCTOR, CUANDO AL LUGAR LLEGÓ UN SUJETO QUE LE PROPINÓ VARIOS DISPAROS CON ARMA DE FUEGO QUE LE CAUSARON LA MUERTE DE MANERA INMEDIATA. EN VERSIÓN COLECTIVA DEL DÍA 4 DE JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN EL HOMICIDIO DE ESTA PERSONA, MANIFESTANDO QUE EL SEÑOR ROJAS TAMAYO FUE ASESINADO POR ALIAS PULGA (OTALVARO DURANGO GÓMEZ), POR CUANTO LA VÍCTIMA LO HABÍA AMENAZADO A ÉL (JOSÉ GREGORIO ROJAS) CON DENUNCIARLO ANTE LAS AUTORIDADES ACERCA DE LA RETENCIÓN DE ADRIANO SÁNCHEZ COMAS, CONOCIDO COMO ALIAS JUACO, JEFE POLÍTICO DE LAS AUTODEFENSAS, DONDE TAMBIÉN RESULTARON DESAPARECIDAS OTRAS PERSONAS Y DE LAS REUNIONES QUE SE HICIERON EN LA SIERRA DONDE EL POSTULADO ESTUVO PRESENTE EN COMPAÑIA DE OTROS MIEMBROS DE LA AGRUPACIÓN COMO NODIER GIRALDO (A) EL CABEZÓN. AFIRMA EL POSTULADO QUE LA ORDEN SE LA DIO EXPRESAMENTE A ALIAS PULGA, QUIEN MATERIALIZÓ EL CRIMEN, PERO QUE DESCONOCE LOS DETALLES EN QUE COMETIÓ EL HECHO. A SU TURNO EL POSTULADO ADÁN ROJAS MENDOZA, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO, HABIDA CUENTA QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN. Y ÉL ERA EL COMANDANTE MILITAR DEL GRUPO

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 89. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JORGE ELÍAS CASTILLEJO CAMPO. C.C. 12534909 | 4/07/2003 | BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE GELVES ALBARRACIN<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe) (DIO LA ORDEN)<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• HERNAN GONZALEZ CORCHO (a) "Yan Carlos". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÉSTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver numero 250.<br><br>Álbum fotográfico de la inspección de cadáver<br><br>Registro civil de defunción de Jorge Elías Castillejo Campo<br><br>Protocolo de necropsia de la victima<br><br>Dictamen pericial del vehículo de placas PKE 325.<br><br>Recorte de periódico el informador 5 de julio del 2003. Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre. Reporte de hechos por las victimas |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | indirectas |

SE ENCUENTRA DOCUMENTADO QUE EL DÍA 4 DE JULIO DE 2.003, EL SEÑOR JORGE ELIAS CASTILLEJOS QUIEN TRABAJABA COMO ADMINISTRADOR DE UNA FINCA EN GIROCASACA, SALIÓ DE DICHO PREDIO MOVILIZÁNDOSE EN UN CARRO SUZUKI HACIA LA CIUDAD DE SANTA MARTA Y AL ENTRAR A LA CIUDAD EN LA CARRETERA TRONCAL FRENTE AL BARRIO 11 DE NOVIEMBRE, DOS HOMBRES QUE SE MOVILIZABAN EN UNA MOTOCICLETA LO INTERCEPTARON Y  UNO DE ELLOS LES DISPARO CAUSÁNDOLE LA MUERTE EN FORMA INMEDIATA. EN EL REPORTE DE VICTIMAS SE DICE ADEMÁS QUE LA VICTIMA TENIA UNA FINCA EN SAN PEDRO DE LA SIERRA DE NOMBRE LA MONTAÑITA PERO TENIA TRES AÑOS QUE NO SUBÍA PORQUE  LA GUERRILLA LO AMENAZO,  ESTO OCURRIÓ PORQUE EN UNA OCASIÓN QUE SUBIÓ  A LA FINCA ENCONTRÓ UN GANADO QUE ERA HURTADO, QUE LA GUERRILLA LO HABÍA DEJADO ALLÍ, EN ESA OPORTUNIDAD EL SEÑOR CASTILLEJO LE LLAMO LA ATENCIÓN AL ADMINISTRADOR PARA QUE LE DIJERA A LA GUERRILLA QUE SACARA ESE GANADO DE ALLÍ A LOS QUINCE DÍAS DESPUÉS CUANDO EL SEÑOR IBA SUBIENDO A SAN PEDRO LE AVISARON QUE LA GUERRILLA LE ESTABA ESPERANDO PARA MATARLO Y CON LA AYUDA DE UNOS CONOCIDOS LES SACARON DEL CAMINO Y LOGRO EVADIR A LA GUERRILLA. POSTERIORMENTE EMPEZÓ A TRABAJAR EN LA FINCA GIROCASACA UBICADA EN MINCA DE PROPIEDAD DE UN SEÑOR DE APELLIDO OPDENBOSCH PERO, AGREGA LA REPORTANTE QUE EN UNA OCASIÓN A LA VICTIMA LA ESTUVIERON BUSCANDO LOS PARAMILITARES CUANDO ESTOS ENTRARON A SAN PEDRO DE LA SIERRA Y CON LISTA EN MANO LO LLAMARON A LA PLAZA DEL PUEBLO PERO ESE DÍA NO HABÍA SUBIDO POR ESO SE SALVO Y EN ESA OPORTUNIDAD SE LLEVARON VARIAS PERSONAS DEL PUEBLO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 90. HOMICIDIO EN PERSONA PROTEGIDA | 1 | GERMAN EMEIRO GUZMÁN TORRES. C.C. 93376552 | 31/07/2003 | BARRIO VILLA BELLA (VILLA PARACO). SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE GELVES | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO | Registro civil de defunción numero 04531155.<br><br>Inspección a cadáver numero 285. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALBARRACIN | Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | | ABIERTO) | Protocolo de necropsia numero 301-2003 |
| | | | | | • ADAN ROJAS MENDOZA | Coautor | | | | Certificación de Ciénaga donde consta numero de proceso y despacho de conocimiento. |
| | | | | | • WILLINGTON MORA BUENHABER. (a) "Willy". (Participe). | Coautor | | | | |
| | | | | | • HERNAN GONZALEZ CORCHO. (a) "Yan Carlos". (Participe) | | | | | Recorte de prensa de la época informador 1 agosto de 2003 en donde se divulgó la noticia del hecho. |
| | | | | | • ENRIQUE YOVANY AGAMEZ FELICIANO (a). "Chispas". (Participe). | | | | | |
| | | | | | • JHON JAIRO CORONADO GUERRERO (a) "El Saya". (Participe). | | | | | Confesión y aceptación de responsabilidad hecho por los postulados en versión libre |
| | | | | | • MARTIN AUGUSTO LOPEZ MORENO (a) "Felipe". (Participe). | | | | | |
| | | | | | • JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe) | | | | | Reporte de hechos por las victimas indirectas |
| | | | | | • ROBINSON ALFONSO FORERO HENRIQUEZ (Participe). | | | | | |
| | | | | | • LUIS EDGAR MEDINA FLOREZ (A) "Chaparro". (Participe). | | | | | |

Situación fáctica: SE TIENE DOCUMENTADO QUE EL SEÑOR GERMAN GUZMAN TORRES, SALIÓ DE SU CASA UBICADA EN EL SECTOR CONOCIDO COMO LOS FAROLES CERCA DE LA

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| URBANIZACIÓN VILLA MARBELLA, APROXIMADAMENTE A LAS 7:00 DE LA MAÑANA Y METROS MÁS DELANTE DE SU RESIDENCIA, FUE INTERCEPTADO POR INDIVIDUOS QUE LE DISPARARON EN REPETIDAS OCASIONES HASTA OCASIONARLE LA MUERTE. A SU TURNO EL POSTULADO ADÁN ROJAS MENDOZA EN VERSIÓN COLECTIVA, RECONOCIÓ QUE ESE CRIMEN FUE COMETIDO POR LA ORGANIZACIÓN QUE ÉL LIDERABA, MANIFESTADO QUE CONOCIÓ A LA VICTIMA PORQUE DÍAS ANTES EL SEÑOR ROBINSON FORRERO LO LLEVO HASTA LA ZONA DE EL CAMPANO EN MINCA DE SANTA MARTA, LUGAR DONDE SE LLEVABA A CABO UNA REUNIÓN DE LA AUTODEFENSAS, ENCABEZADO POR ALIAS FELIPE, Y TAMBIÉN PRESENTE EL MEDICO, CABEZON (NODIER GIRALDO), CHAPARRO (LUIS EDGAR MEDINA FLÓREZ), EL NEGRO Y JOSÉ GREGORIO ROJAS MENDOZA Y VARIOS INTEGRANTES DEL GRUPO DE GIRALDO, Y SE LLEGÓ A PENSAR QUE EL SEÑOR GERMAN HABÍA LLEGADO A HACER INTELIGENCIA Y EN ESE SITIÓ SE DECIDIÓ ELIMINARLO Y EFECTIVAMENTE AL DÍA SIGUIENTE SE MATERIALIZÓ EL CRIMEN POR PARTE DE LOS INDIVIDUOS ALIAS CHISPA Y ALIAS YAN CARLOS (HERNÁN GONZÁLEZ CORCHO). | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 91. HOMICIDIO EN PERSONA PROTEGIDA, DESPOJO EN CAMPO DE BATALLA | 1 | ENULFO DE JESUS DE HORTA MADARRIAGA. C.C. 7603182 | 17/06/2003 | BARRIO ONCE DE OVIEMBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• JOSE GELVES ALBARRACIN<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe). | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | -Confesion postulado.<br><br>-Informes de Policía Judicial de fecha  suscrito por funcionarios de  policía judicial adscritos a este Despacho.<br><br>-Fotografías del lugar de los hechos<br><br>-Recorte de prensa en la que se publico el hecho. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • HERNAN GONZALEZ CORCHO. (a) "Yan Carlos". (Participe) | | | | | -Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica. -Copias del proceso iniciado en la Fiscalía ordinaria, acta de levantamiento de cadáver de fecha 17 de junio de 2003, protocolo de necropsia de fecha 18 de junio de 2003 |

SITUACION FACTICA: EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 3 DE AGOSTO DEL 2009, A LAS 17:53:05 USTED CONFESO EL HECHO MANIFESTANDO: UN HOMICIDIO EN LA SEXTA ENTRADA DEL BARRIO ONCE DE NOVIEMBRE EN LA CIUDAD DE SANTA MARTA, LA VÍCTIMA LA LLAMABAN ENULFO DE LA ORTA MADARIAGA, PARTICIPARON OTALVARO DURANGO GÓMEZ, ALIAS PULGA, HERNÁN GONZÁLEZ CORCHO, ALIAS GIAN CARLOS Y USTED, EL MOTIVO ERA POR SER INFORMANTE DE LA LEY SE UTILIZO PISTOLA 9MM Y UNA MOTO DT, DE COLOR GRIS, QUE HERNÁN GONZÁLEZ CORCHO, ALIAS GIAN CARLOS SE LLEVO UNA MOTO Y SE LA DEJO A UN MUCHACHO EN LA SIERRA QUE ANDABA DE POSTE PARA QUE EL LA TUVIERA, QUE EL HECHO LO ORDENO ADÁN ROJAS MENDOZA, ALIAS EL NEGRO. RELATO DE LA VICTIMA INDIRECTA: REPORTA ANTE LA UNIDAD NACIONAL DE JUSTICIA Y PAZ LOS PADRES DE LA VÍCTIMA Y MANIFIESTAN QUE SU HIJO TENIA CUATRO DÍAS DE HABER CONSEGUIDO UN TRABAJO ESTABLE EN UNA EMPRESA CONTRATISTA DE ELECTRICARIBE, YA QUE EL SE ENCONTRABA DESEMPLEADO, EL DÍA 17 DE JUNIO DEL AÑO 2003, EL SALIO COMO DE COSTUMBRE A LA 1 DEL MEDIO DÍA A LABORAR, COMO A LAS 8 DE LA NOCHE DE ESE DÍA RECIBIERON UNA LLAMADA TELEFÓNICA EN LA QUE LES AVISABAN QUE A SU HIJO ENULFO LO HABÍAN ASESINADO POR LOS LADOS DEL BARRIO ONCE DE NOVIEMBRE DE ESTA CIUDAD, ENSEGUIDA SE DESPLAZARON PARA ESE BARRIO PARA AVERIGUAR LO SUCEDIDO, AL LLEGAR AL BARRIO ONCE DE NOVIEMBRE YA SE HABÍAN LLEVADO EL CUERPO SIN VIDA DE SU HIJO PARA EL HOSPITAL PERO LLEGO A ESTE CENTRO MEDICO SIN VIDA, EL DÍA DE SU ASESINATO EL SE TRANSPORTABA EN UNA MOTOCICLETA DE SU PROPIEDAD LA CUAL FUE HURTADA EN ESOS HECHOS, AL IGUAL QUE TODA SU DOCUMENTACIÓN, SOLO HASTA EL MES DE OCTUBRE DE ESTE AÑO 2009 QUE LES DIJERON QUE EL GRUPO DE LOS ROJAS EN VERSIÓN, AQUÍ EN LA UNIDAD DE JUSTICIA Y PAZ, HABÍAN RECONOCIDO LA AUTORÍA DE ESTOS HECHOS.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| EN CONCURSO HETEROGÉNEO CON  DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000, CAPITULO UNICO – TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO | | | | | | | | | | |
| 92. HOMICIDIO EN PERSONA PROTEGIDA | 1 | PEDRO COA DORIA | 24/07/2003 | BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL CARMEN GELVES ALBARRACIN<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• (a) "El Poli". (Participe)<br>• (a) "Niño". (Participe)<br>• (a) "Mono Champeta". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Se tiene la confesión del postulado. -Informes de Policía Judicial de fecha 4 de agosto de 2010 suscrito por funcionarios de policía judicial adscritos a este Despacho. -Fotografías del lugar de los hechos -Recorte de prensa en la que se publico el hecho -Video clip con la narración de las victimas indirectas sobre el hecho. -Copias del proceso iniciado en la Fiscalía ordinaria, que |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | contiene el acta de levantamiento de cadáver de fecha 24 de julio de 2003, protocolo de necropsia de fecha 25 de julio de 2003, |

SITUACION FACTICA: EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 23 DE ABRIL DEL 2010, A LAS 10:20:47 USTED CONFESO EL HECHO MANIFESTANDO: UN HOMICIDIO EN EL QUE PERDIÓ LA VIDA EL SEÑOR PEDRO CABO DORIA, EL 26 DE JULIO 2003, LA VÍCTIMA FUE LLEVADA DEL CENTRO POR LOS FINANCIEROS DEL CENTRO MANUEL POLO CERPA, ALIAS POLI, QUE LOS MOTIVOS FUERON PORQUE CUANDO ELLOS ESTABAN COBRANDO LA CUOTA A LOS COMERCIANTES LES ECHABA LA POLICÍA Y POR ESO LO LLEVARON PARA QUE USTEDES LO MATARAN, LO MATO EDUARD CORTEZ NIÑO, ALIAS EL NIÑO, CON UNA PISTOLA Y ESTABAN PRESENTE ROLANDO LEONEL BONILLA GUERRERO, ALIAS CHAMPETA Y USTED, QUE CUANDO BAJARON, EDUARD CORTEZ NIÑO ALIAS EL NIÑO ESPERO QUE EL PASARA LA CALLE Y LE DISPARO, FUE EN EL BARRIO ONCE DE NOVIEMBRE, EL SEÑOR MANTENÍA EN EL CENTRO EN UN PARQUEADERO DE CARROS CUIDABA Y LAVABA CARROS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 93. HOMICIDIO EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | 1 | GUSTAVO ANTONIO PATIÑO ARIAS. C.C. 77166624 | 27/07/2003 | BARRIO ONCE DE NOVIEMBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL CARMEN GELVES ALBARRACIN | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coauto | SUPÚESTOS VINVULOS | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | - confesión del postulado.<br><br>-Informes de Policía Judicial de fecha 31 de julio de 2010 suscrito por funcionarios de policía judicial adscritos a este |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • ADAN ROJAS MENDOZA <br> • WILLINGTON MORA BUENHABER. (a) "Willy". (Participe). <br> • JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe). <br> • YOVANY JOSE ACOSTA OROZCO. (a) "Víctor". (Participe). <br> • (a) "Mono Champeta". (Participe) | r <br><br> Coautor | CON EL GRUPO ENEMIGO-SEÑALAMIENT O DE COLABORACIO N CON LAS AUTORIDADES | | | Despacho. <br><br> -Fotografías del lugar de los hechos <br><br> -Recorte de prensa en la que se publico el hecho <br><br> -Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica. <br><br> -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadáver, protocolo de necropsia, registro de defunción, declaraciones |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | juradas, informe policivo, autos de impulso y resolución y/o decisión tomada en la investigación por el funcionario del conocimiento. |

Situación fáctica: EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 23 DE ABRIL DEL 2010, A LAS 10:23:39 USTED CONFESO EL HECHO MANIFESTANDO: UN HOMICIDIO EN EL QUE PERDIÓ LA VIDA EL SEÑOR  GUSTAVO PATIÑO ARIAS, EN EL MES DE  JULIO DE 2003, A  ESTE SEÑOR SE  LE DIO MUERTE POR ORDEN DE JORGE LUIS GARRIDO,  ALIAS EL MEDICO, PORQUE POR LOS LADOS DEL  DPTO. DE BOLÍVAR LE HABÍA ECHADO EL EJERCITO A LAS AUTODEFENSAS, QUE EL SEÑOR VIVÍA EN EL BARRIO ONCE DE NOVIEMBRE Y LA ORDEN ERA QUE DONDE LO VIERAN LO MATARAN, Y USTED SE LA TRANSMITIÓ A ROLANDO LEONEL BONILLA GUERRERO, ALIAS CHAMPETA, JHOVANNY ACOSTA OROZCO, ALIAS VÍCTOR Y ALEIXON DIDI VERGARA ACOSTA, ALIAS,  ALEIXON, QUE ELLOS TAMBIÉN LO CONOCÍAN, Y  UN DÍA LO  LLAMARON Y LE INFORMARON  QUE HABÍAN MATADO A PATIÑO,  QUE USTED LE DIO  PARTE A JORGE LUIS GARRIDO ALIAS EL MEDICO, QUE LA ORDEN QUE HABÍA DEJADO, SE HABÍA CUMPLIDO, QUE  ALIAS EL MEDICO LE TENIA CONFIANZA A USTED Y POR ESO LE INFORMABA A USTED LAS ORDENES Y USTED LAS  TRANSMITÍA A LOS MUCHACHOS, QUE NO SABE QUIEN DISPARO Y QUE ELLO LO EXPLICARAN MEJOR JHOVANNY ACOSTA OROZCO, ALIAS VÍCTOR Y ROLANDO LEONEL BONILLA GUERRERO, ALIAS CHAMPETA, QUE FUERON LOS QUE  ESTUVIERON EN EL HECHO, Y QUE LE  COMENTARON QUE FUE EN LA TRONCAL DEL CARIBE POR EL BARRIO ONCE DE NOVIEMBRE.  RELATO HECHO POR LA VÍCTIMA INDIRECTA: REPORTA LOS HECHOS ANTE LA UNIDAD NACIONAL DE JUSTICIA Y PAZ LA MADRE DE LA VÍCTIMA, EN LA QUE MANIFESTÓ, QUE ESTOS OCURRIERON EL 27 DE JULIO DEL AÑO 2003, EN EL BARRIO ONCE DE DICIEMBRE DE SANTA MARTA, FRENTE A UN ESTADERO DE MULAS, ESTO OCURRIÓ EN HORAS DE LA NOCHE, ACLARO QUE SU HIJO LLEGO A LA CASA Y LE DIJO QUE QUERÍA COMER FRITO Y QUE LO ACOMPAÑARA, POR TAL RAZÓN UNA MUCHACHA QUE VIVÍA CON ÉL Y ELLA  FUERON Y LO  ACOMPAÑARON Y NO  ENCONTRARON  LO QUE QUERÍA, POR TAL RAZÓN ÉL LES DIJO QUE FUERAN A UN ESTADERO DONDE PARQUEABAN  LAS MULAS, Y CUANDO IBAN  PARA ESE SITIO EN UN BILLAR SALIERON UNOS TIPOS Y UNO DE ELLOS LO COGIÓ POR EL CUELLO DE LA CAMISA Y LE DIJO "AQUÍ ESTA ESTE PERRO DESOBEDIENTE", QUE SU  HIJO SE LE SOLTÓ DE LA CAMISA Y SALIO CORRIENDO Y EL SUJETO QUE LO TENIA COGIDO, NO PUDO DISPARARLE PORQUE SE LE DAÑO LA PISTOLA Y LE PIDIÓ OTRA ARMA A OTRO DE LOS TIPOS QUE ESTABAN CON ÉL, Y SE FUERON TODOS A PERSEGUIRLO Y DESPUÉS ME ENTERE POR RADIO  QUE SU HIJO ESTABA MUERTO EN EL HOSPITAL DE SANTA MARTA, ACLARÓ QUE EN LA FECHA EN QUE FUE LA MUERTE DE  SU  HIJO  EN  LA  CIUDAD  HABÍAN  MUCHOS  PARAMILITARES,  QUE  SU  HIJO  TRABAJABA  CON  GASOLINA  ILEGAL  Y  POR  ESE  MOTIVO  ESTAS  POSIBLEMENTE  AMENAZADO  POR  LOS PARAMILITARES, DE RESTO ÉL NO TENIA PROBLEMAS CON NADIE, ACLARÓ QUE POR ESTE MOTIVO LOS SUJETOS QUE MATARON A SU HIJO LA BUSCABAN PARA MATARLA Y  POR ELLO  SE DESPLAZO PARA PUERTO BOGOTA, DEJÁNDOLO TODO ABANDONADO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E  INHABILITACIÓN  PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

EN CONCURSO HETEROGENEO CON DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR,

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 94. HOMICIDIO EN PERSONA PROTEGIDA | 1 | HUMBERTO BLANDON CAMPO. C.C. 12534065 | 12/04/2004 | CARRERA 70 CALLE 36. BARRIO ONCE DE NOVIEMBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• JOSE GELVES ALBARRACIN<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• (a) "Dani". (Participe). | A. Mediato<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | - confesión del postulado<br><br>-Informes de Policía Judicial de fecha 31 de julio de 2010 suscrito por funcionarios de policía judicial adscritos a este Despacho.<br><br>-Fotografías del lugar de los hechos<br><br>-Recorte de prensa en la que se publico el hecho<br><br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | | | | | | poder para actuar otorgado a un abogado de la Defensoría Publica.  -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadáver de fecha 12 de abril de 2004, protocolo de necropsia |

EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 23 DE ABRIL DEL 2010, A LAS 11:20:26 USTED CONFESO EL HECHO MANIFESTANDO: UN HOMICIDIO EN EL QUE PERDIÓ LA VIDA EL SEÑOR HUMBERTO BLANDON, SE LE DIO MUERTE PORQUE HACIA PARTE DE LOS SERENOS, YA QUE LE HABÍA ECHADO LA POLICÍA A ALIAS EL DANNY, QUE ERA EL ENCARGADO DE COBRAR A LOS SERENOS  QUE ERAN UN GRUPO DE VIGILANTES QUE TENÍAN EN LOS BARRIOS DE LA CIUDAD Y COMO HABÍA UNOS QUE CONOCÍAN A LOS MIEMBROS DE LAS AUC, NO TENÍA PROBLEMAS Y OTROS PAGABAN POR TEMOR PORQUE DANNY RIVERA YEPEZ, ALIAS DANNY LOS REUNIÓ Y LES PUSO UNA CUOTA MENSUAL, UNA CUOTA DE $ 20.000  PESOS MENSUAL, QUE ALIAS DANNY ERA AMIGOS DEL GRUPO Y OTALVARO DURANGO ÁLVAREZ, ALIAS PULGA LO ASIGNO PARA QUE COBRARA,  PORQUE ESTABA SIN TRABAJO. REPORTA ANTE LA UNIDAD NACIONAL DE JUSTICIA Y PAZ EL HIJO DE LA VICTIMA QUIEN MANIFESTÓ QUE SU PAPÁ FUE MUERTO EL DÍA 12 DE ABRIL DEL AÑO 2004, EN EL BARRIO ONCE DE NOVIEMBRE A LAS 9:30 DE LA MAÑANA, QUE SU  PAPÁ FUE CITADO AL BARRIO  ONCE DE NOVIEMBRE POR LOS COORDINADORES DE LOS SERENOS POR QUE EL HABÍA TENIDO UN PROBLEMA CON UNO DE ELLOS QUE NO LE GUSTO QUE ESTUVIERA TRABAJANDO EN ESA CUADRA, ENTONCES LE DIJO QUE EL TENIA QUE SALIR CON LOS PIES POR DELANTE, EL DÍA ANTERIOR A LA MUERTE A SU PADRE  LO FUERON BUSCANDO A LA CASA COMO A LAS ONCE DE LA NOCHE PERO EL NO ESTABA, A LAS SEIS DE LA MAÑANA VOLVIÓ OTRO TIPO DE LOS CELADORES Y LE DIJO QUE TENÍAN REUNIÓN A LAS 8 DE LA MAÑANA EN EL BARRIO ONCE, PERO LA REUNIÓN ERA PARA MATARLO, A ÉL LO CITARON DONDE  GIOVANY NAVARRO ORDÓÑEZ, ALIAS  MONO LECHE QUE ERA EL COMANDANTE DE AHÍ EN ESOS MOMENTOS, AGREGA QUE A SU  PAPÁ LO MATO UN TAL WILLIAM.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 95. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSÉ LUIS BARRIOS LUQUE. C.C. 85475107 | 18/08/2003 | BILLAR "NUEVO AMANECER". BARRIO ONCE DE NOVIEMBRE.SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL CARMEN GELVES ALBARRACIN<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe).<br>• ENRIQUE YOVANY AGAMEZ FELICIANO (a). "Chispas". (Participe).<br>• (a) "Calixto". (Participe).<br>• (a) "Cacha". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | confesión del postulado -Informes de Policía Judicial de fecha 4 de agosto de 2010 suscrito por funcionarios de policía judicial adscritos a este Despacho. -Fotografías del lugar de los hechos -Recorte de prensa en la que se publico el hecho -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadáver de fecha 18 de agosto de 2003, protocolo de necropsia de fecha 19 de agosto  de 2003 |
| SITUACION FACTICA: EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 23 DE ABRIL  DEL 2010,  A LAS 10:13:40 USTED CONFESO EL HECHO MANIFESTANDO: UN HOMICIDIO EN EL QUE PERDIÓ LA VIDA EL SEÑOR JOSÉ LUIS BARRIOS, QUE FUE EL 20 AGOSTO 2003, ORDENADO POR UNA URBANA NUEVA QUE TRAJO JORGE LUIS GARRIDO, ALIAS EL MEDICO Y FUE ESTE QUIEN ORDENO LA MUERTE,  COMETIERON EL HECHO ALIAS CALIXTO, EL CACHA Y USTED, QUE EL HECHO  FUE EN LA  PRIMERA ENTRADA DEL BARRIO ONCE DE NOVIEMBRE, EN UN BILLAR, NO RECUERDA EL NOMBRE AL LADO DE LA PANADERÍA BRISAS DEL ONCE,  ESO FUE COMO A LAS 5 O 6 DE LA TARDE, LOS MOTIVOS FUE POR QUE LE DABA INFORMACIÓN A LA POLICÍA DE LAS AUTODEFENSAS DISPARO ALIAS CALIXTO CON UNA PISTOLA, QUE SU PARTICIPACIÓN  FUE MOSTRARLO,  YA QUE  LO CONOCÍA, ERA ALLEGADO AL BARRIO DONDE USTED VIVÍA, QUE LA | | | | | | | | | | |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíceps | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| VÍCTIMA ERA INGENIERO DE DE SISTEMAS, QUE USTEDES  LLEGARON  A PIE. | | | | | | | | | | |

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES,  E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíceps | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 96. HOMICIDIO EN PERSONA PROTEGIDA | 1 | EZEQUIEL ANTONIO ALMANZA BARRAZA. C.C. 12614678 | 07/11/2001 | BARRIO 20 DE OCTUBRE. .SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe) | A. Mediato<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA  26 DE OCTUBRE  DE  2009, A LAS 12:10:46 USTED ENUNCIO EL HECHO MANIFESTANDO: UN HECHO EN EL QUE SE LE QUITO LA VIDA A UN SEÑOR QUE TRABAJABA EN UN CARRO DE MULA, EN EL BARRIO 20 DE OCTUBRE DE SANTA MARTA, POR QUE LA VÍCTIMA ERA  INFORMANTE, QUE USTED LE DISPARO, QUE LO UBICO EN EL  BASURERO PREGUNTE POR ÉL  A LOS QUE RECICLABAN, QUE LE DIJERON POR DONDE ESTABA EL SEÑOR, USTED FUE Y OBSERVA EL CARRO DE MULA, PREGUNTO POR EL SEÑOR, ÉL ESTABA DURMIENDO Y LO LLAMARON EL MUCHACHO SALE Y USTED  LE DISPARA, LUEGO SE FUE AGREGA QUE UTILIZO UN ARMA CALIBRE  38. EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 27 DE OCTUBRE  DE  2009, A LAS 10:38:40 USTED CONFESO EL HECHO MANIFESTANDO: EL DESPACHO LE MUESTRA FOTOGRAFÍA DE LA VICTIMA QUIEN RESPONDÍA AL NOMBRE DE EZEQUIEL  ANTONIO ALMANZA BARRAZA, QUIEN PERDIÓ LA VIDA EL DÍA 11 DE JULIO DE 2001 EN EL BASURERO 20 DE OCTUBRE DE SANTA MARTA, COMO TAMBIÉN DEL LUGAR DEL HECHO  Y USTED RECONOCE EL HECHO COMO EL ENUNCIADO, Y AGREGA QUE NO RECUERDA SI ERA DE NOCHE NO RECUERDO PERO SI  ACEPTO EL HECHO. RELATO HECHO POR  LA VICTIMA INDIRECTA: ANTE LA UNIDAD DE JUSTICIA Y PAZ REPORTO LA ESPOSA  DE LA VICTIMA Y MANIFESTÓ QUE SU MARIDO ESTABA DURMIENDO, CUANDO LLEGARON DOS SEÑORES A SOLICITARLE EL SERVICIO DEL CARRO E MULA, PARA LLEVAR UNOS MATERIALES RECICLABLES, ES CUANDO SU CUÑADO LLAMA A SU MARIDO, ESTOS TIPOS NO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1609

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LE DIJERON MAS NADA Y LE DISPARARON QUEDANDO EL MUERTO. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES.HOMICIIDIO INDIVIDUAL.-IRRUPCION SITIO CERRADO** | | | | | | | | | | |
| 97. HOMICIDIO EN PERSONAS PROTEGIDAS  Y DESPLAZAMIENT O FORZADO, SIMULACION DE INVESTIDURA O CARGO | 2 | OLGA MARINA MOLINA DE BAQUERO. C.C. 27013118. Y ROSALBA NUÑEZ MOLINA. C.C. 40914081 | 25/12/19 93 | CORREGIMIENTO DE MINGUEO. MUNICIPIO DE DIBULLA-. DEPARTAMENTO DE LA GUAJIRA | • HERNAN GIRALDO SERNA<br>• JANCY ANTONIO NOVOA PEÑARANDA (a) "Tornillo". (Participe)<br>• HUMBERTO BLANDON PEREZ. (Participe)<br>• (a) "Pecho e Plomo. (Participe)<br>• (a) "Gasolina". (Participe)<br>• (a) "El Flaco". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO- SEÑALAMIENT O DE COLABORACIO N CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO ) | IRRUPCION SITIO CERRADO | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: EL DIA 25 DE DICIEMBRE DE1993 COMO A LAS DIEZ DE LA NOCHE HOMBRES ARMADOS QUE SE HICIERON PASAR COMO FUNCIONARIOS DEL CTI INGRESARON HASTA LA VIVIENDA DE LA SEÑORA OLGA MARINA MOLINA Y LA ASESINARON JUNTO A SU HIJA ROSALBA NUÑEZ MOLINA LOS MOVILES FUERON POR QUE LA SEÑORA ESTABA PRESIONANDO A LAS AUTORIDADES PARA QUE CAPTURARAN LOS ASESINOS DE SU HIJO, Y HABIA PUESTO LA DENUNCIA POR ESTE HECHO. {: colspan=11} | | | | | | | | | | |

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

SIMULACION DE INVESTIDURA O CARGO, CONTEMPLADO EN EL TITULO XV, CAPITULO NOVENO, ARTICULO 426: EL QUE SIMULARE INVESTIDURA O CARGO PUBLICO O FINGIERE PERTENECER A LA FUERZA PUBLICA, INCURRIRA EN PRISION DE 2 A 4 AÑOS Y EN MULTA DE 3 A 15 SALARIOS MINIMOS LEGALE MENSUALES VIGENTES; LA PENA SE DUPLICARA SI LA CONDUCTA SE REALIZARE CON FINES TERRORISTAS O SE CUANDO PARTICIPE EN EN GRUPO DE DELINCUENCIA ORGANIZADA.

EN CONCURSO HETEROGENEO CON DESPLAZAMIENTO FORZADO, PREVISTO EN LA LEY 599 DE 2.000,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| 98..HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAVIER ALFREDO COTE LAURENS (JUEZ ESPECIALIZADO) | 03/12/20 01 | CARRERA 18 CALLE 25. URBANIZACION SANTA HELENA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER  GIRALDO GIRALDO<br>• CARMEN RINCON<br>• JAIRO ANTONIO MUSSO | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO- | HOMICIDIO INDIVIDUAL (SELECTIVO ) | IRRUPCION SITIO | Se tiene la confesión del postulado en la que manifiesta haber participado en los hechos<br><br>Informes de Policía Judicial<br><br>Fotografías del |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
| | | | | | TORRES (a) "Pacho Musso". (Participe). <br><br> • JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe). <br><br> • EDUARDO EMILIO IGLESIAS CASTELBONSO (a) "Lalo". (Participe). <br><br> • JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe). <br><br> • GIOVANY NAVARO ORDOÑEZ. (a) "Monoleche". (Participe). | Coautor <br><br> Coautor | SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | | CERRADO | lugar de los hechos |

SITUACION FACTICA: EN LA VERSIÓN HECHA POR USTED ANTE ESTE DESPACHO EL DÍA 5 DE AGOSTO DEL 2009, A LAS 10:33:55 USTED ENUNCIO Y CONFESO EL HECHO MANIFESTANDO: UN HECHO, REALIZADO EL DÍA 3 DE DICIEMBRE DE 2001, A LAS SIETE DE LA MAÑANA, EN LA URBANIZACIÓN SANTA HELENA EN LA CALLE 17 NO. 25- 14 CERCA A LA CÁRCEL EN LA CIUDAD DE SANTA MARTA, EN LA QUE RESULTO COMO VICTIMA EL SEÑOR JAVIER ALFREDO COTE LAURENS, QUE LA ORDEN LA DIO ALIAS PACHO MUSSO Y HERNAN GIRALDO SERNA, A LA RED URBANA ACMG, QUE EL COMANDANTE ERA ALIAS QUEMAITO Y JUNTO CON ALIAS MONO LECHE CONTACTAN A ALIAS LALO Y LE ENTREGA DATOS DEL ASESINATO, Y MONO LECHE LO LLAMA A USTED PARA QUE MANEJE UNA MOTO, QUE NO LE EXPLICARON, QUE SE UTILIZO UNA MOTO DE PROPIEDAD DE LA ORGANIZACIÓN QUE USTED TENIA A SU CARGO, ERA UNA DT DE COLOR BLANCO, MODELO 97 DE PLACAS LZP 94, DESPUÉS USTED LA COMPRO, Y SE UTILIZO UNA PISTOLA, QUE LE DIERON LA SUMA DE 100 MIL PESOS DE VIÁTICOS, QUE NO SABE LOS MOTIVOS, QUE ALIAS JAIRO MUSSO O HERNÁN GIRALDO, EXPLICARAN MEJOR LOS MOTIVOS.POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 3 DE DICIEMBRE DE 2001, A LAS SIETE DE LA MAÑANA, EN LA URBANIZACIÓN SANTA HELENA EN LA CALLE 17 NO. 25- 14 EN MOMENTOS EN QUE EL SEÑOR JAVIER ALFREDO COTE LAURENS SE DISPONÍA A SALIR A LABORAR COMO JUEZ ESPECIALIZADO EN LA CIUDAD DE SANTA MARTA, FUE ASESINADO POR SICARIOS QUE SE MOVILIZABAN EN MOTOCICLETAS EN EL PARQUEADERO DE SU VIVIENDA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80). | | | | | | | | | | |
| 99.HOMICIDIO EN PERSONA PROTEGIDA-DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS Y DESPLAZAMIENTO FORZADO | 1 | JULIO CESAR MUÑOZ MUÑOZ C.C. 72140423 (A) CABEZA DE HACHA | 29/09/2004 | FINCA "KENEDDY"VEREDA EL MICO. CORREGIMIENTO DE SAN PEDRO DE LA SIERRA. CIENAGA | • HERNAN GIRALDO SERNA <br> • NODIER GIRALDO GIRALDO <br> • NORBERTO QUIROGA POVEDA. (a) "Beto Quiroga. "5.5". (Participe) <br> • JOSE GELVES ALBARRACIN <br> • JOSE DANIEL MORA LOPEZ (a) "Guerrero". (Participe) | A. Mediato Coautor <br><br> Coautor <br><br> Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES | HOMICIDIO INDIVIDUAL (SELECTIVO) | IRRUPCION SITIO CERRADO | Versión del postulado <br><br> 2.- Acta de inspección a cadáver No. 102 <br><br> 3.- Album fotográfico <br><br> 4.- Protocolo de necropsia No.2004P- 00100 <br><br> 5.- Registro de defunción. <br><br> 6.- Plena identidad de la víctima <br><br> 7.- Fotografía de la víctima |
| SITUACION FACTICA: EL SEÑOR JULIO CESAR MUÑOZ MUÑOZ, TENÍA UNA FINCA LLAMADA LA ESPERANZA EN LA VEREDA KENNEDY, LA CUAL ESTÁ UBICADA EN LA ENTRADA A SAN PABLO, A DONDE LLEGARON EL DÍA 20 DE SEPTIEMBRE DE 2.004 MIEMBROS DE LAS AUTODEFENSAS Y POR ORDEN IMPARTIDA POR JOSE DANIEL MORA LOPEZ LE DIERON MUERTE. SOBRE ESTE CASO EL POSTULADO JOSE DANIEL MORA LOPEZ, EN DILIGENCIA DE VERSIÓN LIBRE EFECTUADA EL DÍA 11 DE DICIEMBRE DE 2008, CONFESÓ EL HOMICIDIO DE JULIO GOMEZ, ALIAS "CABEZA DE HACHA", SUCEDIDO EN EL AÑO 2004, EN LA PARTE BAJA DEL MICO. EL POSTULADO LE DIO LA ORDEN A CACHETE Y ALIAS CHICHIWI, POR SER INFORMANTE DEL EJÉRCITO. NORBERTO QUIROGA POVEDA EN DILIGENCIA DE VERSIÓN LIBRE SE REFIRIÓ A ESTA DESAPARICIÓN Y MANIFESTÓ QUE JULIO GOMEZ GOMEZ, ALIAS "CABEZA DE HACHA", FUE RETENIDO EN LA VEREDA EL MICO EN EL AÑO 2004, LA ORDEN FUE DADA POR EL COMANDANTE JOSE DANIEL MORA LOPEZ, ALIAS GUERRERO, AL PATRULLERO ALIAS CACHETE, EL MOTIVO FUE POR SER INFORMANTE DEL EJÉRCITO, SUS RESTOS ESTÁN EN FOSA. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participació n | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| DESTRUCCION Y APROPIACION  DE BIENES PROTEGIDOS, TIPIFICADO EN LA LEY 599 DE 2.000 EN SU  LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO ARTÍCULO 154. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES

DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO,  ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| **SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- SEÑALAMIENTO DE COLABORACION CON LAS AUTORIDADES.HOMICIIDIO INDIVIDUAL-SUSTRACCION FUERZA** | | | | | | | | | | |
| 100.HOMICIDIO EN PERSONA PROTEGIDA, SECUESTRO | 1 | ALEJANDRO GIL RUIZ | 17/01/20 03 | VEREDA DE BURITACA. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS<br>• ELISEO BELTRAN CADENA (a) "El Gordo". (Participe)<br>• WALTER TORRES | A. Mediato  Coautor  Coautor | SUPÚESTOS VINVULOS CON EL GRUPO ENEMIGO-SEÑALAMIENT O DE COLABORACIO N CON LAS | HOMICIDIO INDIVIDUAL (SELECTIVO) | SUSTRACCION POR LA FUERZA | Acta de Inspección de Cadáver No. 004 del 17 de Enero de 2003. 2. Protocolo de Necropsia número 017, en donde se consignaron cuatro heridas por proyectil de arma de fuego. 3. Estudio balístico 4. fotografías de la víctima 5. versión libre |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Participe | | AUTORIDADES | | | del postulado, donde confiesa el hecho |

SITUACION FACTICA: EL HECHO SUCEDIÓ EL DÍA 17 DE ENERO DE 2.003, CUANDO EL SEÑOR ALEJANDRO GIL RUIZ, SALIÓ DE SU CASA UBICADAS EN EL SECTOR DE LAS CABAÑAS DE BURITACA,  Y CUANDO SE ENCONTRABA EN  EL SECTOR DE LA VEREDA QUEBRADA VALENCIA FUE INTERCEPTADO POR VARIOS SUJETOS ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA QUIENES LE PROPINARON VARIOS DISPAROS  CON ARMA  DE FUEGO QUE LE QUITARON LA VIDA Y SU CUERPO  FUE HALLADO EN LA VÍA PÚBLICA POR PERSONAL QUE TRANSITABA POR EL LUGAR, QUIENES SE ENCARGARON DE DARLE AVISO A LAS AUTORIDADES. ELISEO BELTRAN CADENA, SOBRE EL CASO VERIFICADO CON EL NOMBRE DE LA VÍCTIMA DE LA REFERENCIA, QUIEN CONFESÓ QUE,  UN MUCHACHO QUE SE LLAMABA ALEJANDRO QUE CUIDABA UNA CABAÑAS EN LAS CABAÑAS DE BURITACA, FUE ASESINADO POR WALTER TORRES, DIO LA ORDEN, IBA EN UN CARRO QUE VENÍA DE SANTA MARTA, Y ÉL  JUNTO CON OTROS MIEMBROS DEL GRUPO,  LO BAJARON EN LA CARRETERA EN MEDIO DE BURITACA Y QUEBRADA VALENCIA Y SE LO LLEVARON A WALTER TORRES, Y EL LO MATÓ EN SU PRESENCIA  Y LES DIJO QUE ERA POR INFORMARTE DE LA FUERZA PUBLICA, QUE LO COGIERAN  Y LO TIRARAN EN LA CARRETERA,  DONDE LO HABÍAN  COGIDO VIVO ANTERIORMENTE.

FORMULACION DE CARGOS: SECUESTRO SIMPLE. PREVISTO EN LIBRO SEGUNDO, TITULO III, CAPITULO  SEGUNDO, DEL  ARTÍCULO 168 DE LA LEY 599 DE 2.000, MODIFICADO POR LA LEY 733 DE 2.002, BAJO  EL SIGUIENTE TENOR. ARTÍCULO 168. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

HOMICIDIO EN PERSONA PROTEGIDA,   TIPIFICADO EN EL LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO,  ARTÍCULO 135 DEL CÓDIGO PENAL LEY 599 DE 2.000,  BAJO EL SIGUIENTE TENOR: ARTÍCULO 135. HOMICIDIO EN PERSONA PROTEGIDA. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO0 DE VÍNCULOS GRUPOS AUC EN CONTIENDA-HOMICIO INDIVIDUAL Y MULTIPLE –LUGAR ABIERTO | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 101.HOMICIDIO EN PERSONA PROTEGID | 1 | WILFRIDO JOSE BLANCO ORTEGA. C.C. | 05/02/2000 | CARRERA 70 CALLE 35. BARRIO ONCE DE | • HERNAN GIRALDO SERNA | | SUPUESTOS | | HOMICIDIO MULTIPLE  SICARIATO EN LUGAR DE | - Fotocopia de la cedula de ciudadanía. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 85469269 LUZ DARY NAVARRO Y YESELIN SEGUNDO PABON | | NOVIEMBRE SANTA MARTA | | • NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA<br>• CARMEN RINCON<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• HUBER DANED CASTRO PINEDA (a) "Garfio". (Participe)<br>• JHON JAIRO CASTRO (a) "Carepalo". (participe). | | VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | | HALLAZGO (SITIO ABIERTO | - Recorte de prensa en la que se publico el hecho.<br>- Copia del proceso radicado bajo el numero 4216, asignado a la Fiscalía 30 de Santa Marta, por el homicidio de WILFRIDO JOSÉ BLANCO ORTEGA. en hechos ocurridos el 5 de Febrero 2000 Santa Marta, acta de levantamiento de cadáver No 045 de fecha 05 de febrero del 2000, correspondiente al señor WILFRIDO JOSÉ BLANCO ORTEGA. Registro Civil de Defunción, |

SITUACION FACTICA: POR LABORES DE POLICÍA JUDICIAL SE LOGRO ESTABLECER QUE SIENDO APROXIMADAMENTE LAS SIETE DE LA NOCHE DEL DÍA 5 DE FEBRERO DEL AÑO 2000, EN MOMENTOS EN QUE EL SEÑOR  WILFRIDO JOSÉ BLANCO ORTEGA, SE ENCONTRABA HACIENDO ARREGLOS DE UNA CONEXIÓN ELÉCTRICA  EN LA ENTRADA DE SU RESIDENCIA EN LA CARRERA 70 NO 35-06 DEL BARRIO ONCE DE NOVIEMBRE DE LA CIUDAD DE SANTA MARTA, APARECIERON DOS SUJETOS QUE APROVECHANDO LA FALTA DE ALUMBRADO PÚBLICO EN EL SECTOR SE ACERCARON HASTA BLANCO ORTEGA SIN SER VISTOS, PROCEDIENDO A DISPARARLE EN REPETIDAS OCASIONES CON ARMAS DE FUEGO DE CORTO ALCANCE HASTA CAUSARLE LA MUERTE, QUEDANDO EL CUERPO DE  BLANCO ORTEGA TENDIDO EN LA ENTRADA DE LA CASA MIENTRAS LOS SUJETOS SE RETIRARON DEL LUGAR CAMINANDO.


FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 102. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CARLOS JULIO PEREZ SANCHEZ. C.C. 85457887. (TAXISTA) | 15/02/2002 | CALLE 68 No. 36 – 42. BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA <br>• NORBERTO QUIROGA POVEDA <br>• NODIER GIRALDO GIRADO <br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe) <br>• GIOVANY NAVARRO ORDOÑEZ(a) "Monoleche". (Participe) <br>• MARIO MIGUEL VERGARA ROJAS (a) "Brazo e Chopo". (Participe) <br>• (a) "Zorro Guache". (Participe) | A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | -Copias de las diligencias bajo el radicado 28891 en la Fiscalía 30 Seccional Santa Marta. En donde aparece entre otras piezas procesales: <br>-Acta de inspección de cadáver N. 53 de fecha enero 25 de 2002 <br>- Álbum fotográfico de los hechos <br>-Fotocopia noticia en prensa de fecha febrero 16 de 2002 |

POR LABORES DE POLICÍA JUDICIAL SE LOGRO OBTENER LA INFORMACIÓN RELACIONADA CON EL HOMICIDIO DE CARLOS JULIO PÉREZ SÁNCHEZ, DE OFICIO TAXISTA, EN HECHOS OCURRIDOS EN LA CARRERA 68 CON CALLE 46 DEL BARRIO ONCE  DE NOVIEMBRE DE LA CIUDAD DE SANTA MARTA, EN MOMENTOS EN QUE EL SEÑOR PEREZ SANCHEZ, PROCEDIÓ A SUBIRSE AL VEHÍCULO MARCA DACIA DE SERVICIO PUBLICO DE PLACAS UQN-838, EL CUAL MANEJABA, SIENDO INTERCEPTADO POR DOS SUJETOS QUE LO ESTABAN ESPERANDO EN UN LOTE BALDÍO CONTIGUO AL LUGAR DONDE ESTABA PARQUEADO EL AUTOMOTOR, LOS CUALES DISPARARON SIN MEDIAR PALABRA, CONTRA LA HUMANIDAD DE PÉREZ SÁNCHEZ CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA, QUEDANDO SU CUERPO EN EL INTERIOR DEL VEHÍCULO.POR LA MUERTE DEL SEÑOR CARLOS JULIO PÉREZ SÁNCHEZ, SE ADELANTARON LAS DILIGENCIAS BAJO EL RADICADO 28891 EN LA FISCALÍA 30 SECCIONAL SANTA MARTA EN LAS CUALES NO SE LOGRO ESTABLECER LOS AUTORES NI LOS MÓVILES Y SE DICTO RESOLUCIÓN INHIBITORIA Y EL ARCHIVO DE LAS MISMA EL 7 DE MAYO DEL 2003.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS,

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 103. HOMICIDIO EN PERSONA PROTEGIDA | 1 | DAVID ROMERO GONZALEZ. C.C. 85449451. (CONDUCTOR DE CAMIÓN) | 12/01/2002 | CALLE 39 No. 66 – 42. BARRIO EL YUCAL. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• GIOVANY NAVARRO ORDOÑEZ(a) "Monoleche". (Participe)<br>• (a) "Yanqui". (Participe)<br>• MARIO MIGUEL VERGARA ROJAS (a) "Brazo e Chopo". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | - Copias de las diligencias adelantadas por la Fiscalía 19 Seccional de Santa Marta radicado<br>-Acta de levantamiento de cadáver N. 27 de fecha 12 enero de 2002,<br>- Registro civil de defunción No 04525192, del señor DAVID ALBERTO ROMERO GONZÁLEZ.<br>-Recorte de prensa en la que se publico el hecho. |
| Situación fáctica: POR LABORES DE VERIFICACIÓN SE LOGRO ESTABLECER QUE EL DÍA 12 DE ENERO DEL 2002 EL SEÑOR DAVID ALBERTO ROMERO GONZÁLEZ, SE MOVILIZABA EN SU CAMIÓN, VENÍA DEL CORREGIMIENTO DE MINCA DONDE HABÍA DEJADO UN VIAJE DE VERDURAS, ESTABA ACOMPAÑADO DE SU ESPOSA Y DOS HIJOS, AL LLEGAR AL BARRIO EL YUCAL DE LA CIUDAD DE SANTA MARTA DETUVO EL CAMIÓN CON LA INTENCIÓN DE COLOCAR COMBUSTIBLE PARA LA JORNADA DE TRABAJO DEL DÍA SIGUIENTE, CUANDO APARECIERON DOS SUJETOS EN UNA MOTOCICLETA, EL PARRILLERO SE ACERCO A ROMERO GONZÁLEZ Y SIN MEDIAR PALABRA LE DISPARO EN REPETIDAS OCASIONES HASTA CAUSARLE LA MUERTE. LAS DILIGENCIAS ADELANTADAS POR LA FISCALÍA 19 SECCIONAL DE SANTA MARTA POR LA MUERTE DEL SEÑOR DAVID ALBERTO ROMERO GONZÁLEZ, QUEDARON REGISTRADAS BAJO EL RADICADO 28122 Y SE DICTO RESOLUCIÓN INHIBITORIA Y ARCHIVO DE LAS MISMAS EL 9 DE AGOSTO DE 2002, AL NO ENCONTRARSE RESPONSABLE DE LOS HECHOS. | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS | | | | | | | | | | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. <br><br> . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| 104.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JORGE FIDEL ESCARRAGA POLO (a) "Cabecita". C.C. 85454622 | 14/05/2002 | CARRERA 14 CALLE 21. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • ADAN ROJAS MENDOZA <br> • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN). (Participe) <br> • ROBERTO CARLOS PEREZ HINOJOSA (a) "El Guajiro". <br> • (a) "Diablo". | A. Mediato <br> A. Mediato <br> Coautor <br> Coautor <br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Acta de inspección a cadáver Informe de policía judicial CTI 1246 del 30 mayo del 2002 Resolución inhibitoria de fecha 13 de noviembre de 2002 Protocolo de necropsia Copia de cedula del fallecido Registro de nacimiento del fallecido Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre.Reporte de hechos por las victimas indirectas |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{11}{l}{Situación fáctica: SE TIENE DOCUMENTADO QUE EL DÍA 14 DE MAYO DE 2.002, EL SEÑOR JORGE FIDEL ESCARRAGA POLO, QUIEN ERA CONOCIDO CON EL ALIAS DE CABECITA LOCA, EN MOMENTO EN QUE SE DESPLAZABA POR EL SECTOR DE LA CARRERA CON CALLE 21 DE LA CIUDAD DE SANTA MARTA, FUE INTERCEPTADO POR DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, QUIENES LE PROPINARON VARIOS DISPAROS EN SU HUMANIDAD CAUSÁNDOLE HERIDAS GRAVES, SIENDO TRASLADADO A LA CLÍNICA LA MILAGROSA DONDE FALLECIÓ. EN INFORME DE POLICÍA JUDICIAL CTI DE FECHA 30 DE MAYO DEL 2002, SE MENCIONA QUE SEGÚN INFORMACIONES OBTENIDAS EN ESE ENTONCES SIN CONFIRMAR, EL SEÑOR JORGE ESCÁRRAGA CONOCIDO COMO CABECITA LOCA ERA TESTAFERRO DEL SEÑOR PACHO MUSSO Y POSIBLEMENTE SU HOMICIDIO OBEDECÍA A LA GUERRA INTERNA QUE EN ESE ENTONCES SE PRESENTABA ENTRE LA AGRUPACIÓN ARMADA ILEGAL.} | | | | | | | | | | |

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGA MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 .HOMICIDIO EN PERSONA PROTEGIDA | 1 | RAFAEL ALFONSO EBRATT COHEN | 07/12/19 88 | PAMPLONA - NORTE DE SANTANDER | • HERNAN GIRALDO SERNA <br> • ADAN ROJAS OSPINO <br> • JOSE EDILBERTO GUZMAN (a) "Quemaito" (Participe) <br> • (a) "Ñato". (Participe) <br> • (a) "Coque". (Participe) | Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- SEÑALAMIENT O DE VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | HOMICIDIO INDIVIDUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | FORMATO DE REGISTRO DE HECHOS ATRIBUIBLES A GRUPOS ARMADOS AL MARGEN DE LA LEY Y CONFESION DE POSTULADOS NE VERSION LIBRE ANTE EL DESPACHO 9 DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS PAZ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor | | | | |

SITUACIÓN FACTICA: VERSION LIBRE FISCAL: ESTO VIENE DE BOCA DEL GRUPO DE LOS ROJAS EN VERSION DE ADAN ROJAS ALIAS CARRANCHO CUANDO HABLA DEL HOMICIDIO DE RAFAEL EBRAT EL 07/12/1988 EN PAMPLONA NORTE DE SANTANDER. POSTULADO SI TENGO CONOCIMIENTO. EL DICE, EL PRESTO LA CASA PARA QUE NOS MATARAN, ENTONCES EL ERA UN ENEMIGO GRANDE DE NOSOTROS Y POR ESO SE FUE DE SANTA MARTA Y FUE A PARAR A PAMPLONA UNA PERSONA LO VIO Y LE TIRO EL DATO A HERNAN, HERNAN Y YO MANDAMOS GENTE, DE MI PARTE MANDE A MORROCO. HERNAN MANDO A QUEMAITO, ÑAÑO Y COQUE QUIEN FUE QUIEN LO MATO  ESO DIJERON LOS QUE VINIERON DE ALLA TODOS LOS QUE MANDAMOS A PAMPLONA LOS MANDAMOS PORQUE CONOCIAN A RAFAEL EBRAT, SE LE ACERCO COQUE QUE FUE EL QUE LO MATO CON UN REVOLVER 3.57  EN EL PARQUE EL CUERPO LO DEJARON ALLI. POSTULADO ASI ES. FISCAL QUEDA CLARO QUE NO ES GUERRA ENTRE GUAJIROS, SI NO UN CONFLICTO QUE IBA DE LA MANO DE RAFAEL EBRAT CONTRA USTEDES Y SEGÚN DICE LOS ROJAS HABIA HECHO UN COMPLOT PARA DARLE MUERTE A TODOS Y ES CUANDO MATAN A VICTOR TORRES PADILLA EN LA CASA DE RAFAEL EBRAT DONDE HABIAN SIDO TODOS CITADOS LE PREGUNTO SI ASUME RESPONSABILIDAD COMO COAUTOR DE LA MUERTE DE RAFAEL EBRAT POSTULADO ACEPTO RESPONSABILIDAD.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS PAZ |
|---|---|---|---|---|---|---|---|---|---|---|
| 106. HOMICIDIO EN PERSONA PROTEGIDA | 1 | MOISES ENRIQUE IBAÑEZ IBAÑEZ. C.C. 4977621 | 20/12/2001 | CALLE 5 No. 20 – 12. CORREGIMIENTO DE BONDA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe).<br>• GIOVANY NAVARRO ORDOÑEZ(a) "Monoleche". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO DE VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | HOMICIDIO INDIVIDUAL (SELECTIVO | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Copia del proceso radicado bajo el numero 27746, asignado a la Fiscalía 39 Seccional de Santa Marta, por el homicidio de MOISÉS ENRIQUE IBÁÑEZ IBÁÑEZ, acta de levantamiento de cadáver de fecha 20 de Diciembre de 2001, correspondiente al señor MOISÉS ENRIQUE IBÁÑEZ IBÁÑEZ, |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | tarjeta de necrodactilia, álbum fotográfico de la inspección al cadáver, protocolo de necropsia |

POR MEDIO DE LABORES DE POLICÍA JUDICIAL SE LOGRA ESTABLECER QUE EL SEÑOR MOISÉS ENRIQUE IBÁÑEZ IBÁÑEZ, FUE ASESINADO EL DÍA 20 DE DICIEMBRE DEL 2001 EN MOMENTOS EN QUE SE ENCONTRABA EN LA PUERTA DE SU RESIDENCIA UBICADA EN LA CALLE 4B NO 20-12 DEL CORREGIMIENTO DE BONDA SANTA MARTA, HASTA ALLÍ LLEGO UN SUJETO QUE SE ACERCO HASTA IBÁÑEZ IBÁÑEZ Y SIN MEDIAR PALABRA LE PROPINO VARIOS DISPAROS DE ARMA DE FUEGO DE CORTO ALCANCE, LOS CUALES ACABARON CON LA VIDA DE LA VICTIMA ANTES MENCIONADA DE MANERA INMEDIATA. EN LA FISCALÍA SEGUNDA SECCIONAL DE SANTA MARTA, SE ADELANTARON DILIGENCIAS CON EL RADICADO NO. 27746, CON EL FIN DE ESCLARECER LOS MÓVILES Y AUTORES DE ESTE HOMICIDIO, LAS CUALES NO ARROJARON RESULTADO ALGUNO Y FUERON ARCHIVADAS EL 16 DE JULIO DEL 2002.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

**SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENTO0 DE VÍNCULOS GRUPOS AUC EN CONTIENDA-HOMICIO INDIVIDUAL –IRRUPCION SITIO CERRADO**

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 107. HOMICIDIO EN PERSONA PROTEGIDA Y TENTATIVA DE HOMICIDIO EN PERSONA PROTEGIDA | 1 | EUCLIDES RAFAEL DE LA HOZ PACHECO. C.C. 12549082 | 11/11/20 01 | CALLE 147 CARRERA 5, ESQUINA. TIENA "EL OASIS". BARRIO CRISTO REY. SANTA MARTA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA POVEDA • NODIER GIRALDO GIRALDO | A. Mediato Coautor Coauto | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-SEÑALAMIENT O DE | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO | Copia del proceso radicado bajo el numero 26797, asignado a la Fiscalía Segunda Especializada de Santa Marta, - Diligencia de inspección a |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • CARMEN RINCON<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• OMAR MARTIN OCHOA BALLESTEROS (Participe)<br>• WALTER TORRES (Participe) | r<br><br>Coautor | VÍNCULOS CON OTROS GRUPOS DE AUC EN CONTIENDA | | | cadáver No. 383.<br>- Protocolo de necropsia No. 396.<br>- Registro fotográfico del lugar del hecho y de la víctima Se cuenta además con fotocopia de copia de la Cédula de ciudadanía de la víctima directa, |

SITUACION FACTICA: EL DÍA 11 DE NOVIEMBRE DE 2001, LE DIERON MUERTE A UNA PERSONA EN LA VÍA DE LA TRONCAL, EN LA TIENDA EL OASIS, DEL BARRIO CRISTO REY, EN SANTA MARTA, IDENTIFICADA COMO EUCLIDES RAFAEL DE LA HOZ PACHECO. AL PARECER LA VÍCTIMA DESDE TEMPRANAS HORAS LLEGÓ A ESE LUGAR EN COMPAÑÍA DE VARIAS PERSONAS CON QUIENES ESTUVO INGIRIENDO LICOR HASTA MEDIO DÍA, CUANDO SE RETIRÓ CON RUMBO DESCONOCIDO, PERO REGRESÓ A ESO DE LAS DOS DE LA TARDE; RECIÉN HABÍA LLEGADO NUEVAMENTE AL ESTABLECIMIENTO CUANDO FUE SORPRENDIDO POR DOS SUJETOS QUE SE ENCONTRABAN EN EL INTERIOR DE LA TIENDA QUIENES SE ACERCARON AL OCCISO Y SIN MEDIAR PALABRA ACCIONARON ARMAS DE FUEGO DE CORTO ALCANCE EN CONTRA DE LA HUMANIDAD DE DE LA HOZ PACHECO PRODUCIENDO SU MUERTE DE MANERA INSTANTÁNEA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 108..HOMICIDIO EN PERSONA PROTEGIDA- HURTO CALIFICADO Y AGRAVADO DESPOJO EN | 1 | ALBERTO LONDOÑO SAAVEDRA. C.C. 91344506 | 25/01/20 02 | CALLE 17 CARRERA 22. BARRIO EL JARDIN. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA | A. Mediato<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO- SEÑALAMIENT | HOMICIDIO INDIVIDUAL (SELECTIVO | IRRUPCION SITIO CERRADO | - Fotografía de la victima ALBERTO LONDOÑO SAAVEDRA.<br>- Reporte de prensa en el que |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| CAMPO DE BATALLA | | | | | • NODIER GIRALDO GIRALDO<br>• EDGAR ANTONIO OCHOA BALLESTEROS<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe)<br>• JHON JAIRO CORONADO GUERRERO (a) "El Saya". (Participe).<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe). | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | O DE VÍNCULOS C0N OTROS GRUPOS DE AUC EN CONTIENDA | | | se publica el hecho.<br>- Fotografía del lugar de los hechos<br>- Copias de la investigación penal en la Fiscalía Quinta Seccional de Santa Marta, bajo el radicado No. 28466,<br>-Copia de la Diligencia de Inspección Judicial de Cadáver No. 050 de fecha 25 de enero de 2002, realizada por el fiscal URI en turno.<br>-Copia del Protocolo de necropsia No. 053PAT/02, realizada el 25 de enero 25 de 2002 |

SITUACION FACTICA: POR LABORES DE VERIFICACIÓN POR PARTE DEL GRUPO DE POLICÍA JUDICIAL, ADSCRITO A ESTE DESPACHO, SE LOGRO ESTABLECER QUE EL DÍA 25 DE ENERO DEL 2002 EL SEÑOR ALBERTO LONDOÑO SAAVEDRA SE ENCONTRABA EN EL INTERIOR DEL ESTABLECIMIENTO COMERCIAL DE SU PROPIEDAD DENOMINADO SUPERMERCADO JARDIN, UBICADO EN LA CALLE 17 NO 21 A-61 DEL BARRIO EL JARDÍN DE LA CIUDAD DE SANTA MARTA, SIENDO APROXIMADAMENTE LA UNA Y MEDIA DE LA TARDE, INGRESARON DOS SUJETOS PORTANDO UNA PISTOLA Y UNA SUBAMETRALLADORA, LOS CUALES PROCEDIERON A INTIMIDAR AL SEÑOR LONDOÑO SAAVEDRA Y UN EMPLEADO DE ESTE QUE SE ENCONTRABA ALLÍ EN ESE MOMENTO, OBLIGARON BAJO AMENAZAS A LONDOÑO SAAVEDRA A ABRIR LA CAJA REGISTRADORA Y TOMARON EL DINERO QUE ALLÍ HABÍA, ACTO SEGUIDO EL SUJETO QUE PORTABA LA SUBAMETRALLADORA DISPARO EN REPETIDAS OCASIONES EN CONTRA DE LA HUMANIDAD DE  LONDOÑO SAAVEDRA CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA; PROCEDIENDO A HUIR DEL LUGAR LOS DOS SUJETOS EN UN VEHICULO DE SERVICIO PUBLICO QUE LOS ESPERABA EN FRENTE DEL ESTABLECIMIENTOS COMERCIAL. POR PESQUISAS ADELANTADAS POR LA POLICÍA NACIONAL EN EL TIEMPO DE OCURRENCIA DE LOS HECHOS, EL MÓVIL DE LOS MISMOS SERIA POR VENDETTA ENTRE GRUPOS DE AUTODEFENSAS YA QUE TENIA INFORMACIÓN QUE EL SEÑOR LONDOÑO SAAVEDRA TENÍA VÍNCULOS CON EL GRUPO DE LOS CASTAÑO, COMO REZA EN INFORME DE POLICÍA JUDICIAL DE LA FECHA.LA FISCALÍA QUINTA (5) SECCIONAL UNIDAD DE VIDA DE LA CIUDAD DE SANTA MARTA BAJO EL RADICADO 28466 ADELANTO LAS DILIGENCIAS CON EL FIN DE ESTABLECER EL AUTOR MATERIAL E INTELECTUAL DE ESTOS HECHOS Y LOS POSIBLES MÓVILES, PERO LOS RESULTADOS FUERON NEGATIVOS POR LOS CUAL SE RESOLVIÓ EL ARCHIVO DE LAS DILIGENCIAS EL 29 DE JULIO DEL 2002.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. . ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ARTICULO 240.HURTO CALIFICADO. INCISO 2º. LA PENA SERÁ DE PRISIÓN DE CUATRO (4) A DIEZ (10) AÑOS CUANDO SE COMETIERE CON VIOLENCIA SOBRE LAS PERSONAS. DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000 | | | | | | | | | | |
| 109. HOMICIDIO EN PERSONA PROTEGIDA | 1 | FREDY DE JESÚS CAMPO CARRASQUILLA | 23/06/2004 | CARCEL RODRIGO DE BASTIDAS. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL CARMEN GELVES ALBARRACIN<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe).<br>• JUAN CARLOS CHARRIS YANCE.<br>• ALEXANDER VARGAS | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | SUPUESTOS VINCULOS CON EL GRUPO ENEMIGO-ESTIGMA VÍNCULOS GRUPO SUBVERSIVO | AHORCAMIENTO | IRRUPCION SITIO CERRADO | Se tiene la confesión del postulado hecha en sus diligencias de versiones. -Informes de Policía Judicial de fecha 31 de julio de 2009 suscrito por funcionarios de policía judicial adscritos a este Despacho. -Fotografías del lugar de los hechos -Recorte de prensa en la que se publico el |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MEDRANO (a) "Cucaracho". (Participe) <ul><li>(a) "Tovar". (Participe).</li><li>(a) "Mono Champeta". "(Participe).</li><li>"(a) "Caresueño". (Participe).</li><li>(a) "Nariz". (Participe).</li></ul> | | | | | hecho -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadáver de fecha junio 23 de 2004, protocolo de necropsia de fecha 24 de junio de 2004 |

SITUACION FACTICA: EL DIA 23 DE JUNIO DE 2004 EL SEÑOR FREDY CAMPO CARRASQUILLA APARECIO MUERTO EN LA CARCEL RODRIGO DE BASTIDAS DE SANTA MARTA, APARECIO AHORCADO POR LO QUE SE PRESUMIO QUE ESTA PERSONA SE HABIA SUICIDADO. SOBRE ESTE HECHO EL POSTULADO WILLINTONG MORA BUENHABER MANIFESTO: UN GUERRILLERO DENTRO DE LA CARCEL DE SANTA MARTA, FUE PARA EL MES DE JULIO DE 2004, TENIA COMO UN MES DE ESTAR CAPTURADO CUANDO RECIBIO UNA LLAMADA TELEFONICA DE SAMIR Y RECIBIO EL DATO DEL SEÑOR QUE HABIA QUE DARLE MUERTE DENTRO DE LA CARCEL QUE ERA FINANCIERO DE LA GUERRILLA, ERA MUY PELIGROSO QUE NO PODIA SALIR CON VIDA DE LA CARCEL, LE DIO EL NOMBRE RECUERDA QUE SE LLAMABA FREDY, NO LO CONOCIA. FUE CON ALIAS NARIZ, CUCARACHO, TOVAR, CARESUEÑO UBICAN LA VICTIMA , LO CITANA EN UNA CELDA Y LO AHORCAN, HACIENDO APARECER SU MUERTE COMO UN SUICIDIO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. 13. CUANDO LA CONDUCTA PUNIBLE FUERE DIRIGIDA O COMETIDA TOTAL O PARCIALMENTE DESDE EL INTERIOR DE UN LUGAR DE RECLUSIÓN

| | | | | | CONTROL DE RECURSOS – HOMICIDIO INDIVIDUAL – IN CURSION | | | | | |
| 110. HOMICIDIO EN PERSONA PROTEGIDA. | 1 | JORGE HUMBERTO HIGUERA | 26/07/2002 | FINCA BALNEARIO EL PARAISO. PARQUE | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL | INCURSION | . Acta de Inspección de Cadáver No 294 |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| APROPIACION DE BIENES PROTEGIDOS, EXACCION O CONTRIBUCIONES ARBITRARIAS, DESPLAZAMIENTO FORZADO | | OCAMPO. C.C. 6089814 | | TAYRONA. CORREGIMIENTO DE GUACHACA SANTA MARTA | • ROBERTO CARLOS PEREZ HINOJAS (a) "El Guajiro". (Participe).<br>• ELISEO BELTRAN CADENA (Participe).<br>• HECTOR RESTREPO VILLA (a) "Papel". (Participe).<br>• WALTER TORRES (Participe).<br>• (a) "Mongolo". (Participe) | Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | (SELECTIVO | | Practicada por la Fiscalía 19 Seccional Santa Marta, 2. Protocolo de Necropsia No 306PAT/02 de fecha 27 de julio de 2.002, rendido por el instituto de Medicina Legal. 3. Reporte del hecho presentado por el señor MARTIN IGUERA OCAMPO. 4. Confesión vertida por el postulado en la Versión libre. 5. informe de Policía judicial. 6. Fotografía de la victima. 7. Recorte de prensa. 8. Fotografía del sitio en donde se registraron los hechos. 9. Documentación relacionada con la Finca el Paraíso de propiedad de la victima. |

SITUACION FACTICA: EL HECHO SUCEDIÓ EL DÍA 26 DE JULIO DE 2002, CUANDO EL SEÑOR JORGE HUMBERTO HIGUERA, SE ENCONTRABA EN LA FINCA BALNEARIO EL PARAISO, DE SU PROPIEDAD EN DONDE LLEGARON VARIOS SUJETOS ARMADOS QUE SE MOVILIZABAN EN UNA LANCHA RÁPIDA Y SIN MEDIAR PALABRAS, LE DISPARARON EN LA CABEZA EN REPETIDAS OCASIONES, CAYENDO MUERTO DE MANERA INMEDIATA EN EL LUGAR. LOS SUJETOS SE RETIRARON Y EN SU HUIDA A UNO DE ELLOS SE LE DISPARO EL ARMA EN UNA PIERNA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.<br><br>. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.<br><br>DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS, TIPIFICADO EN LA LEY 599 DE 2.000 EN SU LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO ARTÍCULO 154. DESTRUCCION Y APROPIACION DE BIENES PROTEGIDOS. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y FUERA DE LOS CASOS ESPECIALMENTE PREVISTOS COMO CONDUCTAS PUNIBLES SANCIONADAS CON PENA MAYOR, DESTRUYA O SE APROPIE POR MEDIOS ILEGALES O EXCESIVOS EN RELACIÓN CON LA VENTAJA MILITAR CONCRETA PREVISTA, DE LOS BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, INCURRIRÁ EN PRISIÓN DE CINCO (5) A DIEZ (10) AÑOS Y MULTA DE QUINIENTOS (500) A MIL (1.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES<br><br>LA LEY 599 DE 2.000 EN SU LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO ARTÍCULO 163. EXACCIÓN O CONTRIBUCIONES ARBITRARIAS. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, IMPONGA CONTRIBUCIONES ARBITRARIAS, INCURRIRÁ EN PRISIÓN DE SEIS (6) A QUINCE (15) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1.000) SALARIOS MÍNIMOS MENSUALES VIGENTES.<br><br>DESPLAZAMIENTO FORZADO, REATO PREVISTO EN LA LEY 599 DE 2.000, EN EL LIBRO SEGUNDO ARTÍCULO 159. CAPITULO UNICO, TITULO II. DEPORTACIÓN, EXPULSIÓN, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACIÓN CIVIL. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| 111.HOMICIDIO EN PERSONA PROTEGIDA | 1 | MARTIN ALIRIO MEJIA OTALVAREZ. C.C. 12537604 | 17/10/1995 | LOCAL COMERCIAL "SAN MARTIN". MERCADO PÚBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• CARMEN RINCON (a) "Orejas". (Participe)<br>• (a) "Caballo de Palo". (Participe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". | A. Mediato Coautor Coautor Coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL (SELECTIVO) IRRUPCION SITIO CERRADO | -Recorte de prensa del informador fecha 18 de Octubre de 1995 en la que se publico el hecho.<br><br>- Copia del proceso radicado bajo el numero 537, asignado a la Fiscalía 33 Seccional de Santa Marta, | |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Prticipe ) Dio la orden) | r | | | | - l acta de levantamiento de cadáver de fecha 17 de octubre de 1995, correspondiente al señor MARTÍN ALIRIO MEJÍA OTALVAREZ, <br><br> -registro civil de defunción <br><br> -tarjeta de necrodáctila, álbum fotográfico de la inspección al cadáver <br><br> - protocolo de necropsia |

SITUACION FACTICA: POR MEDIO DE LABORES DE POLICÍA JUDICIAL ADSCRITOS AL DESPACHO SE LOGRA OBTENER INFORMACIÓN RELACIONADA CON LOS HECHOS SUCEDIDOS EL DÍA 17 DE OCTUBRE DE 1995 EN EL SECTOR DEL MERCADO PÚBLICO DE SANTA MARTA, EN LOS CUALES RESULTÓ MUERTO POR DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA DE ALTO CILINDRAJE EL SEÑOR MARTÍN MEJIA OTALVAREZ  SIENDO LAS 11:00 DE LA MAÑANA EN MOMENTOS EN QUE SE ENCONTRABA EN EL INTERIOR DE SU COLMENA REALIZANDO CUENTAS DEL PRODUCIDO DEL DÍA; DE LA MOTO DESCENDIÓ EL PARRILLERO QUIEN SIN MEDIAR PALABRA PROCEDIÓ A DISPARAR EN REPETIDAS OCASIONES HACIA EL ROSTRO DEL SEÑOR MEJIA OTALVAREZ PRODUCIÉNDOLE LA MUERTE DE MANERA INMEDIATA, QUEDANDO SU CUERPO EN EL INTERIOR DE LA COLMENA MIENTRAS EL SICARIO SE RETIRO DEL LUGAR CAMINANDO.


FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 112. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSÉ ALEJANDRO LACERA CAMPO. C.C. 85466103 | 4/06/2004 | LAVADERO MULTISERVICIOS. CARREA 19 AVENIDA EL FERROCARRIL. SANTA MARTA | • HERNAN GIRALDO SERNA  • .NORBERTO QUIROGA POVEDA  • NODIER GIRALDO GIRALDO  • JOSE DEL C GELVES  • WILLINTONG MORA BUENHABER | A. Mediato | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL (SELECTIVO) | IRRUPCION SITIO CERRADO | - confesión del postulado. -Informes de Policía Judicial de fecha  suscrito por funcionarios de  policía judicial adscritos a este Despacho. -Fotografías del lugar de los hechos -Recorte de prensa en la que se publico el hecho -Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica. |

SITUACION FACTICA: SE ESTABLECIO QUE LA VICTIMA,LUEGO DE TRABAJAR EN EL HOSPITAL LOCAL UBICADO EN LA ZONA BANANERA DEL CUAL ERA GERENTE, LLEGO AL LAVADERO DE CARROS UBICADO EN LA CIUDAD DE SANTA MARTA, CUANDO SE ACERCARON A ÉL DOS TIPOS ARMADOS Y SIN MEDIAR PALABRA ALGUNA LE DISPARARON EN LA CABEZA CAUSÁNDOLE LA MUERTE DE FORMA INMEDIATA, LOS AUTORES SE DIERON A LA HUIDA.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. | | | | | | | | | | |
| | | | | **CONTROL DE RCURSOS – HOMICIDIO INDIVIDUAL – INCURSION ARMADA** | | | | | | |
| 113. HOMICIDIO EN PERSONA PROTEGIDA, TOMA DE REHENES, DESPOJO EN CAMPO DE BATALLA | 2 | JHON JAMES VALENCIA GONZALEZ.  Y JAVIER DE JESUS MARIN DUQUE (SUB TENIENTE DE LA POLICIA). C.C. 7142333 | 16/06/2003 | KILOMETRO 25. VEREDA CALABAZO CORREGIMIENTO DE GUACHACA-SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• DANIEL GIRALDO CONTRERAS<br>• ELISEO BELTRAN CADENA (Partícipe). | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL (SELECTIVO ) | INCURSION ARMADA | 1. Acta de Inspección de cadáver No 222 de JHON JAME VALENCIA GONZALEZ. 2. Protocolo de necropsia No 1236-2.003 de JHON JAME VALENCIA. 3. Certificado individual  de defunción número A-1422449 de JHON JAMES VALENCIA GONZALEZ. 4. 4. Acta De Inspección de cadáver No 223 de JAVIER DE JESUS MARIN DUQUE. 5. Protocolo de necropsia No 1235-2.003 de JAVIER DE JESUS MARIN |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DUQUE. 6. Certificado individual de defunción número A-1422454 de JAVIER DE JESUS MARIN DUQUE. 7. Reporte del hecho presentado por el señor DULES ANTONIO MARIN HERNANDEZ, padre de JAVIER MARIN DUQUE Y de LUZ DANI MARIN DUQUE Y ELIDA DUQUE MARIN. . 8. Registro de prensa en donde se divulgó la noticia del hecho. 9. Copias del proceso penal 34958 que se siguió por estos hechos |

SITUACION FACTICA: EL HECHO SUCEDIÓ EL DÍA 16 DE JUNIO DE 2.003,  EN LA CARRETERA TRONCAL DEL CARIBE, KILÓMETRO 25, CUANDO LOS AGENTES DE LA SIJÍN JHON JAMES VALENCIA GONZALEZ, IDENTIFICADO CON LA CÉDULA DE CIUDADANÍA NO 75.073.998, QUIEN CONTABA CON 28 AÑOS DE EDAD PARA LA ÉPOCA Y JAVIER DE JESÚS MARIN, IDENTIFICADO CON LA CÉDULA DE CIUDADANÍA NO. 7.142.333,QUIEN CONTABA CON 27 AÑOS DE EDAD, SE ENCONTRABAN REALIZANDO UN PROCEDIMIENTO DE RECUPERACIÓN DE UNOS INSUMOS QUÍMICOS QUE HABÍAN HURTADO, EN COMPAÑÍA DE LOS PATRULLEROS CARLOS RAMÍREZ MORA, ROBERT ROJO VIDALES  Y CESAR MEDINA VILLAMIZAR, EN ESA TAREA LOS AGENTES FUERON INTERCEPTADOS POR UN GRUPO DE HOMBRES ARMADOS INTEGRANTES DE LAS AUTODEFENSAS  QUE SE MOVILIZABAN EN UN VEHÍCULO,  PRESENTÁNDOSE UN CRUCE DE DISPAROS EN DONDE RESULTÓ MUERTO WALTER TORRES LOPEZ, COMANDANTE URBANO MILITAR  DE LA TRONCAL DEL CARIBE, DEL FRENTE RESISTENCIA TAYRONA Y  LOS AGENTES VALENCIA GONZALEZ Y MARIN DUQUE,  EN TANTO LOS TRES RESTANTES MIEMBROS DE LA POLICÍA RESULTARON ILESOS.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.  TOMA DE REHENES,A RT. 148, CAPITULO UNICO, TITULO II,  "EL QUE CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, PRIVE A UNA PERSONA DE SU LIBERTAD, CONDICIONANDO ESTA O SU SEGURIDAD A LA SATISFACCION DE EXIGENCIAS FORMULADAS, O LA UTIILCE COMO DEFENSA, INCURRIRA EN PRISION DE 20 A 30 AÑOS"  DESPOJO EN CAMPO DE BATALLA: ART. 151 LEY 599 DE 2000 | | | | | | | | | | |
| **CONTROL DE RCURSOS – HOMICIDIO INDIVIDUAL – SICARIATO EN EL LUGAR DEL HALLAZGO – SITIO ABIERTO** | | | | | | | | | | |
| 114. HOMICIDIO EN PERSONA PROTEGIDA | 1 | MARTHA LUCIA HERNANDEZ TURRIAGO. C.C. 41652260. (DIRECTORA PARQUE TAYRONA) | 29/01/20 04. | CONJUNTO RESIDENCIAL VILLA SARA. AVENIDA EL LIBERTADOR SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• DANIEL GIRALDO<br>• ADAN ROJAS MENDOZA<br><br>• JOSE FRANCISCO FERRER ORTIZ (a) "Chayane"<br>• (a) "Macrobio". (Participe)<br>• (a) "Niño". (Participe) | A.   Med iat o.<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>Coau tor<br>Coauto r | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL (SELECTIVO ) | SICARIATO EN EL LUGAR DEL HALLAZGO – SITIO ABIERTO | Acta de Inspección de Cadáver numero 041 de MARTA HERNANDEZ TURRIAGO, practicado el 29 de enero de 2.004, por parte del Fiscal Octavo de la Unidad de Reacción Inmediata de Santa Marta. 2. Protocolo de necropsia número 2004P-00044 3. Registro de defunción numero número 04531562  de MARTA LUCIA HERNANDEZ TURRIAGO, 4. Reporte del hecho. |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coautor Coautor | | | | 5. Versión libre del postulado HERNAN GIRALDO SERNA. |

| SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DÍA 29 DE ENERO DE 2.004, A ESOS DE LAS SIETE DE LA NOCHE, AL CONJUNTO RESIDENCIAL VILLA SARA, LOCALIZADO EN LA AVENIDA EL LIBERTADOR DE LA CIUDAD, DE SAN MARTA, PENETRÓ UN SUJETO DESCONOCIDO QUE SE DIRIGIÓ A LA VIVIENDA DE LA SEÑORA MARTA HERNANDEZ TURRIAGO, ACCIONANDO EL TIMBRE DE LA PUERTA, ANTE LO CUAL LA SEÑORA HERNANDEZ TURRIAGO, PROCEDIÓ A ABRIR LA PUERTA Y EN ESE PRECISO MOMENTO EL SUJETO LE PROPINÓ VARIOS DISPAROS CON ARMA DE FUEGO QUE LE QUITARON LA VIDA DE MANERA INMEDIATA. SE VENÍA OPONIENDO A LA CONCESIÓN DEL PARQUE TAYRONA. |
|---|

| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. |
|---|

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 116. HOMICIDIO EN PERSONA PROTEGIDA | 1 | LUIS ALBERTO PIEDRAHITA PALACIO. C.C. 85466875 | 27/04/2000 | VEREDA MRQUETALIA. CORREGIMIENTO DE GUACHACASANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete". (Participe).<br>• (a) "Veneno. (Participe). | A.Mediato<br>A Mediato<br>A. Mediato<br>A. Mediato | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - Registro fotográfico de la víctima.<br>- Registro civil de nacimiento de la víctima.<br>- Copia de la CC No. 85.466.875 de Santa Marta a nombre de LUÍS ALBERTO PIEDRAHITA PALACIOS.<br>-Copia de la Tarjeta de |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • OMAR MARTIN OCHOA BALLESTEROS (Participe). • JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". (Participe). | Coautor  Coautor  Coautor  Coautor | | | | conducta del ejercito Nacional a nombre de la víctima -Copia del proceso radicado bajo el No 19377 de la Fiscalía Seccional de Santa Marta, -Acta No. 0011 de fecha 27 de abril del 2000 |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN ADELANTADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRO OBTENER INFORMACIÓN RELACIONADA CON ESTOS HECHOS EN EL SENTIDO DE QUE EL DÍA 22 DE ABRIL DEL 2001, A ESO DE LAS 6:00 A. M, LLEGARON A LA VEREDA MARQUETALIA VARIOS SUJETOS FUERTEMENTE ARMADOS AL PARECER PARAMILITARES QUE SE MOVILIZABAN EN UN AUTOMÓVIL, LOS CUALES AL UBICAR AL SEÑOR LUIS ALBERTO PIEDRAHITA, QUIEN ESTABA SENTADO EN LA MOTO DE SU PROPIEDAD AL FRENTE DE UNA TIENDA, SE ACERCARON A ESTE Y EN PRIMERA INSTANCIA SIN BAJARSE DEL VEHICULO LE DISPARARON VARIAS VECES, CUANDO OBSERVARON QUE CAYO AL SUELO, SE BAJARON DEL AUTOMOTOR Y LE DISPARARON NUEVAMENTE HASTA CAUSARLE LA MUERTE.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 117. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CARLOS JULIO QUINTERO PABON. C.C. 18937477 | 27/04/2000 | SECTOR CERRO DE LOS MUCHACHITOS. CORREGIMIENTO DE GUACHACASANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO GIRALDO<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete". (Participe).<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". (Participe).<br>• (a) "Veneno. (Participe). | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br><br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - Registro fotográfico de la víctima CARLOS JULIO QUINTERO en vida.<br><br>- Copia del acta de inspección de cadáver No. 0010 de fecha 27 de abril de 2000 realizado por el corregidor de Guachaca.<br><br>- Registro fotográfico del lugar de los hechos.<br><br>- Copia del proceso radicado bajo el No. 19376 de la Fiscalía Secciona |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | de santa marta |

SITUACION FACTICA: POR LABORES DE VERIFICACIÓN SE ESTABLECE QUE EL DÍA  27 DE ABRIL DEL AÑO 2000, FUE ASESINADO EN EL SECTOR DE LOS ACHOTES JURISDICCIÓN DEL CORREGIMIENTO DE GUACHACA EL SEÑOR CARLOS JULIO QUINTERO PABON, EN MOMENTOS EN QUE SE DIRIGÍA HACIA LA CIUDAD DE SANTA MARTA EN UNA MOTOCICLETA, LA VICTIMA FUE ALCANZADA POR SUJETOS QUE SE MOVILIZABAN EN UN VEHICULO, LOS CUALES LUEGO DE DETENERLO LE DISPARARON EN REPETIDAS OCASIONES CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA,  EL CUERPO SIN VIDA QUEDO A UN LADO DEL PARAJE CONOCIDO COMO EL CERRO DE LOS MUCHACHITOS, LA VÍCTIMA FUE IDENTIFICADO COMO CARLOS JULIO QUINTERO, RESIDENTE EN LA VEREDA PERICO AGUAO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS . CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 118. HOMICIDIO EN PERSONA PROTEGIDA | 13 | JOAQUIN ALBERTO OSIAS MARRIAGA. C.C. 19500359. (CONDUCTOR DE BUS URBANO) | 13/02/2002 | BARRIO 17 DE DICIEMBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• GIOVANY NAVARRO ORDOÑEZ(a) "Monoleche". (Participe)<br>• ALEXANDER VARGAS | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVUAL (SELECTIVO ) | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - Copias de las diligencias adelantadas por la muerte de OSÍAS MARRIAGA, n bajo el Radicado 28773,<br><br>Acta de levantamiento de |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---------|--------------|----------------|-----------------|-----------------|-------------------------|------------------------|---------|-----------|----------------|----------------------------------|
|  |  |  |  |  | MEDRANO (a) "Cucaracho" (Participe)<br>• (a) "Memin" (Participe) |  |  |  |  | cadáver N. 092 de fecha febrero 13 de 2002,<br><br>-Protocolo de Necropsia N. 096 pat/02.<br><br>-Recorte de prensa del informador fecha 17 de Diciembre de 1995 en la que se publico el hecho. |

POR LABORES DE POLICÍA JUDICIAL SE TIENE CONOCIMIENTO QUE EL DÍA 13 DE FEBRERO DEL 2002, A LAS 12 DEL MEDIODÍA, EL SEÑOR JOAQUÍN ALBERTO OSÍAS MARRIAGA, SE ENCONTRABA MANEJANDO UNA BUSETA DE SERVICIO PÚBLICO ADSCRITA A LA EMPRESA TRANSPORTES BASTIDAS, CUBRIENDO LA RUTA ENTRE LOS BARRIOS LOS ALMENDROS Y BASTIDAS EN LA CIUDAD DE SANTA MARTA; Y EN MOMENTOS EN QUE EL VEHÍCULO SE DESPLAZABA A LA ALTURA DE LA ENTRADA DEL BARRIO 17 DE DICIEMBRE DE SANTA MARTA, CUANDO SE DETUVO PARA DEJAR UN PASAJERO SE ACERCO A OSÍAS MARRIAGA, UN INDIVIDUO, QUE DESENFUNDO UN ARMA DE FUEGO Y LE PROPINÓ DOS DISPAROS, CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA; EL CUERPO SIN VIDA FUE TRASLADADO HASTA EL HOSPITAL CENTRAL DONDE SE PRACTICO LA DILIGENCIA DE LEVANTAMIENTO DE CADÁVER POR PARTE DEL FISCAL 18 DE LA UNIDAD DE REACCIÓN INMEDIATA, QUEDANDO REGISTRADAS BAJO EL ACTA NO 092.LAS DILIGENCIAS ADELANTADAS POR LA MUERTE DE ASÍAS MARRIAGA QUEDARON BAJO EL RADICADO 28773, LAS CUALES ANTE LA AUSENCIA DE PRUEBAS Y DE SINDICADO CONOCIDO FUERON ARCHIVADAS.


FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE | | | | | | | | | | |
| 119. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSÉ RAMÓN LUNA TARAZONA. (CONDUCTOR DE BUSETA) C.C. 13839692 | 25/04/2003 | BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA<br>• JOSE DEL C GELVEZ ALBARRACIN<br>BNORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• MARIO LUIS NIÑO OETERO (a) "Laura". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br><br><br>Coautor<br><br>Coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL (SELECTIVOS) | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - confesión del postulado.<br><br>-Informes de Policía Judicial de fecha 18 de mayo de 2009 suscrito por funcionarios de policía judicial adscritos a este Despacho.<br><br>-Fotografías del lugar de los hechos<br><br>-Recorte de prensa en la que se publico el hecho<br><br>-Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | documento que acredita parentesco con la victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica.  -Copias del proceso iniciado en la Fiscalía ordinaria, que contiene el acta de levantamiento de cadáver y protocolo de necropsia de fecha 25 de abril de 2003 |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 23 DE ABRIL DE 2003, CUANDO EL SEÑOR JOSÉ RAMON LUNA TARAZONA,  CONDUCÍA UN BUS URBANO DE SU PROPIEDAD IDENTIFICADO CON LAS PLACAS UGD 119, CON EL QUE CUBRÍA UNA RUTA ENTRE LOS BARRIOS CIUDADELA Y EL PARQUE Y CUANDO PASO POR LA CALLE PRINCIPAL EN EL BARRIO 11 DE NOVIEMBRE, SE SUBIÓ UN HOMBRE QUIEN LE DISPARO EN CINCO OPORTUNIDADES EN LA ESPALADA, QUE NUNCA HABÍA TENIDO PROBLEMAS, PERO QUE HABÍA RECIBIDO AMENAZAS POR QUE SE NEGÓ  A PAGAR UNA SUMA DE DINERO QUE PEDÍA LOS MIEMBROS DE LAS AUC, QUE OPERABAN EN ESA ÉPOCA EN EL SECTOR A LOS TRANSPORTADORES.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE |||||||||||
| **CONTROL DE RCURSOS – HOMICIDIO INDIVIDUAL – SUSTRACCION POR ENGAÑO** |||||||||||
| 120. HOMICIDIO EN PERSONA PROTEGIDA. SECUESTRO SIMPLE Y TORTURA EN PERSONA PROTEGIDA | 14 | ORLANDO SEGUNDO ZÚÑIGA POVEDA (a) "Poporito". C.C. 19493178 | 10/05/2002 | PARQUE TAYRONA. PLAYAS DE GAIRACA. CORREGIMIENTO DE BONDA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• JHON JAIRO CORONADO GUERRERO (a) "El Saya". (Participe).<br>• CARLOS ARAQUE (a) "Caliche". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br><br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL (SELECTIVOS) | SUSTRACCION POR ENGAÑO | confesión del postulado Informes de Policía Judicial Fotografías del lugar de los hechos. Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica, copia del proceso iniciado en la Fiscalía ordinaria. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: EL DÍA 09 DE MAYO DE 2002, A ESO DE LAS 9 DE LA NOCHE, ESTANDO ORLANDO SEGUNDO ZUÑIGA POVEDA EN LAS PLAYAS DE BAHÍA GAIRA, EN UNA CABAÑA, EN COMPAÑÍA DE SU HIJO ZAMIR ZUÑIGA DE 5 AÑOS EN ESE MOMENTO, CUANDO LLEGO UN GRUPO DE 9 HOMBRES ARMADOS, COMANDADOS POR CARLOS ARAQUE DE ALIAS RAMBO O CLAICHE, LLEVABAN PASAMONTAÑAS, ENTRARON A LA CABAÑA Y CON ENGAÑO DIJERON QUE LOS ACOMPAÑARA QUE EL PATRÓN DE ELLOS QUERÍA HABLAR CON ÉL, Y SE LO LLEVARON A ESA HORA, APARECIENDO SU CADÁVER EN EL BASURERO DEL BARRIO 20 DE OCTUBRE, CON 9 IMPACTOS DE ARMAS DE FUEGO, Y AMARRADO DE PIES Y MANOS CON ALAMBRE. EL POSTULADO JESUS ELI BAYONA ROPERO MANIFESTO SOBRE ESTE HECHO: HECHO CONFESADO DE ALIAS FOSFORITO EN LAS PLAYAS. EL FUE SACADO DE LAS PLAYAS DE NEGUANJE Y MUERTO EN EL BASURERO DEL 20 DE OCTUBRE. EN PANTALLA LA FOTOGRAFIA  DE LA VICTIMA ORLANDO ZUÑIGA POVEDA, LOS MOTIVOS NO RECUERDO EL SE DEDICABA A LA PESCA CON DINAMITAS, LOS FAMILIARES DICEN QUE LO MATARON POR NEGARSE A PAGAR VACUNA . QUE YO ME ACUERDE A LOS PESCADORES NO SE LE OBLIGABA A PAGAR VACUNA, EL ESTA DURMIENDO DENTRO DE UNA CABAÑA LLEGAMOS EN UNA HILUX ROJA, LO AMARRAMOS DE LAS MANOS LO AMARRO SAYA, Y NO LO LLEVAMOS EN LA CAMIONETA | | | | | | | | | | |
| FORMULACION DE CARGOS: HOMICIDIO  EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE<br>SECUESTRO SIMPLE. PREVISTO EN LIBRO SEGUNDO, TITULO III, CAPITULO  SEGUNDO, DEL  ARTÍCULO 168 DE LA LEY 599 D 2.000, MODIFICADO POR LA LEY 733 DE 2.002, BAJO  EL SIGUIENTE TENOR. ARTÍCULO 168. EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE, ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS Y MULTA DE SEISCIENTOS (600) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES<br>CAPITULO UNICO, ARTÍCULO 137 DE LA LEY 599 DE 2.000, BAJO EL  SIGUIENTE TENOR: ARTÍCULO 137. TORTURA EN PERSONA PROTEGIDA. EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS GRAVES, FÍSICOS O SÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN, DE CASTIGARLA POR UN ACTO POR ELLA COMETIDO O QUE SE SOSPECHE QUE HA COMETIDO, O DE INTIMIDARLA O COACCIONARLA POR CUALQUIER RAZÓN QUE COMPORTE ALGÚN TIPO DE DISCRIMINACIÓN, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS. | | | | | | | | | | |
| **TERCERA POLITICA: CONTROL SOCIAL.- PRIMERA PRACTICA HOMICIDIOS INDIVIDUALES – SICARIATO EN EL LUGAR DEL HALLAZGO – SITIO ABIERTO** | | | | | | | | | | |
| 121. HOMICIDIO EN PERSONA PROTEGIDA. CONSTREÑIMIENTO ILEGAL | | RAFAEL ANTONIO PINTO NAVARRO<br><br>C.C. 12530558.<br>(Edil de Taganga) | 27/02/2003 | CARRERA 1 CON CALLE 9. CORREGIMIENTO DE TAGANGA. SANTA MARTA | • HERNAN GIRALDO SERNA<br><br>• NORBERTO QUIROGA P.<br><br>• NODIER GIRALDO GIRALDO<br><br>• ADAN ROJAS MENDOZA<br><br>• (a) "Coro" (Partícipe)<br><br>• (a) "Niño" (Partícipe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL. (LA VÍCTERA EDIL Y ESTABA CUESTIONANDO LA REALIZACIÓN DE UNAS OBRAS EN EL PUEBLO) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | Acta de inspección de cadáver numero. 073.<br><br>Álbum fotográfico de la inspección de cadáver<br><br>Registro civil de defunción<br><br>Protocolo de necropsia de la victima |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Confesión de la comisión del hecho y aceptación de responsabilidad penal de los postulados en versión libre. Reporte de hechos por las victimas indirectas |
| | | | | | | | | | | Fotocopia de acta de inscripción de y aceptación de lista de candidato a la JAL E-6 de La Registraduría del Estado civil, en la que figura la victima directa. |
| | | | | | | | | | | Entrevista escrita rendida por la victima indirecta ALEXANDRA PINTO |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 27 DE FEBRERO DE 2.003, EN LA CALLE 1 CON CARRERA 9 DEL CORREGIMIENTO DE TAGANGA, APROXIMADAMENTE A LAS OCHOS DE LA NOCHE EL SEÑOR RAFAEL ANTONIO PINTO, FUE ABORDADO POR DOS SUJETOS, CUANDO REGRESABA A SU CASA LUEGO DE INTENTAR HACER UNA LLAMADA TELEFÓNICA, QUIENES LE PROPINARON 6 DISPAROS DE ARMA DE FUEGO QUE LE QUITARON LA VIDA DE MANERA INMEDIATA. SU CUERPO QUEDÓ TENDIDO EN EL LUGAR DE LOS HECHOS, EN DONDE LAS AUTORIDADES PRACTICARON LA DILIGENCIA DE INSPECCIÓN DE CADÁVER, EN TANTO LOS AGRESORES LOGRARON DARSE A LA HUIDA A PESAR QUE LA COMUNIDAD PORTERA LOS PERSIGUIERON. EN EL REPORTE DE VICTIMA, SE SEÑALA QUE RAFAEL PINTO NAVARRO ERA EDIL DE TAGANGA, Y EN EL PUEBLO SE ESTABAN REALIZANDO UNOS TRABAJOS DE ALCANTARILLADO PUBLICO POR LO QUE ÉL DENUNCIO ESOS TRABAJOS Y EL MAL MANEJO DE LOS DINEROS YA QUE CONSIDERABA QUE LA TUBERÍA NO ERA LA ADECUADA Y QUE LOS POZOS QUE HACÍAN PARA ESTOS TRABAJOS NO DEBÍAN IR EN ESOS SITIOS PORQUE ALLÍ QUEDABA EL COLEGIO DE LOS NIÑOS, PROPONÍA QUE LOS PASARAN POR LOS CERROS ESTO OCURRIÓ CUANDO EL ALCALDE DE SANTA MARTA ERA HUGO GENECO. AGREGA EL REPORTANTE QUE EN UNA OPORTUNIDAD EL NEGRO ROJAS CITO A LA VICTIMA Y A OTROS EDILES A UNA REUNIÓN LOS CUALES ASISTIERON POR LOS LADOS DE BONDA PERO NUNCA SE SUPO QUE SE HABLO EN ESA REUNIÓN. EL DÍA DE SU MUERTE SIENDO LAS 7:30 PM APROXIMADAMENTE LA VICTIMA SALIÓ A TRATAR DE COMUNICARSE CON ALGUIEN Y CUANDO REGRESABA A SU CASA FUE ABORDADO POR DOS HOMBRES QUE LE DISPARARON HASTA ASESINARLOS REMATÁNDOLO EN EL SUELO; EL HECHO FUE ATRIBUIDO A LAS AUTODEFENSAS YA QUE LA VICTIMA VELABA POR LOS INTERESES A LA COMUNIDAD

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA  TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE | | | | | | | | | | |
| 122.- HOMICIDIO EN PERSONA PROTEGIDA  E IRRESPETO A CADAVERES – ACTOS DE BARBARIE. | | MIGUEL ANGEL CHARRIS SIMANCA. | 01/04/1995 | CERCA DEL RIO MANZARES. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • CARMEN RINCON <br> • CRISTIAN JHOVANY OCHOA PINZON (Participe) <br> • (a) "Carepalo". (Participe) | A. Mediato <br><br> Coautor <br><br> Coautor | CONTROL SOCIAL. (LIMPIEZA SOCIAL. SINDICADO DE VIOLADOR) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | Registro fotográfico de la víctima MIGUEL ÁNGEL CHARRI SIMANCA. <br><br> Diligencia de inspección de cadáver No. 104 de fecha 12 de Marzo de 1995. <br><br> - Registro fotográfico del lugar de los hechos. <br> - Registro de la prensa local en la cual se da cuenta del homicidio de CHARRI SIMANCA. <br> -Certificado Individual de Defunción del señor MIGUEL ÁNGEL CHARRI SIMANCA. <br><br> - Copia |

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | del proceso radicado bajo el No. 1707 de la Fiscalía Seccional de Santa Marta, - Protocolo de necropsia No. 104-95 |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN LA FISCALÍA EN ASOCIO DEL EQUIPO DE POLICÍA JUDICIAL SE LOGRÓ ESTABLECER QUE: EL DÍA 12 DE MARZO DE 1995, EL SEÑOR MIGUEL CHARRI SE ENCONTRABA EN LOS PREDIOS ADJUNTOS AL COLEGIO BILINGÜE SOBRE LA TRONCAL DEL CARIBE EN LA CIUDAD DE SANTA MARTA, CUANDO FUE ABORDADO POR DOS SUJETOS QUE LUEGO DE AMARRARLO PROCEDIERON A GOLPEARLO Y TORTURARLO, CERCENÁNDOLE EL MIEMBRO VIRIL, PARA POSTERIORMENTE DARLE MUERTE, CON DISPAROS DE ARMA DE FUEGO DE CORTO ALCANCE EN DISTINTAS PARTES DEL CUERPO; CHARRI SIMANCA FUE DECAPITADO Y SU CABEZA APARECIÓ AL DÍA SIGUIENTE CERCA DEL LUGAR DONDE FUE HALLADO EL CUERPO.

FORMULACION DE CARGOS: HOMICIDIO EN PERSONA PROTEGIDA TIPIFICADO EN LIBRO SEGUNDO, TITULO II, CAPITULO ÚNICO DEL ARTÍCULO 135 DEL CÓDIGO PENAL BAJO EL SIGUIENTE TENOR: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS
ART. 297: IRRESPETO A CADÁVERES. EL QUE SUBSTRAIGA EL CADÁVER DE UNA PERSONA O SUS RESTOS O EJECUTE SOBRE ELLOS ACTO DE IRRESPETO, INCURRIRÁ EN PRISIÓN DE UNO (1) A TRES (3) AÑOS. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| Delitos | No. Victimas | Nombre víctima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| 123.HOMICIDIO EN PERSONA PROTEGIDA | | WILMER ALFONSO SIERRA MUNIVE (a) "Gordo Wilmer" C.C.12546769 | 18/01/1996 | CEMENTERIO "JARDINES DE PAZ". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• CRISTIAN JHOVANY OCHOA PINZON (Participe)<br>• CARMEN RINCON<br>• (a) "Negro Sony". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL. (LIMPIEZA SOCIAL. – SEÑALADO DE LIDERAR UNA BANDA DELINCUENCI | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - Fotografía de la víctima WILMER SIERRA MUNIVE, en vida.<br><br>Registro fotográfico del lugar de los hechos. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partícipes | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | AL | | | Registro de prensa local en relación a este hecho.  - Copia del acta de inspección de cadáver No. 020 de fecha 18 de enero de 1996, realizada al cuerpo sin vida de WILMER SIERRA MUNIVE.  Copia del proceso radicado bajo el numero 1802 de la Fiscalía Seccional de Santa Marta, Copia de la necrodactilia tomada a la victima WILMER SIERRA MUNIVE  Protocolo de necropsia No. |

| Delitos | No. Victimas | Nombre victima | Fecha del hecho | Lugar del hecho | Postulados y Partíces | Forma de participación | Móviles | Practicas | Modus Operandi | ELEMENTOS MATERIALES PROBATORIOS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 020PAT-96 de fecha 18 de Enero de 1996 |

SITUACION FACTICA: DE ACUERDO A LAS LABORES REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO SE ESTABLECE QUE EL DÍA 18 ENERO DE 1996, EN MOMENTOS EN QUE ASISTÍA AL SEPELIO DE UNA DE LAS VÍCTIMAS DEL TRIPLE ASESINATO COMETIDO EL MIERCOLES ANTERIOR, EN LA URBANIZACION LA BOLIVARIANA, UN COMERCIANTE FUE ASESINADO A BALA A MANOS DE DOS SUJETOS QUE IRRUMPIERON EN EL CEMENTERIOEN JARDINES DE PAZ DE ESTA CIUDAD.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| 124..HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE ALEJANDRO AVENDAÑO CANTILLO | 10/01/2002 | SECTOR DEL RETIRO. BARRIO MAMATOCOSANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br><br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• GIOVANY NAVARRO ORDOÑEZ (a) "Monoleche". (Participe).<br>• (a) "Memin". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br><br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL – SEÑALADO DE SER LADRON | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO<br><br><br>REPORTE DE HECHES EN EL SIJYP |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DIA 10 DE ENERO DEL AÑO 2002 EL SEÑOR JOSE ALEJANDRO AVENDAÑO CANTILLO SE ENCONTRABA EN EL BARRIO MAMATOCO CUANDO APROXIMADFAMENTE AL MEDIO DIA SUJETOS ARMADOS LO RODEARON Y PROCEDIERON A DISPARARLE QUITANDOLE LA VIDA, EL POSTULADO EDGAR ANTONIO OCHOA BALLESTEROS POSTERIORMENTE EN VERSION LIBRE ANTE LA FISCALIA NOVENA CONFESO SU PARTICIPACION EN EL HECHO MANIFESTANDO LA MUERTE DE UNA PERSONA QUE LE DECÍAN EL MUERTO, QUE LA ORDEN LA DIO GIOVANNI NAVARRO ORDÓÑEZ, ALIAS MONO LECHE, QUE USTED EN ESA ÉPOCA ERA EL SEGUNDO AL MANDO DESPUÉS DE GIOVANNI NAVARRO ORDÓÑEZ ALIAS MONO LECHE, POR ESO USTED LO ORGANIZO Y DIO LA ORDEN, QUE LOS MUCHACHOS ESTABAN BAJO SUS ORDENES, EN EL SECTOR DE BONDA Y LOS BARRIOS NUEVA MANSIÓN, ONCE DE NOVIEMBRE, EL YUCAL, BOLIVARIANA, MAMATOCO Y TENIA A SU DISPOSICIÓN ENTRE OTROS A ALIAS CARRO LOCO, POMPON, YANQUI, EL MURO, MEMIN, BRAZO E CHOPO, EL PULGA, JORGE PORTILLO, EL DANI, EL SAYA, LICHO, WILLY ENTRE OTROS, QUE JHON JAIRO CASTRO CASTELLAR, ALIAS CARA E PALO, SALVADOR JESÚS FANDIÑO SILVERA, ALIAS MEMIN CARLOS MARCIANO GOMEZ CASTRO ALIAS CHOCO, LE DIERON MUERTE A ESTE SEÑOR EN MAMATOCO, QUE EL QUE DISPARO FUE ALIAS MEMIN, LOS MOTIVOS ES QUE DECÍAN QUE LA VÍCTIMA ERA LADRÓN Y LA A ORDEN GENERAL ERA DAR MUERTE A LOS LADRONES Y GUERRILLEROS, ERA UNA ORDEN A CUMPLIR.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

ESTE HECHO SE LE IMPUTA EN CONCURSO CON EL DE   PORTE DE ARMA DE FUEGO Y MUNICIONES (LEY 599 DE 2000). TITULO XII, DELITOS CONTRA LA SEGURIDAD PUBLICA, CAPITULO SEGUNDO,

5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, **O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 125.HOMICIDIO EN PERSONA PROTEGIDA | 1 | ROBINSON JOSE MERIÑO RINCON. C.C. 85454855 | 18/08/2002 | TIENDA "EL ROMBOY". VEREDA LA TAGUA. CORREGIMIENTO DE MINCA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NODIER GIRALDO GIRALDO<br>• NORBERTO QUIROGA POVEDA. (a) "Beto Quiroga. "5.5". (Participe)<br>• JOSE DANIEL MORA LOPEZ (a) "Guerrero". (Participe)<br><br>• MARIO LUIS NIÑO OTERO (a) "Laura". (Participe)<br>• EVER ANTONIO CAICEDO PEREZ (a) "Mellales". (Participe) | • A. M ed iat o<br>• A. M ed iat o<br>Coauto r<br>Coauto r<br>Coauto | CONTROL SOCIAL – (DESOBEDIEN CIA A LAS DIRECTRICES DE LA ORGANIZACIÓ N ILEGAL – ESTABA PELEANDO CON OTRO) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | VERSIÓN DEL POSTULADO<br><br>2.-REPORTE DE VÍCTIMAS<br><br>3.- ACTA DE INSPECCIÓN A CADÁVER<br><br>4.-ENTREVISTA DE LUIS NELSON ROJAS VERGARA<br><br>5.- INFORME DE EXHUMACIÓN-FOTOGRAFÍAS<br><br>6.- FOTOGRAFÍA |

| | | | | | | r  Coauto r | | | | | DE LA VÍCTIMA |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL HOMICIDIO DE ROBINSON JOSE MERIÑO RINCON SUCEDIÓ EL DÍA 18 DE AGOSTO DE 2.002, CUANDO SE ENCONTRABA EN LA TIENDA UBICADA EN LA VEREDA LA TAGUA DEL CORREGIMIENTO DE MINCA, DONDE ESTABA INGIRIENDO LICOR CON UN SEÑOR DE APELLIDO VACA, QUIENES SALIERON DE DISCUSIÓN, Y SE DIERON GOLPES, EL POSTULADO QUIEN TAMBIÉN SE ENCONTRABA EN EL SITIO LE DISPARÓ A MERIÑO, QUIEN CAYÓ AL PISO Y LUEGO ALIAS EL CANA LO REMATÓ, EN TANTO AL SEÑOR VACA EL POSTULADO LE DICE QUE TIENE 5 MINUTOS PARA IRSE DE LA REGIÓN, LUEGO VACA LE SOLICITA GUERRERO QUE LO AUTORIZA PARA REGRESAR Y ESTE LE DICE QUE SÍ, PERO CUANDO REGRESA LE DAN MUERTE. EL POSTULADO JOSE DANIEL MORA LOPEZ, EN DILIGENCIA DE VERSIÓN LIBRE EFECTUADA EL DÍA 11 DE DICIEMBRE DE 2008, CONFESÓ EL HOMICIDIO DE RUBEN SOTO MERIÑO, SUCEDIDO EL 18 DE AGOSTO DE 2002 EN LA VEREDA LA TAGUA, POR DESOBEDECER LAS DIRECTRICES DE LA ORGANIZACIÓN. EL PRIMERO QUE LE DISPARÓ FUE EVER ANTONIO CAICEDO PEREZ ALIAS "TAVO" O "MELLALES" Y LO REMATÓ ALIAS "LAURA". FUE SEPULTADO EN EL CEMENTERIO Y ENTREGADO DESPUÉS A SUS FAMILIARES ALLÍ MISMO EN EL CEMENTERIO. EL PAPÁ HABLÓ CON EL POSTULADO Y SE LE EXPLICARON LOS MOTIVOS DE SU MUERTE Y LUEGO LE DIJO QUE SI LE PODÍAN ENTREGAR EL CADÁVER Y MORA LOPEZ LO AUTORIZÓ, LO RECIBIERON Y LE HICIERON SU TUMBA ALLÍ EN EL CEMENTERIO. EN LA VERSIÓN DEL DÍA 28 DE AGOSTO DE 2009 ACLARÓ QUE EL NOMBRE DE LA VÍCTIMA NO ERA RUBEN SOTO MARIÑO, SINO ROBINSON JOSE MERIÑO Y EL HECHO OCURRIÓ EL DÍA 18 DE AGOSTO DE 2002.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 126.- HOMICIDIO EN PERSONA PROTEGIDA | 1 | BINYS OMAR DIAZ RODRIGUEZ | 29/12/1994 | BARRIO LA BOLIVARIANA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• CARLOS RUEDA (a) Orelas<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito. (Participe).<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden). (Participe).<br>• (a) "Carepalo". (Participe) | A. Mediato Coautor Coautor Coautor Coautor Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL-SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENTES | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO REPORTE DE HECHES EN EL SIJYP |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DÍA 28 DE DICIEMBRE DE 1994 FUE ASESINADO DE VARIOS IMPACTOS DE ARMA DE FUEGO DE CORTO ALCANCE EL JOVEN BINYS OMAR DIAZ RODRÍGUEZ, EN MOMENTOS EN QUE SE ENCONTRABA EN EL BARRIO LA BOLIVARIANA EN LA CASA DE UN AMIGO COMPARTIENDO UNOS TRAGOS; LA VÍCTIMA FUE AGREDIDO POR CUATRO SUJETOS QUE SE ACERCARON CAMINANDO, AL ESTAR CERCA DE DIAZ RODRÍGUEZ, PROCEDIERON A SACAR ARMAS DE FUEGO Y DISPARARON CONTRA LA HUMANIDAD DE ESTE JOVEN DEJANDO TENDIDO EN EL PISO MUERTO. EN VERSION LIBRE EL POSTULADO EDGAR OCHOA MANIFESTO SOBRE ESTE HECHO: QUE PARTICIPO EN LA MUERTE DE UNA PERSONA LLAMADA OMAR, QUE PARTICIPO CON ALIAS OREJITAS, QUE RECIBIÓ LA ORDENÓ DE PARTE DE QUEMADITO, QUE DISPARO OREJITA Y USTED CONDUCÍA UNA MOTO.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1651

VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| 127.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JESUS ARTURO HERNANDEZ OSORIO. C.C. 3334158 | 21/07/1994 | PUENTE BARRIO MAMATOCOSANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• CARMEN RINCON<br>• CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe). | A. Mediato Coautor Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO REPORTE DE HECHES EN EL SIJYP |

SITUACION FACTICA: EN LA MAÑANA DEL 21 DE JULIO DE 1994 EN MOMENTOS EN QUE EL SEÑOR JESÚS ARTURO HERNADEZ OSORIO, SE TRANSPORTABA EN SU CAMIONETA FORD RANGER A LA ALTURA DEL PUENTE DE MAMATOCO EN LA CIUDAD DE SANTA MARTA CUANDO FUE INTERCEPTADO POR SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA DE ALTO CILINDRAJE, LOS CUALES SIN MEDIAR PALABRA PROCEDIERON A DISPARAR CONTRA LA HUMANIDAD DEL SEÑOR HERNÁNDEZ OSORIO, OCASIONÁNDOLE LA MUERTE DE MANERA INMEDIATA, QUEDANDO SU CUERPO EN EL INTERIOR DEL VEHÍCULO. EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE ESTE HECHO: EN SANTA MARTA UN SEÑOR DE APROXIMADAMENTE 45 AÑOS, QUE TENIA UN RESTAURANTE POR LA PLAYA LLAMADO EL PLATANAL, QUE PARTICIPARON CABALLO LOCO Y EL MISMO ORGANIZO EL HOMICIDIO, LLEGO HASTA SU CASA DICIÉNDOLE QUE TENIA ORDEN

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1652

PARA COMETER EL HOMICIDIO, QUE LO ACOMPAÑARA QUE IBA A HABER UNA BONIFICACIÓN, LE DIJO QUE CONSIGUIERA UN MUCHACHO PARA QUE MANEJARA LA MOTO DONDE FUERA A IR USTED PARA COMETER EL HECHO, QUE LOS HECHOS SUCEDIERON EN EL PUENTE DE LA ENTRADA DEL BARRIO TAYRONA. QUE DESPUÉS DE LOS HECHOS SE DIO CUENTA QUE EL SEÑOR ERA AMIGO DEL SEÑOR HGS Y FUE EL MISMO QUIEN LES DIJO QUE HABÍA QUE VENIR A BARRANQUILLA A MATAR A LA MUJER Y A UN MOZO QUE TENIA AQUÍ. CABALLO Y USTED SE VINIERON PARA BARRANQUILLA, CABALLO ERA CONOCIDO DE LA MUJER Y TENIA UNA CITA EN EL TERMINAL DE BARRANQUILLA. QUE ESE DIA A CABALLO Y A USTED CASI LOS MATA EL SEÑOR HGS POR ESE HECHO.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 128.HOMICIDIO EN PERSONA PROTEGIDA | 2 | DORIS DE JESUS GARCIA GUTIERREZ Y RAMON ENRIQUE LOPEZ PABON | 27/07/1994 | AVENIDA CIRCUNVALAR CON LA CALLE 30. BARRANQUILLA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe)<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho | A. Mediato<br>Coautor<br>Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO<br><br>REPORTE DE HECHES EN EL SIJYP |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Musso". (Participe). | | | | | |
| | | | | | • (a) "Carlos Araque". (Participe). | Coautor | | | | |
| | | | | | • JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". (Participe) | Coautor | | | | |
| | | | | | • (a) "El Gringo". (Participe) | Coautor | | | | |

SITUACION FACTICA: LA SEÑORA DORIS DE JESÚS GARCÍA Y RAMÓN ELÍAS LOPEZ PABON,  LOS CUALES FUERON ASESINADOS CON DISPAROS DE ARMA DE FUEGO EN MOMENTOS EN QUE DIALOGABAN EN EL INTERIOR DEL MAZDA 626 LX DE PLACAS LYH-673 EN EL SECTOR DE LA CALLE 30 CON AVENIDA CIRCUNVALAR DE LA CIUDAD DE BARRANQUILLA; DE ACUERDO LAS DILIGENCIAS ADELANTADAS EN EL LUGAR DE LOS ACONTECIMIENTOS SE ESTABLECIÓ QUE EN EL INTERIOR DEL AUTOMOTOR EN LA PARTE POSTERIOR VIAJABA UNA TERCERA PERSONA LA CUAL FUE QUIEN DISPARA CONTRA DORIS DE JESÚS Y RAMON ELÍAS, DÁNDOSE LUEGO AL A FUGA EN OTRO VEHÍCULO QUE LO ESPERABA POCOS METROS ATRÁS DEL AUTOMOTOR DE LA VÍCTIMA. EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: QUE EL SEÑOR HERNAN GIRALDO LE  DIJO QUE TENIA QUE  MATARA A LA SEÑORA Y AL MOZO Y QUE  CABALLO LOCO TENIA UNA CITA EN B/QUILLA CON LA SEÑORA. ME ACOMPAÑO PACHO MUSSO, CALVO, CARLOS Y EL GRINGO, QUE LAS VICTIMAS  VIVIAN EN B/QUILLA, ENTONCES CUANDO LLEGAMOS, INDALECIO, PACHO MUSSO, CABALLO LOCO Y YO, LLEGAMOS AL PUENTE  Y ESTABA EL CALVO, CARLOS ARAQUE Y EL GRINGO, ME PASAN UNA PISTOLA Y ME MANDAN CON CABALLO LOCO PARA EL TRANSPORTE YO NO CONOCÍA A LA SEÑORA Y CABALLO ME LA PRESENTO, YO SABIA LO QUE IBA A HACER IBAN EN UN CARRITO YO LE DI MUERTE AL SEÑOR Y EL A LA SEÑORA. LOS MOTIVOS DE LA MUERTE, CABALLO LLEGO DICIENDO QUE ERA ORDEN DE PACHO MUSSO DAR MUERTE AL SEÑOR DEL PLATANAL. ESCUCHE DESPUÉS COMO CABALLO LOCO TENIA PROBLEMAS CON EL SEÑOR. USTED  PIDIÓ PERDÓN A LA FAMILIA DE TODAS LAS VICTIMAS Y A DIOS POR EL DAÑO CAUSADO. ENTRE EL HOMICIDIO DE EL PROPIETARIO DEL PLATANAL Y LA MUERTE DE LA SEÑORA PASARON COMO 4 DÍAS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

 CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO

| CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00). | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 129.HOMICIDIO EN PERSONA PROTEGIDA | 1 | MANUEL ESTEBAN CUELLO SALTEREN | 29/07/1994 | BARRIO LA BOLIVARIANA. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • EDGAR ANTONIO OCHOA BALLESTEROS (Participe). <br> • CARMEN RINCON <br> • HUBER DANED CASTRO PINEDA (a) "Garfio. (Participe) <br> • (a) "Pitillo". (Participe) <br> • JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe) | A. Mediato Coautor <br> Coautor <br> Coautor <br> Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL- SEÑALADO DE SER LADRON | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO <br><br> REPORTE DE HECHOS EN EL SIJYP |

SITUACION FACTICA:  EL DÍA 29 DE JULIO DE 1994 EN MOMENTOS EN QUE EL SEÑOR MANUEL ESTEBAN CUELLO SALTAREN, SE ENCONTRABA FRENTE A LA RESIDENCIA UBICADA EN EL BARRIO LA BOLIVARIANA DE LA CIUDAD DE SANTA MARTA JUGANDO CON VARIOS AMIGOS, LLEGARON CUATRO SUJETOS QUIENES PORTABAN ARMAS DE FUEGO DE CORTO ALCANCE Y DISPARARON EN CONTRA DE LA HUMANIDAD DE CUELLO SALTAREN HASTA CAUSARLE LA MUERTE. LA VICTIMA ERA MECÁNICO DE PROFESIÓN PERO ESTABA DESEMPLEADO EN EL MOMENTO DE SU MUERTE Y ERA RESIDENTE EN EL MISMO BARRIO LA BOLIVARIANA.  EL POSTULADO EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: QUE DIO MUERTE A UNA PERSONA, QUE  ORDENÓ QUEMAITO, QUE EL OCCISO QUEDÓ AHÍ EN EL MISMO SITIO, SE CONOCÍA EN EL BARRIO CON EL APODO DE EL NEGRO CUELLO, LE DIO DE BAJA PITILLO Y EL NEGRO QUIQUE, QUE USTED PARTICIPO, PERO NO DISPARO, QUE LA VICTIMA TENIA LAS SIGUIENTES CARACTERÍSTICAS, ERA DE PIEL MORENA, ALTO Y GRUESO, DE AVANZADA EDAD.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL

HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 130.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAIRO DE JESUS PINEDA ALVAREZ. C.C. 8274769 | 04/09/19 94 | CALLE 10 No. 3 – 23. CENTRO. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • EDGAR ANTONIO OCHOA BALLESTEROS (Participe). <br> • CARMEN RINCON <br> • JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden). (Participe). <br> • CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe) | A. Mediato <br> Coautor <br> Coautor <br> Coautor <br> Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL-SEÑALADO DE SER EXPENDEDOR DE VICIO) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO <br><br> REPORTE DE HECHOES EN EL SIJYP |

SITUACION FACTICA: EL DÍA 4 DE SEPTIEMBRE DE 1994, EN MOMENTOS EN QUE EL SEÑOR JAIRO DE JESÚS PINEDA ALVAREZ SE ENCONTRABA EN EL CENTRO DE LA CIUDAD MÁS EXACTAMENTE EN LA CALLE 10 CON CARRERA 3 FRENTE A LAS RESIDENCIAS TOLIMAR, SE ACERCARON DOS SUJETOS QUE SE MOVILIZABAN A PIE LOS CUALES PORTABAN ARMAS DE FUEGO DE CORTO ALCANCE PROCEDIENDO ESTOS A DISPARAR EN CONTRA DE LA HUMANIDAD DE PINEDA ALVAREZ SIN MEDIAR PALABRA ALGUNA HASTA CAUSARLE LA MUERTE, QUEDANDO EL CUERPO DE TENDIDO EN LA VÍA PUBLICA MIENTRAS QUE LOS AGRESORES SE RETIRARON DEL LUGAR CAMINADO. EDGAR OCHOA SOBRE EL HECHO MANIFESTO: QUE LE QUITO LA VIDA AL SEÑOR JAIRO DE JESUS PINEDO ALVAREZ, QUE FUE ORDEN DE JAIRO MUSSO, PARTICIPO USTED CON CABALLO LOCO, QUE CUMPLIERON LA ORDEN, QUE NO SABIAN LOS MOTIVOS, QUE NO PODÍA PREGUNTAR, QUE ESCUCHO DECIR QUE ERA EXPENDEDOR DE VICIO, QUE CABALLO LOCO FUE EL QUE DISPARÓ Y USTED LO ACOMPAÑO Y COMO ERA UNA SOLA PERSONA EL DISPARO Y USTED ESTABA AL LADO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

 CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 131.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE RAMON EBRATT NUÑEZ | 10/06/19 95 | CALLE 11 CARRERA 4. CENTRO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden). (Participe).<br>• JHON JAIRO GUTIERREZ SALAZAR (a) "Camuro". (Participe). | A. Mediato Coautor Coautor Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL- SEÑALADO DE SER LADRON) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | COPIA DEL PROCESO QUE ADELANTO LA FISCALÍA NOVENA ESPECIALIZADA ADELANTÓ DILIGENCIAS TENDIENTES A ESTABLECER EL AUTOR Y LOS MÓVILES DE ESTE HOMICIDIO, LAS CUALES SE |

| | | | | | | | | | | LLEVARON BAJO EL RADICADO **1126** EL ACTA DE LEVANTAMIENTO DE CADÁVER NO. 209 DE FECHA 10 DE JUNIO DE 1995, CORRESPONDIENTE AL SEÑOR **JOSÉ RAMÓN EBRAT NÚÑEZ** |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EN LA NOCHE DEL 10 DE JUNIO DE 1995 SIENDO LAS 7:30 DEL A NOCHE EN MOMENTOS EN QUE EL SEÑOR JOSÉ RAMÓN EBRATT NÚÑEZ CAMINABA POR LA CALLE 11 CON CARRERA 4 DEL CENTRO DE SANTA MARTA EN COMPAÑÍA DE UN HERMANO, FUE AGREDIDO POR UN SUJETO QUE SE LE ACERCO POR LA ESPALDA Y LE DISPARO EN REPETIDAS OCASIONES; EL SEÑOR JOSÉ RAMÓN SE LANZO AL SUELO AL MISMO TIEMPO QUE LE INDICABA A SU HERMANO QUE CORRIERA CON RUMBO A LA ESTACIÓN NORTE DE LA POLICÍA QUE SE ENCONTRABA CERCA DE DONDE ESTABAN; LUEGO SE LEVANTO DEL SUELO E INTENTO CORRER PERO FUE ALCANZADO NUEVAMENTE POR SU AGRESOR QUIEN DISPARA NUEVAMENTE SU ARMA CONTRA SU HUMANIDAD EL CUAL CAYO AL SUELO Y ALLÍ FUE REMATADO POR EL HOMICIDA. EDGAR OCHOA MANIFESTO SOBRE EL HECHO: UN HECHO QUE SUCEDIÓ A UNA CUADRA DE LA INSPECCIÓN DE POLICÍA NORTE, DE LA CIUDAD DE SANTA MARTA, QUE LE QUITARON LA VIDA A UN HOMBRE QUE LE DECÍAN SIETE VIDAS; QUE PARTICIPO USTED CON JHON JAIRO CASTRO CASTELLAR, ALIAS CARA E PALO Y LA ORDEN LA DIO JOSÉ EDILBERTO GUZMÁN, ALIAS QUEMADITO, POR QUE AL PARECER ERA SUBVERSIVO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 132.HOMICIDIO EN PERSONA PROTEGIDA | 2 | OLIMPO BALDEMAR RAMIREZ ARRIETA. C.C. 85462368. ALEX FUENTES GARCIA. C.C. 7395666. DE LA BANDA DE LOS MEMIN. CARLOS RUEDA VIERA (a) "Orejita".. DE LA BANDA DE LOS CHAMIZOS | 17/01/19 96 | BARRIO LA BOLIVARIANA. SANTA MARTA. | • HERNAN GIRALDO SERNA <br> • EDGAR ANTONIO OCHOA BALLESTEROS  (Participe) <br> • CARMEN RINCON <br> • JHON JAIRO CASTRO (a) "Carepalo. (Participe) <br> • (a) "Veneno". (Participe) | A. M ed iat o Coauto r <br><br> Coauto r <br><br> Coautor <br><br> Coautor | LIMPIEZA SOCIAL SEÑALADOS DE PERTENECER A BANDA DELINCUENCI AL LA BANDA DE LOS MEMIN | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - RECORTE DE PRENSA FECHA 19 DE ENERO DE 1996 EN LA QUE SE PUBLICO EL HECHO. <br><br> COPIA DEL PROCESO RADICADO BAJO EL NUMERO **694**, ASIGNADO A LA FISCALÍA 30 DE SANTA MARTA, <br><br> ACTA DE LEVANTAMIENT |

| | | | | | | | | | | | O DE CADÁVER DE FECHA 17 DE ENERO DE 1996, REGISTRO CIVIL DE DEFUNCIÓN TARJETA DE NECRODACTILIA, ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN AL CADÁVER, PROTOCOLO DE NECROPSIA |

SITUACION FACTICA: EL DÍA 17 DE ENERO DE 1996 EN EL BARRIO LA BOLIVARIANA DE LA CIUDAD DE SANTA MARTA SE DIO UN ENFRENTAMIENTO ENTRE BANDAS DELINCUENCIALES CONOCIDAS COMO LOS "MEMIN" Y LOS "CHAMIZOS", EL CUAL DEJO COMO RESULTADO LA MUERTE DE OLIMPO RAMÍREZ ARRIETA Y ALEX FUENTE GARCÍA INTEGRANTES DEL PRIMER GRUPO Y CARLOS RUEDA VIEIRA DE LOS CHAMIZOS, TODOS CON ARMA DE FUEGO; POR MEDIO DE INFORMES DE POLICÍA JUDICIAL DE LA FECHA SE ESTABLECE QUE MIEMBROS DE LA BANDA LOS "MEMIN" HABÍAN ASALTADO A UN COMERCIANTE CONOCIDO DE LA BANDA LOS CHAMIZOS Y SE DIO LA ORDEN A ESTOS DE RECUPERAR LOS OBJETOS HURTADOS, LO QUE GENERO ESTE ENFRENTAMIENTO.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E

INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 133. HOMICIDIO EN PERSONA PROTEGIDA | 1 | RICARDO ANTONIO SEGRERA NÚÑEZ. C.C. 91273257 | 23/06/1995 | BARRIO LA BOLIVARIANASANTA MARTA | • HERNAN GIRALDO SERNA<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete".<br>• CARMEN RINCON<br>• (Participe).<br>• (a) "Veneno. (Participe).<br>• (a) "Panquemao". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENTES) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) SE DESPLAZABA EN SU VEHICULO | - FOTOGRAFÍA EN VIDA DEL SEÑOR RICARDO SEGRERA NÚÑEZ.<br><br>COPIA DE LA CC NO. 91.273257 A NOMBRE DE RICARDO ANTONIO SEGRERA NÚÑEZ.<br><br>REGISTRO DE |

| | | | | | | | | | | | LA PRENSA LOCAL EN LA CUAL SE DA CUENTA DEL HOMICIDIO DE SEGRERA NÚÑEZ,<br><br>REGISTRO FOTOGRÁFICO DEL LUGAR DE LOS HECHOS.<br><br>COPIA DEL ACTA NO. 228 DE FECHA 23 DE JUNIO DE 1995,.<br><br>COPIA DEL REGISTRO DE DEFUNCIÓN NO. 2165100<br><br>COPIA DE LA NECRODACTILIA TOMADA AL CADÁVER DE |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | LA VICTIMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | COPIA DEL PROCESO RADICADO BAJO EL NÚMERO 1127 DE LA FISCALÍA SECCIONA DE SANTA MARTA, |
| | | | | | | | | | | | COPIA DEL ÁLBUM FOTOGRÁFICO TOMADO DURANTE LA DILIGENCIA DE LEVANTAMIENTO DEL CADÁVER. |
| | | | | | | | | | | | COPIA DEL PROTOCOLO DE NECROPSIA NO. 229PAT-95 |
| SITUACION FACTICA: RELATA LA SEÑORA QUE SU HIJO ERA ESTUDIANTE DE UNDECIMO GRADO DEL LICEO CELEDON EN LA JORNADA NOCTURNA, EL HABIA CABADO DE PRESTAR EL SERVICIO MILITAR Y ESTABA EN BUSCA DE TRABAJO, NUNCA SE VIO ENVUELTO EN PROBLEMAS CON NADIE, MANIFIESTA LA SEÑORA QUE ELLA FUE DE LAS QUE FUNDARON EL BARRIO LA BOLIVARIANA; EL DIA DE LOA HECHOS AL HIJO | | | | | | | | | | | |

DE LA SEÑORA PAULINA DE NOMBRE RAFAEL SEGRERA NUÑEZ SE LE HABIAN ACERCADO DOS HOMBRES ARMADOS QUE ESTABAN BUSCANDO A SU HERMANO RICARDO, AVISADO RICARDO DE LO QUE ESTABA SUCEDIENDO NO LEDIO IMPORTANCIA POR QUE EL MANIFESTABA QUE NO TENIA PROBLEMAS CON NADIE, POR LO TANTO EL DIA DE LOS HECHOS CUANDO SE DIRIGIA EN UNA MOTOCICLETA DE SU PROPIEDAD CUANDO IBA A LLEVAR UNA HOJA DE VIDA PARA BUSCAR TRABAJO, FUE INTERCEPTADO POR DOS SUJETOS QUIENES LO DETUVIERON Y LE DISPARARON EN UNA PIERNA DESPUES DE ESTO EL CAYO DE LA MOTOCICLETA Y CORRIO HACIA DONDE SE DIRIGIA A LLEVAR LA HOJA DE VIDA, ALCANZO A FORCEGEAR CON UNO DE LOS ASESINOS Y LE GRITABAN PORQUE LO IBAN AMATAR, MIENTRAS TANTO EL OTRO INDIVIDUO LE DISPARO HASTA CAUSARLE LA MUERTE; NUNCA SE SUPO LOS MOTIVOS POR LOS CUALES LO ASESINARON, LOS ASESINOS DE SU HIJO FUERON UNOS QUE LE DECIAN OREJITA Y OTRO QUE LE DECIAN CACHETE Y FUERON ENVIADOS POR JORGE LUIS OCHOA BALLESTEROS QUE LE DICEN MORROCOYO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

 CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| 134. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CARLOS ALFONSO CERPA CARDENAS. C.C. 18974079 | 15/01/20 01 | VEREDA PUERTO NUEVO. FRENTE A UN BILLAR. CORREGIMIENTO DE GUACHACA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete". (Participe).<br>• JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". | A.Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato | HOMICIDIO INDIVIDUAL<br><br>CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE HURTO) | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO | CONFESION DEL POSTULADO |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Partícipe). | | | | | ABIERTO) |
| | | | | | • (a) "Veneno. (Partícipe). | | | | | REPORTE DE HECHOES EN EL SIJYP |
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |
| | | | | | | Coautor | | | | |

SITUACION FACTICA: EL DÍA 16 DE ENERO DEL 2001 SE ENCONTRABA EL JOVEN CARLOS CERPA CÁRDENAS EN LA VEREDA DE PUERTO NUEVO CORREGIMIENTO DE GUACHACA, SE ENCONTRABA EN LA ENTRADA DE UN ESTABLECIMIENTO COMERCIAL FRENTE AL BILLAR CONOCIDO COMO EL GUASIMO, AL PERCATARSE DE LA PRESENCIA DE MIEMBROS DE LAS AUTODEFENSAS QUE SE MOVILIZABAN EN UNA CAMIONETA, SALIO CON RUMBO HACIA LA CANCHA DE FÚTBOL DE LA CITADA VEREDA, LUGAR DONDE FUE ALCANZADO POR LOS SUJETOS QUIENES SIN MEDIAR PALABRA LE DISPARARON CON ARMAS DE CORTO ALCANCE EN REPETIDAS OCASIONES HASTA CAUSARLE LA MUERTE. CRISTIAN OCHOA MANIFESTO DEL HECHO: POR EL CAMPO DIMOS DE BAJA A UN MUCHACHO ALIAS EL MELLO, PARTICIPAMOS JOSÉ ALEJANDRINO ÁLVAREZ, ALIAS EL CALVO,  REINEL,  ALIAS VENENO SIN IDENTIFICAR  Y MI PERSONA, CREO QUE EL LE DIO MUERTE RAFAEL ARIAS PÉREZ, ALIAS EL CUCHI, EL MELLO ERA SIMPATIZANTE, EL MOTIVO FUE POR QUE LE ROBO A RAFAEL ARIAS PÉREZ, ALIAS EL CUCHI,  ACLARO QUE ESTE ALIAS EL MELLO ERA ALGO DE PARENTESCO CON RAFAEL ARIAS PÉREZ, ALIAS CUCHI, EL PAPÁ DEL CUCHI VIVÍA CON LA MAMÁ DEL MELLO,  CUANDO LA MUERTE DEL CUCHI SE DIO LA ORDEN DE MATAR AL MELLO, COMO A LOS DOS DÍAS YO IBA EN UNA BUSETA Y VI AL MUCHACHO Y ME ENCONTRÉ A ALIAS EL CALVO QUE IBA EN UNA MAZDA COLOR GRIS Y LE DIJE QUE FUÉRAMOS A VER AL MUCHACHO Y SI ERA ESE, BUSCAMOS A LOS OTROS MUCHACHOS,   EL CORRIÓ  BASTANTE, LE HICIMOS VARIOS TIROS EL ESTABA A LA ORILLA DEL PUEBLO Y SE METIÓ AL PUEBLITO, Y YA CUANDO ÍBAMOS AL CAMPITO Y EL FINADO JOSÉ ALEJANDRINO ÁLVAREZ,  ALIAS EL CALVO QUE LLEVABA UNA ESCOPETA 12 Y LO ALCANZO Y LO DEJAMOS AHÍ, ANDÁBAMOS EN LA CAMIONETA, MAZDA 4 X 2 DE COLOR GRIS, QUE LA VÍCTIMA  ERA AMIGO DE TODOS TRES,   LA ORDEN LA DIO WALTER DE JESÚS TORRES LÓPEZ, ALIAS WALTER .

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

 CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 135. HOMICIDIO EN PERSONA PROTEGIDA | 1 | BENJAMIN CARRILLO PEREZ. C.C. 13356305 | 05/08/19 94 | CALLE 11 CON LA CARRERA 11.MERCADO PUBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• OMAR MARTIN OCHOA BALLESTEROS (Participe).<br>• CARMEN RINCON<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe) | A. Mediato Coauto r Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- LO MATAN PORQUE HABÍA INFORMADO QUE UN SOBRINO (NAIL CARRILLO) SUYO ERA GUERRILLERO PARA QUEDARSE CON UNA HERERNCIA) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | COPIA DE PROCESO RADICADO BAJO EL NÚMERO **5022**, ASIGNADO A LA UNIDAD PREVIA Y PERMANENTE DE SANTA MARTA, CONTRA DESCONOCIDO S, POR EL PUNIBLE DE HOMICIDIO, |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | DONDE APARECE COMO VÍCTIMA **BENJAMIN CARRILLO PEREZ**, <br><br>REGISTRO FOTOGRÁFICO DEL LUGAR DEL HECHO Y DE LA VÍCTIMA <br><br>REGISTRO DE DEFUNCIÓN NO. **1168594.** <br><br>PROTOCOLO DE NECROPSIA NO. **206,** DE QUIEN EN VIDA RESPONDÍA AL NOMBRE DE **BENJAMIN CARRILLO PEREZ** |

SITUACION FACTICA:

EL DÍA 5 DE AGOSTO DE 1994, A LAS OCHO DE LA MAÑANA APROXIMADAMENTE EL SEÑOR BENJAMIN CARRILLO PEREZ, SALÍA DE SU CASA CAMINANDO CON DESTINO AL MERCADO PÚBLICO Y CUANDO IBA CERCA DE LA PANADERÍA LA GRAN VÍA , UN HOMBRE SE LE ACERCÓ POR LA ESPALDA Y LE DIO UN TIRO EN LA CABEZA, CAUSÁNDOLE LA MUERTE EN FORMA INSTANTÁNEA. OMAR OCHOA MANIFESTO DEL HECHO: EL HIZO MATAR A SU SOBRINO POR UNAS PERTENENCIAS, ESA FUE LA INFORMACIÓN QUE LLEGO AL GRUPO Y POR ESO SE DECIDIÓ DAR DE BAJA.

ESO FUE COMO A LOS DOS DÍAS, EL SOBRINO ESTUVO CON MI HERMANO CON CARLOS ZAPATA INFORMADO POR ESTE SEÑOR, LUEGO ZAPATA SE DA CUENTA QUE ERA FALSO Y SE CITA AL SEÑOR AL MERCADO Y EL VA Y LO ESPERO Y YO LE DI DE BAJA EN LA 11 CON 11. EL DIJO QUE EL SOBRINO ERA GUERRILLERO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

 CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 136. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALONSO RAFAEL GARCIA ESCOBAR. | 07/08/1994 | CALLE 11 CON LA CARRERA 9. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• OMAR MARTIN OCHOA BALLESTEROS (Participe).<br>• CARMEN RINCON<br>• JAIRO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden). (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL- LIMPIEZA SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | REGISTRO FOTOGRÁFICO DEL LUGAR DEL HECHO Y DE LA VÍCTIMA,<br><br>RECORTE DE PRENSA DE LA NOTICIA |

| | | | | | | | | | | CRIMINIS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LICENCIA DE INHUMACIÓN, DONDE SE OBSERVA QUE LA CAUSA DE MUERTE FUE TRAUMA CRANEONCEFALICO, PRODUCIDA POR PROYECTIL DE ARMA DE FUEGO. |

**SITUACION FACTICA:**

EL DÍA 6 DE AGOSTO DE 1994, EN HORAS DEL MEDIO DÍA, EL SEÑOR ALONSO RAFAEL GARCIA ESCOBAR, CONOCIDO COMO PAPUJO, SE ENCONTRABA SENTADO AL LADO DE UNA CASA DONDE ARREGLAN ZAPATOS, HACIENDO DILIGENCIAS PERSONALES EN EL SECTOR DEL MERCADO PÚBLICO, CUANDO SE LE ACERCÓ UN SUJETO QUIEN LO SALUDÓ DE MANO, PROCEDIÓ A SACAR DENTRO DE LA ROPA UN ARMA DE CORTO ALCANCE TIPO PISTOLA, CON LA CUAL LE DISPARÓ EN REPETIDAS OCASIONES, QUEDANDO EL CUERPO SIN VIDA TENDIDO EN LA VÍA PÚBLICA DE LA CARRERA 9 CON CALLE 11 CERCA DE UNA BOMBA DE GASOLINA. OMAR OCHOA SOBRE EL HECHO MANIFESTO: QUE ERA UN RECONOCIDO LADRÓN, RECOGÍA INFORMACIÓN EN EL MERCADO PARA DARLA A LA FARC, LA ORDEN SE LA DIO PACHO MUSSO, QUE SOLO PARTICIPÓ ÉL. QUE USÓ UNA PISTOLA 9 MM, ASEVERÓ USTED QUE IBA PASANDO Y LO VIO, QUE YA SE LE HABÍA HECHO SEGUIMIENTO PERO NO SE HABÍA ENCONTRADO, QUE USTED LE AVISÓ A PACHO Y ÉL LE DIO UNA PISTOLA BROWIN, QUE USTED SE LE ACERCÓ Y LO SALUDÓ Y LE DIO 4 O 5 DISPAROS, QUE ESO FUE EN LA 11, CERCA A UNA BOMBA GASOLINERA.

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 137. HOMICIDIO EN PERSONA PROTEGIDA | 1 | GUILLERMO JOSE ALVIS REYES | 24/08/1996 | CALLE 6 CARRERA 13. BARRIO 20 DE JULIO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• OMAR MARTIN OCHOA BALLESTEROS (Participe).<br>• CRISTIAN JHOVANY OCHOA PINZON (a) "Cachete". (Participe).<br>• CARMEN RINCON (a) "El Mello". (Participe)<br>• (a) "Marciano". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- LO SEÑALAN DE LADRON) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | - COPIAS DEL PROCESO RADICADO BAJO EL NUMERO **1192**, ASIGNADO A LA FISCALÍA TREINTA Y TRES DE SANTA MARTA,<br><br>PROTOCOLO DE NECROPSIA NO. **259**<br><br>REGISTRO FOTOGRÁFICO |

| | | | | | | | | | | | DEL LUGAR DEL HECHO<br><br>FOTOCOPIA DEL PROTOCOLO DE NECROPSIA DE LA VÍCTIMA,<br><br>REPORTE DE PRENSA DEL INFORMADOR, |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DÍA 24 DE AGOSTO DE 1996,  EL SEÑOR GUILLERMO ALBIS REYES, SALIÓ DE SU CASA PARA DONDE UN AMIGO CUANDO LLEGARON DOS SEÑORES EN UN TAXI RENAULT DE COLOR AMARRILLO DE MATRICULA RCJ-070 Y COMENZARON A DISPARARLE OCASIONÁNDOLE SU MUERTE. EL HECHO SE PRODUJO EN EL  BARRIO 20 DE JULIO, CALLE 6 CON CARRERA 11 DE  SANTA MARTA.  OMAR OCHOA DEL HECGHO MANIFESTO>: OCURRIDO EN EL AÑO 1996, DÍA 24 DEL MES 07, SECTOR 20 DE JULIO, HUBO DOS VICTIMAS  CARLOS JHONY GAMERO Y ELVIS, DICE EL POSTULADO QUE UN DÍA IBA PARA EL MERCADO AL LUGAR DONDE SIEMPRE SE REUNÍAN Y SE ENCONTRÓ CON CARLOS JHONNY, Y LE PIDIÓ EL FAVOR QUE LO LLEVARA, LLEGARON A LA 11 CON 11, Y SE ENCONTRARON CON RUBÉN GIRALDO Y ESTE LOS INVITO A BUSCAR A UN SOBRINO DEL TAL  GUILLERMO ALBIS REYES QUE LE HABÍAN HURTADO UNAS PRENDAS A DOS AMIGOS DE EL,  FUERON SIN LA INTENCIÓN DE ASESINAR A GUILLERMO,  YA QUE EXISTÍA LA ORDEN DE ASESINARLOS PERO NO ERA EL DÍA,  AL IR AL SITIO SE ENCONTRARON CON EL SOBRINO Y EL SEÑOR GUILLERMO, DICE USTED QUE RUBÉN LO CONOCÍA Y QUE CUANDO LO VE SE PUSO ESCAMOSO, LE HIZO EL RECLAMO DEL HURTO, Y CARLOS JHONY  TENIA UN REVOLVER Y AL VER LA COSA TENSIONADA  LE DISPARO  A GUILLERMO ALBIS, LUEGO LE DISPARO EL VERSIONADO, LE QUITARON EL ARMA Y EN LA ESQUINA LES DISPARA EL MUELAS VARIAS VECES Y UNA DE ESAS BALAS HIRIÓ A CARLOS JHONY Y MURIÓ AL INSTANTE,  GUILLERMO ERA UN LADRÓN RECONOCIDO Y YA EXISTÍA LA ORDEN PARA EL Y EL MUELAS. ESE DÍA IBAN A HABLAR CON EL SOBRINO (ALIAS CAREGALLO), PERO EL LE HABÍA COMENTADO  QUE LA ORDEN  LA DIO JAIRO MUSSO,  PARA MATAR AL MUELAS. AL PROYECTÁRSELE LA IMAGEN DEL LUGAR  Y DICE QUE SI ES, Y MANIFIESTA QUE GUILLERMO TENIA UN ARMA 765.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: ART. 66 LEY 100/80NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY599/00).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 138.HOMICIDIO EN PERSONA PROTEGIDA | 2 | OMAR GREGORIO GUZMAN ZARCO. C.C. 85477775. Y ODACIR LEANDRO GUZMAN ZARCO. C.C. 85463656 | 27/04/2002 | CANCHA DE FUTBOL. CALLE 29B No. 28 – 70. BARRIO LAS MALVINAS. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN). (Prticipe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga".<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• WILLINGTON MORA BUENHABER (a) "Willy". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADOS DE EXPENDEDORES DE DROGA Y DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | INFORME OFICIO NO 213 SIJIN DEMAG DEL 30 DE MAYO DE 2002<br><br>ÁLBUM FOTOGRÁFICO INSPECCIÓN DE CADÁVER DE LAS VICTIMAS<br><br>DICTAMEN BALÍSTICA FORENSE NO LBA- 508 RN 2002<br><br>INFORME NUMERO 1487 CRIMINALÍSTICA C.T.I DE |

| | | | | | | | | | | SANTA MARTA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PROTOCOLO DE NECROPSIA NUMERO 183 Y 184 CORRESPONDIENTE A OMAR GREGORIO Y ODACIR GUZMÁN GUERRERO RESPECTIVAMENTE |
| | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE LOS HERMANOS OMAR Y ODACIR GUZMAN ZARCO, SE ENCONTRABAN EN EL BARRIO LAS MALVINAS DE ESTA CIUDAD EN INMEDIACIONES DE LA CALLE 29 B CON CARRERA 28, EN LA PARTE TRASERA DEL CAMPO DE FÚTBOL, LUGAR DONDE UN GRUPO ARMADO INTERCEPTÓ A LOS HERMANOS Y LOS ASESINARON. RESPECTO DE ESTOS HECHOS, EN LA VERSIÓN COLECTIVA DEL DÍA CINCO DE JUNIO DE 2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, ACEPTÓ SU RESPONSABILIDAD EN EL DOBLE CRIMEN SEÑALANDO QUE LAS VÍCTIMAS ERAN EXPENDEDORES DE DROGA Y PERTENECIENTES A LA DELINCUENCIA COMÚN, MOTIVO POR EL QUE FUERON ASESINADOS Y QUE EL HECHO FUE MATERIALIZADO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE WILLY, LICHO Y PULGA, ESTE ÚLTIMO FUE QUIEN EFECTUÓ LAS LABORES DE INTELIGENCIA Y SEÑALÓ A LAS VÍCTIMAS DE SER DELINCUENTES.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 139.HOMICIDIO EN PERSONA PROTEGIDA | 1 | DIMAEL PULIDO POLO. C.C. 12563227 | 27/05/2002 | CALLE 5 No. 15 – 40. BARRIO LA MAGDALENA. CORREGIMIENTO DE GAIRA.SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (Participe)<br>• JAIME ACOSTA OROZCO (a) "Alvaro". (Participe)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE SER EXPENDEDOR DE DROGA) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 228 DE FECHA 27 MAYO/2002<br><br>INFORME DE POLICÍA JUDICIAL, SIJÍN DEMÁS DE FECHA 27 MAYO/2002<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN DE CADÁVER |

| | | | | | | | | | | | PROTOCOLO DE NECROPSIA NUMERO 232 PAT /02 PRACTICADA AL CADÁVER DE DIMAEL PULIDO POLO. |
| | | | | | | | | | | | DICTAMEN DE BALÍSTICA FORENSE, MEDICINA LEGAL BARRANQUILLA, DE FECHA 9 JUNIO/2002 |
| | | | | | | | | | | | RESOLUCIÓN INHIBITORIA DE FECHA 25 NOVIEMBRE/2002 |
| | | | | | | | | | | | REPORTE DE HECHOS PRESENTADO POR LA VICTIMA INDIRECTA. |

SITUACION FACTICA: EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 27 DE MAYO DE 2.002, APROXIMADAMENTE A LAS OCHO DE LA NOCHE, CUANDO EL SEÑOR DIMAEL PULIDO POLO, SE ENCONTRABA SENTADO EN LA PUERTA DE SU CASA UBICADA EN EL BARRIO LA MAGDALENA DEL CORREGIMIENTO DE GAIRA, SE ACERCARON DOS (2) HOMBRES A BORDO DE UNA MOTOCICLETA YAMAHA DT DE COLOR BLANCO CON AZUL Y EL PARRILLERO AL VERLO DESENFUNDÓ UNA PISTOLA QUE TRAÍA ESCONDIDA EN LA ESPALDA Y PROCEDIÓ A DISPARARLE EN LA

CABEZA EN TRES OPORTUNIDADES POR LO QUE LA VICTIMA CAYO AL SUELO, AGONIZANTE Y EL HOMICIDA REGRESA Y LE DISPARA EN DOS NUEVAS OPORTUNIDADES, ASEGURÁNDOSE QUE EFECTIVAMENTE MURIERA, SEGUIDAMENTE LOS SICARIOS HUYEN DEL LUGAR EN SU MOTOCICLETA HACIA EL SECTOR DE EL RODADERO.  RESPECTO A ESTE CASO EN VERSIÓN COLECTIVA DEL DÍA 7 OCTUBRE/2009 EL POSTULADO JOSÉ GREGORIO ROJAS ACEPTA Y CONFIESA SU PARTICIPACIÓN EN ESTE HOMICIDIO, MANIFESTANDO QUE ALIAS ÁLVARO (JAIME ACOSTA OROZCO) SEÑALÓ QUE LA VÍCTIMA ERA VENDEDOR DE DROGA Y EL DÍA DE LOS HECHOS ÉL (POSTULADO) SE ENCONTRABA EN UN AUTOMÓVIL MAZDA 323 DE COLOR BLANCO EN COMPAÑÍA DE LOS MIEMBROS DE SU AGRUPACIÓN CONOCIDOS CON LOS ALIAS DE ÁLVARO (JAIME ACOSTA), CORONEL (PEDRO LUIS MENDOZA HERNÁNDEZ), Y PASARON POR EL FRENTE DE LA CASA DE LA VÍCTIMA DONDE SE PERCATARON QUE ALLÍ ESTABA Y APARTE EN UNA MOTOCICLETA SE DESPLAZABA ALIAS EL PARCE. DICE JOSÉ GREGORIO ROJAS QUE LE DA LA ORDEN A ÁLVARO DE ASESINAR A DIMAEL Y MIENTRAS TANTO ÉL (POSTULADO) LO ESPERA EN EL AUTOMÓVIL EN COMPAÑÍA DE CORONEL EN LA CARRETERA DE GAIRA HACIA EL RODADERO LUGAR DONDE ESCUCHA LOS DISPAROS, QUE DESPUÉS DE COMETIDO EL ASESINATO, ÁLVARO LO SIGUE EN LA MOTO Y BAJA POR EL ZIRUMA, MIENTRAS QUE ÉL (POSTULADO) CONTINÚA SU RECORRIDO CON CORONEL EN EL AUTOMÓVIL.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


 ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| 140.HOMICIDIO EN PERSONA PROTEGIDA | 1 | EDERLIN ALEXIS CHINCHINÁ CASANOVA (MENOR DE EDAD – 15 AÑOS) | 31/07/2002 | BARRIO LA PAZ. VÍA PÚBLICA. SANTA MARTA | • HERNAN GIRALDO SERNA  • NORBERTO QUIROGA  • NODIER GIRALDO  • ADAN ROJAS MENDOZA | A. Mediato  A. Mediato | CONTROL SOCIAL (LIMPIEZA | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | COPIA DEL EXPEDIENTE QUE CONSTA REGISTRO CIVIL DE NACIMIENTO DEL MENOR |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro". (Participe)<br>• YOVANY JOSE ACOSTA OROZCO. (a) "Víctor". | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | SOCIAL – SEÑALADO DE DELINCUENTE COMUN) | | | SERIAL NO 22789454 NOTARIA SEGUNDA DE SANTA MARTA.<br><br>INSPECCIÓN A CADÁVER NO 304 DEL 31 DE JULIO DE 2002, CIÉNAGA 18 URI SANTA MARTA<br><br>INFORME NO 1869 CTI SANTA MARTA FECHA 01 DE AGOSTO DE 2002<br><br>DICTAMEN BALÍSTICO CTI SANTA MARTA NO 1412 DEL 16 DE AGOSTO DE 2002<br><br>PROTOCOLO DE NECROPSIA NO 317 PAT 02 MEDICINA LEGAL SANTA MARTA<br><br>REGISTRO CIVIL DE |

| | | | | | | | | | | | DEFUNCIÓN SERIAL NO 04525544 DEL 1 DE SEPTIEMBRE DE 2002 |
| | | | | | | | | | | | ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER DE LA VICTIMA |
| | | | | | | | | | | | DICTAMEN LABORATORIO QUÍMICO NO 1529 LQFRN-2002, MEDICINA LEGAL BARRANQUILLA 5 DE AGOSTO DE 2002 |
| | | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACIÓN FACTICA: SE TIENE DOCUMENTADO QUE EL JOVEN EDERLIN CHINCHINÁ CASANOVA, RESIDÍA EN EL BARRIO LA PAZ Y A ESO DE LAS 7 DE LA NOCHE DEL DÍA 31 DE JULIO/2002 SE MOVILIZABA EN UNA BICICLETA POR UNA DE LAS CALLES DEL BARRIO, CUANDO REPENTINAMENTE DOS (2) INDIVIDUOS QUE SE TRANSPORTABAN EN UNA MOTOCICLETA LE DISPARARON EN VARIAS OCASIONES, CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA, DESCONOCIÉNDOSE LA IDENTIDAD DE LOS RESPONSABLES, AGREGA EL REPORTE QUE UN MES ANTES DE LA MUERTE DE EDERLIN FUE ASESINADO OTRO HERMANO SUYO DE NOMBRE JIKLIN ARIAS CHINCHINÁ, DESCONOCIÉNDOSE TAMBIÉN LA IDENTIDAD DE LOS RESPONSABLES. RESPECTO A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA RECONOCE LA AUTORÍA INTELECTUAL DEL CRIMEN, MANIFESTANDO QUE LE IMPARTIÓ LA ORDEN A DOS (2) MIEMBROS DE SU AGRUPACIÓN CONOCIDOS CON LOS ALIAS DE ÁLVARO (JAIME ACOSTA OROZCO) Y VÍCTOR (GEOVANI ACOSTA OROZCO), SEÑALANDO A LA VICTIMA DE SER MIEMBRO DE LA DELINCUENCIA COMÚN EN EL BARRIO; ASÍ MISMO SEÑALA QUE UN MES ANTES SE HABÍA ASESINADO A OTRO HERMANO DE EDERLIN CONOCIDO CON EL NOMBRE DE JIKLIN ARIAS CHINCHINÁ. A SU VEZ EL POSTULADO ADÁN ROJAS MENDOZA RECONOCE EL HECHO POR LÍNEA DE MANDO HABIDA CUENTA QUE EL HECHO FUE COMETIDO POR MIEMBROS DE SU ORGANIZACIÓN DEL CUAL ERA SU COMANDANTE MILITAR.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

 ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 141. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ORLANDO SANCHEZ CORRALES. C.C. 9285956 | 27/01/2003 | CALLE 11 CARRERA 11. MERCADO PÚBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• OMAR PEREZ OVALLOS (a) "Leche". (Participe)<br>• (a) "Aníbal". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (AL PARECER LIMPIEZA SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ÁLBUM FOTOGRÁFICO DEL LA INSPECCIÓN DE CADÁVER<br><br>PLANO TOPOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>PROTOCOLO |

| | | | | | | | | | | DE NECROPSIA NUMERO 032PAT-2003,<br><br>RECORTE DE PRENSA DONDE SE REGISTRÓ LA NOTICIA DEL HECHO.<br><br>REGISTRO CIVIL DE DEFUNCIÓN # 04529154 CORRESPONDIENTE A ORLANDO SANCHEZ CORRALES. |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 27 DE ENERO DEL 2003, EN HORAS DE LA MAÑANA CUANDO EL SEÑOR ORLANDO SANCHEZ CORRALES, TRANSITABA POR LA CARRERA 11 CON CALLE 11, SECTOR DEL MERCADO PÚBLICO DE LA CIUDAD DE SANTA MARTA, FUE INTERCEPTADO POR DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, UNO DE LOS CUALES SE BAJO DEL VEHÍCULO Y LE PROPINÓ DOS DISPAROS CON ARMA DE FUEGO EN LA CABEZA, CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA, AGOTADO EL CRIMEN LOS AGRESORES SE DIERON A LA HUIDA Y HASTA ESE MOMENTO SE DESCONOCÍA EL MÓVIL Y LA IDENTIDAD DE SUS AUTORES. EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO DEL 2009, EL POSTULADO JOSE GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN ESTE HECHO, SEÑALANDO QUE ALIAS LECHE (OMAR PÉREZ OVALLOS) ASESINO A LA VICTIMA EN EL MERCADO PUBLICO, DE INFORMACIÓN QUE SUMINISTRARA ALIAS "ANÍBAL" (SIN IDENTIFICACIÓN AUN), QUIEN HACIA PARTE COMO FINANCIERO DE LA ORGANIZACIÓN EN ESE SECTOR. ASI MISMO EL SEÑOR ROJAS MENDOZA MANIFIESTA QUE ALIAS LECHE EN EL HOMICIDIO UTILIZO UN REVOLVER CALIBRE 38L. A SU TURNO EL POSTULADO ADAN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO HABIDA CUENTA QUE EL CRIMEN FUE PERPETRADO POR MIEMBROS DE SU ORGANIZACIÓN Y BAJO SU MANDO

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL

HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 142. HOMICIDIO EN PERSONA PROTEGIDA . | 1 | LUIS JAVIER RIVADENEIRA PAVAJEAU. (MENOR DE EDAD TENÍA 17 AÑOS). | 31/01/2003 | BARRIO NACHO VIVES. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• ALEXANDER BARRAGAN DIAZ (a) "El Niño". (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADODE DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | FOTOCOPIA D LA TARJETA DE IDENTIDAD DE LA VÍCTIMA<br><br>ACTA DE INSPECCIÓN DE CADÁVER<br><br>INFORME DE POLICÍA JUDICIAL CTI<br><br>PROTOCOLO DE NECROPSIA<br><br>CONFESIÓN POR LOS POSTULADOS<br><br><br>REPORTE DE HECHOS POR |

| | | | | | | | | | | | LAS VÍCTIMAS INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITACION FACTICA:  SE TIENE DOCUMENTADO QUE EL DÍA 31 DE ENERO DE 2.003, SEGÚN NARRAN LOS FAMILIARES DEL SEÑOR LUIS JAVIER RIVADENEIRA, QUE A ESO DE LAS 07:30 DE LA NOCHE LUEGO DE CULMINAR SU ACTIVIDAD LABORAL QUE EJERCÍA COMO AYUDANTE DE BUSETA,  LUIS JAVIER,  SE DIRIGÍA A SU CASA, EN EL BARRIO NACHO VIVES DE LA CIUDAD DE SANTA MARTA, PERO PARA LLEGARA ELLA  SE METIÓ POR UN CALLEJÓN OSCURO Y ALLÍ FUE INTERCEPTADO POR DOS SUJETOS ARMADOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA,  QUIENES LE PROPINARON VARIOS DISPAROS CON  ARMA DE FUEGO,  QUEDANDO HERIDA EN EL SITIO POR LO CUAL FUE LLEVADO AL HOSPITAL CENTRAL, DONDE PERMANECIÓ RECLUIDO  HASTA EL DÍA 03 DE FEBRERO DE 2.003, QUE  FALLECIÓ PRODUCTO DE LAS HERIDAS RECIBIDAS.  EN VERSIÓN COLECTIVA DEL DÍA 05 DE JUNIO, EL POSTULADO JOSÉ GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD EN EL HECHO, MANIFESTANDO HABER DADO LA ORDEN A SUS HOMBRES PARA MATARLO, SEÑALANDO QUE LA VICTIMA PERTENECÍA A LA DELINCUENCIA COMÚN Y LA ACCIÓN ES EJECUTADA POR ALIAS EL NIÑO (ALEXANDER BARRAGÁN DÍAZ) Y POR ALIAS PULGA (OTALVARO DURANGO), DESCONOCIENDO LAS CIRCUNSTANCIAS EN QUE FUE ASESINADO, SOLO SE ENTERÓ QUE LA VÍCTIMA DURÓ VARIOS DÍAS HERIDA PERO DESPUÉS FALLECIÓ. A SU VEZ EL POSTULADO ADÁN ROJAS MENDOZA RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE FUE COMETIDO POR HOMBRES BAJO SU DIRECCIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| 143. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JEISSER MANCILLA ESCALONA. C.C. | 24 DE MARZO DE | BARRIO CHIMILA. SANTA MARTA | • HERNAN GIRALDO SERNA | A. Mediato | | | SICARIATO EN | CONTROL | ACTA DE INSPECCIÓN DE CADÁVER |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | 84457068 | 2.003 | | • NORBERTO QUIROGA | A. Mediato | SOCIAL (LIMPIEZA SOCIAL-SEÑALADO DE SER DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | NRO. 100 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • NODIER GIRALDO | A. Mediato | | | | ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER |
| | | | | | • JOSE DEL C. GELVES | | | | | |
| | | | | | • ADAN ROJAS MENDOZA | A. Mediato | | | | |
| | | | | | • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe) | A. Mediato | | | | REGISTRO CIVIL DE DEFUNCIÓN NUMERO 04529739. |
| | | | | | • JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". (Participe) | Coautor | | | | PROTOCOLO DE NECROPSIA DE LA VICTIMA |
| | | | | | • YOVANY JOSE ACOSTA OROZCO. (a) "Víctor". | Coautor | | | | PLANO TOPOGRÁFICO DE LA INSPECCIÓN DE CADÁVER |
| | | | | | | Coautor | | | | RECORTE DE PRENSA DONDE SE REGISTRO LA NOTICIA DEL HECHO. |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 24 DE MARZO DE 2.003, APROXIMADAMENTE A LAS 4 DE LA TARDE, FUE ASESINADO EL JOVEN JEISER MANTILLA ESCALONA, EN EL SECTOR DEL BARRIO CHIMILA, CUANDO DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA DE COLOR ROJO LE DISPARARON POR LA ESPALDA EN TRES OPORTUNIDADES CAUSÁNDOLE LA MUERTE EN FORMA INMEDIATA DESCONOCIÉNDOSE EN ESE MOMENTO LOS MÓVILES Y LA IDENTIDAD DE LOS AUTORES DEL CRIMEN. DE ESTE HECHO EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009 EL POSTULADO JOSE GREGORIO ROJAS ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL HECHO MANIFESTANDO QUE EL CRIMEN FUE

PERPETRADO POR DOS HOMBRES DE SU ORGANIZACIÓN CONOCIDOS COMO VÍCTOR (YOVANI ACOSTA OROZCO) Y ÁLVARO (JAIME ACOSTA OROZCO), DE INFORMACIÓN SUMINISTRADA POR EL MISMO ALIAS ÁLVARO QUIEN MANEJABA Y CUBRÍA EL SECTOR DONDE OCURRIÓ EL CASO. AÑADE EL POSTULADO JOSE GREGORIO ROJAS QUE SEGÚN LA INFORMACIÓN SUMINISTRADA U OBTENIDA POR EL COMERCIO A TRAVÉS DEL GRUPO DE FINANZAS DE LA ORGANIZACIÓN SEÑALABAN QUE LA VICTIMA ERA DELINCUENTE COMÚN Y POR TAL MOTIVO FUE ASESINADO. EN IGUAL SENTIDO Y EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADAN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE LOS HOMBRES QUE COMETIERON EL HECHO ERAN MIEMBROS DE SU ORGANIZACIÓN. <

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.   5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 144. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | HORACIO FIDEL TORRES GUTIÉRREZ, JUAN BAUTISTA CERVANTES IBÁÑEZ. C.C. 4977600 | 29/03/2003 | FINCA MONTERREY. BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C. GELVES<br>• ADAN ROJAS MENDOZA | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADOS DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 114 DE FECHA 29 MARZO/2003, |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• MIGUEL VASQUEZ GARCÍA (a) "El Fantasma". (Participe).<br>• HERNAN GONZALEZ CORCHO (a) "Yan Carlos". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | | | | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 115,<br><br>DECLARACIÓN JURADA DE CARLOS JOSÉ GARCÍA PAVA, VECINO DEL SECTOR<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>PROTOCOLO DE NECROPSIA DE HORACIO TORRES GUTIÉRREZ<br><br>PROTOCOLO DE NECROPSIA DE JUAN CERVANTES IBÁÑEZ<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE |

| | | | | | | | | | | CADÁVER DE JUAN CERVANTES IBÁÑEZ |
| | | | | | | | | | | RESOLUCIÓN INHIBITORIA DE FECHA 29 SEPTIEMBRE/2003 |
| | | | | | | | | | | REPORTE DE HECHOS POR LA VICTIMA INDIRECTA |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 29 DE MARZO/2003, APROXIMADAMENTE A  LAS 7:30 A.M., EL SEÑOR JUAN BAUTISTA CERVANTES,  SE  ENCONTRABA CAMBIANDO UN TUBO PARA QUE EL AGUA LLEGARA A LA CASA Y MIENTRAS HACÍA ESO, ESTABA CONVERSANDO CON EL SEÑOR HORACIO FIDEL TORRES GUTIERREZ,  A QUIEN APODABAN EL ZORRO, CUANDO DE REPENTE AL LUGAR LLEGARON DOS PERSONAS QUE SE MOVILIZABAN A PIE Y LE PREGUNTARON A HORACIO TORRES,  QUE DONDE SE ENCONTRABA SU AMIGO Y ÉSTE LES SEÑALÓ A JUAN, ES ENTONCES CUANDO LOS AGRESORES LE PROPINAN VARIOS DISPAROS CON ARMA DE FUEGO  A HORACIO TORRES  Y AL SEÑOR  JUAN BAUTISTA CERVANTES, CANSÁNDOLES LA MUERTE DE MANERA  INMEDIATA .  RESPECTO A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 5 OCTUBRE/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL DOBLE HOMICIDIO MANIFESTANDO QUE LAS VÍCTIMAS FUERON SEÑALADAS POR EL SEÑOR MARTÍN GÓMEZ QUIEN ERA CONOCIDO DE ALIAS PULGA (OTÁLVARO DURANGO GÓMEZ) Y LOS SEÑALÓ DE PERTENECER A LA DELINCUENCIA COMÚN Y CON BASE EN ESTA INFORMACIÓN SE DISPUSO ASESINAR A ESTAS PERSONAS, SIENDO MATERIALIZADO EL CRIMEN POR ALIAS FANTASMA (MIGUEL VÁSQUEZ GARCÍA) Y YAN CARLOS (HERNÁN GONZÁLEZ CORCHO).

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

3. **QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN** REFERIDA A LA RAZA, LA ETNIA, **LA IDEOLOGÍA**, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.

5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, **O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE**

| 145. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | MARTÍN ANTONIO GÓMEZ GRANADOS. NEIDER JOSE MENDOZA OÑATE. | 30/0320 03 | SECTOR EL BORO. BARRIO SAN MARTIN. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C. GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br>• MARIO LUIS NIÑO OETERO(a) "Laura". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADOS DE SER EXPENDEDOR ES DE VICIO)) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NO. 119<br><br>ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN<br><br>REGISTRO CIVIL DE DEFUNCIÓN<br><br>PROTOCOLO DE NECROPSIA<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILI DAD PENAL DE |

| | | | | | | | | | LOS POSTULADOS EN VERSIÓN LIBRE . REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 31 DE MARZO DE 2.003, LOS SEÑORES JORGE LUIS ARIAS CHICHILLA Y NEIDER JOSE OÑATE MENDOZA, FUERON INTERCEPTADOS CUANDO TRANSITABAN POR EL BARRIO SAN MARTIN DE LA CIUDAD DE SANTA MARTA, MÁS EXACTAMENTE EN EL SECTOR CONOCIDO COMO EL BORO, POR VARIOS SUJETOS QUE SE MOVILIZABAN EN VEHÍCULO AUTOMOTOR, QUIENES LE PROPINARON VARIOS DISPAROS CON ARMAS DE FUEGO QUE LES QUITÓ LA VIDA DE MANERA INMEDIATA, DESCONOCIÉNDOSE EN ESE ENTONCES LOS MÓVILES Y AUTORES DEL DOBLE CRIMEN RESPECTO A ESTE HECHO EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009 EL POSTULADO JOSE GREGORIO ROJAS ACEPTA Y RECONOCE SU RESPONSABILIDAD EN ESTE DOBLE CRIMEN SEÑALANDO QUE EL HECHO FUE PERPETRADO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE CUCARACHO (ALEXANDER VARGAS MEDRANO) Y (SIN IDENTIFICACIÓN AUN), MIEMBROS DE SU AGRUPACIÓN, ARGUMENTANDO QUE LAS VICTIMAS ERAN EXPENDEDORES DE VICIO MOTIVO POR EL QUE DIO LA ORDEN DE QUE FUESEN ASESINADOS; AGREGA ADEMÁS QUE ALIAS PULGA (OTALVARO DURANGO)ES EL QUE OBTIENE LA INFORMACIÓN DE QUE LAS VICTIMAS ERAN VICIOSAS Y POR POLÍTICA DE LA ORGANIZACIÓN, DE ORDEN EXPRESA POR ALIAS JORGE 40 COMANDANTE DEL BLOQUE, QUE ASESINARAN A LOS EXPENDEDORES DE VICIO; MANIFIESTA ADEMÁS EN CUANTO A LOS DETALLES DEL DOBLE HOMICIDIO, QUE ALLÍ SE EMPLEARON UNA PISTOLA CALIBRE 9 MILÍMETROS Y UN REVOLVER CALIBRE 38. FINALMENTE EN LA MISMA VERSIÓN EL POSTULADO ADAN ROJAS MENDOZA, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES BAJO SU MANDO.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1688

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 146. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JORGE LUIS ARIAS CHINCHILLA. C.C. 77094825 Y NEIDER JOSE MENDOZA OÑATE | 31/03/2003 | SECTOR EL BORO. BARRIO SAN MARTIN. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C. GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br>• MARIO LUIS NIÑO OETERO<br>• (a) "Laura". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADOS DE SER EXPENDEDORES DE VICIO)) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN A CADÁVER NUMERO 122 CORRESPONDIENTE A JORGE LUIS ARIAS CHINCHILLA,.<br><br>ACTA DE INSPECCIÓN A CADÁVER NUMERO 123 CORRESPONDIENTE A NEIDER JOSE MENDOZA OÑATE,<br><br>ÁLBUM FOTOGRÁFICO DE SENDAS INSPECCIONES DE CADÁVERES.<br><br>DICTAMEN BALÍSTICA FORENSE, MEDICINA LEGAL |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | BARRANQUILLA DEL 30 DE ABRIL DEL 2003.<br><br>PROTOCOLO DE NECROPSIA NUMERO 129 2.003, DE JORGE LUIS ARIAS CHINCHILLA.<br><br>PROTOCOLO DE NECROPSIA NUMERO 130 2.003, DE NEIDER JOSE OÑATE MENDOZA<br><br>CONFESIÓN DE LOS POSTULADOS EN VERSIÓN LIBRE.<br><br>REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA:

SE ENCUENTRA DOCUMENTADO QUE EL DÍA 31 DE MARZO DE 2.003, LOS SEÑORES JORGE LUIS ARIAS CHICHILLA Y NEIDER JOSE OÑATE MENDOZA, FUERON INTERCEPTADOS  CUANDO TRANSITABAN POR EL BARRIO SAN  MARTIN DE LA CIUDAD DE SANTA MARTA, MÁS EXACTAMENTE EN EL SECTOR CONOCIDO COMO EL BORO, POR VARIOS SUJETOS QUE SE MOVILIZABAN EN

VEHÍCULO AUTOMOTOR, QUIENES  LE PROPINARON VARIOS DISPAROS CON ARMAS DE FUEGO QUE LES QUITÓ LA VIDA DE MANERA INMEDIATA,  DESCONOCIÉNDOSE EN  ESE  ENTONCES LOS MÓVILES Y AUTORES DEL DOBLE CRIMEN. RESPECTO A ESTE HECHO EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009 EL POSTULADO JOSE GREGORIO ROJAS ACEPTA Y RECONOCE SU RESPONSABILIDAD EN ESTE DOBLE CRIMEN SEÑALANDO QUE EL HECHO FUE PERPETRADO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE CUCARACHO (ALEXANDER VARGAS MEDRANO) Y (SIN IDENTIFICACIÓN AUN), MIEMBROS DE SU AGRUPACIÓN, ARGUMENTANDO QUE LAS VICTIMAS ERAN EXPENDEDORES DE VICIO MOTIVO POR EL QUE DIO LA ORDEN DE QUE FUESEN ASESINADOS; AGREGA ADEMÁS QUE ALIAS PULGA (OTALVARO DURANGO)ES EL QUE OBTIENE LA INFORMACIÓN DE QUE LAS VICTIMAS ERAN VICIOSAS Y POR POLÍTICA DE LA ORGANIZACIÓN, DE ORDEN EXPRESA POR ALIAS JORGE 40 COMANDANTE DEL BLOQUE, QUE ASESINARAN A LOS EXPENDEDORES DE VICIO; MANIFIESTA ADEMÁS EN CUANTO A LOS DETALLES DEL DOBLE HOMICIDIO, QUE ALLÍ SE EMPLEARON UNA PISTOLA CALIBRE 9 MILÍMETROS Y UN REVOLVER CALIBRE 38. FINALMENTE EN LA MISMA VERSIÓN EL POSTULADO ADAN ROJAS MENDOZA, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES BAJO SU MANDO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 147. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CRISTIAN ALFONSO GARCIA CALDERON. C.C. 7600786 | 13/04/2003 | FRENTE A LA CASA UBICADA EN LA CALLE 39 No. 68 – 135. BARRIO EL YUCAL. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C. GEVES<br>• ADAN ROJAS MENDOZA | A. Mediato<br><br>A. Mediato<br><br>A. Mediato | | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN A CADÁVER NUMERO 139<br><br>INFORME 1370 DEL CTI DE FECHA 25 DE |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe). <br><br> • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) <br><br> • ENRIQUE YOVANY AGAMEZ FELICIANO (a) "Chispas". (Participe) | A. Mediato <br><br> A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL PARECER NO TENGO INFORMACIÓN )- | | | ABRIL DEL 2003. <br><br> PROTOCOLO DE NECROPSIA DEL FALLECIDO <br><br> ÁLBUM FOTOGRÁFICO DEL LA INSPECCIÓN DE CADÁVER <br><br> REGISTRO CIVIL DE DEFUNCIÓN <br><br> CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILI DAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA:  SE ENCUENTRA DOCUMENTADO QUE EL DÍA  13 DE ABRIL DEL 2003, EL SEÑOR CRISTIAN GARCÍA, FUE INTERCEPTADO EN EL BARRIO EL YUCAL EN LA CALLE 39 FRENTE A LA CASA DEMARCADA  CON EL NÚMERO 68-135, POR VARIOS SUJETOS QUE LE PROPINARON MÚLTIPLES HERIDAS QUE LE QUITARON LA VIDA DE MANERA INMEDIATA.EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009, EL POSTULADO  JOSE GREGORIO ROJAS ACEPTA Y CONFIESA QUE EL PERSONALMENTE DIO LA ORDEN DE ASESINAR A ESTA PERSONA, ORDEN QUE FUE EJECUTADA DIRECTAMENTE POR ALIAS CHISPAS UTILIZANDO UNA PISTOLA CALIBRE 9 MM. Y COMETIENDO EL HECHO EN EL SECTOR DEL YUCAL. A SU VEZ SEÑALA QUE ALIAS PULGA (OTALVARO DURANGO) FUE QUIEN SUMINISTRO LA INFORMACIÓN PARA LA UBICACIÓN DE LA VICTIMA; AFIRMA QUE EL HOY FALLECIDO FUE ABALEADO EN EL SITIO ANTES MENCIONADO PERO QUE DESCONOCE LOS DETALLES DE CÓMO SUCEDIERON LOS HECHOS.  FINALMENTE EN LA MISMA VERSIÓN EL POSTULADO ADÁN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES BAJO SU MANDO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E

INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 148.. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALEXANDER EMILIO BERMÚDEZ IGUARÁN. C.C. 7602587 | 26/04/2003 | MANZANA 25 CASA 29. BARRIO EL PARQUE. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA <br> • NODIER GIRALDO <br> • JOSE DEL C. GELVES <br> • ADAN ROJAS MENDOZA <br> • JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe). <br> • ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe) <br> • URIEL ORTIZ (a) "Carriel". (Participe) | A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL-SEÑALADO DE SER EXPENDEDOR DE VICIO) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 156 <br><br> ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER <br><br> PROTOCOLO DE NECROPSIA <br><br> REGISTRO CIVIL DE DEFUNCIÓN DE ALEXANDER BERMÚDEZ IGUARÁN CONFESIÓN DE LA COMISIÓN DEL HECHO Y |

| | | | | | | | | | | ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 26 DE ABRIL DE 2.003, DESDE TEMPRANAS HORAS EL SEÑOR AEXANDER BERMUDEZ, SE ENCONTRABA DEPARTIENDO CON UNAS AMIGAS EN UNA FIESTA QUE SE CELEBRABA EN UNA CASA VECINA EN DONDE RESIDÍA, Y EN HORAS DE LA NOCHE LLEGARON AL LUGAR VARIOS INDIVIDUOS EN UNA MOTOCICLETA QUIENES LO LLAMARON Y LUEGO DE CRUZAR UNAS PALABRAS CON SUS AGRESORES, PROCEDIERON A PROPINARLE VARIOS DISPAROS CON ARMA DE FUEGO A LA ALTURA DEL CRÁNEO Y EN LA REGIÓN ESCAPULAR. RESPECTO A ESTE CASO EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009 EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA ACEPTA Y CONFIESA SU PARTICIPACIÓN EN ESTE HECHO, ARGUMENTANDO QUE LA VICTIMA ERA UN EXPENDEDOR DE VICIO Y AFIRMA QUE EL HOMICIDIO FUE COMETIDO POR LOS INDIVIDUOS CONOCIDO CON LOS ALIAS DE CUCARACHO (ALEXANDER VARGAS MEDRANO) Y CARRIEL (URIEL ORTIZ), MIEMBROS DE SU AGRUPACIÓN, QUE EN LA ACCIÓN TAMBIÉN PARTICIPÓ UN AMIGO DE CUCARACHO CONOCIDO COMO SAÚL GÓMEZ, QUIEN LO LLEVÓ HASTA EL SITIO DONDE FUE ASESINADO LA VÍCTIMA Y DESPUÉS LO SACÓ EN UN TAXI. AGREGA EL POSTULADO QUE EN EL HECHO SE UTILIZÓ UNA PISTOLA CALIBRE 9 MM Y AL FALLECIDO SE LE HURTÓ UN ARMA CALIBRE 38 LA CUAL FUE REPORTADA AL DÍA SIGUIENTE POR CUCARACHO ANTE SUS SUPERIORES. A SU VEZ EL POSTULADO ADAN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO, EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 149. HOMICIDIO Y TENTATIVA DE HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | EDUARDO IVAN AZAR MANTILLA (MUERTO). C.C. 84457052. Y FRANCISCO JAVIER DAZA ALMANZA (HERIDO) | 5/06/2003 | CALLE 29 No. 29 – 58. AVENIDA DEL RIO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br>• HERNAN GONZALEZ CORCHO (a) "Yan Carlos". (Participe) | A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>Coautor<br>Coautor<br>Coautor<br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL-SEÑALADOS DE DELINCUENCI A COMUN Y VENDEDORES DE GASOLINA DE CONTRABAND O) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NO 206 CORRESPONDI ENTE A IVAN AZAR MANTILLA.<br><br>INFORME DE POLICÍA JUDICIAL CTI NO. 1958 DE FECHA 06 DE JUNIO DEL 2003<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>CONFESIÓN Y ACEPTACIÓN DE RESPONSABILI DAD HECHO POR LOS POSTULADOS EN VERSIÓN LIBRE<br><br>REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 5 DE JUNIO DE 2.003, EL SEÑOR EDUARDO IVAN AZAR MANTILLA,  SE ENCONTRABA SENTADO DIALOGANDO CON UN AMIGO DE NOMBRE JAVIER DAZA ALMANZA, EN LA AVENIDA DEL RÍO,  VENDIENDO GASOLINA, CUANDO DE REPENTE SE LES ACERCÓ  UN SUJETO QUIEN DE INMEDIATO DESENFUNDÓ UNA PISTOLA Y COMENZÓ A DISPARAR EN CONTRA DE LA HUMANIDAD DE EDUARDO IVÁN Y EL AMIGO DE ESTE SALIÓ CORRIENDO A ESCONDERSE RESULTADO HERIDO A LA ALTURA DE LA CADERA, SIENDO

AUXILIADO DESPUÉS POR OTRAS PERSONAS Y LLEVADO AL HOSPITAL CENTRAL, DONDE LOGRÓ RECUPERASE DE LAS HERIDAS,  DESCONOCIENDO LA IDENTIDAD DEL AGRESOR. DE ESTE CASO EN VERSIÓN COLECTIVA DEL  DÍA 06 DE OCTUBRE DEL 2009, EL POSTULADO JOSE GREGORIO ROJAS, ACEPTA SU RESPONSABILIDAD EN EL HOMICIDIO, SEÑALANDO QUE ALIAS YAN CARLOS (HERNAN GONZALEZ CORCHO) EN COMPAÑÍA DE ALIAS PULGA (OTALVARO DURANGO) FUERON LOS QUE COMETIERON ESTE HOMICIDIO, ESTE ÚLTIMO (PULGA) SEÑALÓ A LA VÍCTIMA DE SER DELINCUENTE COMÚN, ADEMÁS DE SER VENDEDOR DE GASOLINA DE CONTRABANDO. AFIRMA DESCONOCER LAS CIRCUNSTANCIAS QUE RODEARON LOS HECHOS. A SU TURNO EL POSTULADO ADÁN ROJAS MENDOZA RECONOCE EL HOMICIDIO POR LÍNEA DE MANDO, TENIENDO EN CUENTA QUE QUIENES EJECUTARON LA ACCIÓN FUERON HOMBRES PERTENECIENTES A SU AGRUPACIÓN ARMADA ILEGAL, Y TANTO ÉL COMO SU HERMANO JOSÉ GREGORIO ACEPTAN Y RECONOCEN SUS RESPONSABILIDADES EN LAS LESIONES CAUSADAS AL SEÑOR MANUEL RADA, HERIDO EN LA MISMA ACCIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

ESTE HECHO SE LE IMPUTA EN CONCURSO CON EL DE   PORTE DE ARMA DE FUEGO Y MUNICIONES (LEY 599 DE 2000). TITULO XII, DELITOS CONTRA LA SEGURIDAD PUBLICA, CAPITULO SEGUNDO,

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO FRANCISCO  JAVIER DAZA ALMANZA EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

| 150. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ÁLVARO JOSE ALBERICCI MANOTAS. C.C. 12551813 | 22/05/2002 | PARQUE BARRIO CUNDI. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• JHON JAIRO CORONADO GUERRERO (a) "El Saya". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe). | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL-SEÑALADO DE SER DELINCUENTE COMUN Y EXPENDEDOR DE VICIO) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 218 DE FECHA 22 MAYO/2002, PRACTICADO POR LA FISCALÍA 8 ADSCRITA A LA URI<br><br>INFORME DE POLICÍA JUDICIAL DE FECHA 22 MAYO/2002, CTI SANTA MARTA<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN<br><br>PROTOCOLO DE NECROPSIA 222 PAT/02<br><br>REPORTE DEL HECHO PRESENTADO POR LA VICTIMA INDIRECTA.<br><br>CONFESIÓN DE |

| | | | | | | | | | | | LA COMISIÓN DEL HECHO |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DIA 22 DE MAYO DE 2002, APROXIMADAMENTE A LAS SIETE DE LA NOCHE ALVARO JOSE ALBERICCI MANOTAS SE

ENCONTRABA CONVERSANDO CON UNOS AMIGOS EN EL PARQUE DEL BARRIO CUNDI Y ALLI APARECIERON DOS SUJETOS QUE LO LLAMARON Y CUANDO EL ATENDIO EL LLAMADO ENSEGUIDA PROCEDIERON A DISPARARLE. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO OCURRIDO EN EL BARRIO CUNDÍ DE SANTA MARTA, FUE MUERTO UN SEÑOR LLAMADO ÁLVARO ALBERECCI MANOTAS, LOS MOTIVOS FUE POR DELINCUENCIA COMÚN Y EXPENDEDOR DE VICIO, QUE UTILIZO UNA PISTOLA 9 MM EN ESE HECHO PARTICIPO ALIAS SAYA, JHON CORONADO, GUERRERO Y USTED, QUE LLEGARON AL SITIO EL SEÑOR LLAMADO OTALVARO, SE LOS MOSTRÓ Y LES DIJO QUE ERA EL QUE ESTABA SENTADO EN UNA BANCA EN EL BARRIO EL CUNDÍ Y USTED LE DISPARO, QUE NO SABE COMO ALIAS PULGA OBTUVO LA INFORMACIÓN, QUE SALIERON NORMAL EN UN TAXI QUE LOS LLEVO HASTA LA 19 CON LA AVENIDA EL LIBERTADOR Y DE ALLÍ SE FUERON EN UNA BUSETA, QUE NO RECUERDA LA HORA, CUANDO IBAN EN LA BUSETA, LLEGANDO AL BARRIO ONCE DE NOVIEMBRE HABÍA UN RETEN DE LA POLICÍA PERO NO LOS PARARON, IBA ALLÍ JUNTO CON ALIAS SAYA.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 151 | 1 | JAIME ENRIQUE RIVERA GRANADOS. C.C. 7141119 | 1/07/2002 | BILLAR "EL OLIMPICO". CALLE 35 CARRERA 71. BARRIO ONCE DE NOVIEMBRE. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA <br> • NODIER GIRALDO <br> • ADAN ROJAS MENDOZA <br> • JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe). <br> • JHON JAIRO CORONADO GUERRERO (a) "El Saya". (Participe). <br> • (a) "Diablo". (Participe) <br> • (a) "Manuel". (Participe). | A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL AL-SEÑALADO DE SER DELINCUENTE COMÚN) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER <br><br> RESOLUCIÓN DE APERTURA DE INVESTIGACIÓN PREVIA DE FECHA 01 JULIO DE 2002 <br><br> INFORME DE POLICÍA JUDICIAL CTI NUMERO 1449 DEL JULIO 01 DEL 2002 <br><br> PROTOCOLO DE NECROPSIA <br><br> RESOLUCIÓN INHIBITORIA DEL 23 DE ENERO DEL 2003 <br><br> CONFESIÓN DE LA COMISIÓN DEL HECHO DE LOS POSTULADOS EN VERSIÓN LIBRE. <br><br> REPORTE DE HECHOS POR LAS VICTIMAS |

| | | | | | | | | | | | INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTCA:** EL DIA 01 DE JULIO DEL AÑO 2002, A ESO DE LAS 3:30 DE LA TARDE, JAIME ENRIQUE RIVERA GRANADOS, SE ENCONTRABA TOMANDOSE UNAS CERVEZAS EN EL BILLAR OLIMPICO EN EL BARRIO ONCE DE NOVIEMBRE, CUANDO LLEGARON DOS MUCHACHOS Y LE BRINDARON UNA CERVEZA, CUANDO SE LA ESTABA TOMANDO, UNO DE ESOS MUCHACHOS SE LE FUE POR LA ESPALDA Y LE DISPARÓ, CAUSANDOLE LA MUERTE EN FORMA INMEDIATA, YA QUE LE DISPARO EN LA CABEZA TODOS LOS TIROS, LUEGO LOS ASESINOS SE MONTARON EN UNA MOTO GRANDE QUE TENIA PARQUEADA A POCOS METROS Y HUYERON. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL BARRIO 11 DE NOVIEMBRE DE SANTA MARTA, LA MUERTE DE QUIEN EN VIDA RESPONDÍA AL NOMBRE DE JAIME RIVERO GRANADOS, QUE LOS MOTIVOS ERA POR QUE ERA DELINCUENTE COMÚN, LE DISPARO Y LO ACOMPAÑO ALIAS EL SAYA, CON UNA PISTOLA 9MM, QUE ALIAS EL DIABLO LES COLABORO SACÁNDOLOS EN UNA MOTOCICLETA, QUE NO SABE LOS MOTIVOS, QUE LA VÍCTIMA ANDUVO CON NOSOTROS, COLABORÁNDONOS SACANDO LOS MUCHACHOS EN MOTO DONDE SE HACÍAN LOS HOMICIDIOS LA ORDEN LA DIO EL SEÑOR MANUEL.

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 152. HOMICIDIO EN PERSONA PROTEGIDA | | AROLDO ELÍAS PALLARES ZABALA ALIAS PAPILLON | 17/01/2003 | CARRERA 45 CALLE 24. BARRIO PARAISO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESUS ELI BAYONA ROPERO (a) "Licho". | | | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESIÓN DEL POSTULADO<br><br>IFOTOGRAFÍAS DEL LUGAR DE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | (Participe). | | | LOS HECHOS |
| | | | | | • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe). | A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIALAL- SEÑALADO DE SER EXPENDEDOR DE DROGAS) | CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA, COPIA DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA |
| | | | | | • WALFRAN EXAIT TERAN MUTIS (a) "Barbas". (Participe) | A. Mediato | | |
| | | | | | • OSCAR RAFAEL BORNACHERA CALVO (a) "El Negro". (Participe). | A. Mediato | | |
| | | | | | • EDUAR CORTES NIÑO (a) "Dalmata", "Perro". (Participe) | A. Mediato | | |
| | | | | | | Coautor | | |
| | | | | | | Coautor | | |
| | | | | | | Coautor | | |
| | | | | | | Coautor | | |

SITUACION FACTICA: LA VICTIMA ERA COMERCIANTE DE VERDURAS EN EL MERCADO PUBLICO DE LA CIUDAD DE SANTA MARTA, ALLI VENDIA SUS PRODUCTOS EN UNA CARRETILLA AMBUALNTE, TENIA APROXIMADAMENTE TRES O CUATRO AÑOS DE ESTAR VENDIENDO EN ESE SECTOR DE LA CIUDAD, A EL LE DECIAN PAPILLON, NUNCA TUVO PROBLEMAS CON NADIE NI S LE CONOCIA ENEMIGOS. EL DIA 17 DE ENERO DE 2003, APROXIMADAMENTE A LAS 11: 30 AM EL SEÑOR AROLDO SE DIRIGIA A SU CASA, VENIA DEL MERCADO, EL IBA CAMINANDO POR EL SECTOR DEL BARRIO PARAISO CERCA DEL BARIIO EL PANTANO ENTRE LA CARRERA 45 CON CALLE 24, EN ESE LUGAR FUE INTERCEPTADO POR DOS HOMBRES QUE SE MOVILIZABAN EN UNA MOTOCICLETA COLOR BLANCO DE ALTO CILINDRAJE , ELLOS LE DISPARARON EN VARIAS OPORTUNIDADES HASTA DARLE MUERTE, SU CADAVER QUEDO TENDIDO EN EL PAVIMENTO. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL BARRIO PARAÍSO, EN LA CARRERA 43 CON CALLE 24, DETRÁS DEL BARRIO CHIMILA, LA MUERTE DE AROLDO ELÍAS PALLARES ZABALA ALIAS EL PAPILLON, POR SER DELINCUENCIA COMÚN Y EXPENDEDOR DE VICIO, QUE UTILIZO UNA MOTOCICLETA DT, DE COLOR BLANCA Y UN REVOLVER 38 ESCORPIO, PARTICIPARON ALIAS EL PERRO, EDUARD COTES, OSCAR RAFAEL, EL NEGRO Y USTED DISPARO, LO RECOGIÓ ALIAS EL PERRO EN UNA MOTO, LA INTELIGENCIA LA HIZO EL PERRO, EDUARD COTES Y OSCAR QUE VIVÍAN EN ESE BARRIO, A USTED SE LO MOSTRÓ ALIAS EL PERRO, LO ORDENO ALIAS MANE.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES

VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

:

| 153. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JUAN ALBERTO POLO PADILLA.(CONDUCTOR DE CAMIÓN) C.C. 85456621 | 23/09/2003 | FRENTE AL COLEGIO LAURA VICUÑA. MERCADO PUBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C. GELVES<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe)<br>• (a) "Mono Champeta". (Participe)<br>• (a) "Samir". (Participe)<br>• (a) "Gafas". (Participe) | A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>Coautor<br>Coautor<br>Coautor<br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALADO DE ROBAR LAS MERCANCIAS DE LOS CAMIONES | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | INFORMES DE POLICÍA JUDICIAL DE FECHA 31 DE JULIO DE 2009<br><br>FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO |

| | | | | | | | | | | | -CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN , <br><br> -COPIAS DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA, QUE CONTIENE EL ACTA DE LEVANTAMIENTO DE CADÁVER, <br><br> PROTOCOLO DE NECROPSIA DE FECHA 23 DE SEPTIEMBRE DE 2003, |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DIA 23 DE SEPTIEMBRE DE 2003, LA VICTIMA ESTABA EN EL SECTOR DEL MERCADO PUBLICO DE SANTA MARTA CERCA DEL COLEGIO LAURA VICUÑA, DONDE ESPERABA UN TURNO EN UN CAMION DE UN AMIGO PARA EL GANAR ALGO DE DINERO CUANDO NO TENIA UN CARRO FIJO, ENTRE LOS COMPAÑEROS SE AYUDABAN DE ESA FORMA CON LOS TURNOS, HASTA DONDE EL SE ENCONTRABA LLEGARON TRES SUJETOS QUIENES SIN MEDIAR PALABRA LE PROPINARON VARIOS IMPACTOS CON ARMA DE FUEGO QUITANDOLE LA VIDA. EL POSTULADO WILLINTONG MORA BUENHABER MANIFESTO SOBRE EL HECHO: JUAN ALBERTO POLO PADILLA, EL 23 DE COTUBRE DE 2002- EL VERSIONADO DICE CONOCER EL CASO,

EL SEÑOR LO CONOCIO PARA EL AÑO 2002 QUE ESTUVO DETENIDO EN LA CARCEL DE SANTA MARTA, EL TAMBIEN ESTUVO DETENIDO. LLEGARON COMO 8 O 9 PERSONAS CAPTURADAS QUE HABIAN ROBADO A LA DIAN Y CUANDO SALIO DE LA CARCEL LO DEJO PRIVADO DE LA LIBERTAD, DESPUES LLEGO INFORMACION DE UN SEÑOR QUE EL SE PLANTABA ALLI PARA CHEQUEAR LOS CARROS QUE SALIAN CON MERCACIA PARA OTRAS BARRANQUILLA Y OTRAS CIUDADES, PARA ESTAR PENDIENTE Y ROBAR ESTOS. EL HECHO LO COMETIO MONO CHAMPETA, EL EXPLICARA, LO ORDENO SAMIR AL MANDO DE MEDICO, POR MEDIO DE GAFAS, LE PASO LA LABOR DE INTELIGENDIA QUE HACIA SOBRE EL SEÑOR Y EL MEDICO DIO LA ORDEN

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 155. HOMICIDIO EN PERSONA PROTEGIDA | 2 | JONATHAN ENRIQUE CARRASCAL CAÑAS. C.C. 84451346. Y AMEC HOHNY ZUÑIGA ZUÑIGA. CEDULA DE EXTRANJERIA 7141519 | 21/02/2004 | CALLE 28 No. 1C – 102. BARRIO MAMATOCOSANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C. GELVES<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALADOS DE SER JALADORES | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | -INFORMES DE POLICÍA JUDICIAL DE FECHA 6 DE AGOSTO DE 2009<br><br>-FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Participe). • MANUEL MARTINEZ OSIAS (a) "Payaso". (Participe). • (a) "Mono Champeta". (Participe) • (a) "Samir". (Participe) • (a) "Gian Carlos". (Participe) | DE MOTOS | | PRENSA EN LA QUE SE PUBLICO EL HECHO -CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, | | |
| | | | | | | Coautor Coautor Coautor Coautor | | COPIAS DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA PROTOCOLO DE NECROPSIA DE FECHA 21 DE FEBRERO DE 2004 | | |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 20 DE FEBRERO DE 2004, A ESO DE LA NUEVE Y QUINCE DE LA NOCHE EN UNA FIESTA EN EL BARRIO MAMATOCO, QUE LAS VICTIMAS ESTABAN BAILANDO CUANDO SE FORMO UN TIROTEO Y RESULTARON GRAVEMENTE HERIDOS TRASLADÁNDOLOS A UN CENTRO HOSPITALARIO AL QUE LLEGARON SIN VIDA, SE DESCONOCE SI TENÍAN PROBLEMAS O AMENAZAS.

FORMULACION DE CARGOS: ESTAS CONDUCTAS SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON

OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LAS VICTIMAS, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA

.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 156. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JADER ELIECER RUSSEL VIERA | 26/01/2000 | CALLE 44 CARRERA 13. BARRIO MARIA EUGENIA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• CARMEN RINCON<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe)<br>• (a) "Gomela". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coauto | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADO DE HABER ATRACADO A UNA PERSONA DÍAS ANTES) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | -INFORMES DE POLICÍA JUDICIAL DE FECHA 30 DE JULIO DE 2009 SUSCRITO POR FUNCIONARIOS DE POLICÍA JUDICIAL ADSCRITOS A ESTE DESPACHO.<br><br>-FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE PRENSA EN LA QUE SE |

| | | | | | | r | | | | PUBLICO EL HECHO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | -VIDEO CLIP CON LA NARRACIÓN DE LAS VICTIMAS INDIRECTAS SOBRE EL HECHO. |
| | | | | | | | | | | -CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON LA VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA. |
| | | | | | | | | | | -COPIAS DEL PROCESO |

| | | | | | | | | | | | INICIADO EN LA FISCALÍA ORDINARIA, QUE CONTIENE EL ACTA DE LEVANTAMIENTO DE CADÁVER, PROTOCOLO DE NECROPSIA, REGISTRO DE DEFUNCIÓN, DECLARACIONES JURADAS, INFORME POLICIVO, AUTOS DE IMPULSO Y RESOLUCIÓN Y/O DECISIÓN TOMADA EN LA INVESTIGACIÓN POR EL FUNCIONARIO DEL CONOCIMIENTO |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: JADER ELIECER SE ENCONTRABA VIENDO JUGAR CARTAS A UNOS MUCHACHOS DEL BARRIO, EN LA TERRAZA DE UNA CASA VECINA ADONDE VIVIA, CUANDO SE PRESENTARON DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTO, LOS CUALES PROCEDIERON A DISPARARLE , PROPINANDOLE COMO CUATRO IMPACTOS; QUEDANDO GRAVEMENTE HERIDO, POR LO QUE LO TRASLADARON AL HOSPITAL, DONDE DESPUES DE 15 MINUTOS FALLECIO. EL POSTULADO WILLINTONG MORA BUENHABER MANIFIESTA SOBRE EL HECHO: SE REFIRIO HOMICIDIO DE UN MUCHACHO EN EL BARRIO PASTRANA QUE SE ENCONTRABA VIENDO JUGAR CARTAS .  HECHO PARTE ALTA DEL BARRIO MARIA EUGENIA EN EL CUAL PARTICIPARON USTED Y LA GOMELA SE MUESTRA FOTOGRAFIA DE LA VICTIMA JADER RUSSEL VIEIRA, NO RECUERDO LA CARA NO LO CONOCI ESE DIA ME LO MOSTRARON. ESE MUCHACHO LO MOSTRO UN COMERCIANTE QUE REGABA MERCANCIA A CREDITO DIJO QUE ESE MUCHACHO LO HABIA ATRACADO CON OTRO MUCHACHO, LE DIJO A QUEMAO QUE ERA AMIGO DE EL Y QUEMAO  LA ORDEN A LA GOMELA Y LA GOMELA ME CONVIDO NOS MOVILIZAMOS EN TAXI PARTICULAR AL HECHO LLEGAMOS A PIE, SE MUESTRAS FOTOGRAFIA DEL LUGAR DEL HECHO. EL SITIO CONCUERDA LA HORA, QUE JUGABA CARTA  QUEDARIA VICTIMA IDENTIFICADA COMO JADER RUSSEL VIEIRA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 157.HOMICIDIO EN PERSONA PROTEGIDA - SECUESTRO | 1 | YINI DE LOS ANGELES RESTREPO VEGA. C.C. 32892559 | 21/05/2005 | VEREDA DE COREA. CORREGIMIENTO DE SIBERIA. MUNICIPIO DE CIENAGA. DEPARTAMENTO DEL MAGDALENA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO<br>• JOSE DEL C GELVES<br>• CARLOS EDWIN MONTEJO VITOLA (a) "90", "Turco"<br>• (a) "Casilindo". (Participe) | A. Mediato<br>A. Mediato<br>A. Material | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) |

SITUACION FACTICA: A MEDIADOS DEL MES DE MAYO DE 2005, ENTRE EL 21 Y EL 31 DE MAYO, CUANDO TRABAJABA EN UNA FINCA UBICADA EN LA VEREDA COREA, EN LAS ESTRIBACIONES DE LA SIERRA NEVADA DE SANTA MARTA, MUNICIPIO DE CIENAGA; UN HOMBRE DE TEZ NEGRA, DELGADO, BAJITO, DISPARO UN FUSIL QUE IMPACTO A LA SEÑORA YINI DE LOS ANGELES RESTREPO CAUSANDOLE LA MUERTE, SIENDO EL CADAVER DE YINI RESTREPO VEGA TRASLADADO AL CACERIO SIBERIA. EL POSTULADO CARLOS EDWIN MONTEJO VITOLA EN VERSION LIBRE MANIFESTO. HUBO UNA SEÑORA QUE ERA TRABAJADORA EN FINCA Y UN PATRULLERO SE LE FUE UN TIRO Y MATO A ESTA PERSONA, ESA SEÑORA NO SE SI FUE ENTERRADA, EN EL CEMENTERIO DE SIBERIA, ELLA DEBE ESTAR CON EL NOMBRE. ESE PATRULLERO EN ESE TIEMPO TRABAJABA CONMIGO LE DECIAN CASI LINDO

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 158 .HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE ROSARIO CONTRERAS HERRERA. C.C. 12549846 | 10/10/2002 | CALLE 8 ENTRE CARRERAS 12 Y 13. BARRIO EL PRADITO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA | A. Mediato<br>A. Mediato<br>A. Mediato | CONTROL SOCIAL (LIMPIEZA | HOMICIDIO INDIVIDUAL<br><br>SICARIATO EN | CONFESION DEL POSTULADO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe). | A. Mediato<br><br>Coautor | SOCIAL-SEÑALADO DE ABUSAR SEXUALMENTE DE UN NIÑO) | | EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | REPORTE DE HECHES EN EL SIJYP |

SITUACION JURIDICA: EL 10 DE OCTUBRE DE 2002, APROXIMADAMENTE A LAS NUEVE Y TREINTA DE LA NOCHE, SU HERMANO JOSE ROSARIO SALIO DE SU CASA A LA TIENDA UBICADA AL FRENTE, CUANDO SALIA DE LA TIENDA CUATRO HOMBRES QUE SE TRASPORTABAN EN UN CARRO BLANCO, LE DISPARARON DEJANDOLO TENDIDO EN EL SUELO. DE AHI FUE TRASLADADO CON LA AYUDA DE VECINOS AL HOSPITAL DONDE FALLECIO. LA REPORTANTE NO ESTABA PRESENTE CUANDO LOS HECHOS SUCEDIERON, ESTO FUE LO QUE LE COMENTARON, LOS CUATRO HOMBRES ANDABAN DESDE HORAS DE LA TARDE RONDANDO LA CUADRA, NO SE SABE SI AL COMETER EL HOMICIDIO SE BAJARON DEL VEHICULO O SI LO HICIERON DESDE EL, ASI MISMO NO ESPECIFICARON LAS CARACTERISTICAS DEL AUTOMOTOR, SOLO QUE ERA DE COLOR BLANCO. LA VICTIMA VIVIA SOLO AL LUGAR DONDE LE DIERON MUERTE, TRABAJABA COMO HERRERO, CARMEN RINCON MANIFESTO SOBRE EL HECHO: UN SEÑOR QUE TENIA UN TALLER POR LA CALLE 8 CON CRA. 12, Y QUE VIVIA POR NACHO VIVES, EL HACIA ACTOS SEXUALES CON MENORES DE EDAD, HABIA VIOLADO A UN NIÑO, EL NIÑO SE VEIA DE MAL COLOR, ELLA EXAMINO AL NIÑO EL NIÑO LE DIJO QUE EL SEÑOR DEL TALLER CUANDO IBA PARA EL COLEGIO LO LLAMABA Y LO AMENAZABA CON UN CUCHILLO Y CON UN REVOLVER Y HACIA ACTOS SEXUALES CON EL Y DESPUES LE DA $2000 Y QUE NO LE DIJERA AL PAPA. DESPUES LLEGO EL PULGA Y ELLA LE CONTO, LE EXPLICO DONDE ERA EL TALLER Y EL PULGA FUE Y LLAMARON AL

PELADITO Y LE PREGUNTARON Y EL LES DIJO QUE SI ERA. POSTERIORMENTE EN VERSION DEL 20/10/2009 AL DOCUMENTAR EL HECHO ESTE HECHO USTED LO CONFESO,LA PERSONA ES JOSE ROSARIO CONTRERAS HERRERA. VERSIONADO: SI ES LA PERSONA. SE LE PROYECTA FOTO DE LA VICTIMA, FOTO DEL LEVANTAMIENTO DE CADAVER Y LUGAR DEL HOMICIDIO DE

CONTRERAS HERRERA VERSIONADO. SI RECONOSCO EL SITIO SE MUESTRA LA FOTO DEL HOMICIDA OTALVARO DURANGO GOMEZ ALIAS EL PULGA. SI LO RECONOSCO ES EL PULGA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 159 .HOMICIDIO EN PERSONA PROTEGIDA | 2 | JUSTINIANO BOHORQUEZ VALDERRAMA Y JOAQUIN VALDERRAMA | 25/03/1986 | SANTA MARTA | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALADOS DE CUATREROS) | HOMICIDIO INDIVIDUAL<br><br>SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO<br><br>REPORTE DE HECHES EN EL SIJYP |

SITUACION FACTICA: COMENTA LA SEÑORA NUBIA QUE EL DIA DEL OS EHCHOS SU ESPOS SALIO DE SU CASA EN GUACHACA CON RUMBO AL A VEREDA DE QUEBRADA DEL SOL CON LA INTENCION DE DARLE EL PESAME A LA FAMILIA DE UN AMIGO SUYO QUE HABIA MUERTO DIAS ANTES, EN EL CAMINO EL SINTIO QUE ALGUIEN IBA CAMINANDO DETRAS DE ÉL Y MIRO HACIA ATRÁS Y VIO UN SEÑOR QUE ERA MIEMBRO DEL GRUPO DE HENRAN GIRALDO, UNOS METROS MAS ADELANTE SE ACERCO UNA PERSONA Y LE DISPARO DEJANDOLO MUERTO, PARA ESA EPOCA EN GUACHACA ESTABAN UNOS SUJETOS QUE ERAN CONOCIDOS COMO LA LOBA, EL HERMANO DE ESTE Y LOS OTROS. A MI ESPOSO LE DECIAN NANO Y ERA SOBRINO DE UN SEÑOR CONOCIDO COMO TARTAJOS Y LOS PUA (TARTAJO ERA JOAQUIN VALDERRAMA) (ESTO LO SABE POR QUE SE LE CUENTA UN AMIGO QUE ESTABA EN LA VIA)

FORMULACION DE CARGOS:   ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 160 .HOMICIDIO EN PERSONA PROTEGIDA | 1 | REINEL DE LA HOZ PARRA (MENOR – 17 AÑOS) | 27/01/1991 | PUERTO NUEVO. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL SOCIAL-SEÑALADO POR HURTO | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO

REPORTE DE HECHES EN EL SIJYP |

SITUACION JURIDICA:  MI HIJO SE LLAMABA REYNEL DE LA HOZ PARRA, TENIA 17 AÑOS ERA BLANCO MORENO, EL ERA JORNALERO EN LOS LADOS DE MACHETE PELAO, EL SALIÓ DE PUERTO NUEVO A HACER UNA DILIGENCIA Y NO VOLVIÓ MAS, AL OTRO DÍA COMO A LAS 10 DE LA MAÑANA LOS AMIGOS DE ÉL ME AVISARON QUE A ÉL LO HABÍAN MATADO Y ESTABA EN MENDIHUACA, QUE LO HABÍAN SACADO DE PUERTO NUEVO Y LO LLEVARON PARA MENDIHUACA. CUANDO ESO MANDABA HERNAN GIRALDO. YO NO PUSE DENUNCIA LO ENTERRAMOS NO FUIMOS A LA INSPECCIÓN PORQUE CUANDO MATABAN A ALGUIEN NO PODÍAMOS DENUNCIAR PORQUE NOS MATABAN. NO LE HICIERON NECROPSIA, NOSOTROS LO ENTERRAMOS EN PUERTO NUEVO EN EL CEMENTERIO TODAVÍA ESTA      ENTERRADO EN TIERRA

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"


| 161 .HOMICIDIO EN PERSONA PROTEGIDA | 1 | ORLANDO ROBAYO | 15/12/1986 | VEREDA QUEBRADA DEL SOL. CORREGIMIENTO | • HERNAN GIRALDO SERNA <br> • CARLOS BETANCUR (a) | A. Mediato <br> Coautor | | | | CONFESION DEL |

| | | | | DE GUACHACA. SANTA MARTA | "Punto Rojo", "Caliche". (Participe) | | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADO DE ROBO – FUE UNA EQUIVOCACIÓN YA QUE IBA A MATAR A OTRA PERSONA) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | POSTULADO REPORTE DE HECHES EN EL SIJYP |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

SITUACION FACTICA: MI PADRE TRABAJA AL JORNAL EN LA VEREDA QUEBRADA DEL SOL Y ESTANDO LABORANDO LO MATARON CON UN ARMA DE FUEGO UN SEÑOR DE NOMBRE CARLOS BETANCOURT ALIAS PUNTO ROJO O CALICHE, PERO EL YA ESTA FALLECIDO Y EL ERA TRABAJADOR DE HERNAN GIRALDO SERNA. MI PADRE ORLANDO ROBAYO FUE ASESINADO EL DIA 15 DE DICIEMBRE DE 1986 A ESO DE LAS 5 Y MEDIA O SEIS DE LA TARDE, EL SE ESPLAZABAEN UN MILO, SE DIRIGIA HACIA LA CASA UBICADA EN LA VEREDA QUEBRADA EL SOL, CUANDO DE REPENTE LE SALIERON VARIOS HOMBRES, LO AMORDAZARON Y LUEGO LE DISPARARON POR LA ESPALDA, CUANDO EL FALLECIO YO TENIA COMO AÑO Y MEDIO DE EDAD, MI MAMA ES LA QUE ME CUENTA, CONOCIDOS FUERON LOS QUE DIERON AVISO. DESCONOZCO POR QUE MOTIVOS ASESINAN A MI PADRE, NO TENIA ROBLEMAS CON NADIE, NUNCA ESTUVO PRESO, NO TENIA ANTECEDENTES. EL ERA AGRICULTOR, TENIA UNA PARCELA EN LA VEREDA. NO HEMOS RECIBIDO NINGUNA AYUDA POR PARTE DEL GOBIERNO

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 162 .HOMICIDIO EN PERSONA PROTEGIDA | 1 | JUSTINIANO DIAZ NORIEGA. | 27/03/1990 | MERCADO PUBLICO. SANTA | • HERNAN GIRALDO SERNA | A. Mediato | | | | CONFESION DEL |
|---|---|---|---|---|---|---|---|---|---|---|

| | | C.C. 168781 | | MARTA | • ALVARO VESGA GOMEZ (a) "Tinajo". (Participe) <br> • (a) "Tripita" o "Tripa Seca". (Participe) | Coautor <br><br> Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- FUE UNA EQUIVOCACIÓN YA QUE IBA A MATAR A OTRA PERSONA Y UNA BALA PERDIDA LE CAE A EL) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | POSTULADO <br><br> REPORTE DE HECHES EN EL SIJYP |
|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** RELATA LA REPORTANTE QUE SU MARIDO TENÍA UN PUESTO EN EL MERCADO PÚBLICO DE LA CIUDAD DE SANTA MARTA, DONDE VENDÍA GUINEO VERDE, YA TENÍA 21 AÑOS DE TRABAJAR ALLÍ, ERA MUY CONOCIDO EN EL MERCADO DONDE LE DECÍAN JUSTO ; EL ADÍA 27 DE MARZO DE 1990 SIENDO APROXIMADAMENTE LAS 5:00 PM HUBO UNA BALACERA EN EL MERCADO, DONDE PRESUNTOS MIEMBROS DE LA BANDA DE LOS CHAMIZOS LE IBAN A DAR MUERTE A UN SEÑOR DE NOMBRE JOSE LEONARDO LONDOÑO QUE AL PARECER TENÍA PROBLEMAS CON ELLOS POR HURTOS, UNO DE LOS DISPAROS IMPACTÓ EN EL ABDOMEN DEL SEÑOR JUSTO DIAS DEJÁNDOLO MAL HERIDO Y DESPUÉS DE HABER SIDO TRASLADADO AL HOSPITAL FINALMENTE MURIÓ UNA HORA DESPUÉS DEL INSUCESO; LO QUE SE SUPO SOBRE LOS AUTORES FUE QUE ENTRE ELLOS AL PARECER HABÍA UN SUJETO QUE SE LLAMABA RAMON Y QUE ERA CONOCIDO COMO TRIPA SECA O TRPITA, SEGÚN LOS COMENTARIOS DE LA GENTE ELLOS ESTABAN HACIENDO LIMPIEZA SOCIAL Y POR ESOS IBAN A ASESINAR AL SEÑOR JOSE LONDOÑO, PERO EN MEDIO DE LA BALACERA UNA BALA PERDIDA MATÓ AL ESPOSO DE LA SEÑORA AURA.

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 163. HOMICIDIO EN PERSONAS PROTEGIDAS Y TENTATIVA DE HOMICIDIO EN PERSONAS PROTEGIDAS | 4 | MIGUEL ÁNGEL SÁNCHEZ GARCÍA (MUERTO), ANA ADELINA MOSQUERA OSORIO (muerta). ANA ALTAMAR MOSQUERA (Herida). C.C. 36539128 Y RUBY ADRIANA GOMEZ ACOSTA (Niña Herida) | 24/06/1994 | CALLE 26 CARRERA 43. BARRIO TAYRONA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• CARMEN RINCON<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe)<br>• LIBARDO ENRIQUE RAMOS RIVERA (a) "Cigüeñal". (Participe).<br>• (a) "Pitillo". (Participe)<br>• (a) "Yerito". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- POR TENER EL CABELLO LARGO). | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | INFORMES DE POLICÍA JUDICIAL DE FECHA SUSCRITO POR FUNCIONARIOS DE POLICÍA JUDICIAL ABSCRITOS A ESTE DESPACHO.<br><br>-FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO<br><br>-VIDEO CLIP CON LA NARRACIÓN DE LAS VICTIMAS INDIRECTAS |

| | | | | | | | | | | | SOBRE EL HECHO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | -CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON LA VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA. |
| | | | | | | | | | | | -COPIAS DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA, QUE CONTIENE EL ACTA DE LEVANTAMIENTO DE CADAVER, PROTOCOLO DE |

| | | | | | | | | | | | NECROPSIA, REGISTRO DE DEFUNCION, DECLARACIONES JURADAS, INFORME POLICIVO, AUTOS DE IMPUSLSO Y RESOLUCIÓN Y/O DECISIÓN TOAMDA EN LA INVESTIGACIÓN POR EL FUNCIONARIO DEL CONOCIMIENTO |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL POSTULADO LUIS CARLOS LOPEZ CASTRO EN VERSION LIBRE EL 26/10/2009 MANIFIESTA: YERITO, UN MUCHACHO QUE SE LE DECIAN SIGUEÑAL, PITILLO Y YO, EN DOS MOTOS, EN LA ENTRADA DEL BARRIO TAYRONA EN UN BILLAR, YERITO Y PITILLO MATARON AL MUCHACHO DEL BILLAR; SIGUEÑAL Y YO LO ESPERABAMOS EN LAS MOTOS, CUANDO ELLOS VENIA DIJERON YA LO MATAMOS VAMONOS, NO RECUERDO QUIEN DIO LA ORDEN. POSTERIORMENTE EL DIA 27/10/2009 AL ILISTRAR EL HECHO SE CONSIGNA: HOMICIDIO 25 JUNIO 1994 MIGUEL ANGEL SANCHEZ GARCIA SE DIRIJIA A CASA DE UN AMIGO Y SE DETUVO EN BILLAR 4 ESQUINAS BARRIO TAYRONA, AHÍ LLEGARON 4 HOMBRES QUE ESTABAN EN UNA ESQUINA, MIGUEL ANGEL SALIO EN UNA BICICLETA Y LOS 4 HOMBRES SALIERON DETRAS DE EL Y LE DISPARARON DEJANDOLO HERIDO CUANDO YA SE IBA MIGUEL ANGEL MOVIO UN PIE Y UNO DE LOS SICARIOS SE DEVOLVIO Y LE DISPARO, LE DISPARARON EN 12 OPORTUNIDADES. SE MUESTRA FOTO. RESPONDE EL VERSIONADO: ESE FUE EL DE YERITO ESE ESTABA ACEPTADO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA

CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

IGUALMENTE COMO RESULTARON PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO ANA ALTAMAR MOSQUERA  Y RUBY ADRIANA GOMEZ ACOSTA

EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, **O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE**

| 164.HOMICIDIO EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | 1 | JUAN ELADIO PEÑARANDA IBARRA. C.C. 1687348 | 10/06/1993 | MERCADO PUBLICO. FRENTE AL PARUQE SEQUICENTENARIO. SANTA MARTA | • HERNAN GIRALDO SERNA | Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO

REPORTE DE HECHES EN EL SIJYP |

SITUACION JURIDICA: HOMICIDIO DE JUAN ELADIO PEÑARANDA SI TIENE CONOCIMIENTO DEL HECHO ERA GUAQUERO, EN ESA EPOCA TENIA PERMISO PARA EJERCER LA ACTIVIDAD DECIAN QUE EL ERA AMIGO SUYO. POSTULADO ME SUENA UN ELADIOO QUE TOMABA CON MIGO ERA GUAQUERO NO TENGO CONOCIMIENTO QUE LO HABIAN MATADO. FISCAL EL HECHO 10 DE JUNIO DE 1993.POSTULA NO TENGO CONOCIMIENTO. FISCAL APORTAN QUE A JUAN ELADIO LE FALTABA LA MANO IZQUIERDA. POSTULADO ERA MOCHO FISCAL SEÑAL PARTICULAR LE FALTABA LA MANO. FISCAL EN EL MERCADO ERA CONOCIDO COMO EL SEÑOR JUAN . POSTULADO YA ME ACUERDO DEL CASO. FISCAL QUE RECUERDA. POSTULADO JUAN PEÑARANDA TENIA UN NEGOCIO EN EL MERCADO TENIA UNA MANO POSTIZA SI TENGO CONOCIMIENTO, FISCAL QUE SABE DE LA MUERTE. POSTULADO  JUAN PEÑARANDA YO AUTORICE SU EJECUCION POR UNOS HECHOS ANTES DE LA MUERTE, EL POR DIFERENCIAS QUE TUBO CON UNA SEÑORA DE UN NEGOCIO CREO QUE ERA EL LOCAL DE EL. EL IBA CON OTROS COMPAÑEROS COMO EL ERA MOCHO COJIERON L A SEÑORA LA RECOSTARON CONTRA LA PARED Y CON UN CUCHILLO LE CORTARON LOS BRAZOS Y CUANDO LLEGO AL HOSPITAL LLEGO MUERTO EL SEÑOR LE DECIAMOS EL RABIOSO DE NOMBRE CESAR O ANCISAR, YO LO MANDE A EJECUTAR, Y ESTANDO EN MACHETE SUBIO UNA HIJA DE EL  LLAMADA ELSA EL SEÑOR MUERTO ERA ANCISAR O CESAR ERA ACERRADOR DE LA SIERRA AMIGO DE NOSOTROS, YO PAGUE EL ENTIERRO DE EL, ESTANDO YO EN MACHETE SUBIO ELSA CON UN SEÑOR PINTO RODRIGUEZ ME DIJO QUE NO LE HICIERA DAÑO A SU PAPA PORQUE SABIA QUE EL MUERTO ERA AMIGO MIO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 165.HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALVARO ENRIQUE FLOREZ ALTAHONA | 27/05/19 89 | FRENTE A LAS TIENDAS ROSADAS Y TRES ESQUINAS. BARRIO SANTA FE. SANTA MARTA | • HERNAN GIRALDO SERNA • JAVIER ANTONIO FONTALVO FONTALVO (a) "Caballo e Palo". (Participe) | A. Mediato Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO REPORTE DE HECHES EN EL SIJYP |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: HOMICIDIO ALVARO ENRIQUE FLOREZ ALTAHONA HECHOS BARRIO SANTA FE DE SANTA MARTA 27 MAYO 1989 ASESINADO EN LA ESQUINA DE LA CASA A LAS 4 DE LA TARDE  CUANDO LE AVISARON ELLA SALIO Y SE ENCONTRO DE FRENTE CON EL MATON QUE TENIA CAMISA ROJA CON JEEN CUANDO SE METIO POR LOS LADOS DEL BILLAR LA POLICIA LO AGARRO SU NOMBRE ES JAVIER FONTALVO FONTALVO ALIAS CABALLO DE PALO Y ESTUVO PRESO POR ESTE HECHO HACIA PARTE DEL GRUPO DE HERNNA GIRALDO Y ESTA DESMOVILIZADO. POSTULADO NO TENGO CONOCIMIENTO SI FUE ESTE MUCHACHO TRABAJO CON NOSOTROS Y ACEPTO EL HECHO, SE LEE PERIODICO DEL 29 DE MAYO QUE HABLA DEL HOMICIDIO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 166.HOMICIDIO EN PERSONA PROTEGIDA | 1 | FELIPE LIZCANO MANTILLA | 15/10/1982 | CALLE 10. EN UN SECTOR CONOCIDO COMO LA CALLE DEL CRIMEN. MERCADO PUBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA | Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO REPORTE DE HECHES EN EL SIJYP |

SITUACION JURIDICA: POSTULADO UN CASO EN SANTA MARTA DE FELIPE LISCANO MANTILLA 6 DICIEMBRE DE 1982 EN EL CALLEJON DEL CRIMEN EN EL MERCDO PUBLICO, ESTE MUCHACHO VENIA SIENDO DEL MISMO CASO DONDE EL SEÑOR ANDRES OCHO QUEDO INVALIDO ES DEL MISMO CASO ACEPTO LA RESPONSABILIDAD PORQUE FUE EN PERSONAS QUE MANDO EL DIFUNTO ANDRES OCHOA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 166. HOMICIDIO EN PERSONA PROTEGIDA | 1 | LUIS CARLOS MENDOZA URBINA. C.C. | 22/12/1996 | ENTRADA AL BARRIO BASTIDAS. POR LA | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIAL- | | | CONFESION |

| | | 12556354 | | AVENIDA EL LIBERTADOR. SANTA MARTA | • ADAN ROJAS OSPINO<br>• RIGOBERTO ROJAS MENDOZA<br>• OSCAR HUMBERTO LOZANO (Participe)<br>• (a) "Rito Araujo". (Participe) | Coautor<br><br>Coautor<br><br>Coautor | SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | DEL POSTULADO<br><br>REPORTE DE HECHES EN EL SIJYP |

SITUACIO JURIDICA: DICE QUE CUANDO FUE CAPTURADO POR LA FISCALIA. POR EL HOMICIDIO DE LUIS CARLOS MENDOZA ARREGOCES LA FISCALIA LO EXONERO Y LE PRECLUYERON. QUIERE RECONOCER QUE ESTUVO EN ESOS HECHOS COMO AUTOR MATERIAL DEL HECHO.  ESTE SE HIZO EN SANTA MARTA  A LA ENTRADA DEL BARRIO BASTIDAS POR LA  AVENIDA LIBERTADOR,  RESIDIA POR LA AVENIDA DEL RIO SE DIO DE BAJA  POR SER  JEFE DE  UNA BANDA DELINCUENCIAL QUE OPERABA EN EL MAGDALENA.  DICE QUE OSCAR LOZANO LE DIO LA ORDEN,  LA EJECUTO EN COMPAÑIA DE RITO ARAUJO.  QUE EL  SOLO DISPARO,  EL IBA COMO CONDUCTOR DE LA MOTO.  REVOLVER CALIBRE 38.  DICE QUE EN  ESE PROCESO ESTABA SOLO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 167. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALEIMAN ALBERTO URIBE SARMIENTO. C.C. 85473833 | 5/07/2002 | CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS<br>• ADAN ROJAS MENDOZA<br>• ELISEO BELTRAN CADENA (Participe). | A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>Coautor<br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL<br><br>SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | . ACTA DE INSPECCIÓN DE CADÁVER NO 012 PRACTICADA POR EL INSPECTOR DE POLICÍA DE GUACHACA, AL CADÁVER DE ALEIMAN URIBE SARMIENTO.<br><br>2, DICTAMEN BALÍSTICO RENDIDO POR MEDICINA LEGAL EN EL QUE CONSIGNA QUE EL ARMA UTILIZADA FUE UNA PISTOLA 9 M .M.<br><br>3. PROTOCOLO DE NECROPSIA NO 285 RN-2.002, DE FECHA 16 DE JULIO DE 2.002, RENDIDO POR MEDICINA LEGAL, EN EL QUE SE INDICA QUE LA VICTIMA RECIBIÓ OCHO HERIDAS CON PROYECTIL DE RAMA DE FUEGO.<br><br>4. REPORTE DEL HECHO |

| | | | | | | | | | | | PRESENTADO POR **LA SEÑORA DELIA ROSA SARMIENTO ORDOÑEZ.** **5. FOTOGRAFÍA EN VIDA DE ALEIMAN URIBE SARMIENTO.** 6. RECORTE DE PRENSA EN DONDE SE DIVULGÓ LA NOTICIA DEL HECHO. 7. CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE. 8. INFORME DE POLICÍA JUDICIAL. |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTCA: EL HECHO SUCEDIÓ EL DÍA 5 DE JULIO DE 2.002, APROXIMADAMENTE A LAS SEIS DE LA MAÑANA, CUANDO EL JOVEN ALEIMAN URIBE SARMIENTO, ACABABA DE SALIR DE SU VIVIENDA UBICADA EN EL CORREGIMIENTO DE GUACHACA, Y AL MOMENTO QUE TRANSITABA POR LA ORILLA DEL RÍO GUACHACA, CERCA DE SU CASA, FUE INTERCEPTADO POR UNA CAMIONETA EN CUYO INTERIOR SE DESPLAZABAN VARIOS HOMBRES ARMADOS INTEGRANTES DE LAS AUTODEFENSAS QUE OPERABAN EN EL SECTOR, QUIENES LE PROPINARON VARIOS DISPAROS DE ARMA DE FUEGO, QUE LE QUITARON LA VIDA EN FORMA INSTANTÁNEA QUEDANDO SU CUERPO TENDIDO EN EL LUGAR

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 168. HOMICIDIO EN PERSONA PROTEGIDA | 1 | GABRIEL QUINCHIA GIRALDO. C.C. 3290394 | 6/10/2002 | ENTRE LAS VEREDAS DE PERICO AGUAO Y MARQUETALIA. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS<br>• WALTER TORRES (Participe).<br>• ELISEO BELTRAN CADENA (Participe).<br>• (a) "Mongolo". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALDAOS DE VIOLADOR) | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | ACTA DE INSPECCIÓN AL CADÁVER NÚMERO 020 EFECTUADA EL DÍA 6 DE OCTUBRE DE 2002,<br><br>2. REGISTRO CIVIL DE DEFUNCIÓN NÚMERO 04525477 EXPEDIDO POR LA REGISTRADURÍA DE SANTA MARTA.<br><br>3. RECORTE DE PRENSA DONDE SE DIVULGÓ LA NOTICIA DEL |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | HECHO.<br><br>4. FOTOGRAFÍA DE LA VICTIMA DIRECTA.<br><br>5. REPORTES DEL HECHO NÚMEROS 101566 Y 292978.<br><br>6. VERSION LIBRE |

SITUACION FACTICA: ESTE HECHO TUVO OCURRENCIA EL DÍA 6 DE OCTUBRE DE 2.002, EN EL SECTOR COMPRENDIDO ENTRE LA VEREDA PERICO AGUAO Y MARQUETALIA, CUANDO EL SEÑOR GABRIEL QUINCHIA GIRALDO, QUIEN SE MOVILIZABA EN SU MOTOCICLETA DE SU PROPIEDAD  FUE ATACADO A TIROS POR VARIOS HOMBRES ARMADOS,  QUEDANDO TENDIDO SU CUERPO A UN LADO DE LA CARRETERA TRONCAL DEL CARIBE

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 169. HOMICIDIO EN PERSONA PROTEGIDA | 1 | NARCISO RAMON YANES RODRIGUEZ. C.C. 85473211 | 3/11//2002 | CARRETERA TROCAL DEL CARIBE. VEREDA QUEBRADA VALENCIA. CORREGIMIENTO DE GUACHACA. SANTA MARTA. | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS<br>• WALTER TORRES (Participe).<br>• ELISEO BELTRAN CADENA (Participe).<br>• ROBERTO CARLOS PEREZ HINOJAS (a) "El Guajiro". (Participe).<br>• JOSE FRANCISCO FERRER ORTIZ (a) "Chayane". (Participe)<br>• (a) "Vale Jose". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALDAOS DE PERTENECER A UNA SECTA STANICA, DONDE SE DEDICABA A LA BRUJERIA, ENGAÑANDO A LAS MUJERES, CON LO CUAL LES QUITABA DINERO) | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | HOMICIDIO INDIVIDUAL | 1. ACTA DE INSPECCIÓN DE CADÁVER 024, PRACTICADO EL DÍA 3 DE NOVIEMBRE POR EL INSPECTOR DE POLICÍA DE GUCAHACA.<br><br>2 PROTOCOLO DE NECROPSIA NUMERO 2.002-00439, PRACTICADA POR EL INSTITUTO DE MEDICINA LEGAL SECCIONAL MAGDALENA.<br><br>3. REGISTRO CIVIL DE DEFUNCIÓN NÚMERO 04525806 EXPEDIDO POR LA REGISTRADURÍA DE SANTA MARTA<br><br>4. CERTIFICACIÓN DE CUPO NUMÉRICO DE LA CÉDULA DE CIUDADANÍA DE LA VICTIMA DIRECTA EXPEDIDA POR |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | LA REGISTRADURÍA DE SANTA MARTA. 5. FOTOGRAFÍA DE LA VÍCTIMA. 6. VERSIÓN LIBRE DONDE EL POSTULADO CONFIESA EL HECHO DELICTIVO |

SITUACION FACTICA: EL DÍA 3 DE NOVIEMBRE DE 2.002, EN LA HORAS DE LA MAÑANA, EN UN SECTOR DESOLADO DE LA VEREDA QUEBRADA VALENCIA, CUANDO EL SEÑOR NARCISO RAMON YANES RODRIGUEZ, SE ENCONTRABA EN LA CARRETERA ESPERANDO UN BUS PARA TRASLADARSE A LA CIUDAD DE SANTA MARTA, LLEGÓ UNA CAMIONETA, Y DESDE SU INTERIOR VARIOS SUJETOS ARMADOS INTEGRANTES DE LAS AUTODEFENSAS, LE DISPARARON EN TRES OPORTUNIDADES QUITÁNDOLE LA VIDA DE MANERA INMEDIATA, DEJANDO SU CUERPO TENDIDO EN LA CARRETERA TRONCAL DEL CARIBE. SE CONOCIÓ QUE LOS AUTORES DEL HECHO FUERON LOS SUJETOS CONOCIDOS COMO VALEJOSE, EL FLACO VENGOCHEA; ELISEO BELTRAN CADENA Y WALTER TORRES LOPEZ, ESTE ÚLTIMO COMANDANTE DE LA ZONA URBANA DE GUACHACA, QUIEN ORDENÓ EL CRIMEN, PORQUE A LA VÍCTIMA SE LE HACÍAN SEÑALAMIENTOS DE PERTENECER A UNA SECTA SATÁNICA Y SE DEDICABA A LA PRÁCTICA DE RITOS DE BRUJERÍA, QUE UTILIZABA PARA ENGAÑAR A MUJERES DE LA ZONA Y QUITARLE DINERO A PERSONAS RESIDENTES EN ESE SECTOR.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 170. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE LEONARDO CHACON RINCON. C.C. 18903982 | 13/03/2004 | VEREDA LOS COCOS GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA P <br> • NODIER GIRALDO GIRALDO <br> • DANIEL GIRALDO CONTRERAS <br> • JOSE DEL C GELVES <br> • OMAR ENRIQUE MARTINEZ OSSIAS | A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | 1. REPORTE DEL HECHO. <br><br> 2. CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE. <br><br> 3. INFORME DE POLICÍA JUDICIAL <br><br> 4. ACTA DE INSPECCIÓN A CADÁVER <br><br> 5. REGISTRO DEFUNCIÓN <br><br> 8. NOTICIA DE PRENSA |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE JOSE LEONARDO CHACON RINCON, RESIDÍA JUNTO A SU FAMILIA EN LA CIUDAD DE SANTA MARTA Y SE DEDICABA A LA VENTA DE VEHÍCULOS. EL DÍA 13 DE MARZO DE 2.004, JOSE LEONARDO CHACON, SALIÓ DE SU CASA APROXIMADAMENTE A LAS ONCE DE LA MAÑANA PARA EL CORREGIMIENTO DE GUACHACA Y AL DÍA SIGUIENTE SU CUERPO FUE HALLADO EN LA VEREDA LOS COCOS, CON PROYECTILES DE ARMA DE FUEGO QUE LE QUITARON LA VIDA

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 171.HOMICIDIO EN PERSONA PROTEGIDA | 1 | LEONIDAS RAFAEL NIEVES MOSCOTE. C.C. 5754358 | 26/09/1999 | VEREDA EL CHORRO. CORREGIMIENTO DE GUACHACA - SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• HECTOR RESTREPO VILLA (a) "Papel". (Participe).<br>• JAIRO MUSSO TORRES (a) "Pacho Musso". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | CONFESION DEL POSTULADO<br><br><br>REPORTE DE HECHES EN EL SIJYP |

**SITUACION FACTICA: HOMICIDIO EN GUACHACA 26 SEPTIEMBRE 1999 LEONIDAS NIEVES MOSCOTE, LABORABA EN LA FINCA LA ISLA PROPIEDAD DE RAFAEL EBRAT, AL DIA SIGUIENTE DE LA MUERTE DEL JOVEN LA MAMA FUE DONDE JAIRO MUSSO Y LE PREGUNTO EL MOTIVO DE LA MUERTE Y EL RESPONDIO QUE FUE ORDEN DE HERNAN GIRALDO, LO MATO PAPEL PORQUE YO FUI DONDE PACHO MUSSO A LAS CABAÑAS DE BURITACA, QUIERO QUE ME RESPONDA PORQUE LO MATARON. FISCAL PAPEL ES HECTOR RESTREPO VILLA, ERA DE SU GRUPO. POSTULADO: SI DOCTORA. FISCAL QUIEN ERA EL COMANDANTE DE ESA ZONA PARA ESA EPOCA 1999. POSTULADO: POSIBLEMENTE ERA PACHO MUSSO. FISCAL: ESTA CLARO QUE EN HOMICIDIO DE LEONIDAD NIEVES FUE COMETIDO POR HOMBRES BAJO SU MANDO POR LO TANTO COMO COMANDANTE DEL BLOQUE DEBE AFIRMAR SI ACEPTA RESPONSABILIDAD. POSTULAOD: ACEPTO RESPONSABILIDAD Y PIDO PERDON A LAS VICTIMAS**

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON

OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| TERCERA POLITICA CONTROL SOCIAL – PRIMERA PRACTICA HOMICIDIO INDIVIDUAL - IRRUPCION SITIO CERRADO | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 172.HOMICIDIO EN PERSONA PROTEGIDA | 1 | DEIVIS ENRIQUE CANTILLO SILGADO (a) "Millo". C.C. 16541873 | 12/02/2002 | MANZANA 20, CASA 1. BARRIÓ LA ESMERALDA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe)<br>• WILLINGTON MORA BUENHABER (a) "Willy". (Participe)<br>• (a) "Azulito" | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL. (LIMPIEZA SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | -SE TIENE LA CONFESIÓN DEL POSTULADO HECHAS EN SUS DILIGENCIAS DE VERSIONES EN LAS QUE MANIFIESTAN HABER PARTICIPADO EN LOS HECHOS |

| | | | | | | | | | | -INFORMES DE POLICÍA JUDICIAL DE FECHA 6 DE AGOSTO DE 2009, SUSCRITO POR FUNCIONARIOS DE POLICÍA JUDICIAL ADSCRITO A ESTE DESPACHO. -FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS -RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO -VIDEO CLIP CON LA NARRACIÓN DE LAS VICTIMAS INDIRECTAS SOBRE EL HECHO. -CARPETA DE VICTIMAS INDIRECTAS, |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON LA VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL, ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 12 DE FEBRERO DE 2002, A ESO DE LAS 10 DE LA MAÑANA LA VÍCTIMA DEIVIS ENRIQUE CANTILLO SILGADO, CONOCIDO COMO MILLO, SE E ENCONTRABA EN SU CASA UBICADA EN LA MANZANA 20 CASA 1 DEL BARRIO LA ESMERALDA DE SANTA MARTA, VIENDO TELEVISIÓN, CUANDO LLEGARON DOS HOMBRES DESCONOCIDOS Y UNO DE ELLO LE DISPARO CAUSÁNDOLE LA MUERTE, SE ESTABLECIÓ QUE TENIA UNA HIJA SUYA DE 7 MESES EN LAS PIERNAS, QUE LA NIÑA SE CAYO, GOLPEÁNDOSE EN LA CABEZA POR LO QUE FUE SOMETIDA A OBSERVACIÓN MEDICA.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 173.HOMICIDIO EN PERSONA PROTEGIDA Y TENTATIVA DE HOMICIIDO EN PERSONA PROTEGIDA | 2 | EFRAIN ALBERTO LOPEZ GONZALEZ. C.C. 85462869. (MUERTO). NANCY PATRICIA GOMEZ TOVAR. C.C. 57430128 (HERIDA) | 21/02/1994 | AVENIDA TAMACA No. 19 – 95. RODADERO SUR. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • EDGAR ANTONIO OCHOA BALLESTEROS  (Participe) <br> • OMAR MARTIN  OCHOA BALLESTEROS  (Participe) <br> • CARMEN RINCON (a) "Mongolo". (Participe). <br> • (a) "Marrano Negro". (Participe) | A.  Mediato  Coautor  Coautor  Coautor  Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL-SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENTES | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | CONFESION DEL POSTULADO  REPORTE DE HECHES EN EL SIJYP |

SITUACION FACTICA: EL DÍA  29 DE ENERO DE  1994 EL SEÑOR EFRAÍN ALBERTO LOPEZ GONZALEZ, PERDIÓ LA VIDA Y ADEMÁS RESULTO HERIDA LA NOVIA DEL ANTES MENCIONADO LLAMADA NANCY  PATRICIA GOMEZ TOVAR Y UN VECINO DE ELLA LLAMADO  GERARDO OSPINA, CONOCIDO COMO EL MONO CAPITÁN, QUE EN LA CASA A ESA HORA SE ENCONTRABAN ADEMÁS UNOS FAMILIARES DE NANCY  LLAMADOS  LERO (ESTA DESAPARECIDO EN LA ACTUALIDAD), ESE DÍA NANCY CARGABA AL MENOR DE NOMBRE YURI ALÍ ROMERO GÓMEZ, QUE PARA LA ÉPOCA TENIA 3 AÑOS DE EDAD, IGUALMENTE ESTABAN ALLÍ RICARDO ELÍAS TOVAR CANTILLO. EL POSTULADO EDGAR OCHOA MANIFESTO SOBRE EL HECHO: SE DIO MUERTE A UNA PERSONA PARTICIPO ALIAS  MONGOLO, OMAR OCHOA Y USTED,  QUE LA VICTIMA, ESTABA  EN  UNA TERRAZA, UNA SEÑORA RESULTO HERIDA, NO SABE QUE PASO CON ELLA, QUE LA ORDEN LA DIO ALIAS  MARRANO NEGRO,  QUE ERA DE LA  ORGANIZACIÓN,. LOS MOTIVOS PARA LA MUERTE ERA QUE LA VICTIMA ERA DE UNA BANDA DE LADRONES, LA DIRIGÍA, ESE FUE EL MOTIVO, QUE NO RECUERDA BIEN SUS CARACTERÍSTICAS, NO LO CONOCÍA. QUE EL SEÑOR QUE SE LO SEÑALO ERA  DUEÑO DE UNA DROGUERÍA O FERRETERÍA EN GAIRA EN TODA LA ESQUINA, CONOCIDO COMO MAFIA LOCA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES

VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, **O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE**

IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO   NANCY PATRICIA GOMEZ TOVAR , EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS

PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

| 1174. HOMICIDIO EN PERSONA PROTEGIDA | 1 | MARÍA NELLY OLIVEROS MURILLO. C.C. 36527559 | 27/06/2003 | DIAGONAL 37 No. 5 – 15. BARRIO MAMATOCOSANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe) (DIO LA ORDEN)<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• OTALVARO  DURANGO (a) "Pulga". (Participe). | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADA DE SER EXPENDEDORA DE DROGA) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 187 DE FECHA 27 MAYO/2003<br><br>COPIA DE LA CEDULA DE MARÍA NELLY OLIVEROS MURILLO<br><br>INFORME DE POLICÍA JUDICIAL SIJIN DEMAG DE FECHA 27 MAYO/2003<br><br>PROTOCOLO DE NECROPSIA<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>REGISTRO CIVIL DE DEFUNCIÓN DE |

| | | | | | | | | | | MARÍA NELLY OLIVEROS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL NUMERO 3599 CTI SANTA MARTA, DE FECHA 30 SEPTIEMBRE/2003 |
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL NUMERO 3848, CTI SANTA MARTA, DE REPORTE DE HECHOS POR LA VICTIMA INDIRECTA |
| | | | | | | | | | | RECORTE DE PRENSA DEL DIARIO EL INFORMADOR DE FECHA 28 DE MAYO DE 2.003, DONDE SE DIVULGÓ LA NOTICIA DEL HECHO. |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE |

| | | | | | | | | | | | LOS POSTULADOS EN VERSIÓN LIBRE. |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 27 DE MAYO DE 2003, LA SEÑORA MARIA NELLY OLIVEROS MURILLO, MIENTRAS SE ENCONTRABA DESCANSANDO EN LA TERRAZA DE SU VIVIENDA UBICADA EN LA DIAGONAL 37 NO, 5-115 DEL BARRIO MAMATOCO DE SANTA MARTA, COMO A LAS SIETE DE LA NOCHE LLEGARON DOS SUJETOS EN UNA MOTOCICLETA UNO DE ELLOS SE BAJO Y LE DISPARO EN VARIAS OCASIONES A LA SEÑORA MARIA NELLY CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA, LOS SUJETOS UNA VEZ COMETIDO EL HECHO HUYERON DEL LUGAR.

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 175.HOMICIDIO EN PERSONA PROTEGIDA | 1 | EDGAR ENRIQUE REDONDO. C.C. 85460806 | 21/12/19 94 | CALLE 148ª No. 5 – 16. BARRIO CRISTO REY. SANTA MARTA | • HERNAN GIRALDO SERNA  • EDGAR ANTONIO OCHOA BALLESTEROS (Participe). | A. M ed iat o Coauto | CONTROL SOCIAL – | HOMICIDIO INDIVIDUAL | IRRUPCION | 1. COPIA DEL PROCESO RADICADO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | • OMAR MARTIN OCHOA BALLESTEROS (Participe)<br>• CARMEN RINCON<br>• JAIRO ANTONIO MUSSO TORRES (a) "Pacho Musso". (Fue quien dio la orden). (Participe).<br>• RAFAEL TARAZONA (a) "El Gurre". (Participe) | r<br><br>Coauto r<br><br>Coauto r<br><br>Coautor | LIMPIEZA SOCIAL- SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENTE S | | SITIO CERRADO | BAJO EL NÚMERO **5513**, ASIGNADO A FISCALÍA SEXTA DE SANTA MARTA, CONTRA DESCONOCIDO S, POR EL DELITO DE HOMICIDIO, DONDE APARECE COMO VÍCTIMA EDGAR ENRIQUE REDONDO, EL CUAL FUE SUSPENDIDO EL 21 DE JULIO DE 1995.<br><br>1.2. REGISTRO DE DEFUNCIÓN NO. **1168769.**<br><br>1.4. PROTOCOLO DE NECROPSIA NO. **383,** DE QUIEN EN VIDA |

| | | | | | | | | | | | RESPONDÍA AL NOMBRE DE **EDGAR ENRIQUE REDONDO,** DONDE SE CONCLUYE LO SIGUIENTE: MECANISMO INMEDIATO DE MUERTE: TRAUMA CRANEOENCEFÁLICO. CAUSA DE MUERTE: PROYECTILES DE ARMA DE FUEGO. MANERA DE MUERTE: HOMICIDIO. CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS NO. **165751** REPORTADO POR **ELIA ROSA SALAS OLIVO,** CON SUS ANEXOS, |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | DEBIDAMENTE RECONOCIDAS Y ACREDITADAS POR EL DESPACHO |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DÍA 21 DE DICIEMBRE DE 1994, LA VICTIMA SE ENCONTRABA EN SU RESIDENCIA MAS EXACTAMENTE EN EL PATIO, CUANDO LLEGARON UNOS SUJETOS DESCONOCIDOS SALIO CORRIENDO Y ENTRO A LA CASA Y CERRO LA PUERTA PERO LOS SUJETOS A GOLPES ABRIERON LA PUERTA E INGRESARON Y LE DISPARARON. EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: QUE LE QUITARON LA VIDA A UNA PERSONA, PARTICIPARON OMAR OCHOA, EL GURRE Y USTED, QUE UN SEÑOR LLAMADO SAMUEL Y OTRO QUE VIVIAN EN LA SALIDA DEL AEROPUERTO, QUE ÚLTIMAMENTE SE ENTERO QUE LO MATARON, EL ERA QUIEN LES MOSTRABA LAS VICTIMAS, NO RECUERDO SU APELLIDO, ERA COMO COLABORADOR, NO ERA DEL GRUPO. LA ORDEN LA DIO PACHO MUSSO, LE DIERON MUERTE CON REVOLVER, DOS O TRES DISPAROS, LA VICTIMA CORRIÓ Y SE METIÓ EN UNA CASA Y EL GURRE Y OMAR LO ALCANZARON DENTRO DE UNA CASA. LOS MOTIVOS ERA POR COLABORADOR DE LA GUERRILLA, LA INFORMACIÓN LA DIO SAMUEL Y EL SEÑOR DE LA FERRETERIA, ESE DIA ELLOS MISMOS LO SEÑALARON. LA VICTIMA ERA UN NEGRO, ALTO, GRANDE.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1741

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 176. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | JAIME VARGAS ARIAS. C.C. 85451154 Y JORGE ELIECER BERDUGO SERPA | 28/12/1994 | BARRIO ONCE DE NOVIEMBRE. CUARTA ENTRADASANTA MARTA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe).<br>• CARMEN RINCON<br>• HUBER DANED CASTRO PINEDA (a) "Garfio". (Participe).<br>• (a) "Yerito". (Participe).<br>• (a) "Puñaleto". (Participe | • Mediato Coautor<br>Coautor<br>Coautor<br>Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL- SEÑALADO DE LADRON (JORGE BERDUGO) | HOMICIDIO INDIVIDUAL<br><br>IRRUPCION SITIO CERRADO | CONFESION DEL POSTULADO<br><br>REPORTE DE HECHES EN EL SIJYP |

SITUACION FACTICA: EL DIA 28 DE DICIEMBRE DE 1994, LLEGARON A LA CASA DE LAS VICTIMAS ALREDEDOR DE 20 HOMBRES ARMADOS, SACARON A JORGE ELIECER BERDUGO Y A JAIME ARIAS Y LOS ASESINARON EN LA PUERTA DE LA CASA. EDGAR OCHOA BALLESTEROS MANIFESTO SOBRE EL HECHO: JORGE BERDUGO SERPA Y JAIME VARGAS ARIAS, DICE QUE SI PARTICIPÓ FUE DE NOCHE Y NO CONOCIA A LAS PERSONAS, DIMOS MUERTE A UNA O DOS PERSONAS, CUMPLIA ORDENES DEL COMANDANTE, LE DICE EL DESPACHO QUE A JORGE BERDUGO LE DECIAN EL CACHETON, DICE QUE SI LO CONOCIÓ QUE UNOS DIAS ANTES SE SUBIO A UN BUS Y SE LE PERDIO, LA ORDEN SE LA DIERON A GARFIO Y FUE CON EL O CON PUÑALETO, NO RECORDABA QUE HABIAN SIDO DOS PERSONAS, EN ESO ESTUVO YERITO, Y GARFIO O PUÑALETO FUERON COMO 4 O 5 PERSONAS. LA ORDEN ERAN DAR DE BAJA POR QUE ERA LADRON A JORGE BERDUGO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 177.HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALFONSO JOSE BARROS CUADRADO. C.C. 4977306 | 24/01/1999 | CARRERA 43 No. 16 – 04. BARRIO SANTA FE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe) (a) "Veneno". (Participe)<br>• JHON JAIRO CASTRO (a) "Carepalo". (participe). | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL – SEGÚN EDGAR OCHOA PERTENECIA A UNA BANDA DE LADRONES QUE MATO A (a) "Yerito". | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | REGISTRO FOTOGRÁFICO DE LA VÍCTIMA EN VIDA<br><br>- PARTÍDA DE BAUTISMO DE FECHA 13 DE SEPTIEMBRE DE 1959 A NOMBRE DE **ALFONSO JOSÉ BARROS CUADRADO.**<br><br>-COPIA DE LA CC NO. 4.977.306 DE SANTA MARTA A NOMBRE DE |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **ALFONSO JOSÉ BARROS CUADRADO.**<br><br><br>- COPIA DEL PROCESO RADICADO BAJO EL NUMERO **1922**, ASIGNADO A LA FISCALÍA 30 SECCIONAL DE SANTA MARTA, POR EL HOMICIDIO DE **ALFONSO JOSÉ BARROS CUADRADO,** EN HECHOS OCURRIDOS EL 25 DE ENERO DE 1999 EN SANTA MARTA, SEGUIDO EN AVERIGUACIÓN DE RESPONSABLE. |

| | | | | | | | | | | | - ACTA DE LEVANTAMIENTO DE CADÁVER NO. 035 DE FECHA 25 DE ENERO DE 1999 CORRESPONDIENTE AL SEÑOR **ALFONSO JOSÉ BARROS CUADRADO.**<br><br>- COPIA DE LA TARJETA DE NECRODACTILIA A NOMBRE DE **ALFONSO JOSÉ BARROS CUADRADO.**<br><br>- PROTOCOLO DE NECROPSIA NO. 035 DE FECHA 25 ENERO DE 1999<br><br>- REGISTRO CIVIL DE DEFUNCIÓN NO. 3473943 DE FECHA 5 DE FEBRERO DE |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | 1999 A NOMBRE DE **ALFONSO JOSÉ BARROS CUADRADO.**<br><br>- RESOLUCIÓN INHIBITORIA DE FECHA 31 DE ENERO DEL 2000<br><br>- RECORTE DE PRENSA DEL DIARIO HOY FECHA 26 DE ENERO DE 1999 EN LA QUE SE PUBLICO EL HECHO.<br><br>PUBLICACIÓN DE PRENSA EL INFORMADOR 26 DE ENERO DE 1999.<br><br>REGISTRO FOTOGRÁFICO DEL LUGAR DE LOS HECHOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA:  MANIFIESTA LA REPORTANTE QUE SU MARIDO TENÍA UN NEGOCIO DE VENTA DE BLOQUES Y MATERIALES DE CONSTRUCCIÓN, TENÍAN 21 AÑOS DE VIVIR EN EL BARRIO, SU MARIDO NUNCA TUVO PROBLEMAS CON NADIE, NI ESTABA AMENAZADO. SIN EMBARGO UN DÍA ANTES QUE MATARAN AL SEÑOR ALFONSO, CERCA DE SU CASA EN EL BARRIO TAYRONA ASESINARON A UN PARAMILITAR

QUE ERA CONDUCIDO CON EL ALIAS DE YERITO, AL DÍA SIGUIENTE DE ESTE HECHO LOS PARAMILITARES SE METIERON EN LOS BARRIOS SANTA FE, LA FLORIDA, ONDAS CARIBE Y TAYRONA, BUSCANDO A LOS QUE HABÍAN MATADO A ESE SEÑOR, SIENDO APROXIMADAMENTE LAS 10:45 P0M, SINTIERON UN ESTRUPICIO EN EL TECHO DE LA CASA, SU ESPOSO SALIÓ AL PATIO CON SU ARMA Y HABÍA UN HOMBRE CON UN PASA MONTAÑAS SOBRE ÉL TECHO DE LA COCINA, SU ESPOSO LE DISPARÓ PERO OTROS

HOMBRES QUE YA ESTABAN EN EL PATIO LO COGIERON Y LE DISPARARON, DESPUÉS LE QUITARON EL ARMA Y LE DISPARARON VARIAS VECES, ERAN COMO SIETE HOMBRES LOS QUE ENTRARON A SU CASA. EDGAR OCHOA BALLESTEROS MANIFESTO DEL HECHO: OTRO HECHO. APROXIMADAMENTE EN 1999 EN EL BARRIO SANTA FE, CREO QUE RELACIONO A SU HERMANO OMAR,

QUE SI PARTICIPO, SI ESTUVO CAREPALO, VENENO, CREE QUE AMARILDO. QUIERE ACLARAR QUE OMAR OCHOA NO ESTUVO. ESTE SEÑOR HABIA APOYADO CON ARMAS EL HOMICIDIO DE YERITO, PERTENENCIA A LA BANDA DE LADRONES QUE MATO A YERITO FUIMOS EN DOS CARROS, FUIMOS COMO OCHO PERSONAS. EN ESTA FECHA ESTABA COMANDANTE PACHO MUSSO, CREO QUE EL COMANDATE HABIA HABLADO CON EL SARGENTO AYALA QUE O MATARON EN LA UNIVERSIDAD DE SANTA MARTA. EL SARGENTO AYALA ABRIA LA LEY Y ENTRABAMOS A SANTA FE, ENTONCENES ENTRAMOS EN DOS CARROS PORQUE EL SEÑOR SE MANTENIA CON DOS HIJOS QUE TAMBIEN LE IBAMOS A DAR DE BAJA Y OTRO SEÑOR PERO LA VICTIMA ESTABA SOLO. CAREPALO ENTRA POR DETRAS DE LA CASA Y LA VICTIMA TENIA UN REVOLVER EN LA CASA Y CAREPALO LO SORPRENDIO DISPARANDOLE, YO LO TERMINE DE REMATAR. SE PROYECTA FOTOGRAFIA DE ALFONSO JOSE BARROS GRANADOS OCURRIDA EL 26 DE ENRO DE 1999. EL

VERSIONADO LO RECONOCE, AL IGUAL QUE LAS FOTOGRAFIAS DE LA VIVIENDA DONDE OCURRIO EL HECHO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 178. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAMER ENRIQUE ARRIETA | 11/11/2000 | BARRIO ONDAS DEL CARIBE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Dio la orden).  (Participe)<br>• (a) "Camuro" (Participe)<br>• (a) "Memin". | A.   Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE SER EXPENDEDOR DE VICIO) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | - RECORTE DE PRENSA DE FECHA 14 DE NOVIEMBRE DEL 2000, EN LA QUE SE PUBLICO EL HECHO.<br><br>- COPIA DEL PROCESO RADICADO BAJO EL NUMERO **19950** ASIGNADO A LA FISCALÍA SEGUNDA DE SANTA MARTA, POR EL HOMICIDIO DE **JANNER ENRIQUE ARRIETA,** EN |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1748

| | | | | | | | | | | | HECHOS OCURRIDOS EL 11 DE NOVIEMBRE DEL 2000 SANTA MARTA, SEGUIDO EN AVERIGUACIÓN DE RESPONSABLE. DONDE APARECE ENTRE OTRAS PIEZAS PROCESALES, EL ACTA DE LEVANTAMIENTO DE CADÁVER NO 347 DE FECHA NOVIEMBRE 11 DEL 2000, CORRESPONDIENTE AL SEÑOR **JANNER ENRIQUE ARRIETA** |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE HACE MENCIÓN A LOS HECHOS EN QUE PERDIERA LA VIDA EL SEÑOR JANNER ENRIQUE ARRIETA, OCURRIDOS EL DÍA 11 DE NOVIEMBRE DEL 2000, EN MOMENTOS EN QUE SE ENCONTRABA EN LA PUERTA DE SU CASA UBICADA EN LA CALLE 11 CON CARRERA 43 DEL BARRIO ONDAS DEL CARIBE DE LA CIUDAD DE SANTA MARTA, LUGAR HASTA EL CUAL LLEGO CAMINANDO UN SUJETO QUE PORTABA ARMA DE FUEGO DE CORTO ALCANCE, AL CUAL ALCANZO A DIVISAR JANNER ENRIQUE E INTENTO EVITAR LA AGRESIÓN REFUGIÁNDOSE EN EL INTERIOR DE SU CASA TRATANDO DE CERRAR LA PUERTA,  LO QUE GENERO UN FORCEJEO POR ESPACIO DE UNOS MINUTOS ENTRE ESTE Y SU AGRESOR, EL CUAL TERMINO CUANDO SU HOMICIDA DISPARO VARIAS VECES CONTRA JANNER ENRIQUE CAUSÁNDOLE LA MUERTE EN FORMA INSTANTÁNEA Y QUEDANDO SU CUERPO EN LA ENTRADA DE SU VIVIENDA.   EDGAR

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1749

OCHOA SOBRE EL HECHO MANIFESTO: UN HECHO EN EL QUE PARTICIPO EN LOS QUE PERDIÓ LA VIDA UNA PERSONA, QUE FUE ORDENADO POR JOSÉ EDILBERTO GUZMÁN, ALIAS QUEMAITO, QUE SE ENCONTRABA DENTRO DE UNA CASITA, POR EL BARRIO BASTIDAS DE SANTA MARTA, POR UN CERRITO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 179. HOMICIDIO EN PERSONA PROTEGIDA | 1 | OMAR ENRIQUE DIAZ GAMARRA. C.C. 85467777 | 10/05/2001 | URBANIZACION EL PARQUE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Dio la orden).  (Participe) | A. Mediato<br>A. Mediato<br>A. Mediato<br>A. Mediato<br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE SER EXPENDEDOR DE VICIO) | HOMICIDIO INDIVIDUAL<br><br>IRRUPCION SITIO CERRADO | CONFESION DEL POSTULADO<br><br>REPORTE DE HECHES EN EL SIJYP |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JHON JAIRO GUTIERREZ SALAZAR (a) "Camuro". (Participe). | Coautor Coautor | | | | |

SITUACION FACTICA: YO ESTABA EN MI CASA DONDE VIVO ACTUALMENTE Y ME FUERON A AVISAR QUE A MI HERMANO OMAR DIAZ GAMARRA LO HABIAN HERIDO EN EL BARRIO EL PARQUE PERO CUANDO LLEGUE AL HOSPITAL YA ESTABA MUERTO A EL A VECES LO BUSCABAN PARA LIMPIAR O TIRAR MACHETE PARA LOS LADOS DE GUACHACA NONCA NOS COMENTO DE PROBLEMAS QUE TUVIERA TENGO ENTENDIDO QUE FUERON DOS INDIVIDUOS LOS QUE LO AGREDIERON PERO UNO DE ELLOS FUE EL QUE DISPARO Y SE FUE EN MOTO

Y HACE POCO NOS ENTERAMOS QUE EL QUE DISPARO FUE EL SEÑOR EDGAR OCHOA BALLESTEROS ALIAS EL MORROCOYO VIVIA EN EL BARRIO LUZ DEL MUNDO EN COMPAÑIA DE SU MUJER DE NOMBRE YEDENIS JIMENEZ Y TENIA 2 HIJOS NO SE QUIEN FUE LA OTRA PERSONA QUE PARTICIPO EN LA MUERTE DE MI HERMANO. EDGAR OCHOA MANIFESTO DEKL HECHO: YO ACEPTO UN HECHO EN ESTE SECTOR DONDE HUBO UN MUERTO Y UN HERIDO

SEGUN LA PRESA FUE COMO PEGADO CON EL B/LUZ DEL MUNDO, L SI, SI ES. PIDO PERDON A LAS VÍCTIMAS. LA ORDEN LA DIO QUEMAO A: CAMURO Y A MI, VOY CON CAMURO AL SITIO, FUIMOS EN UNA MOTO HONDA MORADA LLEGAMOS HASTA LA TIENDA, AFUERA DE LA TIENDA HABÍA UNO Y ADENTRO OTRO LA ORDEN ERA DAR MUERTE A LOS QUE ESTUVIERAN ALLI, POR QUE ELLO

VENDÍAN VICIO.LLEGAMOS HASTA ALLÁ Y YO LLEVE UNA PISTOLA 9MM CAMURO UN 38, YO DE DISPARE AL DE AFUERA Y EL LE DISPARÓ AL DE ADENTRO Y SALE CORRIENDO, YO LE DISPARE AL LADO DE AFUERA LE DISPARE EN LA CABEZA Y LUEGO LO REMATE EN EL SUELO, PENSAMOS QUE ERAN DOS LOS MUERTOS PERO EN LA PRENSA SALIÓ QUE UNO SOLO, NO CONOCIA A LAS

VÍCTIMAS, FUIMOS EN MOTO ERA YA DE TARDE EN LA NOCHECITA SALEN POR LA PARTE DE ATRAS DEL PARQUE.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA

CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 180. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAIRO ENRIQUE MARTINEZ REDONDO | 13/04/2002 | BARRIO SAN FERNANDO SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN). (Prticipe)<br>• ALEXANDER BARRAGAN DIAZ (a) "Niño". (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER DE JAIRO ENRIQUE MARTÍNEZ REDONDO, NRO. 169 DE FECHA 13 ABRIL/2002<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>PROTOCOLO DE NECROPSIA DE JAIRO ENRIQUE MARTINEZ REDONDO.<br><br>REGISTRO DE DEFUNCIÓN NUMERO 04526517 CORRESPONDIENTE A JAIRO MARTINEZ REDONDO.<br><br>INFORME DE POLICÍA |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | JUDICIAL SIJÍN DEMAG, DE FECHA 13 ABRIL/2002.<br><br>INFORME DE POLICÍA JUDICIAL SIJÍN DEMAG, DE FECHA 31 MAYO/2002.<br><br>REPORTE DEL HECHO POR LA VICTIMA INDIRECTA.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILI DAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE |

SITUACION FACTICA: EL DÍA 13 ABRIL DE 2002, SIENDO APROXIMADAMENTE LA 1:15 DE LA TARDE EL SEÑOR JAIRO MARTÍNEZ, SE ENCONTRABA VISITANDO A SU ABUELA MATERNA EN EL BARRIO SAN FERNANDO DE LA CIUDAD DE SANTA MARTA Y CUANDO PROCEDIÓ A ENTRAR AL ORINAL DE UNA TIENDA VECINA, FUE INTERCEPTADO POR UN HOMBRE ARMADO QUIEN LE DISPARÓ VARIAS VECES EN SU HUMANIDAD, CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA, SEGUIDAMENTE EL AGRESOR HUYO DEL LUGAR. EN LO QUE CONCIERNE A ESTE CASO EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL HECHO, MANIFESTANDO QUE EL HOMICIDIO FUE COMETIDO POR ALIAS NIÑO (ALEXANDER BARRAGÁN DÍAZ) DE INFORMACIÓN SUMINISTRADA POR ALIAS PULGA (OTÁLVARO DURANGO), QUIEN SEÑALÓ QUE LA VÍCTIMA PERTENECÍA A LA DELINCUENCIA COMÚN Y EN CUANTO A HECHOS ASEGURA, QUE DESCONOCE SI NIÑO LO ASESINÓ EN LA CASA O EN LA CALLE, SOLO AFIRMA QUE ALEXANDER BARRAGÁN, VIVÍA EN EL SECTOR Y CONOCÍA LA VÍCTIMA Y POR ESO COMETE EL HECHO, QUE NO NECESITÓ USAR PASAMONTAÑAS, NI NADA DE ESO PARA OCULTARSE, PORQUE PARA ESE ENTONCES LA GENTE TENÍA MUCHO MIEDO, NO DENUNCIABA Y SABÍAN QUE NIÑO PERTENECÍA A LA ORGANIZACIÓN.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 181..HOMICIDIO EN PERSONA PROTEGIDA | 1 | LEONARDO ENRIQUE VALIENTE BELEÑO. C.C. 7602379 | 6/05/2002 | BARRIO COLINAS DEL PANDO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN). (Prticipe)<br>• JHON JAIRO CORONADO GUERRERO (a) "Saya". (Participe).<br>• ALEXANDER BARRAGAN DIAZ (a) "Niño". (Participe)<br>• (a) "Fabian". ". (Participe | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 191 DE FECHA 6 MAYO/2002, PRACTICADO POR LA FISCALÍA 19 ADSCRITA A LA URI<br><br>COPIA DE ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN DE CADÁVER. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PROTOCOLO DE NECROPSIA DE LA VÍCTIMA |
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL DE FECHA 27 MAYO/2002, CTI SANTA MARTA. |
| | | | | | | | | | | RESOLUCIÓN INHIBITORIA DE FECHA 20 NOVIEMBRE/2002 |
| | | | | | | | | | | REPORTE DEL HECHO PRESENTADO POR LAS VICTIMAS INDIRECTAS. |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN |

| | | | | | | | | | | LIBRE. |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL JOVEN LEONARDO ENRIQUE VALIENTE BELEÑO, FUE ASESINADO EL DÍA 6 DE MAYO DE 2.002, EN EL SECTOR DEL BARRIO LAS COLINAS DEL PANDO, EN MOMENTO EN QUE SE ENCONTRABA VISITANDO A LA NOVIA, LUGAR A DONDE LLEGARON  CINCO (5) HOMBRES,  A PIE QUIENES SIN MEDIAR PALABRAS, IRRUMPIERON EN LA CASA DE TABLA DONDE ESTABA Y LE DISPARARON EN REPETIDAS OCASIONES CAUSÁNDOLE LA  MUERTE DE MANERA INMEDIATA, LOS AGRESORES HUYERON DEL LUGAR, DESCONOCIÉNDOSE  EN ESE ENTONCES, LA IDENTIDAD DE LOS RESPONSABLES Y MÓVILES DEL HOMICIDIO. EN VERSIÓN COLECTIVA DEL DÍA 5 JUNIO/2009 EL POSTULADO JOSÉ GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD EN EL HOMICIDIO DE ESTA PERSONA, MANIFESTANDO QUE EL CRIMEN FUE COMETIDO POR LOS INDIVIDUOS DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE SAYA (JOHN JAIRO CORONADO GUERRERO) Y NIÑO (ALEXANDER BARRAGÁN DÍAZ) DE INFORMACIÓN SUMINISTRADA POR ALIAS FABIÁN, UN TAXISTA YA FALLECIDO QUE LE COLABORABA AL GRUPO EN SACAR LAS ARMAS Y MOVILIZAR A LOS SICARIOS CUANDO ESTOS COMETÍAN UN ILÍCITO. TAMBIÉN AFIRMA EL POSTULADO QUE EL SEÑOR VALIENTE BELEÑO FUE SEÑALADO COMO PERTENECIENTE A LA DELINCUENCIA COMÚN YA QUE HACÍA ROBOS EN EL SECTOR DEL BARRIO EL PANDO Y ERA CONOCIDO CON EL ALIAS DE LEO, MOTIVO POR EL QUE SE ORDENÓ SU MUERTE. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN, DE LA CUAL ERA EL COMANDANTE MILITAR DEL GRUPO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 182HOMICIDIO EN PERSONAS PROTEGIDAS-TENTATIVA DE | 2 | CARLOS ENRIQUE VARGAS OCHOA. C.C. | 27/05/2002 | CORREGIMIENTO DE BONDA. SANTA MARTA | • HERNAN GIRALDO SERNA  • NORBERTO QUIROGA P | A.   M ed iat | | | | REPORTE DE LA VICTIMA |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOMICIDIO EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | | 12533603. VIVIAN ALTAMAR JIMENEZ Y HERIDA ELI JOHANA BERMUDEZ GAMERO | | | • NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• VICTOR POLO GUTIERREZ (a) "Tequeteque". (Participe). | o A. Mediato<br>A. Mediato<br>A. Mediato<br>Coautor<br>Coautor<br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADOS DE SER EXPENDEDORES DE DROGAS) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | INDIRECTA<br><br>CONFESIÓN DE LOS POSTULADOS<br><br>LICENCIA DE INHUMACIÓN DEL 29 DE MAYO DE 2.002, EXPEDIDA POR EL DANE |

SITUACION FACTICA: EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 27 DE MAYO DE 2.002, A APROXIMADAMENTE A LAS NUEVE DE LA NOCHE  UN SUJETO ARMADO  SE PRESENTÓ   A LA VIVIENDA  DONDE RESIDÍAN LOS ESPOSOS  CARLOS VARGAS Y VIVIAN ALTAMAR, Y CUANDO EL SEÑOR CARLOS VARGAS SALIÓ A ATENDERLO  EL SUJETO SACÓ UN ARMA Y LE DISPARÓ EN SU HUMANIDAD, EN ESO SU ESPOSA VIVIAN  ALTAMAR SALIÓ A VER LO QUE SUCEDÍA E INMEDIATAMENTE EL AGRESOR TAMBIÉN LE DISPARÓ CAUSÁNDOLE LA MUERTE. EN LO QUE ATAÑE A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, RECONOCE SU RESPONSABILIDAD EN LOS HOMICIDIOS, AGREGANDO QUE EL DOBLE CRIMEN FUE COMETIDO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE PULGA (OTALVARO DURANGO GÓMEZ+) Y TEQUE TEQUE (VICTOR POLO GUTIERREZ +) Y COMO MÓVILES PARA COMETER EL CRIMEN, ASEGURA QUE LA PAREJA SE DEDICABA A LA VENTA DE ESTUPEFACIENTES Y POR ESTO SE DECIDIÓ SU MUERTE. EL POSTULADO ADÁN ROJAS MENDOZA ACEPTA SU RESPONSABILIDAD EN LOS HECHOS TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR MIEMBROS DE SU ORGANIZACIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO **ELI JOHANA BERMUDEZ;** EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 183.HOMICIDIO EN PERSONA PROTEGIDA | 1 | ETILZA GLADIS MUÑOZ MATTOS | 28/05/2002 | CALLE 22 No. 23 – 80. BARRIO 7 DE AGOSTO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (Participe)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe)<br>• ADRIANO SANCHEZ (a) "Joaco". (Participe)<br>• OMAR PEREZ OVALLOS (a) "Leche". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADA DE SER EXPENDEDORA DE DROGAS) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 228 DEL 28 MAYO/2002.<br><br>INFORME DE POLICÍA JUDICIAL NUMERO 1180CTI SANTA MARTA, DE FECHA 28 MAYO/2002.<br><br>COPIA DEL |

| | | | | | | | | | | ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN DE CADÁVER |
| | | | | | | | | | | RECORTE DE PRENSA DONDE SE DIVULGÓ LA NOTICIA DEL HECHO. |
| | | | | | | | | | | REGISTRO DE DEFUNCIÓN NUMERO 04526808 CORRESPONDIENTE A ETILSA MUÑOZ MATTOS. |
| | | | | | | | | | | RESOLUCIÓN INHIBITORIA DE FECHA 5 DICIEMBRE/2002 |
| | | | | | | | | | | REPORTE DEL HECHO POR LA VICTIMA INDIRECTA |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN |

| | | | | | | | | | | | DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 28 DE MAYO DE 2.002,  A APROXIMADAMENTE A LAS 10:30 DE LA MAÑANA, CUANDO LA SEÑORA ETIILSA GLADYS MUÑOZ MATTOS, SE ENCONTRABA SENTADA EN LA TERRAZA DE SU CASA UBICADA EN LA CALLE 22 NO 23-80 DEL BARRIO 7 DE AGOSTO DE LA CIUDAD DE SANTA MARTA, EN COMPAÑÍA DE UNA NIETA,  DOS SUJETOS EN UNA MOTOCICLETA, DE LA CUAL SE BAJÓ EL PARRILLERO SE BAJÓ Y LE DISPARÓ EN VARIAS OCASIONES, QUINTÁNDOLE LA VIDA DE MANERA INMEDIATA Y UNA VEZ COMETIDO EL HECHO LOS AGRESORES SE DIERON A LA FUGA EN EL MISMO VEHÍCULO. EN VERSIÓN COLECTIVA DEL DÍA 5 JUNIO/2009 EL POSTULADO JOSE GREGORIO ROJAS ACEPTA Y CONFIESA SU PARTICIPACIÓN EN ESTE HECHO, MANIFESTANDO QUE EL HECHO FUE COMETIDO EN LA CALLE 22 CON CARRERA 24 AVENIDA SANTA RITA, QUE EL DÍA DE LOS HECHOS ÉL (POSTULADO) SE ENCONTRABA EN UNA CAMIONETA HILUX EN COMPAÑÍA DE ALIAS JOACO (ADRIANO SÁNCHEZ), CORONEL (PEDRO LUIS MENDOZA) Y LECHE (OMAR PÉREZ OVALLOS) Y CUANDO IBAN FRENTE DE LA CASA DE LA VÍCTIMA, ADRIANO SE LA SEÑALA Y LE DICE QUE ES EXPENDEDORA DE VICIO Y QUE EN REPETIDAS OCASIONES LE HABÍA ADVERTIDO QUE DEJARA DE HACERLO, QUE ESTABA MUY VIEJA PARA QUE LE ESTUVIERA VENDIENDO VICIO A LOS JÓVENES, PERO NUNCA ACATÓ LA ORDEN.

**FORMULACION DE CARGOS:**  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 184.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JIKLIN EDUARDO ARIAS CHINCHINÁ. C.C. 85472418 | 9/06/ 2002 | BILLAR "EL ROLO". BARRIO LA PAZ. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• JAIME ACOSTA OROZCO (a) "Alvaro". (Participe)<br>• (a) "Mingo". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coauto r | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | DILIGENCIA INSPECCIÓN DE CADÁVER NO. 242 DEL 9 DE JUNIO DE 2002<br><br>2.- INFORME URI CTI 318 DE JUNIO 10 DE 2002.<br><br>3.- COPIA ÁLBUM FOTOGRÁFICO.<br><br>4.- DECLARACIÓN JURADA DE ZULI YADIRI CHINCHINÁ<br><br>5.- DECLARACIÓN DE ADALBERTO ESCORCIA GÁMEZ<br><br>6.- DICTAMEN DE BALÍSTICA FORENSE NO. LB-589-RN-2002 MEDICINA LEGAL BARRANQUILLA.<br><br>7.- PROTOCOLO DE NECROPSIA PAT-2002<br><br>8.- CERTIFICACIÓN |

| | | | | | | | | | | | DE EXISTENCIA DE EXISTENCIA DEL PROCESO. 9. CONFESIÓN Y ACEPTACIÓN DE RESPONSABILI DAD HECHO POR LOS POSTULADOS EN VERSIÓN LIBRE 10. REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO, QUE EL DÍA 9 DE JUNIO DE 2002, EN HORAS DE LA NOCHE, EL SEÑOR JIKLIN ARIAS, SE ENCONTRABA EN UN BILLAR UBICADO EN EL BARRIO LA PAZ DE LA CIUDAD DE SANTA MARTA, CUANDO EN EL ESTABLECIMIENTO SE PRESENTARON DOS (2) INDIVIDUOS EN UNA MOTOCICLETA QUIENES DISPARARON EN LA HUMANIDAD DEL SEÑOR ARIAS CHINCHINÁ CAUSÁNDOLE LA MUERTE, DESCONOCIÉNDOSE EN ESA FECHA LOS  MÓVILES Y LA IDENTIDAD DE LOS RESPONSABLES. EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO DE 2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA ACEPTA QUE FUE EL QUIEN DIO LA ORDEN  DE LA MUERTE DEL SEÑOR JIKLIN ARIAS, IMPARTIENDO LA ORDEN DE ASESINARLO A LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE ÁLVARO (JAIME ACOSTA OROZCO) Y MINGO, ENCARGADOS DEL SECTOR DE LA PAZ, DON JACA Y GAIRA, QUIENES SEÑALARON QUE LA VICTIMA ERA DELINCUENTE COMÚN Y POR ESTE MOTIVO SE LE ORDENÓ SU MUERTE. A SU VEZ EL POSTULADO ADÁN ROJAS MENDOZA RECONOCE EL HECHO POR LÍNEA DE MANDO, HABIDA CUENTA QUE EL CRIMEN FUE COMETIDO POR MIEMBROS DE SU ORGANIZACIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 185.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAIRO MANUEL MOLINA EBRAT. C.C. 12553728 | 22/08/2002 | CALLE 33 No. 71 – 45. BARRIO ONCE DE NOVIEMBRESANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• YOVANY JOSE ACOSTA OROZCO. (a) "Víctor". (Participe).<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE EXPENDEDOR DE VICIO) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NO. 335<br><br>PROTOCOLO DE NECROPSIA NUMERO 351 PAT- 02<br><br>ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN DE CADÁVER Y DEL LUGAR DE OCURRENCIA DEL HECHO.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN |

| | | | | | | | | | | | LIBRE. REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | INFORME DE POLICÍA JUDICIAL DE VERIFICACIÓN DEL HECHO, DE FECHA 27 DE OCTUBRE DE 2.010, SUSCRITO POR INVESTIGADORES JUDICIALES ADSCRITOS A LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 22 DE AGOSTO/2002, A LA CASA DEL SEÑOR JAIRO MANUEL  MOLINA EBRAT, UBICADA EN LA CALLE 33 NO 71-47 DEL BARRIO 11 DE NOVIEMBRE, A ESO DE LAS 11 DE LA MAÑANA, LLEGÓ UN HOMBRE SOLICITÁNDOLO, Y ÉSTE SALIÓ A RECIBIRLO A LA TERRAZA E INMEDIATAMENTE EL VISITANTE LO AGARRÓ POR EL CUELLO Y A EMPUJONES LO LLEVÓ HASTA LA COCINA DEL INMUEBLE EN DONDE LE PROPINÓ MÚLTIPLES DISPAROS CON ARMA DE FUEGO CAUSÁNDOLE LA MUERTE DE MANERA INMEDIATA.  EN LO QUE ATAÑE A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 4 DE JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN ESTE CASO, AFIRMANDO QUE EL HOMICIDIO FUE EFECTUADO POR ALIAS VÍCTOR (GEOVANI ACOSTA OROZCO) QUIEN ENTRÓ A LA VIVIENDA DE MOLINA EBRATH Y LO HIERE, PERO LA VÍCTIMA SALIÓ CORRIENDO HACIA EL INTERIOR DEL INMUEBLE Y VÍCTOR LO PERSIGUE HASTA ALLÁ Y LO REMATA, DICE QUE POSTERIORMENTE ALIAS LICHO (JESUS ELI BAYONA ROPERO) LO SACÓ EN UNA MOTO Y EN LA ACCIÓN TAMBIÉN COLABORÓ ALIAS PULGA (OTALVARO DURANGO FALLECIDO ASESINADO POSTERIORMENTE POR MIEMBROS DE LA MISMA ORGANIZACIÓN ILEGAL) QUIEN SEÑALÓ A JAIRO MOLINA COMO EXPENDEDOR DE VICIO Y EN LA ACCIÓN SE UTILIZÓ UNA PISTOLA CALIBRE 9 M. M Y UNA MOTOCICLETA PARA EL DESPLAZAMIENTO Y HUIDA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 186. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOHAN CROY CARREÑO OCHOA | 23/10/2002 | CALLE 10 No. 10C – 04. BILLAR "LA BOMBONERA". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE SER DELINCUENTE COMUN)) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 404 DE FECHA 23 OCTUBRE/2002<br><br>NOTA ACLARATORIA DEL NOMBRE CORRECTO DE LA VICTIMA POR PARTE DE LA FISCALÍA 30 SECCIONAL DE SANTA MARTA.<br><br>PROTOCOLO DE NECROPSIA<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE |

| | | | | | | | | | | LOS POSTULADOS EN VERSIÓN LIBRE |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 23 DE OCTUBRE DE 2.002, EN HORAS DE LA NOCHE, EL JOVEN JOHAN CROY CARREÑO OCHOA, SE ENCONTRABA EN EL INTERIOR DEL ESTABLECIMIENTO DENOMINADO BILLAR LA BOMBONERA, DONDE HABÍA PEDIDO UNA CERVEZA Y SERVICIO DE MESA, COMENZÓ A JUGAR BILLAR CON OTRO MUCHACHO, LUEGO LLEGÓ UNA TERCERA PERSONA DE 25 A 30 AÑOS DE EDAD APROXIMADAMENTE, DE PANTALÓN JEAN DE COLOR AZUL CON CAMISA MANGA CORTA DE COLOR VERDE, QUIEN TAMBIÉN PIDIÓ UNA CERVEZA, SE ACOMODÓ EN LA BARANDA DE UNA DE LAS MESAS DEL BILLAR, Y CUANDO EL SEÑOR CARREÑO SE DISPONÍA HACER UNA TACADA DE BUCHÁCARA, EL SUJETO DESENFUNDÓ UNA PISTOLA Y PROCEDIÓ A DISPARARLE COMO CUATRO TIROS Y DESPUÉS DE COMETIDO EL HECHO SALIÓ CAMINANDO DEL ESTABLECIMIENTO Y HUYÓ DEL LUGAR. RESPECTO A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 4 JUNIO/2009 EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN EL HECHO, MANIFESTANDO QUE EL CRIMEN FUE COMETIDO POR ALIAS PULGA (OTÁLVARO DURANGO) QUIEN TILDÓ A LA VÍCTIMA DE PERTENECER A LA DELINCUENCIA COMÚN, QUE EL MISMO PULGA ENTRÓ AL BILLAR DONDE ESTABA EL SEÑOR CARREÑO OCHOA, SACÓ EL ARMA QUE PORTABA Y LO ASESINÓ. AGREGA ADEMÁS QUE PULGA ERA EL ENCARGADO DE HACER LA INTELIGENCIA DE QUE PERSONAS ERAN GUERRILLEROS O DELINCUENTES COMUNES Y EN ESTE CASO AFIRMA EL POSTULADO, YA ESTABA DADA LA ORDEN DE EJECUTAR A ESA PERSONA PUES YA SE TENÍA CONOCIMIENTO QUE ERA DELINCUENTE COMÚN. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA CORROBORA LO DICHO POR SU HERMANO JOSÉ GREGORIO, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES PERTENECIENTES A SU ORGANIZACIÓN.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA Y NUMERAL 3 POR LA IDEOLOGIA "

| 187. HOMICIDIO EN PERSONA PROTEGIDA | 1 | IVAN ALFONSO NARVÁEZ CUELLO. C.C. | 16/11/20 02 | CARRERA 18 Y 19. PARQUEADERO. BARRIO EL PANDO. SANTA | • HERNAN GIRALDO SERNA  • NORBERTO QUIROGA P | A. Mediato | | | | ACTA DE INSPECCIÓN DE CADÁVER NO. 423 DE |
|---|---|---|---|---|---|---|---|---|---|---|

| | | 32160451 | | MARTA | • NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". (Participe).<br>• WILLINGTON MORA BUENHABER (a) "Willy". (Participe)<br>• (a) "Parce". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE SER DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | FECHA 16 DE NOVIEMBRE DE 2.002, DE IVAN NARVAEZ CUELLO PRACTICADO POR EL FISCAL 18 DE LA URI DE FISCALÍA DE SANTA MARTA.<br><br>DICTAMEN DE BALISTICA FORENSE NUMERO LBA 1272 RN 20002, Y DE QUÍMICA FORENSE NO 2233 RENDIDO POR EL INSTITUTO NACIONAL DE MEDICINA LEGAL REGIONAL NORTE.<br><br>REGISTRO CIVIL DE DEFUNCIÓN # 04525813 CORRESPONDIENTE A IVAN ALFONSO NARVAEZ CUELLO.<br><br>REGISTRO |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CIVIL DE NACIMIENTO DE IVAN ALFONSO LLO. |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |
| | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS. |
| | | | | | | | | | | OFICIO NUMERO 1005974 DE FECHA 22 DE OCTUBRE DE 2.010, SUSCRITO POR EL DIRECTOR DAS SECCIONAL MAGDALENA, DONDE SE CERTIFICA QUE LA VICTIMA NO REGISTRA ANOTACIONES NI ANTECEDENTE |

| | | | | | | | | | | S PENALES. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL DE FECHA 29 DE OCTUBRE DE 2.010 SUSCRITO POR INVESTIGADOR ES ADSCRITO A LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA PAZ |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 16 DE NOVIEMBRE DE 2.002, EL SEÑOR IVAN ALFONSO NARVAEZ CUELLO, SE ENCONTRABA COMO DE COSTUMBRE EN SU TRABAJO EJERCIENDO SU LABOR DE VIGILANTE EN EL PARQUEADERO DEL BARRIO EL PANDO UBICADO AL LADO DE LA CANCHA DE FÚTBOL Y A ESO DE LAS 8:00 P.M, LLEGÓ HASTA EL PARQUEADERO UN SUJETO QUE SE DESPLAZABA A PIE, INGRESÓ AL LUGAR Y LLAMÓ A LA VÍCTIMA POR SU APODO, EL CUAL ERA CONOCIDO POPULARMENTE COMO 'POCILLO' Y CUANDO AQUEL CONTESTÓ LE PROPINÓ VARIOS DISPAROS CON ARMA DE FUEGO, CAUSÁNDOLE LA MUERTE EN EL MISMO LUGAR Y HUYENDO DE LA MISMA MANERA EN QUE LLEGÓ CON RUMBO DESCONOCIDO. RESPECTO A ESTE HOMICIDIO, EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD EN LA MUERTE DE IVÁN NARVÁEZ, ARGUMENTANDO QUE LA VÍCTIMA PERTENECÍA LA DELINCUENCIA COMÚN Y QUE EL CRIMEN FUE COMETIDO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE ÁLVARO (JAIME ACOSTA OROZCO) Y EL PARCE, PERTENECIENTES A LA URBANA, QUIENES UTILIZARON PISTOLAS Y REVÓLVERES; DICE ADEMÁS QUE ESTA INFORMACIÓN SE LA SUMINISTRÓ ALIAS WILLY (WILLINGTON MORA BUENHABER), OTRO EX MIEMBRO DEL GRUPO EN LA CÁRCEL MODELO DE BARRANQUILLA Y POR ESO DESCONOCE LOS DETALLES DE CÓMO OCURRIERON LOS HECHOS, POR CUANTO DE ALIAS ÁLVARO Y EL PARCE NO SE TIENE INFORMACIÓN SI ESTÁN VIVOS O MUERTOS, QUE WILLI OBTUVO LA INFORMACIÓN DE ELLOS.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 188. HOMICIDIO EN PERSONA PROTEGIDA | 2 | MARIO ALBERTO LUBO HERNANDEZ. C.C. 84456747. CRISTIAN ALBERTO LUBO GUERRA. 84451307 | 22/11/2002 | CALLE 8 CARRERA 5. BARRIO PESCAITO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br>• (a) "Parce". (Participe) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE PERTENECER A UNA BANDA DE DELINCUENTES Y EXPENDEDORES DE DROGAS) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 429 DE FECHA 22 NOVIEMBRE/2002, A NOMBRE DE MARIO ALBERTO LUBO HERNÁNDEZ.<br><br>ACTA DE INSPECCIÓN DE CADÁVER NUMERO 430 DE FECHA 22 NOVIEMBRE DE 2002.<br><br>PROTOCOLO DE NECROPSIA DE CRISTIAN ALBERTO LUBO GUERRA<br><br>PROTOCOLO DE NECROPSIA DE MARIO ALBERTO LUBO HERNÁNDEZ<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO |

| | | | | | | | | | | | DE LA INSPECCIÓN DE CADÁVER DE CRISTIAN ALBERTO LUBO GUERRA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN DE CRISTIAN ALBERTO LUBO GUERRA |
| | | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN DE MARIO ALBERTO LUBO HERNÁNDEZ |
| | | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE |

SITUACIÓN FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA  22 DE NOVIEMBRE DE 2.002, APROXIMADAMENTE A LAS 10:30 DE LA NOCHE, CUANDO LOS SEÑORES MARIO ALBERTO LUBO HERNANDEZ Y CRISTIAN HUMBERTO LUBO GUERRA,  SE ENCONTRABAN EN EL SECTOR DE LA CALLE 8 CON CARRERA 5, DEL BARRIO PESCAITO DE LA CIUDAD DE SANTA MARTA, FUERON ABORDADOS POR SUJETOS ARMADOS QUE SE MOVILIZABAN EN UN VEHÍCULO  MARCA DAEWOO, COLOR AMARILLO,  DEL CUAL DESCENDIÓ UN SUJETO  Y LE PROPINO VARIOS DISPAROS DE ARMA DE FUEGO,  FALLECIENDO EN EL LUGAR DE LOS HECHOS EL SEÑOR MARIO ALBERTO, EN TANTO CRISTIAN, FUE TRASLADO HERIDO AL HOSPITAL PERO FALLECIÓ HORAS MAS TARDE. EN CUANTO A ESTE CASO EN VERSIÓN COLECTIVA DEL DÍA 4 JUNIO/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL DOBLE HOMICIDIO, AFIRMANDO QUE ALLÍ PARTICIPARON LOS MIEMBROS DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE CUCARACHO (ALEXANDER VARGAS MEDRANO) Y PARCE, DICE QUE LAS VÍCTIMAS PERTENECÍAN A UNA BANDA DELINCUENCIAL CONOCIDA COMO LOS ANORMALES, INTEGRADA POR 6 U 8 PERSONAS APROXIMADAMENTE Y SE DEDICABAN A

HURTOS Y A EXPENDER SUSTANCIAS ALUCINÓGENAS. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR HOMBRE DE SU AGRUPACIÓN, DE LA CUAL ERA SU COMANDANTE MILITAR.

FORMULACION DE CARGOS:   ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 189. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ALBA LUZ RODRÍGUEZ DE LA HOZ | 26/11/2002 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADA DE DARLE BURUNDANGAS A LAS PERSONAS PARA LUEGO ATRACARLAS) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NO. 431 DE FECHA 26 DE NOVIEMBRE DE 2.002, DE ALBA LUZ RODRIGUEZ DE LA HOZ, PRACTICADO POR EL FISCAL 18 DE LA URI DE FISCALÍA DE SANTA MARTA. |

| | | | | | (Partícipe) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PROTOCOLO DE NECROPSIA NUMERO 454PAT-2002, RENDIDO POR EL INSTITUTO NACIONAL DE MEDICINA LEGAL SECCIONAL MAGDALENA EN DONDE INDICA QUE SU MUERTE SE PRODUJO POR UNA HERIDA EN LA CABEZA OCASIONADA CON PROYECTIL DE ARMA DE FUEGO.<br><br>INFORMES DE POLICÍA JUDICIAL DE LA SIJIN DEL 26 DE NOVIEMBRE DE 2.002, Y EL OFICIO NUMERO 006 DEL 10 DE ENERO DE 2.003, SURTIDOS DENTRO DEL PROCESO PENAL QUE SE INICIÓ EN SU |

| | | | | | | | | | | | MOMENTO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN # 04525998 CORRESPONDIENTE ALBA LUZ RODRIGUEZ DE LA HOZ. |
| | | | | | | | | | | | FOTOCOPIA DE LA RESOLUCIÓN INHIBITORIA DEL 10 JULIO/2003, QUE CULMINÓ CON EL PROCESO PENAL ORDINARIO. |
| | | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |

SITUACION FACTICA: EL CONTEXTO FACTICO SEÑALA QUE LA SEÑORA ALBA LUZ RODRIGUEZ DE LA HOZ, FUE ASESINADA EN HORAS DE LA MADRUGADA DEL DÍA  26 DE NOVIEMBRE DE 2.002,  EN INMEDIACIONES DE LA CARRERA 1 CON CALLE 15, CONCRETAMENTE EN LA ESQUINA DEL PARQUE BOLÍVAR DE LA CIUDAD DE SANTA MARTA,  CUANDO SE ENCONTRABA SENTADA EN UNA SILLA PLÁSTICA JUGANDO CARTAS CON OTRAS PERSONAS, POR UN SUJETO QUE LLEGÓ AL LUGAR  Y  LE  PROPINO UN  DISPARÓ EN LA CABEZA QUEDANDO  MUERTA DE MANERA

INMEDIATA, Y SU CUERPO RECOSTADO EN LA MISMA SILLA DONDE SE ENCONTRABA SENTADA , LUGAR DONDE SE LE PRACTICÓ EL LEVANTAMIENTO DE CADÁVER POR PARTE DE LAS AUTORIDADES.  RESPECTO A ESTE CASO EN VERSIÓN COLECTIVA DEL DÍA 4 DE JUNIO/2009 EL POSTULADO JOSÉ GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD EN EL HOMICIDIO DE ESTA PERSONA, QUIEN ERA CONOCIDA CON EL ALIAS DE LA CHARRA, ARGUMENTANDO QUE LA JOVEN ALBA LUZ RODRÍGUEZ ACOSTUMBRABA A DARLE 'BURUNDANGA' A LAS PERSONAS PARA DESPUÉS ATRACARLAS; AGREGA QUE EL HOMICIDIO FUE COMETIDO POR ALIAS CUCARACHO (ALEXANDER VARGAS MEDRANO), MIEMBRO DE LA ORGANIZACIÓN, UTILIZANDO UNA PISTOLA CALIBRE 9 M.M Y UNA MOTOCICLETA DT DE COLOR AZUL CON BLANCO PARA EL DESPLAZAMIENTO Y EN EL HECHO COLABORÓ ALIAS ÁLVARO (JAIME ACOSTA OROZCO), QUIEN SUMINISTRÓ LA INFORMACIÓN ACERCA DE LA VÍCTIMA Y SUS ACTIVIDADES. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 190. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JUAN MIGUEL QUINTERO MARTÍNEZ | 21/01/2003 | CALLE 30 No. 21ª – 13. ESTABLECIMIENTO DE TELECOMUNICACIONES – SAI- BARRIO 10 DE MAYO. SANTA MARTA | • HERNAN GIRALDO SERNA  • ADAN ROJAS MENDOZA  • NORBERTO QUIROGA P  • NODIER GIRALDO GIRALDO  • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)  • ALEXANDER VARGAS MEDRANO (a) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADO DE DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 019 DE FECHA 21 ENERO/2003  PLANO TOPOGRÁFICO DE LA INSPECCIÓN DE CADÁVER  REGISTRO CIVIL DE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | "Cucaracho". (Participe)<br>• ALEXANDER BARRAGAN DIAZ (a) "El Niño". (Participe) | Coautor | | | | DEFUNCIÓN<br><br>INFORME DE POLICÍA JUDICIAL NÚMERO 460 CTI SANTA MARTA, DE FECHA 13 FEBRERO/2003.<br><br>PROTOCOLO DE NECROPSIA<br><br>DICTAMEN DE BALÍSTICA FORENSE<br><br>INFORME DE POLICÍA JUDICIAL CTI NUMERO 3631, DE FECHA 30 SEPTIEMBRE/2003<br><br>RECORTE DE PRENSA DE LA ÉPOCA.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 21 DE ENERO/2003, APROXIMADAMENTE A LAS UNA DE LA TARDE EL SEÑOR JUAN MANUEL QUINTERO, SE ENCONTRABA EN SU RESIDENCIA UBICADA EN CALLE 30 NUMERO 21 A-13 DEL BARRIO 1O DE MAYO, LUGAR ENTRÓ UN INDIVIDUO QUE VESTÍA DE JEAN, UN SUÉTER AZUL Y UN CASCO EN LA CABEZA, QUE AL PARECER CONDUCÍA UNA MOTOCICLETA DE COLOR BLANCA, QUIEN PIDIÓ HACER UNA LLAMADA LOCAL Y UNA VEZ UBICÓ A LA VÍCTIMA DESENFUNDÓ UN ARMA Y LE DISPARÓ EN CUATRO OPORTUNIDADES, SALIENDO DE MANERA INMEDIATA DEL LUGAR, DESCONOCIÉNDOSE LA IDENTIDAD DE LOS AUTORES Y MÓVILES DEL CRIMEN. DE ESTE HECHO, EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO/2009 EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN EL HOMICIDIO DEL SEÑOR QUINTERO MARTÍNEZ, SEÑALANDO QUE LA VICTIMA PERTENECÍA A LA DELINCUENCIA COMÚN Y QUE EL CRIMEN FUE PERPETRADO POR LOS HOMBRES DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE CUCARACHO (ALEXANDER VARGAS MEDRANO) QUIEN FUE EL QUE DISPARÓ UTILIZANDO UNA PISTOLA Y NIÑO (ALEXANDER BARRAGÁN DÍAZ), QUIEN UTILIZÓ UNA MOTOCICLETA PARA LA HUIDA. IGUALMENTE EL POSTULADO ADÁN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO, EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU AGRUPACIÓN Y ÉL ERA EL COMANDANTE MILITAR DEL GRUPO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 191. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JAVIER HUMBERTO ESPINOSA DAZA | 29/01/2003 | TIENDA "PROVISIONES LAURA". CALLE 12 CARRERA 116. BARRIO LA PAZ. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN)  (Participe)<br>• JAIME ACOSTA OROZCO | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADODE DELINCUENCIA COMUN)) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | JAVIER HUMBERTO ESPINOZA DAZA, PRACTICADO POR EL FISCAL 8 DE LA URI DE FISCALÍA DE SANTA MARTA.<br><br>ÁLBUM |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (a) "Álvaro", "Copey". (Participe) • YOVANY JOSE ACOSTA OROZCO. (a) "Victor". • JHON JAIRO CORONADO GUERRERO (a) "Saya". (Participe) | Coautor Coautor Coautor | | | | FOTOGRÁFICO DEL LA INSPECCIÓN DE CADÁVER PLANO TOPOGRÁFICO DE LA INSPECCIÓN DE CADÁVER PROTOCOLO DE NECROPSIA NUMERO 034PAT-2003, RENDIDO POR EL INSTITUTO NACIONAL DE MEDICINA LEGAL SECCIONAL MAGDALENA EN DONDE INDICA QUE SU MUERTE SE PRODUJO POR 4 HERIDAS EN LA CABEZA OCASIONADA CON PROYECTIL DE ARMA DE FUEGO. RECORTE DE PRENSA DONDE SE REGISTRÓ LA |

| | | | | | | | | | | NOTICIA DEL HECHO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN # 04529409 CORRESPONDIENTE JAVIER HUMBERTO ESPINOZA DAZA. |
| | | | | | | | | | | DICTAMEN BALÍSTICA FORENSE, MEDICINA LEGAL BARRANQUILLA DEL 22 DE FEBRERO DEL 2003 |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |
| | | | | | | | | | | REPORTE DE HECHOS POR |

| | | | | | | | | | | | LAS VICTIMAS INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EL CONTEXTO FACTICO SEÑALA QUE EL DÍA 29 DE ENERO DE 2.003, APROXIMADAMENTE A LAS SEIS Y TREINTA DE LA TARDE, EL SEÑOR JAVIER HUMBERTO ESPINOZA DAZA, SE DIRIGIÓ A LA TIENDA DE NOMBRE "PROVISIONES LAURA" UBICADA CERCA DE SU CASA, EXACTAMENTE EN LA ESQUINA DE LA CALLE 116 CON CARRERA 13, DEL BARRIO LA PAZ, DE LA CIUDAD DE SANTA MARTA, Y LUEGO DE COMPRAR UNA MAQUINA DE AFEITAR SE QUEDÓ SENTADO EN UNA SILLA, EN DONDE LLEGARON DOS SUJETOS DESCONOCIDOS, QUIENES SIN MEDIAR PALABRAS, LE PROPINARON VARIOS DISPAROS EN EL ROSTRO, Y SU CADÁVER QUEDÓ SOBRE LA SILLA EN LA QUE SE ENCONTRABA SENTADO, DESCONOCIÉNDOSE HASTA ESOS MOMENTO LOS MÓVILES Y AUTORES DEL CRIMEN EN LO QUE ATAÑE A ESTE CASO, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA EN VERSIÓN COLECTIVA DEL DÍA 5 DE JUNIO/2009 ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL CRIMEN, ARGUMENTANDO QUE LA VÍCTIMA PERTENECÍA A LA DELINCUENCIA COMÚN Y SU MUERTE FUE ORDENADA POR ÉL (JOSÉ GREGORIO ROJAS) Y MATERIALIZADA POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE VÍCTOR (GEOVANI ACOSTA OROZCO) Y SAYA (JHON JAIRO CORONADO GUERRERO), MIEMBROS DE LA ORGANIZACIÓN, CONTANDO TAMBIÉN CON LA PARTICIPACIÓN DE ALIAS ÁLVARO (JAIME ACOSTA OROZCO), QUIEN DIO LA INFORMACIÓN DE LA VÍCTIMA Y LO SEÑALÓ DE SER UN DELINCUENTE; AFIRMA QUE EN LA ACCIÓN DELICTUAL SE UTILIZÓ UNA PISTOLA CALIBRE 38. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADAN ROJAS MENDOZA ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR HOMBRES DE SU ORGANIZACIÓN.

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 192. HOMICIDIO EN PERSONA PROTEGIDA | 1 | TOMAS MARTÍNEZ NAVARRO. C.C. 11303760 | 5/03/2003 | CALLE 30 CON LA CARRERA 19. BARRIO EL PANDO. ENTRADA A LA CIUDADELA 29 DE JULIO POR EL PUENTE. | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES | A. Mediato<br>A. Mediato<br>A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADODE "JALADOR" DE MOTOS) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO | CERTIFICADO INDIVIDUAL DE DEFUNCIÓN<br><br>ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | SANTA MARTA | • ADAN ROJAS MENDOZA | A. Mediato | | | CERRADO | DE CADÁVER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe) | A. Mediato | | | | DECLARACIÓN JURADA DE JUDITH CECILIA MARTÍNEZ DE LÓPEZ |
| | | | | | • PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe) | Coautor | | | | |
| | | | | | | Coautor | | | | DECLARACIÓN JURADA DE LORENZA DE JESÚS MARTÍNEZ NAVARRO. |
| | | | | | • JHON JAIRO CORONADO GUERRERO (a) "Saya". (Participe) | Coautor | | | | |
| | | | | | • (a) "Leche". (Participe) | Coautor | | | | PROTOCOLO DE NECROPSIA NUMERO 088 PAT-03 DE FECHA 6 DE MARZO DE 2.003, PRACTICADA POR EL INSTITUTO DE MEDICINA LEGAL. |
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL SIJIN, NUMERO 0222 DEL 30 DE JULIO/2003 |
| | | | | | | | | | | DICTAMEN DE BALÍSTICA FORENSE. |
| | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN |

| | | | | | | | | | | | DE RESPONSABILI DAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 5 DE MARZO DE 2003, APROXIMADAMENTE A LA UNA Y TREINTA DE LA TARDE EN LA ENTRADA DEL BARRIO CIUDADELA 29 DE JULIO DE LA CIUDAD DE SANTA MARTA, CONCRETAMENTE EN LA CALLE 30 CON CARRERA 19, FUE ASESINADO EL SEÑOR TOMAS MARTÍNEZ, QUIEN ERA CONOCIDO CON EL ALIAS DE EL FLACO, CUANDO SE ENCONTRABA EN EL TALLER AMBULANTE DE ARREGLOS DE MOTOCICLETAS, POR DOS SUJETOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, UNO DE LOS CUALES SE BAJO DEL VEHÍCULO Y SE LE ACERCÓ PROPINÁNDOLE CUATRO DISPAROS CON ARMA DE FUEGO, MIENTRAS QUE EL SUJETO QUE CONDUCÍA LA MOTO LO ESPERABA A POCA DISTANCIA, POR LO QUE CONSUMADO EL CRIMEN, HUYERON DEL LUGAR TOMANDO RUMBO DESCONOCIDO. RESPECTO A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009, EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN ESTE HECHO, AFIRMANDO QUE EL CRIMEN FUE EJECUTADO POR LOS INDIVIDUOS DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE SAYA (JOHN JAIRO CORONADO GUERRERO) Y CORONEL (PEDRO LUIS MENDOZA HERNÁNDEZ), ARGUMENTANDO QUE LA VÍCTIMA FUE ULTIMADA POR SER JALADOR DE MOTOCICLETAS. AGREGA QUE EN LA ACCIÓN SE UTILIZÓ EFECTIVAMENTE UNA MOTOCICLETA DT DE COLOR BLANCO Y UN REVOLVER MARCA ESCORPIO.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 193. HOMICIDIO EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | 1 | ELKIN EDI MONTENEGRO SIERRA. C.C. 85475736 | 15/03/2003 | CALLE 4 No. 21E – 75. BARRIO SAN FERNANDO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• ALEXANDER BARRAGAN DIAZ (a) "El Niño". (Participe)<br>• ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe) | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | DICTAMEN DE BALÍSTICA FORENSE<br><br>INFORME DE POLICÍA JUDICIAL CTI NUMERO 909 DEL 21 DE MARZO DEL 2003<br><br>ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>PROTOCOLO DE NECROPSIA NUMERO 095/PAT 095.<br><br>INFORME SIJIN DEMAG NUMERO 0317 DEL 15 DE OCTUBRE DEL 2003<br><br>RESOLUCIÓN DE PRECLUSIÓN DE INSTRUCCIÓN DE FECHA 23 DE FEBRERO DEL 2005, QUE SE PRODUJO A FAVOR DEL PROCESADO VINCULADO A LA INVESTIGACIÓN DE NOMBRE ALEXANDER |

| | | | | | | | | | | | VARGAS MEDRANO ALIAS CUCARACHO. . FOTOCOPIA DE LA CEDULA DE CIUDADANÍA DE LA VICTIMA DIRECTA. REGISTRO DE DEFUNCIÓN DE LA VICTIMA DIRECTA NÚMERO 04529420. PERIÓDICO EL INFORMADOR DONDE SE REGISTRA LA NOTICIA DE LA MUERTE DE LA VICTIMA. CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. REPORTE DE LA VICTIMA INDIRECTA ENTREVISTA DE LA VICTIMA INDIRECTA REPORTANTE GRACIELA SIERRA |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: E ENCUENTRA DOCUMENTADO QUE EL DÍA 15 DE MARZO DE 2.003, EL SEÑOR ELKIN EDDI MONTENEGRO SIERRA, LUEGO DE ENCONTRARSE INGIRIENDO LICOR EN EL BILLAR LOS AMIGOS EN EL BARRIO SAN FERNANDO DE LA CIUDAD DE SANTA MARTA, SE DIRIGIÓ A SU CASA UBICADA EN EL MISMO BARRIO, Y APROXIMADAMENTE A LA UNA Y MEDIA DE LA MAÑANA PENETRARON A LA RESIDENCIA VARIAS PERSONAS ARMADAS, TUMBANDO LA PUERTA, Y SE DIRIGIERON DONDE ESTABA DURMIENDO ELKIN MONTENEGRO Y LE PROPINARON VARIOS DISPAROS CON ARMA DE FUEGO QUE LE QUITARON LA VIDA DE MANERA INMEDIATA, EN SU HUIDA LOS AGRESORES PROFIRIERON AMENAZAS EN CONTRA DE LA COMPAÑERA PERMANENTE DE LA VICTIMA DE NOMBRE LUZ MARINA ACUÑA Y SU HERMANO ALEX ACUÑA, PARA QUE ABANDONARA EL BARRIO. A RAÍZ DE ESTO SU COMPAÑERA SE VIO OBLIGADA A IRSE DE LA CIUDAD DE SANTA MARTA, JUNTO CON SUS MENORES HIJAS POR LAS AMENAZAS QUE ESTAS PERSONAS LES HICIERON, SEGÚN CUENTA LA MADRE DEL OCCISO EN EL REPORTE DE HECHOS ATRIBUIBLES A GAOML. RESPECTO A ESTE HECHO EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DEL 2009, EL POSTULADO JOSE GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN ESTE CASO, MANIFESTANDO QUE EL HOMICIDIO LO COMETIERON ALIAS EL NIÑO DE NOMBRE ALEX BARRAGÁN Y ALIAS CUCARACHO DE NOMBRE ALEXANDER VARGAS MEDRANO, POR INFORMACIÓN SUMINISTRADA POR ALIAS PULGA (OTALVARO DURANGO), QUIEN SEÑALO QUE LA VICTIMA ERA UN DELINCUENTE COMÚN.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

**DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL. ARTICULO 159.** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 194. HOMICIDIO EN PERSONA PROTEGIDA | 1 | RIQUELME AVENDAÑO JIMÉNEZ. C.C. 85471668 | 6/05/2003 | CALLE 11B CARRERA 23. BARRIO CESAR MENDOZA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe).<br>• ALEXANDER BARRAGAN DIAZ (a) "El Niño". (Participe) | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL-SEÑALADO DE SER DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 166 DE FECHA 6 MAYO/2003<br><br>INFORME DE POLICÍA JUDICIAL NUMERO 1550, CTI SANTA MARTA, DE FECHA 6 MAYO/2003<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>PROTOCOLO DE NECROPSIA<br><br>DICTAMEN DE BALÍSTICA FORENSE<br><br>INFORME DE POLICÍA JUDICIAL NUMERO 3169, CTI SANTA |

| | | | | | | | | | | | MARTA, DE FECHA 30 AGOSTO/2003<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 6 DE MAYO DE 2.003, DOS SUJETOS QUE SE MOVILIZABAN  EN UNA MOTOCICLETA  DE ALTO CILINDRAJE LLEGARON A LA RESIDENCIA DEL SEÑOR RIQUELME AVENDAÑO JIMÉNEZ,  Y EN EL INTERIOR DE LA MISMA LE PROPINARON VARIOS DISPAROS CON ARMA DE FUEGO QUE LE CAUSARON LA MUERTE DE MANERA INMEDIATA. LUEGO DE EJECUTADO EL CRIMEN LOS AGRESORES HUYERON DEL LUGAR EN LA MISMA MOTOCICLETA EN QUE LLEGARON.DE ESTE HECHO EN VERSIÓN COLECTIVA DEL DÍA 5 OCTUBRE/2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN EL CRIMEN, MANIFESTANDO QUE ÉL ORDENÓ ESTA MUERTE, QUE LA MUERTE DE ESTA PERSONA FUE  PERPETRADO POR ALIAS EL NIÑO (ALEXANDER BARRAGÁN DÍAZ) UTILIZANDO UNA PISTOLA CALIBRE 9 MM, LA VÍCTIMA HABÍA SIDO SEÑALADA POR ALIAS PULGA (OTÁLVARO DURANGO) QUIEN DIJO QUE EL FALLECIDO PERTENECÍA A LA DELINCUENCIA COMÚN. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA CORROBORA LO DICHO POR SU HERMANO JOSÉ GREGORIO, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO EN RAZÓN QUE EL CRIMEN FUE COMETIDO POR HOMBRES PERTENECIENTES A SU ORGANIZACIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 195. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE DE LOS REYES MARMOL CANTILLO. C.C. 85477914 | 15/05/20 03 | LLANTERIA "EL JOSE". CALLE EL BOQUERON. BARRIO LA ESTRELLA.SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JODE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL- SEÑALADO DE SER DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN A CADÁVER NO 177.<br><br>PROTOCOLO DE NECROPSIA NUMERO 186-2003.<br><br>ÁLBUM FOTOGRÁFICO DEL LA INSPECCIÓN DE CADÁVER<br><br>RECORTE DE PRENSA DONDE SE DIVULGÓ LA NOTICIA.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILI DAD PENAL DE LOS |

| | | | | | | | | | | POSTULADOS EN VERSIÓN LIBRE.  REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS. |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTCA: SE TIENE DOCUMENTADO QUE EL DÍA 15 DE MAYO DEL 2.003, APROXIMADAMENTE A LAS  7 DE LA NOCHE, EL SEÑOR  JOSE DE LOS REYES MARMOL CANTILLO, SE ENCONTRABA COMO DE COSTUMBRE EN  LA LLANTERÍA QUE TENÍA UBICADA  DEBAJO DEL PUENTE DEL BARRIO BASTIDAS DE LA CIUDAD DE SANTA MARTA,   EJERCIENDO SUS LABORES DE TRABAJO, CUANDO AL LUGAR LLEGARON DOS SUJETOS EN UNA MOTO UNO DE LOS CUALES LE PROPINÓ VARIOS DISPAROS CON ARMA DE FUEGO, DÁNDOSE A LA HUIDA LOS AGRESORES EN LA MOTOCICLETA, EN TANTO LA VICTIMA FUE LLEVADA AL HOSPITAL  CENTRAL DE LA CIUDAD, EN DONDE  LLEGÓ PRÁCTICAMENTE MUERTO.  RESPECTO A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 6 DE OCTUBRE DEL 2.009, EL POSTULADO JOSE GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN ESTE HECHO, MANIFESTANDO QUE ESTA PERSONA FUE VICTIMA DE UN ATENTADO UNOS MESES ANTES DE LA MUERTE, POR DOS MIEMBROS DE SU ORGANIZACIÓN CON LOS ALIAS CUCARACHO (ALEXANDER VARGAS MEDRANO) Y SAYA (JOHN JAIRO CORONADO GUERRERO). ARGUMENTÓ ADEMÁS QUE EL FALLECIDO FUE SEÑALADO POR UNOS DE LOS SERENOS DEL BARRIO A ALIAS PULGA (OTALVARO DURANGO), TAMBIÉN MIEMBRO DEL GRUPO, COMO DELINCUENTE COMÚN, Y ES CUANDO MANDAN A CUCARACHO Y AL SAYA, Y FUE CUANDO  NO PUDIERON DARLE MUERTE A ESTA PERSONA, QUEDO HERIDO EN ESE MOMENTO CUANDO EL PRIMER ATENTADO. QUE DESPUÉS PULGA LO UBICA Y ES CUANDO PULGA (OTALVARO DURANGO)  LE DA MUERTE CON ALIAS YAN CARLOS (HERNÁN GONZÁLEZ CORCHO) COMO A LOS CUATRO MESES DEL PRIMER ATENTADO; YA PARA ESTA OCASIÓN SE DESPLAZABAN EN UNA MOTO DT GRIS Y UTILIZARON UNA PISTOLA 9 MM. LOS AGRESORES LLEGAN HASTA LA LLANTERÍA DONDE TRABAJABA LA VICTIMA Y LE SOLICITAN QUE ARREGLARA LA MOTO Y ES CUANDO APROVECHA YAN CARLOS PARA DISPARARLE Y ASESINARLO. EN LA MISMA VERSIÓN EL POSTULADO ADAN ROJAS MENDOZA RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR MIEMBROS DE SU ORGANIZACIÓN  Y BAJO SU MANDO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 196. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | ÁNGEL CECILIO RODRÍGUEZ LÁREZ, ALEX ALFONSO ARIZA ESPINOSA | 27/05/2003 | EN UNA VIVIENDA UBICADA EN LA CARRERA 51 CON LA CALLE 6. BARRIO LUIS R CALVO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• YOVANY JOSE ACOSTA OROZCO. (a) "Víctor". (Participe).<br>• EDUAR CORTES NIÑO (a) "Dalmata", "Perro". (Participe)<br>• ROGELIO ANTONIO BUELVAS MELENDEZ (a) "Toro". (Participe) | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL-SEÑALADOS DE SER DELINCUENTES COMUN Y EXPENDEDORES DE VICIO) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTAS DE INSPECCIONES DE CADÁVER NUMERO 188 Y 189 DE FECHA 27 MAYO/2003, CORRESPONDIENTES A ÁNGEL CECILIO RODRÍGUEZ Y ALEX ARIZA ESPINOSA, RESPECTIVAMENTE.<br><br>INFORME SIJÍN DEMAG DE FECHA 27 MAYO/2003<br><br>PROTOCOLO DE NECROPSIA DE ALEX ARIZA ESPINOSA<br><br>PROTOCOLO DE NECROPSIA DE ÁNGEL CECILIO RODRÍGUEZ<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | DE CADÁVER DE ALEX ARIZA |
| | | | | | | | | | | | COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER DE ÁNGEL RODRÍGUEZ |
| | | | | | | | | | | | DICTAMEN BALÍSTICA FORENSE DE FECHA 17 JUNIO/2003 |
| | | | | | | | | | | | INFORME DE POLICÍA JUDICIAL SIJÍN DEMAG DE FECHA 21 OCTUBRE/2003 |
| | | | | | | | | | | | REPORTE DE HECHOS POR LA VICTIMA INDIRECTA |
| | | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN |

| | | | | | | | | | | | DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 27 DE MAYO DE 2.003, EN HORAS DE LA NOCHE, AL INTERIOR DE LA VIVIENDA UBICADA EN LA CARRERA 51 CON CALLE DEL BARRIO LUIS R CALVO, EN DONDE SE ENCONTRABA LOS SEÑORES ANGEL CECILIO RODRIGUEZ LAREZ Y ALEX ALFONSO ARIZA ESPINOZA, PENETRARON DOS SUJETOS QUE LES PROPINARON VARIOS DISPAROS A CADA UNA DE LAS VICTIMAS QUE LES CAUSO LA MUERTE, LOS AGRESORES LUEGO DE EJECUTAR EL CRIMEN HUYERON DEL LUGAR EN UNA MOTOCICLETA EN LA QUE SE MOVILIZABAN. EN LO QUE ATAÑE A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 6 DE OCTUBRE/2009 EL POSTULADO JOSÉ GREGORIO ROJAS MENDOZA, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL DOBLE HOMICIDIO, MANIFESTANDO QUE ESTE HECHO FUE COMETIDO POR LOS HOMBRES DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE VÍCTOR (GIOVANNI ACOSTA OROZCO) Y ALIAS TORO, DE QUIEN DICE EL POSTULADO NO SABER SU IDENTIDAD Y PARADERO; EN CUANTO A LAS CIRCUNSTANCIAS QUE RODEAN EL HECHO, AFIRMA DESCONOCERLA YA QUE SOLO HABÍA DADO LA ORDEN PARA SU ASESINATO, YA QUE ALIAS PULGA (OTALVARO DURANGO) LOS HABÍA SEÑALADO COMO DELINCUENCIA COMÚN. ESTA MISMA VERSIÓN LA SOSTIENE EL POSTULADO ADÁN ROJAS MENDOZA, QUIEN ACEPTA Y RECONOCE SU RESPONSABILIDAD EN EL DOBLE HOMICIDIO POR HABER SIDO COMETIDA POR MIEMBROS DE SU ORGANIZACIÓN, DE LA CUAL ÉL ERA EL COMANDANTE MILITAR.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 197. HOMICIDIO EN PERSONA PROTEGIDA | 1 | KEITH ELIAS GRANADOS FERREIRA. C.C. 7632867 | 8/11/2003 | CARRERA 6 No. 9 – 31. BARRIO OLAYA HERRERASANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe).<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". (Participe) | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL-SEÑALADO DE SER DELINCUENTE COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | REGISTRO CIVIL DE DEFUNCIÓN DE KEITH ELÍAS GRANADO FERREIRA<br><br>RECORTE DE PRENSA DE LA ÉPOCA DONDE SE DIVULGÓ LA NOTICIA DEL HECHO.<br><br>CERTIFICACIÓN EXPEDIDA POR MEDICO SIQUIATRA A NOMBRE DE LEDER GRANADOS FERRREIRA, QUIEN PADECE ESQUIZOFRENIA Y TRASTORNO DE LA PERSONALIDAD.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE.<br>REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 8 DE NOVIEMBRE DE 2.003, EL SEÑOR   KEITH GRANADOS,  SE ENCONTRABA DENTRO DE SU CASA UBICADA EN LA CARRERA 6 NO. 9-31, BARRIO OLAYA HERRERA,  CUANDO LLEGÓ UN SUJETO  JOVEN DE ASPECTO DEL INTERIOR DEL PAÍS,  QUE SIN MEDIAR PALABRA ALGUNA DESDE AFUERA DE LA TERRAZA LE DISPARÓ CON ARMA DE FUEGO A KEITH, CAUSÁNDOLE LA MUERTE.  REFERENTE A ESTE HECHO EN VERSIÓN COLECTIVA DEL DÍA CUATRO DE JUNIO DE 2009, EL SEÑOR JOSE GREGORIO ROJAS,  ACEPTA SU RESPONSABILIDAD EN EL CRIMEN, ARGUMENTANDO COMO MOTIVOS QUE KEITH GRANADOS, TENÍA AZOTADA LA ZONA DEL MERCADO PUBLICO Y PESCAITO EN ROBOS CONTINUOS EN ESE SECTOR Y YA SE TENÍAN EN VARIAS QUEJAS DE ESTA PERSONA EN SU FORMA DE DELINQUIR Y ACTUAR. PARTICIPARON EN EL HECHO DE ORDEN EXPRESA QUE ÉL DIERA A LUCAS (EVER GAMARRA BALLESTEROS), QUIEN LO EJECUTA DENTRO DE LA VIVIENDA, TAMBIÉN PARTICIPARON ALIAS CORONEL (PEDRO LUIS MENDOZA HERNÁNDEZ), ALIAS ALVARO (JAIME ACOSTA OROZCO) HA POSTULADO ADAN ROJAS MENDOZA EN VERSIÓN DEL 22 DE JULIO DE 2010 RECONOCE EL HECHO POR LÍNEA DE MANDO, TENIENDO EN CUENTA QUE EL HOMICIDIO FUE COMETIDO POR HOMBRES PERTENECIENTES A SU AGRUPACIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 198. HOMICIDIO EN PERSONA PROTEGIDA | 1 | GILBER RÍOS JIMÉNEZ. C.C. 85457239 | 12/06/2002 | VEREDA CAÑAVERAL. CORREGIMIENTO DE GUACHACA.SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO | A. Mediato<br>A. Mediato | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | CONTRERAS | Coautor | | | CERRADO |
| | | | | | • JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe). | Coautor | | | |
| | | | | | • JAIME ACOSTA OROZCO (a) "Álvaro". (Participe) | Coautor | | | |
| | | | | | • EDUARDO EMILIO IGLESIAS CASTELBONSO (a) "Lalo". (Participe). | Coautor | | | |
| | | | | | • (a) "Mane". (Participe) | | | | |
| | | | | | • (a) "Coyote". (Participe) | | | | |

SITUACION FACTICA: EL DÍA 12 DE JUNIO DE 2002, A ESO DE LAS 3:30 DE LA TARDE, LA VICTIMA QUE REGABA MERCANCÍA, FUE A ENTREGAR UN ELECTRODOMÉSTICO, AL SECTOR DE CAÑAVERAL GUACHACA, DE REGRESO SE ENCONTRÓ CON UN CLIENTE EN UNA TIENDA UBICADA EN LA ENTRADA AL PARQUE TAYRONA, EN ESE MOMENTO QUE HABLABA CON ESE CLIENTE, DE UN BILLAR QUE QUEDABA AL LADO, SALIÓ UN HOMBRE Y SE DIRIGIÓ HACIA DONDE ELLOS DOS Y LE PREGUNTA A LA VICTIMA ALGO, CUANDO ÉL VOLTEA PARA CONTESTARLE EL HOMBRE LE DISPARA, CAUSÁNDOLE LA MUERTE EN FORMA INMEDIATA, AL PROPINARLE DOS DISPAROS EN LA CABEZA. EL ASESINO FUE RECOGIDO POR OTRO SUJETO EN UNA MOTO Y TOMARON DIRECCIÓN HACIA SANTA MARTA. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN LA ENTRADA DEL CABALLERAL, PARQUE TAYRONA, LA MUERTE DE UNA PERSONA QUE NO RECUERDA EL NOMBRE, EL ALIAS ES EL NEGRO, ERA COMERCIANTE, REGABA MERCANCÍA A CRÉDITO, DIERON LA ORDEN POR ENTREGABA INFORMACIÓN, PARTICIPARON ALIAS MANE, ÁLVARO Y OTRA QUE NO RECUERDA MANEJANDO EL CARRO, QUE LE PRESENTARON A ALIAS COYOTE Y EL MOSTRÓ LA VÍCTIMA, QUE ESTUVIERON 4 HORAS FRENTE A LA CASA DE LA PERSONA, PERO NO LLEGO, ALIAS COHETE SE FUE, Y LLEVO A OTRO PERSONA PARA QUE LO MOSTRARA Y LES DIJO QUIEN ERA, USTED SALIO CAMINANDO HACIA DONDE ESTABA LA PERSONA, LE HABÍAN DICHO QUE ERA ARISCO, LE PROPINO DOS TIROS EN LA CABEZA, ÁLVARO LO RECOGIÓ EN UNA MOTO, QUE ALIAS MANE PUEDE ESCLARECER EL HECHO Y CREE QUE LA ORDEN FUE DE HERNÁN GIRALDO O WALTER TORRES O ALIAS VENGOCHEA; AGREGO QUE CON ESTA VÍCTIMA EL QUE LO MOSTRÓ SE EQUIVOCO, YA QUE EL QUE MURIÓ NO ERA LA PERSONA QUE HABÍA QUE MATAR, QUE RECUERDA QUE ALGUIEN LE DIJO QUE EL QUE MURIÓ ERA APELLIDO RÍOS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 199. HOMICIDIO EN PERSONA PROTEGIDA | 1 | ANDRÉS MARCELO ANDRADE ESCORCIA (MENOR DE EDAD – 17 AÑOS) | 27/02/2003 | EN UN TALLER DE BICICLETA. CORREGIMIENTO DE GAIRA. FRENTE A LA IGLESIA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• EVER GAMARRA BALLESTEROS (a) "Lucas". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIALLIMPIE ZA SOCIAL- SEÑALADO DE DELINCUENTE COMUN – ERA CONOCIDO COMO EL SAYAYIN | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER<br><br>INFORME DE POLICÍA JUDICIAL CTI DEL 27 DE MARZO DEL 2003<br><br>ÁLBUM FOTOGRÁFICO DE INSPECCIÓN DE CADÁVER<br><br>DICTAMEN DE BALÍSTICA FORENSE, MEDICINA LEGAL BARRANQUILLA<br><br>PROTOCOLO DE NECROPSIA<br><br>INFORME CTI SANTA MARTA, DEL 14 DE MAYO DEL 2003<br><br>REGISTRO CIVIL DE |

| | | | | | | | | | | DEFUNCIÓN DE LA VÍCTIMA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CONFESIÓN Y ACEPTACIÓN DE RESPONSABILIDAD HECHO POR LOS POSTULADOS EN VERSIÓN LIBRE |
| | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUAION FACTICA: EL 27 DE FEBRERO DEL AÑO 2003, A ESO DE LAS 9 DE LA MAÑANA, LA VICTIMA ESTABA ARREGLANDO SU BICICLETA EN UN TALLER UBICADO FRENTE A LA IGLESIA DE GAIRA, ESTABA SENTADO EN UNA MECEDORA COMIÉNDOSE UN BOLI, CUANDO LLEGARON DOS SUJETOS EN MOTO, Y UNO DE ELLOS LE PREGUNTO QUE SI A EL LE DECÍAN SAYAYIN, LUEGO UNO DE LOS DOS SUJETOS, LE DISPARÓ CON UN ARMA DE FUEGO EN VARIAS OCASIONES, DEJÁNDOLO GRAVEMENTE HERIDO, SIENDO TRASLADADO AL PUESTO DE SALUD DE GAIRA Y DE ALLÍ AL HOSPITAL DE SANTA MARTA, DONDE FALLECIÓ ESE MISMO DÍA.LA VICTIMA SE DEDICABA A TRABAJAR EN UNA BOMBA QUE ESTÁ EN LA SALIDA DE GAIRA, LAVANDO CARROS. EL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO OCURRIDO EL 27 FEBRERO DE 2003 EN EL CORREGIMIENTO DE GAIRA, FRENTE A LA IGLESIA, LA MUERTE DE ANDRÉS MARCELO ANDRADE ESCOCIA ALIAS EL SAYAYIN, LOS MOTIVO FUERON POR SER DELINCUENTE COMÚN, QUE SE UTILIZO UNA MOTO DT DE COLOR BLANCA Y UN REVOLVER 38 ESCORPIO, PARTICIPARON ALIAS LUCAS Y YO, QUE A LUCAS SE LO SEÑALARON EL ME LO MOSTRÓ A MI, SE BAJO EN UNA ESQUINA ANTE, DIAGONAL A LA ESTACIÓN DE POLICÍA DE GAIRA, QUE ME DIRIGI A LA CAS DE LA VICTIMA Y EL ESTABA SENTADO EN UNA MECEDORA Y LE DISPARO, LUEGO SALIERON EN MOTO POR GAIRA.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

ESTE HECHO SE LE IMPUTA EN CONCURSO CON EL DE   PORTE DE ARMA DE FUEGO Y MUNICIONES (LEY 599 DE 2000). TITULO XII, DELITOS CONTRA LA SEGURIDAD PUBLICA, CAPITULO SEGUNDO, ARTICULO 365. **FABRICACIÓN, TRÁFICO Y PORTE DE ARMAS DE FUEGO O MUNICIONES**: EL QUE SIN PERMISO DE AUTORIDAD COMPETENTE IMPORTE, TRAFIQUE, FABRIQUE, TRANSPORTE, ALMACENE, DISTRIBUYA, VENDA, SUMINISTRE, REPARE O PORTE ARMAS DE FUEGO DE DEFENSA PERSONAL Y MUNICIONES, INCURRIRÁ EN PRISIÓN DE UNO (1) A CUATRO (4) AÑOS.

LA PENA MINIMA ANTERIORMENTE DISPUESTA SE DUPLICARA CUANDO LA CONDUCTA SE COMETA EN LAS SIGUIENTES CIRCUNSTANCIAS.

5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, **O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 200. HOMICIDIO EN PERSONA PROTEGIDA | 1 | MIGUEL ÁNGEL ORTIZ POLO. C.C. 7603851 | 30/01/2002 | BARRIO EL PANDO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe). | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | SE TIENE LA CONFESIÓN DEL POSTULADO EN LA QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS<br><br>INFORMES DE POLICÍA JUDICIAL<br><br>FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS.<br><br>CARPETA DE |

| | | | | | | | | | | | VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA, COPIA DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DIA 30 DE ENERO DEL 2002 SIENDO LAS TRES DE LA TARDE LA VICTIMA SE ENCONTRABA DURMIENDO EN LA SALA DE LA CASA, EL ESTABA SOLO Y LLEGARON DOS HOMBRES QUE SUBIERON AL CERRO Y ASI DORMIDO LE DIERON MUERTE. EL POSTULADO JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL HECHO: HOMICIDO MIGUEL ANGEL ORTIZ POLO  ERA CONOCIDO COMO CUAO ESTABA DURMIENDO EN EL PISO DE UNA CASA A LO ALTO DE UN CERRO LLEGARON DOS TIPOS Y LE DISPARARON TENIA LA CABEZA SOBRE UNA ALMOHADA LLEGARON DOS TIPOS LE DISPARARON LE PEGARON 2 TIROS. RESPONDE EL VERSIONADO:  YO CREO QUE ESA PERSONA COINCIDE CON LOS DATOS DE AHORA RATO DEBE SER AL MISMA PERSONA NO ESTOY MUY SEGURO FUE COMO EN EL 2002 EL ESTABA DURMIENDO DENTRO DE UNA CASA EN LA TERRAZA SOBRE UNA ALMOHADA ESO LO COMETIO ALIAS WILLY, LICHO Y CABALLO LOCO, ESO ES POR EL SECTOR DEL CODO DEL PANDO ES EL MISMO SECTOR DEL PRIMERO DE MAYO. YO ME ASOMO POR LA VENTANA Y EL ESTA ACOSTADO TIENE LA CABEZA HACIA LA VENTANA, LOS PIES HACIA ADENTRO. SE LE DIO DOS TIROS  CON UN REVOLVER RUGER.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 201 HOMICIDIO EN PERSONA PROTEGIDA | 1 | JORGE GUILLERMO VALENCIA ELJACH. | 20/06/2002 | PUENTE EL MAYOR. AVENIDA EL FERROCARRIL. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe).<br>• (a) "Cara de Muñeca". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALADO DE DELINCUENCIA COMUN) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NUMERO. 261 DEL 20 DE JUNIO DEL 2002<br><br>INFORME DE POLICÍA JUDICIAL SIJÍN DEMÁS DEL 20 JUNIO/2002.<br><br>PROTOCOLO DE NECROPSIA<br><br>RESOLUCIÓN INHIBITORIA DE FECHA 9 DE |

| | | | | | | | | | | | ENERO/2003., QUE SE TOMO DENTRO DEL PROCESO PENAL QUE SE ADELANTÓ EN SU MOMENTO. CERTIFICACIÓN DE EXISTENCIA DEL PROCESO. CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DIA DE LOS HECHOS LA VICTIMA SALIÓ TEMPRANO DE LA CASA A ESPERAR CAMIONES QUE PASABAN POR LA AVENIDA EL FERROCARRIL, SE HACIAN EN LA PARTE BAJA DEL PUENTE EL MAYOR Y CUANDO PASABAN LOS CAMIONES CARGADOS, LE SACABAN LA MANO PARA OFRECER EL SERVICIO DE DESCARGARLOS, ESTANDO AHÍ SENTADO ERAN COMO LAS 8 Y MEDIA DE LA MAÑANA

CUANDO LLEGARON UNOS SUJETOS Y LE DISPARARON EN LA CABEZA QUEDANDO MUERTO SOBRE EL ANDEN. EL POSTULADO WILLINTONG MORA BUENHABER MANIFIESTA SOBRE ESTE HECHO: EL 20 DE JUNIO DE 2002, PUENTE EL MAYOR, JORGE GUILLERMO VALENCIA ELJACH. DELINCUENCIA COMUN, LO SEÑALO CARA DE MUÑECA, DUEÑO DE TIENDA LA LIBANESA EN MARIA EUGENIA. IMPLICADOS WILLY Y LICHO, DISPARO EL VERSIONADO, NO LO CONOCIA, SE LO SEÑALO ALIAS CARA DE MUÑECA EL DUEÑO DE LA LIBANESA, EL SE REUNIO CON PULGAS Y LE DIO LA INFORMACION Y COMO EL LO CONOCIA DIJO QUE LO MOSTRABA. SE SOLICITO LA ORDEN ESE DIA ESTABA ALIAS ORLANDO Y EL MISMO DIA FUE EL HECHO, TENIA UNA BURBUJA GRIS Y SE SUBIERON CON CARA DE MUÑECA PARA MOSTRAR LA VICTIMA. SE PROYECTA FOTOGRAFIA DE VICTIMA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES

VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 202. HOMICIDIO Y TENTATIVA DE HOMICIDIO EN PERSONA PROTEGIDA | 2 | VIANCA CURE MUVDI (FALLECIDA) Y EDGAR ALONSO BORJA ORTEGA (MENOR (12 AÑOS) – HERIDO) | 5/07/2002 | CALLE 5 No. 31ª – 16. BARRIO VILLA AURORA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• JHON JAIRO CORONADO GUERRERO (a) "El Saya". (Participe).<br>• EVER DE JESUS GAMARRA BALLESTEROS (a) "Lucas". (Participe) | A. Mediator<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALADA DE SER EXPENDEDORA DE VICIO-VIANCA) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | SE TIENE LA CONFESIÓN DEL POSTULADO EN LA QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS<br><br>INFORMES DE POLICÍA JUDICIAL<br><br>FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>CARPETA DE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe) | | | | | VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA, COPIA DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 5 DE JULIO DE 2002, QUE LOS ACTOS DELICTIVOS TUVIERON OCURRENCIA A ESO DE LAS 7 DE LA NOCHE, EN MOMENTOS EN QUE LUCELLYS BORJA, VEÍA TELEVISIÓN, EN LA SALA DE SU CASA, EN COMPAÑÍA DE SU HIJO EDGAR ALFONSO Y DE BIANCA CURE MUVDI, ÉSTA ÚLTIMA UNA AMIGA DE LA CASA, QUE ESTABA VIVIENDO CON ELLOS Y QUE SEGÚN SE CONOCIÓ SU OFICIO ERA EL DE MERETRIZ, EN SECTORES DE LA BAHÍA DE SANTA MARTA; A LA HORA INDICADA ENTRARON A LA RESIDENCIA DOS MUCHACHOS Y PROCEDIERON A DISPARARLE EN REPETIDAS OCASIONES A BIANCA, DEJÁNDOLA GRAVEMENTE HERIDA, AL MISMO TIEMPO EL MENOR EDGAR ALFONSO SE LE ABALANZÓ A UNO DE LOS SICARIOS, RECIBIENDO UN IMPACTO DE BALA POR LA MEJILLA DERECHA, CUYA OJIVA ENTRÓ A LA BOCA Y SE INCRUSTÓ EN LA MANDÍBULA.  TANTO EDGAR COMO BIANCA, FUERON TRASLADADOS AL HOSPITAL,  AL QUE ÉSTA ÚLTIMA LLEGÓ SIN VIDA, MIENTRAS QUE EDGAR FUE ATENDIDO DE SUS HERIDAS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

IGUALMENTE COMO RESULTARON PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA. IGUALMENTE COMO RESULTARON PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 203. HOMICIDIO Y TENTATIVA DE HOMICIDIO EN PERSONA PROTEGIDA | 2 | YOLANDA MUÑOZ JOC (FALLECIDA) Y JHON CARLOS RIVERA PATIÑO (HERIDO). C.C. 71731494 | 21/08/2002 | CALLE 11D No. 19ª – 17. BARRIO SAN FRANCISCOSANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (Participe)<br>• ADAN ROJAS MENDOZA. (Participe)<br>• WILLINGTON MORA | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coauto | CONTROL SOCIAL. | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | SE TIENE LA CONFESIÓN DEL POSTULADO EN LA QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS<br><br><br>INFORMES DE POLICÍA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BUENHABER. (a) "Willy". (Participe). ● RUBEN GIRALDO (Participe) ● (a) ORLANDO. (Participe) ● JESUS ELI BAYONA ROPERO (a) "Licho". (Participe). | r Coautor Coautor Coautor Coautor | | | | JUDICIAL FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA, COPIA DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA. |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 22 DE  AGOSTO DE 2002 A ESO DE LAS 5:30 DE LA TARDE CUANDO LAS VÍCTIMAS  YOLANDA MUÑOZ JOT Y HERIDO JHON CARLOS RIVERA PATIÑO,  SE ENCONTRABAN EN LA TERRAZA DE LA CASA UBICADA EN  LA CALLE 11D NO. 19ª-17 DE LA CIUDAD DE SANTA MARTA, CUANDO SE LES ACERCO UN HOMBRE Y LES DISPARO CAUSÁNDOLE LA MUERTE A LA SEÑORA YOLANDA MUÑOZ JOT Y HERIDAS  A JHON CARLOS RIVERA PATIÑO, POR LO QUE RECIBIÓ TRATAMIENTO MEDICO POR 15 DÍAS EN UN HOSPITAL DE LA CIUDAD DE SANTA MARTA  Y POR AÑO Y MEDIO EN MEDELLÍN, QUE CAPTURARON A DOS PERSONAS AUTORES DE LOS HECHOS, LOS CUALES FUERON POSTERIORMENTE LIBERADOS YA QUE NO SE LES PUDO HACER RECONOCIMIENTO POR QUE LA VÍCTIMA RECIBIÓ AMENAZAS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

IGUALMENTE COMO RESULTARON  PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA:  **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA. IGUALMENTE COMO RESULTARON  PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA:  **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 204 HOMICIDIO EN PERSONA PROTEGIDA | 1 | RAFAEL ENRIQUE MIER CABRERA. C.C. 85473702 | 15/03/2004 | VEREDA TRES PUENTES. CORREGIMIENTO DE MINCA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE DEL C GELVES<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• (a) "Geyo". (Participe).<br>• (a) "Lenin". (Participe).<br>• (a) "Samir". (Participe).<br>• (a) "Gafas". (Participe). | A. Mediato<br><br>Coauto r<br><br>Coauto r<br><br>Coauto r<br><br>Coauto r<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADO DE QUE LE ROBABA A LA GENTE) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | SE TIENE LA CONFESIÓN DEL POSTULADO HECHA EN SUS DILIGENCIAS DE VERSIONES EN LAS QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS.<br><br>-INFORMES DE POLICÍA JUDICIAL DE FECHA 31 DE JULIO DE 2009, SUSCRITO POR FUNCIONARIOS DE POLICÍA JUDICIAL ADSCRITOS A ESTE DESPACHO.<br><br>-FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE PRENSA EN LA QUE SE |

| | | | | | | | | | | | PUBLICO EL HECHO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | -VIDEO CLIP CON LA NARRACIÓN DE LAS VICTIMAS INDIRECTAS SOBRE EL HECHO. |
| | | | | | | | | | | | -CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON LA VICTIMA DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 15 DE MARZO DEL AÑO 2004, EL SEÑOR RAFAEL ENRIQUE MIER CABRERA SE ENCONTRABA EN SU RESIDENCIA UBICADA EN EL SECTOR DE LOS TRES PUENTES EN EL CORREGIMIENTO DE MINCA, CUANDO LLEGARON UNOS SUJETOS ARMADOS QUIENES PROCEDEN A DISPARAR EN MÚLTIPLES OCASIONES, CAUSÁNDOLE LA MUERTE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 205.HOMICIDIO EN PERSONA PROTEGIDA | 1 | | | | • HERNAN GIRALDO SERNA -<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• LUIS CARLOS LOPEZ CASTRO (a) "Orejitas". (Participe)<br>• ELMER ENRIQUE CARBONO CASTILLO (a) "Azulito. (Participe)<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito" (Participe)<br>• LUIS ANTONIO BARRETO MEZA (a) "Franklin". (Participe)<br>• (a) "Jorge Portillo". (Participe) | A. Mediato<br><br>Coauto r<br><br>Coauto r<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALADO DE ATRACADOR). | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | -FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO<br><br>-VIDEO CLIP CON LA NARRACIÓN DE LAS VICTIMAS INDIRECTAS SOBRE EL HECHO.<br><br>-CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON LA VICTIMA |
| | | JORGE LUÍS MORENO NÚÑEZ. C.C. 12630973 | 27/06/20 01 | CALLE 33 No. 70 – 35. BARRIO ONCE DE NOVIEMBRE. SANTA MARTA | | | | | |

| | | | | | | | | | | | DIRECTA, PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA. |
| | | | | | | | | | | | -COPIAS DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA, QUE CONTIENE EL ACTA DE LEVANTAMIENTO DE CADAVER, PROTOCOLO DE NECROPSIA, REGISTRO DE DEFUNCION, DECLARACIONES JURADAS, INFORME POLICIVO, AUTOS DE IMPUSLSO Y RESOLUCIÓN Y/O DECISIÓN TOAMDA EN LA INVESTIGACIÓ |

| | | | | | | | | | | | N POR EL FUNCIONARIO DEL CONOCIMIENTO |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EL POSTULADO EN VERSION LIBRE EL 27/10/2009 MANIFIESTA: EL ULTIMO FUE EN EL 11 DE NOVIEMBRE. QUE TENIA UNA MAQUINITA DE JUEGOS, YO LO SEÑALE, ESTUVO JORGE PORTILLO, LO MATO AZULITO. SE LE MUESTRA POR PARTE DEL DESPACHO FOTOGRAFIA DE LA VICTIMA JORGE LUIS MORENO NUÑEZ, HECHOS JUNIO 27 2001 BARRIO 11 DE NOVIEMBRE. SE MUESTRA FOTOGARFIA DEL LUGAR DE LOS HEHOS. RESPONDE EL VERSIONADO: SI AHI TENIA LAS MAQUINITAS. LA ORDEN LA TRAJO JORGE Y CREO QUE QUEMAITO TAMBIEN, JORGE NOS DIJO QUE QUEMAITO HABIA DADO LA ORDEN. ACEPTO ESTE HECHO Y PIDO PERDON A LAS VICTIMAS.

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| 206.HOMICIDIO EN PERSONA PROTEGIDA | 1 | JUVENAL VICENTE DIAZ VERA. C.C. 12533968 | 13/05/1982 | CALLE 11 CARRERA 10 ESQUINA. GRANERO "EL NORTEÑO"MERCADO PUBLICO. | • HERNAN GIRALDO SERNA | Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | SANTA MARTA | | | | | CERRADO | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

SITUACION FACTICA:  FISCAL SE TIENE REGISTRADO QUE LA VICTIMA ERA JUVENAL VICENTE DIAZ VERA EL HECHO 14 DE MAYO DE 1982, EN EL MERCADO PUBLICO DE SANTA MARTA. HERNAN GIRALDO  YO DI LA ORDEN ACEPTO RESPONSABILIDAD .

| 185. HOMICIDIO EN PERSONA PROTEGIDA Y DESPLAZAMIENTO FORZADO | 1 | DEOGRACIA LIZCANO MANTILLA | 6/12/1982 | VEREDA MACHETE PELAO. CORREGIMIENTO DE GUACHACA - SANTA MARTA | • HERNAN GIRALDO SERNA | Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: HOMICIDIO DEOGRACIAS LIZCANO MANTILLA OCURRIDO EL 12 JUNIO 1982 EN MACHETE PELAO. POSTULADO SI CONOCI A DEOGRACIA LIZCANO EL HOMICIDIO FUE CUANDO HUBO EL PROBLEMA DE OTONIEL CASTRO Y DANIEL OCHOA NO RECUERDO QUIEN LO MATO SI FUE POR PARTE DE LA ORGANIZACION QUE LE DIO MUERTE NO RECUERDO LA PERSONA QUE LO MATO ACEPTO RESPONSABILIDAD. FISCAL LOS MOTIVOS CUANDO QUEDO INVALIDO ANDRES OCHOA Y MURIO OTONIEL CASTRO FISCAL FUE EN EL MISMO HECHO FUE COMO DOS DIAS DESPUES. FISCAL PERO FUE EN REPRESALIA. POSTULADO SI DOCTORA FISCAL QUIENES HABIAN DISPARADO CONTRA ANDRES Y OTONIEL. POSTULADO HUBO UNA PELEA DE VARIOS CONTRA VARIOS. FISCAL PORQUE FUE QUE RESULTA MUERTO EL SEÑOR OTONIEL CASTRO Y HERIDO ANDRES OCHOA PAPA DE LOS HERMANOS OCHOA BALLESTEROS POSTULADO ELLOS ERAN PAISANOS ERAN CUESTIONES DE BORRACHERA PORQUE UNO QUERIA IRSE Y EL OTRO NO DEJABA UN MUCHACHO LE PEGO UN TIRO ANDRES Y SE FORMO LA GRANDE. FISCAL Y DEOGRACIAS ESTABA PRESENTE ALLI, POSTULADO SI ESTABA AHI FISCAL EL INTERVINO CONTRA ANDRES Y OTONIEL DISPARO O INTERVINO DE ALGUNA MANERA. POSTULADO LA PELEA ERA LA GENTE DE ANDRES Y LA GENTE DE OTONIEL. FISCAL Y DEOGRACIAS ESTABA DE QUE LADO. POSTULADO DE PARTE DE LOS DE OTONIEL. FISCAL ESO LO COMETIO GENTE DE LA ORGANIZACION POSTULADO SI

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| 207. HOMICIDIO EN PERSONA PROTEGIDA | 1 | JOSE JOAQUIN QUIMBAYO. C.C. 12529208 | 21/05/19 88 | TIENDA LOS AMIGOS. CARRETERA PRINCIPAL. CORREGIMIENTO DE BURITACA.- SANTA MARTA | • HERNAN GIRALDO SERNA • CARLOS BETANCUR (a) "Punto Rojo", "Caliche". (Participe) | A. Mediato Coautor Coautor | CONTROL SOCIAL. (LIMPIEZA SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | |

SITUACION FACTICA: HOMICIDIO DE JOSE JOAQUIN QUIMBAYO 21 DE MAYO 1988 EN BURITACA, A LAS 11 DE LA NOCHE SE ESCUCHARON UNOS DISPAROS AL DIA SIGUIENTE SE ESTABLECIO QUE EL ERA LA VICTIMA TENIA UNA TIENDA QUE VENDIA CERVEZA Y TENIA MESAS DE BILLAR. POSTULADO YO CONOCI A JOACO ERA AMIGO MIO SUPE QUE LO MATO EL SEÑOR CALICHE, NUNCA DIJO PORQUE LO MATO. FISCAL: CALICHE HACIA PARTE DEL GRUPO. POSTULADO: EL TRABAJABA; ACEPTO LA RESPONDABILIDAD NO SUPE PORQUE LO MATO, EL SEÑOR EL ERA AMIGO MIO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 208. HOMICIDIO EN PERSONA PROTEGIDA | 2 | HARLEY AMADOR PEREZ Y NILSON FERNANDO AMADOR PEREZ | 28/02/20 04 | VEREDA DON DIEGO. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• DANIEL GIRALDO C | A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALDAOS DEL HURTO EN UN BAR DEL SECTOR) | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | . REPORTE DEL HECHO.<br><br>2. CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE.<br><br>3. INFORME DE POLICÍA JUDICIAL<br><br>4. FOTOGRAFÍA DE LA VICTIMA |

SITUACION FACTICA:  SE TIENE DOCUMENTADO QUE EL DÍA 28 DE FEBRERO DE 2.004, A ESO DE LAS 4 DE LA MADRUGADA, AL RANCHO UBICADO EN LAS PLAYAS DE DON DIEGO, DONDE VIVIAN LOS JÓVENES NILSON FERNANDO AMADOR PEREZ,  Y  HERLEY AMADOR PEREZ, JUNTO CON SUS PADRES, HICIERON PRESENCIA 4 HOMBRES, QUE SE DESPLAZABAN EN UNA CAMIONETA, QUIENES DEJARON EL VEHÍCULO A LA ALTURA DEL PUENTE Y DESPLAZÁNDOSE A PIE HASTA EL RANCHO, SE LLEVARON POR LA FUERZA A LOS JÓVENES, Y MÁS ADELANTE LES DIERON MUERTE, EN CUANTO EL CADÁVER DE NILSON FUE ENCONTRADO CERCA DE UNA IGLESIA PENTECOSTAL, EN DON DIEGO Y EL CADÁVER DE HERLEY FUE ENCONTRADO EN LA VEREDA LOS COQUITOS, EN UN PUNTO LLAMADO "JORARA", AMBOS CADÁVERES PRESENTABAN IMPACTOS DE ARMA DE FUEGO, EL PRIMERO TENIA 6 IMPACTOS Y EL SEGUNDO  7 IMPACTOS

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS

CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 209. HOMICIDIO EN PERSONA PROTEGIDA | 1 | HERNANDO MEDINA GUTIERREZ. C.C. 7600186 | 13/10/2002 | VEREDA PUERTO NUEVO. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO CONTRERAS<br>• ELISEO BELTRAN CADENA (a) EL GORDO | A. Mediato | CONTROL SOCIAL (LIMPIEZA SOCIAL- SEÑALDAO DE SER EXPENDEDOR DE VICIOS | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER NO 021 PRACTICADA POR EL INSPECTOR DE POLICÍA DE GUACHACA EL 13 DE OCTUBRE DE 2.002.<br><br>2. REGISTRO DE DEFUNCIÓN NUMERO 04525802 EXPEDIDO POR LA REGISTRADURÍA DE SANTA MARTA A NOMBRE DE HERNANDO MEDINA GUTIERREZ.<br><br>**3**. CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE.<br><br>4. INFORME DE POLICÍA JUDICIAL.<br><br>5. FOTOGRAFÍA |

| | | | | | | | | | | | DE LA VICTIMA. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 6. FOTOGRAFÍA DEL SITIO EN DONDE SE REGISTRARON LOS HECHOS. |
| | | | | | | | | | | | 7. COPIA DEL PANFLETO QUE SE DEJÓ SOBRE EL CAVADER |

SITUACION FACTICA: EL HECHO SUCEDIÓ EL 13 DE OCTUBRE DE 2.002, EN LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, EN LAS PRIMERAS HORAS DE LA MAÑANA, CUANDO HOMBRES ARMADOS LLEGARON A LA RESIDENCIA DEL SEÑOR HERNANDO MEDINA GUTIERREZ Y AL TOCARLE LA PUERTA SALIÓ AL LLAMADO Y ALLÍ SE LE DIO MUERTE, COMO CONSECUENCIA DE MÚLTIPLES HERIDAS CAUSADAS CON PROYECTILES DE ARMAS DE FUEGO Y SUS AGRESORES DEJARON SOBRE EL CADÁVER UN PANFLETO QUE DECÍA "POR VENDEDOR DE VICIO".

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1816

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 210. HOMICIDIO Y TENTATIVA EN PERSONA PROTEGIDA | 2 | NICOLÁS ANTONIO OROZCO CASTRO (MUERTO). C.C. 84455010. Y PETRONA ISABEL PACHECO CASTRO (HERIDA - MADRE DE AQUEL). C.C. 3900225 | 8/05/2002 | CARRERA 51 No. 24C – 63. BARRIO TAYRONITA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• WILLINTONG MORA BUENHABER<br>• JEUS ELI BAYONA ROPERO | A. Mediato | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | IRRUPCION SITIO CERRADO |

SITUACION FACTICA: LA VICTIMA SE ENCONTRABA VIENDO TELEVISION EN LA SALA DE LA CASA CUANDO LLEGARON DOS HOMBRES CAMINANDO Y SIN PRINUNCIAR NINGUNA PALABRA COMENZARON A DISPARARLE, CUANDO RECIBE EL PRIMER TIRO CORRIO HACIA EL CUARTO EN DONDE  ESTABA LA MAMA QUIEN SE INTERPUSO CON LOS TIPOS PARA QUE NO MATARAN AL HIJO Y ES CUANDO UNO DE ELLOS LOS DISPAROS LA HIERE EN EL GLUTEO Y POSTERIORMENTE REMATAN A NICOLAZ OROZCO. EN VERSION DEL POSTULADO JESUS ELI BAYONA ROPERO MANIFIESTA QUE DIERON MUERTE A UN MUCHACHO APODADO "COLACHO" QUIEN VIVIA EN LOS CARDONALES PARTICIPO CON ALIAS WILLY Y PULGA Y EN ESTO HECHOS LA MAMA DE LA VICTIMA SALIO HERUIDA EN LA NALGA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA

EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

IGUALMENTE COMO RESULTARON  PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA:  **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

| 211 HOMICIDIO EN PERSONA PROTEGIDA | 35 | GUSTAVO MORA PÉREZ. C.C. 85455364 | 02/01/20 02 | CALL 3 CARRERA 65B. MANZANA 18, CASA 14. BARRIO LA ESMERALDA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• EDGAR ANTONIO OCHOA BALLESTEROS  (Participe)<br>• JHON JAIRO CORONADO GUERRERO (a) "Saya". (Participe).<br>• CARLOS JULIO ZAPATA FLOREZ (a) "Caballo Loco". (Participe).<br>• (a) "Mono Leche". (Participe)<br>• JHON JAIRO GUTIERREZ<br><br>• SALAZAR ((a) "Camuro". ". | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | HOMICIDIO INDIVUAL (SELECTIVO) | CONTROL SOCIAL | IRRUPCION SITIO CERRADO | CONSTANCIA DE LA REGISTRADURÍA ARCHIVO (A.N.I) DE LA CEDULA DE CIUDADANÍA NO 85.455.364<br><br>- RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO (SIN FECHA)<br><br>- COPIA DEL PROCESO RADICADO BAJO EL NÚMERO **27954** |

| | | | | | (Partícipe) | | | | | ASIGNADO A LA FISCALÍA 2 DE SANTA MARTA, POR EL HOMICIDIO DE **GUSTAVO MORA PÉREZ.** EN HECHOS OCURRIDOS EL 3 DE ENERO DEL 2002 SANTA MARTA, SEGUIDO EN AVERIGUACIÓN DE RESPONSABLE. DONDE APARECE ENTRE OTRAS PIEZAS PROCESALES, EL ACTA DE LEVANTAMIENTO DE CADÁVER NO 005 DE FECHA ENERO 3 DEL 2002, CORRESPONDIENTE AL SEÑOR **GUSTAVO MORA PÉREZ.** REGISTRO CIVIL DE |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | DEFUNCIÓN, PROTOCOLO DE NECROPSIA NO 005 |
|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EN LA NOCHE DEL 3 DE ENERO DEL AÑO 2002, FUE ASESINADO EN EL INTERIOR DE LA VIVIENDA UBICADA EN LA CALLE 3 CON CARRERA 65B DEL BARRIO LA ESMERALDA, EL SEÑOR GUSTAVO MORA PÉREZ, EN MOMENTOS EN QUE DEPARTÍA CON SU ESPOSA EN LA ENTRADA DE SU VIVIENDA FUE ATACADO CON DISPAROS DE ARMAS DE FUEGO DE CORTO ALCANCE POR DOS SUJETOS QUE LLEGARON HASTA DONDE ESTE ESTABA, AL VERLOS MORA PÉREZ ALCANZO A REACCIONAR Y CORRIÓ AL INTERIOR DE SU VIVIENDA DONDE CAYO AL PISO HERIDO EN LA ESPALDA, LOS SICARIOS INGRESARON A SU VIVIENDA Y LE DISPARARON EN REPETIDAS OCASIONES EN LA CABEZA CAUSÁNDOLE LA MUERTE. EL SEÑOR MORA PÉREZ SE DESEMPEÑABA COMO CELADOR EN EL BARRIO LA ESMERALDA. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN DONDE PERDIÓ LA VIDA EL SEÑOR GUSTAVO MORA PÉREZ, EN EL BARRIO LA ESMERALDA, EL DOS DE ENERO 2002, QUE LA VÍCTIMA SE DESEMPEÑABA COMO CELADOR, EL DESPACHO LE PREGUNTA YA QUE EL POSTULADO EDGAR OCHOA BALLESTEROS, EN SU VERSIÓN MANIFESTÓ QUE USTED HABÍA PARTICIPADO Y USTED LO ACEPTO Y AGREGO QUE A LA VÍCTIMA LE DECÍA ALIAS EL OREJON, Y QUE PARTICIPARON, ALIAS SAYA, CABALLO LOCO Y EDGAR OCHOA.

**CONTROL SOCIAL – HOMICIDIO INDIVIDUAL – INTERCEPTACION Y/O SUSTRACCION POR LA FUERZA**

| 213.HOMICIDIO EN PERSONAS PROTEGIDAS Y TOMA DE REHENES | 2 | HERIBERTO CASTRO MARTINEZ C.C. 73150544 Y YEINER CASTRO MARTINEZ C.C. 92524744 | 19/06/20 00 | VEREDA LA PAZ DEL CARIBE, CONOCIDA COMO GUANDOLO. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• CRISTIAN OCHOA PINZON. (Participe) | A. Mediato Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO INDIVIDUAL | INTERCEPTACI ON | -REGISTRO FOTOGRÁFICO DE LAS VÍCTIMAS EN VIDA.<br><br>- REGISTRO DE PRENSA EN EL CUAL SE RELACIONA EL HECHO EN MENCIÓN. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | - COPIAS DE LAS DILIGENCIAS DE INSPECCIÓN JUDICIAL CON EXAMEN DEL CUERPO NO. 201 Y 202 DE FECHAS 19 DE JUNIO DE 2002, LA CUAL SE HIZO EN ESE MOMENTO SOBRE DOS CUERPOS NN DE SEXO MASCULINO, LOS CUALES SE ENCONTRABAN DENTRO DEL VEHICULO CON LAS PLACAS CIR-504 DE CHIA.<br><br>- COPIAS |

| | | | | | | | | | | | DE LAS NECRODACTILIAS TOMADAS A LOS CUERPOS INSPECCIONADOS.<br><br>- COPIAS DE LOS INFORMES DE IDENTIFICACIÓN INDICIARIA NO. 004 Y 005, SUSCRITOS POR FUNCIONARIOS DEL INSTITUTO DE MEDICINA LEGAL DE LA SECCIONAL DE MAGDALENA, EN LA QUE SE DETERMINO QUE LOS CUERPOS CORRESPONDE A LAS PERSONAS |

| | | | | | | | | | | | QUE EN VIDA RESPONDÍAN A LOS NOMBRES DE YEINER Y HERIBERTO CASTRO MARTÍNEZ, RESPECTIVAMENTE. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | - REGISTRO FOTOGRÁFICO DE LA DILIGENCIA DE LEVANTAMIENTO DE CADÁVER. |
| | | | | | | | | | | | -COPIA DEL PROCESO RADICADO BAJO EL NÚMERO 17296 DE LA FISCALÍA SECCIONA |

| | | | | | | | | | | | L DE SANTA MARTA, SEGUIDO POR EL DELITO DE HOMICIDIO, EN EL CUAL APARECE COMO VICTIMA HERIBERTO Y YEINER CASTRO MARTÍNEZ Y SINDICADO DESCONOCIDO, ESTADO ACTUAL SUSPENDIDO Y ARCHIVADO.<br><br>PROTOCOLO DE NECROPSIA NO. 205 PAT-00, REALIZADA AL |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | CADÁVER QUE INGRESO CON ACTA NO. 201, Y EL CUAL FUE IDENTIFICADO COMO YEINER CASTRO MARTÍNEZ<br><br>PROTOCOLO DE NECROPSIA NO. 206 PAT-00, REALIZADA AL CADÁVER QUE INGRESO CON ACTA NO. 202, Y EL CUAL FUE IDENTIFICADO COMO HERIBERTO CASTRO MARTÍNEZ |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DIA 19 DE JUNIO DEL AÑO 2000, LOS HERMANOS YEINER Y HERIBERTO CASTRO MARTINEZ, SE ENCOTNRABAN EN LA VEREDA LA PAZ DEL CARIBE CONOCIDA COMO GUANDOLO EN JURISDICCION DEL CORREGIMEINTO DE GUACHACA, SE TRANSPORTABAN EN UN JEEP DE COLOR VERDE, CUANDO FUERON INTERCEPTADOS POR VARIOS MIEMBROS DE LAS AUTODEFENSAS QUE SE MOVILIZABAN EN UNA CAMIONETA. LOS PARAMILITARES PROCEDIERON A INTIMAR A LOS JOVEN CON ARMAS DE FUEGO DE CORTO ALCANCE, LUEGO LOS AMARRARON Y SE LOS LLEVARON CON RUMBO DESCONOCIDO, APARECIENDO SUS CUERPOS SIN VIDA EN EL INTERIOR DE EL VEHICULO JEEP EL DIA SIGUIENTE EN LA ENTRADA DEL CACERIO PALOQUEMAO DE LA VEREDA CALABAZO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 214.HOMICIDIO EN PERSONA PROTEGIDA Y SECUESTRO SIMPLE | 1 | JUAN BAUTISTA GONZALEZ SANCHEZ | 02/12/1997 | BAHÍA CONCHA SANTA MARTA | <ul><li>HERNAN GIRALDO SERNA</li><li>EDGAR ANTONIO OCHOA BALLESTEROS (Participe)</li><li>OMAR MARTIN OCHOA BALLESTEROS (Participe)</li><li>(a) "Walter Torres". (Participe)</li></ul> | A. Mediato Coautor Coautor Coautor | CONTROL SOCIAL – LIMPIEZA SOCIAL- | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | - FOTOGRAFÍA DE LA VICTIMA **JUAN BAUTISTA GONZÁLEZ SÁNCHEZ.** _ COPIA DE LA ACTA DE BAUTISMO NO. 5025 DE FECHA 18 DE FEBRERO DE 1971 A NOMBRES DE JUAN BAUTISTA GONZÁLEZ SÁNCHEZ. |

| | | | | | | | | | | -<br>CERTIFICADO DE LA IDENTIFICACIÓN EXPEDIDO POR LA REGISTRADURÍA NACIONAL DEL ESTADO CIVIL A NOMBRE DE **JUAN BAUTISTA GONZÁLEZ SÁNCHEZ.**<br><br>- COPIA DEL PROCESO RADICADO BAJO EL NUMERO **1097**, ASIGNADO A LA FISCALÍA 33 SECCIONAL DE SANTA MARTA, POR EL HOMICIDIO DE **JUAN BAUTISTA GONZÁLEZ SÁNCHEZ,** EN HECHOS |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | OCURRIDOS EL 12 DE FEBRERO DE 1997 EN SANTA MARTA, SEGUIDO EN AVERIGUACIÓN DE RESPONSABLE. |
| | | | | | | | | | | | - ACTA DE LEVANTAMIENTO DE CADÁVER NO 051 DE FECHA 12 DE FEBRERO DE 1997 CORRESPONDIENTE AL SEÑOR **JUAN BAUTISTA GONZÁLEZ SÁNCHEZ.** |
| | | | | | | | | | | | -ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | COPIA DE TARJETA DE NECRODACTILIA. |
| | | | | | | | | | | | PROTOCOLO DE NECROPSIA DONDE SE LEE QUE EL CUERPO SIN VIDA DE LA VICTIMA PRESENTO LAS SIGUIENTES HERIDAS |
| | | | | | | | | | | | COPIA DEL REGISTRO DE DEFUNCIÓN NO. 2360100 DE FECHA 25 DE ABRIL DE 1997. |
| | | | | | | | | | | | - COPIA DE RESOLUCIÓN INHIBITORIA DE FECHA 27 DE AGOSTO DE 1997. |
| | | | | | | | | | | | REGISTRO DE PRENSA |
| | | | | | | | | | | | FOTOGRAFÍAS DEL SECTOR |

| | | | | | | | | | | | DE BAHÍA CONCHA EN SANTA MARTA, LUGAR DE LOS HECHOS |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** SITUACION FACTICA: EL SEÑOR JUAN GONZALEZ TRABAJABA EN EL MERCADO COMO AYUDANTE, LEVANTANDO BULTOS Y DESCARGANDO CARROS. EL SE DESAPARECIO COMO A LAS 10:30 A.M. EN UNA CAMIONETA Y VARIAS PERSONAS QUE TRABAJBAN EN EL MERCADO LO VIERON EN ESA CAMIONETA. COMO A LAS 32:00 P.M. DE LA TARDE UNOS PESCADORES LO VIERON MUERTO EN BAHIA CONCHA Y AVISARON A LA POLICIA Y LO LLEVARON A LA MORGUE. EDGAR OCHOA BALLESTEROS MANIFESTO DEL HECHO: HOMICIDIO EN LA ENTRADA ABAHIA CONCHA, USTED MANIFESTO QUE LA VICTIMA LO COGIERON POR EL BORO Y LO LLEVARON EN UNA CAMIONETA

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 215.HOMICIDIO EN PERSONA PROTEGIDA Y SECUESTRO SIMPLE | 1 | HERNANDO NUÑEZ URIBE (INDOCUMENTADO – HIJO DEL ARMERO) | 04/07/2002 | CALLE 2 No. 4 – 50. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ELISEO BELTRAN CADENA (a) "El Gordo". (Participe)<br>• WALTER TORRES (Participe)<br>• (a) "Macrobio". (Participe)<br>• (a) "Papel" (Participe)<br>• (a) "Boca e Mulo" (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | (LIMPIEZA SOCIAL – MANIFIESTA QUE FUE POR VICIOSO) | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | ACTA DE INSPECCIÓN DE CADÁVER NO 013 PRACTICADA POR EL INSPECTOR DE POLICÍA DE GUACHACA, EN DONDE RELACIONARON EL NOMBRE DE LA VICTIMA COMO HERNANDO URIBE.<br><br>2. REPORTE DEL HECHO PRESENTADO POR **EL SEÑOR ABDON URIBE.**<br><br>3. CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE.<br><br>3. IINFORME DE POLICÍA JUDICIAL. |

SITUACION FACTICA: ESTE HECHO FUE VERIFICADO POR LABORES REALIZADAS POR INVESTIGADORES JUDICIALES ADSCRITOS A LA FISCALÍA NOVENA, A TRAVÉS DE LA CUAL SE DETERMINÓ LA OCURRENCIA DEL HECHO DELICTIVO CONFESADO POR EL POSTULADO. EN DILIGENCIA DE VERSIÓN LIBRE DEL 12 DE JUNIO DE 2.008, SE PROYECTÓ IMAGEN DE LA CASA DEL HIJO DEL ARMERO; Y RESPONDIÓ QUE ESA ERA LA CASA DE LA VÍCTIMA, QUEDANDO DE ESTA FORMA IDENTIFICADO COMO HERNANDO NUÑEZ URIBE, ASESINADO EL 4 DE JULIO DE 2.002. LA FISCALÍA NOVENA PARA LA JUSTICIA Y LA PAZ LIBRÓ EL DÍA 5 DE AGOSTO DE 2008 EL OFICIO NÚMERO 1217 A LA JEFATURA DE ESTA UNIDAD A EFECTO DE LA JUDICIALIZACIÓN DEL CASO ANTE LA AUTORIDAD COMPETENTE, POR EL HOMICIDIO DEL SEÑOR HERNANDO NUÑEZ URIBE, YA QUE EN DILIGENCIA DE VERSIÓN LIBRE RENDIDA POR ELISEO BELTRAN CADENA EL DÍA 9 DE MAYO Y 12 DE JUNIO DE 2008 CONFESÓ EL HECHO.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON

OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 216. HOMICIDIO EN PERSONA S PROTEGIDAS. TORTURA EN PERSONAS PROTEGIDAS, SECUESTRO SIMPLE Y DESPLAZAMIEN TO FORZADO | 2 | LUIS ALBERTO ROCA CABALLERO Y ERWIN ANTONIO BARROSO YARURO. C.C. 72225789 | 4/02/200 3 | BARRIO EL CISNE. Y URBANIZACIÓN RODRIGO AHUMADA II ETAPA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• JAIME ACOSTA OROZCO (a) "Álvaro", "Copey". (Participe) | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL – SEÑALADODE DELINCUENCI A COMUN) | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | ACTAS DE INSPECCIONES DE CADÁVER NÚMEROS 039 Y 040 DE FECHA 4 FEBRERO/2003.<br><br>INFORME NUMERO 150 DEL GRUPO LOFOSCOPIA, CTI SANTA MARTA, RELACIONADO CON LA IDENTIFICACIÓ N DE LOS |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe)<br>• (a) "Dani". (Participe) | | | | | FALLECIDOS.<br><br>INFORME DE POLICÍA JUDICIAL NUMERO 368, CTI SANTA MARTA, DE FECHA 4 DE FEBRERO/2003<br><br>INFORME DE POLICÍA JUDICIAL NUMERO 369, CTI SANTA MARTA, DE FECHA 5 FEBRERO/2003.<br><br>ÁLBUM FOTOGRÁFICO DE LA DILIGENCIA DE INSPECCIÓN<br><br>DICTAMEN DE BALÍSTICA, CTI SANTA MARTA, DE FECHA 19 FEBRERO/2003.<br><br>PRECLUSIÓN DE LA INVESTIGACIÓN, PROFERIDA |

| | | | | | | | | | | | POR LA FISCALÍA 9 SECCIONAL, DE FECHA 23 FEBRERO/2004 EN CONTRA DE LAS PERSONAS QUE FUERON VINCULADAS AL PROCESO PENAL ORDINARIO QUE LLEVÓ EN SU MOMENTO. |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DÍA 31 DE ENERO DE 2.003, SEGÚN NARRAN LOS FAMILIARES DEL SEÑOR LUIS JAVIER RIVADENEIRA, QUE A ESO DE LAS 07:30 DE LA NOCHE LUEGO DE CULMINAR SU ACTIVIDAD LABORAL QUE EJERCÍA COMO AYUDANTE DE BUSETA, LUIS JAVIER, SE DIRIGÍA A SU CASA, EN EL BARRIO NACHO VIVES DE LA CIUDAD DE SANTA MARTA, PERO PARA LLEGARA ELLA SE METIÓ POR UN CALLEJÓN OSCURO Y ALLÍ FUE INTERCEPTADO POR DOS SUJETOS ARMADOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, QUIENES LE PROPINARON VARIOS DISPAROS CON ARMA DE FUEGO, QUEDANDO HERIDA EN EL SITIO POR LO CUAL FUE LLEVADO AL HOSPITAL CENTRAL, DONDE PERMANECIÓ RECLUIDO HASTA EL DÍA 03 DE FEBRERO DE 2.003, QUE FALLECIÓ PRODUCTO DE LAS HERIDAS RECIBIDAS. EN VERSIÓN COLECTIVA DEL DÍA 05 DE JUNIO, EL POSTULADO JOSÉ GREGORIO ROJAS ACEPTA Y CONFIESA SU RESPONSABILIDAD EN EL HECHO, MANIFESTANDO HABER DADO LA ORDEN A SUS HOMBRES PARA MATARLO, SEÑALANDO QUE LA VICTIMA PERTENECÍA A LA DELINCUENCIA COMÚN Y LA ACCIÓN ES EJECUTADA POR ALIAS EL NIÑO (ALEXANDER BARRAGÁN DÍAZ) Y POR ALIAS PULGA (OTALVARO DURANGO), DESCONOCIENDO LAS CIRCUNSTANCIAS EN QUE FUE ASESINADO, SOLO SE ENTERÓ QUE LA VÍCTIMA DURÓ VARIOS DÍAS HERIDA PERO DESPUÉS FALLECIÓ. A SU VEZ EL POSTULADO ADÁN ROJAS MENDOZA RECONOCE EL HECHO POR LÍNEA DE MANDO TENIENDO EN CUENTA QUE EL CRIMEN FUE COMETIDO POR HOMBRES BAJO SU DIRECCIÓN.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| 217. HOMICIDIO EN PERSONA PROTEGIDA | 1 | DONALDO IBIS BAYONA MARIN. C. C. 84459548 | 21/07/2003 | CARRERA 82 CALLE 28. BARRIO LA NUEVA MANSIÓN. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo", "Manuel". (DIO LA ORDEN). (Participe)<br>• HERNAN GONZALEZ CORCHO. (a) "Yan Carlos". (Participe)<br>• (a) "Mono Champeta". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL- ACUSADO DEL ROBO DE GASOLINA | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | SE TIENE LA CONFESIÓN DEL POSTULADO HECHA EN SUS DILIGENCIAS DE VERSIONES EN LAS QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS.<br><br>-INFORMES DE POLICÍA JUDICIAL DE FECHA 31 DE JULIO DE 2010 SUSCRITO POR FUNCIONARIOS DE POLICÍA JUDICIAL ADSCRITOS A ESTE |

| | | | | | | | | | | DESPACHO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | -FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS |
| | | | | | | | | | | -RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO |
| | | | | | | | | | | -VIDEO CLIP CON LA NARRACIÓN DE LAS VICTIMAS INDIRECTAS SOBRE EL HECHO. |
| | | | | | | | | | | -CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON LA VICTIMA DIRECTA, PODER PARA |

| | | | | | | | | | | | ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA.

-COPIAS DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA, QUE CONTIENE EL ACTA DE LEVANTAMIENTO DE CADÁVER DE FECHA 21 DE JULIO DE 2003, PROTOCOLO DE NECROPSIA DE FECHA 22 DE JULIO DE 2003, EN LA QUE SE ESTABLECIÓ QUE LA VÍCTIMA PRESENTÓ 2 ORIFICIOS PRODUCIDO POR PROYECTIL DE ARMA DE FUEGO UNO EN REGIÓN OCCIPITAL DERECHA Y OTRO EN BRAZO DERECHO, REGISTRO DE DEFUNCIÓN, DECLARACIONES JURADAS, INFORME POLICIVO, AUTOS DE |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | IMPULSO Y RESOLUCIÓN Y/O DECISIÓN TOMADA EN LA INVESTIGACIÓN POR EL FUNCIONARIO DEL CONOCIMIENTO |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DÍA 21 DE JULIO DE 2003 LA VICTIMA SALIÓ AL MEDIO DIA A HACER UN TRABAJO DE UNA TUBERIA CUANDO EN ESO LO LLAMO UN HOMBRE QUE AL PARECER ÉL CONOCÍA ELLOS HABLARON Y EL HOMBRE LE PUSO UNA MANO ENCIMA COMO ABRAZÁNDOLO DE UN MOMENTO A OTRO ESTE TIPO LE DISPARÓ EN DOS OPORTUNIDADES EN LA CABEZA, ESTE TIPO SE FUE EN UNA MOTOCICLETA CON OTRO QUE LO ESTABA ESPERANDO. EL POSTULADO WILLINTONG MORA BUENHABER MANIFESTO SOBRE EL HECHO: DONALDO BAYONA, ORDENADO POR ALIAS MANUEL, SE LE DIO MUERTE PORQUE UN SEÑOR SE REUNIO CON MANUEL Y LE DIJO QUE EL SEÑOR LE HABIA ROBADO UNA GASOLINA LA NOCHE ANTERIOR, MANUEL ME DIJO UN MUCHACHO QUE ESTA ROBANDO ALLA, QUE PORQUE NO LO HAN MATADO, YO LE DIJE A EL QUE PORQUE ERA PRIMO DE LICHO. PREGUNTA LA FISCAL QUIEN ERA PRIMO DE LICHO. RESPONDE EL POSTULADO: EL MUERTO, YO LE DIJE QUE ERA FAMILIA DE LICHO PARA HABLAR CON EL Y EL DIJO QUE NO QUE LO MATARAN. LE TRASMITE LA ORDEN A CHAMPETA Y A JAN CARLOS QUE MANUEL HABIA DADO. PREGUNTA LA FISCAL: A CUAL MANUEL SE REFIERE. RESPONDE EL POSTULADO: A JOSE GREGORIO ROJAS. PREGUNTA LA FISCAL COMO FUE LA MUERTE. RESPONDE EL POSTULADO: ESO LO EXPLICARA CHAMPETA, LA MUERTE LO EXPLICARA CHAMPETA Y YAN CARLOS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| 218. HOMICIDIO EN PERSONA PROTEGIDA Y TRTURA EN PERSONA PROTEGIDA | 1 | ARELIS TORO PEREIRA | 13/01/2003 | BILLAR EL DIAMANTE. VEREDA PUERTO NUEVO. CORREGIMIENTO DE GUACHACA. SANTA MARTA. | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO C<br>• WALTER TORRES (Participe).<br>• ELISEO BELTRAN CADENA (Participe). | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | 1 REPORTE DEL HECHO.<br><br>2. CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE.<br><br>3. INFORME DE POLICÍA JUDICIAL<br><br>4. FOTOGRAFÍA DE LA VICTIMA.<br><br>5. RECORTE DE PRENSA<br><br>6. REGISTRO DE DEFUNCIÓN NO 04529151,<br><br>7. ACTA DE INSPECCIÓN DE CADÁVER NO 002 PRACTICADO POR EL INSPECTOR DE POLICÍA DE GUACHACA. |

SITUACION FACTICA: EL DÍA 13 DE ENERO DE 2.003, EN EL SECTOR DE LA VEREDA PUERTO NUEVO DEL CORREGIMIENTO DE GUACHACA, APROXIMADAMENTE A LAS 10:30 DE LA MAÑANA, CUANDO LA SEÑORA ARELIS TORO PEREIRA, QUIEN ADMINISTRABA UN BILLAR UBICADO EN DICHO CASERÍO, ACUDIENDO AL LLAMADO QUE LE HABÍA HECHO EL COMANDANTE PARAMILITAR DE LA ZONA DE NOMBRE WALTER TORRES LOPEZ, SE ACERCÓ AL ESTABLECIMIENTO CONOCIDO COMO EL DESPECHO, DONDE SE ENCONTRABA ESTA PERSONA ACOMPAÑADO DE OTROS MIEMBROS DE LA ORGANIZACIÓN ILEGAL, PARA QUE LE DIERA CUENTA SOBRE EL SEÑALAMIENTO QUE SE LE HACÍA SOBRE EL HURTO DE LA SUMA DE DOS MILLONES DE PESOS Y QUE ESTA SE NEGABA A RECONOCER. EN EL LUGAR FUE INTIMIDADA E INTERROGADA POR WALTER TORRES Y LUEGO DE QUE AL PARECER CONFESARA EL HURTO DEL DINERO Y LE ENTREGARA LA SUMA A WALTER TORRES LOPEZ, ESTE EN PRESENCIA DE VARIAS PERSONAS DE LA POBLACIÓN QUE A ESA HORA SE ENCONTRABAN EN EL LUGAR, LE PROPINA TRES DISPAROS CON UNA PISTOLA NUEVE MILÍMETRO EN LA CABEZA, QUE LE PRODUJO LA MUERTE DE MANERA INMEDIATA, QUEDANDO SU CUERPO TENDIDO EN EL LUGAR. ESTE HECHO QUE SEGÚN EL MISMO CONFESO POSTULADO ELISEO BELTRAN CADENA, FUE UN ACTO MAL VISTO Y REPUDIADO POR TODA LA POBLACIÓN, PERO QUE ESE ERA EL PROCEDER DE WALTER TOPRRES LOPEZ, DONDE LO QUE ÉL ORDENABA HABÍA QUE CUMPLIRLO.

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1839

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

EN CONCURSO CON **TORTURA EN PERSONA PROTEGIDA; LIBRO SEGUNDO PARTE ESPECIAL, TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO CAP. UNICO ART, 137 LEY 599 DE 2000** "EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS, FÍSICOS O PSÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN…, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SMLMV

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 219. HOMICIDIO EN PERSONA PROTEGIDA Y SECUESTRO EXTORSIVO | 1 | EDGAR ANTONIO CARPIO YAÑEZ. C.C. 85464503 | 16/01/2003 | KILOMETRO 40. TRONCAL DEL CARIBE. VEREDA CALABAZO-GUACHACA. SANTA MARTA. | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO C | A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | ACTA DE INSPECCIÓN DE CADÁVER NO 003 PRACTICADA POR EL INSPECTOR DE POLICÍA DE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • WALTER TORRES (Participe). <br> • ELISEO BELTRAN CADENA (Participe). <br> • (a) "El Imbecil". (Participe). <br> • (a) "31". (Participe) | Coautor <br><br> Coautor <br><br> Coautor | | | | GUACHACA EL 16 DE ENERO DE 2.002. <br><br> PROTOCOLO DE NECROPSIA NÚMERO 015 DE 2.003. <br><br> REGISTRO DE DEFUNCIÓN NUMERO 04529045 EXPEDIDO POR LA REGISTRADURÍA DE SANTA MARTA A NOMBRE DE EDGAR CARPIO YANES. <br><br> CONFESIÓN VERTIDA POR EL POSTULADO EN LA VERSIÓN LIBRE <br><br> INFORME DE POLICÍA JUDICIAL <br><br> FOTOGRAFÍA |

| | | | | | | | | | | DE LA VÍCTIMA. FOTOGRAFÍA DEL SITIO EN DONDE SE REGISTRARON LOS HECHOS. |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL CONTEXTO FÁCTICO SEÑALA QUE EL DÍA 9 DE ENERO DE 2.003,  A LA FINCA MOLILU, UBICADA EN LA VEREDA CALABAZO  DONDE RESIDÍA EL SEÑOR  EDGAR ANTONIO CARPIO YÁÑEZ, LLEGARON VARIOS HOMBRES ARMADOS EN UNA CAMIONETA , QUIENES LO SUBIERON POR LA FUERZA Y SE LO LLEVARON  HASTA UN SITIO CONOCIDO COMO LA Y,  ALLÍ LO RETUVIERON POR VARIOS DÍAS HASTA QUE EL DÍA 16 DE ENERO DE 2.002, SU CUERPO FUE HALLADO EN EL KILÓMETRO 40 DE LA TRONCAL DEL CARIBE, EN JURISDICCIÓN DE LA VEREDA CALABAZO DEL CORREGIMIENTO DE GUACHACA,  CON VARIOS IMPACTOS DE BALA, EN LA REGIÓN  OCCIPITAL. SE CONOCIO QUE A LA FAMILIA LES ESTABAN PIDIENDO  DINERO A CAMBIO DE  LA LIBERTAT DEL SEÑOR EDGAR CARPIO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

EN CONCURSO CON  ARTÍCULO: 169. SECUESTRO EXTORSIVO. EL QUE ARREBATE, SUSTRAIGA, RETENGA U OCULTE A UNA PERSONA, CON EL PROPÓSITO DE EXIGIR POR SU LIBERTAD UN PROVECHO O CUALQUIER UTILIDAD, O PARA QUE SE HAGA U OMITA ALGO, O CON FINES PUBLICITARIOS O DE CARÁCTER POLÍTICO, INCURRIRÁ EN PRISIÓN DE VEINTE (20) A VEINTIOCHO (28) AÑOS Y MULTA DE DOS MIL (2.000) A CUATRO MIL (4.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES.

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA.  5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 220. HOMICIDIO EN PERSONAS PROTEGIDAS | 2 | ORIETA DOLORES CALVANO DE DE ANGELIS. Y YAMILE JUDITH ARIZA ALVARADO. C.C. 57441640 | 9/04/2003 | BARRIO EL YUCAL SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA POVEDA<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JHON JAIRO CORONADO GUERRERO (a) "Saya". (Participe)<br>• HERNAN GONZALEZ CORCHO (a) "Yan Carlos" | A. Mediato<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL | ATAQUE CON ARMA DE FUEGO (SICARIATO) | SUSTRACCIÓN POR LA FUERZA | REGISTRO CIVIL DE DEFUNCIÓN DE YAMILE ARIZA ALVARADO<br><br>ACTAS DE INSPECCIÓN DE CADÁVER NOS. 131 Y 132 DEL 9 ABRIL/2003<br><br>ÁLBUMES FOTOGRÁFICOS DE LAS DILIGENCIAS DE INSPECCIÓN DE CADÁVER.<br><br>PROTOCOLO DE NECROPSIA DE ORIETA CALVANO<br><br>PROTOCOLO DE NECROPSIA DE YAMILE ARIZA<br><br>REGISTRO CIVIL DE DEFUNCIÓN DE YAMILE ARIZA<br><br>PROTOCOLO DE NECROPSIA |

| | | | | | | | | | | DE YAMILE ARIZA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL CTI NUMERO 1819 DEL 28 MAYO/2003.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE.<br> REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 9 DE ABRIL DEL 2003, FUERON ASESINADAS LAS SEÑORAS  YAMILA ARIZA ALVARADO  Y ORIETA CALVANO DE DE ANGELIS, EN EL INTERIOR DE LA CASA 5 MANZANA 6 DEL BARRIO MARÍA CAMILA DE SANTA MARTA, APROXIMADAMENTE A LAS OCHO DE LA NOCHE, POR SUJETOS ARMADOS QUE LE PROPINARON VARIOS DISPAROS DE ARMAS DE FUEGO EN DIFERENTES PARTES DEL CUERPO,  QUE LE QUITARON LA VIDA DE MANERA INMEDIATA. SE CONOCE QUE LA SEÑORA YAMILE ARIZA ERA LA COMPAÑERA PERMANENTE DE HECTOR VICENTE DE ANGELIS CALVANO,  QUIEN ERA HIJO DE LA OCCISA ORIETA CALVANO Y ÉSTE SE ENCONTRABA DESAPARECIDO DESDE HACIA CUATRO MESES  ANTES DE LA OCURRENCIA DEL DOBLE HOMICIDIO. EN VERSIÓN LIBRE DE LOS POSTULADOS ADAN ROJAS MENDOZA Y JOSE GREGORIO ROJAS MENDOZA ACEPTARON Y CONFESARON EN VERSIÓN COLECTIVA DEL DÍA 4 DE JUNIO/2009 LA DESAPARICIÓN Y MUERTE DE LOS SEÑORES JIMY RIVERO ACUÑA Y HECTOR VICENTE DE ANGELIS CALVANO, ESTE ULTIMO HIJO Y COMPAÑERO PERMANENTE, RESPECTIVAMENTE,  DE LAS SEÑORAS ARRIBA MENCIONADAS, QUIENES FUERON ASESINADOS Y DESAPARECIDOS. RESPECTO AL HOMICIDIO DE ORIETA CALVANO Y YAMILE ARIZA, EL POSTULADO JOSÉ GREGORIO ROJAS EN VERSIÓN COLECTIVA DEL DÍA 5 DE OCTUBRE DE 2009, ACEPTA Y CONFIESA SU RESPONSABILIDAD PENAL EN ESTE DOBLE HOMICIDIO, AFIRMADO QUE EL CRIMEN FUE EJECUTADO POR LOS INDIVIDUOS CONOCIDOS CON LOS ALIAS DE YAN CARLOS (HERNAN GONZALEZ CORCHO) Y PULGA (OTALVARO DURANGO), INTEGRANTES DE SU ORGANIZACIÓN, POR ORDEN PROVENIENTE A SU VEZ DE ALIAS FELIPE (MARTIN AUGUSTO LÓPEZ MORENO), COORDINADOR GENERAL DEL BLOQUE NORTE DE LAS AUC, QUIEN LE MANIFESTÓ QUE HABÍA QUE DARLE MUERTE A ESTAS MUJERES PORQUE IBAN A DELATAR AL GRUPO ANTE LAS AUTORIDADES YA QUE ELLAS ERAN LA MADRE Y COMPAÑERA PERMANENTE, RESPECTIVAMENTE DE ALIAS ÁNGELO (HÉCTOR DE ANGELIS CALVANO), QUIEN HABÍA SIDO DESAPARECIDO JUNTO CON JIMY RIVERO MESES ATRÁS EN EL MISMO HECHO DONDE SE LE PERDONÓ LA VIDA A ALIAS JOACO (ADRIANO SÁNCHEZ).

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL

HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

ARTICULO 58. CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD. SON CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD, SIEMPRE QUE NO HAYAN SIDO PREVISTAS DE OTRA MANERA: 3. QUE LA EJECUCIÓN DE LA CONDUCTA PUNIBLE ESTÉ INSPIRADA EN MÓVILES DE INTOLERANCIA Y DISCRIMINACIÓN REFERIDOS A LA RAZA, LA ETNIA, LA IDEOLOGÍA, LA RELIGIÓN, O LAS CREENCIAS, SEXO U ORIENTACIÓN SEXUAL, O ALGUNA ENFERMEDAD O MINUSVALÍA DE LA VÍCTIMA. 5. EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE.

**CONTROL SOCIAL – HOMICIDIO INDIVIDUAL – SUSTRACCION POR ENGAÑO**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 221. HOMICIDIO EN PERSONAS PROTEGIDAS Y HURTO | | JULIAN OJEDA RUIZ (a) "El Gago" C.C. 56083110 E ISRAEL NAVARRO PAYARES (a) "Mandri" | 29/02/1996 | VREDA EL MAMEY. MUNICIPIO DE DIBULLA. DEPARTAMENTO DE LA GUAJIRA | • HERNAN GIRALDO SERNA<br>• EDGAR ANTONIO OCHOA BALLESTEROS<br>• OMAR MARTIN OCHOA BALLESTEROS (a) "El Viejo". (Participe)<br>• CRISTIAN JHOVANY OCHOA PINZON (Participe)<br>• JAVIER ANTONIO FONTALVO FONTALVO (Participe).<br>• (a) "Bobolindo" (Participe)<br>• (a) "Panquemao" (Participe) | A. Med iat o A.. Mediat o Coautor Coautor Coautor Coautor Coautor | CONTROL SOCIAL. (LIMPIEZA SOCIAL) ) | HOMICIDIO INDIVIDUAL SUTRACCION POR ENGAÑO-INCURSION ARMADA | COPIA DEL PROCESO RADICADO BAJO EL NUMERO **301**, ASIGNADO A LA FISCALÍA 4 DE RIOHACHA GUAJIRA, POR EL HOMICIDIO DE **JULIAN OJEDA E ISRAEL NAVARRO** EN HECHOS OCURRIDOS EL 28 DE FEBRERO 1996 EN MINGUEO GUAJIRA, SEGUIDO EN |

| | | | | | | | | | | AVERIGUACIÓN DE RESPONSABLE. DONDE APARECE ENTRE OTRAS PIEZAS PROCESALES, LAS ACTAS DE LEVANTAMIENTO DE CADÁVER NO. 03 Y 04 DE FECHA 28 DE FEBRERO 1996, CORRESPONDIENTE A LOS SEÑORES **JULIÁN OJEDA E ISRAEL NAVARRO,** SEGÚN LAS ACTAS PRESENTABAN UNO (1) Y TRES (3) IMPACTOS DE ARMA DE FUEGO, RESPECTIVAMENTE Y DICEN QUE A LOS OCCISOS NO SE LES REALIZO |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | NECROPSIA YA QUE SUS FAMILIARES POR SUS COSTUMBRES INDÍGENAS, NO PERMITIERON, EL CUAL FUE SUSPENDIDA MEDIANTE RESOLUCIÓN DE FECHA NOVIEMBRE 25 DE 1996.<br><br>CERTIFICADO DE DEFUNCIÓN DE JULIA OJEDA<br><br>ARCHIVO NACIONAL DE IDENTIFICACIÓN (ANI) DE ISRAEL NAVARRO PAYARES.<br><br>REGISTRO |

| | | | | | | | | | | | FOTOGRÁFICO DEL LUGAR DE LOS HECHOS, Y DE LA RESIDENCIA DE LAS VICTIMAS, FOTOGRAFÍA DE LAS VÍCTIMAS EN VIDA. |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE PROCEDIÒ A ADELANTAR VERIFICACIONES EN SECTOR DEL CORREGIMIENTO DE MINGUEO EN EL DEPARTAMENTO DE LA GUAJIRA, LAS CUALES ARROJARON COMO RESULTADO QUE EL DÌA 29 DE FEBRERO DE 1996, FUERON ENCONTRADOS LOS CADAVERES DE LOS SEÑORES JULIAN OJEDA RUIZ E ISRAEL NAVARRO PALLARES A DOSCIENTOS METROS APROXIMADAMENTE DE LA ENTRADA DE LA VEREDA EL MAMEY; AL INDAGAR CON LOS FAMILIARES DEL SEÑOR JULIAN OJEDA RUIZ, SE ESTABLECE QUE EL DÌA 29 DE FEBRERO DEL 1996 EL SEÑOR JULIAN OJEDA RUIZ SALIO DE SU VIVIENDA LOCALIZADA EN LA COMUNIDAD WAYUU WEIPIAPA EN MINGUEO GUAJIRA EN COMPAÑIA DEL SEÑOR ISRAEL NAVARRO PAYARES, QUIENES SE DIRIGIRIAN EN LA CAMIONETA DE PROPIEDAD DEL SEÑOR OJEDA RUIZ HACIA CAMPANA NUEVO CON EL FIN DE COMPRAR UNAS CABEZAS DE GANADO, PASADO TODO EL DIA Y AL NO TENER RAZON DE NINGUNO DE ELLOS, LA FAMILIA DECIDIO SALIR EN SU BUSQUEDA, ENCONTRANDO LOS CUERPOS SIN VIDA DE ESTOS SEÑORES EN LA ENTRADA DE LA VEREDA DEL MAMEY JURISIDICCIÒN DE MINGUEO EN LA GUAJIRA, LOS CUALES PRESENTABAN VARIOS IMPACTOS DE ARMA DE FUEGO EN DISITINTAS PARTES DEL CUERPO. ASI MISMO AL INDAGAR CON LA FAMILÌA DEL SEÑOR ISRAEL NAVARRO PAYARES, RESIDENTES EN MIGUEO, QUIENES INDICAN DE IGUAL MANERA QUE EL SEÑOR NAVARRO PAYARES, SALIÒ DE SU CASA CON RUMBO A LA FINCA DONDE RESIDÌA SU AMIGO Y COMPADRE JULIAN OJEDA, CON EL FIN DE IR JUNTOS A VER UN GANADO QUE PLANEABAN COMPRAR, SIN SABER DE ÈL HASTA LAS HORAS DE LA NOCHE CUANDO LLEGARON FAMILIARES DE OJEDA RUIZ A COMENTARLES QUE HABÌAN ENCONTRADO LOS CUERPOS SIN VIDA EN LA ENTRADA DE LA VEREDA EL MAMEY.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÒDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1848

CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 222. HOMICIDIO EN PERSONA PROTEGIDA | 1 | CASTULO ARCON TURCIO. C.C. 85476582 | 14/04/2000 | BARRIO EL OASIS. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• CARMEN RINCON<br>• JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• JOSE EDILBERTO GUZMAN (a) "Quemaito". (Participe)<br>• (a) "Gomela". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL- | HOMICIDIO INDIVIDUAL | SUTRACCION POR ENGAÑO | Se tiene la confesión del postulado en la que manifiesta haber participado en los hechos<br><br>Fotografías del lugar de los hechos<br><br>Video clip con la narración de las victimas indirectas sobre el hecho.<br><br>Carpeta de victimas indirectas, con el registro de hechos y sus anexos, acreditación, documento que acredita parentesco con victima directa, poder para actuar otorgado a un abogado de la Defensoría Publica, copia del proceso |

| | | | | | | | | | | iniciado en la Fiscalía ordinaria. |
|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** EL DÍA 14 DE ABRIL DE 2000, QUE EL JOVEN CASTULO ARCON TURCIO, SE ENCONTRABA EN HORAS DE LA NOCHE EN LA CASA DE SU HERMANA EN EL BARRIO ONCE DE NOVIEMBRE DE SANTA MARTA, CUANDO LLEGO UNA PERSONA A BUSCARLO, SALIERON Y ESA MISMA NOCHE FUE ENCONTRADO SIN VIDA EN EL BARRIO EL OASIS, QUE NO SE LE CONOCÍA ENEMIGOS, NI QUE ESTUVIERA AMENAZADO. EN LA VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL AÑO 1999 O 2000, EN EL BARRIO LA ESMERALDA, ENTRANDO POR LA LÍNEA FÉRREA, DIO MUERTE A UN JOVEN DE NOMBRE CASTULO, INDICÓ QUE PARTICIPÓ EN EL HECHO CON ALIAS LA GOMELA, UTILIZANDO UN REVOLVER 38 HECHIZO Y UNA ESCOPETA 16 MOCHA, QUE LA ORDEN LA RECIBIERON DE PARTE DE ALIAS QUEMAITO, QUE NO SUPO LOS MOTIVOS POR LOS CUALES ORDENARON DARLE MUERTE A ESA PERSONA, QUE AL PARECER SE DEDICABA AL HURTO DE MOTOCICLETA, QUE ERA UNA PERSONA BLANCA DE 160 DE ESTATURA

**FORMULACION DE CARGOS:** ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL

**CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD:** NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 223. HOMICIDIO EN PERSONA PROTEGIDA | 26 | GILBERTO SEGUNDO MOZO CABALLERO. C.C. 85476941 | 7/06/2002 | MERCADO PÚBLICO. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIRO GA POVEDA<br>• NODIER GIRALDO (a) "Cabezón". (DIO LA ORDEN). (Participe).<br>• LUIS EDGAR MEDINA | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL- | HOMICIDIO INDIVIDUAL | SUTRACCION POR ENGAÑO | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FLOREZ (A) "Chaparro". (DIO LA ORDEN). (Participe). <br> • JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe). <br> • GILBERTO SOTO RINCON (a) "Pipe". CParticipe). | | | | | LIBRE. <br><br> ACTA DE INSPECCIÓN DE CADÁVER NUMERO 241 DE FECHA 7 JUNIO/2002 <br><br> COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER <br><br> DICTAMEN DE BALÍSTICA FORENSE, MEDICINA LEGAL B/QUILLA, 18 JUNIO/2002 <br><br> PROTOCOLO DE NECROPSIA <br><br> RESOLUCIÓN INHIBITORIA DE FECHA 4 DICIEMBRE/200 2 QUE SE TOMÓ EN EL PROCESO PENAL QUE SE ADELANTÓ EN SU MOMENTO. <br><br> CERTIFICACIÓN EXPEDIDA POR LA FISCALÍA DE EXISTENCIA DE PROCESO. |

| | | | | | | | | | | REPORTE DE HECHOS POR LA VICTIMA INDIRECTA |
|---|---|---|---|---|---|---|---|---|---|---|
| SITUACION FACTICA: EL DÍA 7 DE JUNIO DE 2002, A ESO DE LAS 1:00 DE LA TARDE, LA VICTIMA SALIO DE LA CASA Y A LA 1:40 AVISARON EN LA CASA QUE LO HABÍAN ASESINADO EN EL MERCADO PUBLICO, FRENTE A UN KIOSCO AZUL, QUE ESTA TAMBIÉN FRENTE A LA CHIVERA PABLO, CUANDO LA VICTIMA LLEGO A ESE SITIO, LLEGÓ UN TIPO A PÍE Y LE DISPARO CON UN ARMA DE FUEGO, CAUSÁNDOLE LA MUERTE EN FORMA INMEDIATA. EN VERSION LIBRE DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL MERCADO PUBLICO EN EL QUE PERDIÓ LA VIDA  EL SEÑOR  GILBERTO SEGUNDO MOZO CABALLERO,  QUE FUE ORDENADO POR ALIAS EL CABEZÓN GIRALDO (NODIER GIRALDO) Y ALIAS CHAPARRO, (LUIS EDGAR MEDINA FLOREZ), QUE EL MOTIVO FUE POR QUE ERA UN  INFORMANTE DE LA  LEY, QUE UTILIZARON UNA  MOTOCICLETA DE COLOR  ROJO DE PROPIEDAD DE GILBERTO SOTO RINCÓN, ALIAS PIPE HIJO DE CARMEN ALIAS LA TETONA, SE UTILIZO UN REVOLVER 38 ESCORPIO EL MISMO QUE SE UTILIZO CON MUNIR, QUE LLEGARON  A LA PARTE DE ATRÁS DE  SAN-ANDRESITO Y ALLÍ ESTABAN ALIAS CHAPARRO Y NODIER CON JOSÉ GREGORIO ALIAS MANE, ELLOS HABLAN CON MANE Y ÉL LES DICE A USTEDES  QUE HABÍA QUE DARLE DE BAJA A UN SAPO, LE REPORTARON A MANE, EL TUBO QUE HABER INFORMADO A NODIER Y A CHAPARRON. | | | | | | | | | | |
| FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS. <br><br> PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO: <br><br> LOS INTEGRANTES DE LA POBLACIÓN CIVIL | | | | | | | | | | |
| **CONTROL SOCIAL - SEGUNDARA PRACTICA  HOMICIDIO MULTIPLE – SICARIATO EN EL LUGAR DEL HALLAZGO – SITIO ABIERTO** | | | | | | | | | | |
| 224. HOMICIDIO EN PERSONA PROTEGIDA Y HOMICIDIO EN PERSONA PROTEGIDA EN GRADO DE TENTATIVA | 3 | ELLER ENRIQUE PAEZ VALLE (MUERTO). C.C. 85470768. ARLON HARMS PRINCE BOHORQUEZ. C.C. 7603974, (MUERTO), WILLIAN JOSE MARTINEZ BARRIOS (HERIDO). | 11/04/2003 | CARREA 53 CALLE 9L.BARRIO "ONDAS DEL CARIBE"SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA P <br> • NODIER GIRALDO GIRALDO <br> • JOSE DEL C GELVES <br> • ADAN ROJAS MENDOZA <br> • JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe). | A.   Mediato A. Mediato\| Coautor | | HOMICIDIO MULTIPLE | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | |

| | | 72266377 MASACRE EN EL BARRIO ONDAS DEL CARIBE | | | • YOVANY JOSE ACOSTA OROZCO. (a) "Victor". (Participe). • OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe) | Coautor Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL-DELINCUENCIA COMUN) | | | |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: SE ENCUENTRA DOCUMENTADO QUE EL DÍA 11 DE ABRIL DE 2.003,  APROXIMADAMENTE A LAS  7.30 DE LA NOCHE,  EN  UN SOLAR UBICADO EN EL BARRIO ONDAS DEL CARIBE DE LA CIUDAD DE SANTA MARTA, LOS SEÑORES ELLER PÁEZ VALLE, ARLON PRINCE BOHÓRQUEZ Y WILLIAN JOSE MARTINEZ BARRIOS, SE ENCONTRABAN DIALOGANDO, CUANDO DE REPENTE LLEGARON AL LUGAR VARIOS SUJETOS QUE SE MOVILIZABAN EN UN VEHÍCULO AUTOMOTOR, DE INMEDIATO  EMPEZARON A DISPARARLE  A LOS DOS PRIMEROS, EN TANTO WILLIAM JOSE MARTINEZ BARRIOS, SALIÓ CORRIENDO Y UNO DE LOS SUJETOS LO IMPACTO CON UN DISPARO EN EL BRAZO, QUIEN SALIÓ PERSIGUIÉNDOLO, PERO NO LO ALCANZO, SIENDO AUXILIADO POR LA POLICÍA QUE LLEGÓ AL LUGAR DE LOS HECHOS Y LO TRASLADO  AL PUESTO DE SALUD DEL BARRIO BASTIDAS. EN LAS DILIGENCIAS INVESTIGATIVAS, POR PARTE DE LA FISCALÍA 8 URI SE LE  RECEPCIONÓ DECLARACIÓN JURADA AL SEÑOR WILLIAN JOSÉ MARTÍNEZ BARRIOS CEDULADO CON EL NÚMERO 72266377 DE BARRANQUILLA, PERSONA QUE RESULTARA HERIDA EN EL BRAZO IZQUIERDO EN LOS MISMOS HECHOS DONDE FALLECIERAN LAS PERSONAS ARRIBA ANOTADAS, SEÑALANDO EN SU DECLARACIÓN QUE ÉL SE ENCONTRABA EN COMPAÑÍA DE LOS DOS MUCHACHOS QUE FALLECIERON A QUIENES CONOCÍA COMO ARNOL Y EL MONO PÁEZ, TODOS ELLOS REUNIDOS EN EL PATIO DE LA CASA DE ARNOL DE QUIEN DICE SE ENCONTRABA FUMANDO MARIHUANA EN COMPAÑÍA DEL MONO PÁEZ, CUANDO DE REPENTE LLEGARON TRES INDIVIDUOS EN UN TAXI RENAUL 9 QUIENES SE BAJARON Y COMENZARON A DISPARAR EN CONTRA DE LAS VÍCTIMAS; DICE EL DECLARANTE QUE A PESAR DE CORRER PARA SALVAR SU VIDA SIN EMBARGO FUE ALCANZADO POR LAS BALAS, ASEGURA QUE ERA LA PRIMERA VEZ QUE VEÍA A ESAS PERSONAS QUIENES PORTABAN ARMAS CORTAS, PISTOLAS AL PARECER 9 MILÍMETROS Y UN REVOLVER CALIBRE 38. IGUALMENTE DENTRO DEL EXPEDIENTE REPOSA DECLARACIÓN JURADA DE LA SEÑOR YESIRA ALEXANDRA ARIZA ESCOBAR C.C. 36.693.534 DE SANTA MARTA COMPAÑERA PERMANENTE DE ARLON PRINCE, QUIEN SEÑALO QUE AL MOMENTO DE LOS HECHOS ELLA NO SE ENCONTRABA EN EL SITIO PERO ASEGURA QUE SU COMPAÑERO NO TENÍA NINGUNA CLASE DE AMENAZA, QUE SE DEDICABA A LA VENTA DE JUGOS NATURALES EN EL SECTOR DE LA CALLE 22 CON CARRERA 19 DE ESTA CIUDAD, ASÍ MISMO AFIRMA NO TENER CONOCIMIENTO DE LOS AUTORES DEL CRIMEN NI DE LOS MOTIVOS DE LOS HOMICIDIOS.


FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

IGUALMENTE COMO RESULTARON  PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: A

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTO HERIDO WILLIAN JOSE MARTINEZ BARRIOS

EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 225. HOMICIDIO EN PERSONAS PROTEGIDAS | 3 | JHON JAIRO FÁBREGAS CORONADO. C.C. 4981128. FERNANDO JOSÉ MOLINA MERCADO. C.C. | 4/06/2003 | CORREGIMIENTO DE GAIRA. FRENTE A LA ANTIGUA LICORERA. SANTA MARTA | • HERNAN GIRALDO SERNA  • NORBERTO QUIROGA P  • NODIER GIRALDO GIRALDO | | | HOMICIDIO MULTIPLE | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | REGISTRO CIVIL DE DEFUNCIÓN DE FERNANDO JOSÉ MOLINA MERCADO ACTA DE INSPECCIÓN |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12558039. MIGUEL ANTONIO CARO REALES. 86769964<br><br>MASACRE EN GAIRA | | | • JOSE DEL C GELVES A<br>• ADAN ROJAS MENDOZA (DIO LA ORDEN)<br>• WILLINGTON MORA BUENHABER (a) "Willy". (Participe)<br>• OTALVARO DURANGO ALVAREZ (a) "Pulga". (Participe)<br>• ENRIQUE YOVANY AGAMEZ FELICIANO (a) "Chispas". (Participe)<br>• VICTOR POLO GUTIERREZ (a) "Tequeteque". (Participe).<br>• MIGUEL ALEJANDRO VASQUEZ GARCIA (a) "El Fantasma". (Participe)<br>• HERNAN GONZALEZ CORCHO (a) "Yan Carlos" | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIALAL- | | | DE CADÁVER NÚMEROS 203,204 Y 205 DE LOS FALLECIDOS<br><br>ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>DICTAMEN DE ANÁLISIS DE RESIDUOS DE DISPAROS ÁREA DE QUÍMICA CTI BOGOTÁ.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILI DAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE.<br>REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS.<br><br>INFORME DE POLICÍA JUDICIAL SUSCRITO POR LOS INVESTIGADOR ES JUDICIALES DE LA UNIDAD NACIONAL PARA LA JUSTICIA Y LA |

|  |  |  |  |  |  |  |  |  |  | PAZ, DE FECHA 29 DE JULIO DE 2.010. |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DIA 04 DE JUNIO DE 2003 MIEMBROS DEL BLOQUE RESISITENCIA TAYRONA ENTRE LOS QUE SE ENCONTRABAN  VICTOR ALFONSO POLO GUTIERREZ DE  ALIAS TEQUETEQUE,  ALIAS "EL NIÑO" Y  EL POSTULADO ENRIQUE YOVANI AGAMEZ FELICIANO DE ALIAS "CHISPA", PERPETRARON EL HOMICIDIO DE FERNANDO  JOSE MOLINA MERCADO, JHON JAIRO FABREGA CORONADO Y MIGUEL ANOTNIO CARO REALES, EN MOMENTO EN QUE ÉSTOS SE ENCONTRABAN EN VÍA PUBLICA  EN SITIO ALEDAÑO A LA ANTOGUA LICORERA EN EL CORREGIMIENTO DE GAIRA EN SANTA MARTA, EN LUGAR AL PARECER FRECUENTADO POR CONSUMIDORES DE ALUCINOGENOS Y PERSONAS DEDICADAS A COMETER HURTOS; SITUACION QUE ORIGINA SUS HOMICIDIOS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 226..- HOMICIDIO EN PERSONAS PROTEGIDAS Y TENTATIVA DE HOMICIDIO | 10 | NOLBERTO ANTONIO RAPELO RODRÍGUEZ. (Muerto). C.C. 84454766. EDUARDO PÉREZ ESTRADA. | 21/06/2003 | CANCHA MULTIPLE – CASETA BAILABLE- BARRIO "LUIS R. CALVO". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA | A. Mediator Coautor Coautor | | HOMICIDIO MULTIPLE | SICARIATO EN | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 234 DE FECHA 21 JUNIO/2003, A NOMBRE DE NOLBERTO RÁPELO |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FABIAN. (Muerto). ENRIQUE CANTILLO OSPINO. (Niño – Muerto). NILSON CARLOS LOPEZ RIVALDO (Herido). C.C. 1082880166. ELKIN DAVID GARCIA GUTIERREZ. (Herido). C.C. 84450545. ADA IVIS LA SALAS MEZA. (Herida). C.C 36694304. ERICH ALBENIS ULLOA CABRERA. (Herido). C.C. 1082846641 WOLFRAN PEREZ CELIS. (Herido). JULIETH PAOLA LOPEZ SANCHEZ. (Herida). MASACRE EN EL BARRIO "LUIS R. CALVO" | | | (ordenó el hecho). <br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe). <br>• OTALVARO DURANGO (a) "Pulga". (Participe). <br>• ENRIQUE YOVANY AGAMEZ FELICIANO (a). "Chispas". (Participe). <br>• (a) "Jean Carlos". (Participe). | Coautor Coautor Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | | EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | RODRÍGUEZ ACTA DE INSPECCIÓN DE CADÁVER NUMERO 235 A NOMBRE DE EDUARDO PÉREZ ESTRADA ACTA DE INSPECCIÓN DE CADÁVER NUMERO 236 A NOMBRE DE FABIÁN ENRIQUE CANTILLO, MENOR DE EDAD. INFORME DE POLICÍA JUDICIAL 0182, SIJIN DEMAG DE FECHA 25 JUNIO/2003 INFORME DE POLICÍA JUDICIAL NUMERO. 2358 CTI SANTA MARTA, DE FECHA 28 JUNIO/2003 COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER |

| | | | | | | | | | | | DE FABIÁN ENRIQUE CANTILLO, EDUARDO PÉREZ ESTRADA, NOLBERTO RÁPELO RODRIGUEZ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | DICTAMEN DE BALÍSTICA FORENSE, MEDICINA LEGAL BARRANQUILLA. |
| | | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS DIRECTAS E INDIRECTAS |
| | | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. |
| | | | | | | | | | | | DICTAMEN MEDICO LEGAL A NOMBRE DE NILSSON LÓPEZ RIVALDO, EXPEDIDA POR MEDICINA |

| | | | | | | | | | | | LEGAL SANTA MARTA. DICTAMEN MEDICO LEGAL, A NOMBRE DE ADA IVIS LASALAS MEZA, MEDICINA LEGAL SANTA MARTA, FECHADO 8 JUNIO/2004 DICTAMEN MEDICO LEGAL, A NOMBRE DE WÓLFRAM PÉREZ CELIS, EXPEDIDA POR MEDICINA LEGAL SANTA MARTA, FECHADO 8 JUNIO/2004. DICTAMEN MEDICO LEGAL DE JULIETH PAOLA LÓPEZ SANCHEZ EXPEDIDA POR MEDICINA LEGAL SANTA MARTA, DE FECHA 8 JUNIO/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: EL DÍA 21 DE JUNIO DE 2003, MIENTRAS SE REALIZABA UNA CASETA BAILABLE EN LA CANCHA MÚLTIPLE DEL BARRIO LUIS R. CALVO DE LA CIUDAD DE SANTA MARTA, SE PRESENTO UNA BALACERA DONDE FUERON ASESINADOS LOS SEÑORES NORBERTO ANTONIO RAPELO RODRÍGUEZ Y EDUARDO RAFAEL PÉREZ ESTRADA, EN EL CRUCE DE DISPAROS QUEDO GRAVEMENTE HERIDO EL MENOR DE 9 AÑOS FABIÁN ENRIQUE CANTILLO OSPINO QUIEN FUE TRASLADADO AL HOSPITAL CENTRAL DE DICHA CIUDAD FALLECIENDO AL LLEGAR POR LAS HERIDAS CAUSADAS. EN ESTE HECHO DE SANGRE RESULTARON HERIDAS ADEMÁS LAS SIGUIENTES PERSONAS: ERICKSON ULLOA CABRERA, ADAIBIS LAZALA MEZA, ELKIN DAVID GARCIA GUTIERREZ, JULIETH PAOLA LOPEZ SANCHEZ, NELSON LOPEZ RIVALDO Y WOLFARN PEREZ CELIS.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

IGUALMENTE COMO RESULTARON  PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARAN GRAVEMENTE HERIDOS NILSON CARLOS LOPEZ RIVALDO , ELKIN DAVID GARCIA GUTIERREZ. ,ADA IVIS  LA SALAS MEZA., ERICH ALBENIS ULLOA CABRERA,  WOLFRAN PEREZ CELIS. Y JULIETH PAOLA LOPEZ SANCHEZ

 EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL

MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 227.HOMICIDIO EN PERSONA PROTEGIDA | 1 | MARCO ALONSO CASTILLA GUEVARA. C.C. 7660001 Y DOS PERSONAS MAS | 06/01/19 83 | VEREDA MENDIHUACA. CORREGIMIENTO DE GUACHACASANTA MARTA | • HERNAN GIRALDO SERNA <br> • VICTOR TORRES PADILLA (a) "Pondoro". (Participe). <br> • GUILLERMO CANO (a) "Pata de Catre". (Participe) . <br> • JOSE ALEJANDRINO ALVAREZ (a) "El Calvo". (Participe). | A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor | CONTROL SOCIAL | HOMICIDIO MULTIPLE | SICARIATO EN EL LUGAR DEL HALLAZGO (SITIO ABIERTO) | |

**SITUACION FACTICA: POSTULADO UN CASO EN MENDIHUACA DE MARCO ALONSO CASTILLA GUEVARA HECHOS 25 ENERO DE 1983 EN ESTE HECHO LO EJECUTO VICTOR TORRES PADILLA ALIAS PONDORO LLEVO DE LOS MUCHACHSO MIOS GUILLERMO CANO ALIAS PATA DE CATRE Y EL CALVO. FISCAL  ESTE HECHO QUIEN LO AUTORIZ.O POSTULADO FUE AUTORIZADO Y EJECUTADO POR VICTOR TORRES PADILLA  CREO QUE MATARON COMO 2 PERSONS EQUIVOCADAMENTE**

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135.  **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL

HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

**CONTROL SOCIAL – HOMICIDIO MULTIPLE – IRRUPCION SITIO CERRADO**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 228. .HOMICIDIO EN PERSONAS PROTEGIDAS, TENTATIVA DE HOMICIDIO EN PERSONA PROTEGIDA, TORTURA EN PERSONA PROTEGIDA, ACTOS DE TERRORISMO, DESPLAZAMIENTO FORZADO, - SIMULACION DE INVESTIDURA O CARGO | 4 | ANTONIO JOSÉ OCHOA MARIN C.C 71628294, FÉLIX ANTONIO LÓPEZ PÉREZ. C.C. 4973983, ERNIS ANTONIO LÓPEZ CASTRO (MUERTOS) Y YONATAN DE JESÚS LÓPEZ CASTRO (HERIDO). C.C. 1982842847. "MASACRE DE DON JACA" | 26/05/2005 | VEREDA DON JACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ALDEMAR PACHECO ORTIZ (Participe)<br>• (a) "Papaya" (Participe)<br>• (a) "Fabian". (Participe)<br>• (a) "Franklin" (Participe)<br>• RAFAEL TARAZONA (a) "El Gurre". (Participe)<br>• (a) "Mancancan". (Participe)<br>• (a) "Seis Dedos". (Participe)<br>• (a) "Menco". (Participe)<br>• (a) "Gaviria". (Sijin) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL) | HOMICIDIO MULTIPLE<br><br>IRRUPCION SITIO CERRADO-INCURSION ARMADA | REGISTROS DE HECHOS ATRIBUIBLES NO. **373094**, REPORTADO POR EL MISMO **YONATAN DE JESÚS LÓPEZ CASTRO.**<br><br>REGISTRO NO **269594** PRESENTADO POR **LUÍS ALBERTO LÓPEZ CASTRO**, HIJO DE **FÉLIX ANTONIO LÓPEZ GONZÁLES** Y HERMANO DE **ERNIS Y YONATAN LÓPEZ CASTRO.**<br><br>REGISTRO NUMERO **65358** PRESENTADO POR LA |

| | | | | | | | | | | | SEÑORA **ISABEL MARÍA CASTRO SAUCEDO**, MADRE DE LOS JÓVENES **ERNIS** Y **YONATAN LÓPEZ CASTRO** Y COMPAÑERA DE **FÉLIX ANTONIO LÓPEZ.**<br><br>REGISTRÓ **25173** DE LA SEÑORA **NURIS MARÍA HERNÁNDEZ**, COMPAÑERA PERMANENTE DE **ANTONIO JOSÉ OCHOA MARIN.**<br><br>REGISTRO NO. **396586 YURIS JOHANA OCHOA HERNÁNDEZ**, HIJA DE **ANTONIO JOSÉ OCHOA MARIN.**<br><br>CONFESIÓN DEL EN VERSION LIBRE |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: LA UNA DE LA MADRUGADA, UN NÚMERO APROXIMADO DE 15 HOMBRES FUERTEMENTE ARMADOS, QUE USABAN CHALECOS NEGROS, LLEGARON A LA VEREDA "DON JACA", DE LA CIUDAD DE SANTA MARTA, QUIENES HACIÉNDOSE PASAR COMO MIEMBROS DEL CUERPO TÉCNICO DE INVESTIGACIÓN DE LA FISCALÍA GENERAL DE LA NACIÓN, TOCARON LA PUERTA DE LA CASA DONDE RESIDÍA EL SEÑOR FÉLIX ANTONIO LÓPEZ PÉREZ (Q.E.P.D.), JUNTO A SU FAMILIA, AL ABRIRLE LA PUERTA LOS SUJETOS PENETRARON EN FORMA VIOLENTA Y SACARON POR LA FUERZA A LOS HOMBRES DE LA CASA, AL SEÑOR FÉLIX LÓPEZ PÉREZ (Q.E.P.D.), AL JOVEN ERNIS LÓPEZ CASTRO (Q.E.P.D.) Y A YONATAN LÓPEZ CASTRO, LOS TIRARON BOCA ABAJO, LOS GOLPEARON Y LUEGO LES PROPINARON VARIOS DISPAROS CON ARMA DE FUEGO, QUE LES QUITÓ LA VIDA EN FORMA INMEDIATA A FÉLIX ANTONIO LÓPEZ PÉREZ Y AL MENOR ERNIS LÓPEZ CASTRO, EN TANTO A YONATAN LÓPEZ CASTRO, QUIEN RECIBIÓ VARIOS IMPACTOS DE BALAS, UNO EN LA CABEZA, OTRO EN EL CUELLO Y OTRO EN EL BRAZO, FUE

TRASLADADO A LA CLÍNICA "EL PRADO", DONDE LOS GALENOS QUE LO ATENDIERON LOGRARON SALVARLE LA VIDA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO YONATAN DE JESÚS LÓPEZ CASTRO, EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS

PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

Y EN CONCURSO HETEROGENEO CON **TORTURA EN PERSONA PROTEGIDA TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO CAP. UNICO ART, 137 LEY 599 DE 2000** "EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS, FÍSICOS O PSÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN…, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SMLMV.

**DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL. ARTICULO 159.** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

TERRORISMO ART. 187. MODIFICADO DECRETO 2266 DE 1991, ART. 4. EL QUE PROVOQUE O MANTENGA EN ESTADO DE ZOZOBRA O TERROR A LA POBLACIÓN O A UN SECTOR DE ELLA, MEDIANTE ACTOS QUE PONGAN EN PELIGRO LA VIDA, LA INTEGRIDAD FÍSICA O LA LIBERTAD DE LAS PERSONAS O LAS EDIFICACIONES O **MEDIOS** DE COMUNICACIÓN, **TRANSPORTE**, PROCESAMIENTO O CONDUCCIÓN DE FLUIDOS O FUERZAS MOTRICES, VALIÉNDOSE DE MEDIOS CAPACES DE CAUSAR ESTRAGOS INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS Y MULTA DE DIEZ (10) A CIEN (100) SALARIOS MÍNIMOS MENSUALES, SIN PERJUICIO DE LA PENA QUE LE CORRESPONDA POR LOS DEMÁS DELITOS QUE OCASIONEN CON ESTE HECHO

Y SIMULACION DE INVESTIDURA O CARGO, CONTEMPLADO EN EL TITULO XV, CAPITULO NOVENO, ARTICULO 426: EL QUE SIMULARE INVESTIDURA O CARGO PUBLICO O FINGIERE PERTENECER A LA FUERZA PUBLICA, INCURRIRA EN PRISION DE 2 A 4 AÑOS Y EN MULTA DE 3 A 15 SALARIOS MINIMOS LEGALE MENSUALES VIGENTES; LA PENA SE DUPLICARA SI LA CONDUCTA SE REALIZARE CON FINES TERRORISTAS O SE CUANDO PARTICIPE EN EN GRUPO DE DELINCUENCIA ORGANIZADA.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 229..-HOMICIDIO EN PERSONAS PROTEGIDAS | 5 | LEONARDO ENRIQUE GÓMEZ MEDINA. C.C. 85472059. RIGOBERTO LÓPEZ ROMERO. C.C. 84459306. JHON JAIRO SANTANA RODRIGUEZ. C.C. 29901963. IVÁN JOSÉ UMBRÍA ROMERO (HERIDO – MENOR DE EDAD) Y OSCAR DE JESUS UMBRÍA ROMERO (HERIDO – MENOR DE EDAD)<br><br>MASACRE EN VILLA BETEL | 5/02/2003 | SECTOR 4, CASA 62, INVASIÓN "VILLA BETEL". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• VICTOR ALFONSO POLO GUTIERREZ (a) "Tequeteque". (Participe) (Al parecer está muerto).<br>• JAIME ACOSTA OROZCO (a) "Álvaro". (Participe)<br>• OTALVARO DURANGO(a) "Pulga". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO MULTIPLE<br><br>IRRUPCION SITIO CERRADO | ACTA DE INSPECCIÓN DE CADÁVER DE LEONARDO GÓMEZ MEDINA<br><br>ACTA DE INSPECCIÓN DE RIGOBERTO LÓPEZ ROMERO<br><br>INFORME SIJIN DEMAG DE FECHA 6 DE FEBRERO DE 2003<br><br>ÁLBUM FOTOGRÁFICO DE INSPECCIONES DE CADÁVERES<br><br>DICTAMEN BALÍSTICA FORENSE, MEDICINA LEGAL BARRANQUILLA DE FECHA 22 FEBRERO DE 2003<br><br>PROTOCOLO DE NECROPSIA DE RIGOBERTO LÓPEZ<br><br>REGISTRO CIVIL DE DEFUNCIÓN DE |

| | | | | | | | | | | RIGOBERTO LÓPEZ<br><br>PROTOCOLO DE NECROPSIA DE LEONARDO GÓMEZ<br><br>REGISTRO CIVIL DE DEFUNCIÓN DE LEONARDO GÓMEZ<br><br>INFORME SIJIN DEMAG FECHA 26 DE MAYO DE 2003<br><br>RETRATO HABLADO DE UNO DE LOS AGRESORES<br><br>RESOLUCIÓN INHIBITORIA DE FECHA 4 DE NOVIEMBRE DE 2003 PROFERIDA DENTRO DEL PROCESO PENAL ORDINARIO QUE SE LLEVÓ EN SU MOMENTO.<br><br>RECORTE DE PRENSA DE LA ÉPOCA<br><br>CONFESIÓN Y ACEPTACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | DE RESPONSABILIDAD HECHO POR LOS POSTULADOS EN VERSIÓN LIBRE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FATICA: EL DIA 21 DE NOVIEMBRE DE 2003 EN LA INVASION VILLA BETEL DE LA CIUDAD DE SANTA MARTA DETRÁS DE LA FINCA BURECEHE FUERON ASESINADOS LOS SEÑORES LEONARDO GOMEZ MEDINA, RIGOBERTO LOPEZ ROMERO, JHON JAIRO MORALES SANTANA Y RESULTARON HERIDOS LOS MENORES OSCAR DE JESUS UMBRIA ROMERO Y IVAN JOSE UMBRIA ROMERO SUPUESTAMENTE POR SER INTEGRANTES DE UNA BANDA DE PIRATERIA TERRESTRE

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

IGUALMENTE COMO RESULTARON HERIDAS DOS PERSONAS  SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA:

**ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 230. HOMICIDIO EN PERSONAS PROTEGIDAS | 3 | LUÍS ALBERTO HURTADO FORNARIS. C.C. 19530950. LUÍS EDUARDO HURTADO. GARCÍA. (Menor) Y JACOB CHARRIS CASTRO. C.C. 12447883  MASACRE EN EL BARRIO LAS DELICIAS | 19/03/2002 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA (Autor intelectual ordenó el hecho).<br>• JOSE GREGORIO ROJAS MENDOZA. (Participe)<br>• JESUS VILLALOBOS (Trabajador de la Empresa APOSMAR. Fue quien dio la información)<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• OTALVARO DURANGO (a) "Pulga". (Participe).<br>• JAIME ACOSTA OROZCO (a) "Álvaro". (Participe) | A. Mediato Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO MULTIPLE | IRRUPCION SITIO CERRADO | ACTA DE INSPECCIONES DE CADÁVERES DE LOS TRES FALLECIDOS<br><br>DECLARACIÓN JURADA DE MERCEDES MARÍA REALES PADILLA<br><br>INFORME DE POLICÍA JUDICIAL CTI NO 672 DEL 26 DE MARZO DEL 2002<br><br>DECLARACIÓN JURADA DE JAIRO BRITO LÓPEZ<br><br>COPIA DEL ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>DICTAMEN DE BALÍSTICA FORENSE MEDICINA |

| | | | | | | | | | | LEGAL BARRANQUILLA DE FECHA 15 DE ABRIL DEL 2002 |
| | | | | | | | | | | PROTOCOLOS DE NECROPSIAS DE LOS TRES FALLECIDOS |
| | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN DE LUIS ALBERTO HURTADO FORNARIS |
| | | | | | | | | | | INFORME DE POLICÍA JUDICIAL SIJIN DEMAG NO. 328 DE FECHA 20 DE AGOSTO DE 2002 |
| | | | | | | | | | | RESOLUCIÓN INHIBITORIA DE FECHA 25 SEPTIEMBRE DE 2002 |
| | | | | | | | | | | REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 19 DE MARZO DE 2002 EN HORAS DE LA NOCHE CUANDO LOS SEÑORES LUÍS ALBERTO HURTADO FORNARIS, LUÍS EDUARDO HURTADO GARCÍA, Y JACOBO CHARRI CASTRO, SE ENCONTRABAN EN LA CASA DE HABITACIÓN DE PRIMERO DE LOS MENCIONADOS, UBICADA EN EL BARRIO LAS DELICIAS DE SANTA MARTA, LLEGARON VARIOS HOMBRES DESCONOCIDOS ARMADOS Y LOS HICIERON TIRAR AL PISO, DISPARÁNDOLES EN VARIAS OPORTUNIDADES EN LA CABEZA

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 231.- HOMICIDIO EN PERSONAS PROTEGIDAS | 3 | RENIS ALFONSO TABORDA ARAQUE. C.C. 72223760. VICTOR EDUARDO ARAQUE DOMÍNGUEZ. C.C. 12559699. Y JHONATAN JOSÉ ALTAHONA LANCE  MASACRE EN EL BARRIO LOS LAURELES | 26/07/2002 | SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA (Dio la orden. Determinador).<br>• JOSE GREGORIO ROJAS MENDOZA. (Participe)<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• OTALVARO DURANGO (a) | A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br>A. Mediato<br><br><br><br>Coautor<br><br><br>Coautor<br><br><br>Coautor<br><br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO MULTIPLE  IRRUPCION SITIO CERRADO | SE TIENE LA CONFESIÓN DEL POSTULADO EN LA QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS  INFORMES DE POLICÍA JUDICIAL  FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | "Pulga". (Participe). | r | | | | CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS, ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON VICTIMA DIRECTA, |
| | | | | | • (a) "Leche". (Participe) | Coautor | | | | |
| | | | | | | | | | | PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA, |
| | | | | | | | | | | COPIA DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA |

SITUACION FACTICA: OR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA, 26 DE JULIO DE 2002 CUANDO LOS SEÑORES JHONATAN JOSÉ ALTAHONA LANCE, RENIS ALFONSO TABORDA ARAQUE Y VÍCTOR ARAQUE DOMÍNGUEZ, SE ENCONTRABAN REUNIDOS EN LA ESQUINA, FRENTE AL INMUEBLE DISTINGUIDO CON LA DIRECCIÓN CARRERA 29 NO. 21C-50 DEL BARRIO LOS LAURELES DE LA CIUDAD DE SANTA MARTA, CASA EN LA QUE RESIDÍA EL TAMBIÉN VÍCTIMA  CARLOS RAFAEL CASTRO ARAQUE,  ALIAS CALICHE,   SE LES ACERCARON CUATRO HOMBRES ARMADOS QUIENES LES DISPARARON CAUSÁNDOLES LA MUERTE DE MANERA INMEDIATA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

**CONTROL SOCIAL – HOMICIDIO MULTIPLE – INTERCEPTACION Y SUSTRACCION POR LA FUERZA**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 232. HOMICIDIO EN PERSONAS PROTEGIDAS Y TORTURA EN PERSONAS PROTEGIDAS | 6 | RODULFO JOSE GUTIERREZ URUETA, RICARDO DE JESUS CARDONA OLIVEROS. C.C. 72218168. ROLANDO ENRIQUE RADER CAHUANA. C.C. 72219967. ROXANA PATRICIA SANDOVAL, ALVARO ANTONIO TORRES ALVAREZ Y ALIRIO RAFAEL BARRIOS | 22/08/2003 | VEREDA PERICO AGUAO. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• DANIEL GIRALDO C<br>• ELISEO BELTRAN CADENA (a) "El Gordo". (Participe)<br><br>• JOSE FRANCISCO FERRER ORTIZ (a) "Chayane" | A. Mediato. Coautor<br><br>Coautor<br><br>Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO MULTIPLE | INTERCEPTACION | DILIGENCIA DE VERSIÓN LIBRE<br><br>FOTOGRAFÍAS DE LAS VICTIMAS<br><br>INSPECCIÓN JUDICIAL CON EXAMEN DE CUERPO NÚMERO 316 DE FECHA 22 DE AGOSTO DE 2003 CORRESPONDIENTE A UN N.N, FEMENINO,<br><br>INFORME NÚMERO 0338 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | GARCIA. C.C. 19589107. | | | • (a) "Macrobio". (Participe) <br> • (a) "Boca e Mulo". (Participe | Coautor | | | | | **DEL 23 DE AGOSTO DE 2003,** <br><br> **PROTOCOLO DE NECROPSIA NÚMERO 333 2003 N.N. SEXO FEMENINO, NOMBRE DEFINITIVO ROXANA PATRICIA SANDOVAL ACUÑA** <br><br> **Inspección Judicial con examen de cuerpo número 317 del 22 de Agosto de 2003, correspondient e a un N.N. masculino, practicada por la Fiscalía 18 de la U.R.I.** <br><br> **Informe 1711 CRI- 23 de Agosto de 2003 sobre identificación indiciaria, correspondient e a RICARDO DE JESUS CARDONA OLIVEROS, con Cédula de Ciudadanía número 72.218.168, suscrito por LUZ ELENA ARCE ROYERO.** <br><br> **Protocolo de Necropsia número 334** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **2003 N.N. sexo masculino, nombre definitivo RICARDO CARDONA OLIVEROS-** Acta de **Inspección 317**<br><br>**Acta de Inspección número 318 del 22 de Agosto de 2003, correspondient e a un N.N. masculino y practicada por la Fiscalía 18 de la U.R.I.**<br><br>**Informe número 1712 CRI del 23 de Agosto de 2003, sobre identificación indiciaria Acta 318 corresponde a RODULFO JOSE GUTIERREZ RUIZ, suscrito por IVAN DARIO GALAN Investigador Judicial II.**<br><br>**Protocolo de Necropsia número 335-03 nombre de ingreso N.N., identificación indiciaria RODULFO JOSE GUTIERREZ RUIZ,** |

| | | | | | | | | | | | Registro Civil de defunción de **RODULFO JOSE GUTIERREZ**<br><br>**Inspección Judicial con examen de cuerpo número 319 del 22 de Agosto de 2003,correspondiente a ROLANDO RADER CAHUANA,**<br><br>**Inspección Judicial con examen de cuerpo número 320 del 22 de Agosto de 2003, correspondiente a un N.N. masculino, practicada por la Fiscalía 18 de la U.R.I.**<br><br>**Protocolo de Necropsia número 336-03 ROLANDO RADER CAHUANA, quien presentaba 4 heridas causadas por proyectil de arma de fuego.**<br><br>**Informe número 1713 CRI del 23 de Agosto de 2003, suscrito por LUZ ELENA ARCE, sobre identificación** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | indiciaria Acta 320 ALVARO ANTONIO TORRES ALVAREZ.<br><br>Protocolo de Necropsia 337-03 nombre de ingreso N.N., identificación indiciaria ALVARO ANTONIO TORRES ALVAREZ,<br><br>Recorte de prensa donde se divulgó la noticia del hecho.<br><br>Carpeta de Víctimas indirectas, con el Registro de SIJYP 69006, reportado por la señora DILIA CAHUANA RODRIGUEZ, madre de ROLANDO JADER CAHUANA<br><br>CERTIFICADO DE DEFUNCIÓN DE RODULFO JOSE GUTIERREZ |
|---|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA:  E TIENE DOCUMENTADO QUE ESTE HECHO TUVO OCURRENCIA EL DÍA 22 DE AGOSTO DE 2.003, EN EL SECTOR DE LA VEREDA PERICO AGUAO, CORREGIMIENTO DE GUACHACA, KILÓMETRO 65  VÍA SANTA MARTA- RIOHACHA, CUANDO UN GRUPO DE HOMBRES ARMADOS, QUE SE IDENTIFICARON COMO MIEMBROS DE LAS AUTODEFENSAS UNIDAS DE COLOMBIA, DETUVIERON EL  BUS  DE LA EMPRESA COCHE SWITE, QUE CUBRÍA LA RUTA SANTA MARTA –RIOHACHA Y  PROCEDIERON A BAJAR DEL BUS A 5 PASAJEROS, HACIÉNDOLE SEÑALAMIENTOS DE QUE ERAN PIRATAS TERRESTRES, LOS GOLPEARON  Y LUEGO LES DIERON MUERTE, POSTERIORMENTE SE LLEVARON LOS CUERPOS EN UNA CAMIONETA, Y LOS DEJARON TIRADOS EN LA VÍA Y LE COLOCARON  UNOS LETREROS QUE DECÍAN: "POR PIRATAS TERRESTRES". LAS VICTIMAS CORRESPONDÍAN A LOS NOMBRES  DE  RODULFO JOSE GUTIERREZ URUETA, RICARDO  DE JESUS CARDONA OLIVEROS, ROLANDO RADER CAHUANA, ROXANA PATRICIA SANDOVAL ACUÑA, QUIEN SE ENCONTRABA EN ESTADO DE GESTACIÓN Y ALVARO ANTONIO TORRES ALVAREZ,  , SE CONOCIÓ QUE  AL PARECER EN EL BUS SIGUIÓ EL SEÑOR ALIRIO RAFAEL BARRIOS GARCIA, Y UNA VEZ TUVIERON EL CONOCIMIENTO QUE UNO DE LOS SUPUESTOS ACOMPAÑANTES  SE HABÍA ESCAPADO LOS SUJETOS DIERON LA INFORMACIÓN QUE EN EL BUS IBA A OTRA PERSONA QUE HACIA PARTE DE LOS JÓVENES QUE HABÍA RETENIDO Y EN VIRTUD DE ELLO, EL BUS FUE INTERCEPTADO EL SECTOR DE CASA ALUMINIO, CORREGIMIENTO DE MINGUEO, MUNICIPIO DE DIBULLA GUAJIRA, DONDE TAMBIÉN FUE ASESINADO  Y  SU CUERPO FUE ENCONTRADO CON VARIOS IMPACTOS DE ARMA DE FUEGO.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

**EN CONCURSO CON**

**SECUESTRO SIMPLE**, (en concurso Homogéneo Sucesivo 5 victimas)  en cuanto las victimas fueron sustraídas del bus en que se desplazaban y retenidas en el sector del corregimiento de Guachaca, en donde se les dio muerte.

 Reato previsto en libro Segundo, Titulo III, capitulo  Segundo, del  artículo 168 de la ley 599 de 2.000, modificado por la ley 733 de 2.002, bajo  el siguiente tenor. ARTÍCULO 168. El que con propósitos distintos a los previstos en el artículo siguiente, arrebate, sustraiga, retenga u oculte a una persona, incurrirá en prisión de doce (12) a veinte (20) años y multa de seiscientos (600) a mil (1000) salarios mínimos legales mensuales vigentes.

**TORTURA EN PERSONA PROTEGIDA TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO CAP. UNICO ART, 137 LEY 599 DE 2000** "EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS, FÍSICOS O PSÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN…, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SMLMV.

**ABORTO SIN CONSENTIMIENTO:** LIBRO SEGUNDO, TITULO I DELITOS CONTRA LA VIDA Y LA INTEGRIDAD PERSONAL. Art. 123. El que causare el aborto sin consentimiento de la mujer, incurrirá en prisión de cuatro (4) a diez (10) años.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 233..- HOMICIDIO EN PERSONAS PROTEGIDAS- DAÑO EN BIEN AJENO | 3 | CARLOS RAFAEL CASTRO ARAQUE. C.C. 8795949., MANUEL JEOVANY VARGAS SANTIAGO. C.C. 85457810 Y GUSTAVO DE JESUS VARGAS COCUNUBA. C.C. 85467536  MASACRE EN EL BARRIO 20 DE OCTUBRE | 26/07/2002 | BARRIO "20 DE OCTUBRE". SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JESUS ELI BAYONA ROPERO (a) "Licho". (Participe).<br>• JAIME ACOSTA OROZCO (a) "Álvaro". (Participe).<br>• (a) "Cabeza". (Participe). | A. Mediato  Coautor  Coautor  Coautor  Coautor  Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL- | HOMICIDIO MULTIPLE | INTERCEPTACION | SE TIENE LA CONFESIÓN DEL POSTULADO EN LA QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS  INFORMES DE POLICÍA JUDICIAL  FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS  VIDEO CLIP CON LA NARRACIÓN DE |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | LAS VICTIMAS INDIRECTAS SOBRE EL HECHO.<br><br>CARPETA DE VICTIMAS INDIRECTAS, CON EL REGISTRO DE HECHOS Y SUS ANEXOS,<br><br>ACREDITACIÓN, DOCUMENTO QUE ACREDITA PARENTESCO CON VICTIMA DIRECTA,<br><br>PODER PARA ACTUAR OTORGADO A UN ABOGADO DE LA DEFENSORÍA PUBLICA,<br><br>COPIA DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA |

SITUACION FACTICA : EL DIA 26 DE JULIO DE 2002 FUERON ASESINADOS EN EL BASURERO DEL B/20 DE OCTUBRE DE SANTA MARTA LOS SEÑORES CARLOS RAFAEL CASTRO ARAQUE, MANUEL VARGAS SANTIAGO Y GUSTAVO VARGAS CUCUNUBA, CUYOS CADAVERES FUERON INCINERADOS JUNTO CON EL VEHICULO EN QUE SE TRANSPORTABAN, CARLOS CASTRO ARAQUE FUE MIEMBRO DE LAS ACMG DE HERNAN GIRALDO Y SE CONOCIA CON EL ALIAS DE CALICHE.2

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 234. HOMICIDIO EN PERSONAS PROTEGIDAS. SECUESTRO SIMPLE TORTURA EN PERSONA PROTEGIDA, | 3 | OSCAR ANTONIO DONATO ORTIZ. C.C. 76007226. YARLIS MANUEL DONATO ORTIZ Y EDER ALBERTO DONATO ORTIZ.  MASACRE VIOLADORES DE TURISTAS EN PARQUE TAYRONA | 02/08/2003 | VEREDA LA REVUELTACORREGIMIENTO DE GUACHACA- SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• DANIEL GIRALDO C<br>• ELISEO BELTRAN CADENA (a) "El Gordo". (Participe)<br>• (a) "Macrobio". (Participe) | A. Mediato  Coautor  Coautor  Coauto | CONTROL SOCIAL (LIMPIEZA SOCIAL- | EXTERMINIO DE FAMILIAS | SUSTRACCIÓN POR LA FUERZA | ACTAS DE INSPECCIÓN DE LOS CADÁVERES,  INSPECCIÓN JUDICIAL CON EXAMEN DE CUERPO NÚMERO **289** CORRESPONDIENTE A **OSCAR ANTONIO** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • (a) "Boca e Mulo". (Participe) | r Coautor | | | | **DONATO ORTIZ**, INSPECCIÓN JUDICIAL CON EXAMEN DE CUERPO NÚMERO **290** CORRESPONDIENTE A UN NN, INSPECCIÓN JUDICIAL CON EXAMEN DE CUERPO NÚMERO **291** CORRESPONDIENTE A UN NN, POSTERIORMENTE SE ESTABLECIÓ SEGÚN INFORME DE TÉCNICO CRIMINALÍSTICO QUE EL ACTA NÚMEROS 290 CORRESPONDE A **JARLIS MANUEL DONATO ORTIZ** Y LA 291 A **EDER ALBERTO DONATO ORTIZ**, QUIENES FUERON IDENTIFICADOS POR SU |

| | | | | | | | | | | | SEÑORA **ILSE MERCEDES ORTIZ RIOS**, PROTOCOLO DE NECROPSIA NÚMERO 307 CORRESPONDIENTE A **OSCAR ANTONIO DONATO ORTIZ** EN DONDE FIGURAN ORIFICIOS POR PROYECTIL DE ARMA DE FUEGO EN CARA, CUELLO, DORSO Y EXTREMIDAD SUPERIOR IZQUIERDA, ADEMÁS MÚLTIPLES EQUIMOSIS PRECORTEN QUE SUGIEREN SIGNOS DE VIOLENCIA, LOS HALLAZGOS AL EXAMEN INTERNO DEL CRÁNEO EVIDENCIAN HEMATOMAS SUBGALEALES, PERFORACIÓN Y FRACTURA DE BÓVEDA CRANEANA CON |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | LACERACIÓN CEREBRAL Y CEREBELOSA POR PASO DE PROYECTIL DE ARMA DE FUEGO QUE LO LLEVA A LA MUERTE.<br><br>PROTOCOLO NÚMERO 305 A NOMBRE DE EDER ALBERTO DONATO ORTIZ, ENTRE LOS HALLAZGOS SE ENCONTRARON ORIFICIOS POR PROYECTIL DE ARMA DE FUEGO EN CARA Y CRÁNEO, LACERACIÓN CON QUEMADURA POR PASO DE PROYECTIL DE ARMA DE FUEGO EN CUERO CABELLUDO REGIÓN PARIETAL IZQUIERDA, ADEMÁS DE MÚLTIPLES ESCORIACIONES MODERADAS |

| | | | | | | | | | | EN DORSO Y RODILLA QUE SUGIEREN SIGNOS DE VIOLENCIA. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | REPORTE DE LOS HECHOS. |
| | | | | | | | | | | 7. RECORTE DE PRENSA DONDE SE REGISTRÓ LA NOTICIA DEL HECHO. |
| | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN NÚMERO 5392112 CORRESPONDI ENTE A OSCAR DONATO ORTIZ. |
| | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN NÚMERO 5392113 CORRESPONDI ENTE A EDER ALBERTO DONATO |

| | | | | | | | | | | ORTIZ.<br><br>REGISTRO CIVIL DE DEFUNCIÓN NÚMERO 5392114 CORRESPONDIENTE A JARLIZ MANUEL DONATO ORTIZ |
|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA: SE TIENE DOCUMENTADO QUE ESTE HECHO OCURRIÓ EL DÍA 1° DE AGOSTO DE 2.003, CUANDO EN HORAS DE LA NOCHE UN GRUPO DE HOMBRES FUERTEMENTE ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA ROJA, QUE A LA POSTRE ERAN INTEGRANTES DE LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, LLEGARON A LA VIVIENDA DE LOS HERMANOS DONATO ORTIZ, UBICADA EN LA VEREDA CAÑAVERAL  DEL CORREGIMIENTO DE  GUACHACA, LOS SACARON POR LA FUERZA, LUEGO LOS SUBIERON AL VEHÍCULO Y HUYERON CON RUMBO HACÍA LA VEREDA LA REVUELTA LUGAR EN DONDE LOS TORTURARON Y LUEGO LES DIERON MUERTE CON PROYECTILES DE ARMA DE FUEGO. AL DÍA SIGUIENTE 2 DE AGOSTO DE 2.003, SE ENCONTRARON SUS CADÁVERES,  QUIENES PRESENTABAN VARIAS HERIDAS PRODUCIDAS CON ARMA DE FUEGO LOCALIZADAS EN DIFERENTES PARTES DEL CUERPO, OCASIONADAS POR GRUPOS ARMADOS ILEGALES DE ORDEN PARAMILITAR QUE OPERABAN EN LA REGIÓN DE GUACHACA Y EN GENERAL EN LA VÍA SANTA MARTA-GUAJIRA SOBRE LOS MISMOS SE ENCONTRÓ UN PANFLETO QUE DECÍA: "AUTORES ASESINATOS DOS PERSONAS EN EL PARQUE TAYRONA", COMO RETALIACIÓN A LAS SUPUESTA AUTORÍA POR PARTE DE ÉSTOS, DE LOS HOMICIDIOS DE DOS TURISTAS BOGOTANAS ANA MARIA VALENCIA  CHAPARRO Y ADRIANA RODRIGUEZ, HECHOS OCURRIDOS EL SÁBADO 26 DE JULIO DE 2.003, POR ESTOS HECHOS EL MISMO GRUPO ARMADO EN SU RECORRIDO CRIMINAL,   LE DIO MUERTE AL JOVEN ROGER CASTILLO ACOSTA, QUIEN FUE SACADO DE LA FINCA SAN MARTÍN UBICADA EN LA  VEREDA LOS NARANJOS DEL CORREGIMIENTO DE GUACHACA,    Y SE LO LLEVARON CON RUMBO A LA VEREDA CAÑAVERAL EN DONDE LO ASESINARON Y SU CUERPO FUE HALLADO EL 2 DE AGOSTO DE 2.003,  EN LA CARRETERA TRONCAL DEL CARIBE CON VARIOS IMPACTOS DE ARMA DE FUEGO Y SIGNOS DE VIOLENCIA**

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

**EN CONCURSO  SECUESTRO SIMPLE: TITULO III DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTÍAS, CAP. SEGUNDO ART. 168 LEY 599 DEL 2000  MODIFICADO ART. 1º. LEY 733 DE ENERO DE 2002** "EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE ARREBATE, SUSTRAIGA RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS, MULTA DE SEISCIENTOS (600) A MIL (1000) SMLMV …"

Y   **TORTURA EN PERSONA PROTEGIDA TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO CAP. UNICO ART, 137 LEY 599 DE 2000** "EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS, FÍSICOS O PSÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN…, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SMLMV.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 235. HOMICIDIO EN PERSONA PROTEGIDA. SECUESTRO SIMPLE Y TORTURA EN PERSONA PROTEGIDA | 1 | ROGER CASTILLO ACOSTA  OJO HACE PARTE DE LA MASACRE DEL PUNTO ANTERIOR | 4/08/2003 | CARRETERA TRONCAL DEL CARIBE VEREDA LOS NARANJOS GUACHACA-MAGDALENA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• DANIEL GIRALDO C<br>• ELISEO BELTRAN CADENA (a) "El Gordo". (Participe)<br>• (a) "Macrobio". (Participe)<br>• (a) "Boca e Mulo". (Participe) | Mediato  Coautor  Coautor  Coautor  Coautor | CONTROL SOCIAL (LIMPIEZA SOCIAL-SEÑALDAOS DE HABER MATADO A UNAS TURISTAS EXTRANJERAS) | HOMICIDIO INDIVIDUAL | SUSTRACCIÓN POR LA FUERZA | ACTA DE INSPECCIÓN DE CADÁVER NO 015 PRACTICADO POR EL INSPECTOR DE POLICÍA DE GUACHACA CORRESPONDIENTE A ROGER CASTILLO ACOSTA.  REPORTE DEL HECHO, PRESENTADO POR LA SEÑORA MARIA ESTHER ACOSTA. |

| | | | | | | | | | | | RECORTE DE PRENSA DONDE SE REGISTRÓ LA NOTICIA DEL HECHO.<br><br>PROTOCOLO DE NECROPSIA NUMERO 310-2003, DE FECHA 2 FE AGOSTO DE 2.003, PRACTICADO AL CADÁVER DE ROGER STALY CASTILLO ACOSTA, DESCRIBE QUE EL CUERPO PRESENTABA 5 HERIDAS PRODUCIDAS CON ARMA DE FUEGO, Y QUE LA MUERTE FUE CAUSADA CON PROYECTIL DE ARMA DE FUEGO Y QUE ADEMÁS PRESENTABA EXCORIACIÓN LEVE EN LA CARA ANTERIOR DE LA RODILLA DERECHA. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | REGISTRO CIVIL DE NACIMIENTO NO 22029155, EXPEDIDO EN LA NOTARIA TERCERA DE LA CIUDAD DE BARRANQUILLA, CORRESPONDIENTE A ROGER STALY NACIDO EL DÍA 16 DE MAYO DE 1.982, HIJO DE MARIA ESTER ACOSTA ACOSTA Y ALEJANDRO SEGUNDO CASTILLO CAMARGO.<br><br>CONTRASEÑA DE LA CEDULA DE CIUDADANÍA NÚMERO 84.454.124 EXPEDIDA EN SANTA MARTA.<br><br>CERTIFICADO DE DEFUNCIÓN NO A 1434909 EXPEDIDO |

| | | | | | | | | | | MEDICO LEGISTA ARGEMIRO CANTILLO DE FECHA 2 DE AGOSTO DE 2.003.<br><br>FOFOGRAFIA DE LA VICTIMA.<br><br>VERSIÓN LIBRE DEL POSTULADO EN DONDE CONFIESA EL HECHO |
|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA: SE TIENE DOCUMENTADO QUE ESTE HECHO OCURRIÓ EL DÍA 1º DE AGOSTO DE 2.003, CUANDO EN HORAS DE LA NOCHE UN GRUPO DE HOMBRES FUERTEMENTE ARMADOS QUE SE MOVILIZABAN EN UNA CAMIONETA ROJA, QUE A LA POSTRE ERAN INTEGRANTES DE LAS AUTODEFENSAS QUE OPERABAN EN LA REGIÓN, LLEGARON A LA VIVIENDA DE LOS HERMANOS DONATO ORTIZ, UBICADA EN LA VEREDA CAÑAVERAL DEL CORREGIMIENTO DE GUACHACA, LOS SACARON POR LA FUERZA, LUEGO LOS SUBIERON AL VEHÍCULO Y HUYERON CON RUMBO HACÍA LA VEREDA LA REVUELTA LUGAR EN DONDE LOS TORTURARON Y LUEGO LES DIERON MUERTE CON PROYECTILES DE ARMA DE FUEGO. AL DÍA SIGUIENTE 2 DE AGOSTO DE 2.003, SE ENCONTRARON SUS CADÁVERES, QUIENES PRESENTABAN VARIAS HERIDAS PRODUCIDAS CON ARMA DE FUEGO LOCALIZADAS EN DIFERENTES PARTES DEL CUERPO, OCASIONADAS POR GRUPOS ARMADOS ILEGALES DE ORDEN PARAMILITAR QUE OPERABAN EN LA REGIÓN DE GUACHACA Y EN GENERAL EN LA VÍA SANTA MARTA-GUAJIRA SOBRE LOS MISMOS SE ENCONTRÓ UN PANFLETO QUE DECÍA: "AUTORES ASESINATOS DOS PERSONAS EN EL PARQUE TAYRONA", COMO RETALIACIÓN A LAS SUPUESTA AUTORÍA POR PARTE DE ÉSTOS, DE LOS HOMICIDIOS DE DOS TURISTAS BOGOTANAS ANA MARIA VALENCIA CHAPARRO Y ADRIANA RODRIGUEZ, HECHOS OCURRIDOS EL SÁBADO 26 DE JULIO DE 2.003, POR ESTOS HECHOS EL MISMO GRUPO ARMADO EN SU RECORRIDO CRIMINAL, LE DIO MUERTE AL JOVEN ROGER CASTILLO ACOSTA, QUIEN FUE SACADO DE LA FINCA SAN MARTÍN UBICADA EN LA VEREDA LOS NARANJOS DEL CORREGIMIENTO DE GUACHACA, Y SE LO LLEVARON CON RUMBO A LA VEREDA CAÑAVERAL EN DONDE LO ASESINARON Y SU CUERPO FUE HALLADO EL 2 DE AGOSTO DE 2.003, EN LA CARRETERA TRONCAL DEL CARIBE CON VARIOS IMPACTOS DE ARMA DE FUEGO Y SIGNOS DE VIOLENCIA**

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL

HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

**EN CONCURSO  SECUESTRO SIMPLE: TITULO III DELITOS CONTRA LA LIBERTAD INDIVIDUAL Y OTRAS GARANTÍAS, CAP. SEGUNDO ART. 168 LEY 599 DEL 2000  MODIFICADO ART. 1º. LEY 733 DE ENERO DE 2002** "EL QUE CON PROPÓSITOS DISTINTOS A LOS PREVISTOS EN EL ARTÍCULO SIGUIENTE ARREBATE, SUSTRAIGA RETENGA U OCULTE A UNA PERSONA, INCURRIRÁ EN PRISIÓN DE DOCE (12) A VEINTE (20) AÑOS, MULTA DE SEISCIENTOS (600) A MIL (1000) SMLMV …"

Y  **TORTURA EN PERSONA PROTEGIDA TITULO II DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO CAP. UNICO ART. 137 LEY 599 DE 2000** "EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO INFLIJA A UNA PERSONA DOLORES O SUFRIMIENTOS, FÍSICOS O PSÍQUICOS, CON EL FIN DE OBTENER DE ELLA O DE UN TERCERO INFORMACIÓN O CONFESIÓN…, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE QUINIENTOS (500) A MIL (1000) SMLMV.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONTROL TERRITORIAL –HOMICIDIO INDIVIDUAL SELECTIVO – SICARIATO EN LUGAR DE HALLAZGO ABIERTO | | | | | | | | |
| 236. HOMICIDIO EN PERSONA PROTEGIDA | 1 | IVÁN GÓMEZ SERRANO. C.C. 5444443 | 5/03/2003 | CARRERA 67 No. 32 – 75. BARRIO NUEVA COLOMBIA. SANTA MARTA | • HERNAN GIRALDO SERNA <br> • NORBERTO QUIROGA POVEDA <br> • NODIER GIRALDO GIRALDO <br> • JOSE DEL C. GELVES <br> • ADAN ROJAS MENDOZA <br> • JESUS ELI BAYONA ROPERO (a) "Licho". (Participe). | A. Mediato <br><br> Coautor <br><br> Coautor <br><br> Coautor <br><br> Coautor | CONTROL TERRITORIAL (PROHIBICION DE VENTAS DE TIERRAS) | HOMICIDIO INDIVIDUAL (SELECTIVOS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO | ACTA DE INSPECCIÓN A CADÁVER NUMERO 080 DE FECHA 5 DE MARZO DE 2.003. <br><br> ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER <br><br> CERTIFICACIÓN INDIVIDUAL DE DEFUNCIÓN. COPIA DEL |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | • MARIO LUIS NIÑO OETERO (a) "Laura". (Participe). <br> • (a) "Mane". Participe) | | | | | PROCESO PENAL QUE CULMINÓ CON PRECLUSIÓN DE LA INVESTIGACIÓN EN CONTRA DE JOSE GREGORIO MENDOZA Y JESUS ELY BAYONA ROPERO. <br><br> RECORTE DE PRESA DONDE SE REGISTRO LA NOTICIA DEL HECHO. <br><br> FOTOGRAFÍA EN VIDA DEL SEÑOR IVAN GOMEZ SERRANO. <br><br> CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE. REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: EL DIA 5 DE MARZO DE 2003, LA VICTIMA QUIEN TENIA UNA TIENDA EN EL BARRIO NUEVA COLOMBIA EN SANTA MARTA, FUE ASESINADO POR UNA PERSONA QUE SE DESPLAZABA A PIE QUIEN LE DISPARO PROCEDIENDO LUEGO A HUIR. EL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO OCURRIDO EL DÍA 5 DE MARZO DE 2003, LA MUERTE DEL SEÑOR IVÁN GÓMEZ SERRANO, QUE LA VÍCTIMA ESTABA EN SU NEGOCIO EN EL BARRIO NUEVA COLOMBIA, QUE FUE ORDENADO POR HERNÁN GIRALDO Y ESTE ORDENO A ALIAS EL NEGRO ROJAS Y ESTE A ALIAS EL MANE, FUERON EN UNA MOTOCICLETA DT DE COLOR BLANCA Y UTILIZARON UNA PISTOLA 9MM, QUE DISPARO ALIAS LAURA Y USTED, ALIAS LAURA SALIO DE LA CANCHA NUEVA COLOMBIA Y LLEGO A LA TIENDA, Y USTED FUE POR LA PARTE DE ATRÁS CON LA MATO Y LO ESPERO, PASARON COMO 5 MINUTOS Y NO LLEGO Y USTED SALIO A RECOGERLO EN LA MOTO, PASO CON LA MOTO DONDE FUE EL HECHO Y HABÍA UNA MULTITUD Y EL SEÑOR IVÁN GÓMEZ SERRANO, IBA CAMINANDO Y DECÍA QUE NO LO DEJARAN MORIR, QUE USTED SIGUIÓ Y VIO QUE ALIAS LAURA IBA CORRIENDO Y LO RECOGIÓ Y LO LLEVO AL BARRIO 11 DE NOVIEMBRE, LOS MOTIVOS

NO LOS SABE, QUE USTED  ORDEN DE CAPTURA, POR ESTE HECHO,  JUNTO CON ALIAS MANE, PORQUE DÍAS ANTE LE HABÍAN  QUITADO  EL REVOLVER CON LOS PAPELES PARA REVISIÓN

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 237. HOMICIDIO Y TENTATIVA DE HOMICIDIO EN PERSONAS PROTEGIDAS | 18 | OSCAR OSPINO CAMPO (MUERTO). C.C. 5008627 (ESCOLTA). Y EDUARDO ENRIQUE DÁVILA ARMENTA (HERIDO). C.C. 12528932, | 27/01/2004 | CALLE 27 CARRERA 7. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• JOSE GREGORIO ROJAS MENDOZA (a) "Goyo". (Participe). (POR ORDEN DE JORGE 40).<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe)<br>• URIEL ORTIZ (a) "Carriel". | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | CONTROL TERRITORIAL (ORDEN DIRECTA DE JORGE 40) | HOMICIDIO INDIVUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER NUMERO 036 DE FECHA 27 ENERO/2004 A NOMBRE DE OSCAR OSPINO CAMPO<br><br>DECLARACIÓN JURADA DE LUCIA EUGENIA PATIÑO CUELLO<br><br>DECLARACIÓN DE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Participe) <br> • NATAN ABILIO CASTRO GONGORA (a) "Cabezas". <br> (Participe) | | | | | ROBERTO GIRALDO VELÁSQUEZ <br><br> INFORME DE POLICÍA JUDICIAL NUMERO 266, CTI SANTA MARTA, DE FECHA 28 ENERO/2004 <br><br> ENTREVISTA TOMADA POR FUNCIONARIOS DEL DAS SANTA MARTA AL SEÑOR ALLEN ALBERTO NIEBLES NOGUERA <br><br> HISTORIA CLÍNICA DEL SEÑOR EDUARDO DAVILA ARMENTA <br><br> PROTOCOLO DE NECROPSIA DE OSCAR OSPINO CAMPO |

| | | | | | | | | | | | | REGISTRO CIVIL DE DEFUNCIÓN DE OSCAR OSPINO CAMPO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE |

**SITUACION FACTICA:** SE ENCUENTRA DOCUMENTADO QUE EL DÍA 27 DE ENERO  DE 2.004, EL SEÑOR EDUARDO DAVILA ARMENTA,  APROXIMADAMENTE A LAS NUEVE DE LA NOCHE, SE ENCONTRABA HACIENDO UNA VISITA EN LA RESIDENCIA UBICADA EN LA  CALLE 27 NUMERO 7-11 JUNTO A LA CANCHA DE FUTBOL DEL BARRIO TAMINACA II DE LA CIUDAD DE SANTA MARTA, Y EN EL MOMENTO EN QUE  CONVERSABA CON LA SEÑORA LUCÍA EUGENIA PATIÑO,  VARIOS SUJETOS ARMADOS LLEGARON AL LUGAR Y COMENZARON A DISPARARLE OCURRIENDO QUE  EL ESCOLTA DEL SEÑOR DÁVILA,  DE NOMBRE  OSCAR OSPINO, QUIEN SE ENCONTRABA EN LA PARTE POSTERIOR DE LA CAMIONETA, REACCIONÓ PERO FUE ALCANZADO CON VARIOS PROYECTILES DE ARMA DE FUEGO, LO MISMO QUE EL SEÑOR  EDUARDO DÁVILA,  QUIEN AL SENTIRSE  HERIDO SE TIRÓ AL SUELO, Y EL OTRO ESCOLTA REACCIONÓ Y LLEVÓ A LA CLÍNICA DEL PRADO DONDE LOS MÉDICOS LE LOGRARON SALVAR LA VIDA, EN TANTO SU ESCOLTA OSCAR OSPINO MURIÓ COMO CONSECUENCIA DE LOS IMPACTOS QUE RECIBIÓ. EN CUANTO A ESTE CASO, EN VERSIÓN COLECTIVA DEL DÍA 4 DE JUNIO DE 2009, EL POSTULADO JOSÉ GREGORIO ROJAS, ACEPTA Y CONFIESA SU PARTICIPACIÓN EN EL HECHO, AFIRMANDO QUE LA ORDEN PROVINO DEL SEÑOR JORGE 40, COMANDANTE DE LAS AUTODEFENSAS, CON QUIEN SE REUNIÓ EN  LA FINCA 06, UBICADA EN JURISDICCIÓN DE MONTERÍA, DE PROPIEDAD DE SALVATORE MANCUSO Y SE DISPUSO DE LO NECESARIO PARA PERPETRAR LA ACCIÓN. YA EN EL ATENTADO AFIRMA QUE PARTICIPARON LOS MIEMBROS DE SU ORGANIZACIÓN CONOCIDOS CON LOS ALIAS DE CABEZA (NATAN AVILIO CASTRO GÓNGORA), CORONEL (PEDRO LUIS MENDOZA HERNÁNDEZ) Y CARRIEL (URIEL ORTIZ), QUE EL HECHO SE COMETIÓ EN HORAS DE LA NOCHE CERCA DE LA CANCHA DE FÚTBOL DEL BARRIO TAMINAKA Y EN LA ACCIÓN MURIÓ UN ESCOLTA DEL SEÑOR DÁVILA, QUIEN FUE ASESINADO POR ALIAS CORONEL, AL TIEMPO QUE CARRIEL ES EL QUE LE DISPARA A EDUARDO DÁVILA, Y QUE LA FUNCIÓN DE CABEZA ERA RECOGER A LOS OTROS MUCHACHOS EN UN TAXI,  PERO LOS DEJÓ TIRADOS O ABANDONADOS CUANDO ESCUCHÓ LOS DISPAROS MOTIVO POR EL QUE HORAS MÁS TARDE FUE ASESINADO. TAMBIÉN NARRA EL POSTULADO QUE EL SEÑOR DÁVILA, SE ENCONTRABA CON UNA MUCHACHA DENTRO DEL VEHÍCULO Y LO ESCOLTAS SE ENCONTRABAN FUERA DEL AUTOMOTOR, Y LUEGO DEL ATENTADO CADA UNO DE LOS HOMICIDAS SALIÓ POR SU LADO. EN LA MISMA VERSIÓN COLECTIVA EL POSTULADO ADÁN ROJAS MENDOZA, ACEPTA Y RECONOCE EL HECHO POR LÍNEA DE MANDO, AL SER COMANDANTE MILITAR URBANO EN ESE MOMENTO Y CORROBORA LO DICHO POR SU HERMANO JOSÉ GREGORIO, EN CUANTO A QUE EL SEÑOR JORGE 40 FUE EL AUTOR INTELECTUAL DE ESTE HECHO Y ELLOS DESPLEGARON EL PROCEDIMIENTO CORRESPONDIENTE PARA COMETER LA ACCIÓN, UTILIZANDO ARMAS Y PERSONAL DE LA ORGANIZACIÓN.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES

VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"


IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO EDUARDO ENRIQUE DÁVILA ARMENTA,

EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

**AJUSTICIAMIENTO MIEMBROS DEL GRUPO – POR INCUMPLIR DIRECTICES – HOMICIDIO INDIVIDUAL-SICARIATO EN EL LUGAR DE LOS HECHOS SITIO ABIERTO Y SUSTRACCION POR LA FUERZA**

| 238. HOMICIDIO EN PERSONA PROTEGIDA | 17 | HERMES PEREZ PABON (a) "Raspao". C.C. 5723847 | 10/02/1988 | VEREDA EL MAMEY. CORREGIMIENTO DE GUACHACASANTA MARTA | • HERNAN GIRALDO SERNA (DIO LA ORDEN) • (a) "Mono Canario". (Participe) • (a) "Calango". (Participe) | Coautor Coautor Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- POR REALIZAR HOMICIDIO SIN ORDEN DEL GRUPO | HOMICIDIO INDIVUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | CONFESION DEL POSTULADO REPORTE DE VICTIMAS |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: HOMICIDIO HERMES PEREZ PABON VEREDA EL MAMEY 10/02/1991, QUE INDIQUE CIRCUNSTANCIA  DE LA MUERTE DE PEREZ PABON ALIAS RASPAO, QUIEN FUERA ASESINADO POR EL MONO ARAGUATE. POSTULADO: HERMES PEREZ ERA RASPAO. FISCAL SI. POSTULADO A EL NO LO  AJUSTICIO EL MONO ARAGUACO QUIEN LO ASESINO FUE UN MUCHACHO LLAMADO CANARIO. FISCAL CUALES FUERON LOS MOTIVOS. POSTULADO ESTABA MANTANDO GENTE POR PLATA Y MATANDO GENTE PARA ROBAR, FISCAL QUE VINCULO TENIA RASPAO CON SU GRUPO. POSTULADO TRABAJABA CONMIGO EN LAS AUTODEFENSAS, EL ACTUABA ERA CAMPESINO PERO LE GUSTABA MATAR GENTE. FISCAL CUANDO DICE QUE LE GUSTABA MATAR GENTE ERA POR ORDEN DEL GRUPO. POSTULADO ALGUNAS POR DIRECTRICES DEL GRUPO OTRAS COSA SIN DECIRLE A NADIE CUANDO APARECIAN ERA LOS MUERTOS Y LOS PROBLEMAS QUE YO TENIA TRATANDO DE IMPRESIONAR A LAS FAMILIAS Y NADIE SABIA DESPUES INVESTIGABAN Y SABIAN QUE ERA EL. FISCAL USTED ORDENO LA EJECUCION POSTULADO YO DI LA ORDEN A CALANGO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 239. HOMICIDIO EN PERSONA PROTEGIDA | 19 | CARLOS MAURICIO GARCÍA FERNÁNDEZ (a) "Doble Cero". C.C. 71655036 | 28/05/2004 | CENTRO VACACIONAL EN EL RODADERO. POR LA OLIMPICA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA<br>• (a) DON BERNA (DIO LA ODEN)<br>• WILLINGTON MORA BUENHABER. (a) "Willy". (Participe).<br>• JORGE ELIAS ORTIZ GARRIDO (a) "El Medico". (Participe).<br>• (a) "Samir". (Participe)<br>• (a) "Capulina". (Participe)<br>• (a) Walter". (Participe). | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- POR ESTAR EN CONTRA DE LA FINANCIACION DEL NARCOTRAFICO | HOMICIDIO INDIVUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | SE TIENE LA CONFESIÓN DEL POSTULADO HECHA EN SUS DILIGENCIAS DE VERSIONES EN LAS QUE MANIFIESTA HABER PARTICIPADO EN LOS HECHOS.<br><br>-INFORMES DE POLICÍA JUDICIAL DE FECHA 6 DE AGOSTO DE 2009 SUSCRITO POR FUNCIONARIOS DE POLICÍA JUDICIAL ADSCRITOS A ESTE DESPACHO. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | -FOTOGRAFÍAS DEL LUGAR DE LOS HECHOS<br><br>-RECORTE DE PRENSA EN LA QUE SE PUBLICO EL HECHO<br><br>-COPIAS DEL PROCESO INICIADO EN LA FISCALÍA ORDINARIA, QUE CONTIENE EL ACTA DE LEVANTAMIENTO DE CADÁVER DE FECHA 28 DE MAYO DE 2004, PROTOCOLO DE NECROPSIA, REGISTRO DE DEFUNCIÓN, DECLARACIONES JURADAS, INFORME POLICIVO, AUTOS DE IMPULSO Y RESOLUCIÓN Y/O DECISIÓN TOMADA EN LA INVESTIGACIÓN POR EL FUNCIONARIO |

| | | | | | | | | | | | DEL CONOCIMIENTO |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITUACION FACTICA:** POR MEDIO DE LABORES DE VERIFICACIÓN REALIZADAS POR LA POLICÍA JUDICIAL ADSCRITA A ESTE DESPACHO, SE LOGRÓ ESTABLECER QUE EL DÍA 28 DE MAYO DE 2004 EL SEÑOR CARLOS MAURICIO GARCÍA FERNÁNDEZ SE ENCONTRABA ALOJADO EN EL CENTRO VACACIONAL COEDUMAG DEL SECTOR DEL RODADERO DE LA CIUDAD DE SANTA MARTA, Y CUANDO SE DESPLAZABA A PIE EN COMPAÑÍA DE LA SEÑORA MARÍA DEL PILAR SALAZAR CATAÑO,  FUE INTERCEPTADO A LA ALTURA DE LA CARRERA 4 CON CALLE 15, POR UN INDIVIDUO ARMADO QUIEN PROCEDE A DISPARARLE CAUSÁNDOLE LA MUERTE.

**FORMULACION DE CARGOS:**  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 240. HOMICIDIO EN PERSONAS PROTEGIDAS | 20 | JADER ANTONIO FLOREZ MONTERO. C.C. 84450150. Y JAVIER DE JESUS FLORES MONTERO. C.C. 85474475 | 24/02/2003 | CORREGIMIENTO DE BONDA. BASURERO BARRIO 20 DE OCTUBRE. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• ADAN ROJAS MENDOZA<br>• JAIME ACOSTA OROZCO (a) "Alvaro", "Copey". (Participe).<br>• EVER GAMARRA BALLESTEROS (a) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>MIEMBRO DEL | | HOMICIDIO INDIVUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | ACTA DE INSPECCIONES DE CADÁVERES NÚMEROS 066 Y 067 DE FECHA 25 DE FEBRERO DEL 2003.<br><br>INFORME CTI |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | "Lucas". (Participe)<br>• NATAN ABILIO CASTRO GONGORA (a) "Cabezas". (Participe).<br>• (a) "Zarco". (Participe). | | GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- ATROPELLOS CONTRA LA COMUNIDAD | | | NUMERO 651 DE FECHA 26 DE FEBRERO DEL 2003.<br><br>ÁLBUM FOTOGRÁFICO DE LA INSPECCIÓN DE CADÁVER<br><br>REGISTRO CIVIL DE DEFUNCIÓN DE JADER ANTONIO FLÓREZ MONTERO Y DE JAVIER DE JESÚS FLÓREZ<br><br>PROTOCOLOS DE NECROPSIAS DE LAS VICTIMAS DIRECTAS.<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILI DAD PENAL DE LOS POSTULADOS EN VERSIÓN |

| | | | | | | | | | | | LIBRE. REPORTE DE HECHOS DE LA VICTIMA INDIRECTA. CARTILLA DECADACTILAR DE LAS VICTIMAS DE PLENA IDENTIDAD. ENTREVISTA ESCRITA RENDIDA EL DÍA 21 DE OCTUBRE DE OCTUBRE DE 2.010 POR ADELAIDA FLÓREZ MONTERO, MADRE DE LOS OCCISOS. |

SITUACION FACTICA: EL DIA 25 DE FEBRERO DE 2003 EN EL BASURERO DEL B/20 DE OCTUBRE APARECIERON LOS CADAVERES DE LOS HERMANOS JADER Y JAVIER FLOREZ MONTERO, POR INFORMACION DEL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO ALIAS LICHO ESTAS PERSONAS FUERON ASESINADAS UNO EN LA FINCA EL RAYO Y OTRO EN LA FINCA ONACA Y LUEGO FUERON TRASLADADOS SUS CUERPOS A EL BASURERO ANTES SEÑALADO PARA QUE SUS FAMILIARES LOS ENCONTRARAN

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 241. HOMICIDIO EN PERSONA PROTEGIDA | 21 | NATAN ABILIO CASTRO GONGORA (Cabezas). C.C. 12628856 | 27/01/2004 | LA "Y", CORREGIMIENTO DE BONDA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• JOSE DEL C GELVES<br>• ADAN ROJAS MENDOZA (DIO LA ORDEN)<br>• PEDRO LUIS MENDOZA HERNANDEZ (a) "Coronel". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- POR DEJAR ABANDONADOS A LOS SICARIOS EN CASO DAVILA ARMENTA | HOMICIDIO INDIVUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | ACTA DE INSPECCIÓN A CADÁVER NUMERO 037 DEL 28 ENERO DEL 2004, FISCALÍA 8 URI SANTA MARTA.<br><br>INFORME CRIMINALÍSTICA CTI SANTA MARTA NUMERO 327 DEL 09 FEBRERO DEL 2004, TOMA DE RESIDUO DE DISPARO.<br><br>DICTAMEN DE ANÁLISIS DE RESIDUO DE DISPARO, CTI BOGOTÁ, FECHA 27 FEBRERO DEL 2004. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | DICTAMEN NUMERO 0553, QUÍMICA FORENSE, PRUEBA DE ALCOHOLEMIA AL OCCISO, MEDICINA LEGAL BARRANQUILLA, 09 DE MARZO DE 2004 |
| | | | | | | | | | | | DICTAMEN BALÍSTICA FORENSE NUMERO 179, MEDICINA LEGAL BARRANQUILLA, 16 DE MARZO DE 2004. |
| | | | | | | | | | | | PROTOCOLO DE NECROPSIA 041-2004 REALIZADA AL CADÁVER DE NATAN CASTRO GONGORA. |
| | | | | | | | | | | | ÁLBUM FOTOGRÁFICO NUMERO 1787 INSPECCIÓN |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DE CADÁVER, C.T.I CRIMINALÍSTICA SANTA MARTA<br><br>CONFESIÓN DE LA COMISIÓN DEL HECHO Y ACEPTACIÓN DE RESPONSABILIDAD PENAL DE LOS POSTULADOS EN VERSIÓN LIBRE<br><br>REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |

SITUACION FACTICA: SE TIENE DOCUMENTADO QUE EL DÍA 27 DE ENERO DE 2.004, EN HORAS DE LA NOCHE EL SEÑOR NATAN AVILIO CASTRO GONGORA, FUE INTERCEPTADO POR DOS SUJETOS ARMADOS QUE SE MOVILIZABAN EN UNA MOTOCICLETA, EN EL SITIO CONOCIDO COMO LA Y DE BONDA, QUIENES LE PROPINARON VARIOS DISPAROS CON ARMA DE FUEGO QUE LE CAUSARON LA MUERTE, QUEDANDO SU CUERPO TENDIDO EN ESE LUGAR, EN TANTO LOS AGRESORES LUEGO DE COMETER EL CRIMEN HUYERON EN LA MOTOCICLETA EN QUE SE TRANSPORTABAN. EN VERSIÓN COLECTIVA DEL CINCO DE JUNIO DE 2009, EL SEÑOR ADÁN ROJAS MENDOZA, MANIFIESTA QUE LA VÍCTIMA, QUIEN ERA CONOCIDO CON EL ALIAS DE CABEZA, HABÍA PERTENECIDO AL GRUPO DE ELLOS Y HABÍA PARTICIPADO EN EL ATENTADO QUE SE LE HIZO AL SEÑOR EDUARDO DAVILA PERO COMETIÓ UNA FALTA EN ESE PROCEDIMIENTO DEJANDO A LOS MUCHACHOS ABANDONADOS Y POR ESA FALTA FUE ASESINADO POR ALIAS CORONEL, QUIEN LO ENCONTRÓ EN BONDA Y ALLÍ MISMO LO ASESINÓ.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 242. HOMICIDIO EN PERSONA PROTEGIDA | 23 | DAVID ANTONIO MUÑOZ VILLA. (a) "Mil Libras". C.C. 85476480 | 26/01/20 03 | VÍA PÚBLICA. PARQUE LOS TRUPILLOS. FRENTE AL COLEGIO INEM SIMON BOLIVAR. BARRIO MAMATOCO. SANTA MARTA | HERNAN GIRALDO SERNA<br><br>NORBERTO QUIROGA P<br><br>NODIER GIRALDO GIRALDO<br><br>ADAN ROJAS MENDOZA<br><br>JOSE GREGORIO ROJAS MENDOZA. (DIO LA ORDEN) (Participe)<br><br>ALEXANDER VARGAS MEDRANO (a) "Cucaracho". (Participe)<br><br>WALTER TORRES (Participe)<br><br>JESÚS ELI BAYONA ROPERO (a) "Licho". (Participe).<br><br>EDUAR CORTES NIÑO (a) "Dalmata", "Perro". (Participe)<br><br>OSCAR RAFAEL BORNACHERA CALVO (a) "El Negro". (Participe).<br><br>WALFRAN EXAIT TERAN MUTIS (a) "Barbas"<br><br>. | A. Mediato<br><br>A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO— POR QUE LE ROBABA A LA ORGANIZACIO N | HOMICIDIO INDIVUAL (SELECTIVO) | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | ACTA DE INSPECCIÓN DE CADÁVER<br><br>REGISTRO CIVIL DE DEFUNCIÓN<br><br>COPIA DE ÁLBUM FOTOGRÁFICO<br><br>PROTOCOLO DE NECROPSIA<br><br>DICTAMEN BALÍSTICA FORENSE. MEDICINA LEGAL BARRANQUILLA, 18 FEBRERO DE 2003<br><br>RESOLUCIÓN INHIBITORIA DE FECHA 29 DE SEPTIEMBRE DE 2003<br><br>REGISTRO NACIMIENTO DEL FALLECIDO<br><br>CONFESIÓN Y ACEPTACIÓN DE |

| | | | | | | | | | | RESPONSABILIDAD HECHO POR LOS POSTULADOS EN VERSIÓN LIBRE REPORTE DE HECHOS POR LAS VICTIMAS INDIRECTAS |
|---|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: LA VICTIMA ERA PARAMILITAR Y UTILIZABA EL ALIAS DE MIL LIBRAS EL DIA 26 DE ENERO DE 2003 EN EL B/MAMATOCO FRENTE AL INEM FUE ASESINADO POR SICARIOS EN MOTO, EL POSTULADO (Q.E.P.D) JESUS ELI BAYONA ROPERO MANIFESTO SOBRE EL CASO: UN HECHO EN EL BARRIO MAMATOCO, EN EL PARQUE LOS TRUPILLOS, LA MUERTE DE DAVID ANTONIO MUÑOZ VILLA ALIAS MIL LIBRAS, QUE LA ORDEN LA DIO ALIAS WALTER TORRES QUIEN ERA EL COMANDANTE URBANO DE GUACHACA Y LA TRONCAL DEL CARIBE, EL MOTIVO FUE POR QUE LE ROBABA A LA ORGANIZACIÓN, QUE PARTICIPARON ALIAS CUCARACHO Y YO, QUE ESPERO A CUCARACHO EN EL PARQUE LOS TRUPILLOS, Y EL SALIO A TRAER A LA VÍCTIMA EN LA MOTO, QUE UN DÍA ANTES LES COLABORO A UBICAR JHON OCHOA ALIAS EL CHACHO Y AL DÍA SIGUIENTE WALTER TORRES DIO ORDEN DE DAR MUERTE A ALIAS MIL LIBRAS, POR ROBARLE AL GRUPO, CUCARACHO LO TRAJO, SE BAJO DE LA MOTO Y MIL LIBRAS TAMBIÉN Y CAMINARON A DONDE YO ESTABA, YO SACO EL REVOLVER ESCORPIO Y LE PROPINO DOS DISPAROS

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 243. HOMICIDIO EN PERSONA PROTEGIDA | 32 | OTALVARO DURANGO GOMEZ (a) "Pulga". C.C. | 09/10/2004 | BILLAR LAS PALMAS. BARRIO ONCE DE NOVIEMBRE. FRENTE A UNA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO | A. Mediato<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- POR DAR | HOMICIDIO | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | CONFESION DEL POSTULADO |
|---|---|---|---|---|---|---|---|---|---|---|

| | | 71251592 | PANADERIA. SANTA MARTA | GIRALDO • JOSE DEL C GELVES • AFRANIO MANUEL REYES | Coautor | INFORMACION A LA LEY | INDIVIDUAL (SELECTIVOS) | | REPORTE DE VICTIMAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

SITUACION FACTICA: HOMICIDIO BARRIO 11 NOVIEMBRE SANTA MARTA HECHOS  9  DE OCTUBRE DEL 2004  ALIAS EL PÚLGA OTALVARO DURANGO GOMEZ, ERA MIEMBRO DEL GRUPO , ESTABA FRENTE A LA PANADERIA DEL BARRIO 11 DE NOVIEMBRE TOMANDO CON UNOS AMIGOS   QUE LLEGARA DONDE EL ESTABA Y LE LLEVARA A JUAN ANDRES LA HIJA DE DOS AÑOS EN ESA EPOCA, ANTES DE COLGAR ESCUCHE UNOS DISPAROS Y A LA MEDIA HORA ME INFORMARON ANTES DE MORIR EL ME DIJO QUE SI LE PASABA ALGO ERAN LOS DE GIRALDO Y SI NO LOS ROJAS. POSTULADO AFRANIO MANUEL REYES ESE HECHO FUE MANDADO HACER POR ALIAS 5.7 NO SE QUIEN LO HIZO EL DIO LA ORDEN. FISCAL PORQUE SABE. AFRANIO MANUEL YO ESTUBE EN UNA REUNION OI CUANDO DIERON LA ORDEN. FISCAL RECUERDA A QUIEN LE DIO LA ORDEN. AFRANIO A LA URBANA. FISCAL SE DIJO EL MOTIVO PARA ESTE HECHO. AFRANIO QUE EL ESTABA TORCIDO. FISCAL QUE SIGNIFICA ESTAR TORCIDO. AFRANIO EL ESTUVO PRESO Y PORQUE LO SOLTARON TAN RAPIDO. POSTULADA CARMEN RINCON EL TRABAJABA EN LA URBANA Y EL FUE EL QUE MATO AL SEÑOR DE NACHO VIVES EL HECHO QUE ME REFERI EN LA VERSION EL ERA URBANO. FISCAL TUBO CONOCIMIENTO DE LA MUERTE EN OCTUBRE 2004. CARMEN RINCON NO SE YO YA EN EL 2004 ESTABA ESCONDIDA EN EL MONTE. FISCAL ALGUIEN MAS TIENE CONOCIMIENTO, SEÑOR GIRALDO. HERNAN GIRALDO YO LO CONOCI PORQUE PERTENECIA A UNA FAMILIA GRANDE DE QUEBRADA DEL SOL, NO SABIA QUIEN LO HABIA ORDENADO HACER. FISCAL ANTE HASTA AFIRMACION QUE UNO DE SUS POSTULADOS USTED RECONOCE EL HECHO COMO EXCOMANDATE DEL GRUPO. POSTULADO HERNAN GIRALDO ACEPTO RESPONSABILIDAD.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| 244. HOMICIDIO EN PERSONA PROTEGIDA-RECLUTAMIENTO ILICITO | 24 | LUIS SARAEL IBAÑEZ SERRANO (MENOR) | 25/12/2003 | VEREDA LOS COCOS. CORREGIMIENTO DE GUACHACASANTA MARTA | • HERNAN GIRALDO SERNA • NORBERTO QUIROGA P • NODIER GIRALDO GIRALDO • JOSE DEL C GELVES • DANIEL GIRALDO C | A. Mediato Coautor Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO-POR QUE SE IBA A VOLAR DE LA ORGANIZACION | HOMICIDIO INDIVIDUAL (SELECTIVO) | SUSTRACCION POR LA FUERZA | CONFESION DEL POSTULADO REPORTE DE VICTIMAS |

SITUACION FACTICA: HOMICIDIO VEREDA ORINOCO DE  LUIS SARAEL IBAÑEZ  SERRANO DICIEMBRE 25 2003 TRABAJABA EN LA FINCA DEL ÑATO EN LA VEREDA DE ORINOCO FUE SACADO DE LA CASA POR MACROBIO LO ENCAÑONARON Y LO MATARON EN ESE TIEMPO ESTABA  DE COMANDANTE DE LA ZONA VENGOECHEA, ASUME RESPONSABILIDAD POSTULADO  NO TENGO CONOCIMIENTO PERO MACROBIO Y EL FLACO  VENGOECHEA TRABAJABA CON LA ORGANIZACION ASUMO RESPONSABILIDAD.

FORMULACION DE CARGOS:   ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AJUSTICIAMIENTO MIEMBROS DEL GRUPO – POR INCUMPLIR DIRECTICES – HOMICIDIO INDIVIDUAL – IRRUPCION SITIO CERRADO | | | | | | | | | | |
| 245. HOMICIDIO EN PERSONA PROTEGIDA | 33 | JOSE EDGAR MARIN JARAMILLO. C.C. 12538170. (a) "Tatareto". | 31/01/1997 | CAFÉ LOS BAMBUCOS. BARRIO CENTRO. SANTA MARTA. | • HERNAN GIRALDO SERNA<br>• CARMEN RNCON<br>• RUBEN GIRALDO GIRALDO | A. Mediato<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- POR QUE IBA A ASESINAR UNA PERSONA SIN PERMISO | HOMICIDIO INDIVUAL (SELECTIVO) | IRRUPCION SITIO CERRADO | CONFESION DEL POSTULADO<br><br>REPORTE DE VICTIMAS |

SITUACION FACTICA: EL POSTULADO MENCIONA HECHOS NUEVOS PARA CONFESAR HOMICIDIO DE EDGAR MARIN JARAMILLO ALIAS TATARETO. FISCAL QUE PASO, POSTULADO EL ENTRO EN UNA CONTROVERSIA CON UN SOBRINO MIO EN LOS BAMBUCOS EL INSISTIO QUE LO IBA A MATAR ENTONCES QUEDARON LAS COSAS ASI PERO EL SOBRINO MIO FUE AL BAÑO Y EN EL BAÑO LE CAYO CON CUCHILLO PERO CON UNA PISTOLA LO MATO RUBEN GIRALDO. FISCAL QUE VINCULO EXISTIA ENTRE EDGAR MARIN JARAMILLO Y EL GRUPO POSTULADO  ERA PARTE DEL GRUPO  EN PANTALLA FOTOGRAFIA DE TATARETO, JOSE EDGAR MARIN JARAMILLO HOMICIDIO OCURRIDO EL 31 DE ENERO DE 1997 EN SANTA MARTA. POSTULADO OBSERVO LA FOTO ES EL DOCTORA.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 246. HOMICIDIO EN PERSONA PROTEGIDA | 34 | MILCIADES SUAREZ CARDENAS (a) EL SALVAJE | 05/10/1997 | VEREDA DE BURITACA. CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• OMAR MARTIN OCHOA BALLESTEROS (Participe).<br>• HUBER DANED CASTRO PINEDA (a) "Garfio". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES DEL GRUPO- INSUBORDINACION | HOMICIDIO INDIVUAL (SELECTIVO) | IRRUPCION SITIO CERRADO | Copia de procesos radicado bajo el numero **1428**,asignado a la Fiscalía Primera Especializada de Santa Marta, contra DESCONOCIDOS, por el delito de HOMICIDIO, donde aparece como víctima MILCIADES SUAREZ |

| | | | | | | | | | | | CARDENAS, el cual fue suspendido mediante resolución de fecha 26 de junio de 1998. |
| | | | | | | | | | | | - Acta de Inspección a cadáver No.- 12. |
| | | | | | | | | | | | - Registro fotográfico del lugar del hecho y de la víctima, el cual se le puso de presente al postulado en versión libre, reconociendo a la misma y aceptando el hecho. |

**SITUACION FACTICA:** EL DÍA 5 DE OCTUBRE DE 1997, EL JOVEN **MILCIADES SUAREZ CARDENAS**, QUIEN ERA CONOCIDO COMO EL SALVAJE POR SUS AMIGOS Y FAMILIARES, SALIÓ DE SU VIVIENDA EN LA VEREDA DE BURITACA, CUANDO ESTABA LLEGANDO A LA ESQUINA DE SU CASA, LUGAR DONDE FUNCIONA UNA TIENDA DE ABARROTES, LE PIDIÓ AL DUEÑO QUE LE VENDIERA UN REFRESCO, EN ESOS MOMENTOS SE PERCATA EL JOVEN DE LA PRESENCIA DE DOS MIEMBROS DE LAS AUTODEFENSAS QUE DELINQUEN EN ESE SECTOR, LOS CUALES HAN LLEGADO EN UN VEHICULO AUTOMOTOR TIPO CAMIONETA VENEZOLANA, QUIENES SE BAJAN DE ESTA Y SE ACERCAN HASTA EL JOVEN, AL MISMO TIEMPO QUE SACAN DEBAJO DE SUS CAMISAS ARMAS DE FUEGO DE CORTO ALCANCE, ANTE ESTO, EL JOVEN MILCIADES BUSCA REFUGIARSE PARA EVITAR LA AGRESIÓN DE LOS SUJETOS, INTENTANDO ESCAPAR POR UNAS ESCALERAS QUE LLEVAN AL SEGUNDO PISO DE LA EDIFICACIÓN, PERO ES PERSEGUIDO POR SUS AGRESORES, QUIENES LE DISPARAN EN REPETIDAS OCASIONES CAUSÁNDOLE LA

MUERTE Y LUEGO SE FUERON A LAS CABAÑAS DE BURITACA A REPORTARLE EL HOMICIDIO A PACHO MUSSO

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"


**AJUSTICIAMIENTO MIEMBROS DEL GRUPO – POR INCUMPLIR DIRECTICES – HOMICIDIO MULTIPLE (MASACRE)-SUSTRACCION POR ENGAÑO**

| 247.HOMICIDIOS EN PERSONAS PROTEGIDAS | 15 | MIGUEL ANGEL GARCIA CHIQUILLO. C.C. 84083.169.  LUIS FRANCISCO GUTIERREZ TOLOZA..C.C. 85449851. JORGE ELIECER GUTIERREZ TOLOZA. C.C. 85470413. | 31/01/2001 | SECTOR "CERRO DE LOS MUCHACHITOS" CORREGIMIENTO DE GUACHACA. SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• DANIEL GIRALDO C<br>• ROBERTO CARLOS PEREZ HINOJOSA (a) "El Guajiro". (Participe).<br>• OMAR MARTIN OCHOA BALLESTEROS (a) "El | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES | HOMICIDIO MULTIPLE (MASACRE) | SUSTRACCION POR ENGAÑO | Copia de proceso radicado bajo el numero **12240**, asignado a la Fiscalía primera de Riohacha, contra DESCONOCIDOS, por el punible de HOMICIDIO, |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MASACRE EN EL CERRO DE LOS MUCHACHITOS "LOS CAPOROS" | | | Viejo". (Participe).<br><br>• (a) "Cabecita". (Participe).<br><br>• (a) "Cara e Vieja". (Participe).<br><br>• (a) "Mollejo. (Participe).<br><br>• (a) "Troilo". (Participe). | Coautor | | | | donde aparece como víctima LUIS FRANCISCO Y JORGE ELICER GUTIERREZ TOLOSA, el cual fue suspendido mediante resolución de fecha 24 de agosto de 2001. Además el proceso radicado bajo el numero **21385**, asignado a la Fiscalía Primera Especializada de Santa Marta, contra DESCONOCIDOS, por el punible de HOMICIDIO, donde aparece como víctima LUIS FRANCISCO GUTIERREZ TOLOZA Y JORGE ELICER GUTIERREZ TOLOZA, en el cual se profirió |

| | | | | | | | | | | | resolución inhibitoria de fecha 10 de marzo de 2004.<br><br>- Acta de levantamiento de cadáver de JORGE ELIECER GUTIERREZ TOLOZA, LUIS FRANCISCO GUTIERREZ TOLOZA.<br><br>- Registro de defunción No. **03635964** de LUIS FRANCISCO GUTIERREZ TOLOZA.<br><br>-Registro de defunción No. **03635965** de JORGE ELICER GUTIERREZ TOLOZA. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | - Registro fotográfico de las víctimas, el cual se le puso de presente al postulado en versión libre, reconociendo a las mismas y aceptando el hecho.<br><br>- Se cuenta además con fotocopia de recorte de prensa El Informador, sesión judicial, página 8 A, del día jueves 01 de febrero de 2001, bajo el título " **ASESINADOS DOS HERMANOS**"., documentos estos que también fueron puestos de presente al postulado en versión libre |

**SITUACION FACTICA: EL DÍA 30 DE ENERO DE 2001, EN EL ÁREA CASA DE TABLA, HUBO TRES VÍCTIMAS EN FORMA VIOLENTA, LAS CUALES RESPONDÍAN A LOS NOMBRES DE MIGUEL ANGEL GARCIA CHIQUILLO, JORGE ELIECER Y LUIS FRANCISCO GUTIERREZ TOLOZA, SUS CADÁVERES FUERON ENCONTRADOS A LA ALTURA DEL SECTOR CONOCIDO COMO EL CERRO DE LOS MUCHACHITOS EN LA VEREDA LOS ACHIOTES DEL CORREGIMIENTO DE GUACHACA. LOS CUERPOS DE LOS SEÑORES GUTIERREZ TOLOZA PRESENTABAN MÚLTIPLES IMPACTOS DE ARMA DE FUEGO DE CORTO ALCANCE, SIGNOS DE TORTURA Y ESTABAN AMARRADOS DE MANOS; EL CUERPO DE GARCIA CHIQUILLO SE ENCONTRABA DE IGUAL MANERA AMARRADO DE MANOS, PRESENTABA SIGNOS DE TORTURA Y UN IMPACTO DE ARMA DE FUEGO DE CORTO ALCANCE.**

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

TORTURA EN PERSONA PROTEGIDA  PREVISTA EN EL LIBRO SEGUNDO, TITULO II CAPITULO UNICO  ARTICULO 137 DE LE LEY 599 DE 2.000, SANCIONADO CON PENA DE PRISIÓN DE 10 A 20 AÑOS.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 248.HOMICIDIO EN PERSONAS PROTEGIDAS-TENTATIVA DE HOMICIDIO EN PERSONA PROTEGIDA ACTOS DE TERRORISMO | 7 | JUAN CARLOS PABON TORRES C.C. 12555854, BENIGNO PABON TORRES C.C. 88155007 alias NINO Y YOMAIRA LUGO ROPERO (MENOR DE 11 AÑOS)MUERTOS Y CARMELINA PABON TORRES (HERIDA) C.C. 36541313, | 07/01/2002 | CALLE 23 No. 45 – 13. BARRIO EL PANTANO - SANTA MARTA | • HERNAN GIRALDO SERNA<br>• NORBERTO QUIROGA P<br>• NODIER GIRALDO GIRALDO<br>• EDGAR ANTONIO OCHOA BALLESTEROS (Participe)<br>• GIOVANY NAVARRO ORDOÑEZ(a) "Monoleche". (Participe)<br>• MARIO MIGUEL VERGARA ROJAS (a) "Brazo de Chopo". (Participe) | A. Mediato<br><br>Coautor<br><br>Coautor<br><br>Coautor<br><br>Coautor | AJUSTICIAMIENTO DE MIEMBRO DEL GRUPO – POR INCUMPLIR DIRECTRICES | MASACRE (HOMICIDIO MULTIPLE)<br><br><br><br><br><br><br>INCURSION ARMADA – | Copias de las diligencias adelantadas por este triple homicidio quedaron registradas bajo el Radicado **27985** y se adelantaron por parte de la Fiscalía 5 Seccional de Santa Marta, dentro de las cuales se dicto resolución |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ARGENIDA PABON TORRES (HERIDA) C.C. 36552261, GUSTAVO PABON TORRES (HERIDO), JOSE DAVID BARRIOS PABON (HERIDO) MENOR DE UN AÑO HERIDOS<br><br>MASACRE BARRIO EL PANTANO "FAMILIA PABON TORRES" | | | • (a) "Pulga". (Participe) | | | | IRRUPCION SITIO CERRADO | inhibitoria el 18 de septiembre del 2003. Donde aparece entre otras piezas procesales, el acta de levantamiento de cadáver No. 014, de fecha enero 7 de 2002, correspondiente al señor **BENIGNO PABON TORRES.**<br><br>También aparece entre otras piezas procesales, el acta de levantamiento de cadáver No. 015, de fecha enero 7 de 2002, correspondiente al señor **JUAN CARLOS PABON TORRES.**<br><br>PROTOCOLO DE NECROPSIA No. 016. PATO2 DEL INSTITUTO NACIONAL DE MEDICINA LEGAL Y CIENCIA |

| | | | | | | | | | | | FORENSES SECCIONAL MAGDALENA, realizada a la niña YOMAIRA LUGO ROPERO |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SITACION FACTICA: POR MEDIO DE LABORES DE VERIFICACIÓN SE LOGRA ESTABLECER QUE EL DÍA 7 DE ENERO DEL 2002 EN LA RESIDENCIA UBICADA EN LA CALLE 23 NO 45-13 DEL BARRIO EL PANTANO, SE CELEBRABA UNA FIESTA DE BIENVENIDA PARA EL SEÑOR BENIGNO PABON TORRES, QUIEN POR SU ACTIVIDAD COMERCIAL HABÍA ESTADO FUERA DE SANTA MARTA Y DE COLOMBIA POR VARIOS MESES, POR LO CUAL SE ENCONTRABA RODEADO DE VARIOS FAMILIARES Y AMIGOS; EN MEDIO DE LA CELEBRACIÓN LLEGO UN VEHÍCULO DE COLOR BLANCO DEL CUAL DESCENDIERON CUATRO SUJETOS PORTANDO ARMAS DE CORTO ALCANCE LAS CUALES DISPARARON SIN DISCRIMINACIÓN CONTRA LOS ASISTENTES A LA FIESTA CAUSÁNDOLE LA MUERTE AL SEÑOR JUAN CARLOS PABON TORRES, BENIGNO PABON TORRES Y A LA MENOR DE EDAD YOMAIRA LUGO ROPERO, ASÍ MISMO RESULTARON HERIDOS CARMELINA PABON, UN HIJO DE ELLA QUE PARA LA ÉPOCA TENIA UN AÑO DE EDAD, ARGENIDA PABON Y UN SOBRINO DE ESTA DE NOMBRE GUSTAVO. LOS ATACANTES HUYERON DEL LUGAR EN EL MISMO VEHÍCULO EN QUE HABÍAN LLEGADO.**

**LAS DILIGENCIAS ADELANTADAS POR ESTE TRIPLE HOMICIDIO QUEDARON REGISTRADAS BAJO EL RADICADO 27985 Y SE ADELANTARON POR PARTE DE LA FISCALÍA 5 SECCIONAL DE SANTA MARTA, DENTRO DE LAS CUALES SE DICTO RESOLUCIÓN INHIBITORIA EL 18 DE SEPTIEMBRE DEL 2003.**

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDOS  CARMELINA PABON TORRES, ARGENIDA PABON TORRES, GUSTAVO PABON TORRES, JOSE DAVID BARRIOS PABON, EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

Actos  de Terrorismo previsto en el libro segundo titulo II, capitulo único articulo 144 ley 599 de 2-000. con pena de en prisión de quince (15) a veinticinco (25) años.

**CONTROL TERRITORIAL –HOMICIDIO MULTIPLE EXTERMINIO DE FAMILIAS– INTERCEPTACION**

| 249. HOMICIDIO EN PERSONAS PROTEGIDAS-TENTATIVA DE HOMICIDIO Y DESPLAZAMIENTO FORZADO | 6 | CARLOS ALBERTO GARCIA SOLIS. C.C. 1081812958. VICTOR HIDALGO SOLIS GARCIA. ANGIE PAOLA SOLIS CAMACHO. (Niña). ELOISA ELENA SOLIS CAMACHO. (Niña). EDUARDO PERTUZ PANEFLEX. JUAN EDUARDO SOLIS GARCIA. (Niño. Herido) MASACRE VEREDA LA AGUACATERA | 09/08/1988 | VEREDA LA AGUACATERA. CORREGIMIENTO DE GUACHACA - SANTA MARTA | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL TERRITORIA | MASACRE (HOMICIDIO MULTIPLE) EXTERMINIO DE FAMILIAS) | INTERCEPTACIO |
|---|---|---|---|---|---|---|---|---|---|

SITUACION FACTICA: HOMICIDIO SANTA MARTA 9 DE GOSTO 1988 EN UN CARRO CONDUCIDO POR RAFAEL EBRAT, CUANDO VICTOR SOLIS SE SUBE CON EL GRUPO FAMILIAR AL DUEÑO DEL CARRO LE DICE QUE ADELANTE PORQUE EN LA CARRETERA HABIA UNA EMBOSCADA LLEGANDO A ESE SITIO LE EMPEZARON A DISPARAR OCASIONANDOLE LA MUERTE A LOS MENORES ELOISA GARCIA, ANYI GARCIA DE 5 AÑOS, VICTOR GARCIA, CARLOS ALBERTO GARCIA, EDUARDO JESUS PANEFLEX. POSTULADO HABIA UN MUCHACHO LLAMADO TONI TRABAJABA CON EL GRUPO DE PADILLA. FISCAL QUE SABE DEL HECHO, POSTULADO A TONI LE MATARON UN HERMANO CREO QUE SON DE APELLIDO BOLAÑOS, FISCAL CUAL ES TONI, POSTULADO ES UN MUCHACHO HERMANO DE JAIRO BOLAÑO QUE MATARAN EN BOGOTA. FISCAL PUEDE EXLICAR LOS MOVILES DE ESTE HECHO, POSTULADO NO SE DOCTORA. FISCAL CONTRA QUIEN  ERA LA EMBOSCADA. POSTULADO CONTRA RAFAEL EBRAT. FISCAL QUIENES ERA LOS ENEMIGOS DE RAFAEL EBRAT. POSTULADO  YA HABIAN MATADO ANDABA CON JAIRO BOLAÑOS, FISCAL LOS QUE PARTICIPARON EN ESTE HECHO ERAN DEL GRUPO POSTULADO NO, ERAN DEL GRUPO LOS TESOS. FISCAL QUE VINCULOS TUVO SU GRUPO CON EL GRUPO LOS TESOS. POSTULADO ESE GRUPO CASI TODOS ERAN GUAJIROS ELLOS TENIAN UNA GUERRA DIFERENTE A LA QUE YO TENIA. POSTULADO HACIENDO MEMORIA NO PUEDO HACERME CARGO DE TODOS LOS CASOS QUE HICIERON ESTAS PERSONAS ME TOCARIA HABLAR CON LOS SEÑORES QUE ESTUVIERON EN LA PARTE BAJA PARA QUE ME AYUDEN A ESCLARECER Y HACER MEMORIA DONDE ESTUVIERON LOS TESOS CON ELLOS, ADAN ROJAS TENIA MAS CONOCIMIENTO EL ME AYUDO HACER MEMORIA, PORQUE CUANDO ESTE MUCHACHOS FUERON YO ESTABA EN LA FINCA, YO ACEPTO LA RESPONSABILIDAD PORQUE INCLUSO YO NO TENIA CONOCIMIENTO QUE HABIA IDO QUEMAITO .

FORMULACION DE CARGOS:   ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000  TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE

DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA",

IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE  JUAN EDUARDO SOLIS GARCIA , EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

CIRCUNSTANCIAS DE MAYOR PUNIBILIDAD: NUMERALES 2. EJECUTAR LA CONDUCTA PUNIBLE POR MOTIVO ABYECTO, FÚTIL O MEDIANTE PRECIO, RECOMPENSA O PROMESA REMUNERATORIA Y 5 EJECUTAR LA CONDUCTA PUNIBLE MEDIANTE OCULTAMIENTO, CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VÍCTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN LA DEFENSA DEL OFENDIDO O LA IDENTIFICACIÓN DEL AUTOR O PARTÍCIPE. ART. 58 LEY 599/00 (NUMERALES 1 Y 5 LEY100/80).

EN CONCURSO CON

**ARTICULO 159. DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL.** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

**CONTROL DE RECURSOS – EXTERMINIO DE FAMILIAS - HOMICIDIO INDIVIDUAL – SICARIATO EN LUGAR DE HALLAZGO SITIO ABIERTO Y/O IRRUPCION SITIO CERRADO**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 250. HOMICIDIO EN PERSONA PROTEGIDA | | JOSE GILBERTO MEDINA ALARCON | 27/12/1992 | PARQUE CORREGIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINIO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (SITIO ABIERTO) | Copia de proceso radicado 2223 fiscalia 27, protocolo de necropsia, registro de defunción, partida de defunción , copia de registro civil de nacimiento y copia de cedula. |

Situacion Factica.El dia 27 de diciembre de 1992 a las 4 y 30 de la tarde mientras se celebrarba las fiestas de navidad , el señor JOSE GILBERTO MEDINA  ALARCON, se desplazaba del negocio de su propiedad a la casa de habitacion cuando, un joven le desparo en tres ocasiones, el homicida bajó por la calle e ingreso a la casa de la señora ISAURA PEREZ, segun el dicho de la esposa del occiso señora FANNY ALVAREZ DE MEDINA, de inmediato fue trasladado al centro asistencial donde fallecio, se hizo el levantamiento del cadaver y de ordena la necropsia medico legal que  concluyo que la muerte de produce por compromiso de centros vitales a nivel de tallo cervical secundaria a heridas por arma de fuego.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 251.-HOMICIDIO EN PERSONAS PROTEGIDAS, DESPLAZAMIENTO FORZADO Y TENTATIVA DE HOMICIDIO | | OSCAR ALBERTO MEDINA ARBOLEDA. (Muerto). C.C. 98455317. HERNAN MEDINA ALARCON Y RUBEN DARIO MEDINA GIL. (Herido). C.C. 98455316 | 22/01/1993 | CARRETERA A LA FINCA "CORINTO". CORREGIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Copia de proceso por la muerte de OSCAR ALBERTO MEDINA ARBOLEDA, COPIA DE REGISTRO CIVIL DE NACIMIENTO, CEDULA Y REGISTRO DE DEFUNCION DE OSCAR ALBERTO MEDINA |

| | | | | | | | | | | | ARBOLEDA,, FOTOGRAFIA DE LA VICTIMA. COPIA DE REGISTRO CIVIL DE NACIMIENTO, COPIA DE HISTORIA CLINICA Y DICTAMEN MEDICO LEGALD E REBEN DARIO MEDINA GIL. COPIA DE REGISTRO CIVIL DE HERMAN MEDINA ALARCON. |
|---|---|---|---|---|---|---|---|---|---|---|---|

Situacion Factica: El dia 22 de enero de 1993 en la vereda los Cristales del Municipio Samana Caldas, en el sitio denominado Rio Hondo, a eso de las 7 de la mañana se trasladaban en el vehículo marca Toyota de color rojo el cual era conducuido por RUBEN DARIO MEDINA GIL, quien iba acompañado de su tio HERNAN MEDINA ALARCON, su primo OSCAR MEDINA ARBOLEDA y un trabajador de la familia MEDINA, salieron de de la casa de la señora MARIA DIOSELINA ALARCON DE MEDINA y se dirigian a la haciedna Corinto, cuando fueron atacados por un grupo de hombres fuertemente armados, causándole heridas graves a los RUBEN DARIO MEDINA GIL, y HERNAN MEDINA ALARCON quienes lograron huir junto con el trabajador, y en el carro quedo cadaver de OSCAR ALBERTO MEDINA GIL, cuya diligencia de levantamiento la realiazo su primo JULIO CESAR MEDINA GIL, quien era el inspector, la causa de la muerte fue shock hipovolemico heridas de vasos grandes, heridas de pulmon producidas por arma de fuego. El señor RUBEN DARIO MEDINA, recibio varias heridas y fue traslado al centro asistencial de Corinto y de alli al hospital El Rosario de Medellin donde le practicaron cirugias y el dictamen medico legal definitivo concluyo elemento causal proyectil arma de fuego, incapacidad medico legal definitiva 55 dias, secuelas deformidad fisica que afecta el cuerpo de caracter permanente, perturbacion fuincional del organo sistema de la presion de caracater permanente, perturbacion funcional del miembro inferior izquierdo de caractcer permanente.

FORMULACION DE CARGOS: ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO

RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA",

IGUALMENTE COMO RESULTO UNA PERSONA HERIDA SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARAN GRAVEMENTE HERIDOS HERNAN MEDINA ALARCON Y RUBEN DARIO MEDINA GIL, EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

EN CONCURSO CON

**ARTICULO 159. DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL.** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 252. TENTATIVA DE HOMICIDIO Y INCENDIO, DAÑO EN BIEN AJENO | | NELSON PÉREZ RENDON | 09/02/19 93 | FINCA "LA REINA". VEREDA CRISTALES. CORREGIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | EXTERMINI O DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | COPIA DE REGISTRO CIVIL DE NACIMIENTO, CEDULA E HISTORIA CLINICA DE NELSON PEREZ RENDON, DECLARACION ANTE NOTARIO DE L NELSON PEREZ RENDON DONDE CONSTA SU VINCULACIONL ABORAL CON LA FAMILIA MEDINA, COPIA DE CEDUAL DE LA SEÑORA MARIA MERECEDES RENDON DE PEREZ y VICTORIA |

| | | | | | | | | | | | EUGENIA PEREZ RENDON ,COPIA DE REGISTRO CIVIL Y CEDUAL DE VICTOR PEREZ RENDON. COPIA DE RECORTE DE PRESNA CON LA FOTOGRAFIA DE LA CASA Y LOS LETREROS. ACREDITACION DE LA CALDIAD DE VICTIMA, PODER AL DOCTOR MIGUEL DE AVILA. |
|---|---|---|---|---|---|---|---|---|---|---|---|

Situacion Factica .El dia 9 de febrero del año 1993 se encontraban en la fica la Reina de propiedad de la familia MEDINA ALARCON , la señora MERCEDES RENDON y sus hijos, en horas de la mañana , cuando su hijo JOSE NELSON PEREZ RENDON salio a ordeñar el ganado, ella observo un grupo de hombres  armados que se dirigian a la finca, ante esto salio corriendo por el lado contrario  de donde venian los hombres , no habia avanzado mucho cuando escucho  varios disparos y luego una explosion muy fuerte, al rato de no escuchar mas disparos salio del rastrojo donde se habia escondido y comenzo a buscar con la ayuda de otros vecinos  a su hijo JOSE NELSON PEREZ RENDON a quien hallaron herido y lo trasladaron para una clinica en Nariño, Antioquia y de alli fue remitido a Rionegro Antioquia donde fue

intervenido quirurgicamente , ya que presentaba siete heridas con arma de fuego. La explosion destruyo gran partede la casa que se encontraba construida en la Finca la  y como consecuencia de esta situacion la señora MARIA MERCEDES RONDON DE PEREZ  salio desplazada de alli on sus tres hijos. En lo QUE quedo de las paredes los perpetradores del hechos escribieron  "FUERA MEDINAS Y SAPOS" lo que los llevo a abandonar la finca.

EL POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

EN CONCURSO CON **ART. 370. - DAÑO EN BIEN AJENO.*** EL QUE DESTRUYA, INUTILICE, HAGA DESAPARECER O DE CUALQUIER OTRO MODO DAÑE BIEN AJENO, MUEBLE O INMUEBLE, SIEMPRE QUE EL HECHO NO CONSTITUYA DELITO SANCIONADO CON PENA MAYOR, INCURRIRÁ EN PRISIÓN DE UNO A CINCO AÑOS Y MULTA DE QUINIENTOS A DIEZ MIL PESOS.*

Y EN CONCURSO CON  **ART. 187. - TERRORISMO.** MODIFICADO DECRETO 2266 DE 1991, ART. 4. EL QUE PROVOQUE O MANTENGA EN ESTADO DE ZOZOBRA O TERROR A LA POBLACIÓN O A UN SECTOR DE ELLA, MEDIANTE ACTOS QUE PONGAN EN PELIGRO LA VIDA, LA INTEGRIDAD FÍSICA O LA LIBERTAD DE LAS PERSONAS O LAS EDIFICACIONES O **MEDIOS** DE COMUNICACIÓN, **TRANSPORTE**, PROCESAMIENTO O CONDUCCIÓN DE FLUIDOS O FUERZAS MOTRICES, VALIÉNDOSE DE MEDIOS CAPACES DE CAUSAR ESTRAGOS INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS Y MULTA DE DIEZ (10) A CIEN (100) SALARIOS MÍNIMOS MENSUALES, SIN PERJUICIO DE LA PENA QUE LE CORRESPONDA POR LOS DEMÁS DELITOS QUE OCASIONEN CON ESTE HECHO

:

| 253.HOMICIDIO EN PERSONAS PROTEGIDAS | | JAVIER QUINTERO MONTES (CONCEJAL) Y HERNÁN MEDINA ARBOLEDA | 17/04/1993 | BAR LA GALLERA - MUNICIPIO NARIÑO DEPARTAMENTO DE ANTIOQUIA | • HERNAN GIRALDO SERNA | | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINO DE FAMILIAS | IRRUPCION SITIO CERRADO | COPIA PIEZAS PROCESASLES DEL DE ACTA DE LEVANTAMIENTO DE CADACVER DE JAVIER |

| | | | | | | | | | | | QUINTERO MONTES, COPIA DE APERTURA DE INVESIGACION PRELIMINAR, CERTIFICADO DE INSCRIPCION DE REGISTRO DE DEFUNCION, ACREDITACION SUMARIA DE VICTIMA, COPIA REGISTRO CIVIL DE NACIMIENTO, COPIA DE CEDUAL Y REGISTRO CIVIL DE DEFUNCION DE HERNAN MEDINA ALARCON. |
|---|---|---|---|---|---|---|---|---|---|---|---|

Situacion Factica . El dia 17 de abril de 1993 se encontraban en el Bar la Gallera, ubicado en la calle Buenos Aires del Municipio de Nariño, Antioquia los señores  HERNAN MEDINA ALARCON y JAVIER QUINTERO MONTES, concejal del Municipio, al parecer se encontraban haciendo un negocio, cuando de repente fueron atacados con arma de fuego por unos desconocidos quines les dispararon y luego se dierona la huida. Las  heridas ocasionadas en la humanidad de los menicionados les causó la muerte. Según los testigos el ataque iba dirigido a HERNAN MEDINA ALARCON.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EN CONCURSO

HOMOGENEO SUCESIVO,  En EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 254.HOMICIDIO EN PERSONAS PROTEGIDAS | | JORGE ELIECER FRANCO BERNAL Y JHON HENRY FRANCO ARCILA (Menor) | 18/04/1993 | CERCA A LA FINCA "LA REINA". VEREDA CRISTALES. CORREGIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Copia del proceso radicado numero 46979 que se adelanto en la fiscalia 3 especilizada de Manizales, copia de actas de levantamiento , protocolo de necropsia y certificado e defunción. |

Situacion Factica . El dia 19 DE ABRIL del año 1993 fueron hallados el señor  JORGE ELIECER FRANCO BERNAL ( quien presentaba una herida en el rostro ) y su hijo menor de edad  JHON HENRY FRANCO ARCILA, quien presentaba cinco heridas en su cuerpo, los cadáveres fueron encontrados en la Finca la Reina, los mencionados fueron encontrados por los pobladores de la region quienes salieron en su busqueda, ya que desde el dia anterior no se sabia anda de su paradero, inicialmente se encontraron las bestias en las cuales se transportaban y luego hallados los cadaveres, la causa de la merte fue por heridas causadas con arma de fuego. Los mencioandos eran amigos y vecinos de la Familia Medina Alarcon.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 255.HOMICIDIO EN PERSONA PROTEGIDA | | ALCIBIADES LONDOÑO BUITRAGO | 30/06/19 93 | VEREDA BUENAVISTA. CORREGIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Copia de piesas procesasles que dan cuenta de la apertura de la investigación y acta de levantamientod e cadáver. Entrevista del señor VICTOR JULIO MEDINA ALARCON y copia de declaración jurada de |

| | | | | | | | | | | | YANETH MEDINA . |
|---|---|---|---|---|---|---|---|---|---|---|---|

Situacion Factica . El dia 30 de junio de 1993 fue  hallado muerto el señor ALCIBIADES LONDOÑO BUITRAGO, en el corregimiento de Florencia, caldas, la muerte se produjo por las multiples heridas de arma de fuego. Se ha logrado establEcer que el señor ALCIBIADES LONDOÑO,  es primo de la FAMILIA MEDINA y laboro mucho tiempo para ellos.  La fiscalia especializada inicio proceso por los multiples crímenes ocurridos en dicha zona.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 256.HOMICIDIO EN PERSONA PROTEGIDA | | GERMAN OROZCO PEREZ. C.C. 98562240 | 04/07/19 93 | CARRETEABLE FINCA "LA ROSA". VEREDA CRISTALES. CORREGIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Acta de levantamiento de cadáver numero 3307 por parte de la fiscalia permananete numero 15copaid e registro de defunción numero |

| | | | | | | | | | | | 846237copia de protocolo de necropsia NC-93-3792. Shock hipovulemico producidas por proyectil de arma de fuego, lesiones mortales. Entrevistad e JULIO MEDINA ALARCON. |
|---|---|---|---|---|---|---|---|---|---|---|---|

Situacion Factica . El dia 4 de julio de 1993 el señor JOSE MANUEL OROZCO PEREZ, estando en casa de la señora DIOSELINA MEDINA en la finca el Rosal , Vereda los Cristales, sintió varios disparos y la señora DIOSELINA le dijo que entrara y estando alli , se percató que tres hombres llevaban la bicicleta de su hijo GERMAN OROZCO PEREZ, la cual  la dejaron y le hiceron varios disparos a la misma  y se fueron, de inmediato se fue a su casa que quedaba cerca y su esposa le dijo que habia matado a su hijo, que estaba herido, que alcanzo a correr a la casa y alli cayó, lo subieron a una cama y pidieron ayuda, y los vecinos lo subieron  en un carro y lo llevaron al hospital de Nariño y de alli fue remitido a medellin donde posteriormente murio. El señor GERMAN OROZCO PEREZ trabajaba para la familia MEDINA, según entrevista rendidad por el señor VICTOR JULIO MEDINA ALARCON.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA" | | | | | | | | | | |
| 257.HOMICIDIO EN PERSONA PROTEGIDA | ALBERTO OSORIO | 01/06/19 94 | PARQUE PRINCIPAL - MUNICIPIO DE NARIÑO, ANTIOQUIA | • HERNAN GIRALDO SERNA | coautor | CONTROL DE RECURSOS | HOMICIDIO INDIVIDUAL EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Entrevista de VIOCTOR JULIO MEDINA ALARCON, COPIA DE LA NOTICIA DE PRENSA. |

Situacion Factica . Según entrevista rendida por el señor JULIO CESAR MEDINA ALARCON, el fue informado por parte se su cuñada que el señor ALBERTO OSORIO, había sido asesinado en  Nariño , Antioquia, que a la esposa del occiso le había dicho que lo habían matado por ser muy amigo de los Medina y que en realdiad el era muy amigo de los Medina y los ayudaba en todo, que al morir se dedicaba a la venta de chance  pero yo no se si la muerte de él realmente haya tenido que ver con que fuera amigo de nosotros. Asi mismo en el periódico el tiempo se afirma que la causa de su muerte fue por la amistad con la familia MEDINA ALARON

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.


CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 258.- HOMICIDIO EN PERSONAS PROTEGIDA. TENTATIVA DE HOMICIDIO Y DESPLAZAMIEN | BLANCA ROSA MEDINA ALARCON. (Muerta). C.C. | 28/12/19 92 | CARRETEABLE FINCA "LA REINA". VEREDA CRISTALES. CORREGIMIENTO FLORENCIA. | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL DE RECURSOS | HOMICIDIO MULTIPLE EXTERMINO DE FAMILIAS | INCURSIÓN SICARIATO EN LUGAR DE HALLAZGO | Copia del proceso que se adelanto en el la fiscalia terceraespecializ ada de Manizalez, copia |

| TO FORZADO | 21634136. RUBEN DARIO QUINCHIA MEDINA (Muerto). C.C. BLANCA ISABEL QUINCHIA MEDINA (Muerta). C.C. JAIRO ZAPATA GIL. (Muerto). C.C. 3536515. JORGE WILSON QUINCHIA MEDINA. (Herido). C.C. 98456723, Y CARLOS ARTURO MEDINA ARBOLEDA. (Herido). C.C. 98455930 Y LUIS CARLOS MEDINA GIL (Herido) MASACRE DE LA FAMILIA MEDINA FINCA LA REINA | MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | | | | (ABIERTO) | de REGISTRO CIVIL DE NACIMIENTO, COPIA DE CEDUAL , REGISTRO Y PARTIDA DE DEFUNCION DE BLANCA ROSA MEDINA ALARCON, BLANCA ISABEL QUINCHIA MEDINA, RUBEN DRIO QUINCHIA MEDINA . COPIA DE CEDULA, REGISTRO DE MATRIMONIO Y REGISTRO DE DEFUNCION DE JAIRO ZAPATA GIL. COPIA DE HISTORIA CLINICA DE JORGE WILSON QUINCHIA MEDINA, FOTOGRAFIAS A COLOR DE LOAS CICATRICES QUE DEJARON LAS HERIDAS. |
|---|---|---|---|---|---|---|---|

Situacion Factica . El dia 28 de diciembre del año 1992, cuando se desplazaban del Municipio de Samana Caldas, Vereda los Cristales hacia el muncipio de Nariño Antioquia en el vehiculo de placas KDJ 945, marca Nissan patrol de color azul , el cual era conducido por RUBEN DARIO QUINCHIA MEDINA, y donde también viajaban su mamá BLANCA ROSA MEDINA ALARCON, su hermana BLANCA ISABEL QUINCHIA MEDINA, un trabajador de la finca de nombre JAIRO ZAPATA GIL, y sus primos CARLOS ARTURO MEDINA ARBOLEDA , JORGE WILSON QUINCHIA MEDINA Y LUIS CARLOS MEDINA GIL, quines procedían a darle cristiana a sepultura al señor JOSE GILBERTO MEDINA ALARCON, aproximadamente a 500 metros de la Fica la Reina fueron atacados a eso de las 11 de la mañana por hombres fuertemente armados, uno de los disparos dio en el parabrisa del carro y algunos ocupantes lograron bajarse del carro, RUBEN DARIO QUINCHIA MEDINA quedo sobre el timon, y LUIS CARLOS MEDINA GIL , quien resulto herido logro huir sin embargo resultaron muertos los señores BLANCA ROSA MEDINA ALARCON, BLANCA ISABEL QUINCHIA MEDINA, RUBEN DARIO QUINCHIA MEDINA y JAIRO ZAPATA GIL y heridos CARLOS ARTURO MEDINA ARBOLEDA, JORGE WILSON QUINCHIA MEDINA Y LUIS CARLOS MEDINA GIL. El corregidor del Municipio tuvo conocimiento de estos hechos por radio telefono y a las dos de la tarde se traslado al lugar de los acontecimiento donde se hallaron los cadaveres. Se hizo la inspección a los cadáveres y se ordeno la correspondiente necropsia, la que concluyo que que BLANCA ROSA MEDINA LARCON fallecio por shok hipovolemico HERIDAS DE PULMON Y GRANDES VASOS, heridas producidas por armas de largo alcance, BLANCA ISABEL QUINCHIA MEDINA, shock hipovoulemico lesion base pulmonar derecho, estallido de hihado, heridas producidas por arma de fuego multiples, RUBEN DARIO QUINCHIA MEDINA, falecio por shock traumatico multiples

heridas por arma de fuego y JAIRO ZAPATA GIL, shoch hipovuleminoc, estallido pulmonar derecho lesion grandes vasos por multiples proyectiles de arma de fuego.en la inspeccion la lugar de los hehcos se hallaron vainillas para escopeta calibre 12, vainillas calibbre 7.62, vainillas apra fusil R-15. Por estos hechos se proceso a los señores EGIDIO PATIÑO LOPEZ, OVIDIO PATIÑO LOPEZ, DANILO PATIÑO LOPEZ, JOSE RAMIRO PATIÑO LOPEZ, BERTO OTONIEL  PATIÑO LOPEZ, IDOLFO PATIÑO LOPEZ Y  VIRGILIO PATIÑO LOPEZ. La investigación fue precluida en el año 2003.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

IGUALMENTE COMO RESULTARON PERSONAS HERIDAS SE LE IMPUTA EN CONCURSO HOMOGÉNEO Y SUCESIVO CON EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA: ARTÍCULO 135. **HOMICIDIO EN PERSONA PROTEGIDA:** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

COMO QUIERA QUE EN LOS MISMOS HECHOS RESULTARA GRAVEMENTE HERIDO WILSON QUINCHIA MEDINA., CARLOS ARTURO MEDINA ARBOLEDA. Y LUIS CARLOS MEDINA GIL, EL

POSTULADO INCURRIÓ EN EL DELITO DE HOMICIDIO EN PERSONA PROTEGIDA EN LA MODALIDAD DE TENTATIVA.

EN CONCORDANCIA CON EL **ART. 27 DEL C. P. TENTATIVA**: EL QUE INICIARE LA EJECUCIÓN DE UNA CONDUCTA PUNIBLE MEDIANTE ACTOS IDÓNEOS E INEQUÍVOCAMENTE DIRIGIDOS A SU CONSUMACIÓN, Y ÉSTA NO SE PRODUJERE POR CIRCUNSTANCIAS AJENAS A SU VOLUNTAD, INCURRIRÁ EN PENA NO MENOR DE LA MITAD DEL MÍNIMO NI MAYOR DE LAS TRES CUARTAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA LA CONDUCTA PUNIBLE CONSUMADA.

CUANDO LA CONDUCTA PUNIBLE NO SE CONSUMA POR CIRCUNSTANCIAS AJENAS A LA VOLUNTAD DEL AUTOR O PARTÍCIPE, INCURRIRÁ EN PENA NO MENOR DE LA TERCERA PARTE DEL MÍNIMO NI MAYOR DE LAS DOS TERCERAS PARTES DEL MÁXIMO DE LA SEÑALADA PARA SU CONSUMACIÓN, SI VOLUNTARIAMENTE HA REALIZADO TODOS LOS ESFUERZOS NECESARIOS PARA IMPEDIRLA

EN CONCURSO CON

**ARTICULO 159. DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL.** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 259.HOMICIDIOS EN PERSONAS PROTEGIDAS Y DESPLAZAMIENTO FORZADO | | ALONSO MEDINA ALARCON. C.C. 4570693, JULIO CESAR MEDINA ALARCON. C.C. 3318673. Y LUIS CARLOS MEDINA GIL. C.C. 15950520 | 08/05/19 93 | PLAZA PRINCIPAL. MUNICIPIO DE NARIÑO. DEPARTAMENTO DE ANTIOQUIA | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL DE RECURSOS | HOMICIDIO MULTIPLE EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Entrevista del señor VITRO JULIO MEDINA LARCON, COPIA DE PIEZAS PROCESASLES QUE DAN CAUNTA DE LA INVESTIGACIO N QUE SE INICIO CON OACASION DE LA MUERTE. REPORTE DE |

| | | | | | | | | | | HECHOS DE LAS VICTIAMS INDIRECTAS. ACREDITACION SUMARIA DE VICTIMAS. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MASACRE DE LA FAMILIA MEDINA-NARIÑO (ANTIOQUIA) | | | | | | | | |

Situacion Factica . El dia 8 de mayo de 1993 se encontraban en una cafeteria del centro de l municipio de Nariño, Antioquia los señores ALONSO MEDINA ALARCON, JULIO CESAR MEDINA ALARCON y su hijo LUIS CARLOS MEDINA GIL, cuando de repente unos hombres que se encontraban al interior de la cafeteria les empezarona disparar y les dieron muerte, luego del atentado huyeron del lugar de los hechos. Ante esta situación de riesgo permanente contra la familia MEDINA ALARCON, los familiares abandonaron la región y dejaron sus bienes.

FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DE JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA

EN CONCURSO CON

**ARTICULO 159. DEPORTACION, EXPULSION, TRASLADO O DESPLAZAMIENTO FORZADO DE POBLACION CIVIL.** EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO Y SIN QUE MEDIE JUSTIFICACIÓN MILITAR, DEPORTE, EXPULSE, TRASLADE O DESPLACE FORZADAMENTE DE SU SITIO DE ASENTAMIENTO A LA POBLACIÓN CIVIL, INCURRIRÁ EN PRISIÓN DE DIEZ (10) A VEINTE (20) AÑOS, MULTA DE MIL (1.000) A DOS MIL (2.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE DIEZ (10) A VEINTE (20) AÑOS.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 260.HOMICIDIO EN PERSONAS PROTEGIDAS | CARLOS JULIO MEDINA GALVIS, RAMON ELIAS MEDINA MARQUEZ. C.C. 15950272. Y JOSE EFRAIN MEDINA MARQUEZ<br><br><br>MASACRE DE LA FAMILIA MEDINA FINCA EL PORVENIR | 24/09/19 93 | POTREROS DE LA FINCA "EL PORVENIR" Y A LA ENTRADA DE LA ESCUELA DE LA VEREDA "EL TRIUNFO".CORRE GIMIENTO FLORENCIA. MUNICIPIO SAMANA. DEPARTAMENTO CALDAS | • HERNAN GIRALDO SERNA | A. Mediato | CONTROL DE RECURSOS | HOMICIDIO MULTIPLE EXTERMINO DE FAMILIAS | SICARIATO EN LUGAR DE HALLAZGO (ABIERTO) | Copia del proceso que se inicio enla fiscalia 3 especialziada, copia del acat de levantamietnod e cadáver, copia de certificacionde registro de defunción. Reportesde la victimas indirectas. Acreditación de victima sumaria. |

Situacion Factica . El dia 24 de septiembre de 1993, siendo aproximadamente las 5 y 30 de la mañana,  en la  vereda Dabeida,  del Municipio de Florencia, Caldas en la finca el Porvenir fueron asesinados los señores  CARLOS MEDINA GALVIS, y su hijo  RAMON ELIAS MEDINA MARQUEZ S, este ultimo se levanto temprano y se dirigio por el pasillo y de repente fue atacado por hombres armados, corrio donde se madre CARMEN MARQUEZ y le dijo que los habian matado, de inemdiato ella logra esconderse y cuando deja de escuchar los disparos sale de su escondite y  al entrar a la casa se encuentra con el cadaver de su esposo CARLOS MEDINA GALVIS, ella empieza a pedir auxilio y unos vecinos avisan por radio teléfono lo oocurrido, en esos momentos le avisan que su otro hijo JOSE EFRAIN MEDINA MARQUEZ, quien se desempeñaba como educador y que había salido muy temprano de la casa para la escuela fue interceptado en el camino  y le dieron muerte,  los tres cadaveres fueron trasladados en un bus escalera hasta la morgue del hospital se realizo el correspondiente levantamiento y se ordeno la necropsia medico legal que arrojo como casuas de muerte multiples heridas producidas por arma de fuego.


FORMULACION DE CARGOS:  ESTA CONDUCTA SE TIPIFICA EN NUESTRO CÓDIGO PENAL, LEY 599 DEL 2000 (ENTRO EN VIGENCIA EL PRIMERO DEL JULIO DEL 2001), TITULO II. DELITOS CONTRA PERSONAS Y BIENES PROTEGIDOS POR EL DERECHO INTERNACIONAL HUMANITARIO, CAPITULO ÚNICO ARTICULO 135. **HOMICIDIO EN PERSONA PROTEGIDA**: EL QUE, CON OCASIÓN Y EN DESARROLLO DE CONFLICTO ARMADO, OCASIONE LA MUERTE DE PERSONA PROTEGIDA CONFORME A LOS CONVENIOS INTERNACIONALES SOBRE DERECHO HUMANITARIO RATIFICADOS POR COLOMBIA, INCURRIRÁ EN PRISIÓN DE TREINTA (30) A CUARENTA (40) AÑOS, MULTA DE DOS MIL (2.000) A CINCO MIL (5.000) SALARIOS MÍNIMOS LEGALES MENSUALES VIGENTES, E INHABILITACIÓN PARA EL EJERCICIO DE DERECHOS Y FUNCIONES PÚBLICAS DE QUINCE (15) A VEINTE (20) AÑOS.

PARÁGRAFO. PARA LOS EFECTOS DE ESTE ARTÍCULO Y LAS DEMÁS NORMAS DEL PRESENTE TÍTULO SE ENTIENDE POR PERSONAS PROTEGIDAS CONFORME AL DERECHO INTERNACIONAL HUMANITARIO:

LOS INTEGRANTES DE LA POBLACIÓN CIVIL.

CON LA CIRCUNSTANCIA DE MAYOR PUNIBILIDAD ESTABLECIDA EN EL NUMERAL 5 DEL ARTÍCULO 58 DE LA LEY 599 DE 2000 POR HABER SIDO EJECUTADA LA CONDUCTA "CON ABUSO DE LA CONDICIÓN DE SUPERIORIDAD SOBRE LA VICTIMA, O APROVECHANDO CIRCUNSTANCIAS DE TIEMPO, MODO, LUGAR QUE DIFICULTEN SU DEFENSA"

15. **Relación de procesos y sentencias condenatorias en la justicia ordinaria para la aplicación del artículo 20 de la ley 975 de 2005.**

Durante la audiencia concentrada, y con fines de acumulación se hará una relación de los procesos y penas que cursan en la justicia ordinaria, por hechos cometidos durante y con ocasión de la pertenencia de los postulados al grupo armado organizado al margen de la ley.

**16. Datos para citación de los sujetos procesales:**

| DATOS DEL POSTULADO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. | 12.531.356 |
| Expedido en | Departamento: | | MAGDALENA | | | | Municipio: | SANTA MARTA | |
| Nombres: | HERNAN | | | Apellidos: | | GIRALDO SERNA | | | |
| Alias: | EL PATRON- TALADRO- EL VIEJO | | | Estado Civil | | CASADO | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | | |
| Miembro Representante: | | SI | X | NO | | Resolución No. | 007- 17/01/06 | | |
| Privado de la libertad: | | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | | |
| Lugar Ubicación | CARCEL NOTHER NECK REGIONAL JAIL- WARSAW- VIRGINIA E.E.U.U | | | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 87778 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8752725 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | ANTONIO  RAFAEL | | | Apellidos: | | OBREDOR MEJIA | |
| Dirección: | KRA. 44 # 40- 20 OFI 1003 EDF. SEGUROS COLOMBIA | | | Barrio: | | CENTRO | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3005966080 | | | Correo electrónico: | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1941

| DATOS DEL POSTULADO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. | 13.410.673 |
| Expedido en | Departamento: | | | | | | Municipio: | |
| Nombres: | JOSE DEL CARMEN | | | | Apellidos: | GELVEZ ALBARRACIN | | |
| Alias: | EL CANOSO | | | | Estado Civil | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | |
| Miembro Representante: | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | | |
| Lugar Ubicación | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA PICOTA- BOGOTA | | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : | NO | Particular | SI: X | NO | T.P. No. | 114344 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 26732719 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | CIELO LUZ | | | Apellidos: | FONSECA SIERRA | | |
| Dirección: | | | | Barrio: | | | |
| Departamento: | | | | Municipio: | | | |
| Teléfonos: | 3012060138 | | | Correo electrónico: | | | |

| DATOS DEL POSTULADO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. | 7.143.630 |
| Expedido en | Departamento: | | | | | | Municipio: | |
| Nombres: | NORBERTO | | | | Apellidos: | QUIROGA POVEDA | | |
| Alias: | BETO, 55 , GATO, BRAZIL | | | | Estado Civil | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | |
| Miembro Representante: | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | | |
| Lugar Ubicación | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA MODELO – BARRANQUILLA | | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : | NO | Particular | SI: X | NO | T.P. No. | 96832 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8704338 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | MILTON | | | Apellidos: | | COLINA VARGAS | |
| Dirección: | CALLE 46 B # 14 E – 11 | | | Barrio: | | CEVILLAR | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3145433239 | | | Correo electrónico: | | | |

| DATOS DEL POSTULADO | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | C.E. | otro | No. | 7.603.349 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | NODIER | | | Apellidos: | | GIRALDO GIRALDO | |
| Alias: | CABEZON, J | | | Estado Civil | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | |
| Miembro Representante: | | SI | NO | X | Resolución No. | | |
| Privado de la libertad: | | SI | X | NO | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | |
| Lugar Ubicación | | CARCEL NOTHER NECK REGIONAL JAIL- WARSAW- VIRGINIA E.E.U.U | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 87778 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8752725 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | ANTONIO  RAFAEL | | | Apellidos: | | OBREDOR MEJIA | |
| Dirección: | KRA. 44 # 40- 20 OFI 1003 EDF. SEGUROS COLOMBIA | | | Barrio: | | CENTRO | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3005966080 | | | Correo electrónico: | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1943

| DATOS DEL POSTULADO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | | C.C. | X | Pas. | | C.E. | | otro | No. | 84.445.589 |
| Expedido en | Departamento: | | | | | | Municipio: | | |
| Nombres: | DANIEL EDUARDO | | | | Apellidos: | | GIRALDO CONTRERAS | | |
| Alias: | GRILLO, ZANETI | | | | Estado Civil | | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | | |
| Miembro Representante: | | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | | SI | X | NO | | Autoridad: | | FISCALIA NOVENA DE BARRANQUILLA | |
| Lugar Ubicación | | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA MODELO DE BARRANQUILLA | | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 87778 |
| Tipo de documento: | | C.C. | X | C.E. | Otro | No. | 8752725 |
| Expedido en | | Departamento: | | | | Municipio: | |
| Nombres: | ANTONIO  RAFAEL | | | Apellidos: | | OBREDOR MEJIA | |
| Dirección: | KRA. 44 # 40- 20 OFI 1003 EDF. SEGUROS COLOMBIA | | | Barrio: | | CENTRO | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3005966080 | | | Correo electrónico: | | | |

| DATOS DEL POSTULADO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | | C.C. | X | Pas. | | C.E. | | otro | No. | 36.538.968 |
| Expedido en | Departamento: | | | | | | Municipio: | | |
| Nombres: | CARMEN | | | | Apellidos: | | RINCON | | |
| Alias: | LA TETONA | | | | Estado Civil | | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | | |
| Miembro Representante: | | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | | SI | X | NO | | Autoridad: | | FISCALIA NOVENA DE BARRANQUILLA | |
| Lugar Ubicación | | | | | | | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1944

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 128997 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 22463736 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | MAYERLI | | | Apellidos: | PADILLA FONTALVO | | |
| Dirección: | CALLE 68 B # 50 – 119 | | | Barrio: | | | |
| Departamento: | ATLANTICO | | | Municipio: | BARRANQUILLA | | |
| Teléfonos: | 3600005 | | | Correo electrónico: | | | |

| DATOS DEL POSTULADO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. | 85.451.378 |
| Expedido en | Departamento: | | | | | | Municipio: | |
| Nombres: | EDUARDO ENRIQUE | | | | Apellidos: | VENGOECHEA MOLA | | |
| Alias: | EL FLACO | | | | Estado Civil | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | |
| Miembro Representante: | | SI | | NO | X | Resolución No. | | |
| Privado de la libertad: | | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | |
| Lugar Ubicación | | CARCEL NOTHER NECK REGIONAL JAIL- WARSAW- VIRGINIA E.E.U.U | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 87778 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8752725 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | ANTONIO  RAFAEL | | | Apellidos: | OBREDOR MEJIA | | |
| Dirección: | KRA. 44 # 40- 20 OFI 1003 EDF. SEGUROS COLOMBIA | | | Barrio: | CENTRO | | |
| Departamento: | ATLANTICO | | | Municipio: | BARRANQUILLA | | |
| Teléfonos: | 3005966080 | | | Correo electrónico: | | | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1945

| DATOS DEL POSTULADO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. | 71.982.714 |
| Expedido en | Departamento: | | | | | Municipio: | | |
| Nombres: | JOSE DANIEL | | | Apellidos: | | MORA LOPEZ | | |
| Alias: | GUERRERO, 66 | | | Estado Civil | | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | |
| Miembro Representante: | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | |
| Lugar Ubicación | | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA MODELO DE BARRANQUILLA | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : | NO | Particular | SI: X | NO | T.P. No. | 96832 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8704338 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | MILTON | | Apellidos: | | COLINA VARGAS | | |
| Dirección: | CALLE 46 B # 14 E – 11 | | Barrio: | | CEVILLAR | | |
| Departamento: | ATLANTICO | | Municipio: | | BARRANQUILLA | | |
| Teléfonos: | 3145433239 | | Correo electrónico: | | | | |

| DATOS DEL POSTULADO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. | 10.903.339 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | AFRANIO MANUEL | | | Apellidos: | | REYES MARTINEZ | | |
| Alias: | 81, SAAVEDRA | | | Estado Civil | | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | | |
| Miembro Representante: | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | |
| Lugar Ubicación | | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA MODELO DE BARRANQUILLA | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 87778 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8752725 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | ANTONIO  RAFAEL | | | Apellidos: | | OBREDOR MEJIA | |
| Dirección: | KRA. 44 # 40- 20 OFI 1003 EDF. SEGUROS COLOMBIA | | | Barrio: | | CENTRO | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3005966080 | | | Correo electrónico: | | | |

| ATOS DEL POSTULADO | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | C.E. | otro | No. | 85.461.792 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | ADAN | | | Apellidos: | | ROJAS MENDOZA | |
| Alias: | EL NEGRO | | | Estado Civil | | | |
| Bloque o frente al cual perteneció: | | BLOQUE RESISTENCIA TAYRONA | | | | | |
| Miembro Representante: | SI | | NO | X | Resolución No. | | |
| Privado de la libertad: | SI | X | NO | | Autoridad: | | FISCALIA NOVENA DE BARRANQUILLA |
| Lugar Ubicación | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA MODELO DE BARRANQUILLA | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : | NO | Particular | SI: X | NO | T.P. No. | 96832 |
| Tipo de documento: | C.C. | X | C.E. | Otro | | No. | 8704338 |
| Expedido en | Departamento: | | | | Municipio: | | |
| Nombres: | MILTON | | | Apellidos: | | COLINA VARGAS | |
| Dirección: | CALLE 46 B # 14 E – 11 | | | Barrio: | | CEVILLAR | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3145433239 | | | Correo electrónico: | | | |

| DATOS DEL POSTULADO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tipo de documento: | C.C. | X | Pas. | | C.E. | | otro | No. 84.458.582 |
| Expedido en | Departamento: | | | | | Municipio: | | |
| Nombres: | EDGAR ANTONIO | | | Apellidos: | | OCHOA BALLESTEROS | | |
| Alias: | MORROCOLLO | | | Estado Civil | | | | |
| Bloque o frente al cual perteneció: | BLOQUE RESISTENCIA TAYRONA | | | | | | | |
| Miembro Representante: | SI | | NO | X | Resolución No. | | | |
| Privado de la libertad: | SI | X | NO | | Autoridad: | FISCALIA NOVENA DE BARRANQUILLA | | |
| Lugar Ubicación | ESTABLECIMIENTO PENITENCIARIO Y CARCELARIO LA MODELO DE BARRANQUILLA | | | | | | | |

| DATOS DE LA DEFENSA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Público | SI : X | NO | Particular | SI | NO | T.P. No. | 87778 |
| Tipo de documento: | C.C. | X | C.E. | | Otro | No. | 8752725 |
| Expedido en | Departamento: | | | | | Municipio: | |
| Nombres: | ANTONIO  RAFAEL | | | Apellidos: | | OBREDOR MEJIA | |
| Dirección: | KRA. 44 # 40- 20 OFI 1003 EDF. SEGUROS COLOMBIA | | | Barrio: | | CENTRO | |
| Departamento: | ATLANTICO | | | Municipio: | | BARRANQUILLA | |
| Teléfonos: | 3005966080 | | | Correo electrónico: | | | |

| DATOS DEL FISCAL | | | | |
|---|---|---|---|---|
| Nombres y apellidos | ZENEIDA DE J. LOPEZ CUADRADO | | No. Despacho | 9 |
| Departamento: | ATLANTICO | Municipio: | BARRANQUILLA | |
| Dirección: | CALLE 40 No. 44-80 EDIFICIO LARA BONILLA PISO 13 | | | |
| Teléfonos: | 3519868 | Correo electrónico: | ZENEIDA.LOPEZ@FISCALIA.GOV.CO | |

ESCRITO PARA EL DESARROLLO DE AUDIENCIA CONCENTRADA
DE FORMULACIÓN PARCIAL Y ACEPTACIÓN DE CARGOS
UNIDAD NACIONAL DE FISCALIA PARA LA JUSTICIA Y LA PAZ
FISCALIA NOVENA
Página 1948

| DATOS DEL PROCURADOR JUDICIAL | | | |
|---|---|---|---|
| Nombres y apellidos | DILMA NASSAR LEMUS | No. Despacho | |
| Departamento: | ATLANTICO | Municipio: | BARRANQUILLA |
| Dirección: | CALLE 40 # 44- 39 EDIF CAMARA DE COMERCIO PISO 1 | | |
| Teléfonos: | 3157217402 | Correo electrónico: | |

| DATOS DEL MINISTERIO PÚBLICO PARA VÍCTIMAS INDETERMINADAS | | | |
|---|---|---|---|
| Nombres y apellidos | | No. Despacho | |
| Departamento: | | Municipio: | |
| Dirección: | | | |
| Teléfonos: | | Correo electrónico: | |

En escrito anexo se incluirá la información relacionada con las víctimas acreditadas que corresponden a los patrones de macro-criminalidad que se identificaron en la audiencia de imputación. Se Incluye número del hecho, registro del sijyp, nombre dirección y teléfono de la víctima indirecta y su representante judicial.

Firma del Fiscal solicitante,

ORIGNAL FIRMADO
ZENEIDA DE J. LOPEZ CUADRADO
Fiscal  9  Delegado ante el Tribunal
Unidad Nacional de Fiscalías para la Justicia y la Paz