# EXHIBIT 2

[Translated from Spanish]

Santa Marta, September 2015

Respected Sir Judge Reggie B. Walton,

We, Zulma Chacín De Henríquez, Nadiezhda Henríquez Chacín, Bela Juliana Henríquez Chacín and Julio Henríquez Chacín, submit to you this document as the widow and children of Julio Henríquez Santamaría, grateful for the opportunity you provide us to inform, through this letter, your final considerations regarding Hernán Giraldo Serna, in the proceedings before you in the United States District Court For The District Of Columbia on charges of conspiracy to manufacture and distribute five kilograms or more of cocaine, with the intention or knowledge that the cocaine would be unlawfully imported into the United States from Colombia.

We want to draw on your wisdom and your heart in this last opportunity, in order to tell you what your decision will mean for us as victims of the criminal actions of this criminal.

Hernán Giraldo Serna is the biggest drug lord of the northern zone of the Sierra Nevada; the territory and the illegal business that he, with his family and his subordinates, control is still very large. The Sierra Nevada of Santa Marta, especially the northern part, is an area where growing, processing, and exporting cocaine is very easy due to its special geographic characteristics that allow the drug to get, in a few hours, to any Caribbean island and from there to anywhere in the world. Hernán Giraldo Serna retains control of this business, despite his years in prison: even today he continues to produce and export a portion of the cocaine that enters each year to the United States.

But things are changing, our country, Colombia, strengthens its institutions and new generations of men and women are freeing themselves from the control "El Patrón," as this criminal is known here, imposes on us. His extradition marked the beginning of an intense war between criminal gangs who seek to take over the business of Hernán Giraldo and so far they have not achieved it, this war should end with the effective intervention of the police, the justice system, and state investment in development, these institutions gradually are strengthened and free themselves from the influence of war and the economic power of drug trafficking has on them, on us all.

Since the early 80's of the last century Hernán Giraldo has killed and disappeared people, has reshaped the population of entire communities, stolen land, has enslaved peasants to plant coca in exchange for the land he took from others or in exchange for the right to stay on their land, has sexually abused girls turning many of them into the mothers of his children, has taken youngsters from schools to link to his army of protection, all human quotas their parents owe to the "Patrón", has maintained for years the territorial control of the rural part of Santa Marta and the public market of this city extorting all traders, businesspeople, transporters, farmers, many of them volunteers, thus convinced they must pay for their safety.

This situation should change.

Many victims of drug trafficking hope and work for things to change, all this pain and death, for Hernán Giraldo Serna is necessary to protect his illegal business, has been undertaken with efficiency and is continued by him despite imprisonment and distance. There is still much fear, more than fear, terror.

Julio Henríquez Santamaría was a brave and generous man, many have learned from his example, what remains in the memory is his love for this land, for the Sierra Nevada, for the sea, for farmers and fishermen who he worked with teaching solidarity economy's values, cooperatives, organizational ethics to ensure the poor have autonomy and liberty to produce, pooling their few resources. He did it, by taking the many opportunities that history went placing in front of him.

Acts of war committed by Hernán Giraldo have marked our lives as well as many other people, its effects permeate daily life and require a mindful and activate resilience in seeking well-being. Physical, mental and spiritual well-being becomes more challenging every day. The consequences of his actions driven by personal economic interests destroy families, community dynamics. Viewed from the Colombian reality his actions have affected an entire generation. In the midst of the struggles for human rights it is difficult for us to recognize ourselves as a society that has been violated, a sick country whose recovery necessitates decisive and far-reaching action.

It is sad to see that the disappearance of Julio Henríquez followed a systematic logic that eliminated those ways of life that do not match the narco-paramilitary plan which undermines hope and life's natural pursuits.

The disappearance of a leader is a sophisticated strategy to remove from the root the alternatives, options and hope to live a decent and balanced life. It shocks society and community which generates confusion precluding these alternate ways of living, resistance and struggle. Disappear the man, disappear his actions, disappear his ideas.

Julio Henríquez's work could not have been viewed as counter to drug trafficking, but it also was not useful to it; things changed when the paramilitary war expanded to the north of the Sierra Nevada and sought sources of financing and protection from fear finding Hernán Giraldo as the victimizer and Julio Henríquez as victim. Thin is the line that defines when the victim is of the war and when the victim is of drug trafficking, but that fine line is clear.

Along with lawyers of the United States committed to the defense of the humanity that have represented us, we have wanted, for several, years to discuss in court all the facts and arguments that define that line, for dignity, for love and respect. But it was not possible. Other facts and arguments were made visible from hand of the prosecutor, the defense lawyer and government offices in the U.S., in alliance to detract value from Julio Henríquez Santamaría and his notorious death. We wanted to do it, to say it, to rescue the dignity and trampled on respect, not only of Julio Henríquez Santamaría, but of many farmers, fishermen, indigenous people, workers, teachers, mothers and fathers of family, little girls, youngsters, citizens, businesspeople, judges, police, military, public officials, merchants, transporters, academics, environmentalists who he killed, disappeared, dismembered, incinerated, extorted, bought, raped, and so it does not

continue happening, leaving in his wake each of our souls to live with impotence alone the consequences of war.

Hernán Giraldo is a powerful drug trafficker who settles scores and gives orders from his cell in the United States and upon his return to Colombia he will remain the powerful drug trafficker that he is, may be living on impenetrable estate in the Sierra Nevada de Santa Marta, on this issue we wanted to provide to the proceedings before the United States District Court For The District Of Columbia evidence and arguments.

Possibly the armed conflict in Colombia is coming to an end, but the criminal activity of Hernán Giraldo persists, possibly returning to Colombia many mothers, fathers, sons, wives, brothers will get to know what happened and the whereabouts of their loved ones, possibly this can be achieve while he is still imprisoned in the United States, but Hernán Giraldo in Colombia will continue his drug business.

Maybe it is possible to end his influence in the drug business with a long sentence, perhaps an exemplary sentence which exposes the crimes he committed to protect his illicit business is still possible, perhaps in this beautiful land we can recover from so much damage perhaps as a family we can recover from so much pain and so much damage, but we need your wisdom and your heart.

Henríquez Chacín Family