UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT - 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 04-114-1 (RBW) |
| | ) |
| HERNAN GIRALDO-SERNA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the Movants' Motion for Continuance of Certain Dates Relating to Sentencing, and the opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the movants' sentencing submission shall be filed on or before November 6, 2015. It is further

**ORDERED** that the government and the defendant shall respond to the movants' submission on or before November 20, 2015.

**SO ORDERED** on this 1st day, October 2015.

_____
Reggie B. Walton
United States District Judge