IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA      .
                  Plaintiff,  .
vs.                           .  Docket No. CR 04-114
                              .
HERNAN GIRALDO-SERNA          .  Washington, D.C.
                              .  Monday, March 14, 2016
                  Defendant.  .
. . . . . . . . . . . . . . . .x  9:35 a.m.
```

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
For the Government:  Paul Laymon, AUSA
                     UNITED STATES DEPARTMENT OF JUSTICE
                     Narcotics & Dangerous Drug Section
                     145 N Street, NW
                     Second Floor, East Wing
                     Washington, DC 20530


For the Defendant:   Robert A. Feitel
                     LAW OFFICE OF ROBERT FEITEL
                     1712 N Street, NW
                     Washington, DC 20036

For the Movants:     Leo P. Cunningham, Esquire
                     WILSON SONSINI GOODRICH & ROSATI, P.C.
                     650 Page Mill Road
                     Palo Alto, CA 94304

                     Melissa B. Mannino, Attorney-at-Law
                     WILSON SONSINI GOODRICH & ROSATI, P.C.
                     1700 K Street, NW - Fifth Floor
                     Washington, DC 20006

                     Roxanna M. Altholz, Attorney-at-Law
                     INTERNATIONAL HUMAN RIGHTS CLINIC,
                     BERKELEY SCHOOL OF LAW
                     489 Simon Hall
                     Berkeley, CA 94720
```

Court Reporter:    Cathryn J. Jones, RPR
                   Official Court Reporter
                   Room 6521, U.S. District Court
                   333 Constitution Avenue, N.W.
                   Washington, D.C. 20001

Proceedings recorded by machine shorthand, transcript
produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Matter before the Court,

3      Criminal Case Number 504-114, United States of America

4      versus Hernan Giraldo-Serna.  Counsel, please come forward

5      and identify yourselves for the record.

6              MR. LAYMON:  Your Honor, for the United States.

7      Paul Laymon, L-A-Y-M-O-N.

8              THE COURT:  Good morning.

9              MR. FEITEL:  Good morning, Judge Walton.  Robert

10     Feitel for the defendant, Hernan Giraldo-Serna.

11             MR. CUNNINGHAM:  Leo Cunningham for the Enrique

12     family, and with me is Melissa Mannino and Roxanna Altholz.

13     Good morning.

14             THE COURT:  Anything you'd like to add to what you

15     submitted in writing?

16             MR. CUNNINGHAM:  Not unless there's something your

17     Honor would like me to address.

18             THE COURT:  Anything either counsel for

19     Mr. Giraldo-Serna or the government would like to submit in

20     addition to what you've presented already in writing?

21             MR. FEITEL:  Good morning, your Honor.

22             THE COURT:  Let me just ask, as I understand your

23     principal challenge to my considering the proceedings that

24     took place in Colombia regarding your client is the fact

25     that you say they relied upon what would be inadmissible

1    hearsay, and therefore, I should not give weight to that

2    conviction in my assessment as to whether the movants have

3    established victimhood status?

4          MR. FEITEL:  I think it's a slight variance to

5    that, your Honor.  I think the conviction exists and it's

6    established, but I don't think the conviction by itself

7    standing alone establishes the underlying facts sufficient

8    for your Honor to conclude that it's the, that the but for

9    cause of the murder was the punitive intervenor's efforts to

10   form this organization opposed to cocaine cultivation.  I

11   say that because I think the conviction establishes the

12   conviction.  The underlying facts I think are subject to

13   challenge both in the manner in which they were acquired,

14   that is, that they were statements taken by a prosecutor

15   which were not subject to cross-examination by the defense.

16   And also because the quantum of the statements themselves I

17   think are insufficient to establish by a preponderance the

18   motion.

19          I won't belabor the point, but I have a packet of

20   materials on the table.  That's the intervenor's submission

21   with all its exhibits.  I went through them page by page.

22   The only relevant testimony that I find are the brief

23   excerpts of the two witnesses that I included in my post

24   remand memorandum.  I say that the quantum of evidence

25   itself is meager and the circumstances under which it was

1    produced raises some questions about how much credit should

2    be given even to what was said.  So I think that at the end

3    in the final analysis there's not enough to establish

4    preponderance to establish but for which is a direct and

5    approximate cause between the murder and the motive.

6            The conviction, I don't think establishes the

7    murder nor do I think that those brief testimonies are

8    sufficient given the burden of proof.  Only last comment I

9    have, your Honor.  I've read through most of the crime

10   victim rights cases.  I haven't seen any other cases in

11   which people have tried to prove the existence of a homicide

12   from another country that's as dated as this one.  The

13   burden is what the burden is, and the burden falls with the

14   intervenors in this case.  I don't believe that it's

15   sufficient to do that.

16           The only last comment I want to make is the

17   defendant, the intervenors rely on a case called *Donnelly*

18   *versus FAA*.  It's one of the first cases they cite.  It was

19   a pilot who challenged losing his license because he was

20   convicted of drug trafficking in Japan.  I think that case

21   highlights the two points I want to make, which is one the

22   conviction established that he posed drugs in Japan and he

23   lost his pilot's licenses.  But the court noted that in the

24   administrative proceedings there was other corroborating

25   evidence to support what was said including some of his own

1    admissions.  My client has not admitted that he committed

2    this crime for the motive that the intervenor say.

3          The other part is that in the *Donnelly* case before

4    the hearing took place the FAA submitted a resume of the

5    procedures used in the Japanese court which included the

6    right to confront witnesses, the right of cross-examination

7    and the like.

8          I think that your Honor can give some -- I think

9    it would be a fool-hearted endeavor for me to tell your

10    Honor, well, just ignore what they said.  I think you need

11    to take the circumstances into account, which is is that it

12    was given in private in front of a prosecutor.  The

13    witnesses were not ever subject to cross-examination.  And

14    the intervenors say in their response that I cherry picked

15    from their facts.  If you read their pleading though -- if

16    someone cherry picked from the facts right after that the

17    other side would have said the other witnesses who can

18    establish this are witnesses A,B,C,D and the like.

19          In the morass of paper there is nothing more than

20    what I've excerpt, so I do want to be brief.  If your Honor

21    has any questions we'd be glad to try and answer them.  I'd

22    also be glad to defer to Mr. Laymon if he has any comments.

23          THE COURT:  Mr. Laymon, anything else?

24          MR. LAYMON:  Judge, I don't want to belabor the

25    point, but I'll be very brief.  I know the court has read

1    our filing.  This was one back in July 2015, when the

2    government looked very closely at the purported testimony of

3    the two witnesses that Mr. Cunningham and his side have put

4    forth.  Those two witnesses, your Honor, were Carmelo Daniel

5    Sierra Urbina and Alberto Segundo.  In the filing that we

6    did in July 2015, the government looked carefully at the

7    testimony of both of those witnesses, and again, those are

8    the two witnesses put forward by Mr. Cunningham and his

9    clients.

10           And it is the government's position, your Honor,

11   that when you look closely at what they say that, that the

12   bottom line is that what they're saying does not amount to a

13   preponderance of the evidence that shows that the decedent

14   in this case was killed because he was interfering with the

15   growing of coca.

16           Again, I'm not going to belabor that point because

17   I think we've spoken about it at length.  But I think it's

18   fairly clear when you look carefully at what these two

19   purported witnesses are saying that though there may be an

20   undercurrent of yes, the decedent was in that area to give a

21   series of talks or lectures or sessions about not growing

22   coca that wasn't really the reason this gentleman was

23   killed.

24           Beyond that, your Honor, like Mr. Feitel I'm

25   concerned about the nature of the Colombian investigation.

1    I have many colleagues that are Colombian prosecutors and I

2    know they do a very thorough job.  They're fine people.

3    They do fine work.  But in this case we don't really know

4    much about these two witnesses.  A lot of what they say is

5    hearsay.  It's not clear in the record necessarily how they

6    know everything that they know.  It's not clear in the

7    record, of course, we've never heard from them so we don't

8    know.  But it's not clear, what promises or threats might

9    have been made against them or for them.

10          So all of those things add up, your Honor, in the

11   government's mind to a conclusion that though this is a very

12   tragic case, I do not believe that they have met their

13   burden in this instance.

14          THE COURT:  You say he was not killed because of

15   his attempts to get the farmers not to grow coca.  What's

16   your position as to what the evidence shows as to why he was

17   killed?

18          MR. LAYMON:  Well, Judge, again in my earlier

19   review -- for example, if you look at the witness Carmelo

20   Daniel Sierra Urbina, in my opinion looking at the statement

21   that was provided by Mr. Cunningham that essentially what

22   Sierra Urbina is saying is that the decedent was in that

23   area to give a conference, that he had be there for three

24   days in the particular village that he was in.  And

25   Mr. Urbina goes on to say he the decedent got a message from

1   apparently Hernan Giraldo-Serna's side telling the decedent

2   that he had to leave the village or otherwise he would

3   suffer the consequences.

4          Whoever was questioning Sierra Urbina, the

5   witness, at that point said well, what does that mean?  And

6   when Mr. Sierra was asked what he knew about our defendant

7   calling Mr. Henriquez the decedent to a meeting, the witness

8   responded that the decedent did not go to the requested

9   meeting with Hernan Giraldo-Serna, and in part the reasons

10  to order him killed was that he did not go to this meeting.

11         Later that same witness would say in that same

12  statement that anybody, any vendor, anybody who shows up

13  from outside the area to come into Hernan Giraldo-Serna's

14  domain had to announce why he was there, had to get

15  permission to be there and had to have some kind of ID card,

16  none of which the decedent did.

17         When this particular witness, Sierra Urbina was

18  asked pointblank by whoever was interviewing him whether the

19  AUC, and I guess that would mean Hernan Giraldo-Serna, knew

20  about the village meetings called by the decedent to talk

21  about coca growing, the witness responded quote in this

22  case, "Mr. Hernan did not know what was happening."

23         Now in fairness to complete the record earlier in

24  the witness' statement, earlier in Sierra Urbina's

25  statement, he did note the following; he said quote,

1  "Mr. Hernan did not agree with the reason why the decedent

2  was there which would be the coca growing discussions.  Did

3  not agree with what that gentleman was telling the peasants

4  because he, Hernan Giraldo-Serna, grows coca.  And if they

5  invaded his lands that is sufficient reason to kill somebody

6  and the Mafia does not forgive."

7          Similarly, Judge, the second witness, Alberto

8  Segundo, was asked about a conversation he had with our

9  defendant about the decedent, so that would appear to be

10  though hearsay perhaps directly a conversation that he had

11  with our defendant.  But in that particular case the second

12  witness, Mr. Segundo said the following; he said that the

13  decedent was quote, "Not paying attention to what our

14  defendant was asking him, that our defendant had told him

15  several times to leave the area because he didn't want to

16  see him there.  Our defendant asked him to go away.  The

17  decedent paid no attention and he was told again to leave,

18  and for those reasons he was killed," essentially is what he

19  said.

20          When that particular witness Segundo was asked

21  quote, "Do you know the reason our defendant sent people to

22  kill the decedent?  Mr. Segundo declared, "I do not know the

23  reasons." end quote.

24          So I'm not, your Honor in my opinion I was not

25  cherry picking these witnesses's statement.  I don't think

1   Mr. Cunningham has said that I was.  I was trying to get an

2   overall sense of what these two witnesses say when you

3   really parse what it is they're saying.  And while I agree

4   that, that running through, there is a theme of what they're

5   saying.  And while I agree that running through what they

6   say is this context, this backdrop that the decedent was

7   there to talk to people about not to talk to the peasants,

8   I'll use that term, about not growing coca plants, it is the

9   government's opinion that when you really look at what

10  they're saying that it's much, much more complicated than

11  that or much more complex than that.

12          And I understand what the Court of Appeals has

13  said that there can be multiple causes, several but for

14  causes for why this, for why the decedent was killed.  Your

15  Honor, from my point of view again, I think it's important

16  to keep in mind we're talking about time frame of about

17  three days to seven days in a conspiracy that spanned years.

18  I mean I think Mr. Cunningham would certainly acknowledge

19  that the decedent belonged to a prior group that was in

20  conflict with the AUC, and while he may have left that group

21  he was still associated with it.

22          And his activity in Hernan Giraldo-Serna's area

23  was really only over a few days.  And when you look at the

24  time limit that we're talking about and you look closely at

25  what these two witnesses are saying it just seems very

1    difficult for me to conclude that the reason he was killed

2    had to do with this conspiracy to send cocaine to the United

3    States.  I just find it just a farfetched notion.

4          I'd say there were probably many reasons why this

5    gentleman was killed.  And it's conceivable that one of the

6    reasons he was killed had to do with these discussions or

7    speeches he was giving about growing coca.  However, all

8    that being said, Hernan Giraldo-Serna is charged with

9    distributing cocaine knowing and intending that it was

10   coming to the United States.  And given the period of time

11   that we're talking about here three to seven days, and given

12   the context in which all of this occurred I just don't think

13   that they've shown by a preponderance of the evidence that,

14   what they need to show.

15         THE COURT:  I guess the counterargument would be

16   there's no evidence in the record that the decedent and

17   Mr. Hernan Giraldo-Serna knew each other, and that the only

18   connection that they would have had would have been

19   Mr. Hernan Giraldo-Serna's involvement in drug trafficking,

20   some of it involving the importation of drugs into the

21   United States.  And the decedent's involvement in trying to

22   get the farmers in that region not to produce coca which

23   obviously would impact on the ability of the conspiracy to

24   be successful.

25         And I guess the argument would be the reasonable

1    inference that can be drawn from that is that the only

2    conceivable reason as to why Mr. Hernan Giraldo-Serna would

3    have killed this gentleman since there's no indication they

4    knew each other and had any connection would be the fact

5    that what the decedent was doing was potentially going to

6    impact on the ability of Mr. Giraldo-Serna to carry out his

7    conspiracy.

8             One moment -- Sorry.

9             MR. LAYMON:  Judge, I certainly don't want to

10   speak for Mr. Cunningham, but I can't imagine that even he

11   would agree with that.  In other words, if you're saying

12   it's a fair conclusion that that's the only reason that

13   Hernan Giraldo-Serna would have known about this defendant

14   and that's really the only reason why he's killed --

15            THE COURT:  May not be the only reason, but at

16   least a reasonable inference can be drawn that that would

17   have been the predicate for the murder.

18            MR. LAYMON:  You know Judge, I think just from my

19   prospective that that is, that is a fair conclusion that

20   could be reached from the evidence, but I would say that was

21   a fair conclusion that was part of a broader context.  So

22   for example, what I mean is that the decedent in this case

23   was formerly, and by formerly I mean years before, probably

24   ten years before, was a member of a rival guerilla or

25   militia group depending on which adjective you want to use

1   to describe group.

2              But he was a member of a group whose objectives

3   were different from the AUC.  Now it is true, at least as

4   far as I can determine, that the decedent left the armed

5   violent part of that group but continued to remain

6   associated with the political arm of that group.

7              I think it's also a fair inference if that's in

8   fact accurate, I think it's also a fair reference that that

9   would have been known to someone like Hernan Giraldo-Serna.

10  If you were to ask me well is that, you know, is there

11  evidence of that in the record, I don't know that there is

12  any evidence in the record that shows that Hernan

13  Giraldo-Serna knew that for certain.  But it seems to me to

14  be a reasonable inference that he would have known that.

15  Because I would think that if you're in the AUC you're going

16  to know somebody who's in another group that's opposed to

17  you.

18             So I think you have to look at that as well and

19  the fact that this gentleman with that background.  Now I'm

20  sure the decedent was many things.  He had that background,

21  obviously he was something of an academic.  He was also

22  something of protestor interested in convincing people not

23  to grow coca, so I'm sure he had a lot of different aspects

24  to his life.

25             But when you look at the fact that he had this

1  particular background and his connection to that particular

2  group and then he shows up uninvited and unannounced in

3  Hernan Giraldo-Serna's territory for whatever reason; he

4  could have been there to sell vacuum cleaners.  He could

5  have been there to sell liquor, or to do anything that might

6  have been elicit or illicit, and there was going to be a

7  concern as to why he was there.  The fact that he was there

8  to talk about coca, your Honor, I agree isn't, under weaves

9  everything that we know about it, but I don't necessarily

10 agree that that was the reason he was killed.

11           THE COURT:  Thank you.  Any response?

12           MR. CUNNINGHAM:  Thank you, your Honor.  Just to

13 pick up on one small point, Mr. Laymon described the

14 conspiracy here as a conspiracy to distribute and import.

15 It's not.  It's a conspiracy to manufacture and import.  And

16 that matters because the reason my client's father, husband

17 was killed was because he was opposing the beginning of the

18 manufacturing process which is the growing of the coca.

19           The issue I thought was before us today was really

20 the admissibility of our evidence and whether we've met our

21 burden.  Note that none of the facts in the evidence are

22 disputed either by the government or by the defendant.

23 They've had more than five years now to put in their own

24 version of what happened here and they never have.  They

25 have never disputed the evidence that we offered.  In fact,

1    what the government did in its earliest submission was it

2    retranslated and more fully translated the exhibits that we

3    had offered, and that's what we're all relying on here.  So

4    when it comes to assessing whether or not we've met a burden

5    recognize that what we're adducing is in the face of nothing

6    on the other side, either of the other sides.

7              So with respect to the two different kinds of

8    evidence we've produced, first, we've asked your Honor to

9    rely on a Colombian conviction.  And I am going to rely in

10   part on the *Donnelly* case.  Because the *Donnelly* case I

11   don't care really what the holding is.  What I care is what

12   the DC Circuit said about the process for honoring and

13   challenging foreign convictions.  And the D.C. Circuit like

14   every other circuit and like the Supreme Court said that the

15   foreign conviction is prima facias evidence of the facts

16   that it establishes.

17             And more importantly, for my purposes this morning

18   it said that the opponent of that evidence has to prove that

19   the conviction is not reliable.  And we haven't seen

20   anything to say that a Colombian conviction -- frankly it's

21   insulting to suggest that it is, but we haven't seen any

22   sort of proof from Mr. Feitel or Mr. Laymon that would

23   establish as is their obligation that the conviction can't

24   be relied upon.

25             They haven't pointed to any fundamental flaws in

1    the Colombian system.  They haven't pointed to any

2    particular flaws in connection with this case.  And notably

3    in the conviction Mr. Hernan Giraldo-Serna was represented

4    by counsel.  So you know this is not some sort of kangaroo

5    court that happened in Colombia.  But if it were it would

6    have been their obligation to prove it, and we're here

7    finally at last and they haven't proved it.

8          So your Honor is entitled to consider that

9    Colombian conviction.  And when your Honor considers that

10   you'll see that we don't have to speculate about the reasons

11   for the killing because the Colombian court considered a

12   whole lot of evidence including the testimony of the two

13   witnesses I'll turn to in a minute and reached the

14   conclusion, and the conclusion is found on page 14 of the

15   translation of the opinion.  And the judicial opinion is

16   Exhibit 7 to the government's addendum that was filed on

17   June 18th of 2010.

18         And the court said there, and I'll read part of

19   it.  The former, that's my client family member,

20   Mr. Henriquez had to be disappeared at all costs since he

21   was impeding the objectives of the AUC to continue planting

22   coca which Henriquez wished to see eradicated in order to

23   cultivate cacao, another crop.  It then goes on to say,

24   another motive was Mr. Henriquez's prior membership in this

25   group M19.

1            So the Colombian court provided two motives for

2    the killing, neither of which has been disputed by anyone in

3    this courtroom.  And the Circuit Court of Appeals said it's

4    okay if there are multiple motives for the killing if one of

5    them was what we said it is which is trying to stop the

6    growing of the coca.

7            So your Honor we can be done based on the

8    Colombian conviction, but we're not.  Because we have more

9    than the Colombian conviction.  We actually have the

10   evidence on which, part of the evidence on which the

11   Colombian conviction was based.  And so now the exercise has

12   become nitpicking the translations of the statements of two

13   different witnesses.  The two witnesses I'll call Urbina and

14   his declaration is found in Exhibit 8 to the government's

15   addendum.  And the other witness is who Mr. Laymon referred

16   to as Alberto Segundo.  The rest of his name Manjarrez

17   Charris.  And that translation is found at Exhibit B to the

18   Holzer declaration that my firm filed on August 5th of 2010.

19           And if you, if you read those statements they do

20   provide a foundation for how these witnesses know what

21   they're talking about.  For example, Mr. Urbina establishes

22   that he was in essence a soldier in a group that worked with

23   this defendant, Hernan Giraldo-Serna's men.  And that on the

24   day before the killing took place he was in conversations

25   where the killing was planned.  And on the day of the

1   killing Mr. Urbina actually went into the town from which

2   Mr. Henriquez was abducted.  Mr. Urbina went because he was

3   sick with malaria and went to a health care center.  And

4   there he witnessed what was going on with respect to my guy

5   giving lectures advocating the eradication of coca.

6          So Mr. Urbina he's a solid witness.  He can

7   testify in this court based on what he heard and what he saw

8   on that day.  And what he says, I'm reading now from the

9   first page.  He said and this is in part, "He, Henriquez,

10  arrived at the District to give a lecture to the farmers for

11  the eradication of coca crops.  He gave his normal lecture.

12  He'd been at the district for three days, and he got a

13  message from Commander Hernan Giraldo-Serna telling him he

14  had to leave the town; otherwise, he would have to face the

15  consequences, that he already knew what was going to happen

16  to him.

17         The message was delivered to him directly by

18  Hernan's son also known as 'Grillo'.  Three days went by and

19  then he went to Las Tinajas.  The gentleman kept on giving

20  his lectures.  So Mr. Hernan pulled out a commander in

21  charge, commander Walter, who was up in the mountains and

22  the orders he gave them were to gather the people and make

23  the gentleman of the NGO disappear."

24         So you can say oh, so he was killed for not

25  obeying the order and not leaving or showing up to a

1    meeting, but why was he being ordered out of the area?  Why

2    was he supposed to go to a meeting?  Because he was giving

3    lectures that this defendant didn't like.  Because he was

4    giving lectures trying to cause the eradication of coca.

5                It's not like he was in there talking about spring

6    training or local soccer matches.  He was a problem for this

7    defendant not by his mere presence but because of what he

8    was doing.  And Urbina's testimony establishes that and

9    Manjarrez does the same thing.  Or Charris I should call

10   him.  Charris knows what he's talking about because he was

11   the bodyguard of this defendant's son.

12               And his statements are based on admissions made to

13   him by this defendant and by this defendant's co-defendant

14   in Colombia.  So I really would invite your Honor to read

15   these statements when you -- unless with all due respect,

16   unless you read them with a real point of view of huge bias,

17   the natural reading is these guys are describing that this

18   defendant got irritated with my guy and had him killed not

19   because of his presence, not because 20 years before he'd

20   been a member of the other political side in the Colombian

21   civil wars.  The irritation was economic.  It was consistent

22   with what Giraldo-Serna admitted in this court his role in

23   the conspiracy was, which was to provide protection, get

24   taxes for providing protection to the operation that was

25   going on in that part of Colombia.

1           The operation that was going on in that part of

2    the Colombia was if you will vertically integrated cocaine

3    manufacturing, distribution and importation process.  They

4    grew coca.  They processed it into cocaine.  They did that

5    in laboratories and then they shipped it off to the shores

6    where the go-fast boats took it to other points of

7    distribution and it ends up in United States.  This

8    defendant admitted he was providing protection for that

9    whole thing.

10          My guy was a problem for the first stage.  He was

11   a problem in the supply chain for the manufacturing process

12   and that's why he was killed.  That's what the conviction

13   says.  And that's what the evidence on which that conviction

14   is based say.  And your Honor can rely on that especially

15   when it's undisputed.

16          THE COURT:  Okay.  Thank you.

17          MR. FEITEL:  Your Honor, if I might?

18          THE COURT:  If it's brief, yes.

19          MR. FEITEL:  First, your Honor, I have a copy that

20   I compared of the exhibits that contain the translations and

21   the entirety of the Spanish of the two witnesses we've been

22   referring to.  I'd be glad to give it to your Honor's

23   courtroom clerk.  I think it might make it easier.

24          THE COURT:  I've seen it before not that but I've

25   seen the translations.

1          MR. CUNNINGHAM:  We have those copies?

2          MR. FEITEL:  They're your exhibits.  The only

3     comment I have, your Honor, I want to be clear.  There's no

4     burden -- I'm sure the intervenors would like to have some

5     burden shifting.  The burden remains with them to prove by a

6     preponderance that this is a but for, a direct and proximate

7     cause of the homicide.  As to that I think they have failed

8     to do so.

9          The conviction in Colombia establishes the

10    conviction.  I don't believe it establishes the motive.  If

11    your Honor looks behind at the facts they ask the witness,

12    Manjarrez Charris, do you know why Henriquez was killed?

13    And he says, "I do not know the reason."  It's in my memo at

14    page 3.  It's in the document that your Honor has.

15         The only thing I want to say your Honor asked

16    Mr. Laymon, you know, is this a reasonable inference?  I

17    think that the answer is it is a possible inference.  And I

18    think that it is a possible inference that must be followed

19    along with a number of other possible inferences along the

20    chain that does not exist.  The standard this is not, for

21    example, a motion for a judgment of acquittal where you

22    assume the facts in the light most favorable to the

23    intervenors.  We're neutral about what inferences to draw.

24    The burden rests with the intervenors.

25         When they say we've done nothing to disprove it

1    it's because nothing more needs to be done, they've failed

2    to prove it.

3            THE COURT:  From the evidence it seems to me the

4    only potential motives would have been the decedent's

5    involvement in the rival group years past, that he

6    apparently at least in part was no longer associated with,

7    but there was no indication in the record that at the time

8    he was killed that he was at that location as it related to

9    his involvement in that rival group.  And that the only

10   activity he was engaged in at that time that conceivably

11   could have been a predicate for his murder was the fact he

12   was trying to dissuade the farmers from growing coca which

13   obviously would impact on the ability to collect taxes from

14   the producers of the coca.

15           So I guess my question was wouldn't it be the most

16   reasonable inference that he was killed because of the

17   reason and what he was doing at that time as compared to

18   what he may have done years past?

19           MR. FEITEL:  I think at best it could be fairly

20   described as a fair conjecture.  It is equally likely on the

21   facts before your Honor that he was killed because of his

22   prior membership.  I want to be clear, Colombia was and

23   still is, although it appears to be ending, engaged in the

24   longest running civil war in this hemisphere.  It is a place

25   in which people took arms against each other.  Your Honor

1    has sat through testimony in the Ricardo Tovar-Pupo case

2    about it.  There was a civil war with armed combatants

3    fighting each other.  These events took place in the remote

4    location, in the Sierra Nevada mountains.

5            It's clear from the testimony that strangers were

6    subject to suspicion.  They were required to carry

7    identification.  The record that has been produced by the

8    intervenors says that the decedent didn't do that.  It's

9    equally plausible that's the reason why he was killed.  It's

10   hard to imagine living in this country I think a context or

11   a comparison but suffice it to say that this would be the

12   equality of our own civil war.  And afterwards I think there

13   was animus between the south and the north.  These events

14   took place while the war in Colombia was still going on.

15   And more importantly, your Honor, it may be that the actual

16   motive is unknown and unprovable.  But the burden still

17   rests with the intervenors to prove it.

18           When your Honor says is it the most likely or the

19   most probable, I think that it is in equipoise with the

20   other reasons.  But I think it is an inference that requires

21   all sort of other inferences.  Because the conspiracy in

22   this case, even if you give it its widest, grandest possible

23   explanation, still may not have been at all thwarted or

24   damaged by what was going on with Henriquez fighting against

25   cultivation.  There's no evidence that's been produced and

1   the burden still is with the intervenors that anyone was not

2   growing cocaine.

3        There's been on evidence that even if everyone in

4   the village of El Calabazo stopped growing cocaine that it

5   would have affected the defendant's taxation.  There's no

6   evidence that the defendant was concerned about it.  There's

7   reference to it, but that's because there, I think in

8   context they're referencing who the person is by describing

9   who he is.

10       It's possible, and Mr. Giraldo-Serna is not

11   charged with personally committing this homicide.  The

12   allegation is he ordered others to do it.  So it may be that

13   the other people who did it had their own motives as well.

14   I think at best the motive is a thin one.  It's almost

15   gossamer thin.  But I don't think the standard is take the

16   facts in the light most reasonable.  It may be that there's

17   simply a failure of proof of motive all around.  That would

18   mean that the defendant's motion to seek status under the

19   CVRA should be denied which is what I'm asking your Honor to

20   do in this case.

21       If there was a sufficient quantum of facts I would

22   concede, but I think the facts are at best meager.  The

23   circumstances under which they were produced are suspicious.

24   Mr. Laymon and I are not attacking the vitality of the

25   Colombian judicial system.  We're just pointing out that it

1    fails to encompass what we consider to be due process rights

2    in this country.  And I think that this testimony is

3    ambiguous at best produced under circumstances that leave

4    lots of reasons to doubt.  And more importantly, its

5    strength does not exists past one possible link in the

6    chain, the rest of which has not been proven at all by the

7    intervenors.  And as I have said and I will say to end this

8    it is their burden not mine.

9         THE COURT:  Well, the record that I have before me

10   does admittedly indicate that the decedent was involved in a

11   rival organization of Mr. Hernan Giraldo-Serna years ago.

12   And it's obviously I guess conceivable based upon that, that

13   the decedent's demise was the product of that prior

14   involvement.  That's I guess always a possibility.  But I

15   think I have to consider the evidence from the standpoint of

16   the circumstances as far as the timing of the death is

17   concerned being a significant factor in my assessment as to

18   why the murder occurred.  And the standard is a

19   preponderance of the evidence not beyond a reasonable doubt

20   as to whether there's a connection between the defendant's

21   involvement in the conspiracy and the death of the decedent.

22        And I think the movants are correct I have to look

23   at the entire purpose of the conspiracy, and the conspiracy

24   involved providing protection to the manufacturers and the

25   importers of cocaine some of it that was imported into the

1    United States, which was the ultimate predicate for the

2    indictment that was returned in this case.

3              And it seems to me reasonable to infer that

4    protection would include dissuading individuals from trying

5    to impact on the production of the coca plant that would

6    ultimately result in production of cocaine that would be

7    brought into the United States.  And the decedent was the

8    only evidence I have before me the only reason he was there

9    at the time of his demise related to the fact that he was

10   seeking to dissuade the farmers in the area from producing

11   coca.

12             Now whether he was successful in his efforts

13   obviously he was only there for a short period of time, so

14   there would have been no conceivable reduction in the

15   production of coca based upon what he was trying to get the

16   farmers to do, but I don't think there needs to be a showing

17   that he was successful in his efforts.  I think the mere

18   fact that he was engaged in the effort is the most plausible

19   reason as to why he was ultimately killed.

20             And clearly the evidence shows at least based upon

21   the Colombian conviction that the defendant gave the order

22   that resulted in the decedent being killed.  And I don't

23   think anything has been presented that gives me a sufficient

24   basis to not rely upon the Colombia judicial decision that

25   was rendered in this case.  As was indicated by

1   Mr. Cunningham the court did specifically indicate that one

2   of the predicates for the decedent's death was the fact that

3   he was there seeking to try and persuade the farmers not to

4   produce coca and to produce alternative crops.

5           That being the record that I have before me, I

6   think the movants have established their burden of showing

7   that but for the defendant's involvement in the conspiracy

8   the decedent would not have been killed.  And therefore, I

9   would have to conclude that the movants have in fact

10  established that they are entitled to status under the

11  statute, and therefore, the rights that flow from the

12  statute.

13          So I don't know, what else we do have the

14  sentencing that we have to still do in this case, so we need

15  to get that scheduled so that we can finally resolve this

16  case.  I don't think there's anything else that I have to do

17  as far as the defendant's concern other than sentence him.

18  But I'll hear from counsel if there's anything else that

19  needs to be done other than that.

20          MR. LAYMON:  Judge, from the government's

21  prospective I don't know of anything else that needs to be

22  done.  There is a PSR.  I think it is fairly updated.  We

23  would ask the court to set sentencing.  I was speaking to

24  Mr. Cunningham earlier.  I know he has a lengthy trial

25  coming up, and I'll let him speak.  But I think we may be,

1   he may be asking the court for a sentencing hearing much

2   later in the year.  Given the court's findings the

3   government is not opposed to that, but I'll certainly let

4   the other parties speak to that.

5            THE COURT:  Well, I mean we're going to have to

6   do -- we've delayed this matter for a long period of time.

7   Obviously, it seems to me it's important to move forward

8   with the sentencing.  Where is, I assume it's no secret.

9   Where is he being detained at this time?

10           MR. LAYMON:  He's in the area, your Honor.

11           THE COURT:  But he's in the area?

12           MR. LAYMON:  He's in the area.

13           THE COURT:  So I think it's important to move

14  forward with the sentence as expeditious as possible.

15  Because I know that the conditions of confinement are very

16  different when somebody is being detained here pending trial

17  or pending sentencing as compared to the conditions that

18  they have when they're actually at a federal facility.  So I

19  would not be prepared to extend this matter for an extended

20  period of time because of that.  I think we need to move

21  forward, so he can be sent to wherever he's going to serve

22  whatever sentence he has to serve because the conditions are

23  a lot more favorable in my experience than what the

24  conditions are when they're being detained here in this

25  area.

1            MR. LAYMON:  Judge, I'm guessing that the three

2    women from Colombia will want to be present.

3            THE COURT:  I'll give them that opportunity.   I

4    thought you were saying later in the year.   I'm not going to

5    do that because like I say I think it's important for people

6    who are being detained pretrial to be sentenced as quickly

7    as possible because like I say the conditions are very

8    different than the conditions that they have when they are

9    actually sentenced.

10           MR. LAYMON:  I'll defer to Mr. Cunningham and

11   Mr. Feitel.

12           THE COURT:  I'll obviously give you an opportunity

13   if people want to come here from Colombia to participate in

14   the proceedings I obviously have to give them that

15   opportunity, but I don't want to continue this matter for a

16   long period of time.

17           MR. CUNNINGHAM:  Yes, your Honor, our clients do

18   want to be heard at sentencing.   There are two scheduling

19   constraints; one is mine.   And then one is a process issue.

20   My own is that I'm starting a trial in a criminal case where

21   I represent a defendant.   The government believes it's, the

22   case is in Boston.   It starts on May 23rd, and the

23   government is saying its case is eight weeks, so I was going

24   to ask for an August sentencing date.

25            The other issue is that our clients need to get

1  visas to get up here.  And while we might be able to get

2  assistance now to get I guess they're called J-visas that

3  process typically takes time.  And so if we were going to

4  try to get this done before my trial in May, I have a hunch

5  it would be impossible or impractical with respect to the

6  visa constraints, but I do not know that for a fact.

7           THE COURT:  Your trial starts when?

8           MR. CUNNINGHAM:  May 23rd.

9           THE COURT:  I mean if I don't set it in May then

10  he's going to end up being detained several months more

11  locally.  I've gotten a lot of complaints from people who

12  are detained locally about the conditions of their

13  confinement.  I think what I'll have to do is try and set it

14  for the week of the 16th of May, and if they can't get the

15  visas then I guess we just have to move it, but I don't want

16  to set it for an August date if it's possible that

17  conceivably they can get their visas and be able to get here

18  by that time.

19           So the 20th of May or the 19th?

20           MR. LAYMON:  Your Honor, either the 19th or the

21  20th is fine with me.

22           MR. FEITEL:  Those are fine.  I would prefer the

23  19th, your Honor, the Thursday.

24           THE COURT:  Very well.  We can set the 19th.

25  You'll be coming from Boston?

1              MR. CUNNINGHAM:  Yes, your Honor.

2              THE COURT:  Is an afternoon time better for you?

3              MR. CUNNINGHAM:  Yes.

4              THE COURT:  Okay.  Two o'clock for sentencing on

5    the 19th of May.  Like I say if you find out that they are

6    not going to be able to get their visas by then let us know

7    and we'll move it to an August date.

8              MR. CUNNINGHAM:  Thank you, your Honor.

9              THE COURT:  Anything else?

10             MR. CUNNINGHAM:  No.

11             THE COURT:  Thank you.

12             [Thereupon, the proceedings adjourned at 10:24

13             a.m.]

14

15

16

17

18

19

20

21

22

23

24

25

1                              CERTIFICATE

2              I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7              I further certify that the foregoing 32 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10             In witness whereof, I have hereto subscribed my

11   name, this the 22nd day of March, 2016.

12

13
                              /s/_Cathryn J. Jones
14                            Cathryn J. Jones, RPR
                              Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

MR. CUNNINGHAM: [10]  3/10 3/15
15/11 21/25 30/16 31/7 31/25 32/2
32/7 32/9
MR. FEITEL: [8]  3/8 3/20 4/3 21/16
21/18 22/1 23/18 31/21
MR. LAYMON: [11]  3/5 6/23 8/17 13/8
13/17 28/19 29/9 29/11 29/25 30/9
31/19
THE COURT: [26]  3/7 3/13 3/17 3/21
6/22 8/13 12/14 13/14 15/10 21/15
21/17 21/23 23/2 26/8 29/4 29/10
29/12 30/2 30/11 31/6 31/8 31/23 32/1
32/3 32/8 32/10
THE DEPUTY CLERK: [1]  3/1

---

'
'Grillo' [1]  19/18

---

.
.x [1]  1/6

---

/
/s [1]  33/13

---

0
04-114 [1]  1/4

---

1
10:24 [1]  32/12
114 [2]  1/4 3/3
14 [2]  1/5 17/14
145 [1]  1/13
16th [1]  31/14
1700 [1]  1/22
1712 [1]  1/17
18th [1]  17/17
19th [5]  31/19 31/20 31/23 31/24 32/5

---

2
20 [1]  20/19
20001 [1]  2/4
20006 [1]  1/22
20036 [1]  1/17
2010 [2]  17/17 18/18
2015 [2]  7/1 7/6
2016 [2]  1/5 33/11
20530 [1]  1/14
20th [2]  31/19 31/21
22nd [1]  33/11
23rd [2]  30/22 31/8

---

3
32 [1]  33/7
333 [1]  2/4

---

4
489 [1]  1/25

---

5
504-114 [1]  3/3
5th [1]  18/18

---

6
650 [1]  1/19
6521 [1]  2/3

---

9
94304 [1]  1/20
94720 [1]  1/25
9:35 [1]  1/6

---

A
A,B,C,D [1]  6/18
a.m [2]  1/6 32/13
abducted [1]  19/2
ability [3]  12/23 13/6 23/13
able [3]  31/1 31/17 32/6
about [29]  5/1 7/17 7/21 7/25 8/4 9/6
9/20 9/21 10/8 10/9 11/7 11/8 11/16
11/16 11/24 12/7 12/11 13/13 15/8
15/9 16/12 17/10 18/21 20/5 20/10
22/23 24/2 25/6 31/12
above [1]  33/6
academic [1]  3/21
account [1]  6/11
accurate [1]  14/8
acknowledge [1]  11/18
acquired [1]  4/13
acquittal [1]  22/21
activity [2]  11/22 23/10
actual [1]  24/15
actually [4]  18/9 19/1 29/18 30/9
add [2]  3/14 8/10
addendum [2]  17/16 18/15
addition [1]  3/20
address [1]  3/17
adduced [1]  33/5
adducing [1]  16/5
adjective [1]  13/25
adjourned [1]  32/12
administrative [1]  5/24
admissibility [1]  15/20
admissions [2]  6/1 20/12
admitted [3]  6/1 20/22 21/8
admittedly [1]  26/10
advocating [1]  19/5
affected [1]  25/5
after [1]  6/16
afternoon [1]  32/2
afterwards [1]  24/12
again [5]  7/7 7/16 8/18 10/17 11/15
against [3]  8/9 23/25 24/24
ago [1]  26/11
agree [7]  10/1 10/3 11/3 11/5 13/11
15/8 15/10
aided [1]  2/9
Alberto [3]  7/5 10/7 18/16
all [11]  4/21 8/10 12/7 12/12 16/3
17/20 20/15 24/21 24/23 25/17 26/6
allegation [1]  25/12
almost [1]  25/14
alone [1]  4/7
along [2]  22/19 22/19
already [2]  3/20 19/15
also [6]  4/16 6/22 14/7 14/8 14/21
19/18
alternative [1]  28/4
Altholz [1]  1/23 3/12
although [1]  23/23
Alto [1]  1/20
always [1]  26/14
am [1]  16/9
ambiguous [1]  26/3

---

AMERICA [2]  1/3 3/3
amount [1]  7/12
analysis [1]  5/3
animus [1]  24/13
announce [1]  9/14
another [4]  5/12 14/16 17/23 17/24
answer [2]  6/21 22/17
any [10]  5/10 6/21 6/22 9/12 13/4
14/12 15/11 16/21 16/25 17/1
anybody [2]  9/12 9/12
anyone [2]  18/2 25/1
anything [10]  3/14 3/18 6/23 15/5
16/20 27/23 28/16 28/18 28/21 32/9
apparently [2]  9/1 23/6
Appeals [2]  11/12 18/3
appear [1]  10/9
APPEARANCES [1]  1/11
appears [1]  23/23
approximate [1]  5/5
are [28]  4/12 4/17 4/22 5/7 6/18 7/7
7/19 8/1 11/25 15/21 18/4 20/12 20/17
25/22 25/23 25/24 26/12 28/10 29/15
29/22 29/24 30/6 30/7 30/8 30/18
31/12 31/22 32/5
area [11]  7/20 8/23 9/13 10/15 11/22
20/1 27/10 29/10 29/11 29/12 29/25
argument [1]  12/25
arm [1]  14/6
armed [2]  14/4 24/2
arms [1]  23/25
around [1]  25/17
arrived [1]  19/10
as [35]
ask [5]  3/22 14/10 22/11 28/23 30/24
asked [7]  9/6 9/18 10/8 10/16 10/20
16/8 22/15
asking [3]  10/14 25/19 29/1
aspects [1]  14/23
assessing [1]  16/4
assessment [2]  4/2 26/17
assistance [1]  31/2
associated [3]  11/21 14/6 23/6
assume [2]  22/22 29/8
attacking [1]  25/24
attempts [1]  8/15
attention [2]  10/13 10/17
Attorney [2]  1/21 1/23
Attorney-at-Law [1]  1/21 1/23
AUC [5]  9/19 11/20 14/3 14/15 17/21
August [4]  18/18 30/24 31/16 32/7
AUSA [1]  1/12
Avenue [1]  2/4
away [1]  10/16

---

B
back [1]  7/1
backdrop [1]  11/6
background [3]  14/19 14/20 15/1
based [8]  18/7 18/11 19/7 20/12 21/14
26/12 27/15 27/20
basis [1]  27/24
be [56]
because [31]  4/11 4/16 5/19 7/14 7/16
8/14 10/4 10/15 14/15 15/16 15/17
16/10 17/11 18/8 19/2 20/2 20/3 20/7
20/10 20/19 20/19 23/1 23/16 23/21
24/21 25/7 29/16 29/20 29/22 30/5

**B**

**because...** [1] 30/7
**become** [1] 18/12
**been** [22] 8/9 12/18 13/17 14/9 15/4
15/5 15/6 17/6 18/2 19/12 20/20 21/21
23/4 23/11 24/7 24/23 24/25 25/3 26/6
27/14 27/23 28/8
**before** [14] 1/9 3/2 6/3 13/23 13/24
15/19 18/24 20/19 21/24 23/21 26/9
27/8 28/5 31/4
**beginning** [1] 15/17
**behind** [1] 22/11
**being** [10] 12/8 20/1 26/17 27/22 28/5
29/9 29/16 29/24 30/6 31/10
**belabor** [3] 4/19 6/24 7/16
**believe** [3] 5/14 8/12 22/10
**believes** [1] 30/21
**belonged** [1] 11/19
**BERKELEY** [2] 1/24 1/25
**best** [4] 23/19 25/14 25/22 26/3
**better** [1] 32/2
**between** [3] 5/5 24/13 26/20
**beyond** [2] 7/24 26/19
**bias** [1] 20/16
**boats** [1] 21/6
**bodyguard** [1] 20/11
**Boston** [2] 30/22 31/25
**both** [2] 4/13 7/7
**bottom** [1] 7/12
**brief** [5] 4/22 5/7 6/20 6/25 21/18
**broader** [1] 13/21
**brought** [1] 27/7
**burden** [15] 5/8 5/13 5/13 5/13 8/13
15/21 16/4 22/4 22/5 22/5 22/24 24/16
25/1 26/8 28/6

**C**

**CA** [2] 1/20 1/25
**cacao** [1] 17/23
**Calabazo** [1] 25/4
**call** [2] 18/13 20/9
**called** [3] 5/17 9/20 31/2
**calling** [1] 9/7
**can** [14] 6/8 6/17 11/13 13/1 13/16
14/4 18/7 19/6 19/24 21/14 28/15
29/21 31/17 31/24
**can't** [3] 13/10 16/23 31/14
**card** [1] 9/15
**care** [3] 16/11 16/11 19/3
**carefully** [2] 7/6 7/18
**Carmelo** [2] 7/4 8/19
**carry** [2] 13/6 24/6
**case** [25] 3/3 5/14 5/17 5/20 6/3 7/14
8/3 8/12 9/22 10/11 13/22 16/10 16/10
17/2 24/1 24/22 25/20 27/2 27/25
28/14 28/16 30/20 30/22 30/23 33/6
**cases** [5] 5/10 5/10 5/18
**Cathryn** [4] 2/2 33/2 33/13 33/14
**cause** [4] 4/9 5/5 20/4 22/7
**causes** [2] 11/13 11/14
**center** [1] 19/3
**certain** [1] 14/13
**certainly** [3] 11/18 13/9 29/3
**CERTIFICATE** [1] 33/1
**certify** [2] 33/4 33/7
**chain** [3] 21/11 22/20 26/6
**challenge** [2] 3/23 4/13

**challenged** [1] 5/19
**challenging** [1] 16/13
**charge** [1] 19/21
**charged** [2] 12/8 25/11
**Charris** [4] 18/17 20/9 20/10 22/12
**cherry** [3] 6/14 6/16 10/25
**circuit** [4] 16/12 16/13 16/14 18/3
**circumstances** [5] 4/25 6/11 25/23
26/3 26/16
**cite** [1] 5/18
**civil** [4] 20/21 23/24 24/2 24/12
**cleaners** [1] 15/4
**clear** [7] 7/18 8/5 8/6 8/8 22/3 23/22
24/5
**clearly** [1] 27/20
**clerk** [1] 21/23
**client** [3] 3/24 6/1 17/19
**client's** [1] 15/16
**clients** [3] 7/9 30/17 30/25
**CLINIC** [1] 1/24
**closely** [3] 7/2 7/11 11/24
**co** [1] 20/13
**co-defendant** [1] 20/13
**coca** [24] 7/15 7/22 8/15 9/21 10/2
10/4 11/8 12/7 12/22 14/23 15/8 15/18
17/22 18/6 19/5 19/11 20/4 21/4 23/12
23/14 27/5 27/11 27/15 28/4
**cocaine** [9] 4/10 12/2 12/9 21/2 21/4
25/2 25/4 26/25 27/6
**colleagues** [1] 8/1
**collect** [1] 23/13
**Colombia** [11] 3/24 17/5 20/14 20/25
21/2 22/9 23/22 24/14 27/24 30/2
30/13
**Colombian** [14] 7/25 8/1 16/9 16/20
17/1 17/9 17/11 18/1 18/8 18/9 18/11
20/20 25/25 27/21
**COLUMBIA** [2] 1/2 33/4
**combatants** [1] 24/2
**come** [3] 3/4 9/13 30/13
**comes** [1] 16/4
**coming** [3] 12/10 28/25 31/25
**commander** [3] 19/13 19/20 19/21
**comment** [2] 5/8 5/16 22/3
**comments** [1] 6/22
**committed** [1] 6/1
**committing** [1] 25/11
**compared** [3] 21/20 23/17 29/17
**comparison** [1] 24/11
**complaints** [1] 31/11
**complete** [1] 9/23
**complex** [1] 11/11
**complicated** [1] 11/10
**computer** [1] 2/9
**computer-aided** [1] 2/9
**concede** [1] 25/22
**conceivable** [4] 12/5 13/2 26/12 27/14
**conceivably** [2] 23/10 31/17
**concern** [2] 15/7 28/17
**concerned** [3] 7/25 25/6 26/17
**conclude** [3] 4/8 12/1 28/9
**conclusion** [6] 8/11 13/12 13/19 13/21
17/14 17/14
**conditions** [7] 29/15 29/17 29/22
29/24 30/7 30/8 31/12
**conference** [1] 1/8 8/23
**confinement** [2] 29/15 31/13

**conflict** [1] 11/20
**confront** [1] 6/6
**conjecture** [1] 23/20
**connection** [5] 12/18 13/4 15/1 17/2
20/20
**consequences** [2] 9/3 19/15
**consider** [3] 17/8 26/1 26/15
**considered** [1] 17/11
**considering** [1] 3/23
**considers** [1] 17/9
**consistent** [1] 20/21
**conspiracy** [13] 11/17 12/2 12/23 13/7
15/14 15/14 15/15 20/23 24/21 26/21
26/23 26/23 28/7
**constitute** [1] 33/8
**Constitution** [1] 2/4
**constraints** [2] 30/19 31/6
**contain** [1] 21/20
**context** [5] 11/6 12/12 13/21 24/10
25/8
**continue** [2] 17/21 30/15
**continued** [1] 14/5
**conversation** [2] 10/8 10/10
**conversations** [1] 18/24
**convicted** [1] 5/20
**conviction** [22] 4/2 4/5 4/6 4/11 4/12
5/6 5/22 16/9 16/15 16/19 16/20 16/23
17/3 17/9 18/8 18/9 18/11 21/12 21/13
22/9 22/10 27/21
**convictions** [1] 16/13
**convincing** [1] 14/22
**copies** [1] 22/1
**copy** [1] 21/19
**correct** [1] 26/22
**corroborating** [1] 5/24
**costs** [1] 17/20
**could** [5] 13/20 15/4 15/4 23/11 23/19
**counsel** [4] 3/4 3/18 17/4 28/18
**counterargument** [1] 12/15
**country** [3] 5/12 24/10 26/2
**course** [1] 8/7
**court** [23] 1/1 2/2 2/3 2/3 3/2 5/23 6/5
6/25 11/12 16/14 17/5 17/11 17/18
18/1 18/3 19/7 20/22 28/1 28/23 29/1
33/2 33/3 33/14
**court's** [1] 29/2
**courtroom** [2] 18/3 21/23
**CR** [1] 1/4
**credit** [1] 5/1
**crime** [2] 5/9 6/2
**criminal** [2] 3/3 30/20
**crop** [1] 17/23
**crops** [2] 19/11 28/4
**cross** [3] 4/15 6/6 6/13
**cross-examination** [3] 4/15 6/6 6/13
**cultivate** [1] 17/23
**cultivation** [2] 4/10 24/25
**Cunningham** [11] 1/18 3/11 7/3 7/8
8/21 11/1 11/18 13/10 28/1 28/24
30/10
**CVRA** [1] 25/19

**D**

**D.C** [3] 1/5 2/4 16/13
**damaged** [1] 24/24
**Dangerous** [1] 1/13
**Daniel** [2] 7/4 8/20

**D**

date [3]  30/24 31/16 32/7
dated [1]  5/12
day [4]  18/24 18/25 19/8 33/11
days [7]  8/24 11/17 11/17 11/23 12/11
19/12 19/18
DC [4]  1/14 1/17 1/22 16/12
death [3]  26/16 26/21 28/2
decedent [28]  7/13 7/20 8/22 8/25 9/1
9/7 9/8 9/16 9/20 10/1 10/9 10/13
10/17 10/22 11/6 11/14 11/19 12/16
13/5 13/22 14/4 14/20 24/8 26/10
26/21 27/7 27/22 28/8
decedent's [4]  12/21 23/4 26/13 28/2
decision [1]  27/24
declaration [2]  18/14 18/18
declared [1]  10/22
defendant [23]  1/6 1/16 3/10 5/17 9/6
10/9 10/11 10/14 10/14 10/16 10/21
13/13 15/22 18/23 20/3 20/7 20/13
20/13 20/18 21/8 25/6 27/21 30/21
defendant's [7]  20/11 20/13 25/5
25/18 26/20 28/7 28/17
defense [1]  4/15
defer [2]  6/22 30/10
delayed [1]  29/6
delivered [1]  19/17
demise [2]  26/13 27/9
denied [1]  25/19
DEPARTMENT [1]  1/12
depending [1]  13/25
describe [1]  14/1
described [2]  15/13 23/20
describing [2]  20/17 25/8
detained [6]  29/9 29/16 29/24 30/6
31/10 31/12
determine [1]  14/4
did [12]  7/6 9/8 9/10 9/16 9/22 9/25
10/1 10/2 16/1 21/4 25/13 28/1
didn't [3]  10/15 20/3 24/8
different [6]  14/3 14/23 16/7 18/13
29/16 30/8
difficult [1]  12/1
direct [2]  5/4 22/6
directly [2]  10/10 19/17
disappear [1]  19/23
disappeared [1]  17/20
discussions [2]  10/2 12/6
disprove [2]  22/25
disputed [3]  15/22 15/25 18/2
dissuade [2]  23/12 27/10
dissuading [1]  27/4
distribute [1]  15/14
distributing [1]  12/9
distribution [2]  21/3 21/7
district [8]  1/1 1/2 1/10 2/3 19/10
19/12 33/3 33/3
do [28]  5/7 5/15 6/20 8/2 8/3 8/12
10/21 10/22 12/2 12/6 15/5 18/19 22/8
22/12 22/13 24/8 25/12 25/20 27/16
28/13 28/14 28/16 29/6 30/5 30/17
31/6 31/13 33/4
Docket [1]  1/4
document [1]  22/14
does [7]  7/12 9/5 10/6 20/9 22/20 26/5
26/10
doing [3]  13/5 20/8 23/17

domain [1]  9/14
don't [23]  4/6 5/6 5/14 6/24 8/3 8/7
10/25 12/12 13/9 14/11 15/9 16/11
17/10 22/10 25/15 27/16 27/22 28/13
28/16 28/21 30/15 31/9 31/15
done [7]  18/7 22/25 23/1 23/18 28/19
28/22 31/4
Donnelly [4]  5/17 6/3 16/10 16/10
doubt [2]  26/4 26/19
draw [1]  22/23
drawn [2]  13/1 13/16
drug [3]  1/13 5/20 12/19
drugs [2]  5/22 12/20
due [2]  20/15 26/1

**E**

each [4]  12/17 13/4 23/25 24/3
earlier [4]  8/18 9/23 9/24 28/24
earliest [1]  16/1
easier [1]  21/23
East [1]  1/14
economic [1]  20/21
effort [1]  27/18
efforts [3]  4/9 27/12 27/17
eight [1]  30/23
either [4]  3/18 15/22 16/6 31/20
EI [1]  25/4
elicit [1]  15/6
else [6]  6/23 28/13 28/16 28/18 28/21
32/9
encompass [1]  26/1
end [4]  5/2 10/23 26/7 31/10
endeavor [1]  6/9
ending [1]  23/23
ends [1]  21/7
engaged [3]  23/10 23/23 27/18
enough [1]  5/3
Enrique [1]  3/11
entire [1]  26/23
entirety [1]  21/21
entitled [2]  17/8 28/10
equality [1]  24/12
equally [2]  23/20 24/9
equipoise [1]  24/19
eradicated [1]  17/22
eradication [3]  19/5 19/11 20/4
especially [1]  21/14
Esquire [1]  1/18
essence [1]  18/22
essentially [2]  8/21 10/18
establish [5]  4/17 5/3 5/4 6/18 16/23
established [5]  4/3 4/6 5/22 28/6
28/10
establishes [8]  4/7 4/11 5/6 16/16
18/21 20/8 22/9 27/20
even [4]  5/2 13/10 24/22 25/3
events [2]  24/3 24/13
ever [1]  6/13
every [1]  16/14
everyone [1]  25/3
everything [2]  8/6 15/9
evidence [27]  4/24 5/25 7/13 8/16
12/13 12/16 13/20 14/11 14/12 15/20
15/21 15/25 16/8 16/15 16/18 17/12
18/10 18/10 21/13 23/3 24/25 25/3
25/6 26/15 26/19 27/8 27/20
examination [3]  4/15 6/6 6/13

**F**

FAA [2]  5/18 6/4
face [2]  16/5 19/14
facias [1]  16/15
facility [1]  29/18
fact [13]  3/24 13/4 14/8 14/19 14/25
15/7 15/25 23/11 27/9 27/18 28/2 28/9
31/6
factor [1]  26/17
facts [12]  4/7 4/12 6/15 6/16 15/21
16/15 22/11 22/22 23/21 25/16 25/21
25/22
failed [2]  22/7 23/1
fails [1]  26/1
failure [1]  25/17
fair [6]  13/12 13/19 13/21 14/7 14/8
23/20
fairly [3]  7/18 23/19 28/22
fairness [1]  9/23
falls [1]  5/13
family [2]  3/12 17/19
far [3]  14/4 26/16 28/17
farfetched [1]  12/3
farmers [7]  8/15 12/22 19/10 23/12
27/10 27/16 28/3
fast [1]  21/6
father [1]  15/16
favorable [2]  22/22 29/23
federal [1]  29/18
Feitel [6]  1/16 1/16 3/10 7/24 16/22
30/11
few [1]  11/23
Fifth [1]  1/22
fighting [2]  24/3 24/24
filed [2]  17/16 18/18
filing [2]  7/1 7/5
final [1]  5/3
finally [2]  17/7 28/15
find [3]  4/22 12/3 32/5
findings [1]  29/2
fine [4]  8/2 8/3 31/21 31/22
firm [1]  18/18
first [5]  5/18 16/8 19/9 21/10 21/19
five [1]  15/23
flaws [2]  16/25 17/2
Floor [1]  1/14 1/22
flow [1]  28/11
followed [1]  22/18
following [2]  9/25 10/12
fool [1]  6/9
fool-hearted [1]  6/9
foregoing [1]  33/7

## F

**foreign [2]** 16/13 16/15
**forgive [1]** 10/6
**form [1]** 4/10
**former [1]** 17/19
**formerly [2]** 13/23 13/23
**forth [1]** 7/4
**forward [5]** 3/4 7/8 29/7 29/14 29/21
**found [3]** 17/14 18/14 18/17
**foundation [1]** 18/20
**frame [1]** 11/16
**frankly [1]** 16/20
**front [1]** 6/12
**fully [1]** 16/2
**fundamental [1]** 16/25
**further [1]** 33/7

## G

**gather [1]** 19/22
**gave [3]** 19/11 19/22 27/21
**gentleman [7]** 7/22 10/3 12/5 13/3 14/19 19/19 19/23
**get [16]** 8/15 9/14 11/1 12/22 20/23 27/15 28/15 30/25 31/1 31/1 31/2 31/4 31/14 31/17 31/17 32/6
**GIRALDO [25]** 1/5 3/4 3/10 3/19 9/1 9/9 9/13 9/19 19/4 11/22 12/8 12/17 12/19 13/2 13/6 13/13 14/9 14/13 15/3 17/3 18/23 19/13 20/22 25/10 26/11
**GIRALDO-SERNA [16]** 1/5 3/4 3/10 9/9 9/19 10/4 12/8 12/17 13/2 13/13 14/9 14/13 17/3 19/13 20/22 26/11
**Giraldo-Serna's [6]** 9/1 9/13 11/22 12/19 15/3 18/23
**give [10]** 4/1 6/8 7/20 8/23 19/10 21/22 24/22 30/3 30/12 30/14
**given [6]** 5/2 5/8 6/12 12/10 12/11 29/2
**gives [1]** 27/23
**giving [5]** 12/7 19/5 19/19 20/2 20/4
**glad [3]** 6/21 6/22 21/22
**go [5]** 9/8 9/10 10/16 20/2 21/6
**go-fast [1]** 21/6
**goes [2]** 8/25 17/23
**going [18]** 7/16 13/5 14/15 15/6 16/9 19/4 19/15 20/25 21/1 24/14 24/24 29/5 29/21 30/4 30/23 31/3 31/10 32/6
**Good [4]** 3/8 3/9 3/13 3/21
**GOODRICH [2]** 1/19 1/21
**gossamer [1]** 25/15
**got [3]** 8/25 19/12 20/18
**gotten [1]** 31/11
**government [9]** 1/12 3/19 7/2 7/6 15/22 16/1 29/3 30/21 30/23
**government's [6]** 7/10 8/11 11/9 17/16 18/14 28/20
**grandest [1]** 24/22
**grew [1]** 21/4
**group [13]** 11/19 11/20 13/25 14/1 14/2 14/5 14/6 14/16 15/2 17/25 18/22 23/5 23/9
**grow [2]** 8/15 14/23
**growing [11]** 7/15 7/21 9/21 10/2 11/8 12/7 15/18 18/6 23/12 25/2 25/4
**grows [1]** 10/4
**guerilla [1]** 13/24
**guess [8]** 9/19 12/15 12/25 23/15 26/12 26/14 31/2 31/15

**guessing [1]** 30/4
**guy [3]** 19/4 20/18 21/10
**guys [1]** 20/17

## H

**had [22]** 8/23 9/2 9/14 9/14 9/15 10/8 10/10 10/14 12/2 12/6 12/18 13/4 14/20 14/23 14/25 15/23 16/3 17/20 19/14 20/18 25/13 33/5
**Hall [1]** 1/25
**happen [1]** 19/15
**happened [2]** 15/24 17/5
**happening [1]** 9/22
**hard [1]** 24/10
**has [16]** 6/1 6/21 6/22 6/25 11/1 11/12 16/18 18/2 18/11 22/14 24/1 24/7 26/6 27/23 28/24 29/22
**have [61]**
**haven't [6]** 5/10 16/19 16/21 16/25 17/1 17/7
**he [103]**
**he'd [2]** 19/12 20/19
**he's [8]** 13/14 19/6 20/10 29/10 29/11 29/12 29/21 31/10
**health [1]** 19/3
**hear [1]** 28/18
**heard [3]** 8/7 19/7 30/18
**hearing [2]** 6/4 29/1
**hearsay [3]** 4/1 8/5 10/10
**hearted [1]** 6/9
**hemisphere [1]** 23/24
**Henriquez [7]** 9/7 17/20 17/22 19/2 19/9 22/12 24/24
**Henriquez's [1]** 17/24
**here [19]** 12/11 15/14 15/24 16/3 17/6 29/16 29/24 30/13 31/1 31/17
**hereby [1]** 33/4
**hereto [1]** 33/10
**HERNAN [24]** 1/5 3/4 3/10 9/1 9/9 9/13 9/19 9/22 10/1 10/4 11/22 12/8 12/17 12/19 13/2 13/13 14/9 14/12 15/3 17/3 18/23 19/13 19/20 26/11
**Hernan's [1]** 19/18
**highlights [1]** 5/21
**him [14]** 9/10 9/18 10/14 10/14 10/16 10/16 19/13 19/16 19/17 20/10 20/13 20/18 28/17 28/25
**his [25]** 5/19 5/23 5/25 7/3 7/8 8/15 10/5 11/22 13/6 14/24 15/1 18/14 18/16 19/11 19/20 20/7 20/12 20/19 20/22 23/9 23/11 23/21 27/9 27/12 27/17
**holding [1]** 16/11
**Holzer [1]** 18/18
**homicide [3]** 5/11 22/7 25/11
**Honor [40]**
**Honor's [1]** 21/22
**HONORABLE [1]** 1/9
**honoring [1]** 16/12
**how [3]** 5/1 8/5 18/20
**However [1]** 12/7
**huge [1]** 20/16
**HUMAN [1]** 1/24
**hunch [1]** 31/4
**husband [1]** 15/16

**I'd [3]** 6/21 12/4 21/22
**I'll [12]** 6/25 11/8 17/13 17/18 18/13 28/18 28/25 29/3 30/3 30/10 30/12 31/13
**I'm [11]** 7/16 7/24 10/24 14/19 14/23 19/8 22/4 25/19 30/1 30/4 30/20
**I've [5]** 5/9 6/20 21/24 21/24 31/11
**ID [1]** 9/15
**identification [1]** 24/7
**identify [1]** 3/5
**ignore [1]** 6/10
**illicit [1]** 15/6
**imagine [2]** 13/10 24/10
**impact [4]** 12/23 13/6 23/13 27/5
**impeding [1]** 17/21
**import [2]** 15/14 15/15
**important [4]** 11/15 29/7 29/13 30/5
**importantly [3]** 16/17 24/15 26/4
**importation [2]** 12/20 21/3
**imported [1]** 26/25
**importers [1]** 26/25
**impossible [1]** 31/5
**impractical [1]** 31/5
**inadmissible [1]** 3/25
**include [1]** 27/4
**included [2]** 4/23 6/5
**including [2]** 5/25 17/12
**indicate [2]** 26/10 28/1
**indicated [1]** 27/25
**indication [2]** 13/3 23/7
**indictment [1]** 27/2
**individuals [1]** 27/4
**infer [1]** 27/3
**inference [9]** 13/1 13/16 14/7 14/14 22/16 22/17 22/18 23/16 24/20
**inferences [3]** 22/19 22/23 24/21
**instance [1]** 8/13
**insufficient [1]** 4/17
**insulting [1]** 16/21
**integrated [1]** 21/2
**intending [1]** 12/9
**interested [1]** 14/22
**interfering [1]** 7/14
**INTERNATIONAL [1]** 1/24
**intervenor [1]** 6/2
**intervenor's [2]** 4/9 4/20
**intervenors [10]** 5/14 5/17 6/14 22/4 22/23 22/24 24/8 24/7 25/1 26/7
**interviewing [1]** 9/18
**invaded [1]** 10/5
**investigation [1]** 7/25
**invite [1]** 20/14
**involved [2]** 26/10 26/24
**involvement [7]** 12/19 12/21 23/5 23/9 26/14 26/21 28/7
**involving [1]** 12/20
**irritated [1]** 20/18
**irritation [1]** 20/21
**is [96]**
**isn't [1]** 15/8
**issue [3]** 15/19 30/19 30/25
**it [77]**
**it's [37]**
**its [5]** 4/21 16/1 24/22 26/4 30/23
**itself [2]** 4/6 4/25

## J

**Japan [2]** 5/20 5/22
**Japanese [1]** 6/5
**job [1]** 8/2
**Jones [4]** 2/2 33/2 33/13 33/14
**JUDGE [10]** 1/9 1/10 3/9 6/24 8/18 10/7 13/9 13/18 28/20 30/1
**judgment [1]** 22/21
**judicial [3]** 17/15 25/25 27/24
**July [2]** 7/1 7/6
**June [1]** 17/17
**just [10]** 3/22 6/10 11/25 12/3 12/3 12/12 13/18 15/12 25/25 31/15
**JUSTICE [1]** 1/12

## K

**kangaroo [1]** 17/4
**keep [1]** 11/16
**kept [1]** 19/19
**kill [2]** 10/5 10/22
**killed [25]** 7/14 7/23 8/14 8/17 9/10 10/18 11/14 12/1 12/5 12/6 13/3 13/14 15/10 15/17 19/24 20/18 21/12 22/12 23/8 23/16 23/21 24/9 27/19 27/22 28/8
**killing [6]** 17/11 18/2 18/4 18/24 18/25 19/1
**kind [1]** 9/15
**kinds [1]** 16/7
**knew [6]** 9/6 9/19 12/17 13/4 14/13 19/15
**know [25]** 6/25 8/2 8/3 8/6 8/6 8/8 9/22 10/21 10/22 13/18 14/10 14/11 14/16 15/9 17/4 18/20 22/12 22/13 22/16 28/13 28/21 28/24 29/15 31/6 32/6
**knowing [1]** 12/9
**known [3]** 13/13 14/9 14/14 19/18
**knows [1]** 20/10

## L

**L-A-Y-M-O-N [1]** 3/7
**laboratories [1]** 21/5
**lands [1]** 10/5
**Las [1]** 19/19
**last [3]** 5/8 5/16 17/7
**later [3]** 9/11 29/2 30/4
**LAW [4]** 1/16 1/21 1/23 1/24
**Laymon [9]** 1/12 3/7 6/22 6/23 15/13 16/22 18/15 22/16 25/24
**least [4]** 13/16 14/3 23/6 27/20
**leave [5]** 9/2 10/15 10/17 19/14 26/3
**leaving [1]** 10/9
**lecture [2]** 19/10 19/11
**lectures [5]** 7/21 19/5 19/20 20/3 20/4
**left [2]** 11/20 14/4
**length [1]** 7/17
**lengthy [1]** 28/24
**Leo [2]** 1/18 3/11
**let [4]** 3/22 28/25 29/3 32/6
**license [1]** 5/19
**licenses [1]** 5/23
**life [1]** 14/24
**light [2]** 22/22 25/16
**like [15]** 3/14 3/17 3/19 6/7 6/18 7/24 14/9 16/13 16/14 20/3 20/5 22/4 30/5 30/7 32/5

**likely [2]** 23/20 24/18
**limb [1]** 11/24
**line [1]** 7/12
**link [1]** 26/5
**liquor [1]** 15/5
**living [1]** 24/10
**local [1]** 20/6
**locally [2]** 31/11 31/12
**location [2]** 23/8 24/4
**long [2]** 29/6 30/16
**longer [1]** 23/6
**longest [1]** 23/24
**look [9]** 7/11 7/18 8/19 11/9 11/23 11/24 14/18 14/25 26/22
**looked [2]** 7/2 7/6
**looking [1]** 8/20
**looks [1]** 22/11
**losing [1]** 5/19
**lost [1]** 5/23
**lot [5]** 8/4 14/23 17/12 29/23 31/11
**lots [1]** 26/4

## M

**M19 [1]** 17/25
**machine [2]** 2/8 33/4 33/9
**made [2]** 8/9 20/12
**Mafia [1]** 10/6
**make [4]** 5/16 5/21 19/22 21/23
**malaria [1]** 19/3
**Manjarrez [3]** 18/16 20/9 22/12
**manner [1]** 4/13
**Mannino [2]** 1/21 3/12
**manufacture [1]** 15/15
**manufacturers [1]** 26/24
**manufacturing [3]** 15/18 21/3 21/11
**many [3]** 8/1 12/4 14/20
**March [2]** 1/5 33/11
**matches [1]** 20/6
**materials [1]** 4/20
**matter [4]** 3/2 29/6 29/19 30/15
**matters [1]** 15/16
**may [17]** 7/19 11/20 13/15 23/18 24/15 24/23 25/12 25/16 28/25 29/1 30/22 31/4 31/8 31/9 31/14 31/19 32/5
**me [15]** 3/12 3/17 3/22 6/9 12/1 14/10 14/13 23/3 26/9 27/3 27/8 27/23 28/5 29/7 31/21
**meager [2]** 4/25 25/22
**mean [8]** 9/5 9/19 11/18 13/22 13/23 25/18 29/5 31/9
**meeting [2]** 9/7 9/9 9/10 20/1 20/2
**meetings [1]** 9/20
**Melissa [2]** 1/21 3/12
**member [4]** 13/24 14/2 17/19 20/20
**membership [2]** 17/24 23/22
**memo [1]** 22/13
**memorandum [1]** 4/24
**men [1]** 18/23
**mere [2]** 20/7 27/17
**message [3]** 8/25 19/13 19/17
**met [3]** 8/12 15/20 16/4
**might [5]** 8/8 15/5 21/17 21/23 31/1
**militia [1]** 13/25
**Mill [1]** 1/19
**mind [2]** 8/11 11/16
**mine [2]** 26/8 30/19
**minute [1]** 17/13

**moment [1]** 13/8.
**Monday [1]** 1/5
**months [1]** 31/10
**morass [1]** 6/19
**more [12]** 6/19 11/10 11/11 15/23 16/2 16/17 18/8 23/1 24/15 26/4 29/23 31/10
**morning [5]** 3/8 3/9 3/13 3/21 16/17
**most [7]** 5/9 22/22 23/15 24/18 24/19 25/16 27/18
**motion [3]** 4/18 22/21 25/18
**motive [7]** 5/5 6/2 17/24 22/10 24/16 25/14 25/17
**motives [4]** 18/1 18/4 23/4 25/13
**mountains [2]** 19/21 24/4
**movants [5]** 1/18 4/2 26/22 28/6 28/9
**move [5]** 29/7 29/13 29/20 31/15 32/7
**Mr [19]** 6/22 6/23 7/3 7/8 7/24 8/21 9/6 9/22 11/1 11/18 13/10 15/13 16/22 16/22 18/15 19/2 25/24 28/24 30/10
**Mr. [23]** 3/19 8/25 9/7 10/1 10/12 10/22 12/17 12/19 13/2 13/6 17/3 17/20 17/24 18/21 19/1 19/2 19/6 19/20 22/16 25/10 26/11 28/1 30/11
**Mr. Cunningham [1]** 28/1
**Mr. Feitel [1]** 30/11
**Mr. Giraldo-Serna [3]** 3/19 13/6 25/10
**Mr. Henriquez [3]** 9/7 17/20 19/2
**Mr. Henriquez's [1]** 17/24
**Mr. Hernan [7]** 10/1 12/17 12/19 13/2 17/3 19/20 26/11
**Mr. Laymon [1]** 22/16
**Mr. Segundo [2]** 10/12 10/22
**Mr. Urbina [4]** 8/25 18/21 19/1 19/6
**much [6]** 5/1 8/4 11/10 11/10 11/11 29/1
**multiple [2]** 11/13 18/4
**murder [6]** 4/9 5/5 5/7 13/17 23/11 26/18
**must [1]** 22/18
**my [24]** 3/23 4/2 4/23 6/1 8/18 8/20 10/24 11/15 13/18 15/16 16/17 17/19 18/18 19/4 20/18 21/10 22/13 23/15 26/17 29/23 30/20 31/4 33/9 33/10

## N

**N.W [1]** 2/4
**name [2]** 18/16 33/11
**Narcotics [1]** 1/13
**natural [1]** 20/17
**nature [1]** 7/25
**necessarily [2]** 8/5 15/9
**need [6]** 6/10 12/14 28/14 29/20 30/25
**needs [4]** 23/1 27/16 28/19 28/21
**neither [1]** 18/2
**neutral [1]** 22/23
**Nevada [1]** 24/4
**never [3]** 8/7 15/24 15/25
**NGO [1]** 19/23
**nitpicking [1]** 18/12
**no [12]** 1/4 10/17 12/16 13/3 22/3 23/6 23/7 24/25 25/5 27/14 29/8 32/10
**none [2]** 9/16 15/21
**normal [1]** 19/11
**north [1]** 24/13
**not [61]**
**notably [1]** 17/2

**N**

note [2]  9/25 15/21
noted [1]  5/23
notes [1]  33/9
nothing [4]  6/19 16/5 22/25 23/1
notion [1]  12/3
now [8]  9/23 14/3 14/19 15/23 18/11 19/8 27/12 31/2
number [2]  3/3 22/19
NW [3]  1/13 1/17 1/22

**O**

o'clock [1]  32/4
obeying [1]  19/25
objectives [2]  14/2 17/21
obligation [2]  16/23 17/6
obviously [8]  12/23 14/21 23/13 26/12 27/13 29/7 30/12 30/14
occurred [2]  12/12 26/18
off [1]  21/5
offered [2]  15/25 16/3
OFFICE [1]  1/16
official [4]  2/3 33/2 33/8 33/14
oh [1]  19/24
okay [3]  18/4 21/16 32/4
one [13]  5/12 5/18 5/21 7/1 12/5 13/8 15/13 18/4 25/14 26/5 28/1 30/19 30/19
only [16]  4/22 5/8 5/16 11/23 12/17 13/1 13/12 13/14 13/15 22/2 22/15 23/4 23/9 27/8 27/8 27/13
operation [2]  20/24 21/1
opinion [5]  8/20 10/24 11/9 17/15 17/15
opponent [1]  16/18
opportunity [3]  30/3 30/12 30/15
opposed [3]  4/10 14/16 29/3
opposing [1]  15/17
order [4]  9/10 17/22 19/25 27/21
ordered [2]  20/1 25/12
orders [1]  19/22
organization [2]  4/10 26/11
other [24]  5/10 5/24 6/3 6/17 6/17 12/17 13/4 13/11 16/6 16/6 16/14 18/15 20/20 21/6 22/19 23/25 24/3 24/20 24/21 25/13 28/17 28/19 29/4 30/25
others [1]  25/12
otherwise [2]  9/2 19/14
our [13]  7/1 9/6 10/8 10/11 10/13 10/14 10/16 10/21 15/20 15/20 24/12 30/17 30/25
out [5]  13/6 19/20 20/1 25/25 32/5
outside [1]  9/13
over [1]  11/23
overall [1]  11/2
own [5]  5/25 15/23 24/12 25/13 30/20

**P**

P.C [2]  1/19 1/21
packet [1]  4/19
page [6]  1/19 4/21 4/21 17/14 19/9 22/14
pages [1]  33/7
paid [1]  10/17
Palo [1]  1/20
paper [1]  6/19

parse [1]  11/3
part [11]  0/3 9/9 13/21 14/5 16/10 17/18 18/10 19/9 20/25 21/1 23/6
participate [1]  30/13
particular [7]  8/24 9/17 10/11 10/20 15/1 15/1 17/2
parties [1]  29/4
past [3]  23/5 23/18 26/5
Paul [1]  1/12 3/7
paying [1]  10/13
peasants [2]  10/3 11/7
pending [2]  29/16 29/17
people [11]  5/11 8/2 10/21 11/7 14/22 19/22 23/25 25/13 30/5 30/13 31/11
perhaps [1]  10/10
period [5]  12/10 27/13 29/6 29/20 30/16
permission [1]  9/15
person [1]  25/8
personally [1]  25/11
persuade [1]  28/3
pick [1]  15/13
picked [2]  6/14 6/16
picking [1]  10/25
pilot [1]  5/19
pilot's [1]  5/23
place [6]  3/24 6/4 18/24 23/24 24/3 24/14
Plaintiff [1]  1/3
planned [1]  18/25
plant [1]  27/5
planting [1]  17/21
plants [1]  11/8
plausible [2]  24/9 27/18
pleading [1]  6/15
please [1]  3/4
point [7]  4/19 6/25 7/16 9/5 11/15 15/13 20/16
pointblank [1]  9/18
pointed [2]  16/25 17/1
pointing [1]  25/25
points [2]  5/21 21/6
political [2]  14/6 20/20
posed [1]  5/22
position [2]  7/10 8/16
possibility [1]  26/14
possible [9]  22/17 22/18 22/19 24/22 25/10 26/5 29/14 30/7 31/16
post [1]  4/23
potential [2]  23/4
potentially [1]  13/5
predicate [3]  13/17 23/11 27/1
predicates [1]  28/2
prefer [1]  31/22
prepared [1]  29/19
preponderance [6]  4/17 5/4 7/13 12/13 22/6 26/19
presence [2]  20/7 20/19
present [1]  30/2
presented [2]  3/20 27/23
pretrial [1]  30/6
prima [1]  16/15
principal [1]  3/23
prior [4]  11/19 17/24 23/22 26/13
private [1]  6/12
probable [1]  24/19
probably [2]  12/4 13/23

problem [3]  20/6 21/10 21/11
procedures [1]  6/5
proceedings [7]  2/8 3/23 5/24 30/14 32/12 33/5 33/8
process [7]  15/18 16/12 21/3 21/11 26/1 30/19 31/3
processed [1]  21/4
produce [3]  12/22 28/4 28/4
produced [7]  2/9 5/1 16/8 24/7 24/25 25/23 26/3
producers [1]  23/14
producing [1]  27/10
product [1]  26/13
production [3]  27/5 27/6 27/15
promises [1]  8/8
proof [3]  5/8 16/22 25/17
prosecutor [2]  4/14 6/12
prosecutors [1]  8/1
prospective [2]  13/19 28/21
protection [5]  20/23 20/24 21/8 26/24 27/4
protestor [1]  14/22
prove [6]  5/11 16/18 17/6 22/5 23/2 24/17
proved [1]  17/7
proven [1]  26/6
provide [2]  18/20 20/23
provided [2]  8/21 18/1
providing [3]  20/24 21/8 26/24
proximate [1]  22/6
PSR [1]  28/22
pulled [1]  19/20
punitive [1]  4/9
Pupo [1]  24/1
purported [2]  7/2 7/19
purpose [1]  26/23
purposes [1]  16/17
put [3]  7/3 7/8 15/23

**Q**

quantum [3]  4/16 4/24 25/21
question [1]  23/15
questioning [1]  9/4
questions [2]  5/1 6/21
quickly [1]  30/6
quote [5]  9/21 9/25 10/13 10/21 10/23

**R**

raises [1]  5/1
reached [2]  13/20 17/13
read [7]  5/9 6/15 6/25 17/18 18/19 20/14 20/16
reading [2]  19/8 20/17
real [1]  20/16
really [8]  7/22 8/3 11/3 11/9 11/23 13/14 15/19 16/11 20/14
reason [17]  7/22 10/1 10/5 10/21 12/1 13/2 13/12 13/14 13/15 15/3 15/10 15/16 22/13 23/17 24/9 27/8 27/19
reasonable [8]  12/25 13/16 14/14 22/16 23/16 25/16 26/19 27/3
reasons [8]  9/9 10/18 10/23 12/4 12/6 17/10 24/20 26/4
recognize [1]  16/5
record [11]  3/5 8/5 8/7 9/23 12/16 14/11 14/12 23/7 24/7 26/9 28/5
recorded [1]  2/8

**R**

reduction [1] 27/14
reference [2] 14/8 25/7
referencing [1] 25/8
referred [1] 18/15
referring [1] 21/22
regarding [1] 3/24
REGGIE [1] 1/9
region [1] 12/22
related [2] 23/8 27/9
relevant [1] 4/22
reliable [1] 16/19
relied [2] 3/25 16/24
rely [5] 5/17 16/9 16/9 21/14 27/24
relying [1] 16/3
remain [1] 14/5
remains [1] 22/5
remand [1] 4/24
remote [1] 24/3
rendered [1] 27/25
reported [1] 33/4
Reporter [4] 2/2 2/3 33/2 33/14
represent [1] 30/21
represented [1] 17/3
requested [1] 9/8
required [1] 24/6
requires [1] 24/20
resolve [1] 28/15
respect [4] 16/7 19/4 20/15 31/5
responded [2] 9/8 9/21
response [2] 6/14 15/11
rest [2] 18/16 26/6
rests [2] 22/24 24/17
result [1] 27/6
resulted [1] 27/22
resume [1] 6/4
retranslated [1] 16/2
returned [1] 27/2
review [1] 8/19
Ricardo [1] 24/1
right [3] 6/6 6/6 6/16
rights [4] 1/24 5/10 26/1 28/11
rival [4] 13/24 23/5 23/9 26/11
Road [1] 1/19
Robert [3] 1/16 1/16 3/9
role [1] 20/22
Room [1] 2/3
ROSATI [2] 1/19 1/21
Roxanna [2] 1/23 3/12
RPR [2] 2/2 33/14
running [3] 11/4 11/5 23/24

**S**

said [21] 5/2 5/25 6/10 6/17 9/5 9/25
10/12 10/12 10/19 11/1 11/3 11/13 12/8
16/12 16/14 16/18 17/18 18/3 18/5
19/9 26/7 33/8
same [3] 9/11 9/11 20/9
sat [1] 24/1
saw [1] 19/7
say [25] 3/25 4/11 4/24 6/2 6/14 7/11
8/4 8/14 8/25 9/11 11/2 11/6 12/4
13/20 16/20 17/23 19/24 21/14 22/15
22/25 24/11 26/7 30/5 30/7 32/5
saying [10] 7/12 7/19 8/22 11/3 11/5
11/10 11/25 13/11 30/4 30/23
says [5] 19/8 21/13 22/13 24/8 24/18

scheduled [1] 29/15
scheduling [1] 30/18
SCHOOL [1] 1/24
second [3] 1/14 10/7 10/11
secret [1] 29/8
Section [1] 1/13
see [3] 10/16 17/10 17/22
seek [1] 25/18
seeking [2] 27/10 28/3
seems [5] 11/25 14/13 23/3 27/3 29/7
seen [5] 5/10 16/19 16/21 21/24 21/25
Segundo [6] 7/5 10/8 10/12 10/20
10/22 18/16
sell [2] 15/4 15/5
send [1] 12/2
SENIOR [1] 1/9
sense [1] 11/2
sent [2] 10/21 29/21
sentence [3] 28/17 29/14 29/22
sentenced [2] 30/6 30/9
sentencing [8] 28/14 28/23 29/1 29/8
29/17 30/18 30/24 32/4
series [1] 7/21
SERNA [19] 1/5 3/4 3/10 3/19 9/9 9/19
10/4 12/8 12/17 13/2 13/6 13/13 14/9
14/13 17/3 19/13 20/22 25/10 26/11
Serna's [6] 9/1 9/13 11/22 12/19 15/3
18/23
serve [2] 29/21 29/22
sessions [1] 7/21
set [5] 28/23 31/9 31/13 31/16 31/24
seven [2] 11/17 12/11
several [3] 10/15 11/13 31/10
shifting [1] 22/5
shipped [1] 21/5
shores [1] 21/5
short [1] 27/13
shorthand [3] 2/8 33/5 33/9
should [4] 4/1 5/1 20/9 25/19
show [1] 12/14
showing [3] 19/25 27/16 28/6
shown [1] 12/13
shows [6] 7/13 8/16 9/12 14/12 15/2
27/20
sick [1] 19/3
side [5] 6/17 7/3 9/1 16/6 20/20
sides [1] 16/6
Sierra [8] 7/5 8/20 8/22 9/4 9/6 9/17
9/24 24/4
significant [1] 26/17
Similarly [1] 10/7
Simon [1] 1/25
simply [1] 25/17
since [2] 13/3 17/20
slight [1] 4/4
small [1] 15/13
so [34]
soccer [1] 20/6
soldier [1] 18/22
solid [1] 19/6
some [8] 5/1 5/25 6/8 9/15 12/20 17/4
22/4 26/25
somebody [3] 10/5 14/16 29/16
someone [2] 6/16 14/9
something [3] 3/16 14/21 14/22
son [2] 19/18 20/11
SONSINI [1] 1/19 1/21

Sorry [1] 13/8
sort [3] 16/22 17/4 24/21
south [1] 24/13
Spanish [1] 21/21
spanned [1] 11/17
speak [3] 13/10 28/25 29/4
speaking [1] 28/23
specifically [1] 28/1
speculate [1] 17/10
speeches [1] 12/7
spoken [1] 7/17
spring [1] 20/5
stage [1] 21/10
standard [3] 22/20 25/15 26/18
standing [1] 4/7
standpoint [1] 26/15
starting [1] 30/20
starts [2] 30/22 31/7
statement [5] 8/20 9/12 9/24 9/25
10/25
statements [6] 4/14 4/16 18/12 18/19
20/12 20/15
STATES [13] 1/1 1/3 1/10 1/12 3/3 3/6
12/3 12/10 12/21 21/7 27/1 27/7 33/3
status [4] 1/8 4/3 25/18 28/10
statute [2] 28/11 28/12
still [7] 11/21 23/23 24/14 24/16 24/23
25/1 28/14
stop [1] 18/5
stopped [1] 25/4
strangers [1] 24/5
Street [3] 1/13 1/17 1/22
strength [1] 26/5
subject [4] 4/12 4/15 6/13 24/6
submission [2] 4/20 16/1
submit [1] 3/19
submitted [2] 3/15 6/4
subscribed [1] 33/10
successful [3] 12/24 27/12 27/17
suffer [1] 9/3
suffice [1] 24/11
sufficient [6] 4/7 5/8 5/15 10/5 25/21
27/23
suggest [1] 16/21
supply [1] 21/11
support [1] 5/25
supposed [1] 20/2
Supreme [1] 16/14
sure [3] 14/20 14/23 22/4
suspicion [1] 24/6
suspicious [1] 25/23
system [2] 17/1 25/25

**T**

table [1] 4/20
take [2] 6/11 25/15
taken [1] 4/14
takes [1] 31/3
talk [4] 9/20 11/7 11/7 15/8
talking [6] 11/16 11/24 12/11 18/21
20/5 20/10
talks [1] 7/21
taxation [1] 25/5
taxes [2] 20/24 23/13
tell [1] 6/9
telling [3] 9/1 10/3 19/13
ten [1] 13/24

**T**

term [1]  11/8
territory [1]  15/3
testify [1]  19/7
testimonies [1]  5/7
testimony [9]  4/22 7/2 7/7 17/12 20/8
24/1 24/5 26/2 33/5
than [9]  6/19 11/10 11/11 15/23 18/9
28/17 28/19 29/23 30/8
Thank [5]  15/11 15/12 21/16 32/8
32/11
that [263]
that's [15]  4/20 5/12 13/12 13/14 14/7
14/16 16/3 17/19 21/12 21/12 21/13
24/9 24/25 25/7 26/14
their [13]  6/14 6/15 6/15 8/12 15/23
16/23 17/6 25/13 26/8 28/6 31/12
31/17 32/6
them [11]  4/21 6/21 8/7 8/9 8/9 18/5
19/22 20/16 22/5 30/3 30/14
theme [1]  11/4
themselves [1]  4/16
then [8]  15/2 17/23 19/19 21/5 30/19
31/9 31/15 32/6
there [35]
there's [13]  3/16 5/3 12/16 13/3 22/3
24/25 25/3 25/5 25/6 25/16 26/20
28/16 28/18
therefore [3]  4/1 28/8 28/11
Thereupon [1]  32/12
these [17]  7/18 8/4 10/25 11/2 11/25
12/6 18/20 20/15 20/17 24/3 24/13
they [39]
they're [11]  7/12 8/2 11/3 11/4 11/10
18/21 22/2 25/8 29/18 29/24 31/2
they've [3]  12/13 15/23 23/1
thin [2]  25/14 25/15
thing [3]  20/9 21/9 22/15
things [2]  8/10 14/20
think [51]
this [64]
thorough [1]  8/2
those [9]  5/7 7/4 7/7 7/7 8/10 10/18
18/19 22/1 31/22
though [4]  6/15 7/19 8/11 10/10
thought [2]  15/19 30/4
threats [1]  8/8
three [6]  8/23 11/17 12/11 19/12 19/18
30/1
through [5]  4/21 5/9 11/4 11/5 24/1
Thursday [1]  31/23
thwarted [1]  24/23
time [15]  11/16 11/24 12/10 23/7 23/10
23/17 27/9 27/13 29/6 29/9 29/20
30/16 31/3 31/18 32/2
times [1]  10/15
timing [1]  26/16
Tinajas [1]  19/19
today [2]  15/19 31/6
told [2]  10/14 10/17
took [7]  3/24 6/4 18/24 21/6 23/25
24/3 24/14
Tovar [1]  24/1
Tovar-Pupo [1]  24/1
town [2]  19/1 19/14
trafficking [2]  5/20 12/19
tragic [1]  8/12

training [1]  20/6
transcribed [1]  33/9
transcript [3]  1/8 2/8 33/8
transcription [1]  2/9
translated [1]  16/2
translation [2]  17/15 18/17
translations [3]  18/12 21/20 21/25
trial [5]  28/24 29/16 30/20 31/4 31/7
tried [1]  5/11
true [1]  14/3
try [4]  6/21 28/3 31/4 31/13
trying [7]  11/1 12/21 18/5 20/4 23/12
27/4 27/15
turn [1]  17/13
two [17]  4/23 5/21 7/3 7/4 7/8 7/18 8/4
11/2 11/25 16/7 17/12 18/1 18/12
18/13 21/21 30/18 32/4
typically [1]  31/3

**U**

U.S [2]  2/3
ultimate [1]  27/1
ultimately [2]  27/6 27/19
unannounced [1]  15/2
under [4]  4/25 15/8 25/18 25/23 26/3
28/10
undercurrent [1]  7/20
underlying [2]  4/7 4/12
understand [2]  3/22 11/12
undisputed [1]  21/15
uninvited [1]  15/2
UNITED [13]  1/1 1/3 1/10 1/12 3/3 3/6
12/2 12/10 12/21 21/7 27/1 27/7 33/3
unknown [1]  24/16
unless [3]  3/16 20/15 20/16
unprovable [1]  24/16
up [10]  8/10 9/12 15/2 15/13 19/21
19/25 21/7 28/25 31/1 31/10
updated [1]  28/22
upon [6]  3/25 16/24 26/12 27/15 27/20
27/24
Urbina [11]  7/5 8/20 8/22 8/25 9/4
9/17 18/13 18/21 19/1 19/2 19/6
Urbina's [2]  9/24 20/8
us [2]  15/19 32/6
use [2]  11/8 13/25
used [1]  6/5

**V**

vacuum [1]  15/4
variance [1]  4/4
vendor [1]  9/12
version [1]  15/24
versus [2]  3/4 5/18
vertically [1]  21/2
very [8]  6/25 7/2 8/2 8/11 11/25 29/15
30/7 31/24
victim [1]  5/10
victimhood [1]  4/3
view [2]  11/15 20/16
village [4]  8/24 9/2 9/20 25/4
violent [1]  14/5
visa [1]  31/6
visas [5]  31/1 31/2 31/15 31/17 32/6
vitality [1]  25/24

**W**

Walter [1]  19/21
WALTON [2]  1/9 3/9
want [15]  5/16 5/21 6/20 6/24 10/15
13/9 13/25 22/3 22/15 23/22 30/2
30/13 30/15 30/18 31/15
war [4]  23/24 24/2 24/12 24/14
wars [1]  20/21
was [143]
Washington [5]  1/5 1/14 1/17 1/22 2/4
wasn't [1]  7/22
we [26]  7/5 8/3 8/7 15/9 15/25 16/2
16/19 16/21 17/10 18/5 18/7 18/8 18/9
22/1 26/1 28/13 28/14 28/14 28/15
28/22 28/25 29/20 31/1 31/3 31/15
31/24
we'd [1]  6/21
we'll [1]  32/7
we're [10]  11/16 11/24 12/11 16/3 16/5
17/6 18/8 22/23 25/25 29/5
we've [9]  7/17 8/7 15/20 16/4 16/8
16/8 21/21 22/25 29/6
weaves [1]  15/8
week [1]  31/14
weeks [1]  30/23
weight [1]  4/1
well [9]  6/10 8/18 9/5 14/10 14/18
25/13 26/9 29/5 31/24
went [6]  4/21 19/1 19/2 19/3 19/18
19/19
were [15]  4/13 4/14 4/15 6/13 7/4 12/4
14/3 14/10 17/5 19/22 24/5 24/6 25/23
30/4 31/3
what [60]
What's [1]  8/15
whatever [2]  15/3 29/22
when [21]  7/1 7/11 7/18 9/6 9/17
10/20 11/2 11/9 11/23 14/25 16/4 17/9
20/15 21/15 22/25 24/18 29/16 29/18
29/24 30/8 31/7
where [6]  18/25 21/6 22/21 29/8 29/9
30/20
whereof [1]  33/10
wherever [1]  29/21
whether [6]  4/2 9/18 15/20 16/4 26/20
27/12
which [28]  4/13 4/15 4/25 5/4 5/11
5/21 6/5 6/11 9/16 10/2 12/12 12/22
13/25 15/18 17/22 18/2 18/5 18/10
18/10 19/1 20/23 21/13 23/12 23/25
25/19 25/23 26/6 27/1
while [5]  11/3 11/5 11/20 24/14 31/1
who [10]  5/19 6/17 9/12 18/15 19/21
25/8 25/9 25/13 30/6 31/11
who's [1]  14/16
whoever [2]  9/4 9/18
whole [2]  17/12 21/9
whose [1]  14/2
why [60]  8/16 9/14 10/1 11/14 11/14
12/4 13/2 13/14 15/7 20/1 20/1 21/12
22/12 24/9 26/18 27/19
widest [1]  24/22
will [3]  21/2 26/7 30/2
WILSON [2]  1/19 1/21
Wing [1]  1/14
wished [1]  17/22
witness [13]  8/19 9/5 9/7 9/11 9/17

**W**

**witness... [8]** 9/21 10/7 10/12 10/20
18/15 19/6 22/11 33/10
**witness' [1]** 9/24
**witnessed [1]** 19/4
**witnesses [18]** 4/23 6/6 6/13 6/17 6/18
7/3 7/4 7/7 7/8 7/19 8/4 11/2 11/25
17/13 18/13 18/13 18/20 21/21
**witnesses's [1]** 10/25
**women [1]** 30/2
**won't [1]** 4/19
**words [1]** 13/11
**work [1]** 8/3
**worked [1]** 18/22
**would [46]**
**wouldn't [1]** 23/15
**writing [2]** 3/15 3/20

**Y**

**year [2]** 29/2 30/4
**years [8]** 11/17 13/23 13/24 15/23
20/19 23/5 23/18 26/11
**yes [5]** 7/20 21/18 30/17 32/1 32/3
**you [40]**
**you'd [1]** 3/14
**you'll [2]** 17/10 31/25
**you're [3]** 13/11 14/15 14/15
**you've [1]** 3/20
**your [46]**
**yourselves [1]** 3/5