UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HERNAN GIRALDO-SERNA, )<br>)<br>Defendant. )<br>) | Criminal Action No. 04-114-1 (RBW) |

**ORDER**

It is hereby

**ORDERED** that the July 12, 2016 sentencing hearing is **CONTINUED** until July 19, 2016, at 10:00 a.m.

**SO ORDERED** on this 23rd day of May, 2016.

REGGIE B. WALTON
United States District Judge