# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | CASE NO.:  1:04-cr-00114-1 RBW |
| v. ) | |
| ) | |
| GIRALDO-SERNA ) | |
| ) | |
| Defendant, ) | |
| ) | |
| Zulma Natazha Chacín de Henríquez, Nadiezhda ) | |
| Natazha Henríquez Chacín, and Bela Henríquez ) | |
| Chacín ) | |
| ) | |
| Victims. ) | |
| ) | |
| ) | |

## VICTIMS' MOTION TO CONTINUE SENTENCING

COMES NOW Victims Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín, and move to continue the sentencing hearing set for July 19, 2016 to a date on or after August 12, 2016 for two unrelated reasons.  First, one of the Victims is currently unable to enter the United States because she does not have a visa. Efforts to secure the visa are underway, but it seems unlikely a visa would be obtained in time for the currently scheduled hearing in July.  Second, Victims' counsel is currently scheduled to be in a criminal trial in the District of Massachusetts commencing June 6 and estimated to last approximately 8 weeks.  When consenting to the Government's Motion for a Continuance, counsel for the Victims informed the Government that he would not be available until August 2016 in light of that trial.  Accordingly, the Victims move to continue the sentencing hearing to a date on or after August 12, 2016.

Dated:  May 26, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Melissa Mannino
MELISSA MANNINO
D.C. Bar No. 446154
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1700 K Street, NW
Fifth Floor
Washington, DC 20006-3817
Telephone:  (202) 973-8800
Facsimile:   (202) 973-8899
mmannino@wsgr.com

*Counsel for Victims Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín*