UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-114-1 (RBW) |
| ) | |
| HERNAN GIRALDO-SERNA, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the Victims' Motion to Continue Sentencing, it is hereby

**ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the victims' shall refile their motion after obtaining the positions of the government and the defendant with respect to a continuance of the defendant's sentencing.

**SO ORDERED** on this 31st day of May, 2016.

_____
REGGIE B. WALTON
United States District Judge