## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.:  1:04-cr-00114-1 RBW |
| v. | ) | |
| | ) | |
| GIRALDO-SERNA | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín | ) ) ) | |
| | ) | |
| Victims. | ) | |
| | ) | |

### VICTIMS' MOTION TO CONTINUE SENTENCING

COMES NOW Victims Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín, and move to continue the sentencing hearing set for July 19, 2016 to September 13, 2016.  Victims' counsel is currently scheduled to be in a criminal trial in the District of Massachusetts that commenced June 6, was estimated to last approximately 8 weeks, and at any rate will not have concluded by July 19.  When consenting to the Government's Motion for a Continuance, counsel for the Victims informed the Government that he would not be available until August 2016 in light of that trial.  Further, counsel for the U.S. Government is not available on July 19 and is also not available from August 4 through August 12.  Additionally, it is our understanding that the Honorable Reggie B. Walton's docket is full in August and September 12 and September 13, 2016 are dates that he has available for the sentencing.  Accordingly, the Victims move to continue the sentencing hearing to September 13, 2016.  Counsel for the U.S. Government has consented to this Motion.  Counsel for the Defendant has not responded to the communications requesting his consent or availability for a September 13 hearing.

1

Dated:  July 8, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:____/s/ Melissa Mannino_____
MELISSA MANNINO
D.C. Bar No. 446154
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1700 K Street, NW
Fifth Floor
Washington, DC 20006-3817
Telephone:  (202) 973-8800
Facsimile:   (202) 973-8899
mmannino@wsgr.com

*Counsel for Victims Zulma Natazha Chacín de
Henríquez, Nadiezhda Natazha Henríquez Chacín,
and Bela Henríquez Chacín*