UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Cr. No. 04 CR. 114 (RBW) |
| | : | |
| V. | : | |
| HERNAN GIRLADO-SERNA | : | |
| Defendant. | : | |

ORDER

Upon consideration of the defendant's Motion To Continue the Sentencing currently scheduled for September 13, 2016 and the entire record herein, it is this _____ day August, 2016,

ORDERED, that the motion is granted and the sentencing in this case will be held on Friday, September 23, 2016 at 10:00 a.m.

_____
REGGIE B. WALTON
U.S. District Judge