**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GIRALDO-SERNA )<br>)<br>Defendant, )<br>)<br>Zulma Natazha Chacín de Henríquez, Nadiezhda )<br>Natazha Henríquez Chacín, and Bela Henríquez )<br>Chacín )<br>)<br>Victims. )<br>) | CASE NO.: 1:04-cr-00114-1 RBW |

**VICTIM IMPACT STATEMENT OF NADIEZHA NATAZHA HENRÍQUEZ CHACÍN**

Yo, Nadiezha Natazha Henríquez Chacín, declaro lo siguiente:

1. Presento esta declaración con el fin de describir el impacto que el crimen de Hernán Girado Serna ("Defendido") ha tenido sobre mí y mi familia. Está basada en mi conocimiento personal y de ser llamada a atestiguar podría hacerlo, y lo haría, de manera competente en relación con las cuestiones que aquí se presentan.

2. Soy hija de Julio Eustacio Henríquez Santamaría ("Julio") y Zulma Natacha Chacín de Henríquez ("Zulma"). Tengo 42 años, soy abogada y profesora universitaria.

3. Mi papá me llevaba a pescar. La primera vez fue de noche, me enseñó a ensartar el nilón y amarrar el anzuelo. También me mostró como brilla el mar en la noche cuando se agita el agua. Estuve a su lado mucho tiempo viendo el mar negro, esperando, sentada, en silencio hasta que me quedé dormida en su regazo. Me despertó el pez que picó, pero se escapó, luego mi papá me llevó a dormir en la carpa, junto a los otros niños. A la mañana siguiente preparó para nosotros ese y otros peces que pescó durante la noche. Esas cosas y otras cosas que compartía con los niños, que siempre estábamos cerca de él, las hacía con tanto amor, con tanta alegría. Nos enseñaba a disfrutarlas y disfrutándolas él mismo, como un niño más, con su risa estruendosa.

4. Cerca de mi papá crecimos muchos niños y niñas, algunos mayores y otros menores que yo. Todos éramos familia, primos todos, como es costumbre en nuestra tierra. Junto a mi papá aprendimos a volar cometas, a quitarnos el miedo y ver brillar la pólvora en la navidad. Aprendimos a jugar trompo, a cazar palomas de monte, practicando antes puntería con las papayas. Aprendimos a azar mazorcas, a montar a caballo, y a algunos hasta nos soltó el carro. Nos hizo una casita de muñecas y a los chicos casita en el árbol. Nunca faltó en la casa o en la finca el columpio y el resbaladero que hizo en madera con sus propias manos. Nos llevaba a navegar, saltando sobre las olas y responsabilizando a los más grandes del ancla. Era cómplice de juegos de muchos, que como yo, buscábamos su compañía, logrando el permiso de sus padres para la aventura segura.

5. Así mismo era con los otros adultos. Siempre había mucha gente a su alrededor. No en vano fue adoptado como propio en la familia de mi madre, era su hermano, su hijo. Con ellos fundó un periódico, un comité de derechos humanos, entró y salió de la guerra, fue mediador en los procesos de paz con los grupos guerrilleros; viajó por el Magdalena buscando votos en sus muchas campañas electorales, y tuvo varios proyectos: de construcción, agrícolas, cooperativos, educativos y ambientales. Enamoraba su entusiasmo, sus sueños, su forma de plantear las propuestas como si fueran fáciles, como si todo fuera posible.

6. Yo lo amaba, lo admiraba, lo imitaba. Me parecía el mejor hombre del mundo y soñaba con casarme con alguien como mi papá. Resentía haber nacido mujer, porque había cosas que mi papá no quería compartir conmigo, cosas de hombres, en las que me esforzaba por ser mejor que ellos y mostrárselo.

7. Le observaba todo. Era tan rutinario, se levantaba temprano a preparar café, y luego salía y se sentaba en su silla afuera a mirar lejos, las plantas, y los árboles que cuidaban

él y mi madre con devoción. Se tomaba despacio el café y fumaba un cigarrillo, no empezaba el día sin eso. Algunas veces, nos preparaba deliciosos desayunos que en días de semana nos hacían llegar tarde al colegio. Tenía su rutina para bañarse y para vestirse, luego en su escritorio y salir. Siempre nos reclamaba por coger sus cosas y nos prohibía tocarlas. Igual siempre lo hacíamos y esas pequeñas peleas eran como un juego cotidiano.

8. Me hubiera gustado que hablara más con nosotros. Casi no lo hacía. No era de discursos con los niños, sino de acciones. Algunas veces nos llevó a reuniones aburridas en playas o fincas maravillosas con pescadores y campesinos. Nosotros pensábamos en el mar o en el rio o en la fruta y en jugar. Nos llevó varias veces a vender las frutas de la finca, saliendo al amanecer para luego sufrir un día entero en una plaza de mercado asquerosa en Barranquilla. Había pocos discursos y sermones, había muchos ejemplos de vida, abrazos y palabras cariñosas.

9. Cada vez que sus proyectos fracasaban, cuando mataban a sus amigos, cuando las cosas no le salían como las había soñado, cosa frecuente, apretaba el seño y se sumía en un silencio y en una depresión que le duraba días. Nadie le hablaba. Al poco tiempo, salía con un invento nuevo, una nueva broma, y volvía a empezar el entusiasmo y la risa y la aventura que era la vida en mi casa.

10. Mi madre le seguía en todas, entre el apoyo y la crítica, entre solidaria y enojosa, protegiéndonos muchas veces de las consecuencias de los inventos de mi padre. Cuando los paramilitares se llevaron a mi papá había bastante agotamiento de esta dinámica, entre ellos. Yo estudiaba derecho en Bogotá, y con frecuencia me llamaron los tíos y mi mamá a decirme que el nuevo proyecto ambiental de mi papá era peligroso, que las cosas estaban volviéndose peligrosas. Yo lo llamaba inquieta y solo me decía que no me preocupara, cambiando el tema preguntándome cuando le daría nietos. Nunca dimensionó la magnitud de la violencia que vendría después. Él, estaba dentro de la zona de control de Hernán Giraldo, conocido como "el patrón", nadando contra la corriente cuando Hernán Giraldo estaba disputando su negocio y su poder territorial con Jorge 40, resistiéndose a someterse a las AUC.

11. Mi papá fue en contra de los intereses de Hernán Giraldo, porque pretendía modificar la conducta de los cultivadores de la hoja de coca. Pudo haberlo logrado, pero se enfrentó con ello, sin pensarlo, al eje del poder de Hernán Giraldo Serna. Su proyecto ambientalista amenazó su dominio sobre la voluntad y la vida de los cultivadores de coca. Mi padre fue uno de los primeros en caer. Luego vinieron muchos, pero desde antes el silencio y la sumisión al "patrón" era evidente.

12. Mi primera reacción a la noticia que me llegó el mismo domingo 4 de febrero de 2001 a las 9 de la mañana, fue activar los mecanismos de búsqueda ante el ejército, la policía, y la fiscalía. Busqué comunicación directa con ellos, pero fue difícil. Era domingo, eran esquivos, eran cómplices. En la tarde un familiar me llamó para decirme que no lo busque más porque ya estaba muerto.

Y si es así, el cuerpo dónde está?.........

13.     Al día siguiente de su desaparición, mi madre y yo ya estábamos en Santa Marta. Listas para seguir buscándolo. Las mujeres de mi familia, rezaban por él en casa de mi abuela, como en un velorio. Me vestí de rojo y puse música porque él tenía que estar vivo. Se fueron todas avergonzadas. Hoy me avergüenzo yo. Me hubiera gustado tener un velorio y nueve noches y llorarlo como corresponde, así no hubiera quedado llorándolo toda la vida de esta manera impropia.

14.     Entre 2004 y 2008 no hubo certeza de nada, todos tenían algo para decir entre noticias, fantasías, dolor, y maldad. Yo lo veía en la calle, lo confundía con otras personas, frecuentemente soñaba con él. Imaginaba a mí papá sufriendo. Lo imaginaba llorando. A veces era borroso en mis sueños, y otras veces era muy nítido y colorido. Se despedía, me saludaba. Yo siempre dañaba los sueños preguntándole donde estaba. Me despertaba con tanta tristeza.

15.     Lo buscamos. Todos lo buscamos. Sólo recibíamos razón del "patrón" (el Defendido) por los canales más inquietantes, todos cómplices, familiares, amigos, hasta la defensora del pueblo nos trajo la razón de que rezáramos mucho y no lo buscáramos más, si no queríamos que nos pasara lo mismo y eso solo nos daba más rabia y coraje para seguir buscándolo.

16.     Pensaba mucho en su tortura, en su cautiverio prolongado en un lugar oscuro. Pensaba en recibirlo vivo y maltratado y me imaginaba cuidándolo, claro que cuidaría de él. Otras veces lo imaginaba muerto, en el mar, irrecuperable, descuartizado. Nunca pensé en su fosa. Nunca pensé en que lo encontraría como lo encontramos: en una tumba del monte, todo tan verde, bajo un árbol, cerca de arroyos que se vuelven ríos, con el musgo y la piedra de la Sierra Nevada, con sus manos amarradas atrás y dos tiros de gracia en la cabeza, con una ropa que no era de él, sin un zapato, sin un pie, sin parte de su boca. Solo huesitos y el diente que alguna vez se le cayó y supe así que era falso, anduvo mueco un montón de tiempo hasta que se lo volvieron a hacer y le quedó más bonito que los demás. Ese montón de huesos era mi padre, ese diente me lo confirmó: yo lo conocía, lo había visto en su sonrisa toda la vida.

17.     La rabia no se ha ido. Me ha costado 15 años controlarla, evitar que me siguiera haciendo daño a la salud, a mi familia, a mis hijos y coserme por dentro con hilo de zapatero, reconstruirme un proyecto de vida. Uno nuevo, que conjugue quien era, y quien soy, que se parezca un poco a quien quise ser. A veces me siento extraña, como si no me reconociera.

18.     Las cosas mejoraron después que lo enterramos en 2009 y sentimos el cariño de tanta gente que lo quería. Era increíble, que tanta gente lo amara, lo extrañara, sufriera su ausencia y le doliera la impunidad, la injusticia, la guerra, el olvido, y el cambio de cultura, esa nueva cultura "narcoparamilitar", "narcopolítica", decadente, mafiosa, que llegó a mi tierra y no se ha ido.

19.     En la zona de control de Hernán Giraldo, el enfrentamiento social y político es invisible. Hay mucho miedo y sometimiento, esa inconformidad es más bien cultural, en ese sentido, mi padre, podría ejemplificar una forma de ser "costeño", una forma de ser "colombiano", tal vez no es la que están acostumbrados a asociar a lo "colombiano" en el

resto del mundo, porque ésta esa otra nueva cultura que gira alrededor del narcotráfico, de lo mafioso, del dinero fácil, de lo ilegal, personas que alardean de ser "peligrosas". En medio de esta realidad, la figura de mi padre y la de otros padres, se ha vuelto como un símbolo, de cuando éramos libres, viviendo sin miedo y sin dueño, haciendo mérito de la generosidad, la suavidad en el traro, el gusto por la buena vida que nos caracteriza.

20. El daño causado es muy grande, crecen nuevas generaciones de jóvenes con quienes ahora comparto el dolor y la nostalgia por las cosas destruidas y este proyecto bonito por la memoria y contra la impunidad en Colombia y en Latinoamérica, conscientes como somos de lo que está ocurriendo, de quienes son los responsables y por qué, es por eso que el acceso a la información es muy importante, la información que está en los Estados Unidos, oculta a nuestros ojos, y sin la cual no podremos nunca terminar de armar el rompecabezas que es nuestra historia y a partir de allí nuestro futuro. Por lo que es importante hacer públicos este y todos los expedientes de los procesos seguidos contra los narcotraficantes extraditados a los Estados Unidos.

21. Ahora resulta para mi muy curioso que todos estos estos años de lucha por la verdad y la memoria de mi padre, contra la impunidad frente al crimen que cegó su vida y por una reparación necesaria para reconstruir nuestras vidas, para resarcir el daño, tenga su camino en los Estados Unidos. Es curioso porque aquí empezó todo, desde hace muchos años. Son los responsables y las víctimas de su propio invento. En Latinoamérica somos también víctimas y sobreviviente del narcotráfico, de la violencia sistemática que el narcotráfico financia y con la cual dominan nuestras regiones.

22. Es doloroso que esta lucha por la verdad, la justicia y la reparación, tengamos que reiniciarla, luego de más de 15 años, en Estados Unidos, porque al decidir extraditar a Hernán Giraldo se destruyó cualquier posibilidad de lograr la justicia en Colombia. Ha sido difícil y arriesgado para nosotros tener que contar en esta Corte la verdad sobre lo ocurrido, demostrar el verdadero perfil del victimario, desenmascararlo como el monstruo que es y que ha sido, y probar otra vez, la tragedia que significa la muerte de mi padre. Y hacer valer aquí la tragedia que significa para la humanidad, las atrocidades cometidas por el "Defendido"

23. Si este juicio devela la magnitud de sus crímenes y su verdadero señorío en el control local del negocio ilegal, es un triunfo. En ese sentido, ser reconocidos como víctimas en este juicio es un pequeño triunfo para la verdad. Pero, en nuestro caso, todavía no vemos justicia ni reparación. Hasta ahora solo tenemos un documento en el que un juez colombiano dictó sentencia sobre el crimen de desaparición forzada y homicidio cometido contra mi padre responsabilizando a Hernán Giraldo como autor-determinador y condenándolo a 37 años de prisión y en esta sentencia el juez también ordena a Hernan Giraldo a indemnizarnos por los daños. A pesar de eso, Hernán Giraldo no ha estado un solo día preso por este delito, no ha pagado, ni va a pagar, un solo centavo de indemnización, primero porque no hay en Colombia una sola persona que lo obligue y segundo porque Hernán Giraldo está ahora en los Estados Unidos y todos los crímenes que cometió gracias a su inmenso poder y riqueza se resumen a la condena que tendrá en este país por el crimen de narcotráfico, porque la ley de justicia y paz a la que se acogió pronto decretará su libertad y nos dejará sin nada, ni siquiera tendremos la sentencia a 37 años de prisión y la orden de indemnizarnos, en esos

términos fue el acuerdo firmado por los paramilitares con el gobierno.

24. Considero, que al reconocer los daños que el narcotráfico internacional nos ha causado como victimas, la condena en los Estados Unidos puede dignificarnos a todos como humanidad, porque las atrocidades cometidas por los narcotraficantes no serán impunes, porque la justicia contra el narcotráfico reconoce y sanciona la destrucción que este producto ocasiona en los hogares y familias del mundo entero, así como también reconoce y sanciona la forma cruel y sanguinaria como estos sujetos ejercen y protegen su negocio en el mundo entero.

25. Eso, para mí, es como la verdad y la justicia se unen. Pero los derechos que tenemos como víctimas incluyen también la reparación y la garantía de no repetición. En ese sentido considero que se deben tomar medidas que nos garanticen la seguridad para volver a nuestro territorio, a nuestro mar, a nuestras vidas, sin miedo. Por ello, su condena debe ser prolongada y su riqueza y poderío afectados. Necesitamos y merecemos ser reparados. Los daños que hemos sufrido en todos los aspectos de nuestras vidas requieren que el causante de esos daños responda también a nuestro favor, en nuestro beneficio, aun cuando no pueda traernos a mi papá devuelta y deshacer todo el daño causado con su muerte.

26. Es importante la condena en los Estados Unidos contra Hernán Giraldo Serna, porque es muy importante enviar el mensaje de justicia y dignidad a los poderes mafiosos existentes ahora alrededor del narcotráfico en el caribe colombiano, ellos controlan el negocio bajo el terror que imprime su nombre. Hernán Giraldo Serna. Aunque no esté presente sigue en el imaginario de quienes se nombran sus sucesores. Si la meta de este proceso penal es condenar el narcotráfico, la benevolencia de la sanción no es el mejor mensaje, como tampoco lo sería sustraerlo de la responsabilidad que tiene de resarcir los daños.

Nadiezhda N Henriquez Chacín.
Bogotá, 1 de septiembre de 2016.

I, Nadiezha Natazha Henríquez Chacín, declare as follows:

1.      I submit this declaration to describe the impact of the crime committed by Hernán Giraldo Serna ("Defendant") on my family and me. It is based on personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

2.      I am the daughter of Julio Eustacio Henriquez Santamaria ("Julio") and Zulma Natacha Chacin de Henriquez ("Zulma"). I am 42 years old, a lawyer and a university professor.

3.      My dad would take me fishing. The first time was at night and he taught me to string the line and tie the hook. He also showed me how the sea shined at night when the water was choppy. I was at his side for a long time watching the black sea, waiting, sitting quietly until I fell asleep on his lap. I woke up when the fish bit, but it escaped and he took me to sleep in the tent, next to the other children. The next morning he prepared for us that and other fish he caught throughout the night. Those things and other things he shared with the children, who were always close to him, he made with such love, with such joy. He taught us to enjoy them and he would get the same pleasure from it as if he was another child, with his heavy laughter.

4.      Near my dad grew many children, some older and some younger than me. We were family, all cousins, as is the custom in our land. Together with my dad we learned to fly kites, to overcome fear and watch the fireworks at Christmas. We learned to play with the spinning top, how to hunt doves in the mountain, practicing our marksmanship beforehand on papayas. We learned to roast corn on the cob, ride horseback, and some even got to drive his car. He made us a dollhouse and for the boys he made a tree house. We never lacked a swing and wooden slide that he made with his own hands at home or on the farm. He took us sailing, jumping over the waves and giving the responsibility of the anchor to the older kids. He was the accomplice in games of many who, like me, looked for his company, receiving the permission from their parents for a safe adventure.

5.      He was the same with the other adults. There were always lots of people around him. With good reason he was adopted by my mother's family as one of their own, he was their brother, their son. Together they founded a newspaper, a committee on human rights, entered and left the war, mediated peace processes with guerilla groups, traveled Magdalena seeking votes in many electoral campaigns, had several construction, agricultural, cooperative, educational, and environmental projects. His enthusiasm was enchanting, his dreams, his way of presenting proposals as if they were easy, as if anything was possible.

6.      I loved him, admired him, imitated him. He seemed like the best man in the world and I dreamed of marrying someone like my dad. I resented being born a woman, because there were things that my dad did not want to share with me, things of men, in which I forced myself to be better than them to show him.

7.      I observed everything about him. He had a routine, he got up early to make coffee, and then he would go and sat in his chair outside to look far away, the plants, and trees that he and my mother took care of with devotion. He drank his coffee slowly and he would smoke a cigarette, he did not start the day without that. Sometimes, he prepared delicious breakfasts on weekdays that

made us late for school. He had his routine for bathing and dressing, then at his desk and then he would leave. He always complained about us taking his things and prohibited us from touching them. Even then we always did it and those little fights were like a daily game.

8. I would have liked for him to talk with us more. He hardly did, he was not one for conversations for the children, but more about action. Sometimes he took us to boring meetings on beaches or wonderful farms with fishermen and farmers. We thought about the sea or the river or the fruit and about playing. He took us several times to sell the fruit from the farm, leaving at dawn to then suffer a whole day in the disgusting market square in Barranquilla. There were few conversations and lectures, there were many examples of life, hugs and loving words.

9. Every time his projects failed, when they killed his friends, when things did not go as he had dreamed, frequently, he would wrinkle his forehead, and sink into silence and into a depression that lasted days. No one spoke to him. In a short time, he would be out with a new invention, a new joke, and the excitement would start again and laughter and the adventure that was life in my house.

10. My mother always stood with him, through the support and criticism, through anger and solidarity, often protecting us from the consequences of my father's projects. When paramilitaries took my father there was quite an exhaustion of this dynamic, between them. I was studying law in Bogota and frequently my uncles and my mom would call to tell me that the new environmental project my father had was dangerous, that things were getting dangerous. I would call him worried to ask him and he just told me not to worry and would change the subject by asking when I would give him grandchildren. He never imagined the magnitude of the violence that was to come. He was within an area controlled by Hernán Giraldo, known as "the boss," swimming against the current when Hernán Giraldo was disputing his territorial power with "Jorge 40," resisting submission to the AUC.

11. My father went against the interests of Hernán Giraldo because he sought to change the behavior of the coca leaf growers. He could have succeeded, but without thinking he confronted it, the center of power of Hernán Giraldo Serna, with his environmental project, and threatened his control over the will and the life of coca growers. My father was one of the first to fall. Then came many, but from early on the silence and submission to the "boss" was evident.

12. My first reaction to the news that I received that same Sunday, February 4, 2001 at 9 am, was to activate the army, police, and prosecutor's office to search. I tried to directly communicate with them, but it was difficult. It was Sunday, they were elusive, they were accomplices. In the afternoon a relative called to tell me not to look anymore because he was already dead.

And if that is what happened, where is the body?

13. The day after his disappearance, my mother and I were already in Santa Marta, ready to continue searching for him. The women of my family were at my grandmother's house praying for him, as at a vigil. I dressed in red and played music because he had to be alive. They were all

embarrassed and left.  Today I am the one embarrassed.  I would have liked to have a vigil for nine nights and mourn him properly, so that I would not weep for the rest of my life in this improper manner.

14.     Between 2004 and 2008 there was no certainty of anything, everyone had something to say, between the news, fantasies, pain, and evil.  I would see him in the streets, I confused him with others, I often dreamed of him.  I imagined him suffering.  I imagined him crying.  Sometimes, he was blurry in my dreams, and other times it was very crisp and colorful.  He would say goodbye, he greeted me.  I always ruined the dreams by asking him where he was.  I would wake up with such sadness.

15.     We looked for him.  We all looked for him.  We only received notice from the "boss" (the Defendant) through the most worrisome channels, all the accomplices, friends, even the local ombudsman gave us the message that we should pray a lot and that we should not look for him, unless we wanted to end up the same way and this only enraged us and gave us courage to go on looking for him.

16.     I thought a lot about his torture, of his prolonged captivity in a dark place.  I thought of receiving him battered but alive and I imagined caring for him, of course I would take care of him.  Sometimes I imagined him dead at sea, unrecoverable, dismembered.  I never thought of a grave.  I never thought I would find him as we found him.  In a tomb on a green hill under a tree, near streams that become rivers, with moss and stone of the Sierra Nevada.  With his hands tied behind his back and two *coup de grace* shots to the head, with clothing that was not his, without a shoe, without a foot, without part of his mouth.  Only bones and a fake tooth that fell out once and so I knew it was false, he had a gap for a long time until they fix it again and it was nicer than the others.  That pile of bones was my father, that tooth confirmed it, I knew it, I had seen it in his smile all my life.

17.     The rage has not gone away.  It has taken me 15 years to control it, to prevent it from continuing to harm my health, my family, my kids and stitching up my insides with the string of a shoe repairman, I reconstructed a plan for life.  A new one, one that captures who I was, and who I am, that somewhat resembles who I wanted to be.  Sometimes I feel strange, as if I don't recognize myself.

18.     Things improved after we buried him in 2009 and we felt the love of so many people who liked him.  It was incredible, that so many people loved him, missed him, suffered from his absence and pain of the impunity, the injustice, the war, the oblivion, and the change in culture, that new "narcoparamilitary," "narcopolitics," decadent culture that arrived to my land and has not left.

19.     In the area under Hernán Giraldo's control, the social and political conflict is invisible.  There is a lot of fear and submission, this unconformity is really cultural and in this respect, my father could exemplify a way of being "*costeño*," a way being "Colombian", which may be not what is normally associated with being "Colombian" in the rest of world, because there is that new culture that revolves around the drug trade, around the mafia, around easy money, people who try to be "dangerous."  In the midst of this reality, the figure of my father and that of other fathers, has

become a symbol of when we were free, living without fear and without an owner, finding value in generosity, gentle treatment of others, and a taste for the good life that we were characterized by.

20.     The damage caused is very large, the new generations of young people with whom I now share pain and nostalgia for things destroyed and this beautiful project for memory and against impunity shared all over Colombia and in Latin America, aware as we are of what is happening and who is responsible and why; that is why access to information is so important, the information is in the United States and concealed from our eyes, and without it we can never finish putting together the puzzle pieces that is our history and from there our future.  Therefore, it is important to make public the records of this and all proceedings against the narco-traffickers extradited to the Untied States.

21.     That is why it is curious to me that all these years of struggle for truth and memory of my father, against impunity for the crime that ended his life and for necessary reparation to rebuild our lives to compensate for the damage, should lead to the United States.  It is curious because it all began here, many years ago.  They are the responsible and the victims of their own invention, the drug trade.  In Latin America, we are also victims and survivors of narco-trafficking, of the systematic violence that the narco-trafficking financed and with which our regions were controlled.

22.     It is painful that this struggle for truth, justice and reparation, we have to restart it, after more than 15 years, in the United States, because in deciding to extradite Hernán Giraldo any possibility of justice in Colombia was destroyed.  It has been difficult and risky for us to have to tell this Court about the truth of what happened, prove the true profile of the perpetrator, to unmask the monster that he is and has been, and demonstrate the tragedy of my father's death.  And try to make count here the tragedy that it signifies for humanity, the atrocities committed by the "Defendant."

23.     If this proceeding reveals the magnitude of his crimes and his true dominion in local control of the illegal trade, it is a triumph.  In that sense, to be recognized as victims in this proceeding is a small triumph for the truth.  But, in our case, we still have not achieved justice or reparation.  Until now, all we have is a document in which a Colombian judge issues a sentence for the crimes of forced disappearance and homicide committed against my father that holds Hernán Giraldo responsible as the mastermind and sentences him to 37 years in prison and orders him to compensate us.  Despite this, Hernán Giraldo has not been in prison a single day for this crime, he has not paid, nor will pay, a single cent in compensation, first because there is not a single person in Colombia who will make him and second because Hernán Giraldo is now in the United States and all the crimes that he committed thanks to his immense power and wealth is represented in the sentence that he will be given in the United States for the consequences of the crime of narco-trafficking, because the law of justice and peace which he benefits from will soon decree his freedom and will leave us with nothing, we will not even have the sentence of 37 years of prison and the order of compensation, upon these terms is based the agreement between the paramilitaries and the government.

24.     In recognizing the harms that international narco-trafficking caused us as victims, the sentence in the United States could dignify all of our humanity, because the atrocities committed by narco-traffickers will not remain in impunity because justice for narco-trafficking would recognize

and punish the destruction that this product cause homes and families in the whole world, just as it would recognize and punish the cruel and bloody ways persons carry out and protect this business in the whole world.

25.     This, in my opinion, is how truth and justice come together.  But the rights we have as victims also include reparation and the guarantee of non-repetition.  In this respect, I consider that measures should be taken to ensure our safety to return to our land, our ocean, our lives, without fear.  Therefore, his sentence should be long and his wealth and power impacted.  We need and deserve to be compensated.  The harms we have suffered to every aspect of our lives require that the cause of these harms responds in our favor, in our benefit, although he can never bring us our father back and undo the harm caused by his death.

26.     The sentence in the United States against Hernán Giraldo Serna is important, because it is very important to send a message of justice and peace to all mafia powers existing now around drug trafficking in the Colombian Caribbean, they control the business under the terror that bears his name.  Hernán Giraldo Serna.  Although he is not present, his image lives on in those who call themselves his successors.  If the goal of this criminal proceeding is to condemn drug trafficking, benevolence at sentencing is not the best message, nor is to exempt him from the responsibility to compensate the harms.


Nadiezhda N Henriquez Chacin.
Bogota, September 1, 2016.

# CERTIFICATE OF TRANSLATION

I, Roxanna Altholz, am competent to translate from Spanish into English, and certify that the translation of Nadiezha Natazha Henriquez Chacin's statement is true and accurate to the best of my abilities.

_____
(signature)

9-8-16

Roxanna Altholz
Berkeley Law
489 Simon Hall
Berkeley, California
94720