# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> v. <br> GIRALDO-SERNA, <br>                 Defendant, <br> Zulma Natazha Chacín de Henríquez, Nadiezhda Natazha Henríquez Chacín, and Bela Henríquez Chacín <br>                 Victims. | CASE NO.: 1:04-cr-00114-1 RBW |

**VICTIM IMPACT STATEMENT OF BELA HENRÍQUEZ CHACÍN**

1

Yo, Bela Henríquez Chacín, declaro lo siguiente:

1. Presento esta declaración con el fin de describir el impacto que el crimen de Hernán Girado Serna ("Defendido") ha tenido sobre mí y mi familia. Está basada en mi conocimiento personal y de ser llamada a atestiguar podría hacerlo, y lo haría, de manera competente en relación con las cuestiones que aquí se presentan.

2. Soy la hija de Julio Eustacio Henríquez Santamaría ("Julio") y Zulma Natacha Chacín de Henríquez ("Zulma"), tengo 32 años y soy bióloga.

3. Mi padre, Julio Henríquez, era una persona muy sociable y de buenas amistades, alegre y de grandes valores humanos y sensibilidad por el bienestar común. Moreno, alto, de gran presencia y elegancia, y a la vez con la sencillez de un campesino o pescador. Podía estar horas bajo el sol cuidando sus cultivos del patio de la casa o la finca como arreglando el motor de la lancha para salir a pescar, lo mismo que es su escritorio frente al computador diseñando proyectos. Lo recuerdo como un gran líder, querido por muchas personas de bajos recursos y de reconocimiento político y académico.

4. Fue un padre muy presente en mi niñez y en mi formación. El promovía mi aprendizaje y me motivaba a mejorar y aprender cada día. Solía llevarme a sus actividades, a las reuniones de trabajo y a compartir con las familias de sus amigos y colegas. También nos cocinaba platos deliciosos con los frutos de mar que pescaba con sus compañeros. Fue siempre muy ligado a la familia y le era muy importante compartir en familia, así que promovía fiestas y paseos familiares, hacia videos de los eventos e intentaba hacernos reír con bailes chistosos. Era centro de alegría y unión. También fue un gran esposo. Recuerdo con felicidad los momentos en que mis padres se manifestaban su cariño, y su relación es para mí ejemplo de complicidad y compañerismo en el amor.

5. Cuando el Defendido desapareció mi papa yo tenía 16 años. Me sentía desconcertada y confundida. Recuerdo el caos que la casa, y mi hermana y madre, todas desesperadas activando mecanismos de búsqueda urgente, recibiendo comentarios confusos de personas cercanas a la situación, desconcertadas por no saber qué sucedía realmente y la angustia de no saber si lo volveríamos a ver. Ese año yo iniciaba mi universidad y era difícil compartir lo que sucedía con mis compañeros porque no comprendían lo que pasaba. La desaparición forzada aún no estaba públicamente reconocida. Me tropezaba con reacciones extrañas y mucha estigmatización al contar lo que pasó. Yo misma no lo comprendía bien.

1

6. Entonces tuve dificultades de concentración y memoria, y mi rendimiento académico comenzó a disminuir significativamente. Así perdí la beca de bachiller de excelencia que mi padre me había ayudado a gestionar para que pudiera ir a estudiar a Bogotá.

7. El núcleo familiar se vio fuertemente sacudido, y fue alterando todos mis lazos de confianza y haciéndome perder mi sensación de seguridad. La vida de mi madre se tornó en la búsqueda de mi padre. Ella se vio obligada a desplazarse forzosa e indefinidamente a Bogotá con todas las cosas de nuestra casa en Santa Marta, y buscar el apoyo de amigos para encontrar dónde vivir y sostenerse. Como mi padre era el principal proveedor económico de la familia, no contar con el precarizó nuestra condición económica. No volvimos a Santa Marta por años, más o menos 5 años, por temor y desconfianza.

8. Hoy, Colombia está en la búsqueda de la paz, y toda mi familia, desde cada uno de sus espacios y trabajos, continua el legado de padre defendiendo los derechos humanos y buscando alternativas de vida digna, justa y ambientalmente respetuosas. Cada día que siento la vigencia y la herencia de la guerra, así como la búsqueda de la paz pienso en el papel que jugaría mi padre en estos temas y el vacío que el dejó. Pienso en el ecoturismo incluyente que mi padre promovía y la exclusión que sufren todos los ciudadanos de Santa Marta al no poder disfrutar de sus playas y tampoco obtener empleos justos en medio de varias locomotoras de desarrollo. Pienso en los pescadores artesanales que no pueden ejercer su oficio tradicional de forma competitiva para sustentar a sus familias con dignidad. Pienso en mi propia vida y lo enriquecedor que sería charlar con mi padre acerca de economía solidaria, medio ambiente, y paz para Colombia.

9. Si él estuviera vivo, tal vez hubiese continuado su trabajo organizando campesinos para sustituir cultivos, y el municipio de Calabazo estaría florecido con árboles frutales y pan coger, en vez de estar arrasada por cultivos ilícitos y ganadería mal administrada. El río tendría agua y la Sierra Nevada de Santa Marta estaría un poco más protegida. Mi padre seguiría trabajando por la paz en el Magdalena, seguramente incluso involucrando en sus proyectos a excombatientes porque el siempre creyó en la capacidad de diálogo y en la humanidad de las partes. Pienso en mi padre y aún después de tantos años de su desaparición, pienso en lo que podría ser un futuro de la comunidad con él, porque él era un visionario que cada día entregaba ideas para que nuestra sociedad fuese renovada.

10. Es importante para la historia que cada uno se haga responsable de su papel en los hechos que acontecieron. Esto es un paso que permite garantizar la comprensión y no repetición de estos hechos. Que Hernán Giraldo sea juzgado no solo por su rol como narcotraficante, sino también por el asesinato de mi padre, simbolizara un juicio que lo reconoce como paramilitar asumiendo su responsabilidad en la victimización de muchas

personas a lo largo de su carrera de mando en el departamento del Magdalena.

11. Una de las opciones es que a Hernán Giraldo Serna le sea otorgado la máxima pena. Desde mi sentido de humanidad quisiera pensar que quiere estar con su familia, que ya cansado, mayor y con algunos malestares de salud, solo quiere recuperar y disfrutar los años que le quedan. Volviendo a mí, pienso que aún no podemos volver a la finca en Calabazo; que aún, como otros colombianos, tenemos miedo y que el paramilitarismo y el narcotráfico está vigente en Magdalena. A veces cuando la gente es tan mala le cuesta dejar de serlo. Tal vez lo que necesita Hernán Giraldo es una buena cárcel en Estados Unidos, para leer, aprender algún oficio, y cuidar su salud. No quiero arriesgarme a que un tsunami de terror como el vivido durante su control territorial en el Magdalena vuelva a repetirse. Una larga condena significaría que la muerte de mi padre no fue totalmente en vano si no que su lucha, su vida, su muerte y este esfuerzo por hacer justicia es importante.

12. Somos muchas las victimas del paramilitarismo y el narcotráfico en Colombia y es necesario que todos sepamos la verdad, que tengamos claridad del porqué pasaron las cosas, que se generó a partir de ellas y cuáles son las consecuencias. Después de todos estos años de espera para ser tenidos en cuenta en este caso en los Estados Unidos, me siento complacida que logramos ser escuchados, y podemos levantar nuestra voz para que repica y hace eco. Ahora se sabe que Hernán Giraldo no es solo un narcotraficante colombiano, sino que el narcotráfico internacional cobra muchas vidas de inocentes y de personas que podrían estar construyendo un mejor mañana. Sin embargo, en cuanto la desaparición de mi papa, todavía no sabemos la verdad porque Hernán Giraldo Serna no ha querido contarla. El Defendido no ha reconocido ni admitido su rol directo en la desaparición de mi padre ni las razones verdades por las cuales lo ejecuto. Sin esa verdad, no ha sido posible abordar el mal que hizo el negocio de narcotráfico y paramilitarismo del Defendido en mi región para saldar las cuentas y tomar decisiones que ayuden desmantelar su organización criminal y crear un mejor futuro.

13. Tampoco se ha hecho justicia. En mi opinión, justicia sería que nuestras afectaciones económicas, sociales, y emocionales fueran tenidas en cuenta dentro de este proceso. Deseamos poder regresar a Santa Marta y a nuestra finca cerca de Calabazo sin miedo y con dignidad. Para que eso sea posible un día, es necesario que este proceso penal apoye los procesos de desmantelamiento de las bandas al margen de la ley herederas del Defendido y asegure que el Defendido no vuelve a Colombia a causar más daño. También necesitamos que Hernán Giraldo cumple con la orden de compensación económica emitida por una Corte en Colombia a favor de mi familia y pague una justa indemnización la cual nos permitirá cuidarnos y sanarnos física y espiritualmente, reactivar los proyectos de mi padre así entregarle a nuestra comunidad parte de lo perdido. Quisiéramos continuar con los proyectos socioambientales que lideraba mi padre, en la finca o en algún lugar donde sea

3

posible.

14. Que este proceso ayuda evitar la repetición de las danos que sufrimos, logrando verdad, justicia, y reparación integral, siento que es la única manera de poder reconstruir y recuperar nuestras vidas.

*[signature]*
Bela Henríquez Chacín
1 septiembre 2016

I, Bela Henríquez Chacín, declare as follows:

1.       I submit this declaration to describe the impact of the crime committed by Hernán Giraldo Serna ("Defendant") on my family and me.  It is based on personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

2.       I am the daughter of Julio Eustacia Henríquez Santamaría ("Julio") and Zulma Natacha Chacin de Henríquez ("Zulma"), am 32 years old and a biologist.

3.       My father, Julio Henríquez, was a very sociable and cheerful person with good friendships, great humane values and sensitivity for the common good.  Dark skinned, tall, with a grand presence and elegance, and at the same time with the simplicity of a farmer or fisherman.  He could just as well spend hours under the sun tending to his crops in the patio or on his farm as fixing the motor of his boat to go fishing or just as sitting at his desk on the computer developing projects.  I remember him as a great leader, loved by many low-income people, and politically and academically well known.

4.       He was a very present father during my childhood and during my upbringing.  He encouraged my education and motivated me to improve and learn every day.  He used to take me to his activities, to his work meetings and to spend time with the families of his friends and colleagues.  He also cooked delicious dishes with the seafood he caught from fishing with his colleagues.  He was always very close to the family and it was very important for him to spend time with his family, so he organized parties and family trips, he would make videos of the events and tried to make us laugh doing funny dances.  He was the center of happiness and togetherness.  He was also a great husband.  I happily remember times when my parents showed their affection, and their relationship is an example, for me, of support and companionship in love.

5.       When the Defendant murdered my father, I was 16.  I was disconcerted and confused.  I remember the chaos in the house, and my sister and mother, all desperately activating urgent search parties, receiving confusing comments from people close to the situation, disconcerted because they did not know what was really happening and the anguish of not knowing if we would see him again.  That year I began my university studies and it was difficult to share what was happening with my classmates because they did not understand what was happening.  Forced disappearance was not yet publicly acknowledged.  I confronted strange reactions and much stigma when I would say what happened.  I myself did not understand it well.

6.       Then I had difficulty with concentration and memory, and my academic performance began to decline significantly.  So I lost the academic scholarship that my father had helped me obtain so that I could go study in Bogota.

7.       The household was severely shaken, and all my relationships of trust changed which made me lose my sense of security.  My mother's life revolved around searching for my father.  She was forced to move to Bogota indefinitely with all the things from our house in Santa Marta, and seek the support of friends to find a place to live and sustain herself.  As my father was the main economic provider for the family, not being able to count on him undermined our economic situation.

We did not return to Santa Marta for years, about 5 years, because of fear and distrust.

8. Today, Colombia is seeking peace, and my whole family, from each of their spaces and work, continues the legacy of my father by defending human rights and searching for an alternative dignified, fair and environmentally friendly life. Every day as I feel the reality and legacy of the war as well as the search for peace I think of my father's role in these issues and the void he left. I think of inclusive ecotourism which my father promoted and the exclusion suffered by all citizens of Santa Marta who are unable to enjoy their beaches or unable to obtain fair jobs amid the different forces of development. I think the artisanal fishermen who cannot exercise their traditional trade competitively to support their families with dignity. I think about my own life and how enriching it would be to talk with my father about economic solidarity, the environment, and peace for Colombia.

9. If he were alive, perhaps he would have continued his work organizing farmers to substitute crops, and the municipality of Calabazo would be flourishing with fruit trees and food to sustain the families, instead of being destroyed by illicit crops and mismanaged livestock. The river would have water and the Sierra Nevada of Santa Marta would be a bit more protected. My father would continue to work for peace in the Magdalena, probably even involving former combatants in his projects because he always believed in dialogue and humanitarian efforts. I think of my father and even after so many years after his disappearance, I think about what the future of the community could have been with him, because he was a visionary who shared ideas every day to restore our society.

10. It is important for history that everyone be held responsible for their role in the events that happened. This is a step that ensures understanding and non-repetition of these events. That Hernán Giraldo be judged not only for his role as a drug dealer, but also for the murder of my father, this would symbolize a judgment that recognizes him as a paramilitary taking responsibility in the victimization of many people throughout his career in command of the department of Magdalena.

11. One option is that Hernán Giraldo Serna be given the maximum penalty. From my sense of humanity, I would like to think that he wants to be with his family, already tired, older and with some health ailments, he just wants to recover and enjoy the remaining years. Returning to me, I think we still cannot go back to the farm in Calabazo; still, like other Colombians, we are afraid and paramilitaries and narco-traffickers are still in control of Magdalena. Sometimes when people are so bad it is difficult for them to change. Perhaps, what Hernán Giraldo needs is a good time in prison in the United States, to read, learn a trade, and take care of his health. I do not want to risk a tsunami of terror like the one experienced during his territorial control of the Magdalena repeating itself. A long sentence would mean that the death of my father was not totally in vain but that his struggle, his life, his death, and the effort to do justice is important.

12. The victims of paramilitarism and narco-trafficking in Colombia are many and it is necessary that we all know the truth; that we have clarity of why things happened, what implications they had, and what the consequences are. After all these years of waiting to be taken into account in this case in the United States, I feel pleased that we are being heard, and we can raise our voice so that it rings and echoes. Now it's known that Hernán Giraldo is not only a Colombian drug

trafficker, but that international drug trafficking takes many innocent lives and of people who could have been building a better tomorrow. However, with respect to my father's disappearance, we still do not know the truth because Hernán Giraldo Serna has not wanted to tell it. The Defendant has not recognized nor admitted his direct role in the disappearance of my father nor truthfully explained the reasons he executed him. Without this truth, it has not been possible to address the harm caused by the drug trade and paramilitarism of the Defendant in my region, to settle accounts, and take decisions that help dismantle his criminal organization and create a better future.

13. Nor has justice been done. In my opinion, justice would require that our economic, social and emotional harms were taken into account in this proceeding. We want to return to Santa Marta and our farm in Calabazo without fear and with dignity. For that to be possible one day, it is necessary that this criminal process support efforts to dismantle the illegal gangs, the heirs of the Defendant, and ensure that the Defendant does not return to Colombia to cause more damage. We also need Hernán Giraldo to comply with the compensation order issued by a court in Colombia in favor of my family and to pay a just compensation that will allow us to heal ourselves physically and spiritually, by reviving my father's projects and giving our community some of what was lost. We want to be able to continue with the social and environmental projects that were led by my father on the farm or anywhere possible.

14. That these proceedings help avoid the reoccurrence of the harms we suffered by achieving truth, justice, and integral reparation, I feel that this is the only way to rebuild and recover our lives.

Bela Henríquez Chacín
September 1, 2016

# CERTIFICATE OF TRANSLATION

I, Roxanna Altholz, am competent to translate from Spanish into English, and certify that the translation of Bela Henríquez Chacin's statement is true and accurate to the best of my abilities.

_____
(signature)

9-8-16

Roxanna Altholz
Berkeley Law
489 Simon Hall
Berkeley, California
94720