UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>HERNAN GIRALDO-SERNA,   )<br>)<br>Defendant.       )<br>_____) | Criminal Action No. 04-114-1 (RBW) |

## ORDER

In accordance with the Court's oral rulings at the motion hearing, held on this same date, it is hereby

**ORDERED** that the Victims' Motion for an Order Directing the U.S. Department of Justice ("DOJ") to Seek Travel Authorization Sufficient to Allow Victim, Bela Henríquez Chacín, to Attend Defendant's Sentencing is **GRANTED**. It is further

**ORDERED** that the DOJ shall consult with the Drug Enforcement Administration ("DEA") to determine whether the DEA will file a formal application on behalf of Ms. Henríquez Chacín with the Department of Homeland Security ("DHS") for travel authorization for Ms. Henríquez Chacín to attend the defendant's sentencing. It is further

**ORDERED** that if the DEA is unable or unwilling to file a formal application with the DHS, the DOJ shall take appropriate measures to file an application on behalf of Ms. Henríquez Chacín with the DHS, seeking travel authorization. It is further

**ORDERED** that the parties shall appear for a status conference on October 14, 2016, at 9:30 a.m., to ascertain the status of obtaining travel authorization for Ms. Henríquez Chacín. It is further

**ORDERED** that the sentencing of the defendant previously scheduled for October 12, 2016, is **CONTINUED** until a later date determined at the October 14, 2016 status conference.

**SO ORDERED** on this 13th day of September, 2016.

_____
REGGIE B. WALTON
United States District Judge