UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. CR-04-114 (RBW) |
| | ) | |
| HERNAN GIRALDO-SERNA, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED MOTION TO CONTINUE HEARING

**COMES NOW** the United States of America, with consent of counsel for defendant and counsel for the movants from Colombia, and files this amended motion to continue the sentencing hearing set for November 18, 2016. (The first motion to continue was inadvertently noted as being filed under seal. The first motion and this motion are filed on the public docket, and not under seal.) The visa application for one of the movants in Colombia has been submitted to DEA and ICE, but no decision has been reached. The government has been advised that if a visa is to be issued, it should be issued within 30 days. Defense counsel for defendant requests that the sentencing occur on or before December 14, 2016. Accordingly, to allow more time for the visa application to be resolved and in light of defense counsel's request, the government asks for a sentencing hearing of December 14, 2016.

    Respectfully submitted,

    ARTHUR G. WYATT
    CHIEF, NDDS

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286
paul.laymon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to counsel for defendant and counsel for movants on November 14, 2016.

\_\_\_\_\_-s-_____
Paul Laymon
Trial Attorney