# EXHIBIT 2
# LETTERS OF SUPPORT

Santa Marta, Colombia                        April-2016


Honorable Judge

Reggie Walton

In Your Hands


I, Luz Elena Trujillo Garcia (wife), and Mr. Hernan Giraldo Serna children want to communicate that due to the long time our father and husband has been in the United States, our home has been affected because our children have grown with his absence. We ask your honor to have into consideration the time our loved one has been in prison, to concede his freedom. Because as human being that he is, he deserves a second opportunity for his mistakes and does not deserve to be far from us. We ask from the bottom of our hearts, your honor, to transfer our loved one to his native state. Nobody deserves to be for that long away from his family and especially in the inhumane conditions he's been held in that jail that day by day deteriorates our loved one's health. Given this age, he should not be fine to continue at that jail.


We thank your attention.


Thanks


**Luz Elena Trujillo**

**Wife**

**Cesar Giraldo Trujillo**

**Maria Giraldo Trujillo**

**Laura Vanessa Giraldo Trujillo**

**Diego Andres Giraldo Trujillo**

**Jesus Alberto Giraldo**

**Children**

Santa Marta, Colombia      Abril-2016.


Honorable Juez
   Regie Bwalton
      E.S.M.


Yo luz elena Trujillo Garcia (esposa) e
hijos del Señor Hernan Giraldo Serna
le comunicamos que debido al tiempo
tan largo en Estados unidos nuestro
padre y esposo se ha visto Afectado
el hogar ya que nuestros hijos han
crecido con la ausencia de un padre,
le pedimos señor Juez tenga en cuenta
el tiempo que lleva nuestro ser querido
en esa carcel para concederle la libertad.
por que como ser humano que es Asi
Haya cometido errores no merece estar
lejos de nosotros. le pedimos de corazón
Señor Juez el traslado de nuestro ser
querido a su pais natal, ninguna
persona merece estar tanto tiempo
lejos de su Familia y mas en las
condiciones inhumanas que le dan en
esa carcel que dia a dia deterioras
la salud de nuestro ser querido.
debido a su edad no estaria bien
que continue en esa prision.

Le agradecemos la atencion prestada

Gracias

Atte:

Luz elena Trujillo G.
Esposa

. Cesar Giraldo Trujillo

Maira Giraldo Trujillo

. Laura Vanessa Giraldo Trujillo.

. Diego Andres Giraldo Trujillo.

. Jesus Alberto Giraldo

. Hijos

April 21, 2016                    Medellin

Your Honor Judge                 Best Regards

Hereby is to make a petition, hoping your honor understands the necessity for a family that feels sad by the absence of a loved one that has already been judged in this country and we as a family are waiting his return since most of the people traveling with him have returned. We ask your honor to send him back to his country of origin to pay what he still owns, near his family and children. It is worth to mention that my brother has minor children, whom required his paternal presence. He is an elderly man and needs his family.

I ask your honor from the bottom of my heart that my brother be returned to Colombia to live the remaining of his years receiving the love from his family and friends.


Best regards,


MARIA GLORIA GIRALDO DE GIRALDO

CC: 21'2982.325

April 21, 2016, Medellin

Your Honor, in a very respectful way I direct to you wishing you good health and blessings from our lord Jesus. This letter, thanking you honor attention, is to request your honor consideration for my uncle Hernan Giraldo Serna, who has been a loved person by his family. We miss him so much and feel the necessity to meet him again. I ask your honor to have into account that Hernan has minor children who want to meet him and feel the company and protection from his father.

Your Honor, in the most respectful way I ask the sentencing to be consistent with what has been given to others that accompanied my uncle in the legal case in Colombia because I see with optimism that these people already came back to Colombia.

Also, I ask your honor to consider that my uncle Hernan Giraldo has cooperated with everything within his power to clarify all processes in which has been syndicated in Colombia and he has never denied to comply with his duties in the Justice and Peace Process.

Beforehand thank you very much for your attention and I ask God to fill you with wisdom to make the most successful decision.


Sincerely,


Eleazar GIraldo Giraldo

Cc: 8033.621

April, 26, of 2016

Sr. Judge Best Regards

Mi name is Blanca Ruth Giraldo Serna. My cedula # is 21892445. I am Mr.
Hernan's Giraldo Serna eldest sister. Your Honor I'd like to request my brother's
freedom whom we miss because he is a human being as anybody else. He is not
the monster as many people labeled him. We are his family and need him in
Colombia.

Sincerely,

Blanca Ruth Giraldo S

(Signature in Spanish) 1082977733

Alba Luz Alarcon Giraldo

CC 57435187

Abril - 26 del 2016

Señor Juez cordial saludo

Mi nombre es Blanca Ruth Giraldo Serma

Mi Numero de cedula es 21 892 445

Soy la Hermana Mayor de Herman Giraldo Serma

Señor Juez para pedirle la libertad de mi Hermano que nos esta asiendo mucha falta ya que el es 1 Ser humano lo mismo que cualquier persona. El no es 1 mostro como lo califican muchas personas Nosotros que somos su Familia lo nesesitamos aqui en Colombia

ate

Blanca Ruth Giraldo S

108297773

Alba Luz Alarcon Giraldo
CC 57435187

SANTA MARTA                              APRIL 14, 2016

SR. JUDGE

REGGIE B WALTON


I Pedro Rangel Rodriguez identified with cedula number # 12533588 of Santa
Marta, Colombia.

Community leader since my youth was born on October 28th, 1946 in Lourdes,
Norte de Santander. I testify with much love that met Mr. HERNAN GIRALDO
SERNA in 1971 at the Santa Fe farm working on the fields with machetes. After, he
moved to Quebrada del Sol, an abandoned land where he started to work his land
4 times a week for food. He started working with cattle and the neighbors had cows
when one day the guerilla came asking for a portion, meaning that those who had
10 should give 2, and the ones who had 20 should give 4 to the guerilla and
because HERNAN WAS INTELLIGENT, he opposed to this outrage and from there
came that he was labeled as PARAMILITARY for defending the region. Then men
such as Walter Torres also known as Marcos arrived, calling himself commander
and began whipping the whole Caribbean coast. They said people were thieves or
guerilla members and the disappearances started like the one that occurred with
Mr. JULIO HENRIQUE SANTA MARIA. He was labeled as guerilla by the peasants
who were very afraid of the guerilla. With all due respect that I have for justice, I
dare to say that HERNAN GIRALDO SERNA was not a neither trafficker nor
extortionist, he was simply defending the region.


PEDRO ANTONIO RANGEL RODRIGUEZ

N: 12.533.588

**SANTA MARTA**                                    **14 DE ADRIL DEL**
**2016**


**S.R.JUEZ.**

   **REGGIE B WALTÒN**


Yo PEDRO ANTONIO RANGEL RODRIGEZ. Identificado con C.C. #. 12 533 588 DE Santa Marta
departamento de Colombia.

Líder comunal desde mi juventud nacido el 28 de octubre de 1946 en LOURDES NORTE
DESANTANDER. Doy testimonio con mucho cariño que conocí al señor HERNAN GIRALDO
SERNA en 1971 heramos tiradores de machete en la finca Santafé jornaleando. Después se fue
para quebrada el sol donde eran tierras baldías comenzó a trabajar en su tierrita 4 días en la
semana para la comida para adelantar su finca comenzó con ganado todos los vecinos tenían
vaquitas y vino la guerrilla pidiendo que les dieran parte ósea que aquellos que tenían 10
debían darles 2 y los que tenían 20 debían darles 4  a la guerrilla y como el señor HERNAN ERA
INTELIGENTE PARA LAS OPINIONES. Entonces se opuso a tal atropello y de ahí salió  que lo
tildaron como PARAMILITAR  por defender la región y comenzaron a llegar hombres si criterio
como GUALTER TOREZ alias MARCOS haciéndose llamar comandante y empezaron a azotar
toda la troncal del caribe decían que eran guerrilleros o rateros y empezaron las
desapariciones como ocurrió con el señor JULIO HENRIQUE SANTA MARIA. Lo tildaron de
guerrillero los campesinos que le tenían mucho temor a la guerrilla. Con todo el respeto que le
tengo a la justicia me atrevo a decir que HERNAN GUIRALDO SERNE no era narco y tampoco
extorsionista simple mente defendía la región.


*Pedro antonio Rangel Rodriges*

**PEDRO ANTONIO RANGEL RODRIGUEZ.**

   **N: 12.533.588**

Santa Marta, Magdalena-Colombia, April 25, 2016

Sr.

**JUDGE REGGIE B. WALTON**

Respectable Sr. Judge

Through this letter I certify that have known Mr. **HERNAN GIRALDO SERNA** for over fifty years, who operated as worker in the village of San Pedro de la Sierra, harvesting coffee and in cattle and plantation fields.

Due of this rural zone was quite distant from the urban zone, and abandoned by the state, it was targeted by subversive groups outside the law that arrived and depriving farmers from their belongings without any justification. In response, Mr. Giraldo Serna took leadership and organized a group with peasants from different villages near Santa Marta, exercising control over them to defend the peasants' properties and protect their rights.

On the other hand, I have full knowledge that Mr. Giraldo Serna collaborated with eradication of illicit crops and justice, participating in a peace process for the good of the region and country.

Sincerely,

ROSALBA LEON SIERRA

C.C No. 36.522.917 of Santa Marta

Santa Marta, Magdalena- Colombia, 25 de abril de 2016

Señor
**JUEZ REGGIE B. WALTON**

Respetado señor Juez:

Mediante la presente certifico que conozco al señor **HERNÁN GIRALDO SERNA**, hace más de cuarenta años, quien se desempeñaba como obrero en la vereda San Pedro de la Sierra, realizando las labores de recolección de café, arriero y otras labores de campo.

Debido a que esta era una zona rural bastante alejada de la zona urbana y abandonada por el estado, por lo cual fue objeto de grupos subversivos al margen de la Ley que incursionaron en ella despojando a los campesinos de todas sus pertenencias sin justificación alguna. Ante esta situación el señor Giraldo Serna tomó el liderazgo y se organizó con un grupo de campesinos de las diferentes veredas aledañas al Distrito de Santa Marta ejerciendo control sobre ellas para defender las propiedades de los campesinos y proteger sus derechos.

Por otra parte, tengo pleno conocimiento que el señor Giraldo colaboró con la erradicación de cultivos ilícitos y con la justicia participando en un proceso de paz por el bien de la región y del país.

Atentamente,

**ROSALBA LEÓN SIERRA**
C.C. No. 36.522.917 de Santa Marta

Santa Marta, April 12, 2016


Sr. Judge

Reggie B. Walton


I Diego Arango, Colombian citizen, resident of the Guarmaca village, cultural, historic and touristic District of Santa Marta, Department of Magdalena, voluntarily testify that for 36 years have lived in different villages of this area working as farmer and that peasants of this area were aware that the activities by Hernan Giraldo Serna were cattle raising, and organized an anti-guerilla self-defense group in order to shield the region against this threat. Hernan Giraldo lived in the highest parts of the mountain where it was impossible the communication because there is not telephone signal. This is why people like Walter Torres aka Marcos committed many crimes because he operated in the lowest part of the Caribbean roads. Under his own mandate at the time this individual operated, it was Mr. Julio Henrique Santamaria disappearance who was labeled as guerrilla. The peasants living in the region know that Hernan Giraldo Serna did not extort nor kidnap people. He did not have a drug trafficking record before this community and his position was merely anti-subversive.

With all due respect and appreciation towards the American justice, this region peasant believes that Hernan Giraldo Serna has paid for his mistake.



Diego Arango Pino

CCNo 4383372

Belalcazar (Caldas)

SANTA MARTA 12 DE ABRIL 2016

SR. JUEZ
        REGGIE B WALTÓN.


YO DIEGO ARANGO PINO, CIUDADANO COLOMBIANO RECIDENTE EN EL
CORREGIMIENTO DE GUACHACA DISTRITO TURISTICO CULTURAL E
ISTORICO DE SANTA MARTA, DEPARTAMENTO DEL MAGDALENA, DOY
ESTE TESTIMONIO VOLUNTARIO, QUE HACE 36 AÑOS HE VIVIDO EN
DIFERENTES VEREDAS DE ESTE CORREGIMIENTO DESEMPEÑANDOME
EN MI OFICIO DE AGRICULTOR, QUE EL CAMPESINADO DE ESTE SECTOR
CONOSIMOS QUE LAS ACTIVIDADES DE HERNAN GIRALDO SERNA ERAN
GANADERIA, Y ORGANISO UN GRUPO DE AUTODEFENSA ANTI GUERRILLA, CON
EL FIN DE BLINDAR LA REGION DE ESA AMENASA, HERNAN GIRALDO SERNA
VIVIA EN LAS PARTES MAS ALTAS DE LA SIERRA NEVADA DE SANTAMARTA
DONDE ERA IMPOSIBLE LA COMUNICACIÓN PORQUE NO HAY SEÑAL TELEFONICA.
ES POR ESO QUE PERSONAS COMO WALTER TORRES ALIS (MARCOS) COMETIO
MUCHOS DELITOS PORQUE ESTE OPERAVA EN LA PARTE VAJA SOBRE LA
TRONCAL DEL CARIBE A SU PROPIO CRITERIO, EN ESA EPOCA EN QUE OPERABA
ESTE SUGETO FUE LA DESAPARICION DEL SR. JULIO HENRRIQUE SANTAMARIA
QUE LO TILDARON DE GUERRILLERO. LOS CAMPESINOS ASENTADOS EN ESTA
REGION SABEMOS QUE HERNAN GIRALDO SERNA NO ESTORCIONABA, NO
SECUSTRABA NO TENIA ANTECEDENTES ANTE LA COMUNIDAD DE ESTA REGION
DE NARCOTRAFICO, SU POSICION FUE UNICAMENTE ANTISUBVERSIVA.
CON TODO RESPETO Y APRECIO A LA JUSTICIA NORTEAMERICANA, LOS CAMPESINOS
DESTA REGION CREEMOS QUE HERNAN GIRALDO SERNA ALLA PAGADO
SU HERROR.


        DIEGO ARANGO PINO
        CC Nº 4383372.
        DE BELALCAZAR (CALDAS)

Santa Marta (Magdalena)

4/20/2016

Sr.

**Judge Reggie B. Walton**

I **Mabis Meza Barrera**, Colombian citizen resident at the Paz del Caribe village, town of Guachaca of Santa Marta, department of Magdalena, give this testimony willing and spontaneous under no threat that I have lived over 3 decades in different parts of this region where I have worked in various activities from agriculture, commerce, and as a house wife among others.

In this region most of us are decent, honest and hard-working peasants; we heard Mr. Hernan's Giraldo activities were agriculture, cattle raising, and all of those related with the fields and crops. He also built many social deeds such as schools, churches, lighting sport centers, health posts, and provided care to the most needed families with low economic sources who asked him for help without a favor in exchange.

Mr. Giraldo organized an auto-defense anti-guerilla group, having in his command great staff and followers for his cause.

These people who were at his command began to do activities behind his back.

This is due because he was living in the upper part of the mountain of Santa Marta and could not have knowledge of all the faults committed by his subalterns.

Among his subalterns I can name Walter Torres (Marcos), who committed many crimes by finding himself in town and almost never went up to the mountain to inform on what he did.

Among these crimes committed as boss of the lower part of the zone, it can be found the disappearance of Mr. Julio Henriquez Santa Maria who labeled him as a guerilla man which was not true, justifying by the peasants.

The honest peasant guild of this region can attest that Mr. Hernan Giraldo did not extort, kidnap or threat etc. Hs action policy never contemplated it. For everything I have told your honor in the United States, the peasant guild of this region has the hope and think that he already paid his debt and want him to come back to his family and enjoy a joyful life next to his people.


Sincerely,

Mabis del Rosario Meza Barrera

cc. 36557476

Santa Marta (Magdalena)

20/ 04/2016

Señor.

**Juan reggio B. Walton**

Yo **Mabis meza  barrera**, ciudadana colombiana residente en la vereda Paz Del Caribe del corregimiento de guachaca D.T.C.H de Santa Marta departamento del magdalena doy este testimonio de forma  libre y espontánea bajo ninguna amenaza,  que hace 3 décadas he vivido en diferentes lugares de esta región, donde he laborado en varias actividades que son desde la agricultura, comercio, ama de casa entre otros.

Aquí en esta región donde la mayoría somos agricultores decentes  y trabajadores honrados; nos dimos cuenta que la actividades  que estaba dedicando el señor Hernan Giraldo eran la agricultura, ganadería y todas aquellas que tenían que ver con el campo además de eso realizo muchas obras sociales como colegios, iglesias, iluminación de centros deportivos, puestos de salud y  prestaba mayor atención a ayudar  a familias de escasos  recursos económicos que le pedían ayuda sin un favor a cambio.

El señor Giraldo organizo un grupo de autodefensa en contra de guerrilla, que tenia a su mando un gran personal y seguidores  de su lucha.

Estas personas que se encontraron bajo su mando empezaron a realizar actividades a espaldas de el.

Esto se debe porque él se encontraba  viviendo en la montaña de la sierra nevada de Santa marta y no podía tener  conocimiento  de todas aquellas faltas que cometieron  sus subalternos.

Entre  sus sub alternos puedo nombrar a Walter torres (marcos), que cometió muchos delitos por encontrarse en lo0s pueblos y casi nunca subió a  dar informe de lo que hacía.

Entre estos delitos que el cometió al encontrarse como jefe de la zona baja puede señalarlo desaparición del señor julio Henrique santa maría  el cual él lo señalo  de guerrillero lo cual no era cierto, justificando por los campesinos.

El gremio campesino de esta región  aportado pero honrado podemos dar testimonio que el señor hernan  Giraldo no realizaba extorciones, secuestro, amenazas etc. Su política de acción nunca contemplo trabajar y lugar por su región en todo lo que  he contado a ustedes  eñor juez de usa, las agremiaciones campesinas  de esta región  de esperanza pensamos que ya pago su deuda y queremos que el regrese al sitio  de su familia y pueda disfrutar de una vida llena de alegría y relacionarse al lado de los suyos.

Atentamente

Mabis del Rosario Meza  Barrera

Santa Marta, April 22, 2016

Sr. Judge

REGGIE B WALTON

I, Humberto Antonio Quintero Diaz, resident in Guachaca, Santa Marta district, give voluntary testimony that have more than 40 years of friendship with Mr. Hernan Giraldo Serna and I have known him since we were partners harvesting coffee plantations in Lalisa Village.

I testify that he organized a group with peasants to fight the guerilla because we were tired of so much abuse and extortion by the guerrilla. Thus, he became our leader and was the only one who defended us and asserted our rights due to the lack of state in the region.

He was always in the high part of the mountain and had no means to communicate with the lower part of the mountain where Mr. Walter also known as Marcos was. He committed crimes without Hernan's approval. One of them was Mr. Julio Henrique Santa Maria's, accusing him of being guerrilla without the opportunity to defend himself.

It is how Mr. Hernan Giraldo did not know about all the murders committed by Walter and I attest Mr. Hernan did not know anything about Mr. Santa Maria's case.

Thanking your attention,

Sincerely:

Antonio Quintero

CC. 12.537.415 Santa Marta

Santa Marta 22 de Abril 2016.

S. R. Juez
REGGiE B. WALTON

yo Humberto Antonio Quintero Diaz residente en el
Corregimiento de guachaca Distrito de santa Marta
doy testimonio voluntario que hace mos de 40 Años
de amistad con el se Heenan Giraldo Serna
lo conosco desde que fuimos compañeros de recogida
de cafe en la vereda la lisa

declaro que el organizo un grupo con el campesinado
para combatir la guerrilla ya que estabamos cansados
de tanto malhato y extorsion por parte de la guerrilla
Siendo asi se convirtio nuestro lider Fue el unico que
nos defendio e hizo Valer nuestros derechos. ya que
el estado brillaba por su ausencia
En la parte alta donde el se encontraba de la Sierra
Nevada. y no tenia como comunicarse.
El la parte baja.
abajo se encontraba el Sr Waller como Comandante
(alias Marco) cometio muchos Crimenes sin orden
del sr hernan giraldo  uno de ellos fue el del
Sr. Julio Henrique Santa Maria

Asi que el Sr hernan Giraldo no sabia de
todos los Casos de muerts que cometia el Sr
Walter y doy fé y sobre todo que el no
sabia nada sobre el caso del Sr Santo. Maria

Agradeciendo la Atencion


A Hon.
[signature]
C.C. 12.537.415   Santo Marti

Santa Marta 4-17-2016

Your Honor Reggie B. Walton

I, Misael Hernandez Sepulveda, Colombian citizen, resident in the town of Guacacha, cultural and historic district of Santa Marta, department of Magdalena, voluntarily attest I have lived for over thirty six years in different villas of this town working as farmer. Also, I give faith that along other peasants of the region knew Hernan Giraldo Serna's activities were cattle raising, and organized an auto defense and anti-guerrilla groups with the purpose of shielding the region against the said threats. Hernan Giraldo Serna lived in the upper side of the mountains of Santa Marta where communication was impossible due to lack of telephone signal, making possible for people like Walter Torres aka "Marcos" to commit many crimes because he operated in the lower part of the Caribbean highway at his own discretion at the time in which Mr. Julio Henriquez Santa Maria who was branded as a guerrilla man, disappeared. The peasants of the region know Hernan Giraldo Serna did not extort, kidnap, and have trafficking background before the community of this region, his position was solely anti-subversive.

With all due respect and appreciation towards the north American justice, peasants of this region believe that Hernan Giraldo Serna already paid for his mistake for which we ask his early transfer to his native country.


Misael Hernandez Sepulveda

C.C: 77.014.005 expedited in Valledupar

SANTA MARTA     17-04-2016

SR. JUEZ   REGGIE B. WALTON

Yo Misael Hernández Sepúlveda, ciudadano colombiano, residente en el corregimiento de Guachaca,    distrito cultural histórico de Santa Marta, departamento del Magdalena, doy este testimonio voluntario, que hace treinta y seis años, he vivido en diferentes veredas de este corregimiento desempeñándome en mi oficio de agricultor, así mismo doy a conocer que junto al campesinado de esto sector conocimos que las actividades de Hernán Giraldo Serna eran de ganadería, y organizó un grupo de autodefensa antiguerrilla, con el fin de blindar la región de dicha amenaza, Hernán Giraldo Serna vivía en la partes más altas de la sierra nevada de santa marta, donde era imposible la comunicación debido a que no hay  señal telefónica, es por eso que personas como Walter torres alias marcos cometió muchos delitos, ya que este operaba en la parte baja sobre la troncal del caribe a su propio criterio, en esa época en que operaba este sujeto fue la desaparición del sr. Julio Henrique Santa María quien fue tildado de guerrillero. Los campesinos asentados en esta región sabemos que Hernán Giraldo serna no extorsionaba, no secuestraba, no tenía antecedentes  de narcotráfico ante la comunidad de esta región, su posición fue únicamente antisubversiva.

Con todo respeto y aprecio a la  justicia norteamericana, los campesinos de esta región creemos que Hernán Giraldo Serna ya pagó su error, por lo cual pedimos su pronto traslado a su país natal.

Misael Hernández Sepúlveda

C.C: 77.014.005 expedida en Valledupar

## LETTERHEAD

**The Undersigned: President and secretary, members with the Community Board for this Jurisdiction and Legal Representatives for Our Community:**

### CERTIFY:

1. By own and direct experience; our community passively and neutrally lived the INTERNAL ARMED CONFLICT (Non-International), waged on the Sierra Nevada region and its surroundings, during the 80's and 90's until February 3, 2006; war unleashed between EXTREME LEFTISTS GUERILLAS and the emergent necessary of SELF-DEFENSE PEASANT GROUPS; whose causes and confrontation motives was eminently POLITICAL; being these natural enemies in the conflict.

2. We also now and testify that for the same "POLITICAL" cause, on February 4th, 2001, in the morning, in Calabazo, rural jurisdiction of Guachaca, District of Santa Marta, men under ex military urban commander " ACMG" WALTER TORRES, detained, disappeared, and murdered JULIO EUSTACIO HENRIQUEZ SANTAMARIA (RIP); whose cause specifically "POLITICAL", obeyed to his condition of ex guerilla, demobilized of subversive group "M-19", whose mission was to combat illegally through terrorism and rebellion our Colombian state declaring enemy of the American policies.

3. We have full knowledge that within the MODUS OPERANDI of this armed groups outside the law, both rightists and leftists, its respective commanders were autonomous to make decisions as it's the case: HENRIQUEZ SANTAMARIA; whom HERNAN GIRALDO never met and found out about his disappearance and murder posteriorly because he never gave the order.

4. We have full knowledge nonetheless: HERNAN GIRALDO SERNA contributed so third persons located the body, unbury it and give it to his family, as well as having accepted it by the Chain of Command law under the Justice and Peace Transitional Law. Nowadays, there is an existent conviction, as well as another partial conviction under Justice and Peace, recognition of the indirect victims, integral reparation for these victims; therefore:

HENRIQUEZ SANTAMARIA has been bath with: TRUTH, JUSTICE, and REPARATION AND NO REPETITION.

5. For 2002, our Colombian state makes proposals for demobilizations and opening for armed groups in peace processes AUTOSELF-DEFENSE (792 Law, December 23, 2002) that add PEACE AND NATIONAL RECONCILIATION commitments, creating methodological tables with respect to the theme; which was well-seen by HERNAN GIRALDO SERNA and his followers until February 3erd, 2006, date in which they demobilized freely, consciously and voluntarily; always being committed with COLOMBIAN PEACE.

6. Concerning the eradication of illicit crops: HERNAN GIRALDO SERNA played a POSITIVE main role in this activity for the good of the region; and invested significantly in social deeds and progress in the region where he is much appreciated, represented in: civil works, roads, bridges, health centers and other infrastructures for the benefit of our community and spending a higher amount of $ 16.000'000. 000 certified in the penal process in justice and peace because he was one more peasant in our region.

Feelings of gratitude;

FREDY LAGO PRESIDENT CC: 6'600420          SECRETARY

# SIGNATURES OF PEASANTS AND COMMUNITY LEADERS OF THE NORTHERN SIERRA NEVADA DE SANTA MARTA MAGDALENA COLOMBIA WHICH SUPPORT MR. HERNAN GIRALDO SERNA

## 83 SIGNATURES ATTACHED IN THE SPANISH VERSION

LOS SUSCRITOS: PRESIDENTE Y SECRETARIO CON CALIDADES DE MIENBROS DE LA JUNTA DE ACCION COMUNAL DE ESTA JURISDICCIÓN Y REPRESENTANTES LEGALES DE NUESTRA COMUNIDAD:

## CERTIFICAMOS:

1). Que por experiencia propia y directa; nuestra comunidad convivió de manera pasiva y neutral, el **CONFLICTO ARMADO INTERNO** (No Internacional), librado en la región de la Sierra Nevada y sus alrededores, para las décadas de los 80, 90, hasta febrero 03 del año 2.006; guerra desatada entre los **GRUPOS DE GUERRILLA DE EXTREMA IZQUIERDA** y el surgimiento necesario de **GRUPOS DE AUTODEFENSAS CAMPESINAS**; cuyas causas y motivos de confrontación fue eminentemente **POLÍTICO**; siendo estos enemigos naturales dentro del conflicto.

2). Igualmente nos consta y damos fe, que por la misma causa "POLITICA", el día 04 del mes de febrero del año 2.001, en horas de la mañana, en la vereda **CALABAZO**, jurisdicción rural de Guachaca, corregimiento del Distrito de Santa Marta hombres al mando del ex comandante militar urbano del grupo de autodefensas **"ACMG"** y por orden expresa del referido ex comandante: **WALTER TORRES**, incursionaron, retuvieron, desaparecieron y asesinaron al finado: **JULIO EUSTACIO HENRIQUEZ SANTAMARIA** (q.e.p.d.); cuya causa específica **"POLITICA"**, obedeció a su condición de ex guerrillero del desmovilizado grupo subversivo **"M-19"**, cuya misión de esta guerrilla fue combatir de manera ilegal a través del terrorismo, asonada y rebelión a nuestro Estado colombiano y declararse enemigo de las políticas de EE UU de Norteamérica.

3). Tenemos pleno conocimiento que dentro del **MODUS OPERANDI** de estos Grupos Armados Organizados al Margen de la Ley, tanto derechistas como izquierdistas; sus comandantes respectivos fueron autónomos para tomar decisiones como el caso: **HENRIQUEZ SANTAMARIA**; a quien HERNAN **GIRALDO SERNA** nunca conoció y de su desaparición y muerte se enteró a posteridad, ya que nunca dio la orden.

4). Tenemos conocimiento que a pesar de ello: **HERNAN GIRALDO SERNA**, contribuyó para que terceras personas ubicaran el cuerpo, lo exhumaran y entregaran a sus familiares, como también haberlo aceptado por línea de mando ante la ley transicional de Justicia y Paz. Hoy existe una condena ordinaria, como también a espera de otra condena parcial en justicia y paz por este hecho, reconocimiento de las víctimas indirectas, incidente de reparación integral a estas víctimas; por tanto el caso: HENRIQUEZ SANTAMARIA se ha bañado de: **VERDAD, JUSTICIA, REPARACIÓN Y NO REPETICIÓN.**

5). Para la anualidad 2.002 nuestro Estado colombiano hace propuestas de desmovilización y apertura de procesos de paz a grupos alzados en armas de **AUTODEFENSAS** (Ley 792 de diciembre 23 de 2.002) que asuman

Compromisos de **PAZ Y RECONCILIACION NACIONAL**, creándose mesas pedagógicas respecto al tema; lo cual es bien visto por: **HERNAN GIRALDO SERNA** y sus dirigidos, hasta el día 03 de febrero del año 2.006, fecha en que se desmovilizan de manera libre, consciente y voluntaria; encontrándose comprometidos hasta la presente, con la **PAZ DE COLOMBIA.**

6).En el tema de erradicación de los cultivos ilícitos: **HERNAN GIRALDO SERNA**, fue protagonista **PRO POSITIVO** de esta actividad para bien de la región; amén de haber destinado significativos rubros recaudados por el grupo, para inversión social y progreso de esta región donde goza de mucho aprecio, representados en: obras civiles, carreteras, puentes, puestos de salud, escuelas y otras infraestructuras para beneficio de nuestros pobladores y a un monto superior a $ **16.000´000.000**°° certificadas estas dentro del proceso penal especial de justicia y paz, debido a que el referido señor, era un campesino más de nuestra región.

Sentimientos de gratitud:

_Presidente_   CC  7.600420                    Secretario.

**FIRMAS DE CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA SIERRA NEVADA DE SANTA MARTA MAGDALENA- COLOMBIA QUE RESPALDAN AL SEÑOR HERNÁN GIRALDO SERNA.**

| NOMBRES Y APELLIDOS | CÉDULA DE CIUDADANIA | FIRMAS |
|---|---|---|
| _(firma ilegible)_ | 9.084754 | _(firma)_ |
| Pedro Juan P | 9089302 | _(firma)_ |
| Yimis torres leon | 4.978.293 | Yimis |
| _(firma ilegible)_ | 36 666 064 | _(firma)_ |
| Sara A S | 73.739348 | _(firma)_ |
| Anyel Gure. | CC 433080 | _(firma)_ |
| Edvard peña | 88 454609 | _(firma)_ |
| Ivonne Quintero | 36 699 231 | Ivon Quintero |
| Wilder Bedoya | 1082921213 | Wilder B. |
| Danis Trillos. | 1082981704 | Danis Trillos |
| Julio Romero | 7619934 | _(firma)_ |
| Ismael Geues | 91471289 | Ismael |
| Adriana Marcela c. | 1082989254 | Adr. ano Marcela c. |
| Diana Rua H. | 21739804 | Diana Rua |
| Miguel Guerrero | 85.151117 | Miguel Guerrero |
| Francina Feliciano | 36690887 | Francina Feliciano |
| Pedro luis tamara Hgeito | 1089856737 | _(firma)_ |
| Yoleinnys Patricia Arciniegas | 57290632 | Yoleinnys P Arcyos |
| Irene Alvarez Toltan | 57296156 | Irene Alvarez tarran |
| Manuel Benito Jimenez | 18966500 | _(firma)_ |
| Luz Enith Jimenez M | 49.553733 | _(firma)_ |

**FIRMAS DE CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA SIERRA NEVADA DE SANTA MARTA MAGDALENA- COLOMBIA QUE RESPALDAN AL SEÑOR HERNÁN GIRALDO SERNA.**

| NOMBRES Y APELLIDOS | CÉDULA DE CIUDADANIA | FIRMAS |
|---|---|---|
| Emilcen Giraldo M | 1082890 396 | Eiler Giiler |
| Santo Leovigildo | 17 845 426 | Manuel Diaz |
| Sergio Zarate | 7.140053 | Sergio |
| Simeón Rueda | 12545693 | Simi Rueda |
| Luis Podriguez | 12537903 | Jeudaluis |
| Cesar· Giraldo· Guerra | 71 6/7/59 | Cesar· Giraldo |
| Jenfuria Blanco | 36 683528 | Blanco· |
| CLAUDIA SANTOS | 1082947341 | CLAUDIA SANTOS |
| ORLANDO URIBE | 7 600397 | ORLANDO- |
| Miguel A fanador | 5.724.181 | Miguel Alfanador |
| Elias del cc | 85.469410 | ELias- conce |
| CCW Assimü5C | 1986335 | CCW Assimü5C |
| luis Amuñozlon | 7 600 321 | luis Amuñolon |
| liliANA Torres. | 45646872. | liliANA Torres |
| Jose Nelson Gelves | 85464850 | |
| Liliana Santana perez | 57.292.911 | Liana Santana |
| Agustin ONZP | 85463020 | |
| Jonier BELTRAN | 7141819 | |
| Dinauis Naruez | 36721216 | Diauyay |
| Alma Narvaez D | 57293890 | |
| Ricardo JÓPEZ C. | 7.600 236 | Ricardo JÓP2C |

**FIRMAS DE CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA SIERRA NEVADA DE SANTA MARTA MAGDALENA- COLOMBIA QUE RESPALDAN AL SEÑOR HERNÁN GIRALDO SERNA.**

| NOMBRES Y APELLIDOS | CÉDULA DE CIUDADANIA | FIRMAS |
|---|---|---|
| Julia Pianeta. B | 36.528246 | Julia P B |
| Javier Pulgan | 25.766480 | Javier P |
| Carlos Fonseca J | 25 875 577 | Carlos Fonseca |
| Hiscalia Lopez C | 39 045 816 | Hiscalo Lopez C |
| Luis G Martin | 85459098 | |
| Kelly Galvez Nuego | 22999332 | |
| Luis Miguel Noyor | 15 040 237 | Luis Noyor |
| Luis miguel salas | 1081813 044 | |
| Daniris Molina | 1107 120228 | Daniris Molina |
| German Payares | 11 052 739 | German Payare |
| Elizabeth Molina | 1.005513122 | Elizabeth Molina |
| Francisco Payares | 78 739 089 | Francisco Payares. |
| Alba Rosa Tarmazona | 1004350442 | Alba Rosa |
| Maira Stella torres G. | 36721068 | Mgc. |
| Felix Diaz R | 85.446 699 | |
| Bladimir peres | 85454971 | Bladimir |
| Federico Cortons | 77178383 | Fed |
| Andres Garcia | 12 541 198 | |
| Ambersu Bravo | 85 467 405 | Andersu B |
| Juan Lindarte | 328 074 | |
| Pedro Farfan | 87295689 | Pedro Lopes |

**FIRMAS DE CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA SIERRA NEVADA DE SANTA MARTA MAGDALENA- COLOMBIA QUE RESPALDAN AL SEÑOR HERNÁN GIRALDO SERNA.**

| NOMBRES Y APELLIDOS | CÉDULA DE CIUDADANIA | FIRMAS |
|---|---|---|
| Mercedes Sandoval | 57 298 624 | Mercedes |
| Victor Cuervo | 7631421 | |
| Zomina Diaz c | 26676456 | Zomina Diaz c |
| Vitalia C D | 57 433 454 | Vitalia C |
| Jaimes Diaz | 12546909 | Jaime Diaz |
| Domingo Tapias | 8336869 | Domingo Tapias |
| Carmen Tamayo Paez | 36 727 677 | Carmen Tamayo Paez |
| Karen Rueda Tovar | 1082 869 801 | Karen Rueda |
| Berenice Quintero | 1081923243 | Berenice Q |
| Alfonso Guerrero | 85457292 | |
| Cleto Morillo | 6 820 481 | Cleto Morillo |
| Edgar Liarozo | 92'524.484. | |
| Noelia Vázquez R | 45.578.053 | Noelia Vázquez R |
| Jose Rodrigo Castillo G | 12557317 | |
| Ibeth Caballero | 57.445.816 | Ibeth Caballero. |
| Rosalba Camacho | 36 554 258 | Rosalba |
| nubia Gdcc Rue | 54431382 | nobia Cu |
| Frankey David G. | 84455033 | |
| Eurid Quimo | 26.719 312 | Eurid Quimo |
| Isabel Serrano. | 49740342 | Isabel Serrano |

**Santa Marta, Magdalena- Colombia, April 18, 2016**

Sr.

**JUDGE REGGIE B. WALTON**

Respectable Judge:

We, the peasants of the Sierra Nevada Northeastern region, attest that we met Mr. Hernan Giraldo Serna, being an axe and machete agriculture man, peasant like us. We never knew him us a drug-trafficker because he bought farms with coke and eradicated them to make fields with cattle; and because of lack of the state's authorities in the region, criminals and guerrilla members took over, which extorted him and other members of the community.

By the above, Mr. Giraldo as a leader organized a group of anti-subversive peasants to bring back security to the region and to protect its rights. Because he was located at the high part of the mountain, he appointed a commander from 1999 to 2003 to run the bottom of the mountain, and this person, taking advantage of lack of communication, did things without consulting Mr. Giraldo, exercising his own control on the zone and ilict acts, including the murder of JULIO ENRIQUE SANTAMARIA, environmental leader, accusing him of being a subversive leader, who was forcefully disappeared in February 2001 in Calabazo while was leading a meeting and teaching his projects to the community.

On the other hand, we have knowledge of countless of social works made by Hernan Giraldo in the community. One of them consists of illicit crops eradication and his participation in a peace process for the good of the region and country.

By the mentioned above, we ask your honor to exonerate Mr. Giraldo of responsibility for this crime and ask you to allow him to come back soon to his loved ones.

We thank your honor from the bottom of our hearts for the attention of this testimony.

Sincerely,

**PEASANTS AND COMMUNITY LEADERS OF THE SIERRA NEVADA
NORTHEASTERN REGION-COLOMBIA**

# SIGNATURES OF PEASANTS AND COMMUNITY LEADERS OF THE NORTHERN SIERRA NEVADA DE SANTA MARTA MAGDALENA COLOMBIA WHICH SUPPORT MR. HERNAN GIRALDO SERNA

**38 SIGNATURES ATTACHED IN THE SPANISH VERSION**

**Santa Marta, Magdalena - Colombia, 18 de Abril de 2.016**

Señor
**JUEZ REGGIE B. WALTON**

Respetado señor Juez:

Nosotros los campesinos de la vertiente Norte de la Sierra Nevada de Santa Marta damos fe que conocimos al señor **HERNÁN GIRALDO SERNA**, siendo un agricultor de hacha y machete, campesino al igual que nosotros. En ningún momento lo conocimos como narcotraficante, debido a que compraba fincas con coca y la erradicaba para hacer potreros para la ganadería; y por la falta de presencia de autoridades del Estado en la región, a ésta incursionaron delincuentes y grupos guerrilleros, los cuales extorsionaban a él y a los demás miembros de la comunidad.

Por lo anterior, el señor Giraldo en su condición de líder, organizó un grupo de campesinos antisubversivos para devolverle la seguridad a la región y proteger sus derechos. Como él se encontraba en la parte alta de la Sierra Nevada, en 1999 nombró un comandante hasta mediados del 2003, para que liderara en la parte baja y éste aprovechando la falta de comunicación, hacia cosas sin consultar con et señor Giraldo ejerciendo por su propia cuenta control de la zona y actos delictivos, entre los cuales se encuentra el asesinato del líder ambientalista **JULIO ENRIQUE SANTAMARIA** acusándole de ser subversivo, a quien desaparecieron forzosamente en febrero de 2001 en la vereda Calabazo, mientras se encontraba liderando una reunión dando a conocer sus proyectos a la comunidad.

Por otra parte, tenemos conocimiento de un sinnúmero de obras sociales que realizó Hernán Giraldo, en la comunidad, una de ellas consiste en la erradicación de cultivos ilícitos y en su participación en un proceso de paz por el bien de la región Y del país.

Por lo anterior, le solicitamos exonerar al señor Giraldo de la responsabilidad de ese crimen y le pedimos que le permita regresar pronto con sus seres queridos.

Agradecemos de corazón, la atención prestada a nuestro testimonio

Atentamente,

**CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA SIERRA NEVADA DE SANTA MARTA MAGDALENA-COLOMBIA**

# FIRMAS DE CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA SIERRA NEVADA DE SANTA MARTA MAGDALENA- COLOMBIA QUE RESPALDAN AL SEÑOR HERNÁN GIRALDO SERNA.

| NOMBRES Y APELLIDOS | CÉDULA DE CIUDADANIA | FIRMAS |
|---|---|---|
| Natividad Devia Blanco | 57435096 | *(firma)* |
| Loida Quiñones | 47574242227 | *(firma)* |
| Julia Torrez | 45513656 | *(firma)* |
| Gloria Torres | 36693275 | Gloria T |
| Juan Avendaño P | 3049698 | *(firma)* |
| Efrain Ovalle O | 85455887 | *(firma)* |
| Mariluz Agudelo | 36669970 | Mariluz |
| Arne Marin | 8547037 | *(firma)* |
| Pedro Cerie Colis | 7140128 | pedrocelies |
| Rafael Pinoda Sinches | 85455520 | Rata Pinodo |
| José Gutierrez | 12560314 | *(firma)* |
| Rosa Isabel Abril | 57793838 | Rosa Abril |
| William Frogozo | 85454929 | Williams |
| Marta del Carmen Jobon T. | 36621045 | Martadelcarmen |
| martha Zuleima Tamayo | 36722275 | marthatamayo |
| Diana maria herrera pedo | 57299460 | Diana Pedo |
| maria nelfi Hernandes | 57029 4692 | mariunelfi Hernandez |
| Emiliania Rodriguez | 3.6556837 | Emiliania Rodriguez |
| octavio Vanegas | 2979120 | *(firma)* |
| Rosa Edima C. C. | 32310408 | Rosa Edima C.C. |
| Luz Dilee Tarazona | 85466213 | *(firma)* |

FIRMAS DE CAMPESINOS Y LÍDERES COMUNALES DE LA VERTIENTE NORTE DE LA
SIERRA NEVADA DE SANTA MARTA MAGDALENA- COLOMBIA QUE RESPALDAN AL
SEÑOR HERNÁN GIRALDO SERNA.

| NOMBRES Y APELLIDOS | CÉDULA DE CIUDADANIA | FIRMAS |
|---|---|---|
| canuto Ibarra | 12.619.031 | canuto Ibarra |
| José Perez | 85 100 .099 | Jose Perez |
| David Peña | 1083895 796 | David Peña |
| Alvaro Salazar | 1082926189 | Alvaro Salazar |
| Chrytian Quada | 84452315 | |
| Anyeli Diaz llanos | 36727576 | Anyeli Diaz ll |
| Yasmin llano Na970 | 1082899162 | Yasmin llana |
| Aislenia diaz llanos | 36665525 | Aislenia DIAZ |
| Maria C castro | 1082867181 | maria castr |
| Marta delgado | 57 440 530 | Marta delgado |
| DIEGO VALSNZUELA | 7631 815 | |
| Aminta Cerquera | 26592121 | Cerquera |
| Andaroy Buav | 85467 405 | Andersae B |
| Libardo Mercado | 12554 423 | |
| Jhan Java vargas | | |
| Ana Judith Forero | 22726936. | Ana Judith Forero |
| Jairo medina | 7.540 024 | J Quicun |
| | | |
| | | |
| | | |

COMMUNITY BOARD

JULY 20TH

LEGAL PERSONALITY: 1081-NOVEMBER 30-65

PRESIDENT JOSE TOMAS PAJARO

Santa Marta, April 26, 2016


To Whom this May Concern


That Mr. HERNAN GIRALDO SERNA, Colombian by birth with cedula number 12.531.356 expedited in SANTA MARTA and who at the moment is depraved from his freedom in a jail abroad, and whom regardless of his judicial problems with the justice, was a generous person in the neighborhood and during his stay made social deeds with children, elderly and housewives, these said deeds helped with the neighborhood development (July 20), he also made donations that contributed to the area and its people.


I attest as person of this neighborhood.


Sincerely,


JOSE TOMAS PAJARO ALZATE

C.C. No 12.555.965 in Santa Marta



# JUNTA DE ACCION COMUNAL

# 20 DE JULIO

# PERSONERIA JURIDICA: 1081-NOVIEMBRE 30 -65

# PRESIDENTE JOSE TOMAS PAJARO A.

Santa Marta 26 de abril de 2016

## A QUIEN INTERESE

Que el señor **HERNAN GIRALDO SERNA** colombiano de nacimiento con **c.c 12.531.356.** expedida en **Santa Marta** y quien en estos momentos, se encuentra privado de su libertad, en una cárcel del exterior, y quien al margen de los problemas jurídicos que tiene con la justicia, fue una persona grata en el barrio, y que durante su estadía en el mismo y fuera del, realizo labores y obras sociales con niños, personas de la tercera edad y amas de casa, dichas labores sociales ayudaron con el desarrollo del barrio( 20 de julio), así mismo hizo donaciones que ayudaron al buen mejoramiento del barrio y de algunos moradores.

De esto doy Fe como morador del barrio.

De usted, atentamente,

JOSE TOMAS PAJARO ALZATE
C.C. No. 12.555.965 expedida en Santa Marta

**COMMUNITY PARTICIPATION FOUNDATION**
**SPRING OF LIFE (NGO)**
**Reg. 819.005.695-2 cod A-1004-63-21-03**
**16 STREET N0. 5 A 12 B July 20th**
**Ph.: 4230687- cell. 3005054509**

LEDYS MARGOT MOLA CASTRILLO, adult, neighbor of the city of Santa Marta-Colombia, identified with citizenship number No. 36.523.372, through this letter and respectfully I attest that Mr. HERNAN GIRALDO SERNA, adult identified with citizenship number 12.531.356, is a person who has collaborated with this program for 13 years and has shown to be an honest person with good heart in the community, reason why is very much appreciated, by the above I attest he is very respectful and kind.

To certify this letter is expedited on April twenty six (26), two thousand sixteen (2016).

Sincerely,

**LEDYS MARGOT MOLA CASTRILLO**

**Cedula No. 36.523.372**



**FUNDACIÓN DE PARTICIPACIÓN COMUNITARIA
MANANTIAL DE VIDA (ONG)**
NIT. 819.005.695-2 Cod. A-1-004-63-21-03
Carrera 16 No. 5 A 12 B. 20 de Julio.
Tel.: 4230687 – Cel. 3005054509

**LEDYS MARGOT MOLA CASTRILLO**, mayor de edad, vecina de la ciudad de Santa Marta – Colombia, identificada con la cédula de ciudadanía No. 36.523.372, por medio del presente y de la manera más respetuosa, me permito manifestar que el señor **HERNAN GIRALDO CERNA**, mayor de edad, identificado con la cédula de ciudadanía No. 12.531.356, es una persona que ha colaborado con este programa desde hace 13 años y ha demostrado ser una persona honesta y de buen corazón con la comunidad, razón por la cual éstos lo aprecian mucho, por lo anterior doy fe, de que el mencionado es muy respetuoso y atento a la misma.

Para mayor constancia se expide por la parte interesada a los veintiséis (26) días del mes de abril del dos mil dieciséis (2016).

Atentamente,

**LEDYS MARGOT MOLA CASTRILLO**
C.C. No. 36.523.372
**Carrera 16 No. 5 A 12 B. 20 de Julio.
Tel.: 4230687 – Cel. 3005054509**

Exhibit 1

# DELIVERY CERTIFICATE

Gathering, in one part, Tayrona Resistance Front (BRT) represented in this judicial act by his commander Mr. Hernan Giraldo Serna, and on the other part, the presidents of 102 Community Boards constituted in the Sierra Nevada de Santa Marta Northern Region, represented in this judicial act by Mr. Ramfis Ortiz Cassiani, who acts as president of the Community Board Presidents Association "ASOPRE" of the Northeast region of Santa Marta, certify that the next facts are notorious and of public knowledge.

**FIRST:** The auto self defense group commanded by Mr. Giraldo Serna, has been present in the zone for more than 35 years, during which have been in charge of maintaining public order and combating the insurgence.

**SECOND:** Since many years in the zone, peace and tranquility reigns, obtained with sacrifice by the BRT and the communities.

**THIRD:** That in virtue of the imminent group demobilization, the zone's security is not in charge of BRT, reason why this present act is subscribed, in virtue in which the community, headed by ASOPRE, receives the zone free of any disturbance.

**FOURTH:** The communities will keep contact with the constitutional authorities with the purpose of keeping current peace in the zone. To this end all the community members will act as public force cooperators, and all the board presidents will act as peace leaders.

**FIFTH:** Likewise, the community through the ASOPRE president, certifies that has received the next goods:

Attachment 1 Delivery Act

| A.  BRIDGES | Approximate Value ( in millions of pesos) |
|---|---|
| 1.  Casa de Tabla | $1.800 |
| 2.  Casa Rosada | $1.000 |
| 3.  La Cascada | $300 |
| 4.  La Esmeralda | $1.000 |
| 5.  Cabecera de Mamey (colgante) | $250 |
| 6.  Bridges for mules and pedestrians | To value |

| B.  Schools | |
|---|---|
| 1.  Casa de tabla | $100 |
| 2.  Paz del Caribe | $150 |
| 3.  Quebrada El Sol | $80 |
| 4.  Honduras | $100 |
| 5.  El Mamey | $80 |
| 6.  Quebrada María | $90 |
| 7.  La Jorara | $120 |
| 8.  La Unión | $70 |
| 9.  La Aguacatera | $70 |

| C. Health Centers | |
|---|---|
| 1.  El Mamey | $150 |
| 2.  Paz del Caribe | $150 |
| 3.  Quebrada del sol | $50 |

| D. Churches | |
|---|---|
| 1.  Buritaca | $200 |
| 2.  Paz del Caribe | $500 |
| 3.  Perico Aguao | $100 |

| 4.  Cabañas de Buritaca | $80 |
|---|---|

| E. Children's Parks | |
|---|---|
| 1.  Puerto Nuevo | $15 |
| 2.  Paz del Caribe | $40 |
| 3.  El Mamey | $40 |

| F. Roads | |
|---|---|
| 1.  Aguacatera- El Mamey | $2.500 |
| 2.  El Mamey- Alto del Mamey | $250 |
| 3.  El Mamey- Quebrada El Sol | $1.000 |
| 4.  Los Linderos- Quebrada E l Sol | $2.000 |
| 5.  Mendihuaca Medio | $350 |
| 6. | $500 |

| G. Power Plants | |
|---|---|
| 1.  Mendihuaca | $180 |
| 2.  Puerto Nuevo- Aguacatera | $400 |
| 3.  Los Cocos- Orinoco | $140 |
| 4.  Los Linderos- Quebrada El Sol | $500 |
| 5.  La Aguacatera- El Mamey | $600 |
| 6.  Apelton Indígena | $30 |

| H. Aqueducts | |
|---|---|
| 1.  Puerto Nuevo- Guachaca | $120 |

| I. Cemeteries | |
|---|---|
| 1.  Puerto Nuevo | $300 |
| 2.  Don Diego | $180 |

| 3.  Buritaca | $220 |
|---|---|

| J. Sport Fields | |
|---|---|
| 1.  Puerto Nuevo | $80 |
| 2.  Paz del Caribe | $150 |
| 3.  Marquetalia | $80 |

| K. Nursing Homes | |
|---|---|
| 1. House for Elderly San vicente de Paul (Puerto Nuevo) | $100 |

In order to comply with the above-mentioned in the FIRST paragraph of the third article, number 4760 of 2005, ASOPRE will bring to the General Attorneys Office knowledge of this letter's content.

To certify, it is signed by the parts and witnesses on January 25th, 2005, in Quebrada Sol, Sierra Nevada of Santa Marta.

BRT

ASOPRE

HERNAN GIRALDO SERNA CASSIANI

RAMFIS ORTIZ

## ACTA DE ENTREGA

Reunidos, de una parte el BLOQUE RESISTENCIA TAYRONA (en adelante BRT) representado en este acto jurídico por su comandante señor HERNÁN GIRALDO SERNA y de otra parte los presidentes de las 102 Juntas de Acción Comunal estatuidas en la vertiente norte de la Sierra Nevada de Santa Marta, representadas en este acto jurídico por el señor RAMFIS ORTIZ CASSIANI, quien obra en su condición de Presidente de la ASOCIACIÓN DE PRESIDENTES DE JUNTAS DE ACCIÓN COMUNAL "ASOPRE" de la vertiente norte de la Sierra Nevada de Santa Marta, dejan <u>constancia</u> de los siguientes hechos que son notorios y de público conocimiento.

**PRIMERO:** Las autodefensas comandadas por el señor Giraldo Serna, han hecho presencia en la zona por más de 35 años, durante los cuales se han encargado de mantener el orden público y de combatir a la insurgencia.

**SEGUNDO:** Desde hace muchos años en la zona reina  la tranquilidad y la paz obtenidas con el sacrificio del BRT  y de las comunidades.

**TERCERO:** Que en virtud de la desmovilización inminente del grupo de autodefensa, la seguridad en la zona ya no estará a cargo del BRT, razón por la cual se suscribe la presenta acta, en virtud de la cual la comunidad, en cabeza de ASOPRE, recibe la zona en cuestión libre de toda perturbación.

**CUARTO:** Las comunidades mantendrán contacto con las autoridades constitucionales a fin de que se mantenga la actual situación de paz que hay en la zona. Con este fin todos los miembros de la comunidad actuarán como cooperantes de la fuerza pública, y todos los presidentes de Junta actuarán como veedores de paz.

**QUINTO:** Así mismo, la comunidad por conducto del  Presidente de ASOPRE, declara que ha recibido del BRT los siguientes bienes:

Anexo 1 acta entrega

| A. PUENTES | Valor aproximado (en millones de pesos) |
|---|---|
| 1. Casa de tabla (concreto) | $1.800 |
| 2. Casa Rosada (concreto) | 1.000 |
| 3. La Cascada | 300 |
| 4. La Esmeralda | 1.000 |
| 5. Cabecera del Mamey (colgante) | 250 |
| 6. Puentes para mulas y peatones | Por valorar |

| B. ESCUELAS | |
|---|---|
| 1. Casa de Tabla | $100 |
| 2. Paz del Caribe | $150 |
| 3. Quebrada El Sol | $80 |
| 4. Honduras | $100 |
| 5. El Mamey | $80 |
| 6. Quebrada María | $90 |
| 7. La Jorará | $120 |
| 8. La Unión | $70 |
| 9. La Aguacatera | $70 |

| C. PUESTOS DE SALUD | |
|---|---|
| 1. El Mamey | $150 |
| 2. Paz del Caribe | $150 |
| 3. Quebrada El Sol | $50 |

| D. IGLESIAS | |
|---|---|
| 1. Buritaca | $200 |
| 2. Paz del Caribe | $500 |
| 3. Perico Aguao | $100 |
| 4. Cabañas de Buritaca | $80 |

| E. PARQUES INFANTILES | |
|---|---|
| 1. Puerto Nuevo | $15 |
| 2. Paz del Caribe | $40 |
| 3. El Mamey | $40 |

| F. CARRETEABLES | |
|---|---|
| 1. Aguacatera – El Mamey | $2.500 |
| 2. El Mamey - Alto del Mamey | $250 |
| 3. El Mamey – Quebrada El Sol | $1.000 |
| 4. Los Linderos – Quebrada El Sol | $2.000 |
| 5. Mendihuaca Medio | $350 |

| 6. Carreteables varios | $500 |
|---|---|
|  |  |

| G.  ELECTRIFICACIÓN | |
|---|---|
| 1. Mendihuaca | $180 |
| 2. Puerto Nuevo-Aguacatera | $400 |
| 3. Los Cocos- Orinoco | $140 |
| 4. Los Linderos – Quebrada El Sol | $500 |
| 5. La Aguacatera- El Mamey | $600 |
| 6. Apelton Indígena | $30 |

| H. ACUEDUCTOS | |
|---|---|
| 1. Puerto Nuevo-Guachaca | $120 |

| I.  CEMENTERIOS | |
|---|---|
| 1. Puerto Nuevo | $300 |
| 2. Don Diego | $180 |
| 3. Buritaca | $220 |

| J. CANCHAS DEPORTIVAS | |
|---|---|
| 1. Puerto Nuevo | $80 |
| 2. Paz del Caribe | $150 |
| 3. Marquetalia | $80 |

| K. ANCIANATOS | |
|---|---|
| 1. Casa para el adulto mayor   San Vicente de Paul (Puerto Nuevo) | $100 |

Con el fin de dar cumplimiento a lo dispuesto por el parágrafo primero del artículo tercero del Decreto 4760 de 2005, ASOPRE  pondrá en conocimiento de la Fiscalía General de la Nación el contenido de la presente acta.

Para constancia se firma por las partes y los testigos a los 25 días del mes de enero de 2005, en la vereda Quebrada  El Sol, en la Sierra Nevada de Santa Marta.

**BRT**

**HERNÁN GIRALDO SERNA**

**ASOPRE**

**RAMFIS ORTÍZ CASSIANI**

**Anexo relación de testigos acta de entrega del BRT- ASOPRE**

**TESTIGOS**

Damaris Gutierrez
C.C. 51.428273. Sta Mta.

Noralba Peñaloza
C.C. 49'551 617

Julio Bulo B.
C.C. 12557296

Samuel montero
C.C. 88 473 133

Jucy Arrieta
C.C. 39.441.224

yoneira mendez
C.C. 26 947 519

Reimundo Marieta
C.C. 1685092   STA MTA

Mayer Quintero
C.C. 5743 9175

Judue reltires
C.C. 36 454 813

Luis Sepulveda
C.C. 85 458 954.

_____
C.C. 85.472.598.

Lioana sotillo D.
C.C. 36.669.330.

AuRA DEUS DIAZ LLANOS
C.C. 1.082 837 477

Clara ynes gallego
C.C. 22.077036

Luz Dary Aguirre
C.C. 1 082. 843 272.

Milena Vasquez
C.C. 36. 726 24M

Romero
C.C. 42.492266

Luz C. Aguirre.
C.C. 70 159467

**Anexo relación de testigos acta de entrega del BRT- ASOPRE**

**TESTIGOS**

C.C. 57.430.016

C.C. 12.602.78A

Doris Mendoza
C.C. 57.432.126

Osiris Rueda
C.C. 57.461.658.

Rosida García
C.C. 26.762.664

Yennis tamayo
C.C. 57296389

Anuario Rueda
C.C. 10.755.107

Monster Castillo
C.C. 85459302

Marlenes Galvis
C.C. 57.445.674

Fernando muñoz
C.C. 7628 710

Sindy ALVARADO
C.C. 1082 683 700

malka Jana
C.C. 1.82 854.616

Marilís Berdugo
C.C. 57 299 498

carlos velasquez
C.C. 85.150.339

Ines GERARDINO
C.C. 7148813 STA MTA

Rosa Martinez
C.C. 57 458379

C.C. 57.466.492.

Edwin Contreras B.
C.C. 15171988.