# EXHIBIT 3
# LETTER FROM NODIER GIRALDO-GIRALDO TO THE COURT

Barranquilla, Colombia. October 26, 2016
Modelo Jail, Justice and Peace, Barranquilla

Honorable Sr. Judge Riggie B Walton
United States District Court For The District Of Columbia

I Nodier Giraldo Giraldo identified with C.C. # 7.603 349 from Santa Marta, thank you for the opportunity to communicate with you through this letter to transmit the knowledge I have firsthand on the case that is being clarified in this court which involves Mr. Hernán Giraldo Serna, with respect To the case of Mr. Julio Henríquez Santamaría (RIP).

Your honor today I address to you with all respect as I did several times through letters and face-to-face with reference to the last time as it was on April 20, 2015 when you sentenced me to one hundred and twenty months for the crime of conspiracy. On several occasions I had the opportunity to explain a little about the conflict that has been suffered by our Colombian people more than 50 years ago, a conflict that I was victim of and subsequently absorbed me and which was also victim Hernan Giraldo Serna.

For no one is a secret that due to the birth of guerrilla groups such as the FARC, ELN, and M19 among others; In order to seize the power of the country and turn Colombia into the second Cuba of Latin America, these groups grew and they achieved a force so great that the Colombian state was unable to protect the fields of our country. That is why the self-defense groups were born. Hernan Giraldo was not alien to this problem and when attacked by these groups, which made several attacks, forced him to arm himself with a group of peasants to defend his life, his assets and his honor. Over time these groups began to take power through the fuel of drug trafficking, so that the self-defense groups to repel the attacks of these groups and to avoid their seizure of power, went to the same method of financing, in the specific case of Hernan Giraldo S, he started the collection of taxes that traffickers paid for the processing and dispatching of drugs in the area in which the group of which he was a part had influence.

In the year 2000 with the financial support of the plan Colombia by the North American government the Colombian state was strengthened and the commitment was made to protect the peasantry. That is why we decided to step aside and accept their proposal to be part of the peace process, leading to our demobilization on February 3, 2006. Delivering to the national government the protection of the area of influence and all men fully identified with their respective armaments, undergoing a transitional justice process called Justice and Peace and thus contributing a grain of sand to the peace of Colombia.

Unfortunately, every conflict results in poverty, sadness and death. Among the number of cases we find the former guerrilla Julio Henríquez Santamaría who was part of the subversive group M19, who like the other groups mentioned, conspired and fought against our Colombian state, leaving in its action hundreds of thousands of victims and were opponents of American expansionist policies, executed criminal acts of international connotation, and notorious of international humanitarian law violations as they were: homicide of protected protected Jose Raquel Mercado, (union leader - war crime December 19, 1976), theft of Sword of Simón Bolívar January 17, 1974, robbery of 5000 firearms of the northern Canton (victim of the Colombian State, December 30, 1978), embassy of the Dominican Republic siege (February 28 to April 25 1980, succeeding in defeating the Colombian State), criminal attack on the army general Rafael Zamudio Molina October 23, 1985, seizure of the courthouse, magnicide of the Supreme Court of Justice in 1985. Kidnapping of high personalities of the country, and links with the late drug trafficker Pablo Emilio Escobar Gaviria among others.

The case of ex-guerrilla member Julio Eustacio Henríquez Santamaría was part of the subversive group M19 who were subsequently amnestied and pardoned.

In this respect, I am under oath and I know that Hernan Giraldo Serna did not give the direct order of the murder of this man, his knowledge was after this death and his murder was for having belonged to this guerrilla group and not for carrying out productive projects to the region as it has been wanted to show before your honor. Unfortunately the fact that he belonged to a group outside the law meant that he was misinformed by third parties and was

murdered without having done an exhaustive investigation as it should have been. A similar situation is happening nowadays to those that belonged to groups of extreme right, at the moment indicated and persecuted by guerrilla groups. This murder was committed in 2001 by the commander of the urban military wing without the Hernan Geraldo's consent, not as the Henriquez' family and lawyers have wanted to make your honor believe.

In transitional justice we have the duty to fulfill four items: justice, truth, reparation and non-repetition. We have all been complying, in the particular case of Mr. Henríquez, it was the same Hernan Giraldo between the years 2006-2008 after his demobilization who helped the Colombian prosecutors to clarify what happened by obtaining information from some former members of the organization and peasants of the region, as well as the location and remains of the said victim, also Hernan asked forgiveness to his family for the damages caused, a number of assets were given to the national government to comply with the reparation of victims and after more than ten years we are still prisoners paying for the mistakes made. Although Mr. Hernan Giraldo is in the transitional justice and peace justice, he was also condemned for this murder to four hundred and seventy-four months in jail in the ordinary justice, this because he accepted the case by the Chain in Command law as it Required law 975 of 2005. In this way complying with the requirements imposed by law. He is currently waiting for partial reading of sentence in justice and peace.

Your honor, in my particular case, I voluntarily surrendered, like Hernan Giraldo did, I am still in prison, and finishing to clarify the facts of my role in the demobilized group on February 3, 2006. This same situation must be faced by Mr. Hernan Giraldo on his return from the United States of America that is why I respectfully request that you take into account and carefully review this case that has already been tried in the Colombian State and that currently it's been wanted to include in the American Justice by some. We are aware and we have accepted before your honor that we conspired against the North American State to have received drug trafficker' taxes who operated in the area where the group to which we belonged had an influence, a crime for which we pleaded guilty before your honor, but at no

time we were drug traffickers as Mr. Henriquez's family wants your honor to see.

I use this letter to express my sincere apologies and once again ask forgiveness to the Henriquez's family for the damages caused, and I beg your honor to give Mr. Hernan Giraldo the opportunity to return with his loved ones and complete his justice and peace process in a Colombian jail.


Thank you for your attention.


Sincerely,


Nodier Giraldo G.

cc. 7603349 Santa Marta

Barranquilla, Colombia. Octubre 26 del 2016
Cárcel Modelo,  Justicia y Paz Barranquilla


Honorable Sr. Juez Riggie B Walton
United States District Court For The District Of Columbia

Yo Nodier Giraldo Giraldo identificado con C.C. # 7.603 349 de Santa Marta, le agradezco la oportunidad
de comunicarme con usted por medio de esta  carta para transmitir el  conocimiento que tengo de primera
mano sobre el caso que se está clarificando en esta corte el cual implican al Señor Hernán Giraldo Serna,
con respecto al caso del  señor Julio Henríquez Santamaría (q.e.p.d).

Su señoría hoy me dirijo a usted con todo respeto así como lo hice en varias ocasiones a través de cartas
y de manera presencial teniendo como referencia la última vez como lo fue el día 20 de Abril del 2015
cuando me dio la sentencia de ciento veinte  meses por el delito de conspiración. En varias ocasiones tuve
la oportunidad de explicar un poco sobre el conflicto que ha sufrido nuestro pueblo colombiano hace más
de 50 años, conflicto del cual   fui víctima y posteriormente absorbido por el mismo y del cual también
fue víctima el señor Hernan Giraldo Serna.

Para nadie es un secreto que debido al nacimiento de los grupos guerrilleros como lo fue la Farc, el Eln y
el M19 entre otros; con la finalidad de tomar el poder del país y convertir a Colombia en la segunda Cuba
de Latinoamérica, estos grupos crecieron y  lograron  una fuerza tan grande que el estado colombiano fue
incapaz de proteger los campos de nuestro país. Por lo cual nacieron los grupos de autodefensas. Hernan
Giraldo no fue ajeno a esta problemática y al ser atacado por estos grupos, quienes le hicieron varios
atentados, esto lo obligo a armarse junto con un grupo de campesinos para defender su vida, sus bienes y
su honra. Con el correr del tiempo estos grupos comenzaron a tomar fuerza a través  del combustible del
narcotráfico, fue así que los grupos de autodefensas para repeler los ataques de dichos grupos y evitar la
toma del poder de los mismos, acudieron al mismo método de financiación, en el caso específico de Hernan
Giraldo S, se acudió a la recolección de impuestos que los narcotraficantes pagaban por el procesamiento
y despacho de drogas en el  área en la cual  tuvo influencia el grupo del cual hiso parte.

En el año 2000 con la  ayuda financiera del plan Colombia por el gobierno Norteamericano   el estado
Colombiano se fortaleció y  se hizo el compromiso  de proteger el campesinado.
Es por eso que decidimos dar un paso al lado y aceptar su propuesta   de hacer parte del proceso de paz,
conllevando a nuestra  desmovilización el día 3 de febrero del 2006. Entregando al gobierno nacional la
protección del área de influencia y todos los hombres plenamente identificados con su respectivo
armamento, sometiéndonos a un proceso de justicia transicional llamado Justicia y Paz y de esta manera
aportando un granito de arena a la paz de Colombia.

Desafortunadamente todo conflicto tiene como resultado pobreza, tristeza y muertes. entre el sin número
de casos encontramos el del ex guerrillero  Julio Henríquez  Santamaría  quien hizo parte del grupo
subversivo M19 , que al igual que los otros grupos en mención conspiro y se revelo contra nuestro estado
Colombiano, dejando en su accionar cientos de miles de víctimas y fueron aferremos opositores de las
políticas expansionistas Norteamericanas, ejecutaron actos criminales de connotación internacional,
notatorias del derecho internacional humanitario como lo fueron: homicidio en persona protegida victima
Jose Raquel Mercado, (líder sindical – crimen de guerra 19 diciembre de 1976), Robo de la espada del
libertado Simón Bolívar 17 de enero de 1974,  robo de 5000 armas de fuego del Cantón norte (victima el
Estado Colombiano, 30 de diciembre de 1978), toma de la embajada de la republica Dominicana (28 de
febrero al 25 de abril de 1980,  logrando doblegar al propio Estado Colombiano ), atentado criminal al
general del ejército Rafael Zamudio Molina 23 de Octubre de 1985, toma del palacio de justicia,
magnicidio de la corte suprema de justicia en 1985.  Secuestro de altas personalidades del país, y nexos
con el extinto narcotraficante Pablo Emilio Escobar Gaviria entre otros.

El caso puntual del ex guerrillero Julio Eustacio Henríquez Santamaría hizo parte del referido grupo subversivo M19 quienes seguidamente fueron amnistiado he indultados.

Al respecto bajo juramento manifiesto y me consta que: Hernan Giraldo Serna no dio la orden directa del asesinato de este señor, su conocimiento fue posterior a la muerte del mismo y su asesinato fue por haber pertenecido a este grupo guerrillero y no por estar llevando proyectos productivos a la región como se ha querido mostrar ante su señoría. Desafortunadamente el hecho de haber pertenecido a un grupo al margen de la ley conllevo a que fuera mal informado por terceras personas y fue asesinado sin antes haberse hecho una investigación exhaustiva como debió de haber sido. Situación similar estamos pasando actualmente los que pertenecimos a grupos de extrema derecha, actualmente señalados y perseguidos por grupos guerrilleros. Este hecho fue cometido en el año 2001 por el comandante del ala militar urbana sin el consentimiento de Hernan Giraldo, no como lo han querido hacer ver la familia y abogados de la familia Henríquez ante usted su señoría.

En la justicia transicional tenemos el deber de cumplir cuatro ítems: justicia, verdad, reparación y no repetición. Todos los hemos venido cumpliendo, en el caso particular del señor Henríquez fue el mismo Hernan Giraldo entre los años 2006-2008 después de su desmovilización quien le ayudo a la fiscalía Colombiana a esclarecer lo sucedido logrando por medio de información de algunos ex integrantes de la organización y campesinos de la región la ubicación de los restos de dicha víctima, también se le pidió perdón a su familia por los daños causados, se le entregaron un sin números de bienes al gobierno nacional para dar cumplimiento a la reparación de las víctimas y después de más de diez años aún seguimos presos pagando por los errores cometidos, a pesar de que el señor Hernan Giraldo se encuentra en la justicia transicional justicia y paz también fue condenado por dicho hecho a cuatrocientos setenta y cuatro meses de prisión en la justicia ordinaria, esto debido a que él acepto el caso por linea de mando como lo exigía la ley 975 del 2005. Cumpliendo de esta manera con los requisitos impuestos por la ley. Y actualmente se encuentra esperando lectura parcial de sentencia en justicia y paz.

Su señoría en mi caso particular que me entregue voluntariamente al igual que Hernan Giraldo, aun me encuentro detenido en prisión, terminando de esclarecer los hechos ocurridos por mi pertenencia al grupo desmovilizado el 3 de febrero del 2006. Esta misma situación la debe enfrentar el señor Hernan Giraldo en el momento que regrese de los Estados Unidos de Norte América, es por eso que muy respetuosamente le solicito se tenga en cuenta y se revise detenidamente este caso que ya fue juzgado en el Estado Colombiano y que actualmente lo han querido incluir en la Justicia Norte Americana , somos conscientes y así lo hemos aceptado ante usted su señoría que conspiramos contra el Estado Norteamericano al haber recibido el impuestos de los narcotraficantes que operaron en el área donde tuvo influencia el grupo al cual pertenecimos, delito por el cual nos declaramos culpables ante usted su señoría, pero en ningún momento fuimos narcotraficantes como lo ha querido hacer ver la defensa de la familia del señor Henríquez.

Aprovecho esta carta para expresar mi más sinceras disculpa y pedir una vez más perdón a la familia Henríquez por los daños causados, y le ruego a su señoría le dé la oportunidad al señor Hernan Giraldo de regresar con sus seres queridos y culminar su proceso de justicia y paz en una cárcel colombiana.

Agradezco su atención prestada.

Cordialmente

*Nodier Giraldo G*
Nodier Giraldo G.
cc.7603349 Santa Marta



DILIGENCIA DE PRESENTACION PERSONAL
Y RECONOCIMIENTO
Ante el Notaría Noveno del Círculo de Barranquilla
Compareció NODIER GIRALDO GIRALDO
Quien se identifica con C.C. 7.603.349
y declaró que reconoce como suya la firma que aparece en
este documento y que el contenido del mismo es cierto.
Barranquilla, 27 OCT. 2016

x Nodier Giraldo G